UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23631

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    Defendants.
_____/

**SCHEDULE A**

| Doe No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 1 | Asia Pacific Perfect Technology Co., Ltd. | https://zmytech1.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.4844317aH5wLhR&from=detail&productId=1600483991333 |
| 2 | Dongguan Define Beauty Electronic Technology Co., Ltd. | https://definebeauti.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.29111f40BHI1ox&from=detail&productId=1600286624236 |
| 3 | Dongguan I-Believe Electronic Appliance Co., Ltd. | https://toppernail.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.53047e22rAz81G&from=detail&productId=1600676548858 |
| 4 | Dongguan Super Electric Technology Co., Ltd. | https://superelectric.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.15147032stolZH&from=detail&productId=1600209811193 |
| 5 | Dongguan Xuanyi Technology Co., Ltd. | https://beautyswish.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.77dd3bdeNwUql4&from=detail&productId=10000003064734 |
| 6 | Fuzhou Chenxing Weiye Electronic Technology Co., Ltd | https://cncrownstar.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.7d8c362auUktPj&from=detail&productId=1600558298633 |
| 7 | Guangdong Newdermo Biotech Co., Ltd. | https://newdermo.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.19ec253dWEDjAP&from=detail&productId=1600328470369 |
| 8 | Guangdong Zhongyi Technology Co., Ltd. | https://zoytechnology.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.4193296bXkwxX1&from=detail&productId=62445946280 |
| 9 | Guangzhou Create Future Import And Export Trading Co., Ltd. | https://createfuture17.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.209e5604TojtLI&from=detail&productId=1600727750718 |
| 10 | Guangzhou Hottop Global E-Commerce Co., Ltd. | https://hottopglobal.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.4e471b59PXSivX&from=detail&productId=1600345261762 |
| 11 | Guangzhou Ouyajia Beauty Products Equipment Co., Ltd. | https://oyaga.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.66d56b959y6PPb&from=detail&productId=1600756009361 |
| 12 | Guangzhou Shutong Information Technology Co., Ltd. | https://homebeautymachine.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.606f34c7n8qonL&from=detail&productId=1600447450063 |
| 13 | GuangZhou T&B Beauty Equipment Co., Ltd. | https://mbsbeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.22a87ca7gm45qk&from=detail&productId=1600559059820 |
| 14 | Guangzhou Wonder Rise Technology Co., Ltd. | https://wonder-rise.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.21241b81rDIHEy&from=detail&productId=62013051856 |
| 15 | Guangzhou Zhenhao Trading Co., Ltd. | https://zhenhao1.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.6dfb5601qn5SQF&from=detail&productId=1600125519954 |

| Doe No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 16 | Hebei Susan Nini Technology Co., Ltd. | https://susanninibeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.109934bcrQQgP0&from=detail&productId=1600188964842 |
| 17 | Hunan Rongchuang Zhiyuan Network Technology Co., Ltd. | https://partschoice.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.6c043638P3MsLU&from=detail&productId=1600676669881 |
| 18 | Meiji Beauty Technology (Shenzhen) Co. , Ltd. | https://magitechmeiji.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.1ecb14bf9nVoUh&from=detail&productId=1600394122437 |
| 19 | Ningbo Kingworth Global Imp. & Exp. Co., Ltd. | https://kingworthliving.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.62cd3a64JtBTPy&from=detail&productId=1600659084901 |
| 20 | Pinsheng Electronics Co.,Ltd | https://pselectronics.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.700f6fa5oDsImF&from=detail&productId=1600202495947 |
| 21 | Qichuang Technology Co., Ltd. | https://zgqichuang.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.4d94338a8wC2EM&from=detail&productId=1600174792314 |
| 22 | Shantou Lula Electronic Technolog Co., Ltd. | https://lulabeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.6c40671fIY0HdO&from=detail&productId=1600804626301 |
| 23 | Shenzhen Alist Technology Co., Ltd. | https://szalist.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.7d0566b66KqsnU&from=detail&productId=1600096267777 |
| 24 | Shenzhen Amerke Electronic Co., Ltd. | https://amerke.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.56e275b9ERzaah&from=detail&productId=1600673725264 |
| 25 | Shenzhen Baleka Technology Co., Ltd. | https://szbaleka.en.alibaba.com/contactinfo.html |
| 26 | Shenzhen Baozc Technology Co., Ltd. | https://bzc.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.51eb551fQygRa8&from=detail&productId=1600494823635 |
| 27 | Shenzhen BJI Technology Co., Ltd. | https://beautyjoy.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.4b055957pPQtgU&from=detail&productId=1600144806667 |
| 28 | Shenzhen Boyuan Intelligent Electronic Technology Co., Ltd. | https://ketrina.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.91c169f0C58z9K&from=detail&productId=1600057916565 |
| 29 | Shenzhen Canvor Technology Co., Ltd. | https://canvor.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.1701ca49QeXS2E&from=detail&productId=1600082268173 |
| 30 | Shenzhen Chen Man Technology Co., Ltd. | https://chenman1688.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.23b2404dLxfwBR&from=detail&productId=1600322558651 |
| 31 | Shenzhen Color Ume Electronic Co., Ltd. | https://colorume.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.36df6003DdXNRh&from=detail&productId=62349096318 |
| 32 | Shenzhen Dream True Tech Co., Ltd. | https://dreamtrutech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.1c715d37uxZkhd&from=detail&productId=1600337253404 |
| 33 | Shenzhen Eyco Technology Co., Ltd. | https://eycotech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.178c715csTZlSJ&from=detail&productId=62224867673 |
| 34 | Shenzhen Hongyu Technology Co., Ltd. | https://hongyutec.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.4e3041ady8GXW3&from=detail&productId=62478070387 |
| 35 | Shenzhen JPC Technology Co., Ltd. | https://jpctech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.22ad4b59sFopFS&from=detail&productId=1600251013375 |
| 36 | Shenzhen Kasitong Technology Co., Ltd. | https://kyliebeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.3d1f73109lb1Mn&from=detail&productId=1600706298306 |
| 37 | Shenzhen Kelemi Model Technolgy Co., Ltd. | https://kelemi.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.5e954211lHyLGR&from=detail&productId=1600230256300 |
| 38 | Shenzhen King Gima Technology Co., Ltd. | https://gimabeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.25513b9asFPC6O&from=detail&productId=1600574567945 |
| 39 | Shenzhen KKS Tech Co., Ltd. | https://kakusan.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.49f924d5LPDwjO&from=detail&productId=1600590850826 |
| 40 | ShenZhen LCB Technology Co., Ltd | https://lcbtech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.37957a6e1UicZ4&from=detail&productId=1600493354351 |
| 41 | Shenzhen Leadworlds Technology Co., Ltd. | https://leadworlds.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.51bd4adfeJ6vIa&from=detail&productId=1600108074698 |
| 42 | Shenzhen Liangji Technology Co., Ltd. | https://szliangji.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.4bef6c12nsHnLG&from=detail&productId=1600141201156 |
| 43 | Shenzhen Liman Technology Co., Ltd. | https://limanbeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.4099526aBttZLz&from=detail&productId=1600189192246 |
| 44 | Shenzhen Liuluanmei Electric Co., Ltd. | https://liuluanbeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.1c2bcc95JeR394&from=detail&productId=1600232454193 |

