UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-CIV-SCOLA

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF FILING EVIDENCE FILES UNDER SEAL

Pursuant to the sealed Second Order Requiring Materials for *Ex Parte* Application for Entry of Temporary Restraining Order (Dkt. 19), Plaintiff Foreo Inc. hereby gives notice that the evidence files of the infringing products for each and every one of the 354 Defendants identified on the Schedule A to the Complaint is being electronically filed under seal.

Dated: November 13, 2023        Respectfully submitted,

                                        */s/ Rossana Baeza*
                                        Rossana Baeza (FL Bar No. 1007668)
                                        BOIES SCHILLER FLEXNER LLP
                                        100 SE 2nd Street
                                        Suite 2800
                                        Miami, Florida 33131
                                        Tel: (305) 357-8415
                                        rbaeza@bsfllp.com

                                        *Counsel for Plaintiff Foreo Inc.*