DOE Number: 1
Seller Name: Asia Pacific Perfect Technology Co., Ltd.
Marketplace: Alibaba



MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com

What are you looking for... NEW Search

My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Free Samples IPX6 Silicone Facial Cleansing Brush Electric Sonic Black Head Remover Silicone Skin Care Cleansing Brush with Case

1 buyer

| 1 - 200 pieces | 201 - 2000 pieces | >= 2001 pieces |
|---|---|---|
| $7.99 | $6.99 | $5.99 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode: USB recharge $7.99 1

Samples: , USB recharge

$7.99/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 20 | 21 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 3 | 5 | 10 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 1000 pieces)
Graphic customization (Min. order 500 pieces)
Less

**Purchase details**

Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 4 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

1 pieces Details $7.99
Lead time 3 days

Shipping $12.20
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 4

Total $20.19

Start order

Contact supplier

Add to cart

Chat now

Browsing History

Asia Pacific Perfect Technology Co....
Manufacturer,Trading Company
CN 3YR

Response Time ≤9h
On-time delivery r... 100.0%

## You may also like

Global Free Samples Food Grade Silicone...
$5.99 - $7.99
Min. order: 2 pieces

New Food Grade Silicone Brush Silicone Facial...
$5.99 - $7.99
Min. order: 2 pieces

Global Custom Deep Pore Cleansing Face Cleansi...
$3.29 - $3.99
Min. order: 1 piece

Hot Selling Ultrasonic Silicone Pore Cleanser...
$5.99 - $7.99
Min. order: 2 pieces

Factory Direct Black Head Removal Silicone Mini...
$5.99 - $7.99
Min. order: 2 pieces

Product details | Company profile

Report Suspicious Activity!

Why Choose Us | Company Profile | FAQ

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | APPT |
| Model Number: | JM1801 | Type: | HAND HELD |

Alibaba.com
Global trade starts here    Buy Now

Shipping address          ████████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change    Add an address

**This order is protected**
with 🛡 Trade Assurance    View details

Item(s) total:                    USD 7.99
Shipping fee                      USD 12.20

Order total                       USD 20.19
Tax:                              USD 1.41

[ 🔒 Proceed to pay ]

Payment Security: 🛡 ∣ 💳

⚡ Asia Pacific Perfect Technology Co., Ltd.                        💬 Chat with the supplier

Free Samples IPX6 Silicone Facial Cleansing Brush Electric Sonic Black Head Remover Silicone Skin Care Cleansing Brush with Case

Color : 🔴 Pink ,          USD 7.99 / Piece ⓘ     [ − 1 + ]      USD 7.99
Power Supply Mode : USB recharge

[ Customization Service ]

The minimum quantity required for customization options is **500** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 7.99**

Shipping service line        Electronics Parcels (Standard) ⌄
                             Alibaba.com · Logistics

Shipping methods             🚢 EXPRESS

Incoterms                    DDP (Delivered Duty Paid) ⓘ

Delivery timeline            Guaranteed delivery by Apr 4
                             Compensation for delayed delivery

                   Payment                    Dispatch              Received
                   ●━━━━━━━━━━━━━━━━━━━━━━●━━━━━━━━━━━━━━━━━●
                        Lead time 3 days    CN   Shipping time 12-17 working days   US

Alibaba.com · Logistics  cost-effective, efficient, and trackable.          Shipping fee: **USD 12.20**

Sales Tax ⓘ          According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax
                     when you place an order. Learn more

                     ⓘ If you are purchasing products for resale or production, submit tax information to
                        be verified for tax exemption. Submit now

                                                                              Tax **USD 1.41**

Payment Method       ○ Credit/Debit Card

                     ● Other Payment Methods
                        The transaction fees and currencies vary, depending on the payment method chosen. View details
                        T/T  P PayPal  ePay  GPay  **Online Transfer**

Additional notes (optional)    Please fill in
                                                                              0/2000

Protections on this order with 🛡 Trade Assurance                    View details ›

Messenger ⌃

Need Help?



MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com What are you looking for... NEW Search My Alibaba Messages Orders Cart

Categories Ready to Ship Help Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Get the app English - USD Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship In Stock Fast Dispatch

Free Samples Exfoliators Silicone Sonic Cleansing Brush IPX6 Waterproof Silicone Facial Cleansing Brush Face Wash Brush

| 1 - 200 pieces | 201 - 2000 pieces | >= 2001 pieces |
|---|---|---|
| $7.99 | $6.99 | $5.99 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode: USB recharge $7.99 1

Samples: , USB recharge
$7.99/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 20 | 21 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 3 | 5 | 10 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 1000 pieces)
Graphic customization (Min. order 500 pieces)
Less

**Purchase details** Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 4 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

1 pieces Details $7.99
Lead time 3 days

Shipping $12.29
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 4

Total $20.28

Start order
Contact supplier
Add to cart

APPT Chat now
Browsing History

**Asia Pacific Perfect Technology Co....**
Manufacturer,Trading Company
CN 3YR
Response Time ≤9h
On-time delivery r... 100.0%

## You may also like

Global Free Samples Acoustic Wave Silicone...
$5.99 - $7.99
Min. order: 2 pieces

Free Samples IPX6... Silicone Facial Cleansing
$5.99 - $7.99
Min. order: 1 piece

Free Samples Acoustic... Wave Silicone Facial
$3.29 - $3.99
Min. order: 1 piece

New Food Grade Silicone Brush Silicone Facial...
$5.99 - $7.99
Min. order: 2 pieces

Free Samples High Frequency Face...
$5.99 - $7.99
Min. order: 2 pieces

Product details Company profile Report abuse

Why Choose Us Company Profile FAQ

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | APPT |
| Model Number: | JM1801 | Type: | HAND HELD |
| Plugs Type: | USB | Material: | ABS & Silicone, ABS & Silicone |

**Alibaba**.com
Global trade starts here™   Buy Now

| | | | |
|---|---|---|---|
| Shipping address | ████████████ ██████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America | | **This order is protected** with 🛡 Trade Assurance  View details |
| | Change   Add an address | | Item(s) total:   USD 7.99 |

Shipping fee   USD 12.29

🏢 Asia Pacific Perfect Technology Co., Ltd.          💬 Chat with the supplier

Order total   USD 20.28

Tax:   USD 1.42

Free Samples Exfoliators Silicone Sonic Cleansing Brush IPX6 Waterproof Silicone Facial Cleansing Brush Face Wash Brush

**Proceed to pay**

Color :  🔴 Pink ,          USD 7.99 / Piece ⓘ     – 1 +     USD 7.99
Power Supply Mode :  USB recharge

Payment Security:  ✔ 🔒   💳 💳

Customization Service

The minimum quantity required for customization options is **500** Pieces.
You currently have **1** Pieces in your cart.

💬 Messenger   ⌄

Item(s) total:   **USD 7.99**

| | | |
|---|---|---|
| Shipping service line | Electronics Parcels (Standard) ⌄ | |
| | **Alibaba**.com / Logistics | |
| Shipping methods | 🚢 EXPRESS | |
| Incoterms | DDP (Delivered Duty Paid) ⓘ | |
| Delivery timeline | Guaranteed delivery by Apr 4 | |
| | Compensation for delayed delivery | |

Payment                    Dispatch                          Received
●─────────────────────────●─────────────────────────────●
Lead time 3 days      CN   Shipping time 12-17 working days   US

**Alibaba**.com  Logistics  cost-effective, efficient, and trackable.          Shipping fee:  **USD 12.29**

| | |
|---|---|
| Sales Tax ⓘ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 1.42**

| | |
|---|---|
| Payment Method | ○ Credit/Debit Card |
| | ● Other Payment Methods |

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T  *P* PayPal  [Pay]  [G Pay]  **Online Transfer**

| | |
|---|---|
| Additional notes (optional) | Please fill in |
| | 0/2000 |

Protections on this order with 🛡 Trade Assurance          View details ›







MARCH EXPO Source 2023's latest products for less What's March Expo?

Alibaba.com What are you looking for... NEW Search My Alibaba Messages Orders Cart

Categories Ready to Ship Help Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Get the app English - USD Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship In Stock Fast Dispatch

Free Samples Exfoliators Silicone Sonic Cleansing Brush IPX6 Waterproof Silicone Facial Cleansing Brush Face Wash Brush

| 1 - 200 pieces | 201 - 2000 pieces | >= 2001 pieces |
|---|---|---|
| $7.99 | $6.99 | $5.99 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode: USB recharge $7.99 1

Samples: , USB recharge

$7.99/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 20 | 21 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 3 | 5 | 10 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 1000 pieces)
Graphic customization (Min. order 500 pieces)
Less

1 pieces Details $7.99
Lead time 3 days

Shipping $12.29
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 4

Total $20.28

Start order
Contact supplier
Add to cart

APPT Chat now
Browsing History

Asia Pacific Perfect Technology Co....
Manufacturer,Trading Company
CN 3YR
Response Time ≤9h
On-time delivery r... 100.0%

## Purchase details

Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 4 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

## You may also like

Global Free Samples Acoustic Wave Silicone...
$5.99 - $7.99
Min. order: 2 pieces

Free Samples IPX6... Silicone Facial Cleansing
$5.99 - $7.99
Min. order: 1 piece

Free Samples Acoustic... Wave Silicone Facial
$3.29 - $3.99
Min. order: 1 piece

New Food Grade Silicone Brush Silicone Facial...
$5.99 - $7.99
Min. order: 2 pieces

Free Samples High Frequency Face...
$5.99 - $7.99
Min. order: 2 pieces

Product details Company profile Report abuse

Why Choose Us Company Profile FAQ

## Overview

### Essential details

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | APPT |
| Model Number: | JM1801 | Type: | HAND HELD |
| Plugs Type: | USB | Material: | ABS & Silicone, ABS & Silicone |

Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change Add an address

Asia Pacific Perfect Technology Co., Ltd. | Chat with the supplier

**Free Samples Exfoliators Silicone Sonic Cleansing Brush IPX6 Waterproof Silicone Facial Cleansing Brush Face Wash Brush**

Color : Pink ,
Power Supply Mode : USB recharge

USB 7.99 / Piece | 1 | USD 7.99

Customization Service

The minimum quantity required for customization options is **500** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 7.99**

Shipping service line: **Electronics Parcels (Standard)**
Alibaba.com Logistics

Shipping methods: EXPRESS

Incoterms: DDP (Delivered Duty Paid)

Delivery timeline: Guaranteed delivery by Apr 4
Compensation for delayed delivery

Payment — Lead time 3 days — Dispatch CN — Shipping time 12-17 working days — Received US

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 12.29**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 1.42**

Payment Method

Credit/Debit Card

Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional)

Please fill in
0/2000

**Protections on this order** with Trade Assurance | View details

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 7.99 |
| Shipping fee | USD 12.29 |
| Order total | USD 20.28 |
| Tax: | USD 1.42 |

Proceed to pay

Payment Security:

Need Help?

Messenger

**MARCH EXPO** Claim 3 coupons worth US $80 from Apr 1-16, 2023 PT    View more

**Alibaba.com**    | What are you looking for... | Search |    My Alibaba  Messages  Orders  Cart

≡ Categories ⌄ | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central ⌄ | Sell on Alibaba.com ⌄ | Help ⌄      📱 Get the app    English - USD ⌄    Ship to: 🇺🇸 ⌄

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





🔍 View larger image



📤 Share

**Ready to Ship** | 🕒 In Stock ✓ Fast Dispatch ✓

Free Samples IPX6 Silicone Facial Cleansing Brush Electric Sonic Black Head Remover Silicone Skin Care Cleansing Brush with Case

1 buyer

| 1 - 200 pieces | 201 - 2000 pieces | >= 2001 pieces |
| --- | --- | --- |
| **$7.99** | **$6.99** | **$5.99** |

Benefits:  Quick refunds on orders under US $500    View more >

Color

Power Supply Mode    USB recharge    $7.99    − 0 +

Samples:    , USB recharge
**$7.99/piece**  Min. order : 1 piece   Get samples

Lead time: ⓘ

| Quantity (pieces) | 1 - 20 | 21 - 500 | 501 - 1000 | > 1000 |
| --- | --- | --- | --- | --- |
| Lead time (days) | 3 | 5 | 10 | To be negotiated |

Customization:    Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 1000 pieces)
More ⌄

The minimum order quantity is 1 piece
0/1 piece    from **$7.99**
Lead time 3 days ⓘ

Shipping    from **$12.43**
(Duty Incl.)
Electronics Parcels
(Standard) Change
Alibaba.com Logistics
**Guaranteed delivery By May 10** ⓘ

**Start order**

✉ Contact supplier

🛒 Add to cart

**Asia Pacific Perfect Technology ...**
Manufacturer,Trading Company
🇨🇳 CN 3YR
Response Time    On-time delivery r...
**≤17h**    **100.0%**

**Purchase details**    Protection with 🛡 Trade Assurance

Shipping:    Enjoy On-time Delivery Guarantee: Receive by May 10 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments:    VISA  💳  PayPal  afterpay  🍎Pay  G Pay  ...
Enjoy encrypted and secure payments View details

APP!
Chat now

Browsing History

TOP

 **Buy Now**

**Shipping address**

███ ██ ███████
████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**    **Add an address**

---

🏭 Asia Pacific Perfect Technology Co., Ltd.                                    💬 Chat with the supplier

 Free Samples IPX6 Silicone Facial Cleansing Brush Electric Sonic Black Head Remover Silicone Skin Care Cleansing Brush with Case

Color : 🔴 Pink ,  Power Supply Mode : USB recharge                   USD 7.99 / Piece ⓘ    −  1  +         USD 7.99

**Customization Service**

The minimum quantity required for customization options is **500** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 7.99**

---

**Shipping service line**       Electronics Parcels (Standard) ⌄
                                Alibaba.com | Logistics

**Shipping methods**            ≋ EXPRESS

**Incoterms**                   DDP (Delivered Duty Paid) ❔

**Delivery timeline**           Guaranteed delivery by May 10
                                Compensation for delayed delivery

Payment                          Dispatch                           Received
●──────────────────────────────────●──────────────────────────────────●
         Lead time 3 days          CN    Shipping time 12-17 working days    US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.           Shipping fee: **USD 12.43**



**This order is protected**
with 🛡 Trade Assurance  **View details**

Item(s) total:                   USD 7.99
Shipping fee                     USD 12.43

Order total                      USD 20.42
Tax:                             USD 1.43

[ ✓ **Proceed to pay** ]

Payment Security:  ✓ 🔒  PCI

DOE Number: 2
Seller Name: Dongguan Define Beauty Electronic Technology Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com What are you looking for... NEW Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship In Stock Fast Dispatch

Home portable USB charging mini electric facial cleansing brush silicone sonic facial cleansing brush

| 1 - 99 pieces | 100 - 499 pieces | 500 - 1999 pieces | >= 2000 pieces |
|---|---|---|---|
| $4.64 | $4.48 | $3.86 | $3.09 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode: USB recharge $4.64 1

Samples: , USB recharge

$4.64/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 1 | 2 - 100 | 101 - 200 | > 200 |
|---|---|---|---|---|
| Lead time (days) | 5 | 7 | 10 | To be negotiated |

Customization: Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 1000 pieces)
Graphic customization (Min. order 500 pieces)
products color (Min. order 500 pieces)
Less

1 pieces Details $4.64
Lead time 5 days

Shipping $60.50
Seller's Shipping Method 1 (DHL) Change
Guaranteed delivery By Mar 30

Total $65.14

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

Dongguan Define Beauty Electronic ...
Manufacturer,Trading Company
CN 3YR
Response Time ≤6h
On-time delivery r... 28.6%

## Purchase details

Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Mar 30 via Seller's Shipping Method 1

Payments: VISA PayPal Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

## You may also like

Mini sonic silicon scrub rechargeable exfoliating...
**$1.00 - $5.00**
Min. order: 1.0 piece

Deep Cleansing Skin Care Massager Silicone Face...
**$1.00 - $5.00**
Min. order: 1.0 piece

Home portable mini face volcanic stone oil...
**$1.00 - $3.50**
Min. order: 1.0 piece

5 Mode Deep Cleaning... Facial Cleansing Brush
**$0.85 - $4.71**
Min. order: 2 sets

Small portable oil absorbing face roller fac...
**$1.00 - $3.50**
Min. order: 1.0 piece

Product details | Company profile | Report Suspicious Activity!

:t Description | Specification | Company Profile | Certifications | Our Team | Customer praise | FAQ | Packing & Delivery

## Overview

### Essential details

| | | | |
|---|---|---|---|
| Place of Origin: | China | Plugs Type: | Other |
| Material: | Silicone, Silicone | Waterproof: | Yes |
| Warranty: | 1 Year | Feature: | Facial cleansing |

**Alibaba.com** Global trade starts here   Buy Now

**Shipping address**
████████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America
Change    Add an address

**This order is protected**
with 🛡️ Trade Assurance   View details

| | |
|---|---|
| Item(s) total: | USD 4.64 |
| Shipping fee | USD 60.50 |
| Order total | USD 65.14 |
| Tax: | USD 4.57 |

🛒 Proceed to pay

Payment Security: ✅ 256 VISA 💳

Dongguan Define Beauty Electronic Technology Co., Ltd.    💬 Chat with the supplier

Home portable USB charging mini electric facial cleansing brush silicone sonic facial cleansing brush

Color : 🔴 Red ,
Power Supply Mode : USB recharge

USD 4.64 / Piece ⓘ    − 1 +    USD 4.64

Customization Service

The minimum quantity required for customization options is **500 Pieces**.
You currently have **1** Pieces in your cart.

Item(s) total:  **USD 4.64**

🗨️ Messenger   ⌄

| | |
|---|---|
| Shipping service line | Seller's Shipping Method 1 (DHL) ⌄ |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DAP (Delivered at Place) ⓘ |
| Delivery timeline | Guaranteed delivery by Mar 30 |
| | Compensation for delayed delivery |

Payment ────●──── Dispatch ────●──── Received
Lead time 5 days      CN    Shipping time 7-11 working days    US

Shipping fee:  **USD 60.50**

**Sales Tax** ⓘ
According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 4.57**

**Payment Method**
○ Credit/Debit Card
◉ Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details
T/T  PayPal  🍎Pay  GPay  **Online Transfer**

**Additional notes (optional)**
Please fill in
0/2000

**Protections on this order** with 🛡️ Trade Assurance    View details ❯

🚚 **On-time Delivery Guarantee**
Delivered by Mar 30 or you are eligible for compensation

DOE Number: 3
Seller Name: Dongguan I-Believe Electronic Appliance Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com | What are you looking for... | NEW Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

MARCH IPX 7 Waterproof Private Label Facial Cleansing Brush Sonic Brush Silicone Face Brush Deep Cleansing

1 buyer

**$1.37 - $12.80** / piece | 2 piece/pieces (Min. order)

MARCH EXPO
- Lowest prices in 90 days
- Save up to US $30 with PayPal

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

Power Supply Mode: USB recharge $12.80 2

Samples: , USB recharge
**$12.80/piece** Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | 101 - 500 | > 500 |
|---|---|---|---|
| Lead time (days) | 7 | 15 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)

2 pieces Details $25.60
Lead time 7 days

Shipping $23.94
Air Charter Express US (Premium) Change
Alibaba.com Logistics
Guaranteed delivery By Mar 30

Total $49.54

Start order
Contact supplier
Add to cart

Chat now
Browsing History

Dongguan I-Believe Electronic Appli...
Manufacturer,Trading Company
CN 8YR
Response Time ≤5h | On-time delivery r... 95.3%
139 Transactions 130,000+

### Purchase details

Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Mar 30 via Air Charter Express US (Premium)
Powered by Alibaba.com Logistics

Payments: VISA | PayPal | Pay | G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

### You may also like

2023 New Face Brush... Rotating Magnetic Beads
**$1.37 - $12.50**
Min. order: 2 pieces

Wholesale Price... Ultrasonic Waterproof
**$1.40 - $7.25**
Min. order: 2 pieces

3 in 1 Soft Heads... Ultrasonic Ionic Sassy
**$1.85 - $4.52**
Min. order: 2 pieces

Facial Cleansing... Massager Anti-aging Skin
**$5.10 - $5.30**
Min. order: 5 pieces

IPX7 Waterproof USB... Recharge Electric Sonic
**$8.80 - $9.50**
Min. order: 1 piece

### Product analysis

Trending product
Exclusive tool for Silver Buyers
View more data

| 1 | 10+ USD | | |
|---|---|---|---|
| Sales volume (90 days) | Sales amount (90 days) | Sales trend (90 days) | Price trend (90 days) |

Product details | Company profile | Transactions | Report abuse

Specification | Product Description | Company Profile | Certifications | Packing & Delivery | FAQ

## Overview

**Alibaba.com** Global trade starts here — Buy Now

Shipping address

▓▓▓▓▓▓▓ Miami, Florida, 33133-2709, United States of America

Change   Add an address

This order is protected

with 🛡 Trade Assurance   View details

| Item(s) total: | USD 25.60 |
| Shipping fee | USD 23.94 |
| Order total | USD 49.54 |
| Tax: | USD 3.48 |

Proceed to pay

Payment Security: 🛡 VISA

🚚 Dongguan I-Believe Electronic Appliance Co., Ltd.        ◯ Chat with the supplier

MARCH  IPX 7 Waterproof Private Label Facial Cleansing Brush Sonic Brush Silicone Face Brush Deep Cleansing
90-day lowest prices

Color :  🔴 Pink ,        USD 12.80 / Piece     [ − ] 2 [ + ]     USD 25.60
Power Supply Mode :  USB recharge

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total: **USD 25.60**

Messenger

Shipping service line   **Air Charter Express US (Premium)** ⌄
Alibaba.com / Logistics

Shipping methods   🚢 EXPRESS

Incoterms   DAP (Delivered at Place) ⓘ

Delivery timeline   Guaranteed delivery by Mar 30
Compensation for delayed delivery

| Payment | Dispatch | Received |
| ● | ● | ● |
| Lead time 7 days | CN   Shipping time 5-9 working days | US |

Alibaba.com Logistics cost-effective, efficient, and trackable.        Shipping fee: **USD 23.94**

Sales Tax ⓘ       According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax
when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to
be verified for tax exemption. Submit now

Tax **USD 3.48**

Payment Method

○ Credit/Debit Card

● Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T  PayPal  Pay  GPay  **Online Transfer**

Additional notes (optional)   Please fill in

0/2000

Protections on this order with 🛡 Trade Assurance        View details ›

On-time Delivery Guarantee

Need Help?

4/18/23, 4:12 AM
Skin Care Waterproof Electric Facial Cleansing Brush Portable Silicone Electric Face Scrubber With Heating,Electric Silicone Facial Cleansing Brush Product on Alibaba.com
Case 1:23-cv-03363-RNS Document 20-1 Entered on FLSD Docket 11/13/2023 Page 16 of 441

 **Alibaba.com**

What are you looking for... 🔍 **NEW** | 🔍 Search

👤 My Alibaba | 💬 Messages | 🛒 Orders | 🛒 Cart

☰ Categories ⌄ | Ready to Ship | Personal Protective E… | Trade Shows | Buyer Central ⌄ | Sell on Alibaba.com ⌄ | Help ⌄

📱 Get the app | English - USD ⌄ | Ship to: 🇺🇸 ⌄

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





🔍 View larger image



📤 Share

**Ready to Ship** | ⏱ In Stock | ⚡ Fast Dispatch

**Skin Care Waterproof Electric Facial Cleansing Brush Portable Silicone Electric Face Scrubber With Heating**

2 buyers

🔥 No.8 Hot selling in Silicone Face Scrubber Change

| 5 - 500 pieces | 501 - 1000 pieces | >= 1001 pieces |
|---|---|---|
| **$5.30** | **$5.20** | **$5.10** |

Benefits: 3-day coupon giveaway: up to US $80 off  View more ›

Color: 🔴 🔴 🔵 ⚫

Power Supply Mode: USB recharge  $5.30  [ − ] 0 [ + ]

Samples: 🔋, USB recharge
**$5.30/piece**  Min. order : 1 piece  Get samples

Lead time: ⓘ

| Quantity (pieces) | 1 - 5 | > 5 |
|---|---|---|
| Lead time (days) | 7 | To be negotiated |

Customization: Customized logo (Min. order 2000 pieces)
Customized packaging (Min. order 2000 pieces)

### Purchase details

Protection with 🛡 **Trade Assurance**

Shipping: Enjoy On-time Delivery Guarantee: Receive by May 9 via HKUPS Saver (Premium)
Powered by Alibaba.com Logistics

Payments: 💳 VISA 💳 Mastercard 🅿 PayPal afterpay 🍎 Pay 🇬 Pay …
Enjoy encrypted and secure payments View details

The minimum order quantity is 5 piece

0/5 piece  from **$26.50**
Lead time **7 days** ⓘ

Shipping  from **$33.30**
HKUPS Saver (Premium) Change
**Alibaba.com** Logistics
Guaranteed delivery **By May 9** ⓘ

**Start order**

☑ **Contact supplier**

🛒 **Add to cart**



✔ **Verified supplier**

**Dongguan I-Believe Electronic Appli…**
**Custom manufacturer**
🇨🇳 CN  8 YRS

® Registered trademarks (1)

Store rating  On-time delivery rate
**4.9/5**  **95.0%**

Response time  Online revenue
**≤4h**  **$160,000+**

Floorspace  Staff
**4500m²**  **101**

Services
Agile supply chain
Minor customization

Quality control
Raw-material traceability identifi…
Finished product inspection

Certifications  ›

💬 Chat now

🕐 Browsing History


**Buy Now**

**Shipping address**

████ ████ ████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**    **Add an address**

Dongguan I-Believe Electronic Appliance Co., Ltd.    ⚪ Chat with the supplier



**Skin Care Waterproof Electric Facial Cleansing Brush Portable Silicone Electric Face Scrubber With Heating**

Color : 🔴 Red , Power Supply Mode : USB recharge

USD 5.30 / Piece  — 5 +   USD 26.50

**Customization Service**

The minimum quantity required for customization options is **2000** Pieces.
You currently have **5** Pieces in your cart.

Item(s) total: **USD 26.50**

**Shipping service line**  HKUPS Saver (Premium) ⌄
Alibaba.com | Logistics

**Shipping methods**  ⚡ EXPRESS

**Incoterms**  DAP (Delivered at Place) ?

**Delivery timeline**  Guaranteed delivery by May 9
Compensation for delayed delivery

Payment ———— Dispatch ———— Received
Lead time 7 days   CN   Shipping time 5-8 working days   US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.   Shipping fee: **USD 33.25**



**This order is protected**
with 🛡 Trade Assurance  **View details**

Item(s) total:  USD 26.50
Shipping fee  USD 33.25

Order total  USD 59.75
Tax:  USD 4.19

**✓ Proceed to pay**

Payment Security:

DOE Number: 4
Seller Name: Dongguan Super Electric Technology Co., Ltd.
Marketplace: Alibaba

**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for... [NEW] Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com |

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



Ready to Ship | ⊘ In Stock | ⊘ Fast Dispatch

MARCH Hot Sale IPX7 Silicone Facial Cleansing Brush Face Scrubbers Waterproof Electric Face Cleanser Massager Brush for All Skin

| 100 - 499 pieces | 500 - 999 pieces | 1000 - 1999 pieces | >= 2000 pieces |
|---|---|---|---|
| **$7.80** | **$7.70** | **$7.50** | **$7.30** |

MARCH EXPO | Save up to US $30 with PayPal | >

Benefits: Silver US $500 coupons | View more >

Color: [pink]

| Power Supply Mode | | | |
|---|---|---|---|
| Built-in Battery | $7.80 | − 0 + |
| RECHARGEABLE | $7.80 | − 100 + |
| USB recharge | $7.80 | − 0 + |

Samples: , Built-in Battery
$7.80/piece   Min. order : 1 piece   Get samples

Lead time:ⓘ

| Quantity (pieces) | 1 -1000 | >1000 |
|---|---|---|
| Lead time (days) | 10 | To be negotiated |

Customization: Customized logo (Min. order 200 pieces)
Customized packaging (Min. order 500 pieces)
More ∨

### Purchase details
Protection with 🛡 Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 12 via Freight (Economy)
Powered by Alibaba.com Logistics

Payments: VISA ● P PayPal [...] Pay G Pay [...]
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

### Source with confidence
⊘ Direct from Verified Custom Manufacturer

---

100 pieces Details | **$780.00**
Lead time **10 days** ⓘ

Shipping | **$706.09**
Freight (Economy) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 12 ⓘ

Total | **$1486.09**

**Start order**

✉ Contact supplier

🛒 Add to cart

**Verified supplier**

Dongguan Super Electric Technology C...
Custom manufacturer
🔴 CN | 8 YRS

🛡 Registered trademarks (2)

| Store rating | On-time delivery rate |
|---|---|
| **4.7/5** | **95.8%** |
| Response time | Transactions |
| **≤6h** | **$250,000+** |
| Floorspace | Staff |
| **4590m²** | **55** |

Services
Minor customization
Full customization

Quality control
Finished product inspection
QA/QC inspectors (3)

Certifications >
CE FC 🍃 UK CA

Company profile | Visit store

Chat now
Browsing History

---

**Product details** | Company profile
Report abuse

s Description | Details Images | Usage & Application | Recommend Products | Company Profile | Payment&Shipping | FAQ < >

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | STY facial cleansing brush |
| Model Number: | FC-001 facial cleansing | Plugs Type: | USB charging |
| Material: | Silicone, Silicone | Waterproof: | Yes |
| Warranty: | 1 Year, 1 year | Feature: | DEEP CLEANSING, Exfoliators, Pore Cleaner, Black He... |
| Product Name: | Waterproof Electric Face Cleanser Massager Brush fo... | Color: | Red / Customized |
| Size: | 80mmx37mmx67mm | Battery capacity: | 300mah |
| Packing: | 1pc/gift box | Power supply: | USB Rechargeable Battery |
| Voltage: | 5v | Certificate: | CE ROHS FCC |
| Certification: | ISO9001 | | |







Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted] ), [redacted]
[redacted] Miami, Florida, 33133-2709, United States of America

Change Add an address

Dongguan Super Electric Technology Co., Ltd. Chat with the supplier

MARCH Hot Sale IPX7 Silicone Facial Cleansing Brush Face Scrubbers Waterproof Electric Face Cleanser Massager Brush for All Skin

Color : Red ,
Power Supply Mode : RECHARGEABLE

USD 7.80 / Piece − 100 + USD 780.00

Customization Service

The minimum quantity required for customization options is **200** Pieces.
You currently have **100** Pieces in your cart.

Item(s) total: **USD 780.00**

Shipping service line — **Freight (Economy)**
Alibaba.com Logistics

Shipping methods — EXPRESS

Incoterms — DAP (Delivered at Place)

Delivery timeline — Guaranteed delivery by Apr 12
Compensation for delayed delivery

Payment — Dispatch — Received
Lead time 10 days — CN — Shipping time 9-15 working days — US

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 706.09**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 104.03**

Payment Method

Credit/Debit Card

Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details
T/T PayPal Pay G Pay **Online Transfer**
MARCH Save up to US $30 off with PayPal >

Additional notes (optional)
Please fill in
0/2000

**Protections on this order** with Trade Assurance — View details >

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 780.00 |
| Shipping fee | USD 706.09 |
| Order total | USD 1486.09 |
| Tax: | USD 104.03 |

Proceed to pay

Payment Security:

Need Help?

Messenger

MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com
What are you looking for... Search
My Alibaba Messages Orders Cart
Categories Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Help
Get the app English - USD Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship In Stock Fast Dispatch

MARCH Vibrating Waterproof Facial Cleanser Bulk Mini Electric Facial Cleansing Brush Sonic Facial Cleanser Machine for Pore Shrinking

| 10 - 100 pieces | 101 - 500 pieces | 501 - 1000 pieces | >= 1001 pieces |
|---|---|---|---|
| $7.80 | $7.70 | $7.50 | $7.30 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: US $500 coupons View more

Color

Power Supply Mode: USB recharge $7.80 10

Samples: , USB recharge
$10.00/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | > 100 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

10 pieces Details $78.00
Lead time 15 days
Shipping $122.36
Electronics Express (Premium) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 7
Total $200.36
Start order
Contact supplier
Add to cart

Chat now
Browsing History

Verified supplier
Dongguan Super Electric Technology C...
Custom manufacturer
CN 8 YRS
Registered trademarks (2)

| Store rating | On-time delivery rate |
|---|---|
| 4.7/5 | 95.8% |
| Response time | Transactions |
| ≤6h | $250,000+ |
| Floorspace | Staff |
| 4590m² | 55 |

Services
Minor customization
Full customization

Quality control
Finished product inspection
QA/QC inspectors (3)

Certifications
CE FC UK CA

Company profile Visit store

## Purchase details

Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 7 via Electronics Express (Premium)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

## Source with confidence

Direct from Verified Custom Manufacturer

## You may also like

2021 Facial Machine... Logo Face Brush
$7.30 - $7.80
Min. order: 10 pieces

Therapy Massage Gun... with Heat Deep Tissue
$37.00 - $40.00
Min. order: 1 piece

Professional Electric Deep Tissue Muscle...
$8.80 - $9.50
Min. order: 1 piece

Deep Tissue Massager f... Muscle Pain Relief,
$36.00 - $38.00
Min. order: 1 box

Electric Smart Cupping Therapy Massager With...
$5.50 - $6.50
Min. order: 1 unit

Product details Company profile Report abuse

Product Description Specification Details Images Related Products Packing & Delivery Company Profile FAQ

## Overview

### Essential details

| Place of Origin: | China | Brand Name: | HM |
|---|---|---|---|
| Model Number: | FC-001 | Plugs Type: | USB cable |

**Alibaba.com** Global trade starts here ™   Buy Now

| | | |
|---|---|---|
| Shipping address | ████████ Miami, FL 33133-2709, United States. Miami, Florida. 33133-2709, United States of America | **This order is protected** with 🛡 Trade Assurance  View details |
| | Change   Add an address | Item(s) total: USD 78.00 |

Dongguan Super Electric Technology Co., Ltd.    💬 Chat with the supplier

**MARCH** Vibrating Waterproof Facial Cleanser Bulk Mini Electric Facial Cleansing Brush Sonic Facial Cleanser Machine for Pore Shrinking

Color : 🔴 Pink ,
Power Supply Mode : USB recharge

USD 7.80 / Piece ⓘ    − 10 +    USD 78.00

Item(s) total: **USD 78.00**

Shipping fee    USD 122.36
Order total    USD 200.36
Tax:    USD 14.02

🔘 **Proceed to pay**

Payment Security: ✅ SSL  VISA

📨 Messenger

| | |
|---|---|
| Shipping service line | Electronics Express (Premium) ⌄  **Alibaba.com** Logistics |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DAP (Delivered at Place) ⓘ |
| Delivery timeline | Guaranteed delivery by Apr 7  Compensation for delayed delivery |

Payment ●——————— Dispatch ● —————— Received ●
Lead time 15 days    CN   Shipping time 5-9 working days   US

**Alibaba.com** Logistics  cost-effective, efficient, and trackable.    Shipping fee: **USD 122.36**

| | |
|---|---|
| Sales Tax ⓘ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |
| | ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now |

Tax **USD 14.02**

| | |
|---|---|
| Payment Method | ⚪ Credit/Debit Card |
| | 🔘 Other Payment Methods |
| | The transaction fees and currencies vary, depending on the payment method chosen. View details |
| | T/T PayPal [Pay] [GPay] **Online Transfer** |
| | **MARCH** Save up to US $30 off with PayPal › |

| | |
|---|---|
| Additional notes (optional) | Please fill in                    0/2000 |

**Protections on this order** with 🛡 Trade Assurance    View details ›

🚚 **On-time Delivery Guarantee**
Delivered by Apr 7 or you are eligible for compensation

Need Help?

DOE Number: 5
Seller Name: Dongguan Xuanyi Technology Co., Ltd.
Marketplace: Alibaba



**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

Alibaba.com | What are you looking for... | Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com
Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



View larger image



Share

**Ready to Ship** | ⊘ In Stock ⊘ Fast Dispatch

MARCH New Ultrasonic Facial Cleaning Massage Brush Pore Cleanser Wireless Charger Silicone Sonic Face Washing Brush

4 buyers

No.2 Most popular in Wireless Face Cleaning Brush

| 2 - 199 pieces | 200 - 999 pieces | 1000 - 999999 pie... | >= 1000000 pieces |
|---|---|---|---|
| $5.69 | $4.89 | $4.13 | $2.49 |



- Lowest prices in 90 days
- Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 | View more >

Color

Power Supply Mode
| Built-in Battery | $5.69 | − 2 + |
| RECHARGEABLE | $5.69 | 0 + |
| USB recharge | $5.69 | 0 + |

Samples: USB recharge
$8.00/piece  Min. order : 1 piece  Get samples

Lead time:
| Quantity (pieces) | 1 - 1 | 2 - 200 | 201 - 500 | > 500 |
|---|---|---|---|---|
| Lead time (days) | 7 | 12 | 15 | To be negotiated |

Customization: Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 100 pieces)
Graphic customization (Min. order 200 pieces)
Less ∧

**Purchase details** | Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 12 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA Mastercard P PayPal PayLater ePay GPay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

| 2 pieces Details | $11.38 |
| Lead time 12 days | |
| Shipping | $14.03 |
| | (Duty Incl.) |
| Electronics Parcels (Standard) | Change |
| Alibaba.com Logistics | |
| Guaranteed delivery By Apr 12 | |
| **Total** | **$25.41** |

Start order

Contact supplier

Call us

Add to cart

Dongguan Xuanyi Technology Co., L...
Trading Company
CN 4YR
Response Time ≤6h | On-time delivery r... 100.0%
170 Transactions
280,000+

Chat now

Browsing History

**You may also like**



Drop Ship Skin Care... Ultrasonic Vibration Pore
$2.49 - $5.69
Min. order: 2 pieces



Trending Products 2022 New Arrivals USB...
$1.99 - $3.99
Min. order: 2 pieces



New Product Electric... Sonic Facial Brush
$8.49 - $14.99
Min. order: 2 pieces



China Factory OEM... Waterproof Led Therapy
$5.90 - $7.90
Min. order: 2 pieces



OEM USB Rechargeable... Exfoliating Face Scrubber
$7.59 - $15.19
Min. order: 2 pieces

Product details | Company profile | Transactions | Buyer reviews | Report Suspicious Activity

Product Description | Packing & Delivery | Related Products | Company Introduction | Why Choose Us | FAQ



**Alibaba.com** Buy Now

Shipping address
[REDACTED] Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America
Change   Add an address

This order is protected
with ✅ Trade Assurance   View details

Item(s) total:                    USD 11.38
Shipping fee                      USD 14.03
Order total                       USD 25.41
Tax:                              USD 1.77

Proceed to pay

Payment Security: ✅ SSL   VISA

🏭 Dongguan Xuanyi Technology Co., Ltd.                    💬 Chat with the supplier

**MARCH** New Ultrasonic Facial Cleaning Massage Brush Pore Cleanser Wireless Charger Silicone Sonic Face Washing Brush
90-day lowest prices

Color : 🔴 Red ,           USD 5.69 / Piece ⓘ    −  2  +         USD 11.38
Power Supply Mode : Built-in Battery

Customization Service

The minimum quantity required for customization options is **100** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total: **USD 11.38**

Shipping service line        Electronics Parcels (Standard) ⌄
                             Alibaba.com Logistics

Shipping methods             🚢 EXPRESS

Incoterms                    DDP (Delivered Duty Paid) ⓘ ⓝ

Delivery timeline            Guaranteed delivery by Apr 12
                             Compensation for delayed delivery

                             Payment              Dispatch                    Received
                             ●━━━━━━━━━━━━━━━━━━●━━━━━━━━━━━━━━━●
                                    Lead time 12 days      Shipping time 12-17 working days
                                                   CN                                    US

Alibaba.com Logistics cost-effective, efficient, and trackable.        Shipping fee: **USD 14.03**

Sales Tax �question        According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

                          ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

                                                                    Tax **USD 1.77**

Payment Method            ○ Credit/Debit Card

                          ● Other Payment Methods
                             The transaction fees and currencies vary, depending on the payment method chosen. View details
                             𝑇/𝑇  𝗣 PayPal  Pay  GPay  **Online Transfer**

Additional notes (optional)    Please fill in
                                                                    0/2000

Protections on this order with ✅ Trade Assurance          View details ›

Messenger ⌃

Need Help? 🙂



◆MARCH EXPO Source 2023's latest products for less          What's March Expo?

**Alibaba.com**

| What are you looking for... | 🔍 Search |

My Alibaba    Messages    Orders    Cart

≡ Categories ˅    Ready to Ship    Personal Protective E...    Trade Shows    Buyer Central ˅    Sell on Alibaba.com ˅    Help ˅

📱 Get the app    English - USD ˅    Ship to: 🇺🇸 ˅

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



🔍 View larger image



⬆ Share

**Ready to Ship**    ⊘ In Stock   ⊘ Fast Dispatch

**MARCH** Drop Ship Skin Care Ultrasonic Vibration Pore Cleanser Deep Cleansing Beauty Device Sonic Electric Silicone Facial Spin Brush

4 buyers

🔋 No.15 Hot selling in Face Cleaning Brush For Skin Care

| 2 - 199 pieces | 200 - 999 pieces | 1000 - 999999 pie... | >= 1000000 pieces |
|---|---|---|---|
| $5.69 | $4.89 | $4.13 | $2.49 |



| Benefits: | 🥈 Silver   Quick refunds on orders under US $1,000 | View more › |

| Color |

Power Supply Mode

| Built-in Battery | $5.69 | [ 0 ] |
| RECHARGEABLE | $5.69 | [ 0 ] |
| USB recharge | $5.69 | [ 0 ] |

| Samples: | 🔌 USB recharge |
| | $8.00/piece   Min. order : 1 piece   Get samples |

Lead time:ⓘ

| Quantity (pieces) | 1 - 1 | 2 - 200 | 201 - 500 | > 500 |
|---|---|---|---|---|
| Lead time (days) | 7 | 12 | 15 | To be negotiated |

Customization:   ✂ Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 100 pieces)
More ˅

**Purchase details**    Protection with 🛡 Trade Assurance

| Shipping: | Enjoy On-time Delivery Guarantee: Receive by Apr 11 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics |

| Payments: | VISA 💳 P PayPal 🔵 ✚Pay GPay ...
Enjoy encrypted and secure payments View details |

| Returns & Refunds | Eligible for returns and refunds View details |

---

The minimum order quantity is 2 piece

0/2 piece                    from **$11.38**
                             Lead time **12 days** ⓘ

Shipping                     from **$14.11**
                             (Duty Incl.)
Electronics Parcels
(Standard) Change
**Alibaba.com** Logistics
Guaranteed delivery **By Apr 11** ⓘ

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart

**Dongguan Xuanyi Technology Co., L...**
Trading Company
🇨🇳 CN 4ʸʳ

Response Time    On-time delivery r...
≤6h              100.0%

174 Transactions
280,000+

Chat now

Browsing History

---

**You may also like**







| 2022 New Design... Acoustic Wave Magnetic | China Factory OEM... Waterproof Led Therapy | OEM USB Rechargeable... Exfoliating Face Scrubber | Double Side Silicone Facial Cleanser Brush... | IPX 7 Wireless... Rechargeable Waterproof |
|---|---|---|---|---|
| $1.99 - $4.49 | $5.90 - $7.90 | $7.59 - $15.19 | $4.49 - $11.99 | $24.09 - $35.14 |
| Min. order: 2 pieces | Min. order: 2 pieces | Min. order: 2 pieces | Min. order: 100 pieces | Min. order: 2 pieces |

**Product analysis**   Trending product          View more data ›
Exclusive tool for Silver Buyers

| **2** | **20+ USD** |  |  |
| Sales volume (90 days) | Sales amount (90 days) | Sales trend (90 days) | Price trend (90 days) |



Alibaba.com  Buy Now
Global trade starts here

Shipping address                    ████████ Miami, Florida, 33133-2709, United States of America
                                    Change     Add an address

This order is protected
with 🛡 Trade Assurance   View details

Item(s) total:                              USD 11.38
Shipping fee                                USD 14.11

Order total                                 USD 25.49
Tax:                                        USD 1.78

Proceed to pay

Payment Security: ✅ 🔒 💳

🏠 Dongguan Xuanyi Technology Co., Ltd.                    ⚪ Chat with the supplier

[MARCH] Drop Ship Skin Care Ultrasonic Vibration Pore Cleanser Deep Cleansing Beauty Device Sonic Electric Silicone Facial Spin Brush
90-day lowest prices

Color : 🔴 Red ,          USD 5.69 / Piece ⓘ      −  2  +      USD 11.38
Power Supply Mode : Built-in Battery

Customization Service

The minimum quantity required for customization options is 100 Pieces.
You currently have 2 Pieces in your cart.

Item(s) total:  USD 11.38

Shipping service line        Electronics Parcels (Standard) ⌄
                             Alibaba.com | Logistics

Shipping methods             🚢 EXPRESS

Incoterms                    DDP (Delivered Duty Paid) ⓘ

Delivery timeline            Guaranteed delivery by Apr 11
                             Compensation for delayed delivery

                             Payment              Dispatch                        Received
                             ●━━━━━━━━━━━━━━━━━━━━━━●━━━━━━━━━━━━━━━━━━━━━━●
                                   Lead time 12 days      CN   Shipping time 12-17 working days   US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.        Shipping fee:  USD 14.11

Sales Tax ⓘ          According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

                     ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

                                                                          Tax  USD 1.78

Payment Method       ⚪ Credit/Debit Card

                     🔘 Other Payment Methods
                        The transaction fees and currencies vary, depending on the payment method chosen. View details
                        T/T  PayPal  [Pay]  [GPay]  Online Transfer

Additional notes (optional)     Please fill in

                                                                              0/2000

Protections on this order with 🛡 Trade Assurance              View details ❯

Need Help? 🐧

Messenger ^



**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for...   Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com

Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

**MARCH** New Ultrasonic Facial Cleaning Massage Brush Pore Cleanser Wireless Charger Silicone Sonic Face Washing Brush

★★★★★ 5.0  2 Reviews    4 buyers

No 3 Most popular in Wireless Face Cleaning Brush

| 2 - 199 pieces | 200 - 999 pieces | 1000 - 999999 pie... | >= 1000000 pieces |
|---|---|---|---|
| $5.69 | $4.89 | $4.13 | $2.49 |

**MARCH EXPO** · Lowest prices in 90 days
· Save up to US $30 with PayPal

Benefits: Silver  Quick refunds on orders under US $1,000   View more ›

Color

Power Supply Mode

| | | | |
|---|---|---|---|
| Built-in Battery | $5.69 | 0 | |
| RECHARGEABLE | $5.69 | 0 | |
| USB recharge | $5.69 | 0 | |

Samples:  USB recharge
$8.00/piece   Min. order : 1 piece   Get samples

Lead time:

| Quantity (pieces) | 1 - 1 | 2 - 200 | 201 - 500 | > 500 |
|---|---|---|---|---|
| Lead time (days) | 7 | 12 | 15 | To be negotiated |

Customization: Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 100 pieces)
More ›

**Purchase details**                    Protection with ✓ Trade Assurance

Shipping:  Enjoy On-time Delivery Guarantee: Receive by Apr 11 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments:  VISA ● ● PayPal ● ● ● Enjoy encrypted and secure payments View details

Returns & Refunds:  Eligible for returns and refunds View details

The minimum order quantity is 2 piece
0/2 piece                    from $11.38
                             Lead time 12 days ⓘ

Shipping                     from $14.11
                             (Duty Incl.)
Electronics Parcels
(Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 11 ⓘ

**Start order**

📧 Contact supplier

📞 Call us

🛒 Add to cart



Dongguan Xuanyi Technology Co., L...
Trading Company
CN 4YR

Response Time            On-time delivery r...
≤6h                      100.0%

174 Transactions
280,000+

  

Chat now

Browsing History

**You may also like**


Drop Ship Skin Care...
Ultrasonic Vibration Pore
$2.49 - $5.69
Min. order: 2 pieces


New Product Electric...
Sonic Facial Brush
$8.49 - $14.99
Min. order: 2 pieces


China Factory OEM...
Waterproof Led Therapy
$5.90 - $7.90
Min. order: 2 pieces


OEM USB Rechargeable...
Exfoliating Face Scrubber
$7.59 - $15.19
Min. order: 2 pieces


Trending Products 2022
New Arrivals USB...
$1.99 - $3.99
Min. order: 2 pieces

Product details | Company profile | Transactions | Buyer reviews                    Report abuse

Product Description | Packing & Delivery | Related Products | Company Introduction | Why Choose Us | FAQ

**Overview**



Alibaba.com   Buy Now

Shipping address
████████ ████
████████ Miami, Florida, 33133-2709, United States of America
Change     Add an address

This order is protected
with 🛡 Trade Assurance   View details

Item(s) total:                    USD 11.38
Shipping fee                      USD 14.11

Order total                       USD 25.49
Tax:                              USD 1.78

[ 🛈 Proceed to pay ]

Payment Security:  ✓ SSL  VISA

🚚 Dongguan Xuanyi Technology Co., Ltd.          💬 Chat with the supplier

MARCH  New Ultrasonic Facial Cleaning Massage Brush Pore Cleanser Wireless Charger Silicone Sonic Face Washing Brush
90-day lowest prices

Color : 🔴 Red ,
Power Supply Mode : Built-in Battery

USD 5.69 / Piece ⓘ     [ − ]  2  [ + ]     USD 11.38

Customization Service

The minimum quantity required for customization options is **100** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total:  **USD 11.38**

Shipping service line        Electronics Parcels (Standard) ⌄
                             Alibaba.com | Logistics

Shipping methods             🚢 EXPRESS

Incoterms                    DDP (Delivered Duty Paid) ⓘ

Delivery timeline            Guaranteed delivery by Apr 11
                             Compensation for delayed delivery

                             Payment              Dispatch              Received
                             ●————————————————————●————————————————————●
                                    Lead time 12 days      CN    Shipping time 12-17 working days    US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.        Shipping fee:  **USD 14.11**

Sales Tax ⓘ                 According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax
                            when you place an order. Learn more

                            ⓘ  If you are purchasing products for resale or production, submit tax information to
                               be verified for tax exemption. Submit now

                                                                          Tax  **USD 1.78**

Payment Method              ○ Credit/Debit Card

                            ● Other Payment Methods
                               The transaction fees and currencies vary, depending on the payment method chosen. View details
                               T/T  PayPal  ▪Pay  GPay  Online Transfer

Additional notes (optional)  [ Please fill in
                                                                                  0/2000 ]

Protections on this order with 🛡 Trade Assurance                 View details ›

Need Help?

📧 Messenger  ⌃



**MARCH EXPO** Claim 3 coupons worth US $80 from Apr 1-16, 2023 PT    View more

**Alibaba.com**    What are you looking for...    🔍 Search

👤 My Alibaba    💬 Messages    🛒 Orders    🛒 Cart

☰ Categories ▾ | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central ▾ | Sell on Alibaba.com ▾ | Help ▾    📱 Get the app    English - USD ▾    Ship to: 🇺🇸 ▾

Home > All Industries > Beauty > Beauty Equipment > Home Use Beauty Equipment > Face Cleaning Brush



🔍 View larger image



🔗 Share

**Ready to Ship** | ✓ In Stock ✓ Fast Dispatch

New Ultrasonic Facial Cleaning Massage Brush Pore Cleanser Wireless Charger Silicone Sonic Face Washing Brush

⭐⭐⭐⭐⭐ 5.0 2 Reviews    5 buyers

🏅 No.11 Most popular in <u>Wireless Face Cleaning Brush</u>

| 2 - 199 pieces | 200 - 999 pieces | 1000 - 999999 pie... | >= 1000000 pieces |
|---|---|---|---|
| **$5.69** | **$4.89** | **$4.13** | **$2.49** |

Benefits:    🛡 Silver    Quick refunds on orders under US $1,000    View more ❯

Color: [color swatches]

| Power Supply Mode | | | | |
|---|---|---|---|---|
| Built-in Battery | $5.69 | − | 2 | + |
| RECHARGEABLE | $5.69 | − | 0 | + |
| USB recharge | $5.69 | − | 0 | + |

Samples:    USB recharge
$8.00/piece    Min. order : 1 piece    Get samples

Lead time: ⓘ

| Quantity (pieces) | 1 - 1 | 2 - 200 | 201 - 500 | > 500 |
|---|---|---|---|---|
| Lead time (days) | 7 | 12 | 15 | To be negotiated |

Customization:    ✂ Alibaba.com build-in online customization    Customise Now
Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 100 pieces)
More ▾

**Purchase details**    Protection with 🛡 Trade Assurance

2 pieces Details    $11.38
Lead time 12 days ⓘ

Shipping    $14.22
(Duty Incl.)
Electronics Parcels
(Standard) Change
**Alibaba.com** Logistics
Guaranteed delivery By May 17 ⓘ

Total    $25.60

**Start order**

💬 Contact supplier
📞 Call us
🛒 Add to cart

Dongguan Xuanyi Technology Co...
Trading Company
🇨🇳 CN 4YR

Response Time    On-time delivery r...
≤6h    100.0%

142 Transactions
260,000+

More products | Company profile



💬 Chat now

🕐 Browsing History

💬 Messenger

TOP ⬆



Alibaba.com Global trade starts here. Buy Now

Operate Success

Shipping address

[redacted]
[redacted] Miami, Florida, 33133-2709, United States of America

Change Add an address

Dongguan Xuanyi Technology Co., Ltd. | Chat with the supplier

**New Ultrasonic Facial Cleaning Massage Brush Pore Cleanser Wireless Charger Silicone Sonic Face Washing Brush**

Color : Red , Power Supply Mode : Built-in Battery | USD 5.69 / Piece | 2 | USD 11.38

Customization Service

The minimum quantity required for customization options is **100** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total: **USD 11.38**

Shipping service line: **Electronics Parcels (Standard)**
Alibaba.com Logistics

Shipping methods: EXPRESS

Incoterms: DDP (Delivered Duty Paid)

Delivery timeline: Guaranteed delivery by May 17
Compensation for delayed delivery

Payment — Dispatch — Received
Lead time 12 days — CN — Shipping time 12-17 working days — US

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 14.22**

**This order is protected**
with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 11.38 |
| Shipping fee | USD 14.22 |
| Order total | USD 25.60 |
| Tax: | USD 1.78 |
| Transaction Fee: | -- |

**Payment in** USD --

Pay now

Payment Security:

Messenger

DOE Number: 6
Seller Name: Fuzhou Chenxing Weiye Electronic Technology Co., Ltd
Marketplace: Alibaba






What are you looking for...   NEW   🔍 Search

👤 My Alibaba     💬 Messages     💲 Orders     🛒 Cart

☰ Categories ▾ | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central ▾ | Sell on Alibaba.com ▾ | Help ▾          📱 Get the app     English - USD ▾     Ship to: 🇺🇸 ▾

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush




🔍 View larger image



🔗 Share

**Ready to Ship**   ⏱ In Stock   🚚 Fast Dispatch

New Home Use Electric Silicone Facial Cleaning Brush Face Pore Deep Cleansing Vibrating Face Cleansing Brush

1 buyer

| 1 - 49 pieces | 50 - 99 pieces | >= 100 pieces |
|---|---|---|
| **$9.50** | **$8.90** | **$7.90** |

$30.00 OFF  Order more than $1,000.00   Get Coupon ▾

Benefits:    Quick refunds on orders under US $500        View more ›

Color

Power Supply Mode    USB recharge              $9.50     ⊖  0  ⊕

Samples:    📷 , USB recharge
            **$9.50/piece**   Min. order : 1 piece   Get samples

Lead time:ⓘ

| Quantity (pieces) | 1 - 10 | 11 - 200 | > 200 |
|---|---|---|---|
| Lead time (days) | 7 | 7 | To be negotiated |

Customization:    Customized logo (Min. order 100 pieces)
                  Customized packaging (Min. order 100 pieces)
                  More ▾



The minimum order quantity is 1 piece
0/1 piece              from **$9.50**
                    Lead time 7 days ⓘ

Shipping         from **$10.78**
                    (Duty Incl.)
            Electronics Parcels
            (Standard) Change
        **Alibaba.com** Logistics
    **Guaranteed delivery By May 17** ⓘ

**Start order**

⊙ Contact supplier

📞 Call us

🛒 Add to cart



Fuzhou Chenxing Weiye Electron...
Manufacturer,Trading Company
🇨🇳 CN  4YR

Response Time        On-time delivery r...
≤2h                  100.0%

52 Transactions
30,000+

## Purchase details                          Protection with 🛡 Trade Assurance

Shipping:    Enjoy On-time Delivery Guarantee: Receive by May 17 via Electronics
             Parcels (Standard)
             Powered by **Alibaba.com** Logistics

Payments:        ···
             Enjoy encrypted and secure payments View details



4/18/23, 12:59 AM



Buy Now

**Shipping address**

██████ ██ ██████
█████████  Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**    **Add an address**

🏠 Fuzhou Chenxing Weiye Electronic Technology Co., Ltd.    💬 Chat with the supplier

New Home Use Electric Silicone Facial Cleaning Brush Face Pore Deep Cleansing Vibrating Face Cleansing Brush

Color：↕ Pink，Power Supply Mode：USB recharge    USD 9.50 / Piece ⓘ    —  1  +    USD 9.50

Customization Service

The minimum quantity required for customization options is **100 Pieces**.
You currently have **1 Pieces** in your cart.

Item(s) total:  **USD 9.50**

**This order is protected**
with 🛡 Trade Assurance  **View details**

Item(s) total:    USD 9.50
Shipping fee    USD 10.76

Order total    USD 20.26
Tax:    USD 1.43

**☑ Proceed to pay**

Payment Security:  ✓  PCI

**Shipping service line**    Electronics Parcels (Standard) ⌄
Alibaba.com  Logistics

**Shipping methods**    ≋ EXPRESS

**Incoterms**    DDP (Delivered Duty Paid) ❓

**Delivery timeline**    Guaranteed delivery by May 17
Compensation for delayed delivery

Payment        Dispatch        Received
●——————————————●———————————————●
       Lead time 7 days    CN    Shipping time 12-17 working days    US

Alibaba.com Logistics  cost-effective, efficient, and trackable.    Shipping fee:  **USD 10.76**

DOE Number: 7
Seller Name: Guangdong Newdermo Biotech Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less What's March Expo?

Alibaba.com What are you looking for... NEW Search My Alibaba Messages Orders Cart

Categories Ready to Ship Help Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Get the app English - USD Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship In Stock Fast Dispatch

MARCH Portable Mini Rechargeable Waterproof Sonic Face Cleaning Brush Electric Facial Cleansing Brush Silicone Skin Care Facial Brush

CE View More

**$16.00** / set 2 sets(MOQ)

MARCH EXPO Save up to US $30 with PayPal

Benefits: 3-day coupon giveaway: up to US $80 off View more

Color

Power Supply Mode USB recharge $16.00 2

Samples: USB recharge
**$18.00/set** Min. order : 1 set Get samples

Lead time:

| Quantity (sets) | 1 - 100 | > 100 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

Customization: Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 1000 sets)
Customized packaging (Min. order 1000 sets)

**Purchase details** Protection with Trade Assurance

Shipping: Estimated delivery by **5/5-5/25** via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds Eligible for returns and refunds View details

**Source with confidence**

Direct from Verified Custom Manufacturer
Top-rated supplier in the past 90 days

2 sets Details **$32.00**
Lead time **15** days

Shipping **$29.69**
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery**5/5-5/25**

**Total** **$61.69**

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

**Verified supplier**
Guangdong Newdermo Biotech Co., Ltd.
Custom manufacturer
CN 6 YRS
Registered trademarks (1)

Store rating **4.8/5**
On-time delivery rate **100.0%**
Response time **≤3h**
Transactions **$20,000+**
Floorspace **1600m²**
Staff **48**

Services
**Full customization**
**Centralized procurement available**

Quality control
**Finished product inspection**
**QA/QC inspectors (6)**

Certifications
ISO CE

Company profile Visit store

**You may also like**

Private Label Electric... Facial Cleansing Brush
**$12.00**
Min. order: 2 sets

Global Professional OD... High Frequency Electric
**$16.00**
Min. order: 2 sets

Newdermo FC07 Ipx7 Waterproof Skin Scrubb...
**$11.00 - $18.00**
Min. order: 2 sets

Pore Cleaner Silicone... Cleansing Face Brush
**$16.00**
Min. order: 2 sets

Factory Price Food Grad... Silicone Ultrasonic Face
**$16.00**
Min. order: 2 sets

**Product details** **Company profile** Report Suspicious Activity!

Product Description Products Description Certifications Package Related Products Our Company Fair Show

## Overview

**Alibaba.com** Global trade starts here  Buy Now

Shipping address ████████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change   Add an address

This order is protected
with 🛡 Trade Assurance   View details

Item(s) total:   USD 32.00
Shipping fee   USD 29.69
Order total   USD 61.69
Tax:   USD 4.32

🛒 Proceed to pay

Payment Security: 🛡 VISA 💳

🏢 Guangdong Newdermo Biotech Co., Ltd.   💬 Chat with the supplier

MARCH Portable Mini Rechargeable Waterproof Sonic Face Cleaning Brush Electric Facial Cleansing Brush Silicone Skin Care Facial Brush

Color : Red , Power Supply Mode : USB recharge   USD 16.00 / Set   − 2 +   USD 32.00

Customization Service

The minimum quantity required for customization options is 1000 Sets.
You currently have 2 Sets in your cart.

Item(s) total:   USD 32.00

💬 Messenger ▲

Shipping service line   Ocean + Delivery US (Economy) ⌄
Alibaba.com | Logistics

Shipping methods   🚢 EXPRESS

Incoterms   DAP (Delivered at Place) ❓

Delivery timeline   Guaranteed dispatch within 15 days

Payment ———— Dispatch ———— Received
●——————————●——————————●
Lead time 15 days   CN   Shipping time 30-45 working days   US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.   Shipping fee: USD 29.69

Sales Tax ❓   According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax USD 4.32

Payment Method   ○ Credit/Debit Card

● Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details
T/T 💳 PayPal 🍎Pay ⓖPay Online Transfer

Additional notes (optional)   Please fill in

0/2000

Protections on this order with 🛡 Trade Assurance   View details >

🚚 On-time Dispatch Guarantee
Dispatched within 15 days or you are eligible for compensation

$ Refund policy

Need Help? 🐧



 MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com
What are you looking for... Search
My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Help | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

Chat now
Browsing History

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

MARCH Private Label Electric Facial Cleansing Brush Waterproof Face Cleanser Silicone Facial Brush Sonic Facial Cleansing Brush

CE View More

**$12.00** / set 2 sets(MOQ)

MARCH EXPO Save up to US $30 with PayPal

Benefits: Silver Member prices: Up to 50% off View more

Color

Power Supply Mode: RECHARGEABLE $12.00 — 2 +

Samples: , RECHARGEABLE
$16.00/set Min. order : 1 set Get samples

Lead time:

| Quantity (sets) | 1 - 10 | 11 - 100 | > 100 |
|---|---|---|---|
| Lead time (days) | 5 | 7 | To be negotiated |

Customization: Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 1000 sets)
Customized packaging (Min. order 1000 sets)
More

## Purchase details

Protection with Trade Assurance

Shipping: Estimated delivery by **4/24-5/15** via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments: VISA | PayPal | Pay | G Pay | ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

## Source with confidence

- Direct from Verified Custom Manufacturer
- Top-rated supplier in the past 90 days

2 sets Details **$24.00**
Lead time **5** days

Shipping **$29.69**
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery**4/24-5/15**

**Total** **$53.69**

Start order
Contact supplier
Call us
Add to cart

**Verified supplier**
Guangdong Newdermo Biotech Co., Ltd.
Custom manufacturer
CN 6 YRS

Registered trademarks (1)

| Store rating | On-time delivery rate |
|---|---|
| 4.8/5 | 100.0% |
| Response time | Transactions |
| ≤3h | $20,000+ |
| Floorspace | Staff |
| 1600m² | 48 |

Services
**Full customization**
**Centralized procurement available**

Quality control
**Finished product inspection**
**QA/QC inspectors (6)**

Certifications
ISO CE

Company profile | Visit store

## You may also like

Portable Silicone Facial... Sonic Cleansing Brush
**$16.00**
Min. order: 2 sets

Newdermo FC07 Ipx7 Waterproof Skin Scrubb...
**$11.00 - $18.00**
Min. order: 2 sets

Global Professional OD... High Frequency Electric
**$16.00**
Min. order: 2 sets

2022 latest silicone facial cleanser brush deep...
**$8.70 - $11.50**
Min. order: 1 set

Rechargeable Electric... Sonic Cleansing Brush
**$12.00**
Min. order: 2 sets

**Product details** | **Company profile** | Report Suspicious Activity!

Product Feature | Product packaging | Related Products | Buyer Reviews

## Overview

**Buy Now**

| | |
|---|---|
| Shipping address | [REDACTED] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America |

**This order is protected**
with 🛡 Trade Assurance **View details**

Item(s) total: USD 24.00
Shipping fee USD 29.69

Order total USD 53.69

[ Proceed to pay ]

Payment Security:

🚢 Guangdong Newdermo Biotech Co., Ltd.

**MARCH** Private Label Electric Facial Cleansing Brush Waterproof Face Cleanser Silicone Facial Brush Sonic Facial Cleansing Brush

Color : Red , Power Supply Mode : RECHARGEABLE    USD 12.00 / Set    [ − 2 + ]    USD 24.00

Customization Service

The minimum quantity required for customization options is **1000** Sets.
You currently have **2** Sets in your cart.

Item(s) total: **USD 24.00**

Store Coupon: no-available    − USD 0.00

| | |
|---|---|
| Shipping service line | Ocean + Delivery US (Economy) Alibaba.com · Logistics |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DAP (Delivered at Place) |
| Delivery timeline | Guaranteed dispatch within 5 days |

Payment ——— Dispatch ——— Received
⬤ ———————— ⬤ ———————— ⬤
Lead time 5 days    CN    Shipping time 30-45 working days    US

Alibaba.com Logistics cost-effective, efficient, and trackable.    Shipping fee: USD 29.69

| | |
|---|---|
| Sales Tax | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 3.76**

| | |
|---|---|
| Additional notes (optional) | Please fill in |

0/2000

🟠 I agree to share my business card with supplier.

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号

Are you enjoying this extension?  👍 Yes!  👎 Not really



**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

Alibaba.com

What are you looking for...    Search

My Alibaba   Messages   Orders   Cart

Categories   Ready to Ship   Personal Protective E...   Trade Shows   Buyer Central   Sell on Alibaba.com

Get the app   English - USD   Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

Ready to Ship    In Stock    Fast Dispatch

MARCH Rechargeable Electric Sonic Cleansing Brush Silicone Facial Brush Handheld Face Clean Brush

CE  View More

**$12.00** / set   2 sets(MOQ)

MARCH EXPO  Save up to US $30 with PayPal

Benefits:   3-day coupon giveaway: up to US $80 off   View more

Color   View all 8 options

Power Supply Mode
- Built-in Battery   $12.00   − 2 +
- RECHARGEABLE   $12.00   − 0 +
- USB recharge   $12.00   − 0 +

Samples:   USB recharge
$18.00/set   Min. order : 1 set   Get samples

Lead time:

| Quantity (sets) | 1 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 7 | 45 | To be negotiated |

Customization:   Alibaba.com build-in online customization  Customise Now
Customized logo (Min. order 100 sets)
Customized packaging (Min. order 1000 sets)

### Purchase details
Protection with  Trade Assurance

Shipping:   Estimated delivery by **4/25-5/16** via Ocean + Delivery US (Economy) Powered by **Alibaba**.com Logistics

Payments:   VISA  Mastercard  P PayPal  💳  ⱸPay  G Pay
Enjoy encrypted and secure payments  View details

Returns & Refunds:   Eligible for returns and refunds  View details

### Source with confidence
- ⊘ Direct from Verified Custom Manufacturer
- ⚑ Top-rated supplier in the past 90 days

2 sets Details   $24.00
Lead time **7** days

Shipping   $29.87
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery4/25-5/16

Total   **$53.87**

**Start order**

📞 Contact supplier

📞 Call us

🛒 Add to cart

**✓ Verified supplier**

Guangdong Newdermo Biotech Co., Ltd.
Custom manufacturer
🇨🇳 CN   6 YRS
🏅 Registered trademarks (1)

| Store rating | On-time delivery rate |
|---|---|
| 4.8/5 | 100.0% |
| Response time | Transactions |
| ≤3h | $20,000+ |
| Floorspace | Staff |
| 1600m² | 48 |

Services
Full customization
Centralized procurement available

Quality control
Finished product inspection
QA/QC inspectors (6)

Certifications
ISO  CE

Company profile   Visit store

### You may also like

2022 latest silicone facial cleanser brush deep...
$8.70 - $11.50
Min. order: 1 set

New Portable Silicone... Facial Cleansing Brush
$16.00
Min. order: 2 sets

Silicone Sonic Wireless... Rechargeable Facial Face
$16.00
Min. order: 2 sets

trending products 2022... new arrivals facial
$13.50 - $20.00
Min. order: 2 sets

Newdermo FC07 Ipx7 Waterproof Skin Scrubb...
$11.00 - $18.00
Min. order: 2 sets

**Product details**   Company profile   Report abuse

Products Description   Product Feature   Certifications   Shipping Method   Buyer Reviews   Product packaging   Relate Pr



**Alibaba.com** Global trade starts here   Buy Now

Shipping address

███████████  Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change   Add an address

**This order is protected**
with 🛡 Trade Assurance   View details

Item(s) total:                    USD 24.00
Shipping fee                      USD 29.87

Order total                       USD 53.87
Tax:                              USD 3.77

**Proceed to pay**

Payment Security:  ✓3DS  VISA

Guangdong Newdermo Biotech Co., Ltd.                    💬 Chat with the supplier

MARCH  Rechargeable Electric Sonic Cleansing Brush Silicone Facial Brush Handheld Face Clean Brush

Color : ⬛ Gray .
Power Supply Mode :  Built-in Battery

USD 12.00 / Set    − 2 +    USD 24.00

Customization Service

The minimum quantity required for customization options is **100** Sets.
You currently have **2** Sets in your cart.

Item(s) total:  **USD 24.00**

Messenger  ⌃

Shipping service line          **Ocean + Delivery US (Economy)** ⌄
                               Alibaba.com · Logistics

Shipping methods               🚢 EXPRESS

Incoterms                      DAP (Delivered at Place) ⓘ

Delivery timeline              Guaranteed dispatch within 7 days

                               Payment                Dispatch              Received
                               ●──────────────────────●──────────────────────●
                                      Lead time 7 days      CN    Shipping time 30-45 working days    US

Alibaba.com · Logistics  cost-effective, efficient, and trackable.        Shipping fee: **USD 29.87**

Sales Tax ⓘ          According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax
                     when you place an order. Learn more

                     ⓘ If you are purchasing products for resale or production, submit tax information to
                        be verified for tax exemption. Submit now

                                                                        Tax  **USD 3.77**

Payment Method       ◯ Credit/Debit Card

                     ⦿ Other Payment Methods
                        The transaction fees and currencies vary, depending on the payment method chosen. View details
                        T/T  PayPal  ⏺Pay  GPay  **Online Transfer**

Additional notes (optional)    Please fill in

                                                                                      0/2000

**Protections on this order** with 🛡 Trade Assurance                    View details ›

🖪 **On-time Dispatch Guarantee**
   Dispatched within 7 days or you are eligible for compensation

Need Help?

DOE Number: 8
Seller Name: Guangdong Zhongyi Technology Co., Ltd.
Marketplace: Alibaba

4/18/23, 3:33 AM
2 In 1 Sonic Facial Cleansing Brush EMS LED Photon Therapy Hot Compress Face Brush Massager,Face Cleaner Electric Product on Alibaba.com

Case 1:23-cv-23631-RNS Document 20-1 Entered on FLSD Docket 11/13/2023 Page 43 of 441



| | | | |

What are you looking for...

**Search**

My Alibaba · Messages · Orders · Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





View larger image

Share

**Ready to Ship** · In Stock · Fast Dispatch

2 In 1 Sonic Facial Cleansing Brush EMS LED Photon Therapy Hot Compress Face Brush Massager Silicone Waterproof Beauty Device
1 buyer

| 5 - 999 pieces | 1000 - 4999 pieces | 5000 - 9999 pieces | >= 10000 pieces |
|---|---|---|---|
| **$11.80** | **$10.80** | **$9.20** | **$8.50** |

Benefits: Quick refunds on orders under US $500 — View more ›

Color    

Power Supply Mode: USB recharge — $11.80 — [−] 0 [+]

Samples:  , USB recharge
$13.50/piece Min. order : 1 piece — Get samples

Lead time:
| Quantity (pieces) | 1 - 200 | 201 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 7 | 15 | To be negotiated |

Customization: Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)

### Purchase details
Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by May 12 via HK UPS Expedited (Standard)
Powered by Alibaba.com Logistics

Payments: 
Enjoy encrypted and secure payments View details

The minimum order quantity is 5 piece
0/5 piece from **$59.00**
Lead time 7 days

Shipping from **$37.37**
HK UPS Expedited (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By May 12

**Start order**
Contact supplier
Call us
Add to cart

Guangdong Zhongyi Technology ...
Trading Company
CN 4YR
Response Time ≤3h | On-time delivery r... 100.0%

 **Buy Now**

Shipping address

████ ██ ████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**    **Add an address**

---

🏬 Guangdong Zhongyi Technology Co., Ltd.    💬 Chat with the supplier

2 In 1 Sonic Facial Cleansing Brush EMS LED Photon Therapy Hot Compress Face Brush Massager Silicone Waterproof Beauty Device

Color : Pink , Power Supply Mode : USB recharge    USD 11.80 / Piece ⓘ    − 5 +    USD 59.00

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **5** Pieces in your cart.

Item(s) total: **USD 59.00**

---

Shipping service line    **HK UPS Expedited (Standard)** ∨
Alibaba.com | Logistics

Shipping methods    ✖ EXPRESS

Incoterms    DAP (Delivered at Place) ⓘ

Delivery timeline    **Guaranteed delivery by May 11**
Compensation for delayed delivery

Payment ────────────── Dispatch ────────────── Received
                Lead time 7 days        CN    Shipping time 6-10 working days    US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.    Shipping fee: **USD 37.32**

---

**This order is protected**
with 🛡 Trade Assurance    **View details**

Item(s) total:    USD 59.00
Shipping fee    USD 37.32

Order total    USD 96.32
Tax:    USD 6.74

[ ✓ Proceed to pay ]

Payment Security: 

DOE Number: 9
Seller Name: Guangzhou Create Future Import And Export Trading Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less What's March Expo?

Alibaba.com What are you looking for... NEW Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Help | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Create future hot sale electric massage facial silicone cleansing instrument Face Brush

| 10 - 499 pieces | 500 - 2999 pieces | >= 3000 pieces |
|---|---|---|
| $6.00 | $5.50 | $4.00 |

MARCH EXPO Save up to US $30 with PayPal

$5.00 OFF Order more than $10,000.00 Get Coupon

Benefits: Quick refunds on orders under US $1,000 Claim now

Color

Power Supply Mode: RECHARGEABLE $6.00 10

Samples: , RECHARGEABLE

$6.54/piece Min. order : 1 piece Get samples

~~$10.90~~

Lead time:

| Quantity (pieces) | 1 - 1000 | > 1000 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
Graphic customization (Min. order 1000 pieces)
Less

## Purchase details

Protection with Trade Assurance

Shipping: Estimated delivery by **5/3-5/25** via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments: VISA, PayPal, Pay, G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

10 pieces Details **$60.00**
Lead time **15** days

Shipping **$37.64**
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery **5/3-5/25**

**Total** **$97.64**

Start order

Contact supplier

Add to cart

Chat now

Browsing History

**Guangzhou Create Future Import A...**
Trading Company
CN 2YR

Response Time ≤7h
On-time delivery r... 100.0%

**Product details** | Company profile | Report abuse

ucts Description | Recommended by seller | Company Profile | Our Advantage | Our Certificate | Transport & Packing | FAQ

## Overview

### Essential details

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | Amitis |
| Model Number: | AM-C7 | Type: | STANDING |
| Plugs Type: | Other | Material: | Plastic, Silicone, ABS |
| Target Area: | Body, Face | Waterproof: | Yes |
| Warranty: | 1 Year | Feature: | Pore Cleaner, Strong cleaning power |
| Application: | For Home Use | Function: | Face cleansing |
| Color: | Pink | OEM/ODM: | Yes |
| Packing: | carton | Certification: | ISO9001 |

### Packaging & delivery

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 15X10X7 cm |
| Single gross weight: | 0.500 kg |
| Package Type: | 30pcs/ctn |

Buy Now

Shipping address

███████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change    Add an address

**This order is protected**

with 🛡 Trade Assurance   View details

| | |
|---|---|
| Item(s) total: | USD 60.00 |
| Shipping fee | USD 37.64 |
| Order total | USD 97.64 |
| Tax: | USD 6.84 |

🏢 Guangzhou Create Future Import And Export Trading Co., Ltd.          💬 Chat with the supplier

Create future hot sale electric massage facial silicone cleansing instrument Face Brush

Color : 🔴 dark pink,

Power Supply Mode : RECHARGEABLE

USD 6.00 / Piece ⓘ      −  10  +      USD 60.00

Customization Service ›

The minimum quantity required for customization options is **1000 Pieces**.
You currently have **10** Pieces in your cart.

Item(s) total: **USD 60.00**

**Proceed to pay**

Payment Security: ✓ sns   VISA ...

Messenger ⌃

Shipping service line         **Ocean + Delivery US (Economy)** ⌄
                              Alibaba.com  Logistics

Shipping methods             🚢 EXPRESS

Incoterms                    DAP (Delivered at Place) ⓘ

Delivery timeline            Guaranteed dispatch within 15 days

                             Payment              Dispatch                 Received
                             ●━━━━━━━━━━━━━━━●━━━━━━━━━━━━━━━●
                                   Lead time 15 days    CN    Shipping time 30-45 working days    US

Alibaba.com  Logistics  cost-effective, efficient, and trackable.          Shipping fee: **USD 37.64**

Sales Tax ⓘ          According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 6.84**

Payment Method          ○ Credit/Debit Card

                        ● Other Payment Methods
                        The transaction fees and currencies vary, depending on the payment method chosen. View details
                        *T/T*  *PayPal*  ⓐPay  GPay  **Online Transfer**
                        MARCH  Save up to US $30 off with PayPal ›

Additional notes (optional)    Please fill in
                                                                          0/2000

**Protections on this order** with 🛡 Trade Assurance          View details ›

🔁 **On-time Dispatch Guarantee**

DOE Number: 10
Seller Name: Guangzhou Hottop Global E-Commerce Co., Ltd.
Marketplace: Alibaba









MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

# Mini Portable Sonic Vibrating Face Deep Cleaning Exfoliating Silicone Cleanser Facial Brush

5 buyers

**$1.20** / piece 1 pieces(MOQ)

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode: USB recharge $1.20 1

Samples: , USB recharge
**$1.50/piece** Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 10000 | > 10000 |
|---|---|---|
| Lead time (days) | 10 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
Graphic customization (Min. order 1000 pieces)
Less

**Purchase details** Protection with Trade Assurance

Shipping: Estimated delivery by **3/30-4/6** via Seller's Shipping Method 1

Payments: VISA | PayPal | Pay | G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

1 pieces Details **$1.20**
Lead time **10** days

Shipping **$4.35**
Seller's Shipping Method 1 Change
Estimated delivery**3/30-4/6**

**Total** **$5.55**

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

**Guangzhou Hottop Global E-Comm...**
Trading Company
CN 3YR

Response Time ≤16h | On-time delivery r... 68.9%

160 Transactions 10,000+

## You may also like

Mini Portable Sonic... Vibrating Face Deep
**$1.20**
Min. order: 1 piece

Multi-Function facial... cleaning Skin Care Sonic
**$11.30**
Min. order: 1 piece

Wifi Camera Connection... Blackhead Remover
**$11.50**
Min. order: 1 piece

USB Blackhead Remova... Facial Pores Deep
**$2.40**
Min. order: 1 piece

Single head small bubbl... cleaning dermabrasion
**$28.00**
Min. order: 1 piece

**Product details** | Company profile | Transactions | Report abuse

## Overview

### Essential details

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | foreverlily |
| Model Number: | B-LMH210917 | Type: | HAND HELD |
| Plugs Type: | USB | Material: | ABS, ABS |
| Target Area: | Face | Waterproof: | Yes |
| Warranty: | 1 Year, 1 Year | Feature: | DEEP CLEANSING, Pore Cleaner, Black Head Removal |
| Item type: | cleansing instrument | Keyword: | Deep Cleansing |
| Color: | blue/green/pink | Power Supply: | 1*AAA battery |
| Vibrate frequency: | 7500 times / min | Function: | Facial Skin Deep Cleaning |

Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted]
[redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change Add an address

Guangzhou Hottop Global E-Commerce Co., Ltd. Chat with the supplier

**Mini Portable Sonic Vibrating Face Deep Cleaning Exfoliating Silicone Cleanser Facial Brush**

Color : Pink ,
Power Supply Mode : USB recharge

USD 1.20 / Piece  1  USD 1.20

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 1.20**

Shipping service line: Seller's Shipping Method 1

Shipping methods: EXPRESS

Incoterms: DAP (Delivered at Place)

Delivery timeline: Guaranteed dispatch within 10 days

Payment — Lead time 10 days — Dispatch (CN) — Shipping time 10-15 working days — Received (US)

Shipping fee: **USD 4.35**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 0.38**

Payment Method

Credit/Debit Card

Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional)

Please fill in
0/2000

**Protections on this order** with Trade Assurance  View details

**On-time Dispatch Guarantee**
Dispatched within 10 days or you are eligible for compensation

**Refund policy**
Claim refunds for missing, defective, or incorrect products

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 1.20 |
| Shipping fee | USD 4.35 |
| Order total | USD 5.55 |
| Tax: | USD 0.38 |

Proceed to pay

Payment Security:

Need Help?

Messenger

MARCH EXPO Source 2023's latest products for less What's March Expo?

Alibaba.com What are you looking for... NEW Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Mini Portable Sonic Vibrating Face Deep Cleaning Exfoliating Silicone Cleanser Facial Brush

5 buyers

**$1.20** / piece 1 pieces(MOQ)

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode: USB recharge $1.20 1

Samples: , USB recharge

**$1.50/piece** Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 10000 | > 10000 |
|---|---|---|
| Lead time (days) | 10 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
Graphic customization (Min. order 1000 pieces)
Less

**Purchase details** Protection with Trade Assurance

Shipping: Estimated delivery by **3/30-4/6** via Seller's Shipping Method 1

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

1 pieces Details **$1.20**
Lead time **10** days

Shipping **$4.35**
Seller's Shipping Method 1 Change
Estimated delivery**3/30-4/6**

**Total** **$5.55**

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

**Guangzhou Hottop Global E-Comm...**
Trading Company
CN 3YR

Response Time ≤16h | On-time delivery r... 68.9%

160 Transactions **10,000+**

## You may also like

Mini Portable Sonic... Vibrating Face Deep
**$1.20**
Min. order: 1 piece

Multi-Function facial... cleaning Skin Care Sonic
**$11.30**
Min. order: 1 piece

Wifi Camera Connection... Blackhead Remover
**$11.50**
Min. order: 1 piece

USB Blackhead Remova... Facial Pores Deep
**$2.40**
Min. order: 1 piece

Single head small bubbl... cleaning dermabrasion
**$28.00**
Min. order: 1 piece

**Product details** | Company profile | Transactions | Report abuse

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | foreverlily |
| Model Number: | B-LMH210917 | Type: | HAND HELD |
| Plugs Type: | USB | Material: | ABS, ABS |
| Target Area: | Face | Waterproof: | Yes |
| Warranty: | 1 Year, 1 Year | Feature: | DEEP CLEANSING, Pore Cleaner, Black Head Removal |
| Item type: | cleansing instrument | Keyword: | Deep Cleansing |
| Color: | blue/green/pink | Power Supply: | 1*AAA battery |
| Vibrate frequency: | 7500 times/ min | Function: | Facial Skin Deep Cleaning |

Alibaba.com Global trade starts here. Buy Now

Shipping address [redacted] [redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change Add an address

Guangzhou Hottop Global E-Commerce Co., Ltd. Chat with the supplier

**Mini Portable Sonic Vibrating Face Deep Cleaning Exfoliating Silicone Cleanser Facial Brush**

Color : Pink , USD 1.20 / Piece 1 USD 1.20

Power Supply Mode : USB recharge

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 1.20**

| | |
|---|---|
| Shipping service line | Seller's Shipping Method 1 |
| Shipping methods | EXPRESS |
| Incoterms | DAP (Delivered at Place) |
| Delivery timeline | Guaranteed dispatch within 10 days |

Payment — Lead time 10 days — Dispatch CN — Shipping time 10-15 working days — Received US

Shipping fee: **USD 4.35**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 0.38**

Payment Method

Credit/Debit Card

Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional) Please fill in 0/2000

**Protections on this order** with Trade Assurance View details

**On-time Dispatch Guarantee**
Dispatched within 10 days or you are eligible for compensation

**Refund policy**
Claim refunds for missing, defective, or incorrect products

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 1.20 |
| Shipping fee | USD 4.35 |
| Order total | USD 5.55 |
| Tax: | USD 0.38 |

Proceed to pay

Payment Security:

Need Help?

Messenger

Case 1:23-cv-02361-RNS Document 20 Entered on FLSD Docket 11/13/2023 Page 53 of 441





MARCH EXPO  Claim 3 coupons worth US $80 from Apr 1-16, 2023 PT

View more

 Alibaba.com

What are you looking for...     NEW  🔍 Search

👤 My Alibaba     💬 Messages     🛍 Orders     🛒 Cart

☰ Categories ⌄    Ready to Ship    Personal Protective E...    Trade Shows    Buyer Central ⌄    Sell on Alibaba.com ⌄    Help ⌄

📱 Get the app    English - USD ⌄    Ship to: 🇺🇸 ⌄

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





🔍 View larger image

🔗 Share

❤️

**Ready to Ship**   🔵 In Stock   ⟳ Fast Dispatch

Mini Portable Sonic Vibrating Face Deep Cleansing Exfoliating Silicone Cleanser Facial cleaning Brush

⭐⭐⭐⭐⭐ 5.0  1 Reviews      9 buyers

🏅 No.1 Hot selling in <u>Sonic Vibration Face Cleaning Brush</u>

**$1.20** / piece    1 pieces(MOQ)

| Benefits: | Quick refunds on orders under US $500 | View more » |
|---|---|---|
| Color |    | |
| Power Supply Mode | USB recharge                  $1.20 | −  0  + |
| Samples: |  , USB recharge | |
| | $1.20/piece   Min. order : 1 piece   Get samples | |

| Lead time: ⓘ | Quantity (pieces) | 1 - 1000 | > 1000 |
|---|---|---|---|
| | Lead time (days) | 7 | To be negotiated |

| Customization: | Graphic customization (Min. order 1000 pieces) |
|---|---|
| | Customized packaging (Min. order 1000 pieces) |
| | More ⌄ |

---

### Purchase details

Protection with 🛡 **Trade Assurance**

Shipping:  Estimated delivery by **5/5-5/15** via <u>Seller's Shipping Method 1</u>

Payments:  

Enjoy encrypted and secure payments  View details

---

The minimum order quantity is 1 piece
0/1 piece                      from **$1.20**
Lead time 7 days ⓘ

Shipping                       from **$4.35**
Seller's Shipping Method 1  Change
Estimated delivery 5/5-5/15 ⓘ

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart

---

<u>Guangzhou Hottop Global E-Com...</u>
Trading Company
🇨🇳 CN 3YR

Response Time          On-time delivery r...
≤20h                   58.5%

133 Transactions
10,000+

💬 Chat now

🕘 Browsing History

TOP



**Buy Now**

| | |
|---|---|
| Shipping address | ████ ██ ██████ / ███████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America |

**Change**  **Add an address**

---

**This order is protected**

with 🛡️ **Trade Assurance**   **View details**

| | |
|---|---|
| Item(s) total: | USD 1.20 |
| Shipping fee | USD 4.35 |
| Order total | USD 5.55 |
| Tax: | USD 0.38 |

🟠 **Proceed to pay**

Payment Security: ✓ PCI

---

🏠 Guangzhou Hottop Global E-Commerce Co., Ltd.    🔵 Chat with the supplier

**Mini Portable Sonic Vibrating Face Deep Cleansing Exfoliating Silicone Cleanser Facial cleaning Brush**

Color : , Pink , Power Supply Mode : USB recharge    USD 1.20 / Piece    [ − ] 1 [ + ]    USD 1.20

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 1.20**

---

| | |
|---|---|
| Shipping service line | **Seller's Shipping Method 1** ⌄ |
| Shipping methods | 🚚 EXPRESS |
| Incoterms | DAP (Delivered at Place) ❓ |
| Delivery timeline | Guaranteed dispatch within 7 days |

Payment ————————— Dispatch ——————————— Received
CN ——— US
Lead time 7 days    Shipping time 10-15 working days

Shipping fee: **USD 4.35**

---

Sales Tax ❓    According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. **Learn more**

DOE Number: 11
Seller Name: Guangzhou Ouyajia Beauty Products Equipment Co., Ltd.
Marketplace: Alibaba



What are you looking for...     NEW    🔍 Search

👤 My Alibaba    💬 Messages    🛒 Orders    🛒 Cart

☰ Categories ⌄    Ready to Ship    Personal Protective E... ⌄    Trade Shows    Buyer Central ⌄    Sell on Alibaba.com ⌄    Help ⌄

📱 Get the app    English - USD ⌄    Ship to: 🇺🇸 ⌄

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



🔍 View larger image



🔗 Share

**Ready to Ship**    ⏱ In Stock    🚚 Fast Dispatch

Beauti product facial lifting waterproof sonic massage rechargeable electric silicone facial cleansing brush for skin care

| 2 - 49 pieces | 50 - 999 pieces | >= 1000 pieces |
|---|---|---|
| **$4.42** | **$4.26** | **$4.10** |

Benefits:    Quick refunds on orders under US $500    View more »

Color    

Power Supply Mode    USB recharge    $4.42    [ − | 0 | + ]

Samples:    , USB recharge
$4.50/piece    Min. order : 1 piece    Get samples

Lead time:ⓘ

| Quantity (pieces) | 1 - 5 | 6 - 50 | > 50 |
|---|---|---|---|
| Lead time (days) | 7 | 10 | To be negotiated |

Customization:    Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 3000 pieces)
More ⌄

**Purchase details**    Protection with 🛡 Trade Assurance

Shipping:    Enjoy On-time Delivery Guarantee: Receive by May 17 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments:    VISA  mastercard  P PayPal  afterpay  ⏵ Pay  G Pay  ...
Enjoy encrypted and secure payments  View details

Returns & Refunds    Eligible for returns and refunds  View details

---

The minimum order quantity is 2 piece
0/2 piece    from **$8.84**
Lead time **7** days ⓘ

Shipping    from **$10.69**
(Duty Incl.)
Electronics Parcels (Standard) Change

**Alibaba.com** Logistics
Guaranteed delivery By May 17 ⓘ

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart

Guangzhou Ouyajia Beauty Prod...
Trading Company
🇨🇳 CN  15 YR

Response Time    On-time delivery r...
≤6h    100.0%

15 Transactions
50,000+

Chat now

Browsing History

TOP



Buy Now

Shipping address

████████  ███  ████████

██████████  Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**    **Add an address**

---

🏠 Guangzhou Ouyajia Beauty Products Equipment Co., Ltd.

⚪ **Chat with the supplier**



Beauti product facial lifting waterproof sonic massage rechargeable electric silicone facial cleansing brush for skin care

Color : 🔴 Red , Power Supply Mode : USB recharge

USD 4.42 / Piece ⓘ    ➖  2  ➕    USD 8.84

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total: **USD 8.84**

---

Shipping service line    **Electronics Parcels (Standard)** ⌄
Alibaba.com Logistics

Shipping methods    ☰ EXPRESS

Incoterms    DDP (Delivered Duty Paid) ?

Delivery timeline    **Guaranteed delivery by May 16**
Compensation for delayed delivery

Payment          Dispatch                        Received
○ ——————————————— ○ ——————————————————— ○
        Lead time 7 days    CN    Shipping time 12-17 working days    US

Alibaba.com Logistics cost-effective, efficient, and trackable.    Shipping fee: **USD 10.73**

---

### This order is protected



with 🛡 Trade Assurance    **View details**

Item(s) total:    USD 8.84

Shipping fee    USD 10.73

Order total    USD 19.57

Tax:    USD 1.37

**✓ Proceed to pay**

Payment Security:    ✓    PCI

https://biz.alibaba.com/contract/nowBuy.htm?pageId=7aa291cd212a69191681467913#/

4/15/23, 3:58 AM

1/3

4/18/23, 4:33 AM Beauti Product Facial Lifting Waterproof Sonic Massage Rechargeable Electric Silicone Facial Cleansing Brush for Skin Care - Buy Electric Facial Cleansing Brush,Electric Silicone Facial Cleansing Brush Face Product on Alibaba.com

Case 1:23-cv-23631-RNS Document 20 Entered on FLSD Docket 11/13/2023 Page 58 of 441



What are you looking for...    NEW    Search

My Alibaba    Messages    Orders    Cart

Categories ∨    Ready to Ship    Personal Protective E... ∨    Trade Shows    Buyer Central ∨    Sell on Alibaba.com ∨    Help ∨    📱 Get the app    English - USD ∨    Ship to: 🇺🇸 ∨

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





🔍 View larger image



Ready to Ship    ⏱ In Stock    Fast Dispatch

Beauti product facial lifting waterproof sonic massage rechargeable electric silicone facial cleansing brush for skin care

| 2 - 49 pieces | 50 - 999 pieces | >= 1000 pieces |
| --- | --- | --- |
| $4.42 | $4.26 | $4.10 |

Benefits:    Quick refunds on orders under US $500      View more ›

Color



Power Supply Mode    USB recharge      $4.42     −   0   +

Samples:     , USB recharge
$4.50/piece    Min. order : 1 piece    Get samples

Lead time:ⓘ

| Quantity (pieces) | 1 - 5 | 6 - 50 | > 50 |
| --- | --- | --- | --- |
| Lead time (days) | 7 | 10 | To be negotiated |

Customization:    Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 3000 pieces)
More ∨

### Purchase details

Protection with 🛡 Trade Assurance

Shipping:    Enjoy On-time Delivery Guarantee: Receive by May 17 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments:    VISA  MasterCard  P PayPal  afterpay  🍎 Pay  G Pay  ...
Enjoy encrypted and secure payments View details

Returns & Refunds    Eligible for returns and refunds View details

---

The minimum order quantity is 2 piece
0/2 piece    from $8.84
     Lead time 7 days ⓘ

Shipping    from $10.69
     (Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By May 17 ⓘ

Start order

✉ Contact supplier

📞 Call us

🛒 Add to cart

Guangzhou Ouyajia Beauty Prod...
Trading Company
🇨🇳 CN  15 YR

Response Time    On-time delivery r...
≤6h             100.0%

15 Transactions
50,000+

Chat now

Browsing History

Share

iRecci ®

4/15/23, 4:03 AM


**Buy Now**

Shipping address
███ ██ ███████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**    **Add an address**

**This order is protected**
with 🛡 Trade Assurance   **View details**

Item(s) total: USD 8.84
Shipping fee: USD 10.73

Order total USD 19.57
Tax: USD 1.37

**⬭ Proceed to pay**

Payment Security: ✓ PCI

🏠 Guangzhou Ouyajia Beauty Products Equipment Co., Ltd.    ⬤ Chat with the supplier



Beauti product facial lifting waterproof sonic massage rechargeable electric silicone facial cleansing brush for skin care

Color : 🔴 Red , Power Supply Mode : USB recharge    USD 4.42 / Piece ⓘ   − 2 +    USD 8.84

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total: **USD 8.84**

Shipping service line    **Electronics Parcels (Standard)** ⌄
Alibaba.com | Logistics

Shipping methods    ⬳ EXPRESS

Incoterms    DDP (Delivered Duty Paid) ?

Delivery timeline    **Guaranteed delivery by May 16**
Compensation for delayed delivery

Payment ⸺⸺⸺⸺ Dispatch ⸺⸺⸺⸺ Received
Lead time 7 days    CN   Shipping time 12-17 working days   US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.    Shipping fee: **USD 10.73**

https://biz.alibaba.com/contract/nowBuy.htm?pageId=7aa291cd2102e13a1681468213#/    1/3

DOE Number: 12
Seller Name: Guangzhou Shutong Information Technology Co., Ltd.
Marketplace: Alibaba



**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for...    Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

Ready to Ship | ⊘ In Stock | ⊘ Fast Dispatch

Oem Odm Rechargeable Waterproof Mini Electric Silicone Sonic Facial Cleansing Brush For Face Cleaning

| 10 - 99 pieces | 100 - 999 pieces | 1000 - 4999 pieces | >= 5000 pieces |
|---|---|---|---|
| **$2.50** | **$2.29** | **$2.14** | **$1.88** |

MARCH EXPO   Save up to US $30 with PayPal

Benefits:    Silver   Quick refunds on orders under US $1,000   View more ›

Color

Power Supply Mode    USB recharge    $2.50    −  10  +

Samples:    🔋 USB recharge
$1.75/piece   Min. order : 1 piece   Get samples

Lead time: ⓘ

| Quantity (pieces) | 1 - 1 | 2 - 100 | >100 |
|---|---|---|---|
| Lead time (days) | 10 | 15 | To be negotiated |

Customization:    Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
More ⌄

**Purchase details**

Protection with 🛡 Trade Assurance

Shipping:    Enjoy On-time Delivery Guarantee: Receive by Apr 6 via Seller's Shipping Method 1

Payments:    VISA 🔴 PayPal 🔵 ✦Pay GPay ⋯
Enjoy encrypted and secure payments View details

Returns & Refunds    Eligible for returns and refunds View details

10 pieces Details    $25.00
Lead time 15 days ⓘ

Shipping    $48.00
Seller's Shipping Method 1 (DHL) Change

Guaranteed delivery By Apr 6 ⓘ

Total    $73.00

**Start order**

✉ Contact supplier

🛒 Add to cart

✔Verified supplier

Guangzhou Shutong Information Techn...
Multispecialty supplier
🔴 CN   2 YRS   VR Showroom

| Store rating | On-time delivery rate |
|---|---|
| 4.7/5 | 88.9% |
| Response time | Transactions |
| ≤6h | $10,000+ |
| Main markets | Customers served |
| North America,... | 1 |

Services

Minor customization
Centralized procurement available

Certifications ›

Certificates

Company profile    Visit store

Chat now
Browsing History

**You may also like**

5 In 1beauty Care... Massager Professional
$0.53 - $2.00
Min. order: 1 piece

Smart Vibrating Cleansing Equipment wi...
$22.00 - $25.00
Min. order: 1 piece

Certificate Blackhead... Remover Acne Pimple
$20.50 - $24.50
Min. order: 1 unit

Wholesale Price breast buttock breast therapy...
$125.00 - $165.00
Min. order: 1 piece

High Quality Wrinkle... Remover Eye Face
$27.50
Min. order: 1 piece

Product details | Company profile    Report abuse

Products Description | Customer Reviews | Why Choose Us | Certifications | Company Profile | Packing & Delivery | FAQ  ‹ ›

**Overview**

**Essential details**

| Place of Origin: | China | Brand Name: | shutong |
|---|---|---|---|
| Model Number: | YS-SC005, YS-SC005 | Type: | HAND HELD |
| Plugs Type: | UK, EU, Other, JP, US, CN, USB charging | Material: | Silicone, Plastic, Silicone |
| Target Area: | Face | Waterproof: | Yes, Yes |
| Warranty: | 3 months | Feature: | DEEP CLEANSING, Exfoliators, Pore Cleaner, DEEP CL... |



Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted] [redacted] Miami, Florida, 33133-2709, United States of America

Change Add an address

Guangzhou Shutong Information Technology Co., Ltd. Chat with the supplier

Oem Odm Rechargeable Waterproof Mini Electric Silicone Sonic Facial Cleansing Brush For Face Cleaning

Color : Pink ,
Power Supply Mode : USB recharge

USD 2.50 / Piece — 10 + USD 25.00

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **10** Pieces in your cart.

Item(s) total: **USD 25.00**

| | |
|---|---|
| Shipping service line | Seller's Shipping Method 1 (DHL) |
| Shipping methods | EXPRESS |
| Incoterms | DAP (Delivered at Place) |
| Delivery timeline | Guaranteed delivery by Apr 6<br>Compensation for delayed delivery |

Payment — Lead time 15 days — Dispatch (CN) — Shipping time 3-10 working days — Received (US)

Shipping fee: **USD 48.00**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 5.11**

Payment Method

Credit/Debit Card

Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with Trade Assurance View details

**On-time Delivery Guarantee**

Delivered by Apr 6 or you are eligible for compensation

**Refund policy**

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 25.00 |
| Shipping fee | USD 48.00 |
| Order total | USD 73.00 |
| Tax: | USD 5.11 |

Proceed to pay

Payment Security:

Need Help?

Messenger

DOE Number: 13
Seller Name: GuangZhou T&B Beauty Equipment Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com | What are you looking for... | NEW Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Other Home Use Beauty Equipment

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

High Quality Factory silicone facial cleansing brush forever brush rechargeable for home use

| 1 - 99 sets | 100 - 49999 sets | >= 50000 sets |
|---|---|---|
| $9.00 | $8.50 | $5.00 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

Power Supply Mode: USB recharge $9.00 1

Samples: , USB recharge
$9.00/set Min. order : 1 set Get samples

Lead time:

| Quantity (sets) | 1 - 1 | > 1 |
|---|---|---|
| Lead time (days) | 10 | To be negotiated |

Customization: Customized logo (Min. order 1000 sets)
Customized packaging (Min. order 1000 sets)
More

1 sets Details $9.00
Lead time 10 days

Shipping $38.00
Seller's Shipping Method 1 (DHL) Change
Guaranteed delivery By Apr 4

Total $47.00

Start order
Contact supplier
Add to cart

Chat now
Browsing History

GuangZhou T&B Beauty Equipment ...
Trading Company
CN 3YR
Response Time ≤6h
On-time delivery r... 100.0%

### Purchase details

Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 4 via Seller's Shipping Method 1

Payments: VISA PayPal Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

### You may also like

Facial Body Sculpting... Massager electric face
**$12.50 - $16.50**
Min. order: 1 set

Mini criolipolisis cool te... weight loss machine
**$33.00 - $55.00**
Min. order: 1 set

2022 fractional rf... microneedle
**$192.50 - $253.00**
Min. order: 1 set

Knee Rehabilitation Equipment Laser...
**$1,300.00 - $1,500.00**
Min. order: 1 set

2022 Hot Selling skin... scrubber skin spatula
**$23.00 - $26.00**
Min. order: 1 set

**Product details** | Company profile | Report abuse

...ducts Description | Certifications | Customer Feedback | Platform Support | Delivery Method | T&B Company Profile | FAQ

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | TOP-BEAUTY |
| Model Number: | TB_CL005 | Type: | HAND HELD, Cleaning |
| Feature: | Pore Cleaner, facial clean | Material: | ABS |
| Plugs Type: | Other, charger | Waterproof: | Yes |
| Target Area: | Face, Nose | Warranty: | 3 months |

Alibaba.com Global trade starts here. Buy Now

Shipping address [redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change Add an address

GuangZhou T&B Beauty Equipment Co., Ltd. Chat with the supplier

**High Quality Factory silicone facial cleansing brush forever brush rechargeable for home use**

Color : Pink , Power Supply Mode : USB recharge USD 9.00 / Set 1 USD 9.00

Customization Service

The minimum quantity required for customization options is **1000** Sets.
You currently have **1** Sets in your cart.

Item(s) total: **USD 9.00**

| | |
|---|---|
| Shipping service line | Seller's Shipping Method 1 (DHL) |
| Shipping methods | EXPRESS |
| Incoterms | DAP (Delivered at Place) |
| Delivery timeline | Guaranteed delivery by Apr 4<br>Compensation for delayed delivery |

Payment — Lead time 10 days — Dispatch (CN) — Shipping time 7-15 working days — Received (US)

Shipping fee: **USD 38.00**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 3.29**

Payment Method

Credit/Debit Card

Card Number

Name

Given names Surname

Expiration Date CVV / CSC

MM / YY

Billing Address

[redacted] Miami, FL 33133-2709, United States, Miami, United States of America, Florida, 33133-2709 Edit >

Set as your default payment method and accept the Alibaba.com Privacy Policy.

Other Payment Methods

**This order is protected**
with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 9.00 |
| Shipping fee | USD 38.00 |
| Order total | USD 47.00 |
| Tax: | USD 3.29 |
| Transaction Fee: | USD 1.51 |
| Payment in USD | **USD 51.80** |

Pay now

Payment Security:

Messenger

Need Help?

DOE Number: 14
Seller Name: Guangzhou Wonder Rise Technology Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Double Sided Rechargeable Waterproof Electric Sonic Face Cleansing Brush Silicone Facial Cleansing Brush

★★★★★ 5.0 5 Reviews 1 buyer

| 2 - 99 sets | 100 - 499 sets | >= 500 sets |
|---|---|---|
| $3.50 | $3.35 | $3.29 |

Save up to US $30 with PayPal

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

Power Supply Mode: USB recharge $3.50 2

Samples: , USB recharge

$3.50/set Min. order : 1 set Get samples

Lead time:

| Quantity (sets) | 1 - 100 | 101 - 500 | > 500 |
|---|---|---|---|
| Lead time (days) | 7 | 9 | To be negotiated |

Customization: Customized logo (Min. order 500 sets)
Customized packaging (Min. order 500 sets)

**Purchase details** Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 5 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

2 sets Details $7.00
Lead time 7 days

Shipping $14.10
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 5

Total $21.10

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

**Guangzhou Wonder Rise Technolog...**
Manufacturer,Trading Company
CN 4YR

Response Time ≤4h | On-time delivery r... 100.0%

77 Transactions 10,000+

## You may also like

Waterproof Deep Cleani... Silicone Face Washing
**$3.15 - $3.52**
Min. order: 2 sets

Double-Sided IPX7 Waterproof Electric...
**$2.96 - $3.15**
Min. order: 100.0 sets

USB Rechargeable... Double Side Silicone Face
**$3.29 - $3.50**
Min. order: 2 sets

3 in 1 Electric Rotating... Facial Spin Brush
**$3.50 - $4.00**
Min. order: 1 set

Electric Rechargeable... IPX7 Waterproof Facial
**$3.15 - $3.52**
Min. order: 1 set

**Product details** | Company profile | Transactions | Buyer reviews | Report abuse

Product Description | Packaging & Shipping | More Products | Company Information | FAQ

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | WonderRise |
| Model Number: | CB003 | Plugs Type: | USB |
| Material: | Plastic, Silicone, ABS+Silicone | Waterproof: | Yes, IPX7 |
| Warranty: | 1 Year | Feature: | Acne Treatment, DEEP CLEANSING, Exfoliators, Pore ... |

Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted] ), [redacted]
[redacted] Miami, Florida, 33133-2709, United States of America

Change Add an address

Guangzhou Wonder Rise Technology Co., Ltd. Chat with the supplier

**Double Sided Rechargeable Waterproof Electric Sonic Face Cleansing Brush Silicone Facial Cleansing Brush**

Color : Pink ,
Power Supply Mode : USB recharge

USD 3.50 / Set — 2 + USD 7.00

Customization Service

The minimum quantity required for customization options is **500** Sets.
You currently have **2** Sets in your cart.

Item(s) total: **USD 7.00**

Shipping service line: Electronics Parcels (Standard)
Alibaba.com Logistics

Shipping methods: EXPRESS

Incoterms: DDP (Delivered Duty Paid)

Delivery timeline: Guaranteed delivery by Apr 5
Compensation for delayed delivery

Payment — Dispatch — Received
Lead time 7 days CN Shipping time 12-17 working days US

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 14.10**

Sales Tax: According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 1.48**

Payment Method

Credit/Debit Card

Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional): Please fill in 0/2000

**Protections on this order** with Trade Assurance View details

**On-time Delivery Guarantee**
Delivered by Apr 5 or you are eligible for compensation

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 7.00 |
| Shipping fee | USD 14.10 |
| Order total | USD 21.10 |
| Tax: | USD 1.48 |

Proceed to pay

Payment Security:

Need Help?

Messenger

DOE Number: 15
Seller Name: Guangzhou Zhenhao Trading Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less
What's March Expo?

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

2020 new OEM brand high quality wireless charging silicon electric facial brush waterproof face brush

| 1000 - 9999 pieces | 10000 - 49999 pieces | 50000 - 199999 piec... | >= 200000 pieces |
|---|---|---|---|
| $2.30 | $2.15 | $1.78 | $1.69 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

Power Supply Mode

| | | |
|---|---|---|
| Built-in Battery | $2.30 | 100( |
| Removable Battery | $2.30 | 0 |
| USB recharge | $2.30 | 0 |

Lead time

| Quantity (pieces) | 1 - 1000 | 1001 - 10000 | 10001 - 200000 | > 200000 |
|---|---|---|---|---|
| Lead time (days) | 7 | 30 | 35 | To be negotiated |

Customization: Customized logo (Min. order 10000 pieces)
Customized packaging (Min. order 10000 pieces)
More

1000 pieces Details $2300.00
Lead time 7 days
Shipping $1,248.83
Express via JY (Premium) Change
Alibaba.com Logistics
Guaranteed delivery By Mar 30
Total $3548.83

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

**Guangzhou Zhenhao Trading Co., Ltd.**
Manufacturer,Trading Company
CN 5YR
Response Time ≤6h
On-time delivery r... 100.0%
16 Transactions 30,000+

**Purchase details**

Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Mar 30 via Express via JY (Premium)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

**You may also like**

Mini portable rechargeable ultrasonic...
$1.69 - $2.30
Min. order: 1000 pieces

2022 New deep face ski... clean products beauty
$2.15 - $2.30
Min. order: 999 pieces

New deep skin clean... products 2021 other
$2.15 - $2.30
Min. order: 999 pieces

New Design Customize... LOGO Lcd Display
$1.69 - $2.30
Min. order: 1000 pieces

Product details | Company profile | Report abuse

Product Description | Our Advantages | Why Choose Us | Certificate | FAQ

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | OEM |
| Model Number: | FB-5 | Type: | STANDING, electric silicone facial cleansing brush |

**Alibaba.com** Buy Now

Shipping address

████████ ████████ Miami, Florida, 33133-2709, United States of America

Change   Add an address

**This order is protected**

with 🛡 Trade Assurance   View details

| Item(s) total: | USD 2,300.00 |
| Shipping fee | USD 1,114.55 |

| Order total | USD 3414.55 |
| Tax: | USD 239.02 |

🍥 Guangzhou Zhenhao Trading Co., Ltd.                    💬 Chat with the supplier

2020 new OEM brand high quality wireless charging silicon electric facial brush waterproof face brush

Color : ⚫ black ,

Power Supply Mode : Built-in Battery

USD 2.30 / Piece ⓘ  − 1000 +   USD 2,300.00

────────────────── Customization Service ──────────────────

The minimum quantity required for customization options is **10000** Pieces.
You currently have **1000** Pieces in your cart.

Item(s) total: **USD 2,300.00**

**Proceed to pay**

Payment Security: ✅ SSL 💳 VISA

📧 Messenger

| Shipping service line | Express EU & US (Standard) ⌄ |
| | Alibaba.com · Logistics |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DAP (Delivered at Place) �ⓘ |
| Delivery timeline | Guaranteed delivery by Mar 30 |
| | Compensation for delayed delivery |

Payment ──────── Dispatch ──────── Received
●                    ●                    ●
Lead time 7 days    CN    Shipping time 6-10 working days    US

Alibaba.com · Logistics  cost-effective, efficient, and trackable.

Shipping fee: **USD 1,114.55**

Sales Tax ⓘ

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 239.02**

Payment Method

○ Credit/Debit Card

🔘 Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T  PayPal  🅰Pay  G Pay  **Online Transfer**

MARCH Save up to US $30 off with PayPal ›

Additional notes (optional)

Please fill in

0/2000

Protections on this order with 🛡 Trade Assurance          View details ›

Need Help? 🐧

DOE Number: 16
Seller Name: Hebei Susan Nini Technology Co., Ltd.
Marketplace: Alibaba









MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com What are you looking for... NEW Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Face Scrubber Brush for Men Electric Vibrating Sonic Facial Brush Facial Cleaner Brush Cleansing for All Skin Type Silicone USB

| 80 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.75 | $4.40 | $4.00 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode: USB recharge $4.75 80

Samples: , USB recharge

$4.75/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 1000 | > 1000 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 500 pieces)
Graphic customization (Min. order 1000 pieces)
Less

160 pieces Details $760.00
Lead time 15 days
Shipping $131.60
(Duty Incl.)
Ocean+Express US (Standard) Change
Alibaba.com Logistics
Estimated delivery 4/20-5/11
Total $891.60

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

Hebei Susan Nini Technology Co., L...
Trading Company
CN 4YR
Response Time ≤4h
On-time delivery r... 100.0%
70 Transactions 100,000+

## Purchase details

Protection with Trade Assurance

Shipping: Estimated delivery by **4/20-5/11** via Ocean+Express US (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

## You may also like

2021 trending new... arrivals best selling
$3.20 - $3.80
Min. order: 10 pieces

new technology 2020... beautiful pore cleanser
$2.50 - $2.90
Min. order: 10 pieces

mini beauty personal ca... wooden handle new deep
$1.00 - $1.30
Min. order: 100 pieces

face cleanser waterproo... massager for deep
$10.00 - $12.00
Min. order: 10 pieces

face clean brush wash... deep cleansing soft fiber
$1.00 - $1.30
Min. order: 100 pieces

Product details | Company profile | Report Suspicious Activity!

Product Description | Product Feauture | Product Function | Packaging & Shipping | Company Information

## Overview

### Essential details

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | facial cleaner brush |
| Model Number: | SN-120 | Type: | HAND HELD |
| Plugs Type: | USB | Material: | Silicone, Food Grade Silicone |
| Target Area: | Face | Waterproof: | Yes |

Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted]), [redacted]
[redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change Add an address

Hebei Susan Nini Technology Co., Ltd. | Chat with the supplier

**Face Scrubber Brush for Men Electric Vibrating Sonic Facial Brush Facial Cleaner Brush Cleansing for All Skin Type Silicone USB**

Color : black ,
Power Supply Mode : USB recharge

USB 4.75 / Piece | 80 | USD 380.00

Customization Service

The minimum quantity required for customization options is **500** Pieces.
You currently have **80** Pieces in your cart.

Item(s) total: **USD 380.00**

| | |
|---|---|
| Shipping service line | Ocean+Express US (Standard) |
| Shipping methods | EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) |
| Delivery timeline | Estimated delivery by 4/20-5/11 |

Payment — Lead time 15 days — Dispatch (CN) — Shipping time 20-35 working days — Received (US)

Shipping fee: **USD 75.55**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 31.89**

Payment Method

- Credit/Debit Card
- Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

MARCH Save up to US $30 off with PayPal >

Additional notes (optional)

Please fill in
0/2000

**Protections on this order** with Trade Assurance — View details >

**Refund policy**
Claim refunds for missing, defective, or incorrect products

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 380.00 |
| Shipping fee | USD 75.55 |
| Order total | USD 455.55 |
| Tax: | USD 31.89 |

Proceed to pay

Payment Security:

Need Help?

Messenger

MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com What are you looking for... NEW Search
My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help
Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

new technology 2020 beautiful pore cleanser silicon clenser brush ultrasonic electric sonic vibrating facial cleansing brush

| 10 - 99 pieces | 100 - 499 pieces | >= 500 pieces |
|---|---|---|
| $2.90 | $2.60 | $2.50 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

Power Supply Mode: USB recharge $2.90 0

Lead time:

| Quantity (pieces) | 1 - 1000 | > 1000 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

Customization: Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 500 pieces)
More

### Purchase details

Protection with Trade Assurance

Shipping: Estimated delivery by **3/30-4/6** via HK UPS Expedited (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

The minimum order quantity is 10 piece
0/10 piece from $29.00
Lead time 15 days

Shipping from $27.60
HK UPS Expedited (Standard) Change
Alibaba.com Logistics
Estimated delivery3/30-4/6

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

**Hebei Susan Nini Technology Co., L...**
Trading Company
CN 4YR
Response Time ≤4h
On-time delivery r... 100.0%
67 Transactions 100,000+

### You may also like

2021 trending new... arrivals best selling
$3.20 - $3.80
Min. order: 10 pieces

mini beauty personal ca... wooden handle new deep
$1.00 - $1.30
Min. order: 100 pieces

new product idea 2020... food grade silicone USB
$2.50 - $2.90
Min. order: 10 pieces

custom wholesale beau... silicone reusable mini ce
$1.40 - $1.60
Min. order: 100 pieces

Product details | Company profile | Report abuse

Product Description | Product Feauture | Functions | How To Use | Packaging & Shipping | Company Information

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | facial cleansing brush |
| Model Number: | SN-002 | Type: | HAND HELD |
| Plugs Type: | UK, EU, JP, US, CN, AU | Material: | Silicone, ABS & Stainless Steel, food grade silicone |
| Target Area: | Face | Waterproof: | Yes, IPX7 |
| Warranty: | 1 Year | Feature: | Acne Treatment, DEEP CLEANSING, Exfoliators, Pore ... |
| Product name: | facial cleansing brush | Color: | Pink,Rose Red,Dark Blue ,Light Blue |
| Package: | color box | Size: | 8*8*3CM |

**Alibaba.com** Buy Now
Global trade starts here™

Shipping address          ████████████████
                          ████████████ Miami, Florida, 33133-2709, United States of America

Change    Add an address

This order is protected
with 🛡 Trade Assurance   View details

Item(s) total:                USD 29.00
Shipping fee                  USD 27.60

Order total                   USD 56.60
Tax:                          USD 3.97

⚙ Hebei Susan Nini Technology Co., Ltd.          ◌ Chat with the supplier

new technology 2020 beautiful pore cleanser silicon clenser brush ultrasonic electric sonic vibrating facial cleansing brush

Color : Red , Power Supply Mode : USB recharge     USD 2.90 / Piece ⓘ    [ − ]  10  [ + ]    USD 29.00

Customization Service

The minimum quantity required for customization options is **100** Pieces.
You currently have **10** Pieces in your cart.

Item(s) total:  **USD 29.00**

**Proceed to pay**

Payment Security:  ✅ DSS  VISA  ████

Messenger  ^

Shipping service line       HK UPS Expedited (Standard) ⌄
                            Alibaba.com Logistics

Shipping methods            🚚 EXPRESS

Incoterms                   DAP (Delivered at Place) ⓘ

Delivery timeline           Estimated delivery by 3/30-4/6

                            Payment              Dispatch              Received
                            ●────────────────────●────────────────────○
                                  Lead time 15 days         Shipping time 6-10 working days
                                                    CN                                    US

Alibaba.com Logistics cost-effective, efficient, and trackable.          Shipping fee:  **USD 27.60**

Sales Tax ⓘ                 According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax
                            when you place an order. Learn more

                            ⓘ If you are purchasing products for resale or production, submit tax information to
                               be verified for tax exemption. Submit now

                                                                              Tax  **USD 3.97**

Payment Method              ○ Credit/Debit Card

                            ⦿ Other Payment Methods
                               The transaction fees and currencies vary, depending on the payment method chosen. View details
                               𝑇/𝑇  **P** PayPal  [Pay]  [GPay]  **Online Transfer**

Additional notes (optional)  Please fill in

                                                                                          0/2000

**Protections on this order** with 🛡 Trade Assurance                    View details >

Ⓢ **Refund policy**
   Claim refunds for missing, defective, or incorrect products

☑ I agree to share my business card with supplier.

Need Help?







MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com What are you looking for... NEW Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

new technology 2020 beautiful pore cleanser silicon clenser brush ultrasonic electric sonic vibrating facial cleansing brush

| 10 - 99 pieces | 100 - 499 pieces | >= 500 pieces |
|---|---|---|
| $2.90 | $2.60 | $2.50 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

Power Supply Mode: USB recharge $2.90 10

Lead time:

| Quantity (pieces) | 1 - 1000 | > 1000 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

Customization: Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 500 pieces)
More

**Purchase details** Protection with Trade Assurance

Shipping: Estimated delivery by **3/30-4/6** via HK UPS Expedited (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

10 pieces Details $29.00
Lead time **15** days

Shipping $27.60
HK UPS Expedited (Standard) Change
Alibaba.com Logistics
Estimated delivery**3/30-4/6**

**Total** $56.60

Start order
Contact supplier
Call us
Add to cart

**Hebei Susan Nini Technology Co., L...**
Trading Company
CN 4YR

Response Time ≤4h | On-time delivery r... 100.0%

67 Transactions 100,000+

Chat now
Browsing History

## You may also like

2021 trending new... arrivals best selling
$3.20 - $3.80
Min. order: 10 pieces

mini beauty personal ca... wooden handle new deep
$1.00 - $1.30
Min. order: 100 pieces

new product idea 2020... food grade silicone USB
$2.50 - $2.90
Min. order: 10 pieces

custom wholesale beau... silicone reusable mini ce
$1.40 - $1.60
Min. order: 100 pieces

**Product details** | Company profile | Report abuse

Product Description | Product Feauture | Functions | How To Use | Packaging & Shipping | Company Information

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | facial cleansing brush |
| Model Number: | SN-002 | Type: | HAND HELD |
| Plugs Type: | UK, EU, JP, US, CN, AU | Material: | Silicone, ABS & Stainless Steel, food grade silicone |
| Target Area: | Face | Waterproof: | Yes, IPX7 |
| Warranty: | 1 Year | Feature: | Acne Treatment, DEEP CLEANSING, Exfoliators, Pore ... |
| Product name: | facial cleansing brush | Color: | Pink,Rose Red,Dark Blue ,Light Blue |
| Package: | color box | Size: | 8*8*3CM |

Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change Add an address

Hebei Susan Nini Technology Co., Ltd. Chat with the supplier

**new technology 2020 beautiful pore cleanser silicon clenser brush ultrasonic electric sonic vibrating facial cleansing brush**

Color : Red , Power Supply Mode : USB recharge USD 2.90 / Piece − 10 + USD 29.00

Customization Service

The minimum quantity required for customization options is **100** Pieces.
You currently have **10** Pieces in your cart.

Item(s) total: **USD 29.00**

Shipping service line: **HK UPS Expedited (Standard)**
Alibaba.com Logistics

Shipping methods: EXPRESS

Incoterms: DAP (Delivered at Place)

Delivery timeline: Estimated delivery by 3/30-4/6

Payment — Lead time 15 days — Dispatch (CN) — Shipping time 6-10 working days — Received (US)

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 27.60**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 3.97**

Payment Method

Credit/Debit Card

Card Number

Name

Given names Surname

Expiration Date MM / YY CVV / CSC

Billing Address

2820 Zulette Ave, Bronx, United States of America, New York, 10461 Edit >

Set as your default payment method and accept the Alibaba.com Privacy Policy.

Other Payment Methods

Transaction Fee: **USD 1.82**

**This order is protected**
with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 29.00 |
| Shipping fee | USD 27.60 |
| Order total | USD 56.60 |
| Tax: | USD 3.97 |
| Transaction Fee: | USD 1.82 |
| Payment in USD | **USD 62.39** |

Pay now

Payment Security:

Messenger

Need Help?

MARCH EXPO Source 2023's latest products for less What's March Expo?

Alibaba.com What are you looking for... NEW Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

new technology 2020 beautiful pore cleanser silicon clenser brush ultrasonic electric sonic vibrating facial cleansing brush

| 10 - 99 pieces | 100 - 499 pieces | >= 500 pieces |
|---|---|---|
| $2.90 | $2.60 | $2.50 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

Power Supply Mode: USB recharge $2.90 10

Lead time:

| Quantity (pieces) | 1 - 1000 | > 1000 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

Customization: Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 500 pieces)
More

10 pieces Details $29.00
Lead time 15 days
Shipping $27.60
HK UPS Expedited (Standard) Change
Alibaba.com Logistics
Estimated delivery3/30-4/6
Total $56.60

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

Hebei Susan Nini Technology Co., L...
Trading Company
CN 4YR
Response Time ≤4h
On-time delivery r... 100.0%
67 Transactions 100,000+

### Purchase details

Protection with Trade Assurance

Shipping: Estimated delivery by **3/30-4/6** via HK UPS Expedited (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

## You may also like

2021 trending new... arrivals best selling
$3.20 - $3.80
Min. order: 10 pieces

mini beauty personal ca... wooden handle new deep
$1.00 - $1.30
Min. order: 100 pieces

new product idea 2020... food grade silicone USB
$2.50 - $2.90
Min. order: 10 pieces

custom wholesale beau... silicone reusable mini ce
$1.40 - $1.60
Min. order: 100 pieces

Product details | Company profile | Report abuse

Product Description | Product Feauture | Functions | How To Use | Packaging & Shipping | Company Information

## Overview

### Essential details

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | facial cleansing brush |
| Model Number: | SN-002 | Type: | HAND HELD |
| Plugs Type: | UK, EU, JP, US, CN, AU | Material: | Silicone, ABS & Stainless Steel, food grade silicone |
| Target Area: | Face | Waterproof: | Yes, IPX7 |
| Warranty: | 1 Year | Feature: | Acne Treatment, DEEP CLEANSING, Exfoliators, Pore ... |
| Product name: | facial cleansing brush | Color: | Pink,Rose Red,Dark Blue ,Light Blue |
| Package: | color box | Size: | 8*8*3CM |

**Alibaba**.com   Buy Now

Shipping address | ████████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America
Change   Add an address

**This order is protected**
with 🛡 Trade Assurance   View details

| | |
|---|---|
| Item(s) total: | USD 29.00 |
| Shipping fee | USD 27.60 |

Order total   USD 56.60
Tax:   USD 3.97
Transaction Fee:   USD 1.82

Payment in   USD ⌄   **USD 62.39**

🏠 Hebei Susan Nini Technology Co., Ltd.                    💬 Chat with the supplier

new technology 2020 beautiful pore cleanser silicon clenser brush ultrasonic electric sonic vibrating facial cleansing brush

Color：Red，Power Supply Mode：USB recharge   **USD 2.90** / Piece ⓘ   − 10 +   USD 29.00

Customization Service

The minimum quantity required for customization options is **100** Pieces.
You currently have **10** Pieces in your cart.

Item(s) total:  **USD 29.00**

[  🟠 Pay now  ]

Payment Security: ✅ JCB  VISA mastercard

[ 📧 Messenger ⌄ ]

Shipping service line | HK UPS Expedited (Standard) ⌄
Alibaba.com | Logistics

Shipping methods | 🚆 EXPRESS

Incoterms | DAP (Delivered at Place) ⓘ

Delivery timeline | Estimated delivery by 3/30-4/6

| Payment | Dispatch | Received |
|---|---|---|
| ● | ● | ● |
| Lead time 15 days | CN   Shipping time 6-10 working days | US |

Alibaba.com | Logistics   cost-effective, efficient, and trackable.        Shipping fee: **USD 27.60**

Sales Tax ⓘ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 3.97**

Payment Method | ⦿ Credit/Debit Card

Card Number
[                                                                    ]

Name
[ Given names                    ]  [ Surname                        ]

Expiration Date                        CVV / CSC
[ MM  ⌄ ] / [ YY  ⌄ ]                  [                    ] 👁  [    ]

Billing Address
████████ Miami, FL 33133-2709, United States, Miami, United States of America, Florida, 33133-2709          Edit >

☑ Set as your default payment method and accept the Alibaba.com Privacy Policy.

○ Other Payment Methods

Need Help?

DOE Number: 17
Seller Name: Hunan Rongchuang Zhiyuan Network Technology Co., Ltd.
Marketplace: Alibaba



**Alibaba.com**

What are you looking for... Search

My Alibaba  Messages  Orders  Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



View larger image



Share

Ready to Ship  In Stock  Fast Dispatch

**Home Use Hot and Cold Electric Silicone Facial Cleansing Face Brush LED Photon Therapy Pore Cleaner Brush Facial Cleanser Brush**

1 buyer

| 1 - 999 pieces | 1000 - 4999 pieces | 5000 - 19999 pieces | >= 20000 pieces |
|---|---|---|---|
| $13.48 | $11.78 | $11.48 | $10.28 |

$105.00 OFF  Order more than $10,000.00  Get Coupon

Benefits: Member prices: Up to 50% off  View more
Color 
Power Supply Mode: USB recharge  $13.48  0
Samples: USB recharge  $13.48/piece  Min. order : 1 piece  Get samples

Lead time:

| Quantity (pieces) | 1 - 10 | 11 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 7 | 9 | 11 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)  Customized packaging (Min. order 1000 pieces)  More

**Purchase details**  Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by May 17 via Electronics Parcels (Standard)  Powered by Alibaba.com Logistics
Payments: VISA Mastercard PayPal afterpay GPay ...  Enjoy encrypted and secure payments View details

The minimum order quantity is 1 piece
0/1 piece  from $13.48  Lead time 7 days
Shipping from $8.81 (Duty Incl.)  Electronics Parcels (Standard) Change
Alibaba.com Logistics  Guaranteed delivery By May 17

Start order
Contact supplier
Call us
Add to cart



Verified supplier
Hunan Rongchuang Zhiyuan Networ...
Multispecialty supplier
CN 4 YRS

| Store rating | On-time delivery rate |
|---|---|
| 4.9/5 | 100.0% |
| Response time | Online revenue |
| ≤4h | $20,000+ |
| Main markets | Customers served |
| North America,... | 1 |

Services  Minor customization  Centralized procurement available
Company profile  Visit store

Chat now  Browsing History



Buy Now

Shipping address          ████████ ████  ████████████  Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**     **Add an address**

🚚 Hunan Rongchuang Zhiyuan Network Technology Co., Ltd.                              ⬤ Chat with the supplier

Home Use Hot and Cold Electric Silicone Facial Cleansing Face Brush LED Photon Therapy Pore Cleaner Brush Facial Cleanser Brush

| Color : 📍 Red , Power Supply Mode : USB recharge | USD 13.48 / Piece ⓘ | − 1 + | USD 13.48 |

Customization Service

The minimum quantity required for customization options is **500 Pieces**.
You currently have **1** Pieces in your cart.

Item(s) total:  **USD 13.48**

Shipping service line          Electronics Parcels (Standard) ⌄
                               Alibaba.com | Logistics

Shipping methods              ✖ EXPRESS

Incoterms                     DDP (Delivered Duty Paid) ⑦

Delivery timeline            Guaranteed delivery by May 16
                             Compensation for delayed delivery

Payment                          Dispatch                      Received
⬤────────────────────────────────⬤──────────────────────────────────⬤
        Lead time 7 days          CN    Shipping time 12-17 working days    US

Alibaba.com | Logistics   cost-effective, efficient, and trackable.          Shipping fee:  **USD 8.83**

**This order is protected**
with 🛡 Trade Assurance   **View details**

Item(s) total:                          USD 13.48
Shipping fee                            USD 8.83

Order total                             USD 22.31
Tax:                                    USD 1.56

[ ✅ Proceed to pay ]

Payment Security:   

DOE Number: 18
Seller Name: Meiji Beauty Technology (Shenzhen) Co. , Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less What's March Expo?

Alibaba.com What are you looking for... NEW Search My Alibaba Messages Orders Cart

Categories Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Help Get the app English - USD Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship In Stock Fast Dispatch

Mini Electric Facial Cleansing Brush Silicone Sonic Face Cleaner Deep Pore Cleaning Skin Massager Face Cleansing Brush Device

| 1 - 999 pieces | 1000 - 2999 pieces | 3000 - 49999 pieces | >= 50000 pieces |
|---|---|---|---|
| $2.55 | $2.19 | $1.92 | $1.80 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode USB recharge $2.55 1

Lead time:

| Quantity (pieces) | 1 - 1 | 2 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 3 | 15 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)

**Purchase details** Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 4 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

**Source with confidence**

Direct from Verified Custom Manufacturer

1 pieces Details $2.55
Lead time 3 days

Shipping $4.78
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 4

Total $7.33

Start order
Contact supplier
Add to cart

Chat now
Browsing History

**Verified supplier**

Meiji Beauty Technology (Shenzhen) C...
Custom manufacturer
CN 2 YRS

Registered trademarks (1)

| Store rating | On-time delivery rate |
|---|---|
| 4.8/5 | 94.4% |
| Response time | Transactions |
| ≤7h | $10,000+ |
| Floorspace | Staff |
| 2008m² | 58 |

Services
**Minor customization**
**Design-based customization**

Quality control
**Raw-material traceability identifica...**
**Finished product inspection**

Certifications
CE FC

Company profile Visit store

## You may also like

Customize Electric Silicone Facial Cleansin...
**$1.80 - $2.55**
Min. order: 1.0 piece

Skin Facial cleansing... instrument Silicone
**$1.80 - $2.55**
Min. order: 1 piece

2021 New Mini Magneti... Vibration Electric Facial
**$2.48 - $3.02**
Min. order: 1 piece

Facial Cleansing Brush... Massager Waterproof
**$10.82 - $11.46**
Min. order: 1 piece

New Design Hot Sale Beauty Facial Massager...
**$1.85 - $2.02**
Min. order: 1.0 piece

Product details Company profile Report Suspicious Activity!

Specification Products Description FAQ

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Model Number: | RL-812 |
| Plugs Type: | usb | Material: | ABS & Stainless Steel |
| Waterproof: | Yes | Warranty: | Other |

Alibaba.com   Buy Now

Shipping address    ████████████████
                    ███████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change    Add an address

This order is protected
with 🛡 Trade Assurance   View details

Item(s) total:                          USD 2.55
Shipping fee                            USD 4.78

Order total                             USD 7.33
Tax:                                    USD 0.52

[ 🔒 Proceed to pay ]

Payment Security:  ✅ SSL  💳 VISA

Meiji Beauty Technology (Shenzhen) Co., Ltd.                    💬 Chat with the supplier

Mini Electric Facial Cleansing Brush Silicone Sonic Face Cleaner Deep Pore Cleaning Skin Massager Face Cleansing Brush Device

Color: Blue,                    USD 2.55 / Piece ⓘ    [ − 1 + ]    USD 2.55
Power Supply Mode: USB recharge

Customization Service

The minimum quantity required for customization options is 1000 Pieces.
You currently have 1 Pieces in your cart.

Item(s) total:  USD 2.55

Messenger  ⌃

Shipping service line    Electronics Parcels (Standard) ⌄
                         Alibaba.com · Logistics

Shipping methods         🚢 EXPRESS

Incoterms                DDP (Delivered Duty Paid) ⓘ

Delivery timeline        Guaranteed delivery by Apr 4
                         Compensation for delayed delivery

                         Payment                Dispatch              Received
                         ●━━━━━━━━━━━━━━━━━━━━━━━●━━━━━━━━━━━━━━━━━━━━━●
                                 Lead time 3 days      CN   Shipping time 12-17 working days   US

Alibaba.com · Logistics  cost-effective, efficient, and trackable.                    Shipping fee: USD 4.78

Sales Tax ⓘ              According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax
                         when you place an order. Learn more

                         ⓘ If you are purchasing products for resale or production, submit tax information to
                           be verified for tax exemption. Submit now

                                                                                        Tax  USD 0.52

Payment Method          ○ Credit/Debit Card

                        ● Other Payment Methods
                          The transaction fees and currencies vary, depending on the payment method chosen. View details
                          T/T  PayPal  [Pay] [GPay]  Online Transfer

Additional notes (optional)    Please fill in

                                                                                        0/2000

Protections on this order with 🛡 Trade Assurance                          View details ›

DOE Number: 19
Seller Name: Ningbo Kingworth Global Imp. & Exp. Co., Ltd.
Marketplace: Alibaba

**MARCH EXPO**  Source 2023's latest products for less            What's March Expo?

**Alibaba.com**     What are you looking for...          Search

My Alibaba   Messages   Orders   Cart

Categories   Ready to Ship   Personal Protective E...   Trade Shows   Buyer Central   Sell on Alibaba.com   Help          Get the app   English - USD   Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



View larger image

Share

**Ready to Ship**   In Stock   Fast Dispatch

**MARCH** Kingworth factory Top Seller Electric Ultrasonic Sonic Silicone Skin Scrubber Massage Face Cleaner

| 50 - 199 sets | 200 - 499 sets | >= 500 sets |
|---|---|---|
| $4.00 | $3.50 | $3.00 |

**MARCH EXPO**  Save up to US $30 with PayPal   >

Benefits:   3-day coupon giveaway: up to US $80 off       View more >

Color:   [color swatches]

Power Supply Mode:   RECHARGEABLE          $4.00        —  50  +

Samples:   , RECHARGEABLE
$10.00/set   Min. order : 1 set   Get samples

Lead time:

| Quantity (sets) | 1 - 1000 | > 1000 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

Customization:   Customized logo (Min. order 1000 sets)
Customized packaging (Min. order 1000 sets)
Graphic customization (Min. order 1000 sets)
Less ^

**Purchase details**                Protection with  Trade Assurance

Shipping:   Estimated delivery by 4/19-5/10 via Ocean+Express US (Standard)
Powered by Alibaba.com Logistics

Payments:   VISA  Mastercard  PayPal  [icons]  Pay  G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds:   Eligible for returns and refunds View details

50 sets Details          $200.00
Lead time 15 days

Shipping          $124.13
(Duty Incl.)
Ocean+Express US (Standard) Change
Alibaba.com Logistics
Estimated delivery 4/19-5/10

Total          $324.13

Start order

Contact supplier

Add to cart

**Verified supplier**

Ningbo Kingworth Global Imp. & Exp. Co...
Multispecialty supplier
CN   2 YRS   VR Showroom

Store rating   On-time delivery rate
5.0/5          96.7%

Response time   Transactions
≤5h          $7476838

Main markets   Floorspace
Western Europe,...   480m²

Services

Minor customization
Full customization

Certifications

CE

Company profile   Visit store

Chat now

Browsing History

**You may also like**

Kingworth 3 in 1 Electri...
Ultrasonic Sonic Face
$6.65 - $7.60
Min. order: 50 sets

Kingworth Best...
Waterproof Handheld
$9.97 - $10.92
Min. order: 50 sets

Kingworth 3 in 1 Hair...
Trimmer Double Sided
$7.12 - $8.07
Min. order: 50 sets

Kingworth 4 in 1
Wholesale Custom
$12.00 - $14.00
Min. order: 50 sets

Kingworth Wholesale Sk...
Scrubbers Rechargeable
$2.85 - $3.80
Min. order: 50 sets

**Product details**   Company profile          Report abuse

Products Description

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Zhejiang, China | Brand Name: | Kingworth |
| Model Number: | KWB-133 | Type: | HAND HELD |
| Plugs Type: | UK, EU, Other, JP, US, CN, AU, Za, It | Material: | Silicone, ABS |
| Target Area: | Face, Eyes, Lips | Waterproof: | Yes |



**Alibaba.com** Global trade starts here.  Buy Now

Shipping address
████████ Miami, FL 33133-2709, United States. Miami. Florida. 33133-2709, United States of America

Change    Add an address

**This order is protected**
with 🛡 Trade Assurance   View details

| Item(s) total: | USD 200.00 |
| Shipping fee | USD 142.52 |
| Order total | USD 342.52 |
| Tax: | USD 23.98 |

[ 🛡 Proceed to pay ]

Payment Security: ✓ VeriSign  VISA ...

Ningbo Kingworth Global Imp. & Exp. Co., Ltd.        Chat with the supplier

MARCH  Kingworth factory Top Seller Electric Ultrasonic Sonic Silicone Skin Scrubber Massage Face Cleaner

Color : Pink .  Power Supply Mode : RECHARGEABLE        USD 4.00 / Set ⓘ    [ − ] 50 [ + ]    USD 200.00

Customization Service

The minimum quantity required for customization options is **1000** Sets.
You currently have **50** Sets in your cart.

Item(s) total: **USD 200.00**

Messenger ∧

| Shipping service line | Ocean+Express US (Standard) ∨ |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) ⓘ |
| Delivery timeline | Guaranteed dispatch within 15 days |

Payment —————— Dispatch —————— Received
●                        ●                        ●
Lead time 15 days    CN   Shipping time 20-35 working days   US

Shipping fee: **USD 142.52**

Sales Tax ⓘ    According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 23.98**

Payment Method    ○ Credit/Debit Card

⦿ Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details
T/T  PayPal  ⫶Pay  GPay  **Online Transfer**
MARCH  Save up to US $30 off with PayPal ›

Additional notes (optional)    Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance    View details ›

🚚 **On-time Dispatch Guarantee**
Dispatched within 15 days or you are eligible for compensation

$ **Refund policy**

Need Help?

DOE Number: 20
Seller Name: Pinsheng Electronics Co.,Ltd
Marketplace: Alibaba

**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

Alibaba.com

What are you looking for...    Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com
Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



Ready to Ship | ✓ In Stock  ✓ Fast Dispatch

MARCH Latest Custom Household Public Beauty Device Deep Clean lpx6 Cleansing Silicone Facial Brush

1 buyer

CE View More

| 2 - 1999 pieces | 2000 - 2999 pieces | 3000 - 4999 pieces | >= 5000 pieces |
|---|---|---|---|
| $2.00 | $1.90 | $1.75 | $1.60 |

Save up to US $30 with PayPal

Benefits:     3-day coupon giveaway: up to US $80 off          View more >

Color

Power Supply Mode     RECHARGEABLE     $2.00          —  2  +

Samples:     . RECHARGEABLE
$4.00/piece   Min. order: 1 piece   Get samples

Lead time ⓘ

| Quantity (pieces) | 1 - 1999 | 2000 - 2999 | 3000 - 4999 | > 4999 |
|---|---|---|---|---|
| Lead time (days) | 10 | 15 | 25 | To be negotiated |

Customization:     Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 500 pieces)
Graphic customization (Min. order 500 pieces)
Less ∧

**Purchase details**          Protection with 🛡 Trade Assurance

Shipping:     Enjoy On-time Delivery Guarantee: Receive by Apr 11 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments:     VISA ● Master P PayPal ⬤ Pay G Pay ...
Enjoy encrypted and secure payments   View details

Returns & Refunds     Eligible for returns and refunds   View details

**You may also like**



PSB rechargeable electric mini sonic vibrating...
$2.85 - $3.50
Min. order: 2 pieces

Hot Sale Oem Odm... Portable Beauty Care
$2.85 - $3.50
Min. order: 2 pieces

PSB waterproof exfoliating 4 in 1 facial...
$2.19 - $2.99
Min. order: 2 pieces

PSB portable waterproof mini electric sonic...
$1.19 - $2.99
Min. order: 2 pieces

PSB portable waterproof face mini usb electric...
$2.85 - $3.49
Min. order: 3 pieces

2 pieces Details          $4.00
Lead time 10 days ⓘ

Shipping          $6.06
(Duty Incl.)
Electronics Parcels
(Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 11 ⓘ

Total          $10.06

Start order

✉ Contact supplier

🛒 Add to cart

✓ Verified supplier

Pinsheng Electronics Co.,Ltd
Multispecialty supplier
🇨🇳 CN    3 YRS          VR Showroom

Store rating          On-time delivery rate
4.9/5          96.6%

Response time          Transactions
≤2h          $120,000+

Floorspace
600m²

Services
Design-based customization
Centralized procurement available

Certifications

CE ⓟ 🌐 🌿

Company profile    Visit store

**Product details** | Company profile | Transactions | Buyer reviews          Report abuse

Limited Time Offer | Hot Sale Products | Certificate | Why Choose Us | Packing & Delivery | Company Introduction | FAQ  ‹ ›

## Overview

**Essential details**

Share



Alibaba.com   Buy Now

Shipping address
████████████ Miami, FL 33133-2709, United States. Miami, Florida. 33133-2709, United States of America
Change    Add an address

This order is protected
with 🛡 Trade Assurance    View details

Item(s) total:                          USD 4.00
Shipping fee                            USD 6.06
Order total                             USD 10.06
Tax:                                    USD 0.7

Proceed to pay

Payment Security:

Pinsheng Electronics Co.,Ltd                    💬 Chat with the supplier

MARCH Latest Custom Household Public Beauty Device Deep Clean Ipx6 Cleansing Silicone Facial Brush

Color : Pink ,  Power Supply Mode : RECHARGEABLE    USD 2.00 / Piece ⓘ   − 2 +    USD 4.00

Customization Service

The minimum quantity required for customization options is 500 Pieces.
You currently have 2 Pieces in your cart.

Item(s) total:  USD 4.00

Messenger ⌄

Shipping service line    Electronics Parcels (Standard) ⌄
                         Alibaba.com · Logistics

Shipping methods        🚢 EXPRESS

Incoterms               DDP (Delivered Duty Paid) ⓘ

Delivery timeline       Guaranteed delivery by Apr 11
                        Compensation for delayed delivery

                        Payment          Dispatch              Received
                        ●————————————————————●—————————————————————●
                               Lead time 10 days    CN   Shipping time 12-17 working days   US

Alibaba.com · Logistics  cost-effective, efficient, and trackable.            Shipping fee: USD 6.06

Sales Tax ⓘ             According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

                        ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

                                                                            Tax  USD 0.70

Payment Method          ○ Credit/Debit Card

                        ⦿ Other Payment Methods
                        The transaction fees and currencies vary, depending on the payment method chosen. View details
                        T/T  PayPal  [Pay] [G Pay]  Online Transfer

Additional notes (optional)   Please fill in
                                                                                    0/2000

Protections on this order with 🛡 Trade Assurance                        View details ›

💳 On-time Delivery Guarantee
   Delivered by Apr 11 or you are eligible for compensation

DOE Number: 21
Seller Name: Qichuang Technology Co., Ltd.
Marketplace: Alibaba



**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face & Neck lifting Massager

Ready to Ship  ⊘ In Stock  ⊘ Fast Dispatch

MARCH Wireless Charging Ultrasonic Rechargeable Electric Massage Sonic Face Cleansing Brush Silicone

| 1 - 999 pieces | 1000 - 9999 pieces | >= 10000 pieces |
|---|---|---|
| **$3.50** | **$3.20** | **$3.00** |

MARCH EXPO  Save up to US $30 with PayPal  >

| | |
|---|---|
| Benefits: | 🥈 Silver  3-day coupon giveaway: up to US $80 off   View more > |
| Color | 🔴 🟢 |
| Power Supply Mode | USB recharge  $3.50  [–] 0 [+] |
| Samples: | 🟢 , USB recharge  $3.50/piece  Min. order: 1 piece  Get samples |

| Lead time: | Quantity (pieces) | 1 - 500 | 501 - 1000 | 1001 - 5000 | > 5000 |
|---|---|---|---|---|---|
| | Lead time (days) | 3 | 5 | 10 | To be negotiated |

Customization:
Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 500 pieces)
More ˅

### Purchase details

Protection with  🛡 Trade Assurance

| | |
|---|---|
| Shipping: | Enjoy On-time Delivery Guarantee: Receive by Apr 4 via Electronics Parcels (Standard)  Powered by Alibaba.com Logistics |
| Payments: | VISA 💳 P PayPal 🅿 ✚Pay GPay  Enjoy encrypted and secure payments  View details |
| Returns & Refunds | Eligible for returns and refunds  View details |

♡

🔍 View larger image

○ ▷

↗ Share

The minimum order quantity is 1 piece
0/1 piece                    from **$3.50**
Lead time **3** days ⓘ

Shipping          from **$8.74**
(Duty Incl.)
Electronics Parcels
(Standard) Change
Alibaba.com Logistics
Guaranteed delivery **By Apr 4** ⓘ

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart

✔ Verified supplier

Qichuang Technology Co., Ltd.
Multispecialty supplier
🇨🇳 CN  4 YRS          VR Showroom
☑ Registered trademarks (1)

| | |
|---|---|
| Store rating | On-time delivery rate |
| 5.0/5 | 96.0% |
| Response time | Transactions |
| ≤2h | $20,000+ |
| Main markets | Collaborating suppl... |
| Eastern Asia,We... | 20 |

Services
Minor customization
Centralized procurement available

Quality control
Raw-material traceability identifica...

Certifications
CE

Company profile | Visit store

Chat now

Browsing History

### You may also like

Lady New Product... Multifunction Ideas
$1.50 - $2.50
Min. order: 10 pieces

Chinese manufacturer t-... roller massager beauty
$1.50 - $2.50
Min. order: 10 pieces

New Design Waterproof... Cleaning Exfoliator
$3.00 - $3.50
Min. order: 1 piece

New Arrival Comfortabl... Women Makeup Tool Curl
$1.70 - $2.30
Min. order: 1 piece

Wholesale price beauty... products for women
$2.50
Min. order: 1 piece

>

**Product details** | Company profile

Report abuse

Company Profile | Plant and equipment | Production process | Qualification certificate | Logistics information | FAQ

### Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | KEKESU |
| Model Number: | K-JM001 | Warranty: | 1 Year |



**Alibaba.com** Buy Now

Shipping address

████████████ ████████ Miami, Florida, 33133-2709, United States of America

Change    Add an address

This order is protected
with 🛡 Trade Assurance   View details

| Item(s) total: | USD 3.50 |
| Shipping fee | USD 8.74 |

| Order total | USD 12.24 |
| Tax: | USD 0.86 |

🛒 Proceed to pay

Payment Security: 🛡 DSS  VISA

🖥 Messenger

Qichuang Technology Co., Ltd.                    💬 Chat with the supplier

**MARCH** Wireless Charging Ultrasonic Rechargeable Electric Massage Sonic Face Cleansing Brush Silicone

Color : 🔴 Pink ,                    USD 3.50 / Piece ⓘ    − 1 +    USD 3.50
Power Supply Mode :  USB recharge

Customization Service

The minimum quantity required for customization options is **500** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total:  **USD 3.50**

Store Coupon:  [no available ▾]   - USD 0.00

| Shipping service line | Electronics Parcels (Standard) ▾ |
| | Alibaba.com Logistics |
| Shipping methods | 🚚 EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) �special |
| Delivery timeline | Guaranteed delivery by Apr 4 |
| | Compensation for delayed delivery |

| Payment | Dispatch | Received |
| --- | --- | --- |
| ● | ● | ● |
| Lead time 3 days | | |
| | CN | Shipping time 12-17 working days | US |

Alibaba.com Logistics cost-effective, efficient, and trackable.        Shipping fee: **USD 8.74**

Sales Tax ⓘ

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 0.86**

Payment Method

○ Credit/Debit Card

◉ Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T  PayPal  ⓟPay  GPay  **Online Transfer**

Additional notes (optional)
[Please fill in                                    ]
0/2000

**Protections on this order** with 🛡 Trade Assurance        View details ›

🚚 On-time Delivery Guarantee

DOE Number: 22
Seller Name: Shantou Lula Electronic Technolog Co., Ltd.
Marketplace: Alibaba

4/18/23, 4:10 AM    Skin Care Silicone Face Cleansing Brush With Led Light Electric Face Cleaner Brush Deep Cleansing - Buy Face Cleansing Brush,Face Cleansing Brush Facial Cleansing Brush Sonic Vibrating Face Product on Alibaba.c…

Case 2:23-cv-23631-RNS   Document 20   Entered on FLSD Docket 11/13/2023   Page 97 of 441





**Search**



My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Buyer Central ⌄ | Sell on Alibaba.com ⌄ | Help ⌄    Get the app | English - USD ⌄ | Ship to: 🇺🇸 ⌄

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





🔍 View larger image

📤 Share



**Ready to Ship**   ⊘ In Stock   ⊘ Fast Dispatch

### Skin Care silicone Face Cleansing Brush with Led Light Electric Face Cleaner Brush Deep Cleansing

| 50 - 999 pieces | 1000 - 2999 pieces | >= 3000 pieces |
|---|---|---|
| **$11.69** | **$10.99** | **$9.99** |

Benefits:    3-day coupon giveaway: up to US $80 off      View more »

Color

Power Supply Mode    USB recharge       $11.69    [−] 0 [+]

Samples:    , USB recharge

$12.99/piece    Min. order : 1 piece    Get samples

Lead time:ⓘ

| Quantity (pieces) | 1 - 50 | > 50 |
|---|---|---|
| Lead time (days) | 10 | To be negotiated |

Customization:    Graphic customization (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
More ⌄

#### Purchase details      Protection with 🛡 Trade Assurance

Shipping:    Estimated delivery by **6/2-6/16** via Ocean+Express US Spot Rate (Economy)
Powered by **Alibaba.com** Logistics

Payments:    VISA 💳 P PayPal afterpay ⍺Pay G Pay ···
Enjoy encrypted and secure payments View details

Returns & Refunds    Enjoy **Easy Return**: Return to local warehouses for free and get full refunds View details

The minimum order quantity is 50 piece
0/50 piece    from **$584.50**
Lead time **10** days

Shipping    from **$151.20**
(Duty Incl.)
Ocean+Express US Spot Rate (Economy) Change
**Alibaba.com** Logistics
Estimated delivery 6/2-6/16 ⓘ

**Start order**

✉ Contact supplier

🛒 Add to cart

✓ **Verified supplier**

Shantou Lula Electronic Technology ...
**Custom manufacturer**
🇨🇳 CN   2 YRS    VR Showroom

| Store rating | On-time delivery rate |
|---|---|
| 4.4/5 | 100.0% |
| Response time | Total annual revenue |
| ≤4h | $1600000 |
| Floorspace | Staff |
| 2568m² | 54 |

Services
Design-based customization
Sample-based customization

Quality control
Finished product inspection

Certifications ›

💬 Chat now

🕐 Browsing History



**Buy Now**

Shipping address

[REDACTED] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**   **Add an address**

🚚 Shantou Lula Electronic Technology Co., Ltd.                     ⬤ Chat with the supplier

Skin Care silicone Face Cleansing Brush with Led Light Electric Face Cleaner Brush Deep Cleansing

Color : 🟣 Pink , Power Supply Mode : USB recharge      USD 11.69 / Piece ⓘ    − 50 +      USD 584.50

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **50** Pieces in your cart.

Item(s) total:  **USD 584.50**

Shipping service line       **Ocean+Express US (Standard)** ⌄
                            Alibaba.com | Logistics

Shipping methods            ≋ EXPRESS

Incoterms                   DDP (Delivered Duty Paid) ❓

Delivery timeline           Guaranteed dispatch within 10 days

Payment              Dispatch                    Received
⬤──────────────────⬤───────────────────────────
        Lead time 10 days    CN    Shipping time 20-30 working days    US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.        Shipping fee:  **USD 190.28**

**This order is protected**
with 🛡 Trade Assurance   **View details**

Item(s) total:                          USD 584.50
Shipping fee                            USD 190.28

Order total                             USD 774.78
Tax:                                    USD 54.24

[ ✓ Proceed to pay ]

Payment Security:   ✓       PCI

4/18/23, 1:08 AM

DOE Number: 23
Seller Name: Shenzhen Alist Technology Co., Ltd.
Marketplace: Alibaba



**MARCH EXPO** Claim 3 coupons worth US $80 from Apr 1-16, 2023 PT    View more

**Alibaba.com**    What are you looking for...    NEW    Search

   

My Alibaba    Messages    Orders    Cart

Categories    Ready to Ship    Personal Protective E...    Trade Shows    Buyer Central    Sell on Alibaba.com    Help

Get the app    English - USD    Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



View larger image



Share

**Ready to Ship**    In Stock    Fast Dispatch

Skin Spa Machine Ideas Lumispa Silicone Facial Cleansing Brush Face Cleansing Brush

| 1 - 99 pieces | 100 - 499 pieces | 500 - 9999 pieces | >= 10000 pieces |
|---|---|---|---|
| $9.90 | $9.79 | $9.59 | $8.46 |

Benefits:    Quick refunds on orders under US $500    View more ›

Color    

Power Supply Mode
RECHARGEABLE    $9.90    − 0 +
USB recharge    $9.90    − 0 +

Samples:     RECHARGEABLE
$10.50/piece    Min. order : 1 piece    Get samples

Lead time:
| Quantity (pieces) | 1 - 1000 | 1001 - 10000 | > 10000 |
|---|---|---|---|
| Lead time (days) | 7 | 13 | To be negotiated |

Customization:    Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 500 pieces)
More ›

**Purchase details**    Protection with 🛡 Trade Assurance

Shipping:    Enjoy **On-time Delivery Guarantee**: Receive by May 17 via Parcels (Economy)
Powered by Alibaba.com Logistics

Payments:    
Enjoy encrypted and secure payments View details

---

The minimum order quantity is 1 piece
0/1 piece    from **$9.90**
Lead time 7 days ⓘ

Shipping    from **$7.62**
(Duty Incl.)
Parcels (Economy) Change
**Alibaba.com** Logistics
Guaranteed delivery **By May 17** ⓘ

**Start order**

☐ Contact supplier

☎ Call us

🛒 Add to cart

**Shenzhen Alist Technology Co.,...**
Manufacturer,Trading Company
CN 4YR

Response Time    On-time delivery r...
≤3h    **100.0%**

Chat now

Browsing History





## Buy Now

**Shipping address**

████ ████████

████████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change    Add an address

---

**This order is protected**
with 🛡 Trade Assurance    View details

Item(s) total: USD 9.90
Shipping fee: USD 7.62

Order total: USD 17.52
Tax: USD 1.23

[  ✓ Proceed to pay  ]

Payment Security: 

---

🏠 Shenzhen Alist Technology Co., Ltd.          💬 Chat with the supplier



Skin Spa Machine Ideas Lumispa Silicone Facial Cleansing Brush Face Cleansing Brush

Color： Pink，Power Supply Mode： RECHARGEABLE          USD 9.90 / Piece ⓘ    —  1  +          USD 9.90

[ Customization Service ]

The minimum quantity required for customization options is **100 Pieces**.
You currently have **1 Pieces** in your cart.

Item(s) total: **USD 9.90**

---

**Shipping service line**    Parcels (Economy) ⌄
                             🟠 Alibaba.com | Logistics

**Shipping methods**    ≋ EXPRESS

**Incoterms**    DDP (Delivered Duty Paid) ✅

**Delivery timeline**    Guaranteed delivery by May 17
                         🟢 Compensation for delayed delivery

Payment                    Dispatch                    Received
●────────────────────────●─────────────────────────●
         Lead time 7 days              Shipping time 12-30 working days
                           CN                                  US

🟠 Alibaba.com | Logistics  cost-effective, efficient, and trackable.          Shipping fee: **USD 7.62**

DOE Number: 24
Seller Name: Shenzhen Amerke Electronic Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com | What are you looking for... | NEW Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

Chat now
Browsing History

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Waterproof facial brush silicone cleansing brush soft skin care face wash

1 buyer

| 1 - 59 pieces | 60 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $6.00 | $5.60 | $4.80 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode: RECHARGEABLE $6.00 − 1 +

Samples: , RECHARGEABLE
$6.00/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 1 | 2 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 5 | 15 | To be negotiated |

Customization: Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 50 pieces)
Customized packaging (Min. order 500 pieces)
Graphic customization (Min. order 5000 pieces)
Less

1 pieces Details $6.00
Lead time 5 days

Shipping $19.63
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery4/24-5/15

Total $25.63

Start order
Contact supplier
Call us
Add to cart

Shenzhen Amerke Electronic Co., Ltd.
Manufacturer,Trading Company,Distrib
CN 8YR

| Response Time | On-time delivery r... |
|---|---|
| ≤4h | 100.0% |

20 Transactions
20,000+

## Purchase details

Protection with Trade Assurance

Shipping: Estimated delivery by 4/24-5/15 via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Enjoy Easy Return: Return to local warehouses for free and get full refunds View details

## You may also like

Wholesale custom... vibrating soft silicone
$4.80 - $6.00
Min. order: 1 piece

Hot facial deep cleansin... massage soft silicone
$3.24 - $6.48
Min. order: 1 piece

2022 OEM facial... massager device electric
$3.69 - $4.50
Min. order: 1 piece

Portable Waterproof... Rechargeable Ultrasonic
$8.20 - $8.80
Min. order: 1 piece

Electric face beauty faci... brush cleanser battery
$4.00 - $6.00
Min. order: 1 piece

Product details | Company profile | Transactions | Report Suspicious Activity!

Specification | Details Images | Product shipment&payment | Company Profile | FAQ

## Overview

### Essential details

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | OEM/ODM |
| Model Number: | AMB226 | Type: | HAND HELD |
| Plugs Type: | USB | Material: | Silicone, ABS |

**Alibaba.com** Global trade starts here®  Buy Now

Shipping address ▮▮▮▮▮▮ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change   Add an address

This order is protected
with 🛡 Trade Assurance   View details

| | |
|---|---|
| Item(s) total: | USD 6.00 |
| Shipping fee | USD 19.63 |
| Order total | USD 25.63 |
| Tax: | USD 1.8 |

🏬 Shenzhen Amerke Electronic Co., Ltd.                    💬 Chat with the supplier

Waterproof facial brush silicone cleansing brush soft skin care face wash

Color : green .
Power Supply Mode : RECHARGEABLE

USD 6.00 / Piece ⓘ    −  1  +     USD 6.00

Customization Service

The minimum quantity required for customization options is **50** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total:  **USD 6.00**

⭘ Proceed to pay

Payment Security:  ✓Bm  visa▮▮

Messenger ⌃

Shipping service line    **Ocean + Delivery US (Economy)** ⌄
Alibaba.com Logistics

Shipping methods    🚢 EXPRESS

Incoterms    DAP (Delivered at Place) ⓘ

Delivery timeline    Guaranteed dispatch within 5 days

Payment                    Dispatch                    Received
●————————————————●——————————————————●
          Lead time 5 days        CN    Shipping time 30-45 working days    US

Alibaba.com Logistics  cost-effective, efficient, and trackable.      Shipping fee: **USD 19.63**

Sales Tax ⓘ    According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 1.80**

Payment Method    ◯ Credit/Debit Card

◉ Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details
**T/T** **P**PayPal ▮Pay GPay  **Online Transfer**

Additional notes (optional)    Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance        View details ⌃

🔲 **On-time Dispatch Guarantee**
Dispatched within 5 days or you are eligible for compensation





MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com What are you looking for... NEW Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Rechargeable sonic vibrating silicone massage facial cleansing brush logo

1 buyer

| 1 - 59 pieces | 60 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $5.98 | $5.56 | $5.04 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

Power Supply Mode: USB recharge $5.98 1

Samples: , USB recharge

$7.00/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 1 | 2 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 5 | 15 | To be negotiated |

Customization: Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 60 pieces)
Customized packaging (Min. order 1000 pieces)
More

1 pieces Details $5.98
Lead time 5 days

Shipping $12.29
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 4

Total $18.27

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

**Shenzhen Amerke Electronic Co., Ltd.**
Manufacturer,Trading Company,Distrib
CN 8YR

Response Time ≤4h | On-time delivery r... 100.0%

21 Transactions 20,000+

### Purchase details

Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 4 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Enjoy Easy Return: Return to local warehouses for free and get full refunds View details

### You may also like

Exfoliating Electric Beauty Facial Brush...
$7.40 - $8.50
Min. order: 1 piece

Best Selling Product 20... Sonic Face Gua Sha
$6.78 - $7.26
Min. order: 1 piece

New design soft mini... facial cleaning brush face
$3.83 - $4.72
Min. order: 1 piece

Handheld professional... silicone vibrating facial
$8.00 - $10.00
Min. order: 1 piece

Beauty Electric Face... Cleanser and Massager
$6.00 - $7.00
Min. order: 1 piece

**Product details** | Company profile | Transactions | Report abuse

Product Description | Payment & Shipping | Company Information | FAQ | Home

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | ODM&EM |
| Model Number: | AMB206 | Type: | HAND HELD |
| Plugs Type: | USB rechargeable | Material: | ABS+Silicone |

Buy Now

| Shipping address | ████████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America |
|---|---|

Change   Add an address

**This order is protected**
with 🛡 Trade Assurance   View details

Item(s) total:                          USD 5.98
Shipping fee                            USD 12.29

Order total                             USD 18.27
Tax:                                    USD 1.28
Transaction Fee:                        USD 0.59

Payment in   USD ˅              **USD 20.14**

✅ Pay now

Payment Security:

Messenger ˄

📦 Shenzhen Amerke Electronic Co., Ltd.          💬 Chat with the supplier

Rechargeable sonic vibrating silicone massage facial cleansing brush logo

Color : 🔴 Red ,
Power Supply Mode : USB recharge

USD 5.98 / Piece ▯    − 1 +         USD 5.98

Customization Service

The minimum quantity required for customization options is 60 Pieces.
You currently have **1** Pieces in your cart.

Item(s) total:  **USD 5.98**

| Shipping service line | **Electronics Parcels (Standard)** ˅ |
|---|---|
| | Alibaba.com · Logistics |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) ? |
| Delivery timeline | Guaranteed delivery by Apr 4 |
| | Compensation for delayed delivery |

Payment                    Dispatch                        Received
●━━━━━━━━━━━━━━━━━●━━━━━━━━━━━━━━━━━●
        Lead time 5 days       CN     Shipping time 12-17 working days    US

Alibaba.com Logistics  cost-effective, efficient, and trackable.          Shipping fee: **USD 12.29**

| Sales Tax ⓘ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |
|---|---|

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 1.28**

| Payment Method | 🔘 Credit/Debit Card |
|---|---|

Card Number

Name

Given names              Surname

Expiration Date                CVV / CSC

MM ˅  /  YY ˅

Billing Address

████████████ Miami, FL 33133-2709, United States, Miami, United States of America,    Edit ›
Florida, 33133-2709

☑ Set as your default payment method and accept the Alibaba.com Privacy Policy.





MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com
What are you looking for...
NEW Search
My Alibaba Messages Orders Cart

Categories Ready to Ship Help Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com
Get the app English - USD Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Cute double side massage silicone electric sonic facial cleansing brush waterproof

| 1 - 999 pieces | >= 1000 pieces |
|---|---|
| $7.00 | $5.50 |

Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode: USB recharge $7.00 1

Samples: , USB recharge
$8.00/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 1 | 2 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 7 | 20 | To be negotiated |

Customization: Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 1000 pieces)

**Purchase details** Protection with Trade Assurance

Shipping: Estimated delivery by **5/8-5/30** via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Enjoy Easy Return: Return to local warehouses for free and get full refunds View details

2 pieces Details $14.00
Lead time 20 days

Shipping $19.75
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery5/8-5/30

**Total** $33.75

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

**Shenzhen Amerke Electronic Co., Ltd.**
Manufacturer,Trading Company,Distrib
CN 8YR

| Response Time | On-time delivery r... |
|---|---|
| ≤4h | 100.0% |

21 Transactions
20,000+

## You may also like

Best Selling Product 20... Sonic Face Gua Sha
$6.16 - $6.60
Min. order: 1 piece

Beauty Electric Face... Cleanser and Massager
$6.00 - $7.00
Min. order: 1 piece

2021 Planner Beauty &... Personal Care 3D Roller
$5.61 - $6.60
Min. order: 1 piece

Beauty Skin Face Deep... Wash Cleanser Massager
$6.00 - $7.50
Min. order: 1 piece

Private label waterproof... silicone facial brush
$4.01 - $4.72
Min. order: 1 piece

**Product details** Company profile Report abuse

Product Description Payment & Shipping Company Information FAQ Home

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | China | Model Number: | AMB202 |
| Type: | HAND HELD | Plugs Type: | USB |
| Material: | Silicone, ABS, ABS, silicone | Target Area: | Face |
| Waterproof: | Yes | Warranty: | 1 Year |
| Feature: | DEEP CLEANSING, Exfoliators, Skin Rejuvenation, Wri... | Dimension: | 68.3*72*34.5mm |
| Net Weight: | 65g | Power supply: | DC 5V, 500mA |
| Color: | Pink, red, blue, purple, green (customized) | Package: | Gift Box (customized) |

**Alibaba.com** Global trade starts here

Buy Now

Shipping address

████████████ Miami, FL 33133-2709, United States. Miami, Florida. 33133-2709, United States of America

Change    Add an address

**This order is protected**

with 🛡 Trade Assurance   View details

| | |
|---|---|
| Item(s) total: | USD 7.00 |
| Shipping fee | USD 16.61 |
| Order total | USD 23.61 |
| Tax: | USD 1.66 |

🔒 Proceed to pay

Payment Security:  ✓BRB  VISA ...

Need Help?

🏪 Shenzhen Amerke Electronic Co., Ltd.    💬 Chat with the supplier

Cute double side massage silicone electric sonic facial cleansing brush waterproof

Color : ● green ;

Power Supply Mode : USB recharge

USD 7.00 / Piece ⓘ   −  1  +   USD 7.00

Customization Service

The minimum quantity required for customization options is **100** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total:  **USD 7.00**

| | |
|---|---|
| Shipping service line | **Ocean + Delivery US (Economy)** ∨ |
| | **Alibaba.com** Logistics |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DAP (Delivered at Place) ⓘ |
| Delivery timeline | Guaranteed dispatch within 7 days |

Payment                     Dispatch                          Received
●───────────────────●──────────────────────────●
            Lead time 7 days        CN    Shipping time 30-45 working days    US

**Alibaba.com** Logistics cost-effective, efficient, and trackable.    Shipping fee: **USD 16.61**

Sales Tax ⓘ

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 1.66**

Payment Method

☐ Credit/Debit Card

⦿ Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details

**T/T**  **P** PayPal  Pay  GPay  **Online Transfer**

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance    View details ＞

🔳 **On-time Dispatch Guarantee**
Dispatched within 7 days or you are eligible for compensation

💬 Messenger  ∧





MARCH EXPO Source 2023's latest products for less What's March Expo?

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Skin Scrubber Brush Wholesales Face Cleaning Waterproof Sonic Facial Silicone USB Travel Silicone Facial Brush and Massager 80g

1 buyer

| 1 - 59 pieces | 60 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $6.00 | $5.60 | $4.80 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode: RECHARGEABLE $6.00 1

Samples: , RECHARGEABLE
$6.00/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 1 | 2 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 5 | 15 | To be negotiated |

Customization: Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 50 pieces)
Customized packaging (Min. order 500 pieces)
Graphic customization (Min. order 5000 pieces)
Less

**Purchase details** Protection with Trade Assurance

Shipping: Estimated delivery by **4/21-5/12** via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Enjoy Easy Return: Return to local warehouses for free and get full refunds View details

1 pieces Details $6.00
Lead time **5** days

Shipping $19.75
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery4/21-5/12

**Total** $25.75

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

**Shenzhen Amerke Electronic Co., Ltd.**
Manufacturer,Trading Company,Distrib
CN 8YR
Response Time ≤4h | On-time delivery r... 100.0%
21 Transactions 20,000+

## You may also like

| Best Selling Product 20... Sonic Face Gua Sha | Best Selling Beauty... Products Deep Clean | Beauty Electric Face... Cleanser and Massager | Beauty Skin Face Deep... Wash Cleanser Massager | New design soft mini... facial cleaning brush face |
|---|---|---|---|---|
| $6.78 - $7.26 | $6.17 - $7.26 | $6.00 - $7.00 | $6.00 - $7.50 | $3.83 - $4.72 |
| Min. order: 1 piece | Min. order: 1 piece | Min. order: 1 piece | Min. order: 1 piece | Min. order: 1 piece |

**Product details** | Company profile | Transactions | Report abuse

Specification | Details Images | Product shipment&payment | Company Profile | FAQ

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | OEM/ODM |
| Model Number: | AMB226 | Type: | HAND HELD |

Alibaba.com Global trade starts here. Buy Now

Shipping address
[redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America
Change Add an address

Shenzhen Amerke Electronic Co., Ltd. Chat with the supplier

**Skin Scrubber Brush Wholesales Face Cleaning Waterproof Sonic Facial Silicone USB Travel Silicone Facial Brush and Massager 80g**

Color : green
Power Supply Mode : RECHARGEABLE

USD 6.00 / Piece 1 USD 6.00

Customization Service

The minimum quantity required for customization options is **50** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 6.00**

Shipping service line: **Ocean + Delivery US (Economy)**
Alibaba.com Logistics

Shipping methods: EXPRESS

Incoterms: DAP (Delivered at Place)

Delivery timeline: Guaranteed dispatch within 5 days
Payment — Dispatch — Received
Lead time 5 days CN Shipping time 30-45 working days US

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 19.75**

Sales Tax
According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 1.81**

Payment Method
Credit/Debit Card
Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details
T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional)
Please fill in
0/2000

**Protections on this order** with Trade Assurance View details

**On-time Dispatch Guarantee**
Dispatched within 5 days or you are eligible for compensation

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 6.00 |
| Shipping fee | USD 19.75 |
| Order total | USD 25.75 |
| Tax: | USD 1.81 |

Proceed to pay

Payment Security:

Need Help?

Messenger

**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

**C2 Alibaba.com**

What are you looking for....

Search

My Alibaba | Messages | Orders | Cart

≡ Categories ⌄ | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central ⌄ | Sell on Alibaba.com ⌄

Get the app | English - USD ⌄ | Ship to: 🇺🇸 ⌄

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



♡

View larger image

Share

**Ready to Ship** | ✔ In Stock | ✔ Fast Dispatch

Cute double side massage silicone electric sonic facial cleansing brush waterproof

1 - 999 pieces | >= 1000 pieces
**$7.00** | **$5.50**

**MARCH EXPO** — Save up to US $30 with PayPal ›

| Benefits: | Quick refunds on orders under US $500 | View more › |

Color: [🔴] [🔵] [🟢]

Power Supply Mode: USB recharge — $7.00 — [−] 1 [+]

Samples: 🟢 , USB recharge
**$8.00/piece** Min. order : 1 piece  Get samples

Lead time: ⓘ

| Quantity (pieces) | 1 - 1 | 2 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 7 | 20 | To be negotiated |

Customization: Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 1000 pieces)

### Purchase details

Protection with 🛡 Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 6 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA 💳 P PayPal afterpay ⏾Pay GPay |...|
Enjoy encrypted and secure payments View details

Returns & Refunds: Enjoy Easy Return: Return to local warehouses for free and get full refunds View details

1 pieces Details | **$7.00**
Lead time 7 days ⓘ

Shipping | **$12.29**
(Duty Incl.)
Electronics Parcels (Standard) Change
**Alibaba.com** Logistics
Guaranteed delivery By Apr 6 ⓘ

Total | **$19.29**

Start order

✉ Contact supplier

📞 Call us

🛒 Add to cart

**Shenzhen Amerke Electronic Co., Ltd.**
Manufacturer,Trading Company,Distrib...
🔴 CN 8YRS

Response Time | On-time delivery r...
≤4h | 100.0%

21 Transactions
20,000+

Chat now

Browsing History

### You may also like



Best Selling Product 20... Sonic Face Gua Sha
**$6.78 - $7.26**
Min. order: 1 piece

Beauty Electric Face... Cleanser and Massager
**$6.00 - $7.00**
Min. order: 1 piece

2021 Planner Beauty &... Personal Care 3D Roller
**$6.17 - $7.26**
Min. order: 1 piece

Beauty Skin Face Deep... Wash Cleanser Massager
**$6.00 - $7.50**
Min. order: 1 piece

Private label waterproof... silicone facial brush
**$4.01 - $4.72**
Min. order: 1 piece

›

**Product details** | **Company profile**

Report abuse

Product Description | Payment & Shipping | Company Information | FAQ | Home

## Overview

**Essential details**

| Place of Origin: | China | Model Number: | AMB202 |
|---|---|---|---|
| Type: | HAND HELD | Plugs Type: | USB |
| Material: | Silicone, ABS, ABS, silicone | Target Area: | Face |
| Waterproof: | Yes | Warranty: | 1 Year |
| Feature: | DEEP CLEANSING, Exfoliators, Skin Rejuvenation, Wri... | Dimension: | 68.3*72*34.5mm |



Alibaba.com Global trade starts here Buy Now

Shipping address

[redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change Add an address

Shenzhen Amerke Electronic Co., Ltd. | Chat with the supplier

**Cute double side massage silicone electric sonic facial cleansing brush waterproof**

Color : Pink ,

Power Supply Mode : USB recharge

USD 7.00 / Piece | 1 | USD 7.00

Customization Service

The minimum quantity required for customization options is **100** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 7.00**

Shipping service line: Electronics Parcels (Standard)
Alibaba.com Logistics

Shipping methods: EXPRESS

Incoterms: DDP (Delivered Duty Paid)

Delivery timeline: Guaranteed delivery by Apr 6
Compensation for delayed delivery

Payment — Lead time 7 days — Dispatch (CN) — Shipping time 12-17 working days — Received (US)

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 12.29**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 1.35**

Payment Method

Credit/Debit Card

Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with Trade Assurance View details

**On-time Delivery Guarantee**

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 7.00 |
| Shipping fee | USD 12.29 |
| Order total | USD 19.29 |
| Tax: | USD 1.35 |

Proceed to pay

Payment Security:

Messenger

Need Help?

DOE Number: 25
Seller Name: Shenzhen Baleka Technology Co., Ltd.
Marketplace: Alibaba



MARCH EXPO  Source 2023's latest products for less          What's March Expo?

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

**Ready to Ship**   ✓ In Stock  ✓ Fast Dispatch

### Personal Deep Cleaning Waterproof Silicon Best Facial Cleansing Brush

| 1 - 49 pieces | 50 - 99 pieces | 100 - 999 pieces | >= 1000 pieces |
|---|---|---|---|
| **$6.50** | **$6.20** | **$5.90** | **$5.00** |

MARCH EXPO   Save up to US $30 with PayPal

Benefits:   Platinum   Quick refunds on orders under US $1,000   View more >

Color

Power Supply Mode   USB recharge   $6.50

Samples:   , USB recharge
$6.50/piece   Min. order : 1 piece   Get samples

Lead time:

| Quantity (pieces) | 1 - 500 | > 500 |
|---|---|---|
| Lead time (days) | 5 | To be negotiated |

Customization:   Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 1000 pieces)
More ⌄

**Purchase details**                          Protection with 🛡 Trade Assurance

Shipping:   Enjoy On-time Delivery Guarantee: Receive by Apr 6 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments:   VISA ⬤⬤ 💳 P PayPal ⎯ ⎯ Pay G Pay ⎯ ⎯
Enjoy encrypted and secure payments View details

Returns & Refunds   Eligible for returns and refunds View details

1 pieces Details   $6.50
Lead time 5 days ⓘ

Shipping   $4.40
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 6 ⓘ

Total   $10.90

[ Start order ]
[ ✉ Contact supplier ]
[ 📞 Call us ]
🛒 Add to cart

**Shenzhen Baleka Technology Co., L...**
Manufacturer
🔴 CN 7YR

| Response Time | On-time delivery r... |
|---|---|
| ≤3h | 93.1% |

50 Transactions
50,000+

⟳ Chat now
🕑 Browsing History

### You may also like


Sample Available
OEM Electric Vibrate... Makeup Remove Deep
**$5.50 - $6.50**
Min. order: 2 pieces
2 views


Sample Available
OEM private Label Electric Facial Cleaning...
**$5.00 - $6.50**
Min. order: 100.0 pieces
4 views · 1 orders


Sample Available
Pore clean machine... electric blackhead
**$6.00 - $7.00**
Min. order: 2 pieces
1 views


Sample Available
RTS Home use Handy... Vibrating serum Facial
**$2.00 - $2.20**
Min. order: 10 pieces
30+ views · 7 orders


Sample Available
Portable Deep Clean LED Therapy Hot Cold...
**$14.00 - $15.80**
Min. order: 2 pieces
30+ views · 1 orders

### You may like


Vibrate Warm Ion Impor...
**$3.80 - $4.20** / piece
2 pieces


Vibration Heat Eye Wan...
**$5.40 - $6.60** / piece
2 pieces


USB Rechargeable Silic...
**$3.00 - $5.00** / unit
20.0 units


RTS Korea Portable Ion...
**$3.80 - $4.20** / set
2 sets


ONULISS Face Cleaning...
**$4.05 - $4.65** / piece
20 pieces



Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted]), [redacted]
[redacted] Miami, Florida, 33133-2709, United States of America

Change Add an address

Shenzhen Baleka Technology Co., Ltd. Chat with the supplier

**Personal Deep Cleaning Waterproof Silicon Best Facial Cleansing Brush**

Color: Yellow,
Power Supply Mode: USB recharge

USD 6.50 / Piece 1 USD 6.50

Customization Service

The minimum quantity required for customization options is **100** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 6.50**

| | |
|---|---|
| Shipping service line | Electronics Parcels (Standard) Alibaba.com Logistics |
| Shipping methods | EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) |
| Delivery timeline | Guaranteed delivery by Apr 6<br>Compensation for delayed delivery |

Payment — Lead time 5 days — Dispatch (CN) — Shipping time 12-17 working days — Received (US)

Shipment to India may delay due to uncertainties associated with custom clearance and logistics services. Please check with the sellers before placing orders.

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 4.40**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 0.76**

Payment Method

Credit/Debit Card

Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional)

Please fill in 0/2000

**Protections on this order** with Trade Assurance View details

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 6.50 |
| Shipping fee | USD 4.40 |
| Order total | USD 10.90 |
| Tax: | USD 0.76 |

Proceed to pay

Payment Security:

Need Help?

Messenger

Case 1:23-cv-23631-RNS Document 20-1 Entered on FLSD Docket 11/13/2023 Page 116 of 441



**MARCH EXPO** Claim 3 coupons worth US $80 from Apr 1-16, 2023 PT     View more

**Alibaba.com**    What are you looking for...    NEW    Search    My Alibaba    Messages    Orders    Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help     Get the app | English - USD | Ship to: 🇺🇸

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





Ready to Ship | ⏱ In Stock | ✓ Fast Dispatch

Personal Deep Cleaning Waterproof Silicon Best Facial Cleansing Brush

| 1 - 49 pieces | 50 - 99 pieces | 100 - 999 pieces | >= 1000 pieces |
|---|---|---|---|
| $6.50 | $6.20 | $5.90 | $5.00 |

**Benefits:** Quick refunds on orders under US $500     View more »

**Color**     🟡 🩷 🩷

**Power Supply Mode**    USB recharge    $6.50    − 0 +

**Samples:** 🟡 , USB recharge
$6.50/piece    Min. order : 1 piece    Get samples

**Lead time:** ⓘ

| Quantity (pieces) | 1 - 500 | > 500 |
|---|---|---|
| Lead time (days) | 5 | To be negotiated |

**Customization:** Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 1000 pieces)
More ⌄

**View larger image**

▶ 🩷 🩷 🟡 🟡 🟡

⤴ Share



The minimum order quantity is 1 piece
0/1 piece    from **$6.50**
Lead time **5** days ⓘ

Shipping    from **$4.49**
(Duty Incl.)
Electronics Parcels
(Standard) Change
**Alibaba.com** Logistics
**Guaranteed delivery By May 15** ⓘ

**Start order**

✉ Contact supplier

🛒 Add to cart



Shenzhen Baleka Technology Co...
**Manufacturer**
🇨🇳 CN 7YR
Response Time    On-time delivery r...
**≤3h**    87.1%
59 Transactions
**60,000+**



**Purchase details**    Protection with 🛡 **Trade Assurance**

**Shipping:** Enjoy On-time Delivery Guarantee: Receive by May 15 via Electronics
Parcels (Standard)
Powered by **Alibaba.com** Logistics

**Payments:** 💳 VISA 💳 💳 PayPal 💳 Apple Pay G Pay ...

Enjoy encrypted and secure payments View details

Chat now

Browsing History



**Buy Now**

| | | |
|---|---|---|
| Shipping address | ████ ████ ██████ ████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America | |

**Change**   **Add an address**

---

🛒 Shenzhen Baleka Technology Co., Ltd.                    💬 Chat with the supplier



**Personal Deep Cleaning Waterproof Silicon Best Facial Cleansing Brush**

| Color : 🟡 Yellow , Power Supply Mode : USB recharge | USD 6.50 / Piece ⓘ | − 1 + | USD 6.50 |
|---|---|---|---|

**Customization Service**

The minimum quantity required for customization options is **100 Pieces**.
You currently have **1 Pieces** in your cart.

Item(s) total:  **USD 6.50**

---

| | |
|---|---|
| Shipping service line | **Electronics Parcels (Standard)** ⌄ |
| | Alibaba.com Logistics |
| Shipping methods | ≋ EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) ⓗ |
| Delivery timeline | **Guaranteed delivery by May 15** |
| | Compensation for delayed delivery |

| Payment | Dispatch | Received |
|---|---|---|
| ● | ● | ● |
| Lead time 5 days | CN | Shipping time 12-17 working days | US |

Alibaba.com Logistics  cost-effective, efficient, and trackable.          Shipping fee:  **USD 4.49**

---



**This order is protected**
with 🛡 Trade Assurance   **View details**

| | |
|---|---|
| Item(s) total: | USD 6.50 |
| Shipping fee | USD 4.49 |
| Order total | USD 10.99 |
| Tax: | USD 0.77 |

☐ **Proceed to pay**

Payment Security:   ✓   PCI

DOE Number: 26
Seller Name: Shenzhen Baozc Technology Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less What's March Expo?

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

facial cleansing brush

| 2 - 399 pieces | >= 400 pieces |
|---|---|
| $4.90 | $3.19 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

Power Supply Mode

| | | |
|---|---|---|
| Built-in Battery | $4.90 | 0 |
| RECHARGEABLE | $4.90 | 0 |
| USB recharge | $4.90 | 0 |

Samples: , Built-in Battery

$6.00/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 5 | 6 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 3 | 20 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
More

The minimum order quantity is 2 piece
0/2 piece from $9.80
Lead time 3 days

Shipping from $8.30
(Duty Incl.)
Parcels (Economy) Change
Alibaba.com Logistics
Estimated delivery3/28-4/21

Start order

Contact supplier

Add to cart

Shenzhen Baozc Technology Co., Ltd.
Manufacturer,Trading Company
CN 1YR

| Response Time | On-time delivery r... |
|---|---|
| ≤2h | 66.7% |

Chat now

Browsing History

## Purchase details

Protection with Trade Assurance

Shipping: Estimated delivery by 3/28-4/21 via Parcels (Economy)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

**Product details** | Company profile | Report abuse

# Overview

### Essential details

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | baozc |
| Model Number: | BZC-309 | Type: | HAND HELD |
| Plugs Type: | Other | Material: | Silicone, ABS Plasti |
| Target Area: | Face, Eyes, Neck/Throat, Nose | Waterproof: | Yes |
| Warranty: | 1 Year | Feature: | DEEP CLEANSING, Pore Cleaner, Black Head Removal,... |
| Product Name: | Facial cleansing brush | Model: | BZC -309 |
| Color: | Silver/Customized | Voltage: | 110-240V |
| Adapter: | BS Charger US Charger EU Charger | Frequency: | 50/60HZ |
| Power: | 50W | Output: | 9V 1200mA |
| Service: | OEM ODM | | |

### Packaging & delivery

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 13X10X6 cm |
| Single gross weight: | 0.200 kg |
| Package Type: | Carton box :46.7X24X48.6CM 100 pcs 12kg |
| Picture Example: | |

Lead time:

**Alibaba**.com
Global trade starts here

Buy Now

Shipping address
☐☐☐☐☐☐☐ Miami, Florida, 33133-2709, United States of America
Change   Add an address

🛒 Shenzhen Baozc Technology Co., Ltd.                    ⬤ Chat with the supplier

facial cleansing brush

Color : ⬤ silver ,
Power Supply Mode : Built-in Battery

USD 4.90 / Piece ⓘ    [ − ] 2 [ + ]      USD 9.80

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total:  **USD 9.80**

Shipping service line    **Parcels (Economy)** ⌄
                         Alibaba.com | Logistics

Shipping methods        🚢 EXPRESS

Incoterms               DDP (Delivered Duty Paid) ⓘ

Delivery timeline       Estimated delivery by 3/28-4/21

                        Payment              Dispatch              Received
                        ●————————————————————●————————————————————●
                              Lead time 3 days    CN   Shipping time 12-30 working days   US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.       Shipping fee:  **USD 8.30**

Sales Tax ⓘ             According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax
                        when you place an order. Learn more

                        ⓘ If you are purchasing products for resale or production, submit tax information to
                          be verified for tax exemption. Submit now

                        Tax  **USD 1.27**

Payment Method          ○ Credit/Debit Card

                        ⬤ Other Payment Methods
                          The transaction fees and currencies vary, depending on the payment method chosen. View details
                          T/T  **P** PayPal  [Pay]  [GPay]  **Online Transfer**

Additional notes (optional)   [ Please fill in                                              ]
                                                                                   0/2000

**Protections on this order** with 🛡 Trade Assurance                    View details ❯

🛡 **Refund policy**
   Claim refunds for missing, defective, or incorrect products

☑ I agree to share my business card with supplier.

---

**This order is protected**
with 🛡 Trade Assurance   View details

Item(s) total:                USD 9.80
Shipping fee                  USD 8.30

Order total                   USD 18.10
Tax:                          USD 1.27

[ ⟳ Proceed to pay ]

Payment Security:  ✅ Norton  VISA ▪▪

📧 Messenger                              ⌃

Need Help?

DOE Number: 27
Seller Name: Shenzhen BJI Technology Co., Ltd.
Marketplace: Alibaba

4/18/23, 4:04 AM
Mini Electric Silicone Face Cleaning Brush Spa Ultrasonic Face Scrubber Massager Sonic Vibrating Facial Cleansing Brush Product on Alibaba.com
Cases 123 -cv-23631-RNS Document 20-1 Entered on FLSD Docket 11/13/2023 Page 122 of
441



**Alibaba.com**

What are you looking for... | NEW | 🔍 Search

My Alibaba | Messages | Orders | Cart

☰ Categories ⌄ | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central ⌄ | Sell on Alibaba.com ⌄ | Help ⌄ | 📱 Get the app | English - USD ⌄ | Ship to: 🇺🇸 ⌄

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





🔍 View larger image



▶ ⬚ BJI

📤 Share

**Ready to Ship** · In Stock · Fast Dispatch

Mini Electric Silicone Face Cleaning Brush Spa Ultrasonic Face Scrubber Massager Sonic Vibrating Facial Cleansing Brush **Popular**

⭐⭐⭐⭐⭐ 4.7 · 11 Reviews · 12 buyers

⚙ No.4 Hot selling in Sonic Vibration Face Cleaning Brush

**40% off** for buyers new to this store

| 1 - 99 pieces | 100 - 999 pieces | 1000 - 5999999 pi... | >= 6000000 pieces |
|---|---|---|---|
| **$11.39** | **$10.62** | **$10.19** | **$4.70** |
| $18.99 | $17.70 | $16.99 | $7.84 |

$120.00 OFF | Order more than $10,000.00 | Get Coupon ⌄

Benefits: Member prices: Up to 50% off | View more ›
Color: [color swatches]
Power Supply Mode: RECHARGEABLE | $11.39 | − 0 +
Samples: RECHARGEABLE
$9.99/piece · Min. order : 1 piece | Get samples

Lead time ⓘ

| Quantity (pieces) | 1 - 1000 | 1001 - 5000 | 5001 - 30000 | > 30000 |
|---|---|---|---|---|
| Lead time (days) | 7 | 15 | 45 | To be negotiated |

Customization: ⚙ Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 1 piece)
Customized packaging (Min. order 500 pieces)
More ⌄

**Purchase details**

Protection with 🛡 Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by May 17 via Electronics Parcels (Standard)

---

The minimum order quantity is 1 piece
0/1 piece | from **$11.39**
Lead time 7 days ⓘ

Shipping | from **$13.29**
(Duty Incl.)
Electronics Parcels (Standard) Change

**Alibaba.com** Logistics
🚚 Guaranteed delivery By May 17 ⓘ

**Start order**
✉ Contact supplier
📞 Call us

🛒 Add to cart

**Verified supplier**
Shenzhen BJI Technology Co., Ltd.
Custom manufacturer
🇨🇳 CN · 4 YRS

| Store rating | On-time delivery rate |
|---|---|
| 4.8/5 | 98.1% |
| Response time | Online revenue |
| ≤3h | $510,000+ |
| Floorspace | Staff |
| 2661m² | 59 |

Services
Minor customization
Private mold

Quality control
Raw-material traceability identifi...

BJI Chat now
🕐 Browsing History



Buy Now

Shipping address

███████ ███
███████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**   **Add an address**

---

🏠 Shenzhen BJI Technology Co., Ltd.                          ⚪ Chat with the supplier

Mini Electric Silicone Face Cleaning Brush Spa Ultrasonic Face Scrubber Massager Sonic Vibrating Facial Cleansing Brush

**40% OFF** Discount ends in 143d : 23h : 38m : 28s

Color : 🔴 Red , Power Supply Mode : RECHARGEABLE    USD 11.39 / Piece ⓘ    ⊖ 1 ⊕    USD 11.39
~~USD 18.99 / Piece~~

Customization Service

The minimum quantity required for customization options is **1** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 11.39**
USD 7.60 saved

---

Shipping service line    **Electronics Parcels (Standard)** ⌄
                          **Alibaba.com** | Logistics

Shipping methods         ✈ EXPRESS

Incoterms                DDP (Delivered Duty Paid) ❓

Delivery timeline        **Guaranteed delivery by May 17**
                          Compensation for delayed delivery

Payment            Dispatch                Received
●━━━━━━━━━━━━━━━━━━━━●━━━━━━━━━━━━━━━━━━━●
        Lead time 7 days           CN    Shipping time 12-17 working days    US

---

**This order is protected**
with 🛡 Trade Assurance  **View details**

Item(s) total:                USD 11.39
Shipping fee                  USD 13.27

Order total                   USD 24.66
Tax:                          USD 1.72

You saved USD 7.60 in this order.

🛒 Proceed to pay

Payment Security: ✓ 🔒

DOE Number: 28
Seller Name: Shenzhen Boyuan Intelligent Electronic Technology Co., Ltd.
Marketplace: Alibaba







MARCH EXPO Source 2023's latest products for less What's March Expo?

Alibaba.com What are you looking for... NEW Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Other Home Use Beauty Equipment

Chat now
Browsing History

View larger image

Share

Ready to Ship In Stock Fast Dispatch

Sonic Facial Cleansing Brush Vibrating Face Washer Silicone Facial Cleansing Brush Machine Popular

1 buyer

| 2 - 9 sets | 10 - 4999 sets | >= 5000 sets |
|---|---|---|
| $11.00 | $10.00 | $6.20 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode USB recharge $11.00 − 2 +

Samples: , USB recharge
$9.50/set Min. order : 1 set Get samples

Lead time:

| Quantity (sets) | 1 - 50 | 51 - 100 | > 100 |
|---|---|---|---|
| Lead time (days) | 7 | 14 | To be negotiated |

Customization: Customized packaging (Min. order 1000 sets)
Customized logo (Min. order 100 sets)

2 sets Details $22.00
Lead time 7 days

Shipping $33.12
HK UPS Expedited (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 3

Total $55.12

Start order
Contact supplier
Call us
Add to cart

Shenzhen Boyuan Intelligent Electr...
Manufacturer,Trading Company
CN 6YR
Response Time ≤4h
On-time delivery r... 100.0%
25 Transactions 80,000+

### Purchase details

Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 3 via HK UPS Expedited (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds Eligible for returns and refunds View details

### You may also like

New Product Ideas... Beauty And Personal Care
$6.20 - $11.00
Min. order: 2 sets

New Product Ideas 202... Beauty And Personal Care
$6.20 - $11.00
Min. order: 1 set

RF EMS Infrared Led Ultrasound Fat Cellulite...
$44.50 - $59.00
Min. order: 2 sets

New design 7 in 1 LED... RF/EMS facial ultrasonic
$22.30 - $38.90
Min. order: 1 piece

Microcurrents mask... infusing facial device
$20.60 - $25.00
Min. order: 2 pieces

Product details | Company profile | Transactions | Report abuse

Product Description | Specification | Packaging & Shipping | Related Products | Company Information

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | Ketrina |
| Model Number: | KFA112, KFA112 | Feature: | Deep Facial Cleansing Brush |
| Material: | E liquid silicone | Plugs Type: | USB charging |
| Waterproof: | Yes | Warranty: | 1 Year |

Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change Add an address

Shenzhen Boyuan Intelligent Electronic Technology Co., Ltd. Chat with the supplier

**Sonic Facial Cleansing Brush Vibrating Face Washer Silicone Facial Cleansing Brush Machine**

Color: Pink, Power Supply Mode: USB recharge USD 11.00 / Set 2 USD 22.00

Customization Service

The minimum quantity required for customization options is **100** Sets.
You currently have **2** Sets in your cart.

Item(s) total: **USD 22.00**

Shipping service line: **HK UPS Expedited (Standard)**
Alibaba.com Logistics

Shipping methods: EXPRESS

Incoterms: DAP (Delivered at Place)

Delivery timeline: Guaranteed delivery by Apr 3
Compensation for delayed delivery

Payment — Dispatch — Received

Lead time 7 days CN Shipping time 6-10 working days US

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 33.12**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 3.86**

Payment Method

Credit/Debit Card

Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional)

Please fill in 0/2000

**Protections on this order** with Trade Assurance View details

**On-time Delivery Guarantee**

Delivered by Apr 3 or you are eligible for compensation

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 22.00 |
| Shipping fee | USD 33.12 |
| Order total | USD 55.12 |
| Tax: | USD 3.86 |

Proceed to pay

Payment Security:

Need Help?

Messenger

**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Other Home Use Beauty Equipment

Ready to Ship ✓ In Stock ✓ Fast Dispatch

New Product Ideas Beauty And Personal Care Silicone Facial Cleansing Brush

| 2 - 9 sets | 10 - 4999 sets | >= 5000 sets |
|---|---|---|
| $11.00 | $10.00 | $6.20 |

MARCH EXPO — Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 — View more >

Quantity: 2 sets

Samples: $9.50/set — Min. order : 1 set — ⊕ Get samples

Lead time ⓘ

| Quantity (sets) | 1 - 2 | >2 |
|---|---|---|
| Lead time (days) | 5 | To be negotiated |

Customization: Customized logo (Min. order 100 sets)
Customized packaging (Min. order 1000 sets)
Graphic customization (Min. order 1000 sets)
Less ∧

**Purchase details**

Protection with 🛡 Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 4 via Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA 💳 PayPal ⚡ ▪Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

2 sets — $22.00
Lead time 5 days ⓘ

Shipping — $29.08
(Duty Incl.)
Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 4 ⓘ

Total — $51.08

Start order

💬 Contact supplier

📞 Call us

🛒 Add to cart

**Shenzhen Boyuan Intelligent Electr...**
Manufacturer,Trading Company
CN 6YR

| Response Time | On-time delivery r... |
|---|---|
| ≤4h | 100.0% |

25 Transactions
80,000+

**You may also like**

| Sonic Facial Cleansing... Brush Vibrating Face | New Product Ideas 202... Beauty And Personal Care | trending products 2021... new arrivals mini eye | Wholesale black beauty... supply Soft Silicone | New design 7 in 1 LED... RF/EMS facial ultrasonic |
|---|---|---|---|---|
| $6.20 - $11.00 | $6.20 - $11.00 | $6.20 - $14.00 | $8.60 - $14.00 | $22.30 - $38.90 |
| Min. order 2 sets | Min. order 1 set | Min. order 2 sets | Min. order 1 piece | Min. order 1 piece |

**Product details** | Company profile

Report abuse

Product Description | Specification | Related Products | Company Information | Certifications

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | Ketrina |
| Model Number: | KFA112 | Warranty: | 1 Year |
| Application: | For Commercial & Home Use, For Home Use | Type: | Multi-Function Beauty Equipment |
| Function: | facial cleansing brush | Unit size: | 101*70*35.5MM |
| Battery Capacity: | 450mAh | Charging time: | 2 hours |
| Working time: | 5 hours | Voltage: | 3.7V |
| Product Net weight: | 113g | Working power: | ≤0.45W |
| Operation System: | High Frequency | Feature: | DEEP CLEANSING |



Alibaba.com Global trade starts here. Buy Now

Shipping address [redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change Add an address

Shenzhen Boyuan Intelligent Electronic Technology Co., Ltd. Chat with the supplier

**New Product Ideas Beauty And Personal Care Silicone Facial Cleansing Brush**

No specification USD 11.00 / Set 2 USD 22.00

Customization Service

The minimum quantity required for customization options is **100** Sets.
You currently have **2** Sets in your cart.

Item(s) total: **USD 22.00**

Shipping service line: **Parcels (Standard)**
Alibaba.com Logistics

Shipping methods: EXPRESS

Incoterms: DDP (Delivered Duty Paid)

Delivery timeline: Guaranteed delivery by Apr 4
Compensation for delayed delivery

Payment — Lead time 5 days — Dispatch (CN) — Shipping time 10-15 working days — Received (US)

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 29.08**

Sales Tax: According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 3.57**

Payment Method

Credit/Debit Card

Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details
T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional): Please fill in 0/2000

**Protections on this order** with Trade Assurance — View details

**On-time Delivery Guarantee**
Delivered by Apr 4 or you are eligible for compensation

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 22.00 |
| Shipping fee | USD 29.08 |
| Order total | USD 51.08 |
| Tax: | USD 3.57 |

Proceed to pay

Payment Security:

Need Help?

Messenger

Case 1:23-cv-23631-RNS Document 20-4 Entered on FLSD Docket 11/13/2023 Page 129 of 441



## Alibaba.com

What are you looking for... | **Search**

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





🔍 View larger image

🔗 Share

**Ready to Ship** | In Stock | Fast Dispatch

Factory Wholesale products liquid silicon face cleanser brush most sold 2020 waterproof belleza electric limpiador device

| 100 - 999 pieces | >= 1000 pieces |
|---|---|
| **$8.50** | **$7.40** |

**2% OFF** Product value more than $5,000.00, Capped at $2... | Get Coupon ⌄

**Benefits:** Quick refunds on orders under US $500 | View more »

**Color**

**Power Supply Mode** USB charge | $8.50 | − 0 +

**Samples:** 🟡 , USB charge
$9.00/piece Min. order : 1 piece | Get samples

**Lead time:**

| Quantity (pieces) | 1 - 100 | 101 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 3 | 8 | 12 | To be negotiated |

**Customization:** ✂ Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 1000 pieces)

### Purchase details

Protection with 🛡 Trade Assurance

**Shipping:** Enjoy On-time Delivery Guarantee: Receive by May 8 via UPS Expedited (Standard)
Powered by **Alibaba.com** Logistics

**Payments:** VISA | mastercard | P PayPal | afterpay | ⬤ Pay | G Pay | ...
Enjoy encrypted and secure payments View details

The minimum order quantity is 100 piece
0/100 piece from **$850.00**
Lead time **3 days** ⓘ

Shipping from **$1,214.95**
UPS Expedited (Standard) Change
**Alibaba.com** Logistics
Guaranteed delivery **By May 8** ⓘ

**Start order**

✉ **Contact supplier**

📞 **Call us**

🛒 Add to cart

**Shenzhen Boyuan Intelligent Ele...**
Manufacturer,Trading Company
🇨🇳 CN 6YR

Response Time ≤2h | On-time delivery r...
85.7%

24 Transactions
110,000+

Chat now

Browsing History

TOP



**Buy Now**

Shipping address

██████ ██ ██████
████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**   **Add an address**

🚚 Shenzhen Boyuan Intelligent Electronic Technology Co., Ltd.                    ⚪ Chat with the supplier

Factory Wholesale products liquid silicon face cleanser brush most sold 2020 waterproof belleza electric limpiador device

Color : 🟡 Yellow , Power Supply Mode : USB charge          USD 8.50 / Piece ⓘ    −  100  +        USD 850.00

Customization Service

The minimum quantity required for customization options is **100 Pieces**.
You currently have **100** Pieces in your cart.

Item(s) total: **USD 850.00**

Shipping service line    **UPS Expedited (Standard)** ⌄
                          Alibaba.com  Logistics

Shipping methods         ≋ EXPRESS

Incoterms                DAP (Delivered at Place) ❓

Delivery timeline        Guaranteed delivery by May 4
                          Compensation for delayed delivery

Payment              Dispatch                    Received
●────────────────────●─────────────────────────●
        Lead time 3 days    CN    Shipping time 11-15 working days    US

Alibaba.com  Logistics  cost-effective, efficient, and trackable.        Shipping fee: **USD 1,218.59**

**This order is protected**
with 🛡 Trade Assurance  **View details**

Item(s) total:              USD 850.00
Shipping fee               USD 1,218.59

Order total                USD 2068.59
Tax:                       USD 144.81

[ ✓ Proceed to pay ]

Payment Security:  ✓ 🔲

4/15/23, 5:18 AM

DOE Number: 29
Seller Name: Shenzhen Canvor Technology Co., Ltd.
Marketplace: Alibaba

4/18/23, 3:41 AM

Electronic soft sonic wash silicone face cleaning brush, View electronic face brush, Canvor Product Details from Shenzhen Canvor Technology Co., Ltd. on Alibaba.com

Case 1:23-cv-23631-RNS Document 20 Entered on FLSD Docket 11/13/2023 Page 132 of 441



| What are you looking for... | | Search |

My Alibaba   Messages   Orders   Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help

Get the app   English - USD   Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

**THREE AREA BRISTLES**
Multi angle cleaning without dead corner







| Difficult to clean area of T area | Cheek cleaning in area U | Extra cutin cleaning |

🔍 View larger image

 Share

`Ready to Ship`  `In Stock`  `Fast Dispatch`

Electronic soft sonic wash silicone face cleaning brush  `Popular`

⭐⭐⭐⭐⭐ 5.0  1 Reviews    10 buyers

| 1 - 49 pieces | 50 - 499 pieces | 500 - 49999 pieces | >= 50000 pieces |
| $10.00 | $9.60 | $9.40 | $8.00 |

| Benefits: | 3-day coupon giveaway: up to US $80 off | View more » |

| Color | | |



| Power Supply Mode | Built-in Battery | $10.00 | − 0 + |
| | USB recharge | $10.00 | − 0 + |

| Samples: | 🔘, Built-in Battery |
| | $10.00/piece   Min. order : 1 piece   Get samples |

| Lead time: | | | |
| | Quantity (pieces) | 1 - 100 | 101 - 500 | > 500 |
| | Lead time (days) | 5 | 10 | To be negotiated |

| Customization: | Customized logo (Min. order 500 pieces) |
| | Customized packaging (Min. order 1000 pieces) |

**Purchase details**                            Protection with 🛡 Trade Assurance

| Shipping: | Enjoy On-time Delivery Guarantee: Receive by May 16 via Electronics Parcels (Standard) |
| | Powered by Alibaba.com Logistics |

| Payments: |  |
| | Enjoy encrypted and secure payments View details |

| Returns & Refunds | Eligible for returns and refunds View details |

The minimum order quantity is 1 piece
0/1 piece           from $10.00
                    Lead time 5 days ⓘ

Shipping          from $12.40
                    (Duty Incl.)
Electronics Parcels
(Standard) Change
**Alibaba.com** Logistics
Guaranteed delivery By May 16 ⓘ

**Start order**

☑ Contact supplier

🛒 Add to cart



✅Verified supplier

**Shenzhen Canvor Technology Co., Ltd.**
Multispecialty supplier
🇨🇳 CN    6 YRS

| Store rating | On-time delivery rate |
| 4.8/5 | 98.4% |
| Response time | Online revenue |
| ≤4h | $290,000+ |

Main markets
North America,...

Services
Minor customization
Design-based customization

Certifications
REACH  C E

💬 Chat now

🕐 Browsing History

TOP



Buy Now

Shipping address

██████ ██ ████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**   **Add an address**

🏬 Shenzhen Canvor Technology Co., Ltd.                                    💬 Chat with the supplier

Electronic soft sonic wash silicone face cleaning brush

Color : Pink, Power Supply Mode : Built-in Battery                USD 10.00 / Piece ⓘ    −  1  +    USD 10.00

Customization Service

The minimum quantity required for customization options is **500 Pieces**.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 10.00**

Shipping service line        **Electronics Parcels (Standard)** ⌄
                             Alibaba.com | Logistics

Shipping methods            ≋ EXPRESS

Incoterms                   DDP (Delivered Duty Paid) ❓

Delivery timeline           **Guaranteed delivery by May 16**
                            Compensation for delayed delivery

Payment                    Dispatch                         Received
○────────────────────────○───────────────────────────────○
        Lead time 5 days      CN    Shipping time 12-17 working days    US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.          Shipping fee: **USD 12.37**

### This order is protected
with 🛡 Trade Assurance  **View details**

Item(s) total:              USD 10.00
Shipping fee                USD 12.37

Order total                 USD 22.37
Tax:                        USD 1.56

**✓ Proceed to pay**

Payment Security:    ✓   PCI

4/18/23, 12:36 AM

DOE Number: 30
Seller Name: Shenzhen Chen Man Technology Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less
What's March Expo?

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Explosion type rechargeable electric silica gel cleanser face washing brush Pore Cleaner manufacturer directly provides waterpro

No.9 Most popular in Silicone Skin Scrubber

| 10 - 29 sets | 30 - 199 sets | >= 200 sets |
|---|---|---|
| $1.72 | $1.62 | $1.57 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

Power Supply Mode: DC 5V $1.72 10

Lead time:

| Quantity (sets) | 1 - 50 | 51 - 1000 | 1001 - 10000 | > 10000 |
|---|---|---|---|---|
| Lead time (days) | 2 | 5 | 7 | To be negotiated |

Customization: Customized logo (Min. order 500 sets)
Customized packaging (Min. order 500 sets)
More

**Purchase details** Protection with Trade Assurance

Shipping: Estimated delivery by **3/16-3/20** via Seller's Shipping Method 2

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

10 sets Details $17.20
Lead time **2** days
Shipping $28.00
Seller's Shipping Method 2 Change
Estimated delivery**3/16-3/20**
**Total** $45.20
Start order
Contact supplier
Add to cart

Chat now
Browsing History

**Shenzhen Chen Man Technology Co...**
Manufacturer,Trading Company
CN 5YR
Response Time ≤2h
On-time delivery r... 76.1%
188 Transactions 120,000+

## You may also like

Hot selling beauty brus... set cleansing brush
**$1.57 - $1.72**
Min. order: 10 sets

Electric silica gel cleans... facial cleanser Pore
**$1.57 - $1.72**
Min. order: 10 sets

Factory direct selling fa... washing instrument
**$1.62 - $2.35**
Min. order: 100 sets

rechargeable new... waterproof electric silica
**$1.57 - $1.72**
Min. order: 10 sets

Electric cleanser silicon... face brush portable
**$1.57 - $1.72**
Min. order: 10 sets

**Product details** | Company profile | Report abuse

Product Description | Using Effects | Packing & Delivery | Company Introduction | FAQ

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Type: | Skin Scrubber | Plugs Type: | AU, UK, EU, US, CN |
| Operation System: | ultrasonic | Place of Origin: | China |
| Brand Name: | CM | Feature: | DEEP CLEANSING, Skin Rejuvenation, Face Lift, Black... |
| Material: | ABS, Stainless steel, Plastic, Silicone | Waterproof: | Yes |
| Warranty: | 1 Year | Product Name: | Facial Cleansing Brush |
| Model Number: | CM-B01 | Color: | Pink, blue, yellow,black,Peach red |
| Charging Type: | USB Charging | Input Voltage: | 3.7V |

**Alibaba.com** Buy Now

Shipping address

████████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change   Add an address

This order is protected
with ✅ Trade Assurance   View details

| | |
|---|---|
| Item(s) total: | USD 17.20 |
| Shipping fee | USD 36.50 |
| Order total | USD 53.70 |
| Tax: | USD 3.76 |
| Transaction Fee: | USD 1.72 |

Payment in  USD ⌄   **USD 59.18**

🔒 Pay now

Payment Security:

💬 Messenger ⌃

Shenzhen Chen Man Technology Co., Ltd.   💬 Chat with the supplier

Explosion type rechargeable electric silica gel cleanser face washing brush Pore Cleaner manufacturer directly provides waterpro

Color : White , Power Supply Mode : DC 5V   USD 1.72 / Set  —  10  +   USD 17.20

Customization Service

The minimum quantity required for customization options is **500** Sets.
You currently have **10** Sets in your cart.

Item(s) total:  **USD 17.20**

| | |
|---|---|
| Shipping service line | Seller's Shipping Method 2 ⌄ |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DAP (Delivered at Place) ⓘ |
| Delivery timeline | Estimated delivery by 3/16-3/20 |

Payment ———— Dispatch ———— Received
            Lead time 2 days      CN   Shipping time 5-7 working days   US

Shipping fee: **USD 36.50**

Sales Tax ⓘ

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 3.76**

Payment Method   ⦿ Credit/Debit Card

Card Number

[                                    ]

Name

[ Given names ]   [ Surname ]

Expiration Date                CVV / CSC

[ MM ⌄ ] / [ YY ⌄ ]   [              ] 👁 [  ]

Billing Address

████████ Miami, FL 33133-2709, United States, Miami, United States of America, Florida, 33133-2709   Edit >

☑ Set as your default payment method and accept the Alibaba.com Privacy Policy.

○ Other Payment Methods

Transaction Fee: ⓘ  **USD 1.72**



MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com | What are you looking for... | NEW Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Skin Scrubber

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

# Explosion type rechargeable electric silica gel cleanser face washing brush Pore Cleaner manufacturer directly provides waterpro

No.9 Most popular in Silicone Skin Scrubber

| 10 - 29 sets | 30 - 199 sets | >= 200 sets |
|---|---|---|
| $1.72 | $1.62 | $1.57 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode: DC 5V $1.72 10

Lead time:

| Quantity (sets) | 1 - 50 | 51 - 1000 | 1001 - 10000 | > 10000 |
|---|---|---|---|---|
| Lead time (days) | 2 | 5 | 7 | To be negotiated |

Customization: Customized logo (Min. order 500 sets)
Customized packaging (Min. order 500 sets)
Graphic customization (Min. order 500 sets)
Less

## Purchase details

Protection with Trade Assurance

Shipping: Estimated delivery by 3/15-3/17 via Seller's Shipping Method 2

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

10 sets Details $17.20
Lead time 2 days

Shipping $36.50
Seller's Shipping Method 2 Change
Estimated delivery3/15-3/17

Total $53.70

Start order
Contact supplier
Add to cart

Shenzhen Chen Man Technology Co...
Manufacturer,Trading Company
CN 5YR

Response Time ≤2h
On-time delivery r... 76.1%
188 Transactions 120,000+

Chat now
Browsing History

## You may also like

Hot selling beauty brus... set cleansing brush
$1.57 - $1.72
Min. order: 10 sets

Electric silica gel cleans... facial cleanser Pore
$1.57 - $1.72
Min. order: 10 sets

Factory direct selling fa... washing instrument
$1.62 - $2.35
Min. order: 100 sets

rechargeable new... waterproof electric silica
$1.57 - $1.72
Min. order: 10 sets

Electric cleanser silicon... face brush portable
$1.57 - $1.72
Min. order: 10 sets

Product details | Company profile | Report abuse

Product Description | Using Effects | Packing & Delivery | Company Introduction | FAQ

## Overview

### Essential details

| | | | |
|---|---|---|---|
| Type: | Skin Scrubber | Plugs Type: | AU, UK, EU, US, CN |
| Operation System: | ultrasonic | Place of Origin: | China |
| Brand Name: | CM | Feature: | DEEP CLEANSING, Skin Rejuvenation, Face Lift, Black... |
| Material: | ABS, Stainless steel, Plastic, Silicone | Waterproof: | Yes |
| Warranty: | 1 Year | Product Name: | Facial Cleansing Brush |
| Model Number: | CM-B01 | Color: | Pink, blue, yellow,black,Peach red |

**Alibaba.com** Global trade starts here   Buy Now

| | |
|---|---|
| Shipping address | ████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America |
| | Change   Add an address |

**This order is protected**
with 🛡 Trade Assurance   View details

Item(s) total:          USD 17.20
Shipping fee           USD 36.50
Order total             USD 53.70
Tax:                    USD 3.76

**Proceed to pay**

Payment Security: 🛡 SSL  VISA

🏬 Shenzhen Chen Man Technology Co., Ltd.          💬 Chat with the supplier

Explosion type rechargeable electric silica gel cleanser face washing brush Pore Cleaner manufacturer directly provides waterpro

Color : White ,  Power Supply Mode :  DC 5V          USD 1.72 / Set ⓘ      [ − ]  10  [ + ]          USD 17.20

Customization Service

The minimum quantity required for customization options is **500** Sets.
You currently have **10** Sets in your cart.

Item(s) total:  **USD 17.20**

| | |
|---|---|
| Shipping service line | Seller's Shipping Method 2 ⌄ |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DAP (Delivered at Place) ⓘ |
| Delivery timeline | Estimated delivery by 3/15-3/17 |

Payment                Dispatch                Received
●————————————●————————————●
      Lead time 2 days      CN   Shipping time 5-7 working days   US

Shipping fee:  **USD 36.50**

| | |
|---|---|
| Sales Tax ⓘ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 3.76**

| | |
|---|---|
| Payment Method | ○ Credit/Debit Card |
| | ● Other Payment Methods |
| | The transaction fees and currencies vary, depending on the payment method chosen. View details |
| | T/T  PayPal  [Pay]  [GPay]  **Online Transfer** |

| | |
|---|---|
| Additional notes (optional) | Please fill in |
| | 0/2000 |

**Protections on this order** with 🛡 Trade Assurance          View details ›

$ **Refund policy**
Claim refunds for missing, defective, or incorrect products

☑ I agree to share my business card with supplier.

Messenger ⌃

Need Help?

DOE Number: 31
Seller Name: Shenzhen Color Ume Electronic Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less What's March Expo?

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories Ready to Ship Help Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Get the app English - USD Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship In Stock Fast Dispatch

MARCH Mini wireless rechargeable sonic face massager waterproof ultrasonic electric silicone facial cleansing brush

1 buyer

| 10 - 99 pieces | 100 - 1999 pieces | 2000 - 10000 pieces | >= 10001 pieces |
|---|---|---|---|
| $7.58 | $6.97 | $6.82 | $6.36 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: 3-day coupon giveaway: up to US $80 off View more

Color

Power Supply Mode USB recharge $7.58 10

Samples: , USB recharge

$8.80/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 500 | 501 - 1000 | 1001 - 10000 | > 10000 |
|---|---|---|---|---|
| Lead time (days) | 10 | 15 | 20 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
More

**Purchase details** Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 7 via HK UPS Expedited (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds Eligible for returns and refunds View details

10 pieces Details $75.80
Lead time 10 days

Shipping $39.50
HK UPS Expedited (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 7

Total $115.30

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

**Verified supplier**

Shenzhen Color Ume Electronic Co., Ltd.
Multispecialty supplier
CN 5 YRS VR Showroom

Store rating 4.8/5 On-time delivery rate 97.1%
Response time ≤2h Transactions $110,000+
Main markets South America,... Customers served 1

Services
Minor customization
Centralized procurement available

Quality control
Finished product inspection

Certifications
CE

Company profile Visit store

## You may also like

skin care ultrasonic faci... cleansing brushes
$2.27 - $2.66
Min. order: 100 pieces

Skin Massager Face... Cleansing Brush
$2.66 - $3.44
Min. order: 10 pieces

2021 Hot Selling IPX 7... Waterproof Electric Face
$2.27 - $2.66
Min. order: 100 pieces

Lady personal care electric blackhead...
$2.50 - $3.13
Min. order: 10 pieces

Home use facial massa... machine beauty care
$1.22 - $1.38
Min. order: 100 pieces

**Product details** Company profile Transactions Report Suspicious Activity!

Products Description Details Images Company Profile Certifications FAQ Packing & Delivery Recommend Products

## Overview

**Essential details**

Place of Origin: Guangdong, China Brand Name: Colorume
Model Number: DS-8806 Plugs Type: USB CABLE

**Alibaba.com** Global trade starts here.   Buy Now

Shipping address

███████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change   Add an address

This order is protected

with 🛡 Trade Assurance   View details

Item(s) total:   USD 75.80
Shipping fee   USD 39.50

Order total   USD 115.30
Tax:   USD 8.08

🛒 Proceed to pay

Payment Security: ✔ SSL   VISA ▪▪▪

🖥 Shenzhen Color Ume Electronic Co., Ltd.   💬 Chat with the supplier

MARCH Mini wireless rechargeable sonic face massager waterproof ultrasonic electric silicone facial cleansing brush

Color : 🔴 Pink ,   USD 7.58 / Piece   −  10  +   USD 75.80
Power Supply Mode : USB recharge

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **10** Pieces in your cart.

Item(s) total:   **USD 75.80**

Shipping service line   HK UPS Expedited (Standard) ⌄
Alibaba.com · Logistics

Shipping methods   🚢 EXPRESS

Incoterms   DAP (Delivered at Place) ⓘ

Delivery timeline   Guaranteed delivery by Apr 7
Compensation for delayed delivery

Payment           Dispatch              Received
●───────────────────●──────────────────●
Lead time 10 days   CN   Shipping time 6-10 working days   US

Alibaba.com  Logistics  cost-effective, efficient, and trackable.   Shipping fee: **USD 39.50**

Sales Tax ⓘ   According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 8.08**

Payment Method   ○ Credit/Debit Card

🔘 Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T  PayPal  [Pay]  G Pay  **Online Transfer**

MARCH Save up to US $30 off with PayPal ›

Additional notes (optional)   Please fill in

0/2000

DOE Number: 32
Seller Name: Shenzhen Dream True Tech Co., Ltd.
Marketplace: Alibaba



What are you looking for...

**Search**

NEW

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





Q View larger image





Share

**Ready to Ship**  In Stock  Fast Dispatch

2021 Electric Face Cleaner Exfoliating Spin Brush Sonic Silicone Facial Cleansing Brush

1 buyer

**20% OFF** Discount ends in ⏱ 43d:20h:23m:42s

| 50 - 549 pieces | 550 - 5549 pieces | 5550 - 5000049 pie... | >= 5000050 pieces |
|---|---|---|---|
| **$11.04** | **$9.28** | **$8.48** | **$8.00** |
| $13.80 | $11.60 | $10.60 | $10.00 |

Benefits: Quick refunds on orders under US $500    View more >

Color: 1 batch = 50 pieces

   

Power Supply Mode: USB recharge    $11.04    − 0 +

Samples: , USB recharge

$15.80/piece   Min. order : 1 piece   Get samples

Lead time: ⓘ

| Quantity (pieces) | 1 - 50 | 51 - 550 | > 550 |
|---|---|---|---|
| Lead time (days) | 7 | 15 | To be negotiated |

Customization: Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 550 pieces)
Customized packaging (Min. order 550 pieces)
More ∨

### Purchase details

Protection with 🛡 Trade Assurance

Shipping: Estimated delivery by **5/22-6/6** via Ocean+Express US (Standard)
Powered by **Alibaba.com** Logistics

Payments:    

The minimum order quantity is 50 piece
0/50 piece    from **$552.00**
                Lead time **7 days** ⓘ

Shipping    from **$49.60**
            (Duty Incl.)
Ocean+Express US
(Standard) Change
**Alibaba.com** Logistics
Estimated delivery **5/22-6/6** ⓘ

**Start order**

✉ Contact supplier

🛒 Add to cart

Chat now

Browsing History



**Shenzhen Dream True Tech Co...**
Manufacturer
🇨🇳 CN 4YR
Response Time    On-time delivery r...
≤2h              **100.0%**



 **Buy Now**

| | |
|---|---|
| Shipping address | ████ ██ ████, ████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America |

**Change**  **Add an address**

---

🏠 Shenzhen Dream True Tech Co., Ltd.　　　　　　　　　　　　　　　　　　　　　⬤ Chat with the supplier

**2021 Electric Face Cleaner Exfoliating Spin Brush Sonic Silicone Facial Cleansing Brush**

**20% OFF** Discount ends in 45d : 00h : 03m : 18s

Color : 🌸 Red , Power Supply Mode : USB recharge

USD 11.04 / Piece ⓘ　　−　50　＋　　USD 552.00
~~USD 13.80 / Piece~~

Customization Service

The minimum quantity required for customization options is **550** Pieces.
You currently have **50** Pieces in your cart.

Item(s) total: **USD 552.00**
USD 138.00 saved

---

| | |
|---|---|
| Shipping service line | **Electronics Express (Premium)** ⌄ |
| | Alibaba.com \| Logistics |
| Shipping methods | 🚚 EXPRESS |
| Incoterms | DAP (Delivered at Place) ❓ |
| Delivery timeline | **Guaranteed delivery by May 9** |
| | Compensation for delayed delivery |

Payment　　　　　　　　Dispatch　　　　　　　　　　Received
⬤————————————————⬤————————————————⬤
　　　　Lead time 7 days　　　CN　　Shipping time 5-9 working days　US

---

**This order is protected**

with 🛡 **Trade Assurance**　**View details**

| | |
|---|---|
| Item(s) total: | USD 552.00 |
| Shipping fee | USD 153.96 |
| Order total | USD 705.96 |
| Tax: | USD 49.42 |

You saved **USD 138.00** in this order.

**🔒 Proceed to pay**

Payment Security:　✅　pci

DOE Number: 33
Seller Name: Shenzhen Eyco Technology Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com What are you looking for... NEW Search My Alibaba Messages Orders Cart

Categories Ready to Ship Help Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Get the app English - USD Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship In Stock Fast Dispatch

MARCH On sale facial mist bag on valve brush sonic facial cleansing brush

| 1 - 9 pieces | 10 - 99 pieces | 100 - 499 pieces | >= 500 pieces |
|---|---|---|---|
| $8.30 | $7.99 | $7.65 | $7.34 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Plugs Type

| | | |
|---|---|---|
| UK | $8.30 | 1 |
| EU | $8.30 | 0 |
| Other | $8.30 | 0 |

View all 7 options

Samples: $8.30/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 50 | 51 - 500 | > 500 |
|---|---|---|---|
| Lead time (days) | 3 | 15 | To be negotiated |

Customization: Customized logo (Min. order 50 pieces)
Customized packaging (Min. order 500 pieces)
Graphic customization (Min. order 50 pieces)
Less

1 pieces Details $8.30
Lead time 3 days
Shipping $29.87
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery 4/21-5/12
Total $38.17

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

Shenzhen Eyco Technology Co., Ltd.
Manufacturer,Trading Company
CN 9YR
Response Time ≤3h
On-time delivery r... 100.0%
54 Transactions 190,000+

## Purchase details

Protection with Trade Assurance

Shipping: Estimated delivery by **4/21-5/12** via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

## You may also like

Eycobeauty Factory For Sale Home Use Silicone...
$3.60 - $7.90
Min. order: 1.0 piece

Hot Sales Sonic Silicon... Face Brush Face Brush
$7.34 - $8.30
Min. order: 1 piece

4in1 Portable Facial... Silicone Pore Cleanser
$7.30 - $13.99
Min. order: 2 sets

Portable Ultrasound Electric Silicone Facial...
$22.43 - $25.00
Min. order: 1 piece

Silicone Face Eye Facial... Beauty Massager
$1.49 - $3.15
Min. order: 1 piece

**Product details** Company profile Report abuse

Our Services Product Description Company Information Packaging & Shipping FAQ

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | Eycobeauty |
| Model Number: | F-A02 | Certification: | CE,ROHS |

**Alibaba**.com
Global trade starts here

Buy Now

Shipping address
████████████  Miami, FL 33133-2709, United States. Miami, Florida. 33133-2709, United States of America

Change   Add an address

**This order is protected**
with 🛡 Trade Assurance  View details

| | |
|---|---|
| Item(s) total: | USD 8.30 |
| Shipping fee | USD 29.87 |

Shenzhen Eyco Technology Co., Ltd.

💬 Chat with the supplier

MARCH On sale facial mist bag on valve brush sonic facial cleansing brush

Color : 🟣 Pink , Plugs Type : UK

USD 8.30 / Piece ⓘ      −  1  +      USD 8.30

Customization Service

The minimum quantity required for customization options is **50** Pieces.
You currently have **1** Pieces in your cart.

| | |
|---|---|
| Order total | USD 38.17 |
| Tax : | USD 2.67 |

🛒 **Proceed to pay**

Payment Security: ✅ 🔒 VISA

Item(s) total: **USD 8.30**

📄 Messenger ^

| | |
|---|---|
| Shipping service line | Ocean + Delivery US (Economy) ˅ |
| | Alibaba.com Logistics |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DAP (Delivered at Place) ⓘ |
| Delivery timeline | Guaranteed dispatch within 3 days |

Payment — — — Dispatch — — — Received

Lead time 3 days    CN   Shipping time 30-45 working days   US

Alibaba.com Logistics cost-effective, efficient, and trackable.

Shipping fee: **USD 29.87**

Sales Tax ⓘ

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 2.67**

Payment Method

○ Credit/Debit Card

◉ Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details
T/T 💳 PayPal 🅿 G Pay **Online Transfer**

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance          View details ›

🔁 **On-time Dispatch Guarantee**
Dispatched within 3 days or you are eligible for compensation

💲 **Refund policy**

Need Help?

DOE Number: 34
Seller Name: Shenzhen Hongyu Technology Co., Ltd.
Marketplace: Alibaba



**Alibaba.com**

What are you looking for... 🔍 | NEW | 🔍 Search

👤 My Alibaba | 💬 Messages | 🛒 Orders | 🛒 Cart

☰ Categories ⌄ | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central ⌄ | Sell on Alibaba.com ⌄ | Help ⌄

📱 Get the app | English - USD ⌄ | Ship to: 🇺🇸 ⌄

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





🔍 View larger image

📤 Share

**Ready to Ship** | ⏱ In Stock | ⏱ Fast Dispatch

**2023 Top Seller Black Color Sonic silicone facial cleansing brush black pink green facial cleansing brush**

F© View More

| 1 - 499 pieces | 500 - 2999 pieces | 3000 - 99999999 pi... | >= 100000000 pieces |
|---|---|---|---|
| **$14.00** | **$13.50** | **$12.50** | **$9.90** |

📦 $20.00 OFF  Order more than $1,999.00  Get Coupon ⌄

Benefits: 3-day coupon giveaway: up to US $80 off — View more »

Color



| Power Supply Mode | RECHARGEABLE | $14.00 | – 0 + |
|---|---|---|---|
| | USB recharge | $14.00 | – 0 + |

Samples: 🔘 , RECHARGEABLE

**$14.00/piece** Min. order : 1 piece  Get samples

Lead time:ⓘ

| Quantity (pieces) | 1 - 2 | 3 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 7 | 15 | To be negotiated |

Customization: ✂ Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 200 pieces)
Customized packaging (Min. order 500 pieces)
More ⌄

**Purchase details**   Protection with 🛡 Trade Assurance

Shipping: Enjoy **On-time Delivery Guarantee**: Receive by May 17 via Electronics Parcels (Standard)
Powered by **Alibaba**.com Logistics

Payments: 💳 VISA 💳 Mastercard 🅿 PayPal 💳 🅿 Pay G Pay …

The minimum order quantity is 1 piece
0/1 piece  from **$14.00**
Lead time **7** days

Shipping: from **$12.40**
(Duty Incl.)
Electronics Parcels (Standard) Change
**Alibaba.com** Logistics
Guaranteed delivery **By May 17** ⓘ

**Start order**

💬 Contact supplier

🛒 Add to cart



✅ **Verified supplier**

**Shenzhen Hongyu Technology Co., L...**
**Custom manufacturer**
🇨🇳 CN 5 YRS

| Store rating | On-time delivery rate |
|---|---|
| 4.8/5 | 95.5% |
| Response time | Online revenue |
| ≤3h | $1,000,000+ |
| Floorspace | Production lines |
| 4009m² | 3 |

Services
Full customization
Private mold

Quality control
Finished product inspection
QA/QC inspectors (1)

💬 Chat now

🕐 Browsing History

▲ TOP



Buy Now

Shipping address

████ ██ ████████
████████████  Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**    **Add an address**

🚚 Shenzhen Hongyu Technology Co., Ltd.                                                    ○ Chat with the supplier

2023 Top Seller Black Color Sonic silicone facial cleansing brush black pink green facial cleansing brush

| Color：White，Power Supply Mode：RECHARGEABLE | | USD 14.00 / Piece ⓘ | − 1 + | USD 14.00 |

Customization Service

The minimum quantity required for customization options is **200 Pieces**.
You currently have **1 Pieces** in your cart.

Item(s) total:  **USD 14.00**

| Shipping service line | **Electronics Parcels (Standard)** ⌄ |
| | Alibaba.com \| Logistics |
| Shipping methods | ≋ EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) ⓒ |
| Delivery timeline | **Guaranteed delivery by May 17** |
| | Compensation for delayed delivery |

Payment ─────────────── Dispatch ─────────────── Received
○                          ○                          ○
        Lead time 7 days        CN    Shipping time 12-17 working days    US

Alibaba.com \| Logistics  cost-effective, efficient, and trackable.          Shipping fee: **USD 12.37**

---

**This order is protected**
with 🛡 Trade Assurance    **View details**

| Item(s) total: | USD 14.00 |
| Shipping fee | USD 12.37 |
| Order total | USD 26.37 |
| Tax: | USD 1.84 |

**Proceed to pay**

Payment Security:    ✓    PCI

DOE Number: 35
Seller Name: Shenzhen JPC Technology Co., Ltd.
Marketplace: Alibaba

4/18/23, 4:30 AM 2023 Mini Silicone Electric Sonic Waterproof Facial Cleansing Brush Brush Waterproof Face scrubber exfoliator brush,Face Brush Cleansing Silicon Face Cleaner Brush Silicone Face Scrubber Exfol...

Case 1:23-cv-20631-RNS Document 20 Entered on FLSD Docket 11/18/2023 Page 152 of 441



**Alibaba.com**

What are you looking for... NEW | 🔍 Search

My Alibaba | Messages | Orders | Cart

Categories ⌄ | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central ⌄ | Sell on Alibaba.com ⌄ | Help ⌄

Get the app | English - USD ⌄ | Ship to: 🇺🇸 ⌄

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





🔍 View larger image

📤 Share

**Ready to Ship** | ✓ In Stock ✓ Fast Dispatch

### 2023 Mini Silicone Electric Sonic Waterproof Facial Cleansing Brush Brush Waterproof Face scrubber exfoliator brush

| 2 - 499 pieces | 500 - 1999 pieces | >= 2000 pieces |
|---|---|---|
| **$3.75** | **$3.50** | **$2.80** |

| Benefits: | 3-day coupon giveaway: up to US $80 off | View more » |
|---|---|---|

Color 

Power Supply Mode | Built-in Battery | $3.75 | − 0 +

Samples:  Built-in Battery

$5.00/piece  Min. order : 1 piece  Get samples

Lead time:ⓘ

| Quantity (pieces) | 1 - 2 | 3 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 7 | 12 | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 1000 pieces)
More ⌄

### Purchase details

Protection with 🛡 Trade Assurance

Shipping: Estimated delivery by **6/6-6/27** via Ocean + Delivery US (Economy)
Powered by **Alibaba.com** Logistics

Payments: VISA 💳 PayPal afterpay 🍎Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

**The minimum order quantity is 2 piece**
0/2 piece | from **$7.50**
Lead time 7 days ⓘ

Shipping from **$25.42**
Ocean + Delivery US (Economy) Change
**Alibaba.com** Logistics
Estimated delivery 6/6-6/27 ⓘ

**Start order**

💬 Contact supplier

✆ Call us

🛒 Add to cart

✓ **Verified supplier**

**Shenzhen JPC Technology Co., Ltd.**
Multispecialty supplier
🇨🇳 CN | 8 YRS

| Store rating | On-time delivery rate |
|---|---|
| 4.5/5 | 97.4% |
| Response time | Online revenue |
| ≤2h | $130,000+ |

Main markets
**North America,...**

Services
**Design-based customization**
**Centralized procurement available**

Quality control
**Raw-material traceability identifi...**
**Finished product inspection**


💬 Chat now
ⓘ Browsing History

### You may also like



TOP

 **Buy Now**

**Shipping address**

████ ██ ████ ████████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change    Add an address

---

Shenzhen JPC Technology Co., Ltd.

Chat with the supplier

2023 Mini Silicone Electric Sonic Waterproof Facial Cleansing Brush Brush Waterproof Face scrubber exfoliator brush

Color : Pink , Power Supply Mode : Built-in Battery

USD 3.75 / Piece ⓘ      −  2  +      USD 7.50

Customization Service

The minimum quantity required for customization options is **500 Pieces**.
You currently have **2 Pieces** in your cart.

Item(s) total:    **USD 7.50**

---

Shipping service line    **Ocean + Delivery US (Economy)** ⌄

Alibaba.com | Logistics

Shipping methods    EXPRESS

Incoterms    DAP (Delivered at Place) ⍰

Delivery timeline    Guaranteed dispatch within 7 days

Payment          Dispatch          Received

Lead time 7 days       CN    Shipping time 30-45 working days    US

Alibaba.com | Logistics    cost-effective, efficient, and trackable.    Shipping fee:  USD 25.49

---

**This order is protected**
with 🛡 Trade Assurance    View details

Item(s) total:    USD 7.50
Shipping fee    USD 25.49

Order total    USD 32.99
Tax:    USD 2.31

⬜ Proceed to pay

Payment Security:

DOE Number: 36
Seller Name: Shenzhen Kasitong Technology Co., Ltd.
Marketplace: Alibaba



What are you looking for... | **Search**

NEW

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





🔍 View larger image



🔗 Share

**Ready to Ship**   ● In Stock   ⚡ Fast Dispatch

### Facial Cleanser Vibrating Silicone Face Cleansing Brush Electric Silicone Cleansing Brush For Face

| 1 - 99 pieces | 100 - 499 pieces | 500 - 9999998 pieces | >= 9999999 pieces |
|---|---|---|---|
| **$16.69** | **$16.20** | **$15.59** | **$9.99** |

Benefits:   US $10 off with a new supplier                    View more ›

Color



Power Supply Mode    USB recharge                $16.69         [ − ]  0  [ + ]

Samples:    🧴 , USB recharge

$18.00/piece   Min. order : 1 piece   Get samples

Lead time ⓘ

| Quantity (pieces) | 1 - 2000 | > 2000 |
|---|---|---|
| Lead time (days) | 7 | To be negotiated |

Customization:   Customized packaging (Min. order 200 pieces)
Graphic customization (Min. order 300 pieces)
More ⌄

### Purchase details                                          Protection with 🛡 Trade Assurance

Shipping:     Enjoy On-time Delivery Guarantee: Receive by May 9 via Air Charter Express US (Premium)
Powered by Alibaba.com Logistics

Payments:     VISA  Mastercard  P PayPal  afterpay  🍎 Pay  G Pay  ...
Enjoy encrypted and secure payments  View details

Returns & Refunds    Eligible for returns and refunds  View details

The minimum order quantity is 1 piece
0/1 piece          from **$16.69**
Lead time 7 days ⓘ

Shipping          from **$18.20**
Air Charter Express US
(Premium) Change
**Alibaba.com** Logistics
Guaranteed delivery **By May 9** ⓘ

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart



✅ **Verified supplier**

**Shenzhen Kasitong Technology Co...**
Multispecialty supplier
🇨🇳 CN    4 YRS

✅ Registered trademarks (1)

Store rating            On-time delivery rate
**4.6/5**                 94.2%

Response time          Online revenue
≤3h                     $160,000+

Floorspace             Staff
430m²                   34

Services
**Design-based customization**
**Centralized procurement available**

Certifications
Certificates

💬 Chat now

🕐 Browsing History

TOP





**Buy Now**

Shipping address

████ ██ ████████
████████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**    **Add an address**

---

🏬 Shenzhen Kasitong Technology Co., Ltd.                                    💬 Chat with the supplier

Facial Cleanser Vibrating Silicone Face Cleansing Brush Electric Silicone Cleansing Brush For Face

Color : White , Power Supply Mode : USB recharge        USD 16.69 / Piece ⓘ    [ − ] 1 [ + ]    USD 16.69

Customization Service

The minimum quantity required for customization options is **100 Pieces**.
You currently have **1 Pieces** in your cart.

Item(s) total: **USD 16.69**

---

Shipping service line        **Air Charter Express US (Premium)** ⌄
                             🟧 Alibaba.com | Logistics

Shipping methods            ⩫ EXPRESS

Incoterms                    DAP (Delivered at Place) ❓

Delivery timeline            **Guaranteed delivery by May 9**
                             🟩 Compensation for delayed delivery

Payment ———————————— Dispatch ———————————— Received
●                            ●                            ●
        Lead time 7 days     CN    Shipping time 5-9 working days    US

🟧 Alibaba.com | Logistics  cost-effective, efficient, and trackable.        Shipping fee: **USD 18.18**

---

**This order is protected**
with 🛡 Trade Assurance   **View details**

Item(s) total:              USD 16.69
Shipping fee                USD 18.18

Order total                 USD 34.87
Tax:                        USD 2.44

[ ✓ Proceed to pay ]

Payment Security:    

DOE Number: 37
Seller Name: Shenzhen Kelemi Model Technolgy Co., Ltd.
Marketplace: Alibaba



Case 1:23-cv-22631-RNS Document 20-1 Entered on FLSD Docket 13/13/2023 Page 158 of 441

What are you looking for...    🔍 Search

  

My Alibaba    Messages    Orders    Cart

Categories ▾    Ready to Ship    Personal Protective E... ▾    Trade Shows    Buyer Central ▾    Sell on Alibaba.com ▾    Help ▾

📱 Get the app    English - USD ▾    Ship to: 🇺🇸 ▾

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



🔍 View larger image



▷ Share

**Ready to Ship**    ⏱ In Stock  ⚡ Fast Dispatch

New Arrival Wholesale Electric USB Rechargeable Silicone Vibrating Custom Facial Cleansing Brush Face Scrubber Brush

🚫 No.9 Most popular in Usb Rechargeable Face Cleaning Brush

**30% OFF** Discount ends in ⏱ 43d:19h:52m:30s

| 1 - 9 pieces | 10 - 49 pieces | 50 - 999999 pieces | >= 1000000 pieces |
|---|---|---|---|
| **$5.50** | **$4.46** | **$4.10** | **$1.54** |
| $7.86 | $6.37 | $5.86 | $2.20 |

Benefits:    Quick refunds on orders under US $500    View more ›

Color

Power Supply Mode    USB recharge    $5.50    [ − ] 0 [ + ]

Samples:    🧴 , USB recharge
**$5.50/piece**  Min. order : 1 piece  Get samples

Lead time:ⓘ

| Quantity (pieces) | 1 - 1000 | 1001 - 5000 | > 5000 |
|---|---|---|---|
| Lead time (days) | 9 | 10 | To be negotiated |

Customization:    Customized logo (Min. order 10 pieces)
Customized packaging (Min. order 10 pieces)

---

The minimum order quantity is 1 piece
0/1 piece    from **$5.50**
Lead time **9 days** ⓘ

Shipping    from **$5.98**
(Duty Incl.)
Electronics Parcels (Standard) Change
**Alibaba.com** Logistics
**Guaranteed delivery By May 22** ⓘ

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart

Shenzhen Kelemi Model Technol...
Manufacturer
🇨🇳 CN 4YR

Response Time    On-time delivery r...
**≤3h**    **100.0%**

💬 Chat now

🕐 Browsing History

**Purchase details**    Protection with 🛡 Trade Assurance

Shipping:    Enjoy **On-time Delivery Guarantee**: Receive by May 22 via Electronics Parcels (Standard)
Powered by **Alibaba.com** Logistics

Payments:    VISA  ⬤⬤  **P**PayPal  afterpay  🍎Pay  G Pay  …
Enjoy encrypted and secure payments View details

⬆ TOP


**Buy Now**

Shipping address    ███████ ███ ██████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change    Add an address

---

Shenzhen Kelemi Model Technology Co., Ltd.    💬 Chat with the supplier

New Arrival Wholesale Electric USB Rechargeable Silicone Vibrating Custom Facial Cleansing Brush Face Scrubber Brush

**30% OFF** Discount ends in 44d : 23h : 35m : 40s

Color : █ Gray , Power Supply Mode : USB recharge

USD 5.50 / Piece ⓘ    −  1  +    USD 5.50
USD 7.86 / Piece

Customization Service

The minimum quantity required for customization options is **10** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 5.50**
USD 2.36 saved

---

Shipping service line    **Electronics Parcels (Standard)** ⌄
Alibaba.com | Logistics

Shipping methods    ✈ EXPRESS

Incoterms    DDP (Delivered Duty Paid) ⓘ

Delivery timeline    Guaranteed delivery by May 22
Compensation for delayed delivery

Payment            Dispatch            Received
●──────────────────○───────────────────○
Lead time 9 days    CN    Shipping time 12-17 working days    US

---

**This order is protected**
with 🛡 Trade Assurance    **View details**

Item(s) total:    USD 5.50
Shipping fee    USD 5.98

Order total    USD 11.48
Tax:    USD 0.81

You saved **USD 2.36** in this order.

🔒 Proceed to pay

Payment Security: ✓ [pci]

DOE Number: 38
Seller Name: Shenzhen King Gima Technology Co., Ltd.
Marketplace: Alibaba



**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

**C2 Alibaba.com**

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

Ready to Ship | In Stock | Fast Dispatch

**Amazon Portable Sonic Facial Silicone Electric Facial Cleansing Brush Cleansing Tool**

| 10 - 99 pieces | 100 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|---|
| $4.00 | $3.60 | $3.50 | $3.30 |

**MARCH EXPO** Save up to US $30 with PayPal ›

| | |
|---|---|
| Benefits: | Quick refunds on orders under US $500   View more › |
| Color | |
| Power Supply Mode | USB recharge   $4.00   — 10 + |
| Samples: | , USB recharge   $6.00/piece   Min. order : 1 piece   Get samples |

Lead time:

| Quantity (pieces) | 1 - 100 | 101 - 5000 | > 5000 |
|---|---|---|---|
| Lead time (days) | 3 | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 1000 pieces)
Graphic customization (Min. order 1000 pieces)
Less ^

**Purchase details**

Protection with Trade Assurance

Shipping: Estimated delivery by **4/21-5/12** via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments: VISA [cards] Enjoy encrypted and secure payments View details

Returns & Refunds: Enjoy Easy Return: Return to local warehouses for free and get full refunds View details

View larger image

Share

10 pieces Details | $40.00
Lead time 3 days

Shipping | $39.02
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery 4/21-5/12

Total | $79.02

Start order

Contact supplier

Call us

Add to cart

**Shenzhen King Gima Technology C...**
Manufacturer, Trading Company, Distrib
CN 4YR

Response Time | On-time delivery r...
≤4h | 100.0%

22 Transactions
40,000+

Chat now

Browsing History

---

**Product details** | Company profile

Report Suspicious Activity!

Product Description | FAQ

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | IGIMA |
| Model Number: | GF-B66 | Type: | HAND HELD |
| Plugs Type: | UK, EU, JP, US, CN, AU | Material: | Silicone, ABS+Food Grade Silicone |
| Target Area: | Face | Waterproof: | Yes, IPX7 |
| Warranty: | 1 Year | Feature: | DEEP CLEANSING, Exfoliators, Pore Cleaner, Black He... |
| Product name: | Multi-Function Beauty Equipment | Application: | For Commercial & Home Use |
| Input Power: | DC/5V | Battery Capacity: | 200mAh |
| Vibration Frequency: | 120-230Hz | Charging Time: | 1 Hour |
| Net Weight: | 83g | Unite Size: | 8*8*4.5cm |

**Packaging & delivery**

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 22X14X10 cm |
| Single gross weight: | 0.380 kg |
| Package Type: | Facial Cleansing Brush Standard Package inluding USB Charging Cable and Face Brush Machine |
| Picture Example: | |

**Alibaba.com** Global trade starts here  Buy Now



Shipping address

█████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change   Add an address

This order is protected
with 🛡 Trade Assurance   View details

| | |
|---|---|
| Item(s) total: | USD 40.00 |
| Shipping fee | USD 39.02 |
| **Order total** | **USD 79.02** |
| Tax: | USD 5.53 |

🔒 Proceed to pay

Payment Security:

Shenzhen King Gima Technology Co., Ltd.          💬 Chat with the supplier

Amazon Portable Sonic Facial Silicone Electric Facial Cleansing Brush Cleansing Tool

Color : 🔵 Blue ,
Power Supply Mode : USB recharge

USD 4.00 / Piece ⓘ   −  10  +   USD 40.00

Customization Service

The minimum quantity required for customization options is **500** Pieces.
You currently have **10** Pieces in your cart.

Item(s) total:  **USD 40.00**

| | |
|---|---|
| Shipping service line | **Ocean + Delivery US (Economy)** ⌄ <br> Alibaba.com Logistics |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DAP (Delivered at Place) ⓘ |
| Delivery timeline | Guaranteed dispatch within 3 days |

Payment              Dispatch                    Received
●━━━━━━━━━●━━━━━━━━━━━━━●
        Lead time 3 days      CN    Shipping time 30-45 working days    US

Alibaba.com Logistics  cost-effective, efficient, and trackable.

Shipping fee:  **USD 39.02**

Sales Tax ⓘ

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 5.53**

Payment Method

○ Credit/Debit Card

🔴 Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T  PayPal  ᴾᵃʸ  GPay  **Online Transfer**

Additional notes (optional)

Please fill in

0/2000

Protections on this order with 🛡 Trade Assurance          View details ›

🛃 **On-time Dispatch Guarantee**
Dispatched within 3 days or you are eligible for compensation

Messenger ⌃





Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Amazon Portable Sonic Facial Silicone Electric Facial Cleansing Brush Cleansing Tool

| 10 - 99 pieces | 100 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|---|
| $4.00 | $3.60 | $3.50 | $3.30 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode: USB recharge $4.00 10

Samples: , USB recharge

$6.00/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | 101 - 5000 | > 5000 |
|---|---|---|---|
| Lead time (days) | 3 | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 1000 pieces)
More

10 pieces Details $40.00
Lead time 3 days

Shipping $39.26
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery 4/21-5/12

Total $79.26

Start order

Contact supplier

Call us

Add to cart

Chat now

Browsing History

**Shenzhen King Gima Technology C...**
Manufacturer,Trading Company,Distrib
CN 4YR

Response Time ≤4h | On-time delivery r... 100.0%

25 Transactions 40,000+

## Purchase details

Protection with Trade Assurance

Shipping: Estimated delivery by **4/21-5/12** via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Enjoy Easy Return: Return to local warehouses for free and get full refunds View details

**Product details** | Company profile | Report abuse

Product Description | FAQ

# Overview

### Essential details

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | IGIMA |
| Model Number: | GF-B66 | Type: | HAND HELD |
| Plugs Type: | UK, EU, JP, US, CN, AU | Material: | Silicone, ABS+Food Grade Silicone |
| Target Area: | Face | Waterproof: | Yes, IPX7 |
| Warranty: | 1 Year | Feature: | DEEP CLEANSING, Exfoliators, Pore Cleaner, Black He... |
| Product name: | Multi-Function Beauty Equipment | Application: | For Commercial & Home Use |
| Input Power: | DC/5V | Battery Capacity: | 200mAh |
| Vibration Frequency: | 120-230Hz | Charging Time: | 1 Hour |
| | | Unite Size: | 8*8*4.5cm |
| Net Weight: | 83g | | |

### Packaging & delivery

Selling Units: Single item

Single package size: 22X14X10 cm

Single gross weight: 0.380 kg

Package Type: Facial Cleansing Brush Standard Package inluding USB Charging Cable and Face Brush Machine

Picture Example:

Lead time:

| Quantity(pieces) | 1 - 100 | 101 - 5000 | >5000 |
|---|---|---|---|

**Alibaba.com** Global trade starts here

Buy Now

Shipping address

████████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change    Add an address

**This order is protected**
with 🛡 Trade Assurance    View details

Item(s) total:    USD 40.00
Shipping fee    USD 39.26
Order total    USD 79.26
Tax:    USD 5.55

**Proceed to pay**

Payment Security:

Shenzhen King Gima Technology Co., Ltd.    💬 Chat with the supplier

Amazon Portable Sonic Facial Silicone Electric Facial Cleansing Brush Cleansing Tool

Color : 🔵 Pink ,
Power Supply Mode : USB recharge

USD 4.00 / Piece ⓘ    — 10 +    USD 40.00

Customization Service

The minimum quantity required for customization options is **500** Pieces.
You currently have **10** Pieces in your cart.

Item(s) total:    **USD 40.00**

Messenger ⌃

Shipping service line    **Ocean + Delivery US (Economy)** ⌄
Alibaba.com Logistics

Shipping methods    📦 EXPRESS

Incoterms    DAP (Delivered at Place) ⓘ

Delivery timeline    Guaranteed dispatch within 3 days

| Payment | Dispatch | Received |
|---|---|---|
| ● | ● | ● |
| Lead time 3 days | CN Shipping time 30-45 working days | US |

Alibaba.com Logistics cost-effective, efficient, and trackable.    Shipping fee: **USD 39.26**

Sales Tax ⓘ    According to the relevant Laws and Regulation in US. we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 5.55**

Payment Method    ○ Credit/Debit Card

● Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details
T/T  PayPal  🅿  GPay  **Online Transfer**

Additional notes (optional)    Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance    View details ⟩

📦 **On-time Dispatch Guarantee**
Dispatched within 3 days or you are eligible for compensation

DOE Number: 39
Seller Name: Shenzhen KKS Tech Co., Ltd.
Marketplace: Alibaba

Case 1:23-cv-23631-RNS Document 20 Entered on FLSD Docket 11/13/2023 Page 166 of 441



**Alibaba.com**

What are you looking for... 🔍 NEW 🔍 Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help

📱 Get the app | English - USD | Ship to: 🇺🇸

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





🔍 View larger image



🔗 Share

**Ready to Ship** | In Stock | Fast Dispatch

Wholesale sonic vibration face scrubber Deep Cleansing 2 In1 face massager electric silicone vibrating facial cleansing brush

No.11 Most popular in Sonic Vibration Face Cleaning Brush

| 1 - 9 pieces | 10 - 999 pieces | 1000 - 4999 pieces | >= 5000 pieces |
|---|---|---|---|
| $10.90 | $9.90 | $8.40 | $6.90 |

$30.00 OFF Order more than $1,000.00 | Get Coupon

Benefits: 3-day coupon giveaway: up to US $80 off | View more ›

Color

Power Supply Mode | Built-in Battery | $10.90 | − 0 +

Samples: 🪥 Built-in Battery

$10.90/piece Min. order : 1 piece | Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | > 100 |
|---|---|---|
| Lead time (days) | 7 | To be negotiated |

Customization: Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 1000 pieces)
More ›

**Purchase details**

Protection with 🛡 Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by May 18 via Parcels (Economy)
Powered by Alibaba.com Logistics

Payments: VISA Mastercard PayPal afterpay Apple Pay G Pay ...

Enjoy encrypted and secure payments View details

The minimum order quantity is 1 piece
0/1 piece from $10.90
Lead time 7 days ⓘ

Shipping from $10.00
(Duty Incl.)
Parcels (Economy) Change
Alibaba.com Logistics
Guaranteed delivery By May 18 ⓘ

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart

✓Verified supplier

Shenzhen KKS Tech Co., Ltd.
Custom manufacturer
🇨🇳 CN 14 YRS

Store rating | On-time delivery rate
4.9/5 | 100.0%

Response time | Online revenue
≤3h | $60,000+

Floorspace | Staff
5430m² | 91

Quality control
Raw-material traceability identifi...
QA/QC inspectors (7)

Company profile | Visit store

💬 Chat now

🕐 Browsing History



Buy Now

Shipping address

████ ██ ████████  Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Shenzhen KKS Tech Co., Ltd.

Chat with the supplier

Wholesale sonic vibration face scrubber Deep Cleansing 2 In1 face massager electric silicone vibrating facial cleansing brush

Color : Pink , Power Supply Mode : Built-in Battery

USD 10.90 / Piece ⓘ   −  1  +        USD 10.90

Customization Service

The minimum quantity required for customization options is **100 Pieces**.
You currently have **1** Pieces in your cart.

Item(s) total:  **USD 10.90**

Shipping service line    **Parcels (Economy)** ⌄
Alibaba.com | Logistics

Shipping methods    ⬚ EXPRESS

Incoterms    DDP (Delivered Duty Paid) ❓

Delivery timeline    Guaranteed delivery by May 17
Compensation for delayed delivery

Payment ———— Dispatch ———— Received
Lead time 7 days    CN    Shipping time 12-30 working days    US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.

Shipping fee:  USD 10.02

**This order is protected**
with 🛡 Trade Assurance  **View details**

Item(s) total:    USD 10.90
Shipping fee    USD 10.02

Order total    USD 20.92
Tax:    USD 1.46

[ ✓ Proceed to pay ]

Payment Security:

DOE Number: 40
Seller Name: ShenZhen LCB Technology Co., Ltd
Marketplace: Alibaba

MARCH EXPO  Claim 3 coupons worth US $80 from Apr 1-16, 2023 PT    View more

  Alibaba.com

What are you looking for...    Search    NEW

My Alibaba    Messages    Orders    Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help    Get the app    English - USD    Ship to: 🇺🇸

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

LCBTECH
OEM/ODM






🔍 View larger image

📹 Share

**Ready to Ship**   ✓ In Stock  ⚡ Fast Dispatch

Skin Care Heat Cold Waterproof Electric Facial Cleansing Brush Portable Silicone Electric Face Scrubber with LED Red Blue Light   Popular

★★★★★ 5.0  9 Reviews    38 buyers

🏅 No.1 Hot selling in Silicone Face Scrubber

| 2 - 4999 pieces | 5000 - 9999 pieces | 10000 - 19999 pieces | >= 20000 pieces |
|---|---|---|---|
| $12.50 | $11.90 | $11.50 | $10.90 |

MARCH EXPO  • US $80 in coupons available  • Hot-selling items    ›

$10.00 OFF  Order more than $500.00  Get Coupon ▾

Benefits:  3-day coupon giveaway: up to US $80 off    View more ›

Color:      

Power Supply Mode:   RECHARGEABLE   $12.50    — 0 +

Samples:    , RECHARGEABLE
$12.50/piece   Min. order : 1 piece   Get samples

Lead time:ⓘ

| Quantity (pieces) | 1 - 200 | 201 - 3000 | 3001 - 5000 | > 5000 |
|---|---|---|---|---|
| Lead time (days) | 7 | 25 | 35 | To be negotiated |

Customization:   Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 1000 pieces)
More ⌄

**Purchase details**    Protection with 🛡 Trade Assurance

The minimum order quantity is 2 piece
0/2 piece    from **$25.00**
Lead time 7 days ⓘ

Shipping    from **$19.99**
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery6/5-6/26 ⓘ

**Start order**

☐ Contact supplier

🛒 Add to cart

✓Verified supplier

ShenZhen LCB Technology Co.,Ltd
Multispecialty supplier
🇨🇳 CN    12 YRS

| Store rating | On-time delivery rate |
|---|---|
| 4.8/5 | 99.4% |
| Response time | Online revenue |
| ≤3h | $690,000+ |
| Main markets | Collaborating suppl... |
| South America,... | 30 |

Services
Minor customization
International warehouses (1)

Certifications
CE  EMC  FC  

💬 Chat now

🕐 Browsing History

TOP



**Buy Now**

Shipping address

████████ ████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**     **Add an address**

🏢 ShenZhen LCB Technology Co.,Ltd                                                    ☁ Chat with the supplier



Skin Care Heat Cold Waterproof Electric Facial Cleansing Brush Portable Silicone Electric Face Scrubber with LED Red Blue Light

Color : 🔴 Pink , Power Supply Mode : RECHARGEABLE          USD 12.50 / Piece ⓘ   ⊖  2  ⊕    USD 25.00

**Customization Service**

The minimum quantity required for customization options is **500 Pieces**.
You currently have **2** Pieces in your cart.

Item(s) total:  **USD 25.00**

Shipping service line          **Ocean + Delivery US (Economy)** ⌄
                               Alibaba.com  Logistics

Shipping methods              ⧉ EXPRESS

Incoterms                     DAP (Delivered at Place) ❓

Delivery timeline             Guaranteed dispatch within 7 days

                              Payment                    Dispatch                  Received
                              ●━━━━━━━━━━━━━━━━━━●━━━━━━━━━━━━━━━━━━●
                                    Lead time 7 days        CN    Shipping time 30-45 working days   US

Alibaba.com  Logistics  cost-effective, efficient, and trackable.           Shipping fee: **USD 19.99**

**This order is protected**
with 🛡 Trade Assurance   **View details**

Item(s) total:                USD 25.00
Shipping fee                  USD 19.99

Order total                   USD 44.99
Tax:                          USD 3.15

**✓ Proceed to pay**

Payment Security:  

DOE Number: 41
Seller Name: Shenzhen Leadworlds Technology Co., Ltd.
Marketplace: Alibaba



What are you looking for...

NEW

Search

My Alibaba  Messages  Orders  Cart

Categories  Ready to Ship  Personal Protective E...  Trade Shows  Buyer Central  Sell on Alibaba.com  Help

Get the app  English - USD  Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



**Ready to Ship**  In Stock  Fast Dispatch

### Rechargeable electrical sonic vibration skin deep cleaning mini silicone facial cleansing brush

| 1 - 19 pieces | 20 - 99 pieces | 100 - 999 pieces | >= 1000 pieces |
|---|---|---|---|
| **$13.80** | $11.60 | $10.60 | $10.00 |

**Benefits:** Quick refunds on orders under US $500    View more »

**Color** 

**Power Supply Mode**    RECHARGEABLE      $13.80    [−] 0 [+]

**Samples:**  RECHARGEABLE

$10.00/piece   Min. order : 1 piece   Get samples

**Lead time** ⓘ

| Quantity (pieces) | 1 - 50 | 51 - 10000 | > 10000 |
|---|---|---|---|
| Lead time (days) | 3 | 30 | To be negotiated |

**Customization:** Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
More ˅

🔍 View larger image

📤 Share

### Purchase details

Protection with 🛡 Trade Assurance

**Shipping:** Enjoy On-time Delivery Guarantee: Receive by May 15 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

**Payments:** VISA  mastercard  P PayPal  clearpay  Pay  G Pay  ...
Enjoy encrypted and secure payments  View details

**Returns & Refunds**    Eligible for returns and refunds  View details



The minimum order quantity is 1 piece
0/1 piece    from **$13.80**
Lead time **3 days** ⓘ

Shipping    from **$12.40**
(Duty Incl.)
Electronics Parcels
(Standard) Change

**Alibaba.com** Logistics
Guaranteed delivery By May 15 ⓘ

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart

**Shenzhen Leadworlds Technolog...**
Manufacturer,Trading Company,Distrib
🇨🇳 CN 3YR

Response Time    On-time delivery r...
≤2h        100.0%

54 Transactions
5,000+

Chat now

Browsing History

TOP



**Buy Now**

Shipping address

███ ██ ████████
█████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**   **Add an address**

---

Shenzhen Leadworlds Technology Co., Ltd.                    🗨 Chat with the supplier

Rechargeable electrical sonic vibration skin deep cleaning mini silicone facial cleansing brush

Color : Pink , Power Supply Mode : RECHARGEABLE          USD 13.80 / Piece    1      USD 13.80

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 13.80**

---

Shipping service line          **Electronics Parcels (Standard)**
                               Alibaba.com | Logistics

Shipping methods               ⬳ EXPRESS

Incoterms                      DDP (Delivered Duty Paid)

Delivery timeline              Guaranteed delivery by May 15
                               Compensation for delayed delivery

Payment                 Dispatch                    Received
●──────────────────────●──────────────────────●
       Lead time 3 days      CN    Shipping time 12-17 working days    US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.          Shipping fee: **USD 12.37**

---

**This order is protected**
with 🛡 Trade Assurance  **View details**

Item(s) total:                USD 13.80
Shipping fee                  USD 12.37

Order total                   USD 26.17
Tax:                          USD 1.83

**✓ Proceed to pay**

Payment Security:

DOE Number: 42
Seller Name: Shenzhen Liangji Technology Co., Ltd.
Marketplace: Alibaba

**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for...    Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



**Ready to Ship** | ⊘ In Stock ⊘ Fast Dispatch

Mini Electric Vibrating Facial Cleansing Brush Skin Care Silicone Sonic Face Cleaner Deep Pore Cleaning For Face Wash

| 1 - 99 pieces | 100 - 999 pieces | 1000 - 2999 pieces | >= 3000 pieces |
|---|---|---|---|
| **$2.50** | **$2.20** | **$1.90** | **$1.50** |

**MARCH EXPO**  Save up to US $30 with PayPal  >

Benefits:  Quick refunds on orders under US $500   View more >

Color

Power Supply Mode   AAA battery*2   $2.50   − 1 +

Samples:   , AAA battery*2
$2.50/piece   Min. order: 1 piece   Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | 101 - 500 | > 500 |
|---|---|---|---|
| Lead time (days) | 7 | 15 | To be negotiated |

Customization:   Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 500 pieces)
Graphic customization (Min. order 500 pieces)
Less ∧

**Purchase details**                              Protection with 🛡 Trade Assurance

Shipping:   Enjoy On-time Delivery Guarantee: Receive by Apr 10 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments:   VISA · Mastercard · P PayPal · ··· · Pay · G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds   Eligible for returns and refunds View details

2 pieces Details                    $5.00
Lead time 7 days ⓘ

Shipping                           $8.68
(Duty Incl.)
Electronics Parcels
(Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 10 ⓘ

Total                             $13.68

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart

Shenzhen Liangji Technology Co., L...
Manufacturer,Trading Company
CN 5YRS
Response Time   On-time delivery r...
≤3h             93.8%
41 Transactions
7,000+

Chat now

Browsing History

**You may also like**



Waterproof Silicone Facial Cleansing Brush...
$1.20 - $2.20
Min. order: 1.0 piece

Deep Clean Face Brush... Silicone Waterproof Face
$19.00 - $25.00
Min. order: 1 piece

Factory direct price... silicon facial cleansing
$3.00 - $3.50
Min. order: 100 pieces

High Quality Private Lab... Face Wash Brush
$3.50 - $5.00
Min. order: 1 piece

Electric Cleanser Brush... Deep Pore Clean
$19.00 - $25.00
Min. order: 2 pieces

**Product details** | Company profile | Buyer reviews                  Report Suspicious Activity!

Products Description | Details Images | Company Profile | Certifications | Our Partners | Production Process

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | OEM |
| Model Number: | LJ-508 | Type: | HAND HELD |
| Plugs Type: | NONE | Material: | Plastic, Silicone, Silicone+ABS |



Buy Now

Shipping address ▮▮▮▮▮▮▮▮▮▮ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change   Add an address

This order is protected
with 🛡 Trade Assurance   View details

| Item(s) total: | USD 2.50 |
| Shipping fee | USD 5.89 |
| Order total | USD 8.39 |
| Tax: | USD 0.59 |

Proceed to pay

Payment Security: ✓GEO  VISA ▮▮

🖥 Shenzhen Liangji Technology Co., Ltd.            📷 Chat with the supplier

Mini Electric Vibrating Facial Cleansing Brush Skin Care Silicone Sonic Face Cleaner Deep Pore Cleaning For Face Wash

Color : 1  Pink ,            USD 2.50 / Piece ⑦   | 1 + |   USD 2.50
Power Supply Mode :  AAA battery*2

Customization Service

The minimum quantity required for customization options is 100 Pieces.
You currently have 1 Pieces in your cart.

Item(s) total:  **USD 2.50**

Messenger ⌃

Shipping service line        Electronics Parcels (Standard) ⌄
                             Alibaba.com › Logistics

Shipping methods            🚢 EXPRESS

Incoterms                   DDP (Delivered Duty Paid) ⑦

Delivery timeline           Guaranteed delivery by Apr 10
                            Compensation for delayed delivery

Payment              Dispatch                    Received
●────────────────────●──────────────────────────●
      Lead time 7 days    CN   Shipping time 12-17 working days   US

Alibaba.com Logistics  cost-effective, efficient, and trackable.        Shipping fee:  USD 5.89

Sales Tax ⑦          According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

                     ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

                                                                        Tax  **USD 0.59**

Payment Method      ○ Credit/Debit Card

                    ● Other Payment Methods
                      The transaction fees and currencies vary, depending on the payment method chosen. View details
                      T/T  P PayPal  [Pay] [G Pay]  Online Transfer

Additional notes (optional)   | Please fill in
                                                                        0/2000 |

Protections on this order with 🛡 Trade Assurance        View details ›

DOE Number: 43
Seller Name: Shenzhen Liman Technology Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com
What are you looking for...
NEW Search
My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help
Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

MARCH Face Brush Cleanser Exfoliating Waterproof Brush Silicone Facial Cleansing Brush

| 3 - 199 pieces | 200 - 4999 pieces | 5000 - 19999 pieces | >= 20000 pieces |
|---|---|---|---|
| $4.10 | $3.65 | $3.35 | $2.99 |

MARCH EXPO Save up to US $30 with PayPal

$10.00 OFF Order more than $380.00 Get Coupon

Benefits: 3-day coupon giveaway: up to US $80 off View more

Color

Power Supply Mode: USB recharge $4.10 3

Samples: , USB recharge
$5.00/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | 101 - 1000 | 1001 - 5000 | > 5000 |
|---|---|---|---|---|
| Lead time (days) | 5 | 7 | 11 | To be negotiated |

Customization: Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 1000 pieces)
More

### Purchase details

Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 4 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Enjoy Easy Return: Return to local warehouses for free and get full refunds View details

3 pieces Details $12.30
Lead time 5 days

Shipping $11.35
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 4

Total $23.65

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

Verified supplier
Shenzhen Liman Technology Co., Ltd.
Multispecialty supplier
CN 3 YRS VR Showroom

| Store rating | On-time delivery rate |
|---|---|
| 4.8/5 | 98.6% |
| Response time | Transactions |
| ≤2h | $310,000+ |
| Collaborating suppl... | Patents awarded |
| 15 | 1 |

Services
Minor customization
Centralized procurement available

Quality control
Raw-material traceability identifica...

Certifications
CE

Company profile | Visit store

## You may also like

Mini Electric Silicone Face Brush Massager...
$4.70 - $6.50
Min. order: 2 pieces

Electric Wireless... Rechargeable Sonic
$2.99 - $4.10
Min. order: 3 pieces

Logo Customized Brush Face Deep Cleansing Sk...
$7.00 - $9.50
Min. order: 2 pieces

Electric Rotating Spin... Brush Facial Cleansing
$10.99 - $14.50
Min. order: 1 piece

New Arrival 3 In 1 Electric Facial Cleaning Brush...
$12.50 - $15.50
Min. order: 1 piece

Product details | Company profile | Report abuse

Why Choose Us | Feedback | Shipping | Company Introduction | Contact us

## Overview

**Essential details**

Place of Origin: Guangdong, China | Brand Name: LM

Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change Add an address

Shenzhen Liman Technology Co., Ltd. Chat with the supplier

MARCH Face Brush Cleanser Exfoliating Waterproof Brush Silicone Facial Cleansing Brush

Color : Blue ; Power Supply Mode : USB recharge — USD 4.10 / Piece — 3 — USD 12.30

Customization Service

The minimum quantity required for customization options is **100** Pieces.
You currently have **3** Pieces in your cart.

Item(s) total: **USD 12.30**

| | |
|---|---|
| Shipping service line | Electronics Parcels (Standard) — Alibaba.com Logistics |
| Shipping methods | EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) |
| Delivery timeline | Guaranteed delivery by Apr 4 — Compensation for delayed delivery |

Payment — Dispatch — Received

Lead time 5 days CN Shipping time 12-17 working days US

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 11.35**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 1.65**

Payment Method

Credit/Debit Card

Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional) Please fill in 0/2000

**Protections on this order** with Trade Assurance View details

**On-time Delivery Guarantee**

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 12.30 |
| Shipping fee | USD 11.35 |
| Order total | USD 23.65 |
| Tax: | USD 1.65 |

Proceed to pay

Payment Security:

Need Help?

Messenger

DOE Number: 44
Seller Name: Shenzhen Liuluanmei Electric Co., Ltd.
Marketplace: Alibaba

MARCH EXPO Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

Ready to Ship | ⊘ In Stock ⊘ Fast Dispatch

Silicone Skin Care Deep Cleansing Electric Facial Cleansing brush Ultrasonic Face Cleaning Machine

| 1 - 99 pieces | 100 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $5.50 | $5.20 | $4.90 |

MARCH EXPO  Save up to US $30 with PayPal  >

Benefits: Silver  Quick refunds on orders under US $1,000  View more >

Color

Power Supply Mode: Built-in Battery  $5.50  − 1 +

Samples: Built-in Battery

$5.50/piece  Min. order: 1 piece  Get samples

Lead time:

| Quantity (pieces) | 1 - 50 | 51 - 1000 | 1001 - 3000 | > 3000 |
|---|---|---|---|---|
| Lead time (days) | 7 | 18 | 20 | To be negotiated |

Customization: Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 1000 pieces)
More

**Purchase details**

Protection with 🛡 Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 5 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA  Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

1 pieces Details  $5.50
Lead time 7 days ⓘ

Shipping  $6.81
(Duty Incl.)
Electronics Parcels (Standard)
Alibaba.com Logistics
Guaranteed delivery By Apr 5 ⓘ

Total  $12.31

Start order

Contact supplier

Add to cart

**Shenzhen Liuluanmei Electric Co., L...**
Manufacturer;Trading Company,Distrib...
CN 2YR

Response Time  On-time delivery r...
≤1h  100.0%

Chat now

Browsing History

**You may also like**

Led Therapy Silicon... Facial Cleaner Brush
$3.90 - $5.20
Min. order: 10 pieces

Mini Electric Facial Cleansing Brush Silicon...
$5.80 - $6.80
Min. order: 500 pieces

Silicone Waterproof Ultrasonic Face Cleaner...
$7.20 - $8.90
Min. order: 2 pieces

Small Quantity OEM... DropShipping Acoustic
$10.00 - $10.60
Min. order: 1 piece

Private Label Facial... Cleansing Brush Sonic
$11.00 - $13.50
Min. order: 1 piece

**Product details**  Company profile  Report abuse

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | Nuberen |
| Model Number: | NBEF-003 | Type: | HAND HELD |
| Plugs Type: | USB Cable Charging | Material: | Plastic, Silicone |
| Target Area: | Face | Waterproof: | Yes, Yes |
| Warranty: | 1 Year, 1 Year | Feature: | DEEP CLEANSING, Deep Cleansing, Exfoliators, Pore ... |
| Product name: | Facial Cleansing Brush | Charging Type: | USB Charging |
| Function: | Deep Clean Skin | Input Voltage: | DC5V/1A |



**Alibaba.com** Buy Now

| Shipping address | [REDACTED] Miami, Florida, 33133-2709, United States of America |
| --- | --- |
| | Change    Add an address |

Shenzhen Liuluanmei Electric Co., Ltd.        Chat with the supplier

Silicone Skin Care Deep Cleansing Electric Facial Cleansing brush Ultrasonic Face Cleaning Machine

Color : green .         USD 5.50 / Piece ⓘ    1    USD 5.50
Power Supply Mode : Built-in Battery

Customization Service

The minimum quantity required for customization options is 100 Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 5.50**

| Shipping service line | Electronics Parcels (Standard) ∨ |
| --- | --- |
| | Alibaba.com · Logistics |
| Shipping methods | EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) ⓘ |
| Delivery timeline | Guaranteed delivery by Apr 5 |
| | Compensation for delayed delivery |

Payment          Dispatch              Received
Lead time 7 days    CN   Shipping time 12-17 working days   US

Alibaba.com · Logistics  cost-effective, efficient, and trackable.        Shipping fee: USD 6.81

| Sales Tax ⓘ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |
| --- | --- |

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 0.87**

| Payment Method | ○ Credit/Debit Card |
| --- | --- |
| | ● Other Payment Methods |
| | The transaction fees and currencies vary, depending on the payment method chosen. View details |
| | T/T  PayPal  ▢  GPay  Online Transfer |

| Additional notes (optional) | Please fill in |
| --- | --- |
| | 0/2000 |

**Protections on this order** with 🛡 Trade Assurance        View details ❯

🚚 **On-time Delivery Guarantee**
Delivered by Apr 5 or you are eligible for compensation

---

**This order is protected**
with 🛡 Trade Assurance   View details

| Item(s) total: | USD 5.50 |
| --- | --- |
| Shipping fee | USD 6.81 |
| Order total | USD 12.31 |
| Tax: | USD 0.87 |

🛒 Proceed to pay

Payment Security:  ✓ SSL   visa

📧 Messenger  ∧

Need Help?

DOE Number: 45
Seller Name: Shenzhen Luokefan Technology Co., Ltd.
Marketplace: Alibaba

4/18/23, 3:47 AM    Hot Cold Silicone Facial Cleansing Brush with Led Electric Facial Cleansing Brush Rechargeable Product on Alibaba.com

Case 1:23-cv-23631-RNS  Document 20  Entered on FLSD Docket 11/13/2023  Page 184 of 441



What are you looking for...    [NEW]    🔍 Search

👤 My Alibaba    💬 Messages    Orders    🛒 Cart

☰ Categories ▾    Ready to Ship    Personal Protective E... ▾    Trade Shows    Buyer Central ▾    Sell on Alibaba.com ▾    Help ▾

📱 Get the app    English - USD ▾    Ship to: 🇺🇸 ▾

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



🔍 View larger image





↗ Share

**Ready to Ship**    ⏱ In Stock    ⚡ Fast Dispatch

hot cold silicone facial cleansing brush with led electric facial cleansing brush rechargeable

⭐⭐⭐⭐⭐ 5.0  1 Reviews    1 buyer

| 1 - 99 pieces | 100 - 999 pieces | 1000 - 4999 pieces | >= 5000 pieces |
|---|---|---|---|
| **$21.90** | **$19.90** | **$17.90** | **$13.90** |

$200.00 OFF  Order more than $5,000.00    Get Coupon ▾

Benefits:    3-day coupon giveaway: up to US $80 off    View more ›

Color    [swatches]

Power Supply Mode    USB recharge    $21.90    ⊖  0  ⊕

Samples:    🎁, USB recharge
$21.50/piece   Min. order : 1 piece    Get samples

Lead time: ⓘ

| Quantity (pieces) | 1 - 100 | 101 - 1000 | 1001 - 5000 | > 5000 |
|---|---|---|---|---|
| Lead time (days) | 6 | 10 | 15 | To be negotiated |

Customization:    Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 300 pieces)

## Purchase details

Protection with 🛡 Trade Assurance

Shipping:    Enjoy **On-time Delivery Guarantee**: Receive by May 16 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments:    💳 VISA  Mastercard  P PayPal  afterpay  🍎 Pay  G Pay  ...
Enjoy encrypted and secure payments View details

---

The minimum order quantity is 1 piece
0/1 piece    from **$21.90**
Lead time **6 days** ⓘ

Shipping    from **$12.40**
(Duty Incl.)
Electronics Parcels
(Standard) Change
**Alibaba.com** Logistics
**Guaranteed delivery By May 16** ⓘ

**Start order**

💬 Contact supplier

🛒 Add to cart



**Verified supplier**

**Shenzhen Luokefan Technology Co....**
Multispecialty supplier
🇨🇳 CN    3 YRS

| Store rating | On-time delivery rate |
|---|---|
| 4.8/5 | 100.0% |
| Response time | Online revenue |
| ≤3h | $70,000+ |

**Services**
Minor customization
Centralized procurement available

Quality control
On-site material inspection
Warranty available

Certifications    ›
CE  FC  🌿

Chat now

Browsing History

TOP



## Buy Now

| | |
|---|---|
| **Shipping address** | ▇▇▇▇ ▇▇ ▇▇▇▇, Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America |

Change    Add an address

---

🏬 Shenzhen Luokefan Technology Co., Ltd.                                      ⬤ Chat with the supplier



hot cold silicone facial cleansing brush with led electric facial cleansing brush rechargeable

Color : ↕ White , Power Supply Mode : USB recharge          USD 21.90 / Piece ⓘ    ─  1  +    USD 21.90

Customization Service

The minimum quantity required for customization options is **100 Pieces**.
You currently have **1 Pieces** in your cart.

Item(s) total: **USD 21.90**

---

| | |
|---|---|
| Shipping service line | **Electronics Parcels (Standard)** ⌄ <br> Alibaba.com \| Logistics |
| Shipping methods | ☰ EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) ⍰ |
| Delivery timeline | Guaranteed delivery by May 16 <br> Compensation for delayed delivery |

| Payment | Dispatch | Received |
|---|---|---|
| ⬤ ──────────── | ⬤ ──────────── | ⬤ |
| Lead time 6 days | CN  Shipping time 12-17 working days | US |

Alibaba.com \| Logistics  cost-effective, efficient, and trackable.          Shipping fee: **USD 12.37**

---

### This order is protected

with 🛡 Trade Assurance   View details

| | |
|---|---|
| Item(s) total: | USD 21.90 |
| Shipping fee | USD 12.37 |
| | |
| Order total | USD 34.27 |
| Tax: | USD 2.39 |

**Proceed to pay**

Payment Security: 

DOE Number: 46
Seller Name: Shenzhen Margotan Tech Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less What's March Expo?

Alibaba.com | What are you looking for... | NEW Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face & Neck lifting Massager

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

MARCH Best sellers 2023 New Arrival Soft Washing Face Exfoliator Electric Vibration Massage USB Silicone Facial Cleansing Brush

| 2 - 499 pieces | 500 - 999 pieces | 1000 - 4999 pieces | >= 5000 pieces |
|---|---|---|---|
| $5.00 | $4.50 | $4.39 | $4.18 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: 3-day coupon giveaway: up to US $80 off View more

Color

Power Supply Mode: USB recharge $5.00 — 2 +

Samples: , USB recharge

$5.00/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 10000 | > 10000 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
Graphic customization (Min. order 1000 pieces)
Less

**Purchase details** Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 7 via Air Charter Express US (Premium)
Powered by Alibaba.com Logistics

Payments: VISA | Mastercard | PayPal | | Apple Pay | G Pay | ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

**Source with confidence**

Direct from Verified Custom Manufacturer

2 pieces Details $10.00
Lead time 15 days

Shipping $14.94
Air Charter Express US (Premium) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 7

Total $24.94

Start order

Contact supplier

Add to cart

**Verified supplier**

Shenzhen Margotan Tech Co., Ltd.
Custom manufacturer
CN 5 YRS VR Showroom

| Store rating | On-time delivery rate |
|---|---|
| 4.6/5 | 89.7% |
| Response time | Transactions |
| ≤3h | $180,000+ |
| Floorspace | Staff |
| 2574m² | 124 |

Services
Minor customization
Design-based customization

Quality control
Finished product inspection
QA/QC inspectors (15)

Certifications
CE

Company profile | Visit store

Chat now

Browsing History

## You may also like

2023 EMS Facial Beauty Body Slimming Vibratio...
$5.00 - $9.00
Min. order: 2 pieces

2022 best selling Beauty Equipment microcurrent...
$3.95 - $5.00
Min. order: 1 piece

Home SPA beautician kneading manual V-sha...
$3.58 - $5.00
Min. order: 1 piece

Beauty Skin Care Lift Massage Roller Skin...
$4.00 - $5.00
Min. order: 1 piece

2022 Roller Massager... Guasha Tool vibration
$3.87 - $5.00
Min. order: 1 piece

**Product details** | Company profile | Report Suspicious Activity!

OEM Service | Product Details | RELATED PRODUCTS | COMPANY PROFILE | OUR EXHIBITION | OUR CERTIFICATE | PACK

## Overview

Alibaba.com
Global trade starts here

Buy Now

| | |
|---|---|
| Shipping address | [REDACTED] Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America |
| | Change   Add an address |

**This order is protected**
with 🛡 Trade Assurance   View details

| | |
|---|---|
| Item(s) total: | USD 10.00 |
| Shipping fee | USD 14.94 |
| Order total | USD 24.94 |
| Tax: | USD 1.75 |

🔒 Proceed to pay

Payment Security: ✅ SSL  VISA

🏬 Shenzhen Margotan Tech Co., Ltd.                          💬 Chat with the supplier

**MARCH** Best sellers 2023 New Arrival Soft Washing Face Exfoliator Electric Vibration Massage USB Silicone Facial Cleansing Brush

Color : Pink , Power Supply Mode : USB recharge        USD 5.00 / Piece ⓘ   − 2 +        USD 10.00

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total:  **USD 10.00**

Messenger

| | |
|---|---|
| Shipping service line | Air Charter Express US (Premium) ⌄ |
| | Alibaba.com Logistics |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DAP (Delivered at Place) ⓘ |
| Delivery timeline | Guaranteed delivery by Apr 7 |
| | Compensation for delayed delivery |

| Payment | Dispatch | Received |
|---|---|---|
| ● ───────────── | ● ───────────── | ● |
| Lead time 15 days | CN   Shipping time 5-9 working days | US |

Alibaba.com Logistics  cost-effective, efficient, and trackable.        Shipping fee:  **USD 14.94**

| | |
|---|---|
| Sales Tax ⓘ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |
| | ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now |

Tax  **USD 1.75**

| | |
|---|---|
| Payment Method | ○ Credit/Debit Card |
| | ● Other Payment Methods |
| | The transaction fees and currencies vary, depending on the payment method chosen. View details |
| | T/T  PayPal  [Pay]  [GPay]  **Online Transfer** |

| | |
|---|---|
| Additional notes (optional) | Please fill in |
| | 0/2000 |

**Protections on this order** with 🛡 Trade Assurance                          View details ›

🚚 **On-time Delivery Guarantee**
Delivered by Apr 7 or you are eligible for compensation

Need Help?

DOE Number: 47
Seller Name: Shenzhen Miqu Technology Co., Ltd
Marketplace: Alibaba

**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for...  Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Other Home Use Beauty Equipment

Ready to Ship   ⊘ In Stock   ⊘ Fast Dispatch

SZMIQU Hot selling sonic vibrating facial cleansing brush waterproof rechargeable facial cleansing brush

★★★★★ 5.0  1 Reviews    2 buyers

10% OFF  Discount ends in ⏱ 24d:21h:48m:59s

| 10 - 99 pieces | 100 - 499 pieces | 500 - 89999 pieces | >= 90000 pieces |
|---|---|---|---|
| **$4.95** | **$4.50** | **$4.05** | **$2.70** |
| $5.50 | $5.00 | $4.50 | $3.00 |

**MARCH EXPO**  Save up to US $30 with PayPal  ›

Benefits: Quick refunds on orders under US $500   View more ›

Color:

Power Supply Mode: Other    $4.95    − 10 +

Samples: , Other
**$6.00/piece**  Min. order : 1 piece   Get samples

Lead time ⓘ

| Quantity (pieces) | 1 - 100 | 101 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 5 | 7 | 10 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
Graphic customization (Min. order 1000 pieces)
Less ∧

**Purchase details**    Protection with 🛡 Trade Assurance

Shipping: Estimated delivery by **4/21-5/12** via Ocean + Delivery US (Economy)
Powered by **Alibaba.com** Logistics

Payments: VISA ⬤ P PayPal ⬤ ⬤Pay G Pay
Enjoy encrypted and secure payments  View details

Returns & Refunds: Eligible for returns and refunds  View details

**Source with confidence**

🏆 Top-rated supplier in the past 90 days

10 pieces Details  $49.50
Lead time **5 days** ⓘ

Shipping  $37.64
Ocean + Delivery US (Economy) Change
**Alibaba.com** Logistics
Estimated delivery 4/21-5/12 ⓘ

Total  $87.14

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart

**Shenzhen Miqu Technology Co., Ltd**
Manufacturer,Trading Company
🇨🇳 CN 3ʸᴿ

Response Time ≤1h    On-time delivery r... 97.5%

84 Transactions 40,000+

Chat now

Browsing History

🔍 View larger image

▶

🔗 Share

---

**Product details** | Company profile | Transactions | Buyer reviews    Report abuse

Features | Certifications | Packaging & Shipping | FAQ

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | Changkun |
| Model Number: | MR-1905 | Type: | HAND HELD, Multi-Function Beauty Equipment, Beaut... |
| Feature: | Facial Cleansing Brush | Material: | Other, ABS+Silicone |
| Plugs Type: | Other | Waterproof: | Yes |
| Target Area: | Face | Warranty: | 1 Year |
| Application: | For Commercial & Home Use, For Home Use | Product name: | Silicone Facial Cleansing Brush |
| Function: | IPX7 Waterproof;Vibration;face deep cleaning | Feature2: | 5 speed adjustable |
| Color: | pink,blue,OEM | Frequency of vibration: | 6000-26000/mix max |
| Power supply: | lithium battery;DC5V | | |





Alibaba.com  Buy Now

Shipping address   ████████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change   Add an address

This order is protected
with 🛡 Trade Assurance   View details

Item(s) total:   USD 49.50
Shipping fee   USD 37.64

Order total   USD 87.14
Tax:   USD 6.11

You saved USD 5.50 in this order.

🚆 Shenzhen Miqu Technology Co., Ltd          💬 Chat with the supplier

Proceed to pay

SZMIQU Hot selling sonic vibrating facial cleansing brush waterproof rechargeable facial cleansing brush

10% OFF  Discount ends in 24d : 21h : 47m : 32s

Color : Yellow , Power Supply Mode : Other

USD 4.95 / Piece ⓘ   −   10   +   USD 49.50
USD 5.50 / Piece

Payment Security: 🛡 🔒 VISA

Messenger   ⌃

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **10** Pieces in your cart.

Item(s) total:   **USD 49.50**
USD 5.50 saved

Shipping service line   Ocean + Delivery US (Economy) ⌄
Alibaba.com  Logistics

Shipping methods   🚢 EXPRESS

Incoterms   DAP (Delivered at Place) ⓘ

Delivery timeline   Guaranteed dispatch within 5 days

Payment          Dispatch          Received
●————————————————●————————————————●
          Lead time 5 days   CN   Shipping time 30-45 working days   US

Alibaba.com  Logistics  cost-effective, efficient, and trackable.   Shipping fee:  **USD 37.64**

Sales Tax ⓘ   According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 6.11**

Payment Method   ☐ Credit/Debit Card

⦿ Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details
T/T  PayPal  [Pay]  [GPay]  **Online Transfer**

Additional notes (optional)   Please fill in

0/2000

Protections on this order with 🛡 Trade Assurance   View details ›

🚆 On-time Dispatch Guarantee
Dispatched within 5 days or you are eligible for compensation

DOE Number: 48
Seller Name: Shenzhen Mlikang Technology Co., Ltd.
Marketplace: Alibaba



**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for... | Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Buyer Central | Sell on Alibaba.com | Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

**Ready to Ship** ⊘ In Stock ⊘ Fast Dispatch

**MARCH** Silicone Facial Cleansing Brush for Face Massage Sonic Vibration Electric Face Brush

1 buyer

🚫 No.13 Hot selling in Sonic Vibration Face Cleaning Brush

CE FC View More

5% OFF Discount ends in ⏱ 24d:19h:8m:26s

| 2 - 1999 pieces | >= 2000 pieces |
|---|---|
| **$2.84** | **$2.37** |
| $2.99 | $2.49 |

**MARCH EXPO**  • Lowest prices in 90 days
 • Save up to US $30 with PayPal

Benefits: 3-day coupon giveaway: up to US $80 off    View more

Color

Power Supply Mode    RECHARGEABLE    $2.84    — 2 +

Samples: , RECHARGEABLE
$4.00/piece  Min. order : 1 piece    Get samples

Lead time ⓘ

| Quantity (pieces) | 1 - 1 | 2 - 500 | 501 - 1000 | >1000 |
|---|---|---|---|---|
| Lead time (days) | 5 | 10 | 15 | To be negotiated |

Customization: 🔧 Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 50 pieces)
Customized packaging (Min. order 1000 pieces)
Graphic customization (Min. order 1000 pieces)
Less ∧

**Purchase details**

Protection with 🛡 Trade Assurance

Shipping: Estimated delivery by **4/28-5/19** via Ocean + Delivery US (Economy)
Powered by **Alibaba.com** Logistics

Payments: VISA ⬤ P PayPal 🔳 Pay GPay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

**Source with confidence**

⊘ Direct from Verified Custom Manufacturer

2 pieces Details    $5.68
Lead time 10 days ⓘ

Shipping    $19.75
Ocean + Delivery US (Economy) Change
**Alibaba.com** Logistics
Estimated delivery 4/28-5/19 ⓘ

**Total    $25.43**

Start order

📧 Contact supplier

📞 Call us

🛒 Add to cart

✓ **Verified supplier**

Shenzhen Milikang Technology Co., Ltd.
Custom manufacturer
🇨🇳 CN · 2 YRS

✓ Registered trademarks (1)

| Store rating | On-time delivery rate |
|---|---|
| 4.6/5 | 98.7% |
| Response time | Transactions |
| ≤2h | $300,000+ |

Main markets
**North America,D...**

Services

**Minor customization**
**Design-based customization**

Quality control

**Finished product inspection**

Certifications

CE 🌿 🔒 FC UK CA

Company profile | Visit store

📷 View larger image



▶ 🚫

🔗 Share

♡ Chat now

🕐 Browsing History

**You may also like**

‹

Free sample high frequency waterproof...
$2.49 - $2.99
Min. order: 2 pieces

Cheap Bulk Waterproof Vibrating Facial Brush...
$2.49 - $2.99
Min. order: 2 pieces

Amazon Hot Sale Electric Portable Ultrasonic Brush
$2.37 - $2.84
Min. order: 2 pieces

Professional manufacture rechargeable skin care...
$2.49 - $2.99
Min. order: 1 piece

New gift facial beauty brush IPX7 waterproof
$2.37 - $2.84
Min. order: 2 pieces

›













Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted]

[redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change Add an address

Shenzhen Mlikang Technology Co., Ltd. Chat with the supplier

MARCH Silicone Facial Cleansing Brush for Face Massage Sonic Vibration Electric Face Brush

90-day lowest prices 5% OFF Discount ends in 24d : 19h : 09m : 16s

Color : Rose face wash brushes ,

Power Supply Mode : RECHARGEABLE

USD 2.84 / Piece ~~USD 2.99 / Piece~~ 2 USD 5.68

Customization Service

The minimum quantity required for customization options is **50** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total: **USD 5.68**
USD 0.30 saved

| | |
|---|---|
| Shipping service line | Ocean + Delivery US (Economy) Alibaba.com Logistics |
| Shipping methods | EXPRESS |
| Incoterms | DAP (Delivered at Place) |
| Delivery timeline | Guaranteed dispatch within 10 days |

Payment — Lead time 10 days — Dispatch CN — Shipping time 30-45 working days — Received US

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 19.75**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 1.79**

Payment Method

Credit/Debit Card

Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with Trade Assurance View details

**On-time Dispatch Guarantee**

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 5.68 |
| Shipping fee | USD 19.75 |
| Order total | USD 25.43 |
| Tax: | USD 1.79 |

You saved USD 0.30 in this order.

Proceed to pay

Payment Security:

Need Help?

Messenger

MARCH EXPO Source 2023's latest products for less What's March Expo?

Alibaba.com What are you looking for... NEW Search My Alibaba Messages Orders Cart

Categories Ready to Ship Help Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Get the app English - USD Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship In Stock Fast Dispatch

MARCH Silicone Facial Cleansing Brush for Face Massage Sonic Vibration Electric Face Brush

1 buyer

No.13 Hot selling in Sonic Vibration Face Cleaning Brush

CE FC View More

5% OFF Discount ends in 25d:3h:5m:37s

| 2 - 1999 pieces | >= 2000 pieces |
|---|---|
| $2.84 | $2.37 |
| ~~$2.99~~ | ~~$2.49~~ |

MARCH EXPO
- Lowest prices in 90 days
- Save up to US $30 with PayPal

Benefits: Silver 3-day coupon giveaway: up to US $80 off View more

Color

Power Supply Mode RECHARGEABLE $2.84 2

Samples: , RECHARGEABLE
$4.00/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 1 | 2 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 5 | 10 | 15 | To be negotiated |

Customization: Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 50 pieces)
Customized packaging (Min. order 1000 pieces)
Graphic customization (Min. order 1000 pieces)
Less

## Purchase details

Protection with Trade Assurance

Shipping: Estimated delivery by 4/28-5/18 via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

## Source with confidence

Direct from Verified Custom Manufacturer

2 pieces Details $5.68
Lead time 10 days

Shipping $19.73
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery4/28-5/18

Total $25.41

Start order

Contact supplier

Call us

Add to cart

Verified supplier

Shenzhen Mlikang Technology Co., Ltd.
Custom manufacturer
CN 7 YRS

Registered trademarks (1)

| Store rating | On-time delivery rate |
|---|---|
| 4.6/5 | 98.7% |
| Response time | Transactions |
| ≤2h | $300,000+ |

Main markets
North America,D...

Services
Minor customization
Design-based customization

Quality control
Finished product inspection

Certifications
CE FC UK CA

Company profile Visit store

Chat now

Browsing History

## You may also like

Free sample high frequency waterproof...
$2.49 - $2.99
Min. order: 2 pieces

Cheap Bulk Waterproof Vibrating Facial Brush...
$2.49 - $2.99
Min. order: 2 pieces

Professional manufacture rechargeable skin care...
$2.49 - $2.99
Min. order: 1 piece

High frequency waterproof IPX7...
$1.98 - $3.94
Min. order: 1 piece

Low price rechargeable silicone sonic electric...
$1.98 - $3.94
Min. order: 1 piece

Alibaba.com Global trade starts here. Buy Now

Shipping address [redacted] [redacted] Miami, Florida, 33133-2709, United States of America

Change Add an address

Shenzhen Mlikang Technology Co., Ltd. Chat with the supplier

MARCH Silicone Facial Cleansing Brush for Face Massage Sonic Vibration Electric Face Brush

90-day lowest prices 5% OFF Discount ends in 25d : 03h : 00m : 59s

Color : Rose face wash brushes ,

Power Supply Mode : RECHARGEABLE

USD 2.84 / Piece ~~USD 2.99 / Piece~~ 2 USD 5.68

Customization Service

The minimum quantity required for customization options is **50** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total: **USD 5.68**
USD 0.30 saved

Store Coupon: no-available - USD 0.00

| | |
|---|---|
| Shipping service line | Ocean + Delivery US (Economy) Alibaba.com Logistics |
| Shipping methods | EXPRESS |
| Incoterms | DAP (Delivered at Place) |
| Delivery timeline | Guaranteed dispatch within 10 days |

Payment — Lead time 10 days — Dispatch CN — Shipping time 30-45 working days — Received US

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 19.73**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 1.78**

Payment Method

Credit/Debit Card

Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional) Please fill in 0/2000

**Protections on this order** with Trade Assurance View details

On-time Dispatch Guarantee

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 5.68 |
| Shipping fee | USD 19.73 |
| Order total | USD 25.41 |
| Tax: | USD 1.78 |

You saved USD 0.30 in this order.

Proceed to pay

Payment Security:

Need Help?

Messenger

MARCH EXPO Source 2023's latest products for less What's March Expo?

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Help Get the app English - USD Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship In Stock Fast Dispatch

MARCH Amazon Hot Sale Electric Portable Ultrasonic Brush Silicone Face Cleanser Machine Silicone Facial Cleansing Brush USB Hand Held

2 buyers

CE FC View More

5% OFF Discount ends in 25d:0h:23m:27s

| 2 - 1999 pieces | >= 2000 pieces |
|---|---|
| $2.84 | $2.37 |
| ~~$2.99~~ | ~~$2.49~~ |

MARCH EXPO • Lowest prices in 90 days • Save up to US $30 with PayPal

Benefits: 3-day coupon giveaway: up to US $80 off View more

Color

Power Supply Mode: Built-in Battery $2.84 2

Samples: , Built-in Battery
$4.00/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 7 | 15 | To be negotiated |

Customization: Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 200 pieces)
Customized packaging (Min. order 1000 pieces)
Graphic customization (Min. order 1000 pieces)
Less

## Purchase details

Protection with Trade Assurance

Shipping: Estimated delivery by 4/24-5/15 via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

## Source with confidence

Direct from Verified Custom Manufacturer

2 pieces Details $5.68
Lead time 7 days

Shipping $19.73
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery4/24-5/15

Total $25.41

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

Verified supplier
Shenzhen Mlikang Technology Co., Ltd.
Custom manufacturer
CN 7 YRS
Registered trademarks (1)

Store rating 4.6/5
On-time delivery rate 98.7%
Response time ≤2h
Transactions $300,000+
Main markets North America,D...

Services
Minor customization
Design-based customization

Quality control
Finished product inspection

Certifications
CE FC UK CA

Company profile Visit store

## You may also like

Free sample high frequency waterproof...
$2.49 - $2.99
Min. order: 2 pieces

Cheap Bulk Waterproof Vibrating Facial Brush...
$2.49 - $2.99
Min. order: 2 pieces

New gift facial beauty... brush IPX7 waterproof
$2.37 - $2.84
Min. order: 2 pieces

Professional manufacture rechargeable skin care...
$2.49 - $2.99
Min. order: 1 piece

Silicone Facial Cleansin... Brush for Face Massage
$2.37 - $2.84
Min. order: 2 pieces

Product details Company profile Transactions Buyer reviews Report abuse

Alibaba.com   Buy Now

Shipping address ███████████ Miami, FL 33133-2709, United States. Miami, Florida. 33133-2709, United States of America

Change   Add an address

Shenzhen Mlikang Technology Co., Ltd.   Chat with the supplier

**MARCH** Amazon Hot Sale Electric Portable Ultrasonic Brush Silicone Face Cleanser Machine Silicone Facial Cleansing Brush USB Hand Held

90-day lowest prices   5% OFF Discount ends in 25d : 00h : 21m : 31s

Color: Yellow facial cleansing brush,   USD 2.84 / Piece   − 2 +   USD 5.68
Power Supply Mode: Built-in Battery   USD 2.99 / Piece

Customization Service

The minimum quantity required for customization options is **200** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total:   **USD 5.68**
USD 0.30 saved

Shipping service line   Ocean + Delivery US (Economy)
Alibaba.com Logistics

Shipping methods   EXPRESS

Incoterms   DAP (Delivered at Place)

Delivery timeline   Guaranteed dispatch within 7 days

Payment ——————— Dispatch ——————— Received
Lead time 7 days   CN   Shipping time 30-45 working days   US

Alibaba.com Logistics cost-effective, efficient, and trackable.   Shipping fee: **USD 19.73**

Sales Tax   According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 1.78**

Payment Method   ○ Credit/Debit Card

● Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T  PayPal  Pay  GPay  Online Transfer

Additional notes (optional)   Please fill in
0/2000

Protections on this order with 🛡 Trade Assurance   View details ›

**This order is protected**
with 🛡 Trade Assurance   View details

Item(s) total:   USD 5.68
Shipping fee   USD 19.73
Order total   USD 25.41
Tax:   USD 1.78

You saved USD 0.30 in this order.

Proceed to pay

Payment Security:

Need Help?

Messenger



**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

Alibaba.com

What are you looking for...   Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

**Ready to Ship** | In Stock | Fast Dispatch

**New Design Waterproof Cleaning Exfoliator Beauty Device Skin Care Face Silicone Electric Cleansing Facial Brush**

CE FC View More

5% OFF Discount ends in 22d:2h:6m:33s

| 2 - 1999 pieces | >= 2000 pieces |
| --- | --- |
| $2.84 | $2.37 |
| $2.99 | $2.49 |

MARCH EXPO
· Lowest prices in 90 days
· Save up to US $30 with PayPal

Benefits: Platinum · 3-day coupon giveaway: up to US $80 off  View more

Color

Power Supply Mode: Built-in Battery   $2.84   — 0 +

Samples: Built-in Battery
$4.00/piece · Min. order : 1 piece   Get samples

Lead time:

| Quantity (pieces) | 1 -100 | 101 - 1000 | > 1000 |
| --- | --- | --- | --- |
| Lead time (days) | 7 | 15 | To be negotiated |

Customization: Alibaba.com build-in online customization  Customise Now
Customized logo (Min. order 200 pieces)
Customized packaging (Min. order 1000 pieces)
More

View larger image

    

Share

**Purchase details**

Protection with Trade Assurance

Shipping: Estimated delivery by **4/28-5/18** via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments: VISA Mastercard PayPal T/T Apple Pay G Pay
Enjoy encrypted and secure payments  View details

Returns & Refunds: Eligible for returns and refunds  View details

**Source with confidence**

Direct from Verified Custom Manufacturer

The minimum order quantity is 2 piece
0/2 piece   from $5.68
Lead time 7 days

Shipping   from $19.63
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery 4/28-5/18

**Start order**

Contact supplier

Call us

Add to cart

**Verified supplier**

Shenzhen Milkang Technology Co., Ltd.
Custom manufacturer
CN 7 YRS
Registered trademarks (1)

| Store rating | On-time delivery rate |
| --- | --- |
| 4.6/5 | 98.7% |
| Response time | Transactions |
| ≤2h | $290,000+ |

Main markets
North America,D...

Services
Minor customization
Design-based customization

Quality control
Finished product inspection

Certifications
CE FC UK CA

Company profile | Visit store

Chat now
Browsing History

You may also like

Sample Available
Free sample high frequency waterproof...
$2.49 - $2.99
Min. order: 2 pieces
600+ views · 28 orders

Sample Available
Amazon Hot Sale Electri... Portable Ultrasonic Brush
$2.37 - $2.84
$2.37 - $2.84 -5%
Min. order: 2 pieces
100+ views · 2 orders

Sample Available
Cheap Bulk Waterproof Vibrating Facial Brush...
$2.49 - $2.99
Min. order: 2 pieces
80+ views · 1 orders

Sample Available
Silicone Facial Cleansin... Brush for Face Massage
$2.37 - $2.84
$2.37 - $2.84 -5%
Min. order: 2 pieces
60+ views · 1 orders

Sample Available
New gift facial beauty... brush IPX7 waterproof
$2.37 - $2.84
$2.37 - $2.84 -5%
Min. order: 2 pieces
20+ views

Alibaba.com  Buy Now

Shipping address  ████████████ Miami, Florida, 33133-2709, United States of America

Change   Add an address

This order is protected
with Trade Assurance  View details

Item(s) total:  USD 5.68
Shipping fee  USD 19.63

Order total  USD 25.31
Tax:  USD 1.78

You saved USD 0.30 in this order.

Proceed to pay

Shenzhen Mlikang Technology Co., Ltd.  Chat with the supplier

**MARCH** New Design Waterproof Cleaning Exfoliator Beauty Device Skin Care Face Silicone Electric Cleansing Facial Brush

90-day lowest prices  5% OFF Discount ends in 22d : 02h : 04m : 58s

Color : Yellow silicone facial brush cleanser ,   USD 2.84 / Piece    −  2  +    USD 5.68
Power Supply Mode : Built-in Battery   USD 2.99 / Piece

Customization Service

The minimum quantity required for customization options is 200 Pieces.
You currently have **2** Pieces in your cart.

Payment Security:

Messenger

Item(s) total:  **USD 5.68**
USD 0.30 saved

Store Coupon:  no-available   - USD 0.00

Shipping service line  Ocean + Delivery US (Economy) ⌄
Alibaba.com Logistics

Shipping methods  EXPRESS

Incoterms  DAP (Delivered at Place) ⓘ

Delivery timeline  Guaranteed dispatch within 7 days

Payment              Dispatch                Received

Lead time 7 days      CN   Shipping time 30-45 working days   US

⚠ Shipment to India may delay due to uncertainties associated with custom clearance and logistics services. Please check with the sellers before placing orders.

Alibaba.com Logistics  cost-effective, efficient, and trackable.   Shipping fee:  USD 19.63

Sales Tax ⓘ  According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 1.78**

Payment Method  ○ Credit/Debit Card

● Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details
T/T  PayPal  ⎙Pay  G Pay  Online Transfer

Additional notes (optional)  Please fill in

0/2000

DOE Number: 49
Seller Name: Shenzhen Mlike Technology Co., Ltd
Marketplace: Alibaba

DOE Number: 50
Seller Name: Shenzhen Mlike Technology Co., Ltd.
Marketplace: Alibaba

**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

---

€2 **Alibaba.com** | What are you looking for... | 🔍 Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com

Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

Chat now

Browsing History

**Ready to Ship** | In Stock | Fast Dispatch

MARCH Shenzhen Waterproof Vibrating Silicone Face Washing Brush Small Electric Facial Cleaner Brush

8 buyers

No.12 Hot selling in Facial Cleanser For Home Use

CE FC 🌿 View More

| 1 - 299 pieces | 300 - 499 pieces | 500 -2999 pieces | >= 3000 pieces |
|---|---|---|---|
| $2.00 | $1.90 | $1.80 | $1.70 |

MARCH EXPO • Lowest prices in 90 days • Save up to US $30 with PayPal ›

**Benefits:** Silver 3-day coupon giveaway: up to US $80 off | View more ›

**Color**

**Power Supply Mode** Removable Battery $2.00 | − 1 +

**Samples:** , Removable Battery
$2.00/piece Min. order: 1 piece Get samples

**Lead time:**

| Quantity (pieces) | 1 - 100 | 101 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 7 | 10 | 15 | To be negotiated |

**Customization:** Alibaba.com build-in online customization Customise Now
Customized packaging (Min. order 1 piece)
Graphic customization (Min. order 1 piece)
More

**Purchase details**

Protection with 🛡 Trade Assurance

**Shipping:** Enjoy On-time Delivery Guarantee: Receive by Apr 10 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

**Payments:** VISA 💳 P PayPal 💳 💳 GPay
Enjoy encrypted and secure payments View details

**Returns & Refunds** Eligible for returns and refunds View details

**Source with confidence**

⊘ Direct from Verified Custom Manufacturer

---

1 pieces Details | $2.00
Lead time 7 days

Shipping | $5.89
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 10

Total | $7.89

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart

**Verified supplier**

Shenzhen Mlike Technology Co., Ltd.
Custom manufacturer
🇨🇳 CN 3 YRS
Ⓡ Registered trademarks (1)

| Store rating | On-time delivery rate |
|---|---|
| 4.8/5 | 100.0% |
| Response time | Transactions |
| ≤1h | $230,000+ |
| Floorspace | Staff |
| 3000m² | 56 |

Services
Minor customization
Design-based customization

Quality control
Raw-material traceability identifica...
Finished product inspection

Certifications
CE FC 🌿

Company profile | Visit store

---

**You may also like**

| Drop shipping free... samples professional | Deep Facial Cleansing Silicone Brush Sonic Face | Hot Sel Silicone... Ultrasonic Exfoliating | New Rechargeable Mini... Waterproof facial | new trending beauty... products 2020 Facial |
|---|---|---|---|---|
| $1.60 - $2.10 | $2.90 - $3.60 | $2.90 - $3.60 | $1.35 - $1.65 | $2.60 - $3.70 |
| Min. order: 1 piece | Min. order: 1 piece | Min. order: 1 piece | Min. order: 2 pieces | Min. order: 2 pieces |

---

**Product details** | Company profile | Transactions

Report Suspicious Activity!

Products Description | Product Details | Recommend Products | Packaging & Shipping | Company Profile



**Alibaba**.com
Global trade starts here

Buy Now

Shipping address | ▓▓▓▓▓▓▓▓▓▓ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change    Add an address

**This order is protected**
with 🛡 Trade Assurance   View details

Item(s) total:                    USD 2.00
Shipping fee                      USD 5.89

Order total                       USD 7.89
Tax:                              USD 0.55
Transaction Fee:                  USD 0.26

Payment in   USD ⌄               **USD 8.70**

[ ⊙ Proceed to pay ]

Payment Security:  ✓

🖷 Shenzhen Mlike Technology Co., Ltd.                    💬 Chat with the supplier

[MARCH]  Shenzhen Waterproof Vibrating Silicone Face Washing Brush Small Electric Facial Cleaner Brush

**90-day lowest prices**

Color : ● Pink ,                    USD 2.00 / Piece ⊡   [   1   ]        USD 2.00
Power Supply Mode : Removable Battery

[ Customization Service ]

The minimum quantity required for customization options is **1** Pieces.
You currently have **1** Pieces in your cart.

                                          Item(s) total:  **USD 2.00**
Store Coupon:  [ no-available        ⊡ ]  **- USD 0.00**

☐ Messenger ⌃

Shipping service line | Electronics Parcels (Standard) ⊡
                        Alibaba.com · Logistics

Shipping methods | 🚢 EXPRESS

Incoterms | DDP (Delivered Duty Paid) ⊡

Delivery timeline | Guaranteed delivery by Apr 10
                    Compensation for delayed delivery

Payment                 Dispatch                    Received
●━━━━━━━━━━━━━━━━━━━━━━━━━━●━━━━━━━━━━━━━━━━━━━━━━━━━━●
        Lead time 7 days     CN    Shipping time 12-17 working days    US

Alibaba.com · Logistics  cost-effective, efficient, and trackable.          Shipping fee: **USD 5.89**

Sales Tax ⊡ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

☐ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

                                                      Tax **USD 0.55**

Payment Method | ⦿ Credit/Debit Card

Card Number
[                                                      ]

Name
[ Given names              ]  [ Surname                ]

Expiration Date                  CVV / CSC
[ MM    ⌄ ]  /  [ YY    ⌄ ]    [                ⊙ ]

Billing Address
▓▓▓▓▓▓▓ Miami, FL 33133-2709, United States, Miami, United States of America,  Edit ›
Florida, 33133-2709

**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for... | Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com
Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Other Home Use Beauty Equipment

**Ready to Ship** ⊘ In Stock ⊘ Fast Dispatch

**MARCH** Low price rechargeable silicone sonic electric exfoliating cleaner face washing device facial cleansing brush `Popular`

★★★★★ 5.0 1 Reviews · 12 buyers

FC ⚫ ✅ View More

| 1 - 499 pieces | 500 - 999 pieces | 1000 - 4999 pieces | >= 5000 pieces |
|---|---|---|---|
| $3.50 | $3.20 | $2.90 | $2.10 |

**MARCH EXPO** · Lowest prices in 90 days
· Save up to US $30 with PayPal ›

Benefits: 3-day coupon giveaway: up to US $80 off — View more ›

Color:

Power Supply Mode: RECHARGEABLE — $3.50 — − 1 +

Samples: , RECHARGEABLE
$4.00/piece Min. order : 1 piece Get samples

Lead time ⓘ

| Quantity (pieces) | 1 -100 | 101 - 500 | 501 - 1000 | >1000 |
|---|---|---|---|---|
| Lead time (days) | 6 | 10 | 15 | To be negotiated |

Customization: Customized logo (Min. order 1 piece)
Customized packaging (Min. order 1 piece)
Graphic customization (Min. order 1 piece)
color (Min. order 2000 pieces)
Less ⌃

**Purchase details** Protection with 🟠 Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 6 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA 💳 P PayPal 🔵 ⏏Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

**Source with confidence**
⊘ Direct from Verified Custom Manufacturer

**You may also like**

Mini Portable Waterproo... Sonic Silicone Exfoliating
$2.30 - $3.50
Min. order: 1 piece

Amazon 5 in 1 Electric... Face Cleaning Brush
$1.30 - $1.70
Min. order: 1 piece

High Quality Face... Massager Beauty Care
$2.87 - $3.17
Min. order: 1 piece

New Arrival Electric... Vibrating Face Massager
$1.60 - $2.20
Min. order: 1 piece

Portable Waterproof... Sonic Brush Electric
$2.80 - $3.70
Min. order: 1 piece

1 pieces Details — $3.50
Lead time 6 days ⓘ

Shipping — $6.82
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 6 ⓘ

Total — $10.32

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart

**Verified supplier**

Shenzhen Mike Technology Co., Ltd.
Custom manufacturer
⬤ CN 3 YRS

🔵 Registered trademarks (1)

| Store rating | On-time delivery rate |
|---|---|
| 4.8/5 | 100.0% |
| Response time | Transactions |
| ≤1h | $230,000+ |
| Floorspace | Staff |
| 3000m² | 56 |

Services
Minor customization
Design-based customization

Quality control
Raw-material traceability identifica...
Finished product inspection

Certifications
CE FC ✅

Company profile | Visit store

Chat now

Browsing History

**Product details** | Company profile | Transactions | Buyer reviews — Report Suspicious Activity!

Recommend Products | Products Description | Product Details | Company Profile | FAQ

**Alibaba.com** Buy Now

| | |
|---|---|
| Shipping address | ████████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America |

Change   Add an address

**This order is protected**
with 🛡 Trade Assurance   View details

| | |
|---|---|
| Item(s) total: | USD 3.50 |
| Shipping fee | USD 6.82 |
| Order total | USD 10.32 |
| Tax: | USD 0.73 |

🏢 Shenzhen Mlike Technology Co., Ltd.

💬 Chat with the supplier

**MARCH** Low price rechargeable silicone sonic electric exfoliating cleaner face washing device facial cleansing brush

**90-day lowest prices**

| Color : 🟣 Pink , | USD 3.50 / Piece ⓘ | − 1 + | USD 3.50 |
|---|---|---|---|
| Power Supply Mode : RECHARGEABLE | | | |

Customization Service

The minimum quantity required for customization options is **1** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 3.50**

**Proceed to pay**

Payment Security: ✓ 🗝 VISA 🔒

📧 Messenger ⌃

| | |
|---|---|
| Shipping service line | Electronics Parcels (Standard) ⌄ |
| | **Alibaba.com** Logistics |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) ⓘ |
| Delivery timeline | Guaranteed delivery by Apr 6 |
| | Compensation for delayed delivery |

| Payment | Dispatch | Received |
|---|---|---|
| ● | ● | ● |
| | Lead time 6 days | |
| | CN | Shipping time 12-17 working days | US |

**Alibaba.com** Logistics cost-effective, efficient, and trackable.

Shipping fee: **USD 6.82**

| | |
|---|---|
| Sales Tax ⓘ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 0.73**

| | |
|---|---|
| Payment Method | ○ Credit/Debit Card |
| | ● Other Payment Methods |
| | The transaction fees and currencies vary, depending on the payment method chosen. View details |
| | **T/T** **PayPal** ⓟ GPay **Online Transfer** |

| | |
|---|---|
| Additional notes (optional) | Please fill in |
| | 0/2000 |

**Protections on this order** with 🛡 Trade Assurance          View details >







MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com
What are you looking for... NEW Search
My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help
Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

Chat now
Browsing History

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

MARCH Deep Facial Cleansing Silicone Brush Sonic Face Brush Waterproof Silicone Facial Cleansing Brush Popular

1 buyer

No.13 Hot selling in Facial Cleanser For Home Use

CE FC View More

| 1 - 299 pieces | 300 - 499 pieces | 500 - 2999 pieces | >= 3000 pieces |
|---|---|---|---|
| $3.60 | $3.30 | $3.20 | $2.90 |

MARCH EXPO
- Lowest prices in 90 days
- Save up to US $30 with PayPal

Benefits: 3-day coupon giveaway: up to US $80 off View more

Color:

Power Supply Mode: USB recharge $3.60 − 1 +

Samples: , USB recharge
$3.60/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | 101 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 4 | 10 | 15 | To be negotiated |

Customization:
Alibaba.com build-in online customization Customise Now
Customized packaging (Min. order 1 piece)
Graphic customization (Min. order 1 piece)
color (Min. order 1000 pieces)
Customized logo (Min. order 1 piece)
Less

## Purchase details

Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 4 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

## Source with confidence

Direct from Verified Custom Manufacturer

1 pieces Details $3.60
Lead time 4 days

Shipping $8.12
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 4

Total $11.72

Start order
Contact supplier
Call us
Add to cart

Verified supplier
Shenzhen Mlike Technology Co., Ltd.
Custom manufacturer
CN 3 YRS

Registered trademarks (1)

Store rating 4.8/5
On-time delivery rate 100.0%
Response time ≤1h
Transactions $230,000+
Floorspace 3000m²
Staff 56

Services
Minor customization
Design-based customization

Quality control
Raw-material traceability identifica...
Finished product inspection

Certifications
CE FC

Company profile | Visit store

## You may also like

Hot Sell Silicone... Ultrasonic Exfoliating
$2.90 - $3.60
Min. order: 1 piece

Shenzhen Waterproof... Vibrating Silicone Face
$1.70 - $2.00
Min. order: 1 piece

Drop shipping free... samples professional
$1.60 - $2.10
Min. order: 1 piece

Factory Sonic Silicone... Facial Brush Waterproof
$3.10 - $3.80
Min. order: 1 piece

New Arrival Amazon... Electric Silicone Deep
$2.90 - $3.60
Min. order: 1 piece

Product details | Company profile | Transactions
Report Suspicious Activity!

Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted]
[redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change  Add an address

Shenzhen Mlike Technology Co., Ltd.  Chat with the supplier

MARCH Deep Facial Cleansing Silicone Brush Sonic Face Brush Waterproof Silicone Facial Cleansing Brush

90-day lowest prices

Color : Pink ,
Power Supply Mode : USB recharge

USD 3.60 / Piece  1  USD 3.60

Customization Service

The minimum quantity required for customization options is **1** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 3.60**

Shipping service line: Electronics Parcels (Standard)
Alibaba.com Logistics

Shipping methods: EXPRESS

Incoterms: DDP (Delivered Duty Paid)

Delivery timeline: Guaranteed delivery by Apr 4
Compensation for delayed delivery

Payment — Lead time 4 days — Dispatch (CN) — Shipping time 12-17 working days — Received (US)

Alibaba.com Logistics cost-effective, efficient, and trackable.  Shipping fee: **USD 8.12**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 0.83**

Payment Method

Credit/Debit Card

Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with Trade Assurance  View details

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 3.60 |
| Shipping fee | USD 8.12 |
| Order total | USD 11.72 |
| Tax: | USD 0.83 |

Proceed to pay

Payment Security:

Need Help?

Messenger

**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for... | Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com

Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

Ready to Ship | In Stock | Fast Dispatch

**Shenzhen Waterproof Vibrating Silicone Face Washing Brush Small Electric Facial Cleaner Brush**

8 buyers

No.12 Hot selling in Facial Cleanser For Home Use

CE FC | View More

| 1 - 299 pieces | 300 - 499 pieces | 500 -2999 pieces | >= 3000 pieces |
|---|---|---|---|
| $2.00 | $1.90 | $1.80 | $1.70 |

View larger image

Share

**MARCH EXPO** Lowest prices in 90 days
Save up to US $30 with PayPal

| Benefits: | Silver 3-day coupon giveaway: up to US $80 off | View more |
|---|---|---|

Color

Power Supply Mode | Removable Battery | $2.00 | − 1 +

Samples: | , Removable Battery
$2.00/piece Min. order: 1 piece Get samples

Lead time: 

| Quantity (pieces) | 1 - 100 | 101 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 7 | 10 | 15 | To be negotiated |

Customization: | Alibaba.com build-in online customization Customise Now
Customized packaging (Min. order 1 piece)
Graphic customization (Min. order 1 piece)
color (Min. order 1000 pieces)
Customized logo (Min. order 1 piece)
Less ∧

**Purchase details**

Protection with | Trade Assurance

Shipping: | Enjoy On-time Delivery Guarantee: Receive by Apr 5 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: | VISA | Enjoy encrypted and secure payments View details

Returns & Refunds | Eligible for returns and refunds View details

**Source with confidence**

Direct from Verified Custom Manufacturer

**You may also like**

| Drop shipping free... samples professional | Deep Facial Cleansing Silicone Brush Sonic Face | Hot Sell Silicone... Ultrasonic Exfoliating | New Rechargeable Mini... Waterproof facial | 2022 Electric Wireless... Facial Face LED beauty |
|---|---|---|---|---|
| $1.60 - $2.10 | $2.90 - $3.60 | $2.90 - $3.60 | $1.35 - $1.65 | $6.50 - $8.50 |
| Min. order: 1 piece | Min. order: 1 piece | Min. order: 1 piece | Min. order: 2 pieces | Min. order: 1 piece |

Product details | Company profile | Transactions

Report abuse

---

1 pieces Details | $2.00
Lead time 7 days

Shipping | $5.93
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 5

Total | $7.93

Start order

Contact supplier

Call us

Add to cart

**Verified supplier**

Shenzhen Mlike Technology Co., Ltd.
Custom manufacturer
CN 3 YRS

Registered trademarks (1)

| Store rating | On-time delivery rate |
|---|---|
| 4.8/5 | 100.0% |
| Response time | Transactions |
| ≤1h | $230,000+ |
| Floorspace | Staff |
| 3000m² | 56 |

Services

Minor customization
Design-based customization

Quality control

Raw-material traceability identifica...
Finished product inspection

Certifications

CE FC

Company profile | Visit store

Chat now

Browsing History



**Alibaba.com** Global trade starts here  Buy Now

Shipping address

████████ ████ Miami, Florida, 33133-2709, United States of America

Change   Add an address

This order is protected
with 🛡 Trade Assurance   View details

Item(s) total:                    USD 2.00
Shipping fee                      USD 5.93

Order total                       USD 7.93
Tax:                              USD 0.56

🛒 Proceed to pay

Payment Security:  ✓  VISA

🏪 Shenzhen Mlike Technology Co., Ltd.                    Chat with the supplier

MARCH  Shenzhen Waterproof Vibrating Silicone Face Washing Brush Small Electric Facial Cleaner Brush
90-day lowest prices

Color : ● Pink ,                    USD 2.00 / Piece ⓘ    −  1  +    USD 2.00
Power Supply Mode : Removable Battery

Customization Service

The minimum quantity required for customization options is **1** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 2.00**

Store Coupon: [no-available ▾]  - USD 0.00

Shipping service line        Electronics Parcels (Standard) ⌄
                             Alibaba.com | Logistics

Shipping methods             📦 EXPRESS

Incoterms                    DDP (Delivered Duty Paid) ⓘ

Delivery timeline            Guaranteed delivery by Apr 5
                             Compensation for delayed delivery

Payment              Dispatch                     Received
●────────────────────●────────────────────────────●
        Lead time 7 days    CN    Shipping time 12-17 working days    US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.        Shipping fee: **USD 5.93**

Sales Tax ⓘ          According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax
                     when you place an order. Learn more

                     ⓘ If you are purchasing products for resale or production, submit tax information to
                        be verified for tax exemption. Submit now

                                                                   Tax  **USD 0.56**

Payment Method       ○ Credit/Debit Card

                     ◉ Other Payment Methods
                       The transaction fees and currencies vary, depending on the payment method chosen. View details
                       T/T  PayPal  [Pay]  [G Pay]  **Online Transfer**

Additional notes (optional)   [Please fill in                                    ]
                                                                        0/2000

**Protections on this order** with 🛡 Trade Assurance                View details ›

Need Help?

🗨 Messenger  ⌃



MARCH EXPO Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for...   Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com
Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Other Home Use Beauty Equipment

Ready to Ship | In Stock | Fast Dispatch

MARCH Anti aging peeling rechargeable silicone face brush facial cleansing facial cleanser brush facial cleansing brush

FC View More

| 1 - 99 pieces | 100 - 499 pieces | 500 - 2999 pieces | >= 3000 pieces |
| --- | --- | --- | --- |
| $3.70 | $3.20 | $2.90 | $2.60 |

MARCH EXPO   Save up to US $30 with PayPal

Benefits:   Platinum   3-day coupon giveaway: up to US $80 off   View more ›

Color:

Power Supply Mode:   RECHARGEABLE   $3.70   0

Samples:   , RECHARGEABLE
$3.70/piece   Min. order : 1 piece   Get samples

Lead time:   ⓘ

| Quantity (pieces) | 1 - 1 | 2 - 500 | 501 - 1000 | > 1000 |
| --- | --- | --- | --- | --- |
| Lead time (days) | 5 | 7 | 15 | To be negotiated |

Customization:   Alibaba.com build-in online customization   Customise Now
Customized logo (Min. order 1 piece)
Customized packaging (Min. order 1 piece)
More ⌄

### Purchase details

Protection with 🛡 Trade Assurance

Shipping:   Enjoy On-time Delivery Guarantee: Receive by Apr 6 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments:   VISA ● ● PayPal ● ● Pay G Pay
Enjoy encrypted and secure payments   View details

Returns & Refunds:   Eligible for returns and refunds   View details

### Source with confidence

⊘ Direct from Verified Custom Manufacturer

The minimum order quantity is 1 piece
0/1 piece   from $3.70
Lead time 5 days ⓘ

Shipping   from $8.68
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 6 ⓘ

**Start order**

📄 Contact supplier

📞 Call us

🛒 Add to cart

**Verified supplier**

Shenzhen Mlike Technology Co., Ltd.
Custom manufacturer
CN   3 YRS

⊘ Registered trademarks (1)

| | |
| --- | --- |
| Store rating | On-time delivery rate |
| 4.8/5 | 100.0% |
| Response time | Transactions |
| ≤2h | $230,000+ |
| Floorspace | Staff |
| 3000m² | 56 |

Services
Minor customization
Design-based customization

Quality control
Raw-material traceability identifica...
Finished product inspection

Certifications
CE FC ⚡

Company profile   Visit store

## You may also like

| | | | | |
| --- | --- | --- | --- | --- |
| Sample Available | Sample Available | Sample Available | Sample Available | Sample Available |
| Mini Portable Waterproo... Sonic Silicone Exfoliating | Portable Waterproof... Sonic Brush Electric | Micro Current Vibrating... Eye Massage Anti Wrinkle | High Quality Face... Massager Beauty Care | Portable deep clean 3 in... spin facial face cleaner |
| $2.30 - $3.50 | $2.80 - $3.70 | $1.90 - $2.50 | $2.87 - $3.17 | $3.90 - $4.80 |
| Min. order: 1 piece | Min. order: 1 piece | Min. order: 1 piece | Min. order: 1 piece | Min. order: 1 piece |
| 20+ views · 2 orders | 3 views | 10+ views · 1 orders | 10+ views · 1 orders | 5 views · 3 orders |

## You may like

Chat now
Browsing History



**Alibaba.com** Global trade starts here    Buy Now

| Shipping address | [redacted] Miami, Florida, 33133-2709, United States of America |
| --- | --- |

Change    Add an address

This order is protected
with 🛡 Trade Assurance    View details

| Item(s) total: | USD 3.70 |
| --- | --- |
| Shipping fee | USD 8.68 |

| Order total | USD 12.38 |
| --- | --- |
| Tax: | USD 0.87 |

🛡 **Proceed to pay**

Payment Security: [icons]

🏭 Shenzhen Mlike Technology Co., Ltd.                    💬 Chat with the supplier

**MARCH** Anti aging peeling rechargeable silicone face brush facial cleansing facial cleanser brush facial cleansing brush

Color : 🔴 Pink
Power Supply Mode : RECHARGEABLE

USD 3.70 / Piece ⓘ    [−] 1 [+]    USD 3.70

Customization Service

The minimum quantity required for customization options is **1** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total:    **USD 3.70**

Store Coupon:    [no-available ▼]    - USD 0.00

| Shipping service line | Electronics Parcels (Standard) ∨ |
| --- | --- |
| | Alibaba.com \| Logistics |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) ⓘ |
| Delivery timeline | Guaranteed delivery by Apr 6 |
| | Compensation for delayed delivery |

Payment ——————————— Dispatch ——————————— Received

Lead time 5 days    CN    Shipping time 12-17 working days    US

⚠ Shipment to India may delay due to uncertainties associated with custom clearance and logistics services. Please check with the sellers before placing orders.

Alibaba.com | Logistics  cost-effective, efficient, and trackable.    Shipping fee:  USD 8.68

| Sales Tax ⓘ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |
| --- | --- |

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 0.87**

| Payment Method | ◯ Credit/Debit Card |
| --- | --- |
| | 🔘 Other Payment Methods |
| | The transaction fees and currencies vary, depending on the payment method chosen. View details |
| | T/T  P PayPal  [Pay]  [G Pay]  **Online Transfer** |

| Additional notes (optional) | Please fill in |
| --- | --- |
| | 0/2000 |

Messenger ∧



**MARCH EXPO**  Claim 3 coupons worth US $80 from Apr 1-16, 2023 PT    View more

Alibaba.com   What are you looking for...   🔍 Search

My Alibaba | Messages | Orders | Cart

Categories ▼ | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central ▼ | Sell on Alibaba.com ▼ | Help ▼

Get the app | English - USD ▼ | Ship to: 🇺🇸

Home › All Industries › Beauty › Beauty Equipment › Home Use Beauty Equipment › Face Cleaning Brush



View larger image

     

Share

**Ready to Ship**  ✓ In Stock  ✓ Fast Dispatch

## Face Cleansing Brush Electric Facial Massager Silicone Brush Cleaner Sonic Vibration Deep Pore Cleaning

2 buyers

🔶 No.4 Hot selling in Sonic Vibration Face Cleaning Brush

CE  View More

| 1 - 299 pieces | 300 - 499 pieces | 500 - 2999 pieces | >= 3000 pieces |
|---|---|---|---|
| **$2.00** | $1.90 | $1.80 | $1.70 |

**10% OFF**  Product value more than $100.00, Capped at $10...  Get Coupon ▼

Benefits:    3-day coupon giveaway: up to US $80 off    View more ›

Color

Power Supply Mode    Removable Battery    $2.00    − 0 +

Samples:    🔵 , Removable Battery
$2.60/piece   Min. order : 1 piece   Get samples

Lead time: ⓘ

| Quantity (pieces) | 1 - 100 | 101 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 7 | 10 | 15 | To be negotiated |

Customization:    Customized packaging (Min. order 1 piece)
Graphic customization (Min. order 1 piece)
More ▼

### Purchase details

Protection with 🛡 Trade Assurance

Shipping:    Enjoy On-time Delivery Guarantee: Receive by May 16 via Electronics Parcels (Standard)

The minimum order quantity is 1 piece
0/1 piece    from **$2.00**
Lead time 7 days ⓘ

Shipping    from **$5.62**
(Duty Incl.)
Electronics Parcels (Standard)
Alibaba.com Logistics
Guaranteed delivery By May 16 ⓘ

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart

**Verified supplier**

Shenzhen Mlike Technology Co., Ltd.
Custom manufacturer
🇨🇳 CN    3 YRS

 Registered trademarks (1)

Store rating    On-time delivery rate
4.6/5    97.2%

Response time    Online revenue
≤2h    $200,000+

Floorspace    Staff
3000m²    56

Services
Minor customization

Chat now

Browsing History



Buy Now

| | |
|---|---|
| Shipping address | ████ ███ ████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America |

**Change**   **Add an address**

**This order is protected**
with 🛡 Trade Assurance  **View details**

🚚 Shenzhen Mlike Technology Co., Ltd.

💬 Chat with the supplier

Face Cleansing Brush Electric Facial Massager Silicone Brush Cleaner Sonic Vibration Deep Pore Cleaning

Color : 🔴 Pink , Power Supply Mode : Removable Battery

USD 2.00 / Piece ⓘ    −  1  +    USD 2.00

**Customization Service**

The minimum quantity required for customization options is **1** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 2.00**

| | |
|---|---|
| Item(s) total: | USD 2.00 |
| Shipping fee | USD 5.62 |
| Order total | USD 7.62 |
| Tax: | USD 0.54 |

☑ Proceed to pay

Payment Security:

| | |
|---|---|
| Shipping service line | **Electronics Parcels (Standard)** ⌄ |
| | Alibaba.com Logistics |
| Shipping methods | ≋ EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) ❓ |
| Delivery timeline | **Guaranteed delivery by May 16** |
| | Compensation for delayed delivery |

Payment ———————— Dispatch ———————— Received
● ——————————————— ● ——————————————— ●
Lead time 7 days          CN      Shipping time 12-17 working days      US

Alibaba.com Logistics  cost-effective, efficient, and trackable.

Shipping fee: **USD 5.62**

DOE Number: 51
Seller Name: Shenzhen Neiger Technology Co., Ltd.
Marketplace: Alibaba

4/18/23, 4:15 AM
Factory Direct Sale Facial Cleansing Brush Electric Vibrating Silicone Cleansing Brush - Buy Facial Cleansing Brush,Vibrating Silicone Cleansing Brush,LED Docket Facial Brush Product on Alibaba.com
Case 1:23-cv-23631-RNS Document 20-1 Entered on FLSD Docket 11/13/2023 Page 216 of 441



| What are you looking for... |  | Search |

My Alibaba · Messages · Orders · Cart

Categories ▾ | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central ▾ | Sell on Alibaba.com ▾ | Help ▾ | 🗗 Get the app | English - USD ▾ | Ship to: 🇺🇸 ▾

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



🔍 View larger image

   

Share

**Ready to Ship** | In Stock | Fast Dispatch

Factory direct sale facial cleansing brush electric vibrating silicone cleansing brush

| 1 - 499 pieces | 500 - 999 pieces | 1000 - 9999 pieces | >= 10000 pieces |
|---|---|---|---|
| **$8.09** | **$5.65** | **$4.85** | **$4.55** |

Benefits: Quick refunds on orders under US $500 — View more »

Color: 

Power Supply Mode: Built-in Battery — $8.09 — [ − ] 0 [ + ]

Samples: , Built-in Battery
$8.09/piece  Min. order : 1 piece  Get samples

Lead time ⓘ

| Quantity (pieces) | 1 - 100 | 101 - 1000 | 1001 - 10000 | > 10000 |
|---|---|---|---|---|
| Lead time (days) | 3 | 25 | 35 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
More ⌄

### Purchase details

Protection with 🛡 Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by May 15 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments:    ...

Enjoy encrypted and secure payments View details

---

The minimum order quantity is 1 piece
0/1 piece — from **$8.09**
Lead time 3 days ⓘ

Shipping — from **$7.87**
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By May 15 ⓘ

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart

Shenzhen Neiger Technology Co...
Manufacturer,Trading Company
🇨🇳 CN 5YR

| Response Time | On-time delivery r... |
|---|---|
| ≤10h | 100.0% |

7 Transactions
20,000+

Chat now

Browsing History

TOP

 **Buy Now**

Shipping address

██████ ██  ██████
████████████  Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**    **Add an address**

🏪 Shenzhen Neiger Technology Co., Ltd.                                    💬 Chat with the supplier

Factory direct sale facial cleansing brush electric vibrating silicone cleansing brush

Color : 🔴 Pink , Power Supply Mode : Built-in Battery          USD 8.09 / Piece ⓘ    −  1  +          USD 8.09

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total:  **USD 8.09**

Shipping service line    **Electronics Parcels (Standard)** ⌄
                         Alibaba.com | Logistics

Shipping methods         ≋ EXPRESS

Incoterms                DDP (Delivered Duty Paid) ❓

Delivery timeline        **Guaranteed delivery by May 11**
                         Compensation for delayed delivery

Payment              Dispatch                Received
●───────────────────●───────────────────────●
        Lead time 3 days        CN    Shipping time 12-17 working days    US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.          Shipping fee:  **USD 7.90**

**This order is protected**
with 🛡 Trade Assurance    **View details**

Item(s) total:                    USD 8.09
Shipping fee                      USD 7.90

Order total                       USD 15.99
Tax:                              USD 1.12

[ ✓ Proceed to pay ]

Payment Security:   ✓   PCI

DOE Number: 52
Seller Name: Shenzhen Niu Fulai Electronic Technology Co., Ltd.
Marketplace: Alibaba



**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories ∨ | Ready to Ship ∨ | Personal Protective E... | Trade Shows | Buyer Central ∨ | Sell on Alibaba.com ∨

Get the app | English - USD ∨ | Ship to: 🇺🇸 ∨

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

Ready to Ship | ⊘ In Stock | ⊘ Fast Dispatch

Ultrasonic Silicone Sonic Face Cleanser Skin Mini Washing Massager Brush Rechargeable Electric Facial Cleansing Brush

| 2 - 99 pieces | 100 - 499 pieces | 500 - 299999 pieces | >= 300000 pieces |
|---|---|---|---|
| **$2.50** | **$2.29** | **$2.09** | **$1.32** |

**MARCH EXPO** Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500    View more ›

Color:

Power Supply Mode: Built-in Battery    $2.50    ⊖  2  ⊕

Lead time ⓘ

| Quantity (pieces) | 1 - 200 | 201 - 1000 | >1000 |
|---|---|---|---|
| Lead time (days) | 7 | 15 | To be negotiated |

Customization: Customized logo (Min. order 2000 pieces)
Customized packaging (Min. order 2000 pieces)

### Purchase details

Protection with 🛡 Trade Assurance    Report abuse

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 6 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA 💳 P PayPal ⟋ ✚Pay GPay | Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

**2 pieces** Details    **$5.00**
Lead time **7 days** ⓘ

Shipping    **$10.61**
(Duty Incl.)
Electronics Parcels
(Standard) Change
**Alibaba.com** Logistics
Guaranteed delivery **By Apr 6** ⓘ

Total    **$15.61**

Start order

✉ Contact supplier

🛒 Add to cart

**✓ Verified supplier**

Shenzhen Niu Fulai Electronic Technolo...
Multispecialty supplier
🇨🇳 CN   3 YRS    VR Showroom

Store rating    On-time delivery rate
**4.6/5**    **97.1%**

Response time    Transactions
**≤5h**    **$120,000+**

Main markets    Customers served
**North America,...**    **1**

Services
**Minor customization**
**Design-based customization**

Quality control
**Raw-material traceability identifica...**

Certifications    ›

Company profile    Visit store

Product details | Company profile

Product Description | Specification | Packing & Delivery | Company Profile | FAQ

### Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | NFL |
| Model Number: | S002 | Plugs Type: | USB charging |
| Material: | Silicone, Food grade silicone+ABS | Waterproof: | Yes, IPX7 |
| Warranty: | 1 Year | Feature: | DEEP CLEANSING |
| Product name: | Facial Cleansing Brush | Color: | Mei red,pink,black,yellow,blue |
| Input Voltage: | 3.7V | Type: | Multi-Function Beauty Equipmen |
| Vibration Frequenc: | 6000 times / min | Certification: | ce |

**Packaging & delivery**

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 14X10X6 cm |
| Single gross weight: | 0.200 kg |

Lead time ⓘ

| Quantity(pieces) | 1 - 200 | 201 - 1000 | >1000 |
|---|---|---|---|
| Lead time (days) | 7 | 15 | To be negotiated |

**Ultrasonic Silicone Sonic Face Cleanser Skin Mini Washing Massager Brush Rechargeable Electric Facial Cleansing**

**Alibaba.com** Global trade starts here®   Buy Now

Shipping address

███████
█████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change   Add an address

---

This order is protected
with 🛡 Trade Assurance   View details

| Item(s) total: | USD 5.00 |
| Shipping fee | USD 10.61 |
| Order total | USD 15.61 |
| Tax: | USD 1.1 |

🛡 Proceed to pay

Payment Security: ✓ DSS   VISA

---

🏢 Shenzhen Niu Fulai Electronic Technology Co., Ltd.            💬 Chat with the supplier

Ultrasonic Silicone Sonic Face Cleanser Skin Mini Washing Massager Brush Rechargeable Electric Facial Cleansing Brush

Color : ● Mei red .                        USD 2.50 / Piece ⓘ    [ − ] 2 [ + ]      USD 5.00
Power Supply Mode : Built-in Battery

Customization Service

The minimum quantity required for customization options is **2000** Pieces.
You currently have **2** Pieces in your cart.

                                                                 Item(s) total:  **USD 5.00**

---

Shipping service line        Electronics Parcels (Standard) ∨
                             Alibaba.com · Logistics

Shipping methods             🚢 EXPRESS

Incoterms                    DDP (Delivered Duty Paid) ⓘ

Delivery timeline            Guaranteed delivery by Apr 6
                             Compensation for delayed delivery

                             Payment              Dispatch              Received
                             ●━━━━━━━━━━━━━━━━━━━●━━━━━━━━━━━━━━━━━━━●
                                   Lead time 7 days      CN   Shipping time 12-17 working days   US

Alibaba.com  Logistics  cost-effective, efficient, and trackable.        Shipping fee:  **USD 10.61**

---

Sales Tax ⓘ          According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax
                     when you place an order. Learn more

                     ⓘ If you are purchasing products for resale or production, submit tax information to
                        be verified for tax exemption. Submit now

                                                                          Tax  **USD 1.10**

---

Payment Method       ○ Credit/Debit Card

                     ● Other Payment Methods
                        The transaction fees and currencies vary, depending on the payment method chosen. View details
                        T/T  P PayPal  [Pay] [G Pay]  **Online Transfer**

---

Additional notes (optional)   | Please fill in                                        |
                              |                                                       |
                              |                                                0/2000 |

---

Protections on this order with 🛡 Trade Assurance                          View details ›



DOE Number: 53
Seller Name: Shenzhen Nove Technology Co., Ltd.
Marketplace: Alibaba



**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Other Home Use Beauty Equipment



View larger image

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

MARCH Trending products 2023 new arrivals silicone vibration facial cleansing brush With Rose Quartz and LED light therapy Popular

★★★★★ 5.0 15 Reviews | 15 buyers

CE View More

| 2 - 99 pieces | 100 - 199 pieces | 200 - 499 pieces | >= 500 pieces |
|---|---|---|---|
| $15.00 | $14.45 | $13.23 | $12.88 |

MARCH EXPO Lowest prices in 90 days · Save up to US $30 with PayPal

Benefits: 3-day coupon giveaway: up to US $80 off — View more ›

Color

Power Supply Mode — USB recharge — $15.00 — − 2 +

Samples: , USB recharge — $15.00/piece — Min. order : 1 piece — Get samples

Lead time ⓘ

| Quantity (pieces) | 1 - 100 | 101 - 500 | 501 - 1000 | >1000 |
|---|---|---|---|---|
| Lead time (days) | 5 | 10 | 15 | To be negotiated |

Customization: Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 500 pieces)
Graphic customization (Min. order 100 pieces)
Less ∧

**Purchase details**

Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Mar 28 via Seller's Shipping Method 2

Payments: VISA mastercard PayPal Klarna Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Enjoy Easy Return: Return to local warehouses for free and get full refunds View details

**Source with confidence**

🏆 Top-rated supplier in the past 90 days

2 pieces Details — $30.00
Lead time 5 days ⓘ

Shipping — $32.00
Seller's Shipping Method 2 (DHL) Change

Guaranteed delivery By Mar 28 ⓘ

Total — $62.00

Start order

Contact supplier

Call us

Add to cart

Verified supplier

Shenzhen Nove Technology Co., Ltd.
Multispecialty supplier
CN | 5 YRS | VR Showroom

| Store rating | On-time delivery rate |
|---|---|
| 4.9/5 | 100.0% |
| Response time | Transactions |
| ≤2h | $260,000+ |
| Customers served | R&D engineers |
| 1 | 1 |

Services
Centralized procurement available
Full customization

Quality control
Raw-material traceability identifica...

Certifications
CE

Company profile | Visit store

**You may also like**



electric led gua sha 5 in 1 Electric Gua Sha Galvan...
$24.00
Min. order: 2 pieces



red light therapy skincare wand massager red fac...
$7.35 - $9.00
Min. order: 2 pieces



New Arrivals Skin Lifting Firming 3 Minute Light...
$7.00 - $9.00
Min. order: 100 pieces



2022 New Arrival and Best Seller SiliCone Faci...
$13.88 - $15.00
Min. order: 2 pieces



New Design Electric... silicone Jade Deep
$12.88 - $15.00
Min. order: 2 pieces

**Product details** | Company profile | Transactions | Buyer reviews | Report abuse

Product Description | Company Information



Alibaba.com Global trade starts here. Buy Now

Shipping address
[redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America
Change Add an address

This order is protected with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 30.00 |
| Shipping fee | USD 32.00 |
| Order total | USD 62.00 |
| Tax: | USD 4.34 |

Proceed to pay

Payment Security:

Need Help?

Shenzhen Nove Technology Co., Ltd. Chat with the supplier

MARCH Trending products 2023 new arrivals silicone vibration facial cleansing brush With Rose Quartz and LED light therapy
90-day lowest prices

Color : Pink ,
Power Supply Mode : USB recharge

USD 15.00 / Piece — 2 + USD 30.00

Customization Service

The minimum quantity required for customization options is **100** Pieces.
You currently have **2** Pieces in your cart.

Messenger

Item(s) total: **USD 30.00**

| | |
|---|---|
| Shipping service line | Seller's Shipping Method 2 (DHL) |
| Shipping methods | EXPRESS |
| Incoterms | DAP (Delivered at Place) |
| Delivery timeline | Guaranteed delivery by Mar 28<br>Compensation for delayed delivery |

Payment — Dispatch — Received
Lead time 5 days CN Shipping time 5-9 working days US

Shipping fee: **USD 32.00**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 4.34**

Payment Method

Credit/Debit Card

Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details
T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional)
Please fill in
0/2000

**Protections on this order** with Trade Assurance View details

4/18/23, 3:45 AM                Home New Beauty And Personal Care 5 In 1 Private Label Wireless Electric Sonic Silicone Soft Skin Facial Cleansing Brush Silicone Facial Clea...

Case 1:23-cv-23631-RNS Document 20-1 Entered on FLSD Docket 11/13/2023 Page 224 of
441



Alibaba.com

| What are you looking for... | 🔍 Search |

 

My Alibaba    Messages    Orders    Cart

Categories ▾    Ready to Ship    Personal Protective E... ▾    Trade Shows    Buyer Central ▾    Sell on Alibaba.com ▾    Help ▾

📱 Get the app    English - USD ▾    Ship to: 🇺🇸 ▾

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





🔍 View larger image

↗ Share

**Ready to Ship** | ⚪ In Stock  ⚪ Fast Dispatch

Home New Beauty And Personal Care 5 In 1 Private Label Wireless Electric Sonic Silicone Soft Skin Facial Cleansing Brush

CE 🍃 View More



| 1 - 99 pieces | 100 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|---|
| **$15.00** | **$14.38** | **$13.25** | **$11.00** |

⬜ $80.00 OFF  Order more than $5,000.00   Get Coupon ▾

| Benefits: | 3-day coupon giveaway: up to US $80 off | View more ⟩ |
| Color | |

| Power Supply Mode | Built-in Battery | $15.00 | ⊖ 0 ⊕ |

| Samples: | 🔲 Built-in Battery |
| | $15.00/piece   Min. order : 1 piece   Get samples |

| Lead time:ⓘ | Quantity (pieces) | 1 - 100 | 101 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|---|
| | Lead time (days) | 8 | 15 | 20 | To be negotiated |

| Customization: | Customized logo (Min. order 50 pieces) |
| | Customized packaging (Min. order 100 pieces) |
| | More ▾ |

**Purchase details**                    Protection with 🛡 Trade Assurance

| Shipping: | Enjoy On-time Delivery Guarantee: Receive by May 18 via Electronics Parcels (Standard) |
| | Powered by Alibaba.com Logistics |

| Payments: | VISA 💳 P PayPal afterpay 🅿 Pay G Pay ··· |
| | Enjoy encrypted and secure payments View details |

The minimum order quantity is 1 piece

0/1 piece                    from **$15.00**

                             Lead time 8 days ⓘ

Shipping                     from **$20.48**

                             (Duty Incl.)

Electronics Parcels (Standard) Change

**Alibaba.com** Logistics

Guaranteed delivery By May 18 ⓘ

**Start order**

☐ Contact supplier

📞 Call us

🛒 Add to cart

**Verified supplier**

**Shenzhen Nove Technology Co., Ltd.**

**Multispecialty supplier**

🇨🇳 CN    6 YRS          VR Showroom

| Store rating | On-time delivery rate |
| 4.9/5 | 100.0% |
| Response time | Online revenue |
| ≤2h | $340,000+ |
| Customers served | R&D engineers |
| 1 | |

Services

**Centralized procurement available**

**Full customization**

Quality control

**Raw-material traceability identifi...**

💬 Chat now

🕐 Browsing History



TOP



**Buy Now**

Shipping address                    ████ ██ ███████
                                    ████████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of
                                    America

                                    **Change**    **Add an address**

---

🏬 Shenzhen Nove Technology Co., Ltd.                              ⏺ Chat with the supplier

Home New Beauty And Personal Care 5 In 1 Private Label Wireless Electric Sonic Silicone Soft Skin Facial Cleansing Brush

Color : ▦ different colors for choice ,         USD 15.00 / Piece ⓘ    ⊟  1  ⊞      USD 15.00
Power Supply Mode : Built-in Battery

┌─────────────────────────────────────────────────────────────────────────────┐
│                          Customization Service                                │
└─────────────────────────────────────────────────────────────────────────────┘

The minimum quantity required for customization options is **50** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total:  **USD 15.00**

---

Shipping service line        **Electronics Parcels (Standard)** ⌄
                             **Alibaba.com** | Logistics

Shipping methods             ⊗ EXPRESS

Incoterms                    DDP (Delivered Duty Paid) ❓

Delivery timeline            **Guaranteed delivery by May 18**
                             Compensation for delayed delivery

Payment                      Dispatch                    Received
●────────────────────────────●──────────────────────────●
          Lead time 8 days           Shipping time 12-17 working days
                             CN                          US

---

**This order is protected**
with 🛡 **Trade Assurance**    **View details**

Item(s) total:              USD 15.00
Shipping fee                USD 20.45

Order total                 USD 35.45
Tax:                        USD 2.48

┌─────────────────────────────────────┐
│    ☑ Proceed to pay                  │
└─────────────────────────────────────┘

Payment Security:  ✓  PCI

DOE Number: 54
Seller Name: Shenzhen Semlamp Intelligent Technology Co., Ltd.
Marketplace: Alibaba



**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



View larger image

Share

**Ready to Ship**  ⊘ In Stock  ⊘ Fast Dispatch

**MARCH** Trending Hot Products Facial Cleanser Cleaning Beauty Brush

**5% OFF** Discount ends in ⏱ 22d:2h:23m:8s

| 20 - 119 pieces | 120 - 1199 pieces | 1200 - 2999 pieces | >= 3000 pieces |
|---|---|---|---|
| $3.03 | $2.60 | $2.44 | $2.24 |
| $3.19 | $2.74 | $2.57 | $2.36 |

**MARCH EXPO** Lowest prices in 90 days · Save up to US $30 with PayPal ›

Benefits:  Platinum  3-day coupon giveaway: up to US $80 off  View more ›

Color:

Power Supply Mode:  Built-in Battery  $3.03  − 20 +

Samples:  , Built-in Battery
$5.00/piece  Min. order : 1 piece  Get samples

Lead time ⓘ

| Quantity (pieces) | 1 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 7 | 15 | To be negotiated |

Customization:  ✄ Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 50 pieces)
Customized packaging (Min. order 50 pieces)
More ˅

### Purchase details

Protection with 🛡 Trade Assurance

Shipping:  Enjoy On-time Delivery Guarantee: Receive by Apr 3 via Electronics Express (Premium)
Powered by Alibaba.com Logistics

Payments:  VISA 💳 P PayPal 〰️ 🍎 Pay G Pay 💳
Enjoy encrypted and secure payments  View details

Returns & Refunds:  Eligible for returns and refunds  View details

### Source with confidence

⊘ Direct from Verified Custom Manufacturer

20 pieces Details  $60.60
Lead time 7 days ⓘ

Shipping  $81.36
Electronics Express (Premium) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 3 ⓘ

Total  $141.96

Start order

📞 Contact supplier

🛒 Add to cart

**Verified supplier**

Shenzhen Semlamp Intelligent Technol...
**Custom manufacturer**
🇨🇳 CN  4 YRS

| Store rating | On-time delivery rate |
|---|---|
| 4.4/5 | 95.2% |
| Response time | Transactions |
| ≤3h | $400,000+ |
| Floorspace | Staff |
| 1320m² | 82 |

Services
**Minor customization**
**Design-based customization**

Quality control
**Finished product inspection**

Certifications ›
ISO EMC ✓ CE FC ⊘

Company profile  Visit store

Chat now

Browsing History

### You may also like

    

| Sample Available | Sample Available | Sample Available | Sample Available | Sample Available |
|---|---|---|---|---|
| Electrionic Face Beauty... Cleansing Brush | Mini Natural Electric... Waterproof Massager | 2021 Private Label Best... Wireless Rechargeable | New product silicone fa... cleansing instrument ce | Facial Brush Cleansing... Device Waterproof |
| $3.13 - $4.32 | $3.13 - $4.32 | $3.13 - $4.32 | $6.15 - $7.99 | $5.84 - $7.59 |
| $3.13 - $4.32 -5% | $3.13 - $4.32 -5% | $3.13 - $4.32 -5% | | $5.84 - $7.59 -5% |
| Min. order: 10 pieces | Min. order: 10 pieces | Min. order: 10 pieces | Min. order: 10 pieces | Min. order: 10 pieces |
| 1 views | 9 views | 5 views · 1 orders | 5 views | 2 views |

### You may like



Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted]
[redacted] Miami, Florida, 33133-2709, United States of America

Change Add an address

Shenzhen Semlamp Intelligent Technology Co., Ltd. Chat with the supplier

MARCH Trending Hot Products Facial Cleanser Cleaning Beauty Brush

90-day lowest prices 5% OFF Discount ends in 22d : 02h : 18m : 21s

Color : Pink ,
Power Supply Mode : Built-in Battery

USD 3.03 / Piece ~~USD 3.19 / Piece~~ 20 USD 60.60

Customization Service

The minimum quantity required for customization options is **50** Pieces.
You currently have **20** Pieces in your cart.

Item(s) total: **USD 60.60**
USD 3.20 saved

Store Coupon: no-available - USD 0.00

Shipping service line: Electronics Express (Premium)
Alibaba.com Logistics

Shipping methods: EXPRESS

Incoterms: DAP (Delivered at Place)

Delivery timeline: Guaranteed delivery by Apr 3
Compensation for delayed delivery

Payment — Dispatch — Received
Lead time 7 days CN Shipping time 5-9 working days US

Shipment to India may delay due to uncertainties associated with custom clearance and logistics services. Please check with the sellers before placing orders.

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 81.36**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 9.94**

Payment Method

Credit/Debit Card

Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

MARCH Save up to US $30 off with PayPal >

Additional notes (optional) Please fill in

**This order is protected**
with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 60.60 |
| Shipping fee | USD 81.36 |
| Order total | USD 141.96 |
| Tax: | USD 9.94 |

You saved USD 3.20 in this order.

Proceed to pay

Payment Security:

Need Help?

Messenger

DOE Number: 55
Seller Name: Shenzhen Sheng Banghua Technology Development Co., Ltd.
Marketplace: Alibaba

**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

Ready to Ship | In Stock | Fast Dispatch

MARCH Electric Facial Skin Care Wash Sonic Vibration Acne Pore Blackhead Silicone Cleaner Face Cleansing Brush

CE View More

| 1 - 499 pieces | 500 - 9999 pieces | >= 10000 pieces |
|---|---|---|
| $7.00 | $6.00 | $4.80 |

**MARCH EXPO** Save up to US $30 with PayPal

Benefits: Member prices: Up to 50% off — View more

Color

Power Supply Mode

| | | |
|---|---|---|
| RECHARGEABLE | $7.00 | − 1 + |
| USB recharge | $7.00 | − 0 + |

Samples: , USB recharge.
$7.00/piece  Min. order : 1 piece  Get samples

Lead time ⓘ

| Quantity (pieces) | 1 - 100 | 101 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 7 | 10 | 15 | To be negotiated |

Customization: Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 200 pieces)
Customized packaging (Min. order 500 pieces)
Graphic customization (Min. order 1000 pieces)
Less ∧

**Purchase details**                      Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 6 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Apple Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

**Source with confidence**

Direct from Verified Custom Manufacturer

---

1 pieces Details                      $7.00
Lead time 7 days ⓘ

Shipping                      $12.29
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 6 ⓘ

Total                      $19.29

Start order

Contact supplier

Call us

Add to cart

Verified supplier

Shenzhen Sheng Banghua Technology...
Custom manufacturer
CN 14 YRS

| Store rating | On-time delivery rate |
|---|---|
| 4.5/5 | 93.8% |
| Response time | Transactions |
| ≤3h | $240,000+ |
| Floorspace | Staff |
| 3180m² | 102 |

Services
Minor customization
Design-based customization

Quality control
Finished product inspection
QA/QC inspectors (4)

Certifications
CE

Company profile | Visit store

---

**You may also like**

Beauty Instrument Pore Cleansing Electric...
$4.80 - $7.80
Min. order: 1 piece

Facial Cleansing Brush Face Scrubber...
$3.79 - $6.79
Min. order: 1 piece

Rotating Brush Wash Face Machine Blackhea...
$5.00 - $7.00
Min. order: 1 piece

Amazon best seller face... cleanser machine
$4.50 - $8.00
Min. order: 1 piece

Skincare 3 in 1 Spin... Exfoliating Electric Face
$5.50 - $9.50
Min. order: 1 piece

---

Product details | Company profile                      Report abuse

uct Description | Detailed Images | Company Information | Certification | FAQ | Hot Selling Products | Contact Information

Chat now

Browsing History

Share



**Alibaba.com**
Global trade starts here

Buy Now

Shipping address          ████████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change    Add an address

This order is protected
with 🛡 Trade Assurance   View details

Item(s) total:                    USD 7.00
Shipping fee                      USD 12.29

Order total                       USD 19.29
Tax:                              USD 1.35

Proceed to pay

Payment Security:

🏬 Shenzhen Sheng Banghua Technology Development Co., Ltd.          💬 Chat with the supplier

**MARCH** Electric Facial Skin Care Wash Sonic Vibration Acne Pore Blackhead Silicone Cleaner Face Cleansing Brush

Color : 🔴 Red ,
Power Supply Mode : RECHARGEABLE

USD 7.00 / Piece ⓘ     [  1  +]       USD 7.00

Customization Service

The minimum quantity required for customization options is 200 Pieces.
You currently have **1** Pieces in your cart.

Item(s) total:  **USD 7.00**

Messenger                                           ⌃

Shipping service line      Electronics Parcels (Standard) ⌄
                           Alibaba.com / Logistics

Shipping methods           🚢 EXPRESS

Incoterms                  DDP (Delivered Duty Paid) ⓘ

Delivery timeline          Guaranteed delivery by Apr 6
                           Compensation for delayed delivery

                    Payment              Dispatch                Received
                    ●━━━━━━━━━━━━━━━━●━━━━━━━━━━━━━━━━●
                    Lead time 7 days    CN   Shipping time 12-17 working days   US

Alibaba.com Logistics  cost-effective, efficient, and trackable.                    Shipping fee:  **USD 12.29**

Sales Tax ⓘ          According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

                     ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

                                                                      Tax  **USD 1.35**

Payment Method       ○ Credit/Debit Card

                     ◉ Other Payment Methods
                        The transaction fees and currencies vary, depending on the payment method chosen. View details
                        T/T  PayPal  [Pay] [GPay]  **Online Transfer**

Additional notes (optional)   [Please fill in
                                                                          0/2000]

Protections on this order with 🛡 Trade Assurance          View details ›

DOE Number: 56
Seller Name: Shenzhen Skyful Technology Co., Ltd.
Marketplace: Alibaba

**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Buyer Central | Sell on Alibaba.com | Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Other Home Use Beauty Equipment

Ready to Ship | In Stock | Fast Dispatch

**Sonic Vibrating Facial Cleansing Brush Waterproof Face Cleaning Exfoliating and Massaging**

| 1 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
| --- | --- | --- |
| $14.90 | $9.20 | $8.40 |

View larger image

Share

**MARCH EXPO** Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500    View more

| Color | | | | | |
| --- | --- | --- | --- | --- | --- |
| Blue | $14.90 | − | 1 | + | |
| Pink | $14.90 | − | 0 | + | |
| Red | $14.90 | − | 0 | + | |
| Yellow | $14.90 | − | 0 | + | |
| green | $14.90 | − | 0 | + | |

| Lead time: | Quantity (pieces) | 1 - 500 | 501 - 2000 | 2001 - 5000 | > 5000 |
| --- | --- | --- | --- | --- | --- |
| | Lead time (days) | 7 | 12 | 21 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 500 pieces)
Graphic customization (Min. order 500 pieces)
Less

**Purchase details**                    Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Mar 30 via Air Charter Express US (Premium)
Powered by Alibaba.com Logistics

Payments: VISA  Mastercard  P PayPal  afterpay  Pay  G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

1 pieces Details            $14.90
Lead time 7 days

Shipping                    $14.94
Air Charter Express US (Premium) Change
Alibaba.com Logistics
Guaranteed delivery By Mar 30

Total                       $29.84

Start order

Contact supplier

Call us

Add to cart

Chat now

Browsing History

**Shenzhen Skyful Technology Co., Ltd.**
Manufacturer,Trading Company
CN 6YR
Response Time    On-time delivery r...
≤2h              91.7%
56 Transactions
80,000+

**You may also like**

face & neck lifting 3 led... color other beauty &
$8.50 - $10.90
Min. order: 1 acre

2021 new Top 10 seller... beauty & personal care
$6.90 - $9.90
Min. order: 1 box

Ultra soft Sonic Vibratin... Facial Cleansing Brush
$8.40 - $14.90
Min. order: 1 piece

3 led color other beauty ... personal care products
$8.50 - $10.90
Min. order: 1 acre

3 led color other beauty ... personal care products
$8.50 - $10.90
Min. order: 1 acre

| Product details | Company profile |  | Report Suspicious Activity! |
| --- | --- | --- | --- |

FAQ    Product Description

**Overview**

Essential details

Place of Origin: Guangdong, China          Brand Name: Skyful



Alibaba.com Global trade starts here. Buy Now

Shipping address
[redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America
Change Add an address

Shenzhen Skyful Technology Co., Ltd. Chat with the supplier

Sonic Vibrating Facial Cleansing Brush Waterproof Face Cleaning Exfoliating and Massaging
Color: Blue USD 14.90 / Piece 1 USD 14.90

Customization Service

The minimum quantity required for customization options is **500** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 14.90**

Shipping service line: Air Charter Express US (Premium)
Alibaba.com Logistics

Shipping methods: EXPRESS

Incoterms: DAP (Delivered at Place)

Delivery timeline: Guaranteed delivery by Mar 30
Compensation for delayed delivery

Payment — Lead time 7 days — Dispatch (CN) — Shipping time 5-9 working days — Received (US)

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 14.94**

Sales Tax: According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 2.09**

Payment Method
Credit/Debit Card
Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details
T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional)
Please fill in
0/2000

**Protections on this order** with Trade Assurance View details

**On-time Delivery Guarantee**
Delivered by Mar 30 or you are eligible for compensation

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 14.90 |
| Shipping fee | USD 14.94 |
| Order total | USD 29.84 |
| Tax: | USD 2.09 |

Proceed to pay

Payment Security:

Need Help?

Messenger

DOE Number: 57
Seller Name: Shenzhen Sunhills Network Technology Co., Ltd.
Marketplace: Alibaba



**MARCH EXPO** Claim 3 coupons worth US $80 from Apr 1-16, 2023 PT

View more

Alibaba.com

What are you looking for...    Search

My Alibaba   Messages   Orders   Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help

Get the app   English - USD   Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



View larger image



 Share

**Ready to Ship**   In Stock   Fast Dispatch

4 In 1 Private Label Waterproof Rechargeable Ultrasonic New Electric Vibrating Sonic Silicone Facial Cleansing Brush

9 buyers

C E FC   View More

| 1 - 499 pieces | 500 - 999 pieces | 1000 - 4999 pieces | >= 5000 pieces |
|---|---|---|---|
| $13.50 | $11.69 | $11.50 | $10.50 |

$100.00 OFF Order more than $10,000.00   Get Coupon

Benefits: Quick refunds on orders under US $500   View more
Color:     
Power Supply Mode: RECHARGEABLE   $13.50   - 0 +
Samples: , RECHARGEABLE
$14.00/piece   Min. order : 1 piece   Get samples

Lead time:
| Quantity (pieces) | 1 - 100 | 101 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|
| Lead time (days) | 7 | 10 | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 1000 pieces)
More

**Purchase details**   Protection with Trade Assurance
Shipping: Enjoy On-time Delivery Guarantee: Receive by May 16 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

The minimum order quantity is 1 piece
0/1 piece   from $13.50
Lead time 7 days
Shipping   from $12.43 (Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By May 16

Start order
Contact supplier
Call us
Add to cart

Shenzhen Sunhills Network Tech...
Trading Company   CN 7YR
Response Time ≤6h   On-time delivery r... 97.7%
79 Transactions   120,000+

Chat now   Browsing History

TOP



**Buy Now**

Shipping address
████ ██ █████
███████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change    Add an address

---

**This order is protected**
with 🛡 Trade Assurance    View details

| | |
|---|---|
| Item(s) total: | USD 13.50 |
| Shipping fee | USD 12.43 |
| Order total | USD 25.93 |
| Tax: | USD 1.82 |

[ Proceed to pay ]

Payment Security: ✔ PCI

---

🏢 Shenzhen Sunhills Network Technology Co., Ltd.    💬 Chat with the supplier



**4 In 1 Private Label Waterproof Rechargeable Ultrasonic New Electric Vibrating Sonic Silicone Facial Cleansing Brush**

Color : 🎨 Pink , Power Supply Mode : RECHARGEABLE    USD 13.50 / Piece ⓘ    − 1 +    USD 13.50

Customization Service

The minimum quantity required for customization options is **500 Pieces**.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 13.50**

---

| | |
|---|---|
| Shipping service line | **Electronics Parcels (Standard)** ⌄ |
| | Alibaba.com Logistics |
| Shipping methods | 🚚 EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) ❓ |
| Delivery timeline | Guaranteed delivery by May 16 |
| | Compensation for delayed delivery |

Payment ──────────── Dispatch ──────────── Received
                    Lead time 7 days          CN    Shipping time 12-17 working days    US

Alibaba.com Logistics cost-effective, efficient, and trackable.    Shipping fee: **USD 12.43**

DOE Number: 58
Seller Name: Shenzhen Tangsheng Electronic Technology Co., Ltd.
Marketplace: Alibaba



MARCH EXPO Source 2023's latest products for less

What's March Expo?

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com

My Alibaba | Messages | Orders | Cart

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

**Ready to Ship** ✓ In Stock ✓ Fast Dispatch

Waterproof Portable Electric Cleanser Rechargeable Sonic Silicone Face Scrub Device Facial Cleansing Brush Pink Black Red USB

| 5 - 99 pieces | 100 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|---|
| $3.50 | $3.20 | $2.90 | $2.30 |

Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500    View more

Color:

| Power Supply Mode | Built-in-Battery | $3.50 | − 5 + |
|---|---|---|---|
| | Removable Battery | $3.50 | 0 |
| | RECHARGEABLE | $3.50 | 0 |

View all 4 options

| Lead time: | Quantity (pieces) | 1 - 100 | 101 - 1000 | 1001 - 5000 | > 5000 |
|---|---|---|---|---|---|
| | Lead time (days) | 5 | 7 | 10 | To be negotiated |

Customization: Customized packaging (Min. order 5000 pieces)
Graphic customization (Min. order 5000 pieces)
More

**Purchase details**

Protection with 🛡 Trade Assurance

Shipping: Estimated delivery by **4/24-5/15** via Ocean + Delivery US (Economy)
Powered by **Alibaba.com** Logistics

Payments: VISA ⬤ P PayPal klarna ⬤Pay G Pay
Enjoy encrypted and secure payments  View details

Returns & Refunds: Eligible for returns and refunds  View details

**Source with confidence**

🏆 Top-rated supplier in the past 90 days

---

5 pieces Details    $17.50
Lead time **5 days** ⓘ

Shipping    $23.62
Ocean + Delivery US (Economy) Change
**Alibaba.com** Logistics
Estimated delivery 4/24-5/15 ⓘ

Total    $41.12

**Start order**

🔒 Contact supplier

🛒 Add to cart

**Shenzhen Tangsheng Electronic Te...**
Trading Company
CN 3YR
Response Time    On-time delivery r...
≤6h    93.1%
317 Transactions
190,000+

Chat now

Browsing History

---

**Product details** | **Company profile**    Report Suspicious Activity!

Product Description | Specification | Packing & Delivery | Company Profile | FAQ

## Overview

### Essential details

| | | | |
|---|---|---|---|
| Place of Origin: | China | Brand Name: | Tysound |
| Model Number: | 2 in 1 Facial cleansing brush | Plugs Type: | UK, EU, JP, US, CN, AU |
| Material: | Other, Silicone | Waterproof: | Yes, Support |
| Warranty: | 1 Year, 1 Year Guarantee | Feature: | Acne Treatment, Other, DEEP CLEANSING, Pore Clean... |
| Color: | Pink/Blue | Technology: | High Frequency Vibration |
| Usage: | Skin Care Cleaning Face | Weight: | 0.3kg |
| Power Supply: | USB Cable Charging | MOQ: | 5PCS |
| OEM/ODM: | Aaccepted | Service: | OEM ODM Acceptable |
| Certification: | ISO9001, ce | | |

**Packaging & delivery**



Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change Add an address

Shenzhen Tangsheng Electronic Technology Co., Ltd. | Chat with the supplier

**Waterproof Portable Electric Cleanser Rechargeable Sonic Silicone Face Scrub Device Facial Cleansing Brush Pink Black Red USB**

Color : Pink ,
Power Supply Mode : Built-in Battery

USD 3.50 / Piece — 5 + USD 17.50

Customization Service

The minimum quantity required for customization options is **100** Pieces.
You currently have **5** Pieces in your cart.

Item(s) total: **USD 17.50**

Shipping service line: **Ocean + Delivery US (Economy)**
Alibaba.com Logistics

Shipping methods: EXPRESS

Incoterms: DAP (Delivered at Place)

Delivery timeline: Guaranteed dispatch within 5 days

Payment — Lead time 5 days — Dispatch (CN) — Shipping time 30-45 working days — Received (US)

Alibaba.com Logistics cost-effective, efficient, and trackable.

Shipping fee: **USD 23.62**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 2.89**

Payment Method

Credit/Debit Card

Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with Trade Assurance — View details

**On-time Dispatch Guarantee**

Dispatched within 5 days or you are eligible for compensation

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 17.50 |
| Shipping fee | USD 23.62 |
| Order total | USD 41.12 |
| Tax: | USD 2.89 |

Proceed to pay

Payment Security:

Need Help?

Messenger

DOE Number: 59
Seller Name: Shenzhen Trendz Technology Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less
What's March Expo?

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

# MARCH Facial Silicone Cleansing brush Waterproof Exfoliating Electric Facial Cleansing Brush Silicone Cleaning Brush

2 buyers

CE View More

9% OFF Discount ends in 24d:20h:6m:47s

| 1 - 49 units | 50 - 299 units | 300 - 2999 units | >= 3000 units |
|---|---|---|---|
| $5.00 | $3.94 | $3.63 | $3.15 |
| ~~$5.50~~ | ~~$4.33~~ | ~~$3.99~~ | ~~$3.46~~ |

MARCH EXPO
- Lowest prices in 90 days
- Save up to US $30 with PayPal

95% OFF Product value more than $200.00, Capped at $10.00 | Get Coupon

Benefits: 3-day coupon giveaway: up to US $80 off View more

Color

Power Supply Mode: RECHARGEABLE $5.00 1

Samples: , RECHARGEABLE
$5.00/unit Min. order : 1 unit Get samples

Lead time:

| Quantity (units) | 1 - 10 | 11 - 30 | 31 - 100 | > 100 |
|---|---|---|---|---|
| Lead time (days) | 5 | 7 | 15 | To be negotiated |

Customization: Alibaba.com build-in online customization Customise Now
Customized logo (Min. order 1000 units)
Customized packaging (Min. order 1000 units)
More

## Purchase details

Protection with Trade Assurance

Shipping: Estimated delivery by **4/21-5/12** via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

1 units Details $5.00
Lead time **5** days

Shipping $25.19
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery **4/21-5/12**

**Total** **$30.19**

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

**Verified supplier**
Shenzhen Trendz Technology Co., Ltd.
Brand holder
CN 8 YRS VR Showroom
Registered trademarks (1)

| Store rating | On-time delivery rate |
|---|---|
| 4.5/5 | 100.0% |
| Response time | Transactions |
| ≤5h | $2000000 |
| Floorspace | Staff |
| 5000m² | 121 |

Services
**Minor customization**
**Design-based customization**

Quality control
**Raw-material traceability identifica...**
**Finished product inspection**

Certifications
CE

Company profile | Visit store

## You may also like

Hot selling Japan Electric Facial Cleansing Brush...
$7.16 - $11.35
Min. order: 30 units

Vestidoc... Rotastoneeansidressupend
$6.58 - $10.84
Min. order: 11 units

ZLIME best sell 2022 source factory lip...
$4.45 - $6.86
Min. order: 1 piece

Best Selling Eye & Face Beauty Ion Magic Wand...
$5.23 - $7.79
Min. order: 50 pieces

Hot Japanese Wireless... Electric Heated Vibration
$21.29 - $27.94
Min. order: 20 units

**Product details** | **Company profile** | **Transactions** | Report abuse

scription | Product Paramenters | Why Choose Us | Feedback | Exhibition | Certifications | Recommend Products | FAQ

## Overview

Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change Add an address

Shenzhen Trendz Technology Co., Ltd. Chat with the supplier

MARCH **Facial Silicone Cleansing brush Waterproof Exfoliating Electric Facial Cleansing Brush Silicone Cleaning Brush**

90-day lowest prices 9% OFF Discount ends in 24d : 20h : 04m : 11s

Color : Pink ,
Power Supply Mode : RECHARGEABLE

USD 5.00 / Unit ~~USD 5.50 / Unit~~ 1 USD 5.00

Customization Service

The minimum quantity required for customization options is **1000** Units.
You currently have **1** Units in your cart.

Item(s) total: **USD 5.00**
USD 0.50 saved

| | |
|---|---|
| Shipping service line | Ocean + Delivery US (Economy) Alibaba.com Logistics |
| Shipping methods | EXPRESS |
| Incoterms | DAP (Delivered at Place) |
| Delivery timeline | Guaranteed dispatch within 5 days |

Payment — Lead time 5 days — Dispatch (CN) — Shipping time 30-45 working days — Received (US)

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 25.19**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 2.11**

Payment Method

- Credit/Debit Card
- Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional)

Please fill in
0/2000

**Protections on this order** with Trade Assurance View details

**This order is protected** with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 5.00 |
| Shipping fee | USD 25.19 |
| Order total | USD 30.19 |
| Tax: | USD 2.11 |

You saved USD 0.50 in this order.

Proceed to pay

Payment Security:

Need Help?

Messenger

DOE Number: 60
Seller Name: Shenzhen Wanlong Technology Co., Ltd.
Marketplace: Alibaba

**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for...   Search

My Alibaba | Messages | Orders | Cart (1)

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com

Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Other Home Use Beauty Equipment

Ready to Ship | In Stock | Fast Dispatch

MARCH SODOLUX Facial Cleansing Brush Made with Soft Silicone Waterproof Sonic Vibrating USB recharge Face Brush for Deep Cleansing

| 1 - 99 pieces | >= 100 pieces |
|---|---|
| $6.90 | $6.00 |

Save up to US $30 with PayPal

$400.00 OFF Order more than $10,000.00 Get Coupon

Benefits: Silver 3-day coupon giveaway: up to US $80 off   View more

Color

Power Supply Mode: Built-in Battery   $6.90   — 0 +

Samples: , Built-in Battery
$6.90/piece   Min. order : 1 piece   Get samples

Lead time: 
| Quantity (pieces) | 1 - 10 | 11 - 50 | > 50 |
|---|---|---|---|
| Lead time (days) | 7 | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 500 pieces)
More

**Purchase details**   Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 10 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA Mastercard PayPal ePay GPay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

**Source with confidence**

Direct from Verified Custom Manufacturer

---

The minimum order quantity is 1 piece
0/1 piece   from $6.90
Lead time 7 days

Shipping   from $12.20
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 10

**Start order**

Contact supplier

Call us

Add to cart

**Verified supplier**

Shenzhen Wanlong Technology Co., Ltd.
Custom manufacturer
CN  3 YRS

Registered trademarks (1)

| Store rating | On-time delivery rate |
|---|---|
| 4.9/5 | 97.3% |
| Response time | Transactions |
| ≤2h | $100,000+ |
| Floorspace | Main markets |
| 2600m² | North America,... |

Services
Design-based customization
Sample-based customization

Quality control
Finished product inspection
On-site material inspection

Certifications
FC CE

Company profile | Visit store

---

**You may also like**

| Beauty Equipment Custom Eye Face... | SODOLUX Micro Current... Eye Care Beauty Device | Newest Face Cube Skin Massager Custom Logo... | Cooling Facial Ice Globes Face Neck Lifting Body... | Wholesale Anti Aging Glitter Beauty Cooling... |
|---|---|---|---|---|
| $4.50 - $6.00 | $9.00 - $11.00 | $2.50 - $3.00 | $2.45 - $2.85 | $2.60 - $3.30 |
| Min. order: 10 pieces | Min. order: 1 piece | Min. order: 1 piece | Min. order: 10 pieces | Min. order: 10 pieces |

---

Product details | Company profile   Report Suspicious Activity

Specification | Product Description | Company Profile | FAQ | ODM & Delivery

**Overview**



Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted]), [redacted]
[redacted] Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change Add an address

Shenzhen Wanlong Technology Co., Ltd. Chat with the supplier

MARCH SODOLUX Facial Cleansing Brush Made with Soft Silicone Waterproof Sonic Vibrating USB recharge Face Brush for Deep Cleansing

Color : Orange ,
Power Supply Mode : Built-in Battery

USD 6.90 / Piece 1 USD 6.90

Customization Service

The minimum quantity required for customization options is **500** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 6.90**
Store Coupon: no-available - USD 0.00

| | |
|---|---|
| Shipping service line | Electronics Parcels (Standard) Alibaba.com Logistics |
| Shipping methods | EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) |
| Delivery timeline | Guaranteed delivery by Apr 10 Compensation for delayed delivery |

Payment — Lead time 7 days — Dispatch (CN) — Shipping time 12-17 working days — Received (US)

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 12.20**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 1.33**

Payment Method

Credit/Debit Card

Card Number

Name
Given names Surname

Expiration Date CVV / CSC
MM / YY

Billing Address
[redacted] Miami, FL 33133-2709, United States, Miami, United States of America, Florida, 33133-2709 Edit

Set as your default payment method and accept the Alibaba.com Privacy Policy.

**This order is protected**
with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 6.90 |
| Shipping fee | USD 12.20 |
| Order total | USD 19.10 |
| Tax: | USD 1.33 |
| Transaction Fee: | USD 0.62 |
| Payment in USD | **USD 21.05** |

Pay now

Payment Security:

Messenger

Need Help?

DOE Number: 61
Seller Name: Shenzhen Water Stone Technology Co., Ltd.
Marketplace: Alibaba

**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

*Alibaba.com*

What are you looking for...    Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

Ready to Ship   In Stock   Fast Dispatch

**Rechargeable Sonic Face Cleanser Washing Skin Massager Ultrasonic Silicone Electric Mini Facial Cleansing Brush**

1 buyer

| 2 - 99 pieces | 100 - 999 pieces | 1000 - 9999 pieces | >= 10000 pieces |
|---|---|---|---|
| $3.59 | $2.89 | $2.59 | $1.59 |

**MARCH EXPO**  Save up to US $30 with PayPal

Benefits: Silver   Quick refunds on orders under US $1,000   View more

Color: 

Power Supply Mode: USB recharge    $3.59    - 0 +

Samples: , USB recharge
$10.00/piece   Min. order: 1 piece   Get samples

Lead time ⓘ

| Quantity (pieces) | 1 - 100 | 101 - 1000 | 1001 - 10000 | > 10000 |
|---|---|---|---|---|
| Lead time (days) | 5 | 7 | 10 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
More

**Purchase details**    Protection with  Trade Assurance

Shipping: Estimated delivery by **4/21-5/12** via Ocean + Delivery US (Economy)
Powered by *Alibaba.com* Logistics

Payments: VISA  mastercard  P PayPal  Discover  Pay  G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

The minimum order quantity is 2 piece
0/2 piece    from $7.18
Lead time **5** days ⓘ

Shipping    from $25.16
Ocean + Delivery US (Economy) Change
*Alibaba.com* Logistics
Estimated delivery4/21-5/12 ⓘ

Start order
Contact supplier
Call us
Add to cart

**Shenzhen Water Stone Technology ...**
Manufacturer,Trading Company
CN 4YR

| Response Time | On-time delivery r... |
|---|---|
| ≤3h | 87.5% |

Chat now
Browsing History

**You may also like**

| Silicone Facial Cleansing Brush for Face Cleaning... | Electric Facial Cleansing Brush Silicone Sonic Fa... | Charged electric ultrasonic deep cleaning | Skin Pore Cleaner Body... Cleaning Machine | 8/4/2Pcs Massage Magnet Electromagneti... |
|---|---|---|---|---|
| $4.99 - $6.99 | $5.99 - $8.99 | $3.59 - $4.49 | $3.40 - $4.50 | $0.95 - $3.50 |
| Min. order: 50 pieces | Min. order: 2 pieces | Min. order: 2 pieces | Min. order: 100 pieces | Min. order: 100.0 pieces |

**Product analysis** Trending product
Exclusive tool for Silver Buyers

View more data

| 1 | 20+ USD | | |
|---|---|---|---|
| Sales volume (90 days) | Sales amount (90 days) | Sales trend (90 days) | Price trend (90 days) |

**Product details** | Company profile    Report abuse

Specification    Product Description



Alibaba.com Global trade starts here. Buy Now

Shipping address

[redacted] Miami, Florida, 33133-2709, United States of America

Change Add an address

This order is protected with Trade Assurance View details

| | |
|---|---|
| Item(s) total: | USD 7.18 |
| Shipping fee | USD 25.16 |
| Order total | USD 32.34 |
| Tax: | USD 2.26 |

Proceed to pay

Payment Security:

Need Help?

Shenzhen Water Stone Technology Co., Ltd. Chat with the supplier

**Rechargeable Sonic Face Cleanser Washing Skin Massager Ultrasonic Silicone Electric Mini Facial Cleansing Brush**

Color : Blue ,

Power Supply Mode : USB recharge

USD 3.59 / Piece — 2 + USD 7.18

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total: **USD 7.18**

Messenger

Shipping service line: Ocean + Delivery US (Economy)

Alibaba.com Logistics

Shipping methods: EXPRESS

Incoterms: DAP (Delivered at Place)

Delivery timeline: Guaranteed dispatch within 5 days

Payment — Dispatch — Received

Lead time 5 days CN Shipping time 30-45 working days US

Alibaba.com Logistics cost-effective, efficient, and trackable. Shipping fee: **USD 25.16**

Sales Tax

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 2.26**

Payment Method

Credit/Debit Card

Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T PayPal Pay G Pay **Online Transfer**

Additional notes (optional)

Please fill in

0/2000

**Protections on this order** with Trade Assurance View details

**On-time Dispatch Guarantee**

Dispatched within 5 days or you are eligible for compensation

**Refund policy**

MARCH EXPO  Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

Chat now

Browsing History

Ready to Ship | ⏱ In Stock | ⏱ Fast Dispatch

**Rechargeable Sonic Face Cleanser Washing Skin Massager Ultrasonic Silicone Electric Mini Facial Cleansing Brush**

1 buyer

| 2 - 99 pieces | 100 - 999 pieces | 1000 - 9999 pieces | >= 10000 pieces |
|---|---|---|---|
| **$3.59** | **$2.89** | **$2.59** | **$1.59** |

2 pieces Details — $7.18
Lead time **5** days

Shipping — $25.19
Ocean + Delivery US (Economy) Change

**Alibaba.com** Logistics
Estimated delivery **4/21-5/12**

Total — **$32.37**

Start order

✉ Contact supplier

📞 Call us

🛒 Add to cart

MARCH EXPO  Save up to US $30 with PayPal

| Benefits: | Quick refunds on orders under US $500 | View more > |

| Color | | | | | |

| Power Supply Mode | USB recharge | $3.59 | − 2 + |

| Samples: | ●, USB recharge |
| | **$10.00/piece**  Min. order: 1 piece  Get samples |

| Lead time ⓘ |

| Quantity (pieces) | 1 - 100 | 101 - 1000 | 1001 - 10000 | > 10000 |
|---|---|---|---|---|
| Lead time (days) | 5 | 7 | 10 | To be negotiated |

| Customization: | Customized logo (Min. order 1000 pieces) |
| | Customized packaging (Min. order 1000 pieces) |
| | Graphic customization (Min. order 1000 pieces) |
| | Less ⌃ |

**Shenzhen Water Stone Technology ...**
Manufacturer,Trading Company
CN 4YRS

| Response Time | On-time delivery r... |
| ≤3h | 87.5% |

**Purchase details**          Protection with 🛡 Trade Assurance

| Shipping: | Estimated delivery by **4/21-5/12** via Ocean + Delivery US (Economy) |
| | Powered by **Alibaba.com** Logistics |

| Payments: | VISA ● PayPal 🏦 🅿 G Pay |
| | Enjoy encrypted and secure payments  View details |

| Returns & Refunds | Eligible for returns and refunds  View details |

**You may also like**

| Silicone Facial Cleansing Brush for Face Cleaning... | Electric Facial Cleansing Brush Silicone Sonic Fa... | Charged electric... ultrasonic deep cleaning | Skin Pore Cleaner Body... Cleaning Machine | 8/4/2Pcs Massage Magnet Electromagneti... |
|---|---|---|---|---|
| $4.99 - $6.99 | $5.99 - $8.99 | $3.59 - $4.49 | $3.40 - $4.50 | $0.95 - $3.50 |
| Min. order: 50 pieces | Min. order: 2 pieces | Min. order: 2 pieces | Min. order: 100 pieces | Min. order: 100 0 pieces |

**Product details** | Company profile          Report abuse

Specification | Product Description

## Overview

**Essential details**

| Place of Origin: | Guangdong, China | Brand Name: | waterstone |
| Model Number: | MNL01 | | USB |



**Alibaba.com** Buy Now

Shipping address

████████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change   Add an address

**This order is protected**
with 🛡 Trade Assurance   View details

| | |
|---|---|
| Item(s) total: | USD 7.18 |
| Shipping fee | USD 25.19 |
| Order total | USD 32.37 |
| Tax: | USD 2.26 |

🛒 Shenzhen Water Stone Technology Co., Ltd.                Chat with the supplier

Rechargeable Sonic Face Cleanser Washing Skin Massager Ultrasonic Silicone Electric Mini Facial Cleansing Brush

Color : 🔴 Red ,
Power Supply Mode : USB recharge

USD 3.59 / Piece ⓘ    − 2 +    USD 7.18

**Customization Service**

The minimum quantity required for customization options is **1000** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total:   **USD 7.18**

**Proceed to pay**

Payment Security:   ✅ SSL   VISA

📧 Messenger ⌃

---

Shipping service line       Ocean + Delivery US (Economy) ⌄
                            Alibaba.com · Logistics

Shipping methods            🚢 EXPRESS

Incoterms                   DAP (Delivered at Place) ⓘ

Delivery timeline           Guaranteed dispatch within 5 days

                            Payment          Dispatch                Received
                            ●────────────────●───────────────────────●
                              Lead time 5 days   CN   Shipping time 30-45 working days   US

Alibaba.com  Logistics  cost-effective, efficient, and trackable.          Shipping fee:  **USD 25.19**

---

Sales Tax ⓘ                 According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

                            ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

                            Tax  **USD 2.26**

---

Payment Method              ○ Credit/Debit Card

                            ● Other Payment Methods
                              The transaction fees and currencies vary, depending on the payment method chosen. View details
                              T/T  PayPal  Pay  GPay  Online Transfer

---

Additional notes (optional)    Please fill in
                                                                                      0/2000

---

**Protections on this order** with 🛡 Trade Assurance          View details ›

⏱ **On-time Dispatch Guarantee**
Dispatched within 5 days or you are eligible for compensation



**MARCH EXPO**  Claim 3 coupons worth US $80 from Apr 1-16, 2023 PT    View more

 Alibaba.com

What are you looking for...    Search

My Alibaba    Messages    Orders    Cart

Categories    Ready to Ship    Personal Protective E...    Trade Shows    Buyer Central    Sell on Alibaba.com    Help

Get the app    English - USD    Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



View larger image

     

Share

Ready to Ship    In Stock    Fast Dispatch

Rechargeable Sonic Face Cleanser Washing Skin Massager Ultrasonic Silicone Electric Mini Facial Cleansing Brush

2 buyers

| 2 - 99 pieces | 100 - 999 pieces | 1000 - 9999 pieces | >= 10000 pieces |
|---|---|---|---|
| $3.59 | $2.89 | $2.59 | $1.59 |

Benefits:    Quick refunds on orders under US $500    View more

Color

Power Supply Mode    USB recharge    $3.59    -  0  +

Samples:    , USB recharge
$10.00/piece    Min. order : 1 piece    Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | 101 - 1000 | 1001 - 10000 | > 10000 |
|---|---|---|---|---|
| Lead time (days) | 5 | 7 | 10 | To be negotiated |

Customization:    Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
More

The minimum order quantity is 2 piece
0/2 piece    from $7.18
Lead time 5 days

Shipping    from $25.49
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery 6/1-6/23

Start order

Contact supplier

Call us

Add to cart

Shenzhen Water Stone Technolo...
Manufacturer,Trading Company
CN 4YR

Response Time    On-time delivery r...
≤4h    97.4%

**Purchase details**    Protection with Trade Assurance

Shipping:    Estimated delivery by 6/1-6/23 via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments:      
Enjoy encrypted and secure payments View details

Chat now

Browsing History



**Buy Now**

| | | |
|---|---|---|
| Shipping address | ████████ ████████ ████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America | |
| | **Change**   **Add an address** | |

🚚 Shenzhen Water Stone Technology Co., Ltd.  ☁ Chat with the supplier

Rechargeable Sonic Face Cleanser Washing Skin Massager Ultrasonic Silicone Electric Mini Facial Cleansing Brush

Color : 🔴 Red , Power Supply Mode : USB recharge   USD 3.59 / Piece ⓘ   − 2 +   USD 7.18

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total: **USD 7.18**

| | | |
|---|---|---|
| Shipping service line | **Ocean + Delivery US (Economy)** ⌄  Alibaba.com  Logistics | |
| Shipping methods | ⚡ EXPRESS | |
| Incoterms | DAP (Delivered at Place) ❓ | |
| Delivery timeline | Guaranteed dispatch within 5 days | |

Payment ───────────────── Dispatch ───────────────── Received
Lead time 5 days       CN      Shipping time 30-45 working days       US

Alibaba.com  Logistics  cost-effective, efficient, and trackable.   Shipping fee: **USD 25.49**

---

**This order is protected**
with 🛡 Trade Assurance   **View details**

Item(s) total: USD 7.18
Shipping fee: USD 25.49

Order total: USD 32.67
Tax: USD 2.28

**✓ Proceed to pay**

Payment Security: ✓ PCI

DOE Number: 62
Seller Name: Shenzhen Wei Chen Yang Technology Co., Ltd.
Marketplace: Alibaba

4/15/23, 9:54 PM

New Design Handheld Electric Silicone Facial Cleansing Brush - Buy Electronic Facial Cleansing Brush,Electronic Sonic Wash Brush,Waterproof Silicone Advertising Product on Alibaba.com

Case 1:23-cv-23631-RNS Document 20-1 Entered on FLSD Docket 11/13/2023 Page 255 of 441



View more

 Alibaba.com

What are you looking for...

Search  NEW

My Alibaba   Messages   Orders   Cart

Categories   Ready to Ship   Personal Protective E...   Trade Shows   Buyer Central   Sell on Alibaba.com   Help

Get the app   English - USD   Ship to: 🇺🇸

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush



View larger image



Share

**Ready to Ship**  ⊘ In Stock  ⊘ Fast Dispatch

New Design Handheld Electric Silicone Facial Cleansing Brush

2 buyers

| 50 - 99 pieces | 100 - 299 pieces | 300 - 999 pieces | >= 1000 pieces |
|---|---|---|---|
| **$6.42** | **$6.38** | **$6.24** | **$5.94** |

$20.00 OFF  Order more than $2,888.00   Get Coupon ⌄

Benefits:    3-day coupon giveaway: up to US $80 off    View more ›
Color
Power Supply Mode    RECHARGEABLE    $6.42    [ - ] 0 [ + ]
Samples:    , RECHARGEABLE
$8.00/piece    Min. order : 1 piece    Get samples

Lead time: ⓘ

| Quantity (pieces) | 1 - 1000 | > 1000 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

Customization:    Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 1000 pieces)

**Purchase details**    Protection with 🛡 Trade Assurance

Shipping:    Estimated delivery by **5/26-6/12** via Ocean+Express US (Standard)
Powered by **Alibaba.com** Logistics

Payments:    VISA  Mastercard  PayPal  afterpay  Apple Pay  G Pay  ...
Enjoy encrypted and secure payments  View details

The minimum order quantity is 50 piece
0/50 piece    from **$321.00**
Lead time **15** days ⓘ

Shipping    from **$49.75**
(Duty Incl.)
Ocean+Express US
(Standard) Change

**Alibaba.com** Logistics
Estimated delivery 5/26-6/12 ⓘ

Start order

✉ Contact supplier

📞 Call us

🛒 Add to cart


✓ Verified supplier

Shenzhen Wei Chen Yang Technolog...
Multispecialty supplier
🇨🇳 CN   9 YRS

| Store rating | On-time delivery rate |
|---|---|
| 4.8/5 | 99.5% |
| Response time | Online revenue |
| ≤4h | $410,000+ |
| Main markets | Collaborating suppl... |
| Western Europ... | 50 |

Services
Centralized procurement available
Full customization

Chat now

Browsing History



**Buy Now**

| Shipping address | ████████ ████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America |
|---|---|

Change    Add an address



🚢 Shenzhen Wei Chen Yang Technology Co., Ltd.                    ⬡ Chat with the supplier

**New Design Handheld Electric Silicone Facial Cleansing Brush**

Color : ❙ Red , Power Supply Mode : RECHARGEABLE

USD 6.42 / Piece ⓘ    ⊖ 50 ⊕    USD 321.00

Customization Service

The minimum quantity required for customization options is **100 Pieces**.
You currently have **50 Pieces** in your cart.

Item(s) total:  **USD 321.00**

| Shipping service line | **Ocean+Express US (Standard)** ⌄ |
|---|---|
| | Alibaba.com  Logistics |
| Shipping methods | ⧉ EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) ❓ |
| Delivery timeline | Guaranteed dispatch within 15 days |

Payment ────────── Dispatch ──────────── Received
● ────────────────── ● ──────────────────── ●
            Lead time 15 days        CN    Shipping time 20-30 working days    US

Alibaba.com  Logistics  cost-effective, efficient, and trackable.        Shipping fee:  **USD 57.64**



**This order is protected**
with 🛡 Trade Assurance   <u>View details</u>

| Item(s) total: | USD 321.00 |
|---|---|
| Shipping fee | USD 57.64 |
| Order total | USD 378.64 |
| Tax: | USD 26.51 |

⬥ Proceed to pay

Payment Security: ✅  PCI

DOE Number: 63
Seller Name: Shenzhen Xingchengyuan Technology Co., Ltd.
Marketplace: Alibaba



**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Other Home Use Beauty Equipment

Ready to Ship  In Stock  Fast Dispatch

Cbeauty Electric Sonic Deep Cleaning Facial Cleansing Brush

| 1 - 98 pieces | 99 - 499 pieces | 500 - 2999 pieces | >= 3000 pieces |
|---|---|---|---|
| $6.50 | $5.80 | $5.40 | $5.00 |

Save up to US $30 with PayPal

| Benefits: | Silver Quick refunds on orders under US $1,000 | View more > |
|---|---|---|

Color

black       $6.50       − 0 +
Pink        $6.50       − 1 +
Blue        $6.50       − 0 +

View all 5 options

Samples:    $6.50/piece   Min. order : 1 piece   Get samples

Lead time

| Quantity (pieces) | 1 - 1000 | > 1000 |
|---|---|---|
| Lead time (days) | 8 | To be negotiated |

Customization:  Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 500 pieces)
More

**Purchase details**                    Protection with  Trade Assurance

Shipping:     Estimated delivery by 3/27-3/31 via Seller's Shipping Method 2

Payments:     VISA  ●●  P PayPal  ●●  Pay  G Pay  ...
Enjoy encrypted and secure payments  View details

Returns &    Eligible for returns and refunds  View details
Refunds

View larger image

Share

| 1 pieces Details | $6.50 |
|---|---|
| | Lead time 8 days |
| Shipping | $12.00 |
| Seller's Shipping Method 2 Change | |
| Estimated delivery3/27-3/31 | |
| **Total** | **$18.50** |

Start order

Contact supplier

Call us

Add to cart

Shenzhen Xingchengyuan Technolo...
Manufacturer,Trading Company,Other
CN 5YR
On-time delivery r...  4 Transactions
100.0%               1,000+

Chat now

Browsing History

**Product details**    Company profile                    Report abuse

Product Description

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | China | Brand Name: | CBEAUTY |
| Model Number: | CB1 | Type: | Multi-Function Beauty Equipment |
| Application: | For Home Use | Certification: | CE/ROHS |
| Product Name: | Facial Cleansing Brush | Size: | 72*68.3*34.5mm |
| Material: | Silicone, ABS+Silicone | Function: | Deep Facial Cleansing Brush |
| Charging Time: | 2h | Working Time: | 90mins |
| Power Supply: | DC charging | Power: | ≤0.45w |
| Warranty: | 1 Year | OEM&ODM: | Yes.We Provide OEM |

**Packaging & delivery**

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 10.3X11.6X4.5 cm |
| Single gross weight: | 0.500 kg |
| Package Type: | Selling Units: Single item |
| | Single package size: 10.3X11.6X4.5 cm |
| | Single gross weight: 0.25 kg |
| | Package Type: shipping package + Retail package |
| Picture Example: | |



**Alibaba.com**
Global trade starts here

Buy Now

Shipping address          [redacted], Miami, Florida, 33133-2709, United States of America

Change   Add an address

Shenzhen Xingchengyuan Technology Co., Ltd.          Chat with the supplier

Cbeauty Electric Sonic Deep Cleaning Facial Cleansing Brush

Color : ● Pink          USD 6.50 / Piece ⓘ    − 1 +    USD 6.50

Customization Service

The minimum quantity required for customization options is **500** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total:  **USD 6.50**

| | |
|---|---|
| Shipping service line | Seller's Shipping Method 2 ⌄ |
| Shipping methods | ⇉ EXPRESS |
| Incoterms | DAP (Delivered at Place) ⓘ |
| Delivery timeline | Guaranteed dispatch within 8 days |

Payment          Dispatch          Received
Lead time 8 days     CN     Shipping time 8-12 working days     US

Shipping fee: **USD 12.00**

Sales Tax ⓘ          According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 1.30**

Payment Method          ○ Credit/Debit Card

● Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T  PayPal  📱Pay  GPay  **Online Transfer**

Additional notes (optional)          Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance          View details ›

⊟ **On-time Dispatch Guarantee**
Dispatched within 8 days or you are eligible for compensation

$ **Refund policy**
Claim refunds for missing, defective, or incorrect products

☑ I agree to share my business card with supplier.

**This order is protected**
with 🛡 Trade Assurance   View details

| | |
|---|---|
| Item(s) total: | USD 6.50 |
| Shipping fee | USD 12.00 |
| Order total | USD 18.50 |
| Tax | USD 1.3 |

**⊘ Proceed to pay**

Payment Security: ✓SSL  Visa

Need Help?

▼ Messenger   ⌄



MARCH EXPO Source 2023's latest products for less
What's March Expo?

Alibaba.com

What are you looking for...    Search

My Alibaba  Messages  Orders  Cart

Categories  Ready to Ship  Personal Protective E...  Trade Shows  Buyer Central  Sell on Alibaba.com

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Other Home Use Beauty Equipment

Ready to Ship  In Stock  Fast Dispatch

High Quality Beauty & Care Product Handheld Deep Cleansing Silicone Facial Cleansing Brush

| 1 - 98 pieces | 99 - 499 pieces | 500 - 2999 pieces | >= 3000 pieces |
|---|---|---|---|
| $6.50 | $5.80 | $5.40 | $5.00 |

MARCH EXPO  Save up to US $30 with PayPal  >

Benefits:  Quick refunds on orders under US $500    View more >

Color

| | | | |
|---|---|---|---|
| black | $6.50 | - 0 + |
| Pink | $6.50 | - 1 + |
| Blue | $6.50 | - 0 + |
| Yellow | $6.50 | - 0 + |
| Others | $6.50 | - 0 + |

Samples:  $6.50/piece   Min. order : 1 piece   Get samples

Lead time:

| Quantity (pieces) | 1 - 1000 | > 1000 |
|---|---|---|
| Lead time (days) | 8 | To be negotiated |

Customization:  Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 500 pieces)
More

**Purchase details**    Protection with Trade Assurance

Shipping:  Estimated delivery by 3/27-3/31 via Seller's Shipping Method 2

Payments:  VISA  PayPal  Apple Pay  G Pay
Enjoy encrypted and secure payments  View details

Returns & Refunds  Eligible for returns and refunds  View details

1 pieces  Details  $6.50
Lead time 8 days

Shipping  $12.00
Seller's Shipping Method 2  Change
Estimated delivery 3/27-3/31

Total  $18.50

Start order

Contact supplier

Call us

Add to cart

Shenzhen Xingchengyuan Technolo...
Manufacturer,Trading Company,Other
CN 5 YR
On-time delivery r...  4 Transactions
100.0%  1,000+

Chat now
Browsing History

View larger image
Share

**Product details**    Company profile    Report abuse

Product Description

## Overview

### Essential details

| | | | |
|---|---|---|---|
| Place of Origin: | China | Brand Name: | CBEAUTY |
| Model Number: | CB1 | Type: | Multi-Function Beauty Equipment |
| Application: | For Home Use | Certification: | CE/ROHS |
| Product Name: | Facial Cleansing Brush | Size: | 72*68.3*34.5mm |
| Material: | Silicone, ABS+Silicone | Function: | Deep Facial Cleansing Brush |
| Charging Time: | 2h | Working Time: | 90mins |
| Power Supply: | DC charging | Power: | ≤0.45w |
| Warranty: | 1 Year | OEM&ODM: | Yes.We Provide OEM |

### Packaging & delivery

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 10.3X11.6X4.5 cm |
| Single gross weight: | 0.500 kg |
| Package Type: | Selling Units: Single item
Single package size: 10.3X11.6X4.5 cm |



**Alibaba.com** Buy Now

Shipping address          [REDACTED] Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change   Add an address

**This order is protected**
with 🛡 Trade Assurance   View details

| | |
|---|---|
| Item(s) total: | USD 6.50 |
| Shipping fee | USD 12.00 |
| Order total | USD 18.50 |
| Tax: | USD 1.3 |

🛒 Proceed to pay

Payment Security: ✓ VISA

🏢 Shenzhen Xingchengyuan Technology Co., Ltd.          💬 Chat with the supplier

High Quality Beauty & Care Product Handheld Deep Cleansing Silicone Facial Cleansing Brush

Color : 🔴 Pink          USD 6.50 / Piece ⓘ   −  1  +          USD 6.50

Customization Service

The minimum quantity required for customization options is **500** Pieces.
You currently have **1** Pieces in your cart.

Item(s) total: **USD 6.50**

📧 Messenger

| | |
|---|---|
| Shipping service line | **Seller's Shipping Method 2** ⌄ |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DAP (Delivered at Place) ⓘ |
| Delivery timeline | Guaranteed dispatch within 8 days |

Payment          Dispatch          Received
●━━━━━━━━━━●━━━━━━━━━━●
Lead time 8 days   CN   Shipping time 8-12 working days   US

Shipping fee: **USD 12.00**

Sales Tax ⓘ          According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 1.30**

Payment Method          ○ Credit/Debit Card
          ● Other Payment Methods
          The transaction fees and currencies vary, depending on the payment method chosen. View details
          T/T  PayPal  Pay  GPay  **Online Transfer**

Additional notes (optional)          Please fill in

0/2000

**Protections on this order** with 🛡 Trade Assurance          View details ›

💳 **On-time Dispatch Guarantee**
Dispatched within 8 days or you are eligible for compensation

$ **Refund policy**
Claim refunds for missing, defective, or incorrect products

DOE Number: 64
Seller Name: Shenzhen Xiteyou Electronic Technology Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less What's March Expo?

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Help Get the app English - USD Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship In Stock Fast Dispatch

MARCH Hot Selling IPX7 Waterproof Face Cleaner Silicone Sonic Facial Cleansing Brush

2 buyers

| 1 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.50 | $4.20 | $4.00 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode: Built-in Battery $4.50 1

Samples: , Built-in Battery

$4.50/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | > 100 |
|---|---|---|
| Lead time (days) | 5 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 3000 pieces)

1 pieces Details $4.50
Lead time 5 days

Shipping $12.20
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By Apr 5

Total $16.70

Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

Shenzhen Xiteyou Electronic Techn...
Manufacturer,Trading Company,Agent
CN 10YR
Response Time ≤3h
On-time delivery r... 95.7%
177 Transactions 360,000+

### Purchase details

Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 5 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

### You may also like

| | | | | |
|---|---|---|---|---|
| Electric Face Clean... Beauty Massage USB | Private label personal... Skin Care Face Cleansing | Portable Electric Vibrati... Sonic Silicone Facial | Electric Sonic Vibrating... Brush Face Deep | 2022 factory direct OEM... ODM sonic facial |
| $3.80 - $4.00 | $2.80 - $3.20 | $2.50 - $3.50 | $3.60 - $4.00 | $3.00 - $4.00 |
| Min. order: 1 piece | Min. order: 2 pieces | Min. order: 1 piece | Min. order: 1 piece | Min. order: 10 pieces |

Product details | Company profile | Transactions | Report Suspicious Activity!

Product Description | Packaging & Shipping | Our Services | Company Information

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | OEM |
| Model Number: | MSY-H903 | Type: | HAND HELD |
| Plugs Type: | USB | Material: | silicone & ABS, ABS& Silicone |
| Target Area: | Face, Hands | Waterproof: | Yes, IPX7 |

**Alibaba.com** Global trade starts here · Buy Now

| | | |
|---|---|---|
| Shipping address | ▓▓▓▓▓▓▓▓ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America | |
| | Change   Add an address | |

**This order is protected**
with ⊙ Trade Assurance   View details

| | |
|---|---|
| Item(s) total: | USD 4.50 |
| Shipping fee | USD 12.20 |
| Order total | USD 16.70 |
| Tax: | USD 1.17 |

🛒 **Proceed to pay**

Payment Security: ✓ 360   VISA 🔒

🐧 Shenzhen Xiteyou Electronic Technology Co., Ltd.          ⬚ Chat with the supplier

MARCH  Hot Selling IPX7 Waterproof Face Cleaner Silicone Sonic Facial Cleansing Brush

| Color : 🔴 Pink , | USD 4.50 / Piece ⓘ | [ − ] [ 1 ] [ + ] | USD 4.50 |
|---|---|---|---|
| Power Supply Mode : Built-in Battery | | | |

Customization Service

The minimum quantity required for customization options is **500 Pieces.**
You currently have **1** Pieces in your cart.

Item(s) total: **USD 4.50**

| | | |
|---|---|---|
| Shipping service line | **Electronics Parcels (Standard)** ⌄ | |
| | Alibaba.com · Logistics | |
| Shipping methods | 🚢 EXPRESS | |
| Incoterms | DDP (Delivered Duty Paid) ⓘ | |
| Delivery timeline | Guaranteed delivery by Apr 5 | |
| | Compensation for delayed delivery | |

Payment                    Dispatch                    Received

●————————————————●————————————————●
        Lead time 5 days        CN   Shipping time 12-17 working days   US

Alibaba.com · Logistics   cost-effective, efficient, and trackable.          Shipping fee: **USD 12.20**

| | |
|---|---|
| Sales Tax ⓘ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 1.17**

| | |
|---|---|
| Payment Method | ◯ Credit/Debit Card |
| | ⦿ Other Payment Methods |

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T  P PayPal  Pay  GPay  **Online Transfer**

| | |
|---|---|
| Additional notes (optional) | Please fill in |
| | 0/2000 |

**Protections on this order** with ⊙ Trade Assurance          View details ›

🚚 **On-time Delivery Guarantee**

Messenger ⌃

Need Help? 🐧

**MARCH EXPO** Source 2023's latest products for less

What's March Expo?

**Alibaba.com**

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

MARCH Private label personal Skin Care Face Cleansing Brush Home Use Facial Cleaner Sonic Silicone makeup Facial Cleansing Brush

★★★★★ 5.0 | 1 Reviews | 2 buyers

No.17 Hot selling in Face Cleaning Brush For Skin Care

| 2 - 2999 pieces | 3000 - 4999 pieces | >= 5000 pieces |
|---|---|---|
| $3.20 | $3.00 | $2.80 |

MARCH EXPO
- Lowest prices in 90 days
- Save up to US $30 with PayPal

| Benefits: | Quick refunds on orders under US $500 | View more > |
|---|---|---|
| Color | | |
| Power Supply Mode | Built-in Battery | $3.20 |
| | | − 2 + |
| Samples: | Built-in Battery | |
| | $3.20/piece Min. order 1 piece | Get samples |

| Lead time ⓘ | Quantity (pieces) | 1 - 100 | > 100 |
|---|---|---|---|
| | Lead time (days) | 5 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 3000 pieces)

### Purchase details

Protection with 🛡 Trade Assurance

| Shipping: | Enjoy On-time Delivery Guarantee: Receive by Apr 4 via Electronics Parcels (Standard) |
|---|---|
| | Powered by Alibaba.com Logistics |
| Payments: | VISA 🔲 P PayPal 🔲 🔲 G Pay |
| | Enjoy encrypted and secure payments View details |
| Returns & Refunds | Eligible for returns and refunds View details |

| 2 pieces Details | $6.40 |
|---|---|
| Lead time 5 days ⓘ | |
| Shipping | $6.12 |
| | (Duty Incl.) |
| | Electronics Parcels (Standard) Change |
| | Alibaba.com Logistics |
| Guaranteed delivery By Apr 4 ⓘ | |
| **Total** | **$12.52** |

Start order

Contact supplier

Call us

Add to cart

**Shenzhen Xiteyou Electronic Techn...**
Manufacturer,Trading Company,Agent
CN · 10YR

| Response Time | On-time delivery r... |
|---|---|
| ≤3h | 95.6% |

180 Transactions
380,000+

Chat now

Browsing History

### You may also like

| Electric Face Clean... Beauty Massage USB | Hot Selling IPX7... Waterproof Face Cleaner | 2022 Best Selling... Products Sonic Facial | Hot&Cold Compress... Exfoliating Silicone Face | Portable Facial Scrubbe... skin Personal Care |
|---|---|---|---|---|
| $3.80 - $4.00 | $4.00 - $4.50 | $12.00 - $14.00 | $19.50 - $20.90 | $18.00 - $20.00 |
| Min. order: 1 piece | Min. order: 1 piece | Min. order: 1 piece | Min. order: 1 piece | Min. order: 2 pieces |

**Product details** | Company profile | Transactions | Buyer reviews

Report abuse

Product Description

## Overview

**Essential details**

| Place of Origin: | Guangdong, China | Brand Name: | OEM |
|---|---|---|---|
| Model Number: | MSY-B01 | Plugs Type: | USB |



Alibaba.com
Global trade starts here*

Buy Now

Shipping address
████████████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change   Add an address

**This order is protected**
with 🛡 Trade Assurance   View details

Item(s) total:                         USD 6.40
Shipping fee                           USD 6.12
Order total                            USD 12.52
Tax:                                   USD 0.87

Proceed to pay

Payment Security: 🛡 ✓ssL  VISA 💳

Shenzhen Xiteyou Electronic Technology Co., Ltd.        Chat with the supplier

MARCH  Private label personal Skin Care Face Cleansing Brush Home Use Facial Cleaner Sonic Silicone makeup Facial Cleansing Brush
90-day lowest prices

Color : 🟣 Pink ,
Power Supply Mode :  Built-in Battery

USD 3.20 / Piece ⓘ    −  2  +        USD 6.40

Customization Service

The minimum quantity required for customization options is **1000 Pieces.**
You currently have **2** Pieces in your cart.

Item(s) total:  **USD 6.40**

Messenger ⌃

Shipping service line     Electronics Parcels (Standard) ⌄
                          Alibaba.com Logistics

Shipping methods          📦 EXPRESS
Incoterms                 DDP (Delivered Duty Paid) ⓘ
Delivery timeline         Guaranteed delivery by Apr 4
                          Compensation for delayed delivery

                          Payment              Dispatch              Received
                          ●────────────────────●────────────────────●
                                 Lead time 5 days    CN   Shipping time 12-17 working days    US

Alibaba.com Logistics  cost-effective, efficient, and trackable.     Shipping fee:  USD 6.12

Sales Tax ⓐ               According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

                          ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

                                                                      Tax  USD 0.87

Payment Method            ○ Credit/Debit Card
                          ⦿ Other Payment Methods
                          The transaction fees and currencies vary, depending on the payment method chosen. View details
                          T/T  PayPal  Pay  GPay  **Online Transfer**

Additional notes (optional)   Please fill in
                                                                      0/2000

Protections on this order with 🛡 Trade Assurance                      View details ❯

Need Help?



**MARCH EXPO** Claim 3 coupons worth US $80 from Apr 1-16, 2023 PT

View more

**Alibaba.com** | What are you looking for... | NEW | Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

Chat now

Browsing History

**Ready to Ship** | In Stock | Fast Dispatch

Private label personal Skin Care Face Cleansing Brush Home Use Facial Cleaner Sonic Silicone makeup Facial Cleansing Brush

★★★★★ 5.0  1 Reviews    2 buyers

| 2 - 2999 pieces | 3000 - 4999 pieces | >= 5000 pieces |
|---|---|---|
| $3.20 | $3.00 | $2.80 |

Benefits: Quick refunds on orders under US $500          View more >

Color

Power Supply Mode | Built-in Battery | $3.20 | − 0 +

Samples:      Built-in Battery
$3.20/piece   Min. order : 1 piece   Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | > 100 |
|---|---|---|
| Lead time (days) | 5 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 3000 pieces)

**Purchase details**          Protection with 🛡 Trade Assurance

Shipping: Enjoy **On-time Delivery Guarantee**: Receive by May 15 via Electronics Parcels (Standard)
Powered by **Alibaba.com** Logistics

Payments: VISA | Mastercard | PayPal | afterpay | Apple Pay | G Pay | ...
Enjoy encrypted and secure payments View details

---

The minimum order quantity is 2 piece
0/2 piece                from **$6.40**
                         Lead time 5 days ⓘ

Shipping                 from **$6.19**
                         (Duty Incl.)
Electronics Parcels
(Standard) Change
**Alibaba.com** Logistics
Guaranteed delivery By May 15 ⓘ

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart

---

**Shenzhen Xiteyou Electronic Tec...**
Manufacturer,Trading Company,Agent
🇨🇳 CN  10YR

Response Time        On-time delivery r...
≤3h                  96.9%

195 Transactions
420,000+

TOP



**Buy Now**

| | |
|---|---|
| Shipping address | ████████████ ████████ |

██████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**   **Add an address**

🚚 Shenzhen Xiteyou Electronic Technology Co., Ltd.                    💬 Chat with the supplier



Private label personal Skin Care Face Cleansing Brush Home Use Facial Cleaner Sonic Silicone makeup Facial Cleansing Brush

| Color : Pink , Power Supply Mode : Built-in Battery | USD 3.20 / Piece | 2 | USD 6.40 |
|---|---|---|---|

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total: **USD 6.40**

| | |
|---|---|
| Shipping service line | Electronics Parcels (Standard) |
| | Alibaba.com \| Logistics |
| Shipping methods | ≋ EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) |
| Delivery timeline | Guaranteed delivery by May 15 |
| | Compensation for delayed delivery |

Payment                 Dispatch                 Received
●━━━━━━━━━━━━━━━━━━━━━━━●━━━━━━━━━━━━━━━━━━━━━━━●
            Lead time 5 days      CN    Shipping time 12-17 working days    US

Alibaba.com \| Logistics   cost-effective, efficient, and trackable.                Shipping fee: **USD 6.19**



**This order is protected**
with 🛡 Trade Assurance   **View details**

| | |
|---|---|
| Item(s) total: | USD 6.40 |
| Shipping fee | USD 6.19 |
| Order total | USD 12.59 |
| Tax: | USD 0.87 |

**✓ Proceed to pay**

Payment Security:

DOE Number: 65
Seller Name: Shenzhen X-World Technology Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less What's March Expo?

View larger image

Share

Ready to Ship In Stock Fast Dispatch

MARCH 2021 Mini Waterproof Wireless Silicone Facial Cleansing Brush Vibration Rechargeable Facial Cleaning Brush

| 10 - 99 pieces | 100 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $5.00 | $4.50 | $4.10 |

MARCH EXPO Save up to US $30 with PayPal

$300.00 OFF Order more than $10,000.00 Get Coupon

Benefits: Silver 3-day coupon giveaway: up to US $80 off View more

Color

Power Supply Mode USB recharge $5.00 10

Samples: , USB recharge
$11.43/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 1000 | > 1000 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

Customization: Customized logo (Min. order 2000 pieces)
Customized packaging (Min. order 2000 pieces)
More

**Purchase details** Protection with Trade Assurance

Shipping: Estimated delivery by 5/2-5/23 via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds Eligible for returns and refunds View details

**Source with confidence**

Direct from Verified Custom Manufacturer

Top-rated supplier in the past 90 days

10 pieces Details $50.00
Lead time 15 days

Shipping $25.16
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery5/2-5/23

Total $75.16

Start order

Contact supplier

Call us

Add to cart

Chat now

Browsing History

Verified supplier

Shenzhen X-World Technology Co., Ltd.
Custom manufacturer
CN 8 YRS

Store rating 4.8/5
On-time delivery rate 99.6%
Response time ≤5h
Transactions $890,000+
Floorspace 1350m²
Staff 64

Services
Minor customization
Design-based customization

Quality control
Finished product inspection
QA/QC inspectors (6)

Certifications
Certificates

Company profile Visit store

Product details Company profile Report abuse

Product Description Contact Us

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Model Number: | BS-05 |
| Plugs Type: | USB | Material: | Silicone, Skin-friendly Silicone |
| Waterproof: | Yes | Warranty: | Unavailable |
| Feature: | DEEP CLEANSING, Pore Cleaner | Function: | Facial Cleansing |
| Application: | Home Use+office+travel | Product name: | Multifunction Beauty Machine |
| Keywords: | Beauty Instrument | Type: | Handy |
| Certification: | ce | | |

**Packaging & delivery**

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 14X10X5 cm |

Alibaba.com
Global trade starts here.

Buy Now

| | | |
|---|---|---|
| Shipping address | [redacted] Miami, Florida, 33133-2709, United States of America | |
| | Change   Add an address | |

**This order is protected**
with 🛡 Trade Assurance   View details

Item(s) total:          USD 50.00
Shipping fee           USD 33.97
Order total              USD 83.97
Tax:                        USD 5.88

**Proceed to pay**

Payment Security:

🏪 Shenzhen X-World Technology Co., Ltd.          ⬤ Chat with the supplier

MARCH  2021 Mini Waterproof Wireless Silicone Facial Cleansing Brush Vibration Rechargeable Facial Cleaning Brush

Color :  ⬤ Pink ,
Power Supply Mode :  USB recharge

USD 5.00 / Piece ⓘ   [ − ]  10  [ + ]   USD 50.00

Customization Service

The minimum quantity required for customization options is **2000** Pieces.
You currently have **10** Pieces in your cart.

Item(s) total:   **USD 50.00**

Store Coupon:  [ no-available ▾ ]  - USD 0.00

Messenger  ⌃

| | |
|---|---|
| Shipping service line | Air Charter Express US (Premium) ⌄ Alibaba.com \| Logistics |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DAP (Delivered at Place) ⓘ |
| Delivery timeline | Guaranteed delivery by Apr 6 Compensation for delayed delivery |

| Payment | Dispatch | Received |
|---|---|---|
| ● | ● | ● |
| Lead time 15 days | CN   Shipping time 5-9 working days | US |

Alibaba.com \| Logistics  cost-effective, efficient, and trackable.          Shipping fee:  **USD 33.97**

| | |
|---|---|
| Sales Tax ⓘ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 5.88**

| | |
|---|---|
| Payment Method | ◯ Credit/Debit Card |
| | ⦿ Other Payment Methods |
| | The transaction fees and currencies vary, depending on the payment method chosen. View details |
| | T/T   PayPal  [eftpos]  [G Pay]  **Online Transfer** |

| | |
|---|---|
| Additional notes (optional) | Please fill in 0/2000 |

**Protections on this order** with 🛡 Trade Assurance          View details ›

DOE Number: 66
Seller Name: Shenzhen Yazi Technology Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less
What's March Expo?

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

New Arrivals Silicon Facial Cleaning Brush Skin Care Products Silicone Face cleaning machines thermal sonic facial brush

| 2 - 49 pieces | 50 - 99 pieces | 100 - 499 pieces | >= 500 pieces |
|---|---|---|---|
| $12.90 | $12.30 | $11.50 | $11.00 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color: Pink $12.90 − 2 +

Lead time:

| Quantity (pieces) | 1 - 49 | 50 - 99 | 100 - 499 | > 499 |
|---|---|---|---|---|
| Lead time (days) | 5 | 15 | 25 | To be negotiated |

**Purchase details**

Protection with Trade Assurance

Shipping: Estimated delivery by **3/17-3/23** via Air Charter Express US (Premium)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

2 pieces Details $25.80
Lead time **5** days

Shipping $23.08
Air Charter Express US (Premium) Change
Alibaba.com Logistics
Estimated delivery**3/17-3/23**

**Total** **$48.88**

Start order
Contact supplier
Add to cart

**Shenzhen Yazi Technology Co., Ltd.**
Manufacturer,Trading Company
CN 4YR
Response Time ≤3h
On-time delivery r... 100.0%

Chat now
Browsing History

## You may also like

Portable Face Skin... Peeling Beauty
$3.50 - $7.90
Min. order: 2 pieces

High Quality Face Beaut... Roller Massage, Solar
$11.00 - $18.70
Min. order: 3 pieces

Beautiful Y Shape Facia... Roller Massager , Face
$9.90 - $17.80
Min. order: 10 pieces

Products In Bulk Most... Popular Items Marks
$23.00 - $25.00
Min. order: 1 piece

Japanese Acne... Treatment Beauty
$7.00 - $8.40
Min. order: 1 piece

**Product details** | Company profile | Report abuse

luct Description | Certifications | Payment & Shipping | Trade Shows & Team | Company Information | FAQ | Back to home

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | China | Brand Name: | yazi beauty |
| Model Number: | YZ-0011350A | Feature: | Skin Revitalizer, Black Head Remover, Anti-Puffiness, ... |
| Warranty: | 1 Year | Type: | Multi-Function Beauty Equipment |
| Product Name: | Thermal Massage Facial Pleasing Brush | Application: | Home Use + Office + Travel, For Home Use |
| Material: | Food Grade Silicone + ABS | Color: | pink,blue,purple |
| Water proof: | IPX7 | Dimension: | 157.5*33.5*34mm |
| Weight: | 238g | Power Supply: | 5V 1A |
| After-sales Service Provided: | Online support, Field installation, commissioning and ... | Certification: | CE |

**Packaging & delivery**

Selling Units: Single item

**Alibaba.com** Global trade starts here    Buy Now

| | | This order is protected |
|---|---|---|
| Shipping address | ▬▬▬▬▬ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America | with 🛡 Trade Assurance  View details |

Change   Add an address

Item(s) total:  USD 25.80
Shipping fee   USD 23.08

Order total    USD 48.88
Tax:           USD 3.42

**Proceed to pay**

Payment Security:  ✅ ssl   VISA

🚢 Shenzhen Yazi Technology Co., Ltd.                    💬 Chat with the supplier

New Arrivals Silicon Facial Cleaning Brush Skin Care Products Silicone Face cleaning machines thermal sonic facial brush

Color : Pink

USD 12.90 / Piece ⓘ    − 2 +    USD 25.80

Item(s) total:  USD 25.80

🔲 Messenger  ∧

| | |
|---|---|
| Shipping service line | Air Charter Express US (Premium) ∨ |
| | Alibaba.com \| Logistics |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DAP (Delivered at Place) ⓘ |
| Delivery timeline | Estimated delivery by 3/17-3/23 |

Payment                     Dispatch                    Received
●——————————————————————————●——————————————————————————●
            Lead time 5 days        CN   Shipping time 5-9 working days   US

Alibaba.com \| Logistics  cost-effective, efficient, and trackable.      Shipping fee: USD 23.08

| | |
|---|---|
| Sales Tax ⓘ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  USD 3.42

| | |
|---|---|
| Payment Method | ◯ Credit/Debit Card |
| | 🔴 Other Payment Methods |
| | The transaction fees and currencies vary, depending on the payment method chosen. View details |
| | T/T  PayPal  ⓹Pay  GPay  Online Transfer |

| | |
|---|---|
| Additional notes (optional) | Please fill in |
| | 0/2000 |

**Protections on this order** with 🛡 Trade Assurance              View details ⟩

💲 **Refund policy**
Claim refunds for missing, defective, or incorrect products

☑ I agree to share my business card with supplier.





MARCH EXPO Source 2023's latest products for less What's March Expo?

View larger image

Share

Ready to Ship In Stock Fast Dispatch

Best Selling Products 2018 In Europe Acne Spot Treatment Korean Facial Pore Silicon Mens Face Spin Brush

| 1 - 49 pieces | 50 - 99 pieces | 100 - 499 pieces | >= 500 pieces |
|---|---|---|---|
| $8.40 | $8.00 | $7.50 | $7.00 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Quantity: 1 pieces

Lead time:

| Quantity (pieces) | 1 - 49 | 50 - 99 | 100 - 499 | > 499 |
|---|---|---|---|---|
| Lead time (days) | 5 | 15 | 25 | To be negotiated |

**Purchase details** Protection with Trade Assurance

Shipping: Estimated delivery by **3/17-3/23** via Air Charter Express US (Premium)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

1 pieces $8.40
Lead time **5** days

Shipping $17.60
Air Charter Express US (Premium) Change
Alibaba.com Logistics
Estimated delivery**3/17-3/23**

**Total** $26.00

Start order

Contact supplier

Add to cart

Chat now

Browsing History

**Shenzhen Yazi Technology Co., Ltd.**
Manufacturer,Trading Company
CN 4YR

Response Time ≤3h | On-time delivery r... 100.0%

## You may also like

Skincare Beauty Skin Face Gym Sculpting...
$5.00 - $18.70
Min. order: 10.0 pieces

Electrical Ems Electric... Rose Quartz Facial
$11.00 - $18.70
Min. order: 10 pieces

Portable Face Skin... Peeling Beauty
$3.50 - $7.90
Min. order: 2 pieces

High Quality Face Beaut... Roller Massage, Solar
$11.00 - $18.70
Min. order: 3 pieces

Beautiful Y Shape Facia... Roller Massager , Face
$9.90 - $17.80
Min. order: 10 pieces

**Product details** Company profile Report abuse

luct Description Certifications Payment & Shipping Trade Shows & Team Company Information FAQ Back to home

## Overview

### Essential details

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | yazi beauty |
| Model Number: | YZ-0011363A | Feature: | Skin Revitalizer, Black Head Remover, Dark Circles, No... |
| Warranty: | 1 Year | Type: | Multi-Function Beauty Equipment |
| Product Name: | Sonic silicone facial brush | Application: | Home Use + Office + Travel, For Home Use |
| Material: | Food Grade Silicone + ABS | Color: | pink,blue,purple |
| Water proof: | IPX7 | Dimension: | 77*82*31mm |
| Power Supply: | 5V 1A | Frequency of vibration: | 7000 rpm+-20% |
| Function: | Facial cleaning brush | After-sales Service Provided: | Online support |
| Certification: | CE | | |

### Packaging & delivery

Selling Units: Single item

**Alibaba.com** Global trade starts here   Buy Now

Shipping address

███████████████
███████████ Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America

Change    Add an address

**This order is protected**
with 🛡 Trade Assurance   View details

| Item(s) total: | USD 8.40 |
| Shipping fee | USD 17.60 |
| Order total | USD 26.00 |
| Tax: | USD 1.82 |

**Proceed to pay**

Payment Security: ✓ VISA

🏪 Shenzhen Yazi Technology Co., Ltd.    💬 Chat with the supplier

Best Selling Products 2018 In Europe Acne Spot Treatment Korean Facial Pore Silicon Mens Face Spin Brush

No specifications          USD 8.40 / Piece ⓘ   [−] 1 [+]   USD 8.40

Item(s) total:  **USD 8.40**

| Shipping service line | Air Charter Express US (Premium) ⌄ |
| | Alibaba.com  Logistics |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DAP (Delivered at Place) ⓘ |
| Delivery timeline | Estimated delivery by 3/17-3/23 |

Payment ———————— Dispatch ———————— Received

Lead time 5 days      CN   Shipping time 5-9 working days   US

Alibaba.com  Logistics  cost-effective, efficient, and trackable.   Shipping fee: **USD 17.60**

Sales Tax ⓘ

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 1.82**

Payment Method

○ Credit/Debit Card

● Other Payment Methods

The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T  **PayPal** [Pay] [G Pay]  **Online Transfer**

Additional notes (optional)

Please fill in

0/2000

Protections on this order with 🛡 Trade Assurance    View details ›

⑤ **Refund policy**
Claim refunds for missing, defective, or incorrect products

☑ I agree to share my business card with supplier.

Messenger ⌃

Need Help? 🐧

DOE Number: 67
Seller Name: Shenzhen Yuexi Technology Co., Ltd.
Marketplace: Alibaba



What are you looking for...   Search

My Alibaba   Messages   Orders   Cart

Categories   Ready to Ship   Personal Protective E...   Trade Shows   Buyer Central   Sell on Alibaba.com   Help

Get the app    English - USD    Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





View larger image

Share

**Ready to Ship**   In Stock   Fast Dispatch

### 2021 Mini Silicone Electric Sonic Waterproof Facial Cleansing Brush Brush Waterproof Face scrubber exfoliator brush

| 2 - 499 pieces | 500 - 1999 pieces | >= 2000 pieces |
|---|---|---|
| **$3.75** | **$3.50** | **$2.80** |

Benefits:      Quick refunds on orders under US $500                   View more »

Color

Power Supply Mode       Battery                    $3.75          −  0  +

Samples:         Battery

$5.00/piece    Min. order : 1 piece    Get samples

Lead time:

| Quantity (pieces) | 1 - 500 | 501 - 1000 | 1001 - 10000 | > 10000 |
|---|---|---|---|---|
| Lead time (days) | 7 | 7 | 15 | To be negotiated |

Customization:   Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
More ⌄

The minimum order quantity is 2 piece
0/2 piece                      from **$7.50**
Lead time 7 days

Shipping              from **$23.94**
(Duty Incl.)
Electronics Parcels
(Standard) Change
**Alibaba.com** Logistics
Guaranteed delivery By May 17

**Start order**

✉ Contact supplier

🛒 Add to cart

**Shenzhen Yuexi Technology Co., ...**
Manufacturer,Trading Company
CN 3YR
Response Time        On-time delivery r...
≤2h                  **100.0%**

Chat now

Browsing History

### Purchase details                    Protection with 🛡 Trade Assurance

Shipping:        Enjoy On-time Delivery Guarantee: Receive by May 17 via Electronics
Parcels (Standard)
Powered by **Alibaba.com** Logistics

Payments:         

Enjoy encrypted and secure payments View details

TOP

4/15/23, 3:22 AM

 **Buy Now**

**Shipping address**

███████ ████  ████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

Change  Add an address

Shenzhen Yuexi Technology Co., Ltd.  ⬤ Chat with the supplier

 2021 Mini Silicone Electric Sonic Waterproof Facial Cleansing Brush Brush Waterproof Face scrubber exfoliator brush

Color : █ Pink , Power Supply Mode : Battery        USD 3.75 / Piece ⓘ   − 2 +   USD 7.50

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **2** Pieces in your cart.

Item(s) total: **USD 7.50**

**Shipping service line**  Electronics Parcels (Standard) ⌄
Alibaba.com | Logistics

**Shipping methods**  ≋ EXPRESS

**Incoterms**  DDP (Delivered Duty Paid) ⓘ

**Delivery timeline**  Guaranteed delivery by May 16
Compensation for delayed delivery

Payment ⬤——————————— Dispatch ⬤——————————— Received ⬤
  Lead time 7 days   CN   Shipping time 12-17 working days   US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.   Shipping fee: **USD 24.01**

**This order is protected**
with 🛡 Trade Assurance  **View details**

Item(s) total:  USD 7.50
Shipping fee  USD 24.01

Order total  USD 31.51
Tax:  USD 2.21
Transaction Fee:  USD 1.01

**Payment in** USD ⌄  **USD 34.73**

⬤ Pay now

Payment Security:  ✓ | PCI

https://biz.alibaba.com/contract/nowBuy.htm?pageId=25788e5721030b2c1681465762#/

1/3

DOE Number: 68
Seller Name: Shenzhen Yuwei Trading Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less What's March Expo?

Alibaba.com What are you looking for... NEW Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

View larger image

Share

Ready to Ship In Stock Fast Dispatch

Skin Care Face Brush Sonic Vibration Deep Pore Cleansing Electric Silicone Facial Brush Washer Blackhead Face Cleaner

1 buyer

1 - 99 pieces **$2.20**

>= 100 pieces **$1.70**

MARCH EXPO Save up to US $30 with PayPal

Benefits: Quick refunds on orders under US $500 View more

Color

Power Supply Mode: USB recharge $2.20 1

Lead time:

| Quantity (pieces) | 1 - 1 | > 1 |
|---|---|---|
| Lead time (days) | 7 | To be negotiated |

**Purchase details** Protection with Trade Assurance

Shipping: Enjoy On-time Delivery Guarantee: Receive by Apr 10 via Electronics Parcels (Standard)
Powered by Alibaba.com Logistics

Payments: VISA PayPal Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for returns and refunds View details

1 pieces Details **$2.20**
Lead time **7** days

Shipping **$6.18**
(Duty Incl.)
Electronics Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery **By Apr 10**

**Total** **$8.38**

Start order
Contact supplier
Add to cart

Chat now
Browsing History

**Shenzhen Yuwei Trading Co., Ltd.**
Manufacturer,Trading Company
CN 2YR
Response Time ≤1h
On-time delivery r... 76.7%
72 Transactions 20,000+

**Product details** | Company profile | Transactions | Report Suspicious Activity!

Related Products | Packing & Delivery | Company Profile

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | none |
| Model Number: | f1 | Plugs Type: | usb |
| Material: | Silicone | Waterproof: | NO |
| Warranty: | Unavailable | Feature: | Acne Treatment, Pore Shrinking, Black Head Removal |
| Certification: | ce | | |

**Packaging & delivery**

Selling Units: Single item
Single package size: 20X5X5 cm
Single gross weight: 0.180 kg
Lead time:

| Quantity(pieces) | 1 - 1 | >1 |
|---|---|---|
| Lead time (days) | 7 | To be negotiated |

Skin Care Face Brush Sonic Vibration Deep Pore Cleansing Electric Silicone Facial Brush Washer Blackhead Face Cleaner

| | |
|---|---|
| product name | electric silicone facial brush |
| size | as the photo showed |
| power supply | USB |
| material | silicone |
| color | pink,blue,rose red,yellow black |

Related Products

**Alibaba.com** Global trade starts here
Buy Now

| | | |
|---|---|---|
| Shipping address | [REDACTED] Miami, FL 33133-2709, United States. Miami, Florida, 33133-2709, United States of America | |

Change    Add an address

**This order is protected**
with 🛡 Trade Assurance   View details

| | |
|---|---|
| Item(s) total: | USD 2.20 |
| Shipping fee | USD 6.18 |
| Order total | USD 8.38 |
| Tax: | USD 0.58 |

**Proceed to pay**

Payment Security: ✓ VISA

Shenzhen Yuwei Trading Co., Ltd.    Chat with the supplier

Skin Care Face Brush Sonic Vibration Deep Pore Cleansing Electric Silicone Facial Brush Washer Blackhead Face Cleaner

| | | | |
|---|---|---|---|
| Color : Yellow , | USD 2.20 / Piece | − 1 + | USD 2.20 |
| Power Supply Mode : USB recharge | | | |

Item(s) total: **USD 2.20**

Messenger

| | |
|---|---|
| Shipping service line | Electronics Parcels (Standard) ⌄ |
| | Alibaba.com Logistics |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) ⓘ |
| Delivery timeline | Guaranteed delivery by Apr 10 |
| | Compensation for delayed delivery |

| Payment | Dispatch | Received |
|---|---|---|
| ● | ● | ● |
| Lead time 7 days | CN    Shipping time 12-17 working days | US |

Alibaba.com Logistics  cost-effective, efficient, and trackable.
Shipping fee: **USD 6.18**

| | |
|---|---|
| Sales Tax ⓘ | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 0.58**

| | |
|---|---|
| Payment Method | ○ Credit/Debit Card |
| | ● Other Payment Methods |
| | The transaction fees and currencies vary, depending on the payment method chosen. View details |
| | T/T 𝐏𝐚𝐲𝐏𝐚𝐥 ⒫ 🅖🅟 **Online Transfer** |

| | |
|---|---|
| Additional notes (optional) | Please fill in |
| | 0/2000 |

**Protections on this order** with 🛡 Trade Assurance    View details ›

🔄 **On-time Delivery Guarantee**
Delivered by Apr 10 or you are eligible for compensation

Ⓢ **Refund policy**

DOE Number: 69
Seller Name: Wenzhou Uming Trading Co., Ltd.
Marketplace: Alibaba





MARCH EXPO Source 2023's latest products for less
What's March Expo?

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

low price wireless mini double sides massage electric sonic silicone facial cleansing brush

| 10 - 239 pieces | 240 - 2999 pieces | 3000 - 29999 pieces | >= 30000 pieces |
|---|---|---|---|
| $3.20 | $2.80 | $2.50 | $2.00 |

MARCH EXPO Save up to US $30 with PayPal

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

Power Supply Mode: USB recharge $3.20 0

Samples: , USB recharge
**$5.00/piece** Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 500 | > 500 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)

The minimum order quantity is 10 piece
0/10 piece from $32.00
Lead time 15 days
Shipping from $27.84
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery5/2-5/23
Start order
Contact supplier
Call us
Add to cart

Chat now
Browsing History

**Wenzhou Uming Trading Co., Ltd.**
Trading Company
CN 5YR
Response Time ≤8h
On-time delivery r... 80.0%
20 Transactions 40,000+

**Purchase details** Protection with Trade Assurance

Shipping: Estimated delivery by **5/2-5/23** via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments: VISA | PayPal | Pay | G Pay
Enjoy encrypted and secure payments View details

Returns & Refunds: Enjoy Easy Return: Return to local warehouses for free and get full refunds View details

**Product details** | **Company profile** | Report abuse

Product Description | Specification | Company Profile

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Zhejiang, China | Type: | HAND HELD, Multi-Function Beauty Equipment |
| Plugs Type: | USB | Material: | Silicone |
| Target Area: | Face | Waterproof: | Yes |
| Warranty: | 6 Months | Feature: | Acne Treatment, DEEP CLEANSING, Exfoliators, Pore ... |
| Application: | For Commercial & Home Use | Motor vibrate HZ: | 6000rpm |
| Charging time:2 hours: | 2 hours | Working time: | 150-180minutes |
| Whatproof: | IPX6 | Power supply: | DC 3.7V |
| Product name: | Silicone Face Cleansing Brush | Function: | clean face |

**Packaging & delivery**

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 16X11X6 cm |
| Single gross weight: | 0.250 kg |
| Package Type: | Gift cardboard box<br>Unit Package Size 33*91*135mm<br>Unit Package Weight 110g<br>60pcs/CTN<br>Carton Size 35.5*29.5*28.8cm<br>Carton Weight 7kgs |

**Alibaba**.com  Buy Now

Shipping address

█████████ Miami, Florida, 33133-2709, United States of America

Change    Add an address

---

**This order is protected**
with 🛡 Trade Assurance   View details

Item(s) total:              USD 32.00
Shipping fee                USD 27.84

Order total                 USD 59.84
Tax:                        USD 4.19

[ 🛡 Proceed to pay ]

Payment Security: ✓ ssl   VISA ███

---

🚚 Wenzhou Uming Trading Co., Ltd.                    💬 Chat with the supplier

low price wireless mini double sides massage electric sonic silicone facial cleansing brush

Color：🔴 Pink ，            USD 3.20 / Piece ⓘ    −  10  +      USD 32.00
Power Supply Mode： USB recharge

[ Customization Service ]

The minimum quantity required for customization options is **1000** Pieces.
You currently have **10** Pieces in your cart.

Item(s) total:  **USD 32.00**

---

Shipping service line      Ocean + Delivery US (Economy) ⌄
                           Alibaba.com · Logistics

Shipping methods           🚢 EXPRESS

Incoterms                  DAP (Delivered at Place) ⓘ

Delivery timeline          Guaranteed dispatch within 15 days
                           Payment              Dispatch              Received
                           ●───────────────────────●────────────────────●
                                Lead time 15 days    CN   Shipping time 30-45 working days   US

Alibaba.com · Logistics  cost-effective, efficient, and trackable.          Shipping fee:  **USD 27.84**

---

Sales Tax ⓘ               According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax
                          when you place an order. Learn more

                          ⓘ If you are purchasing products for resale or production, submit tax information to
                             be verified for tax exemption. Submit now

                                                                                   Tax  **USD 4.19**

---

Payment Method            ◯ Credit/Debit Card

                          ● Other Payment Methods
                            The transaction fees and currencies vary, depending on the payment method chosen. View details
                            T/T  *P* PayPal  [Pay]  [GPay]  **Online Transfer**

---

Additional notes (optional)   [ Please fill in                                          ]
                                                                                 0/2000

---

**Protections on this order** with 🛡 Trade Assurance                    View details ›

🛡 **On-time Dispatch Guarantee**
   Dispatched within 15 days or you are eligible for compensation

💲 **Easy Return**



MARCH EXPO Source 2023's latest products for less

What's March Expo?

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush

Ready to Ship | In Stock | Fast Dispatch

cepillo facial silicona wireless mini pink custom color double sides electric sonic silicone facial cleansing brush

| 60 - 239 pieces | 240 - 539 pieces | 540 - 1019 pieces | >= 1020 pieces |
|---|---|---|---|
| $4.20 | $3.90 | $3.70 | $3.50 |

MARCH EXPO    Save up to US $30 with PayPal

Benefits: Silver  Quick refunds on orders under US $1,000    View more >

Color:

Power Supply Mode: USB recharge    $4.20    — 60 +

Samples: $5.00/piece  Min. order : 1 piece    Get samples

Lead time:
| Quantity (pieces) | 1 - 500 | > 500 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

Customization: Customized logo (Min. order 3000 pieces)
Customized packaging (Min. order 1000 pieces)

**Purchase details**

Protection with  Trade Assurance

Shipping: Estimated delivery by **4/19-5/10** via Ocean+Express US (Standard)
Powered by **Alibaba.com** Logistics

Payments: VISA  PayPal  Apple Pay  G Pay
Enjoy encrypted and secure payments  View details

Returns & Refunds: Enjoy **Easy Return**: Return to local warehouses for free and get full refunds  View details

View larger image

Share

60 pieces  Details    $252.00
Lead time **15 days**

Shipping    $52.14
(Duty Incl.)
Ocean+Express US
(Standard) Change
**Alibaba.com** Logistics
Estimated delivery**4/19-5/10**

Total    **$304.14**

Start order

Contact supplier

Call us

Add to cart

**Wenzhou Uming Trading Co., Ltd.**
Trading Company
CN  5YR

Response Time    On-time delivery r...
≤8h    80.0%

20 Transactions
40,000+

Chat now

Browsing History

**Product details**    Company profile    Report abuse

Product Description | Product Overviews | Packaging & Shipping | Certifications | FAQ

## Overview

**Essential details**

| | | | |
|---|---|---|---|
| Place of Origin: | Zhejiang, China | Model Number: | UM-FB-048 |
| Plugs Type: | USB | Material: | Silicone |
| Waterproof: | Yes | Warranty: | 1 Year |
| Feature: | Acne Treatment, DEEP CLEANSING, Exfoliators, Pore... | Application: | For Commercial & Home Use |
| Type: | Multi-Function Beauty Equipment | Size: | 90*85*30MM |
| Motor vibrate HZ: | 6000rpm | Charging time:2 hours: | 2 hours |
| Working time: | 150-180minutes | Power supply: | DC 3.7V |
| Whatproof: | IPX6 | Function: | clean face |
| Color: | pink,green | Certification: | ce |

**Packaging & delivery**

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 14X11X4 cm |
| Single gross weight: | 0.250 kg |
| Package Type: | Gift cardboard box
Unit Package Size 14*10.5*3.5CM
Unit Package Weight 160g
60pcs/CTN
Carton Size 37*33*30cm
Carton Weight 10.6/9.6kgs |
| Lead time | |



**Alibaba.com**
Global trade starts here
Buy Now

| Shipping address | [REDACTED] Miami, Florida, 33133-2709, United States of America |
| | Change    Add an address |

**This order is protected**
with ⓣ Trade Assurance   View details

Item(s) total:        USD 252.00
Shipping fee          USD 59.86
Order total           USD 311.86
Tax:                  USD 21.83

⟳ Proceed to pay

Payment Security: ✓ ... VISA ...

🚢 Wenzhou Uming Trading Co., Ltd.              ⬤ Chat with the supplier

cepillo facial silicona wireless mini pink custom color double sides electric sonic silicone facial cleansing brush

Color : Pink    Power Supply Mode : USB recharge        USD 4.20 / Piece [ ]    [ ] 60 [ ]    USD 252.00

Customization Service

The minimum quantity required for customization options is **1000 Pieces.**
You currently have **60** Pieces in your cart.

Item(s) total:  **USD 252.00**

| Shipping service line | Ocean+Express US (Standard) ⬚ |
| Shipping methods | 🚢 EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) ⬚ |
| Delivery timeline | Guaranteed dispatch within 15 days |

Payment                     Dispatch                        Received
●────────────────────────●──────────────────────────────●
        Lead time 15 days        CN    Shipping time 20-35 working days    US

Shipping fee:  **USD 59.86**

Sales Tax ⓘ

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 21.83**

Payment Method

○ Credit/Debit Card

● Other Payment Methods
The transaction fees and currencies vary, depending on the payment method chosen. View details

T/T  P PayPal  [Pay] [GPay]   **Online Transfer**

MARCH  Save up to US $30 off with PayPal ›

Additional notes (optional)          Please fill in
                                                              0/2000

**Protections on this order** with ⓣ Trade Assurance          View details ›

🔄 **On-time Dispatch Guarantee**
Dispatched within 15 days or you are eligible for compensation

Ⓢ **Easy Return**
Return products locally for free and receive full refunds

Need Help?

🗨 Messenger  ⌃

DOE Number: 70
Seller Name: Wenzhou Welland Electric Co., Ltd.
Marketplace: Alibaba

 **Alibaba**.com

What are you looking for... 🔍    NEW  🔍 **Search**

My Alibaba | Messages | Orders | Cart

≡ Categories ▾ | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central ▾ | Sell on Alibaba.com ▾ | Help ▾    📱 Get the app | English - USD ▾ | Ship to: 🇺🇸 ▾

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





🔍 View larger image

📤 Share

**Ready to Ship**   🕐 In Stock  🚚 Fast Dispatch

**Facial Cleansing Instrument Smart Pore Cleaning Instrument Electric Machine Men and Women Ultrasonic Silicone Brush 3.7v Face 5w**

1 buyer

IP CE  ▸ View More

| 10 - 999 pieces | 1000 - 4999 pieces | >= 5000 pieces |
|---|---|---|
| **$2.80** | **$2.45** | **$2.15** |

| Benefits: | US $10 off with a new supplier | View more ▸ |
|---|---|---|

| Color |  | |

| Power Supply Mode | USB recharge | $2.80 | − | 0 | + |

| Samples: | 🔋, USB recharge |
| | $2.80/piece   Min. order : 1 piece   Get samples |

| Lead time: ⓘ | Quantity (pieces) | 1 - 100 | 101 - 1000 | > 1000 |
| | Lead time (days) | 15 | 25 | To be negotiated |

| Customization: | Customized logo (Min. order 500 pieces) |
| | Customized packaging (Min. order 3000 pieces) |
| | More ▾ |

### Purchase details

Protection with 🛡 **Trade Assurance**

| Shipping: | Estimated delivery by **6/14-7/6** via Ocean + Delivery US (Economy) |
| | Powered by **Alibaba**.com Logistics |

| Payments: | 💳 VISA 💳 Mastercard P PayPal afterpay 🍎 Pay G Pay ··· |
| | Enjoy encrypted and secure payments View details |

The minimum order quantity is 10 piece
0/10 piece    from **$28.00**
Lead time **15** days ⓘ

Shipping    from **$38.99**
Ocean + Delivery US (Economy) Change
**Alibaba.com** Logistics
Estimated delivery 6/14-7/6 ⓘ

**Start order**

💬 **Contact supplier**

📞 **Call us**

🛒 Add to cart

✓**Verified supplier**

**Wenzhou Welland Electric Co., Ltd.**
Custom manufacturer
🇨🇳 CN    3 YRS

| Store rating | On-time delivery rate |
| 4.3/5 | 100.0% |

| Response time | Online revenue |
| ≤5h | $8,000+ |

| Floorspace | Staff |
| 1500m² | 29 |

Services

Minor customization
Design-based customization

Quality control

QA/QC inspectors (1)

💬 Chat now
🕐 Browsing History



# Buy Now

**Shipping address**

███████████ ████████
███████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**  **Add an address**

Wenzhou Welland Electric Co., Ltd.

Chat with the supplier

Facial Cleansing Instrument Smart Pore Cleaning Instrument Electric Machine Men and Women Ultrasonic Silicone Brush 3.7v Face 5w

Color : Pink , Power Supply Mode : USB recharge

USD 2.80 / Piece    −  10  +    USD 28.00

**Customization Service**

The minimum quantity required for customization options is **500 Pieces**.
You currently have **10** Pieces in your cart.

Item(s) total: **USD 28.00**

**Shipping service line**    Ocean + Delivery US (Economy) ⌄

Alibaba.com | Logistics

**Shipping methods**    EXPRESS

**Incoterms**    DAP (Delivered at Place) ⑦

**Delivery timeline**    Guaranteed dispatch within 15 days

Payment ————— Dispatch ————— Received

Lead time 15 days    CN    Shipping time 30-45 working days    US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.

Shipping fee: **USD 39.11**

---

**This order is protected**

with 🛡 Trade Assurance   **View details**

Item(s) total:    USD 28.00
Shipping fee    USD 39.11

Order total    USD 67.11
Tax:    USD 4.7

**✓ Proceed to pay**

Payment Security:

DOE Number: 71
Seller Name: Xiamen You Can New Material Co., Ltd.
Marketplace: Alibaba






**MARCH EXPO** Claim 3 coupons worth US $80 from Apr 1-16, 2023 PT

View more

 **Alibaba.com**

What are you looking for...    **NEW**    Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E… | Trade Shows | Buyer Central | Sell on Alibaba.com | Help

Get the app | English - USD | Ship to:

Home / All Industries / Beauty / Beauty Equipment / Home Use Beauty Equipment / Face Cleaning Brush





View larger image

Share

Chat now

Browsing History

**Ready to Ship**  ✓ In Stock  ✓ Fast Dispatch

### Dropshipping Electric Highlight Face Brush Silicone Facial Cleansing Brush with Case silicone face scrubber

1 buyer

| 2 - 999 sheets | 1000 - 9999 sheets | >= 10000 sheets |
| --- | --- | --- |
| **$5.49** | **$4.54** | **$3.81** |

| Benefits: | Quick refunds on orders under US $500 | View more ⟩ |
| --- | --- | --- |

| Color | | |
| --- | --- | --- |

| Power Supply Mode | RECHARGEABLE | $5.49 | − 0 + |
| --- | --- | --- | --- |
| | USB recharge | $5.49 | − 0 + |

| Samples: | RECHARGEABLE |
| --- | --- |
| | **$5.49/sheet**  Min. order : 1 sheet  Get samples |

Lead time: ⓘ

| Quantity (sheets) | 1 - 1 | 2 - 10000 | > 10000 |
| --- | --- | --- | --- |
| Lead time (days) | 3 | 14 | To be negotiated |

| Customization: | Customized logo (Min. order 10000 sheets) |
| --- | --- |
| | Customized packaging (Min. order 10000 sheets) |
| | More ⌄ |

### Purchase details

Protection with 🛡 Trade Assurance

| Shipping: | Enjoy On-time Delivery Guarantee: Receive by May 24 via Parcels (Economy) |
| --- | --- |
| | Powered by Alibaba.com Logistics |

| Payments: |      |
| --- | --- |

The minimum order quantity is 2 sheet

0/2 sheet    from **$10.98**

Lead time **14** days ⓘ

Shipping    from **$13.39**
(Duty Incl.)

Parcels (Economy) Change

Alibaba.com Logistics

Guaranteed delivery By May 24 ⓘ

**Start order**

✉ Contact supplier

🛒 Add to cart

---

**Xiamen You Can New Material Co…**

Manufacturer,Trading Company

🇨🇳 CN   1YR

| Response Time | On-time delivery r… |
| --- | --- |
| ≤5h | 0.0% |



Buy Now

Shipping address

████████ ████████
████████████ Miami, FL 33133-2709, United States, Miami, Florida, 33133-2709, United States of America

**Change**   **Add an address**

---

**This order is protected**
with 🛡 Trade Assurance   **View details**

| | |
|---|---|
| Item(s) total: | USD 10.98 |
| Shipping fee | USD 13.39 |
| Order total | USD 24.37 |
| Tax: | USD 1.7 |

🟠 **Proceed to pay**

Payment Security: ✓ PCI

---

🏪 Xiamen You Can New Material Co., Ltd.          ◌ Chat with the supplier

 Droppshipping Electric Highlight Face Brush Silicone Facial Cleansing Brush with Case silicone face scrubber

Color : 🔴 Red , Power Supply Mode : RECHARGEABLE          USD 5.49 / Sheet ⓘ   [−] 2 [+]   USD 10.98

**Customization Service**

The minimum quantity required for customization options is **10000** Sheets.
You currently have **2** Sheets in your cart.

Item(s) total: **USD 10.98**

---

| | |
|---|---|
| Shipping service line | Parcels (Economy) ⌄ |
| | Alibaba.com \| Logistics |
| Shipping methods | ≋ EXPRESS |
| Incoterms | DDP (Delivered Duty Paid) ⓠ |
| Delivery timeline | Guaranteed delivery by May 24 |
| | Compensation for delayed delivery |

Payment ————————— Dispatch ————————— Received
● ● ●
Lead time 14 days          CN    Shipping time 12-30 working days    US

Alibaba.com \| Logistics  cost-effective, efficient, and trackable.          Shipping fee: **USD 13.39**

DOE Number: 72
Seller Name: Forever Beauty House Store
Marketplace: Aliexpress

Sell on AliExpress | Help | Buyer Protection | App | / Miami / English / USD | Wish List | Account

AliExpress | **Forever Beauty House Store** | + Follow
100.0% Positive feedback | 2 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

High Quality Silicon Face Cleanser Brush Cleansing Silicone Facial Brush Face Scrubber Brush

Extra 3% off

**US $65.88** ~~US $73.20~~ 10% off

Store Discount: Get US $7.34 off orders over US $73.35

US $4.00 off On orders over US $6.00 | US $73.35 Off Store Coupon | Get coupons

Color: Rose Red

Quantity:

1 | 50 Pieces available

Ships to Miami, Florida, United States

**Free Shipping**

From China to Miami via AliExpress Standard Shipping

Estimated delivery on May 07

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee





AliExpress

## Shipping Address

[redacted]
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Forever Beauty House Store**

High Quality Silicon Face Cleanser Brush Cleansing Silicone Facial Brush Face Scrubber Bru...
Rose Red,CN

**US $65.88**

1

**Free Shipping**
Estimated delivery on **May 07**

## Summary

| | |
|---|---|
| Total item costs | US $65.88 |
| Promo Code | Enter code here |
| Total shipping | Free |
| Tax | US $4.61 |
| **Total** | **US $70.50** |

**Place order**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

DOE Number: 73
Seller Name: Fuarscs Beauty Official Store
Marketplace: Aliexpress

Case 1:23-cv-23631-RNS   Document 20-1   Entered on FLSD Docket 11/13/2023   Page 298 of 441



ROCK YOUR STYLE **All white inspirations** Shop now

Sell on AliExpress    Help    Buyer Protection    App    🇺🇸 / Miami / English / USD    Wish List    Account

## AliExpress™

**Fuarscs Beauty Official Store**
94.3% Positive feedback

+ Follow
**6113** Followers

I'm shopping for...    0

On AliExpress | In this store

Store Home    Products ⌄    Sale Items ⌄    Top Selling    Promotional products (60% off)    Feedback    Brand Story



Selection of color

Pink    Meihong    Blue    Green

Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration Sonic Cleanser Deep Pore facial brush machine

🔶 Extra 3% off

★★★★★ 4.4 ⌄    152 Reviews    800+ orders

Top products. Incredible prices.

**US $6.47**    U̶S̶ ̶$̶9̶.̶8̶1̶  34% off    **SuperDeals** Ends in    2 d : 01 : 01 : 12

Store Discount: Buy 2 get 1% off ⌄

US $4.00 Off On orders over US $6.00    US $3.00 Off Store Coupon    Get coupons

Color: Rose red



Quantity:  ⊖ 1 ⊕    Additional 2% off (3 Pieces or more)
70 Pieces available

Ships to 📍 Miami, Florida, United States

**Free Shipping**
From **China** to **Miami** via AliExpress Standard Shipping
Estimated delivery on **May 06**    More options ⌄

Buy Now    Add to Cart    ♡ 5136



AliExpress

## Shipping Address

[redacted]
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Fuarscs Beauty Official Store**

Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration Sonic Cleanser ...
Rose red

**US $6.47**

– 1 +

**Free Shipping**
Estimated delivery on **May 06**

## Summary

| | |
|---|---|
| Total item costs | US $6.47 |
| Promo Code | Enter code here |
| Total shipping | Free |
| Tax ? | US $0.45 |
| **Total** | **US $6.92** |

**Place order**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

DOE Number: 74
Seller Name: Hchenyu Store
Marketplace: Aliexpress

Case 1:23-cv-23631-RNS Document 20-1 Entered on FLSD Docket 11/13/2023 Page 301 of 441



**All white inspirations**
Rock Your Style
Shop now

Sell on AliExpress ▾    Help ▾    Buyer Protection    🗔 App    🇺🇸 / Miami / English / USD ▾    ♡ Wish List    👤 Account ▾

**AliExpress™**

**Hchenyu Store** ▾
100.0% Positive feedback
+ Follow
120 Followers

I'm shopping for...    🛒 0

On AliExpress    In this store

Store Home    Products ▾    Sale Items    Top Selling    Feedback





Electric Facial Cleansing Brush Deep Pore Cleaning blackheads and acne Skin Massager Face Brush Vibration facial brush machine

⊙ Extra 2% off

3 orders

**US $8.96**  ~~US $12.80~~  30% off

Store Discount: Buy 3 get 5% off ˅

US $4.00 off On orders over US $6.00    US $3.00 Off Store Coupon    Get coupons

Color: pin

Quantity:
⊖ 1 ⊕    Only 1 left

Ships to ⊙ Miami, Florida, United States

**Free Shipping**
From **China** to **Miami** via AliExpress Standard Shipping
Estimated delivery on **May 06**    More options ˅

**Buy Now**    **Add to Cart**    ♡ 12



AliExpress

## Shipping Address

[redacted]
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Hchenyu Store**

Electric Facial Cleansing Brush Deep Pore Cleaning blackheads and acne Skin Massager Fa...
pin

**US $8.96**

1

**Free Shipping**
Estimated delivery on **May 06**

## Summary

| | |
|---|---|
| Total item costs | US $8.96 |
| Promo Code | Enter code here |
| Total shipping | Free |
| Tax | US $0.63 |
| **Total** | **US $9.59** |

Place order

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

DOE Number: 75
Seller Name: Lola Beauty
Marketplace: Aliexpress





Rock Your Style All white inspirations Shop now

Sell on AliExpress | Help | Buyer Protection | App | / Miami / English / USD | Wish List | Account

AliExpress | **Lola Beauty Store** 94.5% Positive feedback | + Follow 374 Followers

I'm shopping for... 0

On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Silicone Facial Cleansing Brush Electric Beauty Face Clean Device Facial Massager Vibration Deep Pore Cleaning Brush Face Brush

**US $2.89** ~~US $4.13~~ 30% off

Store Discount: Buy 3 get 1% off

US $4.00 off On orders over US $6.00 Get coupons

Color: Rose

Quantity:

1 9999 Pieces available

Ships to Miami, Florida, United States

**Shipping: US$ 2.11**

From China to Miami via Cainiao Super Economy Global

Estimated delivery on Jun 14

More options

Buy Now | Add to Cart | 3

**75-Day Buyer Protection**
Money back guarantee

AliExpress

## Shipping Address

[redacted]
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Lola Beauty Store**

Silicone Facial Cleansing Brush Electric Beauty Face Clean Device Facial Massager Vibration...
Rose

**US $2.89**

1

**Shipping: US $2.11**
Estimated delivery on **Jun 14**

## Summary

| | |
|---|---|
| Total item costs | US $2.89 |
| Promo Code | Enter code here |
| Total shipping | US $2.11 |
| Tax | US $0.35 |
| **Total** | **US $5.35** |

**Place order**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

DOE Number: 76
Seller Name: Moajaza
Marketplace: Aliexpress

4/18/23, 2:05 AM
Electric Silicone Facial Cleansing Brush for Exfoliating Pimple Acne Deep Scrubbing IPX7 Waterproof Face Massage Beauty Skincare - Cleansing Devices - AliExpr…

Case 1:23-cv-23631-RNS Document 20-1 Entered on FLSD Docket 11/13/2023 Page 307 of 441



DISCOVERY
Outdoor Fun
US $2 off every $20 (max $8)
Up to 70% off
Shop now

Sell on AliExpress    Help    Buyer Protection    App    / Miami / English /  USD    Wish List    Account

## AliExpress

**Moajaza Official Store**
94.5% Positive feedback

+ Follow
58600 Followers

I'm shopping for...    0

On AliExpress    In this store

Store Home    Products ⌄    DISCOVERY    Top Selling    Dropshipping Center    RU warehouse    Feedback



Electric Silicone Facial Cleansing Brush for Exfoliating Pimple Acne Deep Scrubbing IPX7 Waterproof Face Massage Beauty Skincare

US$ 2 off every US$ 20 (max US$ 8)  |  Extra 2% off

5 orders

### US $18.72    US $33.43    44% off

Store Discount: Buy 3 get 1% off ⌄

US $4.00 off On orders over US $6.00    US $10.00 Off Store Coupon    Get coupons

**Color:** as picture show

Quantity:
— 1 +    Additional 1% off (2 Sets or more)
1998 Sets available

Ships to ⊙ Miami, Florida, United States

**Free Shipping**
Estimated delivery on May 12
From China to Miami via AliExpress Standard Shipping

More options ⌄

Buy Now    Add to Cart    ♡ 16



AliExpress

## Shipping Address

[redacted]
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Moajaza Official Store**

Electric Silicone Facial Cleansing Brush for Exfoliating Pimple Acne Deep Scrubbing IPX7 W...
as picture show,China

**US $18.72**

1

**Free Shipping**
Estimated delivery on **May 12**

## Summary

| | |
|---|---|
| Total item costs | US $18.72 |
| Saved | -US $0.37 |
| Promo Code | Enter code here |
| Total shipping | Free |
| Tax | US $1.28 |
| **Total** | **US $19.63** |

Place order

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

DOE Number: 77
Seller Name: Shiner Store
Marketplace: Aliexpress

Rock Your Style All white inspirations

Shop now

Sell on AliExpress | Help | Buyer Protection | App | / Miami / English / USD | Wish List | Account

AliExpress

**Shiner Store**

91.2% Positive feedback

+ Follow

260 Followers

I'm shopping for...

0

On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Electric Silicone Facial Cleansing Skin Massager Face Brush Vibration Sonic Cleanser Deep Pore Facial Washer Women Beauty

Extra 2% off

**US $3.21** ~~US $4.72~~ 32% off

Store Discount: Buy 2 get 2% off

US $4.00 off On orders over US $6.00 | US $3.00 Off Store Coupon | Get coupons

Color: Blue

Quantity:

1 | 600 Pieces available

Ships to Miami, Florida, United States

**Shipping: US$ 6.41**

From China to Miami via AliExpress Standard Shipping

Estimated delivery on May 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee





AliExpress

## Shipping Address

[redacted]
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Shiner Store**

Electric Silicone Facial Cleansing Skin Massager Face Brush Vibration Sonic Cleanser Deep ...
Blue

**US $3.21**

1

**Shipping: US $6.41**
Estimated delivery on **May 06**

## Summary

| | |
|---|---|
| Total item costs | US $3.21 |
| Saved | -US $0.06 |
| Promo Code | Enter code here |
| Total shipping | US $6.41 |
| Tax | US $0.66 |
| **Total** | **US $10.22** |

Place order

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

DOE Number: 78
Seller Name: Shopping Factory Store
Marketplace: Aliexpress

Case 1:23-cv-23631-RNS Document 20-1 Entered on FLSD Docket 11/13/2023 Page 313 of 441



ROCK YOUR STYLE  All white inspirations    Shop now

Sell on AliExpress   Help   Buyer Protection   App   / Miami / English / USD   Wish List   Account

# AliExpress

**Shopping Factory Store**
90.5% Positive feedback

+ Follow
**1910** Followers

I'm shopping for...   0

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | Feedback



SIZE
9.7 * 6.5 * 3 CM
3.8 * 2.6 * 1.2 INCH

6.5cm
2.6in

9.7cm
3.8in

ON / OFF

Weaken

Strengthen

USB Charging Interface

Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterproof Silicone Facial Cleanser Massager set

⊕ Extra 5% off

2 orders

**US $8.98**   US $22.46   60% off

Store Discount: Buy 2 get 5% off ⌄

US $4.00 off On orders over US $6.00   Get coupons

Color: Smile Rose Red

Quantity:
⊖ 1 ⊕   99998 Sets available

Ships to ⦿ Miami, Florida, United States

**Free Shipping**
From **China** to **Miami** via AliExpress Standard Shipping
Estimated delivery on **May 06**

More options ⌄

**Buy Now**   **Add to Cart**   ♡ 6



AliExpress

## Shipping Address

[redacted]
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Shopping Factory Store**

Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterp...
Smile Rose Red

**US $8.98**

– 1 +

**Free Shipping**
Estimated delivery on **May 06**

## Summary

| | |
|---|---|
| Total item costs | US $8.98 |
| Promo Code | Enter code here |
| Total shipping | Free |
| Tax ? | US $0.63 |
| **Total** | **US $9.61** |

**Place order**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

DOE Number: 79
Seller Name: Amazing China Products
Marketplace: Amazon



Stock up now for 2023 gifting
Shop multipack gift cards ›

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices



Roll over image to zoom in

## Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging Travel Size Massager for Skin Exfoliation, Deep Cleansing, Anti Aging - Red

Visit the YUNCHI Store

★★★★☆  2,749 ratings | 35 answered questions

-12% **$17.58** ($17.58 / Count)

List Price: $19.99 ⓘ

FREE Returns ✓

**Color: Red**

| 🟢 $17.58 | 🔴 $17.58 ($17.58 / Count) |
|---|---|

| Material | Silicone,Metal |
|---|---|
| Brand | YUNCHI |
| Color | Red |
| Power Source | Battery Powered |
| Item Dimensions LxWxH | 4.33 x 4.33 x 2.36 inches |

### About this item

- Soft silicone bristles with active ingredients of bamboo charcoal. Bringing more powerful cleaning effect and stronger bacterial inhibition than regular high density bristles brush, with the super adsorption ability of bamboo charcoal.
- 4 different nursing modes. Abundant fine bristles for general face cleansing, extra raised and intensive bristles at the top for precision clean in the hard-to-reach areas, massage function at the wavy area on the back and special negative ion induction function at the bottom metal coating area to promote nutrient absorption when you apply some essence or masks.
- High frequency vibration. 12000 strokes/min and 5 levels adjustment for different skin sensitivities, with smart memory function - automatically remembers the last frequency you used. Unique noise canceling design. Also, vibration causes less damage to the skin than spinning, while promotes skin activity more.
- Wireless charging. Smart inductive charging design with high-performance battery, 3 hours fast charging for 30 days usage ( 5min a day ). True IPX7 whole body waterproof without cutouts for safer usage and easier to clean.
- Tiny & Portable. About the size of your palm, easy to take along in the handbags, gym bags or travel bags. A perfect gift for your wife, girlfriend, sister or female friends at a decent price, especially when it's elaborately packaged.

### Additional Details

 Verified by Transparency
Each item has a unique code that we verify before shipping. Learn more

Compare with similar items

 Report incorrect product information.

**$17.58** ($17.58 / Count)

FREE Returns ✓

FREE delivery **Wednesday, March 15** on $25 of items shipped by Amazon

Or fastest delivery **Tuesday, March 14**. Order within **23 hrs 39 mins**

📍 ▮▮▮▮▮▮ Miami 33133

**In Stock**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

| Ships from | Amazon |
|---|---|
| Sold by | Amazing China Products |
| Returns | Eligible for Return, Refund ... |
| Packaging | Shows what's inside |
| Gift options | Add at checkout |

Details

☐ Add your 30-day FREE trial of Prime and get **fast, free delivery**

[ Add to List ]

**Add other items:**

Makeup Removal Cleaning Cloth, Washable and Reusable, 5 by 5 Inches, Coral, Pack of 10
$14.99 [ Add to Cart ]

Have one to sell?
[ Sell on Amazon ]



ÜMOKY
Cleanse your skin well in the summer

Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massag...
★★★★☆ 1,395
$16.98 √prime
Shop now ›

Sponsored ⓘ

Waterproof Facial Cleansing Spin

**amazon**

Checkout (1 item)

**1** Shipping address                                                    Change

MIAMI, FL 33133-2709

Add delivery instructions

🔶 Or pick up near this address - See nearby pickup locations

**2** Payment method                                                    Change

VISA

Billing address                          MIAMI, FL...

^ Add a gift card or promotion code or voucher

| Enter code | Apply |

**3** Offers                                                             Change

**4** Review items and shipping

ℹ️ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.



**FREE TRIAL**

we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Wednesday, Mar. 15 by 11PM~~ **Monday, Mar. 13 by 8PM** for ~~$5.99~~ FREE

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Estimated delivery: Mar. 13, 2023 - Mar. 15, 2023**

Items shipped from Amazon.com

Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging Travel Size Massager for Skin Exfoliation, Deep Cleansing, Anti Aging - Red

$17.58 & FREE Returns ˅

Qty: 1 ˅

Sold by: Amazing China Products

Amazon Prime eligible Join now

🎁 Add gift options

**Choose a delivery option:**

○ **Monday, Mar. 13**
FREE Prime Delivery with your free trial of Prime
**Fast, FREE Delivery** prime

● **Monday, Mar. 13 - Wednesday, Mar. 15**
$5.99 - Shipping

○ **Sunday, Mar. 12 - Wednesday, Mar. 15**
$9.99 - Shipping

○ **Monday, Mar. 13**
$9.99 - Shipping

**Item arrives in packaging that shows what's inside.** To hide it, choose Ship in Amazon packaging.

Ship in Amazon packaging

**Place your order**   **Order total: $24.80**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| Items: | $17.58 |
| Shipping & handling: | $5.99 |
| Total before tax: | $23.57 |
| Estimated tax to be collected: | $1.23 |
| **Order total:** | **$24.80** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

DOE Number: 80
Seller Name: ITME Store
Marketplace: Amazon



### ITME Rechargeable Facial Cleansing Brush, Soft Silicone Waterproof Sonic Electric Face Scrubber for All Skin Types, Birthday/Christmas Gifts for Women Men (Mint Green)

Visit the ITME Store

★★★★☆ ▾ | 59 ratings | 4 answered questions

**$18.99** ($18.99 / Count)

FREE Returns ▾

**Get a $50 Gift Card:** Pay **$0.00** ~~$18.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Color:
**Rechargeable Yellow**

| | |
|---|---|
| Material | Silicone |
| Brand | ITME |
| Color | Rechargeable Yellow |
| Power Source | electric |
| Product Benefits | Softening,Cleansing,Firming,Gentle,Dirt,Makeup |

#### About this item

- ✿ 【Rechargeable Vibrating Face Brush】The 3nd Generation ITME facial cleansing brush is rechargeable. Fashion Gift Guide for Valentines' Day, Christmas, Birthday, Aniversary, Thanksgiving, New Year and other Festivals. Palm size, Easy to take along in the handbags or travel bags. A perfect gift for women men girls boys wife friends girlfriends at a decent price
- ✿ 【Suit for All Skin Types】: Made of FDA food grade silicone, this electric facial cleanser is using sonic and vibration for cleansing, soft and gentle and no harm to the skin, suit for several types of skin- fine and thick, to suit for dry, oily, normal, sensitive skin , and suit for several type of user: Men, women, teen and senior, insist on using this facial cleansing brush for 2 minutes every day, you will find your skin clean, glossy and firming after few weeks
- ✿ 【Upgraded Vertical Vibration Technology】: ITME face scrubber is innovative from the regular face cleanser in the market, with the latest W-Sonic vertical vibration technology, delivers 5,000/5,800/6,500rpm vibration with 3 adjustable speed; [with smart memory function] automatically remember the last frequency you used, deep cleansing the makeup like dirt, cosmetic residues and gently exfoliate; Also, vibration causes less damage to the skin than spinning, while promotes skin activity more
- ✿ 【2 Different Nursing Modes】: Unique noise canceling design is a comfortable way when using this face brush; Abundant fine bristles for general face cleansing and sensitive skin type, extra raised and intensive bristles at the top for precision clean in the hard-to-reach T-zone area, giving you a dustless and cool feeling
- ✿ 【Gift Guide】This rechargeable face brush is unisex and suitable for any festive occasions, such as Christmas, New Year, Valentine's Day, Father's Day, Mother's Day, etc. One of the best gifts for parents, brothers and sisters, and friends and relatives.

▢ Report incorrect product information.



Waterproof Facial Cleansing Spin Brush Set with 4 Exfoliating Brush Heads - Complete Face Spa System by CLSEVXY - Face Scrubber for...
★★★★☆ 13,044
$18.99 ✓prime

Sponsored ⓘ

---

#### Sidebar

☐ Add your 30-day FREE trial of Prime and get fast, free delivery

**Delivery** | Pickup

**$18.99** ($18.99 / Count)

FREE Returns ▾

**FREE delivery Tuesday, April 25** on orders shipped by Amazon over $25

Or fastest delivery **Saturday, April 22**. Order within **12 hrs 34 mins**

⊙ ▬▬▬▬ - Palm Beach 33480

**Only 1 left in stock - order soon**

[ Add to Cart ]

[ Buy Now ]

Payment — Secure transaction
Ships from — Amazon
Sold by — ITME Store
Returns — Eligible for Return, Re...

Details

☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell?
[ Sell on Amazon ]

VOYOR Blackhead Remover Pore Vacuum - Electric Face Vacuum Pore...
★★★☆☆ 28,493
$17.99 ✓prime

Sponsored ⓘ

---

### Buy it with



➕ ➕

Total price: **$55.96**

[ Add all three to Cart ]

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** ITME Rechargeable Facial Cleansing Brush, Soft Silicone Waterproof Sonic Electric Face Scrubber for All S... $18.99 ($18.99/Count)
☑ Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager, IPX7 Waterproof, USB Rechargebl... $16.98 ($16.98/Count)
☑ MANSCAPED® The Body Buffer Premium Silicone Scrubber for Nourishing, Cleaning & Exfoliating Your Skin - Lather ... $19.99 ($19.99/Count)



**amazon**

Checkout (1 item)

1  **Shipping address**                                                                      Change

███████, FL 33480-5357
PALM BEACH, FL 33480-5357
Add delivery instructions

⊙ Or pick up near this address – See nearby pickup locations

2  **Payment method**                                                                        Change

VISA  ███████████████

Billing address ███████████████

∧ Add a gift card or promotion code or voucher

[ Enter code ]   [ Apply ]

3  **Offers**                                                                                 Change

4  **Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

---

**FREE TRIAL**

███████ we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Tuesday, April 25 by 8PM~~

**Saturday, April 22 by 8PM** for ~~$6.99~~ FREE

[ Get FREE Prime Delivery with Prime ➔ ]
No hassle. No commitments. Cancel anytime.

**Delivery: April 25, 2023** If you order in the next 20 hours and 58 minutes (Details)
Items shipped from Amazon.com

ITME Rechargeable Facial Cleansing Brush, Soft Silicone Waterproof Sonic Electric Face Scrubber for All Skin Types, Birthday/Christmas Gifts for Women Men (Mint Green)
$18.99 & FREE Returns ⌄
[ Qty: 1 ⌄ ]
Sold by: ITME Store
Amazon Prime eligible  Join now
[ 🎁 Add gift options ]

**Choose a delivery option:**
○ **Saturday, April 22**
FREE Prime Delivery with your free trial of Prime
● **Tuesday, April 25**
$6.99 - Shipping
○ **Saturday, April 22**
$9.99 - Shipping

[ Fast, FREE Delivery ✓prime ]

---

[ Place your order ]   **Order total: $27.31**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $18.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $25.98 |
| Estimated tax to be collected: | $1.33 |
| **Order total:** | **$27.31** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

DOE Number: 81
Seller Name: Lucky-minfan
Marketplace: Amazon



 

**Consider these alternative items**

Silicone Face Massager Brush, Electric Soft Bristles Waterproof Face Cleanser Brush for Skin Exfoliation, Deep Cleaning
$25.49 ($25.49/Count)

Healifty 1pc Facial Cleansing Brush, Waterproof Electric Face Cleansing Brush Device for Deep Cleaning|Gentle Exfoliating|Massaging, Rechargeable Silic...
$17.40 ($17.40/Count)

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices





Roll over image to zoom in

### Facial Cleansing Brush, Silicone Electric Heating Massager for Face Skin Care Cleaner Deep Cleaning Gentle Exfoliating,Waterproof and Rechargeable

Brand: CMUNBBB

$42.18 ($42.18 / Count)

**Get a $50 Gift Card:** Pay $0.00 $42.18 upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| Material | Silicone |
| Brand | CMUNBBB |
| Power Source | Manual |
| Product Benefits | Softening,Pores,Cleansing,Exfoliating,Gentle |
| Number of Speeds | 15 |
| Operation Mode | Automatic |

#### About this item

- 15 levels adjustable - The high-frequency vibration cleansing brush has 15 adjustable speeds. you can choose the cleaning mode that suits you. The low-speed mode can gently clean, and the high-speed mode can deep clean and exfoliate. gently clean and get deep into the pores, 6X more effectively than a manual cleanser
- The unique face brush is a full-body waterproof design. It can be washed directly after use, and it can also be used with confidence when taking a bath.
- The ergonomic curved is easy to hold and easy to store
- charging is easy to carry and can be fully charged within 3 hours. It is recommended to charge the cleaning equipment for more than 3 hours after the first use and after the complete discharge
- The color appearance looks very cute and fashionable. You can use our hand-held facial cleansing brush as a perfect gift for a mother, wife, sister, friend, or yourself

Report incorrect product information.



6 in 1 Face Brushes for Cleansing and Exfoliating,Spin Facial Cleansing Brush with LED Display,Electric Face Cleansing...
★★★★☆ 14  $49.99 ✓prime
Shop now ›

Sponsored

$42.18 ($42.18 / Count)

$6.99 delivery June 21 - July 20. Details

Miami 33133

Usually ships within 3 to 5 weeks

Qty: 1

Add to Cart

Buy Now

Payment  Secure transaction
Ships from  Lucky-minfan
Sold by  Lucky-minfan
Returns  Eligible for Return, Re...

Details

Add to List

Have one to sell?

Sell on Amazon

**Customers also search**                                                    Page 1 of 4


sonic face scrubber electric


face washer machine


face cleansing brush manual


sonic cleanser

skin care silicone brush


facial kit for women

face cleansing for men



### Product Description

Welcome to our mall
Happy shopping!
Our products have been thoroughly tested, inspected and packaged before delivery.
If you have any questions, please feel free to contact us so that we can provide you with the best service.
SPECIFICATION
Material: Silicone
Size: 170*55*32 mm
Weight: 140 g
Rated voltage: 5V
Waterproof

amazon

Checkout (1 item)

**1  Shipping address**                                          Change

MIAMI, FL 33133-2709

Add delivery instructions

**2  Payment method**          VISA                              Change

Billing address:

∧ Add a gift card or promotion code or voucher

Enter code        Apply

**3  Offers**                                                    Change

**4  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.



**FREE TRIAL**

we're giving you 30 days of Prime benefits for FREE        Try Prime FREE for 30 days >

**Estimated delivery: June 21, 2023 - July 20, 2023**

Items shipped from Lucky-minfan

Facial Cleansing Brush, Silicone Electric Heating Massager for Face Skin Care Cleaner Deep Cleaning Gentle Exfoliating,Waterproof and Rechargeable

**$42.18**

Qty: 1 ∨

Sold by: Lucky-minfan

Gift options not available

**Choose a delivery option:**

◉ **Wednesday, June 21 - Thursday, July 20**
  $6.99 - Shipping

---

**Place your order**    **Order total: $52.12**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $42.18 |
| Shipping & handling: | $6.99 |
| Total before tax: | $49.17 |
| Estimated tax to be collected:* | $2.95 |
| **Order total:** | **$52.12** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



amazon [redacted] Miami 33138 | Beauty & Personal Care | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Amazon Basics | Livestreams | Health & Household | Buy Again | Beauty & Personal Care | Pet Supplies | Coupons | Home Improvement | Shop Spring Outdoor Event

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals

amazon clinic | Healthcare for common conditions, made easier | Get started ›

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices

Roll over image to zoom in

## 2 in 1 Facial Cleansing Brush, Electric Silicone Face Deep Pores Beauty Instrument with Hot Compress for Exfoliating, Rechargeable Skin Care Tools

Brand: CMUNBBB

$39.09 ($39.09 / Count)

**Thank you for being an Amazon customer.** Get $50 off: Pay $0.00 ~~$39.09~~ upon approval for the Amazon Rewards Visa Card.

| | |
|---|---|
| **Material** | Silicone |
| **Brand** | CMUNBBB |
| **Power Source** | Battery Powered |
| **Product Benefits** | Softening,Pores,Cleansing,Exfoliating |
| **Number of Speeds** | 7 |

### About this item

- Soft silicone material - The face wash brush made of food-grade silicone material is very soft and skin-friendly. Not easy to irritate the skin, suitable for all skin types, sensitive skin can also be used with confidence
- 7 levels adjustable and ions import hot compress - The high-frequency vibration cleansing brush has 7 adjustable speeds. you can choose the cleaning mode that suits you. The low-speed mode can gently clean, and the high-speed mode can deep clean and exfoliate.
- The unique face brush is a full-body waterproof design. It can be washed directly after use, and it can also be used with confidence when taking a bath.
- USB charging - Built-in lithium battery, durable. charging is easy to carry and can be fully charged within 2 hours. It is recommended to charge the cleaning equipment for more than 2 hours after the first use and after the complete discharge
- The color appearance looks very cute and fashionable. You can use our hand-held facial cleansing brush as a perfect gift for a mother, wife, sister, friend, or yourself

Report incorrect product information.

amazon clinic

**UTI? Pink eye? Sinus infection?**
We all have something going on. Get help for common concerns—no appointments or video calls needed. Learn more >

$39.09 ($39.09 / Count)

$6.99 delivery **June 21 - July 20.** Details

[redacted] - Miami 33138

**Usually ships within 3 to 5 weeks**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Lucky-minfan |
| Sold by | Lucky-minfan |
| Returns | Eligible for Return, Re... |

Details

Add to List

Have one to sell?

Sell on Amazon

### Product Description

Welcome to our mall
Happy shopping!
Our products have been thoroughly tested, inspected and packaged before delivery.
If you have any questions, please feel free to contact us so that we can provide you with the best service.
SPECIFICATION
Material: Silicone
Size: 160*45*40 mm
Weight: 123 g
Rated voltage: 5V
Battery capacity: 900MAH
Waterproof rating: IPX7
Gear : 7-speed adjustable
FEATURES
1. Silicone material, soft and does not hurt the skin, suitable for all skin types
2. Fashion appearance
3. Full waterproof design, rinse directly with water after use, safe, fast and easy to clean
4. USB charging is safe, fast, standby and durable
5. a smart timer function-- 5min Auto Shutdown reminds you it's time to finish cleansing
You are welcome to come to our store for shopping, if you have any questions, please feel free to contact us, we will reply as soon as possible within 24 hours. Thanks!
If you are not satisfied with our products, please feel free to contact us, we will contact you within 24 hours. For more related product details, please search for "CMUNBBBS".

### Product details

**Item Weight :** 4.41 Pounds
**Department :** unisexadult
**Manufacturer :** CMUNBBB
**ASIN :** B09HP26B38
**Country of Origin :** China

## Videos

amazon

Checkout (1 item)

1   **Shipping address**                                                          Change

MIAMI, FL 33138-4055

Add delivery instructions

2   **Payment method**                    VISA                                    Change

Billing address:

⌃ Add a gift card or promotion code or voucher

[ Enter code ]   Apply

3   **Offers**                                                                    Change

4   **Review items and shipping**



> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

**FREE TRIAL**

we're giving you 30 days of Prime benefits for FREE    [ Try Prime FREE for 30 days ＞ ]

**Estimated delivery: June 21, 2023 - July 20, 2023**

Items shipped from Lucky-minfan

2 in 1 Facial Cleansing Brush, Electric Silicone Face Deep Pores Beauty Instrument with Hot Compress for Exfoliating, Rechargeable Skin Care Tools

**$39.09**

Qty: 1 ▾

Sold by: Lucky-minfan

Gift options not available

**Choose a delivery option:**

◉ **Wednesday, June 21 - Thursday, July 20**
$6.99 - Shipping

---

[ Place your order ]   **Order total: $48.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $39.09 |
| Shipping & handling: | $6.99 |
| Total before tax: | $46.08 |
| Estimated tax to be collected:* | $2.74 |
| **Order total:** | **$48.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



Camera Heartbeat Photography in the DNA Premium T-Shirt $19.99 prime

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices

Sponsored






Roll over image to zoom in

## Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Exfoliation, Beauty Skin Care Massager, USB Charging

Brand: CMUNBBB

**$39.09** ($39.09 / Count)

| Material | Silicone |
|---|---|
| Brand | CMUNBBB |
| Power Source | Battery Powered |
| Number of Speeds | 5 |
| Operation Mode | Automatic |

### About this item

- The face wash brush made of food-grade silicone material is very soft and skin-friendly. Not easy to irritate the skin, suitable for all skin types, sensitive skin can also be used with confidence
- The high-frequency vibration cleansing brush has 5 adjustable speeds. you can choose the cleaning mode that suits you. The low-speed mode can gently clean, and the high-speed mode can deep clean and exfoliate.
- The unique face brush is a full-body waterproof design. It can be washed directly after use, and it can also be used with confidence when taking a bath.
- Built-in lithium battery, durable. charging is easy to carry. It is recommended to charge the cleaning equipment for more than 2 hours after the first use and after the complete discharge
- The color appearance looks very cute and fashionable. You can use our hand-held facial cleansing brush as a perfect gift for a mother, wife, sister, friend, or yourself

Report incorrect product information.


Personalized children's books & gifts.


1-2-3 Blast Off with Me - Personalized...
★★★★★ 56
$29.99

Sponsored

**$39.09** ($39.09 / Count)

$6.99 delivery **July 3 - August 1**. Details

⊙ ▬▬▬▬▬▬ - Miami 33138

Usually ships within 3 to 5 weeks

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Lucky-minfan |
| Sold by | Lucky-minfan |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?
Sell on Amazon



I See Me!
Personalized Birthday Books

Open This - Personalized Children's Story - I See Me!
★★★★★ 68
$39.99

Sponsored



## More digital items to explore

Page 1 of 20











| | | | | | | |
|---|---|---|---|---|---|---|
| Swarm - Season 1 | The Dirty 3rd: Next Generation | Girl in the Closet | BMF | Harlem - Season 2 | Power Book II: Ghost - Season 2 | Next Day Air |
| Dominique Fishback | Dakarai Henderson | Sa'Rah Jones | Demetrius Flenory Jr. | Meagan Good | Michael Rainey Jr. | Donald Faison |
| ★★★★☆ 723 | ★★★★☆ 110 | ★★★★☆ 828 | ★★★★☆ 110 | ★★★★★ 371 | ★★★★★ 225 | ★★★★☆ 650 |
| $0.00 | $0.00 | $2.99 | $0.00 | $0.00 | $0.00 | $3.99 |

## Product Description

Welcome to our mall

Happy shopping!

Our products have been thoroughly tested, inspected and packaged before delivery.

If you have any questions, please feel free to contact us so that we can provide you with the best service.

SPECIFICATION

Material: Silicone

Size: 125*70 mm

Weight: 100 g

Rated voltage: 5V

Waterproof rating: IPX7

Gear : 5-speed adjustable

FEATURES

1. Silicone material, soft and does not hurt the skin, suitable for all skin types

2. Fashion appearance

amazon


Checkout (1 item)

**1** Shipping address                          Change

████████
MIAMI, FL 33138-4055
Add delivery instructions

**2** Payment method        VISA ████████        Change

Billing address: ████████████.

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |

**3** Offers                                    Change

**4** Review items and shipping



ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**FREE TRIAL**

████ we're giving you 30 days of Prime benefits for FREE    [ Try Prime FREE for 30 days > ]

**Estimated delivery: July 3, 2023 - Aug. 1, 2023**
Items shipped from Lucky-minfan



Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Exfoliation, Beauty Skin Care Massager, USB Charging
**$39.09**
Qty: 1 ▾
Sold by: Lucky-minfan

Gift options not available

**Choose a delivery option:**
◉ Monday, July 3 - Tuesday, Aug. 1
$6.99 - Shipping



Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $48.82**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $39.09 |
| Shipping & handling: | $6.99 |
| Total before tax: | $46.08 |
| Estimated tax to be collected:* | $2.74 |
| **Order total:** | **$48.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?



Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices

Waterproof Facial Cleansing Spin Brush Set with 4 Exfoliating Brush Heads - Complete Face Spa System by CLSEVXY - Face Scrubber for Gentle Exfoliation and Deep Scrubbing ★★★★☆ 13,081 $16.99 √prime

Sponsored ⓘ




Roll over image to zoom in

## Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Exfoliation, Beauty Skin Care Massager, USB Charging

Brand: CMUNBBB

$39.09 ($39.09 / Count)

| Material | Silicone |
|---|---|
| Brand | CMUNBBB |
| Power Source | Battery Powered |
| Product Benefits | Softening,Pores,Cleansing,Gentle |
| Number of Speeds | 5 |

### About this item

- The face wash brush made of food-grade silicone material is very soft and skin-friendly. Not easy to irritate the skin, suitable for all skin types, sensitive skin can also be used with confidence
- The high-frequency vibration cleansing brush has 5 adjustable speeds. you can choose the cleaning mode that suits you. The low-speed mode can gently clean, and the high-speed mode can deep clean and exfoliate.
- The unique face brush is a full-body waterproof design. It can be washed directly after use, and it can also be used with confidence when taking a bath.
- Built-in lithium battery, durable. charging is easy to carry. It is recommended to charge the cleaning equipment for more than 2 hours after the first use and after the complete discharge
- The color appearance looks very cute and fashionable. You can use our hand-held facial cleansing brush as a perfect gift for a mother, wife, sister, friend, or yourself

Report incorrect product information.



3 in 1 Skin Care Tool haoyehome Anti-Aging Face Massag... ★★★★☆ 77 $22.98 √prime

Sponsored ⓘ

$39.09 ($39.09 / Count)

$6.99 delivery **July 3 - August 1**. Details

Boca Raton 33433

Usually ships within 3 to 5 weeks

Qty: 1

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Lucky-minfan |
| Sold by | Lucky-minfan |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon



SENSILIFT RADIO FREQUENCY SKIN... ★★★☆☆ 41 $399.00 √prime
Save $20 with coupon

Sponsored ⓘ

## More digital items to explore

Page 1 of 20 ⋮











| Swarm - Season 1 | Harlem - Season 1 | The Dirty 3rd: Next Generation | Girl in the Closet | BMF | Harlem - Season 2 | Power Book II: Ghost - Season 2 |
|---|---|---|---|---|---|---|
| Dominique Fishback | Grace Byers | Dakarai Henderson | Sa'Rah Jones | Demetrius Flenory Jr. | Meagan Good | Michael Rainey Jr. |
| ★★★★☆ 723 | ★★★★★ 1,980 | ★★★★★ 110 | ★★★★★ 828 | ★★★★★ 110 | ★★★★★ 371 | ★★★★★ 225 |
| $0.00 | $0.00 | $0.00 | $2.99 | $0.00 | $0.00 | $0.00 |

## Product Description

Welcome to our mall
Happy shopping!
Our products have been thoroughly tested, inspected and packaged before delivery.
If you have any questions, please feel free to contact us so that we can provide you with the best service.
SPECIFICATION
Material: Silicone
Size: 125*70 mm
Weight: 100 g
Rated voltage: 5V
Waterproof rating: IPX7
Gear : 5-speed adjustable
FEATURES

**amazon**

Checkout (1 item)





**1  Shipping address**                                    Change

BOCA RATON, FL 33433-6943
Add delivery instructions

**2  Payment method**          VISA                         Change

Billing address:
∧ Add a gift card or promotion code or voucher

[ Enter code ]   Apply

**3  Offers**                                               Change

**4  Review items and shipping**

**Place Your Order and Pay**

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $39.09 |
| Shipping & handling: | $6.99 |
| Total before tax: | $46.08 |
| Estimated tax to be collected:* | $2.74 |
| **Order total:** | **$48.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.



**FREE TRIAL**

▬▬ we're giving you 30 days of Prime benefits for FREE    [ Try Prime FREE for 30 days > ]

**Estimated delivery: July 3, 2023 - Aug. 1, 2023**
Items shipped from Lucky-minfan

Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Exfoliation, Beauty Skin Care Massager, USB Charging
**$39.09**
Qty: 1 ⌄
Sold by: Lucky-minfan

Gift options not available

**Choose a delivery option:**
⦿ **Monday, July 3 - Tuesday, Aug. 1**
$6.99 - Shipping

**Place Your Order and Pay**
You'll be securely redirected to Visa to complete this transaction.

**Order total: $48.82**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

DOE Number: 82
Seller Name: suiningaitufuzhuangdian
Marketplace: Amazon



Shop Mother's Day

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals



**Consider these alternative items**



5Pcs Cute Animal Small Octopus Shape Silicone Facial Cleaning Brush Deep Pore Cleaning Exfoliator Face Washing Brush Skin Care
★★★★★ 1
$9.99 ($2.00/Count)

Silicone Octopus Facial Cleansing Brush Handheld Face Brush and Massager Deep Pore Cleansing Brush for Deep Cleaning Gentle Exfoliating Skin Massage (Blue)
$6.99 ($6.99/Count)

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices




⬆ Roll over image to zoom in

### Electric Waterproof Silicone Facial Cleansing Brush with Soft Bristles for Deep Pore Cleaning and Blackhead Removing, Face Skin Care Facial Cleanser Face Massager for Exfoliation

Brand: Tutuba
★★★★★ 1 rating

**$16.95** ($16.95 / Count)

**Get a $50 Gift Card:** Pay $0.00 ~~$16.95~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| Material | Silicone |
| Brand | Tutuba |
| Color | Red |
| Power Source | electric |
| Product Benefits | Softening,Pores,Cleansing,Promote, Blood Circulation,Pore |

**About this item**
- 【Multi-functional】Except facial cleansing brush, also it could be face massager to promote blood circulation and helps to effectively absorb skin care products and anti-ageing.
- 【Easy to Use】Simple design, one-button operation. fixed time program setting, wash your left cheek, right cheek and for T area by order, alarm function of changing area.
- 【All in One Design】2 kinds of silicone bristles on different zones offer fully customizable cleansing experience for the whole face, bristles on top area for clean difficult area exactly.
- 【Waterproof and Portable】IPX5 grade waterproof effect, you can use during showering. Mini size, suitable for using during travel or business trip. Easy to Carry.
- 【Advantages】Contrast with hand wash, the electric sonic facial cleansing brush could make foam more quickly, and clean your skin pore more deeply. To shrink pores and remove blackhead more

▣ Report incorrect product information.



**FOREO**
SWEDEN

*Spa-level facial cleansing and massage*

FOREO LUNA 3 Facial Cleansing Brush | Anti Aging Face Massager…
★★★★★ 3,277
$219.00 ✓prime



Sponsored ⓘ

**$16.95** ($16.95 / Count)

FREE delivery **May 10 - June 1.** Details

◉ ▬▬▬▬ Miami 33133

**In Stock**

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

Payment — Secure transaction
Ships from — suiningaitufuzhuangdian
Sold by — suiningaitufuzhuangdian
Returns — Eligible for Return, Re…

Details

[ Add to List ]

Have one to sell?
[ Sell on Amazon ]

## Products related to this item

Sponsored ⓘ

Page 1 of 16









Syeyyds Silicone Facial Cleansing Brush, Electric Silicone Face Brush, Sonic Facial...
**#1 New Release**
$30.99 ($30.99/Count)
✓prime
Save 15% with coupon

NâgraCoola CLIE Sonic Facial Cleansing Brush, Waterproof Face Scrub Brush for Men &...
★★★★☆ 7,935
$39.99 ($39.99/Count)
✓prime
Save 10% with coupon

SUNMAY Facial Cleansing Brush, 4-in-1 Electric Silicone Face Scrubber with Positive...
★★★★☆ 1,195
$32.99 ($32.99/Count)
✓prime
Save 25% with coupon

Facial Cleansing Brush, Waterproof Face Massager, Electric Facial Scrubber, Portabl...
★★★★☆ 12
$29.95 ($10.89/Ounce)
✓prime
Save $5.00 with coupon

YEAHONE Facial Cleansing Brush,Electric Silicone Face Scrubber for Deep Cleaning an...
★★★★☆ 45
$34.99 ($34.99/Ounce)
✓prime
Save 5% with coupon

Silicone Face Brushes for Cleansing and Exfoliating, Waterproof Electric Face Clean...
★★★★☆ 52
$27.99 ($27.99/Count)
✓prime
Save 15% with coupon

L&L SKIN EMI Facial Cleansing Brush, Face Brush for Deep Cleansing, Ultra...
★★★★☆ 30
$199.99 ($199.99/Count) ✓prime
Save 40% with coupon

< >

### Product Description

**amazon**

Checkout (1 item)



1   **Shipping address**

MIAMI, FL 33133-2709                                    Change

Add delivery instructions

2   **Payment method**

VISA ███████                                            Change

Billing address: ████████████████

∧ Add a gift card or promotion code or voucher

[ Enter code          ]   Apply

3   **Offers**                                          Change

4   **Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

---

**FREE TRIAL**

███ we're giving you 30 days of Prime benefits for FREE    [ Try Prime FREE for 30 days > ]

**Estimated delivery: May 10, 2023 - June 1, 2023**
Items shipped from suiningaitufuzhuangdian

Electric Waterproof Silicone Facial Cleansing Brush with Soft Bristles for Deep Pore Cleaning and Blackhead Removing, Face Skin Care Facial Cleanser Face Massager for Exfoliation
**$16.95**
Qty: 1 ⌄
Sold by: suiningaitufuzhuangdian

**Choose a delivery option:**
◉ **Wednesday, May 10 – Thursday, June 1**
   FREE Shipping

Gift options not available

---

[ Place your order ]   **Order total: $18.14**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Order Summary**

| | |
|---|---|
| Items: | $16.95 |
| Shipping & handling: | $0.00 |
| Total before tax: | $16.95 |
| Estimated tax to be collected:* | $1.19 |
| **Order total:** | **$18.14** |

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

DOE Number: 83
Seller Name: XingZhouHe
Marketplace: Amazon



amazon Palm Beach 33480 | Home & Kitchen | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Amazon Basics | Livestreams | Beauty & Personal Care | Health & Household Products | Pet Supplies | Coupons | Shop By Interest | Home Improvement | Shop Spring Outdoor Event

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon clinic Healthcare for common conditions, made easier Get started ›

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices

Roll over image to zoom in

# GHKJ Silicone Facial Cleansing Brush and Massager Brush, IPX6 Waterproof, USB Rechargeable, Portable Electric Silicone Facial Cleanser for All Skin Types Sonic Vibration, Deep Cleaning,Blue

Brand: GHKJ

$24.89

**Get a $50 Gift Card:** Pay $0.00 ~~$24.89~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Blue**

$24.89 $24.89

| | |
|---|---|
| **Material** | Nylon |
| **Brand** | GHKJ |
| **Color** | Blue |
| **Power Source** | Battery Powered |
| **Product Benefits** | Massage,Eye Health,Cleansing,Rejuvenate,Blood Circulation,Dirt,Makeup |

## About this item

- Silicone Facial Cleanser: It uses scientific pulsations to effectively cleanse deep below the skin's surface, remove 99% of oil, dirt, makeup residue, leaving skin clearer and brighter. 10X cleaner than cleansing by your hands.
- Deep Clean Skin: The skincare touch-points deliver gentler and less abrasive cleansing than traditional sonic face brushes with nylon bristles. No irritation or harm.
- Rejuvenate Your Skin: After clean, using the massage pattern on the back to improve facial blood circulation, relieve skin fatigue, increase collagen production, promote the absorption of skincare products and receive a younger, glowing look.
- Waterproof Face Brush: The facial brush is fully waterproof, making it easy to use in the bath or shower as part of your skincare routine.
- 100% Guarantee: If for any reason you are not satisfied with your purchase, please contact us, we are committed to making it right for you.

Report incorrect product information.

Nightollie - Bedwetting Alarm | Sound, Light & Vibration | Supports Restless...
37
$267.00 prime

Sponsored

$24.89

FREE delivery **May 10 - June 1**. Details

[redacted] - Palm Beach 33480

**Only 20 left in stock - order soon**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | XingZhouHe |
| Sold by | XingZhouHe |
| Returns | Eligible for Return, Re... |

Details

Add to List

Have one to sell?

Sell on Amazon

ZAQ Tara Sonic Vibrating Magnetic Beads Facial Cleansing Brush (Blue)
$55.50

Sponsored

## Product Description

Product parameter
Product name: Hand-held cleansing instrument
Gear position: 5 gear
Waterproof rating: IPX6
Rated voltage: 3.7V
Rated current: 200MA
Product size: 188.5*36.5*22.3mm

Instructions



amazon

Checkout (1 item)

**1**  **Shipping address**                                    Change

PALM BEACH, FL 33480-5357

Add delivery instructions

**2**  **Payment method**     VISA                             Change

Billing address

∧ Add a gift card or promotion code or voucher

Enter code        Apply

**3**  Offers                                                  Change

**4**  Review items and shipping

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**FREE TRIAL**

we're giving you 30 days of Prime benefits for FREE        Try Prime FREE for 30 days ›

**Estimated delivery: May 10, 2023 - June 1, 2023**
Items shipped from XingZhouHe

GHKJ Silicone Facial Cleansing Brush and Massager Brush, IPX6 Waterproof, USB Rechargeable, Portable Electric Silicone Facial Cleanser for All Skin Types Sonic Vibration, Deep Cleaning,Blue
$24.89
Qty: 1 ⌄
Sold by: XingZhouHe

Choose a delivery option:
◉ **Wednesday, May 10 - Thursday, June 1**
   FREE Shipping

Gift options not available

Place your order      **Order total: $26.63**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

Items:                        $24.89
Shipping & handling:          $0.00

Total before tax:             $24.89
Estimated tax to be collected:*  $1.74

**Order total:**              **$26.63**

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

DOE Number: 84
Seller Name: Zhou Daweidedian
Marketplace: Amazon



amazon
Palm Beach 33480
Beauty & Personal Care ▾    Search Amazon

EN ▾    Hello,
Account & Lists ▾    Returns & Orders    0 Cart

☰ All    Clinic    Amazon Basics    Livestreams    Beauty & Personal Care    Health & Household Products    Pet Supplies    Coupons    Shop By Interest    Home Improvement    Shop Spring Outdoor Event

All Beauty    Premium Beauty ▾    Makeup ▾    Skin Care ▾    Hair Care ▾    Fragrance ▾    Tools & Accessories ▾    Personal Care ▾    Oral Care ▾    Men's Grooming ▾    Professional Beauty ▾    Best Sellers    New Arrivals



amazon clinic    Healthcare for common conditions, made easier    Get started ›

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices



Roll over image to zoom in

### Electric Waterproof Silicone Facial Cleansing Brush with Soft Bristles for Deep Pore Cleaning and Blackhead Removing, Face Skin Care Facial Cleanser Face Massager for Exfoliation

Brand: Tutuba

★★★★★ ▾    2 ratings

## $22.58 ($22.58 / Count)

Get a $50 Gift Card: Pay $0.00 ~~$22.58~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| Material | Silicone |
| Brand | Tutuba |
| Color | Green |
| Power Source | Corded Electric |
| Product Benefits | Softening,Pores,Cleansing,Promote,Blood Circulation,Pore |

### About this item

- 【Multi-functional】 Except facial cleansing brush, also it could be face massager to promote blood circulation and helps to effectively absorb skin care products and anti-ageing.
- 【Easy to Use】 Simple design, one-button operation. fixed time program setting, wash your left cheek, right cheek and for T area by order, alarm function of changing area.
- 【All in One Design】 2 kinds of silicone bristles on different zones offer fully customizable cleansing experience for the whole face, bristles on top area for clean difficult area exactly.
- 【Waterproof and Portable】 IPX5 grade waterproof effect, you can use during showering. Mini size, suitable for using during travel or business trip. Easy to Carry.
- 【Advantages】 Contrast with hand wash, the electric sonic facial cleansing brush could make foam more quickly, and clean your skin pore more deeply. To shrink pores and remove blackhead more

⊟ Report incorrect product information.



ZAQ Tara Sonic Vibrating Magnetic Beads Facial Cleansing Brush (Blue)

$55.50

Sponsored ⓘ

### $22.58 ($22.58 / Count)

FREE delivery **June 6 - 28**. Details

◉ ▬▬▬▬▬ - Palm Beach 33480

Usually ships within 2 to 3 weeks

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Payment    Secure transaction
Ships from    Zhou Daweidedian
Sold by    Zhou Daweidedian
Returns    Eligible for Return, Re…

Details ⌄

Add to List

Have one to sell?

Sell on Amazon

Nightollie - Bedwetting Alarm | Sound, Light & Vibration | Supports…

★★★★☆ 37

$267.00 ✓prime

Sponsored ⓘ

### Customers also search    Page 1 of 4















face scrubber battery operated    facial spinbrush    face wash electric brush    soft facial scrubber    face scrubber cute    manual face scrubber    makeup brush scrubber

### Product Description

Product Description:

Type: Silicone Facial Cleanser

Skin Type: All skin types

Material: Silicone, ABS

Colors: Pink, Red, Blue, Green

Using Frequency: 3mins per time, 3 times per week

Waterproof Grade: IPX5

Vibration Frequency: 7500 times per minute

Product Size: 8.6 x 6.6 x 4.5cm

Function:



amazon

Checkout (1 item)

**1**  Shipping address                                          Change

PALM BEACH, FL 33480-5357
Add delivery instructions

**2**  Payment method           VISA                             Change

Billing address:
∧ Add a gift card or promotion code or voucher

Enter code          Apply

**3**  Offers                                                    Change

**4**  Review items and shipping

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

FREE TRIAL

we're giving you 30 days of Prime benefits for FREE     Try Prime FREE for 30 days ›

**Estimated delivery: June 6, 2023 - June 28, 2023**
Items shipped from Zhou Daweidedian

**Electric Waterproof Silicone Facial Cleansing Brush with Soft Bristles for Deep Pore Cleaning and Blackhead Removing, Face Skin Care Facial Cleanser Face Massager for Exfoliation**
$22.58
Qty: 1 ⌄
Sold by: Zhou Daweidedian

Gift options not available

**Choose a delivery option:**
⦿ **Tuesday, June 6 - Wednesday, June 28**
FREE Shipping

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $22.58 |
| Shipping & handling: | $0.00 |
| Total before tax: | $22.58 |
| Estimated tax to be collected:* | $1.58 |
| **Order total:** | **$24.16** |

How are shipping costs calculated?

**Order total: $24.16**

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Purchase evidence – Amazon sellers

# Checkout (3 items)



| | | |
|---|---|---|
| **1** | **Shipping address** | |

████████ ████████

MIAMI, FL 33131-2124

**Add delivery instructions**                                 **Change**

---

**2**  **Payment method**

*VISA* ████████                                               **Change**

Billing address: ████████

∧ **Add a gift card or promotion code or voucher**

| Enter code | **Apply** |
|---|---|

---

**3**  **Offers**                                             **Change**

---

**4**  **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

**A 30-day FREE trial of Amazon Prime has been added to your order.**
**Your order has been upgraded to fast, FREE shipping.**
After your free trial, Prime is just $14.99/month. Cancel anytime.
**Your Prime membership will begin when you place your order**

Items shipped from Amazon.com



**Amazon Prime (30-Day Free Trial)**
0.00
Remove
Sold by: Amazon.com Services LLC

🎁 Gift options not available.

Your Prime membership will be applied to
████████

---

 **Get a $50 Amazon Gift Card instantly** upon approval for Amazon Visa.   **Learn more**

**Shipping address:** ████████ MIAMI, FL, 33131-2124 United States **Change**

**Delivery: Sept. 26, 2023** If you order in the next 4 hours and 46 minutes (Details)

Items shipped from Amazon.com



**Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging Travel Size Massager for Skin Exfoliation, Deep Cleansing, Anti Aging - Red**
$17.58 & FREE Returns
| Qty: 1 |
Sold by: Amazing China Products

**Add a gift receipt**

**Choose your Prime delivery option:**
◉ Tuesday, Sept. 26
   FREE Prime Delivery

---

**Place Your Order and Pay**

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

By placing your order, you agree to **Terms and Conditions** , and authorize us to charge your default payment method or any other payment method on file. **Your Amazon Prime membership continues until cancelled. If you do not wish to continue for $14.99/month plus any applicable taxes after your first month, you may cancel anytime by visiting Your Account.** For customers in Hawaii, Puerto Rico, and Alaska please visit the **Amazon Prime Shipping Benefits** page to check various shipping options.

## Order Summary

| | |
|---|---|
| Items (3): | $56.67 |
| Shipping & handling: | $6.99 |
| Total before tax: | $63.66 |
| Estimated tax to be collected:* | $3.97 |
| **Order total:** | **$67.63** |

**How are shipping costs calculated?**
**Why didn't I qualify for free shipping?**

and see other gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

 **Get a $50 Amazon Gift Card instantly** upon approval for Amazon Visa.

Learn more

**Shipping address:** ████████████████ MIAMI, FL, 33131-2124 United States Change

**Estimated delivery: Nov. 15, 2023 - Dec. 14, 2023**

Items shipped from Lucky-minfan

 **Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Exfoliation, Beauty Skin Care Massager, USB Charging**

**$39.09**

Qty: 1

Sold by: Lucky-minfan

🎁 Gift options not available.

**Choose a delivery option:**

◉ **Wednesday, Nov. 15 - Thursday, Dec. 14**
$6.99 - Standard Shipping

**Order total: $67.63**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Terms and Conditions , and authorize us to charge your default payment method or any other payment method on file. **Your Amazon Prime membership continues until cancelled. If you do not wish to continue for $14.99/month plus any applicable taxes after your first month, you may cancel anytime by visiting Your Account.** For customers in Hawaii, Puerto Rico, and Alaska please visit the Amazon Prime Shipping Benefits page to check various shipping options.

---

By placing your order, you agree to The Amazon Prime terms next to the order button at the top of this checkout page, including Amazon Prime's auto-renewal terms.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



**Order placed, thanks!**

Confirmation will be sent to your email.

Amazon Prime (30-Day Free Trial) is applied to your account:

Shipping to ▮▮▮▮▮▮▮▮▮▮▮ MIAMI, FL, 33131-2124, United States

**Tuesday, Sept. 26**
Estimated delivery

**Nov. 15 - Dec. 14**
Estimated delivery

Review or edit your recent orders ›

Do you purch... ...only pricing, quar... ...ping with a **FREE** Amazo...

Creat... ...unt ›

**Get Amazon Visa and enjoy:**
✓ A **$50 Amazon Gift Card** instantly upon approval
✓ **No** annual fee
✓ **3% back** on every day Amazon purchases

Learn more

**Explore more items**



Page 1 of 3

VOMAOK 4 Pack Unicorn Stress Balls Fidget Squishy Toys for Kids Boys Girls Christmas Stocking Stuffers Gifts...
458
$11.99
FREE Delivery

Jishi Light Up Gyro Wheel 3-Pack Glow Retro Magic Rail Twirler Toys, Kids Magnetic Yoyo Sensory Fidget Toys C...
393
$14.99
FREE One-Day

Digital Energy DE Kinetic Educational Spring Toy - Multi Sensory Interactive 3D Shaped Flow Ring
863
$9.99
FREE Delivery

LovesTown ... Wooden Puz... Jigsaw Puzz... and Number... Wooden Bui...
$6.99
FREE

**Customers who bought these items also bought**



AT&T
You get our **best deals** on the latest smartphones
Learn more
Offers vary by device/model. Restr's apply.
Sponsored







amazon [redacted] Health, Household & Baby Care Search Amazon EN [redacted] Returns & Orders 0 Cart

All | Off to College | Customer Support | Works with Alexa | Back to School | Medical Care & Pharmacy | Buy Again | Coupons | Household, Health & Baby Care | Handmade | Prime Big Deal Days October 10-11

Health & Personal Care | Household Supplies | Vitamins & Diet Supplements | Baby & Child Care | Health Care | Sports Nutrition | Sexual Wellness | Health & Wellness | Medical Supplies & Equipment | FSA Eligible Items | Sales & Special Offers

Facial Cleansing Brush Face Scrubber: COSLUS IPX7 Waterproof Rechargeable Face Brush, 4 Cleansing Modes with Eye Protection, Electric Silicone Cleanser Care System for Cleaning, Exfoliating, Massaging 426 $29.49 prime

Sponsored

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices

VIDEO

Roll over image to zoom in

# Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging Travel Size Massager for Skin Exfoliation, Deep Cleansing, Anti Aging - Red

Visit the YUNCHI Store

4.3 | 2,882 ratings | 36 answered questions

50+ bought in past month

-12% $17.58 ($17.58 / Count)

List Price: $19.99

FREE Returns

Save up to 8% with business pricing. Sign up for a free Amazon Business account

Color: Red

$17.98 | $17.78 ($17.78 / Count) | $17.58 ($17.58 / Count)

| | |
|---|---|
| **Material** | Silicone,Metal |
| **Brand** | YUNCHI |
| **Color** | Red |
| **Power Source** | Battery Powered |
| **Item Dimensions LxWxH** | 4.33 x 4.33 x 2.36 inches |

## About this item

- Soft silicone bristles with active ingredients of bamboo charcoal. Bringing more powerful cleaning effect and stronger bacterial inhibition than regular high density bristles brush, with the super adsorption ability of bamboo charcoal.
- 4 different nursing modes. Abundant fine bristles for general face cleansing, extra raised and intensive bristles at the top for precision clean in the hard-to-reach areas, massage function at the wavy area on the back and special negative ion induction function at the bottom metal coating area to promote nutrient absorption when you apply some essence or masks.
- High frequency vibration. 12000 strokes/min and 5 levels adjustment for different skin sensitivities, with smart memory function - automatically remembers the last frequency you used. Unique noise canceling design. Also, vibration causes less damage to the skin than spinning, while promotes skin activity more.
- Wireless charging. Smart inductive charging design with high-performance battery, 3 hours fast charging for 30 days usage ( 5min a day ). True IPX7 whole body waterproof without cutouts for safer usage and easier to clean.
- Tiny & Portable. About the size of your palm, easy to take along in the handbags, gym bags or travel bags. A perfect gift for your wife, girlfriend, sister or female friends at a decent price, especially when it's elaborately packaged.

## Additional Details

Verified by Transparency
Each item has a unique code that we verify before shipping. Learn more

Compare with similar items

Report incorrect product information.

FreeBreath Facial Cleansing Brush, IPX7 Waterproof Face Scrubber with 3 Speed Modes, Face Brushes for Cleansin... 1,242 $24.59 prime

Sponsored

Add Prime to get Fast, FREE delivery prime

$17.58 ($17.58 / Count)

FREE Returns

FREE delivery Tuesday, September 26 on orders shipped by Amazon over $25

Or fastest delivery Wednesday, September 20. Order within 5 hrs 49 mins

[redacted]

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Amazing China Products |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

Add a gift receipt for easy returns

Add to List

**Add other items:**

Makeup Removal Cleaning Cloth, Washable and Reusable, 5 by 5 Inches, Coral, Pack of 10
$14.99 Add to Cart

**Buy it on Amazon Business**

Save up to 8% on this product with business-only pricing.

Create a free account

Rechargeable Facial Cleansing Brush | Exfoliating Spin Face Brush... 247 $16.99 prime

Sponsored

## Frequently bought together

 +  + 

**This item:** Sonic Facial Cleansing Brush, Soft Silicone Waterproof

PanOxyl Acne Foaming Wash Benzoyl Peroxide 10% Maximum

E2BASICS Facial Cleansing Brush Made with Ultra Hygienic Soft

Total price: $52.16

Add all three to Cart

These items are shipped from and sold by different sellers.
Show details

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
MIAMI, FL 33131-2124
Add delivery instructions
Or pick up near this address - See nearby pickup locations

Change

**2 Payment method**

VISA [redacted]
Billing [redacted]

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

[redacted] we're giving you Prime free for 30 days!
Get your Prime eligible items ~~Thursday, Sept. 21 by 8PM~~ Wednesday, Sept. 20 by 8PM for ~~$6.99~~ FREE
No hassle. No commitments. Cancel anytime.

✓ Fast, free delivery
✓ Exclusive deals
✓ Popular movies & shows

Get FREE shipping with Prime >

**Delivery: Sept. 21, 2023** If you order in the next 4 hours and 46 minutes (Details)
Items shipped from Amazon.com

**Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging Travel Size Massager for Skin Exfoliation, Deep Cleansing, Anti Aging - Red**
$17.58 & FREE Returns
Qty: 1
Sold by: Amazing China Products
Amazon Prime eligible Join now
Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**
○ Wednesday, Sept. 20
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
◉ Thursday, Sept. 21
$6.99 - Shipping
○ Wednesday, Sept. 20
$9.99 - Shipping

Place your order | **Order total: $25.80**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $17.58 |
| Shipping & handling: | $6.99 |
| Total before tax: | $24.57 |
| Estimated tax to be collected: | $1.23 |
| **Order total:** | **$25.80** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**amazon**

All ▾ | Search Amazon | 🔍

EN ▾

Returns & Orders

0 Cart

☰ All    Off to College    Customer Support    Works with Alexa    Back to School    Medical Care & Pharmacy ▾    Buy Again    Coupons    Household, Health & Baby Care    Handmade    **Prime Big Deal Days October 10-11**

✓ **Order placed, thanks!**

Confirmation will be sent to your email.

**Shipping to** ▮▮▮▮▮▮▮ MIAMI, FL, 33131-2124, United States

**Thursday, Sept. 21**
Estimated delivery

Go to your orders ›

Do you purchase for work? Access business-only pricing, quantity discounts and flexible shipping with a **FREE** Amazon business account.

Create a free Amazon Business account ›

Before you go: get a **$50 Amazon Gift Card** instantly upon approval for Amazon Visa. Instant decision within 15 seconds and no annual fee.    Learn more

## More items to explore

Page 1 of 4

Devolamn Toddler Toys, Wooden Toys, Montessori Toys for 3 4 5, 35 in 1 Wooden Montessori Screwdrive...
★★★★☆ 156
$21.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

Maze Puzzle Games for Kids Ages 4-8, Cool Spaceship Maze Toy Gear Control with Two Steel Marbles, Challenges...
★★★★☆ 23
$13.95
Get it as soon as Tuesday, Sep 26
FREE shipped by Amazon

Coplus 8WD Gesture Sensing Stunt Rc Cars, 2.4Ghz Rechargeable Racing Drift Hand...
★★★★☆ 79
**20% off** Deal
$39.98
Typical: $49.97
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

12 Pieces Maze Ball 3D Maze Puzzle Brain Teasers Games,Mini...
★★★★☆ 17
**Save 36%**
$11.25
Lowest price in 30 days
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

6 in 1 STEM Projects for Kids Ages 8-12, STEM Kits, 3D Wooden Puzzles, STEM Toys Building Kits, Educational Science...
★★★★☆ 23
$23.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

CLAX® Multi Use Functional Collapsible Car...
★★★★★ 31
$279.00 ✓prime
**Save $15** with coupon
Sponsored ⓘ

Collections Etc Beaded 3-Tier Silver Tone Swirl Server - Appetizers, Snacks, Desserts...
★★★★☆ 1,683
$30.48
Sponsored ⓘ

## Inspired by your browsing history

Page 1 of 4

Suffocation Prevention Emergency Rescue Tools, Asphyxiation Rescue Device Suitable for Children and Adults T...
★★★★★ 3
$34.99 ($34.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

Removal Devices, Effective Infant and Adult Device Home Kit, Family First Aid Kit, Remove Obstructed...
★★★★☆ 11
$22.99 ($22.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

DumFur: Asphyxiation Rescue Device , Portable Home Assist Device Set Reusable Home Travel Kit Including Device for Adults and Children Two Different Size 3pcs Green
$17.99 - $27.99

hwojjha Asphyxiation Rescue Device for Adults and Children, Professional Suffocation Rescue Device, Suction Resistance Device,...
★★★★☆ 4
$15.99 ($15.99/Count)
FREE Shipping on orders over $25 shipped by Amazon

QULSE Breathing Trainer Choking Emergency Rescue Mask (Yellow 1pcs)
★★★★☆ 44
$15.98 ($15.98/Count)

## Related to items you've viewed

Page 1 of 4

12.5 Inches Sturdy Transparent and Dustproof Cake Glass Cover with Bamboo Tray, Cheese Board, Covered...
★★★★☆ 21
**Amazon's Choice** in Cake Stands
$49.00
FREE Shipping

Nvarwmm 3 Pieces Cake Stands Set Round Cupcake Stands Set Iron Wedding Brithday Party Celebration Dessert Display Plates Silver,...
★★★★☆ 11
1 offer from $82.76

Cakebon Wedding Cake Stand (Silver - 16 inches - Round) - Gorgeous Cake Display Centrepiece for Wedding Cakes,...
★★★★☆ 1,577
$37.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

YestBuy 4 Tier Acrylic Cupcake Stand with Base, Premium Cupcake Holder, Acrylic Cupcak...
★★★★☆ 7,158
**Amazon's Choice** in Cupcake Stands
$26.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over...

Tiered Cake Stand 5 Pc. Set with 3-Tier, 2-Tier, and Round Displays, Pedestal Dessert Stands, and Square Serving Tr...
★★★★☆ 64
$44.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon





amazon [redacted] Home & Kitchen Search Amazon EN [redacted] Account & Lists Returns & Orders 0 Cart

All Off to College Customer Support Works with Alexa Back to School Medical Care & Pharmacy Buy Again Coupons Household, Health & Baby Care Handmade Prime Big Deal Days October 10-11

Amazon Home Shop by Room Discover Shop by Style Home Décor Furniture Kitchen & Dining Bed & Bath Garden & Outdoor Home Improvement

Waterproof Facial Cleansing Spin Brush Set with 4 Exfoliating Brush Heads - Complete Face Spa System by CLSEVXY - Face Scrubber for Gentle Exfoliation and Deep Scrubbing 13,282 $18.99 prime

Sponsored

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices

Roll over image to zoom in

# GHKJ Silicone Facial Cleansing Brush and Massager Brush, IPX6 Waterproof, USB Rechargeable, Portable Electric Silicone Facial Cleanser for All Skin Types Sonic Vibration, Deep Cleaning,Blue

Brand: GHKJ

$24.89

Thank you for being an Amazon customer. Get $50 off: Pay $0.00 ~~$24.89~~ upon approval for Amazon Visa.

Color: **Blue**

$24.89 $24.89

| | |
|---|---|
| **Material** | Nylon |
| **Brand** | GHKJ |
| **Color** | Blue |
| **Power Source** | Battery Powered |
| **Product Benefits** | Massage,Eye Health,Cleansing,Rejuvenate,Blood Circulation,Dirt,Makeup |

$24.89

FREE delivery **October 10 - 31**. Details

[redacted]

Only 20 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | XingZhouHe |
| Sold by | XingZhouHe |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

UTILYZE Radiant Pro - Smart Sonic...
480
$99.00 prime
Save 15% with coupon

Sponsored

## About this item

- Silicone Facial Cleanser: It uses scientific pulsations to effectively cleanse deep below the skin's surface, remove 99% of oil, dirt, makeup residue, leaving skin clearer and brighter. 10X cleaner than cleansing by your hands.
- Deep Clean Skin: The skincare touch-points deliver gentler and less abrasive cleansing than traditional sonic face brushes with nylon bristles. No irritation or harm.
- Rejuvenate Your Skin: After clean, using the massage pattern on the back to improve facial blood circulation, relieve skin fatigue, increase collagen production, promote the absorption of skincare products and receive a younger, glowing look.
- Waterproof Face Brush: The facial brush is fully waterproof, making it easy to use in the bath or shower as part of your skincare routine.
- 100% Guarantee: If for any reason you are not satisfied with your purchase, please contact us, we are committed to making it right for you.

Report incorrect product information.

AquaSonic

A Gift That Will Make Mom Smile
3,864
38% off Deal
$55.95 $89.95 prime

Sponsored

## Product Description

Product parameter
Product name: Hand-held cleansing instrument
Gear position: 5 gear
Waterproof rating: IPX6
Rated voltage: 3.7V
Rated current: 200MA
Product size: 188.5*36.5*22.3mm

Instructions
STEP.1 Wet the face with warm water, apply facial cleanser, and turn on the facial cleanser
STEP.2 Stroke the cheeks from bottom to top for 15 seconds each, stroke the forehead from the middle to the sides for 15 seconds; nose & eye area for 15 seconds, slide both sides of the nose up and down, stroke the eye area outward to clean
STEP.3 Then rinse with water
STEP.4 Put the cleansing instrument in a ventilated and dry place

notes:
Due to different lighting and screen settings, the color of this item may be slightly different from the picture.
Due to different manual measurement methods, please allow slightly different sizes.

The best after-sales service:
We provide the best products and services. If you have any questions, please send us an email in time and we will provide you with a satisfactory solution.

happy shopping!

## Product information

| | |
|---|---|
| Manufacturer | GHKJ |
| ASIN | B08FDV6PK4 |
| Skin type | All |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

amazon Checkout (1 item)

1 **Shipping address**

[redacted]
MIAMI, FL 33131-2124
Add delivery instructions

Change

2 **Payment method**

VISA [redacted]
Billing add[redacted]

Change

Add a gift card or promotion code or voucher

Enter code | Apply

3 **Offers**

Change

4 **Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

FREE TRIAL

[redacted] we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days ›

**Estimated delivery: Oct. 10, 2023 - Oct. 31, 2023**

Items shipped from XingZhouHe

**GHKJ Silicone Facial Cleansing Brush and Massager Brush, IPX6 Waterproof, USB Rechargeable, Portable Electric Silicone Facial Cleanser for All Skin Types Sonic Vibration, Deep Cleaning,Blue**

$24.89

Qty: 1

Sold by: XingZhouHe

Gift options not available

**Choose a delivery option:**

◉ Tuesday, Oct. 10 - Tuesday, Oct. 31

FREE Shipping

Place your order

**Order total: $26.63**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

[redacted] get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $24.89 |
| Shipping & handling: | $0.00 |
| Total before tax: | $24.89 |
| Estimated tax to be collected:* | $1.74 |
| **Order total:** | **$26.63** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

amazon | All ⌄ | Search Amazon | 🔍 | 🇺🇸 EN ⌄ | Account & Lists ⌄ | Returns & Orders | 🛒 0 Cart

☰ All  Off to College  Customer Support  Works with Alexa  Back to School  Medical Care & Pharmacy ⌄  Buy Again  Coupons  Household, Health & Baby Care  Handmade  **Prime Big Deal Days October 10-11**

✅ **Order placed, thanks!**

Confirmation will be sent to your email.

Shipping to ███████████████████

Oct. 10 - Oct. 31
Estimated delivery

Go to your orders ›

Do you purchase for work? Access business-only pricing, quantity discounts and flexible shipping with a **FREE** Amazon Business account.

Create a free Amazon Business account ›

---

VISA

**Get 3% back on Amazon.com purchases**
Plus, get a **$50 Amazon Gift Card** instantly upon approval

Learn more

---

## More items to explore
Page 1 of 4



**32 Pcs Magnetic Fidget Sphere with Storage Bag – 20 Hexagons and 12 Pentagons Multicolor – Satisfying Magnet Des...**
★★★★☆ 20
$29.95
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**Round Wooden Labyrinth Game – Marble Maze for Education and Fun, Toddler Activity Board, Brain Teaser Puzzle Logic Game wit...**
★★★★☆ 70
$24.99

**Coplus 8WD Gesture Sensing Stunt Rc Cars, 2.4Ghz Rechargeable Racing Drift Hand...**
★★★★☆ 79
**20% off** Deal
$39.98
Typical: $49.97
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**Jishi Light Up Gyro Wheel 3-Pack Glow Retro Magic Rail Twirler Toys, Kids Magnetic Yoyo Sensory Fidget Toys C...**
★★★☆☆ 388
$14.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**STEM Building Toys for Kids 3 4 5 6 7 8+ Year Old 167PCS Birthday Gifts Educational STEM Building Kit for Boys...**
★★★★☆ 48
$26.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**Collections Etc Beaded 3-Tier Silver Tone Swivel Server - Appetizers, Snacks, Desserts...**
★★★★☆ 1,683
$30⁴⁸
Sponsored ⓘ

GOORIN BROS.

**Goorin Bros. The Farm Original Core Unisex Adjustable Snapback Trucker Hat, Navy...**
★★★★☆ 55
$40⁰⁰ ✓prime
Sponsored ⓘ

---

## Inspired by your browsing history
Page 1 of 4

 

**Suffocation Prevention Emergency Rescue Tools, Asphyxiation Rescue Device Suitable for Children and Adults T...**
★★★★★ 3
$34.99 ($34.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon



**Removal Devices, Effective Infant and Adult Device Home Kit, Family First Aid Kit, Remove Obstructed...**
★★★☆☆ 11
$22.99 ($22.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon



**EZBASICS Sonic Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof Sonic Vibrating Face Brush for Deep...**
★★★★☆ 11,152
$24.99-$31.99



**Facial Cleansing Brush, 3-in-1 Electric Soft Silicone Waterproof Face Scrubber, USB Rechargeable IPX7...**
★★★★☆ 17
$13.99 ($13.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon



**DumFure Asphyxiation Rescue Device, Portable Home Assist Device Set Reusable Home Travel Kit Including Device for Adults and Children Two Different Size 3pcs Green**
$17.99-$27.99

---

## Top picks for you
Page 1 of 2

    

**Facial Cleansing Brush, Silicone Electric Heating Massager for Face Skin Care Cleaner Deep Cleaning Gentle Exfoliating,Waterproof...**
1 offer from $42.18
Based on your recent views

**Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Exfoliation, Beauty Skin Care...**
1 offer from $39.00
Based on your recent views

**Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo...**
★★★★☆ 2,882
$17.58 ($17.58/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon
Based on your recent views

**Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Skin Care...**
1 offer from $39.00
Based on your recent views

**2 in 1 Facial Cleansing Brush, Electric Silicone Face Deep Pores Beauty Instrument with Hot Compress for Exfoliating, Rechargeable Skin Car...**
1 offer from $39.00
Based on your recent views













UMICKOO Facial Spin Brush,Rechargeable IPX7 Waterproof Face Scrubber with 5 Brush Heads for Exfoliating, Massaging and Deep Cleansing 6,766 $24.99 prime
Sponsored

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices

Roll over image to zoom in

# Electric Waterproof Silicone Facial Cleansing Brush with Soft Bristles for Deep Pore Cleaning and Blackhead Removing, Face Skin Care Facial Cleanser Face Massager for Exfoliation

Brand: Tutuba
5.0 2 ratings

$22.58 ($22.58 / Count)

Thank you for being an Amazon customer. Get $50 off: Pay $0.00 ~~$22.58~~ upon approval for Amazon Visa.

| | |
|---|---|
| **Material** | Silicone |
| **Brand** | Tutuba |
| **Color** | Blue,green,pink |
| **Power Source** | Corded Electric |
| **Product Benefits** | Softening,Pores,Cleansing,Promote,Blood Circulation,Pore |

Report incorrect product information.

$22.58 ($22.58 / Count)

FREE delivery **November 3 - 27.** Details

[redacted]

Usually ships within 2 to 3 weeks

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Zhou Dawеidedian |
| Sold by | Zhou Daweidedian |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

UTILYZE Radiant Pro - Smart Sonic Facial Cleansing...
480
$99.00 prime
Save 15% with coupon
Sponsored

Collections Etc Beaded 3-Tier Silver Tone Swivel Server - Appetizers,...
1,683
$30.48
Sponsored

## You might also like

Page 1 of 9

HUE Facial Cleansing Brush 3-in-1 Silicone Face Scrubber 5 Modes Facial Brush IPX7...
329
Amazon's Choice in Powered Facial Cleansing Brushes & Devices
$15.98 ($15.98/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

Facial Cleansing Brush, House Envy Sonic Face Brushes, Rechargeable Electric Cleanser Brush Silicone for Deep...
405
$18.99 ($18.99/Count)
Get it Oct 3 - 16
$5.98 shipping

Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager, IPX7 Waterproof, USB...
2,262
$16.98 ($16.98/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

Facial Cleansing Brush Face Scrubber: Electric Exfoliating Spin Scrubber IPX7 Waterproof Silicone Sk...
456
$29.99 ($29.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager, IPX7 Waterproof, USB...
2,262
$16.98 ($16.98/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

## Product details

**Date First Available :** November 5, 2022
**Manufacturer :** Tutuba
**ASIN :** B0B83Y4PMH
**Customer Reviews:**
5.0 2 ratings

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

To report an issue with this product, click here.

amazon [redacted] All Search Amazon EN [redacted] Account & Lists Returns & Orders 1 Cart

All Off to College Customer Support Works with Alexa Back to School Medical Care & Pharmacy Buy Again Coupons Household, Health & Baby Care Handmade Prime Big Deal Days October 10-11

Hi Jessie, add a **debit card** to your **Amazon account** today. Add a Card

# Shopping Cart

Deselect all items

Electric Waterproof Silicone Facial Cleansing Brush with Soft Bristles for Deep Pore Cleaning and Blackhead Removing, Face Skin Care Facial Cleanser Face...

**$22.58**

Usually ships within 2 to 3 weeks

Shipped from: Zhou Daweidedian

Gift options not available. Learn more

Qty: 1 | Delete | Save for later | Share

Subtotal (1 item): **$22.58**

Subtotal (1 item): **$22.58**

Proceed to checkout

## More items to explore

Round Wooden Labyrinth Game -...

70

$24.99

Add to Cart

Skillmatics United States Map Puzzle - ...

32

$24.97

Add to Cart

32 Pcs Magnetic Fidget Sphere with...

20

$29.95

Add to Cart

SmartGames Criss Cross Cube 3D Puzzl...

6

$14.99

Add to Cart

## Your Items

Saved for later (7 items) | Buy it again

7 Pcs Cake Stands Set,Metal Cupcake Holder Stand Set,P...

**$82.99**

Save 8% Clip Coupon

In Stock

Eligible for FREE Shipping

& FREE Returns

**Item Shape:** White

Move to cart

Delete

Add to list

Compare with similar items

3PCS Cake Stand Set, Metal Round Cupcake Dessert Stan...

**$74.97**

In Stock

Eligible for FREE Shipping

& FREE Returns

**Material Type:** 18K Gold

Move to cart

Delete

Add to list

7Pcs Cake Stand and Pastry Trays Metal Cupcake Holder...

**$55.46**

Lowest price in 30 days

In Stock

Eligible for FREE Shipping

& FREE Returns

Move to cart

Delete

Add to list

Compare with similar items

Cake Turntable, 12 Inch Rotating Cake Stand, Haxpe...

**$35.99**

Only 6 left in stock - order soon.

Eligible for FREE Shipping

& FREE Returns

Move to cart

Delete

Add to list

Compare with similar items

Collections Etc Beaded 3-Tier Silver Tone Swivel Server - A...

**$30.48**

In Stock

Shipped from: Collections Etc

Move to cart

Delete

Add to list

Compare with similar items

YestBuy 3 Tier Clear Square Cupcake Stand - Premium C...

**$18.99**

#1 Best Seller in Cupcake Stands

In Stock

Eligible for FREE Shipping

& FREE Returns

**Color:** Yellow

**Size:** 3 Tier Square

Move to cart

Delete

Add to list

Compare with similar items

Animal Baseball Cap Patch Embroidered Unisex Women...

**$13.89**

In Stock

FREE Returns

We updated this item to the best offer currently available at Amazon. The price increased by $10.39. Learn more

**Size:** 7 1/4-7 7/8

**Color:** Sheep

Move to cart

Delete

Add to list

Compare with similar items

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
MIAMI, FL 33131-2124
Add delivery instructions

Change

2 **Payment method**

VISA [redacted]
Billing address: [redacted]
Add a gift card or promotion code or voucher
Enter code | Apply

Change

3 **Offers**

Change

4 **Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

FREE TRIAL

[redacted] we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days ›

**Estimated delivery: Nov. 3, 2023 - Nov. 27, 2023**

Items shipped from Zhou Daweidedian

**Electric Waterproof Silicone Facial Cleansing Brush with Soft Bristles for Deep Pore Cleaning and Blackhead Removing, Face Skin Care Facial Cleanser Face Massager for Exfoliation**

$22.58

Qty: 1

Sold by: Zhou Daweidedian

Gift options not available

**Choose a delivery option:**

◉ **Friday, Nov. 3 - Monday, Nov. 27**
FREE Shipping

Place your order

**Order total: $24.16**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

[redacted] get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $22.58 |
| Shipping & handling: | $0.00 |
| Total before tax: | $22.58 |
| Estimated tax to be collected:* | $1.58 |
| **Order total:** | **$24.16** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Order placed, thanks!**
Confirmation will be sent to your email.

Shipping to ████████ MIAMI, FL, 33131-2124, United States

Do you purchase for work? Access business-only pricing, quantity discounts and flexible shipping with a FREE Amazon Business account.

Create a free Amazon business account ›

Nov. 3 - Nov. 27
Estimated delivery



Go to your orders ›

Get a $50 Amazon Gift Card instantly upon approval for Amazon Visa.
No annual fee                                    Learn more

**More items to explore**                         Page 1 of 4


STEM Building Toys for Kids 3 4 5 6 7 8+ Year Old 167PCS Birthday Gifts Educational STEM Building Kit for Boys...
★★★★☆ 48
$26.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon


Jishi Light Up Gyro Wheel 3-Pack Glow Retro Magic Rail Twirler Toys, Kids Magnetic Yoyo Sensory Fidget Toys C...
★★★★☆ 388
$14.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon


Skillmatics United States Map Puzzle - 75 Pieces, Educational Toy for Learning 250+ Facts About The States of...
★★★★☆ 32
$24.97
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon


32 Pcs Magnetic Fidget Sphere with Storage Bag – 20 Hexagons and 12 Pentagons Multicolor – Satisfying Magnet Des...
★★★★☆ 20
$29.95
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

STEM Science Robotics Kit 6 Set Electronic Science Experiments Projects Activities for Kids DIY Engineering...
★★★★★ 17
$24.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon


Collections Etc Beaded 3-Tier Silver Tone Swivel Server - Appetizers, Snacks, Desserts...
★★★★☆ 1,683
$30.48
Sponsored


GOORIN BROS.
Goorin Bros. Trucker Hat Men - Mesh Baseball SnapBack Cap - The Farm
★★★★☆ 29,567
$40.00 prime
Sponsored

**Inspired by your browsing history**             Page 1 of 4


Suffocation Prevention Emergency Rescue Tools, Asphyxiation Rescue Device Suitable for Children and Adults T...
★★★★★ 3
$34.99 ($34.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon


Removal Devices, Effective Infant and Adult Device Home Kit, Family First Aid Kit, Remove Obstructed...
★★★★☆ 11
$22.99 ($22.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

EZBASICS Sonic Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof Sonic Vibrating Face Brush for Deep...
★★★★☆ 11,192
$24.99-$31.99


DumRanc Asphyxiation Rescue Device, Portable Home Assist Device Set Reusable Home Travel Kit Including Device for Adults and Children Two Different Size 3pcs Green
$17.99-$27.99


hwojha Asphyxiation Rescue Device for Adults and Children, Professional Suffocation Rescue Device, Suction Resistance Device,...
★★★★☆ 4
$15.99 ($15.99/Count)
FREE Shipping on orders over $25 shipped by Amazon

**Related to items you've viewed**               Page 1 of 4


12.5 Inches Sturdy Transparent and Dustproof Cake Glass Cover with Bamboo Tray, Cheese Board, Covered...
★★★★☆ 21
Amazon's Choice in Cake Stands
$49.00
FREE Shipping


Nvanvmm 3 Pieces Cake Stands Set Round Cupcake Stands Set Iron Wedding Birthday Party Celebration Dessert Display Plates Silver,...
★★★★☆ 11
1 offer from $82.76


Cakebon Wedding Cake Stand (Silver - 16 Inches Round) - Gorgeous Cake Display Centerpiece for Wedding Cakes,...
★★★★☆ 1,377
$37.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon


YestBuy 4 Tier Acrylic Cupcake Stand with Base, Premium Cupcake Holder, Acrylic Cupcak...
★★★★☆ 7,158
Amazon's Choice in Cupcake Stands
$26.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon


Tiered Cake Stand 5 Pc. Set with 3-Tier, 2-Tier, and Round Displays, Pedestal Dessert Stands, and Square Serving Tr...
★★★★☆ 64
$44.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

DOE Number: 85
Seller Name: aawqq
Marketplace: DHGate



**Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma267d**

US $32.98 - 39.3 / Piece

| USD | $39.30 | $34.18 | $32.98 |
|-----|--------|--------|--------|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:  ⓘ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack **$25 OFF**  Discount $23 OFF  This Store-Only $2 OFF   **Claim**

Store Coupon Save $2 ⌄

Options:

     More+

Quantity:  — 1 +  Piece  Maximum 50 Piece(s)

Shipping:  **Free Shipping** to **United States** Via **ePacket**  More Options ⌄
Estimated delivery time: **May. 20** and **Jun. 11**

**Buy it Now**  **Add to Cart**  ♡ ⌄

Buyer Protection:  Return Policy   Refund for No Delivery   Secure Payment

**Product Feature**

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought



Electric Hair Curler Pro Hair Dryer Straightener Comb styler
US $27.87 - 33.22 / Piece
2 OFF $50+

Epacket Infrared negativeion hair dryer home and cold air
US $24.13 - 28.75 / Piece
2 OFF $50+

EU US UK Version 3rd Generation 3 No Fan Hair Dryer
US $120.37 - 143.44 / Piece

IO Hair Dryer Professional Salon Tools Blow Dryer Heat
US $141.91 - 169.10 / Piece

Hair Curlers Straighteners 2 in 1 Professional Wet Dry
US $18.99 - 24.56 / Piece
2 OFF $50+

Pro Heating Electric Ionic Fast Safe Hair Straightener Anti
US $12.93 - 18.72 / Piece

## Customers Often Bought With

     



DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Palm beach, Florida, United States, 33480 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: aawqq | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-YELLOW US $39.30 / Piece 1 Piece | US $39.30 | ePacket Free Shipping Estimated delivery time: May 20 and Jun 11 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 86
Seller Name: adrs7
Marketplace: DHGate





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Checkout(0)
Go to Cart

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate | adrs7 Store Chat | 100.0% Positive Feedback | lululemen womens | On DHgate | In this Store | Hi, [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Share to be partner | Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma300l

US $32.98 - 39.3 / Piece

| USD | $39.30 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF | Claim

Options: More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jul. 1

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Selling Electric Razor Rechargeable Beard Trimmer
US $18.45 - 21.99 / Piece

Leisure Computer Chair Household Office Student
US $13.13 - 18.68 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.58 - 27.41 / Piece
$2 OFF $50+

Electric Hair Dryer Blow Dryer Curling Iron Rotating Brush
US $153.36 - 182.75 / Piece

Hair Curlers Straighteners New Arrival professional 19mm
US $21.95 - 27.91 / Piece
$2 OFF $50+

Hair Clippers Dro Cortar Cabello To
US $23.56 - 35.43

## Customers Often Bought With

DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] 1[redacted] (United States) Change

[redacted] Boca Raton, Florida, United States, 33433 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: adrs7

Skin Care Tools Electric Face Scrubbers Mini Vibra...

Options: 01-ROSE

US $39.30 / Piece 1 Piece

US $39.30

China Post SAL

Free Shipping

Estimated delivery time: Jun 3 and Jul 1

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 87
Seller Name: basop6
Marketplace: DHGate



SPEND & SAVE BONUS COUPON  UP TO $150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service ∨ | | United States / USD ∨ | English ∨

# DHgate

basop6 Store 🟨 Chat ∨
100.0% Positive Feedback

☰ | shoes | 🔍 Go DHgate | In this Store

Join / Sign in
My DHgate ∨

🛒 Cart ∨ 3

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate › Household Appliances › Personal Care › Electric Face Scrubbers › Skin Care Tools Electric Face Scrubbe...

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2764

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:  ℹ️ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack
**$23** OFF | Claim

Options:   ⚪ 🔴 🟣 🟡 🌸 🔴 🎨 🎨   More+
01-BLUE
🩷

Quantity:   − 1 + Piece   Maximum 50 Piece(s)

Shipping:  **Free Shipping** to **United States** Via **China Post SAL**  More Options ∨
Estimated delivery time: **May. 31** and **Jun. 28**

Total cost:  **$39.3** ℹ️

**Buy It Now** | **Add to Cart** | ♡ ∨

Buyer Protection:  ⑤ Return Policy  ⑤ Refund for No Delivery  ⑤ Secure Payment

## Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

     


Black electric shaver for men beard hair trimmer electrical
US $44.19 - 57.23 / Piece


Hair Clippers WMARK NG-2021 Electric Trimmer For Men
US $56.64 - 68.98 / Piece


Electric Hair Dryer Professional Power Styling Tools Blow Hot
US $18.28 - 21.78 / Piece


Oem Professional Portable Folding Blue Light Stand
US $29.68 - 35.37 / Piece


2 in 1 360 degree rotating Hair Curler Fast Heating Mini
US $36.31 - 43.26 / Piece


Electric Hair Dryer 3200 Professional Hair Dryer HotCold
US $10.62 - 13.71 / Piece
$2 OFF $25+

$2 OFF $50+

## Customers Often Bought With



DHgate Buy Globally · Sell Globally    Buy Now    Buyer Protection  GeoTrust

[redacted] (United States)  Change
[redacted] Miami, Florida, United States, 33133 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card  VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: basop6 | | |
|  Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-BLUE US $39.30 / Piece  1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 28 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

[redacted]  Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

Buyer Protection  Secure Payment  Return Policy  Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 88
Seller Name: beatrix2
Marketplace: DHGate





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Vá para o carrinho

New Buyer Coupons! $ | Buyer Protection | Customer Service | Estados Unidos / USD | English

DHgate beatrix2 Store Chat
100.0% Positive Feedback

running shoes | On DHgate | In this Store

Hi, [redacted]
My DHgate

0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Share to be partner    Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma3462

US $32.98 - 39.3 / Piece

| USD | $39.30 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF Claim

Options: More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jul. 1

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece
$2 OFF $50+

Electric Shaver For Man Stainless Steel Shaving Machine
US $41.69 - 56.07 / Piece
$2 OFF $50+

Hair Curlers Straighteners LISAPRO Dual Voltage Air Brush
US $56.36 - 67.15 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece

Steamers Cleaning Cleaner Beauty Face Steaming Device
US $33.30 - 39.68 / Piece
$2 OFF $50+

Electric Hair Curle Dryer Straightene
US $27.87 - 33.22

## Customers Often Bought With

Buy Now

Buyer Protection    GeoTrust

**Summary**

Enter code here    Apply

Item Subtotal(1 items):    US $39.30
Shipping Cost:    US $0.00
Discounts:    -US $1.00

Grand Total:    US $38.30

**Pay now**

‹ Back to Cart

(United States)    Change
Boca Raton, Florida, United States, 33433

Payment Method   100% Secure Payment

**Pay with a Card**

Pay with a New Card   VISA   Discover   MasterCard

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: beatrix2

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options: 01-ROSE
US $39.30 / Piece     1  +  Piece

US $39.30    China Post SAL
Free Shipping
Estimated delivery time:
Jun 3 and Jul 1

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&.

US $1 DHcoupon

Item Subtotal:    US $39.30
Shipping Cost:    US $0.00
DHcoupon:    -US $1
Order Total:    US $38.30

Buyer Protection    Secure Payment    Return Policy    Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 89
Seller Name: bevjhb
Marketplace: DHGate





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Checkout(0)
Go to Cart

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate | bevjhb Store Chat | 100.0% Positive Feedback | purse | On DHgate | In this Store | Hi, [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Share to be partner | Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2564

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack $25 OFF DHcoupon $23 OFF This Store Only $2 OFF Claim

Store Coupon Save $2

Options: 02-ROSE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jun. 26

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Selling Electric Razor Rechargeable Beard Trimmer
US $18.45 - 21.99 / Piece

Leisure Computer Chair Household Office Student
US $13.13 - 18.68 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.58 - 27.41 / Piece
$2 OFF $50+

Electric Hair Dryer Blow Dryer Curling Iron Rotating Brush
US $153.36 - 182.75 / Piece

Hair Curlers Straighteners New Arrival professional 19mm
US $21.95 - 27.91 / Piece
$2 OFF $50+

Hair Clippers Dro Cortar Cabello To
US $23.56 - 35.43

bevjhb Store >
Chat 2

Item Description | Company Overview | Report Item

Specifications

DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33133 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: bevjhb | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jun 26 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 90
Seller Name: bfrda
Marketplace: DHGate

SPEND & SAVE BONUS COUPON — UP TO $ 150 SAVINGS

New Buyer Coupons! $ | (DH) Buyer Protection | Customer Service ˅ | ⊙ United States / USD ˅ | ⊕ English ˅

**DHgate**

bfrda Store 💬 Chat ˅
100.0% Positive Feedback

≡ | dunks | 🔍 Go DHgate | In this Store

👤 Hi, My DHgate ˅

🛒 0 Cart ˅

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicane Clean Beauty Foreoing Ma2406

US $32.98 - 39.3 / Piece

| USD ˅ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Options: 🔵 🔴 🩷 🟡 🌸 🌺 🎨 🎨 More+

03-ROSE

Quantity: − 1 + Piece    Maximum 50 Piece(s)

Shipping: **Free Shipping** to **United States** Via **China Post SAL**  More Options ˅
Estimated delivery time: **May. 23 and Jun. 15**

Similar Items

Total cost: **$39.3** ⓘ

**Buy it Now** | **Add to Cart** | ♡ ˅

Buyer Protection: 🛡 Return Policy | 🔄 Refund for No Delivery | 🔒 Secure Payment

**Product Feature**

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

**Customers Who Bought This Item Also Bought**

Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece

2 in 1 Electric Comb Straightener wand Hair Curling
US $10.41 - 26.03 / Piece
$2 OFF $50+

Longmada Glowcore Quart Boiler Primary Wax Heater
US $9.17 - 13.66 / Piece
$7 OFF $159+

dryer 5 heads multi-function curling iron automatic iron with
US $0.89 - 62.37 / Piece

8148 Magic Metal Hair Clipper Electric Razor Men Steel Head
US $33.20 - 50.72 / Piece
$3 OFF $49+

NEW Electric hair dryer Hot Cold Air Household Hotel
US $34.77 - 42.28 / Piece
$2 OFF $25+

bfrda Store >

💬 Chat  😊 6
100.0% Positive Feedback
On-time Delivery Rate: ↓
Repurchase rate: ↓
Business Information

Top 3 Markets

| Item Description | Company Overview | | Report Item |
|---|---|---|---|

**Specifications**

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality | ce |



DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33138 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: bfrda | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 03-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 23 and Jun 15 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 91
Seller Name: bgeed
Marketplace: DHGate





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate | bgeed Store Chat | 92.9% Positive Feedback | slipper | On DHgate | In this Store | Hi, [redacted] My DHgate | 5 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma282d

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF Claim

Options: 03-BLUE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via ePacket More Options

Estimated delivery time: May. 27 and Jun. 18

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

8148 Magic Metal Hair Clipper Electric Razor Electric Push
US $56.55 - 58.30 / Piece

Abdominal Muscle Training Stimulator Device Wireless EMS
US $13.48 - 21.42 / Piece
$2 OFF $50+

3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer
US $8.11 - 10.50 / Piece
$5 OFF $99+

Epacket KM-1409 Carbon Steel Men Beard Shaver Head Hair
US $16.09 - 19.17 / Piece
$2 OFF $50+

Generic Replacement Brush Heads For ORab electric
US $4.43 - 4.59 / Piece
$2 OFF $50+

3-in-1 Hair Iron Curling Flat Iron Straightening Brush Comb Mini
US $3.28 - 4.20 / Piece

## Customers Often Bought With

DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change

[redacted] Palm beach, Florida, United States, 33480 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: bgeed | | |
|  Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 03-BLUE US $39.30 / Piece 1 Piece | US $39.30 | ePacket Free Shipping Estimated delivery time: May 27 and Jun 18 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

Item Subtotal: US $39.30

Shipping Cost: US $0.00

DHcoupon: -US $1

**Order Total: US $38.30**

## Summary

[redacted]ne Apply

Item Subtotal(1 items): US $39.30

Shipping Cost: US $0.00

Discounts: -US $1.00

**Grand Total: US $38.30**

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 92
Seller Name: bgrft
Marketplace: DHGate





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Checkout(0)
Go to Cart

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate | bgrft Store Chat | 94.4% Positive Feedback | wallet | On DHgate | In this Store | Hi, [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma251h

**US $32.98 - 39.3** / Piece

| USD | $39.30 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF Claim

Options: More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: **Free Shipping** to **United States** Via **China Post SAL** More Options
Estimated delivery time: **Jun. 3** and **Jun. 26**

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Selling Electric Razor Rechargeable Beard Trimmer
US $18.45 - 21.99 / Piece

Leisure Computer Chair Household Office Student
US $13.13 - 18.68 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.58 - 27.41 / Piece
$2 OFF $50+

Electric Hair Dryer Blow Dryer Curling Iron Rotating Brush
US $153.36 - 182.75 / Piece

Hair Curlers Straighteners New Arrival professional 19mm
US $21.95 - 27.91 / Piece
$2 OFF $50+

Hair Clippers Dro Cortar Cabello To
US $23.56 - 35.43

bgrft Store >

Chat 3

94.4% Positive Feedback

On-time Delivery Rate:

Item Description | Company Overview | Report Item

### Specifications

Voltage: DC3.7V

**DHgate**
Buy Globally · Sell Globally

Buy Now

Buyer Protection   GeoTrust

(United States)                                                    ✎ Change
Miami, Florida, United States, 33133 .

**Summary**

Enter code here          Apply

Item Subtotal(1 items):          US $39.30

Shipping Cost:                   US $0.00

Discounts:                       -US $1.00

**Grand Total:**                 **US $38.30**

**Pay now**

‹ Back to Cart

Payment Method   100% Secure Payment

**Pay with a Card**

○ Pay with a New Card   VISA   Discover   MasterCard

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: bgrft

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options: 01-PINK
US $39.30 / Piece

− 1 + Piece          US $39.30          China Post SAL ▾

Free Shipping

Estimated delivery time:
Jun 3 and Jun 26

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon ▾

Item Subtotal:          US $39.30

Shipping Cost:          US $0.00

DHcoupon:               -US $1

**Order Total:**        **US $38.30**

Buyer Protection      Secure Payment      Return Policy      Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 93
Seller Name: bttr88
Marketplace: DHGate





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate bttr88 Store Chat 88.9% Positive Feedback | trapstar | On DHgate | In this Store | Hi, [redacted] My DHgate | 6 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Share to be partner | Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma316Q

**US $32.98 - 39.3** / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF Claim

Options: 01-PINK More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: **Free Shipping** to **United States** Via **China Post SAL** More Options

Estimated delivery time: **May. 23 and Jun. 20**

Total cost: **$39.3**

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

2 in 1 Electric Comb Straightener wand Hair Curling
US $10.41 - 26.03 / Piece
$2 OFF $50+

8148 Magic Metal Hair Clipper Electric Razor Men Steel Head
US $33.20 - 50.72 / Piece
$3 OFF $49+

Hair Clippers Professional Digital LCD Display Adjustable
US $15.80 - 19.81 / Piece

Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece

Longmada Glowcore Quart Boiler Primary Wax Heater
US $9.17 - 13.66 / Piece
$7 OFF $159+

men electric shaver razor Type-C USB rechargeable 3 blades
US $34.37 - 43.11 / Piece
$2 OFF $50+

## Customers Often Bought With

**DHgate** Buy Now

Buyer Protection   GeoTrust

████████████████ (United States)            ✎ Change
████████ Palm beach, Florida, United States, 33480 .

## Summary

████████████████  Apply

Item Subtotal(1 items):            US $39.30
Shipping Cost:                     US $0.00
Discounts:                        -US $1.00

Grand Total:                     **US $38.30**

**Pay now**

‹ Back to Cart

## Review & Confirm Your Order

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| | Product Detail | Subtotal | Shipping Method |
|---|---|---|---|

Seller: bttr88

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options: 01-PINK

US $39.30 / Piece        [ - 1 + ] Piece        US $39.30        China Post SAL ⌄

**Free Shipping**
Estimated delivery time:
May 23 and Jun 20

**Add remark to seller**

Please add remark:(e.g. color, size...). Do not enter <>&

US $1 DHcoupon ⌄

Item Subtotal:        US $39.30
Shipping Cost:        US $0.00
DHcoupon:            -US $1
**Order Total:**      **US $38.30**

Buyer Protection        Secure Payment        Return Policy        Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 94
Seller Name: buirnce
Marketplace: DHGate





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

Subtotal
US $0.00
Checkout(0)
Go to Cart

DHgate | buirnce Store Chat | 100.0% Positive Feedback | designer bag | On DHgate | In this Store | Hi, [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

## Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2397

**US $32.98 - 39.3** / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF | Claim

Options: 01-BLUE | More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jul. 1

Total cost: **$39.3**

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece
$2 OFF $50+

Electric Shaver For Man Stainless Steel Shaving Machine
US $41.69 - 56.07 / Piece
$2 OFF $50+

Hair Curlers Straighteners LISAPRO Dual Voltage Air Brush
US $56.36 - 67.15 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece

Steamers Cleaning Cleaner Beauty Face Steaming Device
US $33.30 - 39.68 / Piece
$2 OFF $50+

Electric Hair Curle Dryer Straightene
US $27.87 - 33.22

## Customers Often Bought With

DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Boca Raton, Florida, United States, 33433 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: buirnce | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-BLUE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jul 1 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 95
Seller Name: bvbcuw
Marketplace: DHGate





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate | bvbcuw Store Chat | 100.0% Positive Feedback | trapstar | On DHgate | In this Store | Join / Sign in My DHgate | Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma310g

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack $25 OFF DHcoupon $23 OFF This Store Only $2 OFF Claim

Store Coupon Save $2

Options: 02-ROSE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options

Estimated delivery time: May. 31 and Jun. 23

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

8148 Magic Metal Hair Clipper Electric Razor Electric Push US $56.55 - 58.30 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora US $5.82 - 16.07 / Piece $2 OFF $50+

Epacket KM-1409 Carbon Steel Men Beard Shaver Head Hair US $16.09 - 19.17 / Piece $2 OFF $50+

3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer US $8.11 - 10.50 / Piece $5 OFF $99+

Abdominal Muscle Training Stimulator Device Wireless EMS US $13.48 - 21.42 / Piece $2 OFF $50+

KEMEI KM-1407 Multifunctional Hair Trimmer Rechargeable US $17.69 - 27.07 / Piece $2 OFF $50+

## Customers Often Bought With

DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Palm beach, Florida, United States, 33480 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: bvbcuw | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 23 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 96
Seller Name: bvvfcf
Marketplace: DHGate

SPRING HIGH-TECH SALE ELECTRONICS GADGETS SAVE UP TO 70% shop now ▶

New Buyer Coupons! | $ | Buyer Protection | Customer Service ∨ | ⦿ United States / USD ∨ | 🌐 English ∨

# DHgate

bvvfcf Store 💬 Chat ∨
100.0% Positive Feedback

wallet | 🔍 On DHgate | In this Store

Hi 👤 My DHgate ∨ 🛒 0 Cart ∨

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate › Household Appliances › Personal Care › Electric Face Scrubbers › Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma341Y

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: 💰 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF | Claim

Options: 01-BLUE | More+

Quantity: − 1 + Piece Maximum 50 Piece(s)

Shipping: **Free Shipping** to **United States** Via **China Post SAL** More Options ∨
Estimated delivery time: **May. 20 and Jun. 12**

Total cost: **$39.3** ⓘ

**Buy it Now** | **Add to Cart** | ♡ ∨

Buyer Protection: ⑤ Return Policy | ⓢ Refund for No Delivery | ⑤ Secure Payment

### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought



28cm er Huge Dildos Soft Big Dildo Suction Cup Realistic
US $66.89 - 79.70 / Piece
$50 OFF $2 +



Lovely Cartoon Hand Warm Water Bottle Mini Hot Water
US $5.03 - 5.99 / Piece
$500 OFF $5 +



Oximetry refers to the clip-on household measuring blood
US $3.77 - 9.97 / Piece
$50 OFF $2 +



Replacement Toothbrush Heads Fit For Xiaomi SOOCAS
US $9.43 - 11.23 / Piece



Hair Clippers Trimmer Clipper Professional Baldheaded For
US $19.62 - 25.87 / Piece



Heating Pad, Electric Heat Pad for Back Pain and Cramps Relief
US $23.11 - 46.70 / Piece

## Customers Often Bought With



DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)

Change

[redacted] Boca Raton, Florida, United States, 33433 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Use promo code

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: bvvfcf

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options: 01-BLUE
US $39.30 / Piece

1 Piece

US $39.30

China Post SAL
Free Shipping
Estimated delivery time:
May 20 and Jun 12

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 97
Seller Name: bxhtqb
Marketplace: DHGate





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Go to Cart

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate bxhtqb Store Chat
100.0% Positive Feedback

designer sunglasses | On DHgate | In this Store

Hi, [redacted]
My DHgate
0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma228W

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack $25 OFF DHcoupon $23 OFF This Store Only $2 OFF Claim

Store Coupon Save $2

Options: 02-PINK More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jun. 26

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece
$2 OFF $50+

Electric Shaver For Man Stainless Steel Shaving Machine
US $41.69 - 56.07 / Piece
$2 OFF $50+

Hair Curlers Straighteners LISAPRO Dual Voltage Air Brush
US $56.36 - 67.15 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece

Steamers Cleaning Cleaner Beauty Face Steaming Device
US $33.30 - 39.68 / Piece
$2 OFF $50+

Electric Hair Curle Dryer Straightene
US $27.87 - 33.22

bxhtqb Store >
Chat 5

Item Description | Company Overview | Report Item

Specifications

DHgate Buy Globally · Sell Globally Buy Now

Buyer Protection GeoTrust

[redacted] (United States)

[redacted] Boca Raton, Florida, United States, 33433 .

Change

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | Rs.3,372.51 |
| Shipping Cost: | Rs.0.00 |
| Discounts: | -Rs.85.82 |
| **Grand Total:** | **Rs.3,286.70** |

Pay now

« Back to Cart

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: bxhtqb | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-PINK Rs.3,372.51 / Piece 1 Piece | Rs.3,372.51 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jun 26 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

Rs.85 DHcoupon

| | |
|---|---|
| Item Subtotal: | Rs.3,372.51 |
| Shipping Cost: | Rs.0.00 |
| DHcoupon: | -Rs.85 |
| **Order Total:** | **Rs.3,286.70** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 98
Seller Name: ccfft
Marketplace: DHGate

SPRING HIGH-TECH SALE ELECTRONIC GADGETS SAVE UP TO 70%    shop now ▶

New Buyer Coupons! $ | DH Buyer Protection | Customer Service ˅ |    ⊙ United States / USD ˅ |    🌐 English ˅

# DHgate

ccfft Store 💬 Chat ˅
83.3% Positive Feedback

[≡]    wallet    🔍 On DHgate | In this Store

👤 Hi, ▮▮▮▮
My DHgate ˅    🛒 6 Cart ˅

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma311v

US $32.98 - 39.3 / Piece

| USD ˅ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:    💰 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack
**$25** OFF    $3 coupon    This Store-Only
$23 OFF    $2 OFF
Claim

Store Coupon Save $2 ˅

Options:    🔵 🔴 🟣 🟡 🌸 🔴(02-ROSE) 🎨 🌸    More+

🔴

Similar Items

Quantity:    [−] 1 [+] Piece    Maximum 50 Piece(s)

Shipping:    **Free Shipping** to **United States** Via China Post SAL    More Options ˅
Estimated delivery time: **May. 20 and Jun. 12**

Total cost:    **$39.3** ⓘ

**Buy it Now**    **Add to Cart**    ♡ ˅

Buyer Protection:    💲 Return Policy    💲 Refund for No Delivery    🔒 Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02
  Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

| 360 Degree U Shape Ultrasonic Electric Toothbrush USB | KM-1409 Carbon Steel Men Beard Shaver Head Hair | Electric shaver 4D three head floating veneer knife net | Ionic Hair Dryer Professional Strong HairDryer Barber Shop | Skin Care Tools Electric Face Scrubbers Mini Vibrator | 2022 USB Electric Hair Clippers Rechargeable Shaver Beard |
|---|---|---|---|---|---|
| US $29.63 - 35.31 / Piece | US $8.69 - 12.32 / Piece | US $27.22 - 39.92 / Piece | US $53.27 - 63.48 / Piece | US $32.98 - 39.30 / Piece | US $25.98 - 30.95 / Piece |
| $50 OFF $2 + | $50 OFF $2 + | $50 OFF $2 + | $50 OFF $2 + | $50 OFF $2 + | Per $100 Save $10 |

## Customers Often Bought With



DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change

[redacted] Palm beach, Florida, United States, 33480 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Use promo code

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: ccfft | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL<br>Free Shipping<br>Estimated delivery time: May 20 and Jun 12 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 99
Seller Name: cffzz
Marketplace: DHGate

SPEND & SAVE BONUS COUPON UP TO $150 SAVINGS

New Buyer Coupons!  $  |  DH Buyer Protection  |  Customer Service ∨  |  ⊙ United States / USD ∨  |  🌐 English ∨

**DHgate**

cffzz Store  💬 Chat ∨
93.3% Positive Feedback

bracelet  [Do DHgate] [In this Store]

Hi
My DHgate ∨   🛒 Cart ∨  1

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...



### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma269h

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.30** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:  💰 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack
**$23** OFF    [ Claim ]

Options:    🔵 🔴 🟣 🟡 🌸 🌺 🎨 🎨    More+

🔴

Quantity:   [ − ] 1 [ + ]  Piece   Maximum 50 Piece(s)

Shipping:   **Free Shipping** to **United States** Via ePacket   More Options ∨
Estimated delivery time: May. 27 and Jun. 18

[ **Buy It Now** ]   [ **Add to Cart** ]   ♡ ∨

Buyer Protection:  💲 Return Policy   🛡 Refund for No Delivery   💳 Secure Payment

**Product Feature**

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

     


Electric Shaver Geely JLL033
electric charging razor Men's
US $11.56 - 14.62 / Piece


Winter Hair Dryer Negative
Lonic Hammer Blower Electric
US $45.65 - 54.40 / Piece


Electric Hair Dryer 3200
Professional Hair Dryer HotCold
US $10.62 - 13.71 / Piece
$2 OFF $25+


110V 220V 1800W Electric Hair
Dryer Professional Blow Dryer
US $36.12 - 43.47 / Piece
$2 OFF $50+


Electric Hair Dryer Professional
Power Styling Tools Blow Hot
US $18.28 - 21.78 / Piece


Oem Professional Portable
Folding Blue Light Stand
US $29.68 - 35.37 / Piece

## Customers Often Bought With

Special link to my bro
Message after placing order



DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33133 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: cffzz | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-PINK US $39.30 / Piece 1 Piece | US $39.30 | ePacket Free Shipping Estimated delivery time: May 27 and Jun 18 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 100
Seller Name: cfghy
Marketplace: DHGate

SPRING HIGH-TECH SALE ELECTRONIC GADGETS SAVE UP TO 70% shop now ►

New Buyer Coupons! $ | Buyer Protection | Customer Service ⌄ | 🌐 United States / USD ⌄ | 🌐 English ⌄

# DHgate

cfghy Store 💬 Chat ⌄
100.0% Positive Feedback

lululemen womens | On DHgate | In this Store

Hi ⌄
My DHgate ⌄

🛒 Cart ⌄ 1

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma279n

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: 💰 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack
**$23** OFF | Claim

Similar Items

Options:  More+

03-PINK

Quantity: − 1 + Piece | Maximum 50 Piece(s)

Shipping: **Free Shipping** to **United States** Via **China Post SAL** More Options ⌄
Estimated delivery time: **May. 20 and Jun. 12**

Total cost: **$39.3** ⓘ

**Buy it Now** | **Add to Cart** | ♡ ⌄

Buyer Protection: 💲 Return Policy | 🔄 Refund for No Delivery | 🔒 Secure Payment

### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought









28cm er Huge Dildos Soft Big Dildo Suction Cup Realistic
US $66.89 - 79.70 / Piece
$50 OFF $2 +


Lovely Cartoon Hand Warm Water Bottle Mini Hot Water
US $5.03 - 5.99 / Piece
$500 OFF $5 +


Oximetry refers to the clip-on household measuring blood
US $3.77 - 9.97 / Piece
$50 OFF $2 +


Replacement Toothbrush Heads Fit For Xiaomi SOOCAS
US $9.43 - 11.23 / Piece


Hair Clippers Trimmer Clipper Professional Baldheaded For
US $19.62 - 25.87 / Piece


Heating Pad, Electric Heat Pad for Back Pain and Cramps Relief
US $23.11 - 46.70 / Piece

## Customers Often Bought With



DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33138 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

GeoTrust VISA MasterCard

## Review & Confirm Your Order

Use promo code

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: cfgtre | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 20 and Jun 12 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 101
Seller Name: cfgtre
Marketplace: DHGate

SPRING HIGH-TECH SALE ELECTRONIC GADGETS SAVE UP TO 70% shop now ▶

New Buyer Coupons! $ | 💲 Buyer Protection | Customer Service ⌄ | | 🌐 United States / USD ⌄ | 🌐 English ⌄

# DHgate

cfgtre Store 💬 Chat ⌄
95.8% Positive Feedback

sandal    Q | On DHgate | In this Store

Hi
My DHgate ⌄ | 🛒 Cart ⌄ 0

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...



### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma291r

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:    🪙 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

**New Buyer DHcoupon Pack $23 OFF**    Claim

Options:    🔵 🔴 🩷 🟡 🩷 🔴 🎨 🎨    More+
01-ROSE
🔴

Quantity:    − 1 +   Piece    Maximum 50 Piece(s)

Shipping:    **Free Shipping** to **United States** Via China Post SAL   More Options ⌄
Estimated delivery time: **May. 20 and Jun. 12**

Total cost:    **$39.3** ⓘ

**Buy it Now**    Add to Cart    ♡ ⌄

Buyer Protection:   Ⓢ Return Policy   Ⓡ Refund for No Delivery   Ⓢ Secure Payment

## Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

     

Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece


KM-1409 Carbon Steel Men Beard Shaver Head Hair
US $8.69 - 12.32 / Piece


Electric shaver 4D three head floating veneer knife net
US $27.22 - 39.92 / Piece


Ionic Hair Dryer Professional Strong HairDryer Barber Shop
US $53.27 - 63.48 / Piece


Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece


2022 USB Electric Hair Clippers Rechargeable Shaver Beard
US $25.98 - 30.95 / Piece


## Customers Often Bought With



DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)

[redacted] Miami, Florida, United States, 33133 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

**Review & Confirm Your Order**

Use promo code

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: cfgtre | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL **Free Shipping** Estimated delivery time: May 20 and Jun 12 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Summary**

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 102
Seller Name: cftde
Marketplace: DHGate





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate | cftde Store Chat | 87.8% Positive Feedback | slides | On DHgate | In this Store | Join / Sign in My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma260j

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF Claim

Options: 02-ROSE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options

Estimated delivery time: May. 31 and Jun. 23

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Andis 17235 Pro Foil Lithium Titanium Foil Shaver, Smooth
US $161.90 - 192.93 / Piece

Hair Curlers Straighteners 1000W Professional Dryer Air
US $27.67 - 45.77 / Piece
$2 OFF $25+

Instock 5%off Relish 620 Sonic Pulse Toothbrush USB Wireless
US $2.38 - 56.62 / Piece
$2 OFF $50+

Portable Electric Nose Hair Trimmer Nose Clipper Battery
US $0.34 - 2.01 / Piece
$2 OFF $50+

Winter Hair Dryer Negative Lonic Hammer Blower Electric
US $48.21 - 57.45 / Piece
$2 OFF $50+

Replacement Brush Heads For Automatic Electric Sonic
US $4.39 - 20.12 / Piece
$2 OFF $50+

## Customers Often Bought With

DHgate Buy Globally · Sell Globally    Buy Now    Buyer Protection GeoTrust

[redacted] (United States)    Change
[redacted] Palm beach, Florida, United States, 33480 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: cftde | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 23 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 103
Seller Name: cftgff
Marketplace: DHGate



DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

**Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma289C**

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:    💰 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF    Claim

Options:    ● 01-BLUE    More+

Quantity:    − 1 +    Piece    Maximum 50 Piece(s)

Shipping:    **Free Shipping** to **United States** Via **China Post SAL**    More Options ∨
Estimated delivery time: **May. 20 and Jun. 12**

Total cost:    **$39.3**  ⓘ

**Buy it Now**    **Add to Cart**    ♡ ∨

Buyer Protection:    Ⓢ Return Policy    Ⓢ Refund for No Delivery    Ⓢ Secure Payment

**Product Feature**

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02
  Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought


Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece
$50 OFF $2 ▾


KM-1409 Carbon Steel Men Beard Shaver Head Hair
US $8.69 - 12.32 / Piece
$50 OFF $2 ▾


Electric shaver 4D three head floating veneer knife net
US $27.22 - 39.92 / Piece
$50 OFF $2 ▾


Ionic Hair Dryer Professional Strong HairDryer Barber Shop
US $53.27 - 63.48 / Piece
$50 OFF $2 ▾


Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece
$50 OFF $2 ▾


2022 USB Electric Hair Clippers Rechargeable Shaver Beard
US $25.98 - 30.95 / Piece
Per $100 Save $10

## Customers Often Bought With



DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33133 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Use promo code

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: cfgtre | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 20 and Jun 12 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 104
Seller Name: cggmk
Marketplace: DHGate

SPEND & SAVE BONUS COUPON   UP TO $150 SAVINGS

New Buyer Coupons!   $   | Buyer Protection | Customer Service ⌄ |   United States / USD ⌄ |   English ⌄

# DHgate

cggmk Store  💬 Chat ⌄
100.0% Positive Feedback

trapstar          Do DHgate | In this Store

Join / Sign in
My DHgate ⌄

Cart ⌄

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma229G

US $32.98 - 39.3  / Piece

| USD ⌄ | **$39.30** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:        🔶 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack
**$23** OFF          Claim

Similar Items

Options:        More+

Quantity:     −   1   +    Piece       Maximum 50 Piece(s)

Shipping:     **Free Shipping** to **United States** Via China Post SAL   More Options ⌄
Estimated delivery time: **May. 31** and **Jun. 23**

**Buy It Now**      Add to Cart      ♡ ⌄

Buyer Protection:   $ Return Policy    🔄 Refund for No Delivery    Secure Payment

#### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought


8148 Magic Metal Hair Clipper Electric Razor Electric Push
US $56.55 - 58.30 / Piece


2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.82 - 16.07 / Piece


Epacket KM-1409 Carbon Steel Men Beard Shaver Head Hair
US $16.09 - 19.17 / Piece
$2 OFF $50+


3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer
US $8.11 - 10.50 / Piece
$5 OFF $99+


Abdominal Muscle Training Stimulator Device Wireless EMS
US $13.48 - 21.42 / Piece
$2 OFF $50+


KEMEI KM-1407 Multifunctional Hair Trimmer Rechargeable
US $17.69 - 27.07 / Piece
$2 OFF $50+

## Customers Often Bought With











DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Boca Raton, Florida, United States, 33433 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: cggmk | | |
|  Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 03-BLUE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 23 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 105
Seller Name: ctufqi
Marketplace: DHGate





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

Subtotal
US $0.00
Go to Cart

DHgate | ctufqi Store Chat | 83.3% Positive Feedback | running shoes | On DHgate | In this Store | Hi, [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma304f

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack $25 OFF DHcoupon $23 OFF This Store Only $2 OFF Claim

Store Coupon Save $2

Options: 02-PINK More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jun. 26

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Selling Electric Razor Rechargeable Beard Trimmer
US $18.45 - 21.99 / Piece

Leisure Computer Chair Household Office Student
US $13.13 - 18.68 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.58 - 27.41 / Piece
$2 OFF $50+

Electric Hair Dryer Blow Dryer Curling Iron Rotating Brush
US $153.36 - 182.75 / Piece

Hair Curlers Straighteners New Arrival professional 19mm
US $21.95 - 27.91 / Piece
$2 OFF $50+

Hair Clippers Dro Cortar Cabello To
US $23.56 - 35.43

## Customers Often Bought With

DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Palm beach, Florida, United States, 33480 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: ctufqi | | |
|  Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-PINK US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL<br>Free Shipping<br>Estimated delivery time: Jun 3 and Jun 26 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

GeoTrust VISA MasterCard

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 106
Seller Name: davkpj
Marketplace: DHGate





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Checkout(0)
Go to Cart

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate | davkpj Store Chat | 100.0% Positive Feedback | sunglasses | On DHgate | In this Store | Hi, [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Share to be partner | Similar Items

# Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2027

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:
Enjoy fast refund service if your first order exceeds Promised Dispatch Date.
New Buyer Coupon Pack $25 OFF DHcoupon $23 OFF This Store Only $2 OFF Claim
Store Coupon Save $2

Options: 03-BLUE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jun. 26

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Selling Electric Razor Rechargeable Beard Trimmer
US $18.45 - 21.99 / Piece

Leisure Computer Chair Household Office Student
US $13.13 - 18.68 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.58 - 27.41 / Piece
$2 OFF $50+

Electric Hair Dryer Blow Dryer Curling Iron Rotating Brush
US $153.36 - 182.75 / Piece

Hair Curlers Straighteners New Arrival professional 19mm
US $21.95 - 27.91 / Piece
$2 OFF $50+

Hair Clippers Dro Cortar Cabello To
US $23.56 - 35.43

## Customers Often Bought With

DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change
[redacted] Miami, Florida, United States, 33138 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

**Pay now**

« Back to Cart

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: davkpj | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 03-BLUE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jun 26 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 107
Seller Name: ddyzvy
Marketplace: DHGate

SPRING HIGH-TECH SALE ELECTRONIC GADGETS SAVE UP TO 70%   shop now ▶

New Buyer Coupons!  $ | (DH) Buyer Protection | Customer Service ∨ |   ⊙ United States / USD ∨ |   🌐 English ∨

DHgate

ddyzvy Store  💬 Chat ∨
100.0% Positive Feedback

☰    | sandal |                                              🔍 | On DHgate | In this Store |    Hi   My DHgate ∨     🛒 Cart ∨  1

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

**Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma211h**

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:   💲 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack
**$25** OFF   Discoupon $23 OFF   This Store-Only $2 OFF        Claim

Store Coupon Save $2 ∨

Options:   🔵 🔴 🩷 🟡 🩷 🩷 🎨 🎨   More+

01-PINK

🩷

Similar Items

Quantity:    − | 1 | +   Piece    Maximum 50 Piece(s)

Shipping:    **Free Shipping** to **United States** Via **China Post SAL**   More Options ∨
Estimated delivery time: **May. 20** and **Jun. 12**

Total cost:    **$39.3** ⓘ

**Buy it Now**    **Add to Cart**    ♡ ∨

Buyer Protection:   💲 Return Policy   🛡 Refund for No Delivery   🔒 Secure Payment

**Product Feature**

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02
  Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

**Customers Who Bought This Item Also Bought**

| 28cm er Huge Dildos Soft Big Dildo Suction Cup Realistic | Lovely Cartoon Hand Warm Water Bottle Mini Hot Water | Oximetry refers to the clip-on household measuring blood | Replacement Toothbrush Heads Fit For Xiaomi SOOCAS | Hair Clippers Trimmer Clipper Professional Baldheaded For | Heating Pad, Electric Heat Pad for Back Pain and Cramps Relief |
|---|---|---|---|---|---|
| US $66.89 - 79.70 / Piece | US $5.03 - 5.99 / Piece | US $3.77 - 9.97 / Piece | US $9.43 - 11.23 / Piece | US $19.62 - 25.87 / Piece | US $23.11 - 46.70 / Piece |
| $50 OFF $2 + | $500 OFF $5 + | $50 OFF $2 + | | | |

**Customers Often Bought With**

Kemei

razor blade



DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33133 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Use promo code

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: dffrft

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options: 02-ROSE
US $39.30 / Piece

1 Piece

US $39.30

China Post SAL
Free Shipping
Estimated delivery time:
May 20 and Jun 12

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 108
Seller Name: dffrft
Marketplace: DHGate

SPRING HIGH-TECH SALE ELECTRONIC GADGETS SAVE UP TO 70% shop now ▶

New Buyer Coupons! $ | Buyer Protection | Customer Service ⌄ | 🔍 United States / USD ⌄ | 🌐 English ⌄

# DHgate

dffrft Store 💬 Chat ⌄
100.0% Positive Feedback

☰ | dunks | In DHgate | In this Store

Hi
My DHgate ⌄ | 🛒 0 Cart ⌄

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate › Household Appliances › Personal Care › Electric Face Scrubbers › Skin Care Tools Electric Face Scrubbe...




### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma261v

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:
💰 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF | Claim

Options: 🔵 🔴 🟠 🟡 🩷 🔴 02-ROSE [multicolor] [multicolor] More+

[rose]

Quantity: − 1 + Piece Maximum 50 Piece(s)

Shipping: **Free Shipping** to **United States** Via **China Post SAL** More Options ⌄
Estimated delivery time: **May. 20 and Jun. 12**

Total cost: **$39.3** ⓘ

**Buy it Now** | **Add to Cart** | ♡ ⌄

Buyer Protection: Ⓢ Return Policy | Ⓡ Refund for No Delivery | Ⓢ Secure Payment

#### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought








| Home Painless Laser Hair Removal Depilator IPL Epilator | KM-1409 Carbon Steel Men Beard Shaver Head Hair | Electric shaver 4D three head floating veneer knife net | Ionic Hair Dryer Professional Strong HairDryer Barber Shop | Skin Care Tools Electric Face Scrubbers Mini Vibrator | 2022 USB Electric Hair Clippers Rechargeable Shaver Beard |
|---|---|---|---|---|---|
| US $83.73 - 110.86 / Piece | US $8.69 - 12.32 / Piece | US $27.22 - 39.92 / Piece | US $53.27 - 63.48 / Piece | US $32.98 - 39.30 / Piece | US $25.98 - 30.95 / Piece |
|  $50 OFF $2 ⬩ |  $50 OFF $2 ⬩ |  $50 OFF $2 ⬩ |  $50 OFF $2 ⬩ |  $50 OFF $2 ⬩ |  Per $100 Save $10 |

## Customers Often Bought With



DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Palm beach, Florida, United States, 33480 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Use promo code

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: dffrft | | |
|  Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL<br>Free Shipping<br>Estimated delivery time: May 20 and Jun 12 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

GeoTrust VISA MasterCard

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 109
Seller Name: diana11
Marketplace: DHGate





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

Subtotal
US $0.00
Checkout(0)
Go to Cart

DHgate
diana11 Store Chat
100.0% Positive Feedback

designer shoes | On DHgate | In this Store

Hi, [redacted]
My DHgate
0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

# Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2802

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF Claim

Options: 01-PINK More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jul. 1

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece
$2 OFF $50+

Electric Shaver For Man Stainless Steel Shaving Machine
US $41.69 - 56.07 / Piece
$2 OFF $50+

Hair Curlers Straighteners LISAPRO Dual Voltage Air Brush
US $56.36 - 67.15 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece

Steamers Cleaning Cleaner Beauty Face Steaming Device
US $33.30 - 39.68 / Piece
$2 OFF $50+

Electric Hair Curle Dryer Straightene
US $27.87 - 33.22

## Customers Often Bought With

DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Boca Raton, Florida, United States, 33433 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: diana11 | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-PINK US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jul 1 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 110
Seller Name: diejck
Marketplace: DHGate

SPEND & SAVE BONUS COUPON UP TO $150 SAVINGS

New Buyer Coupons! $ | DH Buyer Protection | Customer Service ∨ | 📍 United States / USD ∨ | 🌐 English ∨

# DHgate

diejck Store 💬 Chat ∨ | ☰ | designer bag | 🔍 Go DHgate | In this Store | 👤 Join / Sign in My DHgate ∨ | 🛒 1 Cart ∨

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma247d

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:   🔥 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF | Claim

Options:   ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ ⬤   More+
02-PINK
⬤

Quantity:   − 1 + Piece   Maximum 50 Piece(s)

Shipping:   **Free Shipping** to **United States** Via **China Post SAL**   More Options ∨
Estimated delivery time: **May. 31** and **Jun. 28**

Total cost:   **$39.3** ⓘ

**Buy It Now** | **Add to Cart** | ♡ ∨

Buyer Protection:   🛡 Return Policy   🛡 Refund for No Delivery   🛡 Secure Payment

### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

     

Black electric shaver for men beard hair trimmer electrical
US $44.19 - 57.23 / Piece


Hair Clippers WMARK NG-2021 Electric Trimmer For Men
US $56.64 - 68.98 / Piece


Electric Hair Dryer Professional Power Styling Tools Blow Hot
US $18.28 - 21.78 / Piece


Oem Professional Portable Folding Blue Light Stand
US $29.68 - 35.37 / Piece


2 in 1 360 degree rotating Hair Curler Fast Heating Mini
US $36.31 - 43.26 / Piece


Electric Hair Dryer 3200 Professional Hair Dryer HotCold
US $10.62 - 13.71 / Piece
$2 OFF $25+


## Customers Often Bought With



DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change

[redacted] Boca Raton, Florida, United States, 33433 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: diejck | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-PINK US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 28 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 111
Seller Name: dina51
Marketplace: DHGate





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate dina51 Store Chat 100.0% Positive Feedback

tote bag | On DHgate | In this Store

Join / Sign in My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

# Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma266b

**US $32.98 - 39.3** / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack $25 OFF DHcoupon $23 OFF This Store Only $2 OFF Claim

Store Coupon Save $2

Options: 03-BLUE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options

Estimated delivery time: May. 31 and Jun. 23

Total cost: **$39.3**

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

## Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

8148 Magic Metal Hair Clipper Electric Razor Electric Push
US $56.55 - 58.30 / Piece
$2 OFF $50+

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.82 - 16.07 / Piece
$2 OFF $50+

Epacket KM-1409 Carbon Steel Men Beard Shaver Head Hair
US $16.09 - 19.17 / Piece
$2 OFF $50+

3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer
US $8.11 - 10.50 / Piece
$5 OFF $99+

Abdominal Muscle Training Stimulator Device Wireless EMS
US $13.48 - 21.42 / Piece
$2 OFF $50+

KEMEI KM-1407 Multifunctional Hair Trimmer Rechargeable
US $17.69 - 27.07 / Piece
$2 OFF $50+

## Customers Often Bought With

DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)

[redacted] Boca Raton, Florida, United States, 33433 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: dina51 | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 03-BLUE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 23 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 112
Seller Name: djife32
Marketplace: DHGate



SPEND & SAVE BONUS COUPON — UP TO $150 SAVINGS

New Buyer Coupons! | $ | 🔵 Buyer Protection | Customer Service ⌄ | 📍 United States / USD ⌄ | 🌐 English ⌄

**DHgate**

djife32 Store 💬 Chat ⌄
100.0% Positive Feedback

lululemen womens | Do DHgate | In this Store

Join / Sign in
My DHgate ⌄

🛒 6 Cart ⌄

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma219G

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:
🔶 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack
**$25** OFF  Off coupon $23 OFF | This Store-Only $2 OFF | Claim

Store Coupon Save $2 ⌄

Options: 🔵 🔴 🩷 🟡 01-YELLOW 🩷 🔴 🖼️ 🖼️ 🖼️  More+
🩷

Quantity: − 1 + Piece   Maximum 50 Piece(s)

Shipping: **Free Shipping** to **United States** Via China Post SAL  More Options ⌄
Estimated delivery time: **May. 31** and **Jun. 23**

Total cost: **$39.3** ⓘ

Buy it Now | Add to Cart | ♡ ⌄

Buyer Protection: 🛡️ Return Policy  🔄 Refund for No Delivery  🔒 Secure Payment

Similar Items

### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

| | | | | | |
|---|---|---|---|---|---|
| 8148 Magic Metal Hair Clipper Electric Razor Electric Push | 2018 Salon Hair Iron Hair Straightening Escova Alisadora | Epacket KM-1409 Carbon Steel Men Beard Shaver Head Hair | 3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer | Abdominal Muscle Training Stimulator Device Wireless EMS | KEMEI KM-1407 Multifunctional Hair Trimmer Rechargeable |
| US $56.55 - 58.30 / Piece | US $5.82 - 16.07 / Piece | US $16.09 - 19.17 / Piece | US $8.11 - 10.50 / Piece | US $13.48 - 21.42 / Piece | US $17.69 - 27.07 / Piece |
| $2 OFF $50+ | $2 OFF $50+ | $2 OFF $50+ | $5 OFF $99+ | $2 OFF $50+ | $2 OFF $50+ |

## Customers Often Bought With



DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Boca Raton, Florida, United States, 33433 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
| --- | --- | --- |
| Seller: djife32 | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-YELLOW US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 23 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
| --- | --- |
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

[redacted] Apply

| | |
| --- | --- |
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 113
Seller Name: dldl123123
Marketplace: DHGate

SPRING HIGH-TECH SALE ELECTRONIC GADGETS SAVE UP TO 70% shop now ▸

**DHgate**

didi123123 Store  Chat ⌄
75.9% Positive Feedback

dunks

Search DHgate | In this Store

Hi
My DHgate ⌄    🛒 Cart ⌄ ³

New Buyer Coupons!  $    🛡 Buyer Protection | Customer Service ⌄ |   ◉ United States / USD ⌄   🌐 English ⌄

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2816

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:   ⓘ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF    Claim

Options:    More+

03-PINK

Similar Items

Quantity:    ⊟  1  ⊞  Piece    Maximum 50 Piece(s)

Shipping:   **Free Shipping** to **United States** Via China Post SAL   More Options ⌄
Estimated delivery time: **May. 20 and Jun. 12**

Total cost:   **$39.3** ⓘ

**Buy it Now**    **Add to Cart**    ♡ ⌄

Buyer Protection:   Ⓢ Return Policy   Ⓡ Refund for No Delivery   Ⓢ Secure Payment

**Product Feature**

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

### Customers Who Bought This Item Also Bought














28cm er Huge Dildos Soft Big Dildo Suction Cup Realistic
US $66.89 - 79.70 / Piece
$50 OFF $2 ▾


Lovely Cartoon Hand Warm Water Bottle Mini Hot Water
US $5.03 - 5.99 / Piece
$500 OFF $5 ▾


Oximetry refers to the clip-on household measuring blood
US $3.77 - 9.97 / Piece
$50 OFF $2 ▾


Replacement Toothbrush Heads Fit For Xiaomi SOOCAS
US $9.43 - 11.23 / Piece


Hair Clippers Trimmer Clipper Professional Baldheaded For
US $19.62 - 25.87 / Piece


Heating Pad, Electric Heat Pad for Back Pain and Cramps Relief
US $23.11 - 46.70 / Piece

### Customers Often Bought With



DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33133 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Use promo code

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: cfgtre | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 20 and Jun 12 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 114
Seller Name: dslf44
Marketplace: DHGate



SPEND & SAVE BONUS COUPON — UP TO $150 SAVINGS

New Buyer Coupons | $ | Buyer Protection | Customer Service ∨ | ! | ⊙ United States / USD ∨ | ⊕ English ∨

DHgate

dslf44 Store 💬 Chat ∨
100.0% Positive Feedback

sunglasses    Do DHgate | In this Store

Hi
My DHgate ∨    15 Cart ∨

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma218u

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.30** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:    🔸 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack
$25 OFF | On coupon $23 OFF | This Store Only $2 OFF    Claim

Store Coupon Save $2 ∨

Options:       🟡 🩷 🩷  🩷    More+

🔴

Similar Items    🔴

Quantity:    − 1 +    Piece    Maximum 50 Piece(s)

Shipping:    **Free Shipping** to **United States** Via **China Post SAL**    More Options ∨
Estimated delivery time: **May. 23 and Jun. 15**

**Buy it Now**    **Add to Cart**    ♡ ∨

Buyer Protection:    ⑤ Return Policy    ⊚ Refund for No Delivery    ⊜ Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02
  Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought



2 in 1 Electric Comb Straightener wand Hair Curling
US $10.41 - 26.03 / Piece
$2 OFF $50+



8148 Magic Metal Hair Clipper Electric Razor Men Steel Head
US $33.20 - 50.72 / Piece
$3 OFF $49+



Hair Clippers Professional Digital LCD Display Adjustable
US $15.80 - 19.81 / Piece



Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece



Longmada Glowcore Quart Boiler Primary Wax Heater
US $9.17 - 13.66 / Piece
$7 OFF $159+



men electric shaver razor Type-C USB rechargeable 3 blades
US $34.37 - 43.11 / Piece
$2 OFF $50+

## Customers Often Bought With

