

DOE Number: 115
Seller Name: ecmuyn
Marketplace: DHGate





DOE Number: 116
Seller Name: edmki
Marketplace: DHGate

SPEND & SAVE BONUS COUPON — UP TO $150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service ∨ | | United States / USD ∨ | English ∨

# DHgate

edmki Store 💬 Chat ∨
100.0% Positive Feedback

bag | Go DHgate | In this Store

Hi | My DHgate ∨ | 🛒 Cart ∨ 10

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate › Household Appliances › Personal Care › Electric Face Scrubbers › Skin Care Tools Electric Face Scrubbe...



### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma269U

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.3** | $34.18 | $32.98 |
| --- | --- | --- | --- |
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:  🔸 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF — Claim

Options: More+

03-PINK

Similar Items

Quantity: − 1 + Piece   Maximum 50 Piece(s)

Shipping: **Free Shipping** to **United States** Via **China Post SAL** More Options ∨
Estimated delivery time: **May. 23 and Jun. 15**

Total cost: **$39.3** ⓘ

**Buy it Now** | **Add to Cart** | ♡ ∨

Buyer Protection: 🛡 Return Policy | 🛡 Refund for No Delivery | 🛡 Secure Payment

**Product Feature**

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

     

  Xiaomi Mijia Electric Vacuum Foot Grinder Artifact Automatic
US $90.45 - 107.78 / Piece

Nano spray water replenishing evaporator instrument Face
US $31.84 - 37.95 / Piece
$2 OFF $50+

 Oud silk wood Rose Rouge 540 Aqua Universalis Amyris femme
US $39.31 - 52.64 / Piece

 Hair Iron Heat Straightener Styler Men Curling Curler
US $12.67 - 17.77 / Piece
$2 OFF $50+

  Hair Curlers Straighteners Mini Plancha De Cabello Portable
US $12.78 - 15.23 / Piece
$2 OFF $50+

 Body Detox Machine Ion Foot Massagers Array Music
US $213.32 - 270.43 / Piece

## Customers Often Bought With



DOE Number: 117
Seller Name: eloif69
Marketplace: DHGate





DOE Number: 118
Seller Name: emnru230
Marketplace: DHGate





**DHgate**
Buy Globally · Sell Globally

Buy Now

🔒 Buyer Protection   GeoTrust

▢ ████████████████ (United States)                              ✎  Change
   ████████   Palm beach, Florida, United States, 33480

▢ Payment Method   100% Secure Payment

**Pay with a Card**

⚪  Pay with a New Card   VISA 🏦 DISCOVER 🔴

**Summary**

Enter code here        Apply

Item Subtotal(1 items):        US $39.30
Shipping Cost:                 US $0.00
Discounts:                    -US $1.00

**Grand Total:**              **US $38.30**

              **Pay now**

‹ Back to Cart

discover  GeoTrust  🔴 VISA MasterCard

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | | Subtotal | Shipping Method |
|---|---|---|---|
| Seller: emnru230 | | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 03-BLUE US $39.30 / Piece | — 1 + Piece | US $39.30 | China Post SAL ∨ Free Shipping Estimated delivery time: Jun 3 and Jun 26 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon ∨

Item Subtotal:        US $39.30
Shipping Cost:         US $0.00
DHcoupon:              -US $1
**Order Total:**      **US $38.30**

🛡 Buyer Protection    ▤ Secure Payment    $ Return Policy    ⟳ Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 119
Seller Name: erinog
Marketplace: DHGate



SPEND & SAVE BONUS COUPON **UP TO $ 150 SAVINGS**

Subtotal
US $0.00

Go to Cart

New Buyer Coupons! | $ | Buyer Protection | Customer Service ∨ | United States / USD ∨ | English ∨

**DHgate**

erinog Store 💬 Chat ∨
50.0% Positive Feedback

louise vuitton bag

On DHgate | In this Store

My DHgate ∨ | Cart 0

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma233u

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.3** | $34.18 | $32.98 |
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: ⚡ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack
**$23** OFF | Claim

Options: More+

03-BLUE

Quantity: − 1 + Piece | Maximum 50 Piece(s)

Shipping: **Free Shipping** to **United States** Via China Post SAL More Options ∨
Estimated delivery time: **Jun. 3** and **Jul. 1**

Total cost: **$39.3** ⓘ

**Buy it Now** | **Add to Cart** | ♡ ∨

Buyer Protection: 💲 Return Policy | 🔄 Refund for No Delivery | 💳 Secure Payment

**Product Feature**

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

💲 Share to be partner | Similar Items

Customers Who Bought This Item Also Bought

| Selling Electric Razor Rechargeable Beard Trimmer | Leisure Computer Chair Household Office Student | 2018 Salon Hair Iron Hair Straightening Escova Alisadora | Electric Hair Dryer Blow Dryer Curling Iron Rotating Brush | Hair Curlers Straighteners New Arrival professional 19mm | Hair Clippers Dro Cortar Cabello To |
| US $18.45 - 21.99 / Piece | US $13.13 - 18.68 / Piece | US $5.58 - 27.41 / Piece | US $153.36 - 182.75 / Piece | US $21.95 - 27.91 / Piece | US $23.56 - 35.43 |
| | | $2 OFF $50+ | | $2 OFF $50+ | |

erinog Store >

💬 Chat  📶 0

**Item Description**  Company Overview

Report Item

**Specifications**



DOE Number: 120
Seller Name: eurj18
Marketplace: DHGate



SPEND & SAVE BONUS COUPON | UP TO $ 150 SAVINGS

New Buyer Coupons | $ | Buyer Protection | Customer Service ⌄ | | United States / USD ⌄ | | English ⌄

DHgate

eurj18 Store · Chat ⌄
100.0% Positive Feedback

sunglasses | Go DHgate | In this Store

Join / Sign in
My DHgate ⌄

5 Cart ⌄

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma313V

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.30** | $34.18 | $32.98 |
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:
Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack
$25 OFF  Discoupon $23 OFF  This Store Only $2 OFF  | Claim
Store Coupon Save $2 ⌄

Options: More+

Similar Items

Quantity: — 1 + Piece   Maximum 50 Piece(s)

Shipping: **Free Shipping** to **United States** Via China Post SAL   More Options ⌄
Estimated delivery time: May.31 and Jun.23

Buy it Now | Add to Cart | ♡ ⌄

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought





8148 Magic Metal Hair Clipper
Electric Razor Electric Push
US $56.55 - 58.30 / Piece
$2 OFF $50+



2018 Salon Hair Iron Hair
Straightening Escova Alisadora
US $5.82 - 16.07 / Piece
$2 OFF $50+



Epacket KM-1409 Carbon Steel
Men Beard Shaver Head Hair
US $16.09 - 19.17 / Piece
$2 OFF $50+



3 in 1 KEMEI KM-1407
Multifunctional Hair Trimmer
US $8.11 - 10.50 / Piece
$5 OFF $99+



Abdominal Muscle Training
Stimulator Device Wireless EMS
US $13.48 - 21.42 / Piece
$2 OFF $50+



KEMEI KM-1407 Multifunctional
Hair Trimmer Rechargeable
US $17.69 - 27.07 / Piece
$2 OFF $50+

## Customers Often Bought With



Buy Now

Summary

Item Subtotal(1 items):  US $39.30
Shipping Cost:  US $0.00
Discounts:  -US $1.00

Grand Total:  US $38.30

Pay now

DOE Number: 121
Seller Name: fasr87
Marketplace: DHGate





DOE Number: 122
Seller Name: femf95f
Marketplace: DHGate





DOE Number: 123
Seller Name: fitzgerald2
Marketplace: DHGate





DOE Number: 124
Seller Name: fmmaoe2
Marketplace: DHGate





DOE Number: 125
Seller Name: foigj55
Marketplace: DHGate





DOE Number: 126
Seller Name: fploikk
Marketplace: DHGate





DOE Number: 127
Seller Name: fswnn33
Marketplace: DHGate





DOE Number: 128
Seller Name: fuvlkb
Marketplace: DHGate





DOE Number: 129
Seller Name: hftfcn
Marketplace: DHGate





**DHgate**
Buy Globally · Sell Globally

Buy Now

Buyer Protection   GeoTrust

(United States)
Boca Raton, Florida, United States, 33433.

✎ Change

Payment Method   100% Secure Payment

**Pay with a Card**

○ Pay with a New Card   VISA 🔵 DISCOVER MasterCard

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: htffcn | | |

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options:  02-PINK
US $39.30 / Piece
— 1 + Piece

US $39.30

China Post SAL ⌄
Free Shipping
Estimated delivery time:
Jun 3 and Jun 26

Add remark to seller
Please add remark:(e.g. color, size...). Do not enter <>&

US $1 DHcoupon ⌄

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| Order Total: | US $38.30 |

**Summary**

Enter code here   Apply

Item Subtotal(1 items):   US $39.30
Shipping Cost:   US $0.00
Discounts:   -US $1.00

Grand Total:   **US $38.30**

**Pay now**

‹ Back to Cart

dispart   GeoTrust   MasterCard   VISA   MasterCard

Buyer Protection   Secure Payment   Return Policy   Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 130
Seller Name: hgwdf625
Marketplace: DHGate



SPEND & SAVE BONUS COUPON — UP TO $150 SAVINGS

New Buyer Coupons | $ | Buyer Protection | Customer Service | United States / USD | English

**DHgate**

hqwdf625 Store · Chat
100.0% Positive Feedback

trapstar | Do DHgate | In this Store

Hi
My DHgate · Cart (21)

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma243s

US $32.98 - 39.3 / Piece

| USD | **$39.30** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:    🎁 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack
**$25** OFF  | Discoupon $23 OFF | This Store-Only $2 OFF | Claim

Store Coupon Save $2

Options:    [swatches]    More+

Similar Items

Quantity:    −  1  +   Piece    Maximum 50 Piece(s)

Shipping:    **Free Shipping** to **United States** Via **China Post SAL**   More Options ⌄
Estimated delivery time: **May. 24 and Jun. 16**

**Buy it Now**    **Add to Cart**    ♡ ⌄

Buyer Protection:    Return Policy    Refund for No Delivery    Secure Payment

#### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

### Customers Who Bought This Item Also Bought


Brand Designer Electric Hair Clipper Mini Hair Trimmer
US $16.57 - 21.94 / Piece


Electric toothbrush adult magnetic levitation sonic
US $18.70 - 21.30 / Piece


2021 Hair Diffusers Intelligent frequency conversion
US $22.57 - 30.38 / Piece
$2 OFF $50+


New Buddha Head Electric Hair Clippers Rechargeable Retro Oil
US $25.14 - 40.20 / Set
$2 OFF $50+


T9 Hair Trimmer Barber Hair Clipper Cordless Cutting
US $10.50 - 20.88 / Piece
$2 OFF $25+


Replacement Heads Original Xiaomi Mijia T100 Toothbrush
US $9.50 - 11.91 / Piece

### Customers Often Bought With



DOE Number: 131
Seller Name: hover8
Marketplace: DHGate





DOE Number: 132
Seller Name: jade86
Marketplace: DHGate

SPEND & SAVE BONUS COUPON — UP TO $ 150 SAVINGS

New Buyer Coupons! | $ | Buyer Protection | Customer Service ∨ | | ⦿ United States / USD ∨ | 🌐 English ∨

# DHgate

jade86 Store 🔵 Chat ∨
100.0% Positive Feedback

bracelet | Do DHgate | In this Store

Hi 👤 My DHgate ∨ | 🛒 Cart ∨ 5

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate > Health & Beauty > Skin Care Tools & Devices > Cleaning Tools & Accessories > USB Charging Waterproof Electric Sili...

### USB Charging Waterproof Electric Silicone Facial Cleansing Brush Sonic Vibration Massage Blackhead Remover Pore Cleaning Tools

US $34.18 - 40.72 / Piece

| USD ∨ | **$40.72** | $35.42 | $34.18 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 30 Pieces+ |

Sale Detail: ⓢ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.



New Buyer DHcoupon Pack **$23** OFF | Claim

Options: 

Pink

Quantity: − 1 + Piece   Maximum 100000 Piece(s)

Shipping: **Free Shipping** to **United States** Via ePacket   More Options ∨
Estimated delivery time: **May. 24** and **Jun. 15**

Total cost: **$40.72** ⓘ

| Buy it Now | Add to Cart | ♡ ∨ |

Buyer Protection: ⓢ Return Policy   🚫 Refund for No Delivery   🔒 Secure Payment

#### Product Feature

1. Waterproof design, easy to use. 2. The material is food grade silicone, soft and comfortable. 3. Two colors for choosing. 4. OEM is accepted, strong packing.

## Customers Who Bought This Item Also Bought








| Cleaning Tools Accessories Silicone Face Washing Machine | Cleaning Accessories Cryo Antifreeze Membrane For | Face Care Devices EMS Electric Beauty Instrument Micro- | Face Care Devices Mini HIFU 2 Machine Ultrasound RF | Cleaning Tools Accessories Manual Electric Cleansing | Face Care Devices Vacuum Pore Cleaner Electric Blackhead |
|---|---|---|---|---|---|
| US $12.24 - 14.74 / Piece | US $1.18 - 3.86 / Piece | US $16.39 - 19.53 / Piece | US $67.91 - 80.92 / Piece | US $10.08 - 12.69 / Piece | US $11.47 - 14.10 / Piece |
| $4 OFF $69+ | $1 OFF $50+  $600 Save $5 | $1 OFF $50+ | $2 OFF $50+ | $4 OFF $69+ | $4 OFF $69+ |

## Customers Often Bought With










DOE Number: 133
Seller Name: jguyhxz10
Marketplace: DHGate





DOE Number: 134
Seller Name: jlyx
Marketplace: DHGate

SPEND & SAVE BONUS COUPON    UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service ⌄ | United States / USD ⌄ | English ⌄

# DHgate

jlyx Store   Chat ⌄
87.5% Positive Feedback

lululemen womens | Do DHgate | In this Store

Hi
My DHgate ⌄   Cart ⌄   8

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Home & Garden > Bath > Bathroom Accessories > Bath Brushes, Sponges & Scrubbers > Ultrasonic Silicone Electric Facial Clea...



## Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Cleansing Skin Mini Washing Massager Brush Rechargeable Y13464900

US $11.3 - 12.88  / Piece

| USD ⌄ | **$12.88** | $11.74 | $11.33 |
|---|---|---|---|
| | 1 Piece+ | 26 Pieces+ | 89 Pieces+ |

**Sale Detail:**    ⑤ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack
**$29** OFF   DHcoupon $23 OFF   This Store Only $6 OFF    **Claim**

Store Coupon Save $2 ⌄

Options:


Quantity:  — 1 +   Piece    Maximum 10000 Piece(s)

Shipping:  **Free Shipping** to United States Via ePacket    More Options ⌄
Estimated delivery time: May. 18 and Jun. 9

Total cost:  **$12.88** ⓘ

**Buy it Now**    **Add to Cart**    ♡ ⌄

Buyer Protection:  ⑤ Return Policy   ⓡ Refund for No Delivery   ⚿ Secure Payment

Product Feature
welcome to my store

## Customers Who Bought This Item Also Bought

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Toilet Supplies Smart Heated Toilet Seat Instant Hot WC Sitz | Natural Loofah Slices Handmade DIY Loofah Soap | Bath Ball Mesh Brushes Sponges Bath Accessories Body | 16 color Five finger wash bath gloves Household thickened | Creative Wall Mount Automatic Toothpaste Dispenser and | Bath Accessory Set Ceramic Bathroom Lotion Bottle |
| US $140.34 - 159.59 / Piece | US $0.16 - 0.16 / Piece | US $2.05 - 2.33 / Piece | US $0.73 - 0.77 / Piece | US $1.70 - 2.20 / Piece | US $15.85 - 30.01 / Piece |
| | | | $5 OFF $499+ | $5 OFF $99+ | $3 OFF $46+   Per $100 Save $2 |

## Customers Often Bought With



DOE Number: 135
Seller Name: kiki2
Marketplace: DHGate





DOE Number: 136
Seller Name: kun6
Marketplace: DHGate





DOE Number: 137
Seller Name: ldsf26
Marketplace: DHGate





DOE Number: 138
Seller Name: liliooo
Marketplace: DHGate





DOE Number: 139
Seller Name: lsclot
Marketplace: DHGate





DOE Number: 140
Seller Name: mark776
Marketplace: DHGate





**DHgate** Buy Now
Buy Globally · Sell Globally

Buyer Protection   GeoTrust

(United States)   Change
Boca Raton, Florida, United States, 33433

Payment Method   100% Secure Payment

**Pay with a Card**

○ Pay with a New Card   VISA   Discover   MasterCard

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: mark776 | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-PINK US $39.30 / Piece  − 1 + Piece | US $39.30 | China Post SAL ▾ Free Shipping Estimated delivery time: Jun 3 and Jul 1 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon ▾

Item Subtotal:        US $39.30
Shipping Cost:        US $0.00
DHcoupon:             -US $1
Order Total:          US $38.30

**Summary**

Enter code here   Apply

Item Subtotal(1 items):   US $39.30
Shipping Cost:            US $0.00
Discounts:                -US $1.00

Grand Total:   US $38.30

**Pay now**

‹ Back to Cart

digicert   GeoTrust   VISA   MasterCard

Buyer Protection   Secure Payment   Return Policy   Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 141
Seller Name: meyanbeautymachine2
Marketplace: DHGate





DOE Number: 142
Seller Name: ngyhe
Marketplace: DHGate





DOE Number: 143
Seller Name: Ofunuobeautymachine
Marketplace: DHGate





DOE Number: 144
Seller Name: okif0fe
Marketplace: DHGate





Buy Now

DHgate
Buy Globally · Sell Globally

Buyer Protection    GeoTrust

████████████ (United States)
████████ Boca Raton, Florida, United States, 33433 .

Change

Payment Method    100% Secure Payment

**Pay with a Card**

○ Pay with a New Card    VISA    DISCOVER    MasterCard

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | | Subtotal | Shipping Method |
|---|---|---|---|
| Seller: okif0fe | | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-PINK US $39.30 / Piece  − 1 + Piece | | US $39.30 | China Post SAL ⌄ Free Shipping Estimated delivery time: May 23 and Jun 15 |

Add remark to seller

Please add remark:(e.g. color, size...). Do not enter <>&

US $1 DHcoupon ⌄

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| Order Total: | US $38.30 |

**Summary**

████████████    Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |

**Grand Total:    US $38.30**

**Pay now**

‹ Back to Cart

diacert    GeoTrust    MasterCard    VISA    MasterCard

🛡 Buyer Protection    📋 Secure Payment    💲 Return Policy    ↩ Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 145
Seller Name: oklkuz
Marketplace: DHGate





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection   GeoTrust

(United States)                                    Change
Boca Raton, Florida, United States, 33433 .

Payment Method   100% Secure Payment

Pay with a Card

Pay with a New Card     VISA  discover  MasterCard

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: okiluz

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options: 03-BLUE
US $39.30 / Piece                    —  1  +  Piece

US $39.30

China Post SAL
Free Shipping
Estimated delivery time:
May 31 and Jun 23

Add remark to seller
Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

Item Subtotal:        US $39.30
Shipping Cost:        US $0.00
DHcoupon:             -US $1
Order Total:          US $38.30

**Summary**

ne          Apply

Item Subtotal(1 items):        US $39.30
Shipping Cost:                 US $0.00
Discounts:                     -US $1.00

Grand Total:          US $38.30

Pay now

‹ Back to Cart

discover  GeoTrust  MasterCard  VISA  MasterCard

Buyer Protection      Secure Payment      Return Policy      Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 146
Seller Name: perpv94
Marketplace: DHGate



**Customers Who Bought This Item Also Bought**



8148 Magic Metal Hair Clipper
Electric Razor Electric Push
US $56.55 - 58.30 / Piece



Abdominal Muscle Training
Stimulator Device Wireless EMS
US $13.48 - 21.42 / Piece
$2 OFF $50+



3 in 1KEMEI KM-1407
Multifunctional Hair Trimmer
US $8.11 - 10.50 / Piece
$5 OFF $99+



Epacket KM-1409 Carbon Steel
Men Beard Shaver Head Hair
US $16.09 - 19.17 / Piece
$2 OFF $50+



Generic Replacement Brush
Heads For ORab electric
US $4.43 - 4.59 / Piece
$2 OFF $50+



3-in-1 Hair Iron Curling Flat Iron
Straightening Brush Comb Mini
US $3.28 - 4.20 / Piece

**Customers Often Bought With**





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection    GeoTrust

(United States)    ✎ Change
Miami, Florida, United States, 33138

**Summary**

[redacted]    Apply

Item Subtotal(1 items):    US $39.30
Shipping Cost:    US $0.00
Discounts:    -US $1.00

Grand Total:    US $38.30

Pay now

‹ Back to Cart

Payment Method   100% Secure Payment

**Pay with a Card**

○ Pay with a New Card    VISA    Discover    Mastercard

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
| --- | --- | --- |

Seller: perpv94

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options: 01-PINK
US $39.30 / Piece    – 1 + Piece    US $39.30    China Post SAL ⌄
Free Shipping
Estimated delivery time:
May 31 and Jun 23

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon ⌄

Item Subtotal:    US $39.30
Shipping Cost:    US $0.00
DHcoupon:    -US $1
Order Total:    US $38.30

Buyer Protection    Secure Payment    Return Policy    Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 147
Seller Name: ploik
Marketplace: DHGate





Buy Now

Buyer Protection    GeoTrust

(United States)                                              Change
Palm beach, Florida, United States, 33480

Payment Method    100% Secure Payment

**Pay with a Card**

Pay with a New Card    VISA 🔲 DISCOVER 🔴

**Summary**

Enter code here          Apply

Item Subtotal(1 items):              US $39.30
Shipping Cost:                        US $0.00
Discounts:                          -US $1.00

**Grand Total:**                    **US $38.30**

**Pay now**

‹ Back to Cart

## Review & Confirm Your Order

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | | Subtotal | Shipping Method |
|---|---|---|---|

Seller: ploik

| | Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-ROSE US $39.30 / Piece   1   Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jun 26 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

Item Subtotal:        US $39.30
Shipping Cost:         US $0.00
DHcoupon:              -US $1
Order Total:          US $38.30

Buyer Protection          Secure Payment          Return Policy          Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 148
Seller Name: plpaa
Marketplace: DHGate

SPEND & SAVE BONUS COUPON  UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service ⌄ | | ⊙ United States / USD ⌄ | | 🌐 English ⌄

# DHgate

**plpaa Store** 💬 Chat ⌄
90.0% Positive Feedback

☰ | sunglasses [ Go DHgate | In this Store ]

👤 Hi
My DHgate ⌄ | 🛒 Cart ⌄ 4

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate › Household Appliances › Personal Care › Electric Face Scrubbers › Skin Care Tools Electric Face Scrubbe...

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma259b

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: 🏷️ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF  [ Claim ]
⌄

Options: 🔵 🔴 🟣 🟡 ⭕(02-PINK) 🔴 🎨 🎨 More+
🔴

Quantity: [ − ] 1 [ + ] Piece    Maximum 50 Piece(s)

Shipping: **Free Shipping** to United States Via China Post SAL More Options ⌄
Estimated delivery time: May. 23 and Jun. 15

Total cost: **$39.3** ⓘ

[ **Buy it Now** ] [ Add to Cart ] ♡ ⌄

Buyer Protection: 🛡️ Return Policy | 🛡️ Refund for No Delivery | 🛡️ Secure Payment

### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02
  Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought








Xiaomi Mijia Electric Vacuum Foot Grinder Artifact Automatic
US $90.45 - 107.78 / Piece

Nano spray water replenishing evaporator instrument Face
US $31.84 - 37.95 / Piece

Oud silk wood Rose Rouge 540 Aqua Universalis Amyris femme
US $39.31 - 52.64 / Piece

Hair Iron Heat Straightener Styler Men Curling Curler
US $12.67 - 17.77 / Piece
$2 OFF $50+

Hair Curlers Straighteners Mini Plancha De Cabello Portable
US $12.78 - 15.23 / Piece
$2 OFF $50+

Body Detox Machine Ion Foot Massagers Array Music
US $213.32 - 270.43 / Piece

## Customers Often Bought With











DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection    GeoTrust

████████████ (United States)           ✏ Change
████████ Miami, Florida, United States, 33133 .

Payment Method   100% Secure Payment

**Pay with a Card**

○ Pay with a New Card    VISA 🔵 DISCOVER MasterCard

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: pipaa | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-PINK  US $39.30 / Piece   [− 1 +] Piece | US $39.30 | China Post SAL ⌄ Free Shipping Estimated delivery time: May 23 and Jun 15 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon ⌄

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| Order Total: | US $38.30 |

**Summary**

████████████     Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

**Pay now**

‹ Back to Cart

discover  GeoTrust  VISA  MasterCard

Buyer Protection     Secure Payment     Return Policy     Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 149
Seller Name: pvbwcc
Marketplace: DHGate





DOE Number: 150
Seller Name: quak11
Marketplace: DHGate



DHgate

quak11 Store 💬 Chat ∨

trapstar

Do DHgate | In this Store

Join / Sign in
My DHgate ∨

🛒 Cart ∨ 5

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...



### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma211v

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.30** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:    🛈 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF    Claim

Options:        More+

Similar Items

Quantity:    − 1 +    Piece    Maximum 50 Piece(s)

Shipping:    **Free Shipping** to **United States** Via **China Post SAL**   More Options ∨
Estimated delivery time: May. 31 and Jun. 28

**Buy It Now**    Add to Cart    ♡ ∨

Buyer Protection:    💲 Return Policy    💲 Refund for No Delivery    💲 Secure Payment

### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought



Black electric shaver for men beard hair trimmer electrical
US $44.19 - 57.23 / Piece
$2 OFF $50+



Hair Clippers WMARK NG-2021 Electric Trimmer For Men
US $56.64 - 68.98 / Piece



Electric Hair Dryer Professional Power Styling Tools Blow Hot
US $18.28 - 21.78 / Piece



Oem Professional Portable Folding Blue Light Stand
US $29.68 - 35.37 / Piece



2 in 1 360 degree rotating Hair Curler Fast Heating Mini
US $36.31 - 43.26 / Piece



Electric Hair Dryer 3200 Professional Hair Dryer HotCold
US $10.62 - 13.71 / Piece
$2 OFF $25+

## Customers Often Bought With










**Buy Now**

███████████████ (United States)                                              Change
███████ Palm beach, Florida, United states, 33480

Payment Method   100% Secure Payment

**Pay with a Card**

Pay with a New Card   VISA 🔵 💳 🔴

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: quak11

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options: 02-ROSE
US $39.30 / Piece          1          Piece

US $39.30

China Post SAL
Free Shipping
Estimated delivery time:
May 31 and Jun 28

Add remark to seller

Please add remark;(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

Item Subtotal:       US $39.30
Shipping Cost:       US $0.00
DHcoupon:            -US $1
Order Total:         US $38.30

**Summary**

███████████████       Apply

Item Subtotal(1 items):        US $39.30
Shipping Cost:                 US $0.00
Discounts:                     -US $1.00

Grand Total:                   US $38.30

**Pay now**

‹ Back to Cart

Buyer Protection   Secure Payment   Return Policy   Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 151
Seller Name: quanbai66
Marketplace: DHGate
















DOE Number: 152
Seller Name: ruiqi06
Marketplace: DHGate





DOE Number: 153
Seller Name: sbisnc
Marketplace: DHGate





DOE Number: 154
Seller Name: slf51gs
Marketplace: DHGate





DOE Number: 155
Seller Name: smyy9
Marketplace: DHGate





DOE Number: 156
Seller Name: szzas
Marketplace: DHGate

**SPEND & SAVE BONUS COUPON** UP TO $ 150 SAVINGS

szzas Store 💬 Chat ⌄
81.5% Positive Feedback

New Buyer Coupons! | $ | 🛒 Buyer Protection | Customer Service ⌄ | !
📍 United States / USD ⌄ | 🌐 English ⌄

DHgate

designer bag | 🔍 Do DHgate | In this Store

Hi ⌄
My DHgate ⌄ | 🛒 Cart ⌄ 3

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma279r

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:    💰 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack
**$23** OFF          Claim

Options:    ⌚ More+

02-ROSE

Quantity:   [ − ]   1   [ + ]   Piece    Maximum 50 Piece(s)

Shipping:   **Free Shipping** to **United States** Via ePacket   More Options ⌄
            Estimated delivery time: **May. 27** and **Jun. 18**

Total cost:   **$39.3** ⓘ

Buy It Now | Add to Cart | ♡ ⌄

Buyer Protection:   🛡 Return Policy   🔄 Refund for No Delivery   🔒 Secure Payment

Product Feature
- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02
  Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Electric Shaver Geely JLL033 electric charging razor Men's
US $11.56 - 14.62 / Piece

Winter Hair Dryer Negative Lonic Hammer Blower Electric
US $45.65 - 54.40 / Piece

Electric Hair Dryer 3200 Professional Hair Dryer HotCold
US $10.62 - 13.71 / Piece
$2 OFF $25+

110V 220V 1800W Electric Hair Dryer Professional Blow Dryer
US $36.12 - 43.47 / Piece
$2 OFF $50+

Electric Hair Dryer Professional Power Styling Tools Blow Hot
US $18.28 - 21.78 / Piece

Oem Professional Portable Folding Blue Light Stand
US $29.68 - 35.37 / Piece

## Customers Often Bought With











DOE Number: 157
Seller Name: takelovehome
Marketplace: DHGate





DOE Number: 158
Seller Name: vmxixhs300
Marketplace: DHGate

**SPEND & SAVE BONUS COUPON** UP TO $ 150 SAVINGS

New Buyer Coupons!  $ | Buyer Protection | Customer Service ∨ | | ⊙ United States / USD ∨ | 🌐 English ∨

**DHgate**

vmxixhs300 Store 💬 Chat ∨
100.0% Positive Feedback

slides     🔍 On DHgate | In this Store

👤 Join / Sign in
My DHgate ∨

🛒 6 Cart ∨

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate › Household Appliances › Personal Care › Electric Face Scrubbers › Skin Care Tools Electric Face Scrubbe...

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma208w

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:  ⓘ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack
**$23** OFF        Claim

Options:                                                    More+
02-ROSE

Quantity:   −   1   +   Piece     Maximum 50 Piece(s)

Shipping:   **Free Shipping** to **United States** Via **China Post SAL**  More Options ∨
Estimated delivery time: **May. 31** and **Jun. 28**

Total cost:   **$39.3**  ⓘ

Buy It Now      Add to Cart      ♡ ∨

Buyer Protection:  ⑤ Return Policy   ⊙ Refund for No Delivery   ⊡ Secure Payment

**Product Feature**

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

ⓢ Share to be partner                          Similar Items

**Customers Who Bought This Item Also Bought**

| 8148 Magic Metal Hair Clipper Electric Razor Electric Push | 2018 Salon Hair Iron Hair Straightening Escova Alisadora | Epacket KM-1409 Carbon Steel Men Beard Shaver Head Hair | 3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer | Abdominal Muscle Training Stimulator Device Wireless EMS | KEMEI KM-1407 Multifunctional Hair Trimmer Rechargeable |
|---|---|---|---|---|---|
| US $56.55 - 58.30 / Piece | US $5.82 - 16.07 / Piece | US $16.09 - 19.17 / Piece | US $8.11 - 10.50 / Piece | US $13.48 - 21.42 / Piece | US $17.69 - 27.07 / Piece |
| | $2 OFF $50+ | $2 OFF $50+ | $5 OFF $99+ | $2 OFF $50+ | $2 OFF $50+ |

**Customers Often Bought With**



DOE Number: 159
Seller Name: wedswty68
Marketplace: DHGate





DOE Number: 160
Seller Name: wedswty998
Marketplace: DHGate

SPEND & SAVE BONUS COUPON   UP TO $ 150 SAVINGS

New Buyer Coupons! | $ | | Buyer Protection | Customer Service ∨ | | | United States / USD ∨ | | English ∨

# DHgate

wedswty998 Store 💬 Chat ∨
88.9% Positive Feedback

[ designer bag ]   Go DHgate   In this Store

Join / Sign in
My DHgate ∨

🛒 Cart ∨  2

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma232n

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:   💲 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack
**$23** OFF   [ Claim ]

Options:   ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ ⬤   More+
02-ROSE
⬤

Quantity:   [ − ] 1 [ + ]   Piece   Maximum 50 Piece(s)

Shipping:   **Free Shipping** to **United States** Via **China Post SAL**   More Options ∨
Estimated delivery time: **May. 31** and **Jun. 28**

Total cost:   **$39.3**  ⓘ

[ Buy it Now ]   [ Add to Cart ]   ♡ ∨

Buyer Protection:   💲 Return Policy    Refund for No Delivery    Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought











Black electric shaver for men beard hair trimmer electrical
US $44.19 - 57.23 / Piece
$2 OFF $50+

Hair Clippers WMARK NG-2021 Electric Trimmer For Men
US $56.64 - 68.98 / Piece

Electric Hair Dryer Professional Power Styling Tools Blow Hot
US $18.28 - 21.78 / Piece

Oem Professional Portable Folding Blue Light Stand
US $29.68 - 35.37 / Piece

2 in 1 360 degree rotating Hair Curler Fast Heating Mini
US $36.31 - 43.26 / Piece

Electric Hair Dryer 3200 Professional Hair Dryer HotCold
US $10.62 - 13.71 / Piece
$2 OFF $25+

## Customers Often Bought With













**DHgate**
Buy Globally · Sell Globally

Buy Now

Buyer Protection   GeoTrust

◎ ▮▮▮▮▮▮▮▮▮▮ (United States)                    ✎ Change
   ▮▮▮▮▮▮▮▮ Miami, Florida, United States, 33133 .

**Summary**

▮▮▮▮▮▮▮▮▮▮   Apply

Item Subtotal(1 items):          US $39.30
Shipping Cost:                   US $0.00
Discounts:                      -US $1.00

**Grand Total:**                 **US $38.30**

**Pay now**

◻ Payment Method   100% Secure Payment

**Pay with a Card**

○ Pay with a New Card   VISA  discover  MasterCard

‹ Back to Cart

discover  GeoTrust  mastercard  VISA  MasterCard SecureCode

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: wedswfy998

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options: 02-ROSE
US $39.30 / Piece

US $39.30   China Post SAL ⌄

[−] 1 [+] Piece

Free Shipping
Estimated delivery time:
May 31 and Jun 28

**Add remark to seller**
Please add remark:(e.g. color, size...), Do not enter <>&.

US $1 DHcoupon ⌄

Item Subtotal:        US $39.30
Shipping Cost:        US $0.00
DHcoupon:            -US $1
**Order Total:**      **US $38.30**

🛡 Buyer Protection     🗎 Secure Payment     $ Return Policy     ⟳ Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 161
Seller Name: xcxbeauty
Marketplace: DHGate





DOE Number: 162
Seller Name: xovke
Marketplace: DHGate





DOE Number: 163
Seller Name: xxlb
Marketplace: DHGate

SPEND & SAVE BONUS COUPON — UP TO $ 150 SAVINGS

New Buyer Coupons!   $   |   Buyer Protection   |   Customer Service ∨   |   ⊙ United States / USD ∨   |   ⊕ English ∨

**DHgate**

xxlb Store  💬 Chat ∨
100.0% Positive Feedback

[ sunglasses ]   Go DHgate   In this Store

Join / Sign in
My DHgate ∨

🛒 Cart ∨   1

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma189f

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:   💲 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack
**$23** OFF          Claim

Options:   🔵 🔴 🟣 🟡 🌸 [03-BLUE] 🌸   More+
🌸

Quantity:   ⊖  1  ⊕   Piece   Maximum 50 Piece(s)

Shipping:   **Free Shipping** to **United States** Via **China Post SAL**   More Options ∨
Estimated delivery time: May. 31 and Jun. 28

Total cost:   **$39.3**  ⓘ

Buy it Now          Add to Cart          ♡ ∨

Buyer Protection:   💲 Return Policy   ⊘ Refund for No Delivery   🔒 Secure Payment

**Product Feature**

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

Share to be partner          Similar Items

**Customers Who Bought This Item Also Bought**

| | | | | | |
|---|---|---|---|---|---|
| 8148 Magic Metal Hair Clipper Electric Razor Electric Push | 2018 Salon Hair Iron Hair Straightening Escova Alisadora | Epacket KM-1409 Carbon Steel Men Beard Shaver Head Hair | 3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer | Abdominal Muscle Training Stimulator Device Wireless EMS | KEMEI KM-1407 Multifunctional Hair Trimmer Rechargeable |
| US $56.55 - 58.30 / Piece | US $5.82 - 16.07 / Piece | US $16.09 - 19.17 / Piece | US $8.11 - 10.50 / Piece | US $13.48 - 21.42 / Piece | US $17.69 - 27.07 / Piece |
| $2 OFF $50+ | $2 OFF $50+ | $2 OFF $50+ | $5 OFF $99+ | $2 OFF $50+ | $2 OFF $50+ |

**Customers Often Bought With**



DOE Number: 164
Seller Name: yao07
Marketplace: DHGate

**SPEND & SAVE BONUS COUPON** UP TO **$ 150** SAVINGS

New Buyer Coupons! | **$** | DH Buyer Protection | Customer Service ∨ |   | United States / USD ∨ |   | English ∨

# DHgate

yao07 Store 💬 Chat ∨
96.3% Positive Feedback

tote bag | Do DHgate | In this Store

Hi, ▇▇▇
My DHgate ∨ | Cart ∨ 0

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate > Health & Beauty > Skin Care Tools & Devices > Cleaning Tools & Accessories > Cleaning Tools Accessories Mini Ultra...

