Daily Deals   Brand Outlet   Help & Contact                                                                 Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

**ebay**      Shop by category ⌄      🔍 Search for anything      All Categories ⌄      Search      Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices                    Share | Add to Watchlist



Hover to zoom

Have one to sell?   **Sell now**

## Pop Sonic Leaf Facial Cleansing Device - NEW WITH DEFECTS (BOX DAMAGE)

Condition:  New

Price:  **$75.95**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to Watchlist** ]

Additional service available

☐  **2-year protection plan** from Allstate - $7.99

🚚  **Fast and reliable.** Ships from United States.

Shipping:   **Free** Standard Shipping. See details
            Located in: Johnson City, Tennessee, United States

Delivery:   Estimated between **Wed, Apr 19** and **Fri, Apr 21** to 60305 ⓘ

Returns:    Seller does not accept returns. See details

Payments:   PayPal  G Pay  VISA  ●● ●●  AMEX  DISCOVER

            **PayPal CREDIT**
            Special financing available. See terms and apply now

            Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

💲  **eBay Money Back Guarantee**
    Get the item you ordered or get your money back.
    Learn more

**Seller information**
oebristol (2303 ★)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

Explore a related Store
**114K** items sold

lovelydeals2012
In eBay Stores
Sponsored                [ Visit store ]

---

## Similar sponsored items                                    Feedback on our suggestions

        

| PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple | Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed. | Clinique Sonic System Purifying Cleansing Brush - New W/ Wand And Charge Dock | Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB | Pink pop sonic leaflet Sonic Facial Cleansing Device |
|---|---|---|---|---|
| New | New | | New | New (Other) |
| **$29.99** | **$24.00** | **$22.49** | **$18.00** | **$24.99** |
| Free shipping | + $3.50 shipping | 2 bids | + $11.75 shipping | Free shipping |
| Seller with a 99.8% positive feedback | Top Rated Plus Seller with a 100% positive feedback | Free shipping Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback |

---

## Sponsored items customers also bought                       Feedback on our suggestions

    

| Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed. | Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B | Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager |
|---|---|---|
| New | New | New |

 Checkout

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
VISA  MC  AMEX  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

## Ship to

█████████
Miami, FL 33133
United States
█████████
Change

## Review item and shipping

Seller: oebristol    Message to seller

Pop Sonic Leaf Facial Cleansing Device - NEW WITH DEFECTS (BOX DAMAGE)
**$75.95**
Quantity 1

**Delivery**
Est. delivery: Apr 19 – Apr 21
Standard Shipping
Free

## Gift cards, coupons, eBay Bucks

[ Enter code: ]   [ Apply ]

## Donate to charity (optional) ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   [ None ⌄ ]

| | |
|---|---|
| Subtotal (1 item) | $75.95 |
| Shipping | Free |
| Tax* | $5.32 |
| **Order total** | **$81.27** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 266
Seller Name: ottostore
Marketplace: eBay

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ▼   My eBay ▼

e**b**ay   Shop by category ▼   | 🔍 Search for anything | All Categories ▼ | Search |   Advanced

‹ Back to previous page | Listed in category:  Health & Beauty › Skin Care › Cleansers & Toners

Share | Add to Watchlist


24 HRS LEFT — LUVME — Get up to $100 OFF! CODE: EASTER100  SHOP NOW AND SAVE



Hover to zoom

$ Have one to sell?  [ Sell now ]

## Electric Facial Spa Massage Cleansing Silicone Brush Face Clean Skin Cleaner

| | |
|---|---|
| Condition: | New |
| Colour: | - Select - ▼ |
| Quantity: | 1   Last One |

Price: **AU $11.51**
Approximately US $7.75

[ **Buy It Now** ]
[ **Add to cart** ]
[ ♡ Add to Watchlist ]

Shipping: AU $300.00 (approx US $202.04) Australia Post International Economy Sea. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: ShenZhen, China

Delivery: ⚡ Estimated between **Wed, May 31** and **Wed, Jun 7** ⓘ
This item has an extended handling time and a delivery estimate **greater than 34 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX
Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence
**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information
ottostore (5700 ★)
93.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items


Earn 60,000 bonus points with the JetBlue Plus Card.
[ Apply now ]

jetBlue
Terms Apply.

---

## Similar sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Waterproof Facial Skin Cleaner Massager
New
**$13.97**
+ $2.69 shipping



Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New
**$16.14**
+ $1.23 shipping
7 watchers

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$9.42**
Free shipping
7 watchers

Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
**$6.20**
($6.20/100g)
+ $7.46 shipping
179 sold



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$12.42**
+ $24.86 shipping
9 watchers

Si...
M...
Ne...
$...
+...
16...

---

## Sponsored items inspired by your views

Feedback on our suggestions





 Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA  [MC]  [card]

● *PayPal*
  Current exchange rate: $1 = AU $1.42767
  Change currency

○ PayPal CREDIT                              ⌄

○ G Pay  Google Pay

**Ship to**

▬▬▬▬▬
Miami, FL 33138-4055
United States
▬▬▬▬

Change

**Review item and shipping**

Seller: ottostore   Message to seller

Electric Facial Spa Massage Cleansing Silicone Brush Face Clean Skin Cleaner
Colour: Rose Red
**AU $11.51**
Quantity 1

**Delivery**
Est. delivery: May 31 – Jun 7
Australia Post International Economy Sea
**AU $300.00**

**Gift cards, coupons, eBay Bucks**

[ Enter code: ]   ( Apply )

---

| | |
|---|---|
| Subtotal (1 item) | AU $11.51 |
| Shipping | AU $300.00 |
| Tax* | AU $21.81 |

**Order total**          AU $333.32

**Order total in USD**          **$233.47**

Current conversion rate: $1 = AU $1.42767

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with *PayPal***

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

DOE Number: 267
Seller Name: outleth74
Marketplace: eBay



Daily Deals    Brand Outlet    Help & Contact

Shop by category

Search for anything     All Categories     Search     Advanced

Sell    Watchlist    My eBay

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



## Pulsaderm SONIC WASHCLOTH 2 speed Silicone Face Brush PINK waterproof

☆☆☆☆☆ Be the first to write a review

**Condition:** New other (see details)

**Price:** **$9.50**
Was US $10.00
Save US $0.50 (5% off)

Best Offer:

Buy It Now

Add to cart

Make offer

♡ Add to Watchlist

### Additional service available

☐ 2-year protection plan from Allstate - $2.99

🚚 **Fast and reliable.** Ships from United States.

**Shipping:** Free Standard Shipping. See details
Located in: Henderson, Nevada, United States

**Delivery:** Estimated between **Thu, Apr 20** and **Mon, Apr 24** ⓘ

**Returns:** Seller does not accept returns. See details

**Payments:** PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
outleth74 (2480 ★)
95% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Shop a related Store**
278K items sold

eaudeluxe
in eBay Stores
Sponsored

Shop now

---

## Similar sponsored items

Feedback on our suggestions



Pack Of 2 Pulsaderm SONIC WASHCLOTH 2 speed Silicone Face Brush PINK waterproof
New
**$13.00**
Free shipping
Seller with a 99.4% positive feedback



pulsaderm SONIC WASHCLOTH 2 Speed Waterproof
New
**$17.99**
Free shipping
Seller with a 100% positive feedback



Clinique Sonic System Purifying Cleansing Brush - New W/ Wand And Charge Dock
New
**$29.00**
11 bids
Free shipping
Seller with a 100% positive feedback



Pulsaderm Sonic Washcloth - Micro Pulse Cleansing (PINK) 2 Speed Waterproof
New
**$10.59**
Free shipping
Last one

Pulsaderm Sonic Washcloth - Micro Pulse Cleansing (Lavender) 2 Speed Waterproof
New
**$9.99**
Free shipping
🔵 Top Rated Plus
Seller with a 99.6% positive feedback

---

## Sponsored items inspired by your views

Feedback on our suggestions



Electric Facial Cleansing Brush,



Toys Importers Pack of 2



Nail Boss Hoodie Hoody



**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA · Mastercard · American Express · Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay · Google Pay

**Ship to**

▬▬▬▬
▬▬▬▬
Miami, FL 33133-2709
United States
▬▬▬▬

Change

**Review item and shipping**

Seller: outleth74    Message to seller

Pulsaderm SONIC WASHCLOTH 2 speed Silicone Face Brush PINK waterproof
**$9.50**
$10.00
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▼

| | |
|---|---|
| Subtotal (1 item) | $9.50 |
| Shipping | Free |
| Tax* | $0.67 |

**Order total** — **$10.17**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 268
Seller Name: pencilcolor2017
Marketplace: eBay



ebay

Shop by category ⌄

🔍 Search for anything                        All Categories ⌄        Search    Advanced

Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist


Earn $1,000 bonus cash back    CHASE for BUSINESS   Learn More    ink.   Member FDIC

🔥 SAVE UP TO 20% WHEN YOU BUY MORE





### Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool

Condition: New

Bulk savings:

| Buy 1 $13.60/ea | Buy 2 $12.24/ea | Buy 3 $11.56/ea |
|---|---|---|

4 or more for $10.88/ea

Quantity: 1      More than 10 available / 4 sold

Price: **$13.60/ea**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

$ Have one to sell?  **Sell now**

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

#### Seller information

pencilcolor2017 (16536 ⭐)
96.9% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



#### Shop a related Store
115K items sold

lovelydeals2012    **Visit store**
In eBay Stores
Sponsored

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Fast and reliable. Ships from United States.

Breathe easy. Returns accepted.

Shipping:  Free Standard Shipping. See details
Located in: New Jersey, United States

Delivery:  Estimated between Thu, Apr 27 and Tue, May 2 ⓘ

Returns:  30 day returns. Buyer pays for return shipping.
See details

Payments:  PayPal  G Pay  VISA  ⬤ Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

Similar sponsored items      See all ›

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping



Nano 30ML Facial Portable Mist Sprayer for Disinfecting & Face Hydration US
New
**$6.50**
0 bids
+ shipping



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
70 sold



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Miami, FL 33138-4055
United States

Change

**Review item and shipping**

Seller: pencilcolor...   Message to seller

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
$13.60

Quantity
1

Delivery
Est. delivery: Apr 27 – May 2
Standard Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:   Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None

Subtotal (1 item)   $13.60
Shipping   Free
Tax*   $0.95

**Order total   $14.55**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

ebay

Shop by category

Search for anything | All Categories | Search

Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

SAVE UP TO 20% WHEN YOU BUY MORE



**Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool**

Condition: New

Bulk savings:
| Buy 1 $13.60/ea | Buy 2 $12.24/ea | Buy 3 $11.56/ea |

4 or more for $10.88/ea

Quantity: 1    More than 10 available / 4 sold

Price: **$13.60/ea**

**Buy It Now**

**Add to cart**

Best Offer:    **Make offer**

♡ Add to Watchlist

Have one to sell? **Sell now**

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
pencilcolor2017 (16484 ⭐)
96.8% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

↩ Breathe easy. Returns accepted.

Shipping: Free Standard Shipping. See details
Located in: New Jersey, United States

Delivery: Estimated between Tue, Apr 18 and Sat, Apr 22 ⓘ

Returns: 30 day returns. Buyer pays for return shipping.
See details

Payments: PayPal  G Pay  VISA  ●● Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Similar sponsored items**

Feedback on our suggestions


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.12
$7.49 5% off
Free shipping
5 watchers


NEW Murad Brighten UP ECLAIRCIR 3 PIECE Facial Skincare Set NIB
New
$9.95
0 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback


Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
$12.89
Free shipping

 
Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable
New
$14.99
Free shipping
Seller with a 99.2% positive feedback

Sponsored items inspired by your views

Feedback on our suggestions



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Palm Beach, FL 33480
United States

Change

**Review item and shipping**

Seller: pencilcolor...   Message to seller

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
**$13.60**

Quantity
1

Delivery
Est. delivery: Apr 18 – Apr 22
Standard Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:   Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None

Subtotal (1 item)   $13.60
Shipping   Free
Tax*   $0.95

**Order total**   **$14.55**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 269
Seller Name: positiveshopnr1
Marketplace: eBay



ebay

Shop by category

Search for anything        All Categories        Search        Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

SAVE UP TO 5% See all eligible items and terms ▸




Hover to zoom

$ Have one to sell? Sell now

**Facial Cleansing Brush Electric Silicone Sonic Vibration Deep Pore Face Cleaning**

Condition: New

Sale ends in: 6d 8h

Color: Rose

Quantity: 1    Last One / 1 sold

Price: **$18.52**
Was US $19.49 ⓘ
Save US $0.97 (5% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Returns accepted

Shipping: **Free** Economy Shipping from Greater China to worldwide. See details
Located in: Multiple locations, Hong Kong

Delivery: ⚡ Estimated between **Wed, Mar 29** and **Tue, May 16** ⓘ
This item has an extended handling time and a delivery estimate **greater than 18 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
positiveshopnrl (499 ★)
97.9% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

---

**Similar sponsored items**    See all >

Feedback on our suggestions


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
6 watchers


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive


Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
**$8.50**
6 bids
Free shipping
Seller 99.8% positive


Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
72 sold


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping

---

**Sponsored items inspired by your views**    See all >

Feedback on our suggestions








**How do you like our checkout?** Give us feedback

### Pay with

○ Add new card
VISA  mastercard  AMEX  DISCOVER

◉ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ GPay  Google Pay

### Ship to

Miami, FL 33133-2709
United States

Change

### Review item and shipping

Seller: positivesho...  Message to seller

Facial Cleansing Brush Electric Silicone Sonic Vibration Deep Pore Face Cleaning
Color: Rose
**$18.52**
$19.49
Quantity 1

Delivery
Est. delivery: Mar 29 – May 16
Economy Shipping from Greater China to worldwide
Free

Save up to 5%

### Gift cards, coupons, eBay Bucks

Enter code:  [ Apply ]

### Donate to charity (optional) ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount  [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $18.52 |
| Shipping | Free |
| Tax* | $1.30 |
| **Order total** | **$19.82** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ **Pay with PayPal** ]

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 270
Seller Name: ramireariadn-0
Marketplace: eBay



Shop by category ∨ | Search for anything | All Categories ∨ | **Search** | Advanced

Daily Deals  Brand Outlet  Help & Contact

Sell  Watchlist ∨  My eBay ∨

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist





$ Have one to sell? **Sell now**

### Sonic Face. Scrubber,silicone Facial Cleaning Brush USB Rechargable,for Face Exf

🔥 Last item available

Condition: New

Quantity: 1    Last One / 2 sold

Price: **$15.00**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99


Ships from United States

Shipping: Free Standard Shipping. See details
Located in: Las Vegas, Nevada, United States

Delivery: Estimated between **Sat, Mar 11** and **Thu, Mar 16** to 33133 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information
ramireariadn-0 (460 ★)
95.4% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Shop related items**
113K items sold


lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items

Feedback on our suggestions



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller 99.9% positive



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ $6.40 shipping
Seller 100% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold

---

### Sponsored items inspired by your views

Feedback on our suggestions



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin



Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating



DOE Number: 271
Seller Name: retailmisfits
Marketplace: eBay

ebay

Shop by category

Search for anything | All Categories | Search | Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



$ Have one to sell? Sell now

## Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW

**Condition:** New other (see details): *Item is in NEW Condition. Ships in OPEN Packaging (packaging is WORN/DAMAGED- exactly as pictured).* ... Read more

**Price:** $13.95

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Additional service available**

☐ 2-year protection plan from Allstate - $2.99

Ships from United States | Returns accepted

**Shipping:** Free Standard Shipping. See details
Located in: Las Vegas, Nevada, United States

**Delivery:** Estimated between Sat, Mar 11 and Wed, Mar 15 to 33133 ⓘ

**Returns:** 30 day returns. Buyer pays for return shipping. See details

**Payments:** PayPal | G Pay | VISA | ●● | AMEX | DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information
retailmisfits (2514 ★)
100% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Shop a related Store**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

## Similar sponsored items

Feedback on our suggestions


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ $5.85 shipping


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller 100% positive


ON LABS Blackhead Deep Cleansing Nose Pore Strips 6 Strips (LOT OF 3)
New
$0.99
0 bids
+ $4.50 shipping
Seller 100% positive


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ $5.85 shipping
Top Rated Plus
5 watchers

## Sponsored items inspired by your views

Feedback on our suggestions


Silicone Electric Face Cleansing


Ultrasonic Electric Silicone Facial


Facial Cleansing Brush, Sonic


Facial Cleansing Brush, Waterproof


Facial Cleansing Brush Silicone





Shop by category ⌄ | 🔍 Search for anything | All Categories ⌄ | Search | Advanced

Daily Deals   Brand Outlet   Help & Contact                                   Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🔥 **EXTRA 10% OFF WITH CODE MISFITSSPRING10**   See all eligible items and terms ▸



Hover to zoom

$ Have one to sell?   **Sell now**

### Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW

**Condition:** New other (see details)

"*Item is in NEW Condition. Ships in OPEN Packaging (packaging is WORN/DAMAGED- exactly as pictured).*" ... Read more

**Price:** **$11.16**
Was US $13.95 ⓘ
Save US $2.79
(20% off)

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to Watchlist** ]

**Additional service available**

☐ 2-year protection plan from Allstate - $2.99

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

**Shipping:** Free Standard Shipping. See details
Located in: Las Vegas, Nevada, United States

**Delivery:** Estimated between Fri, Apr 21 and Mon, Apr 24 ⓘ

**Returns:** 30 day returns. Buyer pays for return shipping.
See details

**Payments:** PayPal | G Pay | VISA | Mastercard | American Express | DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
retailmisfits (2653 ⭐)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Shop related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Shop now ]

---

Similar sponsored items                                                   Feedback on our suggestions

                

| Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | Tresor Rare ULTIMATE PEARL Cleansing and Revitalizing Mousse 5.1 oz - New | Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean | El... So... Si... |
| --- | --- | --- | --- | --- | --- |
| New | New | New | New | New | Ne... |
| $11.97 | $7.49 | $50.00 | $19.98 | $10.95 | $... |
| Free shipping | Free shipping | 0 bids | Free shipping | Free shipping | Fr... |
| ⓡ Top Rated Plus | 6 watchers | Free shipping | Seller with a 100% positive feedback | 41 sold | |
| 10% off 3+ with coupon | | | | | |

---

Sponsored items inspired by your views                                   Feedback on our suggestions

                



eBay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card
VISA ⬛ ⬛ DISCOVER

**PayPal**

PayPal CREDIT
Special financing available.
Apply now. See terms

GPay Google Pay

**Ship to**

Miami, FL 33133
United States

Change

**Review item and shipping**

Seller: retailmisfits | Message to seller

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW
**$11.16**
$13.95
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
Standard Shipping
Free

**Gift cards, coupons, eBay Bucks**

☑ Discount MISFITSSPRING10
Applied: $1.12

Enter code:        Apply

ℹ To apply a donation, you can't be using gift cards, coupons, eBay Bucks, or reward points.

Subtotal (1 item)            $11.16
Shipping                      Free
Discount                    -$1.12
Tax*                         $0.70

**Order total**            **$10.74**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 272
Seller Name: rodcogroup
Marketplace: eBay



Shop by category

Search for anything | All Categories | Search

Advanced

Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist    My eBay

< Back to previous page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices > See more POP SONIC LEAF SONI...

Share | Add to Watchlist


ebay  Collect your bounty
Plus, an eBay exclusive Mandalorian™ Funko Pop!    This is the way



Hover to zoom

$ Have one to sell?    Sell now

### Pop Sonic Leaf Sonic Facial Cleansing Electric Device Blue Marble New Cordless

☆☆☆☆☆ Be the first to write a review

**Condition:** New

**Price:** **$39.99**

| Buy It Now |
| Add to cart |

**Best Offer:**    | Make offer |

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

**Shipping:**  Free 2-4 day shipping
Get it between Thu, Apr 20 and Sat, Apr 22. See details
Located in: Pittsburgh, Pennsylvania, United States

**Returns:**  Seller does not accept returns. See details

**Payments:**  PayPal  G Pay  VISA  MasterCard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
rodoogroup (2693)
99.5% positive feedback

♡ Save seller
Contact seller
Visit store
See other items




**Shop related items**
278K items sold

eaudeluxe
In eBay Stores
Sponsored    Shop now

## Similar sponsored items

Feedback on our suggestions


Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB
New
**$18.00**
+ shipping
Seller with a 100% positive feedback


PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple
New
**$29.99**
Free shipping
Seller with a 99.8% positive feedback


Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback


Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
**$24.00**
+ $3.50 shipping
Top Rated Plus
Seller with a 100% positive feedback


Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

## Sponsored items customers also bought

Feedback on our suggestions




**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart.



## Pay with

○ Add new card
VISA · mastercard · 💳 · DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

### Ship to

████████

Miami, FL 33133-2709
United States

████████

Change

### Review item and shipping

Seller: rodoogroup  |  Message to seller

Pop Sonic Leaf Sonic Facial Cleansing Electric Device Blue Marble
New Cordless

$39.99

Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
Free

### Gift cards, coupons, eBay Bucks

Enter code:    [ Apply ]

### Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    [ None ⌄ ]



| | |
|---|---|
| Subtotal (1 item) | $39.99 |
| Shipping | Free |
| Tax* | $2.80 |

| | |
|---|---|
| **Order total** | **$42.79** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ Pay with **PayPal** ]

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 273
Seller Name: rumaxtrade
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact
Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄ | Search for anything | All Categories ⌄ | Search | Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist

🌱 SAVE UP TO **10%** WHEN YOU BUY MORE



Tips: Power supply: 1*AAA battery (not included)

$ Have one to sell? **Sell now**



### Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner

Condition: New

Color/Color: Rose ⌄

Bulk savings:
| Buy 1 $13.98/ea | Buy 2 $13.28/ea |

Quantity: [ 1 ]   2 available / 1 sold

Price: **$13.98/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ **3-year protection plan** from Allstate - $1.99

**Returns accepted**

Shipping: Free Economy Shipping from outside US. See details
Located in: Dummalasooriya, Sri Lanka

Delivery: 📦 Estimated between **Wed, Mar 29** and **Fri, Apr 14** ⓘ
This item has an extended handling time and a delivery estimate **greater than 19 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  GPay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
rumaxtrade (29 ⭐)
96.8% Positive feedback

♡ Save Seller
Contact seller
See other items

---

Similar sponsored items    See all ›

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller 100% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
$9.95
Free shipping
72 sold



Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
$8.50
6 bids
Free shipping
Seller 99.8% positive



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$12.19
Free shipping
21 sold



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$12.19
Free shipping
21 sold

Sponsored items inspired by your views    See all ›

Feedback on our suggestions



ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  MasterCard  AMEX  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Miami, FL 33133-2709
United States
Change

**Review item and shipping**

Seller: rumaxtrade  |  Message to seller

Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
Color/Color: Rose
**$13.98**

Quantity
1

**Delivery**
Est. delivery: Mar 29 – Apr 14
Economy Shipping from outside US
Free

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None

| | |
|---|---|
| Subtotal (1 item) | $13.98 |
| Shipping | Free |
| Tax* | $0.98 |
| **Order total** | **$14.96** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 274
Seller Name: shmcg-7339
Marketplace: eBay



Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ∨    My eBay ∨

Shop by category ∨    Search for anything    All Categories ∨    Search    Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist





Have one to sell? Sell now

### Facial Cleansing Brush made with Ultra Hygienic Soft Silicone, Waterproof Sonic

Condition: New

Quantity: [ 1 ]   4 available

Price: **$15.00**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

**Ships from United States**

Shipping: US $5.00 Standard Shipping. See details
Located in: Toledo, Oregon, United States

Delivery: Estimated between Sat, Mar 11 and Tue, Mar 14 ⓘ

Returns: Seller does not accept returns. See details

Payments: 

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

#### Seller information
shmog-7339 (35 ⭐)
85.7% Positive feedback

♡ Save Seller
Contact seller
See other items

  

**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

Shop now

---

## Similar sponsored items

Feedback on our suggestions


Sonic Silicone Facial Cleansing Massager Brush - FREE Headband Free Shipping
New
**$17.99**
Free shipping
Seller 100% positive


5-1 Multifunction Electric Face Facial Cleansing Brush Spa Skin Care Massage US
New
**$5.99**
Free shipping
5 watchers


ON LABS Blackhead Deep Cleansing Nose Pore Strips 6 Strips (LOT OF 3)
New
**$0.99**
0 bids
+ $4.50 shipping
Seller 100% positive


BLUE Facial Cleansing Brush,2-in-1 Silicone Exfoliator w/Spa Microfiber Headband
New
**$13.99**
Free shipping
Seller 100% positive


Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$7.59**
$7.99 5% off
Free shipping
9 watchers

Si
Br
Cl
Ne
$

---

## Sponsored items inspired by your views

Feedback on our suggestions


Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush
New
**$35.00**


FOREVER LINA T-Sonic mini Facial Cleansing Device
New
**$12.99**

Flipping Octopus Flipping Octopus Octopus Octopus Plush Toy Flipping Doll Octopu
New
**$24.69**


Official Reversible Mood Colour Changing Octopus Plush Pre Loved Soft Toys
Pre-owned
**$4.74**



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
**$13.98**

Si
Br
Cl
Ne
$



DOE Number: 275
Seller Name: shop_purple
Marketplace: eBay





DOE Number: 276
Seller Name: shopcom2000
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact                                                          Sell   Watchlist ∨   My eBay ∨

**ebay**          Shop by category ∨          🔍 Search for anything                          All Categories ∨          Search          Advanced

‹ Back to home page  | Listed in category:  Health & Beauty  ›  Skin Care  ›  Facial Cleansing Devices                           Share | Add to Watchlist



### Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush

Condition: New

Color: Pink ∨

Quantity: 1        10 available

Price: **$35.00**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Ships from United States**

Shipping: Free Expedited Shipping. See details
Located in: Fontana, California, United States

Delivery: Estimated between Sat, Mar 11 and Tue, Mar 14 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  ●●  ⬤⬤  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell?  [ Sell now ]

---

**Shop with confidence**

💲  eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
shopoom2000 (69 ★)
100% Positive feedback

♡ Save Seller
Contact seller
See other items



**Explore a related Store**
113K items sold


lovelydeals2012
In eBay Stores
Sponsored                    [ Visit store ]

---

### Similar sponsored items                                   Feedback on our suggestions

            

| Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New | Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | Isdin Essential Cleansing Oil Based Cleanser 200ml 6.76oz | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B | Fe |
| New | New | New | New | New | Ne |
| $9.95 | $19.98 | $16.00 | $7.49 | $13.95 | $ |
| Free shipping | Free shipping | 0 bids | Free shipping | Free shipping | Fr |
| 74 sold | Seller 100% positive | + $12.00 shipping | | Seller 99.9% positive | 38 |
| | | Seller 100% positive | | | |

---

### Sponsored items inspired by your views                      Feedback on our suggestions

            

| FOREVER LINA T-Sonic mini Facial Cleansing Device | Flipping Octopus Flipping Octopus Octopus Plush Toy Flipping Doll Octopu | Official Reversible Mood Colour Changing Octopus Plush Pre Loved Soft Toys | Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | Si Br Cl |
| New | New | Pre-owned | New | New | Ne |
| $12.99 | $24.69 | $4.74 | $13.98 | $34.99 | $ |
| + shipping | ~~$25.99~~ 5% off | + shipping | Free shipping | Free shipping | |
| Seller 100% positive | Free shipping | Seller 100% positive | | | |



DOE Number: 277
Seller Name: shopcrownhouse
Marketplace: eBay

ebay

Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

Daily Deals   Brand Outlet   Help & Contact | Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

### Borim Silicone Facial Cleaner Cleanser Device BRM-5800 Electronic Face Massager

Hover to zoom

$ Have one to sell? | **Sell now**

Condition: New

Quantity: 1    5 available / 2 sold

Price: **$8.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 **Breathe easy.** Free shipping and returns.

🚚 **Fast and reliable.** Ships from United States.

Shipping: Free Standard Shipping. See details
Located in: Millersburg, Pennsylvania, United States

Delivery: Estimated between Thu, Apr 20 and Sat, Apr 22 ⓘ

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

🔖 **Top Rated Plus**
Trusted seller, fast shipping, and easy returns. Learn more

$ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
shopcrownhouse (111824 ⭐)
99.6% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

**Discover related items**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

**Shop now**



### Similar sponsored items

Feedback on our suggestions

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping
6 watchers

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
$6.99
Free shipping
Seller with a 99.4% positive feedback

Cleanser, face cleanser, face wash, dr lift, jojoba, vitamin c
New
$32.20
0 bids
+ $5.99 shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$9.00
+ shipping
Seller with a 100% positive feedback

### Sponsored items inspired by your views

Feedback on our suggestions



 Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

Add new card
VISA  Mastercard  American Express  Discover

**PayPal**

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay  Google Pay

## Ship to

████████
Miami, FL 33133-2709
United States
████████
Change

## Review item and shipping

Seller: shopcrownhouse     |     Message to seller



Borim Silicone Facial Cleaner Cleanser Device BRM-5800 Electronic
Face Massager
**$8.99**

Quantity
1

**Delivery**

● Est. delivery: Apr 21 – Apr 24
USPS First Class
**Free**

○ Est. delivery: Apr 20 – Apr 22
USPS Priority Mail Padded Flat Rate Envelope
**$10.40**

## Gift cards, coupons, eBay Bucks

Enter code:            Apply

## Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy,
safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later than 30 days after the end of the
month in which the donation is made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount      None

| Subtotal (1 item) | $8.99 |
|---|---|
| Shipping | Free |
| Tax* | $0.63 |

**Order total**      **$9.62**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help


Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 278
Seller Name: sita-ram (22)
Marketplace: eBay



Shop by category ∨   🔍 Search for anything | All Categories ∨ | Search | Advanced

◁ Back to home page  | Listed in category:  Health & Beauty  >  Skin Care  >  Facial Cleansing Devices

Share | Add to Watchlist

🏷️ SAVE UP TO **5%** WHEN YOU BUY MORE



## AGARO CM2107 Sonic Facial Cleansing Massager Silicone Facial Cleansing Brush

Condition: **New**

Bulk savings:
| Buy 1 $23.49/ea | Buy 2 $23.02/ea |

Quantity: [ 1 ]   2 available

Price: **$23.49/ea**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

**Additional service available**

☐ 3-year protection plan from Allstate - $2.99

🚚 Breathe easy. Free shipping and returns.

Shipping: **Free** Standard Shipping. See details
Located in: NOIDA, UTTAR PRADESH, India

Delivery: 📦 Estimated between **Tue, Mar 21** and **Thu, Apr 6** ⓘ
This item has an extended handling time and a delivery estimate **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: 

**PayPal CREDIT**
Special financing available. See terms and apply now

 Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information
sita-ram (22 ⭐)
83.9% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items




**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Visit store ]

💲 Have one to sell?  [ Sell now ]

---

### Similar sponsored items   See all ▸

Feedback on our suggestions



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
**6 watchers**



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
**$8.50**
6 bids
Free shipping
Seller 99.8% positive



Facial Cleansing Brush
New
**$14.99**
Free shipping
38 sold



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller 99.9% positive

### Sponsored items inspired by your views   See all ▸

Feedback on our suggestions







**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA · card · card · DISCOVER

● *PayPal*

○ *PayPal CREDIT*
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: sita-ram    Message to seller

AGARO CM2107 Sonic Facial Cleansing Massager Silicone Facial
Cleansing Brush
$23.49

Quantity
1

**Delivery**
Est. delivery: Mar 21 – Apr 6
Standard Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio
engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity
no later than 30 days after the end of the month in which the donation is made. Donations are
non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if
the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

Subtotal (1 item)          $23.49
Shipping                      Free
Tax*                        $1.64

**Order total**             **$25.13**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.
*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with *PayPal***

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 279
Seller Name: solyansoutlet
Marketplace: eBay



ebay

Shop by category

Search for anything

All Categories

Search | Advanced

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay   🔔   🛒

Back to previous page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist





Hover to zoom

$ Have one to sell?   Sell now

### Brush Ultrasonic Electric Silicone Skin Care Face Facial Cleansing Washing Clean

Condition: **New**

Quantity: [ 1 ]   5 available

Price: **$12.99**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to Watchlist** ]

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

Shipping: Free Standard Shipping. See details
Located in: Long Beach, California, United States

Delivery: Estimated between **Wed, Apr 26** and **Mon, May 1** ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
solyansoutlet (9200 ⭐)
96.2% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



CHASE for BUSINESS

**New business checking customers earn $300**
when you open a Chase Business Complete Checking℠ account with qualifying activities.

Learn More

JPMorgan Chase Bank, N.A. Member FDIC.

---

### Similar sponsored items

Feedback on our suggestions

    

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
69 sold

NuFACE Trinity Advanced Facial Toning Device
New
**$95.00**
0 bids
Free shipping
Seller with a 100% positive feedback

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus
10% off 3+ with coupon

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
5 watchers

Si...
M...
Ex...
Ne...
$...
Fr...
41...

---

### Related sponsored items

Feedback on our suggestions

    

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New

NuFACE Trinity Microcurrent Facial Toning Device New Open Box
New

Foreo Luna Mini 2 Facial Cleansing Brush ( Fuchsia ) **New With Case**
New

Clarisonic Mia 2 Sonic Skin Cleansing System - WHITE NEW
New

New Clarisonic Mia Fit Skin Cleaning Face Brush - WHITE
Ne...
C...

**eBay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

○ Add new card
  DISCOVER VISA MasterCard AMEX

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay Google Pay

## Ship to

▊▊▊▊▊▊▊
Palm Beach, FL 33480
United States
▊▊▊▊▊▊

Change

## Review item and shipping

Seller: solyansoutiet | Message to seller



Brush Ultrasonic Electric Silicone Skin Care Face Facial Cleansing Washing Clean

$12.99

Quantity
1

**Delivery**
Est. delivery: Apr 26 – May 1
USPS First Class
Free

## Gift cards, coupons, eBay Bucks

Enter code:    Apply

## Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| Subtotal (1 item) | $12.99 |
|---|---|
| Shipping | Free |
| Tax* | $0.91 |
| **Order total** | **$13.90** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

 MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 280
Seller Name: star61172
Marketplace: eBay

ebay
Daily Deals   Brand Outlet   Help & Contact                                                                                    Sell   Watchlist ⌄   My eBay ⌄        🔔        🛒

Shop by category ⌄    🔍 Search for anything              All Categories ⌄      Search      Advanced

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs                    Share | Add to Watchlist

🔖 **SAVE UP TO 20% WHEN YOU BUY MORE**



Skincare Effect Increased by **200%**

- Deep cleaning
- Open Pores
- Promote facial absorption of essence

💲 Have one to sell?   Sell now

### HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager 🧖

Condition: **New**

Bulk savings:

| Buy 1 $19.98/ea | Buy 2 $17.98/ea | Buy 3 $16.98/ea |
| --- | --- | --- |

4 or more for $15.98/ea

Quantity: [ 1 ]    More than 10 available / 5 sold

Price: **$19.98/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 **Breathe easy.** Free shipping and returns.

🏷 **Be the change.** All net proceeds from this sale go to charity.

Shipping: **Free Standard Shipping.** See details
Located in: New Port Richey, Florida, United States

Delivery: Estimated between **Wed, Apr 26** and **Thu, Apr 27** ⓘ

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  American Express  DISCOVER
**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

⭐ Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
star61172 (3735 ⭐)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Shop related items**
115K items sold



lovelydeals2012      Visit store
In eBay Stores
Sponsored

---

**Similar sponsored items**    See all ›                                        Feedback on our suggestions









5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$6.55**
Free shipping
2790 sold

Silicone Face Cleansing Brush Facial Cleanser Washing Massager Scrubber //
New
**$1.21**
Free shipping

RODIAL Bee Venom Cleansing Balm 3.4 fl oz New in Box $55 retail
New
**$9.99**
0 bids
+ shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

---

**Sponsored items customers also bought**    See all ›                          Feedback on our suggestions













**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA · Mastercard · AmEx · Discover

● PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

[redacted]
Miami, FL 33133-2709
United States
[redacted]

Change

**Review item and shipping**

Seller: star61172 | Message to seller

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

**$19.98**

Quantity
1

**Delivery**
Free 3-4 day shipping
Get it by Apr 26 – Apr 27
USPS First Class

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $19.98 |
| Shipping | Free |
| Tax* | $1.40 |

| Order total | **$21.38** |
|---|---|

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with** PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

ebay

Shop by category ˅

Search for anything 🔍 | All Categories ˅ | **Search** | Advanced

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist

🏷 SAVE UP TO **20%** WHEN YOU BUY MORE



### HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager 💃

Condition: **New**

Bulk savings:
| Buy 1 $19.98/ea | Buy 2 $17.98/ea | Buy 3 $16.98/ea |

4 or more for $15.98/ea

Quantity: [ 1 ]    More than 10 available / 5 sold

Price: **$19.98/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 **Breathe easy.** Free shipping and returns.

🎗 **Be the change.** All net proceeds from this sale go to charity.

Shipping: **Free 2-4 day shipping**
Get it between Thu, Apr 20 and Sat, Apr 22. See details
Located in: New Port Richey, Florida, United States

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

⭐ **Top Rated Plus**
Trusted seller, fast shipping, and easy returns. Learn more

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

#### Seller information
star61172 (3735 ⭐)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Shop now

---

### Similar sponsored items

Feedback on our suggestions


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off
Free shipping


5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$6.55**
Free shipping
2785 sold


Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback


3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6
New
**$14.97**
Free shipping
⭐ Top Rated Plus
149 sold


Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US
New
**$11.99**
Free shipping

---

### Sponsored items customers also bought

Feedback on our suggestions









DOE Number: 281
Seller Name: steffanief13
Marketplace: eBay





Shop by category | Search for anything | All Categories | **Search** | Advanced

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

## Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink

Condition: New

Price: **$13.88**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Ships from United States

Shipping: US $5.10 Standard Shipping. See details
Located in: Cleveland, Ohio, United States

Delivery: Estimated between Tue, Mar 14 and Sat, Mar 18 to 33133 ⓘ
Ships today if paid within 9 hrs 39 mins See details

Returns: Seller does not accept returns. See details

Payments: PayPal   G Pay   VISA   MasterCard   American Express   Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information
steffanief13 (862 ⭐)
96.6% Positive feedback

Save Seller
Contact seller
Visit store
See other items

  

**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Shop now**

$ Have one to sell? | **Sell now**

---

## Similar sponsored items

Feedback on our suggestions



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping



Silicone Electric Face Cleansing Massager Facial Washing Brush Scrubber Cleanser
New
**$11.89**
Free shipping
6 watchers



New Therabody TheraFace PRO Facial Massager - Black
New
**$8.50**
10 bids
+ $10.00 shipping
Top Rated Plus
Seller 100% positive

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ $6.40 shipping
Seller 100% positive

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold

U... Cl... Ne...

---

## Sponsored items customers also bought

Feedback on our suggestions



Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massage



CeraVe Hydrating Facial Cleanser For Normal To Dry Skin - 16oz.



DOE Number: 282
Seller Name: storageauctionpirate
Marketplace: eBay



ebay | Shop by category ▾ | Search for anything | All Categories ▾ | Search | Advanced

Daily Deals  Brand Outlet  Help & Contact                    Sell  Watchlist ▾  My eBay ▾  🔔  🛒

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices > See more Pop Sonic Leaf Facial...

Share | Add to Watchlist





### Pop Sonic Leaf Sonic Facial Cleansing Electric Device Light Pink New In Box

★★★★★ 2 product ratings | Write a review

**Condition:** New

**Price:** **$25.00**

[ Buy It Now ]

[ Add to cart ]

**Best Offer:**   [ Make offer ]

[ ♡ Add to Watchlist ]

**Additional service available**

☐ 3-year protection plan from Allstate - $2.99

↩ **Breathe easy.** Returns accepted.

**Pickup:** Free local pickup from Brentwood, California, United States. See details

**Returns:** 30 day returns. Buyer pays for return shipping. See details

**Payments:** PayPal  G Pay  VISA  MasterCard  American Express  Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

💲 Have one to sell?  [ Sell now ]

#### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
storageauctionpirate (6659 ★)
99% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

[ Shop now ]

---

### Similar sponsored items

Feedback on our suggestions





Proactiv



YUNCHI



| | | | | |
|---|---|---|---|---|
| Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed. | POP SONIC LEAFLET Sonic Facial Cleansing Device PINK - Line & Wrinkle Reducer | Proactiv Pore Cleansing Charcoal Infused Brush | PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Purple | Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B |
| New | New (Other) | New | New | New |
| $24.00 | $21.96 | $11.30 | $29.99 | $13.95 |
| + $3.50 shipping | $24.95 12% off | 0 bids | Free shipping | Free shipping |
| Top Rated Plus | Free shipping | + shipping | Seller with a 99.8% positive feedback | Seller with a 99.9% positive feedback |
| Seller with a 100% positive feedback | Top Rated Plus | Seller with a 100% positive feedback | | |

---

### Sponsored items inspired by your views

Feedback on our suggestions











| | | | | |
|---|---|---|---|---|
| Super Face Washing Machine Electric Soft Silicone Facial Brush | Automatic Waterproof Chicken Coop Door With Light Sensor | Automatic Chicken Coop Door Opener, Automatic Chicken House | Automatic Chicken Coop Door Opener Light Sensor Automatic | Creative Automatic Chicken House Door Open Door Opener Light |



**Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with



○ Add new card

VISA Mastercard AMEX DISCOVER

◉ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

## Ship to

███████
Miami, FL 33133-2709
United States
███████

Change

## Review item and shipping

Seller: storageauct... | Message to seller

Pop Sonic Leaf Sonic Facial Cleansing Electric Device Light Pink New In Box
**$25.00**
Quantity 1

◉ **Delivery**
Est. delivery: Apr 21 – Apr 26
USPS Parcel Select Ground
**$9.03**

○ **Pickup**
Contact seller after checkout to arrange pickup

## Gift cards, coupons, eBay Bucks

Enter code:     Apply

## Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None ▼

| | |
|---|---|
| Subtotal (1 item) | $25.00 |
| Shipping | $9.03 |
| Tax* | $2.38 |
| **Order total** | **$36.41** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with *PayPal***

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 283
Seller Name: stylemebri
Marketplace: eBay

ebay

Shop by category ▾

Search for anything    All Categories ▾    Search    Advanced

Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ▾   My eBay ▾   🔔   🛒

‹ Back to previous page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices          Share | Add to Watchlist





Hover to zoom

$ Have one to sell?   Sell now

### silicone electric facial cleansing brush for acne and pores

Condition:  New

Price:  **$13.00**

[ Buy It Now ]

[ Add to cart ]

Best Offer:  [ Make offer ]

[ ♡ Add to Watchlist ]

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

Pickup:  Free local pickup from Anaheim, California, United States. See details

Returns:  Seller does not accept returns. See details

Payments:  

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
stylemebri (208 ⭐)

♡ Save seller
Contact seller
See other items



**Explore a related Store**
115K items sold

lovelydeals2012    [ Visit store ]
In eBay Stores
Sponsored

---

### Similar sponsored items

Feedback on our suggestions



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
69 sold



Differin Adapalene Gel Hugeeee lot 0J% Acne Treatment, please see description
New
**$8.50**
2 bids
+ shipping
Seller with a 100% positive feedback

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
🔵 Top Rated Plus
10% off 3+ with coupon

---

### Related sponsored items

Feedback on our suggestions



NuFACE Trinity Microcurrent Facial Toning Device New Open Box



Foreo Luna Mini 2 Facial Cleansing Brush / Fuchsia \ **New With Case**



Foreo Luna Mini 2 Facial Cleansing Brush / Pearl Pink \ **Fresh With



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner



Clarisonic Mia 2 Sonic Skin Cleansing System  WHITE NEW



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
[VISA] [Mastercard] [Amex] [Discover]

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ [G Pay] Google Pay

**Ship to**

████████
Palm Beach, FL 33480
United States
████
Change

**Review item and shipping**

Seller: stylemembri    Message to seller

silicone electric facial cleansing brush for acne and pores
**$13.00**
Quantity 1

● Delivery
Est. delivery: Apr 24 – Apr 26
USPS First Class
**$12.55**

○ Pickup
Contact seller after checkout to arrange pickup

**Gift cards, coupons, eBay Bucks**

[ Enter code: ]    [ Apply ]

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    [ None ▼ ]

Subtotal (1 item)          $13.00
Shipping                   $12.55
Tax*                        $1.79

**Order total**            **$27.34**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

[ **Pay with PayPal** ]

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

[ Help ]

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 284
Seller Name: sunken_treasure
Marketplace: eBay



ebay

Shop by category

Search for anything    All Categories    Search    Advanced

< Back to previous page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices > See more Pop Sonic Leaflet Faci...

Share | Add to Watchlist

SAVE UP TO 12%   See all eligible items and terms ▸




## POP SONIC LEAFLET Sonic Facial Cleansing Device PINK - Line & Wrinkle Reducer

☆☆☆☆☆ Be the first to write a review

Condition: New other (see details)

Price: **US $21.96**
Was US $24.95 ⓘ
Save US $2.99 (12% off)

**Buy It Now**

**Add to cart**

Best Offer: **Make offer**

♡ Add to Watchlist

Additional service available

☐ 1-year protection plan from Allstate - $3.99

⇥ **Breathe easy.** Free shipping and returns.

⇥ **Fast and reliable.** Ships from United States.

Shipping: **Free 2-4 day shipping**
Get it between Thu, Apr 20 and Sat, Apr 22. See details
Located in: Lansing, Michigan, United States

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell?  **Sell now**

Hover to zoom

### Shop with confidence

**Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information
sunken_treasure (1026 ★)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items




**Explore a related Store**
278K items sold

eaudeluxe
in eBay Stores
Sponsored

**Visit store**

---

## Similar sponsored items

Feedback on our suggestions


Pink pop sonic leaflet Sonic Facial Cleansing Device
New (Other)
**$24.99**
Free shipping
Seller with a 100% positive feedback


Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
**$24.00**
+ $3.50 shipping
Top Rated Plus
Seller with a 100% positive feedback


Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback


Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

---

## Sponsored items customers also bought

Feedback on our suggestions



DOE Number: 285
Seller Name: sunlin1120
Marketplace: eBay

eBay

Shop by category ∨

🔍 Search for anything | All Categories ∨ | **Search** | Advanced

Daily Deals  Brand Outlet  Help & Contact

Sell  Watchlist ∨  My eBay ∨  🔔  🛒 1

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

## Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition: **New**

Actual Color: Pink ∨

Quantity: 1  **Last One**

Price: **$16.49**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

**Returns accepted**

Shipping: **Free** SpeedPAK Standard. See details
Located in: GUANGZHOU, China

Delivery: 🚚 Estimated between **Wed, Mar 22** and **Mon, Mar 27** ⓘ
Please note the delivery estimate is **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

💲 Have one to sell? Sell now

### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information
sunlin1120 (2)
100% Positive feedback

♡ Save Seller
Contact seller
See other items

---

### Similar sponsored items

Feedback on our suggestions



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
**6 watchers**



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



Kiehl's 4.2 Oz ULTRA FACIAL Oil-Free Gel Cream NEW
New
**$10.00**
0 bids
Free shipping
Seller 100% positive



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$12.19**
Free shipping
**21 sold**



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping

---

### Sponsored items inspired by your views

Feedback on our suggestions













DOE Number: 286
Seller Name: taiyuanhuiguaisaish-0
Marketplace: eBay



ebay

Shop by category ▾

Search for anything

All Categories ▾

Search

Advanced

Sell   Watchlist ▾   My eBay ▾

◁ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🛍 SAVE UP TO **20%** WHEN YOU BUY MORE



### Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

Condition: New

Bulk savings:

| Buy 1 $6.99/ea | Buy 2 $6.29/ea | Buy 3 $5.94/ea |
| --- | --- | --- |

4 or more for $5.59/ea

Quantity: [ 1 ]   9 available / 2 sold

Price: **$6.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

�", Fast and reliable. Ships from United States.

↩ Breathe easy. Returns accepted.

Shipping: Free eBay Express. See details
Located in: Ontario, California, United States

Delivery: Estimated between **Thu, Apr 20** and **Mon, Apr 24** ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: 〔PayPal〕 〔G Pay〕 〔VISA〕 〔Mastercard〕 〔AMEX〕 〔Discover〕

PayPal **CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? **Sell now**

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

#### Seller information
taiyuanhuiguaisaish-0 (213 ★)
99.5% positive feedback

♡ Save seller
Contact seller
See other items



**Discover related items**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

**Visit store**

---

### Similar sponsored items

Feedback on our suggestions



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
67 sold



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

---

### Sponsored items customers also bought

Feedback on our suggestions



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA  [card logos]

● *PayPal*

○ PayPal CREDIT
  Special financing available.
  Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: taiyuanhuig...   Message to seller

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
**$6.99**

Quantity
1

**Delivery**

● Est. delivery: Apr 24 – Apr 25
  eBay Standard
  **Free**

○ Est. delivery: Apr 21 – Apr 24
  eBay Express
  **$1.00**

**Gift cards, coupons, eBay Bucks**

Enter code:  [Apply]

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None

Subtotal (1 item)          $6.99
Shipping                   Free
Tax*                       $0.49

**Order total**           **$7.48**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ Pay with *PayPal* ]

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 287
Seller Name: tandzik9
Marketplace: eBay



ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Shop | Watchlist | My eBay

Daily Deals   Brand Outlet   Help & Contact

< Back to previous page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

IF YOU CAN PLAN *A WEDDING*
YOU CAN PLAN *FOR A NATURAL DISASTER*
GET STARTED
Ready
FEMA
ad COUNCIL





Hover to zoom

### Mini Silicone Electric Face Cleansing Brush Facial Skin Cleaner Massager Tool

Condition:  New

Price:  **$15.00**

Best Offer:

**Buy It Now**

**Add to cart**

**Make offer**

♡  Add to Watchlist

**Additional service available**

☐  3-year protection plan from Allstate - $1.99

🚚  **Fast and reliable.** Ships from United States.

Shipping:  **Free** Standard Shipping. See details
Located in: Las Vegas, Nevada, United States

Delivery:  Estimated between Sat, Apr 22 and Tue, Apr 25 ⓘ

Returns:  Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲  **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
tandzik9 (10) 🌟
100% positive feedback

♡  Save seller
Contact seller
See other items



**Shop related items**
115K items sold

lovelydeals2012
in eBay Stores
Sponsored

**Shop now**

$ Have one to sell?  Sell now

---

### Sponsored items inspired by your views

Feedback on our suggestions







| Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink | Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner | Pop Sonic The Leaflet Sonic Facial Cleansing Device "Gray" NIB |
|---|---|---|
| New | New | New |
| **$19.99** | **$8.99** | **$119.99** |
| Free shipping | Free shipping | Free shipping |
| Seller with a 100% positive feedback | | Extra 7% off |

---

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 264731975661

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as | Brand | Jiari |
|---|---|---|---|

 **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

○ Add new card
VISA  Mastercard  AMEX  Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

## Ship to

███████
Miami, FL 33138-4055
United States
███████
Change

## Review item and shipping

Seller: tandzik9    Message to seller

 Mini Silicone Electric Face Cleansing Brush Facial Skin Cleaner Massager Tool
**$15.00**
Quantity 1

**Delivery**
Est. delivery: Apr 22 – Apr 26
USPS First Class
Free

## Gift cards, coupons, eBay Bucks

[ Enter code: ]    [ Apply ]

## Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    [ None ▼ ]

---

| Subtotal (1 item) | $15.00 |
| Shipping | Free |
| Tax* | $1.05 |
| **Order total** | **$16.05** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ **Pay with PayPal** ]

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Help

DOE Number: 288
Seller Name: tdbsmarketplace
Marketplace: eBay

eBay

Shop by category

Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

**Pay over time with PayPal Credit**
Get 12.99% APR with 12 or 24 Easy Payments on eBay.
Ends 4/20, 11:59pm PT. Min. purchase required.

See terms



FACIAL CLEANSING BRUSH

Hover to zoom

$ Have one to sell? | Sell now

### Xpreen Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body

Condition: New

Price: **$9.99**

Buy It Now

Add to cart

Best Offer:

Make offer

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

🔁 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Delivery: Varies

Returns: 30 day returns. Buyer pays for return shipping.
See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
tdbsmarketplace (2116 ★)
99.1% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Visit store

---

### Sponsored items inspired by your views

Feedback on our suggestions



LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser BNIB black
New
**$20.00**
+ $4.00 shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Message
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus



Automatic Waterproof Chicken Coop Door With Light Sensor Poultry Gate Hen House
New
**$24.00**
Free shipping
9 watchers

---

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 385155759279

## Item specifics

**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card
  VISA  Mastercard  American Express  Discover

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ **G Pay** Google Pay

**Ship to**

████████
Miami, FL 33133-2709
United States
████████

Change

**Review item and shipping**

Seller: tdbsmarketp...    Message to seller

Xpreen Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body
**$9.99**
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 25
USPS First Class
**$5.70**

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| Subtotal (1 item) | $9.99 |
|---|---|
| Shipping | $5.70 |
| Tax* | $1.10 |

**Order total**    **$16.79**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 289
Seller Name: teresbenedic5
Marketplace: eBay



ebay

Shop by category

Search for anything | All Categories | Search | Advanced

Daily Deals   Brand Outlet   Help & Contact | Sell   Watchlist   My eBay

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



### Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink

Condition: **New**

Price: **$12.48**

[ Buy It Now ]
[ Add to cart ]

Best Offer: [ Make offer ]

[ ♡ Add to Watchlist ]

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

**Ships from United States**

Shipping: US $5.70 Standard Shipping. See details
Located in: Oxford, Michigan, United States

Delivery: Estimated between **Mon, Mar 13** and **Tue, Mar 14** to 33133 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
teresbenedio5 (984 ★)
99.1% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

$ Have one to sell? [ Sell now ]

---

### Similar sponsored items

Feedback on our suggestions


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive


7 Colors LED Light Photon Face Neck Mask Rejuvenation Facial Therapy Wrinkle US
New
**$16.50**
0 bids
+ $5.17 shipping
Seller 100% positive


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ $6.40 shipping
Seller 100% positive

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold

---

### Sponsored items inspired by your views

Feedback on our suggestions


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin


PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable


NEW Sonic Facial Cleansing Brush Massager 2 n 1 Rechargeable


SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO


SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE



DOE Number: 290
Seller Name: theezay
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ˅   My eBay ˅

Shop by category ˅

Search for anything

All Categories ˅

Search

Advanced

< Back to previous page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

ebay

**Learn how to earn a $50 statement credit**
With a new eBay Mastercard®. Ends 4/25.

(See details)



## Facial Cleansing Brush Silicone Sonic Waterproof Rechargeable Massager Electric

Condition:  New

Quantity:  1   More than 10 available

Price:  **AU $105.00**
Approximately US $70.59

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Shipping:  AU $120.90 (approx US $81.28) Australia Post International Express. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Macquarie Park, Australia

Delivery:  📦 Estimated between **Wed, Apr 26 and Mon, May 8** ⓘ
Please note the delivery estimate is **greater than 4 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  Mastercard  AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information

theezay (0)

♡ Save seller

Contact seller

See other items



**Discover related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

$ Have one to sell?  Sell now



---

### Similar sponsored items

Feedback on our suggestions

  

Electric Facial Cleansing Brush Silicone Face Skin Massage Tool Waterproof
New
**$14.63**
Free shipping
18 watchers

Pium Beauty Compact Sonic Facial Cleansing & Refreshes Brush -
New
**$3.99**
+ $3.99 shipping
Seller with a 99.5% positive feedback

Waterproof Electric Silicone Smart Facial Cleaning Brush Sonic Vibration Massage
New
**$18.66**
($18.66/Unit)
+ $18.68 shipping
Seller with a 99.3% positive feedback

Waterproof Electric Silicone Smart Facial Cleaning Brush Sonic Vibration Massage
New
**$18.66**
($18.66/Unit)
+ $18.68 shipping
Seller with a 99.3% positive feedback

Silicone Electric Face Cleansing Massager Facial Washing Brush Scrubber Cleanser
New
**$12.09**
Free shipping
6 watchers



---

### Related sponsored items

Feedback on our suggestions

    

ECO FRIENDLY DUAL-ACTION FACIAL CLEANSING BRUSH

ReFa MTG CLEAR Face Wash Brush 3D Sonic Ion Technology Kumano

CALA OR PB: DUAL-ACTION FACIAL CLEANSING BRUSH.

Rachel & Jen Skin Care Handheld T-Bar Electric Vibrating

HT-101 Blackhead Remover Vacuum Suction Rechargeable Facial Skin



How do you like our checkout? Give us feedback

ebay Checkout

**Pay with**

○ Add new card

○ PayPal
Current exchange rate: $1 = AU $1.43145
Change currency

□ PayPal CREDIT

○ G Pay Google Pay

**Ship to**

Boca Raton, FL 33433
United States

Change

**Review item and shipping**

Seller: theezay | Message to seller

Facial Cleansing Brush Silicone Sonic Waterproof Rechargeable Massager Electric
AU $105.00

Quantity
1

**Delivery**
Est. delivery: Apr 27 – May 8
Australia Post International Express
AU $120.90

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

| Subtotal (1 item) | AU $105.00 |
| Shipping | AU $120.90 |
| Tax* | AU $15.81 |
| **Order total** | **AU $241.71** |
| **Order total in USD** | **$168.86** |

Current conversion rate: $1 = AU $1.43145

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay

Shop by category

Search for anything          All Categories          Search          Advanced

Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist    My eBay

< Back to home page | Listed in category:    Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



### Facial Cleansing Brush Silicone Sonic Waterproof Rechargeable Massager Electric

Condition: New

Quantity: 1    More than 10 available

Price: **AU $105.00**
Approximately
US $70.70

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Shipping: AU $120.90 (approx US $81.41) Australia Post International Express. See details
Located in: Macquarie Park, Australia

Delivery: Estimated between Mon, Mar 20 and Mon, Apr 10 ⓘ
Please note the delivery estimate is **greater than 10 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
theezay (0)

Save Seller
Contact seller
See other items



**Shop a related Store**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Shop now**

---

### Similar sponsored items    See all >

Feedback on our suggestions



Waterproof Electric Silicone Smart Facial Cleaning Brush Sonic Vibration Massage
New
**$18.03**
($18.03/Unit)
+ $18.05 shipping
Seller 99.2% positive



Waterproof Electric Silicone Smart Facial Cleaning Brush Sonic Vibration Massage
New
**$18.03**
($18.03/Unit)
+ $18.05 shipping
Seller 99.2% positive



Silicone Electric Face Cleansing Brush Waterproof Facial Skin Cleaner Massager
New
**$13.13**
$13.97 6% off
+ $2.69 shipping



Electric Facial Cleansing Brush Face Skin Deep Cleaner Massager Waterproof USB
New
**$35.01**
+ $2.02 shipping



Facial Cleansing Brush Sonic Vibration Mini Face Cleaner Electric Silicone Deep
New
**$19.99**
Free shipping
9 watchers

El
Si
W
Ne
$
Fr
16

---

### Sponsored items inspired by your views    See all >

Feedback on our suggestions



Facial Cleansing Brush Waterproof Silicone Sonic Face Brush Handheld Cleaning
New
**$33.37**
Free shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$14.16**
Free shipping



Extra Thick Yoga Mat Non Slip Thick Exercise Mat Wide TPE 12mm Eco
New
**$66.15**
+ shipping

ebay **Checkout**

How do you like our checkout? Give us feedback



**Pay with**

○ Add new card

○ **PayPal**
Current exchange rate: $1 = AU $1.42359
Change currency

○ **PayPal CREDIT**

○ G Pay Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: theezay | Message to seller

Facial Cleansing Brush Silicone Sonic Waterproof Rechargeable Massager Electric
AU $105.00

Quantity
1

**Delivery**
Est. delivery: Mar 13 – Mar 23
Australia Post International Express
AU $120.90

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

Subtotal (1 item)        AU $105.00
Shipping             AU $120.90
Tax*               AU $15.81

**Order total**         AU $241.71

**Order total in USD**      **$169.79**

Current conversion rate: $1 = AU $1.42359

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 291
Seller Name: thetajan
Marketplace: eBay

Shop by category ∨

Daily Deals   Brand Outlet   Help & Contact                                    Sell   Watchlist ∨   My eBay ∨

ebay

Search for anything                          All Categories ∨        Search        Advanced

Back to home page  ›  Listed in category:  Health & Beauty  ›  Skin Care  ›  Facial Cleansing Devices                Share  |  Add to Watchlist


**Donate pet food**
One of the many ways you can **be a helper** in your community.
PetsAndPeopleTogether.org
learn more





Hover to zoom

$ Have one to sell?  **Sell now**

## Pop Sonic The Leaflet Sonic Facial Cleansing Device Purple NIB

Condition:  New

Price:  **$36.99**

[ Buy It Now ]

[ Add to cart ]

Best Offer:

[ Make offer ]

[ ♡ Add to Watchlist ]

Pickup:   Free local pickup from New Cumberland, Pennsylvania, United States. See details

Shipping:   US $6.99 Standard Shipping. See details
Located in: New Cumberland, Pennsylvania, United States

Delivery:   📦 Estimated between **Fri, Apr 21** and **Wed, Apr 26** ⓘ
Includes **5 business days** handling time after receipt of cleared payment.

Returns:   Seller does not accept returns. See details

Payments:   [PayPal] [G Pay] [VISA] [Mastercard] [AmEx] [Discover]

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
thetajan (1556 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items


**Shop a related Store**
278K items sold

eaudeluxe
in eBay Stores
Sponsored
[ Visit store ]

---

## Similar sponsored items

Feedback on our suggestions

    

Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
**$24.00**
+ $3.50 shipping
⊡ Top Rated Plus
Seller with a 100% positive feedback

Pink pop sonic leaflet Sonic Facial Cleansing Device
New (Other)
**$24.99**
Free shipping
Seller with a 100% positive feedback

Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback

POP SONIC LEAFLET Sonic Facial Cleansing Device PINK - Line & Wrinkle Reducer
New (Other)
**$21.96**
$24.95 12% off
Free shipping
⊡ Top Rated Plus

Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB
New
**$18.00**
+ shipping
Seller with a 100% positive feedback

---

## Sponsored items inspired by your views

Feedback on our suggestions

    



ebay **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart.

**Pay with**

○ Add new card
VISA  mastercard  AMEX  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▇▇▇▇▇▇▇▇▇
Miami, FL 33133-2709
United States
▇▇▇▇▇▇
Change

**Review item and shipping**

Seller: thetajan        Message to seller

Pop Sonic The Leaflet Sonic Facial Cleansing Device Purple NIB
**$36.99**
Quantity 1

● Delivery
Est. delivery: Apr 22 – Apr 26
USPS First Class
$6.99

○ Pickup
Contact seller after checkout to arrange pickup

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None ⌄

| Subtotal (1 item) | $36.99 |
| Shipping | $6.99 |
| Tax* | $3.08 |

**Order total**        **$47.06**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1996-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay   🔔   🛒



Shop by category

Search for anything

All Categories   Search   Advanced

Back to previous page | Listed in category:  Health & Beauty  >  Skin Care  >  Facial Cleansing Devices

Share | Add to Watchlist

MAKE SURE THEY'RE IN THE RIGHT CAR SEAT   The Right Seat >   NHTSA
   



Hover to zoom

$ Have one to sell?   Sell now

### POP SONIC SPADE Face And Neck Sonic Beauty Device GREEN FLORAL FACTORY NEW BOX

Condition:  New

Price:  **$37.59**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 Fast and reliable. Ships from United States.

Shipping:  US $9.99 Expedited Shipping. See details
Located in: Bronx, New York, United States

Delivery:  Estimated between Thu, Apr 20 and Fri, Apr 21 ⓘ

Returns:  Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  mastercard  AMEX  Discover

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
thisiskatherine (1591 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items

CHASE ○
ink
and unlimited 2% cash back on all other purchases.
Learn More
VISA
Member FDIC




---

### Similar sponsored items

Feedback on our suggestions


PopSonic Spade Face & Neck Sonic Beauty Cleansing Device Infuse Massage - Purple
New
$39.95
Free shipping
Seller with a 100% positive feedback


PopSonic Spade Face & Neck Sonic Beauty Cleansing Device Infuse Massage - White
New
$35.95
Free shipping
Seller with a 100% positive feedback

Lot Of 8 Clairsonic Brush Heads For Mia smart plus device & charger
Pre-owned
$19.99
0 bids
+ shipping


PopSonic Spade Face & Neck Sonic Beauty Cleansing Device Infuse Massage - Blue
New
$49.95
Free shipping
Seller with a 99.8% positive feedback

Foreo luna play plus 2 mint cool Silicone Facial Cleansing Brush Face Exfoliator
Pre-owned
$22.49
$24.99 10% off
Free shipping
Seller with a 100% positive feedback

Ne
Cl
Di
Ne
$
Fr
Se

---

### Sponsored items inspired by your views

Feedback on our suggestions


LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser BNIB black
New


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New


Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New


Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New

 
Automatic Waterproof Chicken Coop Door With Light Sensor Poultry Gate Hen House
New



DOE Number: 293
Seller Name: triciatre_4
Marketplace: eBay

ebay

Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Exfoliators & Scrubs

Share | Add to Watchlist







### LUXSIO Sonic Facial Cleansing Brush Massager 3-in-1 Exfoliating Face Skin NIB✔️

Condition: New

Quantity: [ 1 ]   4 available

Price: **$20.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist


Ships from United States

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal G Pay VISA 🔵 ⬛ DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
trioiatre_4 (96 ★)
100% Positive feedback

☆ Save Seller
Contact seller
Visit store
See other items



**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

$ Have one to sell? Sell now

---

## Similar sponsored items

Feedback on our suggestions




5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$6.55**
Free shipping
2742 sold

3-1 Multi Interchangeable Facial Cleansing Spin Face Massage Brush Skin Care Spa
New
**$19.99**
Free shipping
27 sold

Isdin Essential Cleansing Oil Based Cleanser 200ml 6.76oz
New
**$16.00**
0 bids
+ $12.00 shipping
Seller 100% positive

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off
Free shipping


5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$5.99**
Free shipping
40 sold

---

## Sponsored items inspired by your views

Feedback on our suggestions







Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush
New
**$35.00**
Free shipping
Seller 100% positive

FOREVER LINA T-Sonic mini Facial Cleansing Device
New
**$12.99**
+ shipping
Seller 100% positive

Flipping Octopus Flipping Octopus Octopus Plush Toy Flipping Doll Octopu
New
**$24.69**
$25.99 5% off
Free shipping

Official Reversible Mood Colour Changing Octopus Plush Pre Loved Soft Toys
Pre-owned
**$4.74**
+ shipping
Seller 100% positive

Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
**$13.98**
Free shipping



DOE Number: 294
Seller Name: unixskin
Marketplace: eBay

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

ebay

Shop by category ⌄

🔍 Search for anything

All Categories ⌄

Search

Advanced

← Back to home page  |  Listed in category:  Health & Beauty  >  Skin Care  >  Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

$ Have one to sell? [Sell now]

## Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode

Condition: New

Price: **$43.99**

[Buy It Now]

[Add to cart]

Best Offer: [Make offer]

♡ Add to Watchlist

↩ **Breathe easy.** Returns accepted.

Pickup: Free local pickup from New Brunswick, New Jersey, United States. See details

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  ●● MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
unixskin (1)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Shop related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

[Shop now]

---

## Similar sponsored items          See all ›

Feedback on our suggestions









| Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B | Tresor Rare ULTIMATE PEARL Cleansing and Revitalizing Mousse 5.1 oz - New | Sonic Facial Cleansing Brush, Waterproof Electric Face Cleansing Brush Device | Sonic Facial Cleansing Brush, Waterproof, Skin Massager, Heating mode_PINK | So... W... Br... |
|---|---|---|---|---|---|
| New | New | New | New (Other) | New | N... |
| $19.98 | $13.95 | $50.00 | $29.16 | $43.99 | $... |
| Free shipping | Free shipping | 0 bids | Free shipping | + shipping | Fr... |
| Seller with a 100% positive feedback | Seller with a 99.9% positive feedback | Free shipping | ⚡ Top Rated Plus Seller with a 100% positive feedback | Seller with a 100% positive feedback | |

---

## Sponsored items inspired by your views

Feedback on our suggestions











| Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage | Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable | Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes | Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B | Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage | Fa... Si... M... |
|---|---|---|---|---|---|
| New | New | New | New | New | N... |
| $8.98 | $24.99 | $24.99 | $13.95 | $17.59 | $... |
| $9.98 10% off | Free shipping | Free shipping | Free shipping | Free shipping | Fr... |
| Free shipping | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 99.9% positive feedback | 5 watchers | |



ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  Mastercard  AMEX  DISCOVER

● **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133
United States

Change

**Review item and shipping**

Seller: unixskin    Message to seller

Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode
**$43.99**
Quantity 1

● **Delivery**
Est. delivery: Apr 21 – Apr 24
USPS Priority Mail
**$10.95**

○ **Pickup**
Contact seller after checkout to arrange pickup

**Gift cards, coupons, eBay Bucks**

Enter code:    [ Apply ]

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    [ None ▾ ]

| Subtotal (1 item) | $43.99 |
| Shipping | $10.95 |
| Tax* | $3.85 |
| **Order total** | **$58.79** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ **Pay with PayPal** ]

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 295
Seller Name: useeisell
Marketplace: eBay

ebay

Shop by category

Search for anything    All Categories    Search    Advanced

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🔖 SAVE UP TO **8%** WHEN YOU BUY MORE



Hover to zoom

$ Have one to sell?  Sell now



**Face Skin Care Wash Cleansing Brush Device Beauty Facial Deep Washer Cleaner**

| Condition: | New |
|---|---|
| Color: | Blue ▾ |

Bulk savings:

| Buy 1 $12.99/ea | Buy 2 $12.73/ea | Buy 3 $12.47/ea |
|---|---|---|

4 or more for $11.95/ea

Quantity: [ 1 ]    More than 10 available / 27 sold

Price: **$12.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

⚡ This one's trending. 27 have already sold.

🚚 Fast and reliable. Ships from United States.

Shipping: Free Standard Shipping. See details
Located in: Anaheim, California, United States

Delivery: Estimated between Fri, Apr 21 and Mon, Apr 24 ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
useeisell (283 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Explore a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

## Similar sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers



Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
🔵 Top Rated Plus
10% off 3+ with coupon




Facial Cleansing Brush
New
**$14.99**
Free shipping
40 sold

---

## Sponsored items inspired by your views

Feedback on our suggestions






**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  Mastercard  American Express  Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133
United States

Change

**Review item and shipping**

Seller: useeisell    Message to seller

Face Skin Care Wash Cleansing Brush Device Beauty Facial Deep Washer Cleaner
Color: Blue
**$12.99**

Quantity
1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

Subtotal (1 item)    $12.99
Shipping    Free
Tax*    $0.91

**Order total    $13.90**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 296
Seller Name: vallimerick
Marketplace: eBay



ebay

Shop by category

Search for anything    All Categories    Search    Advanced

Daily Deals   Brand Outlet   Help & Contact    Sell   Watchlist ⌄   My eBay ⌄

Back to home page | Listed in category: Health & Beauty > Sun Protection & Tanning > Sunscreen

Share | Add to Watchlist




### MINTSONIC Silicone Sonic Face Cleanser Anti-Age Foreo Bear Dupe!!

Condition: **New**

Price: **20.00**
Approximately US $21.11

Best Offer:

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to Watchlist

Shipping: $10.59 (approx US $10.55) An Post International. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Tipperary, Ireland

Delivery: Estimated between Fri, Mar 17 and Tue, Mar 21 ⓘ
Seller ships within 1 day after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
vallimerlok (124 ★)
100% Positive feedback

♡ Save Seller
Contact seller
See other items

💲 Have one to sell?   Sell now

---

### Similar sponsored items

Feedback on our suggestions







OHUI Perfect Sun Water Cleanser 300ml O HUI + FREE SAMPLES!!
New
$22.34
+ $3.99 shipping
9 watchers

NEUTROGENA Deep Clean Brightening Foaming Cleanser Face Wash (100 g)
New
$15.30
Free shipping

Trader Joe's Daily Facial Sunscreen SPF 40. Invisible Gel SUPERGOOP Dupe Free SH
New
$16.82
$21.02 20% off
+ shipping
Seller 99.7% positive

NEUTROGENA Oil-free Acne Wash Facial Cleanser (175 ml)
New
$22.30
Free shipping

ROUND LAB 365 TONE-UP Sun Cream 50ml + Dokdo Cleanser 40ml Set SPF50+/PA+++
New
$28.80
+ $2.00 shipping
Seller 100% positive

---

### Sponsored items inspired by your views

Feedback on our suggestions







Stuffed Octopus, Reversible Octopus Doll, Flip Plush Toy, Double Sided Flip Doll
New
$32.50
Free shipping
Seller 100% positive

40cm x 20cm Large Reversible Octopus Plushie XXL Cute Double-Sided Flip Soft Toy
New
$10.64
+ shipping
Seller 99.1% positive

Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush
New
$35.00
Free shipping
Seller 100% positive

FOREVER LINA T-Sonic mini Facial Cleansing Device
New
$12.99
+ shipping
Seller 100% positive

Flipping Octopus Flipping Octopus Octopus Octopus Plush Toy Flipping Doll Octopu
New
$24.69
$25.99 5% off
Free shipping



DOE Number: 297
Seller Name: vmotorv
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact                                          Sell   Watchlist ∨   My eBay ∨

# ebay

Shop by category ∨ | Search for anything | All Categories ∨ | **Search** | Advanced

‹ Back to home page | Listed in category:  Health & Beauty  ›  Skin Care  ›  Facial Cleansing Devices          Share | Add to Watchlist

🛢 SAVE UP TO **7%** WHEN YOU BUY MORE







Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B

Condition:  New

Bulk savings:
| Buy 1 $13.95/ea | Buy 2 $13.25/ea | Buy 3 $13.11/ea |

Quantity: [ 1 ]    3 available / **14 sold**

Price:  **$13.95/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

Shipping:  **Free** Standard Shipping. See details
Located in: Ontario, California, United States

Delivery:  Estimated between **Fri, Apr 21** and **Mon, Apr 24** ⓘ

Returns:  30 day returns. Seller pays for return shipping.
See details

Payments:  PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
vmotory (39473 ⭐)
99.7% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

**Shop related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Shop now**

💲 Have one to sell? **Sell now**

---

## Similar sponsored items                                                    Feedback on our suggestions












Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback


Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback


Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus
10% off 3+ with coupon


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers

## Sponsored items customers also bought                                     Feedback on our suggestions

 **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA ⬛ 💳 💳

◉ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay Google Pay

**Ship to**

⬛⬛⬛
⬛⬛⬛
Miami, FL 33133
United States
⬛⬛⬛
Change

**Review item and shipping**

Seller: vmotorv | Message to seller

 Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B

$13.95

Quantity
1 ▾

**Delivery**

◉ **Free 2-4 day shipping**
  Get it by Apr 20 – Apr 22
  USPS First Class

○ Est. delivery: Apr 20 – Apr 22
  USPS Priority Mail
  **$15.99**

**Gift cards, coupons, eBay Bucks**

Enter code:            Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| Subtotal (1 item) | $13.95 |
|---|---|
| Shipping | Free |
| Tax* | $0.98 |

**Order total** **$14.93**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 298
Seller Name: w20836
Marketplace: eBay

Hi john! ∨    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ∨    My eBay ∨    🔔    🛒

**eBay**    Shop by category ∨    🔍 Search for anything    | All Categories ∨ |    **Search**    Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices                    Share | Add to Watchlist



💲 SAVE UP TO **20%** WHEN YOU BUY MORE

$ Have one to sell?  **Sell now**

### Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager

Condition: New

Bulk savings:
| Buy 1 $6.00/ea | Buy 2 $5.40/ea | Buy 3 $5.10/ea |

4 or more for $4.80/ea

Quantity: 1    More than 10 available / 13 sold

Price: **$6.00/ea**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to Watchlist** ]

Additional service available

☐ **3-year protection plan** from Allstate - $1.99

| Free returns | Ships from United States | 5 watchers |

Shipping: US $5.85 Standard Shipping. See details
Located in: Pleasanton, California, United States

Delivery: Estimated between **Sat, Mar 11 and Mon, Mar 13** to 33133 ⓘ

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: 

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

**Shop with confidence**

🛡 **Top Rated Plus**
Trusted seller, fast shipping, and easy returns. Learn more

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

---

**Seller information**
w20836 (132 ★)
92.6% Positive feedback

♡ **Save Seller**
**Contact seller**
**See other items**



**Explore a related Store**
113K items sold

lovelydeals2012    [ Visit store ]
In eBay Stores
Sponsored

---

### Similar sponsored items    Feedback on our suggestions


Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive


ON LABS Blackhead Deep Cleansing Nose Pore Strips 6 Strips (LOT OF 3)
New
**$0.99**
0 bids
+ $4.50 shipping
Seller 100% positive


Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$23.67**
Free shipping
Seller 100% positive


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping



---

### Sponsored items customers also bought    Feedback on our suggestions









ebay

Shop by category

Search for anything    All Categories    Search    Advanced

Daily Deals   Brand Outlet   Help & Contact     Sell   Watchlist ˅   My eBay ˅

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🔋 SAVE UP TO **20%** WHEN YOU BUY MORE



### Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager

Condition: **New**

Bulk savings:

| Buy 1 $6.00/ea | Buy 2 $5.40/ea | Buy 3 $5.10/ea |
| --- | --- | --- |

4 or more for $4.80/ea

Quantity: | 1 |   More than 10 available / 13 sold

Price: **$6.00/ea**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

**Additional service available**

☐ **3-year protection plan** from Allstate - $1.99

**Free returns** | Ships from United States | 5 watchers

Shipping: US $5.85 Standard Shipping. See details
Located in: Pleasanton, California, United States

Delivery: Estimated between **Sat, Mar 11** and **Mon, Mar 13** to 33133 ⓘ

Returns: 30 day returns. Seller pays for return shipping.
See details

Payments: [PayPal] [G Pay] [VISA] [Mastercard] [AmEx] [Discover]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

⭐ **Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
w20836 (132 ⭐)
92.6% Positive feedback

♡ Save Seller
Contact seller
See other items



**Explore a related Store**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Visit store ]

$ Have one to sell?   Sell now

---

### Similar sponsored items

Feedback on our suggestions







Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive

ON LABS Blackhead Deep Cleansing Nose Pore Strips 6 Strips (LOT OF 3)
New
**$0.99**
0 bids
+ $4.50 shipping
Seller 100% positive

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$23.67**
Free shipping
Seller 100% positive

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping

Si
M
Ex
Ne
Fr
41

---

### Sponsored items customers also bought

Feedback on our suggestions









ebay

Shop by category

Search for anything | All Categories | Search

Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

SAVE UP TO **20%** WHEN YOU BUY MORE



Hover to zoom

Have one to sell? Sell now

### Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager

Condition: New

Bulk savings:

| Buy 1 $6.00/ea | Buy 2 $5.40/ea | Buy 3 $5.10/ea |
|---|---|---|

4 or more for $4.80/ea

Quantity: 1    More than 10 available / 13 sold

Price: **$6.00/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

↩ Breathe easy. Free returns.

⮂ Fast and reliable. Ships from United States.

Delivery: Varies

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: PayPal | G Pay | VISA | Mastercard | AMEX | Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

⭐ Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
w20836 (139 ⭐)
93.1% positive feedback

♡ Save seller
Contact seller
See other items

  

**Explore a related Store**
115K items sold


lovelydeals2012
In eBay Stores
Sponsored    **Visit store**

---

### Similar sponsored items

Feedback on our suggestions



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW
New (Other)
**$11.16**
$13.95 20% off
Free shipping
Seller with a 100% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers

Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
⭐ Top Rated Plus
10% off 3+ with coupon



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold

So
YI
W
Ne
$
Fr
Se

---

### Sponsored items inspired by your views

Feedback on our suggestions

    



ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  Mastercard  AMEX  DISCOVER

⦿ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▇▇▇▇▇▇
▇▇▇▇▇▇
Miami, FL 33133
United States
▇▇▇▇▇
Change

**Review item and shipping**

Seller: w20836 | Message to seller

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
**$6.00**

Quantity
1

Delivery
Est. delivery: Apr 21 – Apr 24
USPS First Class
$5.85

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount      None

| Subtotal (1 item) | $6.00 |
|---|---|
| Shipping | $5.85 |
| Tax* | $0.83 |
| **Order total** | **$12.68** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

DOE Number: 299
Seller Name: waggcomputer
Marketplace: eBay

Daily Deals   Brand Outlet   Help & Contact     Sell   Watchlist ⌄   My eBay ⌄

ebay

Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | Search | Advanced

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist

2.5% cash back on purchases of $5,000 or more   CHASE ⬦ BUSINESS   Learn More   ink.   Member FDIC



### Sonic Facial Cleansing Brush Massager: 3-in-1 Rechargeable Electric Silicone RED

Condition: New

Price: **$14.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🔄 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: Free 3-4 day shipping
Get it between **Wed, Apr 26** and **Thu, Apr 27.** See details
Located in: Waterbury, Connecticut, United States

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
waggcomputer (1533 ★)
99.6% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

  

**Discover related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Visit store**

---

### Similar sponsored items          See all ›

Feedback on our suggestions

    

| | | | | |
|---|---|---|---|---|
| 5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | Nano 30ML Facial Portable Mist Sprayer for Disinfecting & Face Hydration US | Women Sonic Facial Cleansing Brush Silicone Face Skin Massager Skin Care | Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner |
| New | New | New | New | New |
| $6.99 | $15.69 | $6.50 | $13.79 | $7.99 |
| $12.99 46% off | Free shipping | 0 bids | Free shipping | Free shipping |
| Free shipping | 33 sold | + shipping | 5 watchers | 10 watchers |
| 55 sold | | 5 watchers | | |

---

### Sponsored items inspired by your views          See all ›

Feedback on our suggestions

    

Silicone Electric Facial Cleansing | HLAIE Silicone Electric Face | Silicone Face Cleansing Brush | Ultrasonic Silicone Electric Facial | Ultrasonic Silicone Electric Facial



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▬▬▬▬▬
Miami, FL 33133-2709
United States
▬▬▬▬
Change

**Review item and shipping**

Seller: waggcomputer    Message to seller

Sonic Facial Cleansing Brush Massager: 3-in-1 Rechargeable Electric Silicone RED
**$14.99**
Quantity 1

**Delivery**
Est. delivery: Apr 26 – Apr 28
USPS First Class
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

---

Subtotal (1 item)    $14.99
Shipping    Free
Tax*    $1.05

**Order total**    **$16.04**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

 Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

‹ Back to home page  | Listed in category:  Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist

## Sonic Facial Cleansing Brush Massager: 3-in-1 Rechargeable Electric Silicone RED

Condition:  New

Price:  **$14.99**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]



Ships from United States          Returns accepted

Shipping:  Free Standard Shipping. See details
Located in: Waterbury, Connecticut, United States

Delivery:  Estimated between Sat, Mar 11 and Tue, Mar 14 to 33133 ⓘ

Returns:  30 day returns. Buyer pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
waggcomputer (7487 ★)
99.6% Positive feedback

Save Seller
Contact seller
Visit store
See other items



**Explore a related Store**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Shop now ]

Have one to sell? [ Sell now ]

---

## Similar sponsored items

Feedback on our suggestions


USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
$9.47
$9.97 5% off
Free shipping


USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
$9.47
$9.97 5% off
Free shipping


New Therabody TheraFace PRO Facial Massager - Black
New
$8.50
10 bids
+ $10.00 shipping
Top Rated Plus
Seller 100% positive


Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus


Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
$7.59
$7.99 5% off
Free shipping
9 watchers

## Sponsored items inspired by your views

Feedback on our suggestions


SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO FACIA FACE BRUSH
New
$12.99
+ $5.85 shipping
Seller 99.7% positive


SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE LINES DEEP CLEAN ACNE
New
$16.31
$21.75 25% off
Free shipping
Seller 100% positive


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ $5.85 shipping


Sonic Face. Scrubber,silicone Facial Cleaning Brush USB Rechargeable,for Face Exf
New
$15.00
Free shipping
Last one


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ $5.85 shipping



How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal** (selected)

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: waggcomputer   Message to seller

Sonic Facial Cleansing Brush Massager: 3-in-1 Rechargeable Electric Silicone RED
**$14.99**
Quantity 1

**Delivery**
Est. delivery: Mar 13 – Mar 15
USPS First Class
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

Subtotal (1 item)    $14.99
Shipping    Free
Tax*    $1.05

**Order total    $16.04**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





Daily Deals    Brand Outlet    Help & Contact                                                                 Sell    Watchlist ∨    My eBay ∨

ebay    Shop by category ∨    🔍 Search for anything    All Categories ∨    Search    Advanced

◁ Back to home page | Listed in category: Health & Beauty › Skin Care › Cleansers & Toners                    Share | Add to Watchlist








### Sonic Facial Cleansing Brush Massager: 3-in-1 Rechargeable Electric Silicone RED

Condition: **New**

Price: **$14.99**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: **Free Standard Shipping.** See details
Located in: Waterbury, Connecticut, United States

Delivery: Estimated between **Thu, Apr 20** and **Sat, Apr 22** ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments:  

**PayPal CREDIT**
Special financing available. See terms and apply now

 Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
waggcomputer (1532 ⭐)
99.6% positive feedback

Save seller
Contact seller
Visit store
See other items

 

**Shop related items**
278K items sold

 eaudeluxe
In eBay Stores
Sponsored

[ Shop now ]

$ Have one to sell? [ Sell now ]

---

#### Similar sponsored items                                                    Feedback on our suggestions



**5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber**
New
**$6.99**
$12.99 46% off
Free shipping
53 sold



**Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner**
New
**$7.99**
Free shipping
10 watchers



**Proactiv Pore Cleansing Charcoal Infused Brush**
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



**Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager**
New
**$6.21**
($6.21/100g)
+ $7.47 shipping
179 sold



**Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face**
New
**$8.51**
Free shipping

---

#### Sponsored items inspired by your views                                     Feedback on our suggestions



**Facial Cleansing Brush Silicone Face Scrub Brush Manual Exfoliating Brush**
New
**$14.95**
Free shipping



**Pulsaderm SONIC WASHCLOTH 2 speed Silicone Face Brush PINK waterproof**
New (Other)
**$9.50**
$10.00 5% off




**Electric Facial Cleansing Brush, FBFL Sonic Silicone Face Brush & Pink**
New
**$14.99**
+ shipping



**Toys Importers Pack of 2 Reversible Octopus Mood Plush - 1 x 7.9in Blue**
New
**$16.16**
+ shipping



**Nail Boss Hoodie Hoody Technician Beautician Acrylic Gel Art Beauty Cute**
New (Other)
**$31.10**
+ shipping



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  mastercard  AMERICAN EXPRESS  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████
Miami, FL 33133-2709
United States
████████
Change

**Review item and shipping**

Seller: waggcomputer    Message to seller

Sonic Facial Cleansing Brush Massager: 3-in-1 Rechargeable Electric Silicone RED
**$14.99**
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

| Subtotal (1 item) | $14.99 |
|---|---|
| Shipping | Free |
| Tax* | $1.05 |
| **Order total** | **$16.04** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 300
Seller Name: wallscloset04
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

Shop by category ⌄   | 🔍 Search for anything   | All Categories ⌄ | Search | Advanced

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

Pay over time with PayPal Credit
Get 12.99% APR with 12 or 24 Easy Payments on eBay.
Ends 4/20, 11:59pm PT. Min. purchase required.

See terms



Hover to zoom

$ Have one to sell?   Sell now

### Mycarbon facial cleaning brushes Face Scrubber Waterproof

Condition: **New**

Price: **$15.99**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

Additional service available

☐ **3-year protection plan** from Allstate - $1.99

Pickup:   Free local pickup from Tuscumbia, Alabama, United States. See details

Shipping:  **Free Standard Shipping. See details**
           Located in: Tuscumbia, Alabama, United States

Delivery:  Estimated between **Fri, Apr 21** and **Mon, Apr 24** ⓘ

Returns:   Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
wallscloset04 (193 ⭐)
100% positive feedback

♡ Save seller
Contact seller
See other items


CHASE O for BUSINESS
**New business checking customers earn $300**
when you open a Chase Business Complete Checking℠ account with qualifying activities.
Learn More
JPMorgan Chase Bank, N.A. Member FDIC.

---

### Similar sponsored items

Feedback on our suggestions


Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubber Massage
New
**$20.89**
$28.96 28% off
Free shipping
Top Rated Plus


Facial Cleansing Brush
New
**$14.99**
Free shipping
40 sold

NEW belif Hydrators-On-The-Go 5 Piece Moisturizing Facial Skin Care Kit
New
**$9.95**
0 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers


Facial Cleansing Brush, Waterproof Face Brush Skin Cleansing Scrub with 4 Heads
New
**$19.99**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

Fac... Sc... W... Ne... $... Fr... La...



---

### Sponsored items inspired by your views

Feedback on our suggestions









**eBay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  MasterCard  AMEX  Discover

● **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

███████
Miami, FL 33133-2709
United States
███████

Change

**Review item and shipping**

Seller: waliscloset04   Message to seller

Mycarbon facial cleaning brushes Face Scrubber Waterproof
$15.99
Quantity 1

● Delivery
Est. delivery: Apr 21 – Apr 24
USPS First Class
Free

○ Pickup
Contact seller after checkout to arrange pickup

**Gift cards, coupons, eBay Bucks**

Enter code:     [ Apply ]

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

Subtotal (1 item)          $15.99
Shipping                     Free
Tax*                        $1.12

**Order total**            $17.11

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ Pay with **PayPal** ]

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 301
Seller Name: watchbandspot
Marketplace: eBay



Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ∨    My eBay ∨

Shop by category ∨    🔍 Search for anything    All Categories ∨    Search    Advanced

← Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

Pay over time with PayPal Credit
Get 5.99% APR with 12 or 24 Easy Payments on eBay.
Ends 5/1, 11:59pm PT. Min. purchase required.
See terms





Hover to zoom

$ Have one to sell? | Sell now

## Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager

Condition: New

Color: Pink

Quantity: 1    Last One

Price: **$48.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

↩ Breathe easy. Returns accepted.

Shipping: Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery: ⚡ Estimated between Fri, May 12 and Tue, Jul 11 ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal   G Pay   VISA   Mastercard   AMEX   DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
watchbandspot (23 ★)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items





**Discover related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored
Visit store

---

Similar sponsored items    See all ❯    Feedback on our suggestions








Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
9 watchers


Elemis Pro-collagen Cleansing Balm - 3.05 oz
New
$30.00
0 bids
+ shipping
Seller with a 100% positive feedback


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New (Other)
$34.99
Free shipping
Seller with a 100% positive feedback


Silicone Facial Cleansing Brush Waterproof Device Clean Massager Rechargeable
New (Other)
$35.00
+ $6.00 shipping
Last one

Sponsored items inspired by your views    See all ❯    Feedback on our suggestions



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

◉ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Boca Raton, FL 33433
United States

Change

**Review item and shipping**

Seller: watchbandspot   Message to seller

Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager
Color: Pink
**$48.99**
Quantity 1

**Delivery**
Est. delivery: May 12 – Jul 11
Economy Shipping from Greater China to worldwide
Free

**Gift cards, coupons, eBay Bucks**

Enter code:   Apply

**Donate to charity (optional)** ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None ⌄

| | |
|---|---|
| Subtotal (1 item) | $48.99 |
| Shipping | Free |
| Tax* | $3.43 |
| **Order total** | **$52.42** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

**ebay**    Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    Search    Advanced

◁ Back to home page | Listed in category:  Health & Beauty  >  Skin Care  >  Facial Cleansing Devices                    Share | Add to Watchlist


amazon ads    [Learn more]





Hover to zoom

$ Have one to sell?  [Sell now]

### Electric Facial Cleansing Brush Silicone Vibration Massager Blackhead Remover

Condition:  New

Color:  | MR662G ⌄ |

Quantity:  | 1 |   Last One

Price:  **$35.99**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

↩ **Breathe easy.** Returns accepted.

Shipping:  Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery:  🚚 Estimated between **Fri, May 12** and **Tue, Jul 11** ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 day returns. Buyer pays for return shipping.
See details

Payments:  PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER
**PayPal CREDIT**
Special financing available. See terms and apply now
💳 Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
watchbandspot (23 ★)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items


SÝNIÐ AÐGÁT CUÍDESE
ZACHOWAJ BEZPIECZEŃSTWO
VAR FÖRSIKTIG 안전에 유의하세요
BE SAFE
CHÚ Ý AN TOÀN  ΝΑ ΕΙΣΤΕ ΑΣΦΑΛΕΙΣ
DBEJTE NA SVOU BEZPEČNOST
SEIEN SIE VORSICHTIG VAR FÖRSIKTIG

---

### Similar sponsored items    See all ›

Feedback on our suggestions



Silicone Electric Facial Cleansing Brush Face Massager Deep Clean Pores vibrate
New
**$17.49**
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Elemis Pro-collagen Cleansing Balm - 3.05 oz
New
**$30.00**
0 bids
+ shipping
Seller with a 100% positive feedback



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping

Si...
Br...
Cl...
Ne...
$...
+...
Se...

---

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions











**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay  Google Pay

**Ship to**

Palm Beach, FL 33480
United States

Change

**Review item and shipping**

Seller: watchbandspot   ·   Message to seller

Electric Facial Cleansing Brush Silicone Vibration Massager
Blackhead Remover
Color: MR662G
$35.99
Quantity 1

Delivery
Est. delivery: May 12 – Jul 11
Economy Shipping from Greater China to worldwide
Free

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness.
Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving
Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days
after the end of the month in which the donation is made. Donations are non-
refundable and typically tax deductible. PPGF may be unable to grant funds to a
charity if the charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount    None ⌄

| | |
|---|---|
| Subtotal (1 item) | $35.99 |
| Shipping | Free |
| Tax* | $2.52 |
| **Order total** | **$38.51** |

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Sell   Watchlist ⌄   My eBay ⌄



Shop by category ⌄

Search for anything    | All Categories ⌄ |    **Search**    Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist


eBay stands with Türkiye and Syria
Help us get support to those impacted by the crisis.    ( How to donate )





### Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager

Condition: New

Color: | Blue ⌄ |

Quantity: | 1 |   Last One

Price: **$48.99**

( **Buy It Now** )

( **Add to cart** )

( ♡ **Add to Watchlist** )

↩ Breathe easy. Returns accepted.

Shipping: Free Economy Shipping from Greater China to worldwide. See details
Located in: Shanghai, China

Delivery: 🚚 Estimated between **Mon, Mar 27** and **Fri, May 19** ⓘ
Please note the delivery estimate is **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
watchbandspot (18 ⭐)
95% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Explore a related Store**
113K items sold

lovelydeals2012    ( Shop now )
In eBay Stores
Sponsored

$ Have one to sell?   ( Sell now )

---

## Similar sponsored items    See all >

Feedback on our suggestions



Silicone Facial Cleansing Brush Waterproof Device Clean Massager Rechargeable
New
**$35.00**
+ $6.00 shipping
Last one



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
**$8.50**
6 bids
Free shipping
Seller 99.8% positive



Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$28.99**
Free shipping
Seller 100% positive



Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode
New
**$43.99**
+ shipping
Seller 100% positive

---

## Sponsored items inspired by your views    See all >

Feedback on our suggestions











ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  Mastercard  American Express  Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

**Review item and shipping**

Seller: watchbandspot  |  Message to seller

Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager
Color: Blue
**$48.99**
Quantity 1

**Delivery**
Est. delivery: Mar 27 – May 19
Economy Shipping from Greater China to worldwide
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:           Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None ▾

| | |
|---|---|
| Subtotal (1 item) | $48.99 |
| Shipping | Free |
| Tax* | $3.43 |
| **Order total** | **$52.42** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with *PayPal***

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 302
Seller Name: wellnesseer
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ∨   My eBay ∨

ebay    Shop by category ∨    🔍 Search for anything                    All Categories ∨    Search    Advanced

‹ Back to home page  | Listed in category:  Health & Beauty  ›  Skin Care  ›  Cleansers & Toners                    Share  |  Add to Watchlist

🔥 SAVE UP TO **20%** WHEN YOU BUY MORE



💲 Have one to sell?  [Sell now]

### Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

**Condition:** New

**colour:**  - Select -  ∨

**Bulk savings:**



| Buy 1 | Buy 2 | Buy 3 |
|-------|-------|-------|
| $8.98/ea | $8.08/ea | $7.63/ea |

4 or more for $7.18/ea

**Quantity:** [ 1 ]   8 available / 156 sold

**Price:** **$8.98/ea**
Was US $9.98 ⓘ
Save US $1.00 (10% off)

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

🚚 Breathe easy. Free shipping and returns.

⚡ This one's trending. 156 have already sold.

**Shipping:** Free 2-4 day shipping
Get it between **Thu, Apr 20** and **Sat, Apr 22**. See details
Located in: Meadow Lands, Pennsylvania, United States

**Returns:** 30 day returns. Seller pays for return shipping. See details

**Payments:** PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

⭐ **Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
wellnessseer (9215 ⭐)
98.7% positive feedback

♡ Save seller
Contact seller
Visit store
See other items




**Shop related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored    [ Visit store ]

---

**Similar sponsored items**    See all ›                    Feedback on our suggestions

    

| 2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage | Rechargeable Ultrasonic Facial Skin Scrubber Face Spatula Blackhead Remover | Serious Skincare EGG Microcur+ Facial Toning w2 Conduct-Gel Tubes NEW/C-DETAILS! | Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage | 5 In 1 Face Brush Silicone Facial Electric Wash Face Machine Deep Cleaning Pore |
|---|---|---|---|---|
| New | New | New | New | New |
| $9.99 | $16.99 | $39.95 | $17.59 | $10.55 |
| Free shipping | Free shipping | 0 bids | Free shipping | $11.99 12% off |
| ⭐ Top Rated Plus | ⭐ Top Rated Plus | + $9.95 shipping | 5 watchers | Free shipping |
| Seller with a 99.5% positive feedback | 89 sold | Seller with a 100% positive feedback | | 6 watchers |

---

**Sponsored items customers also bought**    See all ›                    Feedback on our suggestions

 



ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
 [VISA] [Mastercard] [AMEX] [Discover]

● **PayPal**

○ PayPal CREDIT
 Special financing available.
 Apply now. See terms

○ [G Pay] Google Pay

**Ship to**

▬▬▬▬▬
▬▬▬▬▬
Miami, FL 33133
United States
▬▬▬▬
Change

**Review item and shipping**

Seller: wellnessseer | Message to seller

Super Face Washing Machine Electric Soft Silicone Facial Brush
Cleanser Massage
colour: Blue
**$8.98**
$9.98

Quantity
1

**Delivery**
Free 2-3 day shipping
Get it by Apr 20 – Apr 21
USPS First Class

Save up to 10%

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy,
safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later than 30 days after the end of the
month in which the donation is made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

Subtotal (1 item)          $8.98
Shipping                   Free
Tax*                       $0.63

**Order total**            **$9.61**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

[Help]

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 303
Seller Name: wellnessseer
Marketplace: eBay



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

Shop by category ⌄   🔍 Search for anything   All Categories ⌄   **Search**   Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Cleansers & Toners

Share | Add to Watchlist

🔥 SAVE UP TO **20%** WHEN YOU BUY MORE



Hover to zoom

$ Have one to sell?   **Sell now**

### Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

Condition: New

colour: Blue ⌄

Bulk savings:
| Buy 1 $8.98/ea | Buy 2 $8.08/ea | Buy 3 $7.63/ea |

4 or more for $7.18/ea

Quantity: [ 1 ]   8 available / 156 sold

Price: **$8.98**/ea
Was US $9.98 ⓘ
Save US $1.00 (10% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 Breathe easy. Free shipping and returns.

⚡ This one's trending. 156 have already sold.

Shipping:   **Free Standard Shipping.** See details
Located in: Meadow Lands, Pennsylvania, United States

Delivery:   Estimated between **Thu, Apr 20** and **Sat, Apr 22** ⓘ
Ships today if paid within **9 hrs 10 mins** See details

Returns:   30 day returns. Seller pays for return shipping.
See details

Payments:   PayPal   G Pay   VISA   Mastercard   AMEX   Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

⭐ **Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

$ **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information
wellnessseer (9215 ⭐)
98.7% positive feedback

♡ Save seller
Contact seller
Visit store
See other items





**Shop a related Store**
278K items sold


eaudeluxe
In eBay Stores
Sponsored   **Shop now**

---

### Similar sponsored items

Feedback on our suggestions


2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
⭐ Top Rated Plus
Seller with a 99.5% positive feedback


Rechargeable Ultrasonic Facial Skin Scrubber Face Spatula Blackhead Remover
New
**$16.99**
Free shipping
⭐ Top Rated Plus
89 sold


Serious Skincare EGG Microcur+ Facial Toning w2 Conduct-Gel Tubes NEW/C-DETAILS!
New
**$39.95**
0 bids
+ $9.95 shipping
Seller with a 100% positive feedback


5 in 1 Electric Facial Cleanser Wash Face Beauty Cleansing Massager Machine Home
New
**$6.99**
$12.99 46% off
Free shipping
Seller with a 99% positive feedback


Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
⭐ Top Rated Plus

Su...
El...
Ci...
Ne...
Fr...
5 ...

---

### Sponsored items customers also bought

Feedback on our suggestions





**ebay** Checkout

How do you like our checkout? Give us feedback



**Pay with**

○ Add new card
VISA  mastercard  [AMEX]  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

███████
███████ ████
Miami, FL 33133-2709
United States
██████
Change

**Review item and shipping**

Seller: wellnessseer  |  Message to seller

Super Face Washing Machine Electric Soft Silicone Facial Brush
Cleanser Massage
colour: Blue
**$8.98**
$9.98

Quantity
1

Delivery
Free 2-3 day shipping
Get it by Apr 20 – Apr 21
USPS First Class

Save up to 10%

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy,
safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later than 30 days after the end of the
month in which the donation is made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount        None



Subtotal (1 item)        $8.98
Shipping                 Free
Tax*                     $0.63

**Order total**          **$9.61**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.
*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 304
Seller Name: wenfindsmore
Marketplace: eBay






Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ∨    My eBay ∨

eb**ay**

Shop by category ∨

Search for anything

All Categories ∨    Search    Advanced

Back to home page | Listed in category:  Health & Beauty  >  Skin Care  >  Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

$ Have one to sell?  Sell now

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition:  New

Price:  **$9.00**

Buy It Now

Add to cart

Best Offer:

Make offer

♡ Add to Watchlist

**Additional service available**

☐  3-year protection plan from Allstate - $1.99

🚚  Fast and reliable. Ships from United States.

Delivery:  Varies

Returns:  Seller does not accept returns.  See details

Payments:     

**PayPal CREDIT**
Special financing available.  See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.  Learn more

**Shop with confidence**

💲  **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
wenfindsmore (120 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items


2023 MAZDA CX-30
THE MAZDA CX-30 WITH MAZDA CONNECTED SERVICES (3-year trial)¹
DISCOVER MORE

---

### Similar sponsored items    See all >

Feedback on our suggestions







| | | | | |
|---|---|---|---|---|
| Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | NEW belif Hydrators-On-The-Go 5 Piece Moisturizing Facial Skin Care Kit | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone |
| New | New | New | New | New |
| $19.98 | $12.93 | $9.95 | $7.49 | $7.89 |
| Free shipping | $13.51 5% off | 1 bid | Free shipping | Free shipping |
| Seller with a 100% positive feedback | Free shipping | + $1.95 shipping | Last one | Last one |
| | 9 watchers | Seller with a 99.4% positive feedback | | |

---

### Sponsored items inspired by your views    See all >

Feedback on our suggestions








| | | | | |
|---|---|---|---|---|
| Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | Automatic Chicken Coop Door Opener Light Sensor Automatic Chicken House Door US | Automatic Chicken Coop Door Opener Light Sensor Control Auto Pet Door Waterproof | NEW AUTOMATIC Opener Chicken Coop Sunlight Sensor+Timer AUTO Opener&Closer Chick |
| New | New | New | New | New |



ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA · mastercard · AMEX · DISCOVER

● **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ GPay Google Pay

**Ship to**

▇▇▇▇▇▇
▇▇▇▇▇▇▇▇
Miami, FL 33133-2709
United States
▇▇▇▇▇▇
Change

**Review item and shipping**

Seller: wenfindsmore · Message to seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
**$9.00**
Quantity 1

**Delivery**
Est. delivery: Apr 29 – May 4
USPS First Class
$6.40

**Gift cards, coupons, eBay Bucks**

Enter code:    [ Apply ]

**Donate to charity (optional)** ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

| Subtotal (1 item) | $9.00 |
| Shipping | $6.40 |
| Tax* | $1.08 |
| **Order total** | **$16.48** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ **Pay with PayPal** ]

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ






ebay

Shop by category

Search for anything

All Categories

Search

Advanced

Sell   Watchlist   My eBay   🔔   🛒

Daily Deals   Brand Outlet   Help & Contact

Back to home page | Listed in category:   Health & Beauty  >  Skin Care  >  Facial Cleansing Devices

Share | Add to Watchlist





Have one to sell?   Sell now

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition:   New

Price:  **$9.00**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

**Ships from United States**

Shipping:   US $6.40 Standard Shipping. See details
Located in: Houston, Texas, United States

Delivery:   Estimated between **Tue, Mar 14** and **Sat, Mar 18** to 33133 ⓘ

Returns:   Seller does not accept returns. See details

Payments:   PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
wenfindsmore (123 ⭐)
100% Positive feedback

♡ Save Seller
Contact seller
See other items



**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items

Feedback on our suggestions



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



New Therabody TheraFace PRO Facial Massager - Black
New
**$8.50**
10 bids
+ $10.00 shipping
Top Rated Plus
Seller 100% positive



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller 99.9% positive

---

### Sponsored items inspired by your views

Feedback on our suggestions













Ultrasonic Electric Silicone Facial   Facial Cleansing Brush, Sonic   Facial Cleansing Brush, Waterproof   Facial Cleansing Brush Silicone   Facial Cleansing Brush Waterproof





Shop by category

All Categories

Search    Advanced

Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist    My eBay    

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist





Hover to zoom

$ Have one to sell? Sell now

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition: New

Price: **$9.00**

Buy It Now

Add to cart

Best Offer:

Make offer

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
wenfindsmore (125 ⭐)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Explore a related Store**
278K items sold


eaudeluxe
In eBay Stores    Shop now
Sponsored

---

### Similar sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers



Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

---

### Sponsored items customers also bought

Feedback on our suggestions



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New



**ebay** Checkout

How do you like our checkout? Give us feedback

## Pay with

○ Add new card

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ GPay Google Pay

## Ship to

Miami, FL 33133-2709
United States

Change

## Review item and shipping

Seller: wenfindsmore · | Message to seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
$9.00
Quantity 1

Delivery
Est. delivery: Apr 22 – Apr 27
USPS First Class
$6.40

## Gift cards, coupons, eBay Bucks

Enter code:     Apply

## Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount      None ▼

---

Subtotal (1 item)          $9.00
Shipping                   $6.40
Tax*                       $1.08

Order total               **$16.48**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 305
Seller Name: wisithuru_product
Marketplace: eBay




Daily Deals   Brand Outlet   Help & Contact · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

ebay    Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    Search    Advanced

◁ Back to previous page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices    Share | Add to Watchlist

ebay  **Collect your bounty**  Plus, an eBay exclusive Mandalorian™ Funko Pop!   ( This is the way )   STAR WARS  ® & ™ Lucasfilm Ltd.





Tips: Power supply: 1*AAA battery (not included)

$ Have one to sell? ( Sell now )

### Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Washing Skin

Condition: **New**

Price: **$19.99**                       ( Buy It Now )

                                        ( Add to cart )

Best Offer:                             ( Make offer )

                                        ( ♡ Add to Watchlist )

**Additional service available**

☐  3-year protection plan from Allstate - $1.99

🚚  **Fast and reliable.** Ships from United States.

↩  **Breathe easy.** Returns accepted.

Shipping:  US $4.99 Economy Shipping. See details
           Located in: New York, New York, United States

Delivery:  📦 Estimated between **Mon, Apr 24** and **Thu, Apr 27** ⓘ
           Includes **4 business days** handling time after receipt of cleared payment.

Returns:   30 day returns. Buyer pays for return shipping. See details

Payments:  [PayPal] [G Pay] [VISA] [Mastercard] [Amex] [Discover]

           **PayPal CREDIT**
           Special financing available. See terms and apply now

           🔵 Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
wisithuru_product (15 ⭐)
75% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Discover related items**
115K items sold

lovelydeals2012          ( Shop now )
In eBay Stores
Sponsored

---

### Similar sponsored items                                        Feedback on our suggestions

                

Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
69 sold

NuFACE Trinity Advanced Facial Toning Device
New
**$95.00**
0 bids
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
~~$13.61~~ 5% off
Free shipping
9 watchers

---

### Related sponsored items                                        Feedback on our suggestions



**ebay** Checkout

How do you like our checkout? Give us feedback

## Pay with

Add new card

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

## Ship to

████████
Miami, FL 33138-4055
United States
████████

Change

## Review item and shipping

Seller: wisithuru_p...    Message to seller

Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Washing Skin
$19.99
Quantity 1

### Delivery

● Est. delivery: Apr 24 – Apr 28
USPS Parcel Select Ground
$4.99

○ Est. delivery: Apr 24 – Apr 27
Expedited Shipping
$29.99

## Gift cards, coupons, eBay Bucks

Enter code:    Apply

## Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄



| Subtotal (1 item) | $19.99 |
| Shipping | $4.99 |
| Tax* | $1.75 |

**Order total**    $26.73

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

ebay

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄

Search for anything

All Categories ⌄   Search   Advanced

Back to home page  | Listed in category:   Health & Beauty  >   Skin Care  >   Facial Cleansing Devices

Share  | Add to Watchlist

eBay stands with Türkiye and Syria
Help us support to those impacted by the crisis.   How to donate





Tips: Power supp  Hover to zoom  ery (not included)

$ Have one to sell?   Sell now

### Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Washing Skin

Condition:  New

Price:  **$19.99**

Buy It Now

Add to cart

Best Offer:

Make offer

♡ Add to Watchlist

Additional service available

☐  3-year protection plan from Allstate - $1.99

🔁  Fast and reliable. Ships from United States.

↩  Breathe easy. Returns accepted.

Shipping:  US $4.99 Economy Shipping. See details
Located in: New York, New York, United States

Delivery:  📦 Estimated between Sat, Mar 11 and Wed, Mar 15 ⓘ
Includes **4 business days** handling time after receipt of cleared payment.

Returns:  30 day returns. Buyer pays for return shipping.
See details

Payments:  PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
wisithuru_product (15 ★)
75% Positive feedback

Save Seller
Contact seller
Visit store
See other items



Shop a related Store
113K items sold



lovelydeals2012
In eBay Stores
Sponsored

Shop now

Similar sponsored items   See all ❯

Feedback on our suggestions



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
$9.95
Free shipping
72 sold



Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
$23.67
Free shipping
Seller 100% positive

Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
$8.50
6 bids
Free shipping
Seller 99.8% positive



Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
$28.99
Free shipping
Seller 100% positive



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$10.56
Free shipping
Seller 100% positive

Sponsored items inspired by your views   See all ❯

Feedback on our suggestions



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  ⬤ 💳 💳

◉ **PayPal**

○ **PayPal** CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████ ████
Miami, FL 33133-2709
United States
█████████

Change

**Review item and shipping**

Seller: wisithuru_p...   Message to seller

Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face
Washing Skin
**$19.99**
Quantity 1

**Delivery**

◉ Est. delivery: Mar 11 – Mar 16
USPS Parcel Select Ground
$4.99

○ Est. delivery: Mar 10 – Mar 13
Expedited Shipping
$29.99

**Gift cards, coupons, eBay Bucks**

[ Enter code: ]  [ Apply ]

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio
engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity
no later than 30 days after the end of the month in which the donation is made. Donations are
non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if
the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    [ None ▾ ]

Subtotal (1 item)          $19.99
Shipping                    $4.99
Tax*                        $1.75

**Order total**            **$26.73**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.
*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

[ Pay with **PayPal** ]

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





### Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Washing Skin

Condition: **New**

Price: **$19.99**

[ Buy It Now ]
[ Add to cart ]

Best Offer:

[ Make offer ]

[ ♡ Add to Watchlist ]

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

⊟ **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping:  US $4.99 Economy Shipping. See details
Located in: New York, New York, United States

Delivery:  📦 Estimated between **Mon, Apr 17** and **Fri, Apr 21** ⓘ
Includes **4 business days** handling time after receipt of cleared payment.

Returns:  30 day returns. Buyer pays for return shipping.
See details

Payments:  PayPal   G Pay   VISA   Mastercard   American Express   Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
wisithuru_product (15 ⭐)
75% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

Shop by category

Search for anything   All Categories   [ Search ]   Advanced

Back to home page   | Listed in category:   Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

Tips: Power supply: 1*AAA battery (not included)

💲 Have one to sell?   [ Sell now ]

---

### Similar sponsored items

Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable | Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber | Mary Kay SKINVIGORATE Sonic Skin Care System EXTRA HEAD facial cleansing brush | Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager |
| New | New | New | New | New |
| $14.99 | $7.59 | $17.99 | $19.98 | $7.12 |
| Free shipping Seller with a 99.2% positive feedback | Free shipping | 0 bids + $8.00 shipping Seller with a 100% positive feedback | Free shipping Seller with a 100% positive feedback | $7.49 5% off Free shipping 5 watchers |

---

### Sponsored items inspired by your views

Feedback on our suggestions









**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA ● ● ●

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Palm Beach, FL 33480
United States

Change

**Review item and shipping**

Seller: wisithuru_p... | Message to seller

Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Washing Skin
**$19.99**
Quantity 1

**Delivery**

● Est. delivery: Apr 17 – Apr 21
USPS Parcel Select Ground
$4.99

○ Est. delivery: Apr 17 – Apr 20
Expedited Shipping
$29.99

**Gift cards, coupons, eBay Bucks**

Enter code: | Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount | None ▾

| | |
|---|---|
| Subtotal (1 item) | $19.99 |
| Shipping | $4.99 |
| Tax* | $1.75 |
| **Order total** | **$26.73** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 306
Seller Name: wow-shoppers-llc
Marketplace: eBay



Daily Deals    Brand Outlet    Help & Contact                                             Sell    Watchlist ∨    My eBay ∨    🔔    🛒

ebay    Shop by category ∨    🔍 Search for anything                                   All Categories ∨    Search    Advanced

← Back to home page  |  Listed in category:  Health & Beauty  >  Skin Care  >  Facial Cleansing Devices                      Share  |  Add to Watchlist

ebay    Learn how to earn a $50 statement credit    See details
With a new eBay Mastercard®. Ends 4/25.




‹  ›

UMOKY

Hover to zoom



$ Have one to sell?    Sell now

### Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag

☆☆☆☆☆ Be the first to write a review

🔥 Last item available

Condition:  New

Quantity:  [ 1 ]    Last One / 1 sold

Price:  **$24.74**

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to Watchlist ]

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping:  Free 2-4 day shipping
Get it between **Wed, Apr 26** and **Fri, Apr 28**. See details
Located in: Denver, Colorado, United States

Returns:  30 day returns. Buyer pays for return shipping. See details

Payments:  

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
wow-shoppers-llc (90 ★)
98.9% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Shop related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Shop now ]

---

### Similar sponsored items    See all ›                                     Feedback on our suggestions

        

| Facial Cleansing Brush 3-In-1 Electric Silicone Face Scrubber Vibrating Massag | Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag | Elemis Pro-collagen Cleansing Balm - 3.05 oz | Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | Facial Cleansing Brush Silicone Electric Face Scrubber and Cleanser |
|---|---|---|---|---|
| New | New | New | New | New |
| $22.12 | $25.41 | $30.00 | $19.98 | $25.99 |
| Free shipping | Free shipping | 0 bids | Free shipping | Free shipping |
| Last one | Last one | + shipping | Seller with a 100% positive feedback | Last one |
|  |  | Seller with a 100% positive feedback |  |  |

---

### Sponsored items inspired by your views    See all ›                         Feedback on our suggestions

        

**Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart.

## Pay with

○ Add new card
  VISA · DISCOVER · MASTERCARD · AMERICAN EXPRESS

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay Google Pay

## Ship to

███████████
Boca Raton, FL 33433
United States
███████████
Change

## Review item and shipping

Seller: wow-shopper...   Message to seller

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
**$24.74**
Quantity 1

**Delivery**
Free 2-3 day shipping
Get it by Apr 26 – Apr 27
Expedited Shipping

## Gift cards, coupons, eBay Bucks

Enter code:        Apply

## Donate to charity (optional) ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

---

| Subtotal (1 item) | $24.74 |
| Shipping | Free |
| Tax* | $1.73 |

**Order total**                    **$26.47**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 307
Seller Name: yanksfan12345
Marketplace: eBay



GET OUT THERE AND PLAY. SEE GAMES
LEGAL
PLEASE PLAY RESPONSIBLY.



Hover to zoom

$ Have one to sell? Sell now

## Pop Sonic Leafbud Facial Cleansing Device Pink Waterproof Rechargeable New In Bo

Condition: New

Price: **$38.00**

Buy It Now

Add to cart

Best Offer: Make offer

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal GPay VISA Mastercard AMEX Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
yanksfan12345 (63) ⭐
98.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Shop now

---

## Similar sponsored items

Feedback on our suggestions





| | | | | |
|---|---|---|---|---|

PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple
New
$29.99
Free shipping
Seller with a 99.8% positive feedback

Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
$24.00
+ $3.50 shipping
Top Rated Plus
Seller with a 100% positive feedback

Proactiv Pore Cleansing Charcoal Infused Brush
New
$11.30
0 bids
+ shipping
Seller with a 100% positive feedback

Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NiB
New
$18.00
+ shipping
Seller with a 100% positive feedback



New Pop Sonic Face & Body Cleansing Tool Green-Unisex New Lite green rechargeble
New (Other)
$39.95
Free shipping
Seller with a 100% positive feedback

---

## Sponsored items inspired by your views

Feedback on our suggestions









LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser BNIB black
New
$29.99

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$9.99

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
$6.99

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98

Automatic Waterproof Chicken Coop Door With Light Sensor Poultry Gate Hen House
New
$36.99



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
   VISA ●●● AMEX DISCOVER

● **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ G Pay Google Pay

**Ship to**

███████
Miami, FL 33133-2709
United States
███████
Change

**Review item and shipping**

Seller: yanksfan12345   Message to seller

Pop Sonic Leafbud Facial Cleansing Device Pink Waterproof
Rechargeable New In Bo
**$38.00**
Quantity 1

**Delivery**
Est. delivery: Apr 22 – Apr 27
USPS First Class
**$5.70**

**Gift cards, coupons, eBay Bucks**

[ Enter code: ]   [ Apply ]

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy,
safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later than 30 days after the end of the
month in which the donation is made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount   [ None ▾ ]

---

Subtotal (1 item)          $38.00
Shipping                    $5.70
Tax*                        $3.06

**Order total          $46.76**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.
*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

[ **Pay with PayPal** ]

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 308
Seller Name: yolandlor-0
Marketplace: eBay



ebay    Shop by category ▾    🔍 Search for anything    | All Categories ▾ |    **Search**    Advanced

Daily Deals   Brand Outlet   Help & Contact                                                    Sell   Watchlist ▾   My eBay ▾   🔔   🛒

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices                          Share | Add to Watchlist

🔥 SAVE UP TO **20%** WHEN YOU BUY MORE



### FOREVER LINA T-Sonic mini Facial Cleansing Device

Condition: **New**

Color: | Yellow ▾ |

Bulk savings:
| Buy 1 **$12.99/ea** | Buy 2 **$11.69/ea** | Buy 3 **$11.04/ea** |

4 or more for $10.39/ea

Quantity: | 1 |   8 available / 18 sold

Price: **$12.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Ships from United States       7 watchers

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal  GPay  VISA  Mastercard  AmEx  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
yolandlor-0 (15 ⭐)
100% Positive feedback

♡ Save Seller
Contact seller
See other items




**Explore a related Store**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Visit store**

---

## Similar sponsored items                                          Feedback on our suggestions













| FOREVER LINA T-Sonic mini Facial Cleansing Device | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | ON LABS Blackhead Deep Cleansing Nose Pore Strips 6 Strips (LOT OF 3) | Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone | Luxsio Sonic Beauty Facial Cleansing Brush 3-in-1 Skincare Solution NEW Pink | Po Cl |
| New | New | New | New | New | Ne |
| $12.99 | $7.49 | $0.99 | $7.89 | $16.99 | $ |
| + shipping Seller 100% positive | Free shipping | 0 bids + $4.50 shipping Seller 100% positive | Free shipping | Free shipping Seller 99.6% positive | 88 Fr |

## Sponsored items inspired by your views                          Feedback on our suggestions

















**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA · Mastercard · American Express · Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: yolandior-0    Message to seller

FOREVER LINA T-Sonic mini Facial Cleansing Device
Color: Blue
**$12.99**

Quantity
1

Delivery
Est. delivery: Apr 19 – Apr 21
USPS First Class
**$5.85**

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $12.99 |
| Shipping | $5.85 |
| Tax* | $1.32 |

**Order total**    **$20.16**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help ?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 309
Seller Name: yyi89578
Marketplace: eBay



Shop by category | Search for anything | All Categories | Search | Advanced

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay   🔔   🛒

Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist



3.15 inch





$ Have one to sell? **Sell now**

### Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

Condition: **New**

Type: black ▾

Quantity: 1   **2 available** / **13 sold**

Price: **$17.59**

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

🔁 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: Free Economy Shipping. See details
Located in: Hacienda Heights, California, United States

Delivery: Estimated between **Fri, Apr 21** and **Mon, Apr 24** ⓘ

Returns: 14 day returns. Buyer pays for return shipping. See details

Payments: PayPal  GPay  VISA  MasterCard  AmEx  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
yyl89578 (1216 ⭐)
98.9% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

**Explore a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Visit store**

---

### Similar sponsored items

Feedback on our suggestions



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$17.59**
Free shipping



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.98 10% off
Free shipping
🔵 Top Rated Plus



NEW belif Hydrators-On-The-Go 5 Piece Moisturizing Facial Skin Care Kit
New
**$9.95**
0 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
🔵 Top Rated Plus
Seller with a 99.5% positive feedback



5 In 1 Face Brush Silicone Facial Electric Wash Face Machine Deep Cleaning Pore
New
$11.99 12% off
Free shipping
6 watchers

### Sponsored items inspired by your views

Feedback on our suggestions



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US



**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

Add new card

VISA  Mastercard  American Express  Discover

**PayPal**

**PayPal CREDIT**
Special financing available.
Apply now. See terms

G Pay  Google Pay

**Ship to**

Miami, FL 33133
United States

Change

**Review item and shipping**

Seller: yyi89578    Message to seller

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
Type: black
**$17.59**

Quantity
1

Delivery
Est. delivery: Apr 21 – Apr 24
USPS Parcel Select Ground
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

Subtotal (1 item)        $17.59
Shipping                   Free
Tax*                       $1.23

Order total             **$18.82**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 310
Seller Name: zongtian
Marketplace: eBay



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

Condition: New

Color: 1

Quantity: 1    Last One / 1 sold

Price: $10.56

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Yiwu, China

Delivery: ⚡ Estimated between Mon, May 8 and Mon, May 22 ⓘ
This item has an extended handling time and a delivery estimate **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
zongtlan (19 ⭐)
91.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

Shop related items
**115K items sold**

lovelydeals2012
In eBay Stores
Sponsored

**Visit store**





**Similar sponsored items**    See all >

Feedback on our suggestions

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$7.59
Free shipping

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$6.99
Free shipping
70 sold

Cetaphil daily facial cleanser 16 oz & Cetaphil Moisturizing Cream 03oz Bundle
New
$28.50
0 bids
+ $10.40 shipping

5in1 Electric Face Facial Cleaner Brushes Deeply Cleansing Massager Scrubber
New
$6.99
$12.99 46% off
Free shipping
59 sold

Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
$10.95
Free shipping
41 sold

**Sponsored items inspired by your views**    See all >

Feedback on our suggestions









ebay **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

Add new card

○ VISA

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Palm Beach, FL 33480
United States

Change

**Review item and shipping**

Seller: zongtian  |  Message to seller



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
Color: 1
**$10.56**
Quantity 1

**Delivery**
Est. delivery: May 8 – May 22
SpeedPAK Standard
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:   Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

---

Subtotal (1 item)        $10.56
Shipping                   Free
Tax*                      $0.74

**Order total**          **$11.30**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

Condition: New

Color: [ 1 ]

Quantity: [ 1 ]     Last One / 1 sold

Price: **$10.56**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

Shipping: **Free SpeedPAK Standard.** See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Yiwu, China

Delivery: ⓔ Estimated between **Wed, Apr 26 and Wed, May 10** ⓘ
This item has an extended handling time and a delivery estimate **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal · G Pay · VISA · Mastercard · American Express · Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
zongtian (18 ⭐)
90.9% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

Tips: Power supply: 1*AAA battery (not included)

$ Have one to sell?  Sell now

Shop by category

Search for anything   All Categories   Search   Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



Similar sponsored items                                                     Feedback on our suggestions

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$7.59
Free shipping

5in1 Electric Face Facial Cleaner Brushes Deeply Cleansing Massager Scrubber
New
$6.99
$12.99 46% off
Free shipping
57 sold

ELEMIS REHYDRATING GINSENG TONER & AVANT PURIFYING & ANTIOXIDISING CLEANSING GEL
New
$0.99
0 bids
+ shipping
Seller with a 100% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.12
$7.49 5% off
Free shipping
5 watchers

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$6.99
Free shipping
65 sold



Sponsored items inspired by your views                                      Feedback on our suggestions



ebay Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card
VISA  Mastercard  AMEX  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Palm Beach, FL 33480
United States

Change

Subtotal (1 item)          $10.56
Shipping                    Free
Tax*                       $0.74

**Order total              $11.30**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

**Review item and shipping**

Seller: zongtian     Message to seller



Silicone Face Cleansing Brush Electric Facial Cleanser Washing
Massager Scrubber
Color: 1
**$10.56**
Quantity 1

**Delivery**
Est. delivery: Apr 27 – May 10
SpeedPAK Standard
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:                    Apply

**Donate to charity (optional) ⓘ**

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids
who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later than 30 days after the end of the
month in which the donation is made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Purchase evidence – eBay sellers



Daily Deals   Brand Outlet   Help & Contact                                    Sell   Watchlist ⌄   My eBay ⌄

# ebay

Shop by category ⌄

🔍 Search for anything          All Categories ⌄          Search          Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist





## Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

Condition: **New**

Color: - Select - ⌄

Quantity: 1      **Last One** / 1 sold

Price: **US $10.56**

**Buy it Now**

**Add to cart**

♡ Add to watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Shipping: **Free SpeedPAK Standard. See details**
International shipment of items may be subject to customs processing and additional charges.
Located in: Yiwu, China

Delivery: 📦 Estimated between **Tue, Oct 3** and **Tue, Oct 17 to 33131**
This item has an extended handling time and a delivery estimate **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. **See details**

Payments: PayPal  G Pay  VISA  ●● MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. **See terms and apply now**

Earn up to 5x points when you use your eBay Mastercard®.
**Learn more**

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

### Seller information

zongtian (22)
92.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

$ Have one to sell?   **Sell now**

## Similar sponsored items     See all >

Feedback on our suggestions



NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing
New
**$10.99**
Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Messager
New
**$13.98**
Free shipping



Michael Todd Beauty Boogie Nights Soniclear Petite Antimicrobial Skin Cleansing
New
**$34.99**
0 bids



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$13.97**
Free shipping

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ $5.85 shipping





**Checkout**

How do you like our checkout? Give us feedback

## Pay with

○ **VISA** ███████████

○ Add new card
  VISA ⬛ 💳 💳 💳

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ **G Pay** Google Pay

## Ship to

████████████

Miami, FL 33131-2124
United States

████████████

## Review item and shipping

Seller: zongtian  |  Message to seller

 Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
Color: 1
**$10.56**
Quantity 1

**Delivery**
Est. delivery: Oct 3 – Oct 17
SpeedPAK Standard
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:  [ Apply ]

## Donate to charity (optional) ⓘ

### Alzheimer's Association

Support the Alzheimer's Association, the leading voluntary health organization in Alzheimer's care, support and research. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount  [ None ▾ ]

---

| Subtotal (1 item) | $10.56 |
| Shipping | Free |
| Tax* | $0.74 |

| **Order total** | **$11.30** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

**ebay** MONEY BACK GUARANTEE
See details



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay   Shop by category   Search for anything   All Categories   Search   Advanced

Sell   Watchlist   My eBay

## Thanks for shopping with us!

When your order is done processing, we'll email info to ▮▮▮▮▮

You should get your order by Oct 17.

### Order total: $11.30

**Shipping to:**

▮▮▮▮▮ Miami, FL 33131-2124, United States

Order number: 08-10560-01110



Silicone Face Cleansing Brush Electric Facial Cleanser Was...
You should get it by Oct 17.

See order details

Ad

ShopSmarter Claim $10 Cash Back and Start Saving Today Click Here

## Related sponsored items







6 Pcs Face Scrubber Silicone Facial Cleansing Brush Massager
New
**$7.51**
Free shipping

4pcs deep cleansing facial scrubber face massager pore brush Face Cleanser
New
**$8.69**
Free shipping

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ $5.85 shipping
🏆 Top Rated Plus
Seller with a 100% positive feedback







Facial Massager Brush Silicone Face Cleansing Electric Scrubber Skin...
New
**$13.81**
$15.01 8% off
Free shipping

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
**$13.97**
Free shipping
🏆 Top Rated Plus

1pc Double Head Face Cleansing Brush Silicone Facial Cleanser Wash Brus...
New
**$4.95**
$9.51 48% off
Free shipping



"...We've actually refinanced the house two additional"

- PAUL B., U.S. AIR FORCE VETERAN; U.S. ARMY VETERAN



## To Much Dust In Your House?

#1 Best Way to Get Rid of Dust In Your Home

Clarifion

Open ›

ebay

Shop by category

Search for anything | All Categories | Search

Advanced

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ∨   My eBay ∨

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

$ Have one to sell? | Sell now

## Mini Silicone Electric Face Cleansing Brush Facial Skin Cleaner Massager Tool

Condition:  New

Price:  **US $15.00**

**Buy it Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Shipping:  **Free Standard Shipping. See details**
Located in: Las Vegas, Nevada, United States

Delivery:  Estimated between **Fri, Sep 22** and **Tue, Sep 26 to 33131** ⓘ

Returns:  Seller does not accept returns. See details

Payments:    

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

### Seller information
tandzik9 (104)
100% positive feedback

♡ Save seller
Contact seller
See other items

## Similar sponsored items    See all >

Feedback on our suggestions



**Silicone Facial Cleansing Brush Massage Electric Rechargeable Face Cleaner Pink**
New
**$10.95**
Free shipping
Seller you bought from



**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
**$13.98**
Free shipping
20% off 3+ with coupon



**NEW Kate Somerville + Retinol Vitamin C Facial Skin Moisturizer 1.7 fl oz, NIB**
New
**$16.00**
3 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



**5in1 Electric Facia Cleansing Brush Powered Face Skin Scrubbers Facial Care Tool**
New
**$6.99**
Free shipping
Seller with a 100% positive feedback



**Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager**
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ VISA ▮▮▮▮

○ Add new card
   VISA ▮ AE ▮

○ **PayPal**

○ PayPal CREDIT
   Special financing available.
   Apply now. See terms

○ G Pay Google Pay

**Ship to**

▮▮▮▮

Miami, FL 33131-2124
United States

▮▮▮▮

**Review item and shipping**

Seller: tandzik9  |  Message to seller

Mini Silicone Electric Face Cleansing Brush Facial Skin Cleaner
Massager Tool
**$15.00**
Quantity 1

Delivery
Est. delivery: Sep 22 – Sep 26
USPS First Class
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Alzheimer's Association

Support the Alzheimer's Association, the leading voluntary health organization in Alzheimer's
care, support and research. PayPal Giving Fund (PPGF) receives your donation and grants
100% to a charity no later than 30 days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax deductible. PPGF may be unable to
grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer
accepts funds from PPGF.

Select amount    None ▾

| | |
|---|---|
| Subtotal (1 item) | $15.00 |
| Shipping | Free |
| Tax* | $1.05 |
| **Order total** | **$16.05** |

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

🔒 **Confirm and pay**

**ebay** MONEY BACK GUARANTEE
See details



Shop by category ⌄  |  Search for anything  |  All Categories ⌄  |  Search  |  Advanced

Sell  Watchlist ⌄  My eBay ⌄

# Thanks for shopping with us!

When your order is done processing, we'll email info to ███████

You should get your order by Sep 26.

On Today's Online Purchase.

## $25
### CASH BACK

CONTINUE →

for trying SmartyPlus

### Order total: $16.05

**Shipping to:**
███████ Miami, FL 33131-2124, United States

Order number: 01-10563-94805

 Mini Silicone Electric Face Cleansing Brush Facial Skin Clea...
You should get it by Sep 26.

See order details

Ad

ShopSmarter  Claim $10 Cash Back and Start Saving Today.  Click Here

## Related sponsored items







Facial Massager Brush Silicone Face Cleansing Electric Scrubber Skin...
New
$13.81
$15.01 8% off
Free shipping
12% off 2+ with coupon

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner...
New
$18.95
Free shipping
Last one

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
$13.97
Free shipping
🏆 Top Rated Plus
14 watchers







Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...
New
$17.93
Free shipping
12 watchers

Silicone Facial Cleansing Device with Brush Massager Adjustable...
New
$16.14
$16.99 5% off
Free shipping

Silicone Electric Face Cleansing Brush Facial Cleaner Cleaning Massag...
New
$13.48
$16.24 17% off
Free shipping





I RECOMMENDED THIS APP TO MY DAD AND HE LOVES IT

» TAKE A TEST «

Dedls   Brand Outlet   Help & Contact   Sell   Watchlist ⌄   My eBay ⌄

ebay

Shop by category ⌄

Search for anything     All Categories ⌄   Search   Advanced

‹ Back to homepage | Listed in category:   Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist

**BUY 1, GET 1 AT 5% OFF** (add 2 to cart)   See all eligible items and terms ›



### 6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Recharging

Condition:   New

Quantity:   [ 1 ]   5 available / 5 sold

Price:   US $13.50

[ Buy It Now ]

[ Add to cart ]

Best Offer:   [ Make offer ]

[ ♡ Add to watchlist ]

**Shop with confidence**

**eBay Money Back Guarantee**
Get the item you ordered or your money back.
Learn more

**Seller Information**
mastertoner (11742)
97.8% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

**Additional service available**

☐   3-year protection plan from Allstate - $1.99

↩   Breathe easy. Returns accepted.

⚡   People are checking this out. 7 have added this to their watchlist.

Shipping:   Free Standard Shipping. See details
Located in: Rowland Heights, California, United States

Delivery:   Estimated between Fri, Sep 22 and Mon, Sep 25 to 33133 ⓘ

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:   PayPal   G Pay   VISA   MasterCard   AMEX   DISCOVER

*PayPal* CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell?   Sell now

---

### Similar sponsored items   See all ›

Feedback on our suggestions


Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$13.97
Free shipping
♥ Top Rated Plus
14 watchers

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$13.98
Free shipping
20% off 3+ with coupon


Michael Todd Beauty Boogie Nights Soniclear Petite Antimicrobial Skin Cleansing
New
$34.99
0 bids
+ $5.99 shipping
Seller with a 100% positive feedback


NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing
New
$10.99
Free shipping
Seller with a 100% positive feedback


3D Sonic Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body
New
$11.99
Free shipping
221 sold

Sil
So
Ma
Ne
$1
Fre
Se

---

### Sponsored items inspired by your views   See all ›

Feedback on our suggestions









**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

VISA ████████

○ Add new card
VISA ■■ ■■ ■■

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

████████
Miami, FL 33131-2124
United States
████████

**Review item and shipping**

Seller: mastertoner;    Message to seller

6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB
Recharging
**$13.50**

Quantity
1

**Delivery**
Est. delivery: Sep 22 – Sep 25
USPS First Class
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Alzheimer's Association

Support the Alzheimer's Association, the leading voluntary health organization in Alzheimer's care, support and research. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $13.50 |
| Shipping | Free |
| Tax* | $0.95 |
| **Order total** | **$14.45** |

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

🔒 **Confirm and pay**



ebay MONEY BACK GUARANTEE
See details



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄



This Smart Device Will Let You To Get Internet Connection Wherever You Are

Ryoko                                      Open ›

## Thanks for shopping with us!

When your order is done processing, we'll email info to

You should get your order by Sep 25.

### Order total: $14.45

**Shipping to:**
Miami, FL 33131-2124, United States

Order number: 05-10562-28668

 6000rpm Silicone Waterproof Electric Sonic Facial Cleansi...
You should get it by Sep 25.

See order details

Ad

**Shop Smarter**  Claim $10 Cash Back and Start Saving Today. Click Here



I RECOMMENDED THIS APP TO MY DAD AND HE **LOVES** IT

TAKE A TEST

## Related sponsored items



Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...
New
**$17.93**
Free shipping
12 watchers



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
**$13.97**
Free shipping
🏆 Top Rated Plus
14 watchers



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ $5.85 shipping
🏆 Top Rated Plus
Seller with a 100% positive feedback



3D Sonic Facial Cleansing Brush Skin Rechargeable Waterproof Electric Face...
New
**$11.99**



Brush Massager Sonic Facial Cleansing Brush Waterproof Silicone Mini...
New
**$6.56**



Pack Of 2 Pulsaderm SONIC WASHCLOTH 2 speed Silicone Face Brus...
New
**$13.00**



ebay

Shop by category ▾

Search for anything          All Categories ▾   [Search]   Advanced

Daily Deals  Brand Outlet  Help & Contact                    Sell  Watchlist ▾  My eBay ▾

Back to home page | Listed in category:  Health & Beauty  >  Skin Care  >  Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

$ Have one to sell?  [Sell now]

### silicone electric facial cleansing brush for acne and pores

Condition:  New

Price:  US $13.00                    [Buy It Now]

[Add to cart]

Best Offer:                           [Make offer]

[♡ Add to watchlist]

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

Pickup:  Free local pickup from Anaheim, California, United States. See details

Shipping:  US $8.55 Standard Shipping. See details
Located in: Anaheim, California, United States

Delivery:  Estimated between Thu, Sep 21 and Mon, Sep 25 to 3313?

Returns:  Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  ●●  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
stylemebri (209)
100% positive feedback

♡ Save seller
Contact seller
See other items

---

## Similar sponsored items    See all >

Feedback on our suggestions

    

NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing
New
$10.99
Free shipping
Seller with a 100% positive feedback

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$13.97
Free shipping
⚬ Top Rated Plus
14 watchers

Heimish All Clean Balm 120ml Cleansing Blam
New
$0.10
1 bid
+ $5.70 shipping
Seller with a 100% positive feedback

3 Pack Silicone Face Scrubber Exfoliating Brush Manual Handheld Facial Cleansing
New
$4.68
$5.85 20% off
Free shipping
5 watchers

Silicone Facial Cleansing Brush Massage Electric Rechargeable Face Cleaner Pink
New
$10.95
Free shipping
Seller you bought from

Ha
Bru
Cle
Ne
$1(
Fre
6 w

## Sponsored items inspired by your views    See all >

Feedback on our suggestions

   

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag



 



## Thanks for shopping with us!

You should get your order by Sep 25.

**Order total: $23.06**

Shipping to:
Miami, FL 33131-2124, United States

Order number: 24-10562-32640

 silicone electric facial cleansing brush for acne and pores
You should get it by Sep 25.

See order details

Ad
sxm  Unlock 3 Months Free on SiriusXM. Listen now





## Related sponsored items



Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...
New
$17.93
Free shipping
12 watchers



Facial Electric Cleansing Brush with 5 Brush Heads deep Cleansing Spin Brush
New
$11.99
Free shipping
Buy 1, get 15% off



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone...
New
$10.95
Free shipping
6 watchers



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
$13.97
Free shipping
Top Rated Plus
14 watchers



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush...
New
$9.99
Free shipping
Top Rated Plus
26 sold



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin...
New
$7.99
Free shipping
13 watchers









Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

ebay

Shop by category ⌄

🔍 Search for anything                    All Categories ⌄    Search    Advanced

‹ Back to homepage | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist





Hover to zoom

$ Have one to sell?   Sell now

### Silicone Waterproof Electric Facial Cleansing Brush USB Rechargeable Pink

Condition:   New other (see details)

Price:   US $12.95

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Additional service available

☐ 2-year protection plan from Allstate - $2.99

Shipping:   Free Standard Shipping. See details
Located in: Eufaula, Oklahoma, United States

Delivery:   Estimated between Thu, Sep 21 and Mon, Sep 25 to 33135 ⓘ

Returns:   Seller does not accept returns. See details

Payments:   PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
eufaulagirl (149)
99.4% positive feedback

♡ Save seller
Contact seller
See other items

---

## Similar sponsored items    See all ›

Feedback on our suggestions



Silicone Facial Cleansing Brush Massage Electric Rechargeable Face Cleaner Pink
New
$10.95
Free shipping
Seller you bought from



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$13.97
Free shipping
Top Rated Plus
14 watchers



NEW Kate Somerville + Retinol Vitamin C Facial Skin Moisturizer 1.7 fl oz, NIB

New
$16.00
3 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
$10.95
Free shipping
6 watchers



3 Pack Silicone Face Scrubber Exfoliating Brush Manual Handheld Facial Cleansing
New
$5.85 20% off
Free shipping
6 watchers

2 in
US
Ne
$1
Fre
14

---

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
$9.01
Free shipping

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$13.97
Free shipping
Top Rated Plus
14 watchers

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
$27.08
Free shipping
Last one

Electric Facial Cleansing Brush Silicone Vibration Massager Blackhead Remover
New
$35.99
Free shipping
Seller with a 100% positive feedback

Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager
New
$48.99
Free shipping
Seller with a 100% positive feedback





Hi Jessie! ⌄   Daily Deals   Brand Outlet   Help & Contact   Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄   🔍 Search for anything   All Categories ⌄   **Search**   Advanced

## Thanks for shopping with us!

When your order is done processing, we'll email info to ████████

You should get your order by **Sep 25.**

### Order total: $13.86

Shipping to: ████████████████ Miami, FL 33131-2124, United States

Order number: 15-10552-85290



Silicone Waterproof Electric Facial Cleansing Brush USB Re...
You should get it by Sep 25.

See order details

Ad

SiriusXM   Stream 3 months free on the App. Subscribe now







 

## Related sponsored items



Facial Cleansing Brush, Waterproof Hanging Silicone Face...
New
$12.25
$13.32 8% off
Free shipping



Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...
New
$17.93
Free shipping
12 watchers



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone...
New
$10.95
Free shipping
6 watchers



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
$13.97
Free shipping
♥ Top Rated Plus
14 watchers



Facial Cleansing Brush, Waterproof Hanging Silicone Face...
New
$10.88
Free shipping



NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubbe...
New
$10.99
Free shipping
Seller with a 100% positive feedback







ebay

Shop by category

Search for anything | All Categories | Search | Advanced

< Back to homepage | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🔋 SAVE UP TO 15% WHEN YOU BUY MORE



Hover to zoom

$ Have one to sell? | Sell now

## Silicone Facial Cleansing Brush Massage Electric Rechargeable Face Cleaner Pink

USA SELLER: Ships from Atlanta within one business day!

| Condition: | New |
|---|---|
| Bulk savings: | Buy 1 $10.95/ea   Buy 2 $9.31/ea |
| | 2 or more for $9.31/ea |
| Quantity: | 1   More than 10 available / 41 sold |
| Price: | US $10.95/ea |

Buy It Now

Add to cart

♡ Add to watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

⚡ This one's trending. 41 have already sold.

↩ Breathe easy. Returns accepted.

| Shipping: | Free Standard Shipping. See details |
|---|---|
| | Located in: Atlanta, Georgia, United States |
| Delivery: | Estimated between Thu, Sep 21 and Sat, Sep 23 to 33133 ⓘ |
| Returns: | 30 days returns. Buyer pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER |

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
dapperox (83)
100% positive feedback

♡ Save seller
Contact seller
See other items

## Similar sponsored items    See all >

Feedback on our suggestions



Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Fashion
New
$10.73
Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$13.98
Free shipping
20% off 3+ with coupon



NEW Kate Somerville + Retinol Vitamin C Facial Skin Moisturizer 1.7 fl oz, NIB
New
$16.00
3 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



Silicone Facial Cleansing Sonic Brush Portable Waterproof Rechargeable
New
$15.99
+ $5.85 shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all >

Feedback on our suggestions















eBay Shop by category | Search for anything | All Categories | **Search** | Advanced

Daily Deals  Brand Outlet  Help & Contact      Sell  Watchlist  My eBay

# Thanks for shopping with us!

When your order is done processing, we'll email info to

You should get your order by **Sep 23**.

## Order total: $11.72

**Shipping to:**

Miami, FL 33131-2124, United States

Order number: 02-10560-53349



Silicone Facial Cleansing Brush Massage Electric Recharge...
You should get it by Sep 23.

See order details

Ad

SiriusXM   Stream 3 months free on the App. Subscribe now

## Related sponsored items



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush...
New
$9.99
Free shipping
Top Rated Plus
26 sold



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner...
New
$18.95
Free shipping
Last one



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
$13.97
Free shipping
Top Rated Plus
14 watchers



Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...
New
$17.93
Free shipping
12 watchers



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ $6.65 shipping
Top Rated Plus
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner...
New
$8.35
Free shipping
Seller with a 99.1% positive feedback









Azibo
DIY Landlords:
**Collect rent online... for free.**
Get started

Ad



Handyman Connection

**Handyman Connection**

We Will Make Your Home What You Have Always Wanted It To Be.

Handyman Connection

Get Quote >

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

ebay

Shop by category ⌄

Search for anything | All Categories ⌄ | Search | Advanced

Back to homepage | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist



Hover to zoom

$ Have one to sell? Sell now

## Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner

Condition: **New**

Item Type: - Select - ⌄

Quantity: [1]   2 available

Price: **US $8.54**
Was US $8.99 ⓘ
Save US $0.45 (5% off)

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Free shipping and returns.

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges ⓘ
Located in: China, China

Delivery: 🚚 Estimated between Thu, Oct 5 and Wed, Oct 11 to 3313 ⓘ
This item has an extended handling time and a delivery estimate greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: [PayPal] [G Pay] [VISA] [MasterCard] [AMEX] [DISCOVER]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or your money back.
Learn more

**Seller Information**
baozeusports(0) (165)
95.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

## Similar sponsored items   See all >

Feedback on our suggestions



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.99
Free shipping
313 sold



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
$7.99
Free shipping
13 watchers



New in Box NIB Mary Kay Timewise Microdermabrasion Plus Set Refine Pore Minimize
New
$10.40
0 bids
+ $5.65 shipping
Seller with a 100% positive feedback



Electric Facial Skin Care Pore Blackhead Cleaner Remover Vacuum Acne Cleanser
New
$7.98
Free shipping
♥ Top Rated Plus
3714 sold



Facial Cleansing Silicone Brush Face Skin Blackhead Pore Cleaner Massager gentle
New
$6.56
Free shipping

---

## Sponsored items inspired by your views   See all >

Feedback on our suggestions











 

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

ebay   Shop by category ⌄   🔍 Search for anything   All Categories ⌄   Search   Advanced

## Thanks for shopping with us!

When your order is done processing, we'll email info to

You should get your order by **Oct 11.**

### Order total: $9.14

**Shipping to:**

Miami, FL 33131-2124, United States

Order number: 02-10560-50238

 Silicone Facial Cleansing Brush Electric Sonic Vibration De...
You should get it by Oct 11.

See order details

Ad
SiriusXM    Stream 3 months free on the App. Subscribe now

## Related sponsored items



3D Sonic Facial Cleansing Brush Skin Rechargable Waterproof Electric Face...
New
$11.99
Free shipping
221 sold



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner...
New
$18.95
Free shipping
Last one



Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...
New
$17.93
Free shipping
12 watchers



Silicone Face Scrubber Small Facial Cleansing Brush Face Exfoliator Face...
New
$7.90
$8.59 8% off
Free shipping
24 sold



Silicone Face Scrubbers Exfoliator Baby Bath Brush Facial Cleansing Brush
New
$8.19
Free shipping
7 watchers



NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubbe...
New
$10.99
Free shipping
Seller with a 100% positive feedback









10-MIN WORKOUT PLAN
FOR STUBBORN FAT BELLY
MONDAY
TUESDAY
WEDNESDAY

Ad



🏠 Handyman CONNECTION

Handyman Connection

We Will Make Your Home What You Have Always Wanted It To Be.

Handyman Connection

Get Quote ›

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

VISA  x ▉▉▉▉

Add new card
VISA ▉▉ ▉▉

**PayPal**

**PayPal CREDIT**
Special financing available.
Apply now. See terms

G Pay  Google Pay

**Ship to**

▉▉▉▉
Miami, FL 33131-2124
United States
▉▉▉▉

**Review item and shipping**

Seller: baozousports01 | Message to seller



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
Item Type: A (Blue Battery Powered)
**$8.54**
$8.99

Quantity
1

**Delivery**

○ Est. delivery: Oct 5 – Oct 11
SpeedPAK Standard
Free

○ Est. delivery: Sep 28 – Oct 6
Expedited Shipping from Greater China to worldwide
$26.99

Save up to 5%

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Alzheimer's Association

Support the Alzheimer's Association, the leading voluntary health organization in Alzheimer's care, support and research. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None

| Subtotal (1 item) | $8.54 |
|---|---|
| Shipping | Free |
| Tax* | $0.60 |
| **Order total** | **$9.14** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay



ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice






ebay

Shop by category

Search for anything

All Categories

Search

Advanced

Sell   Watchlist   My eBay

< Back to homepage | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

$ Have one to sell?   Sell now

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

| Condition: | New |
| Price: | US $9.00 |

**Buy It Now**

**Add to cart**

| Best Offer: |

**Make offer**

♡ Add to watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Shipping: US $6.40 Standard Shipping. See details
Located in: Houston, Texas, United States

Delivery: Estimated between Mon, Sep 25 and Fri, Sep 29 to 3313⊙

Returns: Seller does not accept returns. See details

Payments: PayPal   G Pay   VISA   MasterCard   AMEX   DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
wenfindsmore (157)
96.8% positive feedback

♡ Save seller
Contact seller
See other items

## Similar sponsored items    See all >







Foreo Luna Mini 2 T-Sonic Facial Cleansing Device | Mint
New (Other)
$29.92
Free shipping
♡ Top Rated Plus
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$13.98
Free shipping
20% off 3+ with coupon

Mary Kay Clearproof Deep Cleansing Charcoal Mask 4 oz. Full Size NIB
New
$9.00
0 bids
+ $5.65 shipping
Seller with a 100% positive feedback

Foreo Luna Mini 2 T-Sonic Facial Cleansing Device | Fuchsia
New (Other)
$29.92
Free shipping
♡ Top Rated Plus
Seller with a 100% positive feedback

NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing
New
$10.99
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all >







Electric Facial Cleansing Brush Silicone Vibration Massager Blackhead Remover
New
$35.99

Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager
New
$48.99

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$8.30

Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
$14.99

3D Fidget Cube Focus Stress Reliever Anti-anxiety Adults Kids Toy Green & White
New
$8.37

Feedback on our suggestions





Daily Deals   Brand Outlet   Help & Contact                                    Sell   Watchlist ˅   My eBay ˅

Shop by category ˅   🔍 Search for anything   All Categories ˅   **Search**   Advanced



# Thanks for shopping with us!

When your order is done processing, we'll email info to ▮▮▮▮▮▮▮▮▮▮

You should get your order by **Sep 29.**

## Order total: $16.48

### Shipping to:
▮▮▮▮▮▮▮▮ Miami, FL 33131-2124, United States

Order number: 10-10555-53206



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin...
You should get it by Sep 29.

See order details

Ad

SiriusXM   Stream 3 months free on the App. Subscribe now






## Related sponsored items







Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner...
New
$18.95
Free shipping
Last one

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ $5.85 shipping
Top Rated Plus
Seller with a 100% positive feedback

Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...
New
$17.93
Free shipping
12 watchers







Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
$13.97
Free shipping
Top Rated Plus
14 watchers

Facial Massager Brush Silicone Face Cleansing Electric Scrubber Skin...
New
$13.81
$15.01 8% off
Free shipping
12% off 2+ with coupon

Brush Massager Sonic Facial Cleansing Brush Waterproof Silicone Mini...
New
$6.56
Free shipping













ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced



‹ Back to homepage | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



FOREVER

Hover to zoom

$ Have one to sell?  **Sell now**

## Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition: New

Quantity: 1    More than 10 available

Price: US $9.50

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Shipping: US $6.45 Standard Shipping. See details
Located in: Odessa, Texas, United States.

Delivery: Estimated between Thu, Sep 21 and Mon, Sep 25 to 33131 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now



Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

Seller information
acosta6169 (0)

♡ Save seller
Contact seller
See other items

---

## Similar sponsored items    See all ›

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$13.98
Free shipping
**20% off 3+ with coupon**



NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing
New
$10.99
Free shipping
Seller with a 100% positive feedback

NEW Kate Somerville + Retinol Vitamin C Facial Skin Moisturizer 1.7 fl oz, NIB
New
$16.00
3 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



Electric Facial Cleansing Brush Spin Massager Face Cleanser w/ 3 Rotating Heads
New
$19.99
Free shipping
1710 sold



Silicone Electric Face Cleansing Brush Facial Cleaner Cleaning Massage Skin Care
New
$13.48
$16.24 17% off
Free shipping

Fac
So
Ne
$6
+ S
♡
Se

---

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions



3D Fidget Cube Focus Stress Reliever Anti-anxiety Adults Kids Toy Green & White
New
$8.37
+ $13.52 shipping
Seller with a 99.4% positive feedback



* Fidget Cube Anti-Stress pour Adultes & Enfants Couleur Noir *
New
$10.56
+ $5.85 shipping



Hand Spinner Fidget Cube Adultes & Enfants Dé Cadeau Anti-stress
New
$10.56
+ $4.16 shipping



OVER 3200+ SOLD, Deluxe Fidget Cube Anxiety Stress Relief Focus Attention AU
New
$3.21
+ $24.40 shipping
2408 sold



Fidget Cube Relieves Stress and Anxiety for Children and Adults In Random colour
New
$6.20
+ $13.95 shipping
44 sold

Pu
Fid
Bre
Ne
$6
Fre
Se

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

⦿ VISA × ▮▮▮▮▮▮

○ Add new card
VISA ▮ ▮ ▮

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

▮▮▮▮▮▮▮
Miami, FL 33131-2124
▮▮▮▮▮▮

**Review item and shipping**

Seller: acost6169    |    Message to seller



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
**$9.50**

Quantity
1

Delivery
Est. delivery: Sep 21 – Sep 25
USPS First Class
$6.45

**Gift cards, coupons, eBay Bucks**

Enter code:                    Apply

**Donate to charity (optional)** ⓘ

Alzheimer's Association

Support the Alzheimer's Association, the leading voluntary health organization in Alzheimer's care, support and research. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None

| | |
|---|---|
| Subtotal (1 item) | $9.50 |
| Shipping | $6.45 |
| Tax* | $1.12 |
| **Order total** | **$17.07** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Daily Deals    Brand Outlet    Help & Contact                                          Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by    🔍 Search for anything          All Categories ⌄       **Search**      Advanced
        category ⌄


On Today's Online Purchase.
**$25**
**CASH BACK**
**CONTINUE →**
for trying SmartyPlus

## Thanks for shopping with us!

When your order is done processing, we'll email info to

You should get your order by Sep 25.

### Order total: $17.07

Shipping to:

_____ Miami, FL 3313l-2124, United States

Order number: 02-10560-44625

  Silicone Electric Face Cleansing Brush Ultra Sonic Facial Ski...
You should get it by Sep 25.

See order details

Ad
sxm   Unlock 3 Months Free on SiriusXM. Listen now

## 28-DAY WORKOUT CHALLENGE
### FOR SENIORS




## Related sponsored items







Silicone Electric Face
Cleansing Brush Ultra Sonic
Facial Skin Cleaner...
New
**$18.95**
Free shipping
Last one

Facial Body Cleansing
Brush 3-in-1 Waterproof
Electric Face Exfoliating...
New
**$17.93**
Free shipping
12 watchers

Facial Cleansing Brush,
Sonic Silicone Scrubber,
Face Vibrating Massager
New
**$6.00**
+ $5.85 shipping
🏆 Top Rated Plus
Seller with a 100% positive
feedback







Electric Facial Cleansing
Brush Set Face Body
Exfoliating Silicone...
New
**$13.97**
Free shipping
🏆 Top Rated Plus
14 watchers

Facial Massager Brush
Silicone Face Cleansing
Electric Scrubber Skin...
New
**$13.81**
$15.01 8% off
Free shipping
12% off 2+ with coupon

Electric Facial Cleansing
Brush Face Body Exfoliator
Waterproof Massage 7...
New
**$13.88**
Free shipping







Daily Deals   Brand Outlet   Help & Contact

ebay

Shop by category

Search for anything

All Categories

Search

Advanced

Back to homepage | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

SAVE UP TO 5%   See all eligible items and terms ▸



### Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

| | |
|---|---|
| Condition: | New |
| Sale ends in: | 4d 5h |
| Quantity: | 1   4 available / 3 sold |

Price: **US $9.49**
Was US $9.99 ⓘ
Save US $0.50 (5% off)

Best Offer:

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

↩ Breathe easy. Returns accepted.

| | |
|---|---|
| Shipping: | **Free Standard Shipping.** See details<br>Located in: Hicksville, New York, United States |
| Delivery: | Estimated between Thu, Sep 21 and Mon, Sep 25 to 33133 ⓘ |
| Returns: | 30 days returns. Buyer pays for return shipping. See details |
| Payments: | PayPal   G Pay   VISA   MasterCard   AMEX   DISCOVER |

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
bk18_shop (523)
96.9% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

## Similar sponsored items   See all ›

Feedback on our suggestions



Facial steamer deep cleansing spray steam sprayer Spa steamer skin care tool
New
$15.39
Free shipping
6 watchers



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$13.98
Free shipping
20% off 3+ with coupon



NEW Kate Somerville + Retinol Vitamin C Facial Skin Moisturizer 1.7 fl oz, NIB
New
$16.00
3 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing
New
$10.99
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$15.98
Free shipping
Seller with a 100% positive feedback

---

## Sponsored items inspired by your views   See all ›

Feedback on our suggestions









   

ebay    Shop by category    🔍 Search for anything    All Categories ▾    **Search**    Advanced



## Thanks for shopping with us!

When your order is done processing, we'll email info to

You should get your order by **Sep 25**.

**Order total: $10.15**

Shipping to:

Miami, FL 33131-2124, United States

Order number: 01-10560-66221

 Electric Silicone Facial Cleansing Brush Face Skin Care Dee...
You should get it by Sep 25.

See order details

Ad

SiriusXM    Stream 3 months free on the App. Subscribe now

## Related sponsored items



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush...
New
$9.99
Free shipping
⦿ Top Rated Plus
26 sold



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner...
New
$8.35
Free shipping
Seller with a 99% positive feedback



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.99
Free shipping
313 sold



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
$13.97
Free shipping
⦿ Top Rated Plus
14 watchers



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ $5.55 shipping
⦿ Top Rated Plus
Seller with a 100% positive feedback



Silicone Facial Cleansing Device with Brush Massager Adjustable...
New
$16.14
$16.99 5% off
Free shipping
⦿ Top Rated Plus









Azibo
DIY Landlords:
**Collect rent online... for free.**

Get started

DIY Landlords:
**Collect rent online... for free.**

Automate rent collection in 3 simple steps

Get started

Azibo





DOE Number: 311
Seller Name: ArzariBeauty
Marketplace: Etsy




**Etsy**   Search for anything   🔍

Home Favorites    Jewelry & Accessories    Clothing & Shoes    Home & Living    Wedding & Party    Toys & Entertainment    Art & Collectibles    Craft Supplies    Gifts & Gift Cards

## Similar items

See more ➤

       

| Wireless Charging Sili... | 24 Germanium Jade F... | WONDERPRO™ officia... | MiSMON IPL Laser Ha... | Lucky Lemon 3-in-1 S... | Facial Cleansing Brus... | 18 Germanium Jade F... | 24 Germanium Facial ... |
| ArzariBeauty | ArzariBeauty | Ad by ElenaByNicholas | Ad by ShopkeepCreatio | LuckyLemonMarket | JFieldsCo | ArzariBeauty | ArzariBeauty |
| $40.00 | $40.00 | $83.65 | $200.00 | $18.99 | $49.00 | $30.00 | $30.00 |
| FREE shipping | FREE shipping | FREE shipping | FREE shipping | | FREE shipping | FREE shipping | FREE shipping |






### $30.00

Electric Silicone Facial Cleansing Massager Brush | USB Rechargeable | IPX7 Waterproof | Gentle Cleansing | Skincare Tool

by ArzariBeauty

**Check out with PayPal**

**Add to cart**

❤️ Add to collection

🚚 **Hooray!** This item ships free.

**Highlights** ⌃

🖐 Handmade

**Description** ⌃

Freebie: Free Korean Sheet Masks with this product.

Anti-Bacterial Silicone: With ultra-soft Anti-Bacterial Silicone material, that is bacteria resistant and far more hygienic than nylon brushes, the massager gently exfoliates the skin and removes dead skin cells.

Gentle Cleansing: Having ultra-soft bristles, it provides the softest and gentlest cleansing and massage to your face and is suitable for all types of skin: sensitive, oily, dry, and combination.

USB Rechargeable: Convenient USB charging, you can easily charge this massager anytime and anywhere, you can use a power bank or mobile phone charger or directly plug it into the USB port of the computer for charging.

3-speed vibration: It also features up to 3 adjustable vibration speed settings. With 3 different vibration speed modes, you can control the intensity of your cleansing and create the perfect cleanse for your face.

Clean and Radiant Skin: The exfoliation process gives you clear skin thus leaving a silky radiance. The massager not only cleans the skin but also enhances

## Related searches

         

skincare tool    silicone brush    tallow skincare    electric facial...    eyelash cleanser    shine skincare    skincare bottle    silicone face brush

0 shop reviews   ☆☆☆☆☆          Sort by: Suggested ▾

# Enter an address

Country *

United States ▾

Full name *

████████████

Street address *

██████████████████

Apt / Suite / Other (optional)

Zip code *

33133

City *

Miami

State *

Florida ▾

✓ ░░ ░░ ░░░░░

Cancel

**Save**



# 1 item in your cart

Keep shopping



**ArzariBeauty**

Contact shop

Electric Silicone Facial Cleansing Massager Brush | U...

$30.00

1

Save for later    Remove

☐ This order is a gift
Prices will not be shown on packing slip

+ Add a note to ArzariBeauty

Shipping: **FREE**

Estimated delivery: May 23-Jun 1
from India

## How you'll pay
This shop processes payments through PayPal

Item(s) total                          $30.00

Shipping                               **FREE**
(To United States, 33133)

Total (1 item)                         $30.00

**Pay with** *PayPal*

🔗 Apply Etsy coupon code

* Additional duties and taxes may apply

🍃 Etsy offsets carbon emissions from every delivery

Looking for more of your finds?

[ View your favorites ]

Merchant is Etsy, Inc. (USA) or Etsy Ireland UC (Ireland), depending on the currency in which the Seller transacts. See Etsy Payments Terms of Use.

If you donate to the Uplift Fund, your Merchant for the donation amount will be Brooklyn Community Fund. See Round Up Feature Terms and Conditions.

Etsy, Inc., USA 117 Adams Street Brooklyn, NY 11201        Etsy Ireland UC 66/67 Great Strand Street Dublin 1

DOE Number: 314
Seller Name: JFieldsCo
Marketplace: Etsy

Etsy

Search for anything 🔍      ♡   🔔 4   👤 ▾   🛒 1

Home Favorites | Jewelry & Accessories | Clothing & Shoes | Home & Living | Wedding & Party | Toys & Entertainment | Art & Collectibles | Craft Supplies | Gifts & Gift Cards

## Similar items

See more →

       

| Try Me Skin Care Syst... | Brillance Oil-Free Gel ... | Advanced Facial Clea... | Facial Electric Cleansi... | Blue Silicone Face Br... | Silicone Waterproof S... | Eczema & Psoriasis R... | Face Mask Brush \| Nyl... |
| JFieldsCo | JFieldsCo | Ad by pursonicusa | Ad by BioMarineFrance | BellesSecrets | DigitalBlondeShop | JFieldsCo | JFieldsCo |
| $45.00 | $6.50 | $18.99 | $92.28 | $22.90 | $10.00 | $10.00 | $6.00 |
| FREE shipping | | FREE shipping | FREE shipping | | | | |



 ♡

**$49.00**

Facial Cleansing Brush | Ultrasonic Rechargeable Cleansing Brush | Silicone Waterproof

by JFieldsCo

Color ★

Select an option ▾

Buy it now | Only 6 available

**Add to cart**

❤️ Add to collection

 Arrives by Apr 19-26 if you order today.
Hooray! This item ships free to the US.

### Highlights ︿

🖐 Handmade

### Description ︿

This facial cleansing tool is an ultrasonic rechargeable silicone brush. It helps to eliminate impurities and deeply cleanse the skin without being harsh on the skin. It is waterproof and one charge can last many uses.

It is great for all skin types Normal, Dry, Combination, and Oily!

It is an amazing tool for reducing the appearance of fine lines and wrinkles, pores, dullness and uneven texture.

This cleansing device deeply cleanses with up to 8,000 sonic pulsations per minute channeled through silicone touch-points for refined, clear, and purified skin. It has several intensities for customized cleansing.

This cleansing tool is very-hygienic because it is made with silicone and is nonporous to resist bacteria buildup. It is 35X more hygienic than standard cleansing brushes.

Directions: Wet face slightly. Apply cleanser to face,

## Related searches

     

facial cleansing... | tumeric face wash | tallow skincare | silicone brush | shine skincare | clarisonic facial brush | lash cleansing... | facial cleansing...

## 33 shop reviews   ☆☆☆☆☆

Sort by: Most recent ▾

★★★★★

Purchased Item: Deep Pore & Purifying Cleanser | Glycolic Cleanser | Acne Skin

 mmayberry17  Sep 18, 2021

👍 Helpful?

★★★★★

One of the very best oil free moisturizers for oily skin. It helps to keep a matte finish without the dry and tight feeling. Will be ordering again and again
Purchased Item: Brillance Oil-Free Gel Facial Moisturizer

 Tanya Hailstorks  Apr 19, 2021

👍 Helpful?

★★★★★

This is a wonderful product. After just a few uses my congested skin is as smooth as a baby's...........Will definitely purchase this again and again



**Etsy**   Search for anything   🔍

Home Favorites | Jewelry & Accessories | Clothing & Shoes | Home & Living | Wedding & Party | Toys & Entertainment | Art & Collectibles | Craft Supplies | Gifts & Gift Cards

## 1 item in your cart

Keep shopping



🤝 **Etsy Purchase Protection:** Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back. See program terms

---

**JFieldsCo**                                                    Contact shop

You did it! Enjoy free shipping on items from this shop.

Facial Cleansing Brush | Ultrasonic Rechargeable Cle...          $49.00
Color: Fuchsia

1 ▾  Edit

Save for later    Remove

☐ This order is a gift
Prices will not be shown on packing slip

🏷 Apply shop coupon codes

➕ Add a note to JFieldsCo

(Apr 19-26, Free shipping (USPS First-Class ▾

Estimated delivery: Apr 19-26
from United States

🌿 Etsy offsets carbon emissions from every delivery

**How you'll pay**

⬤  VISA  [Mastercard]  [Amex]  [Discover]
○  PayPal
○  G Pay
Klarna. 4 interest-free installments
$50.00 product minimum applies

Item(s) total                    $49.00
Shipping                          FREE
(To United States, 33133)

Total (1 item)                   $49.00

**Proceed to checkout**

Apply Etsy coupon code

---

**Discover related items**



Facial Cleansing Brush | Ultrasonic Re...
JFieldsCo
$49.00
FREE shipping

Add to cart



Eczema & Psoriasis Relief Soap | Heali...
JFieldsCo
$10.00
Free shipping eligible

Add to cart



Nourishing Gentle Cleanser
JFieldsCo
$23.50
Free shipping eligible

Add to cart



Brillance Oil-Free Gel Facial Moisturizer
JFieldsCo
$6.50
Free shipping eligible

Add to cart



Exfoliating Facial Creme | Face Wash
JFieldsCo
$16.00
Free shipping eligible

Add to cart

Looking for more of your finds?

**View your favorites**

---

🇺🇸 United States | English (US) | $ (USD)

© 2023 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions    Help Center

Merchant is Etsy, Inc. (USA) or Etsy Ireland UC (Ireland), depending on the currency in which the Seller transacts. See Etsy Payments Terms of Use.

Etsy, Inc., USA 117 Adams Street Brooklyn, NY 11201        Etsy Ireland UC 66/67 Great Strand Street Dublin 1



## Choose a shipping address

○ Default

████████
████████████
MIAMI, FL 33133
United States

**Ship here**

Edit          Delete

➕ Add a new address

© 2023 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions    Help Center

Merchant is Etsy, Inc. (USA) or Etsy Ireland UC (Ireland), depending on the currency in which the Seller transacts. See Etsy Payments Terms of Use.

Etsy, Inc., USA 117 Adams Street Brooklyn, NY 11201          Etsy Ireland UC 66/67 Great Strand Street Dublin 1

DOE Number: 315
Seller Name: Lucky Lemon Market
Marketplace: Etsy

 

**Etsy** | Search for anything    🔍

Home Favorites    Jewelry & Accessories    Clothing & Shoes    Home & Living    Wedding & Party    Toys & Entertainment    Art & Collectibles    Craft Supplies    Gifts & Gift Cards

## Similar items

See more →

     

3pcs Asian Exfoliating Wash cl...
Ad by RESORTPOPO
$7.80
FREE shipping

7PCS Powder Puff Soft Triangl...
Ad by GlobalWebArt
$28.80
$32.00 (10% off)
FREE shipping

Silicone Face cleansing Brush
BADDIEGoods
$7.00

Amor Sonic Mini Facial Cleansi...
BareMeSkin
$24.99

Manual Facial Cleansing Brush...
HairGastronomy
$6.00

Silicone Facial Scrubber Brush...
DorEveLors
$10.00

     



### $18.99

Lucky Lemon 3-in-1 Soft Silicone Facial Cleansing Brush, Waterproof Electric Vibrating Face Scrubber for Deep Cleanse, Makeup Remover

by LuckyLemonMarket

Quantity

| 1 ▼ |
|---|

**Buy it now**

**Add to cart**

❤️ Add to collection

🚚 Arrives by **Apr 19-26** if you order today.

**Highlights** ⌄

🧵 Handmade

**Description** ⌃

✅Deep cleanse your pores while improving acne with the ease and comfortability of this facial cleansing brush.
Can be used in the shower and bath.

✅ Electric Silicone Facial Cleansing Brush: The Lucky Lemon silicone facial scrubber is made with a soft, silicone brush head that will give you the softest and gentlest facial cleansing experience for all skin types. Deep cleanse your pores while improving acne with the ease and comfortability of this facial cleansing brush.

✅ Skin Radiance: Gain confidence in your cleaner, younger and more radiant complexion with the rechargeable Lucky Lemon facial cleansing brush. The facial cleansing brush is used in combination with the facial cleanser for a deeper cleaning effect. This easy to use, gentle brush removes stubborn makeup and deep cleans pores with visible reduction in blackheads. The facial brush will cleanse softly with maximum power and minimal effort so that you can be

## Related searches

         

facial cleansing...    makeup remover...    rose water facial spray    shine skincare    organic makeup...    exfoliating brush    silicone brush    facial cleansing...



0 shop reviews ☆☆☆☆☆

Sort by: Suggested ▾



United States | English (US) | $ (USD)

© 2023 Etsy, Inc.   Terms of Use   Privacy   Interest-based ads   Local Shops   Regions   Help Center

Merchant is Etsy, Inc. (USA) or Etsy Ireland UC (Ireland), depending on the currency in which the Seller transacts. See Etsy Payments Terms of Use.

If you donate to the Uplift Fund, your Merchant for the donation amount will be Brooklyn Community Fund. See Round Up Feature Terms and Conditions.

Etsy, Inc., USA 117 Adams Street Brooklyn, NY 11201        Etsy Ireland UC 66/67 Great Strand Street Dublin 1



🔒 Secure checkout

## Choose a shipping address

○ Default

████████
██████████ ████
MIAMI, FL 33133
United States

**Ship here**

Edit        Delete

➕ Add a new address

© 2023 Etsy, Inc.   Terms of Use   Privacy   Interest-based ads   Local Shops   Regions   Help Center

Merchant is Etsy, Inc. (USA) or Etsy Ireland UC (Ireland), depending on the currency in which the Seller transacts. See Etsy Payments Terms of Use.

If you donate to the Uplift Fund, your Merchant for the donation amount will be Brooklyn Community Fund. See Round Up Feature Terms and Conditions.

Etsy, Inc., USA 117 Adams Street Brooklyn, NY 11201        Etsy Ireland UC 66/67 Great Strand Street Dublin 1

DOE Number: 316
Seller Name: PaintByNumberUK
Marketplace: Etsy

**Etsy** | Search for anything 🔍 ♡ 🔔⁴ 👤▾ 🛒¹

Home Favorites | Jewelry & Accessories | Clothing & Shoes | Home & Living | Wedding & Party | Toys & Entertainment | Art & Collectibles | Craft Supplies | Gifts & Gift Cards

## Similar items

See more →

       

| 3 in 1 USB Camping Li... | Beauty Bar, 24k Golde... | Silicone Face cleansi... | Lucky Lemon 3-in-1 S... | Lucky Lemon 3-in-1 S... | Portable Mini Stick Vi... | 2pcs Soft Microfiber ... | Kit Microscope Toy S... |
| PaintByNumberUK | PaintByNumberUK | Ad by BADDIEGoods | Ad by LuckyLemonMark | LuckyLemonMarket | LJaysUK | PaintByNumberUK | PaintByNumberUK |
| $16.98 | $11.75 | $7.00 | $18.99 | $18.99 | $19.61 FREE shipping | $10.44 | $24.82 |



ONLY 8 LEFT AND IN 1 CART

### $13.06

Silicone Electric Face Cleansing Brush Facial Cleaner Cleaning Massage Machine

★★★★½ by PaintByNumberUK

SELECT *

| Select an option ▾ |

Quantity

| 1 ▾ |

| Buy it now   |   Only 8 available |

| Add to cart |

❤ Add to collection

🚚 **Nice choice!** Enjoy free shipping to the US when you spend $35+ at this shop.

**Buy together, get free shipping**

 This listing | Silicone Electric Face Cleansing Brush Fa...
$13.06

 Kit Microscope Toy Scientific Child Biolo...
$24.82

| Add both to cart |

See more items →

## Related searches

         

facial cleanser | face cleansing... | face cleaning | facial cleansing... | facial cleansing... | silicone brush | massage soap | silicone facial...

339 shop reviews ★★★★½    Sort by: Suggested ▾

★★★★★

Quick delivery and happy with this purchase. Gave it to my daughter who says it works well and as she has very sensitive skin being able to use different levels of vibration for the selected areas of her face is wonderful

Purchased Item: Silicone Electric Face Cleansing Brush Facial Cleaner Cleanin...

 elizabethryan13   May 18, 2022

👍 Helpful?

★★★★★

Purchased Item: Silicone Electric Face Cleansing Brush Facial Cleaner Cleanin...

 Heidi   May 18, 2022

### Highlights

🐾 Handmade

### Description

Different Nursing Modes - The top coarse brush effectively reaches hard to clean areas like the sides of your nose, ears, T-zone, helps remove blackheads and whiteheads. Back coarse brush is suitable for Comprehensive deep cleansing of large areas of skin and massage to promote Subcutaneous capillary circulation. Tiny brush gently clean delicate skin area

**Etsy**

Search for anything 🔍 ♡ 🔔 👤 🛒

Home Favorites | Jewelry & Accessories | Clothing & Shoes | Home & Living | Wedding & Party | Toys & Entertainment | Art & Collectibles | Craft Supplies | Gifts & Gift Cards

## 1 item in your cart

Keep shopping



PaintByNumberUK

Contact shop

You're **$21.94 away** from getting free shipping from this shop.

Silicone Electric Face Cleansing Brush Facial Cleane...    $13.06

SELECT: BLUE

1 ▾    Edit

Only 8 available and it's in 2 people's carts

Save for later    Remove

☐ This order is a gift
Prices will not be shown on packing slip

🏷 Apply shop coupon codes

➕ Add a note to PaintByNumberUK

Shipping: $26.14
Estimated delivery: May 2-16
from United Kingdom



### How you'll pay

◉ VISA  mastercard  AMEX  DISCOVER
○ PayPal
○ G Pay
Klarna. 4 interest-free installments
$50.00 product minimum applies

Item(s) total    $13.06
Shipping    $26.14
(To United States, 33133)

Total (1 item)    $39.20

**Proceed to checkout**

🏷 Apply Etsy coupon code

* Additional duties and taxes may apply

The Uplift Fund supports nonprofits that provide resources to creative entrepreneurs in communities that need it most. You can donate your change at Checkout. Learn more



🍃 Etsy offsets carbon emissions from every delivery

### Discover related items



Silicone Electric Face Cleansing Brus...
PaintByNumberUK
**$13.06**
Free shipping eligible

Add to cart



Beauty Bar, 24k Golden Pulse Facial ...
PaintByNumberUK
**$11.75**
Free shipping eligible

Add to cart



2pcs Soft Microfiber Quick Dry Hair D...
PaintByNumberUK
**$10.44**
Free shipping eligible

Add to cart



3 in 1 USB Camping Light Portable Bu...
PaintByNumberUK
**$16.98**
Free shipping eligible

Add to cart



Brifit Digital Kitchen Scale, 11lb/5kg, ...
PaintByNumberUK
**$16.98**
Free shipping eligible

Add to cart

Looking for more of your finds?

**View your favorites**

🇺🇸 United States | English (US) | $ (USD)

© 2023 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions    Help Center

Merchant is Etsy, Inc. (USA) or Etsy Ireland UC (Ireland), depending on the currency in which the Seller transacts. See Etsy Payments Terms of Use.

Etsy, Inc., USA 117 Adams Street Brooklyn, NY 11201    Etsy Ireland UC 66/67 Great Strand Street Dublin 1



# Choose a shipping address

Default

⬛⬛⬛⬛⬛⬛⬛⬛

MIAMI, FL 33133
United States

**Ship here**

Edit                    Delete

+ Add a new address

© 2023 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions    Help Center

Merchant is Etsy, Inc. (USA) or Etsy Ireland UC (Ireland), depending on the currency in which the Seller transacts. See Etsy Payments Terms of Use.

If you donate to the Uplift Fund, your Merchant for the donation amount will be Brooklyn Community Fund. See Round Up Feature Terms and Conditions.

Etsy, Inc., USA 117 Adams Street Brooklyn, NY 11201        Etsy Ireland UC 66/67 Great Strand Street Dublin 1

DOE Number: 317
Seller Name: SkinAngelLLC
Marketplace: Etsy

# Etsy

Search for anything

Home Favorites | Jewelry & Accessories | Clothing & Shoes | Home & Living | Wedding & Party | Toys & Entertainment | Art & Collectibles | Craft Supplies | Gifts & Gift Cards

← Back to search results



**$15.00** $59.99 (75% Off)

SkinAngel Electric Silicone Cleanser Massager Deep Cleansing

SkinAngelLLC ♡ Follow

392 sales ★★★★★

Quantity

| 1 | ▾ |

Buy it now | Only 9 available

**Add to cart**

♥ Add to collection

🚚 Arrives by Apr 20-26 if you order today.
Hooray! This item ships free to the US.

### Highlights ⌃

🌿 Handmade

### Description ⌃

FEATURES
--------------

❤️ Deep Cleansing & Massage: This unique SkinAngel Bamboo Charcoal Silicone face cleaner can clean the oil and dirt on your face with pulse vibration deeply, as well as dead skin and cosmetic residues. The vibrating plate can promote blood circulation in the wrinkle area by massage, thereby restoring skin firmness and elasticity.

✔️ Vibration Technology & Negative Ion: 3 modes and 5 vibration levels The SkinAngel Face vibrating brush provides approximately 8,000 pulsations per minute for deep penetration into the skin for powerful cleaning. The unique negative ion helps the skin to absorb the nutrients in the essence or cream, diminishes the dark circles, better to achieve anti-aging.

❤️ Food-Grade Material: Made of food-grade silicone material, this facial cleaning brush is super soft, comfortable and easy to clean. It is lightweight and compact; thus it can be placed in the suitcase or backpack easily when you are traveling or on a business trip.

✔️ Advanced & Anti-Aging: Bamboo Charcoal Silicone Face massage every time you use your waterproof SkinAngel face cleaner to clean while it increases collagen & boosts the flow of oxygen. Reduces fine lines & wrinkles, restores skin's firmness

❤️ BEAUTY GIFT SET: Use the soft silicone Bamboo Charcoal Silicone face cleanser brush to cleanse, apply your favorite serums and creams and use the skin care booster for better absorption, waterproof design, you can use this silicon massager in showers, face washes and even swimming. Please contact us

## 88 shop reviews ★★★★★

Sort by: Most recent ▾

★★★★★
Works awesome!!! Thank you!!! It's all about long term storage of ACTUAL food now!! Highly recommend!!
Purchased item: Mason Jar Vacuum sealer with Regular&Wide Mouth, Jar Vac...

 Kimberly Mar 1, 2023

👍 Helpful?

★★☆☆☆
Purchased item: Skin Angel IPL Permanent Laser Hair Removal for Women & ...

 priana jones Nov 5, 2021

👍 Helpful?

★★★★★
I love it! Works absolutely perfect
Purchased item: SkinAngel Facial Cleanser scraper Skin Scrubber Ultrasonic...

 Amethyst Wilkinson Oct 16, 2021

👍 Helpful?

★★★★☆
Purchased item: Skin Angel IPL Permanent Laser Hair Removal for Women & ...

 laylaizawsum Sep 25, 2021

👍 Helpful?

← 1 2 … 22 →

Photos from reviews

 

 Etsy

Search for anything 🔍   ♡   🔔 5   👤 ▾   🛒 1

Home Favorites | Jewelry & Accessories | Clothing & Shoes | Home & Living | Wedding & Party | Toys & Entertainment | Art & Collectibles | Craft Supplies | Gifts & Gift Cards

# 1 item in your cart

Keep shopping

🤝 **Etsy Purchase Protection:** Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back. See program terms

---

SkinAngelLLC                                                                Contact shop

 SkinAngel Electric Silicone Cleanser Massager Deep ...                    $15.00
                                                                            ~~$59.99~~
1 ▾                                                                         Sale: 75% off

Save for later     Remove

☐ This order is a gift
  Prices will not be shown on packing slip

                                            🏷️ Apply shop coupon codes

+ Add a note to SkinAngelLLC                        Shipping: FREE
                                            Estimated delivery: Apr 20-26
                                                    from United States

---

How you'll pay



Item(s) total                    $59.99
Shop discount                   -$44.99
Subtotal                         $15.00
Shipping                           FREE
(To United States, 33133)
Total (1 item)                   $15.00

**Proceed to checkout**

🌿 Apply Etsy coupon code

🌿 Etsy offsets carbon emissions from every delivery

## Discover related items


SkinAngel Electric Silicone Cleanser ...
SkinAngelLLC
$15.00
~~$59.99~~ (75% off)
FREE shipping
Add to cart


SkinAngel LED Infrared Red Light The...
SkinAngelLLC
$84.99
~~$169.99~~ (50% off)
FREE shipping
Add to cart


Vaireo Bamboo Eco Friendly Wooden ...
SkinAngelLLC
$9.99
~~$19.99~~ (50% off)
FREE shipping
Add to cart


Vaireo Bamboo Activated Charcoal T...
SkinAngelLLC
$7.50
~~$29.99~~ (75% off)
FREE shipping
Add to cart


SkinAngel Blackhead Remover Face ...
SkinAngelLLC
$15.00
~~$59.99~~ (75% off)
FREE shipping
Add to cart

Looking for more of your finds?

View your favorites

---

🇺🇸 United States | English (US) | $ (USD)

© 2023 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions    Help Center

Merchant is Etsy, Inc. (USA) or Etsy Ireland UC (Ireland), depending on the currency in which the Seller transacts. See Etsy Payments Terms of Use.

Etsy, Inc., USA 117 Adams Street Brooklyn, NY 11201      Etsy Ireland UC 66/67 Great Strand Street Dublin 1



# Choose a shipping address

○ Default

████████████
████████████
MIAMI, FL 33133
United States

**Ship here**

Edit          Delete

+ Add a new address

Merchant is Etsy, Inc. (USA) or Etsy Ireland UC (Ireland), depending on the currency in which the Seller transacts. See Etsy Payments Terms of Use.

Etsy, Inc., USA 117 Adams Street Brooklyn, NY 11201        Etsy Ireland UC 66/67 Great Strand Street Dublin 1

# Purchase evidence – Etsy sellers

# Etsy



☰  Search for anything  🔍

Sign in

  ¹

---

## 1 item in your cart

**DigitalBlondeShop**

Local seller

Contact shop

You're $25.00 away from getting free shipping from this shop.



✕ Remove

Save for later

**Silicone Waterproof Sonic Facial Cleansing Brush, 3-in-1 Ultrasonic Rechargeable Electric Massage Cleansing Brush**

Quantity

1

**$10.00**

+ Add a note to DigitalBlondeShop

$6.47 (Sep 23-30, USPS First-Class Mail)

Estimated delivery: Sep 23-30
from United States

☐ This order is a gift

Prices will not be shown on packing slip ⟢ **Apply shop coupon codes**

**How you'll pay**

○ 

○ PayPal

○ G Pay

○ Klarna. 4 interest-free installments

$50.00 product minimum applies

| | |
|---|---|
| Item(s) total | $10.00 |
| Shipping | $6.47 |

(To United States, 33131)

| **Total (1 item)** | **$16.47** |
|---|---|

⬭ Proceed to checkout

Apply Etsy coupon code


Etsy offsets carbon emissions from every delivery

🇺🇸 United States | English (US) | $ (USD)   © 2023 Etsy, Inc. Terms of Use   Privacy   Interest-based ads   Local Shops   Regions   Help Center

Merchant is Etsy, Inc. (USA), Etsy Ireland UC (Ireland), or Etsy UK Limited (United Kingdom) depending on the currency and location of the payment instrument issuance. See Etsy Payments Policy.
Etsy, Inc., USA 117 Adams Street Brooklyn, NY 11201 Etsy Ireland UC 66/67 Great Strand Street Dublin 1

# Etsy 🔒 Secure checkout

Shipping ———— Payment ———— Review

## Double check your order details

By clicking Place your order to Miami, you agree to Etsy's <u>Terms of Use</u> and <u>Privacy Policy</u>

### Shipping and payment

**Shipping address**

███████████████████████████, MIAMI, FL 33131

Change

**Payment method**

G Pay

Change

**DigitalBlondeShop**
Ships from United States

Silicone Waterproof Sonic Facial Cleansing Brush, 3-in-1 Ultrasonic Rechargeable Electric Massage Cleansing Brush

| 1 |
|---|

**$10.00**

☐ This order is a gift
Prices will not be shown on packing slip

🏷 Apply shop coupon codes

Add an optional note to the seller

**Choose a shipping method**

◯ USPS First-Class Mail $6.47
Estimated delivery: <u>Sep 23-30</u>

◯ USPS Priority Mail $6.83
Estimated delivery: <u>Sep 23-28</u>

◯ USPS Priority Mail Express $27.55
Estimated delivery: <u>Sep 23-25</u>

**Order total (1 item)**

**$17.62**

| Shipping | $6.47 |
| --- | --- |
| Sales tax | $1.15 |



**Etsy Purchase Protection:** Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back. See program terms

© 2023 Etsy, Inc.   Terms of Use     Privacy     Interest-based ads     Local Shops     Regions     Help Center
Merchant is Etsy, Inc. (USA), Etsy Ireland UC (Ireland), or Etsy UK Limited (United Kingdom) depending on the currency and location of the payment instrument issuance. See Etsy Payments Policy.
Etsy, Inc., USA 117 Adams Street Brooklyn, NY 11201 Etsy Ireland UC 66/67 Great Strand Street Dublin 1



ur order,

n order details to

R



DOE Number: 318
Seller Name: Acme Approved
Marketplace: Walmart



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in

Varasa

**Varasa Beauty Sonic Facial Massager Brush USB Charging Facial Massager Skin Care Pink 1PC**

**$19.90**

Price when purchased online ⓘ

Buy now    Add to cart

🚚 Free shipping, arrives by Tue, Mar 21 to
More options

🏬 Sold and shipped by Acme Approved
★★★★☆ 33 seller reviews
View seller information

🔵 Free 30-day returns  Details

♡ Add to list       ⊞ Add to registry

**Protect your purchase**    ︿
Get the best value on product protection including fast repairs or replacements.

☑ Add Walmart Protection Plan by Allstate  Details

○ 2-Year plan - $2.00

○ 3-Year plan - $3.00

⦿ I don't need protection at this time

**Check out these related products**



$19.90
Varasa Beauty Sonic Facial Massager Brush USB Charging Facial...
3+ day shipping

$19.90
Varasa Beauty Sonic Facial Massager Brush USB Charging Facial...
3+ day shipping

$31.06
Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face...
3+ day shipping

$25.66
CFX Sonic Facial Cleansing Instrument Silicone Surface Face...
3+ day shipping

**Popular items in this category**
Bestselling items that customers love



Best seller

$7.98
Clio Facial Cleansing System, Pink, Water Resistant, Facial...
★★★★☆ 112

Best seller

$13.12
True Glow by Conair Facial Cleansing Brush Battery operated, 3...
★★★★☆ 179

Best seller

Now $5.66 $7.75
3 Pack Silicone Face Scrubbers Exfoliator Brush-Facial Cleansin...
★★★☆☆ 10

Sponsored

$24.99
Facial Cleansing Brush, Electric Face Brush Scrubber...
★★★★☆ 9

< Checkout



**1. Free shipping, arrives by Tue, Mar 21** ✓

████ ████ Miami, FL 33133                                   Edit

**Delivery instructions**                                    Add

Add gate codes or other useful information.

---

**Items details**                                           Hide details

**Arrives by Tue, Mar 21** (1 item)

Sold and shipped by Acme Approved

Varasa Beauty Sonic Facial Massager Brush USB Charging Facial    Qty 1    **$19.90**
Massager Skin Care Pink 1PC



| Subtotal (1 item) | $19.90 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $1.39 |
| **Estimated total** | **$21.29** |

Have a promo code?                                           ⌄

---



**2. Payment method** ⊖

**Pay with card**

[VISA] [DISCOVER] [MASTERCARD] [AMERICAN EXPRESS] [GIFT CARD] [EBT] [OTC Network]

Learn more about payment methods we accept.

* Required Field

┌─────────────────────────────────────┐
│ 💳  Card number *                     │
└─────────────────────────────────────┘

                                          **Continue**

---

**Other ways to pay**                                        ⌃

Pay with PayPal                           Pay in monthly installments with Affirm

☑ Remember my PayPal account details      Items in your cart are not eligible for Affirm.

┌──────────────────────┐   ┌──────────────────────┐
│      **PayPal**      │   │      affirm          │
└──────────────────────┘   └──────────────────────┘

---



**3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.

* Required Field

┌─ Phone number (10 digits) * ─┐
│ ████████████                 │     ☑ I want to receive text updates about the status of my order.
└──────────────────────────────┘

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our **Mobile Alert Terms**.

---

© 2023 Walmart. All Rights Reserved.          Give feedback    CA Privacy Rights    🛈 Your Privacy Choices    Request My Personal Information    California Supply Chains Act

DOE Number: 319
Seller Name: AIIYME Store
Marketplace: Walmart



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes

Firlar

**Silicone Face Cleanser Brush Portable Face Cleaning Massager Exfoliating Blackhead Electric Facial Washing Machine Acne Vibration Skin Care**

**$15.49**

Price when purchased online ⓘ

Buy now     Add to cart

Actual Color: Pink

Pink
$15.49

Free shipping, arrives by Mon, Apr 24 to

More options

Sold and shipped by AllYME Store
★★★★☆  8 seller reviews
View seller information

Free 30-day returns  Details

Add to list     Add to registry

**Protect your purchase**
Get the best value on product protection including fast repairs or replacements.

Add Walmart Protection Plan by Allstate  Details

2-Year plan - $2.00

Roll over image to zoom in

**Top picks to explore**



Reduced price    Clearance    Clearance

+ Add     Options     Options     + Add

+2 options

Now $7.53 $8.72     From $4.49     From $8.96     Now $8.72 $9.69
+$1.99 shipping     Promotion Clearance
Double Side Silicone     Silicone Wash Pad Face     Deep Cleanser     Beauty Skin Care Wash
Facial Cleanser 3D     Exfoliating Blackhead     Blackhead Remover...     Face Silicone Brush
Face Cleaning Washin...     Cleansing Tool New...     Exfoliating Nose Clea...
★★★★★ 2
3+ day shipping     3+ day shipping     3+ day shipping     3+ day shipping

**Check out these related products**

Reduced price

Options     Options     Options     Options

+4 options     ●●●●● +2     ●●●● +2

$17.25     $14.43 $16.93     From $4.91     $8.23 $16.66
Asdomo Facial     Papaba Cleansing     Silicone Facial     Worallymy Silicone
Cleansing     Instrument,Cleansing     Cleansing Brush Anti-     Facial Cleansing Brush
Instrument,Cartoon...     Instrument Cat Paw...     slip Exfoliator Frictio...     Anti-slip Exfoliator...
3+ day shipping     3+ day shipping     3+ day shipping     3+ day shipping

< Checkout



## 1. Free shipping, arrives by Mon, Apr 24 ✓

████████ Miami, FL 33133                              Edit

**Delivery instructions**                             Add

Add gate codes or other useful information.

---

**Items details**                                    Hide details
Arrives by Mon, Apr 24  (1 item)

Sold and shipped by AIIYME Store

Silicone Face Cleanser Brush Portable Face Cleaning Massager    Qty 1    $15.49
Exfoliating Blackhead Electric Facial Washing Machine Acne...
Actual Color: Pink



**Subtotal** (1 item)                    $15.49
Shipping                                    Free
**Estimated taxes**                        $1.08

**Estimated total**                       $16.57

Have a promo code?                           ⌄



## 2. Payment method ⊖

### Pay with card

[VISA] [DISCOVER] [mastercard] [AMERICAN EXPRESS] [Gift Card] [EBT] [OTC Network]

Learn more about payment methods we accept.

* Required field

┌─────────────────────────────────────────┐
│ 🔲  Card number *                         │
└─────────────────────────────────────────┘

                                    [ Continue ]

**Other ways to pay**                          ⌃

Pay with PayPal                         Pay in monthly installments with Affirm
☑ Remember my PayPal account details    Items in your cart are not eligible for Affirm.
┌──────────────────────┐    ┌──────────────────────┐
│      PayPal          │    │       affirm         │
└──────────────────────┘    └──────────────────────┘



## 3. Mobile contact ✓

We'll contact you in case anything comes up with your order.

*Required field

┌─────────────────────────────┐
│ Phone number (10 digits)*   │    ☑ I want to receive text updates about the status of my order.
│ ██████████                  │
└─────────────────────────────┘

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

---

© 2023 Walmart. All Rights Reserved.    Give feedback    CA Privacy Rights    Your Privacy Choices    Request My Personal Information    California Supply Chains Act

Walmart

Departments | Services

Search everything at Walmart online and in store

Reorder My Items | Account | $0.00

How do you want your items? | Miami Supercenter | Deals | Grocery & Essentials | 4th of July Prep | Cooling | Pride & Joy | Back to School | National Candy Month

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes





Roll over image to zoom in

Firlar

**Silicone Face Cleanser Brush Portable Face Cleaning Massager Exfoliating Blackhead Electric Facial Washing Machine Acne Vibration Skin Care**

**$15.49**

Price when purchased online ⓘ

Buy now | Add to cart

Actual Color: Pink

Pink
$15.49

Free shipping, **arrives by Wed, Jul 12** to
More options

Sold and shipped by **AIIYME Store**
★★★☆☆ 12 seller reviews
View seller information

Free 30-day returns  Details

Add to list | Add to registry

## About this item

### Product details

Features:
- Natural pine production, good texture, and durable.
- Promote blood circulation, relieve skin pressure, promote absorption.
- To promote the absorption of skin care ingredients, effectively enhance the effectiveness of skin care products.
- Deep clean pores, effectively prevent blackhead, mild exfoliating skin smooth and tender skin color, compact skin, V face lift, compact skin.

Specifications:
Charging voltage: 5V-1A
Battery: 3.7 / 200mah
Size: 150 * 50 * 30mm
Material: Silicone + ABS
Waterproof rating: IPX7

Package Included:
1 x User Manual
1 x Cleaner
1 x Cable

Notes:
1. Manual measuring, please allow 1 ~ 3mm error, thank you.
2. Due to the difference between different monitors, the picture may not reflect the actual color of the item. We guarantee the style is the same as shown in the picture.e

Silicone Face Cleanser Brush Portable Face Cleaning Massager Exfoliating Blackhead Electric Facial Washing Machine Acne Vibration Skin Care

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Protect your purchase
Get the best value on product protection including fast repairs or replacements.

Add Walmart Protection Plan by Allstate  Details

○ 2-Year plan - $2.00
○ 3-Year plan - $3.00
● I don't need protection at this time

### Specifications

**Brand**
Firlar



Checkout



**1. Free shipping, arrives by Wed, Jul 12** ✓

_____ Miami, FL 33138                                                     Edit

**Delivery instructions**                                                    Add

Add gate codes or other useful information.

**Items details**                                                      Hide details
**Arrives by Wed, Jul 12**  (1 item)

Sold and shipped by AIIYME Store

Silicone Face Cleanser Brush Portable Face Cleaning Massager     $15.49
Exfoliating Blackhead Electric Facial Washing Machine Acne...
Actual Color: Pink

Remove      −    1    +



Subtotal (1 item)                                                        $15.49
Shipping                                                                   Free
Estimated taxes                                                            $1.08

**Estimated total**                                                      $16.57

Have a promo code?                                                          ⌄



**2. Payment method**                                                        ⊖

**Pay with card**

[card logos: VISA, DISCOVER, MasterCard, AMERICAN EXPRESS, Gift Card, EBT, OTC Network]

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Other ways to pay**                                                        ⌃

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

PayPal                                   affirm

Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

**3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.





## About this item

### Product details

Features:
- Natural pine production, good texture, and durable.
- Promote blood circulation, relieve skin pressure, promote absorption.
- To promote the absorption of skin care ingredients, effectively enhance the effectiveness of skin care products.
- Deep clean pores, effectively prevent blackhead, mild exfoliating skin smooth and tender skin color, compact skin, V face lift, compact skin.

Specifications:
Charging voltage: 5V-1A
Battery: 3.7 / 200mah
Size: 150 * 50 * 30mm
Material: Silicone + ABS
Waterproof rating: IPX7

Package Included:
1 x User Manual
1 x Cleaner
1 x Cable

Notes:
1. Manual measuring, please allow 1 ~ 3mm error, thank you.
2. Due to the difference between different monitors, the picture may not reflect the actual color of the item. We guarantee the style is the same as shown in the picture.e

Silicone Face Cleanser Brush Portable Face Cleaning Massager Exfoliating Blackhead Electric Facial Washing Machine Acne Vibration Skin Care

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Firlar

Checkout





**1. Free shipping, arrives by Thu, Jul 13** ✓

▬▬▬▬ Miami, FL 33138                                    Edit

**Delivery instructions**                               Add

Add gate codes or other useful information.

---

**Items details**                                      Hide details

**Arrives by Thu, Jul 13** (1 item)

Sold and shipped by AIIYME Store

Silicone Face Cleanser Brush Portable Face Cleaning Massager    $15.49
Exfoliating Blackhead Electric Facial Washing Machine Acne...
Actual Color: Pink

Remove        −  1  +

---

**Subtotal** (1 item)                                   $15.49
Shipping                                                Free
**Estimated taxes**                                     $1.08

**Estimated total**                                     $16.57

Have a promo code?                                      ⌄

---



💳 **2. Payment method**                                ⊖

**Pay with card**

[payment card logos] VISA DISCOVER [Mastercard] AMERICAN EXPRESS [cards] Gift Card EBT OTC Network [card]

Learn more about payment methods we accept.

* Required field

💳 Card number *

                                              Continue

**Other ways to pay**                                   ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

        PayPal                                   affirm

---

Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

---

📱 **3. Mobile contact**                               ✓

We'll contact you in case anything comes up with your order.



< Checkout



| | |
|---|---|
| Subtotal (1 item) | $15.49 |
| Shipping | Free |
| Estimated taxes | $1.08 |
| **Estimated total** | **$16.57** |

Have a promo code? ⌄

**1. Free shipping, arrives by Thu, Jul 13** ✓

▬▬▬▬▬▬  Miami, FL 33138                                     Edit

**Delivery instructions**                                   Add

Add gate codes or other useful information.

**Items details**                                          Hide details

**Arrives by Thu, Jul 13**  (1 item)

Sold and shipped by AIIYME Store

Silicone Face Cleanser Brush Portable Face Cleaning Massager     $15.49
Exfoliating Blackhead Electric Facial Washing Machine Acne...
Actual Color: Pink

Remove            −   1   +



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Other ways to pay** ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

PayPal                                    affirm

Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

**3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.

DOE Number: 320
Seller Name: Ankang
Marketplace: Walmart





| | |
|---|---|
| Subtotal (1 item) | $15.99 |
| Shipping | Free |
| Estimated taxes | $1.12 |
| **Estimated total** | **$17.11** |

Have a promo code?



**1. Free shipping, arrives by Wed, Apr 26** ✓

███████ Miami, FL 33133                     Edit

**Delivery instructions**                    Add

Add gate codes or other useful information.

**Items details**                            Hide details
Arrives by Wed, Apr 26 (1 item)

Sold and shipped by Ankang

Kizo Sonic Facial Cleansing Brush Silicone Waterproof          Qty 1    **$15.99**
Rechargeable Facial Cleanser Face Scrub Brushes for Cleansing...
Actual Color: Blue



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

**Continue**

**Other ways to pay** ⌄

Pay with PayPal                    Pay in monthly installments with Affirm
☑ Remember my PayPal account details   Items in your cart are not eligible for Affirm.
PayPal                              affirm



**3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*
███████            ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

© 2023 Walmart. All Rights Reserved.

Give feedback    CA Privacy Rights    Your Privacy Choices    Request My Personal Information    California Supply Chains Act

DOE Number: 321
Seller Name: AutmorDirect.us
Marketplace: Walmart

Walmart  🔲 Departments  ⚙ Services      Search everything at Walmart online and in store  🔍      Reorder<br>My Items      Account      🛒 0<br>$0.00

🌐 How do you want your items? ∨ | 📍 ▓▓▓▓▓ | 🏠 Miami Supercenter   Deals   Grocery & Essentials   4th of July Prep   Cooling   Pride & Joy   Back to School   National Candy Month

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes





Roll over image to zoom in
🔍

## About this item

### Product details

Specifications:
Type:Facial cleansing brushes
Material:Silicone
Skin Type:All skin types
Country/Region of Manufacture:China
Gender:Unisex
Package Size:15*4.3*2.7cm/5.91*1.69*1.06"
Charging Method:USB charging
Package included:
1 x Facial Cleansing Brush
1 x Usb Cable
Note:
1.Please allow 1-3mm differs due to manual measurement.
2.Due to the different display and different light.the picture may not reflect the actual color of the item.
thanks for your understanding.

- Made of antibacterial and ultra-soft medical-grade silicone material which is safe and none-irritate on delicate facial skin compared to nylon bristles.
- It's nonporous, quick-drying, hypoallergenic, and free of phthalates and BPA. For the most sensitive skin, it's a highly recommended dermatologist.
- Help to unclogs pores, removal blackheads, reduce acne, massage your face, promote absorption of essence cream. as well as the reduction of fine lines, wrinkles, leaves the skin looking firm and lifted.
- Perfect size and ergonomic design fit nicely in your hand. honeycomb texture on the surface, that will avoid creeping down when face cleansing or shower.
- Come with a convenient travel pouch, take it anywhere and use it anytime

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Autmor

---

Autmor

**Silicone Face Washing Machine Ultrasonic Vibration Waterproof Facial Cleansing Brush,Pink**

## $13.98

Price when purchased online ⓘ

[ Buy now ]   [ Add to cart ]

Actual Color: Pink


$13.98

🚚 Free shipping, **arrives by Thu, Jul 13** to 424 NE 82nd St
More options

🏷 Sold and shipped by AutmorDirect.us
★★★☆☆ 235 seller reviews
View seller information

🔵 Free 30-day returns  Details

♡ Add to list       🎁 Add to registry

### Protect your purchase  ∧
Get the best value on product protection including fast repairs or replacements.

🛡 Add Walmart Protection Plan by Allstate  Details

○ 2-Year plan - $2.00

○ 3-Year plan - $3.00

● I don't need protection at this time



Checkout

**1. Free shipping, arrives by Thu, Jul 13** 

☐☐☐☐☐☐ Miami, FL 33138                                    Edit

**Delivery instructions**                                    Add

Add gate codes or other useful information.

**Items details**                                    Hide details
**Arrives by Thu, Jul 13**  (1 item)

Sold and shipped by AutmorDirect.us

Silicone Face Washing Machine Ultrasonic Vibration Waterproof     $13.98
Facial Cleansing Brush,Pink
Actual Color: Pink

Remove       −   1   +

| Subtotal (1 item) | $13.98 |
|---|---|
| Shipping | Free |
| Estimated taxes | $0.98 |

**Estimated total**     $14.96

Have a promo code?                    ⌄



**2. Payment method**     ⊖

**Pay with card** 

Learn more about payment methods we accept.

* Required field

▢ Card number *

**Continue**

**Other ways to pay**     ⌄

Pay with PayPal                Pay in monthly installments with Affirm

☑ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

**PayPal**                     affirm

Walmart+   Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

**3. Mobile contact**     ✓

We'll contact you in case anything comes up with your order.

DOE Number: 322
Seller Name: Beautiful & Bold Aesthetics LLC
Marketplace: Walmart

 **Walmart**   

Departments | Services | Search everything at Walmart online and in store

Reorder My Items | Account | $0.00

How do you want your items? | Miami Supercenter | Deals | Grocery & Essentials | 4th of July Prep | Cooling | Pride & Joy | Back to School | National Candy Month

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes









Beautiful & Bold Aesthetics

## Deep Cleaning Silicone Facial Cleansing Brush Electric Massage Brush

### $19.00

Price when purchased online ⓘ

Buy now | Add to cart

Free shipping, **arrives by Fri, Jul 7** to ▬▬▬▬▬
More options

Sold and shipped by **Beautiful & Bold Aesthetics LLC**
View seller information

Free 30-day returns Details

Add to list | Add to registry


Sponsored
$17.75
FunnyFairy Sonic Facial Cleansing Brush, Silicone...

## About this item

### Product details ⌄

Deep Cleansing Facial Brush Material: Safety & Food Grade Silicone Size: 8*8*2.9cm Power By:150mAh battery, USB charging Waterproof: IPX7

- Deep Cleaning, exfoliator, black head remover.
- The sonic face brush is made of food-grade silicone, skin-friendly and non-irritation.
- It is suitable for all skin types: dry, olly, normal and sensitive skin. The other end is also a good choice for face massaging to reduce fine lines and wrinkles, to restore skin's firmness.
- It has adjustable vibration speed; you can press the button of +/- to adjust the suitable strength for yourself (depending on how
- sensitive your skin is).
- With 30s pause and 90s shut off automatically.
- Sonic vibration can effectively remove cosmetics residues, remove, dead skin cells, acnes and dark head
- It can help to diminish pores, enhances skin's ability to absorb skincare products.
- Dim light.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌄

**Brand**
Beautiful & Bold Aesthetics

💬 Report incorrect product information

## Check out these related products

    

< Checkout



**1. Free shipping, arrives by Fri, Jul 7** ✓

Miami, FL 33138                                                          Edit

**Delivery instructions**                                               Add

Add gate codes or other useful information.

**Items details**                                                       Hide details
**Arrives by Fri, Jul 7** (1 item)

Sold and shipped by Beautiful & Bold Aesthetics LLC



Deep Cleaning Silicone Facial Cleansing Brush Electric Massage    $19.00
Brush

                                                        Remove    —  1  +

---

**2. Payment method** ⊖

**Pay with card**



Learn more about payment methods we accept.

¹ Required field

| 🔲 Card number * |

                                                        **Continue**

**Other ways to pay**                                                   ∧

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

PayPal                                   affirm

---



Walmart+ Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

---

**3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.

---

**Subtotal** (1 item)                                           $19.00
Shipping                                                          Free
**Estimated taxes**                                              $1.33

**Estimated total**                                             $20.33

Have a promo code?                                                ∨

DOE Number: 323
Seller Name: Billbianc
Marketplace: Walmart





**Walmart** · **Departments** · **Services**

Search everything at Walmart online and in store

Reorder
My Items   Account   $0.00

How do you want your items? · Miami Supercenter · Deals · Grocery & Essentials · 4th of July Prep · Cooling · Pride & Joy · Back to School · National Candy Month

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in



Biliblanc

Soft Silicone Cleansing Brush - Gentle
Sonic Cleansing Brush - Waterproof
Cleansing Brush Rechargeable Electric
Cleansing Brush with Soft and
Comfortable Bristles

**$13.99**

Price when purchased online ⓘ

Buy now          Add to cart

Actual Color: Red

| Pink $13.99 | Red $13.99 |

More options

Sold and shipped by **Biliblanc**
★★★☆☆ 33 seller reviews
View seller information

Free 30-day returns  Details

Add to list          Add to registry

**Protect your purchase**
Get the best value on product protection including fast
repairs or replacements.

Add Walmart Protection Plan by Allstate  Details

○ 2-Year plan - $2.00

○ 3-Year plan - $3.00

● I don't need protection at this time

## About this item

### Product details

1. Soft silicone bristles containing the active ingredient of bamboo charcoal. It brings stronger cleaning effect and stronger
antibacterial ability than ordinary high-density brushes, and has the super adsorption capacity of bamboo charcoal.
2. Abundant fine bristles, suitable for general facial cleaning, high-density bristles on the top, precise cleaning of hard-to-reach
areas, massage function on the wavy area on the back, special negative ion sensing function of the metal coating on the bottom
to promote nutrition when applying serum or mask Absorbed area.
3. High frequency vibration. For different skin sensitivities, it has a smart memory function - automatically remembers the
frequency of your last use. Unique noise reduction design. In addition, compared to rotation, vibration is less damaging to the
skin while promoting better skin movement.
4. Real IPX7 full body waterproof, no cutout, safer to use and easier to clean.
5. Small and portable. Palm-sized, easy to carry in a tote, gym or travel bag. The perfect gift for your wife, girlfriend, sister or
female friend at a reasonable price, especially when it is well packaged.

- 1. Soft silicone bristles containing the active ingredient of bamboo charcoal. It brings stronger cleaning effect and stronger
antibacterial ability than ordinary high-density brushes, and has the super adsorption capacity of bamboo charcoal.
2. Abundant fine bristles, suitable for general facial cleaning, high-density bristles on the top, precise cleaning of hard-to-
reach areas, massage function on the wavy area on the back, special negative ion sensing function of the metal coating on the
bottom to promote nutrition when applying serum or mask Absorbed area.
3. High frequency vibration. For different skin sensitivities, it has a smart memory function - automatically remembers the
frequency of your last use. Unique noise reduction design. In addition, compared to rotation, vibration is less damaging to the
skin while promoting better skin movement.
4. Real IPX7 full body waterproof, no cutout, safer to use and easier to clean.
5. Small and portable. Palm-sized, easy to carry in a tote, gym or travel bag. The perfect gift for your wife, girlfriend, sister or
female friend at a reasonable price, especially when it is well packaged.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we
have not verified it. See our disclaimer.

### Specifications

**Brand**
Biliblanc

**Manufacturer Part Number**
CPB-DE-LYY247-2

**Manufacturer**



Checkout



**1. Shipping, arrives by Wed, Jul 19** ✓

Miami, FL 33138                                                   Edit

**Delivery instructions**                                         Add

Add gate codes or other useful information.

**Items details**                                                 Hide details
**Arrives by Wed, Jul 19** (1 item)

Sold and shipped by Bliblanc
$5.00 Freight shipping

Soft Silicone Cleansing Brush - Gentle Sonic Cleansing Brush -     $13.99
Waterproof Cleansing Brush Rechargeable Electric Cleansing Brus...
Actual Color: Red

                                    Remove    −    1    +

| Subtotal (1 item) | $13.99 |
| Seller shipping | $5.00 |
| Estimated taxes | $1.33 |
| **Estimated total** | **$20.32** |

Have a promo code?                                                 ⌄



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

                                                        Continue

**Other ways to pay**                                              ⌃

Pay with PayPal                     Pay in monthly installments with Affirm
☑ Remember my PayPal account details   Items in your cart are not eligible for Affirm.

        PayPal                              affirm



Walmart+ Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

**3. Mobile contact** ✓

Walmart  :: Departments :: Services | Search everything at Walmart online and in store 🔍 | Reorder My Items  Account 🛒 0 $0.00

🌀 How do you want your items? ⌄ | ▓▓▓▓ | 🏠 Miami Supercenter | Deals | Grocery & Essentials | 4th of July Prep | Cooling | Pride & Joy | Back to School | National Candy Month

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in
🔍

Gukom

**Soft Silicone Cleansing Brush - Gentle Sonic Cleansing Brush - Waterproof Cleansing Brush Rechargeable Electric Cleansing Brush with Soft and Comfortable Bristles**

**$13.99**

Price when purchased online ⓘ

Buy now | Add to cart

Actual Color: Blue

Blue
$13.99

More options

🏷 Sold and shipped by **Billbianc**
★★★☆☆ 33 seller reviews
View seller information

🔄 Free 30-day returns Details

♡ Add to list | 🎁 Add to registry

**Protect your purchase** ⌃
Get the best value on product protection including fast repairs or replacements.

▢ Add Walmart Protection Plan by Allstate Details

○ 2-Year plan - $2.00

○ 3-Year plan - $3.00

⦿ I don't need protection at this time

## About this item

### Product details ⌃

1. Soft silicone bristles containing the active ingredient of bamboo charcoal. It brings stronger cleaning effect and stronger antibacterial ability than ordinary high-density brushes, and has the super adsorption capacity of bamboo charcoal.
2. Abundant fine bristles, suitable for general facial cleaning, high-density bristles on the top, precise cleaning of hard-to-reach areas, massage function on the wavy area on the back, special negative ion sensing function of the metal coating on the bottom to promote nutrition when applying serum or mask Absorbed area.
3. High frequency vibration. For different skin sensitivities, it has a smart memory function - automatically remembers the frequency of your last use. Unique noise reduction design. In addition, compared to rotation, vibration is less damaging to the skin while promoting better skin movement.
4. Real IPX7 full body waterproof, no cutout, safer to use and easier to clean.
5. Small and portable. Palm-sized, easy to carry in a tote, gym or travel bag. The perfect gift for your wife, girlfriend, sister or female friend at a reasonable price, especially when it is well packaged.

- 1. Soft silicone bristles containing the active ingredient of bamboo charcoal. It brings stronger cleaning effect and stronger antibacterial ability than ordinary high-density brushes, and has the super adsorption capacity of bamboo charcoal.
- 2. Abundant fine bristles, suitable for general facial cleaning, high-density bristles on the top, precise cleaning of hard-to-reach areas, massage function on the wavy area on the back, special negative ion sensing function of the metal coating on the bottom to promote nutrition when applying serum or mask Absorbed area.
- 3. High frequency vibration. For different skin sensitivities, it has a smart memory function - automatically remembers the frequency of your last use. Unique noise reduction design. In addition, compared to rotation, vibration is less damaging to the skin while promoting better skin movement.
- 4. Real IPX7 full body waterproof, no cutout, safer to use and easier to clean.
- 5. Small and portable. Palm-sized, easy to carry in a tote, gym or travel bag. The perfect gift for your wife, girlfriend, sister or female friend at a reasonable price, especially when it is well packaged.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications ⌃

**Brand**
Gukom

**Manufacturer Part Number**
CPB-DE-LYY247-4

**Manufacturer**

 Checkout

## 1. Shipping, arrives by Fri, Jul 14

████████ Miami, FL 33138    Edit

### Delivery instructions    Add

Add gate codes or other useful information.

### Items details    Hide details

**Arrives by Fri, Jul 14**  (1 item)

Sold and shipped by Biliblanc
$5.00 Freight shipping

Soft Silicone Cleansing Brush - Gentle Sonic Cleansing Brush -
Waterproof Cleansing Brush Rechargeable Electric Cleansing Brus...
Actual Color: Blue                                    $13.99

Remove        −  1  +

| | |
|---|---|
| Subtotal (1 item) | $13.99 |
| Seller shipping | $5.00 |
| Estimated taxes | $1.33 |
| **Estimated total** | **$20.32** |

Have a promo code?    ⌄

## 2. Payment method

### Pay with card



Learn more about payment methods we accept.

* Required field

Card number *

Continue

#### Other ways to pay    ⌃

Pay with PayPal
☑ Remember my PayPal account details



**PayPal**

Pay in monthly installments with Affirm
Items in your cart are not eligible for Affirm.

affirm

Walmart+ · Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

## 3. Mobile contact

DOE Number: 324
Seller Name: BOTE LLC
Marketplace: Walmart



Walmart ✦ | Departments | Services

Search everything at Walmart online and in store 🔍

Reorder My Items | Account | 🛒 0 $0.00

How do you want your items? ⌄ | 📍 ▮▮▮▮▮ 🏠 Miami Supercenter

Deals | Mother's Day | Grocery & essentials | Fashion | Home | Tech | Auto | Registry

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes

Walmart+ **Ship free, no order min*** As often as you need. Learn more



Roll over image to zoom in
🔍

Sponsored
♡

BOTE LLC

### Facial Cleansing Brush USB Rechargeable Rotation And Sonic Vibrating

## $12.49

Price when purchased online ⓘ

Buy now | Add to cart

**Actual Color:** Green

Green
$12.49

More options

🏷 Sold and shipped by **BOTE LLC**
★★★★★ 2 seller reviews
View seller information

🔄 Free 30-day returns Details

♡ Add to list | 🎁 Add to registry

### Protect your purchase ⌃

Get the best value on product protection including fast repairs or replacements.

Add Walmart Protection Plan by Allstate Details

○ 2-Year plan - $2.00

○ 3-Year plan - $3.00

● I don't need protection at this time



Sponsored
Now $8.99 $10.99
Mieauty 5in1 Multifunction

## About this item

### Product details ⌃

Facial Cleansing Brush USB Rechargeable Rotation And Sonic Vibrating

Features:

【Facial Cleansing Brush】 - The Facial Cleansing Brush consists of a gentle silicone gel head. The skin is thoroughly cleansed by vertical sound waves and high frequency vibration technology. Safe and skin-friendly, it promotes blood microcirculation, shrinks pores and reduces wrinkles Choose a professional facial cleansing brush to make your skin healthier.

Vibration frequency: 6000 times/min

【USB rechargeable and IPX7 waterproof】 - Equipped with USB charging cable, design with IPX7 waterproof, rechargeable and practical for a long usage time. (NOTE: Be sure to cover the waterproof connector of the charging port firmly when using the device.)

【Enjoy your beautiful life】 - Compact facial cleansing brush with stand for easy storage. You can easily take them with you when you travel or at home. With our facial care set, you can enjoy spa quality skin care at any time.

Note:

Please allow slight 1-3cm difference due to manual measurement and a little color variation for different display setting

Package Included:

1 x Facial Cleansing Brush

- The perfect beauty product, a must-have for your home travel, use it to decorate yourself
- Does not contain any harmful substances, you can use it with confidence
- The quality of the product is guaranteed, and it is made of high-quality raw materials
- Product Dimensions(L*W*H):7.87"3.94"2.36"

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
BOTE LLC

**Assembled Product Weight**
0.29 lb

**Manufacturer**
BOTE LLC

Checkout



## 1. Shipping, arrives by Mon, May 8 ✓

_____ Miami, FL 33133                    Edit

**Delivery instructions**                         Add

Add gate codes or other useful information.

**Items details**                               Hide details
**Arrives by Mon, May 8** (1 item)

Sold and shipped by BOTE LLC
$0.99 Freight shipping

| | Facial Cleansing Brush USB Rechargeable Rotation And Sonic Vibrating | Qty 1 | $12.49 |
| | Actual Color: Green | | |



| Subtotal (1 item) | $12.49 |
| Seller shipping | $0.99 |
| Estimated taxes | $0.94 |
| **Estimated total** | **$14.42** |

Have a promo code?    ⌄



## 2. Payment method ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

| Card number * |

**Continue**

**Other ways to pay**    ⌃

Pay with PayPal
☑ Remember my PayPal account details
**PayPal**

Pay in monthly installments with Affirm
Items in your cart are not eligible for Affirm.
affirm



## 3. Mobile contact ✓

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*
(646) 436-9839

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.





**Walmart** | ☰ Departments | ⚙ Services | Search everything at Walmart online and in store 🔍 | ♡ Reorder My Items | Account | 🛒 $0.00

🌐 How do you want your items? ⌄ | 📍 ███████ | ⌂ Miami Supercenter | Deals | Grocery & Essentials | 4th of July Prep | Cooling | Pride & Joy | Back to School | National Candy Month

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes









Roll over image to zoom in
🔍

VENUSY

### Silicone Facial Cleaning Brush Skin Care Wash Cleansing Device Beauty Facial

**Now $7.29** ~~$8.89~~ ⓘ

Price when purchased online ⓘ

[ Buy now ]   [ **Add to cart** ]

Actual Color: Pink

[ $7.29 ]

More options

🛍 Sold and shipped by **BOTE LLC**
★★★★☆ 8 seller reviews
View seller information

↺ Free 30-day returns  Details

♡ Add to list      🎁 Add to registry

---

Sponsored
**$24.99**
SLF Facial Cleansing Massager, Rechargeable Face and Skin...
★★★★★ 9
3+ day shipping
[ + Add ]



## About this item

Product details ⌃

Silicone Facial Cleaning Brush Skin Care Wash Cleansing Device Beauty Facial
About the Product:
1.Super hygienic and resist bacteria build-up to keep skin fresh and clean.
2.Designed to provide a professional standard of skincare.
3.Helping to clear and clarify for a more luminous complexion.
4.Adjustable intensities allow you to customise your cleansing experience.
5.Suitable for all skin types.
Why choose us:
Multi-purpose machine:Cleaning + massage
High frequency sound wave vibration
3-speed regulation
The mode has a memory function to remember your cleaning habits.
Feature:
Vibration Frequency: 6000
Operation Interface: Rotary
Waterproof Rating: IP7
Material: Silicone
Size: 144.5 x 38.5 x 30.5mm
Power: AA Batery 1.5V (NO Includes)
Product Included:
1 x Facial Cleansing Device
Usage:
1.First make a bubble;
2.Select the appropriate gear to start cleaning;
3.Acoustic vibration, gently rub;
4.Wash with water.
Notes:
1.Due to the difference between different monitors,the picture may not reflect the actual color of the item. We guarantee the style is the same as shown in the pictures.
2.Due to the manual measurement and different measurement methods, please allow 1-3cm deviation.Thanks!

- Best price, Easy transaction, Excellent buying experience
- Low carbon, Environmental protection, No pollution and durable
- A great and economical way to clean or decorate your room

Checkout



### 1. Shipping, arrives by Thu, Jul 20

Miami, FL 33138                                                        Edit

**Delivery instructions**                                             Add

Add gate codes or other useful information.

**Items details**                                                Hide details

**Arrives by Thu, Jul 20**  (1 item)

Sold and shipped by BOTE LLC
$1.99 Freight shipping

Silicone Facial Cleaning Brush Skin Care Wash Cleansing Device          **$7.29**
Beauty Facial                                                            $8.89
Actual Color: Pink

$1.60 from savings

                                          Remove      −   1   +

**Order summary**



| Subtotal (1 item) | $8.89 |
| Savings | -$1.60 |
| | $7.29 |
| Seller shipping | $1.99 |
| **Estimated taxes** | $0.65 |
| **Estimated total** | **$9.93** |

Have a promo code?                                                      ⌄



### 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

                                                          **Continue**

**Other ways to pay**                                                  ^

Pay with PayPal                          Pay in monthly installments with Affirm

☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

**PayPal**                               affirm

Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

### 3. Mobile contact

DOE Number: 325
Seller Name: CDJLYUS Co. Ltd.
Marketplace: Walmart



< Checkout



**1. Free shipping, arrives by Wed, Apr 26** ✓

██████████████ Miami, FL 33133                                    Edit

**Delivery instructions**                                          Add

Add gate codes or other useful information.

Items details                                                      Hide details
Arrives by Wed, Apr 26 (1 item)

Sold and shipped by CDJLYUS Co. Ltd

Smrinog Men Silicone Face Cleansing Brush 5 Mode Electric Facial     Qty 1      **$15.19**
Cleanser (Black)
Actual Color: Black



Subtotal (1 item)                                     $15.19
Shipping                                                 Free
**Estimated taxes**                                     $1.06

**Estimated total**                                    **$16.25**

Have a promo code?                                        ∨



**2. Payment method**

**Pay with card**

[VISA] [DISCOVER] [AMERICAN EXPRESS] [Gift Card] [EBT] [OTC Network]

Learn more about payment methods we accept.

* Required field

Card number *

**Continue**

Other ways to pay                                         ∧

Pay with PayPal                      Pay in monthly installments with Affirm
☑ Remember my PayPal account details   Items in your cart are not eligible for Affirm.
[PayPal]                             [affirm]



**3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*
██████████    ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

© 2023 Walmart. All Rights Reserved.     Give feedback    CA Privacy Rights    Your Privacy Choices    Request My Personal Information    California Supply Chains Act

DOE Number: 326
Seller Name: Childlike Innocence
Marketplace: Walmart

 **Walmart** ✦ | Departments | Services | Search everything at Walmart online and in store 🔍 | Reorder My Items  |  Account | 🛒 0 $0.00 

How do you want your items? ⌄ | ▮▮▮▮▮ 🏠 Miami Supercenter | Deals | Grocery & Essentials | 4th of July Prep | Cooling | Pride & Joy | Back to School | National Candy Month

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes





Roll over image to zoom in 🔍

♡

Awlyoe

### Handheld Rechargeable Acoustic Wave Facial Cleanser, Waterproof Electric Household Portable Cleaning Facial Cleanser, Used for Deep Cleaning, Gentle Exfoliation, Massage

★★★★★ (5.0) 2 reviews

**$18.99**

Price when purchased online ⓘ

[ Buy now ] [ Add to cart ]

**Actual Color:** Green

| Green $18.99 | Pink $13.19 |

🚚 Free shipping, **arrives by Tue, Jul 18** to ▮▮▮▮▮. More options

🏬 Sold and shipped by **Childlike Innocence**
★★★★☆ 5 seller reviews
View seller information

↩ Free 30-day returns Details

♡ Add to list | 🎁 Add to registry

### Protect your purchase

Get the best value on product protection including fast repairs or replacements.

🛡 Add Walmart Protection Plan by Allstate Details

○ 2-Year plan - $2.00
○ 3-Year plan - $3.00
● I don't need protection at this time



Sponsored
$24.99

## About this item

### Product details ⌃

Name: face cleaner

Material: silicone

Color: pink/green

Size: 7.42 inches

Weight: 130g

Vibration frequency: 8000/min

Rated voltage: 3.7 V

Charging time: about 2 hours

Continuous use time after full charge: about 3 hours

Charging indicator: red light is on when charging, and green light is on when fully charged

characteristic:

Handheld design, easy to operate. Hands should not be dirty.

Full body IPX6 waterproof design, easy to clean.

Five gears meet different cleaning requirements.

Long battery life, durable battery suitable for travel.

Fashion, our ultrasonic cleaning brush is a new fashion choice for cleaning skin.

instructions:

1. Charging indicator:

The red light is on when charging, and the green light is on when fully charged.

2. Charging time: 2 hours, use time: 2 hours



Checkout

### 1. Free shipping, arrives by Wed, Jul 19 ✓

█████████ Miami, FL 33138                                    Edit

**Delivery instructions**                                    Add

Add gate codes or other useful information.

**Items details**                                           Hide details
**Arrives by Wed, Jul 19**  (1 item)

Sold and shipped by Childlike Innocence

Handheld Rechargeable Acoustic Wave Facial Cleanser, Waterproof    $18.99
Electric Household Portable Cleaning Facial Cleanser, Used for...
Actual Color: Green

                                          Remove    [ −  1  + ]

---

### 2. Payment method ⊖

**Pay with card**



Learn more about payment methods we accept.

* Required field

[ Card number * ]

                                                    **Continue**

**Other ways to pay** ⌃

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

[ **PayPal** ]                           [ affirm ]

---

Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

---

### 3. Mobile contact ✓

We'll contact you in case anything comes up with your order.

---

| Subtotal (1 item) | $18.99 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $1.33 |
| **Estimated total** | **$20.32** |

Have a promo code?  ⌄




DOE Number: 327
Seller Name: CkeyiN Official
Marketplace: Walmart

Walmart :¦:    ⊞ Departments   ⊞ Services    Search everything at Walmart online and in store 🔍    Reorder My Items   Account   🛒 1 $83.39

⊙ How do you want your items? ⌄ | ▓▓▓▓▓ ⌂ Miami Supercenter   Deals   Flash Picks   Mother's Day   Grocery & essentials   Fashion   Home   Tech   Auto   Walmart+

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in
🔍



CkeyiN

**CkeyiN Electric Silicone Facial Cleansing Brush High-Frequency Vibrating Cleansing Instrument, 8-speed 6-mode Sonic Facial Cleanser Waterproof Brush Pink**

**$16.99**

Price when purchased online ⓘ

[ Buy now ]   [ Add to cart ]

🚚 Free shipping, **arrives by Thu, May 4** to ▓▓▓▓▓
More options

🏬 Sold and shipped by **CkeyiN Official**
★★★★☆ 15 seller reviews
View seller information

⟳ Free 30-day returns  Details

♡ Add to list    🎁 Add to registry

---

Sponsored
**$19.99**
EZBASICS Sonic Facial Cleansing Brush made with...
★★★★★

## About this item

**Product details** ⌃

Food-grade silicone brush head, 5-6mm super long and soft bristles, deep cleaning, safe and soft, no irritation, no skin damage.

12,000 times/min high-frequency sonic vibration technology, 6 cleaning modes, 8-gears adjustable vibration frequencies, you can adjust to the appropriate level according to your needs.

IPX7 waterproof design, the whole body is washable, easier to clean and more hygienic.

Double-sided brush head, the front is used to clean the face, deep clean the skin, remove facial dirt, oil and make-up residue, and the other side is used to massage and lift the face, promote blood circulation and skin metabolism, and better absorb skin care products.

Mini size, user-friendly handle design, prevent slipping when cleaning; USB charging design, easy to use and carry.

**Specifications:**

Name: Pink Sonic Silicone Cleansing Brush High-Frequency Vibrating Cleansing Massager

Type: Cleansing Brush, Silicone Cleansing Brush

Power: 1W

Weight: 70g

Vibration frequency: 12000 times/min

Charging voltage: 5V

Battery capacity: 300mAh

Charging method: USB

Material grade: Food grade silicone

Waterproof grade: IPX7

Power cord length: 30cm

Power-on method: Physical button, long press for 1.3 seconds Battery indicator: red flashes when the battery is low

Charging indication: Charging blue light flashes, full blue light is always on

Color: Pink

< Checkout



### 1. Free shipping, arrives by Thu, May 4 ✅

Miami, FL 33133                                         Edit

**Delivery instructions**                               Add

Add gate codes or other useful information.

**Items details**                                       Hide details
**Arrives by Thu, May 4**  (1 item)

Sold and shipped by CkeyiN Official

CkeyiN Electric Silicone Facial Cleansing Brush High-Frequency    Qty 1    $16.99
Vibrating Cleansing Instrument, 8-speed 6-mode Sonic Facial...



| Subtotal (1 item) | $16.99 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $1.19 |

**Estimated total**                                    $18.18

Have a promo code?                                      ⌄



### 2. Payment method ⊖

#### Pay with card

Learn more about payment methods we accept.

* Required field

Card number *

**Continue**

**Other ways to pay**                                   ⌃

Pay with PayPal                                         Pay in monthly installments with Affirm
☑ Remember my PayPal account details                    Items in your cart are not eligible for Affirm.

**PayPal**                                              affirm



### 3. Mobile contact ✅

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *                              ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.

DOE Number: 328
Seller Name: E-Commerce Hong Kong Corporation
Marketplace: Walmart





Roll over image to zoom in

Alloet

**Alloet Men Silicone Face Cleansing Brush 5 Mode Electric Facial Cleanser (Black)**

**$13.99**

Price when purchased online ⓘ

Buy now | Add to cart

Size: One Size

One Size $13.99

Actual Color: Black

Free shipping, **arrives by Wed, Apr 26** to
More options

Sold and shipped by Joybuy
★★★☆☆ 51729 seller reviews
View seller information

Free 30-day returns  Details

Add to list | Add to registry

**Protect your purchase**
Get the best value on product protection including fast repairs or replacements.

Add Walmart Protection Plan by Allstate  Details

## Top picks to explore



**Now $7.59** ~~$9.24~~
10 Pcs Silicone Face Cleanser and Body Scrubber Set,...
★★★★☆ 9
3+ day shipping

**Now $4.69** ~~$6.02~~
+$1.99 shipping
Silicone Face Wash Brush Double Sided Skin Care Washing...
3+ day shipping

$7.85 ~~$9.23~~
Manual Silicone Face Brush for Facial Scrubber Pads for...
3+ day shipping

$4.74 ~~$5.33~~
NICEXMAS 2pcs Silicone Face Scrubber Brush Facial Cleansin...
3+ day shipping

## Check out these related products

**From $15.19**
Smrinog Men Silicone Face Cleansing Brush 5 Mode Electric Facial...
3+ day shipping

**From $15.11**
JuJlay Facial Cleansing Brush Gentle Exfoliating Pore...
3+ day shipping

$19.66
ManMan Facial Cleansing Brush Gentle Exfoliating...
3+ day shipping

$19.61
ManMan Silicone Electric Ultrasonic Face Cleansing Wash...
3+ day shipping

Checkout



| | |
|---|---|
| Subtotal (1 item) | $13.99 |
| Shipping | Free |
| Estimated taxes | $0.98 |
| **Estimated total** | **$14.97** |

Have a promo code? ⌄



**1. Free shipping, arrives by Wed, Apr 26** ✓

████ ████ Miami, FL 33133                          Edit

**Delivery instructions**                          Add

Add gate codes or other useful information.

**Items details**                                  Hide details
Arrives by Wed, Apr 26  (1 item)

Sold and shipped by Joybuy

Alloet Men Silicone Face Cleansing Brush 5 Mode Electric Facial
Cleanser (Black)                             Qty 1      $13.99
Size: One size, Actual Color: Black



💳 **2. Payment method**                            ⊖

**Pay with card**

[card logos: VISA, DISCOVER, Mastercard, AMERICAN EXPRESS, ... Gift Card, EBT, OTC Network, ...]

Learn more about payment methods we accept.

* Required field

[ 💳 Card number * ]

[ **Continue** ]

**Other ways to pay**                               ⌃

Pay with PayPal                    Pay in monthly installments with Affirm
☑ Remember my PayPal account details   Items in your cart are not eligible for Affirm.
[ **PayPal** ]                          [ affirm ]



📱 **3. Mobile contact**                            ✓

We'll contact you in case anything comes up with your order.

*Required field

[ Phone number (10 digits) *
  ████████ ]          ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

DOE Number: 329
Seller Name: Electronicsonic.com
Marketplace: Walmart

Walmart ⚡    ▦ Departments    ▦ Services    Search everything at Walmart online and in store 🔍    ♡ Reorder My Items    ▢ Account     🛒

🌐 How do you want your items? ∨ | ⊙ ▬▬▬▬ ⌂ Miami Supercenter    Deals   Mother's Day   Grocery & essentials   Fashion   Home   Tech   Auto   Registry   Walmart+

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes





Pursonic

## Pursonic FC200PK Silicone Facial Brush&#44; Pink

### $11.77

Price when purchased online ⓘ

( Buy now )   ( Add to cart )

🖵 Free shipping, **arrives by Fri, Apr 21** to
▬▬▬▬
More options

🛍 Sold and shipped by **Electronicsonic.com**
★★★★☆ 216 seller reviews
View seller information

🔵 Free 30-day returns  Details

♡ Add to list    🏷 Add to registry

---

Best seller       Sponsored
**$4.97** 16.6 ¢/ea
Burt's Bees Sensitive Facial
Cleanser Wipes, 30 Count
★★★★☆ 317
Pickup  Delivery
( + Add )

## About this item

### Product details ⌄

Enjoy a full skin care routine wherever you are, without compromise The Pursonic FC200 delivers full cleansing and anti-aging routines for superior skin care at home or on the go. It channels Sonic pulsations to help remove & dirt and oil. Made of silicone to help you enjoy unlimited uses. There is no need to replace facial brush heads as the unit can we washed and cleansed for reuse.

Features

- Silicone Facial Brush
- Powered by 2 AA batteries

Specifications

- Color: Pink
- Product Dimension: 1 x 3.25 x 4"

- SKU: SMSNT1199

- This silicone face brush scrub fit for all skin types, especially for sensitive skin. Mild, anti-sensitive, and non-abrasive design.
- This silicone facial brush is gentle and effective, without the irritation, redness and discomfort. It rid off clogged pores and blackheads, it also gently exfoliates. Helps reduce fine lines, wrinkles and fight acne. Using this product will have a considerable improvement in the texture of your skin, stimulates collagen production, make your makeup goes on much smoother.It enhance your skins ability to absorb product and increases the effectiveness of the product.
- Cleanse your face of all dirt, reduce pore size, erase fine lines, and exfoliate your skin with a single handheld device
- Powered by 2 AA batteries. (Batteries not included)

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

### Specifications ⌄

**Brand**
Pursonic

**Manufacturer Part Number**
FC200PK

**Assembled Product Weight**
1 lb

**Manufacturer**
Pursonic

---

Warnings ⌄

⚠ WARNING - California Proposition 65



**1. Free shipping, arrives by Fri, Apr 21**

▮▮▮▮▮▮, Miami, FL 33133                                          Edit

**Delivery instructions**                                        Add

Add gate codes or other useful information.

**Items details**                                              Hide details
Arrives by Fri, Apr 21  (1 Item)

Sold and shipped by Electronicsonic.com

Pursonic FC200PK Silicone Facial Brush&#44; Pink       Qty 1      **$11.77**

| Subtotal (1 Item) | $11.77 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $0.82 |
| **Estimated total** | **$12.59** |

Have a promo code?



**2. Payment method**

**Pay with card**

Learn more about payment methods we accept.

* Required field

☐ Card number *

**Continue**

**Other ways to pay**

Pay with PayPal
☑ Remember my PayPal account details
**PayPal**

Pay in monthly installments with Affirm
Items in your cart are not eligible for Affirm.
affirm



**3. Mobile contact**

We'll contact you in case anything comes up with your order.

*Required Field

Phone number (10 digits)*
▮▮▮▮▮▮        ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.

© 2023 Walmart. All Rights Reserved.

Give feedback    CA Privacy Rights    Your Privacy Choices    Request My Personal Information    California Supply Chains Act



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in

Pursonic

**Pursonic Waterproof Advanced Silicone Exfoliating Facial Cleansing Brush, Blue**

**$11.95**

Price when purchased online ⓘ

Buy now    Add to cart

Free shipping, **arrives by Tue, Jul 4** to
More options

Sold and shipped by **Electronicsonic.com**
★★★★☆ 224 seller reviews
View seller information

Free 30-day returns  Details

♡ Add to list     🎁 Add to registry



Sponsored
**$19.94**
True Glow by Conair Battery
Operated Facial Cleansing...
★★★★½ 166
1-day shipping

+ Add

## About this item

### Product details

This silicone face brush scrub fit for all skin types, especially for sensitive skin.Mild, anti-sensitive, and non-abrasive design.This silicone facial brush is gentle and effective, without the irritation, redness and discomfort.Gets rid off clogged pores and blackheads, it also gently exfoliates.Helps reduce fine lines, wrinkles and fight acne.It enhance your skins ability to absorb product and increases the effectiveness of the product.Cleanse your face of all dirt, reduce pore size, erase fine lines, and exfoliate your skin with a single handheld devicePowered by 2 AA batteries. (Batteries not included)Enjoy a full skin care routine wherever you are, without compromise The Pursonic FC200 delivers full cleansing and anti-aging routines for superior skin care at home or on the go. It channels Sonic pulsations to help remove & dirt and oil. Made of silicone to help you enjoy unlimited uses. There is no need to replace facial brush heads as the unit can we washed and cleansed for reuse

Pursonic FC200 Blue Silicone Facial Cleaner

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we
have not verified it. See our disclaimer

### Specifications

**Brand**
Pursonic

**Manufacturer Part Number**
FC200

**Assembled Product Weight**
1 lb

**Manufacturer**
Pursonic

### Warnings

⚠ **WARNING - California Proposition 65**
WARNING: This product contains chemicals known to the State of California to cause cancer andbirth defects or other
reproductive harm.



Checkout



1. Free shipping, arrives by Wed, Jul 5 ✓

_____ Miami, FL 33138                                                     Edit

**Delivery instructions**                                                    Add

Add gate codes or other useful information.

**Items details**                                                     Hide details
**Arrives by Wed, Jul 5**  (1 item)

Sold and shipped by Electronicsonic.com

Pursonic Waterproof Advanced Silicone Exfoliating Facial Cleansing    $11.95
Brush, Blue

                                                              Remove    −  1  +



Subtotal (1 item)                                                        $11.95
Shipping                                                                   Free
**Estimated taxes**                                                        $0.84

**Estimated total**                                                      $12.79

Have a promo code?                                                          ⌄



**2. Payment method**                                                        ⊖

**Pay with card**

Learn more about payment methods we accept.

¹ Required field

Card number *

                                                                    Continue

**Other ways to pay**                                                        ⌃

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

PayPal                                    affirm

Walmart+ Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

**3. Mobile contact**                                                        ✓

We'll contact you in case anything comes up with your order.

DOE Number: 330
Seller Name: Eryuan Network Technology Co., LTD
Marketplace: Walmart



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes

Ship free, no order min* As often as you need.

Wonderland Wigs

**Facial Cleansing Brush, Waterproof Vibrating and Heating Face Brush for Deep Cleansing, Gentle Exfoliating and Massager**

★★★★★ (5.0) 122 reviews

**Now $19.99** $78.99 ⓘ

Price when purchased online ⓘ

| Buy now | Add to cart |

Actual Color: Pink 2

| Black $18.99 | Purple $25.99 | Pink 2 $19.99 |

🚚 Shipping. arrives by Wed, Jul 5 to ▆▆▆▆▆.

🏠 Sold by Eryuan Network Technology Co., LTD
⊘ Pro Seller
Fulfilled by Walmart
★★★☆☆ 2 seller reviews
View seller information

🔄 Free 90-day returns  Details

♡ Add to list        🎁 Add to registry

Walmart+  **Get free delivery, shipping and more***
*Restrictions apply  Start 30-day free trial

## About this item

### Product details

Our facial cleaning brushes are extremely soft with short, flexible bristles that feel nice on the skin and safe. It is much easier to use these when washing your face as opposed to your hands. They create a MUCH better lather so you can actually use less of your cleansing product! If you're looking for a product that really gives a deep clean to clogged pores, blackheads,and deadskin, I recommend this handy exfoliating cleansing brush.

[Distinctive Facial Cleansing Brush]: The exterior of the silicone face scrubber is made of Ultra Hygienic Soft Silicone Rubber, providing the softest and gentlest face cleansing and massage for all normal skin types.

Glowing Skin: Gain vibrant confidence in your face with a deeper, cleaner, younger, more beautiful complexion by using the EZBASICS facial cleansing brush. The facial cleansing brush gently remove stubborn makeup, deep clean pores, reduce blackheads with maximum power minimal effort so that you can brim with confidence with fresh, glowing skin.

[Portable Induction Charging]- Shaped as a oval, handy design makes the facial cleansing brush easier to hold and convenient to carry. Facial cleansing with a single hand held device, never need to change the face cleansing brush head. The silicone face scrubber is equipped with a professional induction charging equipment. Full charge takes 3 hours and can be used 200 times.

[Facial Massager watertightness]: The face cleansing brush is IPX7 watertightness, can be used in the shower and bath.Face massage every time you use your watertightness sonic face cleaner to clean while it increases collagen boosts circulation. The face cleansing brush effectively reduces fine lines wrinkles, restores skin's firmness.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Partner Toys

**Brand**
Wonderland Wigs

**Manufacturer Part Number**
SHD-S088-PK

### Protect your purchase

Get the best value on product protection including fast repairs or replacements.

⊙ Add Walmart Protection Plan by Allstate  Details

○ 2-Year plan - $2.00

○ 3-Year plan - $3.00

● I don't need protection at this time



Checkout



**Subtotal** (1 item) | ~~$78.99~~
**Savings** | **-$59.00**
| $19.99
Shipping (below $35 order minimum) | $6.99
**Estimated taxes** | $1.89
**Estimated total** | **$28.87**

Have a promo code? ⌄



### 1. Shipping, arrives by Thu, Jul 6 ✓

_____ Miami, FL 33138                    Edit

**Delivery instructions**                    Add

Add gate codes or other useful information.

**Items details**                            Hide details

**Arrives by Thu, Jul 6**  (1 item)

Sold by Eryuan Network Technology Co., LTD ⊘ **Pro Seller**
**Fulfilled by Walmart**

Facial Cleansing Brush, Waterproof Vibrating and Heating Face     **$19.99**
Brush for Deep Cleansing, Gentle Exfoliating and Massager         ~~$78.99~~
Actual Color: Pink 2

$59.00 from savings

Remove    − 1 +



### 2. Payment method ⊖

**Pay with card**

Learn more about payment methods we accept.

\* Required field

Card number *

Continue

**Other ways to pay** ⌃

Pay with PayPal
☑ Remember my PayPal account details
PayPal

Pay in monthly installments with Affirm
Items in your cart are not eligible for Affirm.
affirm

Walmart+   Free 30-day trial
**Skip the $6.99 shipping fee & save with Walmart+**
Restrictions apply.
Try Walmart+ free for 30 days

### 3. Mobile contact ✓

DOE Number: 331
Seller Name: Good Choice
Marketplace: Walmart



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes





Fjofpr

**Fjofpr Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing Healthy Choice**

**$9.77**

Price when purchased online ⓘ

Buy now    Add to cart

**Actual Color:** Blue5596

$9.77    $9.77

More options

Sold and shipped by **Good Choice**
★★★★☆ 3 seller reviews
View seller information

Free 30-day returns  Details

♡ Add to list      ☐ Add to registry

---

Sponsored
**$33.99**
PoetICEHome Soft Dry Wipes 600CT - Cotton Face Tissue,...
★★★★★ 2
2-day shipping

+ Add

## About this item

### Product details ⌄

Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing
Features:
Skin Penetration Sound Wave, Dual Pulsation Technology: Approximately 6,000 sonic pulses per minute are transmitted through the surface layer of the skin to the deep layer, deep cleansing pores and impurities, firming and whitening skin
Three Areas Cleaning: Three kinds of thick and thin brush head design, T-area, nose, cheek, etc. for cleaning,Massage silicone conrrugation relieve facial fatigue
Perfectly removes sebum and cleanses skin,purifies skin and deep cleanses pores,removes the dead cells,let skin white and delicate.
R Angle Design, Clean And No Dead Ends: Solve the hard-to-clean areas and improve the problem of large blackhead pores
Full Body Waterproof Design: Hidden charging port design, safe to use even in the bath
Product Description:
Packing list:
1x Face Massage Brush

- health by habit
- health & household health care products health by habit health/beauty beauty tools beauty tools + accessories beauty & personal care

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌄

**Brand**
Fjofpr

### Warnings ⌄

⚠ **WARNING - California Proposition 65**
None

< Checkout

### 1. Shipping, arrives by Sat, May 13 ✓



Miami, FL 33133                    Edit

**Delivery instructions**                 Add

Add gate codes or other useful information.

**Items details**                    Hide details

**Arrives by Sat, May 13** (1 item)

Sold and shipped by Good Choice
$2.99 Freight shipping

Fjofpr Silicone Electric Facial Cleanser Face Massage Brush Skin       Qty 1      $9.77
Cleansing Brush Electric Face Cleansing Skin Deep Washing...
Actual Color: Blue5596

| | |
|---|---|
| Subtotal (1 item) | $9.77 |
| Seller shipping | $2.99 |
| Estimated taxes | $0.89 |
| **Estimated total** | **$13.65** |

Have a promo code?                    ⌄

### 2. Payment method ⊖

**Pay with card**



Learn more about payment methods we accept.

\* Required field

Card number *

Continue

**Other ways to pay**                    ^

Pay with PayPal                Pay in monthly installments with Affirm

☑ Remember my PayPal account details       Items in your cart are not eligible for Affirm.

PayPal                        affirm

### 3. Mobile contact ✓

We'll contact you in case anything comes up with your order.

\*Required field

Phone number (10 digits)*

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in

Fjofpr

**Fjofpr Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing Healthy Choice**

**$9.77**

Price when purchased online

Buy now | Add to cart

**Actual Color:** PInkS5597

$9.77 | $9.77

More options

Sold and shipped by **Good Choice**
★★★★☆ 3 seller reviews
View seller information

Free 30-day returns  Details

Add to list | Add to registry



Sponsored
**$24.99**
SLF Facial Cleansing Massager, Rechargeable Face and Skin...
3+ day shipping
+ Add

## About this item

### Product details  ∧

Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing
Features:
Skin Penetration Sound Wave, Dual Pulsation Technology: Approximately 6,000 sonic pulses per minute are transmitted through the surface layer of the skin to the deep layer, deep cleansing pores and impurities, firming and whitening skin
Three Areas Cleaning: Three kinds of thick and thin brush head design, T-area, nose, cheek, etc. for cleaning,Massage silicone conrrugation relieve facial fatigue
Perfectly removes sebum and cleanses skin,purifies skin and deep cleanses pores,removes the dead cells,let skin white and delicate.
R Angle Design, Clean And No Dead Ends: Solve the hard-to-clean areas and improve the problem of large blackhead pores
Full Body Waterproof Design: Hidden charging port design, safe to use even in the bath
Product Description:
Packing list:
1x Face Massage Brush

- health/beauty
- health & household health care products health by habit health/beauty beauty tools beauty tools + accessories beauty & personal care

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications  ∧

**Brand**
Fjofpr

### Warnings  ∧

⚠ WARNING - California Proposition 65
None

Checkout

## 1. Shipping, arrives by Sat, May 13 ✓

Miami, FL 33138                                                          Edit

**Delivery instructions**                                               Add

Add gate codes or other useful information.

**Items details**                                                       Hide details

**Arrives by Sat, May 13** (1 item)

Sold and shipped by Good Choice
$2.99 Freight shipping



Fjofpr Silicone Electric Facial Cleanser Face Massage Brush Skin       Qty 1        $9.77
Cleansing Brush Electric Face Cleansing Skin Deep Washing...
Actual Color: Pink5597

---

**Subtotal** (1 item)                                                   $9.77
Seller shipping                                                         $2.99
**Estimated taxes**                                                     $0.89

**Estimated total**                                                     **$13.65**

Have a promo code?                                                      ˅

---

## 2. Payment method ⊖

**Pay with card**



Learn more about payment methods we accept.

* Required field

| Card number * |
|---|

                                                                        **Continue**

**Other ways to pay**                                                   ˄

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

*PayPal*                                  affirm

---

## 3. Mobile contact ✓

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits)*

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

DOE Number: 332
Seller Name: Good Day
Marketplace: Walmart

   

**Departments** | **Services**

Search everything at Walmart online and in store

Reorder My Items | Account | $0.00

 How do you want your items? | Coconut Creek Supercenter | Deals | Flash Picks | Mother's Day | Grocery & essentials | Fashion | Home | Tech | Auto

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in

WMYBD

**WMYBD Gifts,Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing**

**$7.50**

Price when purchased online ⓘ

Buy now | Add to cart

**Actual Color:** Blue1

$7.50 | $7.50

More options

Sold and shipped by **Good Day**
★★★☆☆ 4 seller reviews
View seller information

Free 30-day returns Details

♡ Add to list | 🗓 Add to registry

Sponsored
**$24.99**
Facial Cleansing Brush, Electric Face Brush Scrubber...
★★★★☆ 10
2-day shipping
+ Add

## About this item

### Product details

Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing
Features:
Skin Penetration Sound Wave, Dual Pulsation Technology: Approximately 6,000 sonic pulses per minute are transmitted through the surface layer of the skin to the deep layer, deep cleansing pores and impurities, firming and whitening skin
Three Areas Cleaning: Three kinds of thick and thin brush head design, T-area, nose, cheek, etc. for cleaning,Massage silicone conrrugation relieve facial fatigue
Perfectly removes sebum and cleanses skin,purifies skin and deep cleanses pores,removes the dead cells,let skin white and delicate.
R Angle Design, Clean And No Dead Ends: Solve the hard-to-clean areas and improve the problem of large blackhead pores
Full Body Waterproof Design: Hidden charging port design, safe to use even in the bath
Product Description:
Packing list:
1x Face Massage Brush

- 【Safety standards】: Our products meet safety standards. We consider the safety of your use from the material and the way of use to ensure the comfort of your use of the product!
- 【Perfect gift】: products are committed to creating good products that can serve human beings. Our aim is to hope that products can bring more convenience to human beings, so that people can enjoy the fun of life, so that it can be a perfect gift. Give it to your loved ones and share the surprises in life together!
- 【Fit for you】A good product is worth having, please take it home!
- 【Best Service】We respect and cherish every customer. If you have any questions before or after ordering, please feel free to contact us. We strive to provide services that meet your requirements. If you have any questions about our products, please feel free to contact us directly. We will reply and solve your problem within 24 hours. Happy shopping for you!

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
WMYBD

**Manufacturer Part Number**
gifts for women

**Manufacturer**

< Checkout

### 1. Shipping, arrives by Tue, May 16 ✓



Boca Raton, FL 33433                                          Edit

**Delivery instructions**                                    Add

Add gate codes or other useful information.

**Items details**                                            Hide details
**Arrives by Tue, May 16**  (1 item)

Sold and shipped by Good Day
$2.99 Freight shipping

WMYBD Gifts,Silicone Electric Facial Cleanser Face Massage Brush     Qty 1     $7.50
Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing
Actual Color: Blue1

### 2. Payment method

**Pay with card**



Learn more about payment methods we accept.

* Required field

| Card number * |

**Continue**

**Other ways to pay**

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

PayPal                                   affirm

### 3. Mobile contact ✓



We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *
(646) 436-9839

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.

---

**Subtotal** (1 item)                                        $7.50
Seller shipping                                              $2.99
**Estimated taxes**                                          $0.73

**Estimated total**                                          $11.22

Have a promo code?                                           ⌄

Walmart ✦  | 88 Departments  | ⚙ Services   | 🔍 Search everything at Walmart online and in store  🔍 | Reorder My Items  | Account  | 🛒 1 $7.50

🌐 How do you want your items? ∨ | ⊘ ▇▇▇▇▇ | ⌂ Miami Supercenter   Deals  Flash Picks  Mother's Day  Grocery & essentials  Fashion  Home  Tech  Auto  Walmart+

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in
🔍



WMYBD

WMYBD Gifts,Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing

**$7.50**

Price when purchased online ⓘ

[ Buy now ]  [ Add to cart ]

**Actual Color: Pink1**

$7.50  |  $7.50

More options

🏪 Sold and shipped by **Good Day**
★★★☆☆ 4 seller reviews
View seller information

⊙ Free 30-day returns  Details

♡ Add to list      🎁 Add to registry

---

Sponsored

**$24.99**

Facial Cleansing Brush, Electric Face Brush Scrubber...

★★★★☆ 10

2-day shipping

[ + Add ]

## About this item

### Product details                                             ⌃

Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing
Features:
Skin Penetration Sound Wave, Dual Pulsation Technology: Approximately 6,000 sonic pulses per minute are transmitted through the surface layer of the skin to the deep layer, deep cleansing pores and impurities, firming and whitening skin
Three Areas Cleaning: Three kinds of thick and thin brush head design, T-area, nose, cheek, etc. for cleaning,Massage silicone conrrugation relieve facial fatigue
Perfectly removes sebum and cleanses skin,purifies skin and deep cleanses pores,removes the dead cells,let skin white and delicate.
R Angle Design, Clean And No Dead Ends: Solve the hard-to-clean areas and improve the problem of large blackhead pores
Full Body Waterproof Design: Hidden charging port design, safe to use even in the bath
Product Description:
Packing list:
1x Face Massage Brush

- 【Safety standards】: Our products meet safety standards. We consider the safety of your use from the material and the way of use to ensure the comfort of your use of the product!
- 【Perfect gift】: products are committed to creating good products that can serve human beings. Our aim is to hope that products can bring more convenience to human beings, so that people can enjoy the fun of life, so that it can be a perfect gift. Give it to your loved ones and share the surprises in life together!
- 【Fit for you】A good product is worth having, please take it home!
- 【Best Service】We respect and cherish every customer. If you have any questions before or after ordering, please feel free to contact us. We strive to provide services that meet your requirements. If you have any questions about our products, please feel free to contact us directly. We will reply and solve your problem within 24 hours. Happy shopping for you!

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications                                              ⌃

**Brand**
WMYBD

**Manufacturer Part Number**
gifts for women

**Manufacturer**

Checkout



### 1. Shipping, arrives by Tue, May 16 ✓

_____, Miami, FL 33133                                    Edit

**Delivery instructions**                                    Add

Add gate codes or other useful information.

**Items details**                                            Hide details

**Arrives by Tue, May 16** (1 item)

Sold and shipped by Good Day
$2.99 Freight shipping

WMYBD Gifts,Silicone Electric Facial Cleanser Face Massage Brush    Qty 1    $7.50
Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing
Actual Color: Pink1



| | |
|---|---|
| Subtotal (1 item) | $7.50 |
| Seller shipping | $2.99 |
| Estimated taxes | $0.73 |
| **Estimated total** | **$11.22** |

Have a promo code?                                           ⌄



### 2. Payment method ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Other ways to pay** ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

PayPal                                   affirm



### 3. Mobile contact ✓

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.

DOE Number: 333
Seller Name: Heldig
Marketplace: Walmart





**Walmart**  ☷ Departments  ☷ Services    🔍 Search everything at Walmart online and in store    🔍    Reorder My Items   Account   🛒 0 $0.00

⊙ How do you want your items? ⌄  |  ⊙ ▊▊▊▊  🏠 Miami Supercenter   Deals   Grocery & Essentials   4th of July Prep   Cooling   Pride & Joy   Back to School   National Candy Month

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in
🔍



Heldig

### Facial Cleansing Brush, Electric Face Cleansing Brush with 5 Adjustable Speed, IPX6 Waterproof Silicone Face Brush, Rechargeable Hand-Held Cleansing Instrument for Deep Cleansing and Massaging (Pink)

**Now $6.99**  ~~$16.99~~ ⓘ

Price when purchased online ⓘ

[ Buy now ]   [ Add to cart ]

More options

🛒 Sold and shipped by **Heldig**
★★★☆☆  17 seller reviews
View seller information

↩ Free 30-day returns  Details

♡ Add to list      🎁 Add to registry

---

Sponsored
**$17.75**

FunnyFairy Sonic Facial Cleansing Brush, Silicone...

3+ day shipping

[ + Add ]

## About this item

Product details                                          ⌄

"A Perfect Hand-Held Cleansing Instrument: A waterproof facial cleansing brush with silicone brush head and five adjustable speed, give you the full range of cleansing, from a gentle cleansing to vigorous deep-cleansing. Suitable for all skin types, even for sensitive skin, safe and comfortable.

Different Internal and External Silicone Brush Head: T-zone cleaning brush, conforming to the contour of the T zone, easier to clean the nose, chin, deep cleansing of facial stains, keep the skin delicate and shiny. The inner circle has a dot-like texture to quickly remove the dirt and dirt on the surface of the facial skin, and the facial foundation is dean.

5-Speed Adjustment: The face cleansing mode has 5 adjustable speeds, can meet all skin types. Cleansing instrument using intelligent high frequency vibration technology to effectively remove dirt. And you can choose the appropriate speeds you need when using.

Rechargeable and Safe: Hand-held cleansing instrument adopts DC charging interface mode, can run for more than a month after full charging. Made with food grade soft silicone, won't damage your facial skin, and does not contain any chemically harmful substances. Very safe and practical hand-held powered cleansing brush.

IPX6 Waterproof Silicone Brush Device: Special IPX6 waterproof design, safe to take it in shower or bath without worry. facial cleansing brush makes it convenient and affordable to get a facial spa. Light weight and portable design allows you to carry it everywhere, keep your face radiant even when you are traveling."

- A Perfect Hand-Held Cleansing Instrument: A waterproof facial cleansing brush with silicone brush head and five adjustable speed, give you the full range of cleansing, from a gentle cleansing to vigorous deep-cleansing. Suitable for all skin types, even for sensitive skin, safe and comfortable.
- Different Internal and External Silicone Brush Head: T-zone cleaning brush, conforming to the contour of the T zone, easier to clean the nose, chin, deep cleansing of facial stains, keep the skin delicate and shiny. The inner circle has a dot-like texture to quickly remove the dirt and dirt on the surface of the facial skin, and the facial foundation is dean.
- 5-Speed Adjustment: The face cleansing mode has 5 adjustable speeds, suitable for different needs, can meet all skin types. Cleansing instrument using intelligent high frequency vibration technology to effectively remove dirt. And you can choose the appropriate speeds you need when using.
- Rechargeable and Safe: Hand-held cleansing instrument adopts DC charging interface mode, can run for more than a month after full charging. Made with food grade soft silicone, won't damage your facial skin, and does not contain any chemically harmful substances. Very safe and practical hand-held powered cleansing brush.
- IPX6 Waterproof Silicone Brush Device: Special IPX6 waterproof design, safe to take it in shower or bath without worry. facial cleansing brush makes it convenient and affordable to get a facial spa. Light weight and portable design allows you to carry it everywhere, keep your face radiant even when you are traveling.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we

Checkout



## 1. Shipping, arrives by Wed, Aug 2 ✓

Miami, FL 33138                                    Edit

### Delivery instructions                         Add

Add gate codes or other useful information.

### Items details                                 Hide details

**Arrives by Wed, Aug 2**  (1 item)

Sold and shipped by Heldig
$7.00 Freight shipping

Facial Cleansing Brush, Electric Face Cleansing Brush with 5      **$6.99**
Adjustable Speed, IPX6 Waterproof Silicone Face Brush,...          $16.99

$10.00 from savings.

Remove      ( − 1 + )

| | |
|---|---|
| Subtotal (1 item) | $16.99 |
| Savings | -$10.00 |
| | $6.99 |
| Seller shipping | $7.00 |
| **Estimated taxes** | $0.98 |
| **Estimated total** | **$14.97** |

Have a promo code?      ∨

## 2. Payment method ⊖

### Pay with card



Learn more about payment methods we accept.

* Required field.

Card number *

**Continue**

#### Other ways to pay ∧

Pay with PayPal                          Pay in monthly installments with Affirm

☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

**PayPal**                               affirm



Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

## 3. Mobile contact ✓

DOE Number: 334
Seller Name: IOCOCEE
Marketplace: Walmart



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes

Walmart+ **Ship free, no order min\*** As often as you need. Learn more



Brush head

Massage head

Turn on/off

Turn on/off

Silicone plug

USB port

Roll over image to zoom in

Sponsored



IOCOCEE

**IOCOCEE Facial Cleansing Brushes, Electric Cleaning Massage 2-in-1 Silicone Facial Washing Waterproof Brush, Deep Cleaning Blackhead Removal, Four Brushes, USB Charging**

★★★★★ (5.0) 3 reviews

**$21.99**

Price when purchased online ⓘ

| Buy now | Add to cart |



Shipping, **arrives by Wed, Apr 19** to

Sold by **IOCOCEE** ⊘ **Pro Seller**
**Fulfilled by Walmart**
★★★★☆ 32 seller reviews
View seller information

Free 90-day returns Details

| ♡ Add to list | 🎁 Add to registry |

Walmart+ **Get free delivery, shipping and more\***
\*Restrictions apply Start 30-day free trial

**Protect your purchase**
Get the best value on product protection including fast repairs or replacements.

Add Walmart Protection Plan by Allstate Details

○ 2-Year plan - $3.00
○ 3-Year plan - $3.50
● I don't need protection at this time

## About this item

### Product details ⌃

Are you still troubled by dull skin,large pores and blackheads caused by improper cleaning? Electric cleansing brush, cleaning vibration massage 2-in-1 silicone face wash waterproof brush, deep cleaning to remove blackheads, there are five brushes suitable for all skin types, sensitive skin can also be used normally, the daily cleaning effect is better than the effect of hand cleaning alone7 times for a cleaner, smoother, softer, brighter complexion with a relaxing facial massage. Don't hesitate any longer and take it home!

- BENEFITS: The Electric Facial Cleansing Brush removes dirt, oil and makeup residue and unclogs pores. Meanwhile, an anti-aging massage boosts circulation with a silicon ridge on the back. Regular use will brighten and firm the skin.
- 4 cleansing brushes: including two cleansing brushes, makeup sponge brush, silicone brush. Replaceable brush heads meet all cleaning needs. Suitable for all skin types, even sensitive skin.
- 360° Rotating Cleansing Brush: A technologically advanced rotating brush that provides superior cleansing for difficult-to-remove skin, yet is gentle enough for everyday use on even the most sensitive skin.
- IPX7 Waterproof: This product is made of IPX7 waterproof material, the whole body can be fully immersed in water. Suitable for use in the shower or bathtub. Enjoy the highest quality skin care rotary brush at home.
- USB Charging Stand: USB charging cable, easy to carry and charge. A 2-3 hour charge can last up to 20 days. Convenient storage, you can take it with you when traveling or at home.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
IOCOCEE

**Manufacturer Part Number**
YN-0410

**Manufacturer**
IOCOCEE

### Warnings ⌃

⚠ **WARNING - California Proposition 65**



Checkout

### 1. Shipping, arrives by Wed, Apr 19 



| | Subtotal (1 item) | $21.99 |
|---|---|---|
| | Shipping (below $35 order minimum) | ~~$6.99~~ |
| | **Estimated taxes** | $2.03 |
| | **Estimated total** | **$31.01** |

Have a promo code?

███████████ Miami, FL 33133                          Edit

**Delivery instructions**                             Add

Add gate codes or other useful information.

**Items details**                                   Hide details

**Arrives tomorrow**  (1 item)

Sold by IOCOCEE ✓ **Pro Seller**
**Fulfilled by Walmart**

IOCOCEE Facial Cleansing Brushes, Electric Cleaning Massage 2-in-1 Silicone Facial Washing Waterproof Brush, Deep Cleaning...        Qty 1        $21.99



### 2. Payment method ⊖

**Pay with card**



Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Other ways to pay**

Pay with PayPal                    Pay in monthly installments with Affirm
☑ Remember my PayPal account details   Items in your cart are not eligible for Affirm.

[ PayPal ]                          [ affirm ]

### 3. Mobile contact ✓

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10-digits) *
███████████        ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.



DOE Number: 335
Seller Name: Jones N Panda Corp
Marketplace: Walmart





**Walmart** ✦  |  🏢 Departments  🔲 Services  |  Search everything at Walmart online and in store 🔍  |  Reorder My Items  Hi, John S Account  🛒 0 $0.00

 How do you want your items? ▾  | 📍 ▬▬▬▬ 🏠 Miami Supercenter  Deals  Easter  Grocery & essentials  Home  Tech  Fashion  Auto  Walmart+

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in
🔍

**About this item**

Product details ⌃

Specification:
Power supply: USB cable charging

Output power: 5V/1A

Battery capacity: 200mAh

Product size: 10.5*6.5*2.5cm

Product material: silicone +ABS

Waterproofing level: IPX7

Packing list: face cleaner *1 data line *1 instruction *1

Product size: 10.5*6.5*2.5cm

Package size: 13*9*3.5cm.

Type:Facial Cleansing Brush
Gender: Women's
Color:4 colors
Material:Silica gel
Skin type suitable for:All type
How to use:Apply directly
Allergy information:Does not cause allergies
Storage instructions:Store in a cool place away from direct sunlight
Shelf life:3-5 years
Made in China
Package include:

1*Facial Cleansing Brush
1* USB cable
1* Instruction

TOPWONER

## Anlan MiniUSB Face Facial Brush Foreoing Silicone Sonic Deep Pore Face Scrubber

### $13.74

Price when purchased online ⓘ

[ Buy now ]  [ Add to cart ]

Actual Color: Green

$12.90   $13.74

🚚 Free shipping, **arrives by Mon, Mar 27** to ▬▬▬▬
More options

🏪 Sold and shipped by Joybuy Express
★★★☆☆ 17887 seller reviews
View seller information

🔵 Free 30-day returns  Details

♡ Add to list     🎁 Add to registry

**Protect your purchase** ⌃
Get the best value on product protection including fast repairs or replacements.

○ Add Walmart Protection Plan by Allstate  Details

○ 2-Year plan - $2.00

○ 3-Year plan - $3.00

● I don't need protection at this time



Sponsored
**$19.99**
Facial Cleansing Brush,Electric Face Exfoliator Brush,IPX-7...
3+ day shipping

Checkout



1. Free shipping, arrives by Mon, Mar 27 ✅

_____ Miami, FL 33133                                    Edit

**Delivery instructions**                                      Add

Add gate codes or other useful information.

**Items details**                                              Hide details
**Arrives by Mon, Mar 27** (1 item)

Sold and shipped by Joybuy Express

Anlan MiniUSB Face Facial Brush Forecing Silicone Sonic Deep      Qty 1        $13.74
Pore Face Scrubber
Actual Color: Green



| | |
|---|---|
| **Subtotal** (1 item) | $13.74 |
| Shipping | Free |
| **Estimated taxes** | $0.96 |
| **Estimated total** | $14.70 |

Have a promo code?                                    ⌄



2. Payment method ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

[ Card number * ]

Continue

**Other ways to pay** ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

[ **PayPal** ]                           [ affirm ]



3. Mobile contact ✅

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*
(646) 436-9839          ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.



Walmart ☀

| 🔲 Departments | 🔲 Services

Search everything at Walmart online and in store 🔍

Reorder
My Items

Account 🛒

How do you want your items? ⌄ | ⌖ ▮▮▮▮▮ 🏠 Miami Supercenter    Deals  Easter  Grocery & essentials  Home  Tech  Fashion  Auto  Walmart+

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in

TOPWONER

**Anlan MiniUSB Face Facial Brush Foreoing Silicone Sonic Deep Pore Face Scrubber**

**$12.90**

Price when purchased online ⓘ

Buy now    Add to cart

Actual Color: Gray

$12.90    $13.74

Free shipping, **arrives by Mon, Mar 27** to ▮▮▮▮▮
More options

Sold and shipped by Joybuy Express
★★★☆☆ 17887 seller reviews
View seller information

Free 30-day returns  Details

♡ Add to list    🎁 Add to registry

**Protect your purchase**

Get the best value on product protection including fast repairs or replacements.

Add Walmart Protection Plan by Allstate  Details

○ 2-Year plan - $2.00
○ 3-Year plan - $3.00
● I don't need protection at this time

Sponsored



Facial Cleansing Brush,Electric Face Exfoliator Brush,IPX-7...

**$19.99**

3+ day shipping

**Check out these related products**



+ Add

$11.97
Mini USB Electric Face Facial Cleansing Brush Foreoing Silicone...
3+ day shipping

Options

$11.99
Facial Cleansing Brush, 3-in-1 Electric USB Rechargeble Silicone...
3+ day shipping

Options

$11.45
Kernelly Mini USB Electric Face Facial Cleansing Brush...
3+ day shipping

Options

$19.29
Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Sonic...
3+ day shipping

**Popular items in this category**
Bestselling items that customers love

Best seller                50+ bought since yesterday        Best seller



+ Add              + Add                          + Add              + Add

< Checkout



**1. Free shipping, arrives by Mon, Mar 27**

Miami, FL 33133                                                     Edit

**Delivery instructions**                                            Add

Add gate codes or other useful information.

**Items details**                                                   Hide details
**Arrives by Mon, Mar 27** (1 item)

Sold and shipped by Joybuy Express

Anlan MiniUSB Face Facial Brush Forecing Silicone Sonic Deep    Qty 1    $12.90
Pore Face Scrubber
Actual Color: Gray



| Subtotal (1 item) | $12.90 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $0.90 |
| **Estimated total** | **$13.80** |

Have a promo code?                                                   ⌄



**2. Payment method**

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Other ways to pay**                                                 ⌃

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

PayPal                                   affirm



**3. Mobile contact**

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *
(646) 436-9839               ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

DOE Number: 336
Seller Name: JT Home Store
Marketplace: Walmart

     

Departments    Services    Search everything at Walmart online and in store

Reorder My Items    Account

How do you want your items?    Palm Springs Supercenter

Deals    Flash Picks    Mother's Day    Grocery & essentials    Fashion    Home    Tech    Auto

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in

Massage tools & equipment,Massage supplies professional,Massage tools & equipment,Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing

## $12.52

Price when purchased online ⓘ

Buy now    Add to cart

**Actual Color:** Blue





Free shipping, **arrives by Wed, May 10** to

More options

Sold and shipped by JT Home Store
★☆☆☆☆ 1 seller review
View seller information

Free 30-day returns  Details

♡ Add to list        🎁 Add to registry

## Protect your purchase

Get the best value on product protection including fast repairs or replacements.

Add Walmart Protection Plan by Allstate  Details

○ 2-Year plan - $2.00

○ 3-Year plan - $3.00

● I don't need protection at this time

## About this item

### Product details

Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing
Features:
Skin Penetration Sound Wave, Dual Pulsation Technology: Approximately 6,000 sonic pulses per minute are transmitted through the surface layer of the skin to the deep layer, deep cleansing pores and impurities, firming and whitening skin
Three Areas Cleaning: Three kinds of thick and thin brush head design, T-area, nose, cheek, etc. for cleaning.Massage silicone conrrugation relieve facial fatigue
9-gear vibration intensity: one key to adjust the vibration intensity, soft to strong, sensitive to oily skin, and take care of all skin types
R Angle Design, Clean And No Dead Ends: Solve the hard-to-clean areas and improve the problem of large blackhead pores
Full Body Waterproof Design: Hidden charging port design, safe to use even in the bath
Product Description:
Packing list:
1x Face Massage Brush

- Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush
- Electric Face Cleansing Skin Deep Washing Features: Skin Penetra
- tion Sound Wave, Dual Pulsation Technology: Approximately 6,000 sonic pulses per minute are t
- rasmitted through the surface layer of the skin to the deep layer, deep cleansing po
- res and impurities, firming and whitening skin Three Areas Cleaning: Three kinds of t

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer



Sponsored
$19.99
Rockville Jawline Exerciser Coffee Chocolate - Improve...



### Specifications

**Assembled Product Weight**
0.28 lb

**Assembled Product Dimensions (L x W x H)**
5.07 x 3.12 x 1.95 Inches

💬 Report incorrect product information

Checkout





**1. Free shipping, arrives by Wed, May 10** ✓

_____ Palm Beach, FL 33480                                    Edit

**Delivery instructions**                                      Add

Add gate codes or other useful information.

**Items details**                                             Hide details
**Arrives by Wed, May 10**  (1 item)

Sold and shipped by JT Home Store

Massage tools & equipment,Massage supplies professional,Massage    Qty 1    **$12.52**
tools & equipment,Silicone Electric Facial Cleanser Face Massage...
Actual Color: Blue

| Subtotal (1 item) | $12.52 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $0.88 |

**Estimated total**                                      **$13.40**

Have a promo code?                                              ⌄



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

**Continue**

**Other ways to pay** ⌃

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

**PayPal**                               affirm



**3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *
_____                    ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

  

**Walmart** | ☷ Departments | ☷ Services | Search everything at Walmart online and in store 🔍 | ♡ Reorder My Items | ⚇ Account | 🛒 0 $0.00

🌐 How do you want your items? ∨ | ⊙ ▬▬▬▬ | 🏬 Coconut Creek Supercenter | Deals   Flash Picks   Mother's Day   Grocery & essentials   Fashion   Home   Tech   Auto

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes






⌄



Roll over image to zoom in
🔍

♡

**Professional massage equipment,Massage stones set with warmer kit,Massage kit,Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing Pink**

**$12.52**

Price when purchased online ⓘ

| Buy now | Add to cart |

**Actual Color:** Pink

| Blue $12.52 | Pink $12.52 |

🚚 Free shipping, **arrives by Wed, May 10** to ▬▬▬▬
More options

🏪 Sold and shipped by JT Home Store
★☆☆☆☆ 1 seller review
View seller information

♡ Add to list          🎁 Add to registry

## About this item

### Product details                                                              ⌃

**Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing**
**Features:**
**Skin Penetration Sound Wave, Dual Pulsation Technology:** Approximately 6,000 sonic pulses per minute are transmitted through the surface layer of the skin to the deep layer, deep cleansing pores and impurities, firming and whitening skin
**Three Areas Cleaning:** Three kinds of thick and thin brush head design, T-area, nose, cheek, etc. for cleaning,Massage silicone conrrugation relieve facial fatigue
**9-gear vibration intensity:** one key to adjust the vibration intensity, soft to strong, sensitive to oily skin, and take care of all skin types
**R Angle Design, Clean And No Dead Ends:** Solve the hard-to-clean areas and improve the problem of large blackhead pores
**Full Body Waterproof Design:** Hidden charging port design, safe to use even in the bath
**Product Description:**
**Packing list:**
**1x Face Massage Brush**

- Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush
- Electric Face Cleansing Skin Deep Washing Features: Skin Penetra
- tion Sound Wave, Dual Pulsation Technology: Approximately 6,000 sonic pulses per minute are t
- ransmitted through the surface layer of the skin to the deep layer, deep cleansing po
- res and impurities, firming and whitening skin Three Areas Cleaning: Three kinds of t

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications                                                              ⌃

**Assembled Product Weight**
0.28 lb

**Assembled Product Dimensions (L x W x H)**
5.07 x 3.12 x 1.95 Inches

💬 Report incorrect product information

### Protect your purchase                                                         ⌃
Get the best value on product protection including fast repairs or replacements.

🛡 Add Walmart Protection Plan by Allstate   Details

○ 2-Year plan - $2.00

○ 3-Year plan - $3.00

⦿ I don't need protection at this time

Sponsored
**$24.99**
SLF Facial Cleansing Massager, Rechargeable Face and Skin...
3+ day shipping






Checkout



## 1. Free shipping, arrives by Wed, May 10 ✓

Boca Raton, FL 33433                                        Edit

**Delivery instructions**                                  Add

Add gate codes or other useful information.

**Items details**                                          Hide details
**Arrives by Wed, May 10** (1 item)

Sold and shipped by JT Home Store

Professional massage equipment,Massage stones set with warmer    Qty 1    **$12.52**
kit,Massage kit,Silicone Electric Facial Cleanser Face Massage Bru...
Actual Color: Pink

| Subtotal (1 item) | $12.52 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $0.88 |
| **Estimated total** | **$13.40** |

Have a promo code?                                         ⌄



## 2. Payment method ⊖

### Pay with card

Learn more about payment methods we accept.

* Required field

Card number *

**Continue**

**Other ways to pay**                                      ⌃

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

PayPal                                   affirm



## 3. Mobile contact ✓

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *
(646) 436-9839                    ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.

DOE Number: 337
Seller Name: Kikuu
Marketplace: Walmart





Checkout

**1. Free shipping, arrives by Mon, Mar 20**

███████████ Miami, FL 33133                                           Edit

**Delivery instructions**                                              Add

Add gate codes or other useful information.

---

**Items details**                                                      Hide details

Arrives by Mon, Mar 20  (1 item)

Sold and shipped by Kikuu

Sonic Facial Cleansing Brush - Soft Silicone Water-Proof Face     Qty 1     **$56.99**
Scrubber Exfoliator Brush For Deep Cleansing Gentle Exfoliating...
Size: NoSize, Actual Color: Light Pink

---



| | |
|---|---|
| Subtotal (1 item) | $56.99 |
| Shipping | Free |
| **Estimated taxes** | $3.99 |
| **Estimated total** | **$60.98** |

Have a promo code?                                                     ⌄

---



**2. Payment method**

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

**Continue**

**Other ways to pay**                                                  ⌃

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

PayPal                                    affirm

---



**3. Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits) *
██████████            ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

---

© 2023 Walmart. All Rights Reserved.

Give feedback    CA Privacy Rights    Your Privacy Choices    Request My Personal Information    California Supply Chains Act

DOE Number: 338
Seller Name: kunminghuireng Co. ltd
Marketplace: Walmart



Walmart ⚡ | 88 Departments | 88 Services | Search everything at Walmart online and in store 🔍 | ♡ Reorder My Items | Account | 🛒 0 $0.00

🚚 How do you want your items? | 📍 Miami Supercenter | Deals Easter Grocery & essentials Home Tech Fashion Auto Walmart+

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes







NYXBERRYT

**Mini Electric Facial Cleansing Brush Waterproof Silicone Sonic Face Brush Handheld Cleaning Device Rechargeable Pore Cleaner, Rose Red**

**$19.98**

Price when purchased online ⓘ

Buy now | Add to cart

Actual Color: Rose Red

Rose Red
$19.98

🚚 Free shipping, arrives by Tue, Mar 21 to ▓▓▓▓▓▓
More options

🏪 Sold and shipped by kunminghuireng Co. ltd
★★★★★ 1 seller review
View seller information

🔵 Free 30-day returns Details

♡ Add to list | 🎁 Add to registry

Protect your purchase ⌄
Get the best value on product protection including fast repairs or replacements.
◯ Add Walmart Protection Plan by Allstate Details
◯ 2-Year plan - $2.00
◯ 3-Year plan - $3.00
◉ I don't need protection at this time

**Check out these related products**



$23.77
Peryerana
360°Rotating Electric
Facial Cleansing Brus...
3+ day shipping

$24.99
DTOWER
360°Rotating Electric
Facial Cleansing Brus...
3+ day shipping

$27.34
Electric Facial
Cleansing Brush
Automatic Spin Face...
3+ day shipping

$25.99
Morease 4 IN 1 Facial
Cleansing Brush Sonic
Vibration Mini Face...
3+ day shipping

Sponsored

$19.94
True Glow by Conair Battery
Operated Facial Cleansing...
★★★★☆ 164
3+ day shipping

**About this item**

Product details ⌃

Features:

3 Intensity Levels: 3 intensity adjustment, comfortable mode for facial massage, and facial cleaning mode for intensive and thorough face cleaning.

3 Zones Brush Bristles: The front side with gentle and fine brush bristle for soft cleaning, back side with thick bristle for intensive cleaning, side bristle for nose wings cleaning.

Package Included:

1 x Facial Cleaner

1 x USB Cable

Mini Electric Facial Cleansing Brush Waterproof Silicone Sonic Face Brush Handheld Cleaning Device Rechargeable Pore Cleaner, Rose Red

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer



| Subtotal (1 item) | $19.98 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $1.40 |
| **Estimated total** | **$21.38** |

Have a promo code? ⌄



### 1. Free shipping, arrives by Tue, Mar 21 ✓

██████████ Miami, FL 33133                    Edit

**Delivery instructions**                    Add

Add gate codes or other useful information.

**Items details**                           Hide details

**Arrives by Tue, Mar 21** (1 item)

Sold and shipped by kunminghuireng Co. ltd

Mini Electric Facial Cleansing Brush Waterproof Silicone Sonic Face    Qty 1    $19.98
Brush Handheld Cleaning Device Rechargeable Pore Cleaner, Ros...
Actual Color: Rose Red



### 2. Payment method ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

[ Card number * ]

**Continue**

**Other ways to pay** ⌃

Pay with PayPal
☑ Remember my PayPal account details
[ PayPal ]

Pay in monthly installments with Affirm
Items in your cart are not eligible for Affirm.
[ affirm ]



### 3. Mobile contact ✓

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *
[ ██████████ ]    ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.

© 2023 Walmart. All Rights Reserved.

Give feedback    CA Privacy Rights    Your Privacy Choices    Request My Personal Information    California Supply Chains Act

DOE Number: 339
Seller Name: Li HB Store
Marketplace: Walmart

Walmart :¦:    🔲 Departments   🔲 Services    Search everything at Walmart online and in store 🔍    ♡ Reorder My Items   🔒 Account   🛒 0 $0.00

🌐 How do you want your items? ⌄   |   ⊙ ▬▬▬▬ ⌂ Miami Supercenter    Flash Picks   Mother's Day   Grocery & essentials   Fashion   Home   Tech   Auto   Registry   Walmart+

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in
🔍

♡

## Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing Health and Beauty Cleansing Instrument Pink

### $13.17

Price when purchased online ⓘ

Buy now    **Add to cart**

**Actual Color:** Pink

| Blue $15.10 | Pink $13.17 |

More options

🖶 Sold and shipped by **Li HB Store**
★★★☆☆ 7 seller reviews
View seller information

⊘ Free 30-day returns  Details

♡ Add to list    🎁 Add to registry



Best seller     Sponsored
**$13.99**
Face Wipes, Retinol Facial Cleansing and Gentle Make U...
★★★★★ 2
2-day shipping
+ Add

## About this item

### Product details   ⌃

Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing
Features:
Skin Penetration Sound Wave, Dual Pulsation Technology: Approximately 6,000 sonic pulses per minute are transmitted through the surface layer of the skin to the deep layer, deep cleansing pores and impurities, firming and whitening skin
Three Areas Cleaning: Three kinds of thick and thin brush head design, T-area, nose, cheek, etc. for cleaning.Massage silicone conrrugation relieve facial fatigue
9-gear vibration Intensity: one key to adjust the vibration intensity, soft to strong, sensitive to oily skin, and take care of all skin types
R Angle Design, Clean And No Dead Ends: Solve the hard-to-clean areas and improve the problem of large blackhead pores
Full Body Waterproof Design: Hidden charging port design, safe to use even in the bath
Product Description:
Packing list:
1x Face Massage Brush

- Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Sk
- in Deep Washing Features: Skin Penetration Sound Wave, Dual Pulsation Technology: Approximately 6,0
- 00 sonic pulses per minute are transmitted through the surface layer of the skin to the deep layer,
- deep cleansing pores and impurities, firming and whitening skin Three Areas Cleaning: Three kinds o
- f thick and thin brush head design, T-area, nose, cheek, etc. for cleaning.Massage silicone conrrugat

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications   ⌃

**Features**
personal care products;beauty & personal care;best skin care products for women

**Assembled Product Weight**
0.28 lb

**Assembled Product Dimensions (L x W x H)**
5.07 x 3.12 x 1.95 Inches

### Warnings   ⌃

⚠ WARNING - California Proposition 65
None

🗐 Report incorrect product information





Subtotal (1 item)                          $13.17
Seller shipping                             $5.00
**Estimated taxes**                         $1.27
**Estimated total**                        $19.44

Have a promo code?                            ⌄



### 1. Shipping, arrives by Tue, May 9   ✓

[redacted] Miami, FL 33133                               Edit

**Delivery instructions**                                Add

Add gate codes or other useful information.

**Items details**                                    Hide details
Arrives by Tue, May 9 (1 item)

Sold and shipped by Li HB Store
$5.00 Freight shipping

Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing     Qty 1     $13.17
Brush Electric Face Cleansing Skin Deep Washing Health and...
Actual Color: Pink



### 2. Payment method   ⊖

**Pay with card**

VISA  DISCOVER  mastercard  AMERICAN EXPRESS  Gift Card  EBT  OTC Network

Learn more about payment methods we accept.

* Required field

☐ Card number *

                                                          Continue

**Other ways to pay**                                        ⌃

Pay with PayPal                              Pay in monthly installments with Affirm

☑ Remember my PayPal account details        Items in your cart are not eligible for Affirm.

         PayPal                                         affirm



### 3. Mobile contact   ✓

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *
[redacted]          ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

© 2023 Walmart. All Rights Reserved.          Give feedback    CA Privacy Rights    Your Privacy Choices    Request My Personal Information    California Supply Chains Act

Walmart ✳️ | ⊞ Departments | ⊙ Services

Search everything at Walmart online and in store 🔍

Reorder
My Items

Account

🛒 0
$0.00

🌐 How do you want your items? ⌄ | ⊙ ▬▬▬▬ | 🏠 Miami Supercenter   Deals   Flash Picks   Mother's Day   Grocery & essentials   Fashion   Home   Tech   Auto   Walmart+

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in

🔍



Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing Health and Beauty Cleansing Instrument Blue

**$15.19**

Price when purchased online ⓘ

Buy now    Add to cart

Actual Color: Blue

| Blue $15.19 | Pink $10.19 |

More options

Sold and shipped by **Li HB Store**
★★★☆☆ 8 seller reviews
View seller information

● Free 30-day returns  Details

♡ Add to list     🎁 Add to registry

**Protect your purchase**
Get the best value on product protection including fast

## About this item

### Product details ⌄

Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing
Features:
Skin Penetration Sound Wave, Dual Pulsation Technology: Approximately 6,000 sonic pulses per minute are transmitted through the surface layer of the skin to the deep layer, deep cleansing pores and impurities, firming and whitening skin
Three Areas Cleaning: Three kinds of thick and thin brush head design, T-area, nose, cheek, etc. for cleaning.Massage silicone conrrugation relieve facial fatigue
9-gear vibration intensity: one key to adjust the vibration intensity, soft to strong, sensitive to oily skin, and take care of all skin types
R Angle Design, Clean And No Dead Ends: Solve the hard-to-clean areas and improve the problem of large blackhead pores
Full Body Waterproof Design: Hidden charging port design, safe to use even in the bath
Product Description:
Packing list:
1x Face Massage Brush

- Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Sk
- In Deep Washing Features: Skin Penetration Sound Wave, Dual Pulsation Technology: Approximately 6,0
- 00 sonic pulses per minute are transmitted through the surface layer of the skin to the deep layer.
- deep cleansing pores and impurities, firming and whitening skin Three Areas Cleaning: Three kinds o
- f thick and thin brush head design, T-area, nose, cheek, etc. for cleaning.Massage silicone conrrugat

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌄

**Features**
personal care products;beauty & personal care;best skin care products for women

**Assembled Product Weight**
0.28 lb

**Assembled Product Dimensions (L x W x H)**
5.07 x 3.12 x 1.95 inches

‹    Checkout



| Subtotal (1 item) | $15.19 |
|---|---|
| Seller shipping | $5.00 |
| Estimated taxes | $1.41 |
| **Estimated total** | **$21.60** |

Have a promo code?    ⌄



1. Shipping, arrives by Tue, May 16 ✓

[redacted] Miami, FL 33133    Edit

**Delivery instructions**    Add

Add gate codes or other useful information.

**Items details**    Hide details
**Arrives by Tue, May 16** (1 item)

Sold and shipped by LI HB Store
$5.00 Freight shipping

Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing    Qty 1    $15.19
Brush Electric Face Cleansing Skin Deep Washing Health and...
Actual Color: Blue



2. Payment method ⊖

**Pay with card**

[card logos]

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Other ways to pay** ⌃

Pay with PayPal    Pay in monthly installments with Affirm
☑ Remember my PayPal account details    Items in your cart are not eligible for Affirm.
PayPal    affirm



3. Mobile contact ✓

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *
[redacted]    ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.



Walmart ⁙  **88** Departments  **88** Services

Search everything at Walmart online and in store 🔍

Reorder My Items | Account | 🛒 1 $15.49

🌐 How do you want your items? ˅  |  📍 Miami Supercenter     Deals   Mother's Day   Grocery & essentials   Fashion   Home   Tech   Auto   Registry   Walmart+

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in
🔍



❤

Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing Brush Electric Face Cleansing Skin Deep Washing Cleansing Instrument Pink

**$7.75**

Price when purchased online ⓘ

Buy now     Add to cart

Actual Color: Pink

Pink
$7.75

More options

🏪 Sold and shipped by **Li HB Store**
⭐⭐⭐☆☆ 7 seller reviews
View seller information

↻ Free 30-day returns  Details

❤ Add to list     🎁 Add to registry

Best seller     Sponsored
**$24.99**
Facial Cleansing Brush, Electric Face Brush Scrubber...
⭐⭐⭐⭐½ 10
2-day shipping
+ Add

## Check out these related products

Options   +2 options
**From $10.37**
+$3.00 shipping
Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing...
3+ day shipping

Options   +2 options
**$10.19** +$5.00 shipping
Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing...
3+ day shipping

Options   +3 options
**$9.55**
Silicone Facial Cleaning Brush Skin Care Wash Cleansing...
3+ day shipping

+ Add
**$9.71**
Mini Electric Cleansing Brush Silicone Sonic Electric Cleansing Mi...
3+ day shipping

## Popular items in this category
Best selling items that customers love



Best seller
+ Add
**$7.98**
Clio Facial Cleansing System, Pink, Water Resistant, Facial...
⭐⭐⭐⭐ 114

In 100+ people's carts
Options
**$13.12**
True Glow by Conair Facial Cleansing Brush Battery Operated, 3...
⭐⭐⭐⭐½ 181

Best seller
Sponsored
+ Add
**$24.99**
Facial Cleansing Brush, Electric Face Brush Scrubber...
⭐⭐⭐⭐½ 10

+ Add
**$29.98**
Jessica Simpson Rechargeable Sonic Facial Brush, 2 Brush...
⭐⭐⭐⭐½ 75

Checkout



### 1. Shipping, arrives by Mon, May 1

██████████ Miami, FL 33133

Edit

**Delivery instructions**                                    Add

Add gate codes or other useful information.

**Items details**                                            Hide details
Arrives by Mon, May 1  (1 item)

Sold and shipped by Li HB Store
$3.00 Freight shipping

Silicone Electric Facial Cleanser Face Massage Brush Skin Cleansing    Qty 1    $7.75
Brush Electric Face Cleansing Skin Deep Washing Cleansing...
Actual Color: Pink



| Subtotal (1 item) | $7.75 |
|---|---|
| Seller shipping | $3.00 |
| **Estimated taxes** | $0.75 |
| **Estimated total** | **$11.50** |

Have a promo code?                          ⌄



### 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Other ways to pay**                                        ∧

Pay with PayPal                          Pay in monthly installments with Affirm

☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

PayPal                                    affirm



### 3. Mobile contact

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*
███████████        ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

DOE Number: 340
Seller Name: LonRon Co.Ltd
Marketplace: Walmart



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in



LTESDTRAW

**Ltesdtraw Men Silicone Face Cleansing Brush 5 Mode Electric Facial Cleanser (Black)**

## $14.38

Price when purchased online ⓘ

Buy now        Add to cart

Size: One Size

| One Size |
| $14.38 |

Actual Color: Black

| Black |

🚚 Free shipping, **arrives by Thu, Apr 27** to 2665 SW 37th Avenue
More options

🏬 Sold and shipped by LonRon Co.Ltd
★★★☆☆ 10 seller reviews
View seller information

⊙ Free 30-day returns  Details

♡ Add to list        🖨 Add to registry

**Protect your purchase**

Get the best value on product protection including fast repairs or replacements.

Add Walmart Protection Plan by Allstate  Details

### About this item

**Product details**   ∧

Men Silicone Face Cleansing Brush 5 Modes Vibration Electric Facial Cleanser Cleansing Skin Deep Washing Massage Brush
Feature:
Waterproof design.
5 Modes Vibration.
Skin friendly silicone.
One button switch.

Specification:
Material: high quality silicone
Size: 130 * 70 * 30mm/5.11*2.75*1.18"
Color: Navy Blue, Army Green, Black
Mode:
Deep mode: 4-5 mode, strong acoustic pulse, deep cleaning
Cleaning mode: 2-3 mode, daily cleaning control, facial cleaning and skin care
Soft mode: 1 mode, suitable for sensitive muscles and first time users

Note:
Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures. Thank you!
Please allow 1-2cm measuring deviation due to manual measurement.
Included: 1 X Electric Facial Cleanser
1 X USB Cable
1 X User Manual

- Waterproof design
- Skin friendly silicone
- 5 Modes Vibration
- One button switch

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications**   ∧

**Brand**
LTESDTRAW

**Manufacturer Part Number**
4rcBnf4gq4jx3ar4D03

**Assembled Product Weight**
189 g

**Manufacturer**



1. Free shipping, arrives by Thu, Apr 27 ✓

████████████ Miami, FL 33133                                    Edit

**Delivery instructions**                                        Add

Add gate codes or other useful information.

**Items details**                                               Hide details
Arrives by Thu, Apr 27  (1 item)

Sold and shipped by LonRon Co.,Ltd

Ltesdraw Men Silicone Face Cleansing Brush 5 Mode Electric Facial    Qty 1    $14.38
Cleanser (Black)
Size: One size, Actual Color: Black



| Subtotal (1 item) | $14.38 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $1.01 |
| **Estimated total** | **$15.39** |

Have a promo code?                    ⌄



2. Payment method                                              ⊖

**Pay with card**

[card logos] VISA DISCOVER [Mastercard] AMERICAN EXPRESS [...] [Gift Card] EBT OTC Network [...]

Learn more about payment methods we accept.

* Required field

[ Card number * ]

                                                        Continue

**Other ways to pay**                                          ⌃

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.
[ PayPal ]                               [ affirm ]



3. Mobile contact ✓

We'll contact you in case anything comes up with your order.

*Required field

[ Phone number (10 digits) *
████████ ]          ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

© 2023 Walmart. All Rights Reserved.

Give feedback    CA Privacy Rights    Your Privacy Choices    Request My Personal Information    California Supply Chains Act

DOE Number: 341
Seller Name: LotusHaze
Marketplace: Walmart

Walmart ☀️ | 器 Departments | 器 Services | Search everything at Walmart online and in store 🔍 | ♡ Reorder My Items | 👤 Account | 🛒 0 $0.00

🌐 How do you want your items? ∨ | 📍 ▮▮▮▮▮ 🏪 Doral Supercenter | Deals   Easter   Grocery & essentials   Home   Tech   Fashion   Auto   Walmart+

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in
🔍



Heopbird

Soft Silicone Cleansing Brush - Gentle Sonic Cleansing Brush - Waterproof Cleansing Brush Rechargeable Electric Cleansing Brush with Soft and Comfortable Bristles

**$20.99**

Price when purchased online ⓘ

[ Buy now ]    [ Add to cart ]

Actual Color: Yellow

| Red $20.99 | Yellow $20.99 |

More options

🏷️ Sold and shipped by **LotusHaze**
★☆☆☆☆ 1 seller review
View seller information

🔄 Free 30-day returns  Details

♡ Add to list        🏠 Add to registry

**Protect your purchase**  ⌃
Get the best value on product protection including fast repairs or replacements.

☑️ Add Walmart Protection Plan by Allstate  Details

○ 2-Year plan - $3.00

○ 3-Year plan - $3.50

● I don't need protection at this time

Sponsored
MYBO CLEAN
**$44.95**
MyboClean Daily Eyelid Cleansing Brush for Sensitive...
3+ day shipping

**About this item**

Product details  ⌃

1. Soft silicone bristles containing the active ingredient of bamboo charcoal. It brings stronger cleaning effect and stronger antibacterial ability than ordinary high-density brushes, and has the super adsorption capacity of bamboo charcoal.
2. Abundant fine bristles, suitable for general facial cleaning, high-density bristles on the top, precise cleaning of hard-to-reach areas, massage function on the wavy area on the back, special negative ion sensing function of the metal coating on the bottom to promote nutrition when applying serum or mask Absorbed area.
3. High frequency vibration. For different skin sensitivities, it has a smart memory function - automatically remembers the frequency of your last use. Unique noise reduction design. In addition, compared to rotation, vibration is less damaging to the skin while promoting better skin movement.
4. Real IPX7 full body waterproof, no cutout, safer to use and easier to clean.
5. Small and portable. Palm-sized, easy to carry in a tote, gym or travel bag. The perfect gift for your wife, girlfriend, sister or female friend at a reasonable price, especially when it is well packaged.

- 1. Soft silicone bristles containing the active ingredient of bamboo charcoal. It brings stronger cleaning effect and stronger antibacterial ability than ordinary high-density brushes, and has the super adsorption capacity of bamboo charcoal.
  2. Abundant fine bristles, suitable for general facial cleaning, high-density bristles on the top, precise cleaning of hard-to-reach areas, massage function on the wavy area on the back, special negative ion sensing function of the metal coating on the bottom to promote nutrition when applying serum or mask Absorbed area.
  3. High frequency vibration. For different skin sensitivities, it has a smart memory function - automatically remembers the frequency of your last use. Unique noise reduction design. In addition, compared to rotation, vibration is less damaging to the skin while promoting better skin movement.
  4. Real IPX7 full body waterproof, no cutout, safer to use and easier to clean.
  5. Small and portable. Palm-sized, easy to carry in a tote, gym or travel bag. The perfect gift for your wife, girlfriend, sister or female friend at a reasonable price, especially when it is well packaged.
- 1.DURABLE & LONG-LASTING MATERIAL – Made of soft and durable PE material, this upgraded version clear garment bags for storage are washable, lightweight, breathable and built to last. Dustproof and water-resistant plastic garment bags protect your delicate clothes against dampness, dust, pet hair, and keep them fresh and wrinkle free!
- 2.TRANSPARENT DESIGN – The clear design of small garment bags for hanging clothes eliminates the guess work of trying to figure out what's inside! It perfect for storing small shirt, faux fur coat, T-shirts, winter sweater, short jacket, uniforms, winter coat, pure silk clothes etc.
- 3.EXCELLENT COST EFFICIENCY – You will receive 6 pcs of peva garment bags. These suit bags for closet storage are washable and thus you can easily clean them and reuse them for a long period of time.
- 4.Suitable for most Clothes - Suitable for short tops such as children's clothes and T-shirt. Suitable for short tops such as suits, jackets, sweaters, etc. Suitable for medium tops, such as men's windbreaker, ladies' skirts, etc. Suitable for length-to-ankle clothes such as dresses, gowns, tuxedos, dance costumes, etc.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications  ⌃

**Brand**
Heopbird

**Manufacturer Part Number**
CPB-DE-LYY247-3

**Manufacturer**
Heopbird

Checkout

<



**1. Free shipping, arrives by Tue, Mar 28** ✓

_____ Miami, FL 33133                                    Edit

Delivery instructions                                      Add

Add gate codes or other useful information.

Items details                                              Hide details

Arrives by Tue, Mar 28  (1 Item)

Sold and shipped by LotusHaze

Soft Silicone Cleansing Brush - Gentle Sonic Cleansing Brush -     Qty 1    $20.99
Waterproof Cleansing Brush Rechargeable Electric Cleansing Brus...
Actual Color: Yellow



| Subtotal (1 Item) | $20.99 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $1.47 |
| **Estimated total** | **$22.46** |

Have a promo code?                                         ⌄



🗀 **2. Payment method** ⊖

**Pay with card**

[VISA] [DISCOVER] [Mastercard] [AMERICAN EXPRESS] [✳] [Gift Card] [EBT] [OTC Network] [Sv]

Learn more about payment methods we accept.

* Required field

🗖 Card number *

**Continue**

**Other ways to pay**                                      ⌄

Pay with PayPal                          Pay in monthly installments with Affirm

☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

**PayPal**                               affirm



📱 **3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *
[_____]    ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

© 2023 Walmart. All Rights Reserved.

Give feedback    CA Privacy Rights    🄫 Your Privacy Choices    Request My Personal Information    California Supply Chains Act

DOE Number: 342
Seller Name: PXNKY Co. Ltd
Marketplace: Walmart

Walmart ✦  | 🔲 Departments | 🔲 Services | 🔍 Search everything at Walmart online and in store 🔍 | ♡ Reorder My Items | 👤 Account | 🛒 0 $0.00

| 🔵 How do you want your items? ∨ | ⑨ ▬▬▬▬ 🏠 Miami Supercenter | Deals   Mother's Day   Grocery & essentials   Fashion   Home   Tech   Auto   Registry

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes

Walmart ✦   **Ship free, no order min*** As often as you need. Learn more





Roll over image to zoom in

Sponsored
♡

PENGXIANG

Sonic Face Wash Brush,Improving the Efficacy of Creams,Anti-aging,Lift Facial Skin,Long Handle,Sonic Cleansing Brush,Handheld Cleansing Instrument,With Massage Function Silicone Cleansing Brush

**$19.79**

Price when purchased online ⓘ

| Buy now | Add to cart |

**Actual Color:** Green

| 🔵 $19.79 | ⚪ $15.69 |

🚚 Free shipping, **arrives by Fri, Apr 28** to
2665 Southwest 37th Avenue
More options

🏬 Sold and shipped by **PXNKY Co. Ltd**
★★★★☆ 2 seller reviews
View seller information

🔵 Free 30-day returns  Details

♡ Add to list      🎁 Add to registry

**Protect your purchase**   ∨
Get the best value on product protection including fast repairs or replacements.

| Reduced price | Sponsored |
| Now $24.99 $36.99 |

## About this item

### Product details   ^

**Main Feature:**

- **Distinctive Facial Brush** - Ultra Hygienic Soft Silicone rubber exterior provides the softest and most gentle face cleansing and massage for all skin types normal.
- **Glowing Skin** - Gain vibrant confidence in your face with a deeper, cleaner, younger, more beautiful complexion. Gently remove stubborn makeup, deep clean pores, reduce blackheads with maximum power & minimal effort so that you can brim with confidence with fresh, glowing skin
- **5 Function Modes** - Different vibration frequencies for different cleansing tasks, resolving skin problems such as blemishes, clogged pores, increasing skin elasticity and promoting collagen production.It inhibits the accumulation of oil and dead skin cells, prevents the formation of blackheads and whiteheads, and effectively reaches areas that difficult to clean such as the T-zone.
- **All-in-One design** - IPX6 waterproof design, rinse with water directly after use, safe, quick, and easy to clean, USB charge 2-3 hours for up to 20 days of use. The ergonomically curved handle is easy to grip, easy to store, and carry while traveling
- **Great Gift** - Makes a perfect gift for your mom, wife, best friend or someone special. Send them beauty, make them more confident.

**Specifications:**

- **Material:** Silicone
- **Charging indicator:** red light is on when charging, green light is on when fully charged
- **Frequency:** 8000/min
- **Rated Voltage:** 3.7 V
- **Charging time:** about 2 hours
- **Continuous use time after fully charged:** about 3 hours
- **Weight and Size:** 0.33 lb; 7.42*1.44*0.87 in

**Package Include:**

- 1*Facial Cleansing Brush
- 1*USB Cable

- Handheld design, which is easy to operate. Hands could not be dirty.
- Full body IPX6 waterproof design, easy to clean.
- 5 gears for different cleaning needs.
- Durable battery is suitable for travel.
- Fashionable,our ultrasonic cleansing brush is a new fashion choice for skincare

Checkout



### 1. Free shipping, arrives by Fri, Apr 28 ✅

_____ Miami, FL 33133                    Edit

**Delivery instructions**                                   Add

Add gate codes or other useful information.

**Items details**                                          Hide details
**Arrives by Fri, Apr 28**  (1 item)

Sold and shipped by PXNKY Co. Ltd

Sonic Face Wash Brush,Improving the Efficacy of Creams,Anti-    Qty 1    $19.79
aging,Lift Facial Skin,Long Handle,Sonic Cleansing Brush,Handhel...
Actual Color: Green



| Subtotal (1 item) | $19.79 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $1.39 |
| **Estimated total** | **$21.18** |

Have a promo code?                                          ⌄



### 2. Payment method ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

**Continue**

**Other ways to pay**                                       ⌃

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

PayPal                                    affirm



### 3. Mobile contact ✅

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *
_____         ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

DOE Number: 345
Seller Name: Sevenstore
Marketplace: Walmart

Walmart

⊞ Departments   ⊞ Services

Search everything at Walmart online and in store 🔍

♡ Reorder My Items   Account   🛒 $0.00

🌐 How do you want your items? ⌄ | 📍 ███████ 🏠 Miami Supercenter          Deals   Easter   Grocery & essentials   Home   Tech   Fashion   Auto   Walmart+

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes




Temu

**Sonic Facial Cleansing Brush - Soft Silicone Water-Proof Face Scrubber Exfoliator Brush For Deep Cleansing Gentle Exfoliating And Massaging**

**$26.99**

Price when purchased online ⓘ

Buy now    Add to cart

Size: NoSize

NoSize
$26.99

Actual Color: Light Pink

Light Pink

🚚 Free shipping, **arrives by Mon, Mar 20** to
2665 SW 37th Avenue
More options

🏬 Sold and shipped by Sevenstore
★☆☆☆☆ 1 seller review
View seller information

🔵 Free 30-day returns  Details

♡ Add to list    🗒 Add to registry

**Protect your purchase** ⌃
Get the best value on product protection including fast repairs or replacements.

Ⓢ Add Walmart Protection Plan by Allstate  Details

○ 2-Year plan - $3.00
○ 3-Year plan - $3.50
● I don't need protection at this time

Sponsored
**$44.95**
MYBO   MyboClean Daily Eyelid

**Popular items in this category**
Bestselling items that customers love



| Best seller | Best seller | Best seller | |
|---|---|---|---|

+ Add   + Add   + Add   Sponsored   + Add

**$7.98**
Cilo Facial Cleansing System, Pink, Water Resistant, Facial...
★★★★☆ 112
Pickup  Delivery
1-day shipping

**$13.12**
True Glow by Conair Facial Cleansing Brush Battery operated, 3...
★★★★☆ 179
Pickup  Delivery
1-day shipping

**Now $5.66** $7.75
3 Pack Silicone Face Scrubbers Exfoliator Brush-Facial Cleansin...
★★★☆☆ 10
3+ day shipping

**$24.99**
Facial Cleansing Brush, Electric Face Brush Scrubber...
★★★★☆ 9
2-day shipping

**About this item**

Product details ⌃

Item Id: BH01721Copy

Product Attributes: Alcohol Free

Sonic Facial Cleansing Brush - Soft Silicone Water-Proof Face Scrubber Exfoliator Brush For Deep Cleansing Gentle Exfoliating And Massaging

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

Specifications ⌃

Brand

Temu






| Subtotal (1 item) | $26.99 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $1.89 |
| **Estimated total** | **$28.88** |

Have a promo code? ⌄



**1. Free shipping, arrives by Mon, Mar 20** ✓

███████ Miami, FL 33133                                 Edit

**Delivery instructions**                                Add

Add gate codes or other useful information.

**Items details**                                        Hide details
Arrives by Mon, Mar 20  (1 item)

Sold and shipped by Sevenstore

Sonic Facial Cleansing Brush - Soft Silicone Water-Proof Face     Qty 1    **$26.99**
Scrubber Exfoliator Brush For Deep Cleansing Gentle Exfoliating...
Size: NoSize, Actual Color: Light Pink



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

**Continue**

**Other ways to pay** ⌃

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details      Items in your cart are not eligible for Affirm.

PayPal                                    affirm



**3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

© 2023 Walmart. All Rights Reserved.

Give feedback    CA Privacy Rights    Your Privacy Choices    Request My Personal Information    California Supply Chains Act

DOE Number: 346
Seller Name: Shaoxing Sandeli Textile Co. LTD
Marketplace: Walmart







Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in

BSROILUNA

**Portable Mini Face Brushes for Cleansing & Exfoliating,Silicone Sonic Facial Scrubber Exfoliator Brush,Waterproof Electric Face Cleansing Brush,Rechargeable Face Cleansing Brush,Face Scrubber(Orange)**

**$19.99**

Price when purchased online ⓘ

Buy now        Add to cart

Actual Color: Orange

$19.99

Shipping, arrives by Thu, Mar 9 to

Sold by Shaoxing Sandeli Textile Co. LTD
⊘ Pro Seller
✦✦✦✦✦ 21 seller reviews
View seller information    Details

Free 90-day returns   Details

♡ Add to list        Add to registry



Walmart✦  Get free next-day shipping & more!*
*Restrictions apply  Start your free 30-day trial

**Protect your purchase**     ⌃
Get the best value on product protection including fast repairs or replacements.
☑ Add Walmart Protection Plan by Allstate  Details
○ 2-Year plan - $2.00
○ 3-Year plan - $3.00
● I don't need protection at this time



Sponsored
$19.94
True Glow by Conair Battery Operated Facial Cleansing...
✦✦✦✦✦ 164
3+ day shipping

**Check out these related products**



Options        Options        Options        Options
+2 options                    +4 options     +3 options

$5.81 +$2.11 shipping    $14.99          From $55.89 $69.00   $21.39
HSMQHJWE Face          GIFZES Facial      PMD Clean Mini Facial  Cleansing Facial
Vacuum Exfoliating      Cleansing Brush Skin-  Cleansing Device -    Cleanser Silicone Face
Skin Cleansing...        friendly Blackhead...   Orange            Cleansing Brush Skin-...
3+ day shipping          3+ day shipping     3+ day shipping       3+ day shipping

**Popular items in this category**
Bestselling items that customers love




Best seller       Best seller       Best seller

+ Add           + Add           + Add           + Add

$7.98            $13.12           Now $5.66 $7.75   $24.99
Clio Facial          True Glow by Conair   3 Pack Silicone Face   Facial Cleansing Brush,
Cleansing            Facial Cleansing Brush  Scrubbers Exfoliator   Electric Face Brush
System, Pink, Water    Battery operated, 3...   Brush-Facial Cleansin...  Scrubber...
Resistant, Facial...
✦✦✦✦ 112           ✦✦✦✦✦ 179         ✦✦✦✦✦ 10         ✦✦✦✦✦ 9

Sponsored

Checkout



## 1. Shipping, arrives by Thu, Mar 9 ✓

███████████  Miami, FL 33133                                    Edit

**Delivery instructions**                                       Add

Add gate codes or other useful information.

**Items details**                                          Hide details
**Arrives by Thu, Mar 9**  (1 Item)

Sold by Shaoxing Sandeli Textile Co. LTD ✓ **Pro Seller**
**Fulfilled by Walmart**

Portable Mini Face Brushes for Cleansing & Exfoliating,Silicone    Qty 1      $19.99
Sonic Facial Scrubber Exfoliator Brush,Waterproof Electric Face...
Actual Color: Orange



| | |
|---|---|
| **Subtotal** (1 item) | $19.99 |
| Shipping (below $35 order minimum) | $6.99 |
| **Estimated taxes** | $1.89 |
| **Estimated total** | **$28.87** |

Have a promo code?                                              ⌄



## 2. Payment method ⊖

**Pay with card**

[VISA] [DISCOVER] [mastercard] [AMERICAN EXPRESS] [Gift Card] [EBT] [OTC Network]

Learn more about payment methods we accept.

* Required field

┌─────────────────────────────────────────────┐
│ 💳  Card number *                              │
└─────────────────────────────────────────────┘

                                          [ Continue ]

**Other ways to pay**                                           ⌃

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

[ PayPal ]                               [ affirm ]



## 3. Mobile contact ✓

We'll contact you in case anything comes up with your order.

* Required field

┌─────────────────────────────────┐
│ Phone number (10 digits)*        │        ☑ I want to receive text updates about the status of my order.
│ ███████████████                 │
└─────────────────────────────────┘

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

DOE Number: 347
Seller Name: Skincare
Marketplace: Walmart



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Topoint

### Electric Facial Cleansing Brush Silicone Deep Cleaning Waterproof Handheld Brush New TOPOINT

**$13.95**

Price when purchased online ⓘ

Buy now     Add to cart

Actual Color: Pink

$13.95

More options

Sold and shipped by **Skincare**
★★★★½  10 seller reviews
View seller information

🔵 Free 90-day returns  Details

♡ Add to list     🎁 Add to registry

#### Protect your purchase

Get the best value on product protection including fast repairs or replacements.

Add Walmart Protection Plan by Allstate  Details

○ 2-Year plan - $2.00
○ 3-Year plan - $3.00
● I don't need protection at this time

Sponsored

## About this item

### Product details

**Features:**
Ultrasonic vibration, intelligent high-frequency vibration, can vibrate 8000 times per minute;
The fuselage integrated design, the content of the traditional host is integrated into the handle, more convenient;
IPX6 waterproof grade, use cleaning to be healthier;
Two colors are available, pink for her, blue for him;
Massage function, promote absorption, apply skin care products, can speed up the introduction of facial nutrition;
Edible grade silicone material to care for our skin

**Specifications:**
Material: silicone
Color: pink,blue
Power supply: 300mAh rechargeable battery

Ultrasonic vibration, intelligent high-frequency vibration, can vibrate 8000 times per minute;
The fuselage integrated design, the content of the traditional host is integrated into the handle, more convenient;
IPX6 waterproof grade, use cleaning to be healthier;
Two colors are available, pink for her, blue for him;
Massage function, promote absorption, apply skin care products, can speed up the introduction of facial nutrition

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Topoint

**Manufacturer Part Number**
196446.01-LQQ-AC2J3

**Assembled Product Weight**
0.34 lb

**Manufacturer**

Checkout



**1. Shipping, arrives by Wed, Jul 19**  ✓

Miami, FL 33138    Edit

**Delivery instructions**    Add

Add gate codes or other useful information.

**Items details**    Hide details

**Arrives by Wed, Jul 19**  (1 item)

Sold and shipped by Skincare
$2.99 Freight shipping

Electric Facial Cleansing Brush Silicone Deep Cleaning Waterproof    **$13.95**
Handheld Brush New TOPOINT
Actual Color: Pink

Remove    −  1  +

---



**2. Payment method**  ⊖

**Pay with card**



Learn more about payment methods we accept.

\* Required field

Card number \*

**Continue**

**Other ways to pay**  ⌃

Pay with PayPal
☑ Remember my PayPal account details
**PayPal**

Pay in monthly installments with Affirm
Items in your cart are not eligible for Affirm.
affirm

---

Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

---

**3. Mobile contact**  ✓

---

| | |
|---|---|
| **Subtotal** (1 item) | $13.95 |
| Seller shipping | $2.99 |
| **Estimated taxes** | $1.19 |
| **Estimated total** | **$18.13** |

Have a promo code?  ⌄



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes





Topoint

### Electric Facial Cleansing Brush Silicone Deep Cleaning Waterproof Handheld Brush New

## $12.79

Price when purchased online ⓘ

Buy now    Add to cart

**Actual Color:** Blue

$12.79

More options

Sold and shipped by **Skincare**
★★★★½ 10 seller reviews
View seller information

● Free 90-day returns  Details

♡ Add to list        ⊞ Add to registry

### Protect your purchase

Get the best value on product protection including fast repairs or replacements.

Add Walmart Protection Plan by Allstate  Details

○ 2-Year plan - $2.00
○ 3-Year plan - $3.00
● I don't need protection at this time



Sponsored

## About this item

### Product details

**Features:**
Ultrasonic vibration, intelligent high-frequency vibration, can vibrate 8000 times per minute;
The fuselage integrated design, the content of the traditional host is integrated into the handle, more convenient;
IPX6 waterproof grade, use cleaning to be healthier;
Two colors are available, pink for her, blue for him;
Massage function, promote absorption, apply skin care products, can speed up the introduction of facial nutrition;
Edible grade silicone material to care for our skin

**Specifications:**
Material: silicone
Color: pink,blue
Power supply: 300mAh rechargeable battery

Ultrasonic vibration, intelligent high-frequency vibration, can vibrate 8000 times per minute;
The fuselage integrated design, the content of the traditional host is integrated into the handle, more convenient;
IPX6 waterproof grade, use cleaning to be healthier;
Two colors are available, pink for her, blue for him;
Massage function, promote absorption, apply skin care products, can speed up the introduction of facial nutrition

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Topoint

**Manufacturer Part Number**
196446.02-LQQ-AA213

**Assembled Product Weight**
0.33 lb

**Manufacturer**



Checkout



**1. Shipping, arrives by Wed, Jul 19**  ✓

Miami, FL 33138                                    Edit

**Delivery instructions**                          Add

Add gate codes or other useful information.

**Items details**                                  Hide details
**Arrives by Wed, Jul 19** (1 item)

Sold and shipped by Skincare
$4.99 Freight shipping

Electric Facial Cleansing Brush Silicone Deep Cleaning Waterproof    $12.79
Handheld Brush New
Actual Color: Blue

Remove          −  1  +

| Subtotal (1 item) | $12.79 |
|---|---|
| Seller shipping | $4.99 |
| Estimated taxes | $1.24 |
| **Estimated total** | **$19.02** |

Have a promo code?    ⌄



**2. Payment method**  ⊖

**Pay with card**

[payment method logos: VISA, DISCOVER, Mastercard, AMERICAN EXPRESS, Gift Card, EBT, OTC Network]

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Other ways to pay**  ⌃

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

PayPal                                   affirm

Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

**3. Mobile contact**  ✓



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes





Topoint

### Electric Facial Cleansing Brush Silicone Deep Cleaning Waterproof Handheld Brush New

**$12.79**

Price when purchased online ⓘ

Buy now        Add to cart

**Actual Color:** Blue

$12.79

More options

Sold and shipped by **Skincare**
★★★★½ 10 seller reviews
View seller information

● Free 90-day returns  Details

♡ Add to list        ⊞ Add to registry

**Protect your purchase**

Get the best value on product protection including fast repairs or replacements.

Add Walmart Protection Plan by Allstate  Details

## About this item

### Product details

**Features:**
Ultrasonic vibration, intelligent high-frequency vibration, can vibrate 8000 times per minute;
The fuselage integrated design, the content of the traditional host is integrated into the handle, more convenient;
IPX6 waterproof grade, use cleaning to be healthier;
Two colors are available, pink for her, blue for him;
Massage function, promote absorption, apply skin care products, can speed up the introduction of facial nutrition;
Edible grade silicone material to care for our skin

**Specifications:**
Material: silicone
Color: pink,blue
Power supply: 300mAh rechargeable battery

Ultrasonic vibration, intelligent high-frequency vibration, can vibrate 8000 times per minute;
The fuselage integrated design, the content of the traditional host is integrated into the handle, more convenient;
IPX6 waterproof grade, use cleaning to be healthier;
Two colors are available, pink for her, blue for him;
Massage function, promote absorption, apply skin care products, can speed up the introduction of facial nutrition

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Topoint

**Manufacturer Part Number**
196446.02-LQQ-AA2.13

**Assembled Product Weight**
0.33 lb

**Manufacturer**



Checkout



**1. Shipping, arrives by Thu, Jul 20**

_____ Miami, FL 33138                                    Edit

**Delivery instructions**                                        Add

Add gate codes or other useful information.

**Items details**                                                Hide details

**Arrives by Thu, Jul 20**  (1 item)

Sold and shipped by Skincare
$4.99 Freight shipping

Electric Facial Cleansing Brush Silicone Deep Cleaning Waterproof        $12.79
Handheld Brush New
Actual Color: Blue

Remove          −    1    +



| Subtotal (1 item) | $12.79 |
|---|---|
| Seller shipping | $4.99 |
| Estimated taxes | $1.24 |
| **Estimated total** | **$19.02** |

Have a promo code?                    ⌄



**2. Payment method**

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Other ways to pay**                                            ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☑ Remember my PayPal account details      Items in your cart are not eligible for Affirm.

PayPal                             affirm

Walmart+ Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

**3. Mobile contact**

DOE Number: 348
Seller Name: SOTNDA Co. Ltd
Marketplace: Walmart



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes

Pengxiang

**Sonic Face Wash Brush,Improving the Efficacy of Creams,Anti-aging,Lift Facial Skin,Long Handle,Sonic Cleansing Brush,Handheld Cleansing Instrument,With Massage Function Silicone Cleansing Brush**

## $19.78

Price when purchased online ⓘ

[ Buy now ]   [ Add to cart ]

Actual Color: Green

$19.78      $15.68

🚚 Free shipping, **arrives by Tue, Jul 11** to
More options

🏠 Sold and shipped by **SOTNDA Co. Ltd**
★★★☆☆ 5 seller reviews
View seller information

↩ Free 30-day returns  Details

♡ Add to list     ➕ Add to registry

**Protect your purchase**

Get the best value on product protection including fast repairs or replacements.

Add Walmart Protection Plan by Allstate  Details

○ 2-Year plan - $2.00

○ 3-Year plan - $3.00

### About this item

**Product details**

**Main Feature:**

- Distinctive Facial Brush - Ultra Hygienic Soft Silicone rubber exterior provides the softest and most gentle face cleansing and massage for all skin types normal.
- Glowing Skin - Gain vibrant confidence in your face with a deeper, cleaner, younger, more beautiful complexion. Gently remove stubborn makeup, deep clean pores, reduce blackheads with maximum power & minimal effort so that you can brim with confidence with fresh, glowing skin
- 5 Function Modes - Different vibration frequencies for different cleansing tasks, resolving skin problems such as blemishes, clogged pores, increasing skin elasticity and promoting collagen production.It inhibits the accumulation of oil and dead skin cells, prevents the formation of blackheads and whiteheads, and effectively reaches areas that difficult to clean such as the T-zone.
- All-in-One design - IPX6 waterproof design, rinse with water directly after use, safe, quick, and easy to clean, USB charge 2-3 hours for up to 20 days of use. The ergonomically curved handle is easy to grip, easy to store, and carry while traveling
- Great Gift - Makes a perfect gift for your mom, wife, best friend or someone special. Send them beauty, make them more confident.

**Specifications:**

- Material: Silicone
- Charging indicator: red light is on when charging, green light is on when fully charged
- Frequency: 8000/min
- Rated Voltage: 3.7 V
- Charging time: about 2 hours
- Continuous use time after fully charged: about 3 hours
- Weight and Size: 0.33 lb; 7.42*1.44*0.87 in

**Package Include:**

- 1*Facial Cleansing Brush
- 1*USB Cable

- Handheld design, which is easy to operate. Hands could not be dirty.
- Full body IPX6 waterproof design, easy to clean.
- 5 gears for different cleaning needs.
- Durable battery is suitable for travel.
- Fashionable,our ultrasonic cleansing brush is a new fashion choice for skincare



Checkout



**1. Free shipping, arrives by Tue, Jul 11** ✓

_____ Miami, FL 33138                                    Edit

**Delivery instructions**                                    Add

Add gate codes or other useful information.

**Items details**                                            Hide details
**Arrives by Tue, Jul 11**  (1 item)

Sold and shipped by SOTNDA Co. Ltd

Sonic Face Wash Brush,Improving the Efficacy of Creams,Anti-   $19.78
aging,Lift Facial Skin,Long Handle,Sonic Cleansing Brush,Handhel...
Actual Color: Green

Remove    − 1 +



Subtotal (1 item)                                            $19.78
Shipping                                                      Free
**Estimated taxes**                                          $1.38

**Estimated total**                                          $21.16

Have a promo code?                                           ⌄



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

🔲 Card number *

Continue

**Other ways to pay** ⌃

Pay with PayPal                          Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

PayPal                                   affirm

Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

📱 **3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.

DOE Number: 349
Seller Name: Tasharina Corp
Marketplace: Walmart



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes

Ship free, no order min* As often as you need.

Sponsored

Unique Bargains

**Unique Bargains Sonic Facial Cleansing Brush Hygienic Soft Silicone with USB Line for All Skin Cleansing for Women Men Green**

**$17.57**

Price when purchased online ⓘ

Buy now | Add to cart

**Actual Color:** Green

$17.57 | $17.57 | $12.39 | $11.49

Free shipping, **arrives by Tue, Jul 11** to
More options

Sold and shipped by **Tasharina Corp**
★★★★☆ 17851 seller reviews
View seller information

Free 90-day returns Details

Add to list | Add to registry

## About this item

**Protect your purchase**

Get the best value on product protection including fast repairs or replacements.

Product details

Sonic Facial Cleansing Brush Hygienic Soft Silicone with USB Line for All Skin Cleansing for Women Men Green
Feature:

- Made of silicone and ABS material, durable and comfortable for face cleaning.
- With a soft brush design, it can clean the face in a convenient and efficient way.
- The facial cleansing brush's handle is smooth that provides a good experience in washing your face.
- The cleansing instrument defaults to the third gear every time the power is turned on. The shifting position can be completed by adding or subtracting the gears. The order of the cleansing instrument is: blue, second gear blue, third gear green, fourth gear yellow, and fifth gear red.
- The low red light flashed, the charging red light is long, and the full light is green.
- Wide application, it can be used on daily cleaning for unisex.

Specification:

- Color: Green
- Material: Silicone, ABS
- Model: KS-J01
- Working Voltage: 3.7V
- Power: 0.6W
- Charging Voltage: 5V
- Battery Capacity: 250mAh
- Size: 17x3.7x2.8cm / 6.69"x1.46"x1.1"(L*W*H)

Package Include:

- 1 x Sonic Facial Cleansing Brush
- 1 x USB Line
- 1 x Using Instruction

**Unique Bargains Sonic Facial Cleansing Brush Hygienic Soft Silicone with USB Line for All Skin Cleansing for Women Men Green**

- Durable material, smooth handle for use.
- Good replacement for the facial cleansing.
- Nice appearance portable for travel and daily.
- Suits for the unisex, universal product.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we

Checkout

**1. Free shipping, arrives by Wed, Jul 12** ✓

████████████ Miami, FL 33138                    Edit

**Delivery instructions**                       Add

Add gate codes or other useful information.

**Items details**                               Hide details
**Arrives by Wed, Jul 12**  (1 item)

Sold and shipped by Tasharina Corp

Unique Bargains Sonic Facial Cleansing Brush Hygienic Soft Silicone     **$17.57**
with USB Line for All Skin Cleansing for Women Men Green
Actual Color: Green

Remove    [ − 1 + ]

---

**2. Payment method** ⊖

**Pay with card**



Learn more about payment methods we accept.

* Required field

[ 💳 Card number * ]

**Continue**

**Other ways to pay** ⌃

Pay with PayPal                                  Pay in monthly installments with Affirm
☑ Remember my PayPal account details            Items in your cart are not eligible for Affirm.

[ **PayPal** ]                                   [ affirm ]

---

Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

---

**3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.

---

**Subtotal** (1 item)                            $17.57
Shipping                                         Free
**Estimated taxes**                              $1.23

**Estimated total**                              **$18.80**

Have a promo code?                               ⌄

DOE Number: 350
Seller Name: The Skin Shop
Marketplace: Walmart



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes





Dearderm

### Ultrasonic Silicone Massage Cleansing Brush

**$35.00**

Price when purchased online ⓘ

[ Buy now ]   [ Add to cart ]

🚚 Free shipping, **arrives by Fri, Jul 7** to ▬▬▬▬▬
More options

🏬 Sold and shipped by **The Skin Shop**
★★★★½  63 seller reviews
View seller information

🔄 Free 90-day returns  Details

♡ Add to list       🎁 Add to registry

---

**Protect your purchase**  ⌄
Get the best value on product protection including fast repairs or replacements.

🛡 Add Walmart Protection Plan by Allstate  Details

Roll over image to zoom in

🔍

## About this item

### Product details   ⌃

* Easy-to-use 3-button interface.* Ultrasonic Facial Cleansing Cleanser/Massager.* USB rechargeable* Water Resistant cleansing brush for use in the bath or shower.

Ultrasonic Silicone Massage Cleansing Brush

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

### Specifications   ⌃

**Brand**
Dearderm

---

💬 Report incorrect product information

## Popular items in this category
Best selling items that customers love





$7.30       $19.24       $4.80       $11.77

< Checkout



| | |
|---|---|
| Subtotal (1 item) | $35.00 |
| Shipping | Free |
| **Estimated taxes** | $2.45 |
| **Estimated total** | **$37.45** |

Have a promo code?    ⌄



🚚  **1. Free shipping, arrives by Fri, Jul 7**    ✅

████████                                                    Edit
████████  Miami, FL 33138

**Delivery instructions**                                   Add

Add gate codes or other useful information.

**Items details**                                           Hide details
**Arrives by Fri, Jul 7**  (1 item)

Sold and shipped by The Skin Shop

Ultrasonic Silicone Massage Cleansing Brush        $35.00

                                          Remove   ─  1  ＋



💳  **2. Payment method**    ⊖

**Pay with card**

[VISA] [DISCOVER] [mastercard] [AMERICAN EXPRESS] [...] [Gift Card] [EBT] [OTC Network] [...]

Learn more about payment methods we accept.

* Required field

🔲 Card number *

                                        **Continue**

**Other ways to pay**    ⌃

Pay with PayPal                  Pay in monthly installments with Affirm

☑ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

[PayPal]                         [affirm]



Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days



📱  **3. Mobile contact**    ✅

We'll contact you in case anything comes up with your order.

* Required field

DOE Number: 351
Seller Name: VASYL Flagship store
Marketplace: Walmart



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in



VASYL

**Silicone Facial Cleaning Brush Skin Care Wash Cleansing Device Beauty Facial**

**Now $10.39** ~~$11.79~~ ⓘ

Price when purchased online ⓘ

[ Buy now ]  [ Add to cart ]

Actual Color: Pink

$10.39

More options

Sold and shipped by **VASYL Flagship store**
★★☆☆☆ 5 seller reviews
View seller information

Free 30-day returns  Details

♡ Add to list      🎁 Add to registry

Sponsored

**$24.99**

SLF Facial Cleansing Massager, Rechargeable Face and Skin...

★★★★★ 9

3+ day shipping

## About this item

### Product details

Silicone Facial Cleaning Brush Skin Care Wash Cleansing Device Beauty Facial
About the Product:
1.Super hygienic and resist bacteria build-up to keep skin fresh and clean.
2.Designed to provide a professional standard of skincare.
3.Helping to clear and clarify for a more luminous complexion.
4.Adjustable intensities allow you to customise your cleansing experience.
5.Suitable for all skin types.
Feature:
Charging time: 120 minutes
Vibration frequency: 6000rpm
Power supply: DC 3.7V
Product size: 130*90*40MM
Product Included:
1 x Facial Cleansing Device 1 x USB Cable
Notes:
1.Due to the difference between different monitors,the picture may not reflect the actual color of the item. We guarantee the style is the same as shown in the pictures.
2.Due to the manual measurement and different measurement methods, please allow 1-3cm deviation.Thanks!

- Best price, Easy transaction, Excellent buying experience
- Low carbon, Environmental protection, No pollution and durable
- A great and economical way to clean or decorate your room
- Manual measurement, please allow 0 ~ 2cm error, thank you
- Due to the differences between different monitors, the picture may not reflect the actual color of the item. We guarantee the same style as shown in the picture

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
VASYL

Checkout



### 1. Shipping, arrives by Thu, Jul 20 ✓

████████████████
████████████ Miami, FL 33138

Edit

**Delivery instructions**  Add

Add gate codes or other useful information.

**Items details**  Hide details

**Arrives by Thu, Jul 20** (1 item)

Sold and shipped by VASYL Flagship store
$1.99 Freight shipping

Silicone Facial Cleaning Brush Skin Care Wash Cleansing Device Beauty Facial
Actual Color: Pink
$10.39 ~~$11.79~~

$1.40 from savings

Remove   −  1  +

#### Order summary

| | |
|---|---|
| Subtotal (1 item) | ~~$11.79~~ |
| Savings | -$1.40 |
| | $10.39 |
| Seller shipping | $1.99 |
| Estimated taxes | $0.87 |
| **Estimated total** | **$13.25** |

Have a promo code? ⌄



### 2. Payment method ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Other ways to pay** ⌃

Pay with PayPal
☑ Remember my PayPal account details
PayPal

Pay in monthly installments with Affirm
Items in your cart are not eligible for Affirm.
affirm



Walmart+ · Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

### 3. Mobile contact ✓

DOE Number: 352
Seller Name: VivaBella
Marketplace: Walmart

  

**Walmart** ☰ Departments ⚙ Services | Search everything at Walmart online and in store 🔍 | Reorder My Items | Account | 🛒 $0.00

How do you want your items? ▾ | ◉ ▮ | 🏠 Miami Supercenter | Deals | Grocery & Essentials | 4th of July Prep | Cooling | Pride & Joy | Back to School | National Candy Month

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes

Walmart+ Ship free, no order min* As often as you need.          Sponsored





Roll over image to zoom in 🔍

Style Edit

**StyleCraft Scrubs Gentle Cleansing Facial Brush - Pink for Unisex - 1 Pc**

**$26.11**
Price when purchased online ⓘ

[ Buy now ]   [ Add to cart ]

Actual Color: Pink



$26.11  $26.11  $26.11

🚚 Free shipping, arrives by Sat, Jul 8 to ▮▮▮
More options

🏪 Sold and shipped by VivaBella
★★★★½ 1502 seller reviews
View seller information

🔵 Free 30-day returns Details

♡ Add to list     🎁 Add to registry

More seller options (2)
Starting from $30.35
Compare all sellers

**Protect your purchase** ⌄
Get the best value on product protection including fast repairs or replacements.
🛡 Add Walmart Protection Plan by Allstate Details
○ 2-Year plan - $3.00
○ 3-Year plan - $3.50
● I don't need protection at this time

**About this item**

**Product details** ⌄

Style Edit was founded on the belief that gorgeous, healthy hair is a universal right. This product range is dedicated to bringing the return of confidence and head-turning hair. Scrubs cleansing brush gently removes over 99 percent of dirt and impurities for a fully customizable cleansing.

- Multi-zone micro-bristles have variating thickness and length for the ultimate cleansing experience
- Specialized soft-touch silicone design is nonporous to resist bacteria build up
- 50 percent larger cleansing surface for faster, more efficient cleaning

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications** ⌄

**Features**
Brush
**Brand**
Style Edit
**Manufacturer Part Number**
0010106322
**Assembled Product Weight**
1 lb
**Manufacturer**
Style Edit
**Assembled Product Dimensions (L x W x H)**
1.00 x 1.00 x 0.01 Inches

💬 Report incorrect product information

Customers say these are easy to clean



Checkout



**1. Free shipping, arrives by Sun, Jul 9** ✓

Miami, FL 33138                                    Edit

**Delivery instructions**                          Add

Add gate codes or other useful information.

**Items details**                                  Hide details

**Arrives by Sun, Jul 9** (1 item)

Sold and shipped by VivaBella

StyleCraft Scrubs Gentle Cleansing Facial Brush - Pink for Unisex - 1   $26.11
Pc
Actual Color: Pink

Remove        −   1   +

| | |
|---|---|
| Subtotal (1 item) | $26.11 |
| Shipping | Free |
| Estimated taxes | $1.83 |
| **Estimated total** | **$27.94** |

Have a promo code?                                 ⌄



**2. Payment method** ⊖

**Pay with card**

[VISA] [DISCOVER] [MASTERCARD] [AMERICAN EXPRESS] [Gift Card] [EBT] [OTC Network] [...]

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Other ways to pay** ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☑ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

PayPal                             affirm

Walmart+   Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

**3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.

DOE Number: 353
Seller Name: Yinchuan Xingtian E-commerce Sales Co., Ltd.
Marketplace: Walmart




**Walmart**

Departments | Services | Search everything at Walmart online and in store | Reorder My Items | Account | $0.00

How do you want your items? | Miami Supercenter | Deals | Grocery & Essentials | 4th of July Prep | Cooling | Pride & Joy | Back to School | National Candy Month

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in



Funnyfairy

### Sonic Face Cleansing Brush Anti-Aging Lift Facial Skin Handheld Cleansing Tool

## $15.55

Price when purchased online ⓘ

**Buy now**     **Add to cart**

**Actual Color: Green**

$15.55     $15.99

🚚 Free shipping, **arrives by Fri, Jul 7** to
More options

🏪 Sold and shipped by **Yinchuan Xingtian E-commerce Sales Co., Ltd.**
View seller information

♡ Add to list          🎁 Add to registry

### Protect your purchase
Get the best value on product protection including fast repairs or replacements.

### About this item

#### Product details

**Material:** silicone and ABS
**Cleaning Modes:** 5
**Function:** cleansing exfoliating massaging
**Voltage and current:** 5V/1A
**Battery capacity:** 300mAh
**Waterproof rating:** IPX6
**Size:** 188.5*36.5*22.3mm
**Weight:** 130g

- The facial cleansing brush with high frequency ultrasonic technology and high quality silicone material, can deeply cleanse your skin without harming it and can effectively solve your skin problems.
- The sonic facial cleansing brush has 5 different cleaning modes. You can choose the cleaning mode according to your skin sensitivity.
- The facial cleanser also has a massage function. When used with the serum, it can effectively absorb and make your skin firm, rosy and glowing.
- The face cleansing brush is made of silicone and ABS material, safe and non-irritating. The soft cleansing brush is used for cleansing and exfoliating and is more comfortable for your skin.
- Portable facial cleansing brush, convenient to carry for travel, business trip and play in outside. The best gift for your mom, wife or friend.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

#### Specifications

**Brand**
Funnyfairy

**Manufacturer Part Number**
LJ-00200G

💬 Report incorrect product information

Checkout



| Subtotal (1 item) | $15.55 |
|---|---|
| Shipping | Free |
| Estimated taxes | $1.09 |
| **Estimated total** | **$16.64** |

Have a promo code? ⌄



1. Free shipping, arrives by Sat, Jul 8 ✓

⬛⬛⬛ Miami, FL 33138                    Edit

**Delivery instructions**                    Add

Add gate codes or other useful information.

**Items details**                    Hide details
**Arrives by Sat, Jul 8**  (1 item)

Sold and shipped by Yinchuan Xingtlan E-commerce Sales Co., Ltd.

Sonic Face Cleansing Brush Anti-Aging Lift Facial Skin Handheld        $15.55
Cleansing Tool
Actual Color: Green

Remove      [ − ] 1 [ + ]



💳 **2. Payment method**                    ⊖

**Pay with card**

[VISA] [DISCOVER] [MasterCard] [AMERICAN EXPRESS] [__] [Gift Card] [EBT] [OTC NETWORK] [__]

Learn more about payment methods we accept.

* Required field

💳 Card number *

**Continue**

**Other ways to pay**                    ⌄

Pay with PayPal                    Pay in monthly installments with Affirm

☑ Remember my PayPal account details      Items in your cart are not eligible for Affirm.

[ PayPal ]                              [ affirm ]

**Walmart+**  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

📱 **3. Mobile contact**                    ✓

We'll contact you in case anything comes up with your order.

# Purchase evidence – Walmart sellers

## Cart (14 items)

 Pickup and delivery options ⌄

Shipping, arrives Mon, Sep 25–Mon, Oct 23    See options

$12.00 shipping

**14 items**    ⌃

Arrives by Mon, Sep 25    1 item

Sold by Eryuan⊘ **Pro Seller**
Fulfilled by Walmart

Facial Cleansing Brush, Waterproof Vibrating and Heating Face Brush for Deep Cleansing, Gentle Exfoliating and...    **$15.99**    ~~$78.99~~
Actual Color: Pink 2                                                You save $63.00
🔵 Free 90-day returns
Only 5 left

🛡 Add Walmart Protection Plan by Allstate
View details
(Only one option can be selected at a time.)
☐ 2-Year plan - $2.00
☐ 3-Year plan - $3.00

Remove    Save for later    | 1 |

Arrives by Tue, Sep 26    1 item

Sold and shipped by Electronicsonic.com

Pursonic FC200PK Silicone Facial Brush&#44; Pink    **$11.77**
🔵 Free 30-day returns

Remove    Save for later    | 1 |

Arrives by Sat, Sep 30    1 item

Sold and shipped by VivaBella⊘ **Pro Seller**

StyleCraft Scrubs Gentle Cleansing Facial Brush - Pink for Unisex - 1 Pc    **$26.55**
Actual Color: Pink
🔵 Free 30-day returns
Only 2 left

🛡 Add Walmart Protection Plan by Allstate
View details
(Only one option can be selected at a time.)
☐ 2-Year plan - $3.00
☐ 3-Year plan - $3.50

Remove    Save for later    | 1 |

Arrives by Mon, Oct 2    2 items

Sold and shipped by Beautiful & Bold Aesthetics LLC

Deep Cleaning Silicone Facial Cleansing Brush Electric Massage Brush    **$19.00**
🔵 Free 30-day returns

Remove    Save for later    | 1 |

Sold and shipped by The Skin Shop

Ultrasonic Silicone Massage Cleansing Brush    **$35.00**
🔵 Free 90-day returns
Only 2 left

🛡 Add Walmart Protection Plan by Allstate
View details
(Only one option can be selected at a time.)
☐ 2-Year plan - $4.00
☐ 3-Year plan - $5.00

Remove    Save for later    | 1 |

Arrives by Tue, Oct 3    2 items

Sold and shipped by PXNKY Co. Ltd

Sonic Face Wash Brush,Improving the Efficacy of Creams,Anti-aging,Lift Facial Skin,Long Handle,Sonic...    **$19.79**
Actual Color: Green
🔵 Free 31-day returns



Continue to checkout

🛒 Items in your cart are selling fast! Check out soon before they're sold out.    ✕

| Subtotal (14 items) | ~~$318.56~~ |
| Savings | -$77.00 |
| | $241.56 |
| Seller shipping | $12.00 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$253.56** |

$23/mo with affirm
Learn how

Walmart+  **Become a member to get free same-day delivery, gas discounts & more!**    ✕
☐ Try Walmart+ free for 30 days!

Earn 5% cash back on Walmart.com    ✕
See if you're pre-approved with no credit risk. Learn how



Add Walmart Protection Plan by Allstate
View details
(Only one option can be selected at a time.)
☐ 2-Year plan - $2.00
☐ 3-Year plan - $3.00

Remove          Save for later          1

Sold and shipped by Tasharina Corp

Unique Bargains Sonic Facial Cleansing Brush Hygienic Soft          $17.57
Silicone with USB Line for All Skin Cleansing for Women...
Actual Color: Green
⊙ Free 90-day returns
Only 4 left

Add Walmart Protection Plan by Allstate
View details
(Only one option can be selected at a time.)
☐ 2-Year plan - $2.00
☐ 3-Year plan - $3.00

Remove          Save for later          1

---

**Arrives by Wed, Oct 4**                                          1 item

Sold and shipped by Xingtian Ltd.

Sonic Face Cleansing Brush Anti-Aging Lift Facial Skin          $15.55
Handheld Cleansing Tool
Actual Color: Green

Add Walmart Protection Plan by Allstate
View details
(Only one option can be selected at a time.)
☐ 2-Year plan - $2.00
☐ 3-Year plan - $3.00

Remove          Save for later          1

---

**Arrives by Thu, Oct 5**                                          4 items

Sold and shipped by AllYME Store

Silicone Face Cleanser Brush Portable Face Cleaning          $15.49
Massager Exfoliating Blackhead Electric Facial Washing...
Actual Color: Pink
⊙ Free 30-day returns

Add Walmart Protection Plan by Allstate
View details
(Only one option can be selected at a time.)
☐ 2-Year plan - $2.00
☐ 3-Year plan - $3.00

Remove          Save for later          1

Sold and shipped by Joybuy Marketplace

Alloet Men Silicone Face Cleansing Brush 5 Mode Electric          $14.99
Facial Cleanser (Black)
Size: One size
Actual Color: Black
⊙ Free 30-day returns

Add Walmart Protection Plan by Allstate
View details
(Only one option can be selected at a time.)
☐ 2-Year plan - $2.00
☐ 3-Year plan - $3.00

Remove          Save for later          1

[Reduced price]

Handheld Rechargeable Acoustic Wave Facial Cleanser,          $14.99
Waterproof Electric Household Portable Cleaning Facial...          $18.99
Actual Color: Green                                          You save $4.00
⊙ Free 30-day returns

Add Walmart Protection Plan by Allstate
View details
(Only one option can be selected at a time.)
☐ 2-Year plan - $2.00
☐ 3-Year plan - $3.00

Remove          Save for later          1

Sold and shipped by Joybuy Marketplace(Express)



Ltesdtraw Men Silicone Face Cleansing Brush 5 Mode
Electric Facial Cleanser (Black)

$13.89

Size: One size

Actual Color: Black

Free 30-day returns

Only 2 left

Add Walmart Protection Plan by Allstate

View details

(Only one option can be selected at a time.)

2-Year plan - $2.00

3-Year plan - $3.00

Remove    Save for later    | 1 |

Arrives by Sat, Oct 7                                                    1 item

Sold and shipped by Billbianc

$5.00 Freight shipping

Soft Silicone Cleansing Brush - Gentle Sonic Cleansing
Brush - Waterproof Cleansing Brush Rechargeable Electric...

$13.99

Actual Color: Red

Free 30-day returns

Add Walmart Protection Plan by Allstate

View details

(Only one option can be selected at a time.)

2-Year plan - $2.00

3-Year plan - $3.00

Remove    Save for later    | 1 |

Arrives by Mon, Oct 23                                                  1 item

Sold and shipped by Heldig

$7.00 Freight shipping

Facial Cleansing Brush, Electric Face Cleansing Brush with 5
Adjustable Speed, IPX6 Waterproof Silicone Face Brush,...

$6.99

$16.99

You save  $10.00

Free 90-day returns

Remove    Save for later    | 1 |



**Shipping, arrives between Mon, Sep 25—Mon, Oct 23**

████
████████████, Miami, FL 33131

Edit

**Delivery instructions (optional)**                    Add

Add access codes or other necessary information.

**Items details**                                        View details
One-time purchase (13 items)

+3

**Place order for $242.90**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (13 items) | ~~$292.01~~ |
|---|---|
| Savings | -$77.00 |
|  | $215.01 |
| Seller shipping | $12.00 |
| Estimated taxes | $15.89 |

☐ Give $0.10 to The National Fish and Wildlife   ⓘ
Foundation to support your local co
Round up your total to the nearest dollar to donate

**Donate a whole dollar to The National Fish and**   ⓘ
**Wildlife Foundation**

| $1.00 | $2.00 |
|---|---|

**Estimated total**                    $242.90

Have a promo code?                    ⌄



**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA  ████████                    $242.90

+ Add new payment                    Edit payment

or pay **$20/mo** with affirm                    Apply now



Walmart+ Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)***

████████

☐ I want to receive text updates about the status of my order.

Reese's **Halloween's a scream**                                   Sponsored

✓

Thanks for your order!
## You saved $77.00

**Walmart+**  Join today
**Members can save $1,300/year with free shipping and delivery\***          Try Walmart+ Free

We'll email details to ████████████
Order #200011418652738 | $242.90

sparkgood  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out.  Select a local charity ⓘ

### 🚚 Shipping, arrives between Mon, Sep 25—Mon, Oct 23

████████████, Miami, FL 33131

**Arrives by Mon, Sep 25**
One-time purchase (1 item)

**Arrives by Tue, Sep 26**
One-time purchase (1 item)

**Arrives by Mon, Oct 2**
One-time purchase (2 items)

**Arrives by Tue, Oct 3**
One-time purchase (2 items)

**Arrives by Wed, Oct 4**

Continue Shopping

**Arrives by Thu, Oct 5**
One-time purchase (4 items)

**Arrives by Sat, Oct 7**
One-time purchase (1 item)

**Arrives by Mon, Oct 23**
One-time purchase (1 item)

### 📦 Get order updates anytime with the app
Scan the QR code or search "Walmart app" in your App Store to download.

**Make it easier to sign in**                                   Verify number



| | |
|---|---|
| Total order savings | $77.00 |








Add    Add    Add    Add    Add    Add

**$12.80** $16.00

Daily Concepts Daily Facial Roller

★★★½ 10

2 days

**$11.63** $1.11/fl oz

Dove Exfoliating Body Polish Scrub Oatmeal &...

★★★★½ 1385

2 days

**$18.47**

Blackhead Remover Vacuum,Upgraded Facial Pore...

★★★★★ 1602

2 days

**$8.44**

Finishing Touch Flawless Facial Massage Ice Roller

★★★½ 6

**$9.00** 8.3 ¢/ea

Hanhoo On The Go Hydrocolloid Acne Patch Roll, All Ski...

★★★★ 63

2 days

**$1.97** $5.97/fl oz

Freeman Natural Skincare Clearing Charcoal & Tomat...

★★★★½ 54

Earn 5% cash back on Walmart.com   See if you're pre-approved with no credit risk   Learn how

ONE   Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more



Continue Shopping







Review order

Shipping, arrives between Thu, Sep 28—Tue, Oct 10

Miami, FL 33131                                                    Edit

Delivery instructions (optional)                                   Add
Add access codes or other necessary information.

Items details                                                    View details
3 items

Payment method

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA    Ending in 6553                                              $42.41

+ Add new payment                                    Edit payment

Walmart+   Free 30-day trial
Save with free delivery + so much more
Restrictions apply.
Try Walmart+ free for 30 days

Mobile contact

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*
☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

© 2023 Walmart. All Rights Reserved.    Give feedback    CA Privacy Rights    Your Privacy Choices    Notice at Collection    Request My Personal Information    California Supply Chains Act

Place order for $42.41
By placing this order, you agree to our Privacy Policy and Terms of Use.

Subtotal (3 items)                                                 $37.65
Seller shipping                                                     $1.99
Estimated taxes                                                     $2.77

☐ Give $0.59 to The National Fish and Wildlife     ⓘ
Foundation to support your local co
Round up your total to the nearest dollar to donate

Donate a whole dollar to The National Fish and     ⓘ
Wildlife Foundation
$1.00    $2.00

Estimated total                                                    $42.41

Have a promo code?                                                  ⌄

   

  

Departments | Services | Search everything at Walmart online and in store | Reorder My Items | Account



Order confirmed

## Thanks for your order!


Walmart+ Join today
Members can save $1,300/year with free shipping and delivery*
Try Walmart+ Free

We'll email details to █████████████

Order #20001245163146 | $42.41

sparkgood **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ



**Shipping, arrives between Thu, Sep 28—Tue, Oct 10**

█████████ Miami, FL 33131

**Arrives by Thu, Sep 28**
1 item

**Arrives by Wed, Oct 4**
1 item



**Arrives by Tue, Oct 10**
1 item





**Get order updates anytime with the app**
Scan the QR code or search "Walmart app" in your App Store to download.


Make it easier to sign in
Verify number

## Weekly deals
Up to 65% off

View all

     

| + Add | + Add | + Add | + Add | + Add | + Add |

| $10.99 $12.99 | $12.96 | $15.49 $19.99 | $782.99 $1,565.98 | $699.99 $1,199.99 | $399.00 $494.50 |
| MOSHU V Neck | JWD Summer | FOLUNSI Women's | Vivi 26" 4.0 Fat Tire | Segmart Mobility | PowerSmart 21- |

DOE Number: 354
Seller Name: Cao ruixin
Marketplace: Wish

wish

| Popular | Express | Blitz Buy | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | More |

Health and Beauty › Beauty and Cosmetics › Skin Care › Skin Care Tools

**Overview**    Related



Deep Cleaning Silicone Facial Cleanser Electric Facial Cleanser Electric Facial Cleanser Cleans The Skin Deep Cleansing Massage Brush

**$7.97**

4 interest-free payments of $1.99 with afterpay⚡ or Klarna. Learn more

Color:

Blue ▼

**Add to cart**

♡ Add to Wishlist

**Flat rate shipping**

Spend $10 more to qualify     $10
Ship all eligible items for **$2.99**

Estimated delivery: Apr 30–May 8

**Standard shipping**  $2.99
**Flat rate eligible**
Apr 30–May 8

Items are sold and shipped by Cao ruixin

**Description**                                    Show Less

Features:
Increase brushing head, cover facial skin in large area, clean in many directions, eliminate acne more thoroughly.
High frequency vibration silence effect, for your more comfortable use, we carry out humanized design.
Strengthen massage brush and fine contacts to make contacts closer to skin, softer and less harmful to skin.
Fuselage waterproof design, no longer need to worry about falling into the water, imagine cleansing fun, comfortable and enjoy its good.
USB Charging is Convenient, Fast, Persistent and Easy.
 Description:
Deep cleanliness without dead corner, brighten skin, tighten and soothe.
 Specifications:
Color: rose red,azure,
Size: 80*80*35mm
Vibration frequency: 6000 RPM
Charging mode: USB charging
Waterproof: Yes
Power supply: 200 Mah
 Packaget included:
1x Charging Waterproof Beauty Instrument
 Notice:
1.All the pictures in our store are 100% taken from the original products. Because of light in different environments, different display screens, and other reasons, probably there will be a little chromatic aberration between picture and product.
2.Due to the manual measurement and different measurement methods, please allow1-3mm deviation.Thanks!

**Reference Price by Seller**                      Show Less

A reference price is provided by the seller of the item (caoruixin). Percentage off and savings amounts are based on the seller's reference price. Sellers are not required to provide a reference price, but if they do, it should be (a) the Manufacturer's Suggested Retail Price (MSRP) or similar List Price of the product; or (b) the price at which the item has been recently offered for sale and for a reasonable period of time.
The reference price can give you an indication of the value of the product butsome stores may sell the item for less than the reference price.

If you feel a reference price is inaccurate or misleading please report it with the URL for the listing to report-abuse@wish.com

**Sold By**                                        View store

 Cao ruixin

