UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## NOTICE OF FILING PROPOSED SUMMONS

Plaintiff, FOREO INC., by and through its undersigned counsel, and in compliance with the Court's Sealed Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order and Setting Hearing, dated November 15, 2023 (Dkt. 21), hereby gives notice that the foregoing document is being electronically filed.

Dated: November 16, 2023        Respectfully submitted,

                                                */s/ Rossana Baeza*
                                                Rossana Baeza (FL Bar No. 1007668)
                                                BOIES SCHILLER FLEXNER LLP
                                                100 SE 2nd Street
                                                Suite 2800
                                                Miami, Florida 33131
                                                Tel: (305) 357-8415
                                                rbaeza@bsfllp.com

                                                *Counsel for Plaintiff Foreo Inc.*