UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

       Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A,

       Defendants.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff GOORIN BROS., INC., voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1 | Asia Pacific Perfect Technology Co., Ltd. | https://zmytech1.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.4844317aH5wLhR&from=detail&productId=1600483991333 |
| 2 | Dongguan Define Beauty Electronic Technology Co., Ltd. | https://definebeauti.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.29111f40BHI1ox&from=detail&productId=1600286624236 |
| 5 | Dongguan Xuanyi Technology Co., Ltd. | https://beautyswish.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.77dd3bdeNwUql4&from=detail&productId=10000003064734 |
| 8 | Guangdong Zhongyi Technology Co., Ltd. | https://zoytechnology.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.4193296bXkwxX1&from=detail&productId=62445946280 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
| 9 | Guangzhou Create Future Import And Export Trading Co., Ltd. | https://createfuture17.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.209e5604TojtLI&from=detail&productId=1600727750718 |
| 11 | Guangzhou Ouyajia Beauty Products Equipment Co., Ltd. | https://oyaga.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.66d56b959y6PPb&from=detail&productId=1600756009361 |
| 12 | Guangzhou Shutong Information Technology Co., Ltd. | https://homebeautymachine.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.606f34c7n8qonL&from=detail&productId=1600447450063 |
| 13 | GuangZhou T&B Beauty Equipment Co., Ltd. | https://mbsbeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.22a87ca7gm45qk&from=detail&productId=1600559059820 |
| 15 | Guangzhou Zhenhao Trading Co., Ltd. | https://zhenhao1.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.6dfb5601qn5SQF&from=detail&productId=1600125519954 |
| 16 | Hebei Susan Nini Technology Co., Ltd. | https://susanninibeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.109934bcrQQgP0&from=detail&productId=1600188964842 |
| 17 | Hunan Rongchuang Zhiyuan Network Technology Co., Ltd. | https://partschoice.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.6c043638P3MsLU&from=detail&productId=1600676669881 |
| 18 | Meiji Beauty Technology (Shenzhen) Co. , Ltd. | https://magitechmeiji.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.1ecb14bf9nVoUh&from=detail&productId=1600394122437 |
| 19 | Ningbo Kingworth Global Imp. & Exp. Co., Ltd. | https://kingworthliving.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.62cd3a64JtBTPy&from=detail&productId=1600659084901 |
| 21 | Qichuang Technology Co., Ltd. | https://zgqichuang.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.4d94338a8wC2EM&from=detail&productId=1600174792314 |
| 22 | Shantou Lula Electronic Technolog Co., Ltd. | https://lulabeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.6c40671fIY0HdO&from=detail&productId=1600804626301 |
| 23 | Shenzhen Alist Technology Co., Ltd. | https://szalist.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.7d0566b66KqsnU&from=detail&productId=1600096267777 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|-----------------|------------------------------|
| 24 | Shenzhen Amerke Electronic Co., Ltd. | https://amerke.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.56e275b9ERzaah&from=detail&productId=1600673725264 |
| 25 | Shenzhen Baleka Technology Co., Ltd. | https://szbaleka.en.alibaba.com/contactinfo.html |
| 26 | Shenzhen Baozc Technology Co., Ltd. | https://bzc.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.51eb551fQygRa8&from=detail&productId=1600494823635 |
| 28 | Shenzhen Boyuan Intelligent Electronic Technology Co., Ltd. | https://ketrina.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.91c169f0C58z9K&from=detail&productId=1600057916565 |
| 32 | Shenzhen Dream True Tech Co., Ltd. | https://dreamtrutech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.1c715d37uxZkhd&from=detail&productId=1600337253404 |
| 33 | Shenzhen Eyco Technology Co., Ltd. | https://eycotech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.178c715csTZlSJ&from=detail&productId=62224867673 |
| 38 | Shenzhen King Gima Technology Co., Ltd. | https://gimabeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.25513b9asFPC6O&from=detail&productId=1600574567945 |
| 39 | Shenzhen KKS Tech Co., Ltd. | https://kakusan.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.49f924d5LPDwjO&from=detail&productId=1600590850826 |
| 41 | Shenzhen Leadworlds Technology Co., Ltd. | https://leadworlds.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.51bd4adfeJ6vIa&from=detail&productId=1600108074698 |
| 42 | Shenzhen Liangji Technology Co., Ltd. | https://szliangji.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.4bef6c12nsHnLG&from=detail&productId=1600141201156 |
| 44 | Shenzhen Liuluanmei Electric Co., Ltd. | https://liuluanbeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.1c2bcc95JeR394&from=detail&productId=1600232454193 |
| 46 | Shenzhen Margotan Tech Co., Ltd. | https://margotan.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.16217d4294YXMp&from=detail&productId=1600318821463 |
| 51 | Shenzhen Neiger Technology Co., Ltd. | https://binzimbeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.5a6a6054SVAXil&from=detail&productId=60804557137 |
| 57 | Shenzhen Sunhills Network Technology Co., Ltd. | https://sunhills.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.5abc330eccTMxH&from=detail&productId=1600598482391 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 59 | Shenzhen Trendz Technology Co., Ltd. | https://zlime.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.5a6a74cchcSIR9&from=detail&productId=1600319121487 |
| 60 | Shenzhen Wanlong Technology Co., Ltd. | https://wandragon.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.75bc673emORQvR&from=detail&productId=1600567449000 |
| 61 | Shenzhen Water Stone Technology Co., Ltd. | https://szss.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.59b722660Zvo9n&from=detail&productId=1600153147957 |
| 63 | Shenzhen Xingchengyuan Technology Co., Ltd. | https://cyeahtech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.48a64b1dl2Zmy0&from=detail&productId=62401795249 |
| 64 | Shenzhen Xiteyou Electronic Technology Co., Ltd. | https://xiteyou.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.642e43b4N58IdJ&from=detail&productId=1600594673034 |
| 66 | Shenzhen Yazi Technology Co., Ltd. | https://yazibeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.611d4446P8pElb&from=detail&productId=62381138637 |
| 67 | Shenzhen Yuexi Technology Co., Ltd. | https://miqmi.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.52fb4b5acVSlX0&from=detail&productId=1600251994051 |
| 69 | Wenzhou Uming Trading Co., Ltd. | https://uming.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.3a716a35yAEMKf&from=detail&productId=1600550795788 |
| 70 | Wenzhou Welland Electric Co., Ltd. | https://wellandbeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.6d9b28d3hlXbK1&from=detail&productId=1600346166929 |
| 71 | Xiamen You Can New Material Co., Ltd. | https://xiamenyoucan.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.7ccd6521mOCB7g&from=detail&productId=1600669107363 |

Dated: November 21, 2023

Respectfully submitted,

*/s/ Rossana Baeza*
Rossana Baeza (FL Bar No. 1007668)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8415
rbaeza@bsfllp.com

*Counsel for Plaintiff Foreo Inc.*

4