United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Foreo Inc., Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A, Defendants. | ) Civil Action No. 23-23631-Civ-Scola ) ) ) ) ) |

### Order Extending Temporary Restraining Order and Resetting Preliminary Injunction Hearing

This matter is before the Court on the Plaintiff's Motion to Extend the Temporary Restraining Order Dated November 15, 2023, and to Reschedule the Hearing Scheduled for November 27, 2023, in connection with the Plaintiffs' Motion for a Preliminary Injunction. (Mot. ECF No. 26.)

Upon consideration and finding that the Plaintiff has presented good cause, the Court **grants** the motion (**ECF No. 26**) and orders as follows:

(1) The Preliminary Injunction videoconference hearing, originally scheduled for November 27, 2023 at 9:00 am, is hereby **reset** to **December 11, 2023**, at **8:15 am**. Login credentials will follow.

(2) The Sealed Temporary Restraining Order dated November 15, 2023, (ECF No. 21) shall remain in full force and effect until **December 13, 2023**. As limited by Federal Rule of Civil Procedure 65(b)(2), the Court will not consider any further extension of the temporary restraining order without the consent of the Defendants.

(3) Once the Plaintiff has served all the Schedule A Defendants and confirmed that their accounts have been restrained, it must, **within five days**, file a motion to unseal and add all the Schedule A Defendants as parties through CM-ECF, or otherwise explain why any materials should remain under seal.

(4) Any response or opposition to the Plaintiff's Motion for Preliminary Injunction must be filed and served on the Plaintiff's counsel by noon on **December 8, 2023**, and filed with the Court, along with Proof of Service. The above dates may be revised upon stipulation by all parties and approval of this Court.

**Done and ordered**, in Miami, Florida, on November 22, 2023.

_____
Robert N. Scola, Jr.
United States District Judge