UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

     Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff

FOREO INC., voluntarily dismisses the following Defendant listed on Schedule A to the

Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
| 328 | E-Commerce Hong Kong Corporation | https://www.walmart.com/seller/18988?itemId=2473875696&pageName=item |

Dated: November 22, 2023       Respectfully submitted,

                              */s/ Rossana Baeza*
                              Rossana Baeza (FL Bar No. 1007668)
                              BOIES SCHILLER FLEXNER LLP
                              100 SE 2nd Street, Suite 2800
                              Miami, FL 33131
                              Tel: (305) 357-8415
                              rbaeza@bsfllp.com

                              *Counsel for Plaintiff Foreo Inc.*