United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Foreo Inc., Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A, Defendants. | ) Civil Action No. 23-23631-Civ-Scola ) ) ) ) |

**Order of Dismissal**

The Plaintiff has filed a notice of voluntary dismissal, **without prejudice**, as to the following Defendants:

- Asia Pacific Perfect Technology Co., Ltd. (Defendant No. 1 on Schedule "A" to the Complaint);
- Dongguan Define Beauty Electronic Technology Co., Ltd. (Defendant No. 2 on Schedule "A" to the Complaint);
- Dongguan Xuanyi Technology Co., Ltd. (Defendant No. 5 on Schedule "A" to the Complaint);
- Guangdong Zhongyi Technology Co., Ltd. (Defendant No. 8 on Schedule "A" to the Complaint);
- Guangzhou Create Future Import And Export Trading Co., Ltd. (Defendant No. 9 on Schedule "A" to the Complaint);
- Guangzhou Ouyajia Beauty Products Equipment Co., Ltd. (Defendant No. 11 on Schedule "A" to the Complaint);
- Guangzhou Shutong Information Technology Co., Ltd. (Defendant No. 12 on Schedule "A" to the Complaint);
- GuangZhou T&B Beauty Equipment Co., Ltd. (Defendant No. 13 on Schedule "A" to the Complaint);
- Guangzhou Zhenhao Trading Co., Ltd. (Defendant No. 15 on Schedule "A" to the Complaint);
- Hebei Susan Nini Technology Co., Ltd. (Defendant No. 16 on Schedule "A" to the Complaint);
- Hunan Rongchuang Zhiyuan Network Technology Co., Ltd. (Defendant No. 17 on Schedule "A" to the Complaint);
- Meiji Beauty Technology (Shenzhen) Co., Ltd. (Defendant No. 18 on Schedule "A" to the Complaint);

- Ningbo Kingworth Global Imp. & Exp. Co., Ltd. (Defendant No. 19 on Schedule "A" to the Complaint);
- Qichuang Technology Co., Ltd. (Defendant No. 21 on Schedule "A" to the Complaint);
- Shantou Lula Electronic Technolog Co., Ltd. (Defendant No. 22 on Schedule "A" to the Complaint);
- Shenzhen Alist Technology Co., Ltd. (Defendant No. 23 on Schedule "A" to the Complaint);
- Shenzhen Amerke Electronic Co., Ltd. (Defendant No. 24 on Schedule "A" to the Complaint);
- Shenzhen Baleka Technology Co., Ltd. (Defendant No. 25 on Schedule "A" to the Complaint);
- Shenzhen Baozc Technology Co., Ltd. (Defendant No. 26 on Schedule "A" to the Complaint);
- Shenzhen Boyuan Intelligent Electronic Technology Co., Ltd. (Defendant No. 28 on Schedule "A" to the Complaint);
- Shenzhen Dream True Tech Co., Ltd. (Defendant No. 32 on Schedule "A" to the Complaint);
- Shenzhen Eyco Technology Co., Ltd. (Defendant No. 33 on Schedule "A" to the Complaint);
- Shenzhen King Gima Technology Co., Ltd. (Defendant No. 38 on Schedule "A" to the Complaint);
- Shenzhen KKS Tech Co., Ltd. (Defendant No. 39 on Schedule "A" to the Complaint);
- Shenzhen Leadworlds Technology Co., Ltd. (Defendant No. 41 on Schedule "A" to the Complaint);
- Shenzhen Liangji Technology Co., Ltd. (Defendant No. 42 on Schedule "A" to the Complaint);
- Shenzhen Liuluanmei Electric Co., Ltd. (Defendant No. 44 on Schedule "A" to the Complaint);
- Shenzhen Margotan Tech Co., Ltd. (Defendant No. 46 on Schedule "A" to the Complaint);
- Shenzhen Neiger Technology Co., Ltd. (Defendant No. 51 on Schedule "A" to the Complaint);
- Shenzhen Sunhills Network Technology Co., Ltd. (Defendant No. 57 on Schedule "A" to the Complaint);
- Shenzhen Trendz Technology Co., Ltd. (Defendant No. 59 on Schedule "A" to the Complaint);

- Shenzhen Wanlong Technology Co., Ltd. (Defendant No. 60 on Schedule "A" to the Complaint);
- Shenzhen Water Stone Technology Co., Ltd. (Defendant No. 61 on Schedule "A" to the Complaint);
- Shenzhen Xingchengyuan Technology Co., Ltd. (Defendant No. 63 on Schedule "A" to the Complaint);
- Shenzhen Xiteyou Electronic Technology Co., Ltd. (Defendant No. 64 on Schedule "A" to the Complaint);
- Shenzhen Yazi Technology Co., Ltd. (Defendant No. 66 on Schedule "A" to the Complaint);
- Shenzhen Yuexi Technology Co., Ltd. (Defendant No. 67 on Schedule "A" to the Complaint);
- Wenzhou Uming Trading Co., Ltd. (Defendant No. 69 on Schedule "A" to the Complaint);
- Wenzhou Welland Electric Co., Ltd. (Defendant No. 70 on Schedule "A" to the Complaint);
- Xiamen You Can New Material Co., Ltd. (Defendant No. 71 on Schedule "A" to the Complaint); and
- VivaBella (Defendant No. 352 on Schedule "A" to the Complaint). (ECF Nos. 25, 27.)

The Plaintiff's notice of voluntary dismissal is approved and adopted. This case will remain open because the Plaintiff's claims against the other Defendants listed on Schedule A remain pending.

**Done and ordered** in Miami, Florida, on November 22, 2023.

Robert N. Scola, Jr.
United States District Judge