UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A,

    Defendants.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff FOREO INC., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 3 | Dongguan I-Believe Electronic Appliance Co., Ltd. | https://toppernail.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.53047e22rAz81G&from=detail&productId=1600676548858 |
| 4 | Dongguan Super Electric Technology Co., Ltd. | https://superelectric.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.15147032stolZH&from=detail&productId=1600209811193 |
| 6 | Fuzhou Chenxing Weiye Electronic Technology Co., Ltd | https://cncrownstar.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.7d8c362auUktPj&from=detail&productId=1600558298633 |
| 7 | Guangdong Newdermo Biotech Co., Ltd. | https://newdermo.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.19ec253dWEDjAP&from=detail&productId=1600328470369 |
| 10 | Guangzhou Hottop Global E-Commerce Co., Ltd. | https://hottopglobal.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.4e471b59PXSivX&from=detail&productId=1600345261762 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 14 | Guangzhou Wonder Rise Technology Co., Ltd. | https://wonder-rise.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.21241b81rDIHEy&from=detail&productId=62013051856 |
| 20 | Pinsheng Electronics Co.,Ltd | https://pselectronics.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.700f6fa5oDsImF&from=detail&productId=1600202495947 |
| 27 | Shenzhen BJI Technology Co., Ltd. | https://beautyjoy.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.4b055957pPQtgU&from=detail&productId=1600144806667 |
| 29 | Shenzhen Canvor Technology Co., Ltd. | https://canvor.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.1701ca49QeXS2E&from=detail&productId=1600082268173 |
| 30 | Shenzhen Chen Man Technology Co., Ltd. | https://chenman1688.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.23b2404dLxfwBR&from=detail&productId=1600322558651 |
| 31 | Shenzhen Color Ume Electronic Co., Ltd. | https://colorume.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.36df6003DdXNRh&from=detail&productId=62349096318 |
| 34 | Shenzhen Hongyu Technology Co., Ltd. | https://hongyutec.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.4e3041ady8GXW3&from=detail&productId=62478070387 |
| 35 | Shenzhen JPC Technology Co., Ltd. | https://jpctech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.22ad4b59sFopFS&from=detail&productId=1600251013375 |
| 36 | Shenzhen Kasitong Technology Co., Ltd. | https://kyliebeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.3d1f73109lb1Mn&from=detail&productId=1600706298306 |
| 37 | Shenzhen Kelemi Model Technolgy Co., Ltd. | https://kelemi.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.5e954211lHyLGR&from=detail&productId=1600230256300 |
| 40 | ShenZhen LCB Technology Co., Ltd | https://lcbtech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.37957a6e1UicZ4&from=detail&productId=1600493354351 |
| 43 | Shenzhen Liman Technology Co., Ltd. | https://limanbeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.4099526aBttZLz&from=detail&productId=1600189192246 |
| 45 | Shenzhen Luokefan Technology Co., Ltd. | https://workfine.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.ca1567df2I9aq3&from=detail&productId=1600613807535 |
| 47 | Shenzhen Miqu Technology Co., Ltd | https://miqu-mag.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.363721aepLY35G&from=detail&productId=1600366718568 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
| 48 | Shenzhen Mlikang Technology Co., Ltd. | https://mlikang.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.13b96ffbgVOsyj&from=detail&productId=1600286195485 |
| 49 | Shenzhen Mlike Technology Co., Ltd | https://szmlike.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.33516010YxaZOw&from=detail&productId=1600278798297 |
| 50 | Shenzhen Mlike Technology Co., Ltd. | https://szmlike.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.1c0f6b5cHRtoG1&from=detail&productId=1600083154845 |
| 52 | Shenzhen Niu Fulai Electronic Technology Co., Ltd. | https://niufulai.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.2f6b6fb82i8416&from=detail&productId=1600204441601 |
| 53 | Shenzhen Nove Technology Co., Ltd. | https://novebeauty.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.7e43789aUmc8IL&from=detail&productId=1600102776723 |
| 54 | Shenzhen Semlamp Intelligent Technology Co., Ltd. | https://semlamp.en.alibaba.com/contactinfo.html |
| 55 | Shenzhen Sheng Banghua Technology Development Co., Ltd. | https://sobon88.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.3a3069ddscgz9v&from=detail&productId=1600691275809 |
| 56 | Shenzhen Skyful Technology Co., Ltd. | https://skyful99.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.2feae9826hjXEM&from=detail&productId=1600194322270 |
| 58 | Shenzhen Tangsheng Electronic Technology Co., Ltd. | https://tysound.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.fb74cf15LKxk6h&from=detail&productId=1600191823243 |
| 62 | Shenzhen Wei Chen Yang Technology Co., Ltd. | https://wcytech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.1adf776bbfa1Ec&from=detail&productId=60834207624 |
| 65 | Shenzhen X-World Technology Co., Ltd. | https://x-world.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.583323efwQ8OHy&from=detail&productId=1600260453828 |
| 68 | Shenzhen Yuwei Trading Co., Ltd. | https://szyuv.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.0.0.305b7ac1iJOdpB&from=detail&productId=1600225011725 |

Dated: December 8, 2023

Respectfully submitted,

*/s/ Jason S. Zack*
Jason S. Zack (FL Bar No. 96170)
jzack@bsfllp.com
Rossana Baeza (FL Bar No. 1007668)
rbaeza@bsfllp.com

3

BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8443

*Counsel for Plaintiff Foreo Inc.*