UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## PROOF OF SERVICE

I certify and declare that I am over the age of 18 years, employed in the county of Miami-Dade, and I am an attorney for Plaintiff, FOREO INC., in the above captioned action.

On December 4 and 8, 2023, Boies Schiller Flexner LLP emailed copies of the Complaint, Issued Summons, Motion for TRO, TRO, Order extending TRO, and Order Granting Motion for Alternative Service to each Defendant currently in this action, in compliance with this Court's Sealed Order Authorizing Alternate Service of Process on Defendants dated November 15, 2023 (Dkt. 22). Boies Schiller Flexner LLP also effected service of process on Defendants via publication by posting a true and accurate copy of the Complaint, Issued Summons, and all other filings in this case, on the website http://foreo-cases.com/case-23-cv-23631.html.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 8, 2023, at Miami-Dade County, Florida.

2

/s/ Jason S. Zack
Jason S. Zack (FL Bar No. 96170)
jzack@bsfllp.com
Rossana Baeza (FL Bar No. 1007668)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street
Suite 2800
Miami, Florida 33131
Tel: (305) 357-8415

*Counsel for Plaintiff Foreo Inc.*