UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/



## NOTICE OF POSTING BOND

Plaintiff, by and through their undersigned counsel, pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c) and in compliance with the Court's Sealed Order Granting *Ex Parte* Application for Temporary Restraining Order and Setting Hearng dated November 15, 2023 (Dkt. 21), hereby gives notice that a check for Ten Thousand Dollars ($10,000.00) was hand delivered to the Court Clerk's Office located at 400 N Miami Ave, Miami, FL 33128, on December 8, 2023.

Dated: December 8, 2023

                                                   Respectfully submitted,

                                                   Rossana Baeza (Bar No. 1007668)
                                                   BOIES SCHILLER FLEXNER LLP
                                                   100 SE 2nd Street, Suite 2800
                                                   Miami, FL 33131
                                                   305 357 8436
                                                   rbaeza@bsfllp.com

                                                   *Attorney for Plaintiff Foreo Inc.*