UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A,

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff FOREO INC. hereby gives notice that the Defendants[1] identified below are being added as parties to this matter.

    Forever Beauty House Store
    Fuarscs Beauty Official Store
    Hchenyu Store
    Lola Beauty
    Moajaza
    Shiner Store
    Shopping Factory Store
    Amazing China Products
    ITME Store
    Lucky-minfan
    suiningaitufuzhuangdian
    XingZhouHe
    Zhou Daweidedian
    aawqq
    adrs7
    basop6

---

[1] Defendants were previously listed on Schedule A to the Complaint, which was filed under seal on September 26, 2023 (Dkt. 16).

beatrix2
bevjhb
bfrda
bgeed
bgrft
bttr88
buirnce
bvbcuw
bvvfcf
bxhtqb
ccfft
cffzz
cfghy
cfgtre
cftde
cftgff
cggmk
ctufqi
davkpj
ddyzvy
dffrft
diana11
diejck
dina51
djife32
dldl123123
dslf44
ecmuyn
edmki
eloif69
emnru230
erinog
eurj18
fasr87
femf95f
fitzgerald2
fmmaoe2
foigj55
fploikk
fswnn33
fuvlkb
hftfcn
hgwdf625
hover8
jade86
jguyhxz10

jlyx
kiki2
kun6
ldsf26
liliooo
lsclot
mark776
meyanbeautymachine2
ngyhe
Ofunuobeautymachine
okif0fe
oklkuz
perpv94
ploik
plpaa
pvbwcc
quak11
quanbai66
ruiqi06
sbisnc
slf51gs
smyy9
szzas
takelovehome
vmxixhs300
wedswty68
wedswty998
xcxbeauty
xovke
xxlb
yao07
you07
youe
zaneo
zhucai33
zwgf
12pegleg
2016dani86

Dated: December 8, 2023                    Respectfully submitted,

                                           */s/ Jason S. Zack*
                                           Jason S. Zack (FL Bar No. 96170)
                                           jzack@bsfllp.com
                                           Rossana Baeza (FL Bar No. 1007668)
                                           rbaeza@bsfllp.com
                                           BOIES SCHILLER FLEXNER LLP

3

100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8415

*Counsel for Plaintiff Foreo Inc.*