UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff FOREO INC. hereby gives notice that the Defendants[1] identified below are being added as parties to this matter.

    9enjoyshopping
    acost6169
    actionhousebabes
    alpha_toner
    altatac
    alv-ala-x6hs5bo
    anything_here
    anyvolume
    armor_of_god
    artf.mo0
    aseel75
    baboonia
    baozousports01
    bestowal
    BETA BOX
    bk18_shop

---

[1] Defendants were previously listed on Schedule A to the Complaint, which was filed under seal on September 26, 2023 (Dkt. 16).

black_label_sales
blondechick55
boygirlsnew-02
boysgirlsnew-02
braeana
breble66
businessbezo
cdpcstore
cheerfuldays08
cnydeals315
curbsidrandom
cyberoutlet14
dapperica
darknessseagull25
dawdigiacom0
deals4real-0
dealwithzeal
derel_57
dev218
dianzi-44
dmcove27
dreamflywo-10
ecffl
eclipsefastpitch2
eufaulagirl
finelivingcollections
fnilleks
forestytore
fortunately6
Fun-Home-914
gamertechz
gladidavi2
gogetter8719
gogotop-666
goingon61
gotogoodsllc
gufl8006
healthiswealth-tyler
homematecollection
hot_sale66
humble_living_sales
imud39
inthemeadow
jass2965
jedigirl10
jekyllu.s.a

jemsbyjen
jg-trading
jiche96
jkatang
jlmays84
jobob-treasures
kenn.johns
kinseibeauty4
l3unnypink
lcmj2018au
lcmj2018us
leon_gill
linsh0p
lovinglightcandles
lowcost-10
luckylemonmarket
luxury.china
mastertoner
maxam78
mbz-24*de
mbz-24de
mcenterprises_llc
Mg fashion love
mhstore77
migasol
mimocompr
nadalghait0
nannyrocks120
nare8196
nycunitedgoods
oakey_27
oebristol
ottostore
outleth74
pencilcolor2017
positiveshopnr1
ramireariadn-0
rodcogroup

Dated: December 8, 2023                         Respectfully submitted,

                                                /s/ Jason S. Zack
                                                Jason S. Zack (FL Bar No. 96170)
                                                jzack@bsfllp.com
                                                Rossana Baeza (FL Bar No. 1007668)
                                                rbaeza@bsfllp.com
                                                BOIES SCHILLER FLEXNER LLP

100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8415

*Counsel for Plaintiff Foreo Inc.*