UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff FOREO INC. hereby gives notice that the Defendants[1] identified below are being added as parties to this matter.

    rumaxtrade
    shmcg-7339
    shop_purple
    shopcom2000
    shopcrownhouse
    sita-ram (22)
    solyansoutlet
    star61172
    steffanief13
    storageauctionpirate
    stylemebri
    sunken_treasure
    sunlin1120
    taiyuanhuiguaisaish-0
    tandzik9
    tdbsmarketplace

---

[1] Defendants were previously listed on Schedule A to the Complaint, which was filed under seal on September 26, 2023 (Dkt. 16).

teresbenedic5
theezay
thetajan
thisiskatherine
triciatre_4
unixskin
useeisell
vallimerick
vmotorv
w20836
waggcomputer
wallscloset04
watchbandspot
wellnesseer
wellnessseer
wenfindsmore
wisithuru_product
wow-shoppers-llc
yanksfan12345
yolandlor-0
yyi89578
zongtian
ArzariBeauty
BellesSecrets
Digital Blonde Shop
JFieldsCo
Lucky Lemon Market
PaintByNumberUK
SkinAngelLLC
Acme Approved
AIIYME Store
Ankang
AutmorDirect.us
Beautiful & Bold Aesthetics LLC
Billbianc
BOTE LLC
CDJLYUS Co. Ltd.
Childlike Innocence
CkeyiN Official
Electronicsonic.com
Eryuan Network Technology Co., LTD
Good Choice
Good Day
Heldig
IOCOCEE
Jones N Panda Corp

    JT Home Store
    Kikuu
    kunminghuireng Co. ltd
    Li HB Store
    LonRon Co.Ltd
    LotusHaze
    PXNKY Co. Ltd
    Quisque Ornare Inc
    RAINRO Co., Ltd.
    Sevenstore
    Shaoxing Sandeli Textile Co. LTD
    Skincare
    SOTNDA Co. Ltd
    Tasharina Corp
    The Skin Shop
    VASYL Flagship store
    Yinchuan Xingtian E-commerce Sales Co., Ltd.
    Cao ruixin

Dated: December 8, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Jason S. Zack*
　　　　　　　　　　　　　　　　　　　　Jason S. Zack (FL Bar No. 96170)
　　　　　　　　　　　　　　　　　　　　jzack@bsfllp.com
　　　　　　　　　　　　　　　　　　　　Rossana Baeza (FL Bar No. 1007668)
　　　　　　　　　　　　　　　　　　　　rbaeza@bsfllp.com
　　　　　　　　　　　　　　　　　　　　BOIES SCHILLER FLEXNER LLP
　　　　　　　　　　　　　　　　　　　　100 SE 2nd Street, Suite 2800
　　　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　　　Tel: (305) 357-8415

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Foreo Inc.*