UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff FOREO INC., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 192 | braeana | https://www.ebay.com/usr/braeana |
| 349 | Tasharina Corp | https://www.walmart.com/seller/571?itemId=937467656&pageName=item&returnUrl=%2Fip%2FUnique-Bargains-Sonic-Facial-Cleansing-Brush-Hygienic-Soft-Silicone-with-USB-Line-for-All-Skin-Cleansing-for-Women-Men-Green%2F937467656%3Ffrom%3D%252Fsearch |

Dated: December 18, 2023      Respectfully submitted,

                                            */s/ Jason S. Zack*
                                            Jason S. Zack (FL Bar No. 96170)
                                            jzack@bsfllp.com

Rossana Baeza (FL Bar No. 1007668)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8443

*Counsel for Plaintiff Foreo Inc.*