12/14/2023

Black_Label_Sales (eBay storefront)
Michele Powals
Michigan, USA
michele.powals@icloud.com
Tel: (586) 422-5340

**Wilkie D. Ferguson, Jr. U.S. Courthouse**
400 North Miami Avenue
Miami, FL 33128

**C. Clyde Atkins U.S Courthouse**
301 North Miami Avenue
Miami, FL 33128 --

Re: **Case No. 23-cv-23631**

FILED BY ___ D.C.
DEC 20 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Clerk of the Court,

Please see below letter also sent to Rossana Baeza, Esq. regarding the dismissal of my hobby business, a storefront called Black_Label_Sales, from the lawsuit by FOREO INC.

Rossana Baeza, Esq.
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Tel: (305) 357-8415
rbaeza@bsfllp.com

Re: **Case No. 23-cv-23631**

Dear Rossana Baeza, Esq.:

I hope this letter finds you well. I am writing in response to the notification I received via email on 12/4/2023 that a patent infringement lawsuit was filed against my eBay storefront, Black_Label_Sales, by your client FOREO INC.

Firstly, I would like to clarify that my eBay storefront, Black_Label_Sales, has never engaged in the sale or attempted sale of any FOREO INC. products. Additionally, I have not offered for sale, sold, or attempted to sell any products that would infringe upon FOREO INC.'s patent. I am committed to upholding intellectual property rights and live my life in a lawful and ethical manner.

Moreover, I want to emphasize that I am not affiliated with any Chinese factories or operations, which appear to be the primary focus of the lawsuit. I am located in Michigan, USA. My storefront activities have been confined to a small-scale, hobbyist operation, mainly involving the sale of unwanted items from my household and items

obtained from garage sales. My total sales for YTD 2023 amounted to a modest $690.92, with a payout amount of even less than that. Given the limited scale of my hobby business and the nature of the items sold, I can assure you there was no intention or effort to infringe upon any patents or intellectual property rights.

In light of these facts, I respectfully request that my eBay storefront, Black_Label_Sales, be dismissed from the patent infringement case.

My storefront does not meet the criteria for patent infringement, and I am committed to cooperating fully to ensure a fair and just resolution to this matter. I am open to providing any additional information or documentation that may assist in clarifying the situation. I am confident that a closer examination of the facts will reveal the absence of any wrongdoing on my part.

Thank you for your attention to this matter. I look forward to a swift resolution that upholds the principles of justice and fairness.

I have also sent this letter to the Clerk of the Court, United States District Court for the Southern District of Florida.

If you would like to communicate with me further, please reach out to me via email at michele.powals@icloud.com.

Sincerely,

*Michele Powals* (signature)

Michele Powals

M. Powers
20836 Mill Rd.
#103
Clinton Township, MI
48038

METROPLEX MI 480
15 DEC 2023 PM 8 L



C. Clyde Atkins U.S. Courthouse
Clerk of Court
301 North Miami Ave.
Miami, FL
33128

33128-770517

