UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff FOREO INC., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 188 | black_label_sales | https://www.ebay.com/usr/black_label_sales?_trksid=p2047675.m3561.l2559 |
| 306 | wow-shoppers-llc | https://www.ebay.com/usr/wow-shoppers-llc |
| 346 | Shaoxing Sandeli Textile Co. LTD | https://www.walmart.com/seller/101096618?itemId=2594098205&pageName=item |

Dated: December 21, 2023

    Respectfully submitted,

    */s/ Jason S. Zack*
    Jason S. Zack (FL Bar No. 96170)
    jzack@bsfllp.com
    Rossana Baeza (FL Bar No. 1007668)
    rbaeza@bsfllp.com

2

BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8443

*Counsel for Plaintiff Foreo Inc.*