UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff FOREO INC., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 215 | forestytore | https://www.ebay.com/usr/forestytore |
| 321 | AutmorDirect.us | https://www.walmart.com/seller/101036424?itemId=922096874&pageName=item&returnUrl=%2Fip%2FSilicone-Face-Washing-Machine-Ultrasonic-Vibration-Waterproof-Facial-Cleansing-Brush-Pink%2F922096874%3Ffrom%3D%252Fsearch |

Dated: January 8, 2024        Respectfully submitted,

                              */s/ Rossana Baeza*
                              Rossana Baeza (FL Bar No. 1007668)
                              BOIES SCHILLER FLEXNER LLP
                              100 SE 2nd Street, Suite 2800
                              Miami, FL 33131
                              Tel: (305) 357-8443
                              rbaeza@bsfllp.com

                              *Counsel for Plaintiff Foreo Inc.*