UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff FOREO INC., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 172 | 9enjoyshopping | https://www.ebay.com/usr/9enjoyshopping |
| 191 | boysgirlsnew-02 | https://www.ebay.com/usr/boysgirlsnew-02 |
| 196 | cheerfuldays08 | https://www.ebay.com/usr/cheerfuldays08?_trksid=p2047675.m3561.l2559 |
| 209 | dreamflywo-10 | https://www.ebay.com/usr/dreamflywo-10 |
| 216 | fortunately6 | https://www.ebay.com/usr/fortunately6 |
| 221 | gogotop-666 | https://www.ebay.com/usr/gogotop-666?_trksid=p2047675.m3561.l2559 |
| 222 | goingon61 | https://www.ebay.com/usr/goingon61 |
| 227 | hot_sale66 | https://www.ebay.com/usr/hot_sale66?_trksid=p2047675.m3561.l2559 |
| 268 | pencilcolor2017 | https://www.ebay.com/usr/pencilcolor2017 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 323 | Billbianc | https://www.walmart.com/seller/101178119?itemId=1895542813&pageName=item&returnUrl=%2Fip%2FSoft-Silicone-Cleansing-Brush-Gentle-Sonic-Waterproof-Rechargeable-Electric-Comfortable-Bristles%2F1895542813%3Ffrom%3D%252Fsearch |
| 325 | CDJLYUS Co. Ltd. | https://www.walmart.com/seller/101268789?itemId=1164996945&pageName=item |
| 333 | Heldig | https://www.walmart.com/seller/101247967?itemId=2538811437&pageName=item&returnUrl=%2Fip%2FFacial-Cleansing-Brush-Electric-Face-Brush-5-Adjustable-Speed-IPX6-Waterproof-Silicone-Rechargeable-Hand-Held-Instrument-Deep-Massaging-Pink%2F2538811437%3Ffrom%3D%2Fsearch |
| 344 | RAINRO Co., Ltd. | https://www.walmart.com/seller/101182112?itemId=1691190847&pageName=item&returnUrl=%2Fip%2FSilicone-Electric-Face-Cleansing-Brush-Handheld-Rechargeable-Deep-Facial-Cleanser-Brush-Skin-Care%2F1691190847%3Ffrom%3D%252Fsearch |

Dated: January 10, 2024

Respectfully submitted,

*/s/ Rossana Baeza*
Rossana Baeza (FL Bar No. 1007668)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8443
rbaeza@bsfllp.com

*Counsel for Plaintiff Foreo Inc.*

2