UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

     Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff

FOREO INC., voluntarily dismisses the following Defendants listed on Schedule A to the

Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 179 | anyvolume | https://www.ebay.com/usr/anyvolume?_trksid=p2047675.m3561.l2559 |
| 242 | l3unnypink | https://www.ebay.com/usr/l3unnypink?_trksid=p2047675.m3561.l2559 |
| 264 | oakey_27 | https://www.ebay.com/usr/oakey_27?_trksid=p2047675.m3561.l2559 |
| 302 | wellnesseer | https://www.ebay.com/usr/wellnessseer?_trksid=p2047675.m3561.l2559 |
| 303 | wellnessseer | https://www.ebay.com/usr/wellnessseer?_trksid=p2047675.m3561.l2559 |

Dated: January 16, 2024

Respectfully submitted,

*/s/ Rossana Baeza*
Rossana Baeza (FL Bar No. 1007668)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8443
rbaeza@bsfllp.com

*Counsel for Plaintiff Foreo Inc.*