United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Foreo Inc., Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A, Defendants. | ) Civil Action No. 23-23631-Civ-Scola ) ) ) ) |

### Ninth Order of Dismissal

The Plaintiff has filed notices of voluntary dismissal, **without prejudice**, as to the following Defendants:

- l3unnypink (Defendant No. 242 on Schedule "A" to the Complaint);
- oakey_27 (Defendant No. 264 on Schedule "A" to the Complaint); and
- xcxbeauty (Defendant No. 161 on Schedule "A" to the Complaint). (ECF Nos. 65, 67.)

In addition, the Plaintiff has filed notices of voluntary dismissal, **with prejudice**, as to the following Defendants:

- anyvolume (Defendant No. 179 on Schedule "A" to the Complaint);
- wellnesseer (Defendant No. 302 on Schedule "A" to the Complaint); and
- wellnessseer (Defendant No. 303 on Schedule "A" to the Complaint). (ECF No. 66.)

The Plaintiff's notices of voluntary dismissal are approved and adopted. This case will remain open because the Plaintiff's claims against the other Defendants listed on Schedule A remain pending.

**Done and ordered** in Miami, Florida, on January 19, 2024.

Robert N. Scola, Jr.
United States District Judge