IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

VS.

THE INDIVIDUALS, CORPORATION LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
INDENTIFIED ON SCHEDULE A,

    Defendants.

## DEFENDANT'S ORIGINAL ANSWER

Defendant eBay, Acost6169, files this original answer to Plaintiff's original complaint.

### ADMISSIONS AND DENIALS

Defendant denies the allegations in paragraphs 3 through 10 that Defendant willfully infringed on Plaintiff's copyright.

### DEFENSES AND AFFIRMATIVE DEFENSES

Even if Plaintiff proves Defendant violated Plaintiff's copyright, defendant did not do so willfully, as Plaintiff alleges. Rather than violation of copyright was unintentional and innocent. Defendant created the e-bay account approximately three years ago. The account had no sales, nor was the account promoted, the account remained dormant for the three years until Plaintiff's counsel purchased the only sale. As soon as Defendant became aware of the alleged infringement, she logged int to the account, she had created during COVID for extra income. As Defendant opened the account she noted "one" sale was done. One sale since the post.

Defendant is not liable to Plaintiff because of payment. The one purchase was made by the attorneys representing the Plaintiff. Defendant unknowingly immediately attempted to return the monies to no avail. Defendant immediately made contact with the attorney representing Plaintiff and cannot financially afford Plaintiff's offer of settlement. Defendant has not made any profit from sales, Defendant one made one sale, to Plaintiff; s legal representatives.

### CONDITIONS PRECEDENT

Plaintiff has not performed all conditions precedent that she was required to perform before filing suit.

### PRAYER

For these reasons, indicated above, Defendant respectfully asks the Court to enter judgment that Plaintiff take nothing, dismiss Plaintiff's suit with prejudice, and award Defendant all other relief the Court deems appropriate.

    Respectfully submitted,
    /s/ Melissa Fernandez
    Melissa Fernandez
    9000 Wagon Way
    Odessa,Texas 79765
    Telephone: (432)557-3639
    Email: acostafam29@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that on this day, January 29, 2024, a correct copy of the above has been forwarded to the attorney for Plaintiff.

/s/ Melissa Fernandez
Melissa Fernandez

FedEx First Overnight®
FO
147918 REV 3/21
ORIGIN ID:
JUAN ACOSTA
9000 WAGON
ODESSA, TX
TO WILKIE
UNITED
400 NO
CHAMB
MIAMI
TRK# 0201 2703
X1

