UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff FOREO INC., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 342 | PXNKY Co. Ltd | https://www.walmart.com/seller/101127453?itemId=1064153110&pageName=item |
| 348 | SOTNDA Co. Ltd | https://www.walmart.com/seller/101137116?itemId=1064153110&pageName=item&returnUrl=%2Fip%2FSonic-Face-Wash-Brush-Improving-Efficacy-Creams-Anti-aging-Lift-Facial-Skin-Long-Handle-Sonic-Cleansing-Brush-Handheld-Instrument-With-Massage-Functi%2F1064153110%3Ffrom%3D%252Fsearch |

Dated: January 31, 2024

Respectfully submitted,

*/s/ Rossana Baeza*
Rossana Baeza (FL Bar No. 1007668)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8443
rbaeza@bsfllp.com

*Counsel for Plaintiff Foreo Inc.*