UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.

_____/

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

     Plaintiff, FOREO INC. ("Plaintiff"), by and through its undersigned counsel, hereby

requests that the Clerk enter default in this matter against Defendants,[1] the Individuals,

---

[1] Plaintiff is not seeking entry of default against Defendant Nos. 173 (acost6169); 233 (jekyllu.s.a); and 347 (Skincare), or previously dismissed defendants, Defendant Nos. 1 (Asia Pacific Perfect Technology Co., Ltd.); 2 (Dongguan Define Beauty Electronic Technology Co., Ltd.); 3 (Dongguan I-Believe Electronic Appliance Co., Ltd.); 4 (Dongguan Super Electric Technology Co., Ltd.); 5 (Dongguan Xuanyi Technology Co., Ltd.); 6 (Fuzhou Chenxing Weiye Electronic Technology Co., Ltd); 7 (Guangdong Newdermo Biotech Co., Ltd.); 8 (Guangdong Zhongyi Technology Co., Ltd.); 9 (Guangzhou Create Future Import And Export Trading Co., Ltd.); 10 (Guangzhou Hottop Global E-Commerce Co., Ltd.); 11 (Guangzhou Ouyajia Beauty Products Equipment Co., Ltd.); 12 (Guangzhou Shutong Information Technology Co., Ltd.); 13 (GuangZhou T&B Beauty Equipment Co., Ltd.); 14 (Guangzhou Wonder Rise Technology Co., Ltd.); 15 (Guangzhou Zhenhao Trading Co., Ltd.); 16 (Hebei Susan Nini Technology Co., Ltd.); 17 (Hunan Rongchuang Zhiyuan Network Technology Co., Ltd.); 18 (Meiji Beauty Technology (Shenzhen) Co. , Ltd.); 19 (Ningbo Kingworth Global Imp. & Exp. Co., Ltd.); 20 (Pinsheng Electronics Co.,Ltd) 21 (Qichuang Technology Co., Ltd.); 22 (Shantou Lula Electronic Technolog Co., Ltd.); 23 (Shenzhen Alist Technology Co., Ltd.); 24 (Shenzhen Amerke Electronic Co., Ltd.); 25 (Shenzhen Baleka Technology Co., Ltd.); 26 (Shenzhen Baozc Technology Co., Ltd.); 27 (Shenzhen BJI Technology Co., Ltd.); 28 (Shenzhen Boyuan Intelligent Electronic Technology Co., Ltd.); 29 (Shenzhen Canvor Technology Co., Ltd.); 30 (Shenzhen Chen Man Technology Co., Ltd.); 31 (Shenzhen Color Ume Electronic Co., Ltd.); 32 (Shenzhen Dream True Tech Co., Ltd.); 33 (Shenzhen Eyco Technology Co., Ltd.); 34 (Shenzhen Hongyu Technology Co., Ltd.); 35 (Shenzhen JPC Technology Co., Ltd.); 36 (Shenzhen Kasitong Technology Co., Ltd.); 37 (Shenzhen Kelemi Model Technolgy Co., Ltd.); 38 (Shenzhen King Gima Technology Co., Ltd.); 39 (Shenzhen KKS Tech Co., Ltd.); 40 (ShenZhen LCB Technology Co., Ltd.); 41 (Shenzhen Leadworlds Technology Co., Ltd.); 42 (Shenzhen Liangji Technology Co., Ltd.); 43 (Shenzhen Liman Technology Co., Ltd.); 44 (Shenzhen Liuluanmei Electric Co., Ltd.); 45 (Shenzhen Luokefan Technology Co., Ltd.); 46 (Shenzhen Margotan Tech Co., Ltd.); 47 (Shenzhen Miqu Technology Co., Ltd.); 48 (Shenzhen Mlikang Technology Co., Ltd.); 49 (Shenzhen Mlike Technology Co., Ltd); 50 (Shenzhen Mlike Technology Co., Ltd.); 51 (Shenzhen Neiger Technology Co., Ltd.); 52 (Shenzhen Niu Fulai Electronic Technology Co., Ltd.); 53 (Shenzhen

Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule "A" hereto (collectively "Defaulting Defendants") because the Defaulting Defendants have failed to respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. *See* Declaration of Rossana Baeza in Support of Plaintiff's Request for Clerk's Entry of Default ("Baeza Decl.") ¶ 7.

As of December 8, 2023, pursuant to the methods of service authorized by the Court, all Defaulting Defendants were served via email and website posting with their respective Summons, Complaint, Plaintiff's Motion for and Memorandum in Support of *Ex Parte* Application for Entry of Temporary Restraining Order ("TRO"), TRO, Order Extending the TRO, and Order Granting Motion for Alternative Service in compliance with this Court's Sealed Order Authorizing Alternate Service of Process on Defendants dated November 15, 2023 (Dkt. 22). Baeza Decl. ¶ 4; *see also* Certificate of Service (Dkt. 36).

Time allowed for the Defaulting Defendants to respond to the Complaint has expired. Baeza Decl. ¶ 5. Neither Plaintiff nor the Court has granted the Defaulting Defendants an extension of time to respond to the Complaint. *Id.* ¶ 6.  Defaulting Defendants have failed to respond to the

---

Nove Technology Co., Ltd.); 54 (Shenzhen Semlamp Intelligent Technology Co., Ltd.); 55 (Shenzhen Sheng Banghua Technology Development Co., Ltd.); 56 (Shenzhen Skyful Technology Co., Ltd.); 57 (Shenzhen Sunhills Network Technology Co., Ltd.); 58 (Shenzhen Tangsheng Electronic Technology Co., Ltd.); 59 (Shenzhen Trendz Technology Co., Ltd.); 60 (Shenzhen Wanlong Technology Co., Ltd.); 61 (Shenzhen Water Stone Technology Co., Ltd.); 62 (Shenzhen Wei Chen Yang Technology Co., Ltd.); 63 (Shenzhen Xingchengyuan Technology Co., Ltd.); 64 (Shenzhen Xiteyou Electronic Technology Co., Ltd.); 65 (Shenzhen X-World Technology Co., Ltd.); 66 (Shenzhen Yazi Technology Co., Ltd.); 67 (Shenzhen Yuexi Technology Co., Ltd.); 68 (Shenzhen Yuwei Trading Co., Ltd.); 69 (Wenzhou Uming Trading Co., Ltd.); 70 (Wenzhou Welland Electric Co., Ltd.); 71 (Xiamen You Can New Material Co., Ltd.); 161 (xcxbeauty); 172 (9enjoyshopping); 174 (actionhousebabes); 179 (anyvolume); 183 (baboonia); 184 (baozousports01); 187 (bk18_shop); 188 (black_label_sales); 191 (boysgirlsnew-02); 192 (braeana); 195 (cdpcstore); 196 (cheerfuldays08); 206 (dev218); 207 (dianzi-44); 209 (dreamflywo-10); 215 (forestytore); 216 (fortunately6); 221 (gogotop-666); 222 (goingon61); 227 (hot_sale66); 228 (humble_living_sales); 242 (l3unnypink); 244 (lcmj2018us); 264 (oakey_27); 268 (pencilcolor2017); 271 (retailmisfits); 298 (w20836); 302 (wellnesseer); 303 (wellnessseer); 306 (wow-shoppers-llc); 321 (AutmorDirect.us); 323 (Billbianc); 325 (CDJLYUS Co. Ltd.); 328 (E-Commerce Hong Kong Corporation); 329 (Electronicsonic.com); 330 (Eryuan Network Technology Co., LTD); 333 (Heldig); 334 (IOCOCEE); 342 (PXNKY Co. Ltd); 344 (RAINRO Co., Ltd.); 346 (Shaoxing Sandeli Textile Co. LTD); 348 (SOTNDA Co. Ltd); 349 (Tasharina Corp); and 352 (VivaBella).

