UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff FOREO INC., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 313 | Digital Blonde Shop | https://www.etsy.com/shop/DigitalBlondeShop?ref=l2-about-shopname |
| 320 | Ankang | https://www.walmart.com/seller/101290556?itemId=1780398428&pageName=item |
| 353 | Yinchuan Xingtian E-commerce Sales Co., Ltd. | https://www.walmart.com/seller/101244474?itemId=1588829096&pageName=item&returnUrl=%2Fip%2FSonic-Face-Cleansing-Brush-Anti-Aging-Lift-Facial-Skin-Handheld-Cleansing-Tool%2F1588829096%3Ffrom%3D%252Fsearch |

Dated: February 1, 2024

Respectfully submitted,

*/s/ Rossana Baeza*
Rossana Baeza (FL Bar No. 1007668)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8443
rbaeza@bsfllp.com

*Counsel for Plaintiff Foreo Inc.*