UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff FOREO INC. hereby gives notice that the Defendants[1] identified below are being added as parties to this matter.

altatac
alv-ala-x6hs5bo
anything_here
armor_of_god
artf.mo0
aseel75
bestowal
BETA BOX
blondechick55
boygirlsnew-02
breble66
businessbezo
cnydeals315
curbsidrandom
cyberoutlet14
dapperica
darknessseagull25
dawdigiacom0
deals4real-0
dealwithzeal

---

[1] Defendants were previously listed on Schedule A to the Complaint, which was filed under seal on September 26, 2023 (Dkt. 16).

derel_57
dmcove27
ecffl
eclipsefastpitch2
eufaulagirl
finelivingcollections
fnilleks
Fun-Home-914
gamertechz
gladidavi2
gogetter8719
gotogoodsllc
gufl8006
healthiswealth-tyler
homematecollection
imud39
inthemeadow
jass2965
jedigirl10
jemsbyjen
jg-trading
jiche96
jkatang
jlmays84
jobob-treasures
kenn.johns
kinseibeauty4
lcmj2018au
leon_gill
linsh0p
lovinglightcandles
lowcost-10
luckylemonmarket
luxury.china
mastertoner
maxam78
mbz-24*de
mbz-24de
mcenterprises_llc
Mg fashion love
mhstore77
migasol
mimocompr
nadalghait0
nannyrocks120
nare8196

nycunitedgoods
oebristol
ottostore
outleth74
positiveshopnr1
ramireariadn-0
rodcogroup
rumaxtrade
shmcg-7339
shop_purple
shopcom2000
shopcrownhouse
sita-ram (22)
solyansoutlet
star61172
steffanief13
storageauctionpirate
stylemebri
sunken_treasure
sunlin1120
taiyuanhuiguaisaish-0
tandzik9
tdbsmarketplace
teresbenedic5
theezay
thetajan
thisiskatherine
triciatre_4
unixskin
useeisell
vallimerick
vmotorv
waggcomputer
wallscloset04

Dated: February 1, 2024

Respectfully submitted,

*/s/ Rossana Baeza*
Rossana Baeza (FL Bar No. 1007668)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8436
rbaeza@bsfllp.com

*Counsel for Plaintiff Foreo Inc.*