UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff Foreo Inc. ("Plaintiff"), and Defendant acost6169 ("Defendant"), hereby stipulate to dismissal of all claims in this action in their entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: February 8, 2024

*/s/ Rossana Baeza*
Rossana Baeza (FL Bar No. 1007668)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8443

*Counsel for Plaintiff Foreo Inc.*

Respectfully submitted,

*/s/ Melissa Fernandez  (with permission)*
Melissa Fernandez *pro se*
acostafam29@yahoo.com
9000 Wagon Way
Odessa, Texas 79765
Tel: (432) 557-3639

*Pro Se Defendant acost6169*