UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff Foreo Inc. ("Plaintiff"), and Defendant JFieldsCo ("Defendant"), hereby stipulate to dismissal of all claims in this action in their entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: February 13, 2024                       Respectfully submitted,

| | |
|---|---|
| */s/ Rossana Baeza* | */s/ Jessica Fields (with permission)* |
| Rossana Baeza (FL Bar No. 1007668) | Jessica Fields *pro se* |
| rbaeza@bsfllp.com | jessica@jfieldsco.com |
| BOIES SCHILLER FLEXNER LLP | 6107 Belcrest Street |
| 100 SE 2nd Street, Suite 2800 | Houston, Texas 77033 |
| Miami, FL 33131 | Tel: (346) 217-9159 |
| Tel: (305) 357-8443 | |
| | |
| *Counsel for Plaintiff Foreo Inc.* | *Pro Se Defendant JFieldsCo* |