UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.

                                           /

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff

FOREO INC., voluntarily dismisses the following Defendant listed on Schedule A to the

Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
| 176 | altatac | https://www.ebay.com/usr/altatac?_trksid=p2047675.m3561.l2559 |

Dated: February 14, 2024           Respectfully submitted,

                                */s/ Rossana Baeza*
                                Rossana Baeza (FL Bar No. 1007668)
                                BOIES SCHILLER FLEXNER LLP
                                100 SE 2nd Street, Suite 2800
                                Miami, FL 33131
                                Tel: (305) 357-8443
                                rbaeza@bsfllp.com

                                *Counsel for Plaintiff Foreo Inc.*