UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff FOREO INC., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 169 | zwgf | https://www.dhgate.com/store/about-us/19827405.html |
| 181 | artf.mo0 | https://www.ebay.com/usr/artf.mo0?_trksid=p2047675.m3561.l2559 |
| 189 | blondechick55 | https://www.ebay.com/usr/blondechick55?_trksid=p2047675.m3561.l2559 |
| 190 | boygirlsnew-02 | https://www.ebay.com/usr/boysgirlsnew-02?_trksid=p2047675.m3561.l2559 |
| 194 | businessbezo | https://www.ebay.com/usr/businessbezo?_trksid=p2047675.m3561.l2559 |
| 197 | cnydeals315 | https://www.ebay.com/usr/cnydeals315?_trksid=p2047675.m3561.l2559 |
| 198 | curbsidrandom | http://www.ebay.com/usr/curbsiderandom?_trksid=p2349526.m4383.c10 |
| 199 | cyberoutlet14 | https://www.ebay.com/usr/cyberoutlet14?_trksid=p2047675.m3561.l2559 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 203 | deals4real-0 | https://www.ebay.com/usr/deals4real-0?_trksid=p2047675.m3561.l2559 |
| 205 | derel_57 | https://www.ebay.com/usr/derel_57?_trksid=p2047675.m3561.l2559 |
| 208 | dmcove27 | https://www.ebay.com/usr/dmcove27?_trksid=p2047675.m3561.l2559 |
| 211 | eclipsefastpitch2 | https://www.ebay.com/usr/eclipsefastpitch2?_trksid=p2047675.m3561.l2559 |
| 212 | eufaulagirl | https://www.ebay.com/usr/eufaulagirl |
| 217 | Fun-Home-914 | https://www.ebay.com/usr/funhome914?_trksid=p2047675.m3561.l2559 |
| 219 | gladidavi2 | https://www.ebay.com/usr/gladidavi2?_trksid=p2047675.m3561.l2559 |
| 229 | imud39 | https://www.ebay.com/usr/imud39?_trksid=p2047675.m3561.l2559 |
| 230 | inthemeadow | https://www.ebay.com/usr/inthemeadow?_trksid=p2047675.m3561.l2559 |
| 232 | jedigirl10 | http://www.ebay.com/usr/jedigirl10?_trksid=p2349526.m4383.c10 |
| 237 | jkatang | https://www.ebay.com/usr/jkatang?_trksid=p2047675.m3561.l2559 |
| 238 | jlmays84 | https://www.ebay.com/usr/jlmays84?_trksid=p2047675.m3561.l2559 |
| 240 | kenn.johns | https://www.ebay.com/usr/kenn.johns |
| 247 | lovinglightcandles | https://www.ebay.com/usr/lovinglightcandles?_trksid=p2047675.m3561.l2559 |
| 259 | mimocompr | https://www.ebay.com/usr/mimocompr?_trksid=p2047675.m3561.l2559 |
| 261 | nannyrocks120 | https://www.ebay.com/usr/nannyrocks120?_trksid=p2047675.m3561.l2559 |
| 265 | oebristol | https://www.ebay.com/usr/oebristol?_trksid=p2047675.m3561.l2559 |
| 267 | outleth74 | https://www.ebay.com/usr/outleth74?_trksid=p2047675.m3561.l2559 |
| 272 | rodcogroup | http://www.ebay.com/usr/rodcogroup?_trksid=p2349526.m4383.c10 |
| 275 | shop_purple | https://www.ebay.com/usr/shop_purple?_trksid=p2047675.m3561.l2559 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 277 | shopcrownhouse | https://www.ebay.com/usr/shopcrownhouse?_trksid=p2047675.m3561.l2559 |
| 278 | sita-ram (22) | https://www.ebay.com/usr/sita-ram?_trksid=p2047675.m3561.l2559 |
| 282 | storageauctionpirate | https://www.ebay.com/usr/storageauctionpirate?_trksid=p2047675.m3561.l2559 |
| 284 | sunken_treasure | https://www.ebay.com/usr/sunken_treasure?_trksid=p2047675.m3561.l2559 |
| 286 | taiyuanhuiguaisaish-0 | https://www.ebay.com/usr/taiyuanhuiguaisaish-0?_trksid=p2047675.m3561.l2559 |
| 291 | thetajan | https://www.ebay.com/usr/thetajan?_trksid=p2047675.m3561.l2559 |
| 292 | thisiskatherine | https://www.ebay.com/usr/thisiskatherine?_trksid=p2047675.m3561.l2559 |
| 293 | triciatre_4 | https://www.ebay.com/usr/triciatre_4?_trksid=p2047675.m3561.l2559 |
| 294 | unixskin | https://www.ebay.com/usr/unixskin?_trksid=p2047675.m3561.l2559 |
| 296 | vallimerick | https://www.ebay.com/usr/vallimerick |
| 299 | waggcomputer | https://www.ebay.com/usr/waggcomputer |
| 300 | wallscloset04 | https://www.ebay.com/usr/wallscloset04?_trksid=p2047675.m3561.l2559 |
| 307 | yanksfan12345 | https://www.ebay.com/usr/yanksfan12345?_trksid=p2047675.m3561.l2559 |
| 311 | ArzariBeauty | https://www.etsy.com/shop/ArzariBeauty?ref=l2-about-shopname |
| 326 | Childlike Innocence | https://www.walmart.com/seller/101290197?itemId=2891618104&pageName=item&returnUrl=%2Fip%2FHandheld-Rechargeable-Acoustic-Wave-Facial-Cleanser-Waterproof-Electric-Household-Portable-Cleaning-Used-Deep-Cleaning-Gentle-Exfoliation-Massage%2F2891618104%3FadsRedirect%3Dtrue |
| 327 | CkeyiN Official | https://www.walmart.com/reviews/seller/101066171 |
| 331 | Good Choice | https://www.walmart.com/reviews/seller/101197036 |
| 350 | The Skin Shop | https://www.walmart.com/seller/7177?itemId=848783357&pageName=item&returnUrl=%2Fip%2FUltrasonic-Silicone-Massage-Cleansing-Brush%2F848783357%3Ffrom%3D%252Fsearch |

| | |
|---|---|
| Dated: February 15, 2024 | Respectfully submitted,<br><br>*/s/ Rossana Baeza*<br>Rossana Baeza (FL Bar No. 1007668)<br>BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel: (305) 357-8443<br>rbaeza@bsfllp.com<br><br>*Counsel for Plaintiff Foreo Inc.* |