# EXHIBIT 1

| Doe No. | Marketplace | Seller Name | Number of Design Patents Infringed | IP Infringed | Design Patent Damages ($250) | Lost Profits Sought |
|---|---|---|---|---|---|---|
| 72 | Aliexpress | Forever Beauty House Store | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 73 | Aliexpress | Fuarscs Beauty Official Store | 1 | D773064 | $ 250.00 | $ - |
| 74 | Aliexpress | Hchenyu Store | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 75 | Aliexpress | Lola Beauty | 1 | D773064 | $ 250.00 | $ - |
| 77 | Aliexpress | Shiner Store | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 78 | Aliexpress | Shopping Factory Store | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 79 | Amazon | Amazing China Products | 3 | D698455 D716961 D734481 | $ - | $ 148,420.49 |
| 80 | Amazon | ITME Store | 1 | D773064 | $ - | $ 2,199.33 |
| 81 | Amazon | Lucky-minfan | 1 | D882104 | $ 250.00 | $ - |
| 82 | Amazon | suiningaitufuzhuangdian | 1 | D773064 | $ 250.00 | $ - |
| 83 | Amazon | XingZhouHe | 1 | D882104 | $ 250.00 | $ - |
| 84 | Amazon | Zhou Daweidedian | 1 | D773064 | $ 250.00 | $ - |
| 85 | DHGate | aawqq | 1 | D773064 | $ 250.00 | $ - |
| 86 | DHGate | adrs7 | 1 | D773064 | $ 250.00 | $ - |
| 87 | DHGate | basop6 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 88 | DHGate | beatrix2 | 1 | D773064 | $ 250.00 | $ - |
| 89 | DHGate | bevjhb | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 90 | DHGate | bfrda | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 91 | DHGate | bgeed | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 92 | DHGate | bgrft | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 93 | DHGate | bttr88 | 3 | D698455 D716961 D734481 | $ - | $ 501.47 |
| 94 | DHGate | buirnce | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 95 | DHGate | bvbcuw | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 96 | DHGate | bvvfcf | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |

| Doe No. | Marketplace | Seller Name | Number of Design Patents Infringed | IP Infringed | Design Patent Damages ($250) | Lost Profits Sought |
|---|---|---|---|---|---|---|
| 97 | DHGate | bxhtqb | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 98 | DHGate | ccfft | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 99 | DHGate | cffzz | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 100 | DHGate | cfghy | 1 | D773064 | $ 250.00 | $ - |
| 101 | DHGate | cfgtre | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 102 | DHGate | cftde | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 103 | DHGate | cftgff | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 104 | DHGate | cggmk | 1 | D773064 | $ 250.00 | $ - |
| 105 | DHGate | ctufqi | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 106 | DHGate | davkpj | 3 | D698455 D716961 D734481 | $ - | $ 432.62 |
| 107 | DHGate | ddyzvy | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 108 | DHGate | dffrft | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 109 | DHGate | diana11 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 110 | DHGate | diejck | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 111 | DHGate | dina51 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 112 | DHGate | djife32 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 113 | DHGate | dldl123123 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 114 | DHGate | dslf44 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 115 | DHGate | ecmuyn | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |

| Doe No. | Marketplace | Seller Name | Number of Design Patents Infringed | IP Infringed | Design Patent Damages ($250) | Lost Profits Sought |
|---|---|---|---|---|---|---|
| 116 | DHGate | edmki | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 117 | DHGate | eloif69 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 118 | DHGate | emnru230 | 4 | D773064 D698455 D716961 D734481 | $ 250.00 | $ - |
| 119 | DHGate | erinog | 3 | D698455 D716961 D734481 | $ - | $ 503.69 |
| 120 | DHGate | eurj18 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 121 | DHGate | fasr87 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 122 | DHGate | femf95f | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 123 | DHGate | fitzgerald2 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 124 | DHGate | fmmaoe2 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 125 | DHGate | foigj55 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 126 | DHGate | fploikk | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 127 | DHGate | fswnn33 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 128 | DHGate | fuvlkb | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 129 | DHGate | hftfcn | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 130 | DHGate | hgwdf625 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 131 | DHGate | hover8 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 132 | DHGate | jade86 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |

| Doe No. | Marketplace | Seller Name | Number of Design Patents Infringed | IP Infringed | Design Patent Damages ($250) | Lost Profits Sought |
|---|---|---|---|---|---|---|
| 133 | DHGate | jguyhxz10 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 134 | DHGate | jlyx | 1 | D882810 | $ 250.00 | $ - |
| 135 | DHGate | kiki2 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 136 | DHGate | kun6 | 4 | D773064 D698455 D716961 D734481 | $ 250.00 | $ - |
| 137 | DHGate | ldsf26 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 138 | DHGate | liliooo | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 139 | DHGate | lsclot | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 140 | DHGate | mark776 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 141 | DHGate | meyanbeautymachine2 | 1 | D773064 | $ - | $ 2,011.46 |
| 142 | DHGate | ngyhe | 4 | D773064 D698455 D716961 D734481 | $ 250.00 | $ - |
| 143 | DHGate | Ofunuobeautymachine | 1 | D773064 | $ - | $ 3,114.24 |
| 144 | DHGate | okif0fe | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 145 | DHGate | oklkuz | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 146 | DHGate | perpv94 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 147 | DHGate | ploik | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 148 | DHGate | plpaa | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 149 | DHGate | pvbwcc | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 150 | DHGate | quak11 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 151 | DHGate | quanbai66 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |

| Doe No. | Marketplace | Seller Name | Number of Design Patents Infringed | IP Infringed | Design Patent Damages ($250) | Lost Profits Sought |
|---|---|---|---|---|---|---|
| 152 | DHGate | ruiqi06 | 4 | D773064 D698455 D716961 D734481 | $ 250.00 | $ - |
| 153 | DHGate | sbisnc | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 154 | DHGate | slf51gs | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 155 | DHGate | smyy9 | 1 | D882810 | $ 250.00 | $ - |
| 156 | DHGate | szzas | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 157 | DHGate | takelovehome | 1 | D773064 | $ 250.00 | $ - |
| 158 | DHGate | vmxixhs300 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 159 | DHGate | wedswty68 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 160 | DHGate | wedswty998 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 162 | DHGate | xovke | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 163 | DHGate | xxlb | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 164 | DHGate | yao07 | 1 | D773064 | $ 250.00 | $ - |
| 165 | DHGate | you07 | 1 | D773064 | $ 250.00 | $ - |
| 166 | DHGate | youe | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 167 | DHGate | zaneo | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 168 | DHGate | zhucai33 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 170 | eBay | 12pegleg | 1 | D882810 | $ 250.00 | $ - |
| 171 | eBay | 2016dani86 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 175 | eBay | alpha_toner | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 177 | eBay | alv-ala-x6hs5bo | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 178 | eBay | anything_here | 1 | D773064 | $ 250.00 | $ - |

| Doe No. | Marketplace | Seller Name | Number of Design Patents Infringed | IP Infringed | Design Patent Damages ($250) | Lost Profits Sought |
|---|---|---|---|---|---|---|
| 180 | eBay | armor_of_god | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 182 | eBay | aseel75 | 1 | D773064 | $ 250.00 | $ - |
| 185 | eBay | bestowal | 1 | D882104 | $ 250.00 | $ - |
| 186 | eBay | BETA BOX | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 193 | eBay | breble66 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 200 | eBay | dapperica | 1 | D773064 | $ 250.00 | $ - |
| 201 | eBay | darknessseagull25 | 1 | D773064 | $ 250.00 | $ - |
| 202 | eBay | dawdigiacom0 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 204 | eBay | dealwithzeal | 1 | D773064 | $ 250.00 | $ - |
| 210 | eBay | ecffl | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 213 | eBay | finelivingcollections | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 214 | eBay | fnilleks | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 218 | eBay | gamertechz | 1 | D773064 | $ 250.00 | $ - |
| 220 | eBay | gogetter8719 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 224 | eBay | gufl8006 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 225 | eBay | healthiswealth-tyler | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 226 | eBay | homematecollection | 1 | D773064 | $ 250.00 | $ - |
| 231 | eBay | jass2965 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 235 | eBay | jg-trading | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 236 | eBay | jiche96 | 1 | D882810 | $ 250.00 | $ - |
| 239 | eBay | jobob-treasures | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 241 | eBay | kinseibeauty4 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 243 | eBay | lcmj2018au | 1 | D882104 | $ 250.00 | $ - |