| Doe No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 45 | Shenzhen Luokefan Technology Co., Ltd. | https://workfine.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.ca1567df2I9aq3&from=detail&productId=1600613807535 |
| 46 | Shenzhen Margotan Tech Co., Ltd. | https://margotan.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.16217d4294YXMp&from=detail&productId=1600318821463 |
| 47 | Shenzhen Miqu Technology Co., Ltd | https://miqu-mag.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.363721aepLY35G&from=detail&productId=1600366718568 |
| 48 | Shenzhen Mlikang Technology Co., Ltd. | https://mlikang.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.13b96ffbgVOsyj&from=detail&productId=1600286195485 |
| 49 | Shenzhen Mlike Technology Co., Ltd | https://szmlike.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.33516010YxaZOw&from=detail&productId=1600278798297 |
| 50 | Shenzhen Mlike Technology Co., Ltd. | https://szmlike.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.1c0f6b5cHRtoG1&from=detail&productId=1600083154845 |
| 51 | Shenzhen Neiger Technology Co., Ltd. | https://binzimbeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.5a6a6054SVAXil&from=detail&productId=60804557137 |
| 52 | Shenzhen Niu Fulai Electronic Technology Co., Ltd. | https://niufulai.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.2f6b6fb82i8416&from=detail&productId=1600204441601 |
| 53 | Shenzhen Nove Technology Co., Ltd. | https://novebeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.7e43789aUmc8IL&from=detail&productId=1600102776723 |
| 54 | Shenzhen Semlamp Intelligent Technology Co., Ltd. | https://semlamp.en.alibaba.com/contactinfo.html |
| 55 | Shenzhen Sheng Banghua Technology Development Co., Ltd. | https://sobon88.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.3a3069ddscgz9v&from=detail&productId=1600691275809 |
| 56 | Shenzhen Skyful Technology Co., Ltd. | https://skyful99.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.2feae9826hjXEM&from=detail&productId=1600194322270 |
| 57 | Shenzhen Sunhills Network Technology Co., Ltd. | https://sunhills.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.5abc330eccTMxH&from=detail&productId=1600598482391 |
| 58 | Shenzhen Tangsheng Electronic Technology Co., Ltd. | https://tysound.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.fb74cf15LKxk6h&from=detail&productId=1600191823243 |
| 59 | Shenzhen Trendz Technology Co., Ltd. | https://zlime.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.5a6a74cchcSIR9&from=detail&productId=1600319121487 |
| 60 | Shenzhen Wanlong Technology Co., Ltd. | https://wandragon.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.75bc673emORQvR&from=detail&productId=1600567449000 |
| 61 | Shenzhen Water Stone Technology Co., Ltd. | https://szss.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.59b722660Zvo9n&from=detail&productId=1600153147957 |
| 62 | Shenzhen Wei Chen Yang Technology Co., Ltd. | https://wcytech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.1adf776bbfa1Ec&from=detail&productId=60834207624 |
| 63 | Shenzhen Xingchengyuan Technology Co., Ltd. | https://cyeahtech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.48a64b1dl2Zmy0&from=detail&productId=62401795249 |
| 64 | Shenzhen Xiteyou Electronic Technology Co., Ltd. | https://xiteyou.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.642e43b4N58IdJ&from=detail&productId=1600594673034 |
| 65 | Shenzhen X-World Technology Co., Ltd. | https://x-world.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.583323efwQ8OHy&from=detail&productId=1600260453828 |
| 66 | Shenzhen Yazi Technology Co., Ltd. | https://yazibeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.611d4446P8pElb&from=detail&productId=62381138637 |
| 67 | Shenzhen Yuexi Technology Co., Ltd. | https://miqmi.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.52fb4b5acVSlX0&from=detail&productId=1600251994051 |
| 68 | Shenzhen Yuwei Trading Co., Ltd. | https://szyuv.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.305b7ac1iJOdpB&from=detail&productId=1600225011725 |
| 69 | Wenzhou Uming Trading Co., Ltd. | https://uming.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.3a716a35yAEMKf&from=detail&productId=1600550795788 |
| 70 | Wenzhou Welland Electric Co., Ltd. | https://wellandbeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.6d9b28d3hlXbK1&from=detail&productId=1600346166929 |
| 71 | Xiamen You Can New Material Co., Ltd. | https://xiamenyoucan.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.7ccd6521mOCB7g&from=detail&productId=1600669107363 |
| 72 | Forever Beauty House Store | https://www.aliexpress.com/store/1102528230?spm=a2g0o.detail.1000007.1.5a435c91tP3s1Q |