**Baby Level Safety Silicone**
Food grade silicone for gentle protection of all skin types,
Suitable for all skin types

Safe silicone   Gel/Infant grade   Soft touch

Similar Items

### Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush Silicone Electric Sonic Face Skin Washing Massager USB Rechargeable Blackhead Remover 230208

US $11.84 - 14.1 / Piece

| USD ∨ | **$14.1** | $12.26 | $11.84 |
| | $33.57 | $29.2 | $28.18 |
| | 1 Piece+ | 11 Pieces+ | 36 Pieces+ |

App Only  $11.55 - $13.76 ∨

Sale Detail:  58% OFF
⚡ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

**New Buyer Coupon Pack**
**$32** OFF  DHcoupon $23 OFF  This Store Only $9 OFF  |  Claim

Store Coupon Save $4 ∨

Options:  🔴  🔴  🔵
Blue

Quantity:  − 1 +  Piece   Maximum 1000 Piece(s)

Shipping:  $8.38 Cost-effective to **United States** Via ePacket  More Options ∨
Estimated delivery time: May. 27 and Jun. 18

Total cost:  **$22.48** ⓘ

**Buy it Now**   **Add to Cart**   ♡ ∨

Buyer Protection:  Ⓢ Return Policy   Ⓢ Refund for No Delivery   Ⓢ Secure Payment

Product Feature

## Customers Who Bought This Item Also Bought

| Personal Care Dark Spot Freckle Mole Removal Eyelid Lifting | Personal Care Laser Plasma Pen Laser Machine Tattoo | Personal Care Hot Plasma Pen Dark Spot Remover Skin | Electric Plasma Pen Mole Removal Dark Spot Remover | NXY Face Care Devices New Mini Hifu Machine Ultrasound | 12pcsbox 8ml BB Cream Korea Serum Microneedling Roller |
| US $555.90 - 1010.72 / Piece | US $122.60 - 265.62 / Piece | US $122.60 - 265.62 / Piece | US $40.99 - 48.84 / Piece | US $87.01 - 103.68 / Piece | US $33.16 - 39.51 / Piece |
| $2 OFF $25+ | $2 OFF $25+ | $2 OFF $25+ | $2 OFF $50+ | $2 OFF $50+ | $2 OFF $50+ |
| $600 Save $5 | $600 Save $5 | $600 Save $5 | | | |

## Customers Often Bought With



DH**gate**
Buy Globally · Sell Globally

Buy Now

Buyer Protection   GeoTrust

▢ ████████████ (United States)                    ✎  Change
   ████████  Miami, Florida, United States, 33133 .

**Summary**

████████████   Apply

Item Subtotal(1 items):          US $14.10
Shipping Cost:                   US $8.38
Discounts:                       -US $1.00

Grand Total:                     **US $21.48**

**Pay now**

‹ Back to Cart

▢ Payment Method   100% Secure Payment

**Pay with a Card**

○ Pay with a New Card   VISA  Discover  MasterCard

---

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: yao07

Cleaning Tools Accessories Mini Ultrasonic Cleansi...
Options: Blue
US $14.10 / Piece

[ − | 1 | + ] Piece

US $14.10

ePacket ▾
US $8.38
Estimated delivery time:
May 27 and Jun 18

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter. <>&

US $1 DHcoupon ▾

Item Subtotal:       US $14.10
Shipping Cost:       US $8.38
DHcoupon:            -US $1
**Order Total:**     **US $21.48**

---

DH  Buyer Protection      Secure Payment      ⑤ Return Policy      Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.









DOE Number: 165
Seller Name: you07
Marketplace: DHGate

SPEND & SAVE BONUS COUPON   UP TO $ 150 SAVINGS

New Buyer Coupons!   $   | DHW Buyer Protection | Customer Service ⌄ | 📍 United States / USD ⌄ | 🌐 English ⌄

# DHgate

you07 Store ✅ Chat ⌄
90.6% Positive Feedback

bracelet   🔍 Go DHgate   In this Store

Hi
My DHgate ⌄   🛒 Cart ⌄  6

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate > Health & Beauty > Skin Care Tools & Devices > Cleaning Tools & Accessories > Cleaning Tools Accessories Mini Ultra...



Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush Silicone Electric Sonic Face Skin Washing Massager USB Rechargeable Blackhead Remover 230202

US $11.84 - 14.1 / Piece

| USD ⌄ | **$14.1** | $12.26 | $11.84 |
|---|---|---|---|
| | ~~$33.57~~ | ~~$29.2~~ | ~~$28.18~~ |
| | 1 Piece+ | 11 Pieces+ | 36 Pieces+ |

📱App Only  $11.55 - $13.76 ⌄

Sale Detail:  58% OFF
💰 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack
**$32** OFF  DHcoupon $23 OFF  This Store Only $9 OFF   Claim

Store Coupon Save $4 ⌄

Options:  ○ ○ ● Blue

Quantity:  − 1 +  Piece   Maximum 1000 Piece(s)

Shipping:  $8.38  Cost-effective  to **United States** Via ePacket  More Options ⌄
Estimated delivery time: May. 27 and Jun. 18

Total cost:  **$22.48** ⓘ

Buy it Now   Add to Cart   ♡ ⌄

Buyer Protection:  🛡 Return Policy   🛡 Refund for No Delivery   🛡 Secure Payment

Product Feature

Similar Items

## Customers Who Bought This Item Also Bought

<              >

Cleaning Tools Accessories Silicone Face Washing Machine
US $12.24 - 14.74 / Piece
$4 OFF $69+

Cleaning Accessories Cryo Antifreeze Membrane For
US $1.18 - 3.86 / Piece
$1 OFF $50+
$600 Save $5

Face Care Devices EMS Electric Beauty Instrument Micro-
US $16.39 - 19.53 / Piece

Face Care Devices Mini HIFU 2 Machine Ultrasound RF
US $67.91 - 80.92 / Piece
$2 OFF $50+

Cleaning Tools Accessories Manual Electric Cleansing
US $10.08 - 12.69 / Piece
$4 OFF $69+

Face Care Devices Vacuum Pore Cleaner Electric Blackhead
US $11.47 - 14.10 / Piece
$4 OFF $69+

## Customers Often Bought With

<



DOE Number: 166
Seller Name: youe
Marketplace: DHGate





DOE Number: 167
Seller Name: zaneo
Marketplace: DHGate





DOE Number: 168
Seller Name: zhucai33
Marketplace: DHGate





**DH**gate
Buy Globally · Sell Globally

Buy Now

Buyer Protection   GeoTrust

(United States)                                                                              Change
Palm beach, Florida, United States, 33480

Payment Method   100% Secure Payment

**Pay with a Card**

○ Pay with a New Card   VISA [cards]

**Summary**

Enter code here                    Apply

Item Subtotal(1 items):              US $39.30
Shipping Cost:                       US $0.00
Discounts:                          -US $1.00

Grand Total:                         US $38.30

**Pay now**

‹ Back to Cart

[payment card logos]

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: zhucai33 | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-PINK US $39.30 / Piece    1 + Piece | US $39.30 | China Post SAL ⌄ **Free Shipping** Estimated delivery time: Jun 3 and Jul 1 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon                    ⌄

Item Subtotal:                      US $39.30
Shipping Cost:                       US $0.00
DHcoupon:                           -US $1
**Order Total:**                     US $38.30

Buyer Protection      Secure Payment      Return Policy      Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 169
Seller Name: zwgf
Marketplace: DHGate





**DHgate**
Buy Globally · Sell Globally

Buy Now

Buyer Protection   GeoTrust

[name redacted] (United States)

[address redacted] Miami FL 33133, Miami, Florida, United States, 33133 .

Change

**Summary**

Enter code here    Apply

Select coupon(s) on the left

| Item Subtotal(1 items): | US $23.96 |
| Shipping Cost: | US $11.98 |
| Discounts: | -US $1.00 |

**Grand Total:** **US $34.94**

**Pay now**

Payment Method  100% Secure Payment

**Pay with a Card**

VISA   MasterCard   AMEX   JCB   Discover

○ Pay with a New Card

‹ Back to Cart

dxpert   GeoTrust   VISA   MasterCard

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | | Subtotal | Shipping Method |
|---|---|---|---|

Seller: zwgf

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options: 01-BLUE
US $23.96 / Piece

− 1 + Piece

US $23.96

China Post Air Mail ⌄
US $11.98
Estimated delivery time:
Nov 6 and Nov 29

Add remark to seller

Please add remark:(e.g. color, size...). Do not enter <>&

Select Coupon(s)

US $1 DHcoupon ⌄

| Item Subtotal: | US $23.96 |
| Shipping Cost: | US $11.98 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $34.94** |

 Buyer Protection    Secure Payment    Return Policy    Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DOE Number: 170
Seller Name: 12pegleg
Marketplace: eBay

ebay

Shop by category

Search for anything    All Categories    Search    Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



Have one to sell? Sell now

**Forever Lina Mini T Sonic Facial Cleansing Device**

Condition: Used
"Light shop wear. Scratches in bone. See photos for condition."

Price: **$39.99**

Buy It Now

Add to cart

Best Offer:

Make offer

♡ Add to Watchlist

Additional service available

☐ 1-year protection plan from Allstate - $4.99

↩ Breathe easy. Free returns.

🚚 Fast and reliable. Ships from United States.

Shipping: US $6.25 Economy Shipping. See details
Located in: Elizabeth, Colorado, United States

Delivery: Estimated between **Fri, Apr 21** and **Mon, Apr 24** ⓘ

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
12pegleg (20050 ⭐)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Shop related items**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Shop now

---

**Similar sponsored items**    Feedback on our suggestions


Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback


FOREVER LINA T-Sonic mini Facial Cleansing Device
New
**$12.99**
+ shipping
Seller with a 100% positive feedback


Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback


FOREO LUNA mini 2 Silicone Dual-Sided Facial Cleansing Brush
Pre-owned
**$34.99**
$119.99 71% off
Free shipping
🔵 Top Rated Plus

FOREO Luna Mini 2 T-Sonic Facial Cleansing Brush - Pink
Pre-owned
**$27.99**
Free shipping
Seller with a 100% positive feedback

---

**Sponsored items inspired by your views**    Feedback on our suggestions









ebay Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card
 VISA · MasterCard · American Express · Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▬▬▬▬
Miami, FL 33133-2709
United States
▬▬▬▬
Change

**Review item and shipping**

Seller: 12pegleg    Message to seller

Forever Lina Mini T Sonic Facial Cleansing Device
**$39.99**
Quantity 1

**Delivery**

● Est. delivery: Apr 21 – Apr 24
USPS Parcel Select Ground
**$6.25**

○ Est. delivery: Apr 21 – Apr 24
USPS Priority Mail
**$12.97**

○ Est. delivery: Apr 21 – Apr 24
USPS First Class
**$3.97**

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

Subtotal (1 item)                $39.99
Shipping                          $6.25
Tax*                              $3.24

**Order total**                  **$49.48**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 171
Seller Name: 2016dani86
Marketplace: eBay





### Electric Silicone Clean Facial Cleansing Brush Super Face Washing Machine

🔥 **Last item available**

| | |
|---|---|
| Condition: | New |
| Quantity: | 1   Last One / 1 sold |

Price: **$29.99**

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

| | |
|---|---|
| Shipping: | Free Economy Shipping. See details |
| | Located in: Miami, Florida, United States |
| Delivery: | 📦 Estimated between Mon, May 8 and Sat, May 13 ⓘ |
| | This item has an extended handling time and a delivery estimate greater than 11 business days. |
| Returns: | 14 day returns. Buyer pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER |

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
2016dani86 (1381 ⭐)
99.6% positive feedback

♡ Save seller
Contact seller
See other items

**Discover related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Visit store**

---

**Similar sponsored items**   See all >



| Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage | Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage | facial turmeric toner + VC | Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage | 2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage |
|---|---|---|---|---|
| New | New | New | New | New |
| $17.59 | $17.59 | $13.99 | $8.98 $9.98 10% off | $9.99 |
| Free shipping 5 watchers | Free shipping | 0 bids + shipping | Free shipping Top Rated Plus | Free shipping Top Rated Plus Seller with a 99.5% positive feedback |

---

**Sponsored items inspired by your views**   See all >













DOE Number: 172
Seller Name: 9enjoyshopping
Marketplace: eBay



Sell   Watchlist ▾   My eBay ▾   🔔   🛒

Shop by category ▾   🔍 Search for anything   All Categories ▾   Search   Advanced

◁ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist

🏷️ **SAVE UP TO 15% WHEN YOU BUY MORE**



Hover to zoom

< >

💲 Have one to sell?  **Sell now**

### Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J

Condition: New

Color: Blue ▾

Bulk savings:
| Buy 1 $12.91/ea | Buy 2 $12.26/ea | Buy 3 $11.62/ea |
| --- | --- | --- |

4 or more for $10.97/ea

Quantity: [ 1 ]   More than 10 available / 3 sold

Price: **$12.91/ea**
List price US $28.18 ⓘ
Save US $15.27 (54% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

↩️ Breathe easy. Returns accepted.

Shipping: Free Standard Shipping. See details
Located in: New Jersey, United States

Delivery: Estimated between **Wed, Apr 26** and **Mon, May 1** ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: 🅿️PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER
**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡️ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
2enjoyshopping (136744 🏅)
96.2% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Visit store**

---

**Similar sponsored items**   See all ›

Feedback on our suggestions



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Nano 30ML Facial Portable Mist Sprayer for Disinfecting & Face Hydration US
New
**$6.50**
0 bids
+ shipping



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$8.54**
$9.09 6% off
Free shipping
5 watchers

**Sponsored items inspired by your views**   See all ›

Feedback on our suggestions

V-COMB   USA STOCK   Facial Cleansing Brush For   USA Stock

ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA

◉ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

███████████

Palm Beach, FL 33480
United States
███████████

Change

**Review item and shipping**

Seller: 9enjoyshopping    Message to seller

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J
Color: Blue
**$12.91**
~~$28.18~~

Quantity
1

**Delivery**
Est. delivery: Apr 26 – Apr 29
Standard Shipping
Free

Save up to 5%

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| Subtotal (1 item) | $12.91 |
|---|---|
| Shipping | Free |
| Tax* | $0.90 |
| **Order total** | **$13.81** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🛒 **SAVE UP TO 15% WHEN YOU BUY MORE**





### Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J

| | |
|---|---|
| Condition: | New |
| Color: | Blue |

**Bulk savings:**

| Buy 1 $12.91/ea | Buy 2 $12.26/ea | Buy 3 $11.62/ea |
|---|---|---|

4 or more for $10.97/ea

Quantity: [1]   More than 10 available / 3 sold

Price: **$12.91/ea**
List price US $28.18 ⓘ
Save US $15.27 (54% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99



🚚 Fast and reliable. Ships from United States.

↩ Breathe easy. Returns accepted.

| | |
|---|---|
| Shipping: | Free Standard Shipping. See details |
| | Located in: New Jersey, United States |
| Delivery: | Estimated between Sat, Apr 15 and Wed, Apr 19 ⓘ |
| Returns: | 30 day returns. Buyer pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  Mastercard  AmEx  Discover |

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
2enjoyshopping (136676 ⭐)
96.2% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

Have one to sell?  [Sell now]

---

## Similar sponsored items

    

Feedback on our suggestions

| Silicone Electric Face Cleansing Brush Face Ultra Skin Cleaner Heated Massager | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | NEW Murad Brighten UP ECLAIRCIR 3 PIECE Facial Skincare Set NIB | Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager |
|---|---|---|---|---|
| New | New | | New | New |
| **$19.98** | **$7.12** | **$9.95** | **$6.99** | **$12.93** |
| Free shipping | $7.49 5% off | 0 bids | Free shipping | $13.61 5% off |
| Seller with a 100% positive feedback | Free shipping | + $1.96 shipping | Seller with a 99.4% positive feedback | Free shipping |
| | 5 watchers | Seller with a 99.4% positive feedback | | 9 watchers |

---

## Sponsored items inspired by your views

Feedback on our suggestions



DOE Number: 173
Seller Name: acost6169
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

Shop by category ⌄     🔍 Search for anything                    All Categories ⌄     **Search**     Advanced

‹ Back to home page | Listed in category:   Health & Beauty  ›  Skin Care  ›  Facial Cleansing Devices                    Share | Add to Watchlist

ebay   **Learn how to earn a $50 statement credit**   ( See details )   With a new eBay Mastercard®. Ends 4/25.



Hover to zoom

$ Have one to sell?   [ Sell now ]

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition:   New

Quantity:   [ 1 ]   More than 10 available

Price:   **$9.50**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

Delivery:   Varies
Returns:   Seller does not accept returns. See details
Payments:   PayPal  GPay  VISA  ⬤⬤  AMEX  DISCOVER

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
acost6169 (0)

♡ Save seller
Contact seller
See other items



**Shop related items**
115K items sold

lovelydeals2012     [ Visit store ]
In eBay Stores
Sponsored

---

Similar sponsored items     See all ›                    Feedback on our suggestions



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
Last one

NEW belif Hydrators-On-The-Go 5 Piece Moisturizing Facial Skin Care Kit
New
**$9.95**
1 bid
+ $1.95 shipping
Seller with a 99.4% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers

Si... Br... M...
Ne...
Fr...
21...

---

Sponsored items customers also bought     See all ›                    Feedback on our suggestions



Silicone Face Cleansing Brush...



Facial Cleansing Brush Silicone...



Super Face Washing Machine...



 

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄   Search for anything   All Categories ⌄   Search   Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

$ Have one to sell?   Sell now

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition: New

Quantity: 1   More than 10 available

Price: **$9.50**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal GPay VISA MasterCard AMEX Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
acost6169 (0)

♡ Save seller
Contact seller
See other items



Shop a related Store
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Visit store ]

---

Similar sponsored items

Feedback on our suggestions



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers



Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

Si
Br
M
Ne
$
Fr
21

---

Sponsored items inspired by your views

Feedback on our suggestions



Forever Lina Mini T Sonic Facial Cleansing Device
Pre-owned
**$39.99**



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.98**



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping



Facial Cleansing Brush Silicone Face Scrub Brush Manual Exfoliating Brush
New
**$14.95**

 

Pulsaderm SONIC WASHCLOTH 2 speed Silicone Face Brush PINK waterproof
New (Other)
**$9.50**
$19.99 5% off

El
FE
Pi
Ne
$



ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
   VISA  Mastercard  AMEX  DISCOVER

● PayPal

○ PayPal CREDIT
   Special financing available.
   Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133
United States

Change

**Review item and shipping**

Seller: acost6169   Message to seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
$9.50

Quantity
1

Delivery
Est. delivery: Apr 21 – Apr 24
USPS First Class
$6.45

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None

Subtotal (1 item)        $9.50
Shipping                 $6.45
Tax*                     $1.12

**Order total**          **$17.07**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ˅   My eBay ˅

ebay

Shop by category ˅

Search for anything

All Categories ˅

Search

Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



$ Have one to sell?   Sell now

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition: New

Quantity:  1    More than 10 available

Price: **$9.50**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Ships from United States

Shipping:  US $6.45 Standard Shipping. See details
Located in: Odessa, Texas, United States

Delivery:  Estimated between **Sat, Mar 11** and **Thu, Mar 16** to 33133 ⓘ

Returns:  Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  Mastercard  American Express  Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
acost6169 (0)

♡ Save Seller
Contact seller
See other items

  

**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items

Feedback on our suggestions



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller 100% positive



New Therabody TheraFace PRO Facial Massager - Black
New
$8.50
10 bids
+ $10.00 shipping
Top Rated Plus
Seller 100% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
$9.95
Free shipping
74 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
6 watchers

So
Yi
W
Ne
$
Fr
Se

---

### Sponsored items inspired by your views

Feedback on our suggestions



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager



Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager



Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing



DOE Number: 174
Seller Name: actionhousebabes
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact      Sell   Watchlist ∨   My eBay ∨

Shop by category ∨   🔍 Search for anything   |   All Categories ∨   Search   Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices      Share | Add to Watchlist

Pay over time with PayPal Credit
Get 12.99% APR with 12 or 24 Easy Payments on eBay.
Ends 4/20, 11:59pm PT. Min. purchase required.      See terms

⭐ SAVE UP TO **20%** WHEN YOU BUY MORE





Hover to zoom

$ Have one to sell?   Sell now

### Meaningful Beauty 12 Speed Facial Cleansing Massager, USB Charging, Purple NIB!

Condition: New

Bulk savings:
| Buy 1 $17.99/ea | Buy 2 $16.19/ea | Buy 3 $15.29/ea |
| --- | --- | --- |

4 or more for $14.39/ea

Quantity: 1      7 available / 2 sold

Price: **$17.99/ea**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

Additional service available

☐ 3-year protection plan from Allstate - $1.99


🚚 Fast and reliable. Ships from United States.

Shipping: **Free 2-4 day shipping**
Get it between **Thu, Apr 20** and **Sat, Apr 22**. See details
Located in: Kennesaw, Georgia, United States

Returns: Seller does not accept returns. See details

Payments: 

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
actionhousebabes (34274 ⭐)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

CHASE ❖ for BUSINESS
New business checking customers earn $300
Learn more
JPMorgan Chase Bank, N.A. Member FDIC

## Similar sponsored items

Feedback on our suggestions


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers


Plum Beauty Compact Sonic Facial Cleansing Brush Rechargeable, Purple ⊡
New (Other)
**$13.99**
Free shipping
Top Rated Plus
Seller with a 99.3% positive feedback


Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback


Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB
New
**$18.00**
+ shipping
Seller with a 100% positive feedback


Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

## Sponsored items inspired by your views

Feedback on our suggestions





DOE Number: 175
Seller Name: alpha_toner
Marketplace: eBay



Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

ebay

Shop by category ⌄

🔍 Search for anything

All Categories ⌄

Search

Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist

🎁 BUY 1, GET 1 AT 5% OFF (add 2 to cart)    See all eligible items and terms ▸



### Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Rechargeable Pink

Condition: **New**

Sale ends in: **6d 16h**

Quantity: [ 1 ]    5 available / 33 sold

Price: **$13.59**
Was US $15.99 ⓘ
Save US $2.40 (15% off)

**Buy It Now**

**Add to cart**

Best Offer:    **Make offer**

♡ **Add to Watchlist**

Additional service available

☐ 3-year protection plan from Allstate - $1.99

⚡ **This one's trending.** 33 have already sold.

🚚 **Fast and reliable.** Ships from United States.

Shipping: Free Standard Shipping. See details
Located in: Rowland Heights, California, United States

Delivery: Estimated between **Thu, Apr 27** and **Sat, Apr 29** ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

#### Seller information

alpha_toner (32438 ⚡)
97.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

**Shop a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Visit store**

💲 Have one to sell?    **Sell now**

### Similar sponsored items    See all ›



Feedback on our suggestions

6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Recharging
New
**$13.50**
$16.88 20% off
Free shipping
**7 watchers**

Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

Nano 30ML Facial Portable Mist Sprayer for Disinfecting & Face Hydration US
New
**$6.50**
0 bids
+ shipping

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Facial Cleansing Brush
New
**$14.99**
Free shipping
**40 sold**

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions

FOREO    V-COMB



DOE Number: 176
Seller Name: altatac
Marketplace: eBay



eBay

Shop by category

Search for anything    All Categories    Search    Advanced

Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist    My eBay

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Exfoliators & Scrubs

Share | Add to Watchlist



Hover to zoom

$ Have one to sell?    Sell now

### Facial Cleansing Brush Silicone Face Scrub Brush Manual Exfoliating Brush

Condition: New

Quantity: 1    More than 10 available

Price: **$14.95**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

Shipping: Free Standard Shipping. See details
Located in: Los Angeles, California, United States

Delivery: Estimated between Thu, Apr 20 and Mon, Apr 24 ⓘ

Returns: 30 day returns. Seller pays for return shipping.
See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

🏷️ **Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

#### Seller information
altatao (720976 🚀)
99.2% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Shop a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored    Visit store

---

### Similar sponsored items    Feedback on our suggestions


Silicone Face Scrubber, Exfoliating Brush Manual Handheld Facial Cleansing Brush
New
$10.99
Free shipping
24 sold


Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
$15.99
Free shipping
Seller with a 100% positive feedback


Proactiv Pore Cleansing Charcoal Infused Brush
New
$11.30
0 bids
+ shipping
Seller with a 100% positive feedback


4 Pack Face Scrubber Soft Silicone Facial Cleansing Brush Face Exfoliator Scrub
New
$6.09
Free shipping
271 sold


4 Pieces Exfoliating Lip Scrub Brush, Double-Sided Lip Scrub Silicone Brush
New
$9.88
Free shipping
Buy 1, get 1 5% off



---

### Sponsored items inspired by your views    Feedback on our suggestions


Pulsaderm SONIC WASHCLOTH 2 speed Silicone Face Brush PINK waterproof
New (Other)


Electric Facial Cleansing Brush, FBFL Sonic Silicone Face Brush & Pink
New


Toys Importers Pack of 2 Reversible Octopus Mood Plush - 1 x 7.9in Biue
New


Nail Boss Hoodie Hoody Technician Beautician Acrylic Gel Art Beauty Cute
New (Other)



DOE Number: 177
Seller Name: alv-ala-x6hs5bo
Marketplace: eBay




Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄    Search for anything    All Categories ⌄    Search    Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist



### MEBAO Facial Cleansing Brush, Sonic Vibration Facial Brush, Waterproof Face Brus

Condition: **New**

Price: **$11.49**

[ Buy It Now ]

[ Add to cart ]

Best Offer: [ Make offer ]

[ ♡ Add to Watchlist ]

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

*Ships from United States*

Shipping: US $5.25 Standard Shipping. See details
Located in: Hacienda Heights, California, United States

Delivery: Estimated between **Mon, Mar 13** and **Fri, Mar 17** to 33133 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
alv-ala-x6hs5bo (122 ★)
100% Positive feedback

♡ Save Seller
Contact seller
See other items

**Shop a related Store**
113K items sold

lovelydeals2012    [ Shop now ]
In eBay Stores
Sponsored

Have one to sell? [ Sell now ]

### Similar sponsored items

Feedback on our suggestions


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller 100% positive


ON LABS Blackhead Deep Cleansing Nose Pore Strips 6 Strips (LOT OF 3)
New
$0.99
0 bids
+ $4.50 shipping
Seller 100% positive


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ $5.85 shipping


Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
$13.95
Free shipping
Seller 99.9% positive

### Sponsored items inspired by your views

Feedback on our suggestions


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin


Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating



DOE Number: 178
Seller Name: anything_here
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ∨   My eBay ∨

**ebay**

Shop by category ∨

🔍 Search for anything     All Categories ∨     **Search**     Advanced

Back to previous page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist



Hover to zoom

Have one to sell?   Sell now

### Silicone Facial Skin Cleansing Electric Brush Face Massage Cleanser Deep Washing

Condition: New

Quantity: [ 1 ]   3 available

Price: **$15.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

↩ **Breathe easy.** Returns accepted.

Shipping: **Free** Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Meegoda, Sri Lanka

Delivery: 🚩 Estimated between **Thu, May 11** and **Mon, Jun 5** ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: [PayPal] [GPay] [VISA] [MasterCard] [AmEx] [Discover]

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
anything_here (93 ★)
79.2% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

**Shop a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Visit store**

---

### Similar sponsored items

Feedback on our suggestions



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
$12.99 46% off
Free shipping
55 sold



5 In 1 Face Brush Silicone Facial Electric Wash Face Machine Deep Cleaning Pore
New
**$10.55**
$11.99 12% off
Free shipping
6 watchers



NuFACE Trinity Advanced Facial Toning Device
New
**$95.00**
0 bids
Free shipping
Seller with a 100% positive feedback



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback



Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face
New
**$8.51**
Free shipping

---

### Related sponsored items

Feedback on our suggestions








ebay Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart.

**Pay with**

○ Add new card

VISA ⬤ ⬤ DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

████████

Miami, FL 33138-4005
United States

████████

Change

**Review item and shipping**

Seller: anything_here    Message to seller



Silicone Facial Skin Cleansing Electric Brush Face Massage
Cleanser Deep Washing

**$15.99**

Quantity
1 ▾

**Delivery**
Est. delivery: May 11 – Jun 5
Economy Shipping from Greater China to worldwide
Free

**Gift cards, coupons, eBay Bucks**

Enter code:            Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None ▾

---

Subtotal (1 item)          $15.99
Shipping                     Free
Tax*                        $1.12

**Order total**            **$17.11**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with **PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 179
Seller Name: anyvolume
Marketplace: eBay



Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄    Search for anything    All Categories ⌄    **Search**    Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist

🏷 **SAVE UP TO 15% WHEN YOU BUY MORE**



Hover to zoom

💲 Have one to sell?  **Sell now**

### 2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

Condition:   New



Bulk savings:

| Buy 1 $9.99/ea | Buy 2 $8.99/ea | Buy 3 $8.79/ea |
|---|---|---|

4 or more for $8.49/ea

Quantity:  [ 1 ]    8 available / 15 sold

Price:   **$9.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist




🚚 **Breathe easy.** Free shipping and returns.

🚚 **Fast and reliable.** Ships from United States.

Shipping:  Free Standard Shipping. See details
Located in: Meadow Lands, Pennsylvania, United States

Delivery:  Estimated between **Thu, Apr 20** and **Sat, Apr 22** ⓘ
Ships today if paid within 7 hrs 24 mins See details

Returns:  30 day returns. Seller pays for return shipping.
See details

Payments:  PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

⭐ **Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
anyvolume (375282 ⭐)
99.5% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

**Shop now**

---

### Similar sponsored items

Feedback on our suggestions



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
⭐ Top Rated Plus



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
⭐ Top Rated Plus



NEW belif Hydrators-On-The-Go 5 Piece Moisturizing Facial Skin Care Kit
New
**$9.95**
0 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



5 in 1 Face Brush Silicone Facial Electric Wash Face Machine Deep Cleaning Pore
New
**$10.55**
$11.99 12% off
Free shipping
6 watchers



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
$12.99 46% off
Free shipping
53 sold

Su...
El...
Ci...
Ne...
$...
Fr...
5 v...

---

### Sponsored items inspired by your views

Feedback on our suggestions









ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay   Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: anyvolume | Message to seller

2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

**$9.99**

Quantity
1

**Delivery**
Free 2-3 day shipping
Get it by Apr 20 – Apr 21
USPS First Class

**Gift cards, coupons, eBay Bucks**

Enter code:   Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None

| | |
|---|---|
| Subtotal (1 item) | $9.99 |
| Shipping | Free |
| Tax* | $0.70 |

**Order total**   **$10.69**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 180
Seller Name: armor_of_god
Marketplace: eBay

Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    MyeBay ⌄    🔔    🛒

ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist

Pay over time with PayPal Credit
Get 5.99% APR with 12 or 24 Easy Payments on eBay.
Ends 5/1, 11:59pm PT. Min. purchase required.    See terms





### NEW Rechargeable Electric Ultrasonic Silicone Facial Cleansing Brush

Condition: New

Color: - Select -

Quantity: 1    5 available

Price: **$14.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Delivery: Varies

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal | G Pay | VISA | MasterCard | AMEX | DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
armor of god (6)
100% positive feedback

♡ Save seller
Contact seller
See other items

---

## Similar sponsored items    See all >

Feedback on our suggestions







Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback

Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
$15.99
Free shipping
Seller with a 100% positive feedback

NEW Shiseido Bio-Performance Advanced Super Revitalizing Facial Cream 1.7 oz NIB
New
$20.50
7 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback

4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
$21.99
Free shipping
37 sold

5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
$6.55
Free shipping
2790 sold

---

## Sponsored items inspired by your views    See all >

Feedback on our suggestions








How do you like our checkout? Give us feedback

## Pay with

○ Add new card
VISA  MasterCard  AMEX  Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

## Ship to

██████
Miami, FL 33138-4055
United States
██████

Change

## Review item and shipping

Seller: armor_of_god   |   Message to seller

NEW Rechargeable Electric Ultrasonic Silicone Facial Cleansing Brush
Color: Pink
**$14.99**

Quantity
1

Delivery
Est. delivery: Apr 26 – Apr 28
USPS First Class
$5.65

## Gift cards, coupons, eBay Bucks

Enter code:    Apply

## Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

| Subtotal (1 item) | $14.99 |
|---|---|
| Shipping | $5.65 |
| Tax* | $1.44 |

**Order total**    **$22.08**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Daily Deals   Brand Outlet   Help & Contact                                              Sell   Watchlist ⌄   My eBay ⌄

**ebay**   Shop by category ⌄   🔍 Search for anything   All Categories ⌄   Search   Advanced

◁ Back to home page | Listed in category:  Health & Beauty > Skin Care > Exfoliators & Scrubs          Share | Add to Watchlist



**NEW Rechargeable Electric Ultrasonic Silicone Facial Cleansing Brush**

Condition: **New**

Color:  - Select - ⌄

Quantity:  [ 1 ]   5 available

Price: **$14.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Delivery:  Varies

Returns:  30 day returns. Buyer pays for return shipping.
See details

Payments:  PayPal  G Pay  VISA  🔴🟠  American Express  Discover

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
armor of god (6)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Shop related items**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Shop now

---

**Have one to sell?**  Sell now

---

### Similar sponsored items
Feedback on our suggestions



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback



Dermalogica PRO Special Cleansing Gel 32oz
New
**$70.00**
0 bids
+ $5.00 shipping



4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$21.99**
Free shipping
36 sold



Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

3 i
C
E
N
$

---

### Sponsored items inspired by your views
Feedback on our suggestions



Electric Facial Cleansing Brush, FBFL Sonic Silicone Face Brush & Pink
New
**$14.99**



Toys Importers Pack of 2 Reversible Octopus Mood Plush - 1 x 7.9 in Blue
New
**$16.16**



Nail Boss Hoodie Hoody Technician Beautician Acrylic Gel Art Beauty Cute
New (Other)
**$31.10**



DOE Number: 181
Seller Name: artf.mo0
Marketplace: eBay

ebay

Shop by category

Search for anything    All Categories    Search    Advanced

Daily Deals   Brand Outlet   Help & Contact    Sell   Watchlist   My eBay   🔔   🛒

‹ Back to home page | Listed in category:  Health & Beauty  >  Skin Care  >  Facial Cleansing Devices

Share | Add to Watchlist

### Sonic Facial Brush Cleanser & Massager, Rechargeable Silicone Face Scrub (Green)

Condition: **New**

Price: **$24.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐  **3-year protection plan** from Allstate - $2.99

**Ships from United States**

Shipping:   **Free 3-4 day shipping**
Get it between **Sat, Mar 11** and **Mon, Mar 13**. See details
Located in: Westminster, California, United States

Returns:   Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
artfmo0 (237 ⭐)
94.3% Positive feedback

Save Seller
Contact seller
See other items



**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Shop now**

$ Have one to sell?  **Sell now**

---

### Similar sponsored items

Feedback on our suggestions



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



7 Colors LED Light Photon Face Neck Mask Rejuvenation Facial Therapy Wrinkle US
New
**$16.50**
0 bids
+ shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
~~$13.61~~ 5% off
Free shipping
6 watchers



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller 99.9% positive

---

### Sponsored items inspired by your views

Feedback on our suggestions



Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush
New
**$35.00**



FOREVER LINA T-Sonic mini Facial Cleansing Device
New
**$12.99**



Flipping Octopus Flipping Octopus Octopus Octopus Plush Toy Flipping Doll Octopu
New
**$24.69**



Official Reversible Mood Colour Changing Octopus Plush Pre Loved Soft Toys
Pre-owned
**$4.74**



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
**$13.98**



Sell   Watchlist ⌄   My eBay ⌄

ebay

Shop by category ⌄

Search for anything        All Categories ⌄    Search    Advanced

Daily Deals   Brand Outlet   Help & Contact

Back to home page | Listed in category:  Health & Beauty  >  Skin Care  >  Facial Cleansing Devices

Share | Add to Watchlist

**Silicone Facial Cleansing Brush Electric Face Clean Device Facial Massager Skin**

Condition: New

Color: Pink ⌄

Quantity: 1    Last One

Price: **$6.69**

Buy It Now

Add to cart

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

↩ **Breathe easy.** Returns accepted.