Complaint. *Id*. ¶ 7. Plaintiff believes that none of the Defaulting Defendants could be considered infants or incompetent persons. *Id*. ¶ 8. Plaintiff also believes that the Servicemembers' Civil Relief Act does not apply. *Id*.

WHEREFORE, Plaintiff, FOREO INC., hereby requests that default be entered against Defendants, Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule "A" hereto.

Dated:  January 31, 2024                    Respectfully submitted,

                                            */s/ Rossana Baeza*
                                            Rossana Baeza (Bar No. 1007668)
                                            BOIES SCHILLER FLEXNER LLP
                                            100 SE 2nd Street, Suite 2800
                                            Miami, FL 33131
                                            305 357 8436
                                            rbaeza@bsfllp.com

                                            *Counsel for Plaintiff Foreo Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that Boies Schiller Flexner LLP served the foregoing document to Defendants via email to the known email addresses and by posting the foregoing document on Plaintiff's Serving Notice Website (http://foreo-cases.com/case-23-cv-23631.html), consistent with this Court's Order Authorizing Alternative Service of Process. (Dkt. 22). The known emails for Defendants are listed below.

                                            */s/ Rossana Baeza*
                                            Rossana Baeza (Bar No. 1007668)

| Doe No. | Seller Name | Email Address |
|---------|-------------|---------------|
| 72 | Forever Beauty House Store | jill_y1996@yeah.net |
| 73 | Fuarscs Beauty Official Store | dsgsd54151@sina.com |
| 74 | Hchenyu Store | 2845317840@qq.com |
| 75 | Lola Beauty | Zhangjiangwang01@163.com |
| 76 | Moajaza | afdlabefe@outlook.com |
| 77 | Shiner Store | 2650128104@qq.com |
| 78 | Shopping Factory Store | 1556301196@qq.com |
| 79 | Amazing China Products | yunchi003@qq.com |
| 80 | ITME Store | hicoso@hotmail.com |
| 81 | Lucky-minfan | min_mmm@163.com |
| 82 | suiningaitufuzhuangdian | qwertyuoo11@163.com |
| 83 | XingZhouHe | xingzhouhe666@163.com |
| 84 | Zhou Daweidedian | zhoudawei252013@163.com |
| 85 | aawqq | 13207914070@163.com |
| 86 | adrs7 | lzxclot@outlook.com |
| 87 | basop6 | bianzhi88@outlook.com |
| 88 | beatrix2 | sdsfsgfsg6@outlook.com |
| 89 | bevjhb | w4of6757@outlook.com |
| 90 | bfrda | 17607093283@163.com |

| Doe No. | Seller Name | Email Address |
|---------|-------------|---------------|
| 91 | bgeed | 18046815536@163.com |
| 92 | bgrft | 13870665765@163.com |
| 93 | bttr88 | hjr199911@outlook.com |
| 94 | buirnce | sdasdasdjnauf@outlook.com |
| 95 | bvbcuw | acosem@outlook.com |
| 96 | bvvfcf | 13207914070@163.com |
| 97 | bxhtqb | bxhtqb@outlook.com |
| 98 | ccfft | 17607093283@163.com |
| 99 | cffzz | 18850145029@163.com |
| 100 | cfghy | 19129384328@163.com |
| 101 | cfgtre | 17607093283@163.com |
| 102 | cftde | 17503051208@163.com |
| 103 | cftgff | 17318025328@163.com |
| 104 | cggmk | 13870665765@163.com |
| 105 | ctufqi | td1ls81a@outlook.com |
| 106 | davkpj | w4of6757@outlook.com |
| 107 | ddyzvy | fq89xl7i@outlook.com |
| 108 | dffrft | 13207914070@163.com |
| 109 | diana11 | sdbajg25@outlook.com |
| 110 | diejck | tiandaochouqin66@outlook.com |

| Doe No. | Seller Name | Email Address |
|---------|-------------|---------------|
| 111 | dina51 | 962950014@qq.com |
| 112 | djife32 | 2033455510@qq.com |
| 113 | dldl123123 | 19129384328@163.com |
| 114 | dslf44 | 962950014@qq.com |
| 115 | ecmuyn | fq89xl7i@outlook.com |
| 116 | edmki | 17674718331@163.com |
| 117 | eloif69 | gyh521902@outlook.com |
| 118 | emnru230 | a5986558@outlook.com |
| 119 | erinog | wangerma123ss@outlook.com |
| 120 | eurj18 | lie859655@outlook.com |
| 121 | fasr87 | 2809546668@qq.com |
| 122 | femf95f | 1042119715@qq.com |
| 123 | fitzgerald2 | sdsfsgfsg6@outlook.com |
| 124 | fmmaoe2 | gyh521902@outlook.com |
| 125 | foigj55 | gyh521902@outlook.com |
| 126 | fploikk | 13207914070@163.com |
| 127 | fswnn33 | gyh521902@outlook.com |
| 128 | fuvlkb | luoronghui1234@outlook.com |
| 129 | hftfcn | fq89xl7i@outlook.com |