| Doe No. | Marketplace | Seller Name | Number of Design Patents Infringed | IP Infringed | Design Patent Damages ($250) | Lost Profits Sought |
|---|---|---|---|---|---|---|
| 245 | eBay | leon_gill | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 246 | eBay | linsh0p | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 248 | eBay | lowcost-10 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 249 | eBay | luckylemonmarket | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 250 | eBay | luxury.china | 1 | D773064 | $ 250.00 | $ - |
| 251 | eBay | mastertoner | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 252 | eBay | maxam78 | 1 | D882810 | $ 250.00 | $ - |
| 253 | eBay | mbz-24*de | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 254 | eBay | mbz-24de | 1 | D773064 | $ 250.00 | $ - |
| 255 | eBay | mcenterprises_llc | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 256 | eBay | Mg fashion love | 1 | D882810 | $ 250.00 | $ - |
| 257 | eBay | mhstore77 | 1 | D773064 | $ 250.00 | $ - |
| 258 | eBay | migasol | 1 | D882810 | $ 250.00 | $ - |
| 260 | eBay | nadalghait0 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 262 | eBay | nare8196 | 1 | D773064 | $ 250.00 | $ - |
| 263 | eBay | nycunitedgoods | 1 | D773064 | $ 250.00 | $ - |
| 269 | eBay | positiveshopnr1 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 270 | eBay | ramireariadn-0 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 273 | eBay | rumaxtrade | 1 | D773064 | $ 250.00 | $ - |
| 274 | eBay | shmcg-7339 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 276 | eBay | shopcom2000 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 279 | eBay | solyansoutlet | 1 | D773064 | $ 250.00 | $ - |
| 280 | eBay | star61172 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 281 | eBay | steffanief13 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 283 | eBay | stylemebri | 1 | D773064 | $ 250.00 | $ - |

| Doe No. | Marketplace | Seller Name | Number of Design Patents Infringed | IP Infringed | Design Patent Damages ($250) | Lost Profits Sought |
|---|---|---|---|---|---|---|
| 285 | eBay | sunlin1120 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 287 | eBay | tandzik9 | 1 | D882810 | $ 250.00 | $ - |
| 288 | eBay | tdbsmarketplace | 1 | D773064 | $ 250.00 | $ - |
| 289 | eBay | teresbenedic5 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 295 | eBay | useeisell | 1 | D882810 | $ 250.00 | $ - |
| 297 | eBay | vmotorv | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 301 | eBay | watchbandspot | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 304 | eBay | wenfindsmore | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 305 | eBay | wisithuru_product | 1 | D882810 | $ 250.00 | $ - |
| 308 | eBay | yolandlor-0 | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 309 | eBay | yyi89578 | 1 | D882810 | $ 250.00 | $ - |
| 310 | eBay | zongtian | 1 | D773064 | $ 250.00 | $ - |
| 315 | Etsy | Lucky Lemon Market | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 316 | Etsy | PaintByNumberUK | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 317 | Etsy | SkinAngelLLC | 1 | D773064 | $ 250.00 | $ - |
| 318 | Walmart | Acme Approved | 1 | D882810 | $ 250.00 | $ - |
| 319 | Walmart | AIIYME Store | 1 | D776,438 | $ 250.00 | $ - |
| 322 | Walmart | Beautiful & Bold Aesthetics LLC | 1 | D773064 | $ 250.00 | $ - |
| 324 | Walmart | BOTE LLC | 1 | D776,438 | $ 250.00 | $ - |
| 335 | Walmart | Jones N Panda Corp | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |
| 337 | Walmart | Kikuu | 1 | D773064 | $ 250.00 | $ - |
| 338 | Walmart | kunminghuireng Co. ltd | 1 | D776,438 | $ 250.00 | $ - |
| 340 | Walmart | LonRon Co.Ltd | 1 | D773064 | $ 250.00 | $ - |
| 341 | Walmart | LotusHaze | 1 | D882104 | $ 250.00 | $ - |
| 345 | Walmart | Sevenstore | 1 | D773064 | $ 250.00 | $ - |
| 351 | Walmart | VASYL Flagship store | 1 | D773064 | $ 250.00 | $ - |
| 354 | Wish | Cao ruixin | 3 | D698455 D716961 D734481 | $ 250.00 | $ - |