| Doe No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 73 | Fuarscs Beauty Official Store | https://www.aliexpress.com/store/1101757963?spm=a2g0o.detail.1000007.1.296f1919KSSb4k |
| 74 | Hchenyu Store | https://www.aliexpress.com/store/1101404035?spm=a2g0o.detail.1000007.1.3cf568a9TM46OZ |
| 75 | Lola Beauty | https://www.aliexpress.com/store/1102069167?spm=a2g0o.detail.1000007.1.71d11985Ep3uyz |
| 76 | Moajaza | https://www.aliexpress.com/store/1101314004?spm=a2g0o.detail.1000007.1.13b15d5aydqmtt |
| 77 | Shiner Store | https://www.aliexpress.com/store/1101686245?spm=a2g0o.detail.100005.1.312e1ccaIyY9yN |
| 78 | Shopping Factory Store | https://www.aliexpress.com/store/1101454209?spm=a2g0o.detail.1000007.1.5ebae2e4eZmKDI |
| 79 | Amazing China Products | https://www.amazon.com/sp?seller=A31YXGZGD4XJV8 |
| 80 | ITME Store | https://www.amazon.com/sp?seller=A1KJVY3I65ROCH |
| 81 | Lucky-minfan | https://www.amazon.com/sp?seller=A1A56KX7ZTY8KK |
| 82 | suiningaitufuzhuangdian | https://www.amazon.com/sp?seller=A34T264I7VJIOD |
| 83 | XingZhouHe | https://www.amazon.com/sp?seller=a102of9f9s428u |
| 84 | Zhou Daweidedian | https://www.amazon.com/sp?seller=AMBXWQQ2JEV58 |
| 85 | aawqq | https://www.dhgate.com/store/about-us/21815099.html |
| 86 | adrs7 | https://www.dhgate.com/store/about-us/21829351.html |
| 87 | basop6 | https://www.dhgate.com/store/about-us/21829274.html |
| 88 | beatrix2 | https://www.dhgate.com/store/about-us/21829915.html |
| 89 | bevjhb | https://www.dhgate.com/store/about-us/21826825.html |
| 90 | bfrda | https://www.dhgate.com/store/about-us/21815060.html |
| 91 | bgeed | https://www.dhgate.com/store/about-us/21815149.html |
| 92 | bgrft | https://www.dhgate.com/store/about-us/21815141.html |
| 93 | bttr88 | https://www.dhgate.com/store/about-us/21829273.html |
| 94 | buirnce | https://www.dhgate.com/store/about-us/21829951.html |
| 95 | bvbcuw | https://www.dhgate.com/store/about-us/21826938.html |
| 96 | bvvfcf | https://www.dhgate.com/store/about-us/21815100.html |
| 97 | bxhtqb | https://www.dhgate.com/store/about-us/21826900.html |
| 98 | ccfft | https://www.dhgate.com/store/about-us/21815063.html |
| 99 | cffzz | https://www.dhgate.com/store/about-us/21815124.html |
| 100 | cfghy | https://www.dhgate.com/store/about-us/21815031.html |
| 101 | cfgtre | https://www.dhgate.com/store/about-us/21815061.html |

| Doe No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 102 | cftde | https://www.dhgate.com/store/about-us/21815088.html |
| 103 | cftgff | https://www.dhgate.com/store/about-us/21815050.html |
| 104 | cggmk | https://www.dhgate.com/store/about-us/21815138.html |
| 105 | ctufqi | https://www.dhgate.com/store/about-us/21826854.html |
| 106 | davkpj | https://www.dhgate.com/store/about-us/21826833.html |
| 107 | ddyzvy | https://www.dhgate.com/store/about-us/21826856.html |
| 108 | dffrft | https://www.dhgate.com/store/about-us/21815096.html |
| 109 | diana11 | https://www.dhgate.com/store/about-us/21829821.html |
| 110 | diejck | https://www.dhgate.com/store/about-us/21829284.html |
| 111 | dina51 | https://www.dhgate.com/store/about-us/21816152.html |
| 112 | djife32 | https://www.dhgate.com/store/about-us/21816126.html |
| 113 | dldl123123 | https://www.dhgate.com/store/about-us/21815014.html |
| 114 | dslf44 | https://www.dhgate.com/store/about-us/21816154.html |
| 115 | ecmuyn | https://www.dhgate.com/store/about-us/21826861.html |
| 116 | edmki | https://www.dhgate.com/store/about-us/21815178.html |
| 117 | eloif69 | https://www.dhgate.com/store/about-us/21816110.html |
| 118 | emnru230 | https://www.dhgate.com/store/about-us/21816095.html |
| 119 | erinog | https://www.dhgate.com/store/about-us/21829919.html |
| 120 | eurj18 | https://www.dhgate.com/store/about-us/21816184.html |
| 121 | fasr87 | https://www.dhgate.com/store/about-us/21814681.html |
| 122 | femf95f | https://www.dhgate.com/store/about-us/21816216.html |
| 123 | fitzgerald2 | https://www.dhgate.com/store/about-us/21842200.html |
| 124 | fmmaoe2 | https://www.dhgate.com/store/about-us/21816127.html |
| 125 | foigj55 | https://www.dhgate.com/store/about-us/21816116.html |
| 126 | fploikk | https://www.dhgate.com/store/about-us/21815093.html |
| 127 | fswnn33 | https://www.dhgate.com/store/about-us/21816115.html |
| 128 | fuvlkb | https://www.dhgate.com/store/about-us/21826927.html |
| 129 | hftfcn | https://www.dhgate.com/store/about-us/21826857.html |
| 130 | hgwdf625 | https://www.dhgate.com/store/about-us/21816218.html |