Shipping: **Free** Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery: 🇫 Estimated between **Wed, May 3** and **Thu, Jun 29** ⓘ
Please note the delivery estimate is **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
aseel75 (76 ★)
90.5% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

Hover to zoom

$ Have one to sell?   Sell now

**Similar sponsored items**    Feedback on our suggestions



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$6.99
Free shipping
65 sold

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.12
$7.49 5% off
Free shipping
5 watchers

Hydra Machine Water Facial Hydro Deep Cleansing Skin Tightening Dermabrasion Spa
New
$1,126.00
0 bids
+ shipping
Seller with a 100% positive feedback

Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable
$14.99
Free shipping
Seller with a 99.2% positive feedback

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$7.59
Free shipping

**Sponsored items inspired by your views**    Feedback on our suggestions

**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

Add new card
○  VISA  [Mastercard]  [American Express]  [Discover]

◉  **PayPal**

○  **PayPal CREDIT**
Special financing available.
Apply now. See terms

○  G Pay  Google Pay

## Ship to

███████
Palm Beach, FL 33480
United States
███████

Change

## Review item and shipping

Seller: aseel75    Message to seller



Silicone Facial Cleansing Brush Electric Face Clean Device Facial Massager Skin
Color: Pink
**$6.69**
Quantity 1

**Delivery**
Est. delivery: May 3 – Jun 29
Economy Shipping from Greater China to worldwide
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:          Apply

## Donate to charity (optional) ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

---

| | |
|---|---|
| Subtotal (1 item) | $6.69 |
| Shipping | Free |
| Tax* | $0.47 |
| **Order total** | **$7.16** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal



**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 183
Seller Name: baboonia
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact     Sell   Watchlist ˅   My eBay ˅

Shop by category ˅     🔍 Search for anything     All Categories ˅     Search     Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices     Share | Add to Watchlist








Hover to zoom

💲 Have one to sell? [Sell now]

### SUNMAY LEAF SONIC FACIAL FACE CLEANSING BRUSH - GRAY - NEW NEVER USED

Condition: **New**

Price: **$24.99**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to Watchlist** ]

**Additional service available**

☐ **3-year protection plan** from Allstate - $2.99

🚚 **Fast and reliable.** Ships from United States.

Shipping: **Free 2-3 day shipping**
Get it between **Thu, Apr 20** and **Fri, Apr 21.** See details
Located in: Berlin, Connecticut, United States

Returns: Seller does not accept returns. See details

Payments: [PayPal] [G Pay] [VISA] [Mastercard] [American Express] [Discover]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
baboonla (4807 ⭐)
99.4% positive feedback

💾 Save seller
Contact seller
See other items

---

### Similar sponsored items                                    Feedback on our suggestions







Hangsun Facial Cleansing Brush Sonic Facial Brush, 3 in 1
New
**$29.99**
Free shipping
35 sold

Facial Cleansing Brush
New
**$14.99**
Free shipping
40 sold

Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

---

### Sponsored items inspired by your views                     Feedback on our suggestions








LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser BNIB black
New
**$20.00**

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**

Automatic Waterproof Chicken Coop Door With Light Sensor Poultry Gate Hen House
New
**$24.00**



Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart.

## Pay with

○ Add new card
  VISA ⬛ 🔵 DISCOVER

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay  Google Pay

## Ship to

▬▬▬▬▬▬
Miami, FL 33133-2709
United States

▬▬▬▬▬▬
Change

## Review item and shipping

Seller: baboonia          Message to seller



SUNMAY LEAF SONIC FACIAL FACE CLEANSING BRUSH - GRAY - NEW NEVER USED

**$24.99**

Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
Free

## Gift cards, coupons, eBay Bucks

Enter code: [                    ]     Apply

## Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     [ None ▼ ]

---

| Subtotal (1 item) | $24.99 |
| Shipping | Free |
| Tax* | $1.75 |

| **Order total** | **$26.74** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 184
Seller Name: baozousports01
Marketplace: eBay


MAKE SURE THEY'RE IN THE RIGHT CAR SEAT   The Right Seat >   NHTSA

Daily Deals   Brand Outlet   Help & Contact   Sell   Watchlist   My eBay

Search for anything   All Categories   Search   Advanced

Back to previous page | Listed in category: Health & Beauty › Skin Care › Cleansers & Toners

Share | Add to Watchlist

🔥 BUY 1, GET 1 AT 6% OFF (add 2 to cart)   See all eligible items and terms ►


Note: Battery not included

Hover to zoom

### Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner

Condition: New
Item Type: A (Pink Battery Powered)
Quantity: 1   2 available

Price: $8.99

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚴 **Breathe easy.** Free shipping and returns.

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: China, China

Delivery: ⏱ Estimated between Fri, May 5 and Wed, May 10 ⓘ
This item has an extended handling time and a delivery estimate greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell?  Sell now

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
baozousports01 (126 ★)
96.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items


**Explore a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Visit store

---

**Similar sponsored items**   Feedback on our suggestions


Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$7.99**
Free shipping
10 watchers


5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$12.99 46% off
**$6.99**
Free shipping
55 sold


Clinique Sonic System Purifying Cleansing Brush - New W/ Wand And Charge Dock
New
**$29.00**
11 bids
Free shipping
Seller with a 100% positive feedback


Electric Facial Skin Care Pore Blackhead Cleaner Remover Vacuum Acne Cleanser
New
**$7.98**
Free shipping
⭐ Top Rated Plus
3585 sold


Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face
New
**$8.51**
Free shipping

---

**Sponsored items inspired by your views**   Feedback on our suggestions





Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA  DISCOVER  MasterCard  AMERICAN EXPRESS

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay  Google Pay

**Ship to**

███████
███████
Boca Raton, FL 33433
United States
███████

Change

**Review item and shipping**

Seller: baozousports01   Message to seller



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
Item Type: A (Pink Battery Powered)
**$8.99**

Quantity
1

**Delivery**

● Est. delivery: May 5 – May 10
  SpeedPAK Standard
  **Free**

○ Est. delivery: May 1 – May 8
  Expedited Shipping from Greater China to worldwide
  $26.99

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| Subtotal (1 item) | $8.99 |
|---|---|
| Shipping | Free |
| Tax* | $0.63 |

**Order total**    **$9.62**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 185
Seller Name: bestowal
Marketplace: eBay



ebay

Shop by category

Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices > See more Pop Sonic Leaf Facial...

Share | Add to Watchlist



Hover to zoom

Have one to sell? Sell now

## Pop Sonic Leaf Purple Facial Cleansing Device ~New Box~

☆☆☆☆☆ Be the first to write a review

**Condition:** New

**Price:** $29.99

[ Buy It Now ]

[ Add to cart ]

**Best Offer:**

[ Make offer ]

[ ♡ Add to Watchlist ]

**Additional service available**

☐ 3-year protection plan from Allstate - $2.99

🚚 Fast and reliable. Ships from United States.

Shipping: US $11.89 Standard Shipping. See details
Located in: Warren, Michigan, United States

Delivery: Estimated between Fri, Apr 21 and Tue, Apr 25 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  GPay  VISA  MasterCard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information
bestoval (197 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Shop a related Store**
278K items sold

eaudeluxe
in eBay Stores
Sponsored

[ Visit store ]

---

## Similar sponsored items

Feedback on our suggestions

    

| PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple | Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed. | Proactiv Pore Cleansing Charcoal Infused Brush | PMD Clean Smart Facial Cleansing Device BERRY New in box | PopSonic Spade Face & Neck Sonic Beauty Cleansing Device Infuse Massage - Purple |
|---|---|---|---|---|
| New | New | New | New | New |
| $29.99 | $24.00 | $11.30 | $35.98 | $39.95 |
| Free shipping | + $3.50 shipping | 0 bids | + $6.50 shipping | Free shipping |
| Seller with a 99.8% positive feedback | ✓ Top Rated Plus + shipping Seller with a 100% positive feedback | + shipping Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback |

---

## Sponsored items inspired by your views

Feedback on our suggestions

    



ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  MasterCard  American Express  Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████
Miami, FL 33133-2709
United States
████████
Change

**Review item and shipping**

Seller: bestowal    Message to seller

Pop Sonic Leaf Purple Facial Cleansing Device ~New Box~
**$29.99**
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
**$11.89**

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▼

| | |
|---|---|
| Subtotal (1 item) | $29.99 |
| Shipping | $11.89 |
| Tax* | $2.93 |
| **Order total** | **$44.81** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 186
Seller Name: BETA BOX
Marketplace: eBay




Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

ebay

Shop by category ⌄

Search for anything

All Categories ⌄

Search

Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🅱 SAVE UP TO 6%   See all eligible items and terms ▸



### Face Cleaning Pink Brush Waterproof Silicone Sonic Electric Skin Cleaner Tool

Condition:   New

Sale ends in:   3d 22h

Price:   **$39.90**

Was US $42.45 ⓘ
Save US $2.55 (6% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

↩ **Breathe easy.** Returns accepted.

Shipping:   Free Standard Shipping from outside US. See details
Located in: LT, Lithuania

Delivery:   🚚 Estimated between Mon, Mar 27 and Mon, Apr 17 ⓘ
Please note the delivery estimate is greater than 16 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:   30 day returns. Buyer pays for return shipping. See details

Payments:   PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
beta-box (979 ★)
100% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Explore a related Store**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

Have one to sell?   Sell now

---

### Similar sponsored items   See all ▸

Feedback on our suggestions



Facial Cleansing Brush Waterproof Silicone Sonic Face Brush Handheld Cleaning
New
**$33.37**
Free shipping
Seller 100% positive



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
72 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
$13.61 5% off
**$12.93**
Free shipping
6 watchers




SILICONE ELECTRIC FACE BRUSH Facial Skin Cleaner Super Soft Sonic Cepillo Facial
New
**$10.68**
Free shipping

Si
El
M
Ne
$
Fr
57

---

### Sponsored items inspired by your views   See all ▸

Feedback on our suggestions






 **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA · mastercard · amex · DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

███████████
███████ ████
Miami, FL 33133-2709
United States
███████

Change

**Review item and shipping**

Seller: beta-box    Message to seller



Face Cleaning Pink Brush Waterproof Silicone Sonic Electric Skin Cleaner Tool
**$39.90**
~~$42.45~~
Quantity 1

**Delivery**

● Est. delivery: Mar 20 – Mar 30
Standard Shipping from outside US
**Free**

○ Est. delivery: Mar 17 – Apr 10
Economy Shipping from outside US
**Free**

Save up to 6%

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

---

| | |
|---|---|
| Subtotal (1 item) | $39.90 |
| Shipping | Free |
| Tax* | $2.79 |

**Order total**    **$42.69**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with** *PayPal*

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 187
Seller Name: bk18_shop
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ∨   My eBay ∨



Shop by category ∨          Search for anything          All Categories ∨          Search          Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist





### Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

Condition: **New**

Sale ends in: **20h 10m**

Quantity: 1    4 available / 3 sold

Price: **$9.49**
Was US $9.99 ⓘ
Save US $0.50 (5% off)

Best Offer:

**Buy It Now**

**Add to cart**

**Make offer**

♡ **Add to Watchlist**

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

#### Seller information
bk18_shop (484 ★)
98.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

**Shop a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Visit store**

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Fast and reliable. Ships from United States.

Breathe easy. Returns accepted.

Shipping: Free Economy Shipping. See details
Located in: Hicksville, New York, United States

Delivery: Estimated between **Wed, Apr 26** and **Fri, Apr 28** ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments:    PayPal | GPay | VISA | MasterCard | AMEX | DISCOVER

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

Similar sponsored items    See all >

Feedback on our suggestions



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
70 sold



NuFACE Trinity Advanced Facial Toning Device
New
**$95.00**
0 bids
Free shipping
Seller with a 100% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

Si...
Br...
He...
Ne...
$...
Fr...
Se...

---

Sponsored items inspired by your views    See all >

Feedback on our suggestions








$ Have one to sell? Sell now



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Palm Beach, FL 33480
United States

Change

**Review item and shipping**

Seller: bk18_shop    Message to seller

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
**$9.49**
$9.99

Quantity
1

**Delivery**
Est. delivery: Apr 26 – Apr 29
USPS Retail Ground
**Free**

Save up to 5%

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $9.49 |
| Shipping | Free |
| Tax* | $0.66 |
| **Order total** | **$10.15** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

ebay

Shop by category

Search for anything | All Categories | Search

Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



### Silicone Electric Facial Cleansing Brush Face Massager Deep Clean Pores vibrate

Condition: **New**

Price: **$17.49**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

Shipping: Free Economy Shipping. See details
Located in: Colorado, United States

Delivery: 📦 Estimated between **Sat, Apr 22** and **Thu, Apr 27** ⓘ
Includes **10 business days** handling time after receipt of cleared payment.

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
imud39 (16 ⭐)
100% positive feedback

♡ Save seller
Contact seller
See other items

$ Have one to sell? | Sell now

---

### Similar sponsored items

Feedback on our suggestions



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.12**
$7.49 5% off
Free shipping
**5 watchers**



Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable
New
**$14.99**
Free shipping
Seller with a 99.2% positive feedback



NEW Murad Brighten UP ECLAIRCIR 3 PIECE Facial Skincare Set NIB
New
**$9.95**
0 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
🔵 Top Rated Plus
**9 watchers**



Silicone Electric Facial Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

### Sponsored items inspired by your views

Feedback on our suggestions











**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card
VISA  Mastercard  American Express  Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████████
Palm Beach, FL 33480
United States
████████████
Change

**Review item and shipping**

Seller: imud39    Message to seller



Silicone Electric Facial Cleansing Brush Face Massager Deep Clean Pores vibrate
**$17.49**
Quantity 1

**Delivery**
Est. delivery: Apr 22 – Apr 27
Economy Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▼

| | |
|---|---|
| Subtotal (1 item) | $17.49 |
| Shipping | Free |
| Tax* | $1.22 |
| **Order total** | **$18.71** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 188
Seller Name: black_label_sales
Marketplace: eBay

ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

< Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs    Share | Add to Watchlist

🔋 SAVE UP TO **25%** WHEN YOU BUY MORE



**Tiny & Portable**
Used In Travel And Easy To Carry

$ Have one to sell?  Sell now

### BEST Facial Cleansing Massaging Scrubber Soft Silicone Face Cleanser Brush
FAST SHIPPING & NO SALES TAX!

Condition:  New

Bulk savings:

| Buy 1 $6.00/ea | Buy 2 $5.40/ea | Buy 3 $4.80/ea |
|---|---|---|

4 or more for $4.50/ea

Quantity:  [ 1 ]    More than 10 available / 7 sold

Price:  **$6.00/ea**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping:  US $6.00 Standard Shipping. See details
Located in: Macomb, Michigan, United States

Delivery:  Estimated between Fri, Apr 21 and Tue, Apr 25 ⓘ
Ships today if paid within 12 hrs 6 mins See details

Returns:  14 day returns. Buyer pays for return shipping. See details

Payments:  [PayPal] [G Pay] [VISA] [Mastercard] [AMEX] [DISCOVER]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
black_label_sales (57) 🌟
92.3% positive feedback

♡ Save seller
Contact seller
See other items

 

Shop a related Store
278K items sold
 eauderluxe
In eBay Stores
Sponsored    [ Shop now ]

---

### Similar sponsored items    Feedback on our suggestions



5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$6.55**
Free shipping
2785 sold



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback

Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



4 Pack Face Scrubber Soft Silicone Facial Cleansing Brush Face Exfoliator Scrub
New
**$6.09**
Free shipping
271 sold

---

### Sponsored items inspired by your views    Feedback on our suggestions











How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: black_label... | Message to seller

BEST Facial Cleansing Massaging Scrubber Soft Silicone Face Cleanser Brush
$6.00

Quantity
1

Delivery
Est. delivery: Apr 21 – Apr 26
USPS First Class
$6.00

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

Subtotal (1 item)    $6.00
Shipping    $6.00
Tax*    $0.84

**Order total    $12.84**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with *PayPal*

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Daily Deals    Brand Outlet    Help & Contact                                              Sell    Watchlist ∨    My eBay ∨    🔔    🛒

ebay    Shop by category ∨    🔍 Search for anything                    All Categories ∨    Search    Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Exfoliators & Scrubs                    Share | Add to Watchlist

🔖 SAVE UP TO **25%** WHEN YOU BUY MORE



**Tiny & Portable**
Used In Travel And Easy To Carry

$ Have one to sell? **Sell now**

### BEST Facial Cleansing Massaging Scrubber Soft Silicone Face Cleanser Brush

FAST SHIPPING & NO SALES TAX!

| Condition: | New |
| --- | --- |

| Bulk savings: | Buy 1 $6.00/ea | Buy 2 $5.40/ea | Buy 3 $4.80/ea |

4 or more for $4.50/ea

Quantity: [ 1 ]    More than 10 available / 7 sold

Price: **$6.00/ea**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to Watchlist** ]

| Ships from United States | Returns accepted | 5 watchers |

Shipping: US $6.00 Standard Shipping. See details
Located in: Macomb, Michigan, United States

Delivery: Estimated between **Mon, Mar 13** and **Fri, Mar 17** ⓘ
Ships today if paid within **12 hrs 38 mins** See details

Returns: 14 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  🟠  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
black_label_sales (57) ★
85.7% Positive feedback

♡ Save Seller
Contact seller
See other items

---

### Similar sponsored items                    Feedback on our suggestions



Silicone Face Scrubber for Men Facial Cleansing Brush Silicone Face Wash Brush
New
**$14.00**
Free shipping
Seller 991% positive



4 Pack Face Scrubber Soft Silicone Facial Cleansing Brush Face Exfoliator Scrub
New
**$6.09**
Free shipping
246 sold



ON LABS Blackhead Deep Cleansing Nose Pore Strips 6 Strips (LOT OF 3)
New
**$0.99**
0 bids
+ $4.50 shipping
Seller 100% positive



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller 100% positive





Face Scrubber Soft Silicone Facial Cleansing Brush Face Exfoliator Scrub
New
~~$1.79~~ 8% off
**$1.65**
Free shipping
54 sold

---

### Sponsored items inspired by your views                    Feedback on our suggestions













DOE Number: 189
Seller Name: blondechick55
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact
Sell   Watchlist   My eBay

Shop by category

Search for anything    All Categories    Search

Advanced

Back to previous page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist


Collect your bounty
Plus, an eBay exclusive Mandalorian™ Funko Pop!   This is the way

 **EXTRA 7% OFF** See all eligible items and terms ▸



Hover to zoom

### Pop Sonic The Leaflet Sonic Facial Cleansing Device "Gray" NIB

Condition: New

Price: **$119.99**

No Interest if paid in full in 6 mo on $99+*

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 2-year protection plan from Allstate - $9.99

 Fast and reliable. Ships from United States.

 Breathe easy. Returns accepted.

Shipping: Free 2-4 day shipping
Get it between Thu, Apr 20 and Sat, Apr 22. See details
Located in: Romulus, Michigan, United States

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal GPay VISA Mastercard AMEX Discover

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+.
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
blondechick55 (2233 ★)
100% positive feedback

Save seller
Contact seller
Visit store
See other items


**Explore a related Store**
278K items sold
eaudeluxe
In eBay Stores
Sponsored   Shop now

---

### Similar sponsored items

Feedback on our suggestions


POP SONIC LEAFLET Sonic Facial Cleansing Device PINK - Line & Wrinkle Reducer
New (Other)
**$21.96**
$24.95 12% off
Free shipping
Top Rated Plus


Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
**$24.00**
+ $3.50 shipping
Top Rated Plus
Seller with a 100% positive feedback


Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback

Pink pop sonic leaflet Sonic Facial Cleansing Device
New (Other)
**$24.99**
Free shipping
Seller with a 100% positive feedback


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

---

### Sponsored items customers also bought

Feedback on our suggestions

 



**Checkout**

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
VISA  mastercard  AMEX  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
No interest if paid in full in 6 months.
Apply now. See terms

○ G Pay  Google Pay

## Ship to

████████
Miami, FL 33133-2709
United States
████████
Change

## Review item and shipping

Seller: blondechick55    Message to seller



Pop Sonic The Leaflet Sonic Facial Cleansing Device "Gray" NIB
**$119.99**
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
Expedited Shipping
Free

Extra 7% off

Offer applied: Extra 7% off                                   -$8.40

## Gift cards, coupons, eBay Bucks

Enter code:                     Apply

## Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

---

| | |
|---|---|
| Subtotal (1 item) | $119.99 |
| Shipping | Free |
| Discount | -$8.40 |
| Tax* | $7.81 |
| **Order total** | **$119.40** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 190
Seller Name: boygirlsnew-02
Marketplace: eBay




Daily Deals   Brand Outlet   Help & Contact                                                                      Sell   Watchlist ∨   My eBay ∨

eBay    Shop by category ∨    🔍 Search for anything    All Categories ∨    Search    Advanced

❮ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices                   Share | Add to Watchlist




🏷 SAVE UP TO **20%** WHEN YOU BUY MORE

### Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

| | |
|---|---|
| Condition: | New |
| Color: | Black ▾ |

| Bulk savings: | Buy 1 $13.19/ea | Buy 2 $11.87/ea | Buy 3 $11.21/ea |
|---|---|---|---|

4 or more for $10.55/ea

Quantity: [ 1 ]   More than 10 available / 2 sold

Price: **$13.19/ea**
List price US $28.18 ⓘ
Save US $14.99 (53% off)

[ **Buy It Now** ]
[ **Add to cart** ]
[ ♡ Add to Watchlist ]

Additional service available

☐ 3-year protection plan from Allstate - $1.99



🚚 Fast and reliable. Ships from United States.

↩ Breathe easy. Returns accepted.

| | |
|---|---|
| Shipping: | Free Standard Shipping. See details |
| | Located in: New Jersey, United States |
| Delivery: | Estimated between Sat, Apr 15 and Wed, Apr 19 ⓘ |
| Returns: | 30 day returns. Buyer pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  Mastercard  AMEX  Discover |

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
bovsgirlsnew-02 (10571 ⭐)
97.2% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

$ Have one to sell? [ Sell now ]

---

**Similar sponsored items**                                                                Feedback on our suggestions







Silicone Electric Face Cleansing Brush Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.12**
$7.49 5% off
Free shipping
5 watchers

Lancer The Method: CLEANSER, POLISH AND NOURISH---SEALD---
New (Other)
**$40.00**
0 bids
+ shipping
Seller with a 100% positive feedback

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$12.89**
Free shipping

---

**Sponsored items inspired by your views**                                                 Feedback on our suggestions



**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Palm Beach, FL 33480
United States

Change

**Review item and shipping**

Seller: boysgirlsne...   Message to seller

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
Color: Black
**$13.19** $26.18

Quantity
1

**Delivery**
Est. delivery: Apr 17 – Apr 19
Standard Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

Subtotal (1 item)          $13.19
Shipping                     Free
Tax*                        $0.92

**Order total**            **$14.11**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ˅   My eBay ˅   🔔   🛒

Shop by category ˅ | 🔍 Search for anything | All Categories ˅ | Search | Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist

**Pay over time with PayPal Credit**
Get 5.99% APR with 12 or 24 Easy Payments on eBay.
Ends 5/1, 11:59pm PT. Min. purchase required.
See terms

🔴 **SAVE UP TO 20% WHEN YOU BUY MORE**





### Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

Condition: New

Color: Black ˅

Bulk savings:

| Buy 1 $13.19/ea | Buy 2 $11.87/ea | Buy 3 $11.21/ea |
| --- | --- | --- |

4 or more for $10.55/ea

Quantity: 1    More than 10 available / 2 sold

Price: **$13.19/ea**
List price US $28.18 ⓘ
Save US $14.99 (53% off)

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to Watchlist ]

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

🏷 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: Free Standard Shipping. See details
Located in: New Jersey, United States

Delivery: Estimated between Wed, Apr 26 and Fri, Apr 28 ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
boysgirlsnew-02 (10887 ⭐)
97.1% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Discover related items**
115K items sold

lovelydeals2012
in eBay Stores
Sponsored
[ Visit store ]

$ Have one to sell?  Sell now

**Similar sponsored items**    See all ›

Feedback on our suggestions



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.51 5% off
Free shipping
9 watchers



Avon The Face Shop RICE WATER BRIGHT Foaming Cleanser 10.1 oz Moisturize SEALED
New
**$7.99**
0 bids
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping



ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
   VISA  [Mastercard]  [Amex]  [Discover]

● **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▇▇▇▇▇▇
Miami, FL 33133-2709
United States
▇▇▇▇▇
Change

**Review item and shipping**

Seller: boysgirlsne...    Message to seller

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
Color: Black
**$13.19**
$26.18

Quantity
1

Delivery
Est. delivery: Apr 26 – Apr 29
Standard Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $13.19 |
| Shipping | Free |
| Tax* | $0.92 |
| **Order total** | **$14.11** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

Shop by category ⌄    🔍 Search for anything    All Categories ⌄   Search   Advanced

◁ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🏷 SAVE UP TO **20%** WHEN YOU BUY MORE



Hover to zoom

$ Have one to sell?  [Sell now]

### Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

Condition: New

Color: Black ⌄

Bulk savings:

| Buy 1 $13.19/ea | Buy 2 $11.87/ea | Buy 3 $11.21/ea |
| --- | --- | --- |

4 or more for $10.55/ea

Quantity: [ 1 ]   More than 10 available / 2 sold

Price: **$13.19/ea**
Was US $28.18 ⓘ
Save US $14.99
(53% off)

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
bovsgirlsnew-02 (937 ⭐)
97.1% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

Additional service available

☐ **3-year protection plan** from Allstate - $1.99

Ships from United States    Returns accepted

Shipping: **Free** Standard Shipping. See details
Located in: New Jersey, United States

Delivery: Estimated between **Fri, Mar 10** and **Mon, Mar 13** ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

### Similar sponsored items    See all ›

Feedback on our suggestions








Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
72 sold

Sunday Riley C.e.o. C + E Microdissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
**$8.50**
6 bids
Free shipping
Seller 99.8% positive

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
6 watchers

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$10.99**
Free shipping
⭐ Top Rated Plus
9 watchers

U... Cl... Ne...
$...
Fr...

---

### Sponsored items customers also bought    See all ›

Feedback on our suggestions









**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

- Add new card
- **PayPal**
- **PayPal CREDIT** Special financing available. Apply now. See terms
- G Pay Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: boysgirlsne...   Message to seller

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
Color: Black
**$13.19** ~~$28.18~~

Quantity
1

**Delivery**
Est. delivery: Mar 10 – Mar 13
Standard Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| Subtotal (1 item) | $13.19 |
|---|---|
| Shipping | Free |
| Tax* | $0.92 |
| **Order total** | **$14.11** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain purchases. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 192
Seller Name: braeana
Marketplace: eBay


eBay   Collect your bounty
Plus, an eBay exclusive Mandalorian™ Funko Pop!   This is the way





Hover to zoom

$ Have one to sell?   Sell now

## Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

Condition:   New

Price:   **$19.99**

Best Offer:

- Buy It Now
- Add to cart
- Make offer
- ♡ Add to Watchlist

↩ Breathe easy. Returns accepted.

Shipping:   Free Economy Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China, China

Delivery:   Estimated between **Thu, May 11** and **Mon, Jul 10** ⓘ
This item has an extended handling time and a delivery estimate **greater than 18 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:   14 day returns. Buyer pays for return shipping. See details

Payments:   PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
braeana (516 ★)
100% positive feedback

- Save seller
- Contact seller
- Visit store
- See other items



CHASE ◊
and unlimited 2% cash back on all other purchases.
ink
Learn More
Member FDIC

## Similar sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
~~$24.95~~ 20% off
Free shipping



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback



Rodan + Fields Pore Cleansing MD Blackhead Removal Tips Replacement New In Box
New
**$12.95**
1 bid
+ $4.95 shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$15.98**
Free shipping



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US
New
**$11.99**
Free shipping



## Sponsored items customers also bought

Feedback on our suggestions







**Checkout**

How do you like our checkout? Give us feedback

### Pay with

○ Add new card
  VISA  Mastercard  American Express  Discover

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ **G Pay** Google Pay

### Ship to

██████████
Boca Raton, FL 33433
United States
████████

Change

### Review item and shipping

Seller: breeana    Message to seller

Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink
**$19.99**
Quantity 1

**Delivery**
Est. delivery: May 11 – Jul 10
Economy Shipping from outside US
Free

### Gift cards, coupons, eBay Bucks

Enter code:          [Apply]

### Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

| | |
|---|---|
| Subtotal (1 item) | $19.99 |
| Shipping | Free |
| Tax* | $1.40 |

**Order total** | **$21.39**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[Pay with **PayPal**]

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ




Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ∨   My eBay ∨



Shop by category ∨    🔍 Search for anything          All Categories ∨    | Search |   Advanced

◁ Back to home page | Listed in category: Health & Beauty  ›  Skin Care  ›  Exfoliators & Scrubs

Share | Add to Watchlist

CHASE for BUSINESS   New business checking customers earn $300   when you open a Chase Business Complete Checking℠ account with qualifying activities.   | Learn More |   JPMorgan Chase Bank, N.A. Member FDIC.

🏷 **SAVE UP TO 20% WHEN YOU BUY MORE**




### Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

Condition: New

Color:   Blue ∨

Bulk savings:
| Buy 1 $24.99/ea | Buy 2 $22.49/ea | Buy 3 $21.24/ea |

4 or more for $19.99/ea

Quantity:  1    5 available / 1 sold

Price:  **$24.99/ea**

| **Buy It Now** |

| **Add to cart** |

| ♡ Add to Watchlist |

  $ Have one to sell?  | Sell now |

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping:   **Free** Economy Shipping. See details
            Located in: United States, United States

Delivery:   ⌛ Estimated between **Fri, Apr 28** and **Wed, May 3** ⓘ
            Includes **7 business days** handling time after receipt of cleared payment.

Returns:    14 day returns. Buyer pays for return shipping. See details

Payments:   PayPal  G Pay  VISA  ●● AMEX DISCOVER
            **PayPal CREDIT**
            Special financing available. See terms and apply now

   Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
braeana (518 ★)
95.7% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



THE FIRST-EVER MAZDA CX-50
THE MAZDA CX-50 WITH MAZDA INTELLIGENT DRIVE SELECT
| DISCOVER MORE |

---

### Similar sponsored items    See all ›

Feedback on our suggestions


Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
$24.99
Free shipping
Seller with a 100% positive feedback


Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric
New
$19.99
Free shipping
Seller with a 100% positive feedback


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$34.95 20% off
Free shipping


Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
$24.99
Free shipping
Seller with a 100% positive feedback


Silicone Electric Facial Cleansing Brush Face Exfoliator Massager Rechargeable
New
$39.99
Free shipping
Seller with a 100% positive feedback

4... Cl Ex Ne $ Fr 37

---

Sponsored items customers also bought    See all ›

Feedback on our suggestions



**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA  mastercard  AMERICAN EXPRESS  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████
Miami, FL 33138-4055
United States
████████

Change

**Review item and shipping**

Seller: breeana    Message to seller



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
Color: Blue
**$24.99**

Quantity
1

Delivery
Est. delivery: Apr 28 – May 3
Economy Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| | |
|---|---|
| Subtotal (1 item) | $24.99 |
| Shipping | Free |
| Tax* | $1.75 |
| **Order total** | **$26.74** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**ebay** **Collect your bounty**
Plus, an eBay exclusive Mandalorian™ Funko Pop!   This is the way

🔥 SAVE UP TO **20%** WHEN YOU BUY MORE



### Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable



Condition: New

Color: - Select -

Bulk savings:
| Buy 1 $24.99/ea | Buy 2 $22.49/ea | Buy 3 $21.24/ea |
|---|---|---|

Quantity: 1     3 available

Price: **$24.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Fast and reliable. Ships from United States.

Breathe easy. Returns accepted.

Shipping: Free Economy Shipping. See details
Located in: United States, United States

Delivery: 📦 Estimated between **Fri, Apr 28** and **Wed, May 3** ⓘ
Includes **7 business days** handling time after receipt of cleared payment.

Returns: 14 day returns. Buyer pays for return shipping. See details

Payments: PayPal | G Pay | VISA | Mastercard | AMEX | DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell?   Sell now

Shop with confidence
💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
braeana (618 ⭐)
95.7% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

Discover related items
115K items sold

lovelydeals2012
In eBay Stores
Sponsored
Visit store

---

## Similar sponsored items     See all >

Feedback on our suggestions



Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric
New
**$19.99**
Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
**$24.99**
Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views     See all >

Feedback on our suggestions





ebay

Daily Deals   Brand Outlet   Help & Contact

Search for anything          All Categories       Search    Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs        Share | Add to Watchlist



SAVE UP TO 20% WHEN YOU BUY MORE





$ Have one to sell?   Sell now

### Facial Electric Silicone Cleansing Brush Exfoliator Rechargeable Face Scrubber

Condition: New

Color:  Pink

Bulk savings:  Buy 1 $24.99/ea   Buy 2 $22.49/ea   Buy 3 $21.24/ea

4 or more for $19.99/ea

Quantity:  1     5 available

Price:  **$24.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist



Fast and reliable. Ships from United States.

Breathe easy. Returns accepted.

Shipping:  Free Economy Shipping. See details
Located in: United States, United States

Delivery:  Estimated between Fri, Apr 28 and Wed, May 3 ⓘ
Includes 7 business days handling time after receipt of cleared payment.

Returns:  14 day returns. Buyer pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
braeana (618 ★)
95.7% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

Discover related items
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items    See all >

Feedback on our suggestions

    

Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
$24.99
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback

Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
$15.99
Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
$24.99
Free shipping
Seller with a 100% positive feedback

Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric
New
$19.99
Free shipping
Seller with a 100% positive feedback

---

### Sponsored items inspired by your views    See all >

Feedback on our suggestions



**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: braeana    Message to seller

Facial Electric Silicone Cleansing Brush Exfoliator Rechargeable Face Scrubber
Color: Pink
**$24.99**

Quantity
1

Delivery
Est. delivery: Apr 28 – May 3
Economy Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

How do you like our checkout? Give us feedback

| Subtotal (1 item) | $24.99 |
| Shipping | Free |
| Tax* | $1.75 |

**Order total**    **$26.74**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay

Shop by category

Search for anything

All Categories

Search

Advanced

Sell   Watchlist   My eBay

Daily Deals   Brand Outlet   Help & Contact

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Exfoliators & Scrubs

Share | Add to Watchlist



$ Have one to sell? Sell now

**Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric**

Condition: New

Quantity: 1   2 available

Price: **$19.99**

Buy It Now

Add to cart

Best Offer: Make offer

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: Free Economy Shipping. See details
Located in: United States, United States

Delivery: 📦 Estimated between Sat, Apr 22 and Thu, Apr 27 to 60305 ⓘ
Includes **7 business days** handling time after receipt of cleared payment.

Returns: 14 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
braeana (616 ⭐)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

 

**Discover related items**
278K items sold


eaudeluxe
In eBay Stores
Sponsored

Visit store

---

**Similar sponsored items**

Feedback on our suggestions



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ $5.70 shipping
Seller with a 100% positive feedback



4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$21.99**
Free shipping
36 sold



2 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating US
New
**$26.26**
Free shipping
12 watchers

---

**Sponsored items inspired by your views**

Feedback on our suggestions

    



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  Mastercard  AMEX  Discover

● **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133
United States

Change

**Review item and shipping**

Seller: braeana        Message to seller

Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric
**$19.99**

Quantity
1

Delivery
Est. delivery: Apr 22 – Apr 27
Economy Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None

Subtotal (1 item)          $19.99
Shipping                    Free
Tax*                       $1.40

**Order total            $21.39**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with _PayPal_**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

e**b**ay

Shop by category ⌄

Search for anything

All Categories ⌄

Search

Advanced

‹ Back to home page | Listed in category:  Health & Beauty  ›  Skin Care  ›  Exfoliators & Scrubs

Share | Add to Watchlist

🏷 **SAVE UP TO 20% WHEN YOU BUY MORE**





$ Have one to sell?  **Sell now**

### Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

Condition:  New

Color:  - Select - ⌄

Bulk savings:

| Buy 1 $24.99/ea | Buy 2 $22.49/ea | Buy 3 $21.24/ea |
|---|---|---|

4 or more for $19.99/ea

Quantity:  [ 1 ]   5 available

Price:  **$24.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping:  **Free** Economy Shipping. See details
Located in: United States, United States

Delivery:  📦 Estimated between **Mon, Apr 24** and **Fri, Apr 28** ⓘ
Includes **7 business days** handling time after receipt of cleared payment.