| Doe No. | Seller Name | Email Address |
|---|---|---|
| 130 | hgwdf625 | 1042119715@qq.com |
| 131 | hover8 | 656451523@qq.com |
| 132 | jade86 | jadelaisd@163.com |
| 133 | jguyhxz10 | lj2955680076@outlook.com |
| 134 | jlyx | tengdatech2018@126.com |
| 135 | kiki2 | 2809546668@qq.com |
| 136 | kun6 | 656451523@qq.com |
| 137 | ldsf26 | 1042119715@qq.com |
| 138 | liliooo | 18850145029@163.com |
| 139 | lsclot | hjr199911@outlook.com |
| 140 | mark776 | 2671386254@qq.com |
| 141 | meyanbeautymachine2 | 784732480@qq.com |
| 142 | ngyhe | 17674718331@163.com |
| 143 | Ofunuobeautymachine | 784732480@qq.com |
| 144 | okif0fe | lie859655@outlook.com |
| 145 | oklkuz | luoronghui123@outlook.com |
| 146 | perpv94 | 2033455510@qq.com |
| 147 | ploik | 17674718331@163.com |
| 148 | plpaa | 19129384328@163.com |

| Doe No. | Seller Name | Email Address |
| --- | --- | --- |
| 149 | pvbwcc | luoronghui1234@outlook.com |
| 150 | quak11 | 2671386254@qq.com |
| 151 | quanbai66 | sugarary88@outlook.com |
| 152 | ruiqi06 | dhruiqi@163.com |
| 153 | sbisnc | luoronghui123@outlook.com |
| 154 | slf51gs | 1042119715@qq.com |
| 155 | smyy9 | caige0225@163.com |
| 156 | szzas | 13207914070@163.com |
| 157 | takelovehome | 1728761380@qq.com |
| 158 | vmxixhs300 | lj2955680076@outlook.com |
| 159 | wedswty68 | 2025803904@qq.com |
| 160 | wedswty998 | 2047873505@qq.com |
| 162 | xovke | tiandaochouqin66@outlook.com |
| 163 | xxlb | liuyang10042022@outlook.com |
| 164 | yao07 | dhhutaomu@163.com |
| 165 | you07 | dhyounuo@163.com |
| 166 | youe | 2870338044@qq.com |
| 167 | zaneo | gyuff225kk@outlook.com |
| 168 | zhucai33 | boseta66@outlook.com |
| 169 | zwgf | 17607093283@163.com |

| Doe No. | Seller Name | Email Address |
|---------|-------------|---------------|
| 170 | 12pegleg | peggywentomarket@gmail.com |
| 171 | 2016dani86 | augustodanielbenitez@hotmail.com |
| 175 | alpha_toner | alphatoner.ebay@gmail.com |
| 176 | altatac | ebay@altatac.com |
| 177 | alv-ala-x6hs5bo | alvarado7791@gmail.com |
| 178 | anything_here | kasunebaysl@gmail.com |
| 180 | armor_of_god | abiiri15@aol.com |
| 181 | artf.mo0 | arturofm113@gmail.com |
| 182 | aseel75 | aseelhaib99@gmail.com |
| 185 | bestowal | organic-bestowal@hotmail.com |
| 186 | BETA BOX | betabiznis@gmail.com |
| 189 | blondechick55 | blondechick5507@yahoo.com |
| 190 | boygirlsnew-02 | boysgirlsnew02@outlook.com |
| 193 | breble66 | markkay11@hotmail.com |
| 194 | businessbezo | bezobusiness@yahoo.com |
| 197 | cnydeals315 | zachary_christopher_allen21@hotmail.com |
| 198 | curbsidrandom | hollikl21@gmail.com |
| 199 | cyberoutlet14 | coolcanine49@aol.com |
| 200 | dapperica | dowlingbuyers@gmail.com |
| 201 | darknessseagull25 | harry2518@googlemail.com |

| Doe No. | Seller Name | Email Address |
|---------|-------------|---------------|
| 202 | dawdigiacom0 | dawndigiacomo@gmail.com |
| 203 | deals4real-0 | deals4real0@gmail.com |
| 204 | dealwithzeal | conceptbymeezan@gmail.com |
| 205 | derel_57 | westkypallets@gmail.com |
| 208 | dmcove27 | dcovello3@optonline.net |
| 210 | ecffl | jicruz@yahoo.com |
| 211 | eclipsefastpitch2 | kbart02@gmail.com |
| 212 | eufaulagirl | loribratton34@gmail.com |
| 213 | finelivingcollections | sustainable101life@gmail.com |
| 214 | fnilleks | pecesitaj23@gmail.com |
| 217 | Fun-Home-914 | homesweethomegusto@gmail.com |
| 218 | gamertechz | dvdguy6@gmail.com |
| 219 | gladidavi2 | gladismarie@gmail.com |
| 220 | gogetter8719 | g.turner81@yahoo.com |
| 223 | gotogoodsllc | gotogoodsllc@gmail.com |
| 224 | gufl8006 | guflo1975@aol.com |
| 225 | healthiswealth-tyler | tylerwooton1127@gmail.com |
| 226 | homematecollection | jon-hsiung@hotmail.com |
| 229 | imud39 | moodithakapuge@gmail.com |
| 230 | inthemeadow | russnkarri@gmail.com |

| Doe No. | Seller Name | Email Address |
|---|---|---|
| 231 | jass2965 | aichac60@gmail.com |
| 232 | jedigirl10 | jedigirl74@yahoo.com |
| 234 | jemsbyjen | jensmead@aol.com |
| 235 | jg-trading | jng883@yahoo.com |
| 236 | jiche96 | jessicachen822@gmail.com |
| 237 | jkatang | KATangbusiness@gmail.com |
| 238 | jlmays84 | chef2b04@hotmail.com |
| 239 | jobob-treasures | mitchej6@msn.com |
| 240 | kenn.johns | kennyjhnsn50@gmail.com |
| 241 | kinseibeauty4 | 1706141557@qq.com |
| 243 | lcmj2018au | 15818509589@qq.com |
| 245 | leon_gill | rongille@yahoo.com |
| 246 | linsh0p | linas.lukosius1@gmail.com |
| 247 | lovinglightcandles | miindiitechno@gmail.com |
| 248 | lowcost-10 | msbebay2@gmail.com |
| 249 | luckylemonmarket | team@lucky-lemon.com |
| 250 | luxury.china | amitt.bay@gmail.com |
| 251 | mastertoner | infor@bestchoicetradingusa.com |
| 252 | maxam78 | liquidations4you@yahoo.com |
| 253 | mbz-24*de | info@mbz-24.de |