| Doe No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 131 | hover8 | https://www.dhgate.com/store/about-us/21814728.html |
| 132 | jade86 | https://www.dhgate.com/store/about-us/14388207.html |
| 133 | jguyhxz10 | https://www.dhgate.com/store/about-us/21830040.html |
| 134 | jlyx | https://www.dhgate.com/store/about-us/21817842.html |
| 135 | kiki2 | https://www.dhgate.com/store/about-us/21814670.html |
| 136 | kun6 | https://www.dhgate.com/store/about-us/21814726.html |
| 137 | ldsf26 | https://www.dhgate.com/store/about-us/21816210.html |
| 138 | liliooo | https://www.dhgate.com/store/about-us/21815122.html |
| 139 | lsclot | https://www.dhgate.com/store/about-us/21829214.html |
| 140 | mark776 | https://www.dhgate.com/store/about-us/21814686.html |
| 141 | meyanbeautymachine2 | https://www.dhgate.com/store/about-us/21582550.html |
| 142 | ngyhe | https://www.dhgate.com/store/about-us/21815177.html |
| 143 | Ofunuobeautymachine | https://www.dhgate.com/store/about-us/21801566.html |
| 144 | okif0fe | https://www.dhgate.com/store/about-us/21816175.html |
| 145 | oklkuz | https://www.dhgate.com/store/about-us/21826923.html |
| 146 | perpv94 | https://www.dhgate.com/store/about-us/21816109.html |
| 147 | ploik | https://www.dhgate.com/store/about-us/21815155.html |
| 148 | plpaa | https://www.dhgate.com/store/about-us/21815030.html |
| 149 | pvbwcc | https://www.dhgate.com/store/about-us/21826944.html |
| 150 | quak11 | https://www.dhgate.com/store/about-us/21814691.html |
| 151 | quanbai66 | https://www.dhgate.com/store/about-us/21829195.html |
| 152 | ruiqi06 | https://www.dhgate.com/store/about-us/21083942.html |
| 153 | sbisnc | https://www.dhgate.com/store/about-us/21826904.html |
| 154 | slf51gs | https://www.dhgate.com/store/about-us/21816207.html |
| 155 | smyy9 | https://www.dhgate.com/store/about-us/21769411.html |
| 156 | szzas | https://www.dhgate.com/store/about-us/21815098.html |
| 157 | takelovehome | https://www.dhgate.com/store/about-us/19924572.html |
| 158 | vmxixhs300 | https://www.dhgate.com/store/about-us/21830055.html |
| 159 | wedswty68 | https://www.dhgate.com/store/about-us/21815219.html |

| Doe No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 160 | wedswty998 | https://www.dhgate.com/store/about-us/21815240.html |
| 161 | xcxbeauty | https://www.dhgate.com/store/about-us/21594620.html |
| 162 | xovke | https://www.dhgate.com/store/about-us/21829288.html |
| 163 | xxlb | https://www.dhgate.com/store/about-us/21829329.html |
| 164 | yao07 | https://www.dhgate.com/store/about-us/21755154.html |
| 165 | you07 | https://www.dhgate.com/store/about-us/21751596.html |
| 166 | youe | https://www.dhgate.com/store/about-us/21815047.html |
| 167 | zaneo | https://www.dhgate.com/store/about-us/21829935.html |
| 168 | zhucai33 | https://www.dhgate.com/store/about-us/21829229.html |
| 169 | zwgf | https://www.dhgate.com/store/about-us/19827405.html |
| 170 | 12pegleg | https://www.ebay.com/usr/12pegleg?_trksid=p2047675.m3561.l2559 |
| 171 | 2016dani86 | https://www.ebay.com/usr/2016dani86 |
| 172 | 9enjoyshopping | https://www.ebay.com/usr/9enjoyshopping |
| 173 | acost6169 | https://www.ebay.com/usr/acost6169 |
| 174 | actionhousebabes | https://www.ebay.com/usr/actionhousebabes?_trksid=p2047675.m3561.l2559 |
| 175 | alpha_toner | https://www.ebay.com/usr/alpha_toner |
| 176 | altatac | https://www.ebay.com/usr/altatac?_trksid=p2047675.m3561.l2559 |
| 177 | alv-ala-x6hs5bo | https://www.ebay.com/usr/alv-ala-x6hs5bo?_trksid=p2047675.m3561.l2559 |
| 178 | anything_here | https://www.ebay.com/usr/anything_here |
| 179 | anyvolume | https://www.ebay.com/usr/anyvolume?_trksid=p2047675.m3561.l2559 |
| 180 | armor_of_god | https://www.ebay.com/usr/armor_of_god |
| 181 | artf.mo0 | https://www.ebay.com/usr/artf.mo0?_trksid=p2047675.m3561.l2559 |
| 182 | aseel75 | https://www.ebay.com/usr/aseel75?_trksid=p2047675.m3561.l2559 |
| 183 | baboonia | https://www.ebay.com/usr/baboonia?_trksid=p2047675.m3561.l2559 |
| 184 | baozousports01 | https://www.ebay.com/usr/baozousports01 |
| 185 | bestowal | https://www.ebay.com/usr/bestowal?_trksid=p2047675.m3561.l2559 |
| 186 | BETA BOX | https://www.ebay.com/usr/beta-box?_trksid=p2047675.m3561.l2559 |
| 187 | bk18_shop | https://www.ebay.com/usr/bk18_shop |
| 188 | black_label_sales | https://www.ebay.com/usr/black_label_sales?_trksid=p2047675.m3561.l2559 |