Returns:  14 day returns. Buyer pays for return shipping. See details

Payments:  PayPal  GPay  VISA  Mastercard  AmEx  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
braeana (516 ★)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
115K items sold

lovelydeals2012
in eBay Stores
Sponsored

**Visit store**

### Similar sponsored items

Feedback on our suggestions



Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
$24.99
Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
$15.99
Free shipping
Seller with a 100% positive feedback



Proactiv Pore Cleansing Charcoal Infused Brush
New
$11.30
0 bids
+ shipping
Seller with a 100% positive feedback



4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
$21.99
Free shipping
36 sold



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
$24.99
Free shipping
Seller with a 100% positive feedback

3i Cl Ex

Fr 14

### Sponsored items customers also bought    See all ›

Feedback on our suggestions









ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA 🔲 🔵 DISCOVER

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay Google Pay

**Ship to**

▬▬▬▬▬
Miami, FL 33133
United States
▬▬▬

Change

**Review item and shipping**

Seller: braeana    Message us seller

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
Color: Blue
**$24.99**

Quantity
1 ▾

**Delivery**
Est. delivery: Apr 22 – Apr 27
Economy Shipping
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| Subtotal (1 item) | $24.99 |
|---|---|
| Shipping | Free |
| Tax* | $1.75 |
| **Order total** | **$26.74** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



e**b**ay

Shop by category

Search for anything

All Categories

Search

Advanced

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

‹ Back to home page | Listed in category:   Health & Beauty   ›   Skin Care   ›   Exfoliators & Scrubs

Share | Add to Watchlist



$ Have one to sell? | Sell now

### Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable

Condition: New

Quantity: 1   5 available

Price: **$24.99**

[ Buy It Now ]

[ Add to cart ]

Best Offer:   [ Make offer ]

[ ♡ Add to Watchlist ]

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: **Free** Economy Shipping. See details
Located in: United States, United States

Delivery: 📦 Estimated between **Mon, Apr 24 and Fri, Apr 28** ⓘ
Includes **7 business days** handling time after receipt of cleared payment.

Returns: 14 day returns. Buyer pays for return shipping. See details

Payments: [PayPal] [G Pay] [VISA] [MasterCard] [American Express] [Discover]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
braeana (616 ★)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

  

**Explore a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Visit store ]

---

### Similar sponsored items

Feedback on our suggestions



Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric
New
**$19.99**
Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Lavelier Biology Mousse Cleanser makeup Daily Replenish 120ml / 4fl.
New
**$29.90**
0 bids
+ shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback



4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$21.99**
Free shipping
36 sold

---

### Sponsored items customers also bought

Feedback on our suggestions

   



How do you like our checkout? Give us feedback

**Pay with**

- ○ Add new card
  VISA  [Mastercard]  [Amex]  [Discover]

- ● **PayPal**

- ○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

- ○ G Pay  Google Pay

**Ship to**

███████

Miami, FL 33133
United States
███████

Change

**Review item and shipping**

Seller: braeana    Message to seller

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable

$24.99

Quantity
1

**Delivery**
Est. delivery: Apr 22 – Apr 27
Economy Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| Subtotal (1 item) | $24.99 |
|---|---|
| Shipping | Free |
| Tax* | $1.75 |
| **Order total** | **$26.74** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

   

Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ∨   My eBay ∨

Shop by category ∨   Search for anything        All Categories ∨   Search   Advanced

< Back to home page | Listed in category:   Health & Beauty  >  Skin Care  >  Exfoliators & Scrubs          Share | Add to Watchlist



### Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

Condition: **New**

Price: **$19.99**

[ Buy It Now ]

[ Add to cart ]

Best Offer:   [ Make offer ]

[ ♡ Add to Watchlist ]

↩ **Breathe easy.** Returns accepted.

Shipping: Free Economy Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China, China

Delivery: 🗓 Estimated between **Wed, May 10** and **Fri, Jul 7** ⓘ
This item has an extended handling time and a delivery estimate **greater than 18 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 14 day returns. Buyer pays for return shipping. See details

Payments: [PayPal] [G Pay] [VISA] [MasterCard] [AmEx] [Discover]
**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
braeana (516 ★)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

 

**Discover related items**
115K items sold

lovelydeals2012   [ Shop now ]
In eBay Stores
Sponsored

$ Have one to sell? [ Sell now ]

---

Similar sponsored items    See all  >          Feedback on our suggestions

    

| | | | | |
|---|---|---|---|---|
| Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes | Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric | Proactiv Pore Cleansing Charcoal Infused Brush | Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber | Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage |
| New | New | New | New | New |
| $24.99 | $19.99 | $11.30 | $15.99 | $8.98 |
| | | 0 bids | | $9.98 10% off |
| Free shipping | Free shipping | + shipping | Free shipping | Free shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Top Rated Plus |

---

Sponsored items inspired by your views    See all  >          Feedback on our suggestions

    



ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Miami, FL 33133
United States

Change

**Review item and shipping**

Seller: braeana    Message to seller

Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face
Massager, Pink
**$19.99**
Quantity 1

**Delivery**
Est. delivery: May 10 – Jul 7
Economy Shipping from outside US
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy,
safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later than 30 days after the end of the
month in which the donation is made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▼

| Subtotal (1 item) | $19.99 |
|---|---|
| Shipping | Free |
| Tax* | $1.40 |
| **Order total** | **$21.39** |

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.
*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



## Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

Condition: **New**

Price: **$19.99**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ **Add to Watchlist**

**Returns accepted**

Shipping: Free Economy Shipping from outside US. See details
Located in: Shenzhen, China, China

Delivery: Estimated between **Fri, Mar 31** and **Thu, May 25** to 33133 ⓘ
This item has an extended handling time and a delivery estimate **greater than 19 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 14 day returns. Buyer pays for return shipping. See details

Payments: PayPal  GPay  VISA  Mastercard  AmEx  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
braeana (503 ★)
100% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

  

**Explore a related Store**
113K items sold

lovelydeals2012    **Shop now**
In eBay Stores
Sponsored

## Similar sponsored items

Feedback on our suggestions



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller 100% positive



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller 100% positive



Isdin Essential Cleansing Oil Based Cleanser 200ml 6.76oz
New
**$16.00**
0 bids
+ $12.00 shipping
Seller 100% positive



Silicone Electric Facial Cleansing Brush Exfoliator Scrubber Sonic Rechargeable
New
**$19.99**
Free shipping
Seller 100% positive



3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6
New
**$14.97**
Free shipping
Top Rated Plus
126 sold

## Sponsored items inspired by your views

Feedback on our suggestions

    



DOE Number: 193
Seller Name: breble66
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

Back to home page | Listed in category:   Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist

### Silicone Electric Facial Cleaner Scrubber Massager Skin Care Rechargeable New

Condition:   New

Price: **$7.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Delivery: Varies

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

💲 Have one to sell?   **Sell now**

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
breble66 (720 ★)
100% positive feedback

Save seller
Contact seller
See other items



**Shop related items**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Shop now

---

### Similar sponsored items

Feedback on our suggestions


5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
$12.99 46% off
Free shipping
53 sold


Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face
New
**$8.51**
Free shipping



NEW belif Hydrators-On-The-Go 5 Piece Moisturizing Facial Skin Care Kit
New
**$9.95**
0 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback

Ultrasonic Facial Scrubber Pore Blackhead Remover Spatula Deep Skin Spa Cleaner
New
**$13.99**
Free shipping
384 sold


Electric Facial Skin Care Pore Blackhead Cleaner Remover Vacuum Acne Cleanser
New
**$7.98**
Free shipping
Top Rated Plus
3584 sold

El...
Br...
M...
Ne...
$...
(S...
+ ...
17...

---

### Sponsored items inspired by your views

Feedback on our suggestions


Toys Importers Pack of 2 Reversible Octopus Mood Plush - 1 x 7.9in Blue
New
**$16.16**
+ shipping
Seller with a 100% positive feedback



Nail Boss Hoodie Hoody Technician Beautician Acrylic Gel Art Beauty Cute
New (Other)
**$31.10**
+ shipping
Seller with a 99.5% positive feedback



DOE Number: 194
Seller Name: businessbezo
Marketplace: eBay



ebay

Shop by category ▾

Search for anything 🔍                    All Categories ▾        **Search**     Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

The 2023 Audi e-tron® — Explore Audi >

🔴 **SAVE UP TO 5%**   See all eligible items and terms ▶



Hover to zoom



### Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB

| | |
|---|---|
| Condition: | New |
| Sale ends in: | 6d 1h |
| Quantity: | 1      2 available |

Price: **$36.10**
Was US $38.00 ⓘ
Save US $1.90 (5% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

| | |
|---|---|
| Shipping: | Free Standard Shipping. See details |
| | Located in: Orlando, Florida, United States |
| Delivery: | Estimated between **Fri, Apr 21** and **Mon, Apr 24** ⓘ |
| Returns: | Seller does not accept returns. See details |
| Payments: | PayPal  G Pay  VISA  ●●  AMEX  DISCOVER |

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
businessbezo (5248 ⭐)
99.6% positive feedback

♡ Save seller
Contact seller
Visit store
See other Items


SYNID ADGÁT CUÍDESE
ZACHOWAJ BEZPIECZEŃSTWO
VAR FÖRSIKTIG 안전에 유의하세요
**BE SAFE**
CHÚ Ý AN TOÀN  NA EÍΣΤΕ ΑΣΦΑΛΕΙΣ
DBEJTE NA SVOU BEZPEČNOST
SEIEN SIE VORSICHTIG VAR FÖRSIKTIG

$ Have one to sell?  **Sell now**

---

### Similar sponsored items

Feedback on our suggestions

    

| Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB | Proactiv Pore Cleansing Charcoal Infused Brush | PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple | Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed. |
|---|---|---|---|---|
| New | New | New | New | New |
| **$7.49** | **$18.00** | **$11.30** | **$29.99** | **$24.00** |
| Free shipping | + shipping | 0 bids | Free shipping | + $3.50 shipping |
| 6 watchers | Seller with a 100% positive feedback | + shipping | Seller with a 99.8% positive feedback | 🔵 Top Rated Plus |
| | | Seller with a 100% positive feedback | | Seller with a 100% positive feedback |

---

### Sponsored items inspired by your views

Feedback on our suggestions

    



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
[VISA] [Mastercard] [AMEX] [Discover]

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ [G Pay] Google Pay

**Ship to**

████████
Miami, FL 33133-2709
United States
████████
Change

**Review item and shipping**

Seller: businessbezo    Message to seller

Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB
**$36.10**
~~$38.00~~

Quantity
1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
**Free**

Save up to 5%

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $36.10 |
| Shipping | Free |
| Tax* | $2.53 |
| **Order total** | **$38.63** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 195
Seller Name: cdpcstore
Marketplace: eBay

GoodRx    **30 common heart meds for under $30**
Save and stay heart healthy    [Check GoodRx]



**Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean**

Condition: New

Price: **$14.99**

Buy It Now

Add to cart

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

⊟ **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: US $5.99 Expedited Shipping. See details
Located in: Little Elm, Texas, United States

Delivery: Estimated between **Thu, Apr 27** and **Mon, May 1** ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
cdpcstore (994 ⭐)
98.9% positive feedback

♡ Save seller
Contact seller
Visit store
See other items


ebay
**Collect your bounty**
Plus, an eBay exclusive Mandalorian™ Funko Pop!
[This is the way]
STAR WARS
© & ™ Lucasfilm Ltd.

$ Have one to sell?  Sell now

---

**Similar sponsored items**    See all ›

Feedback on our suggestions









| | | | | |
|---|---|---|---|---|
| Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | facial turmeric toner + VC | Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | Facial Cleansing Brush, Silicone Electric Massage Brush, Rechargeable |
| New | New | New | New | New |
| $10.95 | $12.93 | $13.99 | $19.98 | $10.99 |
| Free shipping | $13.61 5% off | 0 bids | Free shipping | Free shipping |
| 41 sold | Free shipping | + shipping | Seller with a 100% positive feedback | Seller with a 100% positive feedback |
| | 9 watchers | | | |

---

**Sponsored items inspired by your views**    See all ›

Feedback on our suggestions







**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart.

## Pay with

○ Add new card
VISA · mastercard · AMEX · DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

## Ship to

▉▉▉▉▉▉
Palm Beach, FL 33480
United States
▉▉▉▉▉
Change

## Review item and shipping

Seller: cdpcstore          Message to seller



Silicone Facial Cleansing Brush Massage Electric Rechargeable
Exfoliate Clean
$14.99
Quantity 1

Delivery
Est. delivery: Apr 27 – May 1
USPS Priority Mail
$5.99

## Gift cards, coupons, eBay Bucks

Enter code:          Apply

## Donate to charity (optional) ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness.
Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving
Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days
after the end of the month in which the donation is made. Donations are non-
refundable and typically tax deductible. PPGF may be unable to grant funds to a
charity if the charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount    None ˅

---

Subtotal (1 item)          $14.99
Shipping                    $5.99
Tax*                        $1.47

### Order total          $22.45

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.
*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

Pay with **PayPal**

You'll finish checkout on PayPal



ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 196
Seller Name: cheerfuldays08
Marketplace: eBay

ebay

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ˅   My eBay ˅

Shop by category ˅

🔍 Search for anything | All Categories ˅ | Search | Advanced

← Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

ebay   Collect your bounty
Plus, an eBay exclusive Mandalorian™ Funko Pop!   This is the way
STAR WARS
© & ™ Lucasfilm Ltd.

🔖 **SAVE UP TO 20% WHEN YOU BUY MORE**



### Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

Condition: New

Bulk savings:

| Buy 1 $12.89/ea | Buy 2 $11.60/ea | Buy 3 $10.96/ea |
|---|---|---|

4 or more for $10.31/ea

Quantity: [ 1 ]   More than 10 available / 2 sold

Price: **$12.89/ea**

**Buy It Now**

**Add to cart**

Best Offer: **Make offer**

♡ Add to Watchlist

💲 Have one to sell?   **Sell now**

Hover to zoom

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: Free Standard Shipping. See details
Located in: New Jersey, United States

Delivery: Estimated between Tue, Apr 18 and Sat, Apr 22 ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments:   VISA ● ● DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
cheerfulday08 (19724 ⭐)
96.8% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Shop a related Store**
114K items sold



lovelydeals2012
in eBay Stores
Sponsored

Visit store

### Similar sponsored items

Feedback on our suggestions



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
~~$13.61~~ 5% off
Free shipping
9 watchers



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.12
~~$7.49~~ 5% off
Free shipping
5 watchers



Hydra Machine Water Facial Hydro Deep Cleansing Skin Tightening Dermabrasion Spa
New
$1,126.00
0 bids
+ shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback

Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable
New
$14.99
Free shipping
Seller with a 99.2% positive feedback



**Checkout**

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Palm Beach, FL 33480
United States

Change

**Review item and shipping**

Seller: cheerfuldays06    Message to seller

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

$12.89

Quantity
1

**Delivery**
Est. delivery: Apr 19 – Apr 24
Standard Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

Subtotal (1 item)    $12.89
Shipping    Free
Tax*    $0.90

**Order total**    $13.79

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

MONEY BACK GUARANTEE
See details

Help

How do you like our checkout? Give us feedback

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Shop by category

Search for anything
All Categories
Search
Advanced

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🛢 SAVE UP TO **20%** WHEN YOU BUY MORE



$ Have one to sell? **Sell now**

### Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

| Condition: | New |
| --- | --- |

| Bulk savings: | Buy 1 $12.25/ea | Buy 2 $11.03/ea | Buy 3 $10.41/ea |
| --- | --- | --- | --- |

4 or more for $9.80/ea

| Quantity: | 1 | More than 10 available / 1 sold |
| --- | --- | --- |

Price: **$12.25/ea** ⓘ
Was US $12.89 ⓘ
Save US $0.64 (4% off)

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
cheerfuldays08 (18852 ⭐)
96.9% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

Additional service available

☐ 3-year protection plan from Allstate - $1.99

| **Ships from United States** | Returns accepted |
| --- | --- |

| Shipping: | Free Standard Shipping. See details |
| --- | --- |
| | Located in: New Jersey, United States |
| Delivery: | Estimated between Tue, Mar 14 and Sat, Mar 18 ⓘ |
| Returns: | 30 day returns. Buyer pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  Mastercard  American Express  Discover |

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

Similar sponsored items      See all ›

Feedback on our suggestions


Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
72 sold


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive


Rodan + Fields Pore Cleansing MD System Pore Cleansing Tips Blackhead Removal
Pre-owned
**$30.00**
0 bids
+ shipping
Seller 100% positive


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
6 watchers



Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$23.67**
Free shipping
Seller 100% positive

Sponsored items inspired by your views      See all ›

Feedback on our suggestions








DOE Number: 197
Seller Name: cnydeals315
Marketplace: eBay



**eb**ay

Shop by category ▾

🔍 Search for anything

All Categories ▾

Search

Advanced

◀ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices › See more POP SONIC LEAF SONI...

Share | Add to Watchlist



**Pop Sonic Leaf Sonic Facial Cleansing Electric Device Blue Marble New Opened Box**

☆☆☆☆☆ Be the first to write a review.

Condition: New

Price: **$37.50**

| Buy It Now |
| Add to cart |

Best Offer: | Make offer |

♡ Add to Watchlist

🚚 Fast and reliable. Ships from United States.

Shipping: US $11.20 Expedited Shipping. See details
Located in: Syracuse, New York, United States

Delivery: Estimated between **Wed, Apr 19** and **Fri, Apr 21** to 60305 ⓘ

Returns: Seller does not accept returns. See details

Payments: [PayPal] [G Pay] [VISA] [Mastercard] [American Express] [Discover]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
onydeals316 (2853 ⭐)
99.1% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

$ Have one to sell? Sell now

---

### Similar sponsored items

Feedback on our suggestions


PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple
New
**$29.99**
Free shipping
Seller with a 99.8% positive feedback


Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
**$24.00**
+ $3.50 shipping
🔵 Top Rated Plus
Seller with a 100% positive feedback


Josie Maran Nourishing Argan Oil Daily Facial Cleansing Oil 6oz New
New
**$20.00**
0 bids
+ $5.65 shipping
Seller with a 100% positive feedback


Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB
New
**$18.00**
+ $11.75 shipping
Seller with a 100% positive feedback


POP SONIC LEAFLET Sonic Facial Cleansing Device PINK - Line & Wrinkle Reducer
New (Other)
**$21.96**
$24.95 12% off
Free shipping
🔵 Top Rated Plus


P
Cl
Ne
$
Fr
Se

---

### Sponsored items inspired by your views

Feedback on our suggestions


7PCS Upgraded Auto Honey Hive Frames+Beekeeping Bee hive Brood Cedarwood Box US
New


7PCS Free Flowing Honey Hive Beehive Frames + Cedarwood Beehive House Boxs Set
New


Dolls Kill / Y.R.U. Nightcall Hi Atlantis Holographic Platform Heels UK4 EU37
New



**Checkout**

How do you like our checkout? <u>Give us feedback</u>

To add more items, <u>go to cart</u>.



## Pay with

Add new card

⊙ **PayPal**

**PayPal CREDIT**
Special financing available.
Apply now. See terms

G Pay  Google Pay

## Ship to

Miami, FL 33133
United States

Change

## Review item and shipping

Seller: cnydeals315  |  Message to seller

Pop Sonic Leaf Sonic Facial Cleansing Electric Device Blue Marble
New Opened Box
**$37.50**
Quantity 1

**Delivery**
Est. delivery: Apr 20 – Apr 22
USPS Priority Mail
$11.95

## Gift cards, coupons, eBay Bucks

Enter code:          Apply

## Donate to charity (optional) ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

---

Subtotal (1 item)                    $37.50
Shipping                             $11.95
Tax*                                  $3.46

## Order total              $52.91

By placing your order, you agree to eBay's <u>User Agreement</u> and <u>Privacy Notice</u>.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u>, and <u>AdChoice</u> ⓘ

DOE Number: 198
Seller Name: curbsidrandom
Marketplace: eBay

 

Daily Deals    Brand Outlet    Help & Contact                                    Sell    Watchlist ▾    My eBay ▾

Shop by category ▾    🔍 Search for anything    All Categories ▾    Search    Advanced

◁ Back to previous page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices › See more Pop Sonic Leaf Facial...        Share | Add to Watchlist


FIND YOUR DREAMS A HOME    PRIZES UP TO $1,000,000 PLEASE PLAY RESPONSIBLY    Learn More





$ Have one to sell?  **Sell now**

### Pop Sonic Leaf Sonic Facial Cleansing Electric Device Hot Pink New Sealed

★★★★★ 2 product ratings | Write a review

Condition: New

Price: **$34.99**    [ Buy It Now ]
[ Add to cart ]

Best Offer:    [ Make offer ]
[ ♡ Add to Watchlist ]

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Delivery:  Varies
Returns:   30 day returns. Buyer pays for return shipping.
           See details
Payments:  PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
ourbsiderandom (248 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items


CHASE
and unlimited 2% cash back on all other purchases.
ink
Learn More
Member FDIC

---

### Similar sponsored items                                                    Feedback on our suggestions



Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
$24.00
+ $3.50 shipping
🔵 Top Rated Plus
Seller with a 100% positive feedback



Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB
New
$18.00
+ shipping
Seller with a 100% positive feedback



Proactiv Pore Cleansing Charcoal Infused Brush
New
$11.30
0 bids
+ shipping
Seller with a 100% positive feedback



PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple
New
$29.99
Free shipping
Seller with a 99.8% positive feedback



Pink pop sonic leaflet Sonic Facial Cleansing Device
New (Other)
$24.99
Free shipping
Seller with a 100% positive feedback

---

### Sponsored items inspired by your views                                     Feedback on our suggestions

        

**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart.

## Pay with

○ Add new card
VISA ● ● ●

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ **G Pay** Google Pay

## Ship to

▬▬▬▬▬
Miami, FL 33133-2709
United States
▬▬▬▬▬
Change

## Review item and shipping

Seller: curbsiderandom        Message to seller



Pop Sonic Leaf Sonic Facial Cleansing Electric Device Hot Pink
New Sealed
**$34.99**
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS Parcel Select Ground
$7.87

## Gift cards, coupons, eBay Bucks

Enter code:        Apply

## Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| | |
|---|---|
| Subtotal (1 item) | $34.99 |
| Shipping | $7.87 |
| Tax* | $3.00 |

| | |
|---|---|
| **Order total** | **$45.86** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with _PayPal_**

You'll finish checkout on PayPal



**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 199
Seller Name: cyberoutlet14
Marketplace: eBay

ebay

Shop by category ▾

Search for anything    All Categories ▾    Search    Advanced

◁ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

Pay over time with PayPal Credit
Get 12.99% APR with 12 or 24 Easy Payments on eBay.
Ends 4/20, 11:59pm PT. Min. purchase required.
See terms



Hover to zoom

$ Have one to sell?  Sell now

### Photon KI-1806 Sonic Facial Cleansing Device w/ Phototherapy Modes w/ Base

Condition: **New**

Price: **$7.99**

Buy It Now

Add to cart

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

Shipping: **Free 2-3 day shipping**
Get it between **Thu, Apr 20** and **Fri, Apr 21.** See details
Located in: Mount Laurel, New Jersey, United States

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: [PayPal] [G Pay] [VISA] [Mastercard] [American Express] [Discover]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
cyberoutlet14 (199 ⭐)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Shop a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items

Feedback on our suggestions



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



7 Colors LED Light Face Neck Mask Photon Facial Therapy Anti-Aging Wrinkles Mask
New (Other)
**$26.00**
2 bids
+ shipping
Seller with a 100% positive feedback



Photon KI-1806 Sonic Facial Cleansing Device w/ Phototherapy Modes w/ Base
New
**$6.00**
+ shipping



Pure Original Sonic Facial and Body Cleansing, Exfoliating & Massaging Brush
New
**$12.99**
Free shipping
Top Rated Plus
125 sold



Di...
Hi
De
Ne...
$
Fr
67

---

### Sponsored items inspired by your views

Feedback on our suggestions













**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
   VISA  DISCOVER  Mastercard  AMEX

● **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ **G Pay** Google Pay

**Ship to**

█████████
Miami, FL 33133-2709
United States
████████
Change

**Review item and shipping**

Seller: cyberoutlet14 · Message to seller

Photon KI-1806 Sonic Facial Cleansing Device w/ Phototherapy Modes w/ Base
**$7.99**
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
Free

**Gift cards, coupons, eBay Bucks**

[ Enter code: ]   [ Apply ]

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $7.99 |
| Shipping | Free |
| Tax* | $0.56 |
| **Order total** | **$8.55** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ **Pay with PayPal** ]

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 200
Seller Name: dapperica
Marketplace: eBay





ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA ● ● ● DISCOVER

● **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Miami, FL 33133-2709
United States
Change

**Review item and shipping**

Seller: dapperica    Message to seller

Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
$10.95

Quantity
1

**Delivery**

● Est. delivery: Apr 26 – Apr 28
USPS First Class
Free

○ Est. delivery: Apr 26 – Apr 27
USPS Priority Mail
$7.75

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None

Subtotal (1 item)     $10.95
Shipping     Free
Tax*     $0.77

**Order total     $11.72**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

 MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 201
Seller Name: darknessseagull25
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact                                                Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

Shop by category ⌄    🔍 Search for anything                                    All Categories ⌄    **Search**    Advanced

< Back to home page | Listed in category:   Health & Beauty > Skin Care > Facial Cleansing Devices                              Share | Add to Watchlist



### BNIB Sealed Lacura Silicone Sensitive Skin Facial Cleanser DUPE for Foreo

Condition:    New

| | |
|---|---|
| Price: | **$19.07** Approximately US $18.93 |

**Buy It Now**

**Add to cart**

| | |
|---|---|
| Best Offer: | **Make offer** |

♡ Add to Watchlist

Shipping:  $11.91 (approx US $11.83) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Doncaster, United Kingdom

Delivery:  📦 Estimated between Fri, Mar 24 and Mon, Mar 27 ⓘ
Please note the delivery estimate is greater than 12 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  Seller does not accept returns. See details

Payments:  PayPal  G Pay   

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
$  eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
darknessseagull25 (1275 ⭐)
100% Positive feedback

♡ Save Seller
Contact seller
See other items

---

### Similar sponsored items                                                     Feedback on our suggestions


Beautederm Beaute Massage Silicone Electric Facial Cleanser + FREE SHIPPING
New
**$15.00**
+ $2.99 shipping
Seller 100% positive


OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
**$32.99**
Free shipping
Seller 99.4% positive


Set of 4 Lacura Q10 Day & Night Cream Cleansing Exfoliating Scrub, Foaming gel
New
**$29.99**
Free shipping
Seller 100% positive


Ultrasonic Ion Skin Scrubber EMS Face Massager Facial Cleansing Ion Import White
New
**$30.75**
+ $5.92 shipping
18 watchers


LACURA Face Care Foaming Gel Cleanser - Germany 8.45 oz NEW
New
**$22.00**
Free shipping
Seller 100% positive

---

### Sponsored items inspired by your views                                      Feedback on our suggestions


Stuffed Octopus, Reversible Octopus Doll, Flip Plush Toy, Double Sided Flip Doll
New
**$32.50**


40cm x 20cm Large Reversible Octopus Plushie XXL Cute Double-Sided Flip Soft Toy
New
**$10.64**


Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush
New
**$35.00**


FOREVER LINA T-Sonic mini Facial Cleansing Device
New
**$12.99**


Flipping Octopus Flipping Octopus Octopus Octopus Plush Toy Flipping Doll Octopu
New
**$24.69**

$ Have one to sell?  Sell now



DOE Number: 202
Seller Name: dawdigiacom0
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄

Search for anything       | All Categories ⌄ |   Search

Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices › See more Luce 180 Anti-aging Ult...

Share | Add to Watchlist





### LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser BNIB black

☆☆☆☆☆ Be the first to write a review

Condition: **New**

Price: **$20.00**

| Buy It Now |
| Add to cart |

Best Offer: | Make offer |

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $2.99

🚚 **Fast and reliable.** Ships from United States.

Shipping: US $4.00 Expedited Shipping. See details
Located in: Clio, Michigan, United States

Delivery: Estimated between Fri, Apr 21 and Tue, Apr 25 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal | GPay | VISA | Mastercard | AMEX | Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
dawdlgiaoom0 (94 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Shop a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored    | Shop now |

$ Have one to sell? | Sell now |

---

Similar sponsored items                                                    Feedback on our suggestions











Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers

Josie Maran Pure Argan Milk Clean Skin Niacinamade Cleanser-4floz* NEW
New
**$9.50**
0 bids
+ shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers

---

Sponsored items customers also bought                                      Feedback on our suggestions







How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card
VISA  Mastercard  AMEX  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○  G Pay  Google Pay

**Ship to**

▬▬▬▬▬
Miami, FL 33133-2709
United States
▬▬▬▬▬
Change

**Review item and shipping**

Seller:  dawdigiacom0    Message to seller

LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser
BNIB black
**$20.00**
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS Priority Mail
**$4.00**

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy,
safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later than 30 days after the end of the
month in which the donation is made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| Subtotal (1 item) | $20.00 |
|---|---|
| Shipping | $4.00 |
| Tax* | $1.68 |

**Order total**          **$25.68**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 203
Seller Name: deals4real-0
Marketplace: eBay

Daily Deals   Brand Outlet   Help & Contact



Sell   Watchlist ⌄   My eBay ⌄

**ebay**

Shop by category ⌄   Search for anything   All Categories ⌄   Search   Advanced

Back to previous page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices          Share | Add to Watchlist

**Pay over time with PayPal Credit**
Get 12.99% APR with 12 or 24 Easy Payments on eBay.
Ends 4/20, 11:59pm PT. Min. purchase required.
See terms






Hover to zoom

$ Have one to sell?   Sell now

### Pink pop sonic leaflet Sonic Facial Cleansing Device

| | |
|---|---|
| Condition: | New other (see details) |
| Quantity: | 1    2 available |

Price: **$24.99**

Buy It Now

Add to cart

♡ Add to Watchlist

**Additional service available**

☐ 1-year protection plan from Allstate - $3.99


Fast and reliable. Ships from United States.

| | |
|---|---|
| Shipping: | Free Standard Shipping. See details |
| | Located in: Clarksville, Tennessee, United States |
| Delivery: | Estimated between **Fri, Apr 21** and **Mon, Apr 24** ⓘ |
| Returns: | Seller does not accept returns. See details |
| Payments: | PayPal  G Pay  VISA  Mastercard  AMEX  Discover |

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
deals4real-0 (2)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Shop related items**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items

Feedback on our suggestions



Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
**$24.00**
+ $3.50 shipping
🔵 Top Rated Plus
Seller with a 100% positive feedback



POP SONIC LEAFLET Sonic Facial Cleansing Device PINK - Line & Wrinkle Reducer
New (Other)
**$21.96**
$24.95 12% off
Free shipping
🔵 Top Rated Plus



Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



PopSonic Spade Face & Neck Sonic Beauty Cleansing Device Infuse Massage - White
New
**$35.95**
Free shipping
Seller with a 100% positive feedback





PopSonic Spade Face & Neck Sonic Beauty Cleansing Device Infuse Massage - Purple
New
**$39.95**
Free shipping
Seller with a 100% positive feedback

---

### Sponsored items inspired by your views

Feedback on our suggestions









**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart.

**Pay with**

○ Add new card
VISA  mastercard  AMEX  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

▬▬▬▬▬▬
Miami, FL 33133-2709
United States
▬▬▬▬▬▬
Change

**Review item and shipping**

Seller: deals4reel-0    Message to seller



Pink pop sonic leaflet Sonic Facial Cleansing Device
$24.99

Quantity
1

Delivery
Est. delivery: Apr 21 – Apr 24
USPS First Class
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| Subtotal (1 item) | $24.99 |
|---|---|
| Shipping | Free |
| Tax* | $1.75 |

**Order total**    **$26.74**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 204
Seller Name: dealwithzeal
Marketplace: eBay

eBay

Shop by category ⌄ | Search for anything | All Categories ⌄ | Search | Advanced

< Back to previous page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

Pay over time with PayPal Credit
Get 12.99% APR with 12 or 24 Easy Payments on eBay.
Ends 4/20, 11:59pm PT. Min. purchase required.
See terms

🔥 SAVE UP TO **20%** WHEN YOU BUY MORE





Hover to zoom

$ Have one to sell?   Sell now

**Plum Beauty Compact Sonic Facial Cleansing & Refreshes Brush -**

Condition: New

Bulk savings:

| Buy 1 $3.99/ea | Buy 2 $3.59/ea | Buy 3 $3.39/ea |
|---|---|---|

4 or more for $3.19/ea

Quantity: | 1 |   6 available / 5 sold

Price: **$3.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: US $3.99 Standard Shipping. See details
Located in: Floral Park, New York, United States

Delivery: Estimated between **Thu, Apr 20** and **Fri, Apr 21** ⓘ

Returns: 30 day returns. Buyer pays for return shipping.
See details

Payments: [PayPal] [G Pay] [VISA] [Mastercard] [American Express] [Discover]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
dealwithzeal (7855 ⭐)
99.6% positive feedback

♡ Save seller
Contact seller
Visit store
See other items




**Shop a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Visit store

---

Similar sponsored items

Feedback on our suggestions







Plum Beauty Thermal Sonic Facial Brush Cleansing System Rechargeable Heated
New
**$10.00**
Free shipping
Seller with a 99.3% positive feedback

Plum Beauty Purple Compact Sonic Facial Cleansing Brush Rechargeable 3 Speeds
New
**$10.00**
Free shipping
Seller with a 99.3% positive feedback

Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback

Plum Beauty Mini Sonic Facial Brush - 1ct
New
**$8.44**
$12.99 35% off
+ $7.99 shipping

Plum Beauty Compact Sonic Facial Cleansing Brush Rechargeable, Purple
New (Other)
**$13.99**
Free shipping
Top Rated Plus
Seller with a 99.3% positive feedback



**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA  [Mastercard]  [American Express]  [Discover]

● **PayPal**

○ PayPal CREDIT
  Special financing available.
  Apply now. See terms

○ G Pay Google Pay

**Ship to**

▬▬▬▬▬
Miami, FL 33133-2709
United States
▬▬▬▬
Change

**Review item and shipping**

Seller: dealwithzeal    Message to seller

Plum Beauty Compact Sonic Facial Cleansing & Refreshes Brush -
**$3.99**

Quantity
1

Delivery
Est. delivery: Apr 21 – Apr 24
USPS First Class
$3.99

**Gift cards, coupons, eBay Bucks**

Enter code:    [Apply]

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| | |
|---|---|
| Subtotal (1 item) | $3.99 |
| Shipping | $3.99 |
| Tax* | $0.56 |
| **Order total** | **$8.54** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 205
Seller Name: derel_57
Marketplace: eBay





ebay

Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

Daily Deals  Brand Outlet  Help & Contact          Sell  Watchlist ⌄  My eBay ⌄  🔔  🛒

< Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs > See more Facial Cleansing Brush...

Share | Add to Watchlist

🏷️ **EXTRA 5% OFF WITH CODE SAVE5ONANYTHING** See all eligible items and terms ▸



### Electric Facial Cleansing Brush, FBFL Sonic Silicone Face Brush & Pink

★★★★★ 1 product rating

Condition: New

Price: **$14.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

↩ **Breathe easy.** Free returns.

🚚 **Fast and reliable.** Ships from United States.

Delivery: Varies

Returns: 30 day returns. Seller pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
derel_67 (485 ★)
98.4% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Discover related items**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Shop now

💲 Have one to sell? Sell now

---

#### Similar sponsored items

Feedback on our suggestions


Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback


4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$21.99**
Free shipping
36 sold


Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback


Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric
New
**$19.99**
Free shipping
Seller with a 100% positive feedback


3D Sonic Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body
New
**$11.99**
Free shipping
196 sold

---

#### Sponsored items inspired by your views

Feedback on our suggestions


Toys Importers Pack of 2 Reversible Octopus Mood Plush - 1 x 7.9in Blue
New
**$16.16**
+ shipping


Nail Boss Hoodie Hoody Technician Beautician Acrylic Gel Art Beauty Cute
New (Other)
**$31.10**
+ shipping



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

○ **G Pay** Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: derel_57    Message to seller

Electric Facial Cleansing Brush, FBFL Sonic Silicone Face Brush & Pink
**$14.99**
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
**$10.65**

**Gift cards, coupons, eBay Bucks**

☑ Discount SAVE5ONANYTHING
**Applied: $0.75**

Enter code:      Apply

ⓘ To apply a donation, you can't be using gift cards, coupons, eBay Bucks, or reward points.

| | |
|---|---|
| Subtotal (1 item) | $14.99 |
| Shipping | $10.65 |
| Discount | -$0.75 |
| Tax* | $1.74 |
| **Order total** | **$26.63** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 206
Seller Name: dev218
Marketplace: eBay



Shop by category ⌄ | 🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

Daily Deals   Brand Outlet   Help & Contact   Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

← Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices › See more Pop Sonic Leaf Facial ...