| Doe No. | Seller Name | Email Address |
|---------|-------------|---------------|
| 254 | mbz-24de | info@mbz-24.de |
| 255 | mcenterprises_llc | payments@blitzey.com |
| 256 | Mg fashion love | xcuervo69x@gmail.com |
| 257 | mhstore77 | miguelantoniohm07@gmail.com |
| 258 | migasol | mgsolsales@gmail.com |
| 259 | mimocompr | yair.cabrera@upr.edu |
| 260 | nadalghait0 | nada.alghaith@hotmail.com |
| 261 | nannyrocks120 | nannyrocks5653@gmail.com |
| 262 | nare8196 | nicarellano8@aol.com |
| 263 | nycunitedgoods | thomaslin912@gmail.com |
| 265 | oebristol | outexpjc@aol.com |
| 266 | ottostore | sales@ottostore.com.au |
| 267 | outleth74 | outlethenderson@gmail.com |
| 269 | positiveshopnr1 | giebut@gmail.com |
| 270 | ramireariadn-0 | ariadna.r.b88@gmail.com |
| 272 | rodcogroup | rodco@rodcogroup.com |
| 273 | rumaxtrade | info.rumaxtrade@gmail.com |
| 274 | shmcg-7339 | sbjmcguire@gmail.com |
| 275 | shop_purple | miamimegz@gmail.com |
| 276 | shopcom2000 | lama.jarmakani88@gmail.com |

| Doe No. | Seller Name | Email Address |
|---------|-------------|---------------|
| 277 | shopcrownhouse | ebay@shopcrownhouse.com |
| 278 | sita-ram (22) | hsindia2022@gmail.com |
| 279 | solyansoutlet | solyans79@yahoo.com |
| 280 | star61172 | lovemysonjfp@aol.com |
| 281 | steffanief13 | steffanieamber13@icloud.com |
| 282 | storageauctionpirate | lockerware@yahoo.com |
| 283 | stylemebri | briajosephs9@gmail.com |
| 284 | sunken_treasure | bayareatreasure@gmail.com |
| 285 | sunlin1120 | akysao@163.com |
| 286 | taiyuanhuiguaisaish-0 | wgasm20@163.com |
| 287 | tandzik9 | dugokratnadevetka@gmail.com |
| 288 | tdbsmarketplace | tbarrie73@gmail.com |
| 289 | teresbenedic5 | terribenedict1948@gmail.com |
| 290 | theezay | private.v@icloud.com |
| 291 | thetajan | thetajan@verizon.net |
| 292 | thisiskatherine | ucanfindkatherine@gmail.com |
| 293 | triciatre_4 | triciatreasures123@gmail.com |
| 294 | unixskin | grainbotanix@gmail.com |
| 295 | useeisell | johnathanh06@yahoo.com |
| 296 | vallimerick | mijas07@yahoo.co.uk |

| Doe No. | Seller Name | Email Address |
|---|---|---|
| 297 | vmotorv | pccmotor29@gmail.com |
| 299 | waggcomputer | wmariano1962@yahoo.com |
| 300 | wallscloset04 | rachelwalls76@gmail.com |
| 301 | watchbandspot | allavibusiness@gmail.com |
| 304 | wenfindsmore | hugo@innovationfasteners.com |
| 305 | wisithuru_product | imalshalakshani456@gmail.com |
| 307 | yanksfan12345 | ninersfan883@yahoo.com |
| 308 | yolandlor-0 | sensuallash@yahoo.com |
| 309 | yyi89578 | yyyinyyy@gmail.com |
| 310 | zongtian | 564466057@qq.com |
| 311 | ArzariBeauty | sharad@gemspacific.com<br>arzari.beauty@gmail.com |
| 312 | BellesSecrets | bellessecrets30@gmail.com |
| 313 | Digital Blonde Shop | kathleen.carter20@yahoo.com |
| 314 | JFieldsCo | jfieldsskincare@icloud.com<br>jessica@jfieldsco.com |
| 315 | Lucky Lemon Market | team@lucky-lemon.com |
| 316 | PaintByNumberUK | dawlatkatawazai2002@gmail.com |
| 317 | SkinAngelLLC | admin@vaireo.com |
| 318 | Acme Approved | daniel@acmeprototype.com |
| 319 | AIIYME Store | yanlingguus@163.com |
| 320 | Ankang | wmfsnh500ed569@163.com |

| Doe No. | Seller Name | Email Address |
|---|---|---|
| 322 | Beautiful & Bold Aesthetics LLC | beautifulboldaesthetics@gmail.com |
| 324 | BOTE LLC | mtgrpo059625@126.com |
| 326 | Childlike Innocence | shenzhenhuaqu@163.com |
| 327 | CkeyiN Official | ckeyinwa@aliyun.com |
| 331 | Good Choice | xqji25@163.com |
| 332 | Good Day | liujialan_980317@163.com |
| 335 | Jones N Panda Corp | info@viivoom.com |
| 336 | JT Home Store | ruanlu3234702@163.com |
| 337 | Kikuu | luhe129231018@163.com |
| 338 | kunminghuireng Co. ltd | oyspo55@163.com |
| 339 | Li HB Store | licheng1744zhi@163.com |
| 340 | LonRon Co.Ltd | liangrongco@163.com |
| 341 | LotusHaze | becky@lotushaze.com |
| 343 | Quisque Ornare Inc | hongshanguoo@outlook.com |
| 345 | Sevenstore | jiaole32483@163.com |
| 350 | The Skin Shop | sara.yoon@rainbowb.com |
| 351 | VASYL Flagship store | yuelaixinjiapo@163.com |
| 353 | Yinchuan Xingtian E-commerce Sales Co., Ltd. | yangyang6677@hotmail.com |
| 354 | Cao ruixin | wgp5055@163.com |

**SCHEDULE A**

| Doe No. | Seller Name | Defendant Online Marketplace |
|---------|-------------|------------------------------|
| 72 | Forever Beauty House Store | https://www.aliexpress.com/store/1102528230?spm=a2g0o.detail.1000007.1.5a435c91tP3s1Q |
| 73 | Fuarscs Beauty Official Store | https://www.aliexpress.com/store/1101757963?spm=a2g0o.detail.1000007.1.296f1919KSSb4k |
| 74 | Hchenyu Store | https://www.aliexpress.com/store/1101404035?spm=a2g0o.detail.1000007.1.3cf568a9TM46OZ |
| 75 | Lola Beauty | https://www.aliexpress.com/store/1102069167?spm=a2g0o.detail.1000007.1.71d11985Ep3uyz |
| 76 | Moajaza | https://www.aliexpress.com/store/1101314004?spm=a2g0o.detail.1000007.1.13b15d5aydqmtt |
| 77 | Shiner Store | https://www.aliexpress.com/store/1101686245?spm=a2g0o.detail.100005.1.312e1ccaIyY9yN |
| 78 | Shopping Factory Store | https://www.aliexpress.com/store/1101454209?spm=a2g0o.detail.1000007.1.5ebae2e4eZmKDI |
| 79 | Amazing China Products | https://www.amazon.com/sp?seller=A31YXGZGD4XJV8 |
| 80 | ITME Store | https://www.amazon.com/sp?seller=A1KJVY3I65ROCH |
| 81 | Lucky-minfan | https://www.amazon.com/sp?seller=A1A56KX7ZTY8KK |
| 82 | suiningaitufuzhuangdian | https://www.amazon.com/sp?seller=A34T264I7VJIOD |
| 83 | XingZhouHe | https://www.amazon.com/sp?seller=a102of9f9s428u |
| 84 | Zhou Daweididian | https://www.amazon.com/sp?seller=AMBXWQQ2JEV58 |
| 85 | aawqq | https://www.dhgate.com/store/about-us/21815099.html |
| 86 | adrs7 | https://www.dhgate.com/store/about-us/21829351.html |
| 87 | basop6 | https://www.dhgate.com/store/about-us/21829274.html |
| 88 | beatrix2 | https://www.dhgate.com/store/about-us/21829915.html |
| 89 | bevjhb | https://www.dhgate.com/store/about-us/21826825.html |
| 90 | bfrda | https://www.dhgate.com/store/about-us/21815060.html |