| Doe No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 189 | blondechick55 | https://www.ebay.com/usr/blondechick55?_trksid=p2047675.m3561.l2559 |
| 190 | boygirlsnew-02 | https://www.ebay.com/usr/boysgirlsnew-02?_trksid=p2047675.m3561.l2559 |
| 191 | boysgirlsnew-02 | https://www.ebay.com/usr/boysgirlsnew-02 |
| 192 | braeana | https://www.ebay.com/usr/braeana |
| 193 | breble66 | https://www.ebay.com/usr/breble66?_trksid=p2047675.m3561.l2559 |
| 194 | businessbezo | https://www.ebay.com/usr/businessbezo?_trksid=p2047675.m3561.l2559 |
| 195 | cdpcstore | https://www.ebay.com/usr/cdpcstore |
| 196 | cheerfuldays08 | https://www.ebay.com/usr/cheerfuldays08?_trksid=p2047675.m3561.l2559 |
| 197 | cnydeals315 | https://www.ebay.com/usr/cnydeals315?_trksid=p2047675.m3561.l2559 |
| 198 | curbsidrandom | http://www.ebay.com/usr/curbsiderandom?_trksid=p2349526.m4383.c10 |
| 199 | cyberoutlet14 | https://www.ebay.com/usr/cyberoutlet14?_trksid=p2047675.m3561.l2559 |
| 200 | dapperica | https://www.ebay.com/usr/dapperica |
| 201 | darknessseagull25 | https://www.ebay.com/usr/darknessseagull25 |
| 202 | dawdigiacom0 | https://www.ebay.com/usr/dawdigiacom0?_trksid=p2047675.m3561.l2559 |
| 203 | deals4real-0 | https://www.ebay.com/usr/deals4real-0?_trksid=p2047675.m3561.l2559 |
| 204 | dealwithzeal | https://www.ebay.com/usr/dealwithzeal?_trksid=p2047675.m3561.l2559 |
| 205 | derel_57 | https://www.ebay.com/usr/derel_57?_trksid=p2047675.m3561.l2559 |
| 206 | dev218 | https://www.ebay.com/usr/dev218?_trksid=p2047675.m3561.l2559 |
| 207 | dianzi-44 | https://www.ebay.com/usr/dianzi-44?_trksid=p2047675.m3561.l2559 |
| 208 | dmcove27 | https://www.ebay.com/usr/dmcove27?_trksid=p2047675.m3561.l2559 |
| 209 | dreamflywo-10 | https://www.ebay.com/usr/dreamflywo-10 |
| 210 | ecffl | https://www.ebay.com/usr/ecffl?_trksid=p2047675.m3561.l2559 |
| 211 | eclipsefastpitch2 | https://www.ebay.com/usr/eclipsefastpitch2?_trksid=p2047675.m3561.l2559 |
| 212 | eufaulagirl | https://www.ebay.com/usr/eufaulagirl |
| 213 | finelivingcollections | https://www.ebay.com/usr/finelivingcollections?_trksid=p2047675.m3561.l2559 |
| 214 | fnilleks | https://www.ebay.com/usr/fnilleks |
| 215 | forestytore | https://www.ebay.com/usr/forestytore |
| 216 | fortunately6 | https://www.ebay.com/usr/fortunately6 |
| 217 | Fun-Home-914 | https://www.ebay.com/usr/funhome914?_trksid=p2047675.m3561.l2559 |

| Doe No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 218 | gamertechz | https://www.ebay.com/usr/gamertechz |
| 219 | gladidavi2 | https://www.ebay.com/usr/gladidavi2?_trksid=p2047675.m3561.l2559 |
| 220 | gogetter8719 | https://www.ebay.com/usr/gogetter8719?_trksid=p2047675.m3561.l2559 |
| 221 | gogotop-666 | https://www.ebay.com/usr/gogotop-666?_trksid=p2047675.m3561.l2559 |
| 222 | goingon61 | https://www.ebay.com/usr/goingon61 |
| 223 | gotogoodsllc | https://www.ebay.com/usr/gotogoodsllc?_trksid=p2047675.m3561.l2559 |
| 224 | gufl8006 | https://www.ebay.com/usr/gufl8006 |
| 225 | healthiswealth-tyler | https://www.ebay.com/usr/healthiswealth-tyler?_trksid=p2047675.m3561.l2559 |
| 226 | homematecollection | https://www.ebay.com/usr/homematecollection |
| 227 | hot_sale66 | https://www.ebay.com/usr/hot_sale66?_trksid=p2047675.m3561.l2559 |
| 228 | humble_living_sales | https://www.ebay.com/usr/humble_living_sales |
| 229 | imud39 | https://www.ebay.com/usr/imud39?_trksid=p2047675.m3561.l2559 |
| 230 | inthemeadow | https://www.ebay.com/usr/inthemeadow?_trksid=p2047675.m3561.l2559 |
| 231 | jass2965 | https://www.ebay.com/usr/jass2965?_trksid=p2047675.m3561.l2559 |
| 232 | jedigirl10 | http://www.ebay.com/usr/jedigirl10?_trksid=p2349526.m4383.c10 |
| 233 | jekyllu.s.a | https://www.ebay.com/usr/jekyllu.s.a |
| 234 | jemsbyjen | https://www.ebay.com/usr/jemsbyjen?_trksid=p2047675.m3561.l2559 |
| 235 | jg-trading | https://www.ebay.com/usr/jg-trading?_trksid=p2047675.m3561.l2559 |
| 236 | jiche96 | https://www.ebay.com/usr/jiche96 |
| 237 | jkatang | https://www.ebay.com/usr/jkatang?_trksid=p2047675.m3561.l2559 |
| 238 | jlmays84 | https://www.ebay.com/usr/jlmays84?_trksid=p2047675.m3561.l2559 |
| 239 | jobob-treasures | https://www.ebay.com/usr/jobob-treasures?_trksid=p2047675.m3561.l2559 |
| 240 | kenn.johns | https://www.ebay.com/usr/kenn.johns |
| 241 | kinseibeauty4 | https://www.ebay.com/usr/kinseibeauty4?_trksid=p2047675.m3561.l2559 |
| 242 | l3unnypink | https://www.ebay.com/usr/l3unnypink?_trksid=p2047675.m3561.l2559 |
| 243 | lcmj2018au | https://www.ebay.com/usr/lcmj2018au |
| 244 | lcmj2018us | https://www.ebay.com/usr/lcmj2018us?_trksid=p2047675.m3561.l2559 |
| 245 | leon_gill | https://www.ebay.com/usr/leon_gill?_trksid=p2047675.m3561.l2559 |
| 246 | linsh0p | https://www.ebay.com/usr/linsh0p?_trksid=p2047675.m3561.l2559 |