Share | Add to Watchlist



💲 Have one to sell? | Sell now

### Pop Sonic Leaf Purple Lot (1 Unopened) New Open Box Facial Cleansing Device 3

☆☆☆☆☆ Be the first to write a review.

| | |
|---|---|
| Condition: | New other (see details) |
| | "2 items are new, open box and one item is new in sealed box." |
| Price: | **$59.74** |

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to Watchlist ]

Additional service available

☐ **1-year protection plan** from Allstate - $10.99

🚚 Fast and reliable. Ships from United States.

| | |
|---|---|
| Shipping: | US $9.65 Expedited Shipping. See details |
| | Located in: Auburn, California, United States |
| Delivery: | Estimated between **Wed, Apr 19** and **Thu, Apr 20** to 60305 ⓘ |
| Returns: | Seller does not accept returns. See details |
| Payments: | PayPal  G Pay  VISA  MasterCard  American Express  Discover |

**PayPal CREDIT**
Special financing available. See terms and apply now

⭐ Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
dev218 (2824 ⭐)
99.4% positive feedback

Save seller
Contact seller
Visit store
See other items



**Discover related items**
114K items sold

lovelydeals2012 | Shop now
In eBay Stores
Sponsored

---

## Similar sponsored items

Feedback on our suggestions



Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
**$24.00**
+ $3.50 shipping
🔵 Top Rated Plus
Seller with a 100% positive feedback

PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple
New
**$29.99**
Free shipping
Seller with a 99.8% positive feedback



Clinique Sonic System Purifying Cleansing Brush - New W/ Wand And Charge Dock
New
**$22.49**
2 bids
Free shipping
Seller with a 100% positive feedback



PMD Clean Smart Facial Cleansing Device BERRY New in box
New
**$35.98**
+ $6.50 shipping
Seller with a 100% positive feedback



Pink pop sonic leaflet Sonic Facial Cleansing Device
New (Other)
**$24.99**
Free shipping
Seller with a 100% positive feedback

P C W N $ F

---

## Sponsored items customers also bought

Feedback on our suggestions



Pop Sonic strawberry 3 in 1.



Sonic Facial Cleansing Brush



Electric Silicone Facial Cleansing



How do you like our checkout? Give us feedback

**Checkout**

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133
United States

Change

**Review item and shipping**

Seller: dev218  Message to seller

Pop Sonic Leaf Purple Lot (1 Unopened) New Open Box Facial Cleansing Device 3
**$59.74**
Quantity 1

**Delivery**
Est. delivery: Apr 19 – Apr 20
USPS Priority Mail Flat Rate Envelope
$9.65

**Gift cards, coupons, eBay Bucks**

Enter code:   Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

Subtotal (1 item)          $59.74
Shipping                   $9.65
Tax*                       $4.86

**Order total             $74.25**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 207
Seller Name: dianzi-44
Marketplace: eBay

ebay

Shop by category ∨

Search for anything

All Categories ∨    Search    Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

$ Have one to sell?  Sell now

### Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager

Condition: New

Quantity: 1    5 available / 3 sold

Price: **$6.00**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Ships from United States    Returns accepted

Shipping: US $5.85 Standard Shipping. See details
Located in: Pleasanton, California, United States

Delivery: Estimated between Sat, Mar 11 and Mon, Mar 13 to 33133 ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
dianzi-44 (17 ⭐)
94.7% Positive feedback

♡ Save Seller
Contact seller
See other items



Discover related items
113K items sold

lovelydeals2012    [ Visit store ]
In eBay Stores
Sponsored

### Similar sponsored items

Feedback on our suggestions


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller 100% positive


ON LABS Blackhead Deep Cleansing Nose Pore Strips 6 Strips (LOT OF 3)
New
$0.99
0 bids
+ $4.50 shipping
Seller 100% positive


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ $5.85 shipping


Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
$23.67
Free shipping
Seller 100% positive

Ha
Br
Cl
Ne
$
Fr
74

### Sponsored items customers also bought

Feedback on our suggestions


Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New


Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New


2in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6
New


Foreo Luna Mini 2 Facial Cleansing Brush ( Fuchsia ) BRAND NEW WITH CASE
New

Fo
Cl
Ca
Ne



ebay

Shop by category ▾

Search for anything                    All Categories ▾     Search    Advanced

Sell   Watchlist ▾   My eBay ▾

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist



$ Have one to sell?  Sell now

**Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager**

Condition: New

Quantity: 1    8 available / 2 sold

Price: **$6.00**

[ Buy It Now ]
[ Add to cart ]

Best Offer:
[ Make offer ]
[ ♡ Add to Watchlist ]

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Ships from United States          Returns accepted

Shipping: US $5.85 Standard Shipping. See details
Located in: Pleasanton, California, United States

Delivery: Estimated between Sat, Mar 11 and Mon, Mar 13 to 33133 ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AmEx  Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
dianzi-44 (17 ⭐)
94.7% Positive feedback

♡ Save Seller
Contact seller
See other items

**Shop related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored
[ Visit store ]

---

**Similar sponsored items**                                    Feedback on our suggestions


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive


ON LABS Blackhead Deep Cleansing Nose Pore Strips 6 Strips (LOT OF 3)
New
**$0.99**
0 bids
+ $4.50 shipping
Seller 100% positive


Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ $5.85 shipping

---

**Sponsored items customers also bought**                       Feedback on our suggestions


Silicone Face Cleansing Brush


Foreo Luna Mini 2 Facial Cleansing


Foreo Luna Mini 2 Facial Cleansing



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
*(VISA, Mastercard, American Express, Discover logos)*

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

███████
███████
Miami, FL 33133-2709
United States
██████
Change

**Review item and shipping**

Seller: dianzi-44    Message to seller

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
**$6.00**

Quantity
1

Delivery
Est. delivery: Mar 11 – Mar 13
USPS First Class
$5.85

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

Subtotal (1 item)          $6.00
Shipping                   $5.85
Tax*                       $0.83

**Order total**            **$12.68**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with** *PayPal*

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 208
Seller Name: dmcove27
Marketplace: eBay



Daily Deals    Brand Outlet    Help & Contact

Shop by category ∨

Search for anything

All Categories ∨

Search

Advanced

Sell    Watchlist ∨    My eBay ∨

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

Have one to sell? Sell now

### POP SONIC LEAF Sonic Facial Cleansing Device MINT New

Condition: New

| Price: | **$25.00** |

Buy It Now

Add to cart

Best Offer:

Make offer

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $2.99

Fast and reliable. Ships from United States.

Breathe easy. Returns accepted.

Shipping: US $5.95 Standard Shipping. See details
Located in: Bayonne, New Jersey, United States

Delivery: Estimated between **Wed, Apr 19** and **Fri, Apr 21** to 60305 ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: [PayPal] [G Pay] [VISA] [Mastercard] [American Express] [Discover]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
dmcove27 (3073 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Explore a related Store**
114K items sold



lovelydeals2012
in eBay Stores
Sponsored

Shop now

---

### Similar sponsored items

Feedback on our suggestions



Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
**$24.00**
+ $3.50 shipping
Top Rated Plus
Seller with a 100% positive feedback



PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple
New
**$29.99**
Free shipping
Seller with a 99.8% positive feedback



MEDIHEAL white clay Brightclay Meshpeel Mask Face Facial Spa Treatment NEW
New
**$1.00**
0 bids
+ $7.75 shipping
Seller with a 100% positive feedback



Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB
New
**$18.00**
+ $11.75 shipping
Seller with a 100% positive feedback

Pink pop sonic leaflet Sonic Facial Cleansing Device
New (Other)
**$24.99**
Free shipping
Seller with a 100% positive feedback

---

### Sponsored items customers also bought

Feedback on our suggestions





SALE FREE 🇺🇸USA



YUNOS



**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card
VISA ● ● DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████████
Miami, FL 33133
████████
United States
████████
Change

**Review item and shipping**

Seller: dmcove27    Message to seller

POP SONIC LEAF Sonic Facial Cleansing Device MINT New
**$25.00**
Quantity 1

**Delivery**
Est. delivery: Apr 19 – Apr 21
USPS First Class
$5.95

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

| | |
|---|---|
| Subtotal (1 item) | $25.00 |
| Shipping | $5.95 |
| Tax* | $2.17 |

**Order total**    **$33.12**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 209
Seller Name: dreamflywo-10
Marketplace: eBay

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

ebay   Shop by category ⌄   Search for anything   All Categories ⌄   Search   Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist

and unlimited 2% cash back on all other purchases.   CHASE for BUSINESS   Learn More   ink   Member FDIC



## Electric Silicone Facial Brush Vibration Cleaner Deep Pore Cleansing Massager

Condition: New

Colors: Blue

Quantity: 1    5 available

Price: **AU $20.19**
Approximately US $13.50

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

↩ Breathe easy. Returns accepted.

Shipping: Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shen Zhen, China

Delivery: ⚡ Estimated between **Thu, May 18** and **Mon, Jul 17** ⓘ
This item has an extended handling time and a delivery estimate **greater than 21 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal   G Pay   VISA   Mastercard   AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell?   Sell now

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
dreamflyao-10 (3326 ★)
95.6% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



Cash-out vs. HELOC

AD Flagstar Bank   LEARN MORE

---

**Similar sponsored items**   See all >

Feedback on our suggestions


Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
$9.35
Free shipping
7 watchers


Silicone Electric Face Cleansing Brush Waterproof Facial Skin Cleaner Massager
New
$13.04
$13.87 6% off
+ $2.67 shipping


Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
$12.70
Free shipping


Electronic Silicone Cleansing Brush Face Sonic Vibration Deep Pore Clean Brush
New
$14.70
+ $2.00 shipping


Electric Silicone Facial Brush Vibration Cleaner Deep Pore Cleansing Massager
New
$13.50
Free shipping

---

**Sponsored items inspired by your views**   See all >

Feedback on our suggestions











ebay    Shop by category    Search for anything    All Categories    Search    Advanced

Sell    Watchlist ˅    My eBay ˅

Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist

Pay over time with PayPal Credit
Get 5.99% APR with 12 or 24 Easy Payments on eBay.
Ends 5/1, 11:59pm PT. Min. purchase required.
See terms



Hover to zoom



$ Have one to sell?    Sell now

### Silicone Face Cleansing Brush 5 Mode Electric Facial Cleanser (Navy Blue)

Condition:    New

Quantity:    1    5 available

Price:    AU $20.19
Approximately
US $13.50

Best Offer:

Breathe easy. Returns accepted.

Shipping:    Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shen Zhen, China

Delivery:    ⓘ Estimated between Fri, May 19 and Tue, Jul 18 ⓘ
This item has an extended handling time and a delivery estimate greater than 21 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 day returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  Mastercard  AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to Watchlist

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
dreamflywo-10 (3328 ★)
95.6% positive feedback

♡ Save seller
Contact seller
Visit store
See other items





---

## Similar sponsored items    See all >

Feedback on our suggestions









Silicone Electric Face Cleansing Brush Waterproof Facial Skin Cleaner Massager
New
$13.04
$13.87 6% off
+ $2.67 shipping

Silicone Electric Face Cleansing Brush Waterproof Facial Skin Cleaner Massager
New
$13.04
$13.87 6% off
+ $2.67 shipping

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
$14.70
Free shipping

Silicone Electric Face Cleansing Brush Waterproof Facial Skin Cleaning Massager
New
$12.42
$13.08 5% off
+ $2.67 shipping

Electric Silicone Facial Brush Vibration Cleaner Deep Pore Cleansing Massager
New
$13.50
Free shipping

## Sponsored items inspired by your views    See all >

Feedback on our suggestions









Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄ | 🔍 Search for anything | All Categories ⌄ | Search | Advanced

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🏷 EXTRA **5%** OFF WITH CODE **DEFDFDV12654682**    See all eligible items and terms ›



Hover to zoom

💲 Have one to sell?  **Sell now**

### Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

Condition: New

Color: - Select - ⌄

Quantity: 1    More than 10 available

Price: **$14.16**

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to Watchlist ]

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

↩ **Breathe easy.** Returns accepted.

Shipping:    Free Economy Shipping from outside US. See details
Located in: Shen Zhen, China

Delivery:    🚚 Estimated between **Wed, Mar 29** and **Tue, May 23** ⓘ
This item has an extended handling time and a delivery estimate **greater than 18 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 day returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  MasterCard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

💳 Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
dreamflyyao-10 (3169 ⭐)
95.7% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

  



**Explore a related Store**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Visit store ]

---

## Similar sponsored items    See all ›

Feedback on our suggestions

 

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
6 watchers



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
**$8.50**
6 bids
Free shipping
Seller 99.8% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
72 sold




Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping

Ultrasonic Silicone Electric Facial Cleansing ...
New

---

## Related sponsored items    See all ›

Feedback on our suggestions

   



**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

○ VISA ● mastercard ● AMEX ● Discover

● **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▮▮▮▮▮▮▮▮
Miami, FL 33133-2709
United States
▮▮▮▮▮▮

Change

**Review item and shipping**

Seller: dreamflywo-10    Message to seller

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
Color: Blue
$14.16

Quantity
1

**Delivery**
Est. delivery: Mar 29 – May 23
Economy Shipping from outside US
Free

**Gift cards, coupons, eBay Bucks**

☑ Discount DEFDFDV12654682
Applied: $0.71

Enter code:    Apply

ⓘ To apply a donation, you can't be using gift cards, coupons, eBay Bucks, or reward points.

| | |
|---|---|
| Subtotal (1 item) | $14.16 |
| Shipping | Free |
| Discount | -$0.71 |
| Tax* | $0.94 |
| **Order total** | **$14.39** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 210
Seller Name: ecffl
Marketplace: eBay



eBay

Shop by category ▼ | Search for anything | All Categories ▼ | Search | Advanced

Sell | Watchlist ▼ | My eBay ▼ | 🔔 | 🛒

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

$ Have one to sell? | Sell now

### Silicone facial cleansing beauty face brush deep pore cleanser (Blue)

Condition: New

Quantity: [1] More than 10 available

Price: **$14.92**

**Buy It Now**

**Add to cart**

Best Offer: **Make offer**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

Shipping: **Free** Standard Shipping. See details
Located in: Hollywood, Florida, United States

Delivery: Estimated between Fri. Apr 21 and Mon, Apr 24 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal | G Pay | VISA | Mastercard | AMEX | Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

#### Seller information
ecrfl (336 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items

**Discover related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Shop now

---

### Similar sponsored items

Feedback on our suggestions

   

| | | | | |
|---|---|---|---|---|
| Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US | Proactiv Pore Cleansing Charcoal Infused Brush | Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean | Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B |
| New | New | New | New | New |
| $7.49 | $11.97 | $11.30 | $10.95 | $13.95 |
| Free shipping | Free shipping | 0 bids | Free shipping | Free shipping |
| 6 watchers | Top Rated Plus | + shipping | 41 sold | Seller with a 99.9% positive feedback |
| | 10% off 3+ with coupon | Seller with a 100% positive feedback | | |

---

### Sponsored items inspired by your views

Feedback on our suggestions

    



DOE Number: 211
Seller Name: eclipsefastpitch2
Marketplace: eBay



ebay

Shop by category

Search for anything

All Categories

Search    Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



**Pop Sonic Leaf Facial Cleansing Device - Teal - New In Box**

Condition: New

Price: **$29.99**

| | Buy It Now |
| --- | --- |
| | Add to cart |

Best Offer: | Make offer |

Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $2.99

🚚 Fast and reliable. Ships from United States.

Shipping: US $6.99 Expedited Shipping. See details
Located in: Olathe, Kansas, United States

Delivery: Estimated between **Wed, Apr 19** and **Thu, Apr 20** to 60305 ⓘ

Returns: Seller does not accept returns. See details

Payments: [PayPal] [G Pay] [VISA] [Mastercard] [American Express] [Discover]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
eclipsefastpitch2 (7 ⭐)
100% positive feedback

Save seller
Contact seller
See other items

  

**Discover related items**
114K items sold

lovelydeals2012    Visit store
In eBay Stores
Sponsored

Have one to sell? Sell now

---

**Similar sponsored items**

Feedback on our suggestions



PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple
New
**$29.99**
Free shipping
Seller with a 99.8% positive feedback



Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB
New
**$18.00**
+ $11.75 shipping
Seller with a 100% positive feedback



Josie Maran Nourishing Argan Oil Daily Facial Cleansing Oil 6oz New
New
**$20.00**
0 bids
+ $5.65 shipping
Seller with a 100% positive feedback



Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
**$24.00**
+ $3.50 shipping
Top Rated Plus
Seller with a 100% positive feedback



Pink pop sonic leaflet Sonic Facial Cleansing Device
New (Other)
**$24.99**
Free shipping
Seller with a 100% positive feedback

---

**Sponsored items inspired by your views**

Feedback on our suggestions







**Pay with**

○ Add new card

◉ **PayPal**

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

○ **G Pay** Google Pay

**Ship to**

Miami, FL 33133
United States

Change

**Review item and shipping**

Seller: eclipsefast... | Message to seller

Pop Sonic Leaf Facial Cleansing Device - Teal - New In Box
**$29.99**
Quantity 1

Delivery
Est. delivery: Apr 19 – Apr 22
USPS Priority Mail
**$6.99**

**Gift cards, coupons, eBay Bucks**

Enter code: | Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount | None ▾

How do you like our checkout? Give us feedback

Subtotal (1 item) | $29.99
Shipping | $6.99
Tax* | $2.59

Order total | **$39.57**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 212
Seller Name: eufaulagirl
Marketplace: eBay







Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ˅   My eBay ˅

Shop by category ˅          Search for anything          All Categories ˅          Search          Advanced

‹ Back to home page | Listed in category:   Health & Beauty ›   Skin Care ›   Facial Cleansing Devices          Share | Add to Watchlist





$ Have one to sell?   Sell now

### Silicone Waterproof Electric Facial Cleansing Brush USB Rechargeable Pink

| Condition: | New other (see details) |

| Price: | **$12.95** |

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 2-year protection plan from Allstate - $2.99

🚚 Fast and reliable. Ships from United States.

Shipping:   Free Standard Shipping. See details
Located in: Eufaula, Oklahoma, United States

Delivery:   Estimated between Wed, Apr 26 and Fri, Apr 28 ⓘ

Returns:   Seller does not accept returns. See details

Payments:   PayPal  G Pay  VISA  Mastercard  American Express  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
eufaulagirl (1460 ★)
99.3% positive feedback

♡ Save seller
Contact seller
See other items



**Discover related items**
115K items sold

lovelydeals2012          Shop now
In eBay Stores
Sponsored



---

### Similar sponsored items     See all ›

Feedback on our suggestions



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold



Facial Cleansing Brush, Silicone Electric Massage Brush, Rechargeable
New
**$10.99**
Free shipping
Seller with a 100% positive feedback



Nano 30ML Facial Portable Mist Sprayer for Disinfecting & Face Hydration US
New
**$6.50**
0 bids
+ shipping



SALE FREE 🚚 🇺🇸 USA
Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers



Facial Cleansing Brush
New
**$14.99**
Free shipping
40 sold

Si El M
Ne $

---

### Sponsored items inspired by your views     See all ›

Feedback on our suggestions









**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  MasterCard  AMEX  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Palm Beach, FL 33480
United States

Change

**Review item and shipping**

Seller: eufaulagirl  |  Message to seller

Silicone Waterproof Electric Facial Cleansing Brush USB Rechargeable Pink
**$12.95**
Quantity 1

**Delivery**
Est. delivery: Apr 26 – Apr 28
USPS First Class
Free

**Gift cards, coupons, eBay Bucks**

Enter code:  Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None ▾

| | |
|---|---|
| Subtotal (1 item) | $12.95 |
| Shipping | Free |
| Tax* | $0.91 |

**Order total**  **$13.86**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 213
Seller Name: finelivingcollections
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact                                    Sell   Watchlist ∨   My eBay ∨

ebay      Shop by category ∨    🔍 Search for anything                    All Categories ∨    Search    Advanced

⟨  Back to home page  | Listed in category:  Health & Beauty  > Skin Care  > Facial Cleansing Devices                     Share  | Add to Watchlist

📓 SAVE UP TO **10%** WHEN YOU BUY MORE



### NEW Sonic Facial Cleansing Brush Massager 3-n-1 Rechargeable Silicone ~ H22

| Condition: | New |
| --- | --- |

| Bulk savings: | Buy 1 $17.50/ea | Buy 2 $15.75/ea |
| --- | --- | --- |

Quantity: [ 1 ]    2 available / 1 sold

Price:  **$17.50/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

**Ships from United States**

Shipping:   US $10.40 Expedited Shipping. See details
Located in Lawrenceville, Georgia, United States

Delivery:   Estimated between **Sat, Mar 11** and **Mon, Mar 13** to 33133 ⓘ

Returns:   Seller does not accept returns. See details

Payments:   PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲  eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
fineliiyingcollections (638 ★)
100% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Discover related items**
113K items sold



lovelydeals2012
In eBay Stores
Sponsored    Visit store

💲 Have one to sell?  Sell now

---

#### Similar sponsored items                                            Feedback on our suggestions

            

| Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag | New Therabody TheraFace PRO Facial Massager - Black | Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag | Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New |
| New | New | New | New | New |
| **$19.98** | **$23.67** | **$8.50** 10 bids | **$28.99** | **$9.95** |
| Free shipping | Free shipping | + $10.00 shipping | Free shipping | Free shipping |
| Seller 100% positive | Seller 100% positive | 🔷 Top Rated Plus | Seller 100% positive | 74 sold |
| | | Seller 100% positive | | |

#### Sponsored items inspired by your views                              Feedback on our suggestions

            



DOE Number: 214
Seller Name: fnilleks
Marketplace: eBay

ebay

Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist


Earn $1,000 bonus cash back — CHASE for BUSINESS — Learn More — ink.

🔥 **SAVE UP TO 10% WHEN YOU BUY MORE**



fnilleks    ...

### USB Recharge Waterproof Vibrating Silicone Face Cleansing Brush Electric Facial

Condition: New other (see details)

Bulk savings:
| Buy 1 | Buy 2 |
|---|---|
| $12.99/ea | $11.69/ea |

Quantity: [ 1 ]    2 available / 2 sold

Price: **$12.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Pickup: Free local pickup from Middletown, New York, United States. See details

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell?  **Sell now**

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
fnilleks (1) ⭐
♡ Save seller
Contact seller
See other items



**Shop related items**
115K items sold


lovelydeals2012
In eBay Stores
Sponsored
**Shop now**

---

### Similar sponsored items    See all >

Feedback on our suggestions


Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus


Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback


RODIAL Bee Venom Cleansing Balm 3.4 fl oz New in Box $55 retail
New
**$9.99**
0 bids
+ shipping
Seller with a 100% positive feedback


HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
Top Rated Plus
2790 sold


5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$6.55**
Free shipping
2790 sold

Si
Fa
So
Ne
$
Fr

---

### Sponsored items customers also bought    See all >

Feedback on our suggestions


Super Face Washing Machine Electric Soft Silicone Facial Brush


Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable


Perlier Royal Elixir Youth Creator with Royal Pro Youth Peptide - 2 oz


Silicone Face Cleansing Brush Facial Cleanser Washing Massager



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▇▇▇▇▇
Miami, FL 33138-4055
United States
▇▇▇

Change

**Review item and shipping**

Seller: fnilleks    Message to seller

USB Recharge Waterproof Vibrating Silicone Face Cleansing Brush Electric Facial

$12.99

Quantity
1

● **Delivery**
Est. delivery: Apr 26 – Apr 29
USPS First Class
$5.10

○ **Pickup**
Contact seller after checkout to arrange pickup

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| Subtotal (1 item) | $12.99 |
|---|---|
| Shipping | $5.10 |
| Tax* | $1.27 |

**Order total**    **$19.36**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay

Shop by category ▾

Search for anything    All Categories ▾    Search    Advanced

Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ▾    My eBay ▾    🔔    🛒

< Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs    Share | Add to Watchlist

🎁 SAVE UP TO **10%** WHEN YOU BUY MORE



fnilleks

### USB Recharge Waterproof Vibrating Silicone Face Cleansing Brush Electric Facial

Condition: New other (see details)

Bulk savings:
| Buy 1 $12.99/ea | Buy 2 $11.69/ea |

Quantity: [ 1 ]    2 available / 2 sold

Price: **$12.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Pickup: Free local pickup from Middletown, New York, United States. See details

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? [ Sell now ]

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
fnilleks (1 ⭐)

💚 Save seller
Contact seller
See other items



**Discover related items**
115K items sold

lovelydeals2012
in eBay Stores
Sponsored    [ Visit store ]

---

Similar sponsored items    Feedback on our suggestions

    

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus

2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback

Tresor Rare ULTIMATE PEARL Cleansing and Revitalizing Mousse 5.1 oz - New
New
**$50.00**
0 bids
Free shipping

3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6
New
**$14.97**
Free shipping
Top Rated Plus
149 sold

5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$6.55**
Free shipping
2785 sold

---

Sponsored items inspired by your views    Feedback on our suggestions

    

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus

Forever Lina Mini T Sonic Facial Cleansing Device
Pre-owned
**$39.99**
+ $6.25 shipping
Seller with a 100% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.98**
+ shipping
Seller with a 100% positive feedback

2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
Top Rated Plus

Facial Cleansing Brush Silicone Face Scrub Brush Manual Exfoliating Brush
New
**$14.95**
Free shipping
Top Rated Plus

**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA ⬛ ⬛ DISCOVER

⦿ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▬▬▬▬
Miami, FL 33133
United States
▬▬▬

Change

**Review item and shipping**

Seller: fnilleks   Message to seller



USB Recharge Waterproof Vibrating Silicone Face Cleansing Brush
Electric Facial

$12.99

Quantity
1

⦿ **Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
$5.10

○ **Pickup**
Contact seller after checkout to arrange pickup

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy,
safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later than 30 days after the end of the
month in which the donation is made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $12.99 |
| Shipping | $5.10 |
| Tax* | $1.27 |

**Order total**    **$19.36**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.
*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with _PayPal_**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 215
Seller Name: forestytore
Marketplace: eBay

ebay

Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

◁ Back to previous page | Listed in category: Health & Beauty › Skin Care › Cleansers & Toners

Share | Add to Watchlist



**Electric Face Cleanser Rose Red Vibrate Pore Clean Silicone Cleansing Brush**

Condition: New

Number of sets: - Select -

Quantity: 1    9 available / 1 sold

Price: **$9.55**
Approximately US $9.56

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

↩ **Breathe easy.** Returns accepted.

Shipping: Free Economy Shipping. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

Delivery: Estimated between Mon, May 8 and Wed, Jul 5 ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
forestyore (7488 ⭐)
97.6% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

Registered as a Business Seller

ebay
**Collect your bounty**
Plus, an eBay exclusive Mandalorian™ Funko Pop!
This is the way
STAR WARS
© & ™ Lucasfilm Ltd.

Have one to sell? $ Sell now

---

**Similar sponsored items**    Feedback on our suggestions



Electric Face Cleanser Rose Red Vibrate Pore Clean Silicone Cleansing Brush Mass
New
**$9.73**
$10.77 10% off
Free shipping

Electric Face Cleanser Rose Red Vibrate Pore Clean Silicone Cleansing Brush
New
**$9.56**
Free shipping

1PC Electric Facial Cleansing Brush Face Deep Cleansing Facial Pore Cleaner
New
**$7.43**
Free shipping
Seller with a 99.5% positive feedback

Electric Cleanser Brush Cleanser Silicone for Ladies Home Travel
New
**$10.05**
Free shipping

1PC Face Cleaning Brush Handheld Mat Scrubber Facial Pore Cleaner
New
**$7.39**
Free shipping

---

**Sponsored items inspired by your views**    Feedback on our suggestions



Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore

**ebay** Checkout

How do you like our checkout? Give us feedback

To add items, go to cart.

## Pay with

○ Add new card
VISA  MasterCard  AMEX

● **PayPal**
Current exchange rate: $1 = £0.77324
Change currency

○ **PayPal CREDIT** ⌄

○ Google Pay

## Ship to

▬▬▬▬▬▬
Palm Beach, FL 33480
United States
▬▬▬▬▬

Change

## Review item and shipping

Seller: forestytore    |    Message to seller



Electric Face Cleanser Rose Red Vibrate Pore Clean Silicone Cleansing Brush
Number of sets: 1x
**$9.55**

Quantity
1

**Delivery**
Est. delivery: May 8 – Jul 5
Economy Shipping from Greater China to worldwide
Free

## Gift cards, coupons, eBay Bucks

Enter code:     Apply

---

Subtotal (1 item)        $9.55
Shipping                 Free
Tax*                     $0.67

### Order total              $10.22

**Order total in USD        $10.64**

Current conversion rate: $1 = $0.96

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with** *PayPal*

You'll finish checkout on PayPal



**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 216
Seller Name: fortunately6
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ˅   My eBay ˅

🔔   🛒 0

Shop by category ˅   🔍 Search for anything | All Categories ˅ | Search | Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist


Learn how to earn a $50 statement credit
With a new eBay Mastercard®. Ends 4/25.    ( See details )

🏷 SAVE UP TO **20%** WHEN YOU BUY MORE



$ Have one to sell?   Sell now

## Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

Condition: New

Bulk savings:

| Buy 1 $12.93/ea | Buy 2 $11.64/ea | Buy 3 $10.99/ea |
|---|---|---|

4 or more for $10.34/ea

Quantity: [ 1 ]   More than 10 available / 12 sold

Price: **$12.93/ea**
Was US $13.61 ⓘ
Save US $0.68 (4% off)

Best Offer:

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping:   **Free Standard Shipping.** See details
Located in: New Jersey, United States

Delivery:   Estimated between **Thu, Apr 27** and **Tue, May 2** ⓘ

Returns:   30 day returns. Buyer pays for return shipping. See details

Payments:   PayPal   G Pay   VISA   ●●   AMEX   DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
fortunately6 (11982 ⭐)
96.4% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Discover related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

## Similar sponsored items     See all ›

Feedback on our suggestions



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Avon The Face Shop RICE WATER BRIGHT Foaming Cleanser 10.1 oz Moisturize SEALED
New
**$7.99**
0 bids
Free shipping



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Silicone Massager
New
**$7.49**
Free shipping



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: fortunately6    Message to seller

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
$12.93
$13.61

Quantity
1

Delivery
Est. delivery: Apr 27 – May 2
Standard Shipping
Free

Save up to 5%

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

Subtotal (1 item)          $12.93
Shipping                   Free
Tax*                       $0.91

**Order total               $13.84**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with **PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🅱 SAVE UP TO **20%** WHEN YOU BUY MORE



Have one to sell? **Sell now**

### Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

Condition: New

Bulk savings:
| Buy 1 $12.93/ea | Buy 2 $11.64/ea | Buy 3 $10.99/ea |

4 or more for $10.34/ea

Sale ends in: 6d 17h

Quantity: 1    More than 10 available / 7 sold

Price: **$12.93/ea**
Was US $13.61 ⓘ
Save US $0.68 (4% off)

**Buy It Now**

**Add to cart**

Best Offer:    **Make offer**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

Ships from United States | Returns accepted | 6 watchers

Shipping: Free Standard Shipping. See details
Located in: New Jersey, United States

Delivery: Estimated between Sat, Mar 11 and Thu, Mar 16 ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover
**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
fortunately6 (18495 ⭐)
96.7% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items





---

Similar sponsored items    See all ›

Feedback on our suggestions


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive


Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
72 sold


Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
**$8.50**
6 bids
Free shipping
Seller 99.8% positive


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.25**
$12.89 5% off
Free shipping


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping

Fa...
El...
Vi...
Ne...
$...
Fr...
Se...

---

Sponsored items customers also bought    See all ›

Feedback on our suggestions






Daily Deals   Brand Outlet   Help & Contact                                          Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

Shop by category ⌄    🔍 Search for anything                            All Categories ⌄    Search    Advanced

← Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🔥 **SAVE UP TO 20% WHEN YOU BUY MORE**



$ Have one to sell?   Sell now

### Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

| Condition: | New |
|---|---|

| Bulk savings: | Buy 1 $12.93/ea | Buy 2 $11.64/ea | Buy 3 $10.99/ea |
|---|---|---|---|

4 or more for $10.34/ea

Sale ends in: 2d 0h

Quantity: [ 1 ]    More than 10 available / 10 sold

Price: **$12.93/ea**
Was US $13.61 ⓘ
Save US $0.68 (4% off)

Best Offer:

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

| Shipping: | **Free** Standard Shipping. See details |
|---|---|
| | Located in: New Jersey, United States |
| Delivery: | Estimated between **Tue, Apr 18** and **Sat, Apr 22** ⓘ |
| Returns: | 30 day returns. Buyer pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  Mastercard  AmEx  Discover |

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

#### Shop with confidence

$ **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

#### Seller information

fortunately6 (19098 ⭐)
96.4% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
114K items sold

lovelydeals2012
In eBay Stores
Sponsored

Shop now

---

### Similar sponsored items

Feedback on our suggestions



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.12
$7.49 5% off
Free shipping
5 watchers



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.89
Free shipping



Hydra Machine Water Facial Hydro Deep Cleansing Skin Tightening Dermabrasion Spa
New
$1,126.00
0 bids
+ shipping
Seller with a 100% positive feedback



Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable
New
$14.99
Free shipping
Seller with a 99.2% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback



**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT** Special financing available. Apply now. See terms

○ G Pay Google Pay

**Ship to**

Palm Beach, FL 33480
United States

Change

**Review item and shipping**

Seller: fortunately6     Message to seller

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
**$12.93**
$13.61

Quantity
1

**Delivery**
Est. delivery: Apr 18 – Apr 22
Standard Shipping
**Free**

Save up to 5%

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine
Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None

Subtotal (1 item)     $12.93
Shipping     Free
Tax*     $0.91

**Order total     $13.84**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with *PayPal***

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 217
Seller Name: Fun-Home-914
Marketplace: eBay

 

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄

🔍 Search for anything                          All Categories ⌄    **Search**   Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist

🏷 SAVE UP TO **10%** WHEN YOU BUY MORE



Hover to zoom

$ Have one to sell? **Sell now**

### Facial Cleansing Brush Waterproof Silicone Sonic Face Brush Handheld Cleaning

Condition: New

Color: Blue ⌄

Quantity: 1    Last One

Price: **$33.37**

| Buy It Now |
| Add to cart |
| ♡ Add to Watchlist |

🚚 **Breathe easy.** Free shipping and returns.

Shipping: **Free** Economy Shipping from Greater China to worldwide. See details
Located in: Hong Kong, HK, Hong Kong

Delivery: 📦 Estimated between **Mon, Mar 27** and **Fri, May 12** ⓘ
Please note the delivery estimate is **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 day returns. Seller pays for return shipping. See details

Payments:  

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
funhome914 (187 ★)
100% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items





**Shop related items**
113K items sold

 lovelydeals2012
In eBay Stores
Sponsored

**Shop now**

---

### Similar sponsored items    See all ›

Feedback on our suggestions



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
72 sold



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



Facial prickly pear seed oil anti-wrinkle serum argan oil vitamin E face neck
New
**$11.10**
0 bids
+ $12.00 shipping



Facial Cleansing Brush
New
**$14.99**
Free shipping
38 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.61 5% off
Free shipping
6 watchers

---

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions







DOE Number: 218
Seller Name: gamertechz
Marketplace: eBay



ebay

Shop by category

Search for anything    All Categories    Search    Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

Grow your money with an even greater rate.
You can with a Money Market Account.
ally do it right.
Open Account
4.00%
Annual Percentage Yield on all balance tiers



Hover to zoom

$ Have one to sell? Sell now

## New Electric Facial Cleansing Brush Silicone Sonic Vibration Mini Cleaner Deep

Condition: New

Price: **$17.95**

Buy It Now

Add to cart

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
gamertechz (1955 ★)
99.4% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



GOATS COOLS
Pepto Bismol ULTRA
COATS COOLS
BUY NOW
Use as directed. Keep out of reach of children.