**SCHEDULE A**

| Doe No. | Seller Name | Defendant Online Marketplace |
|---------|-------------|------------------------------|
| 91 | bgeed | https://www.dhgate.com/store/about-us/21815149.html |
| 92 | bgrft | https://www.dhgate.com/store/about-us/21815141.html |
| 93 | bttr88 | https://www.dhgate.com/store/about-us/21829273.html |
| 94 | buirnce | https://www.dhgate.com/store/about-us/21829951.html |
| 95 | bvbcuw | https://www.dhgate.com/store/about-us/21826938.html |
| 96 | bvvfcf | https://www.dhgate.com/store/about-us/21815100.html |
| 97 | bxhtqb | https://www.dhgate.com/store/about-us/21826900.html |
| 98 | ccfft | https://www.dhgate.com/store/about-us/21815063.html |
| 99 | cffzz | https://www.dhgate.com/store/about-us/21815124.html |
| 100 | cfghy | https://www.dhgate.com/store/about-us/21815031.html |
| 101 | cfgtre | https://www.dhgate.com/store/about-us/21815061.html |
| 102 | cftde | https://www.dhgate.com/store/about-us/21815088.html |
| 103 | cftgff | https://www.dhgate.com/store/about-us/21815050.html |
| 104 | cggmk | https://www.dhgate.com/store/about-us/21815138.html |
| 105 | ctufqi | https://www.dhgate.com/store/about-us/21826854.html |
| 106 | davkpj | https://www.dhgate.com/store/about-us/21826833.html |
| 107 | ddyzvy | https://www.dhgate.com/store/about-us/21826856.html |
| 108 | dffrft | https://www.dhgate.com/store/about-us/21815096.html |
| 109 | diana11 | https://www.dhgate.com/store/about-us/21829821.html |
| 110 | diejck | https://www.dhgate.com/store/about-us/21829284.html |

**SCHEDULE A**

| Doe No. | Seller Name | Defendant Online Marketplace |
|---------|-------------|------------------------------|
| 111 | dina51 | https://www.dhgate.com/store/about-us/21816152.html |
| 112 | djife32 | https://www.dhgate.com/store/about-us/21816126.html |
| 113 | dldl123123 | https://www.dhgate.com/store/about-us/21815014.html |
| 114 | dslf44 | https://www.dhgate.com/store/about-us/21816154.html |
| 115 | ecmuyn | https://www.dhgate.com/store/about-us/21826861.html |
| 116 | edmki | https://www.dhgate.com/store/about-us/21815178.html |
| 117 | eloif69 | https://www.dhgate.com/store/about-us/21816110.html |
| 118 | emnru230 | https://www.dhgate.com/store/about-us/21816095.html |
| 119 | erinog | https://www.dhgate.com/store/about-us/21829919.html |
| 120 | eurj18 | https://www.dhgate.com/store/about-us/21816184.html |
| 121 | fasr87 | https://www.dhgate.com/store/about-us/21814681.html |
| 122 | femf95f | https://www.dhgate.com/store/about-us/21816216.html |
| 123 | fitzgerald2 | https://www.dhgate.com/store/about-us/21842200.html |
| 124 | fmmaoe2 | https://www.dhgate.com/store/about-us/21816127.html |
| 125 | foigj55 | https://www.dhgate.com/store/about-us/21816116.html |
| 126 | fploikk | https://www.dhgate.com/store/about-us/21815093.html |
| 127 | fswnn33 | https://www.dhgate.com/store/about-us/21816115.html |
| 128 | fuvlkb | https://www.dhgate.com/store/about-us/21826927.html |
| 129 | hftfcn | https://www.dhgate.com/store/about-us/21826857.html |

**SCHEDULE A**

| Doe No. | Seller Name | Defendant Online Marketplace |
|---------|-------------|------------------------------|
| 130 | hgwdf625 | https://www.dhgate.com/store/about-us/21816218.html |
| 131 | hover8 | https://www.dhgate.com/store/about-us/21814728.html |
| 132 | jade86 | https://www.dhgate.com/store/about-us/14388207.html |
| 133 | jguyhxz10 | https://www.dhgate.com/store/about-us/21830040.html |
| 134 | jlyx | https://www.dhgate.com/store/about-us/21817842.html |
| 135 | kiki2 | https://www.dhgate.com/store/about-us/21814670.html |
| 136 | kun6 | https://www.dhgate.com/store/about-us/21814726.html |
| 137 | ldsf26 | https://www.dhgate.com/store/about-us/21816210.html |
| 138 | liliooo | https://www.dhgate.com/store/about-us/21815122.html |
| 139 | lsclot | https://www.dhgate.com/store/about-us/21829214.html |
| 140 | mark776 | https://www.dhgate.com/store/about-us/21814686.html |
| 141 | meyanbeautymachine2 | https://www.dhgate.com/store/about-us/21582550.html |
| 142 | ngyhe | https://www.dhgate.com/store/about-us/21815177.html |
| 143 | Ofunuobeautymachine | https://www.dhgate.com/store/about-us/21801566.html |
| 144 | okif0fe | https://www.dhgate.com/store/about-us/21816175.html |
| 145 | oklkuz | https://www.dhgate.com/store/about-us/21826923.html |
| 146 | perpv94 | https://www.dhgate.com/store/about-us/21816109.html |
| 147 | ploik | https://www.dhgate.com/store/about-us/21815155.html |
| 148 | plpaa | https://www.dhgate.com/store/about-us/21815030.html |