| Doe No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 247 | lovinglightcandles | https://www.ebay.com/usr/lovinglightcandles?_trksid=p2047675.m3561.l2559 |
| 248 | lowcost-10 | https://www.ebay.com/usr/lowcost-10 |
| 249 | luckylemonmarket | https://www.ebay.com/usr/luckylemonmarket |
| 250 | luxury.china | https://www.ebay.com/usr/luxury.china |
| 251 | mastertoner | https://www.ebay.com/usr/mastertoner |
| 252 | maxam78 | https://www.ebay.com/usr/maxam78 |
| 253 | mbz-24*de | https://www.ebay.com/usr/mbz-24*de |
| 254 | mbz-24de | https://www.ebay.com/usr/mbz-24*de?_trksid=p2047675.m3561.l2559 |
| 255 | mcenterprises_llc | https://www.ebay.com/usr/mcenterprises_llc?_trksid=p2047675.m3561.l2559 |
| 256 | Mg fashion love | https://www.ebay.com/usr/mgfashionlove?_trksid=p2047675.m3561.l2559 |
| 257 | mhstore77 | https://www.ebay.com/usr/mhstore77 |
| 258 | migasol | https://www.ebay.com/usr/migasol?_trksid=p2047675.m3561.l2559 |
| 259 | mimocompr | https://www.ebay.com/usr/mimocompr?_trksid=p2047675.m3561.l2559 |
| 260 | nadalghait0 | https://www.ebay.com/usr/nadalghait0?_trksid=p2047675.m3561.l2559 |
| 261 | nannyrocks120 | https://www.ebay.com/usr/nannyrocks120?_trksid=p2047675.m3561.l2559 |
| 262 | nare8196 | https://www.ebay.com/usr/nare8196 |
| 263 | nycunitedgoods | https://www.ebay.com/usr/nycunitedgoods?_trksid=p2047675.m3561.l2559 |
| 264 | oakey_27 | https://www.ebay.com/usr/oakey_27?_trksid=p2047675.m3561.l2559 |
| 265 | oebristol | https://www.ebay.com/usr/oebristol?_trksid=p2047675.m3561.l2559 |
| 266 | ottostore | https://www.ebay.com/usr/ottostore |
| 267 | outleth74 | https://www.ebay.com/usr/outleth74?_trksid=p2047675.m3561.l2559 |
| 268 | pencilcolor2017 | https://www.ebay.com/usr/pencilcolor2017 |
| 269 | positiveshopnr1 | https://www.ebay.com/usr/positiveshopnr1?_trksid=p2047675.m3561.l2559 |
| 270 | ramireariadn-0 | https://www.ebay.com/usr/ramireariadn-0?_trksid=p2047675.m3561.l2559 |
| 271 | retailmisfits | https://www.ebay.com/usr/retailmisfits?_trksid=p2047675.m3561.l2559 |
| 272 | rodcogroup | http://www.ebay.com/usr/rodcogroup?_trksid=p2349526.m4383.c10 |
| 273 | rumaxtrade | https://www.ebay.com/usr/rumaxtrade |
| 274 | shmcg-7339 | https://www.ebay.com/usr/shmcg-7339?_trksid=p2047675.m3561.l2559 |
| 275 | shop_purple | https://www.ebay.com/usr/shop_purple?_trksid=p2047675.m3561.l2559 |