---

### Similar sponsored items    See all ›






Feedback on our suggestions

| Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Heated Massager | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | facial turmeric toner + VC | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager |
|---|---|---|---|---|
| New | | New | New | New |
| $19.98 | $12.93 | $13.99 | $7.49 | $9.00 |
| Free shipping | $13.61 5% off | 0 bids | Free shipping | + shipping |
| Seller with a 100% positive feedback | Free shipping | + shipping | Last one | Seller with a 100% positive feedback |
| | 9 watchers | | | |

---

### Sponsored items inspired by your views    See all ›







Feedback on our suggestions

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Automatic Chicken Coop Door Opener Light Sensor Automatic Chicken House Door US

Automatic Chicken Coop Door Opener Light Sensor Control Auto Pet Door Waterproof



**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT** Special financing available. Apply now. See terms

○ **G Pay** Google Pay

**Ship to**

Boca Raton, FL 33433
United States

Change

**Review item and shipping**

Seller: gamertechz. | Message to seller

New Electric Facial Cleansing Brush Silicone Sonic Vibration Mini Cleaner Deep
**$17.95**
Quantity 1

**Delivery**
Est. delivery: Apr 27 – Apr 29
USPS Priority Mail
**$10.65**

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None ▾

| Subtotal (1 item) | $17.95 |
|---|---|
| Shipping | $10.65 |
| Tax* | $2.00 |
| **Order total** | **$30.60** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 219
Seller Name: gladidavi2
Marketplace: eBay

ebay

Shop by category

Search for anything

All Categories

Search

Advanced

Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist    My eBay

‹ Back to previous page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist


Pay over time with PayPal Credit
Get 12.99% APR with 12 or 24 Easy Payments on eBay.
Ends 4/20, 11:59pm PT. Min. purchase required.
See terms



## Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB

Condition:  New

Price:  **$18.00**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

### Additional service available

☐  3-year protection plan from Allstate - $1.99

🚚  Fast and reliable. Ships from United States.

Delivery:  Varies

Returns:  Seller does not accept returns. See details

Payments:  PayPal  GPay  VISA  Mastercard  AmEx  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
gladidavi2 (16 ⭐)
100% positive feedback

♡ Save seller
Contact seller
See other items


CHASE
and back on all other purchases.
Learn More
Member FDIC

$ Have one to sell?  **Sell now**

---

### Similar sponsored items

Feedback on our suggestions



Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
**$24.00**
+ $3.50 shipping
Top Rated Plus
Seller with a 100% positive feedback



Pink pop sonic leaflet Sonic Facial Cleansing Device
New (Other)
**$24.99**
Free shipping
Seller with a 100% positive feedback



Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback

PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple
New
**$29.99**
Free shipping
Seller with a 99.8% positive feedback



POP SONIC LEAFLET Sonic Facial Cleansing Device PINK - Line & Wrinkle Reducer
New (Other)
$24.95 12% off
Free shipping
Top Rated Plus

---

### Sponsored items inspired by your views

Feedback on our suggestions



Pink pop sonic leaflet Sonic Facial Cleansing Device



Pop Sonic The Leaflet Sonic Facial Cleansing Device "Gray" NIB



POP SONIC LEAFLET Sonic Facial Cleansing Device PINK - Line & Wrinkle Reducer



Plum Beauty Compact Sonic Facial Cleansing & Refreshes Brush -



LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser BNIB black

**eb**ay **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card
   VISA  Mastercard  AMEX  Discover

● **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ **G Pay**  Google Pay

**Ship to**

▬▬▬▬▬
Miami, FL 33133-2709
United States
▬▬▬▬▬
Change

**Review item and shipping**

Seller: gladidavi2   |   Message to seller



Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof
Rechargeable NIB
**$18.00**
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS Priority Mail
**$12.55**

**Gift cards, coupons, eBay Bucks**

Enter code:              Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy,
safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later than 30 days after the end of the
month in which the donation is made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| | |
|---|---|
| Subtotal (1 item) | $18.00 |
| Shipping | $12.55 |
| Tax* | $2.14 |

**Order total**    **$32.69**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

 MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 220
Seller Name: gogetter8719
Marketplace: eBay

ebay

Shop by category

Search for anything | All Categories | **Search** | Advanced

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist


**Pay over time with PayPal Credit**
Enjoy no interest on $99+ eBay purchases if fully paid in 6 months.
Min. purchase required.

See terms



Hover to zoom

$ Have one to sell? | Sell now

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition: New other (see details)

Price: **$34.99**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ **Add to Watchlist**

Additional service available

☐ 1-year protection plan from Allstate - $4.99


Ships from United States

Pickup: Free local pickup from Memphis, Tennessee, United States. See details

Shipping: Free Standard Shipping. See details
Located in: Memphis, Tennessee, United States

Delivery: Estimated between **Tue, Mar 14** and **Sat, Mar 18** to 33133 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal | G Pay | VISA | Mastercard | AMEX | Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
gogetter8719 (755 ★)
88.9% Positive feedback

♡ Save Seller
Contact seller
See other items


**Shop a related Store**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items

Feedback on our suggestions


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive


Isdin Essential Cleansing Oil Based Cleanser 200ml 6.76oz
New
**$16.00**
0 bids
+ $12.00 shipping
Seller 100% positive


NEW Sonic Facial Cleansing Brush Massager 3-n-1 Rechargeable Silicone ~ H22
New
**$17.50**
+ $10.40 shipping
Seller 100% positive


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ $6.40 shipping
Seller 100% positive

H... Br... Cl...
Ne...
$...
Fr...
74...

---

### Sponsored items customers also bought

Feedback on our suggestions







DOE Number: 221
Seller Name: gogotop-666
Marketplace: eBay



Shop by category

Search for anything      All Categories      **Search**      Advanced

Daily Deals   Brand Outlet   Help & Contact    Sell   Watchlist   My eBay

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🔥 SAVE UP TO **20%** WHEN YOU BUY MORE




### Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

**Condition:** New

**Sale ends in:** 6d 1h

**Color:** Black

**Bulk savings:**

| Buy 1 $13.39/ea | Buy 2 $12.05/ea | Buy 3 $11.38/ea |
|---|---|---|

4 or more for $10.71/ea

**Quantity:** 1    10 available





**Price:** **$13.39/ea**
Was US $14.09 ⓘ
Save US $0.70 (4% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

$ Have one to sell?   **Sell now**

#### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

#### Seller information

gogotop-666 (5434 ⭐)
95.9% Positive feedback

♡ **Save Seller**

Contact seller

Visit store

See other items

#### Additional service available

☐ 3-year protection plan from Allstate - $1.99

Returns accepted

**Shipping:** Free Economy Shipping from outside US. See details
Located in: Shen Zhen, China

**Delivery:** 📦 Estimated between **Wed, Mar 29** and **Tue, May 23** ⓘ
This item has an extended handling time and a delivery estimate **greater than 18 business days.**
Please allow additional time if international delivery is subject to customs processing.

**Returns:** 30 day returns. Buyer pays for return shipping. See details

**Payments:** PayPal  GPay  VISA  💳  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

💳 Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

Similar sponsored items          See all >          Feedback on our suggestions



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
72 sold




Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
6 watchers

Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
**$8.50**
6 bids
Free shipping
Seller 99.8% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.85**
$13.50 5% off
Free shipping




Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



**Pay with**

Add new card

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: gogotop-666    Message to seller

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
Color: Black
**$13.39**
$14.09

Quantity
1

**Delivery**
Est. delivery: Mar 29 – May 23
Economy Shipping from outside US
**Free**

Save up to 5%

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

How do you like our checkout? Give us feedback

| | |
|---|---|
| Subtotal (1 item) | $13.39 |
| Shipping | Free |
| Tax* | $0.94 |

**Order total**    **$14.33**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 222
Seller Name: goingon61
Marketplace: eBay



Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ˅    My eBay ˅



ebay

Shop by category ˅

Search for anything

All Categories ˅    Search    Advanced



< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🏷 SAVE UP TO **23%** WHEN YOU BUY MORE




< | >

Hover to zoom

$ Have one to sell?  Sell now

### Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool

Condition: New

Color: Black ˅

Bulk savings:

| Buy 1 $12.89/ea | Buy 2 $11.60/ea | Buy 3 $10.96/ea |
|---|---|---|

4 or more for $9.93/ea

Quantity: [ 1 ]   8 available / 2 sold

Price: **$12.89/ea**
List price US $28.18 ⓘ
Save US $15.29 (54% off)

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

Additional service available

☐ 3-year protection plan from Allstate - $1.99

 Fast and reliable. Ships from United States.

 Breathe easy. Returns accepted.

Shipping: Free Standard Shipping. See details
Located in: New Jersey, United States

Delivery: Estimated between Thu, Apr 27 and Tue, May 2 ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information

goingon6l (7214 ⭐)
95.4% positive feedback

♡ Save seller

Contact seller

Visit store

See other items



**Explore a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Shop now ]

### Similar sponsored items    See all >

Feedback on our suggestions



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleaner Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Nano 30ML Facial Portable Mist Sprayer for Disinfecting & Face Hydration US
New
**$6.50**
0 bids
+ shipping



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
70 sold



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

El...
Br...
M...
Ne...
$...
Fr...
5...

### Sponsored items inspired by your views    See all >

Feedback on our suggestions







**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

● *PayPal*

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: goingon61    Message to seller

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
Color: Black
**$12.89**
$28.38

Quantity
1

**Delivery**
Est. delivery: Apr 27 – May 2
Standard Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:      Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| Subtotal (1 item) | $12.89 |
|---|---|
| Shipping | Free |
| Tax* | $0.90 |

**Order total** $13.79

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with *PayPal***

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ




Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

eBay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

← Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🔖 **SAVE UP TO 23% WHEN YOU BUY MORE**




Hover to zoom

$ Have one to sell?  **Sell now**

### Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool

Condition: New

Color: Black ⌄

Bulk savings:
| Buy 1 $12.89/ea | Buy 2 $11.60/ea | Buy 3 $10.96/ea |
|---|---|---|

4 or more for $9.93/ea

Quantity: [ 1 ]    8 available / 2 sold

Price: **$12.89/ea**
List price US $28.18 ⓘ
Save US $15.29 (54% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Additional service available**

☐ **3-year protection plan** from Allstate - $1.99





🚚 Fast and reliable. Ships from United States.

↩ Breathe easy. Returns accepted.

Shipping: Free Standard Shipping. See details
Located in: New Jersey, United States

Delivery: Estimated between Tue, Apr 18 and Sat, Apr 22 ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
golngon61 (7163 ⭐)
95.4% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

## Similar sponsored items

Feedback on our suggestions




Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.12**
$7.49 5% off
Free shipping
5 watchers


NEW Murad Brighten UP ECLAIRCIR 3 PIECE Facial Skincare Set NIB
New
**$9.95**
0 bids
+ $1.96 shipping
Seller with a 99.4% positive feedback


Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
🏆 Top Rated Plus
9 watchers



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

## Sponsored items inspired by your views

Feedback on our suggestions









ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  Mastercard  AMEX  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▬▬▬▬▬▬
Palm Beach, FL 33480
United States
▬▬▬▬
Change

**Review item and shipping**

Seller: goingon61    Message to seller



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
Color: Black
**$12.89**
$28.18

Quantity
1

**Delivery**
Est. delivery: Apr 18 – Apr 22
Standard Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $12.89 |
| Shipping | Free |
| Tax* | $0.90 |

**Order total**    **$13.79**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal


ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 223
Seller Name: gotogoodsllc
Marketplace: eBay









DOE Number: 224
Seller Name: gufl8006
Marketplace: eBay




Learn how to earn a $50 statement credit
With a new eBay Mastercard®. Ends 4/25.   See details

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners    Share | Add to Watchlist



## Sonic Facial Cleansing Brush Massager: 3-in-1 Rechargeable Electric Silicone Exf

Condition: New

Price: **$26.99**

Buy It Now
Add to cart
♡ Add to Watchlist

⊟♦ **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: Free 2-4 day shipping
Get it between Wed, Apr 26 and Fri, Apr 28. See details
Located in: North Brunswick, New Jersey, United States

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA ⬤ AMEX DISCOVER

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
gu8006 (304 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items




**Explore a related Store**
115K items sold
lovelydeals2012
In eBay Stores
Sponsored    Visit store

$ Have one to sell? Sell now

### Similar sponsored items    See all >
Feedback on our suggestions

    

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$15.69
Free shipping
33 sold

Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New
$18.44
Free shipping
Seller with a 100% positive feedback

Elemis Pro-collagen Cleansing Balm - 3.05 oz
New
$30.00
0 bids
+ shipping
Seller with a 100% positive feedback

USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
$9.47
$9.97 5% off
Free shipping

USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
$9.47
$9.97 5% off
Free shipping

### Sponsored items inspired by your views    See all >
Feedback on our suggestions

    

PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face
New (Other)

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New

Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New

Facial Electric Silicone Cleansing Brush Exfoliator Rechargeable Face Scrubber
New

Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  MasterCard  [card]  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████
Boca Raton, FL 33433
United States
████████
Change

**Review item and shipping**

Seller: gufi8006    Message to seller

Sonic Facial Cleansing Brush Massager: 3-in-1 Rechargeable Electric Silicone Exf
**$26.99**
Quantity 1

**Delivery**
Est. delivery: Apr 27 – Apr 29
USPS Priority Mail
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| | |
|---|---|
| Subtotal (1 item) | $26.99 |
| Shipping | Free |
| Tax* | $1.89 |

**Order total**    **$28.88**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 225
Seller Name: healthiswealth-tyler
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact

Shop by category ∨

Search for anything

All Categories ∨   **Search**   Advanced

Sell   Watchlist ∨   My eBay ∨

← Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



$ Have one to sell? Sell now

### Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

Condition: **New**

Price: **$9.98**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 **Fast and reliable.** Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  🔲  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

🇦🇺 Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
healthiswealth-tyler (26 ⭐)
100% positive feedback

♡ Save seller
Contact seller
See other items





**Discover related items**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

**Visit store**

---

### Similar sponsored items

Feedback on our suggestions



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
67 sold



Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage USB
New
**$8.40**
$8.94 6% off
Free shipping
28% off 9+ with coupon



NEW belif Hydrators-On-The-Go 5 Piece Moisturizing Facial Skin Care Kit
New
**$9.95**
0 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage.
New
**$10.77**
$11.46 6% off
Free shipping
27% off 8+ with coupon

---

### Sponsored items inspired by your views

Feedback on our suggestions



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**



Facial Cleansing Brush Silicone Face Scrub Brush Manual Exfoliating Brush
New
**$14.95**



Pulsadern SONIC WASHCLOTH 2 speed Silicone Face Brush PINK waterproof
New (Other)
**$9.50**



Electric Facial Cleansing Brush, FBFL Sonic Silicone Face Brush & Pink
New
**$14.99**



Toys Importers Pack of 2 Reversible Octopus Mood Plush - 1 x 7.9in Blue
New
**$16.16**



DOE Number: 226
Seller Name: homematecollection
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄   Search for anything   All Categories ⌄   **Search**   Advanced

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist

eBay Money Back Guarantee
Get the item you ordered or your money back - it's that simple.   Learn More ›





Hover to zoom

$ Have one to sell?   **Sell now**

### IPX-7 Electric Soft Silicone Ultrasonic Facial Cleanser Washing Massage Brush

Condition: **New**

color: Pink ⌄

Quantity: 1    5 available

Price: **$25.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Shipping: **Free** Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: China, China

Delivery: ⚡ Estimated between **Thu, Mar 30** and **Wed, May 24** ⓘ
Please note the delivery estimate is **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
homematecollection (1195 ★)
97.9% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items





**Discover related items**
113K items sold

lovelydeals2012   Visit store
In eBay Stores
Sponsored



---

### Similar sponsored items

Feedback on our suggestions



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
R Top Rated Plus



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
R Top Rated Plus
Seller 99.5% positive



LOT of 10 CHANTECAILLE RICE & GERANIUM FOAMING CLEANSER 8ML/.27oz x10= FULL SIZE
New
**$15.00**
3 bids
Free shipping
R Top Rated Plus
Seller 99.8% positive



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
R Top Rated Plus



5-1 Multifunction Electronic Face Facial Cleansing Brush Spa Skin Care massage
New
**$5.99**
Free shipping
857 sold

---

### Sponsored items inspired by your views

Feedback on our suggestions













**Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

Add new card

○ VISA ● ● ●

● **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

## Ship to

████████
Miami, FL 33133-2709
United States
████████
Change

Subtotal (1 item)          $25.99
Shipping                    Free
Tax*                        $1.82

**Order total            $27.81**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

[ **Pay with PayPal** ]

You'll finish checkout on PayPal.

ebay MONEY BACK GUARANTEE
See details.


Help
?

## Review item and shipping

Seller: homematecol...   Message to seller



IPX-7 Electric Soft Silicone Ultrasonic Facial Cleanser Washing
Massage Brush
color: Pink
**$25.99**

Quantity
1

### Delivery



● Est. delivery: Mar 30 – May 24
Economy Shipping from Greater China to worldwide
**Free**

○ Est. delivery: Mar 23 – Mar 28
SpeedPAK Standard
**$1.99**

○ Est. delivery: Mar 23 – Apr 24
ePacket delivery from China
**$1.99**

## Gift cards, coupons, eBay Bucks

Enter code:            [ Apply ]

## Donate to charity (optional) ⓘ



Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio
engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity
no later than 30 days after the end of the month in which the donation is made. Donations are
non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if
the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 227
Seller Name: hot_sale66
Marketplace: eBay



Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

< Back to home page | Listed in category: Health & Beauty  > Skin Care  > Facial Cleansing Devices

Share | Add to Watchlist

🏷 SAVE UP TO **18%** WHEN YOU BUY MORE



$ Have one to sell?  Sell now

### Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

Condition: New

Color:  Black ⌄

Bulk savings:

| Buy 1 $12.85/ea | Buy 2 $11.82/ea | Buy 3 $11.18/ea |
|---|---|---|

4 or more for $10.54/ea

Quantity: 1    More than 10 available

Price: **$12.85/ea**
Was US $13.53 ⓘ
Save US $0.68 (5% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99



Ships from United States    Returns accepted

Shipping:  Free Standard Shipping. See details
Located in: New Jersey, United States

Delivery:  Estimated between Fri, Mar 10 and Mon, Mar 13 ⓘ

Returns:  30 day returns. Buyer pays for return shipping.
See details

Payments: 🅿️ G Pay VISA 🔴 AMEX 🔵
**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
hot_sale66 (3170 ⭐)
97.2% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items    See all >

Feedback on our suggestions













| | | | | |
|---|---|---|---|---|
| Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New | Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager |
| New | New | New | New | New |
| $9.95 | $19.98 | $8.50 | $12.25 | $12.93 |
| | | 6 bids | $12.89 5% off | $13.61 5% off |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| 72 sold | Seller 100% positive | Seller 99.8% positive | | 6 watchers |

### Sponsored items inspired by your views    See all >

Feedback on our suggestions













DOE Number: 228
Seller Name: humble_living_sales
Marketplace: eBay

Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

‹ Back to home page | Listed in category: Health & Beauty  >  Skin Care  >  Facial Cleansing Devices

Share | Add to Watchlist

and unlimited 2% cash back on all other purchases. CHASE for BUSINESS   ink   Learn More   Member FDIC



### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition: New

Price: **$9.22**

[ Buy It Now ]

[ Add to cart ]

Best Offer:

[ Make offer ]

[ ♡ Add to Watchlist ]

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

↩ **Breathe easy.** Free returns.

⇄ **Fast and reliable.** Ships from United States.

Delivery:  Varies

Returns:  30 day returns. Seller pays for return shipping.
See details

Payments: [PayPal] [G Pay] [VISA] [MasterCard] [AMEX] [DISCOVER]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more



**Shop with confidence**

🛡 Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
humble_living_sales (3405 ⭐)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

$ Have one to sell?  [ Sell now ]

---

### Similar sponsored items    See all ›

Feedback on our suggestions













Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

NEW belif Hydrators-On-The-Go 5 Piece Moisturizing Facial Skin Care Kit
New
**$9.95**
1 bid
+ $1.95 shipping
Seller with a 99.4% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
Last one

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping

Si Br M
Ne
$
Fr
21

---

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions













**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA · Mastercard · American Express · Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ GPay Google Pay

**Ship to**

Palm Beach, FL 33480
United States

Change

**Review item and shipping**

Seller: humble_livi... | Message to seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
**$9.22**
Quantity 1

**Delivery**
Est. delivery: Apr 27 – Apr 29
USPS First Class
**$5.65**

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

**Donate to charity (optional)** ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None ▼

| Subtotal (1 item) | $9.22 |
|---|---|
| Shipping | $5.65 |
| Tax* | $1.04 |
| **Order total** | **$15.91** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Cleansers & Toners

Share | Add to Watchlist

ARE YOUR KIDS IN THE RIGHT SEAT?   CHECK NOW   NHTSA ad

EXTRA **5%** OFF WITH CODE **5OFFAPR23**   See all eligible items and terms ▸



SUPER COOL WASHING MACHINE
JMY04 JMY16

Hover to zoom

💲 Have one to sell?   **Sell now**

### Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean

Condition: New

Quantity: [ 1 ]   2 available

Price: **$18.44**

Best Offer:

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: **Free Standard Shipping.** See details
Located in: Lexington, Tennessee, United States

Delivery: Estimated between **Thu, Apr 27** and **Sat, Apr 29** ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
humble_living_sales (3405 ★)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Discover related items**
115K items sold

lovelydeals2012   **Visit store**
In eBay Stores
Sponsored

---

### Similar sponsored items     See all ›

Feedback on our suggestions








5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.99
$12.99 46% off
Free shipping
55 sold

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$15.69
Free shipping
33 sold

facial turmeric toner + VC
New
$13.99
0 bids
+ shipping

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
$7.99
Free shipping
11 watchers

Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New
$14.98
$16.1 7% off
+ $1.23 shipping
7 watchers

5-
Cl
Sk
Ne
$
Fr
27

### Sponsored items inspired by your views     See all ›

Feedback on our suggestions









DOE Number: 229
Seller Name: imud39
Marketplace: eBay

ebay

Shop by category

Search for anything          All Categories          Search          Advanced

Sell   Watchlist   My eBay

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



### Silicone Electric Facial Cleansing Brush Face Massager Deep Clean Pores vibrate

Condition: New

Price: **$17.49**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
imud39 (16 ⭐)
100% positive feedback

♡ Save seller
Contact seller
See other items

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

Shipping:  Free Economy Shipping. See details
Located in: Colorado, United States

Delivery: 📦 Estimated between Sat, Apr 22 and Thu, Apr 27 ⓘ
Includes 10 business days handling time after receipt of cleared payment.

Returns:  Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

💲 Have one to sell?  **Sell now**

---

### Similar sponsored items

Feedback on our suggestions









Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.12**
$7.49 5% off
Free shipping
5 watchers

Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable
New
**$14.99**
Free shipping
Seller with a 99.2% positive feedback

NEW Murad Brighten UP ECLAIRCIR 3 PIECE Facial Skincare Set NIB
New
**$9.95**
0 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus
9 watchers

Silicone Electric Facial Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Si...
Br...
Ca...
Ne...
Fr...

---

### Sponsored items inspired by your views

Feedback on our suggestions













**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart.

**Pay with**

○ Add new card
VISA Mastercard AMEX Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

██████████
Palm Beach, FL 33480
United States
██████████
Change

**Review item and shipping**

Seller: imud39 | Message to seller

Silicone Electric Facial Cleansing Brush Face Massager Deep Clean Pores vibrate
**$17.49**
Quantity 1

**Delivery**
Est. delivery: Apr 22 – Apr 27
Economy Shipping
Free

**Gift cards, coupons, eBay Bucks**

[ Enter code ]   ( Apply )

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   [ None ▾ ]

| Subtotal (1 item) | $17.49 |
|---|---|
| Shipping | Free |
| Tax* | $1.22 |
| **Order total** | **$18.71** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 230
Seller Name: inthemeadow
Marketplace: eBay

ebay

Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

**EXTRA 5% OFF WITH CODE SAVEMEADOW5** See all eligible items and terms ▸



### FBFL Silicone Facial Cleansing Brush PINK Five Level Waterproof Soft On Face

Condition: New

Price: **$12.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Shop with confidence**

⭐ **Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
inthemeadow (2690 ⭐)
99.9% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Discover related items**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Visit store

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 **Breathe easy.** Free shipping and returns.

🚚 **Fast and reliable.** Ships from United States.

Shipping: Free Standard Shipping. See details
Located in: Rapid City, South Dakota, United States

Delivery: Estimated between **Thu, Apr 20** and **Sat, Apr 22** to 60305 ⓘ

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? **Sell now**

---

### Similar sponsored items

Feedback on our suggestions



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
⭐ Top Rated Plus
10% off 3+ with coupon



Murad Nutrient-Charged Water Gel 1 oz. Facial Moisturizer
New
**$35.00**
0 bids
+ $5.00 shipping



FBFL Silicone Facial Cleansing Brush New Sealed Package
New
**$1.25**
+ $10.20 shipping
Seller with a 99.8% positive feedback

Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

U...
C...
Ne
$...
Fr...
9...

---

### Sponsored items inspired by your views

Feedback on our suggestions













DOE Number: 231
Seller Name: jass2965
Marketplace: eBay



ebay

Shop by category

Search for anything          All Categories          Search          Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist



Hover to zoom

$ Have one to sell?   Sell now

## USB Rechargeable Waterproof Vibrating Silicone Facial Cleansing Brush

Condition: **New**

Quantity: 1   More than 10 available

Price: **$10.00**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

Delivery: Varies
Returns: Seller does not accept returns. See details
Payments: PayPal  G Pay  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information

jass2965 (8)

♡ Save seller
Contact seller
See other items

  

**Shop related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items

Feedback on our suggestions

   

2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
🔵 Top Rated Plus
Seller with a 99.5% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
🔵 Top Rated Plus

Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off
Free shipping

El...
Si...
Fa...
Ne...
$...
Fre...
Se...

---

### Sponsored items inspired by your views

Feedback on our suggestions

    

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off
Free shipping

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
🔵 Top Rated Plus
10% off 3+ with coupon

Forever Lina Mini T Sonic Facial Cleansing Device
Pre-owned
**$39.99**
+ $6.25 shipping
Seller with a 100% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.98**
+ shipping
Seller with a 100% positive feedback

2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
🔵 Top Rated Plus
Seller with a 99.5% positive feedback

Fa...
Ex...
Ne...
$...
Fre...
Se...

Report this item



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  MC  AMEX  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133
United States

Change

**Review item and shipping**

Seller: jass2985    Message to seller

USB Rechargeable Waterproof Vibrating Silicone Facial Cleansing Brush
**$10.00**

Quantity
1

Delivery
Est. delivery: Apr 21 – Apr 24
USPS First Class
$5.70

**Gift cards, coupons, eBay Bucks**

Enter code:       Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

Subtotal (1 item)          $10.00
Shipping                    $5.70
Tax*                        $1.10

**Order total           $16.80**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 232
Seller Name: jedigirl10
Marketplace: eBay

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ∨   My eBay ∨

**ebay**

Shop by category ∨

Search for anything

All Categories ∨

Search

Advanced

Back to previous page | Listed in category:  Health & Beauty > Skin Care > Facial Cleansing Devices > See more Pop Sonic Leaf Facial ...

Share | Add to Watchlist

ARE YOUR KIDS IN THE RIGHT SEAT?   CHECK NOW   NHTSA  ad





### NEW Pop Sonic Leaf Sonic Facial Cleansing Electric Device Pink Design/Sealed

★★★★★ 1 product rating

Condition:  New

Price:  **$29.50**

**Buy It Now**

**Add to cart**

Best Offer:  **Make offer**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $2.99

🚚 Fast and reliable. Ships from United States.

Delivery:  Varies

Returns:  Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell?   Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
jedigirl10 (304 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items

Shop a related Store
278K items sold
eaudeluxe
In eBay Stores
Sponsored
Visit store

---

## Similar sponsored items

Feedback on our suggestions



Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
**$24.00**
+ $3.50 shipping
Top Rated Plus
Seller with a 100% positive feedback



Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB
New
**$18.00**
+ shipping
Seller with a 100% positive feedback



Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Pink pop sonic leaflet Sonic Facial Cleansing Device
New (Other)
**$24.99**
Free shipping
Seller with a 100% positive feedback



PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple
New
**$29.99**
Free shipping
Seller with a 99.8% positive feedback

---

## Sponsored items inspired by your views

Feedback on our suggestions









ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA · mastercard · AMEX · DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: jedigirl10    Message to seller

NEW Pop Sonic Leaf Sonic Facial Cleansing Electric Device Pink Design/Sealed
**$29.50**
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 25
USPS First Class
**$10.95**

**Gift cards, coupons, eBay Bucks**

| Enter code: | Apply |

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| Subtotal (1 item) | $29.50 |
| Shipping | $10.95 |
| Tax* | $2.83 |
| **Order total** | **$43.28** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 233
Seller Name: jekyllu.s.a
Marketplace: eBay

ebay

Shop by category

Search for anything     All Categories     Search     Advanced

< Back to previous page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

Pay over time with PayPal Credit
Get 12.99% APR with 12 or 24 Easy Payments on eBay.
Ends 4/20, 11:59pm PT. Min. purchase required.
See terms

🔥 EXTRA 10% OFF 3+ ITEMS WITH CODE JEKYLLUSAXXX  See all eligible items and terms ▸




Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

Condition:: New

Coulor:: - Select -

Quantity: 1   4 available / 15 sold

Price: $11.97

**Buy It Now**

**Add to cart**

♡ Add to Watchlist



### Shop with confidence

Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information
jekyllusa (22864 ⭐)
96.2% positive feedback

Save seller
Contact seller
Visit store
See other items

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

🚚 Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

Shipping:   Free 3-4 day shipping
Get it between **Mon, Apr 24** and **Tue, Apr 25**. See details
Located in: Orlando, Florida, United States

Returns:   30 day returns. Seller pays for return shipping.
See details

Payments:   PayPal  GPay  VISA  Mastercard  AmEx  Discover

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

## Similar sponsored items

Feedback on our suggestions







Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
$13.95
Free shipping
Seller with a 99.9% positive feedback

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$6.99
Free shipping
69 sold

NuFACE Trinity Advanced Facial Toning Device
New
$95.00
0 bids
Free shipping
Seller with a 100% positive feedback

Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
$10.95
Free shipping
41 sold

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
$6.99
Free shipping
Seller with a 99.4% positive feedback

---

## Sponsored items customers also bought

Feedback on our suggestions



How do you like our checkout? Give us feedback

**ebay Checkout**

**Pay with**

○ Add new card
VISA  DISCOVER  Mastercard  AMERICAN EXPRESS

● **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**
▮▮▮▮▮▮▮
Palm Beach, FL 33480
United States
▮▮▮▮▮
Change

**Review item and shipping**
Seller: jekyllu.s.a    Message to seller

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
Coolor : Pink
**$11.97**

Quantity
1

**Delivery**
**Free 2-3 day shipping**
Get it by Apr 22 – Apr 24
USPS First Class

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

| Subtotal (1 item) | $11.97 |
|---|---|
| Shipping | Free |
| Tax* | $0.84 |
| **Order total** | **$12.81** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Daily Deals    Brand Outlet    Help & Contact                                      Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

Shop by category ⌄    🔍 Search for anything                          All Categories ⌄    Search    Advanced

◁ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

💲 **EXTRA 10% OFF 3+ ITEMS WITH CODE JEKYLLUSAXXX**    See all eligible items and terms ▸



## Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

Condition: **New**

Coluor:: - Select -

Quantity: 1    4 available / 16 sold

Price: **$11.97**    [ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

🚚 Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

Shipping:    Free Standard Shipping. See details
            Located in: Orlando, Florida, United States

Delivery:    Estimated between Fri, Apr 21 and Mon, Apr 24 ⓘ

Returns:    30 day returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

**Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information
jekyllu.sa (22822 ⭐)
96.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Shop related items**
115K items sold

 lovelydeals2012    [ Visit store ]
In eBay Stores
Sponsored

💲 Have one to sell?    [ Sell now ]

---

### Similar sponsored items                                           Feedback on our suggestions



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold



Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
67 sold

### Sponsored items customers also bought                                Feedback on our suggestions

    

 **Checkout**

How do you like our checkout? Give us feedback

## Pay with

Add new card

VISA ● ● ●

● **PayPal**

**PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

## Ship to

█████████
█████
Miami, FL 33133
United States
███████

Change

## Review item and shipping

Seller: jekyllu.s.a   Message to seller



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
Coolor : Blue
**$11.97**

Quantity
1

**Delivery**
**Free 2-4 day shipping**
Get it by Apr 20 – Apr 22
USPS First Class

## Gift cards, coupons, eBay Bucks

Enter code:     Apply

## Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None

| | |
|---|---|
| Subtotal (1 item) | $11.97 |
| Shipping | Free |
| Tax* | $0.84 |
| **Order total** | **$12.81** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 234
Seller Name: jemsbyjen
Marketplace: eBay

ebay

Shop by category

Search for anything

All Categories

Search

Advanced

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay

‹ Back to home page | Listed in category:  Health & Beauty ›  Skin Care ›  Facial Cleansing Devices

Share | Add to Watchlist

SAVE UP TO 5%   See all eligible items and terms ▶



Hover to zoom

Have one to sell?   Sell now

## Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink

Condition: **New**

Price: **$11.39**
Was US $11.99 ⓘ
Save US $0.60 (5% off)

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

🔁 **Breathe easy.** Free shipping and returns.

🔁 **Fast and reliable.** Ships from United States.