**SCHEDULE A**

| Doe No. | Seller Name | Defendant Online Marketplace |
|---------|-------------|------------------------------|
| 149 | pvbwcc | https://www.dhgate.com/store/about-us/21826944.html |
| 150 | quak11 | https://www.dhgate.com/store/about-us/21814691.html |
| 151 | quanbai66 | https://www.dhgate.com/store/about-us/21829195.html |
| 152 | ruiqi06 | https://www.dhgate.com/store/about-us/21083942.html |
| 153 | sbisnc | https://www.dhgate.com/store/about-us/21826904.html |
| 154 | slf51gs | https://www.dhgate.com/store/about-us/21816207.html |
| 155 | smyy9 | https://www.dhgate.com/store/about-us/21769411.html |
| 156 | szzas | https://www.dhgate.com/store/about-us/21815098.html |
| 157 | takelovehome | https://www.dhgate.com/store/about-us/19924572.html |
| 158 | vmxixhs300 | https://www.dhgate.com/store/about-us/21830055.html |
| 159 | wedswty68 | https://www.dhgate.com/store/about-us/21815219.html |
| 160 | wedswty998 | https://www.dhgate.com/store/about-us/21815240.html |
| 162 | xovke | https://www.dhgate.com/store/about-us/21829288.html |
| 163 | xxlb | https://www.dhgate.com/store/about-us/21829329.html |
| 164 | yao07 | https://www.dhgate.com/store/about-us/21755154.html |
| 165 | you07 | https://www.dhgate.com/store/about-us/21751596.html |
| 166 | youe | https://www.dhgate.com/store/about-us/21815047.html |
| 167 | zaneo | https://www.dhgate.com/store/about-us/21829935.html |
| 168 | zhucai33 | https://www.dhgate.com/store/about-us/21829229.html |
| 169 | zwgf | https://www.dhgate.com/store/about-us/19827405.html |

**SCHEDULE A**

| Doe No. | Seller Name | Defendant Online Marketplace |
|---------|-------------|------------------------------|
| 170 | 12pegleg | https://www.ebay.com/usr/12pegleg?_trksid=p2047675.m3561.l2559 |
| 171 | 2016dani86 | https://www.ebay.com/usr/2016dani86 |
| 175 | alpha_toner | https://www.ebay.com/usr/alpha_toner |
| 176 | altatac | https://www.ebay.com/usr/altatac?_trksid=p2047675.m3561.l2559 |
| 177 | alv-ala-x6hs5bo | https://www.ebay.com/usr/alv-ala-x6hs5bo?_trksid=p2047675.m3561.l2559 |
| 178 | anything_here | https://www.ebay.com/usr/anything_here |
| 180 | armor_of_god | https://www.ebay.com/usr/armor_of_god |
| 181 | artf.mo0 | https://www.ebay.com/usr/artf.mo0?_trksid=p2047675.m3561.l2559 |
| 182 | aseel75 | https://www.ebay.com/usr/aseel75?_trksid=p2047675.m3561.l2559 |
| 185 | bestowal | https://www.ebay.com/usr/bestowal?_trksid=p2047675.m3561.l2559 |
| 186 | BETA BOX | https://www.ebay.com/usr/beta-box?_trksid=p2047675.m3561.l2559 |
| 189 | blondechick55 | https://www.ebay.com/usr/blondechick55?_trksid=p2047675.m3561.l2559 |
| 190 | boygirlsnew-02 | https://www.ebay.com/usr/boysgirlsnew-02?_trksid=p2047675.m3561.l2559 |
| 193 | breble66 | https://www.ebay.com/usr/breble66?_trksid=p2047675.m3561.l2559 |
| 194 | businessbezo | https://www.ebay.com/usr/businessbezo?_trksid=p2047675.m3561.l2559 |
| 197 | cnydeals315 | https://www.ebay.com/usr/cnydeals315?_trksid=p2047675.m3561.l2559 |
| 198 | curbsidrandom | http://www.ebay.com/usr/curbsiderandom?_trksid=p2349526.m4383.c10 |
| 199 | cyberoutlet14 | https://www.ebay.com/usr/cyberoutlet14?_trksid=p2047675.m3561.l2559 |
| 200 | dapperica | https://www.ebay.com/usr/dapperica |
| 201 | darknessseagull25 | https://www.ebay.com/usr/darknessseagull25 |

**SCHEDULE A**

| Doe No. | Seller Name | Defendant Online Marketplace |
|---------|-------------|------------------------------|
| 202 | dawdigiacom0 | https://www.ebay.com/usr/dawdigiacom0?_trksid=p2047675.m3561.l2559 |
| 203 | deals4real-0 | https://www.ebay.com/usr/deals4real-0?_trksid=p2047675.m3561.l2559 |
| 204 | dealwithzeal | https://www.ebay.com/usr/dealwithzeal?_trksid=p2047675.m3561.l2559 |
| 205 | derel_57 | https://www.ebay.com/usr/derel_57?_trksid=p2047675.m3561.l2559 |
| 208 | dmcove27 | https://www.ebay.com/usr/dmcove27?_trksid=p2047675.m3561.l2559 |
| 210 | ecffl | https://www.ebay.com/usr/ecffl?_trksid=p2047675.m3561.l2559 |
| 211 | eclipsefastpitch2 | https://www.ebay.com/usr/eclipsefastpitch2?_trksid=p2047675.m3561.l2559 |
| 212 | eufaulagirl | https://www.ebay.com/usr/eufaulagirl |
| 213 | finelivingcollections | https://www.ebay.com/usr/finelivingcollections?_trksid=p2047675.m3561.l2559 |
| 214 | fnilleks | https://www.ebay.com/usr/fnilleks |
| 217 | Fun-Home-914 | https://www.ebay.com/usr/funhome914?_trksid=p2047675.m3561.l2559 |
| 218 | gamertechz | https://www.ebay.com/usr/gamertechz |
| 219 | gladidavi2 | https://www.ebay.com/usr/gladidavi2?_trksid=p2047675.m3561.l2559 |
| 220 | gogetter8719 | https://www.ebay.com/usr/gogetter8719?_trksid=p2047675.m3561.l2559 |
| 223 | gotogoodsllc | https://www.ebay.com/usr/gotogoodsllc?_trksid=p2047675.m3561.l2559 |
| 224 | gufl8006 | https://www.ebay.com/usr/gufl8006 |
| 225 | healthiswealth-tyler | https://www.ebay.com/usr/healthiswealth-tyler?_trksid=p2047675.m3561.l2559 |
| 226 | homematecollection | https://www.ebay.com/usr/homematecollection |
| 229 | imud39 | https://www.ebay.com/usr/imud39?_trksid=p2047675.m3561.l2559 |
| 230 | inthemeadow | https://www.ebay.com/usr/inthemeadow?_trksid=p2047675.m3561.l2559 |