| Doe No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 276 | shopcom2000 | https://www.ebay.com/usr/shopcom2000?_trksid=p2047675.m3561.l2559 |
| 277 | shopcrownhouse | https://www.ebay.com/usr/shopcrownhouse?_trksid=p2047675.m3561.l2559 |
| 278 | sita-ram (22) | https://www.ebay.com/usr/sita-ram?_trksid=p2047675.m3561.l2559 |
| 279 | solyansoutlet | https://www.ebay.com/usr/solyansoutlet |
| 280 | star61172 | https://www.ebay.com/usr/star61172 |
| 281 | steffanief13 | https://www.ebay.com/usr/steffanief13?_trksid=p2047675.m3561.l2559 |
| 282 | storageauctionpirate | https://www.ebay.com/usr/storageauctionpirate?_trksid=p2047675.m3561.l2559 |
| 283 | stylemebri | https://www.ebay.com/usr/stylemebri |
| 284 | sunken_treasure | https://www.ebay.com/usr/sunken_treasure?_trksid=p2047675.m3561.l2559 |
| 285 | sunlin1120 | https://www.ebay.com/usr/wisithuru_product?_trksid=p2047675.m3561.l2559 |
| 286 | taiyuanhuiguaisaish-0 | https://www.ebay.com/usr/taiyuanhuiguaisaish-0?_trksid=p2047675.m3561.l2559 |
| 287 | tandzik9 | https://www.ebay.com/usr/tandzik9 |
| 288 | tdbsmarketplace | https://www.ebay.com/usr/tdbsmarketplace?_trksid=p2047675.m3561.l2559 |
| 289 | teresbenedic5 | https://www.ebay.com/usr/teresbenedic5?_trksid=p2047675.m3561.l2559 |
| 290 | theezay | https://www.ebay.com/usr/theezay |
| 291 | thetajan | https://www.ebay.com/usr/thetajan?_trksid=p2047675.m3561.l2559 |
| 292 | thisiskatherine | https://www.ebay.com/usr/thisiskatherine?_trksid=p2047675.m3561.l2559 |
| 293 | triciatre_4 | https://www.ebay.com/usr/triciatre_4?_trksid=p2047675.m3561.l2559 |
| 294 | unixskin | https://www.ebay.com/usr/unixskin?_trksid=p2047675.m3561.l2559 |
| 295 | useeisell | https://www.ebay.com/usr/useeisell?_trksid=p2047675.m3561.l2559 |
| 296 | vallimerick | https://www.ebay.com/usr/vallimerick |
| 297 | vmotorv | https://www.ebay.com/usr/vmotorv?_trksid=p2047675.m3561.l2559 |
| 298 | w20836 | https://www.ebay.com/usr/w20836?_trksid=p2047675.m3561.l2559 |
| 299 | waggcomputer | https://www.ebay.com/usr/waggcomputer |
| 300 | wallscloset04 | https://www.ebay.com/usr/wallscloset04?_trksid=p2047675.m3561.l2559 |
| 301 | watchbandspot | https://www.ebay.com/usr/watchbandspot |
| 302 | wellnesseer | https://www.ebay.com/usr/wellnessseer?_trksid=p2047675.m3561.l2559 |
| 303 | wellnessseer | https://www.ebay.com/usr/wellnessseer?_trksid=p2047675.m3561.l2559 |
| 304 | wenfindsmore | https://www.ebay.com/usr/wenfindsmore |

| Doe No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 305 | wisithuru_product | https://www.ebay.com/usr/wisithuru_product |
| 306 | wow-shoppers-llc | https://www.ebay.com/usr/wow-shoppers-llc |
| 307 | yanksfan12345 | https://www.ebay.com/usr/yanksfan12345?_trksid=p2047675.m3561.l2559 |
| 308 | yolandlor-0 | https://www.ebay.com/usr/yolandlor-0?_trksid=p2047675.m3561.l2559 |
| 309 | yyi89578 | https://www.ebay.com/usr/yyi89578?_trksid=p2047675.m3561.l2559 |
| 310 | zongtian | https://www.ebay.com/usr/zongtian |
| 311 | ArzariBeauty | https://www.etsy.com/shop/ArzariBeauty?ref=l2-about-shopname |
| 312 | BellesSecrets | https://www.etsy.com/shop/BellesSecrets?ref=l2-about-shopname |
| 313 | Digital Blonde Shop | https://www.etsy.com/shop/DigitalBlondeShop?ref=l2-about-shopname |
| 314 | JFieldsCo | https://www.etsy.com/shop/JFieldsCo?ref=l2-about-shopname |
| 315 | Lucky Lemon Market | https://www.etsy.com/shop/LuckyLemonMarket?ref=l2-about-shopname |
| 316 | PaintByNumberUK | https://www.etsy.com/shop/PaintByNumberUK?ref=l2-about-shopname |
| 317 | SkinAngelLLC | https://www.etsy.com/shop/SkinAngelLLC?ref=l2-about-shopname |
| 318 | Acme Approved | https://www.walmart.com/seller/2572?itemId=1976500705&pageName=item |
| 319 | AIIYME Store | https://www.walmart.com/seller/101115669?itemId=823755547&pageName=item |
| 320 | Ankang | https://www.walmart.com/seller/101290556?itemId=1780398428&pageName=item |
| 321 | AutmorDirect.us | https://www.walmart.com/seller/101036424?itemId=922096874&pageName=item&returnUrl=%2Fip%2FSilicone-Face-Washing-Machine-Ultrasonic-Vibration-Waterproof-Facial-Cleansing-Brush-Pink%2F922096874%3Ffrom%3D%252Fsearch |
| 322 | Beautiful & Bold Aesthetics LLC | https://www.walmart.com/seller/101099899?itemId=758755217&pageName=item&returnUrl=%2Fip%2FDeep-Cleaning-Silicone-Facial-Cleansing-Brush-Electric-Massage-Brush%2F758755217%3Ffrom%3D%252Fsearch |
| 323 | Billbianc | https://www.walmart.com/seller/101178119?itemId=1895542813&pageName=item&returnUrl=%2Fip%2FSoft-Silicone-Cleansing-Brush-Gentle-Sonic-Waterproof-Rechargeable-Electric-Comfortable-Bristles%2F1895542813%3Ffrom%3D%252Fsearch |
| 324 | BOTE LLC | https://www.walmart.com/seller/101242499?itemId=1646377688&pageName=item |
| 325 | CDJLYUS Co. Ltd. | https://www.walmart.com/seller/101268789?itemId=1164996945&pageName=item |
| 326 | Childlike Innocence | https://www.walmart.com/seller/101290197?itemId=2891618104&pageName=item&returnUrl=%2Fip%2FHandheld-Rechargeable-Acoustic-Wave-Facial-Cleanser-Waterproof-Electric-Household-Portable-Cleaning-Used-Deep-Cleaning-Gentle-Exfoliation-Massage%2F2891618104%3FadsRedirect%3Dtrue |
| 327 | CkeyiN Official | https://www.walmart.com/reviews/seller/101066171 |
| 328 | E-Commerce Hong Kong Corporation | https://www.walmart.com/seller/18988?itemId=2473875696&pageName=item |
| 329 | Electronicsonic.com | https://www.walmart.com/seller/10159?itemId=257384107&pageName=item |