Shipping: **Free 2-4 day shipping**
Get it between Thu, Apr 20 and Sat, Apr 22. See details
Located in: Bremen, Indiana, United States

Returns: 30 day returns. Seller pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

🔖 **Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information
jemsbyjen (20525 ⭐)
99.4% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Discover related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items


Feedback on our suggestions


Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB
New
**$18.00**
+ shipping
Seller with a 100% positive feedback


Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus
10% off 3+ with coupon


NEW belif Hydrators-On-The-Go 5 Piece Moisturizing Facial Skin Care Kit
New
**$9.95**
0 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ shipping
Seller with a 100% positive feedback


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

---

### Sponsored items inspired by your views
Feedback on our suggestions


HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager


Facial Cleansing Brush, Sonic Silicone Face Scrubber, Face Vibrating Massager NEW


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager


Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US


Forever Lina Mini T Sonic Facial Cleansing Device



ebay

Shop by category ∨

Search for anything        All Categories ∨     **Search**    Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🏷 SAVE UP TO 5%   See all eligible items and terms ►



Hover to zoom

💲 Have one to sell?   **Sell now**

## Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink

Condition: New

Price:   **$11.39**
Was US $11.99 ⓘ
Save US $0.60 (5% off)

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ **Add to Watchlist**

Additional service available

☐  3-year protection plan from Allstate - $1.99

**Free shipping and returns**          Ships from United States

Shipping:   Free Standard Shipping. See details
Located in: Bremen, Indiana, United States

Delivery:   Estimated between **Sat, Mar 11** and **Tue, Mar 14** to 33133 ⓘ

Returns:   30 day returns. Seller pays for return shipping. See details

Payments:   [PayPal] [G Pay] [VISA] [MasterCard] [American Express] [Discover]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information
jemsbylen (20325 ⭐)
99.3% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Shop a related Store**
113K items sold

lovelydeals2012   **Shop now**
In eBay Stores
Sponsored

---

### Similar sponsored items                                   Feedback on our suggestions

         

| Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | DR. DENNIS GROSS SKINCARE - FACIAL STEAMER SOLUTIONS- GREAT ITEM AT REDUCED PRICE | Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New | Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber | Fa... Si... M... |
| New | New | New | New | New | Ne |
| $19.98 | $7.49 | $45.00 | $9.95 | $7.39 | $ |
| Free shipping | Free shipping | 0 bids | Free shipping | Free shipping | +... |
| Seller 100% positive | | + $14.50 shipping | 74 sold | 59 sold | |

---

### Sponsored items inspired by your views               Feedback on our suggestions

        



DOE Number: 235
Seller Name: jg-trading
Marketplace: eBay

ebay

Shop by category

Search for anything | All Categories | Search

Advanced

Daily Deals  Brand Outlet  Help & Contact

Sell  Watchlist  My eBay  🔔  🛒

<  Back to home page  | Listed in category:  Health & Beauty  >  Skin Care  >  Exfoliators & Scrubs

Share | Add to Watchlist





Have one to sell?  Sell now

### Sonic facial Cleansing Brush Massager 3 In 1 Rechargeable Electric Silicone Blue

🔥 Last item available

| Condition: | New |
| Quantity: | 1  Last One / 1 sold |
| Price: | **$17.98** |

Best Offer:

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to Watchlist

Ships from United States

| Delivery: | Varies |
| Returns: | Seller does not accept returns. See details |
| Payments: | PayPal  GPay  VISA  MasterCard  AmEx  Discover |

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
jg-trading (417 ⭐)
100% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Shop related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

## Similar sponsored items

Feedback on our suggestions



3-1 Multi Interchangeable Facial Cleansing Spin Face Massage Brush Skin Care Spa
New
**$19.99**
Free shipping
27 sold



Silicone Electric Facial Cleansing Brush Exfoliator Scrubber Sonic Rechargeable
New
**$19.99**
Free shipping
Seller 100% positive



Isdin Essential Cleansing Oil Based Cleanser 200ml 6.76oz
New
**$16.00**
0 bids
+ $12.00 shipping
Seller 100% positive

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
~~$24.95~~ 20% off
Free shipping



4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$21.99**
Free shipping
31 sold

---

## Sponsored items inspired by your views

Feedback on our suggestions



Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush
New
**$35.00**
Free shipping
Seller 100% positive



FOREVER LINA T-Sonic mini Facial Cleansing Device
New
**$12.99**
+ shipping
Seller 100% positive



Flipping Octopus Flipping Octopus Octopus Plush Toy Flipping Doll Octopu
New
**$24.69**
~~$25.99~~ 5% off
Free shipping



Official Reversible Mood Colour Changing Octopus Plush Pre Loved Soft Toys
Pre-owned
**$4.74**
+ shipping
Seller 100% positive



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
**$13.98**
Free shipping



ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
   VISA ◼ ◼ DISCOVER

● **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ GPay Google Pay

**Ship to**

▬▬▬▬▬
Miami, FL 33133-2709
United States
▬▬▬▬▬1
Change

**Review item and shipping**

Seller: jg-trading          Message to seller

Sonic facial Cleansing Brush Massager 3 In 1 Rechargeable Electric Silicone Blue
$17.98
Quantity 1

Delivery
Est. delivery: Mar 13 – Mar 17
USPS First Class
$7.95

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None ▾

| | |
|---|---|
| Subtotal (1 item) | $17.98 |
| Shipping | $7.95 |
| Tax* | $1.82 |
| **Order total** | **$27.75** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 236
Seller Name: jiche96
Marketplace: eBay

THE FIRST-EVER MAZDA CX-50
WITH MAZDA INTELLIGENT DRIVE SELECT
DISCOVER MORE
PRE-PRODUCTION 2023 MAZDA CX-50 2.5 TURBO MERIDIAN EDITION WITH APEX PACKAGE SHOWN



Hover to zoom

$ Have one to sell?  **Sell now**

## Moyan Silicone Electric Cleansing Brush Facial Skin Cleaner Cleaning Massager

Condition: **New**

Price: **$55.00**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

Shipping: **Free** Economy Shipping. See details
Located in: Brooklyn, New York, United States

Delivery: Estimated between **Tue, Apr 25** and **Thu, Apr 27** ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence
💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
jiche96 (200 ★)
100% positive feedback

♡ **Save seller**
**Contact seller**
**See other items**



**Shop a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Visit store**

---

### Similar sponsored items    See all >

Feedback on our suggestions



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
$12.99 46% off
Free shipping
55 sold

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

NuFACE Trinity Advanced Facial Toning Device
New
**$95.00**
0 bids
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$15.98**
Free shipping

5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$6.55**
Free shipping
2789 sold

### Related sponsored items    See all >

Feedback on our suggestions






Paula's Choice-2% BHA Liquid Exfoliant 4fl-oz-Skin Perfecting - All

5-1 Multifunction Electronic Facial Cleansing Face Massage Brush

Paulas Choice--Skin PERFECTING 2% BHA Liquid Salicylic Acid

2% Skin Perfecting BHA Liquid Salicylic Acid Exfoliant Gentle US

✅Facial Peeling Gel/Scrub Moisturizer Exfoliater Whitening



ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA · discover · Mastercard · AMEX

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

▬▬▬▬
Miami, FL 33133-2709
United States
▬▬▬
Change

**Review item and shipping**

Seller: jiche96    Message to seller

Moyan Silicone Electric Cleansing Brush Facial Skin Cleaner Cleaning Massager
**$55.00**
Quantity 1

**Delivery**
Est. delivery: Apr 25 – Apr 28
USPS Parcel Select Ground
Free

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

Subtotal (1 item)          $55.00
Shipping                     Free
Tax*                        $3.85

**Order total**            **$58.85**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 237
Seller Name: jkatang
Marketplace: eBay

ebay

Shop by category

Search for anything | All Categories | Search

Advanced

Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist | My eBay

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices > See more Pop Sonic Leaf Bud Fa...

Share | Add to Watchlist




### PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple

☆☆☆☆☆  Be the first to write a review

**Condition:** New

**Price:** **$29.99**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Additional service available**

☐ 3-year protection plan from Allstate - $2.99

**Pickup:** Free local pickup from Bristol, Connecticut, United States. See details

**Shipping:** Free Standard Shipping. See details
Located in: Bristol, Connecticut, United States

**Delivery:** Estimated between Thu, Apr 20 and Sat, Apr 22 ⓘ

**Returns:** Seller does not accept returns. See details

**Payments:** PayPal  G Pay  VISA  MasterCard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

ⓢ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
jkatang (1738 ★)
99.8% positive feedback

Save seller
Contact seller
Visit store
See other items

$ Have one to sell?  [ Sell now ]

---

**Similar sponsored items**                                            Feedback on our suggestions









| Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B | Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed. | Trio Lancome Creme Mousse Confort Cleansing + Tonique Confort + Sugar Scrub | Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB | FOREVER LINA T-Sonic mini Facial Cleansing Device |
|---|---|---|---|---|
| New | New | New | New | New |
| $13.95 | $24.00 | $30.00 | $18.00 | $12.99 |
| Free shipping | + $3.50 shipping | 0 bids | + shipping | + shipping |
| Seller with a 99.9% positive feedback | Top Rated Plus | + $5.00 shipping | Seller with a 100% positive feedback | Seller with a 100% positive feedback |
|  | Seller with a 100% positive feedback | Seller with a 100% positive feedback |  |  |

---

**Sponsored items customers also bought**                                 Feedback on our suggestions





| Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B | Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager |
|---|---|
| New | New |
| $13.95 | $6.99 |



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA discover master AE

● PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: jkatang · Message to seller

PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple
$29.99
Quantity 1

● **Delivery**
  ● Est. delivery: Apr 21 – Apr 24
    USPS First Class
    **Free**
  ○ Est. delivery: Apr 21 – Apr 22
    USPS Priority Mail
    **$8.00**

○ **Pickup**
  Contact seller after checkout to arrange pickup

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount        None ▾

| Subtotal (1 item) | $29.99 |
| Shipping | Free |
| Tax* | $2.10 |

**Order total**        **$32.09**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 238
Seller Name: jlmays84
Marketplace: eBay



ebay Shop by category | Search for anything | All Categories | Search | Advanced

‹ Back to previous page | Listed in category:  Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist

ebay Collect your bounty
Plus, an eBay exclusive Mandalorian™ Funko Pop!   This is the way





Hover to zoom

$ Have one to sell?  **Sell now**

### Pop Sonic Leaf Facial Cleansing Device Black Swirl New In Box

Condition:  New

Price:  **$35.00**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ **Add to Watchlist**

🚚 Fast and reliable. Ships from United States.

Shipping:  US $4.00 Standard Shipping. See details
Located in: Hanover, Pennsylvania, United States

Delivery:  Estimated between **Sat, Apr 22** and **Thu, Apr 27** ⓘ
Includes **5 business days** handling time after receipt of cleared payment.

Returns:  Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
jlmays84 (245 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Discover related items**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

**Visit store**

---

### Similar sponsored items

Feedback on our suggestions



Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
**$24.00**
+ $3.50 shipping
Top Rated Plus
Seller with a 100% positive feedback



PMD Clean Smart Facial Cleansing Device BERRY New in box
New
**$35.98**
+ $6.50 shipping
Seller with a 100% positive feedback

Dermalogica PRO Special Cleansing Gel 32oz
New
**$70.00**
0 bids
+ $5.00 shipping



POP SONIC LEAFLET Sonic Facial Cleansing Device PINK - Line & Wrinkle Reducer
New (Other)
**$21.96**
$24.95 12% off
Free shipping
Top Rated Plus



PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple
New
**$29.99**
Free shipping
Seller with a 99.8% positive feedback

Pi
Ci
Ne
$
Fr
Se

---

### Sponsored items customers also bought

Feedback on our suggestions







**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart.

**Pay with**

○ Add new card
VISA DISCOVER ●●●●● AMEX

◉ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▬▬▬▬▬
Miami, FL 33133-2709
United States
▬▬▬▬▬

Change

**Review item and shipping**

Seller: jimays84       Message to seller

Pop Sonic Leaf Facial Cleansing Device Black Swirl New In Box
**$35.00**
Quantity 1

**Delivery**
Est. delivery: Apr 24 – Apr 28
USPS First Class
**$4.00**

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount       None ⌄

| Subtotal (1 item) | $35.00 |
|---|---|
| Shipping | $4.00 |
| Tax* | $2.73 |

**Order total**       **$41.73**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with _PayPal_**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 239
Seller Name: jobob-treasures
Marketplace: eBay



Shop by category | Search for anything | All Categories | Search | Advanced

Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist   My eBay   🔔   🛒

← Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

The seller is away until Apr 26, 2023. If you buy this item, expect a delay in shipping.



Hover to zoom

$ Have one to sell? **Sell now**

### Sonic Facial Cleanser Precision Beauty Skin Care Solutions New

Condition: **New other (see details)**
"New, Old Stock. New in original box."

Price: **$4.99**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

**Additional service available**

☐ 2-year protection plan from Allstate - $2.99

🚚 Fast and reliable. Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

#### Seller information

jobob-treasures (557 ★)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

### Sponsored items inspired by your views

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
~~$9.98~~ 10% off
Free shipping
⭐ Top Rated Plus



Automatic Waterproof Chicken Coop Door With Light Sensor Poultry Gate Hen House
New
**$24.00**
Free shipping
9 watchers



Automatic Chicken Coop Door Opener, Automatic Chicken House Door with Light S...
New
**$47.84**
Free shipping
Seller with a 99.1% positive feedback

$
Ne

---

**About this item** | Shipping, returns & payments                                      Report this item

Seller assumes all responsibility for this listing.
Last updated on Apr 11, 2023 12:27:50 PDT View all revisions

eBay item number: **115752070882**

## Item specifics

| Condition | New other (see details) ⓘ |
| Seller Notes | "New, Old Stock. New in original box." |
| Main Purpose | Excessive Oil, Wrinkles, Dirt, Makeup |
| Power Source | Battery |

| Skin Type | All Skin Types |
| Color | Pink |



How do you like our checkout? Give us feedback

**Checkout**

**Pay with**

○ Add new card

○ **PayPal**  (selected)

○ PayPal CREDIT  Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: jobob-treas... | Message to seller

Sonic Facial Cleanser Precision Beauty Skin Care Solutions New
**$4.99**
Quantity 1

Delivery
Est. delivery: Apr 29 – May 4
USPS First Class
**$12.55**

**Gift cards, coupons, eBay Bucks**

Enter code:   | Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None ▾

| Subtotal (1 item) | $4.99 |
|---|---|
| Shipping | $12.55 |
| Tax* | $1.23 |
| **Order total** | **$18.77** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain purchases. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 240
Seller Name: kenn.johns
Marketplace: eBay

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

ebay

Shop by category ⌄

Search for anything

All Categories ⌄   Search   Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist

Pay over time with PayPal Credit
Get 5.99% APR with 12 or 24 Easy Payments on eBay.
Ends 4/1, 11:59pm PT. Min. purchase required.

See terms






< >

**Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean**

Condition: New

Price: **$24.99**

Buy It Now

Add to cart

Best Offer:

Make offer

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments:   VISA 

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? | Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
kenn.johns (209 ⭐)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

**Shop related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

**Similar sponsored items**   See all >

Feedback on our suggestions






5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
$12.99 46% off
Free shipping
55 sold

Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New
**$18.44**
Free shipping
Seller with a 100% positive feedback

RODIAL Bee Venom Cleansing Balm 3.4 fl oz New in Box $55 retail
New
**$9.99**
0 bids
+ shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New
**$14.98**
$16.11 7% off
+ $1.23 shipping
7 watchers

5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$4.99**
Free shipping
27 sold

Si
Cl
Ne
$
Fr
33

---

**Sponsored items inspired by your views**   See all >

Feedback on our suggestions







PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face
New (Other)

Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massag
New

Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New

Facial Electric Silicone Cleansing Brush Exfoliator Rechargeable Face Scrubber
New

Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
Bl
$

**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

Add new card

⭘ PayPal

⭘ PayPal CREDIT
Special financing available.
Apply now. See terms

⭘ G Pay  Google Pay

## Ship to

▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
Boca Raton, FL 33433
United States
▮▮▮▮▮▮▮

Change

## Review item and shipping

Seller: kenn.johns | Message to seller



Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean

**$24.99**

Quantity 1

**Delivery**
Est. delivery: Apr 27 – May 1
USPS First Class
$5.65

## Gift cards, coupons, eBay Bucks

Enter code:        Apply

## Donate to charity (optional) ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount        None ▾

---

| Subtotal (1 item) | $24.99 |
| Shipping | $5.65 |
| Tax* | $2.14 |

**Order total** **$32.78**

By placing your order, you agree to eBay's User Agreement and Privacy Notice

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

---

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 241
Seller Name: kinseibeauty4
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact    Sell   Watchlist ⌄   My eBay ⌄    🔔   🛒

Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

← Back to home page | Listed in category:  Health & Beauty  >  Skin Care  >  Exfoliators & Scrubs    Share | Add to Watchlist

**Pay over time with PayPal Credit**
No interest on $99+ eBay purchases if fully paid in 6 months.
Min. purchase required.    See terms    ✕



Hover to zoom

$ Have one to sell?  **Sell now**

### Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush

| | |
|---|---|
| Condition: | New |
| color: | blue ⌄ |
| Quantity: | 1    4 available / 8 sold |

Price:  **$9.71**

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

↩ **Breathe easy.** Returns accepted.

| | |
|---|---|
| Shipping: | Free SpeedPAK Standard. See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: Shenzhen, China |
| Delivery: | ⚡ Estimated between **Fri, Apr 28** and **Wed, May 3** ⓘ |
| | This item has an extended handling time and a delivery estimate **greater than 12 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 day returns. Buyer pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  Mastercard  American Express  Discover |

**PayPal CREDIT**
Special financing available. See terms and apply now

⭐ Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
kinseibeauty ⌄ (7) ★
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Shop a related Store**
114K items sold



lovelydeals2012
In eBay Stores    **Shop now**
Sponsored

---

### Similar sponsored items

Feedback on our suggestions

             

| | | | | |
|---|---|---|---|---|
| HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | NEW Murad Brighten UP ECLAIRCIR 3 PIECE Facial Skincare Set NIB | 5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber | 5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa |
| New | New | New | New | New |
| $19.98 | $19.96 | $9.95 | $6.99 | $6.55 |
| Free shipping | $24.95 20% off | 0 bids | $12.99 46% off | Free shipping |
| ✓ Top Rated Plus | Free shipping | + $1.95 shipping | Free shipping | 2778 sold |
| Seller with a 100% positive feedback | | Seller with a 99.4% positive feedback | 51 sold | |

---

### Sponsored items inspired by your views

Feedback on our suggestions

            



**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart.

**Pay with**

○ Add new card
VISA ● ● ●

● **PayPal**

○ **PayPal** CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Palm Beach, FL 33435
United States

Change

**Review item and shipping**

Seller: kinselbeauty4   Message to seller

Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush
color: blue
$9.71

Quantity
1

**Delivery**
Est. delivery: Apr 28 – May 3
SpeedPAK Standard
Free

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount      None

Subtotal (1 item)          $9.71
Shipping                   Free
Tax*                       $0.68

**Order total**            **$10.39**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with **PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



### Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush

**Condition:** New

**color:** blue

**Quantity:** 1   5 available / 7 sold

**Price:** **$9.71**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Returns accepted

**Shipping:** Free SpeedPAK Standard. See details
Located in: Shenzhen, China

**Delivery:** Estimated between **Wed, Mar 22** and **Mon, Mar 27** ⓘ
This item has an extended handling time and a delivery estimate **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

**Returns:** 30 day returns. Buyer pays for return shipping. See details

**Payments:** PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
kinselbeauty4 (69 ★)
100% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

---

Similar sponsored items    See all >

Feedback on our suggestions



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$7.59**
$7.99 5% off
Free shipping
9 watchers

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US
New
**$11.99**
Free shipping

Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
**$8.50**
6 bids
Free shipping
Seller 99.8% positive

USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
**$9.97**
Free shipping

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$15.98**
Free shipping

---

Sponsored items customers also bought    See all >

Feedback on our suggestions




4 Pack Face Scrubber Soft Silicone Facial Cleansing Brush Face

2x Silicone Handheld Face Scrubber Cleansing Brush Facial



**Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

Add new card

○ VISA · MasterCard · AmEx · Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: kinselbeauty4   Message to seller

Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner
Face Brush
color: blue
**$9.71**

Quantity
1

**Delivery**
Est. delivery: Mar 22 – Mar 27
SpeedPAK Standard
Free

**Gift cards, coupons, eBay Bucks**

Enter code:   Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio
engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity
no later than 30 days after the end of the month in which the donation is made. Donations are
non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if
the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None

Subtotal (1 item)          $9.71
Shipping                    Free
Tax*                       $0.68

**Order total                $10.39**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.
*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details.

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 242
Seller Name: l3unnypink
Marketplace: eBay








ebay

Shop by category

Search for anything | All Categories | Search

Advanced

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay

← Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist



Deep

Have one to sell?   Sell now

## Luxsio Sonic Beauty Facial Cleansing Brush 3 in 1 Skincare Solution New In Box

Condition: **New**

Price: **$19.99**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

**Ships from United States**

Pickup: Free local pickup from Brooklyn, New York, United States. See details

Shipping: Free Standard Shipping. See details
Located in: Brooklyn, New York, United States

Delivery: Estimated between **Mon, Mar 13** and **Tue, Mar 14** ⓘ

Returns: Seller does not accept returns. See details

Payments:  

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
l3unnypink (449 ★)
100% Positive feedback

♡ Save Seller
Contact seller
See other items

---

## Similar sponsored items

Feedback on our suggestions


3-1 Multi Interchangeable Facial Cleansing Spin Face Massage Brush Skin Care Spa
New
**$19.99**
Free shipping
27 sold


3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6
New
**$14.97**
Free shipping
⬛ Top Rated Plus
126 sold


Bluemercury Spring Edit Travel Skincare Set 12 pc
New
**$9.99**
1 bid
+ shipping
⬛ Top Rated Plus
Seller 99.7% positive


5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$6.55**
Free shipping
2742 sold


5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$6.55**
Free shipping
67 sold

---

## Sponsored items inspired by your views

Feedback on our suggestions


Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush
New


FOREVER LINA T-Sonic mini Facial Cleansing Device
New


Flipping Octopus Flipping Octopus Octopus Octopus Plush Toy Flipping Doll Octopu
New


Official Reversible Mood Colour Changing Octopus Plush Pre Loved Soft Toys
Pre-owned


Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ **G Pay** Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: i3unnypink   Message to seller

Luxsio Sonic Beauty Facial Cleansing Brush 3 in 1 Skincare Solution
New In Box
$19.99
Quantity 1

● Delivery
Free 3-4 day shipping
Get it by Mar 13 – Mar 14
USPS First Class

○ Pickup
Contact seller after checkout to arrange pickup

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost sales tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| | |
|---|---|
| Subtotal (1 item) | $19.99 |
| Shipping | Free |
| Tax* | $1.40 |
| **Order total** | **$21.39** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 243
Seller Name: lcmj2018au
Marketplace: eBay









**Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart.

## Pay with



○ Add new card

○ **PayPal**
Current exchange rate: $1 = AU $1.42764
Change currency

○ **PayPal CREDIT** ⌄

○ **GPay** Google Pay

## Ship to

▬▬▬▬
Boca Raton, FL 33433
United States
▬▬▬▬
Change

## Review item and shipping

Seller  lcmj2018au   Message to seller



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
Item Type: A (Pink Battery Powered)
**AU $13.99**

Quantity
1 ⌄

**Delivery**
Est. delivery: May 12 – Jun 7
Standard Shipping from Greater China to worldwide
Free

## Gift cards, coupons, eBay Bucks

Enter code:  [ Apply ]

---

| | |
|---|---|
| Subtotal (1 item) | AU $13.99 |
| Shipping | Free |
| Tax* | AU $0.98 |

**Order total**   AU $14.97
**Order total in USD**   **$10.49**

Current conversion rate: $1 = AU $1.42764

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ **Pay with PayPal** ]

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 244
Seller Name: lcmj2018us
Marketplace: eBay



Daily Deals    Brand Outlet    Help & Contact                                                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

Shop by category ⌄      🔍 Search for anything                          All Categories ⌄      **Search**      Advanced

< Back to home page | Listed in category:  Health & Beauty  >  Skin Care  >  Cleansers & Toners                    Share | Add to Watchlist



**Note: Battery not included**

AA battery

Clean

Model A

$ Have one to sell?    **Sell now**

### Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner

Condition: New

Item Type:    A (Pink Battery Powered) ⌄

Quantity:    1       More than 10 available / 11 sold

Price: **$7.99**

| **Buy It Now** |
| **Add to cart** |
| ♡ Add to Watchlist |

🔁 **Breathe easy.** Free shipping and returns.

⚡ **People want this.** 10 people are watching this.

Shipping:    Free SpeedPAK Standard. See details
             International shipment of items may be subject to customs processing and additional charges. ⓘ
             Located in: Guangzhou, China

Delivery:    🇺🇸 Estimated between **Fri, Apr 28** and **Wed, May 3** ⓘ
             This item has an extended handling time and a delivery estimate **greater than 13 business days.**
             Please allow additional time if international delivery is subject to customs processing.

Returns:     30 day returns. Seller pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
lomj2018us (3771 ⭐)
97.1% positive feedback

☆ Save seller
Contact seller
Visit store
See other items

---

### Similar sponsored items                                                    Feedback on our suggestions



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
$12.99 46% off
Free shipping
51 sold



Hydra Machine Water Facial Hydro Deep Cleansing Skin Tightening Dermabrasion Spa
New
**$1,126.00**
0 bids
+ shipping
Seller with a 100% positive feedback



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$9.31**
Free shipping
7 watchers



10 Speed Silicone Facial Skin Cleansing Brush Face Massager Vibration Deep Clean
New
**$16.82**
$19.79 15% off
+ $4.00 shipping

---

### Sponsored items customers also bought                                       Feedback on our suggestions











DOE Number: 245
Seller Name: leon_gill
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ˅   My eBay ˅

ebay

Shop by category ˅

Search for anything

All Categories ˅

Search

Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



**Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink**

Condition: New

Price: **$14.80**

**Buit It Now**

♡ Add to Watchlist

Additional service available

☐ **3-year protection plan** from Allstate - $1.99

Ships from United States | Returns accepted

Shipping:    US $5.70 Standard Shipping. See details
             Located in: Rockton, Illinois, United States

Delivery:    Estimated between **Sat, Mar 11** and **Tue, Mar 14** to
             33133 ⓘ

Returns:     14 day returns. Buyer pays for return shipping. See
             details

Coverage:    Read item description or contact seller for details.
             See all details
             (Not eligible for eBay purchase protection programs)

$ Have one to sell?  Sell now

Seller information
leon_gill (1378 ⭐)
100% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Shop related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

**Similar sponsored items**                                                          Feedback on our suggestions











| Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | NEW Sonic Facial Cleansing Brush Massager 3-n-1 Rechargeable Silicone ~ H22 | New Therabody TheraFace PRO Facial Massager - Black | Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | S... A... Lii... |
|---|---|---|---|---|---|
| New | New | New | New | New | Ne... |
| $19.98 | $17.50 | $8.50 | $9.95 | $7.49 | $... |
| Free shipping | + $10.40 shipping | 10 bids | Free shipping | Free shipping | Fr... |
| Seller 100% positive | Seller 100% positive | + $10.00 shipping | 74 sold | | Se... |
| | | 🔵 Top Rated Plus | | | |
| | | Seller 100% positive | | | |

---

**Sponsored items customers also bought**                                             Feedback on our suggestions





| Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag | CeraVe Hydrating Facial Cleanser For Normal To Dry Skin - 16oz. |
|---|---|
| New | New |
| $23.67 | $19.99 |
| Free shipping | Free shipping |
| Seller 100% positive | 60 sold |

Report this item



DOE Number: 246
Seller Name: linsh0p
Marketplace: eBay



ebay      Shop by category ▾      🔍 Search for anything      All Categories ▾      Search      Advanced

Daily Deals    Brand Outlet    Help & Contact      Sell    Watchlist ▾    My eBay ▾    🔔    🛒

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices      Share | Add to Watchlist





$ Have one to sell?  Sell now

### Facial Cleansing Brush Sonic Vibration Mini Face Cleaner Electric Silicone Deep

Condition: New

Color:      [ 1          ▾ ]

Quantity:   [ 1 ]      2 available / 13 sold

Price:  **$19.99**

[  **Buy It Now**  ]

[  **Add to cart**  ]

[  ♡ Add to Watchlist  ]

Additional service available

☐ **3-year protection plan** from Allstate - $1.99

**Returns accepted**          9 watchers

Shipping:  **Free** Economy Shipping from Greater China to worldwide. See details
Located in: Hong Kong, HK, Hong Kong

Delivery:  ⬛ Estimated between **Mon, Mar 27 and Fri, May 12** ⓘ
Please note the delivery estimate is **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 day returns. Buyer pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
linshOp (1386 ⭐)
99.2% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items      See all ›

Feedback on our suggestions



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
6 watchers

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive

Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
**$8.50**
6 bids
Free shipping
Seller 99.8% positive

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
72 sold

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping

El...
Si...
Fa...
Ne...
$

---

### Sponsored items inspired by your views      See all ›

Feedback on our suggestions





ebay Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card
  VISA · mastercard · AMEX · DISCOVER

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay   Google Pay

**Ship to**

██████████
Miami, FL 33133-2709
United States
██████████1
Change

**Review item and shipping**

Seller: finsh0p  ·  Message to seller

Facial Cleansing Brush Sonic Vibration Mini Face Cleaner Electric Silicone Deep
Color: 1
**$19.99**

Quantity
1

Delivery
Est. delivery: Mar 27 – May 12
Economy Shipping from Greater China to worldwide
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None ▾

Subtotal (1 item)          $19.99
Shipping                     Free
Tax*                        $1.40

**Order total              $21.39**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal.

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 247
Seller Name: lovinglightcandles
Marketplace: eBay



Daily Deals    Brand Outlet    Help & Contact                                                          Sell    Watchlist ⌄    My eBay ⌄

| Shop by category ⌄ | 🔍 Search for anything | All Categories ⌄ | Search | Advanced |

← Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices > See more Pop Sonic Leaf Facial ...

Share | Add to Watchlist





Have one to sell? | Sell now

### Pop Sonic Leaf Sonic Facial Cleansing Electric Device Green Marble New

★★★★★ 1 product rating

Condition: New

Price: **$32.00**

Best Offer:



Buy It Now

Add to cart

Make offer

♡ Add to Watchlist

⚡ Fast and reliable. Ships from United States.

Shipping: US $6.15 Standard Shipping. See details
Located in: Park Ridge, Illinois, United States

Delivery: Estimated between **Wed, Apr 19** and **Thu, Apr 20** to 60305 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
lovinglightcandles (62 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Shop a related Store**
114K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items

Feedback on our suggestions









SALE FREE SHIPPING 🇺🇸 USA

| PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple | Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed. | Josie Maran Nourishing Argan Oil Daily Facial Cleansing Oil 6oz New | Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | Pi Cl |
| New | New | New | New | New | Ne |
| $29.99 | $24.00 | $20.00 | $18.00 | $13.61 | $ |
| Free shipping | + $3.50 shipping | 0 bids | + $11.75 shipping | Free shipping | Fr |
| Seller with a 99.8% positive feedback | 🔵 Top Rated Plus Seller with a 100% positive feedback | + $5.65 shipping Seller with a 100% positive feedback | Seller with a 100% positive feedback | 9 watchers | Se |

---

### Sponsored items customers also bought

Feedback on our suggestions







| Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed. | Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B | Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager |
| New | New | New |



**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133
United States

Change

**Review item and shipping**

Seller: lovinglight...  |  Message to seller

Pop Sonic Leaf Sonic Facial Cleansing Electric Device Green Marble New
**$32.00**
Quantity 1

Delivery
Est. delivery: Apr 20 – Apr 22
USPS First Class
$6.45

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

Subtotal (1 item)    $32.00
Shipping    $6.45
Tax*    $2.69

**Order total    $41.14**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 248
Seller Name: lowcost-10
Marketplace: eBay

ebay

Shop by category

Search for anything     All Categories     Search     Advanced

Daily Deals   Brand Outlet   Help & Contact     Sell   Watchlist   My eBay

Back to home page | Listed in category: Health & Beauty > Skin Care > Anti-Aging Products

Share | Add to Watchlist



Have one to sell? Sell now

### PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face

Be the first to write a review

Condition: New other (see details)
"actual product is new. exterior/packaging might be damaged or missing original package . Comes with "...
Read more

Price: **$25.40**

Buy It Now

Add to cart

Best Offer: Make offer

Add to Watchlist

Breathe easy. Free shipping and returns.

Fast and reliable. Ships from United States.

Shipping: **Free 2-3 day shipping**
Get it between Wed, Apr 26 and Thu, Apr 27. See details
Located in: Brooklyn, New York, United States

Returns: 30 day returns. Seller pays for return shipping. See details

Payments:     

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
lowcost-10 (7172 )
99.1% positive feedback

Save seller
Contact seller
Visit store
See other items

  

**Explore a related Store**
115K items sold

lovelydeals2012
in eBay Stores
Sponsored

Visit store

Similar sponsored items     See all   Feedback on our suggestions

    

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$15.69
Free shipping
33 sold

Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New
$14.98
$16.11 7% off
+ $1.23 shipping
7 watchers

Elemis Pro-collagen Cleansing Balm - 3.05 oz
New
$30.00
0 bids
+ shipping
Seller with a 100% positive feedback

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
$7.99
Free shipping
11 watchers

Women Sonic Facial Cleansing Brush Silicone Face Skin Massager Skin Care
New
$13.79
Free shipping
5 watchers

Sponsored items inspired by your views     See all   Feedback on our suggestions

     



ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  ⬤ ⬤ ⬤

⦿ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Palm Beach, FL 33480
United States

Change

**Review item and shipping**

Seller: lowcost-10   |   Message to seller

PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face

$25.40

Quantity 1

**Delivery**
Free 3-4 day shipping
Get it by Apr 27 – Apr 28
USPS First Class

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None ⌄

Subtotal (1 item)        $25.40
Shipping                  Free
Tax*                     $1.78

**Order total**          **$27.18**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with *PayPal***

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Anti-Aging Products

Share | Add to Watchlist







Have one to sell? **Sell now**

### PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face

☆☆☆☆☆ Be the first to write a review

**Condition:** New other (see details)
"*actual product is new. exterior/packaging might be damaged or missing original package . Comes with* "...
Read more

**Price:** **$25.40**

**Buy It Now**

**Add to cart**

**Best Offer:** **Make offer**

♡ Add to Watchlist

Free shipping and returns | Ships from United States

**Shipping:** Free 3-4 day shipping
Get it between Mon, Mar 13 and Tue, Mar 14 to 33133. See details
Located in: Brooklyn, New York, United States

**Returns:** 30 day returns. Seller pays for return shipping. See details

**Payments:** PayPal | G Pay | VISA | Mastercard | AmEx | Discover

*PayPal* CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
lowcost-10 (7034 ⭐)
99% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

  


**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Shop now**

---

### Similar sponsored items

Feedback on our suggestions



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$7.59**
$7.99 5% off
Free shipping
9 watchers



USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
**$9.47**
$9.97 5% off
Free shipping



Isdin Essential Cleansing Oil Based Cleanser 200ml 6.76oz
New
**$16.00**
0 bids
+ $12.00 shipping
Seller 100% positive



Sonic Facial Cleansing Brush Waterproof Silicone Mini Face Clean Brush Massager
New
**$8.82**
Free shipping



SOOCAS Sonic Facial Cleansing Brush Face Scrubber Fit With 1/3/5 Electric
New
**$9.29**
Free shipping

---

### Sponsored items inspired by your views

Feedback on our suggestions



NEW Sonic Facial Cleansing Brush Massager 3-n-1 Rechargeable



SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO



SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating



Sonic Face. Scrubber,silicone Facial Cleaning Brush USB





DOE Number: 249
Seller Name: luckylemonmarket
Marketplace: eBay

ebay

Shop by category ▾

🔍 Search for anything                                    All Categories ▾    Search   Advanced

‹ Back to home page | Listed in category:  Health & Beauty  ›  Skin Care  ›  Facial Cleansing Devices

Share | Add to Watchlist

Pay over time with PayPal Credit
Get 5.99% APR with 12 or 24 Easy Payments on eBay.
Ends 5/1, 11:59pm PT. Min. purchase required.        See terms ✕




### Lucky Lemon 3-in-1 Soft Silicone Facial Cleansing Brush, Waterproof Electric Vib
19.99

**Condition:** New

**Quantity:** 1    More than 10 available / 2 sold

**Price:** **$19.99**

[ Buy It Now ]

[ Add to cart ]

**Best Offer:**    [ Make offer ]

[ ♡ Add to Watchlist ]

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

**Delivery:** Varies

**Returns:** Seller does not accept returns. See details

**Payments:** PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
luckylemonmarket (0)

♡ Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
115K items sold

lovelydeals2012    [ Shop now ]
In eBay Stores
Sponsored

$ Have one to sell?  [ Sell now ]

---

## Similar sponsored items    See all ›

Feedback on our suggestions







| | | | | |
|---|---|---|---|---|
| Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean | NEW Shiseido Bio-Performance Advanced Super Revitalizing Facial Cream 1.7 oz NIB | Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag | Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager |
| New | New | New | New | New |
| $12.93 | $10.95 | $20.50 | $25.41 | $19.98 |
| $13.61 5% off | Free shipping | 7 bids | Free shipping | Free shipping |
| Free shipping | 41 sold | + $1.95 shipping | Last one | Seller with a 100% positive feedback |
| 9 watchers | | Seller with a 99.4% positive feedback | | |

---

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions




**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

○ Add new card
VISA MasterCard American Express Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

## Ship to

████████
Palm Beach, FL 33480
United States
████████

Change

## Review item and shipping

Seller:  luckylemonm...  |  Message to seller



Lucky Lemon 3-in-1 Soft Silicone Facial Cleansing Brush, Waterproof
Electric Vib
**$19.99**

Quantity
1

### Delivery

● Est. delivery: Apr 26 – Apr 28
USPS First Class
**$5.70**

○ Est. delivery: Apr 26 – Apr 27
USPS Priority Mail Express
**$38.15**

## Gift cards, coupons, eBay Bucks

Enter code:   Apply

## Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy,
safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later than 30 days after the end of the
month in which the donation is made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount   None

---

Subtotal (1 item)        $19.99
Shipping                 $5.70
Tax*                     $1.80

**Order total**          **$27.49**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 250
Seller Name: luxury.china
Marketplace: eBay



ebay

Shop by category

Search for anything    All Categories    Search    Advanced

Back to previous page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist





Hover to zoom

$ Have one to sell?  Sell now

### Electric Soft Silicone Facial Cleansing Brush Face Spa Skin Care Massage Washing

Condition: New

Color: skyblue

Quantity: 1    3 available

Price: **$9.20**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

↩ **Breathe easy.** Returns accepted.

⚡ **People are checking this out.** 7 have added this to their watchlist.