**SCHEDULE A**

| Doe No. | Seller Name | Defendant Online Marketplace |
|---------|-------------|------------------------------|
| 231 | jass2965 | https://www.ebay.com/usr/jass2965?_trksid=p2047675.m3561.l2559 |
| 232 | jedigirl10 | http://www.ebay.com/usr/jedigirl10?_trksid=p2349526.m4383.c10 |
| 234 | jemsbyjen | https://www.ebay.com/usr/jemsbyjen?_trksid=p2047675.m3561.l2559 |
| 235 | jg-trading | https://www.ebay.com/usr/jg-trading?_trksid=p2047675.m3561.l2559 |
| 236 | jiche96 | https://www.ebay.com/usr/jiche96 |
| 237 | jkatang | https://www.ebay.com/usr/jkatang?_trksid=p2047675.m3561.l2559 |
| 238 | jlmays84 | https://www.ebay.com/usr/jlmays84?_trksid=p2047675.m3561.l2559 |
| 239 | jobob-treasures | https://www.ebay.com/usr/jobob-treasures?_trksid=p2047675.m3561.l2559 |
| 240 | kenn.johns | https://www.ebay.com/usr/kenn.johns |
| 241 | kinseibeauty4 | https://www.ebay.com/usr/kinseibeauty4?_trksid=p2047675.m3561.l2559 |
| 243 | lcmj2018au | https://www.ebay.com/usr/lcmj2018au |
| 245 | leon_gill | https://www.ebay.com/usr/leon_gill?_trksid=p2047675.m3561.l2559 |
| 246 | linsh0p | https://www.ebay.com/usr/linsh0p?_trksid=p2047675.m3561.l2559 |
| 247 | lovinglightcandles | https://www.ebay.com/usr/lovinglightcandles?_trksid=p2047675.m3561.l2559 |
| 248 | lowcost-10 | https://www.ebay.com/usr/lowcost-10 |
| 249 | luckylemonmarket | https://www.ebay.com/usr/luckylemonmarket |
| 250 | luxury.china | https://www.ebay.com/usr/luxury.china |
| 251 | mastertoner | https://www.ebay.com/usr/mastertoner |
| 252 | maxam78 | https://www.ebay.com/usr/maxam78 |
| 253 | mbz-24*de | https://www.ebay.com/usr/mbz-24*de |

**SCHEDULE A**

| Doe No. | Seller Name | Defendant Online Marketplace |
|---------|-------------|------------------------------|
| 254 | mbz-24de | https://www.ebay.com/usr/mbz-24*de?_trksid=p2047675.m3561.l2559 |
| 255 | mcenterprises_llc | https://www.ebay.com/usr/mcenterprises_llc?_trksid=p2047675.m3561.l2559 |
| 256 | Mg fashion love | https://www.ebay.com/usr/mgfashionlove?_trksid=p2047675.m3561.l2559 |
| 257 | mhstore77 | https://www.ebay.com/usr/mhstore77 |
| 258 | migasol | https://www.ebay.com/usr/migasol?_trksid=p2047675.m3561.l2559 |
| 259 | mimocompr | https://www.ebay.com/usr/mimocompr?_trksid=p2047675.m3561.l2559 |
| 260 | nadalghait0 | https://www.ebay.com/usr/nadalghait0?_trksid=p2047675.m3561.l2559 |
| 261 | nannyrocks120 | https://www.ebay.com/usr/nannyrocks120?_trksid=p2047675.m3561.l2559 |
| 262 | nare8196 | https://www.ebay.com/usr/nare8196 |
| 263 | nycunitedgoods | https://www.ebay.com/usr/nycunitedgoods?_trksid=p2047675.m3561.l2559 |
| 265 | oebristol | https://www.ebay.com/usr/oebristol?_trksid=p2047675.m3561.l2559 |
| 266 | ottostore | https://www.ebay.com/usr/ottostore |
| 267 | outleth74 | https://www.ebay.com/usr/outleth74?_trksid=p2047675.m3561.l2559 |
| 269 | positiveshopnr1 | https://www.ebay.com/usr/positiveshopnr1?_trksid=p2047675.m3561.l2559 |
| 270 | ramireariadn-0 | https://www.ebay.com/usr/ramireariadn-0?_trksid=p2047675.m3561.l2559 |
| 272 | rodcogroup | http://www.ebay.com/usr/rodcogroup?_trksid=p2349526.m4383.c10 |
| 273 | rumaxtrade | https://www.ebay.com/usr/rumaxtrade |
| 274 | shmcg-7339 | https://www.ebay.com/usr/shmcg-7339?_trksid=p2047675.m3561.l2559 |
| 275 | shop_purple | https://www.ebay.com/usr/shop_purple?_trksid=p2047675.m3561.l2559 |
| 276 | shopcom2000 | https://www.ebay.com/usr/shopcom2000?_trksid=p2047675.m3561.l2559 |

**SCHEDULE A**

| Doe No. | Seller Name | Defendant Online Marketplace |
|---------|-------------|------------------------------|
| 277 | shopcrownhouse | https://www.ebay.com/usr/shopcrownhouse?_trksid=p2047675.m3561.l2559 |
| 278 | sita-ram (22) | https://www.ebay.com/usr/sita-ram?_trksid=p2047675.m3561.l2559 |
| 279 | solyansoutlet | https://www.ebay.com/usr/solyansoutlet |
| 280 | star61172 | https://www.ebay.com/usr/star61172 |
| 281 | steffanief13 | https://www.ebay.com/usr/steffanief13?_trksid=p2047675.m3561.l2559 |
| 282 | storageauctionpirate | https://www.ebay.com/usr/storageauctionpirate?_trksid=p2047675.m3561.l2559 |
| 283 | stylemebri | https://www.ebay.com/usr/stylemebri |
| 284 | sunken_treasure | https://www.ebay.com/usr/sunken_treasure?_trksid=p2047675.m3561.l2559 |
| 285 | sunlin1120 | https://www.ebay.com/usr/wisithuru_product?_trksid=p2047675.m3561.l2559 |
| 286 | taiyuanhuiguaisaish-0 | https://www.ebay.com/usr/taiyuanhuiguaisaish-0?_trksid=p2047675.m3561.l2559 |
| 287 | tandzik9 | https://www.ebay.com/usr/tandzik9 |
| 288 | tdbsmarketplace | https://www.ebay.com/usr/tdbsmarketplace?_trksid=p2047675.m3561.l2559 |
| 289 | teresbenedic5 | https://www.ebay.com/usr/teresbenedic5?_trksid=p2047675.m3561.l2559 |
| 290 | theezay | https://www.ebay.com/usr/theezay |
| 291 | thetajan | https://www.ebay.com/usr/thetajan?_trksid=p2047675.m3561.l2559 |
| 292 | thisiskatherine | https://www.ebay.com/usr/thisiskatherine?_trksid=p2047675.m3561.l2559 |
| 293 | triciatre_4 | https://www.ebay.com/usr/triciatre_4?_trksid=p2047675.m3561.l2559 |
| 294 | unixskin | https://www.ebay.com/usr/unixskin?_trksid=p2047675.m3561.l2559 |
| 295 | useeisell | https://www.ebay.com/usr/useeisell?_trksid=p2047675.m3561.l2559 |
| 296 | vallimerick | https://www.ebay.com/usr/vallimerick |