| Doe No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 330 | Eryuan Network Technology Co., LTD | https://www.walmart.com/seller/101124143?itemId=579467366&pageName=item&returnUrl=%2Fip%2FFacial-Cleansing-Brush-Waterproof-Vibrating-and-Heating-Face-Brush-for-Deep-Cleansing-Gentle-Exfoliating-and-Massager%2F579467366%3Ffrom%3D%252Fsearch |
| 331 | Good Choice | https://www.walmart.com/reviews/seller/101197036 |
| 332 | Good Day | https://www.walmart.com/reviews/seller/101276709 |
| 333 | Heldig | https://www.walmart.com/seller/101247967?itemId=2538811437&pageName=item&returnUrl=%2Fip%2FFacial-Cleansing-Brush-Electric-Face-Brush-5-Adjustable-Speed-IPX6-Waterproof-Silicone-Rechargeable-Hand-Held-Instrument-Deep-Massaging-Pink%2F2538811437%3Ffrom%3D%2Fsearch |
| 334 | IOCOCEE | https://www.walmart.com/seller/101133114?itemId=1603197966&pageName=item |
| 335 | Jones N Panda Corp | https://www.walmart.com/reviews/seller/101048089 |
| 336 | JT Home Store | https://www.walmart.com/reviews/seller/101197049 |
| 337 | Kikuu | https://www.walmart.com/seller/101260845?itemId=2084886749&pageName=item |
| 338 | kunminghuireng Co. ltd | https://www.walmart.com/seller/101269102?itemId=413762092&pageName=item |
| 339 | Li HB Store | https://www.walmart.com/reviews/seller/101273279 |
| 340 | LonRon Co.Ltd | https://www.walmart.com/seller/101273026?itemId=1512145364&pageName=item |
| 341 | LotusHaze | https://www.walmart.com/seller/101212924?itemId=1733247367&pageName=item |
| 342 | PXNKY Co. Ltd | https://www.walmart.com/seller/101127453?itemId=1064153110&pageName=item |
| 343 | Quisque Ornare Inc | https://www.walmart.com/seller/101067535?itemId=1357847672&pageName=item |
| 344 | RAINRO Co., Ltd. | https://www.walmart.com/seller/101182112?itemId=1691190847&pageName=item&returnUrl=%2Fip%2FSilicone-Electric-Face-Cleansing-Brush-Handheld-Rechargeable-Deep-Facial-Cleanser-Brush-Skin-Care%2F1691190847%3Ffrom%3D%252Fsearch |
| 345 | Sevenstore | https://www.walmart.com/seller/101257607?itemId=2735431672&pageName=item |
| 346 | Shaoxing Sandeli Textile Co. LTD | https://www.walmart.com/seller/101096618?itemId=2594098205&pageName=item |
| 347 | Skincare | https://www.walmart.com/seller/101121742?itemId=1568067574&pageName=item&returnUrl=%2Fip%2FElectric-Facial-Cleansing-Brush-Silicone-Deep-Cleaning-Waterproof-Handheld-Brush-New-TOPOINT%2F1568067574%3Ffrom%3D%252Fsearch |
| 348 | SOTNDA Co. Ltd | https://www.walmart.com/seller/101137116?itemId=1064153110&pageName=item&returnUrl=%2Fip%2FSonic-Face-Wash-Brush-Improving-Efficacy-Creams-Anti-aging-Lift-Facial-Skin-Long-Handle-Sonic-Cleansing-Brush-Handheld-Instrument-With-Massage-Functi%2F1064153110%3Ffrom%3D%252Fsearch |
| 349 | Tasharina Corp | https://www.walmart.com/seller/571?itemId=937467656&pageName=item&returnUrl=%2Fip%2FUnique-Bargains-Sonic-Facial-Cleansing-Brush-Hygienic-Soft-Silicone-with-USB-Line-for-All-Skin-Cleansing-for-Women-Men-Green%2F937467656%3Ffrom%3D%252Fsearch |
| 350 | The Skin Shop | https://www.walmart.com/seller/7177?itemId=848783357&pageName=item&returnUrl=%2Fip%2FUltrasonic-Silicone-Massage-Cleansing-Brush%2F848783357%3Ffrom%3D%252Fsearch |
| 351 | VASYL Flagship store | https://www.walmart.com/seller/101213681?itemId=3386997016&pageName=item&returnUrl=%2Fip%2FSilicone-Facial-Cleaning-Brush-Skin-Care-Wash-Cleansing-Device-Beauty-Facial%2F3386997016%3Ffrom%3D%252Fsearch |

| Doe No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 352 | VivaBella | https://www.walmart.com/seller/689?itemId=638342316&pageName=item&returnUrl=%2Fip%2FStyleCraft-Scrubs-Gentle-Cleansing-Facial-Brush-Pink-for-Unisex-1-Pc%2F638342316%3Ffrom%3D%252Fsearch |
| 353 | Yinchuan Xingtian E-commerce Sales Co., Ltd. | https://www.walmart.com/seller/101244474?itemId=1588829096&pageName=item&returnUrl=%2Fip%2FSonic-Face-Cleansing-Brush-Anti-Aging-Lift-Facial-Skin-Handheld-Cleansing-Tool%2F1588829096%3Ffrom%3D%252Fsearch |
| 354 | Cao ruixin | https://www.wish.com/merchant/5f28b9ebb8547a004d3cc80f |