Shipping: **Free** Standard Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

Delivery: 🚚 Estimated between **Wed, May 3 and Fri, May 26** ⓘ
Please note the delivery estimate is **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 day returns. Buyer pays for return shipping. See details

Payments: PayPal  GPay  VISA  Mastercard  AMEX  DISCOVER

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
luxury.china (377 ★)
88.9% positive feedback

♡ Save seller
Contact seller
See other items



**Shop a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Shop now

---

### Similar sponsored items

Feedback on our suggestions


Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping


Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
68 sold


NEW StriVectin Most-Loved Minis: 4 Piece Skin Care Facial Set NIB
New
**$9.95**
0 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

### Sponsored items inspired by your views

Feedback on our suggestions



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

● **PayPal**

○ **PayPal CREDIT** Special financing available. Apply now. See terms

○ **G Pay** Google Pay

**Ship to**

▓▓▓▓▓▓▓
Boca Raton, FL 33433
United States
▓▓▓▓▓
Change

**Review item and shipping**

Seller: luxury.china | Message to seller

Electric Soft Silicone Facial Cleansing Brush Face Spa Skin Care Massage Washing
Color: skyblue
**$9.20**

Quantity
1

**Delivery**

● Est. delivery: May 3 – May 26
Standard Shipping from Greater China to worldwide
**Free**

○ Est. delivery: May 2 – May 5
SpeedPAK Standard
$2.50

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None

Subtotal (1 item)     $9.20
Shipping              Free
Tax*                  $0.64

**Order total**        **$9.84**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

DOE Number: 251
Seller Name: mastertoner
Marketplace: eBay



ebay

Shop by category ∨

Search for anything        All Categories ∨        Search        Advanced

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🏷️ BUY 1, GET 1 AT 5% OFF (add 2 to cart)    See all eligible items and terms ▸





### 6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Recharging

Condition: New

Quantity: [ 1 ]    4 available / 5 sold

Price: **$13.50**
~~Was US $16.88~~ ⓘ
Save US $3.38 (20% off)

**Buy It Now**

**Add to cart**

Best Offer:    **Make offer**

♡ Add to Watchlist

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
mastertoner (12399 ★)
98.2% positive feedback

🔖 Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Shop now**

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 **Fast and reliable.** Ships from United States.

↩️ **Breathe easy.** Returns accepted.

Shipping:    Free Standard Shipping. See details
Located in: Rowland Heights, California, United States

Delivery:    Estimated between **Thu, Apr 27** and **Sat, Apr 29** ⓘ

Returns:    30 day returns. Buyer pays for return shipping.
See details

Payments:    

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

💲 Have one to sell?  **Sell now**

---

Similar sponsored items        See all ›

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
~~$13.61~~ 5% off
Free shipping
9 watchers



RODIAL Bee Venom Cleansing Balm 3.4 fl oz New in Box $55 retail
New
**$9.99**
0 bids
+ shipping
Seller with a 100% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping



Facial Cleansing Brush Sonic Waterproof Adjustable Speeds Cleansing Brush
New
**$9.99**
Free shipping

---

Sponsored items inspired by your views        See all ›

Feedback on our suggestions











ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA  [MC]  [AMEX]  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ [G Pay] Google Pay

**Ship to**

▮▮▮▮▮▮▮▮
Palm Beach, FL 33480
United States
▮▮▮▮▮▮
Change

**Review item and shipping**

Seller: mastertoner    Message to seller



6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Recharging

**$13.50**
~~$16.88~~

Quantity
1

**Delivery**
Est. delivery: Apr 27 – Apr 29
USPS First Class
Free

Save up to 20%

**Gift cards, coupons, eBay Bucks**

Enter code:                    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount        None

---

Subtotal (1 item)        $13.50
Shipping                 Free
Tax*                     $0.95

**Order total**          **$14.45**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ Pay with **PayPal** ]

You'll finish checkout on PayPal

 ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 252
Seller Name: maxam78
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄ | Search for anything | All Categories ⌄ | Search | Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist


FIND OUT IF YOUR KIDS ARE IN THE RIGHT CAR SEAT. | CHECK NOW
NHTSA ᵃᵈ

🔴 SAVE UP TO 20% | See all eligible items and terms ▸



### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition: New

Quantity: 1   More than 10 available

Price: **$19.96**
Was US $24.95 ⓘ
Save US $4.99 (20% off)

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ **Add to Watchlist**

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: **Free Standard Shipping.** See details
Located in: Chicago, Illinois, United States

Delivery: Estimated between **Tue, Apr 25** and **Fri, Apr 28** ⓘ

Returns: 14 day returns. Buyer pays for return shipping. See details

Payments:     

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

#### Seller information

maxam78 (26035 ⭐)
99.2% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



CHASE
FOR BUSINESS
**Earn $1,000 bonus cash back**
ink
Learn More
Member FDIC

💲 Have one to sell?   **Sell now**

---

### Similar sponsored items     See all >

Feedback on our suggestions

    

| | | | | |
|---|---|---|---|---|
| Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes | Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager | NEW Shiseido Bio-Performance Advanced Super Revitalizing Facial Cream 1.7 oz NIB | Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink | Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable |
| New | New | New | New | New |
| $24.99 | $15.98 | $20.50 | $19.99 | $24.99 |
| Free shipping | Free shipping | 7 bids | Free shipping | Free shipping |
| Seller with a 100% positive feedback | | + $1.95 shipping | Seller with a 100% positive feedback | Seller with a 100% positive feedback |
| | | Seller with a 99.4% positive feedback | | |

---

### Sponsored items customers also bought     See all >

Feedback on our suggestions

   



ebay

Shop by category ∨

Search for anything          All Categories ∨      Search    Advanced

Daily Deals   Brand Outlet   Help & Contact                                Sell   Watchlist ∨   My eBay ∨

‹ Back to home page | Listed in category:   Health & Beauty  ›  Skin Care  ›  Exfoliators & Scrubs                      Share | Add to Watchlist

$ SAVE UP TO 20%   See all eligible items and terms ›



### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition:   New

Quantity:   [ 1 ]   More than 10 available

Price:   **$19.96**        [ Buy It Now ]
Was US $24.95 ⓘ
Save US $4.99        [ Add to cart ]
(20% off)

Best Offer:                [ Make offer ]

                      [ ♡ Add to Watchlist ]

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping:   Free Standard Shipping. See details
Located in: Chicago, Illinois, United States

Delivery:   Estimated between **Fri, Apr 21** and **Mon, Apr 24** ⓘ

Returns:   14 day returns. Buyer pays for return shipping. See details

Payments:   PayPal   G Pay   VISA   MasterCard   American Express   Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

**Shop with confidence**

$   eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
maxam78 (26631 ⭐)
99.2% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

  


**Explore a related Store**
115K items sold

lovelydeals2012   [ Visit store ]
In eBay Stores
Sponsored

---

### Similar sponsored items                              Feedback on our suggestions



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$15.98**
Free shipping



Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US
New
**$11.99**
Free shipping



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.98 10% off
Free shipping
Top Rated Plus

---

### Sponsored items inspired by your views                    Feedback on our suggestions

            



ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
   VISA | Mastercard | AMEX | DISCOVER

● **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████
████████
Miami, FL 33133
United States
████████
Change

**Review item and shipping**

Seller: maxam78 | Message to seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
**$19.96**
~~$24.95~~

Quantity
1

Delivery
Est. delivery: Apr 21 – Apr 24
UPS Ground
**Free**

Save up to 20%

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None

Subtotal (1 item)     $19.96
Shipping              Free
Tax*                  $1.40

**Order total**        **$21.36**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with** **PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

ebay

Shop by category

Search for anything                    All Categories          Search                Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Exfoliators & Scrubs

Share | Add to Watchlist

**SAVE UP TO 20%**   See all eligible items and terms ›



### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition:  New

Sale ends in:  2d 0h

Quantity:  [ 1 ]    More than 10 available

Price:  **$19.96**
Was US $24.95 ⓘ
Save US $4.99
(20% off)

Best Offer:

[ **Buy It Now** ]
[ **Add to cart** ]
[ **Make offer** ]
[ ♡ **Add to Watchlist** ]

Ships from United States    Returns accepted

Shipping:  **Free 2-4 day shipping**
Get it between Sat, Mar 11 and Tue, Mar 14 to 33133. See details
Located in: Chicago, Illinois, United States

Returns:  14 day returns. Buyer pays for return shipping. See details

Payments:  PayPal  GPay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
maxam78 (25952 ⭐)
98.7% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items





**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored
Shop now

💲 Have one to sell?  [ Sell now ]

---

### Similar sponsored items

Feedback on our suggestions


Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$15.98
Free shipping


HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
$19.98
Free shipping
⭐ Top Rated Plus
Seller 100% positive


New Therabody TheraFace PRO Facial Massager - Black
New
$8.50
10 bids
+ $10.00 shipping
⭐ Top Rated Plus
Seller 100% positive


SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO FACIA FACE BRUSH
New
$12.99
+ $5.85 shipping
Seller 99.7% positive


Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US
New
$11.99
Free shipping

5-
Cl
Sk
Ne

---

### Sponsored items inspired by your views

Feedback on our suggestions









DOE Number: 253
Seller Name: mbz-24*de
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact                                                      Sell   Watchlist ⌄   My eBay ⌄

ebay    Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    **Search**    Advanced

◁ Back to home page | Listed in category:  Health & Beauty  ›  Skin Care  ›  Facial Cleansing Devices          Share | Add to Watchlist

🔖 SAVE UP TO **20%** WHEN YOU BUY MORE



Hover to zoom



💲 Have one to sell?   [ Sell now ]

### Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean

Condition:  New

Color:  - Select - ⌄

Bulk savings:
| Buy 1 $19.99/ea | Buy 2 $17.99/ea | Buy 3 $16.99/ea |

4 or more for $15.99/ea

Quantity:  | 1 |    4 available

Price: **$19.99/ea**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Shipping:  Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in:china, China

Delivery:  📦 Estimated between **Thu, May 4** and **Thu, May 18** ⓘ
Please note the delivery estimate is **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
mbz-24*de (1566 ★)
97.6% positive feedback

♡ Save seller
Contact seller
See other items



### Shop related items
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Visit store ]



---

### Similar sponsored items    See all ›                                                   Feedback on our suggestions







| Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean | Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | NEW Shiseido Bio-Performance Advanced Super Revitalizing Facial Cream 1.7 oz NIB | Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubber Massage | Facial Cleansing Brush, Silicone Electric Massage Brush, Rechargeable |
| New | New | New | New | New |
| **$10.95** | **$19.98** | **$20.50** | **$20.89** | **$10.99** |
| Free shipping 41 sold | Free shipping Seller with a 100% positive feedback | 7 bids + $1.95 shipping Seller with a 99.4% positive feedback | $28.96 28% off Free shipping ☑ Top Rated Plus | Free shipping Seller with a 100% positive feedback |

### Sponsored items inspired by your views    See all ›                              Feedback on our suggestions



V-COMB

Facial Cleansing Brush For




DOE Number: 254 Seller
Name: mbz-24*de
Marketplace: eBay




ebay

Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🛡 SAVE UP TO **20%** WHEN YOU BUY MORE




**1PC                    Blue**

$ Have one to sell? | **Sell now**

### Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration

Condition: New

Color: Blue ⌄

Bulk savings:

| Buy 1 $19.99/ea | Buy 2 $17.99/ea | Buy 3 $16.99/ea |
|---|---|---|

4 or more for $15.99/ea

Quantity: [ 1 ]   4 available

Price: **$19.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist



Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
mbz-24*de (1562 ★)
97.3% positive feedback

♡ Save seller
Contact seller
See other items

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: montreal, Canada

Delivery: ⭐ Estimated between **Mon, Apr 24** and **Tue, May 2** ⓘ
Please note the delivery estimate is **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: 〔PayPal〕〔G Pay〕〔VISA〕〔MasterCard〕〔AmEx〕〔Discover〕

**PayPal CREDIT**
Special financing available. See terms and apply now

🟦 Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

Similar sponsored items | Feedback on our suggestions

    

Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable
New
**$14.99**
Free shipping
Seller with a 99.2% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Bolero Beverly Hills Sparkling Peer + Honey Facial Skin Care Set Lot of 5
New
**$12.00**
0 bids
+ shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$12.89**
Free shipping

Silicone Electric Facial Cleansing Brush Face Massager Deep Clean Pores vibrate
New
**$17.49**
Free shipping
Seller with a 100% positive feedback

---

Sponsored items inspired by your views | Feedback on our suggestions

       



**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Palm Beach, FL 33480
United States

Change

**Review item and shipping**

Seller: mbz-24*de  ·  Message to seller

Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration
Color: Blue
**$19.99**

Quantity
1

Delivery
Est. delivery: Apr 25 – May 2
SpeedPAK Standard
Free

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None

| | |
|---|---|
| Subtotal (1 item) | $19.99 |
| Shipping | Free |
| Tax* | $1.40 |
| **Order total** | **$21.39** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 255
Seller Name: mcenterprises_llc
Marketplace: eBay

Daily Deals    Brand Outlet    Help & Contact









Sell    Watchlist ˅    My eBay ˅

eBay

| Shop by category ˅ |   Search for anything                          | All Categories ˅ | Search | Advanced |

Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist

EXTRA 10% OFF $25+ WITH CODE 10OFFKYBB    See all eligible items and terms ▶



**\*SALE\* SONIC FACIAL CLEANSING BRUSH Electric Face Scrubber Massager Skin Care**

🔥 Last item available

Condition: New

Quantity: [1]    Last One / 3 sold

Price: **$12.58**

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to Watchlist ]

Ships from United States        5 watchers

Shipping: US $10.65 Standard Shipping. See details
Located in: Fort Mitchell, Kentucky, United States

Delivery: Estimated between Wed, Mar 15 and Mon, Mar 20 to 33113 ⓘ

Returns: Seller does not accept returns. See details

Payments: [PayPal] [G Pay] [VISA] [Mastercard] [AmEx] [Discover]

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information
mcenterprises_llc (213 ⭐)
100% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored
[ Visit store ]

$ Have one to sell?  [ Sell now ]

---

### Similar sponsored items

Feedback on our suggestions


5 in1 Electric Face Facial Cleansing Brush Spa Massage Multifunction Clean Brush
New
**$5.99**
$10.99 45% off
Free shipping
29 sold


5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$5.99**
Free shipping
44 sold


cosmetic spa Hermetise full body scrub face cleanser
New
**$10.50**
6 bids
+ $10.95 shipping


5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
Free shipping
293 sold


5-1 Multifunction Electronic Face Facial Cleansing Brush Spa Skin Care massage
New
**$5.99**
Free shipping
857 sold

---

### Sponsored items customers also bought

Feedback on our suggestions


5 in1 Electric Face Facial Cleansing Brush Spa Massage Multifunction Clean Brush
New
$5.99


5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$5.99


5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.99

Under Eye Cream Gel Remove Dark Circles Crows Feet Bags Lift Firm Anti Aging
New
$15.98


Biossance Your Clean Routine Overachievers Se Beauty Face Cleaning Items
New
$20.99



DOE Number: 256
Seller Name: Mg fashion love
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ˅   My eBay ˅

Shop by category ˅

Search for anything

All Categories ˅   Search

Advanced

‹ Back to home page | Listed in category:   Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist











$ Have one to sell?   Sell now

### SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO FACIA FACE BRUSH

Condition:  New other (see details)

Price:  **$12.99**

Buy It Now

Add to cart

Best Offer:   Make offer

♡ Add to Watchlist

Ships from United States | Returns accepted

Shipping:  US $5.85 Standard Shipping. See details
Located in: Anaheim, California, United States

Delivery:  ⏱ Estimated between **Sat, Mar 11** and **Wed, Mar 15** to 33113 ⓘ
Includes **4 business days** handling time after receipt of cleared payment.

Returns:  30 day returns. Buyer pays for return shipping. See details

Payments:  

PayPal **CREDIT**
Special financing available. See terms and apply now

⊞ Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
mgfashionlove (942 ★)
99.6% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

  

**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored   Visit store

---

### Similar sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
~~$24.95~~ 20% off
Free shipping



SILICONE ELECTRIC FACE BRUSH Facial CEPILLO FACIAL Skin Cleaner
New
**$9.99**
Free shipping
⊡ Top Rated Plus
99 sold



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$7.50**
+ $5.04 shipping
⊡ Top Rated Plus
Seller 99.1% positive



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$15.98**
Free shipping



Ultrasonic Electric Silicone Face Cleansing Brush Sonic Face Massager, Pink
New
**$19.99**
Free shipping
Seller 100% positive

Hi Cl Ne Fr Se

---

### Sponsored items inspired by your views

Feedback on our suggestions



SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE LINES DEEP CLEAN ACONE



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager



Sonic Face. Scrubber,silicone Facial Cleaning Brush USB Rechargable,for Face Exf



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW

Si Si





ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA ⬤ 🟠 DISCOVER

◉ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

▆▆▆▆▆▆
Miami, FL 33133-2709
United States
▆▆▆▆
Change

**Review item and shipping**

Seller: mgfashionlove · Message to seller

SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO FACIA FACE BRUSH
$12.99
Quantity 1

Delivery
Est. delivery: Mar 11 – Mar 15
USPS First Class
$5.85

**Gift cards, coupons, eBay Bucks**

Enter code:        [Apply]

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

Subtotal (1 item)          $12.99
Shipping                    $5.85
Tax*                        $1.32

Order total                $20.16

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

[Pay with **PayPal**]

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 257
Seller Name: mhstore77
Marketplace: eBay

Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

ebay

Shop by category ⌄

Search for anything    All Categories ⌄    Search    Advanced

◁ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist

Learn how to earn a $30 statement credit
With a new eBay Mastercard®. Ends 3/15.    See details

🎁 **SAVE UP TO 15% WHEN YOU BUY MORE**





**Limpiador Facial Electrico De Silicona Impermeable Limpia Tu Cara Facilmente**

Condition: New

Color: Rosado ⌄

Bulk savings:
| Buy 1 | Buy 2 | Buy 3 |
|-------|-------|-------|
| $17.97/ea | $16.17/ea | $15.27/ea |

Quantity: [ 1 ]    3 available / 1 sold

Price: **$17.97/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

$ Have one to sell?  Sell now

Shipping: Free Standard Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Hong Kong, China

Delivery: ⏱ Estimated between **Tue, Mar 28** and **Thu, Apr 20** ⓘ
This item has an extended handling time and a delivery estimate **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  Discover
**PayPal CREDIT**
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
mhstore77 (66 ★)
92.9% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

**Discover related items**
113K items sold

lovelydeals2012    Visit store
In eBay Stores
Sponsored

**Similar sponsored items**    Feedback on our suggestions











Masaje Electrico De Limpieza Facial Profunda ELIMINA Impurezas De Tu Rostro US
New
$14.99
Free shipping
Last one

Limpiador de poros electrico - limpiador de vapor cuidado facial de la piel USB.
New
$17.99
Free shipping
Top Rated Plus
27 sold

Masaje Electrico De Limpieza Facial Profunda ELIMINA Impurezas De Tu Rostro US
New
$14.99
Free shipping
5 watchers

Removedor de espinillas eléctrico Limpiador facial de dermoabrasión con succión
New
$16.17
Free shipping

Beautederm Beaute Massage Silicone Electric Facial Cleanser + FREE SHIPPING
New
$15.00
+ $2.99 shipping
Seller 100% positive



DOE Number: 258
Seller Name: migasol
Marketplace: eBay



Daily Deals  Brand Outlet  Help & Contact

Sell  Watchlist ⌄  My eBay ⌄

Shop by category ⌄  | Search for anything | All Categories ⌄ | Search | Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🔖 SAVE UP TO 25% See all eligible items and terms ▶





Hover to zoom

◀ ▶

$ Have one to sell? **Sell now**

### SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE LINES DEEP CLEAN ACNE

Condition: New

Quantity: 1    More than 10 available / 1 sold

Price: **$16.31**
Was US $21.75 ⓘ
Save US $5.44
(25% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Ships from United States | Returns accepted

Shipping: Free Expedited Shipping. See details
Located in: Mission Viejo, California, United States

Delivery: Estimated between Sat, Mar 11 and Thu, Mar 16 to 33133 ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  GPay  VISA  Mastercard  Amex  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
mlgasol (4666 ⭐)
100% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

  

**Explore a related Store**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Shop now**

---

Similar sponsored items

Feedback on our suggestions

    

| | | | | |
|---|---|---|---|---|
| Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager | Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | SKIN CARE LOT K Beauty Haul for ACNE OILY SENSITIVE skin FULL SIZE | Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager |
| New | New | New | New | New |
| $6.00 | $19.98 | $0.99 | $7.49 | $12.93 |
| + $5.85 shipping | Free shipping | 0 bids | Free shipping | $13.61 5% off |
| Top Rated Plus | Seller 100% positive | + $17.10 shipping | | Free shipping |
| 5 watchers | | Seller 100% positive | | 6 watchers |

---

Sponsored items customers also bought

Feedback on our suggestions

 



ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA · Mastercard · American Express · Discover

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay Google Pay

**Ship to**

████
Miami, FL 33133-2709
United States
████
Change

**Review item and shipping**

Seller: migasol    Message to seller

SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE
LINES DEEP CLEAN ACNE
**$16.31**
$21.75

Quantity
1

Delivery
Est. delivery: Mar 11 – Mar 16
USPS Priority Mail Padded Flat Rate Envelope
**Free**

Save up to 25%

**Gift cards, coupons, eBay Bucks**

Enter code:            Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio
engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity
no later than 30 days after the end of the month in which the donation is made. Donations are
non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if
the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $16.31 |
| Shipping | Free |
| Tax* | $1.14 |
| **Order total** | **$17.45** |

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.
*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 259
Seller Name: mimocompr
Marketplace: eBay

ebay

Shop by category

Search for anything    All Categories    Search    Advanced

Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist    My eBay    🛒

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices > See more Pop Sonic Leaf Facial ...    Share | Add to Watchlist



### Pop Sonic Leaf Sonic Facial Cleansing Electric Device Green Marble New Sealed

★★★★★ 1 product rating

**Condition:** New

**Quantity:** 1    2 available

**Price:** **$40.50**

[ Buy It Now ]
[ Add to cart ]

**Best Offer:** [ Make offer ]

[ ♡ Add to Watchlist ]

🚚 **Breathe easy.** Free shipping and returns.

🚚 **Fast and reliable.** Ships from United States.

**Shipping:** Free Standard Shipping. See details
Located in: El Paso, Texas, United States

**Delivery:** Estimated between **Fri, Apr 21** and **Mon, Apr 24** ⓘ

**Returns:** 30 day returns. Seller pays for return shipping. See details

**Payments:** PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

**Shop with confidence**

**Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
mimoocompr (131k ⭐)
99.3% positive feedback

Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
278K items sold


eaudeluxe
In eBay Stores
Sponsored    [ Visit store ]

Hover to zoom

$ Have one to sell?  [ Sell now ]

---

### Similar sponsored items

Feedback on our suggestions



**PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple**
New
**$29.99**
Free shipping
Seller with a 99.8% positive feedback



**Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.**
New
**$24.00**
+ $3.50 shipping
Top Rated Plus
Seller with a 100% positive feedback



**Proactiv Pore Cleansing Charcoal Infused Brush**
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



**New Pop Sonic Face & Body Cleansing Tool Green-Unisex New Lite green rechargebie**
New (Other)
**$39.95**
Free shipping
Seller with a 100% positive feedback



**PopSonic Spade Face & Neck Sonic Beauty Cleansing Device Infuse Massage - White**
New
**$35.95**
Free shipping
Seller with a 100% positive feedback

---

### Sponsored items inspired by your views

Feedback on our suggestions



**Forever Lina Mini T Sonic Facial Cleansing Device**



**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**



**2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**



**Facial Cleansing Brush Silicone Face Scrub Brush Manual Exfoliating Brush**



**Pulsaderm SONIC WASHCLOTH 2 speed Silicone Face Brush PINK waterproof**



DOE Number: 260
Seller Name: nadalghait0
Marketplace: eBay



Shop by category | Search for anything | All Categories | Search | Advanced

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

### MyShinyFace - T-Sonic Facial Cleansing device - Silicon Face brush

Condition: New

Quantity: 1    More than 10 available

Price: **$15.00**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

Ships from United States

Shipping:   **Free** Standard Shipping. See details
Located in: Mesa, Arizona, United States

Delivery:   Estimated between **Sat, Mar 11** and **Wed, Mar 15** to 33133 ⓘ

Returns:   Seller does not accept returns. See details

Payments:   PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
nadalghalt0 (23 ★)
100% Positive feedback

♡ Save Seller
Contact seller
See other items

  

**Explore a related Store**
113K items sold


lovelydeals2012
In eBay Stores
Sponsored

**Visit store**

$ Have one to sell? **Sell now**

---

### Similar sponsored items

Feedback on our suggestions


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive


ON LABS Blackhead Deep Cleansing Nose Pore Strips 6 Strips (LOT OF 3)
New
**$0.99**
0 bids
+ $4.50 shipping
Seller 100% positive


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ $5.85 shipping


Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$28.99**
Free shipping
Seller 100% positive

Hi
Br
Cl
Ne
$
Fr
74

---

### Sponsored items inspired by your views

Feedback on our suggestions

    



ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller:  nadalghall0          Message to seller

MyShinyFace - T-Sonic Facial Cleansing device - Silicon Face brush
$15.00

Quantity
1

Delivery
Est. delivery: Mar 11 – Mar 15
USPS First Class
Free

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None

Subtotal (1 item)          $15.00
Shipping                    Free
Tax*                       $1.05

**Order total**            $16.05

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with **PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved.  Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 261
Seller Name: nannyrocks120
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

# ebay

Shop by category ⌄

Search for anything

All Categories ⌄

Search

Advanced

◄ Back to previous page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist


**Pay over time with PayPal Credit**
Get 12.99% APR with 12 or 24 Easy Payments on eBay.
Ends 4/20, 11:59pm PT. Min. purchase required.
See terms





Hover to zoom

$ Have one to sell?   Sell now

## POP SONIC LEAF Sonic Facial Cleansing Device tEAL ~NEW IN OPENED PACKAGE~

★★★★★ 1 product rating  |  Write a review

Condition: New

Price: **$12.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Delivery:  Varies

Returns:  30 day returns. Buyer pays for return shipping.
See details

Payments:  [PayPal] [G Pay] [VISA] [Mastercard] [American Express] [Discover]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information
nannyrocks120 (48 ★)
97.9% positive feedback

♡ Save seller
Contact seller
Visit store
See other items


CHASE
and unlimited 2% cash back on all other purchases.
ink
VISA
Learn More
Member FDIC

---

## Similar sponsored items

Feedback on our suggestions



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback



FOREVER LINA T-Sonic mini Facial Cleansing Device
New
**$12.99**
+ shipping
Seller with a 100% positive feedback



Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
**$24.00**
+ $3.50 shipping
⊞ Top Rated Plus
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

---

## Sponsored items customers also bought

Feedback on our suggestions




**Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card
VISA  Mastercard  AMEX  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○  G Pay  Google Pay

**Ship to**

�▬▬▬▬
Miami, FL 33133-2709
United States
▬▬▬▬
Change

**Review item and shipping**

Seller: nannyrocks120  |  Message to seller

POP SONIC LEAF Sonic Facial Cleansing Device !EAL ¬NEW IN OPENED PACKAGE¬
**$12.99**
Quantity 1

**Delivery**
Est. delivery: Apr 20 – Apr 22
USPS First Class
**$6.40**

**Gift cards, coupons, eBay Bucks**

Enter code:  [ Apply ]

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount  [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $12.99 |
| Shipping | $6.40 |
| Tax* | $1.36 |

**Order total** **$20.75**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help
?

DOE Number: 262
Seller Name: nare8196
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ▾   My eBay ▾   🔔   🛒

# ebay

Shop by category ▾ | 🔍 Search for anything | All Categories ▾ | **Search** | Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Cleansers & Toners

Share | Add to Watchlist

**Pay over time with PayPal Credit**
Get 5.99% APR with 12 or 24 Easy Payments on eBay.
Ends 5/1, 11:59pm PT. Min. purchase required.

See terms



## Facial Silicone Electric Face Cleansing Brush Rechargeable Cleanser Skin Care

Condition: New

Price: **$6.99**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

⊟ **Fast and reliable.** Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
nare8196 (76 ★)
81.8% positive feedback

♡ Save seller
Contact seller
See other items



**Explore a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Visit store**

💲 Have one to sell? **Sell now**

---

## Similar sponsored items    See all ›

Feedback on our suggestions











Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
⊞ Top Rated Plus

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$17.59**
Free shipping
5 watchers

Josie Maran Pure Argan Milk Clean Skin Niacinamade Cleanser-4floz* NEW
New
**$9.00**
0 bids
+ shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New
**$18.44**
Free shipping
Seller with a 100% positive feedback

Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face
New
**$8.51**
Free shipping

---

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions











PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face
New (Other)

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New

Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New

Facial Electric Silicone Cleansing Brush Exfoliator Rechargeable Face Scrubber
New

Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New






Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ˅   My eBay ˅   🔔   🛒



Shop by category ˅   🔍 Search for anything   | All Categories ˅ |   **Search**   Advanced

🔙 Back to home page | Listed in category:  Health & Beauty  >  Skin Care  >  Cleansers & Toners

Share | Add to Watchlist



Hover to zoom

💲 Have one to sell?   Sell now

### Facial Silicone Electric Face Cleansing Brush Rechargeable Cleanser Skin Care

Condition: New

Price: **$6.99**

**Buy It Now**

**Add to cart**

Best Offer: **Make offer**

♡ Add to Watchlist

🚚 Fast and reliable. Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal | G Pay | VISA | MasterCard | American Express | Discover

*PayPal* CREDIT
Special financing available. See terms and apply now

💳 Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
nare8196 (76 ★)
81.8% positive feedback

♡ Save seller
Contact seller
See other items





**Shop related items**
115K items sold

lovelydeals2012   **Visit store**
In eBay Stores
Sponsored

---

Similar sponsored items     See all ❯

Feedback on our suggestions



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
🔵 Top Rated Plus



Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face
New
**$8.51**
Free shipping



Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$17.59**
Free shipping
5 watchers



Electric Facial Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
**$6.17**
($6.17/100g)
+ $7.42 shipping
179 sold

---

Sponsored items inspired by your views     See all ❯

Feedback on our suggestions



Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode
New
**$43.99**
+ shipping
Seller with a 100% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
🔵 Top Rated Plus



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback



DOE Number: 263
Seller Name: nycunitedgoods
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact                                      Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

🔴 **ebay**   Shop by category ⌄   🔍 Search for anything   |   All Categories ⌄   | **Search** |   Advanced

‹ Back to home page  |  Listed in category: Health & Beauty  >  Skin Care  >  Facial Cleansing Devices      Share | Add to Watchlist

🔴 **SAVE UP TO 7% WHEN YOU BUY MORE**



‹ 〉

💲 Have one to sell?  **Sell now**

### Waterproof Sonic Vibrating Face Brush for Deep Cleansing, Gentle Exfoliating and

Condition: New

Bulk savings:

| Buy 1 $13.10/ea | Buy 2 $12.71/ea | Buy 3 $12.45/ea |

4 or more for $12.18/ea

Quantity: [ 1 ]   More than 10 available / 1 sold

Price: **$13.10/ea**



[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

Additional service available

☐ **3-year protection plan** from Allstate - $1.99



🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: **Free** Standard Shipping. See details
Located in: Los Alamitos, California, United States

Delivery: Estimated between **Fri, Apr 21** and **Mon, Apr 24** ⓘ
Ships today if paid within **1 hr 28 mins** See details

Returns: 30 day returns. Buyer pays for return shipping.
See details

Payments: PayPal  G Pay  VISA  Mastercard  [AMEX]  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply
now



🟦 Earn up to 5x points when you use your
eBay Mastercard®. Learn more

### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get
your money back.
Learn more

**Seller information**
nycounitedgoods (4571 ⭐)
98.2% positive feedback

♡ **Save seller**
Contact seller
Visit store
See other items



**Shop related items**
115K items sold


lovelydeals2012
In eBay Stores
Sponsored

[ Visit store ]

---

**Similar sponsored items**   See all ›                          Feedback on our suggestions



Sonic Facial Cleansing Brush
YUNCHI Food Grade Silicone
Brush Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback



Silicone Electric Face Cleansing
Brush Sonic Facial Skin Cleaner
Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Proactiv Pore Cleansing Charcoal
Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Facial Cleansing Brush, Sonic
Silicone Scrubber, Face Vibrating
Massager
New
**$6.00**
+ shipping
🔵 Top Rated Plus
6 watchers

Silicone Facial Cleansing Brush
Massage Electric Rechargeable
Exfoliate Clean
New
**$10.95**
Free shipping
41 sold

W
IP
E
Ne
$

---

**Sponsored items inspired by your views**   See all ›                          Feedback on our suggestions



 

**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA 🔘 DISCOVER ▪ mastercard 🔵 AMERICAN EXPRESS

◉ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

▬▬▬▬▬
Miami, FL 33133
United States
▬▬▬

Change

**Review item and shipping**

Seller: nycunitedgoods   Message to seller



Waterproof Sonic Vibrating Face Brush for Deep Cleansing, Gentle Exfoliating and
**$13.10**

Quantity
1 ⌄

**Delivery**

◉ Est. delivery: Apr 21 – Apr 24
USPS First Class
**Free**

○ Est. delivery: Apr 20 – Apr 21
USPS Priority Mail Padded Flat Rate Envelope
**$9.00**

○ Est. delivery: Apr 20 – Apr 21
USPS Priority Mail Express Flat Rate Envelope
**$32.00**

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None ⌄

| | |
|---|---|
| Subtotal (1 item) | $13.10 |
| Shipping | Free |
| Tax* | $0.92 |
| **Order total** | **$14.02** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help



Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄



🔍 Search for anything                              All Categories ⌄       **Search**        Advanced

‹ Back to home page  |  Listed in category:  Health & Beauty  ›  Skin Care  ›  Facial Cleansing Devices

Share | Add to Watchlist

🔥 **SAVE UP TO 7% WHEN YOU BUY MORE**



$ Have one to sell?   **Sell now**

### Waterproof Sonic Vibrating Face Brush for Deep Cleansing, Gentle Exfoliating and

Condition:   New

Bulk savings:

| Buy 1 $13.10/ea | Buy 2 $12.71/ea | Buy 3 $12.45/ea |
|---|---|---|

4 or more for $12.18/ea

Quantity:  [ 1 ]     More than 10 available / 1 sold

Price:   **$13.10/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ **3-year protection plan** from Allstate - $1.99

**Ships from United States**        Returns accepted

Shipping:   Free Standard Shipping. See details
            Located in: Los Alamitos, California, United States

Delivery:   Estimated between **Sat, Mar 11** and **Wed, Mar 15** to 33133 ⓘ

Returns:    30 day returns. Buyer pays for return shipping. See details

Payments:   PayPal  GPay  VISA  Mastercard  Amex  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

💲  eBay Money Back Guarantee
    Get the item you ordered or get
    your money back.
    Learn more

Seller information
nycunitedgoods (4637 ⭐)
97.7% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Shop a related Store**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored    **Shop now**

---

### Similar sponsored items

Feedback on our suggestions


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ $5.85 shipping


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive


ON LABS Blackhead Deep Cleansing Nose Pore Strips 6 Strips (LOT OF 3)
New
**$0.99**
0 bids
+ $4.50 shipping
Seller 100% positive


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping


Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$10.99**
Free shipping
⭐ Top Rated Plus
7 watchers

---

### Sponsored items inspired by your views

Feedback on our suggestions









DOE Number: 264
Seller Name: oakey_27
Marketplace: eBay

e**b**ay

Shop by category ˅

🔍 Search for anything | All Categories ˅ | **Search** | Advanced

Daily Deals   Brand Outlet   Help & Contact | Sell   Watchlist ˅   My eBay ˅   🔔   🛒

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Cleansers & Toners

Share | Add to Watchlist

💲 **SAVE UP TO 10%**   See all eligible items and terms ›



Have one to sell? **Sell now**

### Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore Cleaning

Condition: New

Color:  - Select - ˅

Quantity: [ 1 ]   Last One / 10 sold

Price: **$17.97**
Was US $19.97 ⓘ
Save US $2.00
(10% off)

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

Returns accepted | 9 watchers

Shipping: **Free Standard Shipping from outside US.** See details
Located in: Multiple Locations, China

Delivery: ⚡ Estimated between **Thu, Mar 16** and **Wed, Apr 12** ⓘ
Please note the delivery estimate is **greater than 8 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
oakey 27 (3578 ⭐)
99.1% Positive feedback

♡ **Save Seller**
Contact seller
Visit store
See other items

---

## Similar sponsored items    See all ›

Feedback on our suggestions



5-1 Multifunction Electronic Face Facial Cleansing Brush Spa Skin Care massage
New
**$5.99**
Free shipping
857 sold



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$5.99**
Free shipping
42 sold



Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
**$8.50**
6 bids
Free shipping
Seller 99.8% positive



5 in 1 Face Brush Silicone Facial Electric Wash Face Machine Deep Cleaning Pore
New
**$10.79**
$11.99 10% off
Free shipping
5 watchers



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$7.59**
$7.99 5% off
Free shipping
9 watchers

5i
Vi
Cl
Ne
$
Fr
33

---

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions













DOE Number: 265
Seller Name: oebristol
Marketplace: eBay