**SCHEDULE A**

| Doe No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 297 | vmotorv | https://www.ebay.com/usr/vmotorv?_trksid=p2047675.m3561.l2559 |
| 299 | waggcomputer | https://www.ebay.com/usr/waggcomputer |
| 300 | wallscloset04 | https://www.ebay.com/usr/wallscloset04?_trksid=p2047675.m3561.l2559 |
| 301 | watchbandspot | https://www.ebay.com/usr/watchbandspot |
| 304 | wenfindsmore | https://www.ebay.com/usr/wenfindsmore |
| 305 | wisithuru_product | https://www.ebay.com/usr/wisithuru_product |
| 307 | yanksfan12345 | https://www.ebay.com/usr/yanksfan12345?_trksid=p2047675.m3561.l2559 |
| 308 | yolandlor-0 | https://www.ebay.com/usr/yolandlor-0?_trksid=p2047675.m3561.l2559 |
| 309 | yyi89578 | https://www.ebay.com/usr/yyi89578?_trksid=p2047675.m3561.l2559 |
| 310 | zongtian | https://www.ebay.com/usr/zongtian |
| 311 | ArzariBeauty | https://www.etsy.com/shop/ArzariBeauty?ref=l2-about-shopname |
| 312 | BellesSecrets | https://www.etsy.com/shop/BellesSecrets?ref=l2-about-shopname |
| 313 | Digital Blonde Shop | https://www.etsy.com/shop/DigitalBlondeShop?ref=l2-about-shopname |
| 314 | JFieldsCo | https://www.etsy.com/shop/JFieldsCo?ref=l2-about-shopname |
| 315 | Lucky Lemon Market | https://www.etsy.com/shop/LuckyLemonMarket?ref=l2-about-shopname |
| 316 | PaintByNumberUK | https://www.etsy.com/shop/PaintByNumberUK?ref=l2-about-shopname |
| 317 | SkinAngelLLC | https://www.etsy.com/shop/SkinAngelLLC?ref=l2-about-shopname |
| 318 | Acme Approved | https://www.walmart.com/seller/2572?itemId=1976500705&pageName=item |
| 319 | AIIYME Store | https://www.walmart.com/seller/101115669?itemId=823755547&pageName=item |
| 320 | Ankang | https://www.walmart.com/seller/101290556?itemId=1780398428&pageName=item |

**SCHEDULE A**

| Doe No. | Seller Name | Defendant Online Marketplace |
| --- | --- | --- |
| 322 | Beautiful & Bold Aesthetics LLC | https://www.walmart.com/seller/101099899?itemId=758755217&pageName=item&returnUrl=%2Fip%2FDeep-Cleaning-Silicone-Facial-Cleansing-Brush-Electric-Massage-Brush%2F758755217%3Ffrom%3D%252Fsearch |
| 324 | BOTE LLC | https://www.walmart.com/seller/101242499?itemId=1646377688&pageName=item |
| 326 | Childlike Innocence | https://www.walmart.com/seller/101290197?itemId=2891618104&pageName=item&returnUrl=%2Fip%2FHandheld-Rechargeable-Acoustic-Wave-Facial-Cleanser-Waterproof-Electric-Household-Portable-Cleaning-Used-Deep-Cleaning-Gentle-Exfoliation-Massage%2F2891618104%3FadsRedirect%3Dtrue |
| 327 | CkeyiN Official | https://www.walmart.com/reviews/seller/101066171 |
| 331 | Good Choice | https://www.walmart.com/reviews/seller/101197036 |
| 332 | Good Day | https://www.walmart.com/reviews/seller/101276709 |
| 335 | Jones N Panda Corp | https://www.walmart.com/reviews/seller/101048089 |
| 336 | JT Home Store | https://www.walmart.com/reviews/seller/101197049 |
| 337 | Kikuu | https://www.walmart.com/seller/101260845?itemId=2084886749&pageName=item |
| 338 | kunminghuireng Co. ltd | https://www.walmart.com/seller/101269102?itemId=413762092&pageName=item |
| 339 | Li HB Store | https://www.walmart.com/reviews/seller/101273279 |
| 340 | LonRon Co.Ltd | https://www.walmart.com/seller/101273026?itemId=1512145364&pageName=item |
| 341 | LotusHaze | https://www.walmart.com/seller/101212924?itemId=1733247367&pageName=item |
| 343 | Quisque Ornare Inc | https://www.walmart.com/seller/101067535?itemId=1357847672&pageName=item |
| 345 | Sevenstore | https://www.walmart.com/seller/101257607?itemId=2735431672&pageName=item |
| 350 | The Skin Shop | https://www.walmart.com/seller/7177?itemId=848783357&pageName=item&returnUrl=%2Fip%2FUltrasonic-Silicone-Massage-Cleansing-Brush%2F848783357%3Ffrom%3D%252Fsearch |

## SCHEDULE A

| Doe No. | Seller Name | Defendant Online Marketplace |
|---------|-------------|------------------------------|
| 351 | VASYL Flagship store | https://www.walmart.com/seller/101213681?itemId=3386997016&pageName=item&returnUrl=%2Fip%2FSilicone-Facial-Cleaning-Brush-Skin-Care-Wash-Cleansing-Device-Beauty-Facial%2F3386997016%3Ffrom%3D%252Fsearch |
| 353 | Yinchuan Xingtian E-commerce Sales Co., Ltd. | https://www.walmart.com/seller/101244474?itemId=1588829096&pageName=item&returnUrl=%2Fip%2FSonic-Face-Cleansing-Brush-Anti-Aging-Lift-Facial-Skin-Handheld-Cleansing-Tool%2F1588829096%3Ffrom%3D%252Fsearch |
| 354 | Cao ruixin | https://www.wish.com/merchant/5f28b9ebb8547a004d3cc80f |