# EXHIBIT 1
# (Part 1 of 11)

DOE Number: 72

Marketplace: Aliexpress

Seller Name: Forever Beauty House Store



Sell on AliExpress | Help | Buyer Protection | App | / Miami / English / USD | Wish List | Account

AliExpress

**Forever Beauty House Store**
100.0% Positive feedback

+ Follow
2 Followers

I'm shopping for...
0
On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

High Quality Silicon Face Cleanser Brush Cleansing Silicone Facial Brush Face Scrubber Brush

Extra 3% off

**US $65.88** ~~US $73.20~~ 10% off

Store Discount: Get US $7.34 off orders over US $73.35

US $4.00 off On orders over US $6.00 | US $73.35 Off Store Coupon | Get coupons

Color: Rose Red

Quantity:

1 50 Pieces available

Ships to Miami, Florida, United States

**Free Shipping**
From China to Miami via AliExpress Standard Shipping
Estimated delivery on May 07
More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

# Forever Beauty House Store

## Store Categories

› Others

## Top Selling



**US $124.03**

★ 4.0     2 Sold

**US $67.89**

1 Sold

**Forever Beauty Ho...**

100.0% Positive Feedback

2 Followers

💬 Contact

+ Follow    Visit Store

     

US $356.48   US $356.48   US $356.48   US $356.48   US $356.48   US $356.48

**DESCRIPTION**    CUSTOMER REVIEWS (0)    SPECIFICATIONS      Report Item

**High Quality Silicon Face Cleanser Brush Cleansing Silicone Facial Brush Face Scrubber Brush**



US $356.48

1 Sold

















palm size    FDA approval    showerproof    rechargeable    5 speeds
              silicone



## 6000TIMES/M SONIC PULSATION

• Clean face with gentle massage
• Accelerate skin care products absorption
• Lighten skin

## GENTLY MASSAGE FUNCTION

• 6000times/m high frequency micro-vibration
• Designed for modern city people,
  smooth fine lines and wrinkles









three different size silicone spots



sonic vibration creates gentle
cleansing and massage

Thick touch points,
combination skin



Double-sided silicone brush
head effectively cleanses skin,
keeping skin young.

Thicker touch points, hard to

4/16/23, 4:16 AM
Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 7 of 372
High Quality Silicon Facial Cleanser Brush Cleansing instrument Facial Brush face scrubber brush| AliExpress

# COMBINE CLEAN WITH MASSAGE



## 6000TIMES/M SONIC PULSATION

•Clean face with gentle massage
•Accelerate skin care products absorption
•Lighten skin

## GENTLY MASSAGE FUNCTION

•6000times/m high frequency micro-vibration
•Designed for modern city people,
smooth fine lines and wrinkles



# TWO DIFFERENT PARTS TOUCH POINTS
## CLEANSING AND MASSAGE COMBO

Intimately take good care of every inch of skin



**Thin touch points**
gently cleansing sensitive skin



**Sharp touch points**
especially for oily skin around nose

**Thick touch points**
on device back





















## ENVIRONMENTAL HIGHLY REACTIVE SILICONE TOUCH POINTS

One-time molding silicone heads without trace, soft for skin and anti-sensitive

## CLEANSING MASSAGE HEAD

Different touch points design, choose suitable part.
Back thick touch points could work as infuser, improve serum absorption

**More Service:**
**1. Warranty: 1 year, tips for how to use properly and to make the best performance of device.**
**2. Shipment: Offer with shipment included, by DHL/ UPS and Fedex etc, normally takes 5-7 days.**
**3. Payment: Aliexpress, Bank Transfer or PayPal are all available.**

**Thanks for reviewing, may our products bring you better skincare try, for more requests and needs of related, freely reach me to discuss with.**

No Feedback.

## Seller Recommendations

    

US $**330**.08
Extra 3% off with coins
Diamond 6.5J Homeuse Han...
Free shipping

US $**330**.08
Extra 3% off with coins
Home Use Beauty Intense Pu...
Free shipping

US $**330**.08
Extra 3% off with coins
Luxury Wireless Hair Remove...
Free shipping

US $**330**.08
Extra 3% off with coins
3 in 1 Ice Cooling IPL Beauty ...
Free shipping

US $**330**.08
Extra 3% off with coins
High Quality Crystal No Pain I...
Free shipping

    

US $**330**.08
Extra 3% off with coins
Multi-functional Home Use H...
Free shipping

US $**198**.04
Extra 3% off with coins
Beauty Body Slimming Devic...
Free shipping

US $**198**.04
Extra 3% off with coins
Body Fat Burners Device At H...
Free shipping

US $**198**.04
Extra 3% off with coins
Best Body Slimming Machine...
Free shipping

US $**198**.04
Extra 3% off with coins
Full Body Skin Care Beauty Sli...
Free shipping

## More to love

    


1PCS Color Silicone Mask Brus...


452 sold ★4.9
Electric Face Cleaner Sonic Sil...
Free shipping


1/2PCS Face Brush Silica Gel ...
Free shipping

86 sold ★4.4
Mini Ultrasonic Facial Cleansi...


Choice Top Selling
700+ sold ★4.6
Electric Facial Cleansing Brus...
🚚 Free 12-day delivery · Free
return


US $16.38
1 sold ★5
Electric Silicone Facial Cleansi...
Free shipping


forever lily
US $34.06
92 sold ★4.9
Golden 24kHz Ultrasonic Skin...
Free return


US $4.15
318 sold ★4.3
Electric Silicone Facial Brush ...
Free shipping


US $5
Extra 5% off with coins
79 sold ★4.9
iebilif Facial Cleansing Brush ...
Free shipping


US $33.12
Extra 5% off with coins
A008 Sonic Anti-wrinkle Facia...
Free shipping
Free return


US $21.07 US $43
Extra 7% off with coins
SuperDeals
120 sold ★4.8
7in1 RF&EMS Lifting Beauty L...
🚚 15-day delivery


art lalic
US $3.45
14 sold ★4.5
Mini Electric Facial Cleansing ...


US $3.93
800+ sold ★4.9
Nail Art Silicone Brush 5Pcs C...
Free shipping
Free return


US $19.9
Extra 5% off with coins
Mini Portable Waterproof So...
Free shipping
Free return


2 in 1 Vibrating
Facial Cleanser Brush
US $10.05 US $52.88
Extra 5% off with coins
SuperDeals
115 sold ★4.5
2 in 1 Electric Silicone Facial C...
Free shipping








4 In 1 Electric Face Cleansing Brush








38 sold ★ 4.3
Electric Facial Cleaner 5 IN 1 ...
🚚 Free 12-day delivery · Free return

LED Electric Facial Cleansing ...
Free shipping

Electric Facial Cleansing brus...
🚚 15-day delivery
Free shipping

Sonic Washer for the Face Cl...
Free shipping







US $11.48 US $32.8
Earn 10% off coupon
Choice SuperDeals
52 sold ★ 4.7
Sonic Facial Cleansing Brush ...
🚚 Free 12-day delivery · Free return

US $1.75
Top Selling
5,000+ sold ★ 4.7
Silica Gel Facial Brush Double...

US $8.96
Extra 2% off with coins
3 sold
Electric Facial Cleansing Brus...
Free shipping
Free return

US $0.36
143 sold ★ 4.8
Silicone Cleansing Brush Was...

US $7.13
58 sold ★ 4.9
Mini Electric Face Cleansing B...
Free shipping







US $3.65
Extra 2% off with coins
Top Selling
1,000+ sold ★ 4.8
Electric Toothbrush Replace...
Free shipping

US $4.71
Extra 1% off with coins
700+ sold ★ 4.8
Dental Rubber Dam Clamps ...
Free return

US $15.26
Extra 3% off with coins
20 sold ★ 5
Micro current beauty instrum...

US $29.41 US $91.92
Earn 10% off coupon
Choice SuperDeals
487 sold ★ 5
ANLAN RF Neck Face Beauty ...
🚚 Free 12-day delivery · Free return

US $0.99
Extra 5% off with coins
1,000+ sold ★ 4.8
1Pc White Makeup Silicone F...
Free return

Links

Ranking Keywords

High Quality Smooth Full Cleansed Brush Deansing Silicone Facial Brush Face Scrubber Cleansing... | AliExpress

logitech g430 headset

This product belongs to **Home**







4/16/23, 4:16 AM
High Quality Silicone Face Cleaner Brush Cleansing Silicone Facial Brush Face Scrub Brush| AliExpress.us











Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud,
Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace,
Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号



Help   Buyer Protection

App   / Miami / English /   USD

Wish List   Account

# AliExpress

I'm shopping for...

0

Forever Beauty House Store   100.0%   Positive review   FOLLOW   2 Followers

## Forever Beauty House Store

Store Home   Products   Sale Items   Top Selling   Feedback

Home > Store Home > Products

**Store Categories >**   High Quality Silicon Face Clean   **1 items found**   Hide Filter

Best Match   Orders   New   price   ☐ Free Shipping   View

10% OFF

High Quality Silicon Face Cleanser
Brush Cleansing...

**US $65.88**
US $73.20

◄   1   ►

4/16/23, 4:17 AM

Find All Class "Louis On Sale Good 7 Reveal Beauty Cleanser And Skin Aliexpress.Com  ... font  b Silicon b  font   font  ... Quality  b  agel 24 of

Case 1:23-cv-22631-RNS  Document 99-8  Entered on FLSD Docket 03/15/2024  Page 24 of 372

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers (Transactions)  -  User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号



AliExpress

## Shipping Address

[redacted]
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Forever Beauty House Store**

High Quality Silicon Face Cleanser Brush Cleansing Silicone Facial Brush Face Scrubber Bru...
Rose Red,CN

**US $65.88**

− 1 +

**Free Shipping**
Estimated delivery on **May 07**

## Summary

| | |
|---|---|
| Total item costs | US $65.88 |
| Promo Code | Enter code here |
| Total shipping | Free |
| Tax ? | US $4.61 |
| **Total** | **US $70.50** |

**Place order**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers (Transactions)  -  User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号

DOE Number: 73

Marketplace: Aliexpress

Seller Name: Fuarscs Beauty Official Store


Rock Your Style      **All white inspirations**      Shop now

Sell on AliExpress     Help     Buyer Protection     App     🇺🇸 / Miami / English / USD     Wish List     Account

### AliExpress™

**Fuarscs Beauty Official Store**
94.3% Positive feedback

+ Follow
**6113** Followers

I'm shopping for...     0
On AliExpress     In this store

Store Home     Products ⌄     Sale Items ⌄     Top Selling     Promotional products (60% off)     Feedback     Brand Story



Selection of color ⌄
Pink
Meihong
Blue
Green

Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration Sonic Cleanser Deep Pore facial brush machine

⊕ **Extra 3% off**

★★★★★ 4.4 ⌄   • 152 Reviews   800+ orders

Top products. Incredible prices.

**US $6.47**   US $9.81 34% off     **SuperDeals**
Ends in   2 | d | 01 | 01 | 12

Store Discount: Buy 2 get 1% off ⌄

US $4.00 off On orders over US $6.00     US $3.00 Off Store Coupon     Get coupons

**Color:** Rose red



**Quantity:**   ⊖ 1 ⊕   Additional 2% off (3 Pieces or more)
70 Pieces available

Ships to ⦿ **Miami, Florida, United States**

**Free Shipping**
From **China** to **Miami** via AliExpress Standard Shipping
Estimated delivery on **May 06**

More options ⌄

**Buy Now**     **Add to Cart**     ♡ 5136

Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Ultrasonic Cleaner Deep Pore Facial Brush Machine Facial Cleansing Brushes - AliExpress




**75-Day Buyer Protection**
Money back guarantee

## Fuarscs Beauty Official Store
Best price · Best service · Best quantity · Best shipping

### Store Categories

**▾ Hairdressing series**
- Hair Dye Pen
- Hair drying cap
- Hairdressing tools
- Hair accessories
- Hair Curler
- Hair Hoop

**▾ Nursing series**
- Skin care equipment
- Facial care
- Spray Bottle
- Blackhead Needles
- Shaving tools
- Cleaning tools
- Face-lifting tools
- Facial mask
- Thin Arm Patch

**▾ Makeup series**
- Eyebrow trimming tools
- Eye makeup
- Liquid Blusher
- Face Mask Brush
- Makeup accessories
- Eyelash tools
- Makeup brush
- Makeup Tools
- Makeup cleaning tools
- Overall repair
- Eyebrow pencil

**▾ Oral series**
- Nursing tools








**Fuarscs Beauty Offi...**

**94.3%** Positive Feedback
**6113** Followers

💬 Contact

+ Follow    Visit Store

 US $15.89
 US $12.51
 US $12.19
 US $10.00
 US $16.98
US $14.12

---

**DESCRIPTION**    CUSTOMER REVIEWS (152)    SPECIFICATIONS                Report Item


Electric Silicone Facial
Brush Cleansing Skin
**USD 6.18**/piece


8/7/5/4/3pcs Makeup
Sponge Cosmetic Puff
**USD 4.35-6.45**/piece



Eyelash Cleaning Brush
Extensions Applicator
**USD 2.66-5.00**/piece


Silicone Facial
Cleansing Brush Super
**USD 4.10**/piece


Electric Toothbrush
Replacement Brush
**USD 3.65**/piece


Silicone Nasal Brush
Double-sided Nasal
**USD 2.59-3.85**/piece



**PRODUCT DESCRIPTION** ⟩⟩⟩⟩⟩ Fuarscs

**Feature:**
1. Silicone material, no irritation to the face.
2. The bristles are delicate and can be cleaned deeply.
3. Small and portable, easy to carry, can be used for home travel.
4. Deep clean facial dirt, balance facial oil secretion.
5. Relax the skin, moisturize and shrink pores, leaving the skin refreshed and comfortable.

**Specification:**
Material: ABS+silicone
Weight: 80g
Size: 8*6*4cm
Battery power: 1 x AAA battery**(Due to logistics restrictions, batteries are not included)**

**Instructions:**
Repeated verification, daily foaming facial cleanser about 1-2 grams, drip 4-6 drops of water, long press the mode button for about 5-6 seconds to automatically foam.

**Package Included:**
1PC x Cleansing brush**(Due to logistics restrictions, batteries are not included)**

**Notice:**
1. Please allowed 1-3mm differences due to manual measurement, thank you for your understanding!
2. Due to the difference between different monitors, please understand that the picture may not reflect the actual color of the item.
3. The product needs to configure 1 AAA batteries by itself, pay attention to the battery model, and avoid configuring batteries that do not match the model, and the product will overheat!

Sidebar navigation:
Toothbrush
Dental care
Teeth Corrector
Lip makeup series
Lip glaze
Lipstick
Whole body series
Hair removal
Foot care
Health massage tools
Foot Care Tool
Nail Tools
Armor removal tool
Nail care solution
Nail Stickers
Cuticle Scissors
Trimming tool
Nail Fungus oil
Nail art tools
Nail drying tool
Storage supplies
Makeup Sponge Holder
Cosmetic Bag
Shaving & Hair Removal
Electric Nose Hair Trimmer
Electric Shaver
Eyebrow Trimmer
Eye makeup
Eyeshadow palette
Eyelash Tape
Eyebrow Trimmer
Mascara
Eyeliner Brushes
Glue Cleaner Pads
Eyebrow Pen
Eyebrow cream
Eyelash growth liquid
Double Eyelid Sticker
Fake eyelashes




4. The skin is fragile during allergic peeling. It is recommended that the skin care method at this time be as simple as possible. Use it 1-2 times a week. If there is a wound or purulent acne, please stop using this product to avoid worsening wound infection.



**US $2.32**

★ 4.8                    8971 Sold



**US $6.47**

★ 4.4                    850 Sold







## PRODUCT IMAGES ›››››  Fuarscs

# Wash your face, have you really washed it?



**Large pores**

Air dust,
makeup residue

**Blackhead, shut up**

Excessive cleaning,
imbalance of water and oil,



**Acne**

Sensitive and
fragile skin

4/15/23, 11:28 PM

Case 1:23-cv-23631-RNS   Document 99-3   Entered on FLSD Docket 02/15/2024   Page 32 of 372

Elastic Silicone Vibration Washing Massager Facial Cleaner Cleansing Face Brush Electric Sonic Cleaner Deep Pore Facial Cleansing Machine Face Cleansing Brushes - AliExpress

US $2.96

⭐ 4.8                    601 Sold



US $2.75

⭐ 4.6                   1447 Sold

US $2.39

⭐ 4.9                    709 Sold

View More ›



4/15/23, 11:28 PM
Elastic Silicone Facial Brush Cleansing Skin Massage Face Brush Vibration Sonic Cleaner Deep Pore Facial Brush Machine Facial Cleansing Brushes - AliExpress

Case: 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 33 of 372







**Before clean**

Dirt is not only attached to the surface skin Still hidden inside the pores

**Ordinary cleansing**

Difficult to clean deep clogged pores

**Gentle cleansing**

Thermal conductivity system can better open pores, dredge and clean thoroughly








Before use, the pores are enlarged and there are many blackheads

After use, the pores shrink and the skin becomes delicate

## 5mm brush head

With a large area of silicone brush, blackheads, pores and skin can be cleaned, effectively solving skin problems

## Massage mode

Low-frequency vibration massage, rejuvenate skin elasticity, and solve the problem of skin fatigue

## Sonic vibration

The transdermal sonic vibration can strongly clean the stains under the skin cortex, which is efficient and safe without hurting the skin











4/15/23, 11:28 PM

Case: 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 39 of 372

Elastic Silicone Facial Brush Cleansing SPA Massager Face Brush Exfoliator Sonic Cleanser Deep Pore Facial Brush Machine Facial Cleansing Brushes - AliExpress




4/15/23, 11:28 PM

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 40 of 372

Elastic Silicone Facial Brush Cleansing Soni Massager Face Brush Vibration Sonic Cleaner Deep Pore Facial Brush Machine Facial Cleansing Brushes - AliExpress





After removing makeup, wet the face,
foam the facial cleanser and apply it on the face,
or apply the facial cleanser directly to the cleanser

Turn on the cleansing device to a that
each use lasts no more than 2 minutes













**[ PAYMENT ⊙]**

       



**[ SHIPPING CHIOCE ⊙]**

| Shipping method | Courier | | Shipping Time |
|---|---|---|---|
| Express Shipping | DHL | DHL Express | About 3-10 days |
| | EMS | EMS Express | About 3-10 days |
| Standard Shipping (for order over USD5) | AliExpress | Aliexpress Standard Shipping | About 20-45 days |
| | | Registered Air Mail(china post/E-packet only for USA) | About 40-60 days |
| Economy Shipping (for order under USD5) | | Economy Post(China economy) | About 40-60 days (Brazil about 90 days) |





**[ RETURN & REFUND ⊙]**

 





## Customer Reviews (152)

| | | |
|---|---|---|
| 5 Stars | 75% | |
| 4 Stars | 13% | **4.4** / 5 |
| 3 Stars | 3% | |
| 2 Stars | 1% | |
| 1 Star | 8% | |

All Stars (152)    [ Photos (12) ]   [ Additional Feedback (1) ]

☐ Only from your country    ☑ Translate to English      [ Sort by default ]

**F***r**
US

Color: Pink    **Logistics:** AliExpress Standard Shipping

I love it, with vibration clean face deep, thank you seller   09 Jan 2023 09:37

Helpful?   [ Yes (0) ] [ No (0) ]

**M***z**
US

Color: Rose red    **Logistics:** AliExpress Standard Shipping

Works very well. I recommend it and it arrived in the indicated time.   13 Jan 2023 07:05

Helpful?   [ Yes (0) ] [ No (0) ]

**J***r**
US

Color: Green    **Logistics:** Cainiao Super Economy Global

It's very fast, well done   05 Jan 2023 10:46

Helpful?   [ Yes (0) ] [ No (0) ]

**M***y**
US

Color: Pink    **Logistics:** AliExpress Standard Shipping

I'm very satisfied   25 Jan 2023 08:38

Helpful?   [ Yes (0) ] [ No (0) ]



Elastic Silicone Facial Brush Cleansing and Massager Face Brush Cleansing Cream Cleaner Deep Pore Facial Exfoliator Skin Facial Cleansing Brushes - AliExpress

**V***a**
US

? **It's not working**
this is crap. battery plug is too small for manipulation. even you archive to put a battery that crap start a vibrate for a few second. but only him self not a brusher.  21 Feb 2023 11:29

💬 Well for me it works great

Helpful?  Yes (0)  No (0)

? **This brush works like peeling, helps with peeling skin?**

Seller's Reply

💬 No, it just helps... from edema. TK strongly vibrates. And that's it. And peeling skin no baby will not help, only Moisturizing Cream)))
Dear buyer, sorry for bring you a bad shopping experience. We design and produce products through special machines. If the effect of the product you receive cannot meet your expectations, please contact customer service through dialogue, and send us a photo of the effect of the product. We can give you a full refund. Thank you for your understanding!  21 Feb 2023 11:29

? **It's not working. I put the battery and nothing happens. Do what?**

💬 Breathe and exhale. The button smells a little. Buy a new battery and try gently but insistently turn on

**F***r**

? كيف طريقة استخدام

💬 I just thank seller  09 Jan 2023 09:37

? **Location of rusty batteries I talk to the seller since I received 3 months that I wait for compensation but nothing at all to flee!!!**

Helpful?  Yes (0)  No (0)

**F***r**
US
**Color:** Blue    **Logistics:** AliExpress Standard Shipping

love it, thank you seller  09 Jan 2023 09:37

< 1 2 >

**AliExpress Shopper**
US
**Color:** Blue    **Logistics:** Cainiao Super Economy Global
01 Nov 2022 04:46











US $**5**

Extra 5% off with coins

78 sold ⭐ 4.9

iebilif Facial Cleansing Brush ...

Free shipping



US $**6**.17   ~~US $19.26~~

Earn 10% off coupon

✓Choice  Top Selling

700+ sold ⭐ 4.6

Electric Facial Cleansing Brus...

🚚 Free 12-day delivery · Free
return



US $**4**.15

318 sold ⭐ 4.3

Electric Silicone Facial Brush ...

Free shipping



US $**12**.79

Top Selling

452 sold ⭐ 4.9

Electric Face Cleaner Sonic Sil...

Free shipping



US $**8**.53

Extra 2% off with coins

85 sold ⭐ 4.4

Mini Ultrasonic Facial Cleansi...



US $**2**.13

Extra 2% off with coins

3000+ sold ⭐ 4.7

Silicone Face Cleansing Brus...

Free shipping



US $**8**.77

Extra 5% off with coins

119 sold ⭐ 5

Manual Electric Facial Cleansi...

Free shipping



US $**1**.81

Top Selling

5,000+ sold ⭐ 4.7

Silica Gel Facial Brush Double...



US $**4**.83

Top Selling

73 sold ⭐ 4.2

Silicone Facial Cleansing Brus...

Free shipping



US $**2**.88

Extra 3% off with coins

Top Selling

900+ sold ⭐ 4.9

Double Head Face Cleansing ...

Free shipping








    

🚚 Free 12-day delivery · Free return

    

**US $1.4**
Extra 8% off with coins
68 sold
1pc Octopus Silicone Facial Cl...
Free shipping

**US $1.4** ⭐ 4.7
41 sold
Electric Facial Cleanser Silico...
Free return

**US $3.59**
Extra 5% off with coins
452 sold ⭐ 4.8
7Pcs/Set Makeup Sponge Set...
Free shipping

**US $1.23**
4000+ sold ⭐ 4.9
3pcs Practical Facial Brushes ...

**US $3.21**
152 sold ⭐ 4.7
Silica Gel Facial Brush Double...
Free shipping

     

**US $2.14**
Extra 2% off with coins
383 sold ⭐ 4.9
2Pcs/Set Natural Stone Pink ...
Free shipping

**US $1.33** US $2.72
Extra 3% off with coins
SuperDeals
900+ sold ⭐ 4.6
Silicone Eyeliner Makeup Use...

**US $1.9**
Extra 2% off with coins
5,000+ sold ⭐ 4.7
2023 Luminous Cat Star Moo...
Free shipping

**US $2.44** US $5.08
Extra 5% off with coins
SuperDeals
900+ sold ⭐ 4.9
Triangle Powder Puff Soft Ma...
Free shipping

**US $2.46**
175 sold ⭐ 4.8
Natural Exfoliating Face Was...
Free shipping

    

4/15/23, 11:28 PM

Elastic Silicone Face Brush Cleansing Skin Massager Face Brush Exfoliator Sonic Cleaner Deep Pore Facial Exfoliation Shine Cleansing Brushes - AliExpress








GN 1.5mm Gold Silver Gel Pe...

999 sold ☆ 4.8
Cell Phone Holder Universal ...
Free shipping

2,000+ sold ☆ 4.7
Love Heart Couple Bracelet f...
Free shipping

27 sold ☆ 5
1PC Mushroom Head Makeup...

100pcs 3mm LED Diode Kit Li...

## Links

## Related Search

| | | |
|---|---|---|
| sonic facial cleansing brush | brush face cleansing vibration | electric brush facial silicon |
| facial cleansing brush sonic | face care brush vibration | sonic facial brushes |
| electric facial silicone brush | electric face cleansing brush | facial sonic cleansing brush |
| facial cleansing brush electric | cleansing facial brush sonic | cleansing face brush with vibration |

## Ranking Keywords

| | | |
|---|---|---|
| face scrubber silicon | cleansing facial brush | sonic facial brush cleanse |
| face brushing | foreo face brush | chinese silk bedding |

This product belongs to **Home** , and you can find similar products at **All Categories** , **Beauty & Health** , **Skin Care Tools** , **Powered Facial Cleansing Devices** .







4/15/23, 11:28 PM

Case: 1:23-cv-20631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 51 of 372

Elastic Silicone Vocal Brush Cleansing Skin Massage [Face-Brush Electric Sonic Cleaner Deep Pore Facial Brush Machine Washable Cleansing Brushes - AliExpress



## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish,
Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

Electric Silicone Vocal Brush Cleaning and Massage Facial Pore Brush Face Electronic Cleaner Deep Pore Facial Brush Cleansing Brushes - AliExpress

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号



Help Buyer Protection App / Miami / English / USD Wish List Account

AliExpress

I'm shopping for...

0

Fuarscs Beauty Official Store Open 1 year(s) 94.3% Positive review FOLLOW 6113 Followers

# Fuarscs Beauty Official Store

Best price Best service Best quantity Best shipping

Store Home | Products | Sale Items | Top Selling | Promotional produ... | Feedback | Brand Story

Home > Store Home > Products

**Store Categories**

- Hairdressing series
  - Hair Dye Pen
  - Hair drying cap
  - Hairdressing tools
  - Hair accessories
  - Hair Curler
  - Hair Hoop
- Nursing series
  - Skin care equipment
  - Facial care
  - Spray Bottle
  - Blackhead Needles
  - Shaving tools
  - Cleaning tools
  - Face-lifting tools
  - Facial mask
  - Thin Arm Patch
- Makeup series
  - Eyebrow trimming...
  - Eye makeup
  - Liquid Blusher
  - Face Mask Brush
  - Makeup accessories
  - Eyelash tools
  - Makeup brush

Store Categories > Electric Silicone Facial Brush Cl 1 items found Hide Filter

Best Match Orders New price Free Shipping View

Electric Silicone Facial Brush Cleansing Skin Massager...

**US $6.47**

~~US $9.81~~

Orders(850)

1





4/15/23, 11:29 PM          Find All Cause Products On Sale from Feelaos Beauty Official Store on Aliexpress.com on L-SD Docket 02/15/2024 Silicone Brush of Facial </font> <f…

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers (Transactions)  -  User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8   浙公网安备 33010802002248号



AliExpress

## Shipping Address

[redacted]
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Fuarscs Beauty Official Store**

Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration Sonic Cleanser ...
Rose red

**US $6.47**

1

**Free Shipping**
Estimated delivery on **May 06**

## Summary

| | |
|---|---|
| Total item costs | US $6.47 |
| Promo Code | Enter code here |
| Total shipping | Free |
| Tax | US $0.45 |
| **Total** | **US $6.92** |

Place order

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers (Transactions)  -  User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号

DOE Number: 74

Marketplace: Aliexpress

Seller Name: Hchenyu Store

Case 1:23-cv-23631-RNS Document 90-3 Entered on FLSD Docket 02/15/2024 Page 59 of 372



Sell on AliExpress | Help | Buyer Protection | App | / Miami / English / USD | Wish List | Account

**Hchenyu Store**
100.0% Positive feedback
+ Follow
120 Followers

I'm shopping for...
On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback





Electric Facial Cleansing Brush Deep Pore Cleaning blackheads and acne Skin Massager Face Brush Vibration facial brush machine

⊕ Extra 2% off

3 orders

**US $8.96** ~~US $12.80~~ 30% off

Store Discount: Buy 3 get 5% off ∨

US $4.00 off On orders over US $6.00 | US $3.00 Off Store Coupon | Get coupons

Color: pin

Quantity:
− 1 + Only 1 left

Ships to ⊙ Miami, Florida, United States

**Free Shipping**
From China to Miami via AliExpress Standard Shipping
Estimated delivery on May 06

More options ∨

Buy Now | Add to Cart | ♡ 12



**75-Day Buyer Protection**
Money back guarantee

**Free Return**
Return without any reason for free within 15 days

# Hchenyu Store

## Store Categories

- Lip Care
- ▼ Face Care
  - Face Cream
  - Face slimming sticker
  - Face serum
  - Face Lotion
  - Facial Cleanser
  - Face Mask
- ▸ Hair Care
- ▼ Nail Care
- ▼ Treatment Effect
  - Scar Treatment
  - Psoriasis Eczenma treatment
  - Scalp Treatment
  - Acne treatment
  - Varicose Leg Repair
- ▼ Body Care
  - Deodorant
  - Muscle Care
  - Slimming Cream
  - Buttocks Care
  - Foot Care
  - Hang care
  - Sunscreen
  - Breast Care
  - Stretch mark repair care
  - Private part care
  - Neck Care



**Hchenyu Store**

100.0% Positive Feedback
120 Followers

💬 Contact

+ Follow    Visit Store

 

 US $34.58
 US $20.00
 US $18.50
 US $18.28
 US $16.98
US $16.60

**DESCRIPTION**    CUSTOMER REVIEWS (0)    SPECIFICATIONS    Report Item



Electric Facial Cleansing Brush facial
**USD 19.50**/piece



4 IN 1 Electric Facial Cleansing Brush Deep
**USD 27.90**/piece



Electric Facial Cleansing Brush Deep
**USD 8.96**/piece



Electric Facial Cleansing Brush
**USD 27.40-28.40**/piece



Facial Cleansing Brush Electric Face Cleanser
**USD 34.00**/piece



Facial Cleansing Brush Sonic Nu Face Spin
**USD 32.60-39.00**/piece



Facial Cleansing Brush Skin Care device made
**USD 7.00**/piece

4/15/23, 11:18 PM

Electric Cleansing Brush Deep Pore Cleansing Blackheads Remover Acne Skin Massager Face Brush Vibration Facial Beauty Machine – Multifunctional Beauty Devices – AliExpress

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 61 of 372

Produc  Feature

3 zones design. Regular for most people, fine for sensitive skin and rough for oily skin like T zone.

Sonic pulsations deliver high frequency vibrations to unclog pores and effectively remove dirt, oil and makeup residue.

Our medical grade silicone is 30x more hygienic than nylon brushes - no more replacement heads.

100% waterproof design allows for easy cleaning and use in the shower or bath.

Portable - bring it with you anywhere, Long-lasting rechargeable battery lasts up to 1 month on a single charge.

Product Benefits:

This simple and elegant device will provide you with a fresh, smooth and radiant looking skin after just two weeks of use.

A two minute daily cleansing routine removes the accumulation of dirt, impurities and make up residue.

Massaging your face with this device boosts the blood circulation, which helps reduce the appearance of fine lines and wrinkles on your face.

Product  specification

Charging: USB Charging

Vibration:6000RPM

Voltage:DC3.7V

Operation interface: three button

Size:100*75*30mm

Net weight:98g

Vibration Strength: 5 levels adjustable

Plug type: USB plug

Operation interface: three button

Package includes:

One Cleansing Brush

One USB Charging Cable

## Eye Care
- Eye Cream
- Eye Mask
- Eye Serum

other

## Oral care
- Teeth whitening

## beauty tools
- blackhead cleaning
- mole point pen
- Beauty Instrument

## Hair removal tools
- Hair removal cream

## Eye care tools
- Eye massager

## Face cleaning tools
- Electric washing machine

## Nail Art
- Nail polisher

## Others

### Top Selling



**US $8.96**

3 Sold



4/15/23, 11:18 PM

Electric Facial Cleaning Brush Deep Pore Cleaning Blackheads And Acne Skin Massager Face Scrub Vibration Facial Cleaning Machine Multifunctional Beauty Devices - AliExpress

Case 1:23-cv-23631-RNS Document 90-3 Entered on FLSD Docket 02/15/2024 Page 62 of 372



US $6.60

11 Sold



US $2.80

5 Sold



US $7.50

★ 5.0      4 Sold



US $16.42

★ 5.0      3 Sold

One User's Guide

Special Note: Please fully plug the waterproof plug before use, and make sure the waterproof plug is level with the bottom to avoid damage to the product. Thank you.

Case 1:23-cv-23631-RNS  Document 99-3  Entered on FLSD Docket 02/15/2024  Page 63 of 372

View More  >



4/15/23, 11:18 PM
Electric Facial Cleansing Brush Deep Pore Cleaning Blackheads and Acne Sonic Massage Face Scrub Women Facial Cleaning Machine Multifunctional Beauty Devices - AliExpress

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 64 of 372



## 1.Clear blackheads and acne



## 2.Clean pores and improve skin





4/15/23, 11:18 PM      Electric Facial Cleansing Brush Deep Pores Cleaning Sonic Blackhead Remove Acne Skin Massager Face Clean Wash Machine Portable Function...nal Beauty Devices - AliExpress

Case 1:23-cv-23631-RNS Document 90-3 Entered on FLSD Docket 02/15/2024 Page 66 of 372



Product Name: Net transparent silicone cleansing instrument

Product number：NJMY−036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blue



4/15/23, 11:18 PM

Case 1:23-cv-23631-RNS Document 90-3 Entered on FLSD Docket 02/15/2024 Page 67 of 372

Electric Facial Cleansing Brush Deep Pore Cleaning Blackheads and Acne Silic Massager Face Sonic Vibration Facial Machine Multifunctional Beauty Devices - AliExpress



Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 68 of 372





4/15/23, 11:18 PM
Electric Facial Cleansing Brush Deep Pore Cleaning Brush Heads And Acne EMS Massager Face Beauty Women Facial Cleaning Machine Professional Beauty Devices - AliExpress

Case 1:23-cv-23631-RNS   Document 90-3   Entered on FLSD Docket 02/15/2024   Page 69 of 372




4/15/23, 11:18 PM    Electric Facial Cleaning Brush Deep Pore Cleaning Blackheads and Acne Silic Massager Face Skin Clean Brush Machine - Multi-Functional Beauty Devices - AliExpress

Case 1:23-cv-23631-RNS Document 90-3 Entered on FLSD Docket 02/15/2024 Page 70 of 372





4/15/23, 11:18 PM
Electric Facial Cleansing Brush Deep Pore Cleaning Blackheads and Acne Silicone Face Scrub Vibration Massage Machine Multi-functional Beauty Devices - AliExpress

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 71 of 372




4/15/23, 11:18 PM

Case 1:23-cv-23631-RNS Document 90-3 Entered on FLSD Docket 02/15/2024 Page 72 of 372

Electric Facial Cleansing Brush Deep Pore Cleaning Brush Head and Acne Silicone Massager Face Skin Wrinkle Care Machine Multifunctional Beauty Devices - AliExpress




Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 73 of 372




Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 74 of 372





Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 75 of 372





Case 1:23-cv-23631-RNS  Document 90-3  Entered on FLSD Docket 02/15/2024  Page 76 of 372

No Feedback.

## Seller Recommendations



US $**16**.57

Extra 2% off with coins

3Pcs Buttock Whitening Crea...

Free return



US $**16**.42

Extra 2% off with coins

3 sold  ⭐ 5

3PCS Pregnancy Repair Crea...

Free shipping
Free return



US $**15**.87

Extra 2% off with coins

3PCS Hair Growth Essence Li...

Free return



US $**15**.68

Extra 2% off with coins

2Pcs Maternity Scars Essenti...

Free return



US $**15**.43

Extra 2% off with coins

3PCS Traditional Chinese Oil ...

Free return



US $**15**.4

Extra 2% off with coins

1 sold  ⭐ 5

Scar Repair Cream Remove G...

Free shipping
Free return



US $**13**.84

Extra 2% off with coins

120Pcs Eye Masks Hyaluronic...

Free shipping
Free return



US $**13**.65

Extra 2% off with coins

Electric Nail Drill Machine Ma...

Free shipping
Free return



US $**13**.6

Extra 2% off with coins

30Pcs Hip Lifting Patch Butt E...

Free shipping
Free return



US $**13**.19

Extra 2% off with coins

3Pcs Eye Cream A Alcohol Pol...

Free shipping
Free return

## More to love





Case 1:23-cv-23631-RNS Document 90-3 Entered on FLSD Docket 02/15/2024 Page 77 of 372













US $8.77
Extra 5% off with coins
119 sold ★5
Manual Electric Facial Cleansi...
Free shipping

US $5
Extra 5% off with coins
78 sold ★4.9
ieblibf Facial Cleansing Brush ...
Free shipping

US $4.11
2 sold
Ultrasonic Vibration Silicone ...

US $8.6
Extra 2% off with coins
76 sold ★4.8
Facial Massager Silicone Clea...
Free shipping
Free return

US $3.45
Extra 2% off with coins
14 sold ★4.5
Mini Electric Facial Cleansing ...







US $9.53
128 sold ★5
Electric Face Cleansing Brush ...
Free shipping

US $8.61
22 sold ★4.5
Direct sales Mini Face Cleani...
Free shipping

US $5.54
Extra 2% off with coins
81 sold ★4.3
Silicone Facial Cleansing Brus...
Free shipping

US $16.55
Extra 2% off with coins
3 sold ★5
Sonic Washer for the Face Cl...
Free shipping

US $11.48 US $32.8
Earn 10% off coupon
⊗Choice  SuperDeals
51 sold ★4.7
Sonic Facial Cleansing Brush ...
🚚 Free 12-day delivery · Free return







4/15/23, 11:18 PM

Electric Facial Cleansing Brush Deep Pore Cleaning Blackheads Remover Acne Massager Face Wash Woman Facial Skin Machine – Personal Beauty Devices - AliExpress

Case 1:23-cv-23631-RNS Document 90-3 Entered on FLSD Docket 02/15/2024 Page 78 of 372







Electric Toothbrush Replace…
Free shipping



US $38.11
Extra 2% off with coins
4 sold ★ 5
Shinesense Sonic Electric Faci…
Free shipping

US $9.58
5 sold ★ 5
Pore Cleansing Massager Vib…
🚚 15-day delivery
Free shipping



US $13.15
Extra 5% off with coins
63 sold ★ 4.5
Electric Sonic Facial Cleansin…
🚚 15-day delivery
Free shipping



US $14.36
Extra 5% off with coins
7 sold ★ 5
Electric Facial Brush Face Cle…
Free shipping



US $10.65
2 sold
New Ultrasonic Facial Cleanin…
Free shipping



US $4.83
73 sold ★ 4.2
Silicone Facial Cleansing Brus…
Free shipping



US $0.63
Extra 2% off with coins
157 sold ★ 4.5
1pc Face care Brush Silicone …



US $14.99
Top Selling
352 sold ★ 4.8
inFace Ultrasonic Facial Clean…
Free shipping



US $19.9
Extra 5% off with coins
Mini Portable Waterproof So…
Free shipping
Free return



US $11.48
Extra 2% off with coins
2 sold
2 in 1 Mini Electric Facial Clea…
Free shipping

Links

Related Search

skin brush battery
face cleansing brush electric

electric facial cleansing brush
face cleaner powered facial cleansing devices

electric face cleaning brushes
facial wash brush electric usb

4/15/23, 11:18 PM

Electric Facial Cleansing Brush Deep Pore Cleaning Blackheads And Acne Facial Skin Waterproof Facial Brush Machine Multifunctional Beauty Devices - AliExpress

Case 1:23-cv-23631-RNS Document 90-3 Entered on FLSD Docket 02/15/2024 Page 79 of 372

electronic face brushes

face cleansing charge

foreo luna sale

facial cleansing brushes usb

electric brush face silicone

electric brush facial silicon

### Ranking Keywords

straight jacket

This product belongs to **Home** , and you can find similar products at **All Categories** , **Beauty & Health** , **Skin Care** , **Skin Care Tool** , **Home Use Beauty Devices** .

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  



 Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

4/15/23, 11:19 PM

Find A... Electric Facial Cleansing Brush Deep Pore Cleaning blackheads and acne Skin Massager... - Hchenyu Store - AliExpress.com

Help   Buyer Protection   App   / Miami / English / USD   Wish List   Account

# AliExpress

I'm shopping for...   0

Hchenyu Store   Open **2 year(s)**   **100.0%** Positive review ^   FOLLOW   **120** Followers

## Hchenyu Store

Store Home | Products ⌄ | Sale Items | Top Selling | Feedback

Home > Store Home > Products

**Store Categories**

- Lip Care
- Face Care
  - Face Cream
  - Face slimming sticker
  - Face serum
  - Face Lotion
  - Facial Cleanser
  - Face Mask
- Hair Care
- Nail Care
- Treatment Effect
  - Scar Treatment
  - Psoriasis Eczenma...
  - Scalp Treatment
  - Acne treatment
  - Varicose Leg Repair
- Body Care
  - Deodorant
  - Muscle Care
  - Slimming Cream
  - Buttocks Care
  - Foot Care
  - Hang care
  - Sunscreen

**Store Categories >** | Electric Facial Cleansing Brush 🔍 | **1 items found** | Hide Filter ^

Best Match | Orders ⇩ | New ⇩ | price ⇅ | ☐ Free Shipping | View ⊞ ☰ ◁ ▷

**30% OFF**

Electric Facial Cleansing Brush Deep Pore Cleaning...

**US $8.96**
~~US $12.80~~

Orders(3)

◁ 1 ▷

4/15/23, 11:19 PM

Find All Products On Sale from Rhowu Store at AliExpress.com - Electric Facial Cleansing Brush Deep Pore Cleaning blackheads and acne Skin Massager Face Brush Vibration facial brus…

Case 1:23-cv-23631-RNS Document 90-3 Entered on FLSD Docket 02/15/2024 Page 81 of 372

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Find All Product Sources from the you should AliExpress.com - Consumer Electronics Store - Small Orders Online Store Hot Selling </b></font> <font><b>Bru...

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers (Transactions)  -  User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号



AliExpress

## Shipping Address

[redacted]
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Hchenyu Store**

Electric Facial Cleansing Brush Deep Pore Cleaning blackheads and acne Skin Massager Fa...
pin

**US $8.96**

1

**Free Shipping**
Estimated delivery on **May 06**

## Summary

| | |
|---|---|
| Total item costs | US $8.96 |
| Promo Code | Enter code here |
| Total shipping | Free |
| Tax ? | US $0.63 |
| **Total** | **US $9.59** |

**Place order**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers (Transactions)  -  User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号

DOE Number: 75

Marketplace: Aliexpress

Seller Name: Lola Beauty



**All white inspirations**
Rock Your Style
Shop now

Sell on AliExpress    Help    Buyer Protection    App    / Miami / English / USD    Wish List    Account

# AliExpress™

**Lola Beauty Store**
94.5% Positive feedback

+ Follow
**374** Followers

I'm shopping for...    0

On AliExpress    In this store

Store Home    Products ⌄    Sale Items    Top Selling    Feedback



Silicone Facial Cleansing Brush Electric Beauty Face Clean Device Facial Massager Vibration Deep Pore Cleaning Brush Face Brush

## US $2.89    US $4.13    30% off

Store Discount: Buy 3 get 1% off ⌄

US $4.00 off On orders over US $6.00    Get coupons

Color: Rose

Quantity:

−    1    +    9999 Pieces available

Ships to 📍 Miami, Florida, United States

**Shipping: US$ 2.11**
From **China** to **Miami** via Cainiao Super Economy Global
Estimated delivery on Jun 14

More options ⌄

Buy Now    Add to Cart    ♡ 3

🛡 **75-Day Buyer Protection**
Money back guarantee



4/15/23, 11:29 AM

Silicone Facial Cleansing Brush Electric Beauty Face Cleaner Medical Acial Massager Device Deep Pore Cleaning Brush Face Brush | - AliExpress

# Lola Beauty Store

## Store Categories

- False Eyelashes & Tools
- Eye makeup
- Makeup brush
- Others

**Lola Beauty Store**

94.5% Positive Feedback
374 Followers

 Contact

+ Follow    Visit Store

 US $15.98
 US $17.06
 US $11.95
 US $14.17
 US $12.79
 US $13.18

## Top Selling



**US $0.99**
★ 4.9    1849 Sold








**US $3.31**
★ 4.8    581 Sold



**DESCRIPTION**    CUSTOMER REVIEWS (0)    SPECIFICATIONS                    Report Item

## Package List
1* Face Cleansing Brush

## Tips
The skin is more fragile when it is allergic peeling.
It's recommended that the skin care method at this time be as simple as possible, it's recommended to use it 1-2 times a week, if there is acne, please stop using this product to avoid worsening wound infection.

## Tips
The skin is more fragile when it is allergic peeling. It's recommended that the skin care method at this time be as simple as possible, it's times a week, if there is wound or suppurative acne, please stop using this product to avoid worsening wound infection.

## How To Use
Multiple verifications, daily blistering facial cleanser 1-2 grams or so, drip 4-6 drops of water, press the mode button for about 5-6 second

## Feature:
Deep cleanse the dirt on the face, balance the facial oil secretion, relax the skin and replenish water to shrink the pores and make the sk comfortable.

## Battery Power:
AAA Battery (Due to logistics restrictions, batteries are not included.)

## Specification:
Item Name: Electric Face Cleansing
Material: ABS+silicone
Weight: 90g
Size: 8*6*4cm

US $8.02

★ 5.0                    170 Sold



US $0.95

★ 4.6                    507 Sold

US $7.37

★ 4.7                    426 Sold

View More ›





4/15/23, 11:29 AM Silicone Facial Cleansing Brush Electric Beauty Face Cleaner Deep Clean Blackhead Facial Massager Vibration Deep Face Cleaning Brush| | - AliExpress

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 89 of 372



4/15/23, 11:29 AM

Case 1:23-cv-22631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 90 of 372

Silicone Facial Cleansing Brush Electric Beauty Face Cleanser and Massager Vibration Deep Pore Cleaning Brush Face Bush| | - AliExpress

Before use, the pores are enlarged and there are many blackheads

After use, the pores shrink and the skin becomes delicate

## 5mm brush head

With a large area of silicone brush, blackheads, pores and skin can be cleaned, effectively solving skin problems

## Massage mode

Low-frequency vibration massage, rejuvenate skin elasticity, and solve the problem of skin fatigue

## Sonic vibration

The transdermal sonic vibration can strongly clean the stains under the skin cortex, which is efficient and safe without hurting the skin

4/15/23, 11:29 AM    Silicone Facial Cleansing Brush Electric Beauty Face Clean Device Facial Massager Waterproof Deep Pore Cleaning Brush Face Brush| | - AliExpress

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 91 of 372



4/15/23, 11:29 AM

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 92 of 372

Silicone Facial Cleansing Brush Electric Beauty Face Cleaner Deep Pore Massager Vibration Deep Pore Cleaning Brush Face Brush | | - AliExpress





4/15/23, 11:29 AM

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 93 of 372

Silicone Facial Cleansing Brush Electric Beauty Face Cleaner Deep Pore Cleaning Face Massager Vibrator Deep Pore Cleaning Brush Face Brush| | - AliExpress



4/15/23, 11:29 AM
Silicone Facial Cleansing Brush Electric Beauty Face Clean Deep Facial Massager Waterproof Deep Pore Cleaning Brush Cleaner Brush| | - AliExpress

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 94 of 372



**Before clean**

Dirt is not only attached to the surface skin Still hidden inside the pores

**Ordinary cleansing**

Difficult to clean deep clogged pores

**Gentle cleansing**

Thermal conductivity system can better oper pores, dredge and clea thoroughly







Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 95 of 372

# Wash your face,
# have you really washed it?







**Large pores**

Air dust,
makeup residue

**Blackhead, shut up**

Excessive cleaning,
imbalance of water and oil,

**Acne**

Sensitive and
fragile skin





**Step 1: Apply facial cleanser**

After removing makeup, wet the face,
foam the facial cleanser and apply it on the face,
or apply the facial cleanser directly to the cleanser



**Step 2: for cleaning**

Turn on the cleansing device to a that
each use lasts no more than 2 minutes



**Step 3: Perform a massage**



**Part 4: Daily Care**



Silicone Facial Cleansing Brush Electric Beauty Face Cleansing Facial Massager Vibration Deep Pore Cleaning Brush Face Brush | | - AliExpress

No Feedback.

## Seller Recommendations



US $**10**.08

7 sold

New Massager Stretcher Sup...

Free shipping



US $**12**.91

30-colors mask queen eye sh...

Free shipping



US $**8**.79

EMS Massage Electric Foot M...



US $**11**.14

2 sold ⭐ 5

4 in 1 Rechargeable Men Elec...

Free shipping



US $**8**.97

1 sold

A set of 24 professional mak...

Free shipping



US $**6**.35

5 Layer Eyelash Extension St...



US $**8**.69

Body Massager All-round Sle...

Free shipping



US $**9**.99

30 sold ⭐ 2

2Pcs/Box Crystal Ice Hockey ...

Free shipping



US $**6**.09

Massager for Body Natural C...



US $**8**.97

3 sold

EMS Facial Massager Microcu...

Free shipping

## More to love









4/15/23, 11:29 AM

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 98 of 372

Silicone Facial Cleansing Brush Electric Beauty Face Cleanser and Massager Device for Deep Cleansing Pore Care Face Brush| | - AliExpress









US $8.96
3 sold
Electric Facial Cleansing Brus...
Free shipping
Free return



US $0.68
9 sold  ★ 4.7
1Pc Large Stainless Steel Rou...



US $0.3
98 sold  ★ 4.4
Silicone Ice Massage Cups Cu...

US $2.56
12 sold  ★ 4.2
3Pcs/Set Dumplings Wrapper...
Free shipping



US $2.99
1,000+ sold  ★ 4.7
Newest Silicone Brush Clean...
Free shipping



US $3.28
11 sold  ★ 5
5 in 1 Electric Facial Cleansin...
🚚 7-day delivery



US $8.39
Electric Facial Brush Silicone ...



US $0.5  US $0.69
**SuperDeals**
3000+ sold  ★ 4.8
50/5Pcs Disposable Eyelash ...
Free shipping



US $1.33
2 sold  ★ 5
11Pcs Dumpling Skin Cutters ...



US $0.85
1,000+ sold  ★ 4.9
1pcs Makeup Remover Pads ...











US $**50**

Plus

51 sold ★4.7
CkeyIN Warm Water Facial St…
Free shipping
Free return

US $**10**.1
Electric Face Washers Waterp…
Free shipping

US $**3**.5
342 sold ★4.9
Silicone Foldable Washing Br…
Free shipping

US $**2**.58
8 sold
3pcs /Set Stainless Steel Rou…
Free shipping

US $**6**.17  US $19.26
Earn 10% off coupon

✓Choice  Top Selling

700+ sold ★4.6
Electric Facial Cleansing Brus…
🚚 Free 12-day delivery · Free return



US $**6**.97
1,000+ sold ★4.6
FAIR KING Green Tea Blackhe…
Free shipping
Free return



US $**3**.65
Top Selling
1,000+ sold ★4.8
Electric Toothbrush Replace…
Free shipping



US $**2**.19  US $3.71
SuperDeals  Top Selling
10,000+ sold ★4.8
Webcam Cover Shutter Magn…
Free shipping



US $**0**.71
900+ sold ★4.9
Silicone Facial Mask Brush So…



US $**8**.53
85 sold ★4.4
Mini Ultrasonic Facial Cleansi…



US $**7**.97
Top Selling
500+ sold ★4.9
Facial Exfoliating Mousse Pee…
Free shipping
Free return



US $**2**.19
2,000+ sold ★4.8
Soft Toweling Hair Accessorie…
Free shipping



US $**4**.57
Silicone Washing Pad Facial E…



US $**0**.4
1,000+ sold ★4.7
Cute Socks SpongeBob Patric…



US $**0**.68
311 sold ★4.2
Jelly Flower Lipstick Color Ch…

Links

Ranking Keywords

scooby doo plush

4/15/23, 11:29 AM

Silicone Facial Cleansing Brush Electric Beauty Face Cleanser Led Facial Massager Vibration Deep Pore Cleaning Face and Brush| | - AliExpress

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 100 of 372

This product belongs to **Home**



## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish,
Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

4/15/23, 11:29 AM Silicone Facial Cleansing Brush Electric Beauty Face Clean Device Facial Massager Vibration Deep Pore Cleaning Face Hair Brush| | - AliExpress

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号



Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 102 of 372

Help    Buyer Protection    App    🇺🇸 / English / USD    Wish List    Account

# AliExpress™

I'm shopping for...

0

Lola Beauty Store    **94.5%** Positive review ⌄    FOLLOW    **374** Followers

# Lola Beauty Store

Store Home    Products ⌄    Sale Items    Top Selling    Feedback

Home > Store Home > Products

## Store Categories

- False Eyelashes &...
- Eye makeup
- Makeup brush

**Store Categories >** Silicone Facial Cleansing Brush 🔍    1 items found    Hide Filter ⌃

**Best Match**    Orders ⇕    New ⇕    price ⇕    ☐ Free Shipping     View ▦ ▤ ◄ ►

30 % OFF

Silicone Facial Cleansing Brush Electric Beauty Face...

**US $2.89**
~~US $4.13~~

◄ 1 ►

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 103 of 372

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号



AliExpress

## Shipping Address

[redacted]
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Lola Beauty Store**

Silicone Facial Cleansing Brush Electric Beauty Face Clean Device Facial Massager Vibration...

Rose

**US $2.89**

1

**Shipping: US $2.11**
Estimated delivery on **Jun 14**

## Summary

| | |
|---|---|
| Total item costs | US $2.89 |
| Promo Code | Enter code here |
| Total shipping | US $2.11 |
| Tax | US $0.35 |
| **Total** | **US $5.35** |

**Place order**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers (Transactions)  -  User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号

DOE Number: 77

Marketplace: Aliexpress

Seller Name: Shiner Store



Sell on AliExpress | Help | Buyer Protection | App | / Miami / English / USD | Wish List | Account

AliExpress

**Shiner Store**
91.2% Positive feedback
+ Follow
260 Followers

I'm shopping for...
0
On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Electric Silicone Facial Cleansing Skin Massager Face Brush Vibration Sonic Cleanser Deep Pore Facial Washer Women Beauty

Extra 2% off

**US $3.21** ~~US $4.72~~ 32% off

Store Discount: Buy 2 get 2% off

US $4.00 off On orders over US $6.00 | US $3.00 Off Store Coupon | Get coupons

Color: Blue

Quantity:

1 600 Pieces available

Ships to Miami, Florida, United States

**Shipping: US$ 6.41**

From China to Miami via AliExpress Standard Shipping
Estimated delivery on May 06 More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Electric Silicone Facial Cleansing Skin Massager Face Brush Vibration Sonic Cleanser Deep Pore Facial Washer Women Beauty - AliExpress

# Shiner Store



**Shiner Store**

91.2% Positive Feedback
260 Followers

💬 Contact

+ Follow      Visit Store

     

US $20.84   US $21.58   US $16.95   US $12.18   US $19.07   US $14.74

## Store Categories

▾ Body Deep Massage

  Anti-Cellulite Massager Suction Cup
  Body Slimming Massager

  ‣ Clearance Sale

▾ Fan & Air Cooler

  Face mask fan
  Desk fan
  Clip fan
  Handheld fan
  Neck hanging fan
  Bladeless fan
  Air Cooler
  USB fan

‣ Heater

‣ New

▾ Electric Toothbrush

  Battery Version Toothbrush
  Rechargeable Version Toothbrush
  Toothbrush Head

▾ Humidifier

  Humidifier
  Aromatherapy oil

▾ Personal Care

  Foot Care
  Face care
  Hair Straightener
  Oral Care
  Hair Timmer

▾ Kichen Appliance









**DESCRIPTION**     CUSTOMER REVIEWS (0)     SPECIFICATIONS                    Report Item


Face Cleaning Massager Brush Heads
**USD 4.99**/piece


Mini Ultrasonic Facial Cleansing Brush
**USD 8.53**/piece


Men barber clipper Electric Hair Trimmer
**USD 4.49**/piece


Mini Portable Baby Stroller Fan Octopus
**USD 12.08**/piece


Electric Foot Grinder Pedicure Dead Skin
**USD 2.04-4.01**/piece


Hair Straightening Comb LCD Display
**USD 4.55**/piece


Mini Electric Eyebrow Trimmer Painless Eye
**USD 4.37-5.07**/piece


Mini Portable Pocket Fan HandHeld Student
**USD 4.35-4.56**/piece

**Electric Silicone Facial Cleansing Skin Massager Face Brush Vibration Sonic Cleanser Deep Pore Facial Washer Women Beauty**

Product parameters:
Product Name: Electric Silicone Cleanser
Working voltage: 3.7v

Electric Silicone Facial Cleansing Brush Massager Face Blackhead Vibration Scrub Cleanser Deep Pore Facial Washer Women Beauty| - AliExpress

Product Material: Food Grade Silicone Grade | ABS PC Plastic
Rated power: 0.6w
Power input: 5v
Battery capacity: 600mAh

Package Include :
1*Electric facial cleanser
1 * USB charging cable
1 * instruction manual

Note:
1. Due to manual measurement, please allow 1-3mm difference.
2. Due to the difference between the display and the light, the picture may not reflect the actual color of the item.
Thank you for your understanding.

### Sidebar

- Frother
- Heating Coaster
- egg boiler
- Foldable Kettle
- Vacuum Food Sealers
- Waffles Maker
- **Tools**
  - Pest Repeller
  - Lint Remover
- **Air Purifier**
- Others

**Top Selling**



US $4.49
15 Sold



US $3.05
8 Sold

Electric Silicone Facial Cleansing Brush Massager Face Brush Vibration Sonic Cleanser Deep Pore Cleansing Washer Skin Beauty | - AliExpress



US $2.74

★ 5.0                    8 Sold

US $4.99

★ 5.0                    7 Sold

US $2.48

★ 5.0                    6 Sold

View More ›



# Three Areas Cleaning

Three kinds of thick and thin brush head design,
T-area, nose, cheek, etc. for cleaning



**Front top rough brush**
Suitable for cleansing neutral
muscles mixing muscle
oily muscles, and oily areas



**Large area fine brush on
the front**
Suitable for all skin types,
for cleansing large areas
of the face



**Large area brush on
the back**
Suitable for oily
muscles,large
area deep cleaning



# Get
## Your benfits



**Reguarly used:**

- Promotes blood circulation, activites cell

- Keeping the alive, softer, smoother and healthier skin

- Recover the elasticity of skin.

- Retard aging, reducing fine lines and wrinkles









4/15/23, 11:25 AM

Case 1:23-cv-23631-RNS Electric Silicone Facial Cleansing Brush Massager Face Vibration Sonic Cleaner Deep Pore Face Washer Skin Cleanup - AliExpress

Document 99-3 Entered on FLSD Docket 02/15/2024 Page 114 of 372



USB Charger , portable and convenient



4/15/23, 11:25 AM
Electric Silicone Facial Cleansing Skin Massager Face Brush Vibration Sonic Cleaner Deep Pore Face Washer Vagen Beauty| - AliExpress

Case 1:23-cv-23631-RNS   Document 99-3   Entered on FLSD Docket 02/15/2024   Page 115 of 372





## Shopping Tips

### Payment

Please confirm your payment after your order confirmed as soon as possible.
Money will back to you in 1-15 days while your cancellation confirmed.

4/15/23, 11:25 AM

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 116 of 372

Electric Scrubber Facial Cleansing Skin Massager Face Brush Vibration Sonic Cleanser Deep Pore Facial Washer Women Beauty| - AliExpress



## Shipment

Tracking information will usually be updated in 24-72 hours.

Normally it will take 10-45 days to arrive, the speed of customs clearance & shipping in buyers country that decides it arrive faster or delay, please understand.

Please contact us anytime if you have any questions about the shipment.



## Service

Dear Customer,

Thanks for choosing our products.If any question about goods,take photo or videod,contact us before opening a dispute, problem will be solved at first time.



## If You Feel Satisfied,
## Please Give US 5-Star On Aliexpress!



ITEM AS DESCRIBED:
COMMUNICATION:
SHIPPING SPEED:




No Feedback.

## Seller Recommendations



US $17.73

4 sold

Rechargeable Humidifier Swe…

Free shipping



US $14.28

Cup Cooler Coffee Mug War…



US $14.08

3 In 1 Hair Dryer Brush Hot A…



US $14.94

Mask Small Fan Portable USB…

Free shipping



US $12.97

2 sold   ★5

Magnetic Window Cleaner Br…



US $12.71

Mini Air Cooler 5 Inch Portabl…



US $10.97

Neck Face Beauty Device Pho…



US $10.55

Portable Folding Electric Coo…



US $12.08

1 sold

Mini Portable Baby Stroller F…

Free shipping



US $11.19

1 sold

USB Clip Desktop Table Fan …

Free shipping

## More to love



US $12.79

Top Selling

452 sold ★4.9
Electric Face Cleaner Sonic Sil…
Free shipping



US $8.53

85 sold ★4.4
Mini Ultrasonic Facial Cleansi…



US $2.04

Top Selling

2,000+ sold ★4.8
Cosmetic Cleaner Make Up …



US $2.8

1 sold
Wood Handle Facial Cleansin…



US $4.57

2 sold
Electric Facial Cleansing Brus…



AD

US $8.96

3 sold
Electric Facial Cleansing Brus…
Free shipping
Free return



US $0.99

138 sold ★5
Mo Dao Zu Shi Hot TV Series …



US $5.54

81 sold ★4.3
Silicone Facial Cleansing Brus…
Free shipping



US $2.13

6 sold ★5
Pancake Oil Brush Househol…
Free shipping



US $0.68

Top Selling

10,000+ sold ★4.8
Comb Hair Brush Cleaner Pla…



AD

US $9.53

128 sold ★5



AD

US $3.45

14 sold ★4.5



US $6.67  US $11.5

SuperDeals



US $0.51

367 sold ★4.8



US $12.15

6 sold





Electric Face Cleansing Brush...

Free shipping



Mini Electric Facial Cleansing ...



500+ sold ★ 4.8
Universal 16 Pin Male To 16 P...



Hot 12 Styles Bull Ornament ...



Electric Face Cleaning Brush ...

Free shipping



US $15.4
Silicon Sonic Facial Cleansing ...

Free shipping



US $0.67
4000+ sold ★ 4.8
1PC Ultra-fine Soft Toothbrus...



US $2.08
29 sold ★ 5
Soft Silicone Facial Cleaning ...

Free shipping



US $2.58
8 sold
3pcs /Set Stainless Steel Rou...

Free shipping



US $0.92
Top Selling
10,000+ sold ★ 4.8
5ml 6ml 8ml Bottom-Filling P...



US $8.35
30 sold ★ 5
Mini Electric Facial Cleaning B...



US $3.05
Top Selling
5,000+ sold ★ 4.7
Waterproof Liquid Eyebrow E...

Free shipping



US $0.67
5,000+ sold ★ 4.6
1pc Heart Shape SPA Massag...



US $2.42
5,000+ sold ★ 4.5
Delysia King Ring

Free shipping



US $8.61
22 sold ★ 4.5
Direct sales Mini Face Cleani...

Free shipping



US $251.64
JOANLAB Mini Vortex Mixer L...

Free shipping



US $4.11
2 sold
Ultrasonic Vibration Silicone ...



US $6.28
Non-slip Useful Pet Cat Dog ...



US $0.21
Top Selling
3000+ sold ★ 4.8



US $1.33
2 sold ★ 5
11Pcs Dumpling Skin Cutters...

U Type Tongue Scraper Stainl...

**Links**

**Ranking Keywords**

wood clamp

This product belongs to **Home**

---

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  



Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 🛡 增值电信业务经营许可证 浙B2-20120091-8 🛡 浙公网安备 33010802002248号

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 121 of 372

Find Electric Silicone Facial Cleansing Skin Massager Face... - Shiner Store - AliExpress <font><b>Cleansin...

Help    Buyer Protection    App    / English /  USD    Wish List    Account

# AliExpress

0

I'm shopping for...

---

Shiner Store    Open **2 year(s)**    **91.2%** Positive review    FOLLOW    **260** Followers

## Shiner Store

| Store Home | Products ⌄ | Sale Items ⌄ | Top Selling | Feedback |

Home > Store Home > Products

### Store Categories

**Store Categories >** | Electric Silicone Facial Cleansin 🔍 | **1 items found** | Hide Filter ⌃

| **Store Categories** | |
| --- | --- |
| ☐ Body Deep Massage | |
| — Anti-Cellulite... | |
| — Body Slimming... | |
| ☐ Clearance Sale | |
| ☐ Fan & Air Cooler | |
| — Face mask fan | |
| — Desk fan | |
| — Clip fan | |
| — Handheld fan | |
| — Neck hanging fan | |
| — Bladeless fan | |
| — Air Cooler | |
| — USB fan | |
| ☐ Heater | |
| ☐ New | |
| ☐ Electric Toothbrush | |
| — Battery Version... | |
| — Rechargeable Version... | |
| — Toothbrush Head | |
| ☐ Humidifier | |
| — Humidifier | |
| — Aromatherapy oil | |
| ☐ Personal Care | |

**Best Match**    Orders⇕    New⇣    price⇕    ☐ Free Shipping    View ▦ ☰ ◄ ►

**32 % OFF**

IPX7 WATERPROOF

Electric Silicone Facial Cleansing Skin Massager Face...

**US $3.21**
~~US $4.72~~

◄ 1 ►

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号



AliExpress

## Shipping Address

[redacted]
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Shiner Store**

Electric Silicone Facial Cleansing Skin Massager Face Brush Vibration Sonic Cleanser Deep ...
Blue

**US $3.21**

1

**Shipping: US $6.41**
Estimated delivery on **May 06**

## Summary

| | |
|---|---|
| Total item costs | US $3.21 |
| Saved | -US $0.06 |
| Promo Code | Enter code here |
| Total shipping | US $6.41 |
| Tax | US $0.66 |
| **Total** | **US $10.22** |

**Place order**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers (Transactions)  -  User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

DOE Number: 78

Marketplace: Aliexpress

Seller Name: Shopping Factory Store

Case 1:23-cv-23631-RNS   Document 99-3   Entered on FLSD Docket 02/15/2024   Page 126 of 372



Sell on AliExpress  Help  Buyer Protection  App  / Miami / English / USD  Wish List  Account

## AliExpress

**Shopping Factory Store**
90.5% Positive feedback

+ Follow
**1910** Followers

I'm shopping for...   0

On AliExpress | In this store

Store Home   Products ⌄   Sale Items   Top Selling   Feedback



Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterproof Silicone Facial Cleanser Massager set

◉ Extra 5% off

2 orders

**US $8.98**   US $22.46   60% off

Store Discount: Buy 2 get 5% off ⌄

US $4.00 off On orders over US $6.00   Get coupons

Color: Smile Rose Red

Quantity:
⊖ 1 ⊕   99998 Sets available

Ships to ⦿ Miami, Florida, United States

**Free Shipping**
From **China** to **Miami** via AliExpress Standard Shipping
Estimated delivery on **May 06**

More options ⌄

Buy Now | Add to Cart | ♡ 6



Ultrasonic Face Cleansing Electric Massage Brush Machine Washing Pore Cleaner Waterproof Silicone Face Cleansing Massager Sage Powered Facial Cleansing Devices - AliE...

75-Day Buyer Protection
Money back guarantee

## NO VAT FREE SHIPPING & LOW PRICE FOR Dropshipping and Wholesale

Lowest Price, Shipped within 24h, 4-10 days to EU/US/BR, No invoice/promotion, Support CSV file.

### Store Categories

- Dropshipping
- Skin Care
  - Anti Aging Wrinkle
  - Mole Spot Remover
  - Skin Scrubber
  - Facial Roller
  - Nano Sprayer
  - LED Beauty Machine
  - Blackhead Acne Remover
  - Skin Cleaner
- Beauty & Health
  - Thin Face
  - Nail Accessories
  - Massage Device
  - Yoga Fitness
  - Weight Loss
  - Corrective Belt
- Eye Beauty Care
  - Eyelash Styler
  - Eye Massager
  - Magnetic Eyelashe
  - Eyebrow Trimmer
- Makeup Tools
  - Makeup Mirror
  - Makeup Brush
- Teeth Care
  - Electric Toothbrush
  - Tooth Cleaner
- Hair Care
  - Hair Remover

**Shopping Factory S...**

90.5% Positive Feedback
1910 Followers

Contact

+ Follow     Visit Store

  **US $59.74**

  **US $38.89**

 **US $33.98**

 **US $33.98**

 **US $33.98**

 **US $33.95**

**DESCRIPTION**   CUSTOMER REVIEWS (0)   SPECIFICATIONS                Report Item





4/15/23, 11:24 PM

Ultrasonic Skin Scrubber Peeling Shovel EMS Face Ultrasound Vibration Massager Facial Cleansing Peeling Machine Face Cleansing Massager Skin Powered Facial Cleansing Devices - AliE…

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 128 of 372

### Hair Growth
- Comb & Brush
- Straightener
- Curler

### ▾ Feet Care
- Feet Corrector
- Callus Remover

### ▾ Mouth care
- Lip Plumper Device

### ▸ Others

---

## Top Selling



US $15.99

★ 4.9     165 Sold



US $15.99

★ 4.9     105 Sold



**Shopping Factory**

Drop Shipping
Factory Price
Fast Delivery

Save Your Money and Time

SUPER SALE

< Now or Never >

Item Discount: UP TO 60% OFF

Instant Discount

Buy 2 get 5% off | $1 off per $30
Buy 5 get 6% off | $2 off per $55
Buy 10 get 8% off | $5 off per $120

Store Coupons: $1 $2 $3 $5 $10 $20



US $10.99

⭐ 4.5        33 Sold



US $19.99

⭐ 5.0        59 Sold



US $4.95

⭐ 4.6        34 Sold

View More ›

## Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterproof Silicone Facial Cleanser Massager set

Advantage:

【1】  Water Proof
【2】  Travel Size
【3】  Softer Fresher
【4】  Medical Silicone
【5】  4 Levels of Vibration
【6】  Ultrasonic Vibration
【7】  Latest Technology
【8】  Rechargable Built-in Battery
【9】  Deep And Gentle Cleansing
【10】  Suitable for All Skin Types

Feature:

1. Very skin-friendly food-grade high-activity silica gel, safe to use and not irritating to the skin, microporous structure is breathable, can avoid bacterial growth, soft and delicate touching, unforgettable.

2. This product is very beautiful in appearance design, soft and comfortable to use.

3. The product function design has multiple speeds of vibration, which allows the user to adjust the frequency of the main body vibration according to their own needs.

5. Two hours of charge saturation, can be used about 50 times.

6. The structure design is avant-garde, exquisite and practical.

7. Soft silicone, with a streamlined design and ergonomics. This design fits the human hand's curvature and is easy to hold.

How To Use:
Step 1: Apply face cleanser directly to face or to the cleansing brush head
Step 2: Wet the brush head and cleanser
Step 3: Place brush to forehead and turn on
Step 4: Select desired speed
Step 5: Gently move the brush in small circular motions

Package Included:

4/15/23, 11:24 PM

Ultrasonic Shock Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterproof Silicone Facial Cleanser Massager Powered Facial Cleansing Devices - AliE…

Case 1:23-cv-23631-RNS   Document 90-3   Entered on FLSD Docket 02/15/2024   Page 130 of
372

1 x Packing Box

1 x User Manual

1 x USB Charging Cable

1x Silicone Electric Facial Cleaner



4/15/23, 11:24 PM

Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterproof Silicone Facial Cleanser Massager Skin Care — AliE…

Case 1:23-cv-23631-RNS Document 90-3 Entered on FLSD Docket 02/15/2024 Page 131 of 372



4/15/23, 11:24 PM
Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pores Blackhead Waterproof Silicone Facial Cleanser Massager Sage Powered Facial Cleansing Devices - AliE…

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 132 of 372





4/15/23, 11:24 PM　　Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterproof Silicone Facial Cleanser Massager Electric Powered Facial Cleansing Devices - AliE…

Case 1:23-cv-23631-RNS　Document 99-3　Entered on FLSD Docket 02/15/2024　Page 133 of
372



# LATEST UPGRADE IN CHIP TECHNOLOGY

## 4 Levels of Vibration



**6000** Times/Minutes

Ultrasonic Vibration



Does not harm the skin at all



4/15/23, 11:24 PM

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 134 of 372

Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterproof Silicone Facial Cleansial Massager Sage Powered Facial Cleansing Devices - AliE…





4/15/23, 11:24 PM

Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterproof Silicone Facial Cleanser Massager Salg Powered Facial Cleansing Devices - AliE…

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 135 of 372





4/15/23, 11:24 PM

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 136 of
372

Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterproof Silicone Facial Cleanser Massager Salg Powered Facial Cleansing Devices - AliE…









4/15/23, 11:24 PM   Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterproof Silicone Facial Cleanser Massager Salg Powered Facial Cleansing Devices - AliE…

Case 1:23-cv-23631-RNS   Document 90-3   Entered on FLSD Docket 02/15/2024   Page 138 of
372





4/15/23, 11:24 PM Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterproof Silicone Facial Cleanser Massager Power Facial Cleansing Devices - AliE…

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 139 of 372



# THREE CLEAN BRUSH
# COVERS THE ENTIRE FACIAL SKIN

  

**Precision cleaning area**
Translucent skin tone

**Ordinary Cleaning Area**
Deep cleansing of the skin

**Deep Massage Area**
Improve blood circulation




4/15/23, 11:24 PM　　Ultrasonic Face Cleaning Electric Massage Brush Washing Pore Blackhead Waterproof Silicone Facial Cleanser Massager Sage Powered Facial Cleansing Devices - AliE…

Case 1:23-cv-23631-RNS　Document 90-3　Entered on FLSD Docket 02/15/2024　Page 141 of 372





# Package Includes

1 x Packing Box
1 x User Manual
1 x USB Cable
1 x Electric Cleaner







4/15/23, 11:24 PM
Ultrasonic Facia... Clean My Electric Massage Brush Machine Washing Pore Blackhead Waterproof Silicone Facial Cleanser Massager Fat Powered Facial Cleansing Devices - AliE...

Case 1:23-cv-23631-RNS  Document 99-3  Entered on FLSD Docket 02/15/2024  Page 142 of
372











4/15/23, 11:24 PM

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 143 of 372

Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterproof Silicone Facial Cleansing Massager Sonic Powered Facial Cleansing Devices - AliE…



4/15/23, 11:24 PM

Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterproof Silicone Facial Cleanser Massager Sonic Powered Facial Cleansing Devices - AliE…

Case 1:23-cv-23631-RNS  Document 90-3  Entered on FLSD Docket 02/15/2024  Page 144 of 372





4/15/23, 11:24 PM Ultrasonic Face Clean Dry Elastic Massage Brush Machine Washing Pore Beauty Waterproof Silicone Facial Cleanser Massager Face Powered Facial Cleansing Devices - AliE…

Case 1:23-cv-23631-RNS Document 90-3 Entered on FLSD Docket 02/15/2024 Page 145 of 372



Case 1:23-cv-23631-RNS   Documents 99-3   Entered on FLSD Docket 02/15/2024   Page 146 of 372

No Feedback.

## Seller Recommendations



US $**33**.9

Extra 5% off with coins

4 sold

Electric Muscle Relaxation Fit…

Free shipping



US $**32**.99

Extra 5% off with coins

Flash Professional IPL laser E…

Free shipping



US $**30**.9

Extra 5% off with coins

1 sold

Neck Massager Infrared Heat…

Free shipping



US $**30**.9

Extra 5% off with coins

Electric Massage Pillow Intelli…

Free shipping



US $**30**.34

Extra 5% off with coins

Smart 4D Magnetic Shoulder …

Free shipping



US $**30**.34

Extra 5% off with coins

Facial Cleansing Brush Wirele…

Free shipping



US $**30**.34

Extra 5% off with coins

1 sold

Electric Facial Cleaning Brush…

Free shipping



US $**30**.34

Extra 5% off with coins

4D Intelligent Neck Shoulder …

Free shipping



US $**29**.99

Extra 5% off with coins

IPL Hair Removal Pro Men W…

Free shipping



US $**29**.99

Extra 5% off with coins

Dropshipping 2023 IPL Body …

Free shipping

## More to love



















US $9.78
Extra 2% off with coins
2 sold ★ 5
Mini Powered Facial Cleansin...
Free shipping

US $9.93
61 sold ★ 5
Electric Face Cleansing Brush...
🚚 15-day delivery
Free shipping

US $10.52
Extra 8% off with coins
22 sold ★ 4.7
CkeyiN Electric Facial Silicone...
🚚 15-day delivery
Free shipping

US $10.94
7 sold ★ 5
Alwafore Electric Facial Clean...
Free shipping

US $3.35
Extra 2% off with coins
97 sold ★ 4.6
Mini Electric Face Cleanser Sil...
Free return








US $12.35
Extra 3% off with coins
3 sold ★ 5
Electric Facial Cleansing Brus...
Free shipping
Free return

US $9.58
5 sold ★ 5
Pore Cleansing Massager Vib...
🚚 15-day delivery
Free shipping

US $10.91
Extra 2% off with coins
9 sold ★ 5
Electric Facial Cleansing Brus...
Free shipping

US $1.34
24 sold ★ 4.5
Electric Facial Cleanser Silico...
Free return

US $6.98
Extra 5% off with coins
1 sold ★ 5
Electric Facial Brush Pore Bla...
Free shipping








4/15/23, 11:24 PM

Ultrasonic Cleaning Electric Massage Brush Machine Washing Pore Cleaner Waterproof Silicone Facial Cleanser Massager Sale - Powered Facial Cleansing Devices - AliE...

Case 1:23-cv-23631-RNS Document 90-3 Entered on FLSD Docket 02/15/2024 Page 148 of 372








Electric Facial Cleansing Skin ...

2 sold
Facial Cleansing Brush Water...

Free shipping

9 sold ⭐ 5
Electric Face Cleaning Brush ...

Free shipping

Wakeforyou Electric Vibratio...

Free shipping

New Mini Size Electric Sonic F...

Free shipping







US $2.88
37 sold ⭐ 3.4
5 in 1 Face Cleansing Brush S...

US $12.76
Extra 1% off with coins
16 sold ⭐ 5
Electric Facial Cleansing Brus...

US $2.13
31 sold ⭐ 5
2 in 1 Electric Facial Cleanser...

US $12.15
6 sold
Electric Face Cleaning Brush ...

Free shipping

US $10.97
3 sold ⭐ 1
Electric Silicone Facial Brush ...







US $13.15
Extra 5% off with coins
63 sold ⭐ 4.5
Electric Sonic Facial Cleansin...

🚚 15-day delivery
Free shipping

US $7.13
58 sold ⭐ 4.9
Mini Electric Face Cleansing B...

Free shipping

US $17.7
176 sold ⭐ 4.9
Electric Facial Cleansing Brus...

🚚 15-day delivery
Free shipping

US $5.29
65 sold ⭐ 4.8
Mini Electric Facial Cleansing ...

US $8.08
2 sold ⭐ 4
4 in 1 Facial Cleansing Brush ...

Free shipping

## Links

### Related Search

| | | |
|---|---|---|
| electric silicone facial cleanser | face cleanser electric | face wash cleansing machine |
| face cleaning machine | facial cleansing system | silicone electric facial cleanser |
| electric face cleanser | clean face wash machine | ultrasonic face cleaning kits |
| electric facial cleaning set | facial cleanser electric | cleanser electric facial |

4/15/23, 11:24 PM

Ultrasonic Skin Scrubber Deep Face Cleaning Machine Skin Scrubber Peeling Blackhead Removal Pores Cleaner Facial Massager Skin Care - Powered Facial Cleansing Devices - AliE…

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 149 of 372

Ranking Keywords

facial sonic vibration skin device face clean

face cleansing machine facial cleansing brush sonic

facial cleansing device naked palette

This product belongs to **Home** , and you can find similar products at **All Categories** , **Beauty & Health** , **Skin Care Tools** , **Powered Facial Cleansing Devices** .

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  



Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers (Transactions)  -  User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号

Help Buyer Protection App / Miami / English / USD Wish List Account

AliExpress

I'm shopping for...

0

**Shopping Factory Store** Open 3 year(s) **90.5%** Positive review FOLLOW **1910** Followers

NO VAT FREE SHIPPING & LOW PRICE FOR Dropshipping and Wholesale

Lowest Price, Shipped within 24h, 4-10 days to EU/US/BR, No invoice/promotion, Support CSV file.

Store Home Products Sale Items Top Selling Feedback

Home > Store Home > Products

Store Categories

- Dropshipping
- Skin Care
  - Anti Aging Wrinkle
  - Mole Spot Remover
  - Skin Scrubber
  - Facial Roller
  - Nano Sprayer
  - LED Beauty Machine
  - Blackhead Acne...
  - Skin Cleaner
- Beauty & Health
  - Thin Face
  - Nail Accessories
  - Massage Device
  - Yoga Fitness
  - Weight Loss
  - Corrective Belt
- Eye Beauty Care
  - Eyelash Styler
  - Eye Massager
  - Magnetic Eyelashe
  - Eyebrow Trimmer
- Makeup Tools
  - Makeup Mirror

**Store Categories >** Ultrasonic Face Cleaning Electr **1 items found** Hide Filter

Best Match Orders New price Free Shipping View

Ultrasonic Face Cleaning Electric Massage Brush Machine...

**US $8.98**

~~US $22.46~~

Orders(2)

1





4/15/23, 11:24 PM
Find Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterproof Silicone Facial Cleanser - b>Cleaning</b></font> <font...

Case 1:23-cv-23631-RNS Document 99-3 Entered on FLSD Docket 02/15/2024 Page 151 of 372

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

 Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号



AliExpress

## Shipping Address

[redacted]
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Shopping Factory Store**

Ultrasonic Face Cleaning Electric Massage Brush Machine Washing Pore Blackhead Waterp...
Smile Rose Red

**US $8.98**

1

**Free Shipping**
Estimated delivery on **May 06**

## Summary

| | |
|---|---|
| Total item costs | US $8.98 |
| Promo Code | Enter code here |
| Total shipping | Free |
| Tax | US $0.63 |
| **Total** | **US $9.61** |

Place order

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers (Transactions)  -  User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号

DOE Number: 79

Marketplace: Amazon

Seller Name: Amazing China Products



amazon | Miami 33133 | Health, Household & Baby Care ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

All | One Medical | Clinic | Amazon Basics | Best Sellers | Health & Household | Beauty & Personal Care | Buy Again | Pet Supplies | Coupons | Livestreams | **Shop women-owned businesses**

Health & Personal Care | Household Supplies | Vitamins & Diet Supplements | Baby & Child Care | Health Care | Sports Nutrition | Sexual Wellness | Health & Wellness | Medical Supplies & Equipment | FSA Eligible Items

Stock up now for 2023 gifting
Shop multipack gift cards ›

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices



Roll over image to zoom in



## Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging Travel Size Massager for Skin Exfoliation, Deep Cleansing, Anti Aging - Red

Visit the YUNCHI Store

★★★★½ ∨  2,749 ratings
| 35 answered questions

-12% **$17.58** ($17.58 / Count)
List Price: $19.98 ⓘ

FREE Returns ∨

**Color: Red**

| 🟢 $17.98 | 🔴 $17.58 ($17.58 / Count) |

| Material | Silicone,Metal |
| Brand | YUNCHI |
| Color | Red |
| Power Source | Battery Powered |
| Item Dimensions LxWxH | 4.33 x 4.33 x 2.36 inches |

### About this item

- Soft silicone bristles with active ingredients of bamboo charcoal. Bringing more powerful cleaning effect and stronger bacterial inhibition than regular high density bristles brush, with the super adsorption ability of bamboo charcoal.
- 4 different nursing modes. Abundant fine bristles for general face cleansing, extra raised and intensive bristles at the top for precision clean in the hard-to-reach areas, massage function at the wavy area on the back and special negative ion induction function at the bottom metal coating area to promote nutrient absorption when you apply some essence or masks.
- High frequency vibration. 12000 strokes/min and 5 levels adjustment for different skin sensitivities, with smart memory function - automatically remembers the last frequency you used. Unique noise canceling design. Also, vibration causes less damage to the skin than spinning, while promotes skin activity more.
- Wireless charging. Smart inductive charging design with high-performance battery, 3 hours fast charging for 30 days usage ( 5min a day ). True IPX7 whole body waterproof without cutouts for safer usage and easier to clean.
- Tiny & Portable. About the size of your palm, easy to take along in the handbags, gym bags or travel bags. A perfect gift for your wife, girlfriend, sister or female friends at a decent price, especially when it's elaborately packaged.

### Additional Details



Verified by Transparency
Each item has a unique code that we verify before shipping. Learn more

Compare with similar items

⚠ Report incorrect product information.



Waterproof Facial Cleansing Spin

**$17.58** ($17.58 / Count)

FREE Returns ∨

FREE delivery **Wednesday, March 15** on $25 of items shipped by Amazon

Or fastest delivery **Tuesday, March 14**. Order within 23 hrs 39 mins

📍 _____ - Miami 33133

**In Stock**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

| Ships from | Amazon |
| Sold by | Amazing China Products |
| Returns | Eligible for Return, Refund ... |
| Packaging | Shows what's inside |
| Gift options | Add at checkout |

Details

☐ Add your 30-day FREE trial of Prime and get **fast, free delivery** ✓prime

Add to List

---

**Add other items:**

Makeup Removal Cleaning Cloth, Washable and Reusable, 5 by 5 Inches, Coral, Pack of 10
$14.99   Add to Cart

---

Have one to sell?

Sell on Amazon



ÜMOKY

Cleanse your skin well in the summer



Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massag...
★★★★½ 1,395
$16.98 ✓prime
Shop now ›

Sponsored ⓘ



Brush Set with 4 Exfoliating Brus...
★★★★☆ 12,962
$18.99 prime

Sponsored ⓘ

---

**Frequently bought together**

 + 

Total price: $42.57

[Add both to Cart]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging...   $17.58 ($17.58/Count)
☑ EZBASICS Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof Sonic Vibrating Face Brush for ...   $24.99 ($24.99/Count)

---

**Products related to this item**

Sponsored ⓘ

Page 1 of 35

    

| FOREO LUNA Mini 3 Silicone Face Cleansing Brush, All Skin Types, for Clean & Health... | EZBASICS Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof ... | Sonic Facial Cleansing Brush, Waterproof Electric Face Cleansing Brush Device for D... | UA-GLOY Upgraded Facial Cleansing Brush,Silicone Face Scrub Women Brush,... | HUE Facial Cleansing Brush 3-in-1 Silicone Face Scrubber 5 Modes Facial Brush IPX7 ... | DEARIER Silicone Face Scrubber, 45° Heated 2-in-1 Makeup Remover & Face Cleansing B... | COSLUS Facial Cleansing Brush Face Scrubber: 7in1 JBK-D Electric Exfoliating Spin C... |
|---|---|---|---|---|---|---|
| ★★★★☆ 787 | ★★★★☆ 10,595 | ★★★★☆ 7,428 | ★★★★☆ 33 | ★★★★☆ 168 | ★★★★☆ 31 | ★★★★☆ 4,462 |
| $89.50 ($89.50/Count) | $24.99 ($24.99/Count) | $39.99 ($39.99/Count) | $15.99 ($15.99/Count) | $16.98 ($16.98/Count) | $59.99 ($1,699.43/Ounce) | #1 Best Seller $11.99 ($11.99/Count) |
| prime | prime | prime Save 10% | prime | prime Save 20% | prime | prime |

---

**Product Description**



YUNCHI
FOR A HEALTHIER LIFE

YUNCHI is specialized in Personal Care and Beauty Tools. We are committed to providing customers with safe, quality, innovative and premium products. We listen to customers and value every constructive feedback to improve our products and services.



**Cleansing Your Face with the Latest Innovative Technologies**

*YUNCHI-Y3*

Tired of using a regular bristle cleanser and still having problems with your face skin?

Here is a new generation of facial cleanser with many unique features: Bamboo charcoal ingredients, negative ions coating, wireless inductive charging, 12000/min high frequency vibration...

All built in this tiny compact device to help exfoliating, deeply cleansing, massaging your facial skin.

So, why not try it out?

- Deep Cleansing
- Skin Exfoliating
- Facial Massage
- Promoting nutrient absorbtion



**What You Get**
If you have any question about our products, feel free to let us know before you leave a review or feedback, we will reply within 1 day and try our best to solve your problems until you're fully satisfied.

- 1 * Silicone Cleansing Brush
- 1 * Inductive Charging Base
- 1 * USB Charging Cable
- 1 * User Manual

**Super Adsorption Ability of Bamboo Charcoal Ingredients**

Soft silicone bristles added with bamboo charcoal ingredients, easy to clean the dirt deep in the pores with the super adsorption ability of bamboo charcoal. While regular bristle brushes can only clean the surface.

 ⊗



   







**Whole Body Waterproof**

- IPx7 whole body waterproof
- Intact appearance without cutouts
- Safe to use even when shower

**3 Different Uses**

- Soft fine bristles for general clean
- Thick bristles for precision clean
- Wavy massage area on the back

**Tiny & Portable**

- Tiny enough to fit a handbag
- Cordless design to use anywhere
- 30 days long lasting battery for travels

## Product details

**Product Dimensions** : 4.33 x 4.33 x 2.36 inches; 7.37 Ounces

**Item model number** : JMY3

**Batteries** : 1 Lithium Polymer batteries required. (included)

**Date First Available** : February 27, 2019

**Manufacturer** : YUNCHI

**ASIN** : B07P9XSGB9

**Best Sellers Rank:** #31,502 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
  #26 in Powered Facial Cleansing Brushes & Devices

**Customer Reviews:** ★★★★½    2,749 ratings

## Inspiration from this brand

**YUNCHI** **For A Healthier Life.**
Visit the Store on Amazon   [ + Follow ]

    

Shining Smile - Brush Your Teeth more Efficiently & Conveniently -...

Sonic Electric Toothbrush for Adults & Kids with 10 Brush Heads & Trav...

Bright Smile with Confidence, YUNCHI Sonic Electric Toothbrush...

YUNCHI Sonic Electric Toothbrush - Brush Your Teeth more Efficiently &...

Experience a new sonic cle... technology in your face cle...

## Compare with similar items

    






| | | | | |
|---|---|---|---|---|
| | **This item** Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging Travel Size Massager for Skin Exfoliation, Deep Cleansing, Anti Aging - Red | Sonic Face Brush, Sonic Facial Cleansing Brush, Silicone Face Exfoliator Brush Cleanser with Heated Massage and Light Design for Gentle Exfoliating\|Massaging\|Skin Clean | Sonic Facial Cleansing Brush, Upgraded Silicone Face Scrubber for Cleaning and Exfoliating, Waterproof Face Wash Brush for Women | FBFL Facial Cleansing Brush Made with Food Grade Silicone, Electric Face Scrubber for Women & Men, Waterproof Face Cleansing Brush, Gentle Exfoliating and Massaging, Wireless Charging, Smart Timer |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★½ (2749) | ★★★★☆ (538) | ★★★★☆ (280) | ★★★★☆ (191) |
| **Price** | $17.58 | $26.99 | $26.99 | $14.99 |
| **Shipping** | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details |
| **Sold By** | Amazing China Products | TiangTech | Amira-Business | FBFL Direct |
| **Are batteries included?** | Yes | Yes | Yes | Yes |
| **Lithium Battery Voltage** | 3.70 volts | 3.70 volts | — | — |
| **Number of Items** | 1 | 1 | 1 | 1 |

## Videos

Page 1 of 4

**Videos for this product**   **Videos for related products**

‹

| 0:22 Powerful vibration Shambrenae Banks | 0:24 Customer Review: waste money Dung | 0:55 Y3 Silicone Facial Cleansing Brush Amazing China Products | 2:48 Deep cleaning - MEGAN 3 in 1 Facial Cleansing Brush MEGAN Personal Care |
|---|---|---|---|

›

Upload your video

## Important information

### Legal Disclaimer

**NOTE:**

Please contact Amazon Customer Service Team (www.amazon.com/contact-us) within 30 days, or our Customer Service Email (yunchi-service@outlook.com) for replacement/refund or help if you have the following situations:

1. Received a defective/used product, e.g: unable to work, unable to charge, etc.

2. Damaged packages.

3. Missing accessories, e.g: no USB cord.

4. Product malfunction caused by internal failure within a year, e.g: wouldn't turn on, battery wouldn't hold a charge, etc.

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## What can we help you find?

I want to know what others viewed









| Sponsored | | Sponsored | Sponsored | |
|---|---|---|---|---|
| Sonic Facial Cleansing Brush, Waterproof Electric Face Cleansing Brush Device for Deep... | Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager, IPX7 Waterp... | Sonic Facial Cleansing Brush, Electric Silicone Face Brush and Massager, Waterproof... | Sonic Facial Cleansing Brush - Silicone Face Scrubber for Men & Women - Gentle Mass... | FOREO LUNA mini 3 Ultra-hygienic Facial Cleansing Brush, All Skin Types, Face Massager f... | FOREO LUNA 3 Facial Cleansing Brush \| Anti Aging Face Massager \| Enhances Absorption o... | EZBASICS Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof S... |
| ★★★★☆ 7,428 | ★★★★☆ 1,395 | ★★★★☆ 539 | ★★★★☆ 105 | ★★★★½ 787 | ★★★★½ 3,238 | ★★★★½ 10,595 |
| $39.99 ✓prime | $16.98 ✓prime | $15.99 ✓prime | $18.99 ✓prime | $89.50 ✓prime | $163.98 ✓prime | $28.99 |

I am looking for deals



**Waterproof Facial Cleansing Spin Brush Set with 4 Exfoliating Brush Heads - Complete Face Spa System …**
★★★★☆ 12,962
$18.99 *prime*
Shop now ›

Sponsored ⓘ

## Similar brands on Amazon
Sponsored ⓘ

Page 1 of 2

WOW Skin Science
Shop the Store on Amazon ›



WOW Skin Science Apple Cider Vinegar Foam Exfoliating Face Wash & Brush -…
★★★★☆ 38,077
$12.95

Foreo
Shop the Store on Amazon ›




FOREO LUNA 3 Facial Cleansing Brush | Anti Aging Face Massager | Enhances…
★★★★☆ 3,238
$163.98 List: $219.00

SILUKER
Shop the Store on Amazon ›




50-Count Compressed Facial Sponges for Daily Cleansing and Gentle Exfoliating,…
★★★★☆ 2,747
$9.58 List: $18.97

## Looking for specific info?

🔍 Search in reviews, Q&A…

## Customer questions & answers

▲ 1 vote ▼  **Question:** I suppose you put some water on the bristle part along with your f as vorite skin cleanser and turn on..right?
**Answer:** I normally pump some cleanser on the brush, wet my face turn it on and clean away.
By Katherine Griswold on December 10, 2019
⌄ See more answers (5)

▲ 1 vote ▼  **Question:** does this comes with instructions in english?
**Answer:** Yes, it comes with a user manual in English, thanks for your question. Any more you want to know, feel free to contact us.
By Amazing China Products SELLER on June 18, 2019

▲ 1 vote ▼  **Question:** What type of silicone is this made from ? Medical grade? food grade? or something else?
**Answer:** It's Food Grade, our silicone has passed the the European LFGB standard food grade silicone test. Thanks for your question. Any more you want to know, feel free to contact us.
By Amazing China Products SELLER on August 3, 2019

▲ 0 votes ▼  **Question:** Anyone tried this with rosacea?
**Answer:** I have rosacea on my cheeks and use this. It doesn't make it worse but it didn't seem to make it better either . I've only used it for a week. It makes my skin feel much smoother more than anything
By Gwen… on May 14, 2021
⌄ See more answers (1)

See more answered questions (31)

## Customer reviews
★★★★☆ 4.3 out of 5
2,749 global ratings

| | | |
|---|---|---|
| 5 star | | 66% |
| 4 star | | 14% |
| 3 star | | 8% |
| 2 star | | 4% |

## Reviews with images






See all customer images

1 star ▮▮ 7%



⌄ How customer reviews and ratings work

## By feature

| Softness | ★★★★½ 4.4 |
| Easy to clean | ★★★★½ 4.4 |
| For traveling | ★★★★½ 4.3 |

⌄ See more

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

Waterproof Facial Cleansing Spin Brush Set with 4 Exfoliating Brush Heads - Complete Fa...
★★★★☆ 12,962
$18⁹⁹ ✓prime
[ Shop now ]
Sponsored ⓘ

### Read reviews that mention

[ stopped working ] [ battery life ] [ waste your money ] [ cleansing brush ]

[ long time ] [ fully charged ] [ easy to clean ] [ every day ] [ easy to use ]

[ wash my face ] [ facial cleanser ] [ couple of months ] [ holds a charge ]

Top reviews ⌄

## Top reviews from the United States

**danielle carosi**

★★★★☆ **No timer**

Reviewed in the United States on March 1, 2023

Color: Red    Verified Purchase

I've only used it a couple of times, I also haven't had to charge it yet, so cannot comment on how good the charger is. It works well enough for the price. I dislike that there is no timer on it. The instructions say to use it for one minute, but there is no automatic shut off after one minute it just keeps going. I usually wear my Apple Watch in the shower, so just set a timer on that but it would be really nice to have the timer built into the cleansing device. I had a different cleansing brush that would make a louder vibrating sound when it was time to move to a different area of your face. I really appreciated that so you could be confident you were cleansing all areas equally. this device does not have that feature either.

[ Helpful ]    Report abuse

**Christy**

★★★★★ **Fantastic for price**

Reviewed in the United States on January 27, 2023

Color: Red    Verified Purchase

I've owned this for almost a year. I went to buy new Clarisonic brush head and found out they went out of business. Bought this thinking it would last couple months. It cleans better than the Clarisonic! I figured the silicone nubs would break off but none have and I use it every night. I use an oil cleanser that doesn't lather. I apply creme cleanser, wet the sonic cleaner & use it all over my face. Then rinse with a makeup remover cloth. Still holds a charge great, maybe 2 wks? I don't have to charge ever frequently so I'm not even sure how often it is. For around $15 this is a no-brainer purchase. I will buy this one again

One person found this helpful

[ Helpful ]    Report abuse

**sam**

★★★★☆ **Missing charging base and cord**

Reviewed in the United States on December 29, 2022

Color: Green    Verified Purchase

I just unboxed and it looks great except I did not receive the charging station.

[ Helpful ]    Report abuse

**C.hinson**

★★★★★ **Love**

Reviewed in the United States on February 26, 2023

Color: Green    Verified Purchase

I bought this to see if I could use on my autistic son. He is 13 and getting blackheads and pimples on his face. He lets me use it on him so that is a huge win. He thinks it tickles.

[ Helpful ]    Report abuse

**A**

★★★★☆ **Great for the price point**

Reviewed in the United States on October 26, 2022

Color: Green    Verified Purchase

My one complaint is that it's difficult to get around my nose because all the bristles are on the flat surface and not around the tip. No other complaints!

4 people found this helpful

[ Helpful ]    Report abuse

**Teena mitchell**

★★★★★ **Face cleaner**

Reviewed in the United States on February 25, 2023

Color: Green    Verified Purchase

I loved it still it came to recharging, can't get it to charge

[ Helpful ]    Report abuse

**Christina M. Slaven**

★★★★★ **Love it**

Reviewed in the United States on February 24, 2023

My face feels clean but the cleaning brush is very gentle.

Helpful    Report abuse

 Judith Zehr

★★★★★ **Great face tool**
Reviewed in the United States US on January 28, 2023
Color: Green    Verified Purchase

I love this face cleaning tool and the way you can use it for cleansing and for penetrating your serums and lotions. It's super easy to use and super affordable and I feel like it works as good as the super expensive brands.

Helpful    Report abuse

**See all reviews** ›

## Top reviews from other countries

 knifeandfork

★★☆☆☆ **stopped working after a few weeks**
Reviewed in Australia AU on December 12, 2021
Color: Green    Verified Purchase

This product was excellent when I first started using it.

Easy to use and made my skin look clean and nourished.....

Then it stopped working. Left it for a few weeks then tried again but it still would not work..Would not recharge.

Don't waste your money on this product.

One person found this helpful

Report abuse

 Mother of Jedis

★★★★☆ **Easy to use**
Reviewed in Australia AU on August 31, 2021
Color: Green    Verified Purchase

Easy to use, skin appears and feels clearer. Can use in shower. So far so good but time will tell if it helps clear stubborn congested pores.

Report abuse

 Shia

★★★★★ **Perfect**
Reviewed in Australia AU on March 18, 2021
Color: Green    Verified Purchase

I have been using this for a while now and would definitely recommend

One person found this helpful

Report abuse

 kobid timsina

★★★★★ **She says it works wonder !**
Reviewed in Australia AU on May 11, 2020
Verified Purchase

I always find her charming, so at least I can say it is not causing any harm :)

Report abuse

 JTeh

★★★★★ **love it!**
Reviewed in Australia AU on January 8, 2020
Color: Green    Verified Purchase

Face feels less flaky and soft. Highly recommended.

Report abuse

**See all reviews** ›

**4 stars and above**
Sponsored

        

Sonic Face Scrubber, Waterproof Face wash Brush for Men & Women, Rechargeable Face ...
★★★★☆ 7,428
$39.99 ($39.99/Count)
✓prime
Save 10%

HUE Facial Cleansing Brush 3-in-1 Silicone Face Scrubber 5 Modes Facial Brush IPX7 ...
★★★★☆ 168
$16.98 ($16.98/Count)
✓prime
Save 20%

COSLUS Facial Cleansing Brush Face Scrubber: 7in1 JBK-D Electric Exfoliating Spin C...
★★★★☆ 4,462
#1 Best Seller
$11.99 ($11.99/Count)
✓prime

FOREO LUNA 3 Facial Cleansing Brush | Normal Skin | Anti Aging Face Massager | Enha...
★★★★☆ 3,238
$163.98 ($163.98/Count) ✓prime

MEGAN Facial Cleansing Brush,USB Rechargeable Electric Silicone Face Scrubber,IPX7 W...
★★★★☆ 128
Amazon's Choice in Powered Facial Cleansing Brushes & Devices
$16.89 ($4.40/Ounce)
✓prime

YOUTHLAB Pure Radiance, Vibrating Deep Facial Cleansing Scrub Brush, Electric, 3 Mo...
★★★★☆ 634
$32.53 ($32.53/Count)
✓prime

FOREO LUNA Mini 3 Silicone Face Cleansing Brush, All Skin Types, for Clean & Health...
★★★★☆ 787
$89.50 ($89.50/Count)
✓prime


Waterproof Facial Cleansing Spin Brush Set with 4 Exfoliating Brush Heads -...
★★★★☆ 12,962
$18.99 ✓prime
Shop now ▸
Sponsored ⓘ

**Disclaimer:** While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Popular products based on this item

Page 1 of 3


Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging Travel Size...
★★★★☆ 2,749
$17.58–$17.98


Facial Cleansing Brush, 3-in-1 Electric Soft Silicone Waterproof Face Scrubber, USB Rechargeable IPX7 Waterproof Sonic...
★★★★☆ 2
$15.98


Sonic Facial Cleansing Brush Soft Silicone Face Scrubber Exfoliating...
★★★★☆ 89
Save 32%
$14.99 ($0.94/Ounce)
Was: $21.99
Lowest price in 30 days
Get it as soon as Friday, Mar 17
FREE Shipping on orders over $25 shipped by Amazon


EZBASICS Sonic Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof Sonic Vibrating Face...
★★★★☆ 10,595
$24.99 ($24.99/Count)
Get it as soon as Wednesday, Mar 15
FREE Shipping on orders over $25 shipped by Amazon


Mini Sonic Facial Cleansing Brush- Ultra Soft Silicone Waterproof Brush- Deep Cleaning | Gentle Exfoliating | Massaging, Replaceable Button Cell- Suitable f...
1 offer from $3.99


Soft Silicone Facial Cleansing Brush, Sonic Vibration Facial Brush, Waterproof Face Scrubber Brush for Deep Cleaning, Gentle Exfoliating, Blackhead...
1 offer from $35.72

### Best Sellers in Beauty Tools & Accessories

Page 1 of 7


Amazon Basics Cotton Swabs, 500 ct, 1-Pack (Previously Solimo)
★★★★☆ 19,231
#1 Best Seller in Cotton Swabs
$2.70 ($0.01/Count)
Get it as soon as Wednesday, Mar 15
FREE Shipping on orders over $25 shipped by Amazon

Schick Hydro Silk Touch-Up Exfoliating Dermaplaning Tool, Face & Eyebrow Razor with...
★★★★☆ 162,693
#1 Best Seller in Women's Shaving Razors & Blades
$5.94 ($1.98/Count)
Get it as soon as Wednesday, Mar 15
FREE Shipping on orders over $25 shipped by Amazon


BeautifyBeauties Hair Spray Bottle – Ultra Fine Continuous Water Mist...
★★★★☆ 88,275
#1 Best Seller in Refillable Cosmetic Spray Bottles
$6.79 ($6.79/Count)
List: $9.99
Get it as soon as Wednesday, Mar 15
FREE Shipping on orders over $25 shipped by Amazon


Pimoys 6 Pieces Powder Puff Face Soft Triangle Makeup Puff for Loose Powder Mineral Powde...
★★★★☆ 8,310
32% off Deal
#1 Best Seller in Powder Puffs
$7.99 ($1.33/Count)
Get it as soon as Wednesday, Mar 15
FREE Shipping on orders over $25 shipped by Amazon


Amazon Basics Cotton Rounds, 100ct, 1-Pack (Previously Solimo)
★★★★☆ 25,363
#1 Best Seller in Cotton Pads & Rounds
$2.49 ($0.02/Count)
Get it as soon as Saturday, Mar 18
FREE Shipping on orders over $25 shipped by Amazon


Hula Home Continuous Spray Bottle (10.1oz/300ml) Empty Ultra Fine Plastic Wate...
★★★★☆ 22,475
#1 Best Seller in Lawn & Garden Sprayers
$8.99 ($0.89/Ounce)
Get it as soon as Wednesday, Mar 15
FREE Shipping on orders over $25 shipped by Amazon

**Your Browsing History** View or edit your browsing history

Page 1 of 5

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Amazon Assistant
Help

amazon

🌐 English ⇅          🇺🇸 United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy |
| **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996–2023, Amazon.com, Inc. or its affiliates



amazon | Hello, Select your address | Amazing China Products ▾ | Sonic Facial Cleansing Brush... Silicone Waterproof Face Clea | 🔍 | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders ▾ | 🛒 Cart

One Medical · Clinic · Customer Service · Best Sellers · Amazon Basics · Prime ▾ · New Releases · Today's Deals · Music · Books · Registry · Fashion · Amazon Home · Pharmacy · Gift Cards

1 result for **"Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging Travel Size Massager for Skin Exfoliation, Deep Cleansing, Anti Aging - Red"**

Sort by: Featured ▾

**Brand**
YUNCHI



arlo

Protect Your Everything.

Arlo Essential Wired Video Doorbell - HD Video, 180° View...
★★★★☆ 15,493
$79.99 ✓prime

Add to Cart

Sponsored ⓘ



**COSLUS** 100% Water Resistance
Shop COSLUS ›

Facial Cleansing Brush Face Scrubber: COSLUS 7in1 JBK-D Electric Exfoliating Spi...
★★★★☆ 4,463
✓prime

COSLUS Facial Cleansing Brush Face Scrubber: 7in1 JBK-D Electric Exfoliating S...
★★★★☆ 4,463
✓prime

COSLUS Facial Cleansing Brush Face Scrubber: 7in1 JBK-D Electric Exfoliating S...
★★★★☆ 4,463
✓prime

Sponsored ⓘ

### RESULTS

Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging Travel Size Massager for Skin Exfoliation, Deep Cleansing, Anti Aging - Red
All Skin Type · 1 Count (Pack of 1)
4.3 ★★★★☆ ▾ (2,749)
**$17.58** ($17.58/Count)
List: $19.99
✓prime
FREE delivery **Wed, Mar 15** on $25 of items shipped by Amazon
Or fastest delivery **Tue, Mar 14**



Simply your skin care routine with



Sponsored ⓘ
EZBASICS Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Dee...
4.3 ★★★★☆ ▾ (10,595)
Currently unavailable.

Use fewer keywords or try these instead



sonic facial cleanser



Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging Travel Size Massager for Skin Exfoliation, Deep Cleansing, Anti Aging - Green
All Skin Type
4.3 ★★★★☆ ▾ (2,749)
**$17.98** List: $19.99
✓prime
FREE delivery **Wed, Mar 15** on $25 of items shipped by Amazon
Or fastest delivery **Sat, Mar 11**
Price may vary by color





EVERSPOILED!



Sponsored ⓘ
Sonic Facial Cleansing Brush - Silicone Face Scrubber for Men & Women - Gentle Massagin...
4.1 ★★★★☆ ▾ (105)

BRANDS RELATED TO YOUR SEARCH

Sponsored ⓘ



**COSLUS**
100% Water Resistance
Shop COSLUS ›



VISOFO
Facial Cleansing Brush
Shop VISOFO ›

NEED HELP?

Visit the help section or contact us

**Hero.**   Spend $15, get a $4 shopping credit

Mighty Patch Surface from Hero Cosmetics -...
$16¹⁹ $17.99 ✓prime
Save 10%  Subscribe & Save
Shop now ›

sponsored ⓘ

---

## Recommended based on your browsing history

Page 1 of 4

Sponsored



DEARIER Silicone Face Scrubber, 45° Heated 2-in-1 Makeup Remover & Face Cleansing Brush, Electric Sonic Flex Face
★★★★☆ 31
$59.99 ✓prime



TheraBreath Fresh Breath
★★★★☆ 33,924
$15.34 ✓prime



Onyix Silicone Hydrating Sleep Mask for Nighttime Dry Eye Relief... (Black)
★★★★☆ 355
$45.00



COSBEAUTY Sonic Facial Cleansing Brush Gentle Exfoliator Deep Cleansing Brush Electric Face Scrubber with 5
★★★★☆ 438
$89.99 ✓prime



Facial Cleansing Brush Rechargeable,Blackhead Remover Vacuum Tool,IPX7 Waterproof 3 in 1 Face Scrubber for
★★★★☆ 295
$43.98 ✓prime



UMICKOO Facial Cleansing Brush,Rechargeable IPX7 Waterproof with 5 Brush Heads,Face Brush Use for
★★★★☆ 6,718
$36.99 ✓prime

### Customers who viewed items in your browsing history also viewed

Page 1 of 7



EZBASICS Sonic Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof Sonic Vibrating Face Brush for Deep...
★★★★☆ 10,595
$24.99-$30.99



Sonic Facial Cleansing Brush, Electric Silicone Face Brush and Massager, Waterproof Silicone Face Scrubber...
★★★★☆ 539
$15.99 ($15.99/Count)
Get it as soon as Wednesday, Mar 15
FREE Shipping on orders over $25 shipped by Amazon



Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager, IPX7...
★★★★☆ 1,395
Amazon's Choice in Powered Facial Cleansing Brushes & Devices
$16.98 ($16.98/Count)
Get it as soon as Wednesday, Mar 15
FREE Shipping on orders over $25 shipped by Amazon



Sonic Facial Cleansing Brush - Silicone Face Scrubber for Men & Women - Gentle...
★★★★☆ 105
$18.99 ($18.99/Count)
Save 10% with coupon
Get it as soon as Wednesday, Mar 15
FREE Shipping on orders over $25 shipped by Amazon



MEGAN Facial Cleansing Brush,USB Rechargeble Electric Silicone Face Scrubber,IPX7 Waterproof Sonic Faci...
★★★★☆ 128
$16.89 ($6.03/Ounce)
Get it as soon as Wednesday, Mar 15
FREE Shipping on orders over $25 shipped by Amazon



Silicone Face Scrubber, SIWIEY IPX7 Waterproof Sonic Facial Cleansing Brush, USB Rechargeable Sonic Massage Face...
★★★★☆ 77
$16.98 ($16.98/Count)
Get it as soon as Wednesday, Mar 15
FREE Shipping on orders over $25 shipped by Amazon

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

### Get to Know Us
Careers
Amazon Newsletter

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon Store Card

### Let Us Help You
Amazon and COVID-19
Your Account

Get to Know Us

About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Make Money with Us

Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Payment Products

Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Let Us Help You

Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Amazon Assistant
Help

amazon

English    United States

| Amazon Music | Amazon Advertising | 6pm | AbeBooks | ACX | Sell on Amazon |
| Stream millions of songs | Find, attract, and engage customers | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Scalable Cloud Computing Services |

| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric |
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Sewing, Quilting & Knitting |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy |

| Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |

| eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed |
| Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates



amazon

Checkout (1 item)

**1  Shipping address**                                                     *Change*

▓▓▓▓▓▓▓
MIAMI, FL 33133-2709
Add delivery instructions

🔶  Or pick up near this address - See nearby pickup locations

**2  Payment method**                                                       *Change*

Billing address: John smith, ▓▓▓▓▓▓ MIAMI, FL...

∧ Add a gift card or promotion code or voucher

| Enter code | | Apply |

**3  Offers**                                                               *Change*

**4  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**FREE TRIAL**

▓▓▓ we're giving you Prime FREE for 30 days!           Get FREE Prime Delivery with Prime ›

Get your Prime eligible items ~~Wednesday, Mar. 15 by 11PM~~ Monday, Mar. 13 by 8PM for ~~$5.99~~ FREE

No hassle. No commitments. Cancel anytime.

**Estimated delivery: Mar. 13, 2023 - Mar. 15, 2023**
Items shipped from Amazon.com

Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging Travel Size Massager for Skin Exfoliation, Deep Cleansing, Anti Aging - Red
$17.58 & FREE Returns ∨
Qty: 1 ∨
Sold by: Amazing China Products
Amazon Prime eligible Join now
🎁 Add gift options

**Choose a delivery option:**
○ Monday, Mar. 13
  FREE Prime Delivery with your free trial of Prime
  **Fast, FREE Delivery** prime
● Monday, Mar. 13 - Wednesday, Mar. 15
  $5.99 - Shipping
○ Sunday, Mar. 12 - Wednesday, Mar. 15
  $9.99 - Shipping
○ Monday, Mar. 13
  $9.99 - Shipping

Item arrives in packaging that shows what's inside. To hide it, choose Ship in Amazon packaging.

Ship in Amazon packaging

| Place your order | **Order total: $24.80** |
| | By placing your order, you agree to Amazon's privacy notice and conditions of use. |

**Place your order**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| Items: | $17.58 |
| Shipping & handling: | $5.99 |
| Total before tax: | $23.57 |
| Estimated tax to be collected: | $1.23 |
| **Order total:** | **$24.80** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

DOE Number: 80

Marketplace: Amazon

Seller Name: ITME Store



ITME Rechargeable Facial Cleansing Brush, Soft Silicone Waterproof Sonic Electric Face Scrubber for All Skin Types, Birthday/Christmas Gifts for Women Men (Mint Green)

Visit the ITME Store

★★★★☆ | 59 ratings | 4 answered questions

**$18.99** ($18.99 / Count)

FREE Returns

**Get a $50 Gift Card:** Pay $0.00 $18.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color:
Rechargeable Yellow

| | |
|---|---|
| Material | Silicone |
| Brand | ITME |
| Color | Rechargeable Yellow |
| Power Source | electric |
| Product Benefits | Softening,Cleansing,Firming,Gentle,Dirt,Makeup |

### About this item

- ✿ 【Rechargeable Vibrating Face Brush】The 3nd Generation ITME facial cleansing brush is rechargeable. Fashion Gift Guide for Valentines' Day, Christmas, Birthday, Aniversary, Thanksgiving, New Year and other Festivals. Palm size, Easy to take along in the handbags or travel bags. A perfect gift for women men girls boys wife friends girlfriends at a decent price
- ✿ 【Suit for All Skin Types】: Made of FDA food grade silicone, this electric facial cleanser is using sonic and vibration for cleansing, soft and gentle and no harm to the skin, suit for several types of skin- fine and thick, to suit for dry, oily, normal, sensitive skin, and suit for several type of user: Men, women, teen and senior, insist on using this facial cleansing brush for 2 minutes every day, you will find your skin clean, glossy and firming after few weeks
- ✿ 【Upgraded Vertical Vibration Technology】: ITME face scrubber is innovative from the regular face cleanser in the market, with the latest W-Sonic vertical vibration technology, delivers 5,000/5,800/6,500rpm vibration with 3 adjustable speed; [with smart memory function] automatically remember the last frequency you used, deep cleansing the makeup like dirt, cosmetic residues and gently exfoliate; Also, vibration causes less damage to the skin than spinning, while promotes skin activity more
- ✿ 【2 Different Nursing Modes】: Unique noise canceling design is a comfortable way when using this face brush; Abundant fine bristles for general face cleansing and sensitive skin type, extra raised and intensive bristles at the top for precision clean in the hard-to-reach T-zone area, giving you a dustless and cool feeling
- ✿ 【Gift Guide】This rechargeable face brush is unisex and suitable for any festive occasions, such as Christmas, New Year, Valentine's Day, Father's Day, Mother's Day, etc. One of the best gifts for parents, brothers and sisters, and friends and relatives.

Report incorrect product information.

Waterproof Facial Cleansing Spin Brush Set with 4 Exfoliating Brush Heads - Complete Face Spa System by CLSEVXY - Face Scrubber for...
★★★★☆ 13,044
$18.99 prime

Sponsored ⓘ

☐ Add your 30-day FREE trial of Prime and get fast, free delivery

Delivery | Pickup

**$18.99** ($18.99 / Count)

FREE Returns

FREE delivery **Tuesday, April 25** on orders shipped by Amazon over $25

Or fastest delivery **Saturday, April 22.** Order within **12 hrs 34 mins**

- Palm Beach 33480

**Only 1 left in stock - order soon**

[Add to Cart]

[Buy Now]

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | ITME Store |
| Returns | Eligible for Return, Re... |

Details

☐ Add a gift receipt for easy returns

[Add to List]

Have one to sell?

[Sell on Amazon]

VOYOR Blackhead Remover Pore Vacuum - Electric Face Vacuum Pore...
★★★☆☆ 28,493
$17.99 prime

Sponsored ⓘ

### Buy it with



Total price: $55.96

[Add all three to Cart]

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** ITME Rechargeable Facial Cleansing Brush, Soft Silicone Waterproof Sonic Electric Face Scrubber for All S... $18.99 ($18.99/Count)
☑ Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager, IPX7 Waterproof, USB Rechargebl... $16.98 ($16.98/Count)
☑ MANSCAPED® The Body Buffer Premium Silicone Scrubber for Nourishing, Cleaning & Exfoliating Your Skin - Lather ... $19.99 ($19.99/Count)

Page 1 of 35

**Products related to this item**

Sponsored ⓘ

      

| NâgraCoola CLIE Sonic Facial Cleansing Brush, Waterproof Electric Face Cleansing Br... | FOREO LUNA Mini 3 Silicone Face Cleansing Brush, All Skin Types, For Clean & Health... | Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo... | EZBASICS Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof ... | FOREO LUNA 4 mini Face Cleansing Brush & Face Massager | Premium Face Care | Enhanc... | FOREO LUNA 3 Facial Cleansing Brush | Normal Skin | Anti Aging Face Massager | Enha... | Facial Cleansing Brush, Waterproof Face Massager, Electric Facial Scrubber, Portabl... |
|---|---|---|---|---|---|---|
| ★★★★½ 7,935 | ★★★★½ 809 | ★★★★½ 2,784 | ★★★★½ 4,457 | ★★★★½ 17 | ★★★★½ 3,277 | ★★★★½ 12 |
| $39.99 ($39.99/Count) | $161.77 ($161.77/Count) | $17.78 ($17.78/Count) | **Limited time deal** | $199.00 ($199.00/Count) | $219.00 ($219.00/Count) | $29.95 ($10.89/Ounce) |
| ✓prime | ✓prime | ✓prime | $19.98 ($19.98/Count) | ✓prime | ✓prime | ✓prime |
| Save 10% with coupon | | Save 10% with coupon | ✓prime | | | Save $5.00 with coupon |
| | | | List: $31.99 (38% off) | | | |

**From the brand**

 

**Our story**

**How we got our start**
We launched first skin care product in 2017, which has received unanimous praise. Today, ITME has become a powerful force in the beauty industry. Continuously provide our customers with the most needed skin care products. We believe that with efforts, beauty and health will always be by your side.

**What makes our product unique**
Through continuous improvement of our skin care products, upgrading of products, understanding of customer needs, using the best quality materials and the most sincere service, we will bring you the most comfortable product experience.

**Why we love what we do**
Each of your praise is a great encouragement to us, and each of your feedback is the greatest support for us. We continue to change, innovate, and make breakthroughs again and again, and ITME is also growing step by step. Your satisfaction is our greatest motivation.

**Product Description**









### Product details

**Package Dimensions :** 4.72 x 3.86 x 1.5 inches; 3.84 Ounces

**Batteries :** 1 Lithium Polymer batteries required. (included)

**Manufacturer :** ITME

**ASIN :** B08Q4BZ5G9

**Best Sellers Rank:** #500,264 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
   #424 in Powered Facial Cleansing Brushes & Devices

**Customer Reviews:**
★★★★☆ ∨    59 ratings

## Videos

Page 1 of 4

Videos for this product

Videos for related products



**Sonic Face Clean Brush Waterproof Rechargeable for a...**
Moore
0:08



Umoky Facial Cleaning Brush
**Quick In Depth Review**
**Great Tool To Deeply Clean Your Face!**
Blake's Real Reviews
1:14



**EverSpoiled! Sonic Face Brush Video**
EverSpoiled!
0:47



**Y3 Silicone Cleansing Brush**
Amazing China Products
0:55

Upload your video

## Products related to this item

Page 1 of 20

Sponsored ⓘ



NâgraCoola CLIE Sonic Facial Cleansing Brush, Waterproof Face Scrub Brush for Men &...
★★★★☆ 7,935
$39.99 ($39.99/Count)
✓prime



Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo...
★★★★☆ 2,784
$17.78 ($17.78/Count)
✓prime



Syeyyds Silicone Facial Cleansing Brush, Electric Silicone Face Brush, Sonic Facial...
**#1 New Release**
$30.99 ($30.99/Count)
✓prime



TruSkin Vitamin C Serum for Face – Anti Aging Face Serum with Vitamin C, Hyaluronic...
★★★★☆ 137,788
**#1 Best Seller**
$21.97 ($21.97/Fl Oz)
✓prime



Facial Cleansing Brush, Waterproof Face Massager, Electric Facial Scrubber, Portabl...
★★★★☆ 12
$29.95 ($10.89/Ounce)
✓prime



BONNIEFACE Auto Cleansing IPX7 Waterproof Sonic Facial Cleansing Brush for...
★★★★★ 32
$44.99 ($44.99/Count)
✓prime

JTSea Electric Body Brush Facial Cleansing Brush Rechargeable Back Washer for Showe...
★★★★☆ 10
$39.91 ($39.91/Count)
✓prime



GUGUG
**A Trendy Blackhead Remover for Face**





GUGUG Skin Scrubber Face Spatula -...
★★★★☆ 2,976
$20.98 ✓prime
**15% off coupon**

Sponsored ⓘ

## Brands in this category on Amazon

Sponsored ⓘ



Fancii - Makeup Mirrors With 10x Magnification
Shop Fancii ›



fancii
Upgrade Your Skincare Routine
Shop Fancii ›

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer questions & answers

▲ 0 votes ▼

**Question:** When its fully charged it stays solid red or suppose to turn green?

**Answer:** After fully charging the light will turn green .
By Stephanie B. on March 10, 2021

▲ 0 votes ▼

**Question:** How long is the charging suppose to last to fully charge?

**Answer:** I have no idea how long the charge is supposed to last. My Face Scrubber Facial Cleansing Brush that I bought in 2019 came fully charged. I used it for about 3 weeks before it died and I was not able to charge it or change the battery, as there's no option to do so.
Mine did not come with a charger either ot instruct... see more

By Sally. E on March 11, 2021

˅ See more answers (1)

| | | |
|---|---|---|
| ▲ 0 votes ▼ | **Question:** | Does it come with a charging? |
| | **Answer:** | The Package included: 1X Facial Brush; 1X Charging Cable |
| | | By ITME Store SELLER on July 19, 2021 |

| | | |
|---|---|---|
| ▲ 0 votes ▼ | **Question:** | I am confused. Under details it says "This product cannot be charged and the battery cannot be replaced." Then what is the point of the charger? |
| | **Answer:** | Sorry for the confusion. It is a rechargeable face brush, with a charging cable. |
| | | By ITME Store SELLER on July 29, 2021 |

## Customer reviews

★★★★☆ 3.8 out of 5

59 global ratings

| | | |
|---|---|---|
| 5 star | | 55% |
| 4 star | | 12% |
| 3 star | | 8% |
| 2 star | | 9% |
| 1 star | | 15% |

˅ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



**GUGUG**

**A Trendy Blackhead Remover for Face**

★★★★☆ 2,976

$20.98 ✓prime

15% off coupon    Shop now

Sponsored ⓘ

## Reviews with images



See all customer images

Top reviews ▾

### Top reviews from the United States

Samira Noori

★★★★★ **Fantastic**

Reviewed in the United States on May 17, 2021

Verified Purchase

Works very good

Helpful    Report

harry19

★☆☆☆☆ **No instructions**

Reviewed in the United States on April 16, 2021

Color: Rechargeable Yellow   Verified Purchase

This is a joke. No instructions - returned.

Helpful    Report

Joana Darc Barros Silva

★★★★★ **Love it!**

Reviewed in the United States on August 26, 2021

Color: Rechargeable Yellow

Just loved how this helped me with my beauty routine. Made a huge difference in my skin care routine. My skin is super clean and soft now.



Helpful    Report

Dee Willie

★☆☆☆☆ **Didn't work**

Reviewed in the United States on April 12, 2022

This item didn't work at all. Didn't turn on or anything. There were no instructions. Wasted my money.

Helpful    Report

Liz

★★★★★ **Great purchase**

Reviewed in the United States on January 5, 2022

Color: Rechargeable Yellow

I purchase this item to start my skin care routine. I love it. It is very easy to use. I used an app, google translate to help with translating the instructions on the box. The settings are also great and accommodates for persons who may have sensitive skin to vibrations.

Helpful    Report

Lyndon N.

★★★★★ **Make your facial skin look better**

Reviewed in the United States on August 17, 2021

It is easy to use and cheap price if you compare with the brand name product. This is a second time I order from Amazon
And I bought this product for the third time and I gift 🎁 to my friend



One person found this helpful

Helpful | Report

See all reviews ›

---

**4 stars and above**

Sponsored ⓘ

Page 1 of 25









Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo...
★★★★☆ 2,784
$17.98 ✓prime
Save 10% with coupon

NâguaCoola CLIE Sonic Facial Cleansing Brush, Waterproof Face Scrub Brush for Men &...
★★★★☆ 7,935
$39.99 ($39.99/Count)
✓prime

YouthLab SoniGlow, Navy, Silicone Facial Skin Cleansing Brush, Electric, Vibrating,...
★★★★☆ 175
$32.99 ($32.99/Count)
✓prime

FOREO LUNA 3 Facial Cleansing Brush | Normal Skin | Anti Aging Face Massager | Enha...
★★★★☆ 3,277
$219.00
($219.00/Count) ✓prime

Silicone Face Brushes for Cleansing and Exfoliating, Waterproof Electric Face Clean...
★★★★☆ 52
$27.99 ($27.99/Count)
✓prime
Save 15% with coupon

Sonic Facial Cleansing Brush, Electric Silicone Face Brush and Massager, Waterproof...
★★★★☆ 549
$15.99 ($15.99/Count)
✓prime
Save 10% with coupon

FOREO LUNA 3 plus Silicone, Facial Cleansing Brush, Face Sculpting Tool, Anti Aging...
★★★★☆ 113
$224.25
($224.25/Count) ✓prime




GUGUG Skin Scrubber Face...
$20.98 ✓prime
15% off coupon

Sponsored ⓘ

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

---

**Gift ideas inspired by your shopping history** Show more

Page 1 of 2








20 PCS Multicolored Quiet Fidgets Toys for Unique Fidget Experience, Anti Anxiety Sensory Toys Combine...
★★★★☆ 3
$18.99
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

The Worst Day of My Life Ever! (BEST ME I Can Be!)
› Julia Cook
★★★★☆ 611
Paperback
$10.95
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Peaceable Kingdom Feed The Woozle Cooperative Game for 2 to 5 Kids Ages 3+ - Learn Social Skills While Cooperating...
★★★★☆ 1,440
$23.95
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Crayola Broad Line Markers, Bulk School Supplies For Teachers, Kids Markers For School, 256 Count
★★★★☆ 1,696
$64.98 ($0.25/Count)
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Lying Up a STORM
› Julia Cook
★★★★☆ 883
Paperback
$9.89
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Crayola Crayon Classpack, School Supplies, 16 Colors (50 Each), 800 Ct, Standard , Red
★★★★★ 1,421
$62.67 ($0.08/Count)

---

**Popular products based on this item**

Page 1 of 4








Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face

Facial Cleansing Brush, 3-in-1 Electric Soft Silicone Waterproof Face

Sonic Facial Cleansing Brush 3-in-1 Face Cleansing Brush Facial

Huayuet Silicone Facial Cleansing Brush Rechargeable Sonic face

L&L SKIN EMI Facial Cleansing Brush, Face Brush for Deep

Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face

Cleanser Bamboo
Charcoal Wireless
Charging Travel Size...
★★★★☆ 2,784
$17.58–$17.98

Scrubber, USB
Rechargeable IPX7...
Silicone - Pink
★★★★☆ 4
$15.98

Roller Face Massager f...
Silicone - Blush Pink
★★★★☆ 51
$39.99 ($39.99/Count)
Get it as soon as **Tuesday,
Apr 25**
FREE Shipping on orders over
$25 shipped by Amazon

Scrubber, Ultra Soft...
Normal Skin Type -...
★★★★☆ 42
$17.99 ($17.99/Count)
Get it as soon as **Tuesday,
Apr 25**
FREE Shipping on orders over
$25 shipped by Amazon

Cleansing, Ultra Hygie...
Silicone - Beige
★★★★☆ 30
$199.99 ($199.99/Count)
Get it as soon as **Tuesday,
Apr 25**
FREE Shipping on orders over
$25 shipped by Amazon

Cleanser Bamboo...
All Skin Type -...
★★★★☆ 2,784
$17.58 ($17.58/Count)
Get it as soon as **Tuesday,
Apr 25**
FREE Shipping on orders over
$25 shipped by Amazon

## Your Browsing History  View or edit your browsing history

Page 1 of 5

         

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

 English   United States

| Amazon Music | Amazon Advertising | 6pm | AbeBooks | ACX | Sell on Amazon |
|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Scalable Cloud Computing Services |
| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric |
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Sewing, Quilting & Knitting |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy |
| Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed |
| Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use  Privacy Notice  Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates



amazon

Checkout (1 item)

**1   Shipping address**                                                    Change

██████

PALM BEACH, FL 33480-5357

Add delivery instructions

🔶 Or pick up near this address - See nearby pickup locations

---

**2   Payment method**                                                     Change

██████  ██████████

Billing address: ████████████████ ..

⌃ Add a gift card or promotion code or voucher

[ Enter code ]   [ Apply ]

---

**3   Offers**                                                             Change

---

**4   Review items and shipping**

> ℹ **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.



---

[ Place your order ]   **Order total: $27.31**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

**Order Summary**

| | |
|---|---|
| Items: | $18.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $25.98 |
| Estimated tax to be collected: | $1.33 |
| **Order total:** | **$27.31** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

 

amazon | Palm Beach 33480 | ITME Store ▾ | ITME Rechargeable Facial Cleansing Brush, Soft Silicone Waterproof Sonic El | 🔍 | 🇺🇸 EN ▾ | Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

☰ All | Clinic | Amazon Basics | Livestreams | Beauty & Personal Care | Health & Household Products | Pet Supplies | Coupons | Shop By Interest | Home Improvement | Amazon Home | Find a Gift

1 result for "ITME Rechargeable Facial Cleansing Brush, Soft Silicone Waterproof Sonic Electric Face Scrubber for All Skin Types, Birthday/Christmas Gifts for Women Men (Mint Green)"

Sort by: Featured ▾


QUAKER
Really gosh darn tasty
shop now
QUAKER
CHEDDAR
RICE CRISPS
Sponsored ⓘ

## RESULTS

Check each product page for other buying options.



ITME Rechargeable Facial Cleansing Brush, Soft Silicone Waterproof Sonic Electric Face Scrubber for All Skin Types, Birthday/Christmas Gifts for Women Men (Mint Green)

★★★★☆ ˅ 59

**$18.99** ($18.99/Count)

FREE delivery **Tue, Apr 25** on $25 of items shipped by Amazon
Or fastest delivery **Sat, Apr 22**
Only 1 left in stock - order soon.

[ Add to Cart ]

 

Sponsored ⓘ

Syeyyds Silicone Facial Cleansing Brush, Electric Silicone Face Brush, Sonic...

Currently unavailable.

 

Sponsored ⓘ

HieerBus Silicone Face Scrubber, Facial Cleansing Brush Silicone Face Wash...

Currently unavailable.

 

## NEED HELP?

Visit the help section or contact us

GUGUG
GUGUG Skin Scrubber Face...
$20⁹⁸ ✓prime
15% off coupon
Sponsored ⓘ

### Recommended based on your browsing history

Sponsored ⓘ

Page 1 of 4

     

‹

DARCASE Skin Scrubber Face Spatula, Facial Skin Exfoliator Scraper and Blackhead Remover Pore Cleaner for Facial Deep
$222.00 ✓prime

Vanity Planet Raedia 2.0 Facial Cleansing Brush, 4 Interchangeable Brush Heads, White - Daily Cleansing Face Exfoliator
★★★★★ 28
$99.00 ✓prime

LUMINESS Aerocleanse Facial & Body Cleansing Brush - Air Powered Sonic Face Cleaning Device Tool Removes
★★★★☆ 27
$59.00 ✓prime

FreeBreath Facial Cleansing Brush, IPX7 Waterproof Face Scrubber with 3 Speed Modes, Face Brushes for
★★★★☆ 999
$34.94 ✓prime

Glowa Sonic Facial Cleansing Brush with Gentle Exfoliating|Deep Cleansing|Mix Massaging 3 Acoustic Modes, Type-c
★★★★☆ 114
$39.97 ✓prime

FOREO LUNA 3 Facial Cleansing Brush | Anti Aging Face Massager | Enhances Absorption of Facial Skin Care Products
★★★★☆ 3,277
$219.00 ✓prime

›

**Gift ideas inspired by your shopping history** Show more

Page 2 of 2








20 PCS Multicolored Quiet Fidgets Toys for Unique Fidget Experience, Anti Anxiety Sensory Toys Combine...
★★★★★ 3
$18.99
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

The Worst Day of My Life Ever! (BEST ME I Can Be!)
› Julia Cook
★★★★★ 611
Paperback
$10.95
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Peaceable Kingdom Feed The Woozle Cooperative Game for 2 to 5 Kids Ages 3+ - Learn Social Skills While Completin...
★★★★★ 1,440
$23.95
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Crayola Broad Line Markers, Bulk School Supplies For Teachers, Kids Markers For School, 256 Count
★★★★★ 1,696
$64.98 ($0.25/Count)
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Lying Up a STORM
› Julia Cook
★★★★★ 883
Paperback
$9.89
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

Crayola Crayon Classpack, School Supplies, 16 Colors (50 Each), 800 Ct, Standard , Red
★★★★★ 1,421
$62.67 ($0.08/Count)

## Your Browsing History   View or edit your browsing history

Page 1 of 5














Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

DOE Number: 81

Marketplace: Amazon

Seller Name: Lucky-minfan



 

## Consider these alternative items

Silicone Face Massager Brush, Electric Soft Bristles Waterproof Face Cleanser Brush for Skin Exfoliation, Deep Cleansing
$25.49 ($25.49/Count)

Healifty 1pc Facial Cleansing Brush, Waterproof Electric Face Cleansing Brush Device for Deep Cleaning|Gentle Exfoliating|Massaging, Rechargeable Silic...
$17.40 ($17.40/Count)

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices







Roll over image to zoom in

### Facial Cleansing Brush, Silicone Electric Heating Massager for Face Skin Care Cleaner Deep Cleaning Gentle Exfoliating,Waterproof and Rechargeable
Brand: CMUNBBB

$42.18 ($42.18 / Count)

Get a $50 Gift Card: Pay $0.00 $42.18 upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| Material | Silicone |
| Brand | CMUNBBB |
| Power Source | Manual |
| Product Benefits | Softening,Pores,Cleansing,Exfoliating,Gentle |
| Number of Speeds | 15 |
| Operation Mode | Automatic |

### About this item
- 15 levels adjustable – The high-frequency vibration cleansing brush has 15 adjustable speeds. you can choose the cleaning mode that suits you. The low-speed mode can gently clean, and the high-speed mode can deep clean and exfoliate. gently clean and get deep into the pores, 6X more effectively than a manual cleanser
- The unique face brush is a full-body waterproof design. It can be washed directly after use, and it can also be used with confidence when taking a bath.
- The ergonomic curved is easy to hold and easy to store
- charging is easy to carry and can be fully charged within 3 hours. It is recommended to charge the cleaning equipment for more than 3 hours after the first use and after the complete discharge
- The color appearance looks very cute and fashionable. You can use our hand-held facial cleansing brush as a perfect gift for a mother, wife, sister, friend, or yourself

Report incorrect product information.


6 in 1 Face Brushes for Cleansing and Exfoliating,Spin Facial Cleansing Brush with LED Display,Electric Face Cleansing...
★★★★☆ 14 | $49.99 ✓prime
Shop now ›

Sponsored ⓘ

$42.18 ($42.18 / Count)

$6.99 delivery June 21 - July 20. Details

Miami 33133

Usually ships within 3 to 5 weeks

Qty: 1

**Add to Cart**

**Buy Now**

Payment — Secure transaction
Ships from — Lucky-minfan
Sold by — Lucky-minfan
Returns — Eligible for Return, Re...
Details

**Add to List**

Have one to sell?
Sell on Amazon

## Customers also search
Page 1 of 4

  
sonic face scrubber electric


face washer machine


face cleansing brush manual


sonic cleanser


skin care silicone brush


facial kit for women

 
face cleansing for men

## Product Description
Welcome to our mall
Happy shopping!
Our products have been thoroughly tested, inspected and packaged before delivery.
If you have any questions, please feel free to contact us so that we can provide you with the best service.
SPECIFICATION
Material: Silicone
Size: 170*55*32 mm
Weight: 140 g
Rated voltage: 5V

Gear : 15-speed adjustable

FEATURES

1. Silicone material, soft and does not hurt the skin, suitable for all skin types

2. Fashion appearance

3. Full waterproof design, rinse directly with water after use, safe, fast and easy to clean

4. charging is safe, fast, standby and durable

You are welcome to come to our store for shopping, if you have any questions, please feel free to contact us, we will reply as soon as possible within 24 hours. Thanks!

If you are not satisfied with our products, please feel free to contact us, we will contact you within 24 hours. For more related product details, please search for "CMUNBBBS".

## Product details

**Item Weight** : 4.41 Pounds

**Department** : unisexadult

**Manufacturer** : CMUNBBB

**ASIN** : B09HP2DLMN

**Country of Origin** : China

## Videos

Help others learn more about this product by uploading a video?

Upload your video

## Looking for specific info?

Q Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

## Customer reviews

**There are no customer ratings or reviews for this product.**

### Review this product

Share your thoughts with other customers

Write a customer review



Enjoy buzzy spring reads

Browse now ›

kindleunlimited

Sponsored ⓘ

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

### Inspired by your browsing history

Page 1 of 8



Hedume 3-Piece Cake Stand Set, Round Metal Cake Stands, Dessert Cupcake Stands,...
★★★★½ 358
**Amazon's Choice** in Food



DISPOSABLE LACE TRAYS | for Upscale Wedding & Dining | 6 ...
★★★★½ 397
**Save 18%**
$10.51 ($1.75/Count)



Yumchikel-Decorative Plastic Serving Tray & Platter Set (4pk)-Gold & lace Rim Disposable Serving Trays & Platter...
★★★★½ 262



Gold Sequin Backdrop Curtain Panels Stage 2 Pieces 2FTx8FT Wedding Party Background Drapes
★★★★½ 8,176



Silver Spoons DISPOSABLE LACE TRAYS | for Upscale Wedding and Dining | 6 pc | White | 14" x 7.5" -
★★★★½ 583



TANG SONG Simple Design Wedding Cake Knife and Serving Set for Parties Weddings Birthdays Anniversarie...
★★★★½ 412



Service Display Stands
$28.99
Was: $12.89
Lowest price in 30 days
Get it as soon as **Tuesday, May 2**
FREE Shipping on orders over $25 shipped by Amazon

Get it as soon as **Tuesday, May 2**
FREE Shipping on orders over $25 shipped by Amazon

$13.99
Get it as soon as **Tuesday, May 2**
FREE Shipping on orders over $25 shipped by Amazon

$7.80
Get it as soon as **Tuesday, May 2**
FREE Shipping on orders over $25 shipped by Amazon

$11.99 ($2.00/Count)
FREE Shipping on orders over $25 shipped by Amazon
Only 1 left in stock - order...

$10.99
Get it as soon as **Tuesday, May 2**
FREE Shipping on orders over $25 shipped by Amazon
Only 18 left in stock - order...

## Best Sellers in Beauty & Personal Care

Page 1 of 8

     

Mielle Organics Rosemary Mint Scalp & Hair Strengthening Oil With Biotin & Essential...
⭐ 35,348
**#1 Best Seller** in Hair Treatment Oils
$8.84 ($4.42/Fl Oz)
Get it as soon as **Tuesday, May 2**
FREE Shipping on orders over $25 shipped by Amazon

essence | Lash Princess False Lash Effect Mascara | Gluten & Cruelty Free
⭐ 326,352
**#1 Best Seller** in Mascara
$4.99 ($4.99/Count)
Get it as soon as **Tuesday, May 2**
FREE Shipping on orders over $25 shipped by Amazon

Neutrogena Cleansing Fragrance Free Makeup Remover Face Wipes, Cleansing Facial...
⭐ 89,336
**#1 Best Seller** in Facial Cleansing Cloths & Towelettes
$10.27 ($0.21/Count)
Get it as soon as **Tuesday, May 2**
FREE Shipping on orders over $25 shipped by Amazon
🌿 Climate Pledge Friendly

Hula Home Continuous Spray Bottle (10.1oz/300ml) Empty Ultra Fine Plastic Wate...
⭐ 25,925
**#1 Best Seller** in Lawn & Garden Sprayers
**54% off** Deal
$6.95 ($0.69/Ounce)
List: $14.99

CeraVe Moisturizing Cream | Body and Face Moisturizer for Dry Skin | Body Cream with...
⭐ 114,547
**#1 Best Seller** in Body Creams
$17.78 ($0.94/Ounce)
Get it as soon as **Tuesday, May 2**
FREE Shipping on orders over $25 shipped by Amazon
🌿 Climate Pledge Friendly

Schick Hydro Silk Touch-Up Dermaplaning Tool, 3 Count | Eyebrow Razor, Face Razors for Wome...
⭐ 178,702
**#1 Best Seller** in Women's Disposable Shaving Razors
$5.94 ($1.98/Count)
Get it as soon as **Tuesday, May 2**
FREE Shipping on orders over $25 shipped by Amazon

## Your Browsing History View or edit your browsing history

Page 1 of 5

        

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

 English  United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

**Goodreads**
Book reviews
& recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing
Made Easy

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Warehouse**
Great Deals on
Quality Used
Products

**Whole Foods Market**
America's Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Blink**
Smart Security
for Every Home

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to
your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



## Checkout (1 item)



**1  Shipping address**    Change
MIAMI, FL 33133-2709
Add delivery instructions

**2  Payment method**    Change
Billing address: ...
∧ Add a gift card or promotion code or voucher
[ Enter code ]    Apply

**3  Offers**    Change

**4  Review items and shipping**

ℹ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**FREE TRIAL**
we're giving you 30 days of Prime benefits for FREE    [ Try Prime FREE for 30 days > ]

**Estimated delivery: June 21, 2023 – July 20, 2023**
Items shipped from Lucky-minfan

Facial Cleansing Brush, Silicone Electric Heating Massager for Face Skin Care Cleaner Deep Cleaning Gentle Exfoliating,Waterproof and Rechargeable
$42.18
Qty: 1 ⌄
Sold by: Lucky-minfan

Gift options not available

**Choose a delivery option:**
◉ **Wednesday, June 21 – Thursday, July 20**
$6.99 - Shipping

---

**Place your order**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $42.18 |
| Shipping & handling: | $6.99 |
| Total before tax: | $49.17 |
| Estimated tax to be collected:* | $2.95 |
| **Order total:** | **$52.12** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

**Place your order**    **Order total: $52.12**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.






     

amazon [redacted] Miami 33133 | All | Search Amazon | IN | Hi [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Amazon Basics | live streams | Health & Household | Buy Again | Beauty & Personal Care | Pet Supplies | Coupons | Home Improvement | Shop By Interest | Shop Mother's Day

# Lucky-minfan

Just launched | No feedback yet

**Facial Cleansing Brush, Silicone E...**

USD42.18 (USD 42.18 / Count)

Add to Cart

## About Seller

Lucky-minfan is committed to providing each customer with the highest standard of customer service.

**Have a question for Lucky-minfan?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shenzhenshilonggangquminfanbaihuoshangdian
**Business Address:**
19a, Xianglian Court, Heung Lai Building
Shenzhen
Futian district
Guangdong Province
518000
CN

## Shipping Policies

## Other Policies

## Help

Leave seller feedback | Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 8

Hedume 3-Piece Cake Stand Set, Round Metal Cake Stands, Dessert Cupcake Stands,...
358
Amazon's Choice in Food Service Display Stands
$28.99
Get it as soon as Tuesday, May 2
FREE Shipping on orders over $25 shipped by Amazon

DISPOSABLE LACE TRAYS | for Upscale Wedding & Dining | 6 ...
397
Save 18%
$10.51 ($1.75/Count)
Was: $12.89
Lowest price in 30 days
Get it as soon as Tuesday, May 2
FREE Shipping on orders over $25 shipped by Amazon

Yumchikel-Decorative Plastic Serving Tray & Platter Set (4pk)-Gold & lace Rim Disposable Serving Trays & Platter...
262
$13.99
Get it as soon as Tuesday, May 2
FREE Shipping on orders over $25 shipped by Amazon

Gold Sequin Backdrop Curtain Panels Stage 2 Pieces 2FTx8FT Wedding Party Background Drapes
8,176
$17.80
Get it as soon as Tuesday, May 2
FREE Shipping on orders over $25 shipped by Amazon

Silver Spoons DISPOSABLE LACE TRAYS | for Upscale Wedding and Dining | 6 pc | White | 14" x 7.5" -
583
$11.99 ($2.00/Count)
FREE Shipping on orders over $25 shipped by Amazon
Only 1 left in stock - order...

TANG SONG Simple Design Wedding Cake Knife and Serving Set for Parties Weddings Birthdays Anniversarie...
412
$10.99
Get it as soon as Tuesday, May 2
FREE Shipping on orders over $25 shipped by Amazon
Only 18 left in stock - orde...

## Customers who viewed items in your browsing history also viewed

Page 1 of 6

**7Pcs White Cake Stand Set – Metal Dessert Table Display Stands - Golde Dessert Trays - Tiered Cupcake Holder Display Plates for Tea Party...**
★★★★☆ 8
$65.99

**TOPZEA Set of 4 Cake Stands, Metal Cupcake Holder Tiered Dessert Serving Tower Decor Serving Platter Candy Fruit Display Plates for...**
★★★★☆ 93
$46.99
FREE Shipping on orders over $25 shipped by Amazon
Only 2 left in stock - order...

**3 Pieces Crystal Beads Cake Stand Set Round Gold Plated Cupcake Stand Holder with Mirror Crystal Dessert Display...**
★★★★☆ 4
$87.99
Get it as soon as Tuesday, May 2
FREE Shipping on orders over $25 shipped by Amazon
Only 11 left in stock - orde...

**Set of 3 Gold Cake Stand Holder Round Cardboard Cakes Stands, 8" 10" 12" Dessert Display Cupcake Stands Pastry Base Pla...**
★★★★★ 8
$19.95
Get it as soon as Tuesday, May 2
FREE Shipping on orders over $25 shipped by Amazon

**OSYIN Gold Cake Stand, Wedding Cake Stand, Metal Cake Stand Set(8"/10"/12"), Cake Stands for Dessert Tab...**
★★★★★ 18
$29.97
Get it as soon as Tuesday, May 2
FREE Shipping on orders over $25 shipped by Amazon
Only 20 left in stock - orde...

**ZUMELER 5Pcs Gold Cake Stands Set Metal Round Cupcake Holder Cookies Dessert Display Plate Serving Tower Tr...**
★★★★☆ 112
$66.99
Get it as soon as Tuesday, May 2
FREE Shipping on orders over $25 shipped by Amazon

---

**Your Browsing History** View or edit your browsing history                                                                 Page 1 of 5

         

**Back to top**

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

 English   United States

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Book Depository**
Books With Free Delivery Worldwide

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**DPReview**
Digital Photography

**Fabric**
Sewing, Quilting & Knitting

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Warehouse**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**Eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates



amazon Miami 33138 | Beauty & Personal Care | Search Amazon | EN | [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Amazon Basics | Livestreams | Health & Household | Buy Again | Beauty & Personal Care | Pet Supplies | Coupons | Home Improvement | Shop Spring Outdoor Event

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals

amazon clinic | Healthcare for common conditions, made easier | Get started ›

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices

Roll over image to zoom in

## 2 in 1 Facial Cleansing Brush, Electric Silicone Face Deep Pores Beauty Instrument with Hot Compress for Exfoliating, Rechargeable Skin Care Tools

Brand: CMUNBBB

$39.09 ($39.09 / Count)

**Thank you for being an Amazon customer.** Get $50 off: Pay $0.00 ~~$39.09~~ upon approval for the Amazon Rewards Visa Card.

| | |
|---|---|
| **Material** | Silicone |
| **Brand** | CMUNBBB |
| **Power Source** | Battery Powered |
| **Product Benefits** | Softening,Pores,Cleansing,Exfoliating |
| **Number of Speeds** | 7 |

### About this item

- Soft silicone material - The face wash brush made of food-grade silicone material is very soft and skin-friendly. Not easy to irritate the skin, suitable for all skin types, sensitive skin can also be used with confidence
- 7 levels adjustable and ions import hot compress - The high-frequency vibration cleansing brush has 7 adjustable speeds. you can choose the cleaning mode that suits you. The low-speed mode can gently clean, and the high-speed mode can deep clean and exfoliate.
- The unique face brush is a full-body waterproof design. It can be washed directly after use, and it can also be used with confidence when taking a bath.
- USB charging - Built-in lithium battery, durable. charging is easy to carry and can be fully charged within 2 hours. It is recommended to charge the cleaning equipment for more than 2 hours after the first use and after the complete discharge
- The color appearance looks very cute and fashionable. You can use our hand-held facial cleansing brush as a perfect gift for a mother, wife, sister, friend, or yourself

Report incorrect product information.

amazon clinic

**UTI? Pink eye? Sinus infection?**
We all have something going on. Get help for common concerns—no appointments or video calls needed. Learn more >

$39.09 ($39.09 / Count)

$6.99 delivery **June 21 - July 20**. Details

[redacted] - Miami 33138

**Usually ships within 3 to 5 weeks**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Lucky-minfan |
| Sold by | Lucky-minfan |
| Returns | Eligible for Return, Re... |

Details

Add to List

Have one to sell?

Sell on Amazon

## Product Description

Welcome to our mall
Happy shopping!
Our products have been thoroughly tested, inspected and packaged before delivery.
If you have any questions, please feel free to contact us so that we can provide you with the best service.
SPECIFICATION
Material: Silicone
Size: 160*45*40 mm
Weight: 123 g
Rated voltage: 5V
Battery capacity: 900MAH
Waterproof rating: IPX7
Gear : 7-speed adjustable
FEATURES
1. Silicone material, soft and does not hurt the skin, suitable for all skin types
2. Fashion appearance
3. Full waterproof design, rinse directly with water after use, safe, fast and easy to clean
4. USB charging is safe, fast, standby and durable
5. a smart timer function-- 5min Auto Shutdown reminds you it's time to finish cleansing
You are welcome to come to our store for shopping, if you have any questions, please feel free to contact us, we will reply as soon as possible within 24 hours. Thanks!
If you are not satisfied with our products, please feel free to contact us, we will contact you within 24 hours. For more related product details, please search for "CMUNBBBS".

## Product details

**Item Weight** : 4.41 Pounds
**Department** : unisexadult
**Manufacturer** : CMUNBBB
**ASIN** : B09HP26B38
**Country of Origin** : China

## Videos

Help others learn more about this product by uploading a video!

Upload your video

---

## Looking for specific info?

🔍 Search in reviews, Q&A...

---

## Customer questions & answers

No answered questions yet

Post your question

---

## Customer reviews

There are no customer ratings or reviews for this product.

---

### Review this product

Share your thoughts with other customers

Write a customer review

---



**Influencers' favorite finds**    Shop amazon live

Sponsored ⓘ

---

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

---

### Inspired by your browsing history

Page 1 of 8



Hedume 3-Piece Cake Stand Set, Round Metal Cake Stands, Dessert Cupcake Stands,...
★★★★☆ 358
Amazon's Choice in Food Service Display Stands
$28.99
Get it as soon as **Tuesday, May 2**
FREE Shipping on orders over $25 shipped by Amazon



DISPOSABLE LACE TRAYS | for Upscale Wedding & Dining | 6 ...
★★★★☆ 397
$10.51 ($1.75/Count)
Was: $12.89
Lowest price in 30 days
Get it as soon as **Tuesday, May 2**
FREE Shipping on orders over $25 shipped by Amazon



Yumchikel-Decorative Plastic Serving Tray & Platter Set (4pk)-Gold & lace Rim Disposable Serving Trays & Platter...
★★★★☆ 262
$13.99
Get it as soon as **Tuesday, May 2**
FREE Shipping on orders over $25 shipped by Amazon



Gold Sequin Backdrop Curtain Panels Stage 2 Pieces 2FTx8FT Wedding Party Background Drapes
★★★★☆ 8,176
$17.80
Get it as soon as **Tuesday, May 2**
FREE Shipping on orders over $25 shipped by Amazon



Silver Spoons DISPOSABLE LACE TRAYS | for Upscale Wedding and Dining | 6 ...
★★★★☆ 583
$11.99 ($2.00/Count)
FREE Shipping on orders over $25 shipped by Amazon
Only 1 left in stock - order...



TANG SONG Simple Design Wedding Cake Knife and Serving Set for Parties Weddings Birthdays Anniversarie...
★★★★☆ 412
$10.99
Get it as soon as **Tuesday, May 2**
FREE Shipping on orders over $25 shipped by Amazon
Only 18 left in stock - orde...

---

### Customers who viewed items in your browsing history also viewed

Page 1 of 6



7Pcs White Cake Stand Set - Metal Dessert Table Display Stands - Golde Dessert Trays - Tiered



TOPZEA Set of 4 Cake Stands, Metal Cupcake Holder Tiered Dessert Serving Tower Decor



3 Pieces Crystal Beads Cake Stand Set Round Gold Plated Cupcake Stand Holder with Mirror



Set of 3 Gold Cake Stand Holder Round Cardboard Cakes Stands, 8" 10" 12" Dessert Display Cupcake



OSYIN Gold Cake Stand, Wedding Cake Stand, Metal Cake Stand Set(8"/10"/12"), Cake



ZUMELER 5Pcs Gold Cake Stands Set Metal Round Cupcake Holder Cookies Dessert Display




Cupcake Holder Display
Plates for Tea Party...
★★★★☆ 8
$65.99

Serving Platter Candy
Fruit Display Plates for...
★★★★☆ 93
$46.99
Get it as soon as **Tuesday,
May 2**
FREE Shipping on orders over
$25 shipped by Amazon
Only 2 left in stock - order...

Crystal Dessert Display...
★★★★☆ 4
$87.99
Get it as soon as **Tuesday,
May 2**
FREE Shipping on orders over
$25 shipped by Amazon
Only 11 left in stock - orde...

Stands Pastry Base Pla...
★★★★★ 8
$19.95
Get it as soon as **Tuesday,
May 2**
FREE Shipping on orders over
$25 shipped by Amazon

Stands for Dessert Tab...
★★★★★ 18
$29.97
Get it as soon as **Tuesday,
May 2**
FREE Shipping on orders over
$25 shipped by Amazon
Only 20 left in stock - orde...

Plate Serving Tower Tr...
★★★★☆ 112
$66.99
Get it as soon as **Tuesday,
May 2**
FREE Shipping on orders over
$25 shipped by Amazon

## Your Browsing History    View or edit your browsing history

Page 1 of 5

         

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Shipping Rates & Policies |
| Sustainability | Become an Affiliate | Shop with Points | Amazon Prime |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Returns & Replacements |
| Investor Relations | Start a package delivery business | Reload Your Balance | Manage Your Content and Devices |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | Your Recalls and Product Safety Alerts |
| Amazon Science | Self-Publish with Us | | Help |
| | Host an Amazon Hub | | |
| | › See More Ways to Make Money | | |

 English       United States

| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract, and<br>engage customers | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account |
|---|---|---|---|---|---|
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio Performances | Book Depository<br>Books With Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy |
| Shopbop<br>Designer<br>Fashion Brands | Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems |
| eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to<br>your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products<br>you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates



## amazon

### Checkout (1 item)

**1** Shipping address                                    Change
████████
MIAMI, FL 33138-4055
Add delivery instructions

**2** Payment method                                     Change
██  ████████
Billing address: ████████
∧ Add a gift card or promotion code or voucher
[ Enter code ]   Apply

**3** Offers                                             Change

**4** Review items and shipping

> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.



**FREE TRIAL**
████ we're giving you 30 days of Prime benefits for FREE   [ Try Prime FREE for 30 days > ]

**Estimated delivery: June 21, 2023 – July 20, 2023**
Items shipped from Lucky-minfan

**2 in 1 Facial Cleansing Brush, Electric Silicone Face Deep Pores Beauty Instrument with Hot Compress for Exfoliating, Rechargeable Skin Care Tools**
$39.09
Qty: 1 ⌄
Sold by: Lucky-minfan

Gift options not available

**Choose a delivery option:**
◉ **Wednesday, June 21 – Thursday, July 20**
  $6.99 - Shipping

---

[ Place your order ]   **Order total: $48.82**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary

| | |
|---|---|
| Items: | $39.09 |
| Shipping & handling: | $6.99 |
| Total before tax: | $46.08 |
| Estimated tax to be collected:* | $2.74 |
| **Order total:** | **$48.82** |

[ **Place your order** ]
By placing your order, you agree to Amazon's privacy notice and conditions of use.

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



amazon
Miami 33158
IN
Hi
Account & Lists
Returns
& Orders
0
Cart
All
Search Amazon

All    Clinic    Amazon Basics    live streams    Health & Household    Buy Again    Beauty & Personal Care    Pet Supplies    Coupons    Home Improvement    Shop Spring Outdoor Event

## Lucky-minfan

Just launched · No feedback yet

**2 in 1 Facial Cleansing Brush, Ele...**
$39.99 (USD 39.09 / Count)

**Add to Cart**

### About Seller

Lucky-minfan is committed to providing each customer with the highest standard of customer service.

**Have a question for Lucky-minfan?**

Ask a question

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** shenzhenshilonggangquminfanbaihuoshangdian
**Business Address:**
    19a, Xianglian Court, Heung Lai Building
    Shenzhen
    Futian district
    Guangdong Province
    518000
    CN

**Shipping Policies**

**Other Policies**

**Help**

Leave seller feedback    |    Tell us what you think about this page

### Your recently viewed items and featured recommendations

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

View or edit
your browsing
history

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your





Amazon Science

Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

Eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

Beauty & Personal Care > Tools & Accessories > Skin Care Tools > Facial Cleansing Brushes > Powered Facial Cleansing Brushes & Devices



Roll over image to zoom in

## Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Exfoliation, Beauty Skin Care Massager, USB Charging

Brand: CMUNBBB

**$39.09** ($39.09 / Count)

| Material | Silicone |
|---|---|
| Brand | CMUNBBB |
| Power Source | Battery Powered |
| Number of Speeds | 5 |
| Operation Mode | Automatic |

### About this item

- The face wash brush made of food-grade silicone material is very soft and skin-friendly. Not easy to irritate the skin, suitable for all skin types, sensitive skin can also be used with confidence
- The high-frequency vibration cleansing brush has 5 adjustable speeds. you can choose the cleaning mode that suits you. The low-speed mode can gently clean, and the high-speed mode can deep clean and exfoliate.
- The unique face brush is a full-body waterproof design. It can be washed directly after use, and it also can be used with confidence when taking a bath.
- Built-in lithium battery, durable. charging is easy to carry. It is recommended to charge the cleaning equipment for more than 2 hours after the first use and after the complete discharge
- The color appearance looks very cute and fashionable. You can use our hand-held facial cleansing brush as a perfect gift for a mother, wife, sister, friend, or yourself

Report incorrect product information.



i See Me! — Personalized children's books & gifts.

 1-2-3 Blast Off with Me - Personalized... ★★★★☆ 56 $29.99

Sponsored

**$39.09** ($39.09 / Count)

$6.99 delivery July 3 - August 1. Details

◉ Miami 33158

Usually ships within 3 to 5 weeks

Qty: 1 ▾

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Lucky-minfan |
| Sold by | Lucky-minfan |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon





Personalized Birthday Books

Open This - Personalized Children's Story - I See Me! ★★★★☆ 68 $39.99

Sponsored

## More digital items to explore

Page 1 of 20



Swarm - Season 1
Dominique Fishback
★★★★☆ 723
$0.00



The Dirty 3rd: Next Generation
Dakarai Henderson
★★★★☆ 110
$0.00



Girl in the Closet
Sa'Rah Jones
★★★★☆ 828
$2.99



BMF
Demetrius Flenory Jr.
★★★★☆ 110
$0.00



Harlem - Season 2
Meagan Good
★★★★☆ 371
$0.00



Power Book II: Ghost - Season 2
Michael Rainey Jr.
★★★★☆ 225
$0.00



Next Day Air
Donald Faison
★★★★☆ 650
$3.99

## Product Description

Welcome to our mall
Happy shopping!
Our products have been thoroughly tested, inspected and packaged before delivery.
If you have any questions, please feel free to contact us so that we can provide you with the best service.
SPECIFICATION
Material: Silicone
Size: 125*70 mm
Weight: 100 g
Rated voltage: 5V
Waterproof rating: IPX7
Gear : 5-speed adjustable
FEATURES
1. Silicone material, soft and does not hurt the skin, suitable for all skin types
2. Fashion appearance

3. Fast waterproof design, those directly with water after use, safe, non-stick, easy to clean
4. USB charging is safe, fast, standby and durable

You are welcome to come to our store for shopping, if you have any questions, please feel free to contact us, we will reply as soon as possible within 24 hours. Thanks!

If you are not satisfied with our products, please feel free to contact us, we will contact you within 24 hours. For more related product details, please search for "CMUNBBB5".

## Product details

**Item Weight :** 4.41 Pounds

**Department :** unisexadult

**Manufacturer :** CMUNBBB

**ASIN :** B09HP1FGQ8

**Country of Origin :** China

## Videos

Help others learn more about this product by uploading a video!

Upload your video

i See Me!

**Personalized Birthday Books**

**Open This - Personalized Children's Story - I See Me!**

★★★★½ 68

$39⁹⁹

Sponsored ⓘ

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review



**Personalized Birthday Books**

**Open This - Personalized Children's Story - I See Me!**

★★★★½ 68

$39⁹⁹

Sponsored ⓘ

Personalized Birthday Books

¡ See Me!

OPEN THIS BOOK!

⭐⭐⭐⭐ 68

$39.99

Sponsored ⓘ

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Customers who searched for "kaws" ultimately bought

Page 1 of 2


MECIKR 4.8 Inch KAWS Figure Model Art Action Figure, for Birthday Party Gifts,Christmas, Halloween, Life...
⭐⭐⭐⭐⭐ 1
$17.38
Get it May 22 - Jun 1
FREE Shipping
Only 18 left in stock - orde...


JACTZ 8-Inch Kawed Model Art Toys Action Figure, Collectible Ornaments Model Toy Easter/Christmas/Birth...
⭐⭐⭐⭐ 5
$29.99
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon


MECIKR 8 Inch KAWS Figure Model Art Action Figure,Collection Display Toy for Birthday Party Gifts,Christmas,...
⭐⭐⭐⭐ 21
$21.88
Get it as soon as Tuesday, May 16
FREE Shipping on orders over $25 shipped by Amazon
Only 2 left in stock - order...


KOMJINGY 5 Pcs 2.95 Inch KAWS Figure Model Art Action Figure, for Birthday Party Gifts,Christmas,...
⭐⭐⭐⭐⭐ 1
$15.99
Get it May 30 - Jun 20
$9.17 shipping
Only 10 left in stock - orde...


WSCXI 8-Inch Kawed Model Art Toys Action Figure, Collectible...
⭐⭐⭐⭐ 42
**Save 7%**
$27.99
Was: $29.99
Lowest price in 30 days
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon


WSCXI 8-Inch Kawed Figure All Style Anime Action Figures Black PVC Model Trendy KAWED Figures Birthday Gift Toys Gift Home...
⭐⭐⭐⭐ 63
$34.99

## Inspired by your browsing history

Page 1 of 3


F-SCIECHBEMA Ins Cool Compatible Clear Cartoon Case with iPhone 13 Pro Max with Adjustable Wrist Strap...
⭐⭐⭐⭐⭐ 14
$12.86
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon
Only 15 left in stock - orde...


F-SCIECHBEMA Ins Cool Compatible Clear Cartoon Case with...
⭐⭐⭐⭐ 14
**Save 7%**
$12.86
Was: $13.86
Lowest price in 30 days
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon
Only 13 left in stock - orde...


YIJIBANG for iPhone 13 pro max case with Design Basketball Sports Shoes Pattern Slim Thi...
⭐⭐⭐⭐ 136
**Amazon's Choice** in Cell Phone Basic Cases
$14.98
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon

Ailun 2Pack Privacy Screen Protector for iPhone 13 Pro Max[6.7...
⭐⭐⭐⭐ 17,636
**Amazon's Choice** in Cell Phone Screen Protectors
**50% off** Deal
$7.54 ($3.77/Count)
List: $14.99
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon


DOWINTIGER Cool iPhone 13 Pro Max Case for Boys Men, Kawaii 3D Cartoon Street Fashion Shockproof Protection...
⭐⭐⭐⭐ 137
$13.99
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon


JHLZSST for iPhone 13 Pro Max Cute Case, Cool Cartoon Astronaut Space Rocket Design Stylish Bumper Soft TPU...
⭐⭐⭐⭐⭐ 134
$10.99
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon



## Your Browsing History   View or edit your browsing history

Page 1 of 5

           

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies

Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Credit and Marketplace
Reload Your Balance
Amazon Currency Converter

Amazon Prime

Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help


amazon

English

United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy |
| **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates



**amazon**

Checkout (1 item)



**1  Shipping address**                                              Change

MIAMI, FL 33138-4055
Add delivery instructions

**Place Your Order and Pay**

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**2  Payment method**                                               Change

Billing address:
∧ Add a gift card or promotion code or voucher

Enter code        Apply

**Order Summary**

| | |
|---|---|
| Items: | $39.09 |
| Shipping & handling: | $6.99 |
| Total before tax: | $46.08 |
| Estimated tax to be collected:* | $2.74 |

**Order total:**                **$48.82**

**3  Offers**                                                       Change

**4  Review items and shipping**

How are shipping costs calculated?

Why didn't I qualify for free shipping?

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.



**FREE TRIAL**

we're giving you 30 days of Prime benefits for FREE          Try Prime FREE for 30 days >

**Estimated delivery: July 3, 2023 - Aug. 1, 2023**
Items shipped from Lucky-minfan

Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Exfoliation, Beauty Skin Care Massager, USB Charging
**$39.09**
Qty: 1 ∨
Sold by: Lucky-minfan

Gift options not available

**Choose a delivery option:**
● **Monday, July 3 - Tuesday, Aug. 1**
$6.99 - Shipping

**Place Your Order and Pay**

You'll be securely redirected to Visa to complete this transaction.

**Order total: $48.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AMAZON ◎ Miami 33158 | All ▾ | Search Amazon | 🔍 | 🇺🇸 IN ▾ | Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

☰ All | Clinic | Amazon Basics | Customer Service | Pet Supplies | live streams | Beauty & Personal Care | Health & Household Products | Coupons | Home Improvement | **Shop Spring Outdoor Event**

# Lucky-minfan

Just launched | No feedback yet

---

## About Seller

Lucky-minfan is committed to providing each customer with the highest standard of customer service.

### Have a question for Lucky-minfan?

[ Ask a question ]

---

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

---

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either is unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

---

## Detailed Seller Information

**Business Name:** shenzhenshilonggangquminfanbaihuoshangdian
**Business Address:**
  19a, Xianglian Court, Heung Lai Building
  Shenzhen
  Futian district
  Guangdong Province
  518000
  CN

---

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

---

Leave seller feedback  |  Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 4



< 



F-SCIECHBEMA Ins Cool Compatible Clear Cartoon Case with iPhone 13 Pro Max with Adjustable Wrist Strap...
★★★★★ 14
$12.86
Get it as soon as **Sunday, May 14**
FREE Shipping on orders over $25 shipped by Amazon
Only 15 left in stock - orde...



WSCXI 8-Inch Kawed Model Art Toys Action Figure, Collectible...
★★★★☆ 42
**Save 7%**
$27.99
Was: $29.99
Lowest price in 30 days
Get it as soon as **Sunday, May 14**
FREE Shipping on orders over $25 shipped by Amazon



F-SCIECHBEMA Ins Cool Compatible Clear Cartoon Case with...
★★★★☆ 14
**Save 7%**
$12.86
Was: $13.86
Lowest price in 30 days
Get it as soon as **Sunday, May 14**
FREE Shipping on orders over $25 shipped by Amazon
Only 13 left in stock - orde...



MECIKR 8 inch KAWS Figure,Collection Display Toy for Birthday Party Gifts,Christmas,...
★★★★☆ 21
$21.88
Get it as soon as **Tuesday, May 16**
FREE Shipping on orders over $25 shipped by Amazon
Only 2 left in stock - order...



YUJBANG for iPhone 13 pro max case with Design Basketball Sports Shoes Pattern Slim Thi...
★★★★☆ 136
Amazon's Choice in Cell Phone Basic Cases
$14.98
Get it as soon as **Sunday, May 14**
FREE Shipping on orders over $25 shipped by Amazon



Ailun 2Pack Privacy Screen Protector for iPhone 13 Pro Max[6.7...
★★★★★ 17,636
Amazon's Choice in Cell Phone Screen Protectors
**50% off Deal**
$7.54 ($3.77/Count)
List: $14.99
Get it as soon as **Sunday, May 14**
FREE Shipping on orders over $25 shipped by Amazon

>

---

**Customers who viewed items in your browsing history also viewed**

Page 1 of 5








Choking Emergency Device Rescue Device, Portable CPR Training Facial Cover Shield for Children and Adults Fir...
★☆☆☆☆ 1
$12.00
Get it May 25 - Jun 6
FREE Shipping

DeCHOKER Anti-Choking Device for Toddlers (Ages 1-3 Years)
★★★★★ 3,886
$49.95 ($49.95/Count)
Get it May 11 - 15
FREE Shipping

Checking Rescue Device, Choking Emergency Device First Aid for Kid...
★★★★★ 18
Save 36%
$11.40 ($11.40/Count)
Was: $17.90
Lowest price in 30 days
Get it May 25 - Jun 6
FREE Shipping

Choking Rescue Device for Adult and Children First Aid Kit, Portable Choking Rescue Device Tool
★★★☆☆ 19
$19.99 ($19.99/Count)
Get it May 25 - Jun 7
FREE Shipping

Choking Rescue Device, Portable Choking Emergency Device for Removing Blocked...
★★★★☆ 49
Amazon's Choice in First Aid Kits
$28.99 ($28.99/Count)
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon

LifeVac Blue Travel Kit - Choking Rescue Device, Portable Suction Rescue Device First Aid Kit for Kids and Adults, Portable Airway Suction Device...
★★★★☆ 36
$79.99 ($79.99/Count)

## Your Browsing History  View or edit your browsing history

Page 1 of 5













Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help



English    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

Eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



Waterproof Facial Cleansing Spin Brush Set with 4 Exfoliating Brush Heads - Complete Face Spa System by CLSEVXY - Face Scrubber for Gentle Exfoliation and Deep Scrubbing   ★★★★☆ 13,081   $16.99 ✓prime

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices



Roll over image to zoom in

### Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Exfoliation, Beauty Skin Care Massager, USB Charging
Brand: CMUNBBB

**$39.09** ($39.09 / Count)

| | |
|---|---|
| Material | Silicone |
| Brand | CMUNBBB |
| Power Source | Battery Powered |
| Product Benefits | Softening,Pores,Cleansing,Gentle |
| Number of Speeds | 5 |

#### About this item
- The face wash brush made of food-grade silicone material is very soft and skin-friendly. Not easy to irritate the skin, suitable for all skin types, sensitive skin can also be used with confidence
- The high-frequency vibration cleansing brush has 5 adjustable speeds. you can choose the cleaning mode that suits you. The low-speed mode can gently clean, and the high-speed mode can deep clean and exfoliate.
- The unique face brush is a full-body waterproof design. It can be washed directly after use, and it can also be used with confidence when taking a bath.
- Built-in lithium battery, durable. charging is easy to carry. It is recommended to charge the cleaning equipment for more than 2 hours after the first use and after the complete discharge
- The color appearance looks very cute and fashionable. You can use our hand-held facial cleansing brush as a perfect gift for a mother, wife, sister, friend, or yourself

 Report incorrect product information.



**3 in 1 Skin Care Tool**
haoyehome Anti-Aging Face Massag...
★★★★☆ 77
$22.98 ✓prime

$39.09 ($39.09 / Count)

$6.99 delivery July 3 - August 1. Details

— Boca Raton 33433

**Usually ships within 3 to 5 weeks**

Qty: 1

[Add to Cart]

[Buy Now]

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Lucky-minfan |
| Sold by | Lucky-minfan |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

[Add to List]

Have one to sell?

[Sell on Amazon]



SENSILIFT RADIO FREQUENCY SKIN...
★★★☆☆ 41
$399.00 ✓prime
Save $20 with coupon

### More digital items to explore

Page 1 of 20











| Swarm - Season 1 | Harlem - Season 1 | The Dirty 3rd: Next Generation | Girl in the Closet | BMF | Harlem - Season 2 | Power Book II: Ghost - Season 2 |
|---|---|---|---|---|---|---|
| Dominique Fishback | Grace Byers | Dakarai Henderson | Sa'Rah Jones | Demetrius Flenory Jr. | Meagan Good | Michael Rainey Jr. |
| ★★★☆☆ 723 | ★★★★☆ 1,980 | ★★★★☆ 110 | ★★★★☆ 828 | ★★★★☆ 110 | ★★★★☆ 371 | ★★★★★ 225 |
| $0.00 | $0.00 | $0.00 | $2.99 | $0.00 | $0.00 | $0.00 |

### Product Description

Welcome to our mall
Happy shopping!
Our products have been thoroughly tested, inspected and packaged before delivery.
If you have any questions, please feel free to contact us so that we can provide you with the best service.
SPECIFICATION
Material: Silicone
Size: 125*70 mm
Weight: 100 g
Rated voltage: 5V
Waterproof rating: IPX7
Gear : 5-speed adjustable
FEATURES

1. Silicone material, soft and does not hurt the skin, suitable for all skin types
2. Fashion appearance
3. Full waterproof design, rinse directly with water after use, safe, fast and easy to clean
4. USB charging is safe, fast, standby and durable
You are welcome to come to our store for shopping, if you have any questions, please feel free to contact us, we will reply as soon as possible within 24 hours. Thanks!
If you are not satisfied with our products, please feel free to contact us, we will contact you within 24 hours. For more related product details, please search for "CMUNBBBS".

## Product details

**Item Weight** : 4.41 Pounds

**Department** : unisexadult

**Manufacturer** : CMUNBBB

**ASIN** : B09HP1PD3P

**Country of Origin** : China

## Videos

Help others learn more about this product by uploading a video!

Upload your video



Waterproof Facial Cleansing Spin Brush Set with 4
Exfoliating Brush Heads - Complete Face Spa Syste...
★★★★☆ 13,081
$16⁹⁹ ✓prime

Sponsored ⓘ

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



**Waterproof Facial Cleansing Spin Brush Set with 4 Exfoliating Brush Heads - Complete...**
★★★★☆ 13,081
$16⁹⁹ ✓prime

Sponsored ⓘ



**Waterproof Facial Cleansing Spin Brush Set with 4 Exfoliating Brush Heads -...**
★★★★☆ 13,081
$16.99 ✓prime

Sponsored ⓘ

Disclaimer: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Customers who searched for "kaws" ultimately bought
Page 1 of 2

     

MECIKR 4.8 Inch KAWS Figure Model Art Action Figure, for Birthday Party Gifts,Christmas, Halloween, Life...
★★★★★ 1
$17.38
Get it May 22 - Jun 1
FREE Shipping
Only 18 left in stock - orde...

JACTZ 8-Inch Kawed Model Art Toys Action Figure, Collectible Ornaments Model Toy Easter/Christmas/Birth...
★★★★☆ 5
$29.99
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon

MECIKR 8 Inch KAWS Figure Model Art Action Figure,Collection Display Toy for Birthday Party Gifts,Christmas,...
★★★★☆ 21
$21.88
Get it as soon as Monday, May 15
FREE Shipping on orders over $25 shipped by Amazon
Only 2 left in stock - order...

KOMJINGY 5 Pcs 2.95 Inch KAWS Figure Model Art Action Figure, for Birthday Party Gifts,Christmas,...
★★★★★ 1
$15.99
Get it May 30 - Jun 20
$9.17 shipping
Only 10 left in stock - orde...

WSCXI 8-Inch Kawed Model Art Toys Action Figure, Collectible...
★★★★☆ 42
Save 7%
$27.99
Was: $29.99
Lowest price in 30 days
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon

WSCXI 8-Inch Kawed Figure All Style Anime Action Figures Black PVC Model Trendy KAWED Figures Birthday Gift Toys Gift Home...
★★★★☆ 63
$34.99

## Inspired by your browsing history
Page 1 of 3

    

F-SCIECHBEMA Ins Cool Compatible Clear Cartoon Case with iPhone 13 Pro Max with Adjustable Wrist Strap...
★★★★★ 14
$12.86
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon
Only 15 left in stock - orde...

F-SCIECHBEMA Ins Cool Compatible Clear Cartoon Case with...
★★★★★ 14
Save 7%
$12.86
Was: $13.86
Lowest price in 30 days
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon
Only 13 left in stock - orde...

YIJIBANG for iPhone 13 pro max case with Design Basketball Sports Shoes Pattern Slim Thi...
★★★★☆ 136
Amazon's Choice in Cell Phone Basic Cases
$14.98
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon

Ailun 2Pack Privacy Screen Protector for iPhone 13 Pro Max[6.7...
★★★★☆ 17,637
Amazon's Choice in Cell Phone Screen Protectors
50% off Deal
$7.54 ($3.77/Count)
List: $14.99
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon

DOWINTIGER Cool iPhone 13 Pro Max Case for Boys Men, Kawaii 3D Cartoon Street Fashion Shockproof Protection...
★★★★☆ 137
$13.99
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon

JHLZSST for iPhone 13 Pro Max Cute Case, Cool Cartoon Astronaut Space Rocket Design Stylish Bumper Soft TPU...
★★★★★ 134
$10.99
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon

## Your Browsing History  View or edit your browsing history
Page 1 of 5

           

Back to top

Get to Know Us
Careers
Amazon Newsletter
About Amazon

Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your

Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card

Let Us Help You
Amazon and COVID-19
Your Account
Your Orders





Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English
United States

**Amazon Music** Stream millions of songs
**Amazon Advertising** Find, attract, and engage customers
**6pm** Score deals on fashion brands
**AbeBooks** Books, art & collectibles
**ACX** Audiobook Publishing Made Easy
**Sell on Amazon** Start a Selling Account

**Amazon Business** Everything For Your Business
**Amazon Fresh** Groceries & More Right To Your Door
**AmazonGlobal** Ship Orders Internationally
**Home Services** Experienced Pros Happiness Guarantee
**Amazon Ignite** Sell your original Digital Educational Resources
**Amazon Web Services** Scalable Cloud Computing Services

**Audible** Listen to Books & Original Audio Performances
**Book Depository** Books With Free Delivery Worldwide
**Box Office Mojo** Find Movie Box Office Data
**ComiXology** Thousands of Digital Comics
**DPReview** Digital Photography
**Fabric** Sewing, Quilting & Knitting

**Goodreads** Book reviews & recommendations
**IMDb** Movies, TV & Celebrities
**IMDbPro** Get Info Entertainment Professionals Need
**Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy
**Amazon Photos** Unlimited Photo Storage Free With Prime
**Prime Video Direct** Video Distribution Made Easy

**Shopbop** Designer Fashion Brands
**Amazon Warehouse** Great Deals on Quality Used Products
**Whole Foods Market** America's Healthiest Grocery Store
**Woot!** Deals and Shenanigans
**Zappos** Shoes & Clothing
**Ring** Smart Home Security Systems

**eero WiFi** Stream 4K Video in Every Room
**Blink** Smart Security for Every Home
**Neighbors App** Real-Time Crime & Safety Alerts
**Amazon Subscription Boxes** Top subscription boxes – right to your door
**PillPack** Pharmacy Simplified
**Amazon Renewed** Like-new products you can trust

Conditions of Use  Privacy Notice  Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

**Checkout** (1 item)

🔒

**1   Shipping address**                                            Change

███████████
BOCA RATON, FL 33433-6943
Add delivery instructions

**2   Payment method**                                             Change

██   ████████████
Billing address: John smith, 7351 PROM...
∧ Add a gift card or promotion code or voucher

[ Enter code        ]   Apply

**3   Offers**                                                      Change

**4   Review items and shipping**

> ℹ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

---

**FREE TRIAL**

████ we're giving you 30 days of Prime benefits for FREE      [ Try Prime FREE for 30 days › ]

**Estimated delivery: July 3, 2023 - Aug. 1, 2023**
Items shipped from Lucky-minfan



**Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Exfoliation, Beauty Skin Care Massager, USB Charging**
**$39.09**
[ Qty: 1 ▾ ]
Sold by: Lucky-minfan

Gift options not available

**Choose a delivery option:**
◉ **Monday, July 3 - Tuesday, Aug. 1**
$6.99 - Shipping

---

[ **Place Your Order and Pay** ]

You'll be securely redirected to Visa to complete this transaction.

**Order total: $48.82**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

[ **Place Your Order and Pay** ]

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $39.09 |
| Shipping & handling: | $6.99 |
| Total before tax: | $46.08 |
| Estimated tax to be collected:* | $2.74 |
| **Order total:** | **$48.82** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?



## Lucky-minfan

Just launched | No feedback yet

### About Seller

Lucky-minfan is committed to providing each customer with the highest standard of customer service.

Have a question for Lucky-minfan?

[ Ask a question ]

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either is unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** shenzhenshilonggangquminfanbaihuoshangdian
**Business Address:**
19a, Xianglian Court, Heung Lai Building
Shenzhen
Futian district
Guangdong Province
518000
CN

### Shipping Policies

### Other Policies

### Help

Leave seller feedback | Tell us what you think about this page

### Inspired by your browsing history

Page 1 of 4



**F-SCIECHBEMA Ins Cool Compatible Clear Cartoon Case with iPhone 13 Pro Max with Adjustable Wrist Strap...**
★★★★★ 14
$12.86
Get it as soon as **Sunday, May 14**
FREE Shipping on orders over $25 shipped by Amazon
Only 15 left in stock - orde...



**WSCXI 8-Inch Kawed Model Art Toys Action Figure, Collectible...**
★★★★½ 42
Save 7%
$27.99
Was: $29.99
Lowest price in 30 days
Get it as soon as **Sunday, May 14**
FREE Shipping on orders over $25 shipped by Amazon



**F-SCIECHBEMA Ins Cool Compatible Clear Cartoon Case with...**
★★★★½ 14
Save 7%
$12.86
Was: $13.86
Lowest price in 30 days
Get it as soon as **Sunday, May 14**
FREE Shipping on orders over $25 shipped by Amazon
Only 13 left in stock - orde...



**MECIKR 8 inch KAWS Figure,Collection Display Toy for Birthday Party Gifts,Christmas,...**
★★★★½ 21
$21.88
Get it as soon as **Monday, May 15**
FREE Shipping on orders over $25 shipped by Amazon
Only 2 left in stock - order...



**YUJBANG for iPhone 13 pro max case with Design Basketball Sports Shoes Pattern Slim Thi...**
★★★★½ 136
Amazon's Choice in Cell Phone Basic Cases
$14.98
Get it as soon as **Sunday, May 14**
FREE Shipping on orders over $25 shipped by Amazon



**Ailun 2Pack Privacy Screen Protector for iPhone 13 Pro Max[6.7...**
★★★★★ 17,637
Amazon's Choice in Cell Phone Screen Protectors
50% off Deal
$7.54 ($3.77/Count)
List: $14.99
Get it as soon as **Sunday, May 14**
FREE Shipping on orders over $25 shipped by Amazon

**Customers who viewed items in your browsing history also viewed**

Page 1 of 5




Choking Emergency Device Rescue Device, Portable CPR Training Facial Cover Shield for Children and Adults Fir...
⭐⭐☆☆☆ 1
$12.00
Get it May 25 - Jun 6
FREE Shipping


DeCHOKER Anti-Choking Device for Toddlers (Ages 1-3 Years)
⭐⭐⭐⭐⭐ 3,886
$49.95 ($49.95/Count)
Get it May 11 - 15
FREE Shipping


Checking Rescue Device, Choking Emergency Device First Aid for Kid...
⭐⭐⭐⭐⭐ 18
Save 36%
$11.40 ($11.40/Count)
Was: $17.90
Lowest price in 30 days
Get it May 30 - Jun 21
FREE Shipping


Choking Rescue Device for Adult and Children First Aid Kit, Portable Choking Rescue Device Tool
⭐⭐⭐☆☆ 19
$19.99 ($19.99/Count)
Amazon's Choice in First Aid Kits
Get it May 25 - Jun 7
FREE Shipping


Choking Rescue Device, Portable Choking Emergency Device for Removing Blocked...
⭐⭐⭐⭐☆ 49
$28.99 ($28.99/Count)
Get it as soon as Sunday, May 14
FREE Shipping on orders over $25 shipped by Amazon

LifeVac Blue Travel Kit - Choking Rescue Device, Portable Suction Rescue Device First Aid Kit for Kids and Adults, Portable Airway Suction Device...
⭐⭐⭐⭐☆ 36
$79.99 ($79.99/Count)

## Your Browsing History    View or edit your browsing history

Page 1 of 5














---

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

 English     United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photos Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

Eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

DOE Number: 82

Marketplace: Amazon

Seller Name: suiningaitufuzhuangdian



Consider these alternative items



5Pcs Cute Animal Small Octopus Shape Silicone Facial Cleaning Brush Deep Pore Cleaning Exfoliator Face Washing Brush Skin Care
★★★★★ 1
$9.99 ($2.00/Count)

Silicone Octopus Facial Cleansing Brush Handheld Face Brush and Massager Deep Pore Cleansing Brush for Deep Cleaning Gentle Exfoliating Skin Massage (Blue)
$6.99 ($6.99/Count)

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices



Roll over image to zoom in

### Electric Waterproof Silicone Facial Cleansing Brush with Soft Bristles for Deep Pore Cleaning and Blackhead Removing, Face Skin Care Facial Cleanser Face Massager for Exfoliation

Brand: Tutuba
★★★★★ 1 rating

**$16.95** ($16.95 / Count)

Get a $50 Gift Card: Pay $0.00 $16.95 upon approval for the Amazon Rewards Visa Card. No annual fee.

| Material | Silicone |
|---|---|
| Brand | Tutuba |
| Color | Red |
| Power Source | electric |
| Product Benefits | Softening,Pores,Cleansing,Promote,Blood Circulation,Pore |

#### About this item

- 【Multi-functional】 Except facial cleansing brush, also it could be face massager to promote blood circulation and helps to effectively absorb skin care products and anti-ageing.
- 【Easy to Use】 Simple design, one-button operation. fixed time program setting, wash your left cheek, right cheek and for T area by order, alarm function of changing area.
- 【All in One Design】 2 kinds of silicone bristles on different zones offer fully customizable cleansing experience for the whole face, bristles on top area for clean difficult area exactly.
- 【Waterproof and Portable】 IPX5 grade waterproof effect, you can use during showering. Mini size, suitable for using during travel or business trip. Easy to Carry.
- 【Advantages】 Contrast with hand wash, the electric sonic facial cleansing brush could make foam more quickly, and clean your skin pore more deeply. To shrink pores and remove blackhead more

☐ Report incorrect product information.

$16.95 ($16.95 / Count)

FREE delivery **May 10 - June 1**. Details

⬤ ▬▬▬▬ Miami 33133

**In Stock**

Qty: 1

**Add to Cart**

**Buy Now**

Payment — Secure transaction
Ships from — suiningaitufuzhuangdian
Sold by — suiningaitufuzhuangdian
Returns — Eligible for Return, Re...

Details

**Add to List**

Have one to sell?
**Sell on Amazon**



FOREO SWEDEN

Spa-level facial cleansing and massage



FOREO LUNA 3 Facial Cleansing Brush | Anti Aging Face Massager...
★★★★½ 5,277
$219.00 ✓prime

Sponsored ⓘ

### Products related to this item

Sponsored ⓘ

Page 1 of 16



Syeyyds Silicone Facial Cleansing Brush, Electric Silicone Face Brush, Sonic Facial...
**#1 New Release**
$30.99 ($30.99/Count)
✓prime
Save 15% with coupon



NâgraCoola CLIE Sonic Facial Cleansing Brush, Waterproof Face Scrub Brush for Men &...
★★★★½ 7,935
$39.99 ($39.99/Count)
✓prime
Save 10% with coupon



SUNMAY Facial Cleansing Brush, 4-in-1 Electric Silicone Face Scrubber with Positive...
★★★★½ 1,195
$32.99 ($32.99/Count)
✓prime
Save 25% with coupon



Facial Cleansing Brush, Waterproof Face Massager, Electric Facial Scrubber, Portabl...
★★★★½ 12
$29.95 ($10.89/Ounce)
✓prime
Save $5.00 with coupon

YEAHONE Facial Cleansing Brush,Electric Silicone Face Scrubber for Deep Cleaning an...
★★★★☆ 45
$34.99 ($34.99/Ounce)
✓prime
Save 5% with coupon



Silicone Face Brushes for Cleansing and Exfoliating, Waterproof Electric Face Clean...
★★★★½ 52
$27.99 ($27.99/Count)
✓prime
Save 15% with coupon



L&L SKIN EMI Facial Cleansing Brush, Face Brush for Deep Cleansing, Ultra...
★★★★½ 30
$199.99
($199.99/Count) ✓prime
Save 40% with coupon

### Product Description

Product Description:

Type: Silicone Facial Cleansesr

Skin Type: All skin types

Material: Silicone, ABS

Colors: Pink, Red, Blue, Green

Using Frequency: 3mins per time, 3 times per week

Waterproof Grade: IPX5

Vibration Frequency: 7500 times per minute

Product Size: 8.6 x 6.6 x 4.5cm

Function:

1. Deep cleansing, deadhead, comedone, dead skin removal, exfoliator;

2. Massage.

The Importance of Deep Cleansing:

Cleansing is the most important step of skin care. However, the soap or cleanser can't clean dirts and oil in pores totally. When the impurities and oil clogged in the pores, even the best skin care products can't be absorbed into the skin to make effective result.

Package included:

1 x Electric Silicone Facial Brush

## Product details

**Manufacturer** : Tutuba

**ASIN** : B08B3WT96Z

**Customer Reviews:**
★★★★★ ⌄    1 rating

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Products related to this item

Sponsored ⓘ                                                                    Page 1 of 8

     

| UMICKOO Blackhead Remover Vacuum,Rechargeable Facial Cleansing Brush... | SUNMAY Facial Cleansing Brush, 4-in-1 Electric Silicone Face Scrubber with Positive... | NâgraCoola CLIE Sonic Facial Cleansing Brush, Waterproof Face Scrub Brush for Men &... | FOREO LUNA 4 mini Face Cleansing Brush & Face Massager \| Premium Face Care \| Enhanc... | TOUCHBeauty Facial Face Scrubber with Advanced PBT Bristles... | Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo... | FOREO LUNA 4 Face Cleansing Brush \| Firming Face Massager \| Anti Aging Face Care \| ... |
|---|---|---|---|---|---|---|
| ★★★★☆ 4,140 | ★★★★☆ 1,195 | ★★★★☆ 7,935 | ★★★☆☆ 17 | ★★★★☆ 1,754 | ★★★★☆ 2,784 | ★★★★☆ 9 |
| $45.99 ($45.99/Count) | $32.99 ($32.99/Count) | $39.99 ($39.99/Count) | $199.00 ($199.00/Count) | $19.98 ($19.98/Count) | $17.78 ($17.78/Count) | $279.00 ($279.00/Count) |
| ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime |

  

GUGUG

A Trendy Blackhead Remover for Face

GUGUG Skin Scrubber Face Spatula - ...
★★★★☆ 2,976
$20.98 ✓prime
15% off coupon

Sponsored ⓘ

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★★ 5 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | ████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### No customer reviews

There are 0 customer reviews and 1 customer rating.



FOLLOW YOUR SUNSHINE >

VISIT FLORIDA

Sponsored ⓘ

---

### Customers frequently viewed

Sponsored ⓘ | Popular products in the last 7 days

Page 1 of 3



**NâgraCoola CLIE Sonic Facial Cleansing Brush, Waterproof Face Scrub Brush for Men &...**
★★★★☆ 7,935
$39.99 ($39.99/Count)
✓prime
Save 70% with coupon



**BONNIEFACE Auto Cleansing IPX7 Waterproof Sonic Facial Cleansing Brush for...**
★★★★★ 52
$44.99 ($44.99/Count)
✓prime



**Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo...**
★★★★☆ 2,784
$17.98 ✓prime
Save 10% with coupon



**EZBASICS Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof ...**
★★★★☆ 4,457
Limited time deal
$19.98 ($19.98/Count)
✓prime
List: $31.99 (38% off)



**Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager,...**
★★★★☆ 1,606
Amazon's Choice in Powered Facial Cleansing Brushes & Devices
$16.98 ($16.98/Count)
✓prime



**TOUCHBeauty Facial Cleansing Brush for Men Face Scrubber with Advanced PBT Bristles...**
★★★★☆ 1,754
$19.98 ($19.98/Count)
✓prime
Save 10% with coupon



**Rechargeable Facial Cleansing Spin Brush Set with 4 Exfoliation Brush Heads - Water...**
★★★★☆ 3,700
$21.99 ($21.99/Count)
✓prime

‹ ›

---



Waterproof Facial Cleansing Spin Brush Set with 4 Exfoliating Brush Heads -...
★★★★☆ 13,044
$18.99 ✓prime

Sponsored ⓘ

---

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

---

### Gift ideas inspired by your shopping history  Show more

Page 1 of 2

     







20 PCS Multicolored Quiet Fidgets Toys for Unique Fidget Experience, Anti Anxiety Sensory Toys Combine...
★★★★☆ 3
$18.99
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon

The Worst Day of My Life Ever! (BEST ME I Can Be!)
› Julia Cook
★★★★★ 611
Paperback
$10.95
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon

Peaceable Kingdom Feed The Woozle Cooperative Game for 2 to 5 Kids Ages 5+ - Learn Social Skills While Completin...
★★★★☆ 1,440
$23.95
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon

Crayola Broad Line Markers, Bulk School Supplies For Teachers, Kids Markers For School, 256 Count
★★★★★ 1,696
$64.98 ($0.25/Count)
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon

Lying Up a STORM
› Julia Cook
★★★★☆ 883
Paperback
$9.89
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon

Crayola Crayon Classpack, School Supplies, 16 Colors (50 Each), 800 Ct, Standard , Red
★★★★★ 1,421
$62.67 ($0.08/Count)
Get it Today, Apr 20
$9.99 shipping
Only 1 left in stock - order...

## Popular products based on this item

Page 1 of 3








Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager, IPX7 Waterproof, USB... All Skin Type - Silicone
★★★★☆ 1,606
$16.98

Facial Cleansing Brush, Silicon Face Scrub Brush, IPX7 Waterproof 2 Modes 5 Intensities Deep Clean Heating Massag... Normal Skin Type -...
★★★★☆ 277
$24.99

Floveon skin - Sonic Facial Cleansing and Facial Drainage Brush, Cleansing and Massaging, 4 speeds,... Silicone - Blue
★★★★☆ 8
$12.95-$14.95

WM-MSMY Facial Cleansing Brush, Silicone Waterproof Face Brush Sonic Face Scrubber for Women Waterproof Massaging Gentle Exfoliating & Removin...
$38.99

Facial Cleansing Brush, Electric Silicone Face Scrubber, Vibrating Massager, IPX7 Waterproof, USB Rechargeable Face...
$69.54
Get it May 15 - Jun 6
FREE Shipping

Corsehild Facial Cleansing Brush, Silicone Electric Face Cleansing Brush Device for Deep Cleaning|Gentle Exfoliating|Massaging|Removing Blackhead,...
$311.25

## Your Browsing History   View or edit your browsing history

Page 1 of 5














Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help



English    United States



Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business

| | | | | | |
|---|---|---|---|---|---|
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | **Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy |
| **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



Checkout (1 item)

**1** Shipping address                                         Change

███████ ██████
MIAMI, FL 33133-2709
Add delivery instructions

**2** Payment method                                           Change

██ ████████
Billing address: ████████████...

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |

**3** Offers                                                   Change

**4** Review items and shipping



ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**FREE TRIAL**

████ we're giving you 30 days of Prime benefits for FREE         [ Try Prime FREE for 30 days > ]

**Estimated delivery: May 10, 2023 - June 1, 2023**
Items shipped from suiningaitufuzhuangdian

Electric Waterproof Silicone Facial
Cleansing Brush with Soft Bristles for
Deep Pore Cleaning and Blackhead
Removing, Face Skin Care Facial
Cleanser Face Massager for Exfoliation
**$16.95**
Qty: 1 ˅
Sold by: suiningaitufuzhuangdian

Choose a delivery option:
◉ **Wednesday, May 10 - Thursday, June 1**
FREE Shipping

Gift options not available

[ Place your order ]   **Order total: $18.14**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $16.95 |
| Shipping & handling: | $0.00 |
| Total before tax: | $16.95 |
| Estimated tax to be collected:* | $1.19 |
| **Order total:** | **$18.14** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



amazon | Miami 33133 | suiningaltufuzhuangdian | Electric Waterproof Silicone Facial Cleansing Brush with Soft Bristles f... | EN | Account & Lists | Returns & Orders | Cart

All | Clinic | Amazon Basics | Livestreams | Beauty & Personal Care | Health & Household Products | Pet Supplies | Coupons | Shop By Interest | Home Improvement | Amazon Home | Find a Gift

1 result for "Electric Waterproof Silicone Facial Cleansing Brush with Soft Bristles for Deep Pore Cleaning and Blackhead Removing, Face Skin Care Facial Cleanser Face Massager for Exfoliation"

Sort by: Featured

**fancii**   Smoother, softer skin from head to toe
Shop Fancii ›



Waterproof Facial Cleansing Spin Brush Set with 3 Exfoliating Brush Heads - Complete...
★★★★½ 3,720
✔prime

Waterproof Facial Cleansing Spin Brush Set with 3 Exfoliating Brushes - Complete Face...
★★★★½ 3,720
✔prime

Sponsored ⓘ

### RESULTS
Check each product page for other buying options.



Electric Waterproof Silicone Facial Cleansing Brush with Soft Bristles for Deep Pore Cleaning and Blackhead Removing, Face Skin Care Facial Cleanser Face Massager for Exfoliation
★★★★★ ⌄ 1
**$16.95** ($16.95/Count)
FREE delivery **May 10 - Jun 1**
[Add to Cart]

Sponsored ⓘ

Sponsored ⓘ
UMICKOO Blackhead Remover Vacuum,Rechargeable Facial Cleansing Brush with LCD...
★★★★½ ⌄ 4,140
Currently unavailable.

Sponsored ⓘ
UMICKOO Blackhead Remover Vacuum,Rechargeable Facial Cleansing Brush with LCD...
★★★★½ ⌄ 4,140
Currently unavailable.





### BRANDS RELATED TO YOUR SEARCH
Sponsored ⓘ

**UMOKY**
Meet a better you in the new year
Shop Uimoky ›

**VISOFO**
Facial Cleansing Brush
Shop VISOFO ›

### NEED HELP?
Visit the help section or contact us

 

GUGUG Skin Scrubber Face...
$20.98 prime
15% off coupon

Sponsored

## Recommended based on your browsing history

Sponsored                                                                                    Page 1 of 4

     

DARCASE Skin Scrubber Face Spatula, Facial Skin Exfoliator Scraper and Blackhead Remover Pore Cleaner for Facial Deep
$222.00 prime

Vanity Planet Raedia 2.0 Facial Cleansing Brush, 4 Interchangeable Brush Heads, White - Daily Cleansing Face Exfoliator
★★★★☆ 28
$99.00 prime

LUMINESS Aerocleanse Facial & Body Cleansing Brush - Air Powered Sonic Face Cleaning Device Tool Removes
★★★★☆ 27
$59.00 prime

FreeBreath Facial Cleansing Brush, IPX7 Waterproof Face Scrubber with 3 Speed Modes, Face Brushes for
★★★★★ 999
$34.94 prime

Glowa Sonic Facial Cleansing Brush with Gentle Exfoliating|Deep Cleansing|Mix Massaging 3 Acoustic Modes, Type-c
★★★★☆ 114
$39.97 prime

FOREO LUNA 3 Facial Cleansing Brush | Anti Aging Face Massager | Enhances Absorption of Facial Skin Care Products
★★★★☆ 3,277
$219.00 prime

## Gift ideas inspired by your shopping history   Show more

Page 1 of 2

      

20 PCS Multicolored Quiet Fidgets Toys for Unique Fidget Experience, Anti Anxiety Sensory Toys Combine...
★★★★☆ 3
$18.99
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon

The Worst Day of My Life Ever! (BEST ME I Can Be!)
› Julia Cook
★★★★★ 611
Paperback
$10.95
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon

Peaceable Kingdom Feed The Woozle Cooperative Game for 2 to 5 Kids Ages 3+ - Learn Social Skills While Completin...
★★★★☆ 1,440
$23.95
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon

Crayola Broad Line Markers, Bulk School Supplies For Teachers, Kids Markers For School, 256 Count
★★★★★ 1,696
$64.98 ($0.25/Count)
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon

Lying Up a STORM
› Julia Cook
★★★★★ 883
Paperback
$9.89
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon

Crayola Crayon Classpack, School Supplies, 16 Colors (50 Each), 800 Ct, Standard , Red
★★★★★ 1,421
$62.67 ($0.08/Count)
Get it Today, Apr 20
$9.99 shipping
Only 1 left in stock - order...

## Your Browsing History   View or edit your browsing history

Page 1 of 5

          

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English   United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio Performances

Book Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to
your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996–2023, Amazon.com, Inc. or its affiliates

DOE Number: 83

Marketplace: Amazon

Seller Name: XingZhouHe



amazon Deliver to John Palm Beach 33480 | Home & Kitchen | Search Amazon | EN | Hello, Yatin Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Amazon Basics | Livestreams | Beauty & Personal Care | Health & Household Products | Pet Supplies | Coupons | Shop By Interest | Home Improvement | Shop Spring Outdoor Event

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon clinic | Healthcare for common conditions, made easier | Get started ›

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices

Roll over image to zoom in

# GHKJ Silicone Facial Cleansing Brush and Massager Brush, IPX6 Waterproof, USB Rechargeable, Portable Electric Silicone Facial Cleanser for All Skin Types Sonic Vibration, Deep Cleaning,Blue

Brand: GHKJ

$24.89

**Get a $50 Gift Card:** Pay $0.00 ~~$24.89~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Blue**

$24.89 $24.89

| | |
|---|---|
| **Material** | Nylon |
| **Brand** | GHKJ |
| **Color** | Blue |
| **Power Source** | Battery Powered |
| **Product Benefits** | Massage,Eye Health,Cleansing,Rejuvenate,Blood Circulation,Dirt,Makeup |

## About this item

- Silicone Facial Cleanser: It uses scientific pulsations to effectively cleanse deep below the skin's surface, remove 99% of oil, dirt, makeup residue, leaving skin clearer and brighter. 10X cleaner than cleansing by your hands.
- Deep Clean Skin: The skincare touch-points deliver gentler and less abrasive cleansing than traditional sonic face brushes with nylon bristles. No irritation or harm.
- Rejuvenate Your Skin: After clean, using the massage pattern on the back to improve facial blood circulation, relieve skin fatigue, increase collagen production, promote the absorption of skincare products and receive a younger, glowing look.
- Waterproof Face Brush: The facial brush is fully waterproof, making it easy to use in the bath or shower as part of your skincare routine.
- 100% Guarantee: If for any reason you are not satisfied with your purchase, please contact us, we are committed to making it right for you.

Report incorrect product information.

Nightollie - Bedwetting Alarm | Sound, Light & Vibration | Supports Restless...
37
$267.00 prime

Sponsored

$24.89

FREE delivery **May 10 - June 1**. Details

[redacted] - Palm Beach 33480

**Only 20 left in stock - order soon**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | XingZhouHe |
| Sold by | XingZhouHe |
| Returns | Eligible for Return, Re... |

Details

Add to List

Have one to sell?

Sell on Amazon

ZAQ Tara Sonic Vibrating Magnetic Beads Facial Cleansing Brush (Blue)
$55.50

Sponsored

## Product Description

Product parameter
Product name: Hand-held cleansing instrument
Gear position: 5 gear
Waterproof rating: IPX6
Rated voltage: 3.7V
Rated current: 200MA
Product size: 188.5*36.5*22.3mm

Instructions

STEP.1 Wet the face with warm water, apply facial cleanser, and turn on the facial cleanser
STEP.2 Stroke the cheeks from bottom to top for 15 seconds each, stroke the forehead from the middle sides for 15 seconds; nose & eye area for 15 seconds, slide both sides of the nose up and down, stroke the eye area outward to clean
STEP.3 Then rinse with water
STEP.4 Put the cleansing instrument in a ventilated and dry place

notes:
Due to different lighting and screen settings, the color of this item may be slightly different from the picture.
Due to different manual measurement methods, please allow slightly different sizes.

The best after-sales service:
We provide the best products and services. If you have any questions, please send us an email in time and we will provide you with a satisfactory solution.

happy shopping!

## Product information

| Manufacturer | GHKJ |
| --- | --- |
| ASIN | B08FDV6PK4 |
| Skin type | All Skin Types |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Help others learn more about this product by uploading a video!

Upload your video



Nightollie - Bedwetting Alarm | Sound, Light & Vibration | Supports Restless and Deep Sleepers | US...
★★★★☆ 37
$267⁰⁰ ✓prime

Sponsored ⓘ

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
| --- | --- | --- |
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

No customer reviews





Nightollie - Bedwetting Alarm | Sound, Light & Vibration | Supports Restless and Deep Sleep...
★★★★☆ 37
$267⁰⁰ ✓prime   Shop now

Sponsored ⓘ



Nightollie - Bedwetting Alarm | Sound, Light & Vibration | Supports Restless and...
★★★★☆ 37
$267⁰⁰ ✓prime

Sponsored ⓘ

## Gift ideas inspired by your shopping history   Show more

Page 1 of 2



20 PCS Multicolored Quiet Fidgets Toys for Unique Fidget Experience, Anti Anxiety Sensory Toys Combine...
★★★★☆ 3
$18.99
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon



The Worst Day of My Life Ever! (BEST ME I Can Be!)
› Julia Cook
★★★★★ 611
Paperback
$10.95
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon



Peaceable Kingdom Feed The Woozle Cooperative Game for 2 to 5 Kids Ages 3+ - Learn Social Skills While Complein...
★★★★☆ 1,440
$23.95
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon



Crayola Broad Line Markers, Bulk School Supplies For Teachers, Kids Markers For School, 256 Count
★★★★★ 1,696
$64.98 ($0.25/Count)
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon



Lying Up a STORM
› Julia Cook
★★★★★ 883
Paperback
$9.89
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon



Crayola Crayon Classpack, School Supplies, 16 Colors (50 Each), 800 Ct, Standard , Red
★★★★★ 1,421
$62.67 ($0.08/Count)
FREE Shipping on orders over $25 shipped by Amazon
Only 1 left in stock - order...

## Inspired by your browsing history

Page 1 of 6



OPPSELVE Choking Rescue Device,First Aid Choking Emergency Device with 2 Size Portable Suction Anti ...
★★★☆☆ 12
$16.99 ($0.94/Count)
Get it May 10 - 31
$0.33 shipping



GALLDEALS Mermaid Monofin, Swim Fin for Kids, Girls, Boys, Monofin Mermaid Tails for Swimming
★★★★☆ 114
$27.99



GALLDEALS Mermaid Bathing Suit Swimsuit Cosplay Costume for Kids Girls Adults (No Monofin)
★★★★☆ 498
$15.99 - $19.99



Columbia NCAA mens Collegiate Terminal Tackle Fleece 1/4 Zip
★★★★☆ 1
$56.69 - $129.00



Wireless Earbuds, 36H Playtime Environmental Noise Cancellation Bluetooth Earbuds with 4 Mic Crystal-Clear Cal...
★★★★☆ 237
$29.99
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon



Fin Fun Mermaid Monofin, Swim Fin for Kids and Adults
★★★★★ 2,965
Amazon's Choice in Swimming Training Fins
$39.95 - $44.95

## Your Browsing History   View or edit your browsing history

Page 1 of 5

           

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| | Protect & Build Your | | |

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become an Affiliate

Become a Delivery Driver

Start a package delivery
business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make
Money

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Amazon Prime

Returns &
Replacements

Manage Your
Content and Devices

Your Recalls and
Product Safety
Alerts

Help

amazon

🌐 English ⌄        🇺🇸 United States ⌄

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio Performances

Book Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to
your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



amazon

## Checkout (1 item)

**1  Shipping address**                                                      Change

███████ ██████
PALM BEACH, FL 33480-5357
Add delivery instructions

**2  Payment method**                                                        Change

██  ██████████
Billing address: John Smith, 2295 S OCE...
∧ Add a gift card or promotion code or voucher

[ Enter code ]   Apply

**3  Offers**                                                                Change

**4  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.



**FREE TRIAL**

██████ we're giving you 30 days of Prime benefits for FREE    Try Prime FREE for 30 days ›

**Estimated delivery: May 10, 2023 - June 1, 2023**
Items shipped from XingZhouHe

GHKJ Silicone Facial Cleansing Brush and Massager Brush, IPX6 Waterproof, USB Rechargeable, Portable Electric Silicone Facial Cleanser for All Skin Types Sonic Vibration, Deep Cleaning,Blue
$24.89
Qty: 1 ⌄
Sold by: XingZhouHe

Gift options not available

**Choose a delivery option:**
◉ **Wednesday, May 10 - Thursday, June 1**
FREE Shipping

---

Place your order    **Order total: $26.63**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $24.89 |
| Shipping & handling: | $0.00 |
| Total before tax: | $24.89 |
| Estimated tax to be collected:* | $1.74 |
| **Order total:** | **$26.63** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

  

amazon | Palm Beach 33480 | XingZhouHe | GHKJ Silicone Facial Cleansing Brush ...ssager Brush, IPX6 Waterproof | EN | Account & Lists | Returns & Orders | Cart

All | Clinic | Amazon Basics | Livestreams | Beauty & Personal Care | Health & Household Products | Pet Supplies | Coupons | Shop By Interest | Home Improvement | Amazon Home | Find a Gift

1 result for **"GHKJ Silicone Facial Cleansing Brush and Massager Brush, IPX6 Waterproof, USB Rechargeable, Portable Electric Silicone Facial Cleanser for All Skin Types Sonic Vibration, Deep Cleaning,Blue"**

Sort by: Featured



Willz Electric Glass Kettle with Heat Resistant Handle...
★★★★☆ 734
$23.72 ✓prime
Shop now

Sponsored ⓘ

UMOKY

Meet a better you in the new year
Shop Uimoky ›

  

Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager,...
★★★★☆ 1,606
✓prime

Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager,...
★★★★☆ 1,606
✓prime

Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager,...
★★★★☆ 1,606
✓prime

Sponsored ⓘ

## RESULTS

Check each product page for other buying options. Price and other details may vary based on product size and color.



GHKJ Silicone Facial Cleansing Brush and Massager Brush, IPX6 Waterproof, USB Rechargeable, Portable Electric Silicone Facial Cleanser for All Skin Types Sonic Vibration, Deep Cleaning,Blue
All Skin Types Skin type
**$24.89**
FREE delivery May 10 - Jun 1
Only 20 left in stock - order soon.
Add to Cart

 

Sponsored ⓘ
Syeyyds Silicone Facial Cleansing Brush, Electric Silicone Face Brush, Sonic...
Currently unavailable.

 

This glamour365 comes in a voguish and branded storage bag 

Sponsored ⓘ
DEARIER Face Cleansing Brush, Silicone Face Scrubber, Pore Skin Care | Makeup Remover ...
★★★★☆ 32
Currently unavailable.

## NEED HELP?

Visit the help section or contact us

Pfister | Confident style & clever function. | ★★★★☆ 126
"Love it! So tall and pretty."

Sponsored ⓘ

## Recommended based on your browsing history

Page 1 of 4

Sponsored ⓘ

       



DARCASE Skin Scrubber Face Spatula, Facial Skin Exfoliator Scraper and Blackhead Remover Pore Cleaner for Facial Deep
$222.00 ✓prime



Vanity Planet Raedia 2.0 Facial Cleansing Brush, 4 Interchangeable Brush Heads, White - Daily Cleansing Face Exfoliator
★★★★★ 28
$99.00 ✓prime



LUMINUS Aerocleanse Facial & Body Cleansing Brush - Air Powered Sonic Face Cleaning Device Tool Removes
★★★★☆ 27
$59.00 ✓prime



FreeBreath Facial Cleansing Brush, IPX7 Waterproof Face Scrubber with 3 Speed Modes, Face Brushes for
★★★★☆ 999
$34.94 ✓prime



Glowa Sonic Facial Cleansing Brush with Gentle Exfoliating|Deep Cleansing|Mix Massaging 3 Acoustic Modes, Type-c
★★★★☆ 114
$39.97 ✓prime



FOREO LUNA 3 Facial Cleansing Brush | Anti Aging Face Massager | Enhances Absorption of Facial Skin Care Products
★★★★★ 3,277
$219.00 ✓prime



**Gift ideas inspired by your shopping history** Show more

Page 1 of 2



20 PCS Multicolored Quiet Fidgets Toys for Unique Fidget Experience, Anti Anxiety Sensory Toys Combine...
★★★★☆ 3
$18.99
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon



The Worst Day of My Life Ever! (BEST ME I Can Be!)
› Julia Cook
Paperback
★★★★★ 611
$10.95
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon



Peaceable Kingdom Feed The Woozle Cooperative Game for 2 to 5 Kids Ages 3+ - Learn Social Skills While Completin...
★★★★☆ 1,440
$23.95
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon



Crayola Broad Line Markers, Bulk School Supplies For Teachers, Kids Markers For School, 256 Count
★★★★★ 1,696
$64.98 ($0.25/Count)
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon



Lying Up a STORM
› Julia Cook
Paperback
★★★★☆ 883
$9.89
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon



Crayola Crayon Classpack, School Supplies, 16 Colors (50 Each), 800 Ct, Standard , Red
★★★★★ 1,421
$62.67 ($0.08/Count)
FREE Shipping on orders over $25 shipped by Amazon
Only 1 left in stock - order...

**Your Browsing History** View or edit your browsing history

Page 1 of 5

    

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Shipping Rates & Policies |
| Sustainability | Become an Affiliate | Shop with Points | Amazon Prime |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Returns & Replacements |
| Investor Relations | Start a package delivery business | Reload Your Balance | Manage Your Content and Devices |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | Your Recalls and Product Safety Alerts |
| Amazon Science | Self-Publish with Us | | Help |
| | Host an Amazon Hub | | |
| | › See More Ways to Make Money | | |

 amazon

English | United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account |
|---|---|---|---|---|---|
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & | Book Depository Books With Free | Box Office Mojo Find Movie | ComiXology Thousands of | DPreview Digital | Fabric Sewing, Quilting |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy |
| Shopbop<br>Designer<br>Fashion Brands | Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems |
| eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to<br>your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products<br>you can trust |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

DOE Number: 84

Marketplace: Amazon

Seller Name: Zhou Daweidedian



amazon | Palm Beach 33480

Beauty & Personal Care ▾ | Search Amazon

EN ▾ | Account & Lists ▾ | Returns & Orders | Cart

☰ All | Clinic | Amazon Basics | Livestreams | Beauty & Personal Care | Health & Household Products | Pet Supplies | Coupons | Shop By Interest | Home Improvement | **Shop Spring Outdoor Event**

All Beauty | Premium Beauty ▾ | Makeup ▾ | Skin Care ▾ | Hair Care ▾ | Fragrance ▾ | Tools & Accessories ▾ | Personal Care ▾ | Oral Care ▾ | Men's Grooming ▾ | Professional Beauty ▾ | Best Sellers | New Arrivals

Beauty & Personal Care › Tools & Accessories › Skin Care Tools › Facial Cleansing Brushes › Powered Facial Cleansing Brushes & Devices



Roll over image to zoom in

### Electric Waterproof Silicone Facial Cleansing Brush with Soft Bristles for Deep Pore Cleaning and Blackhead Removing, Face Skin Care Facial Cleanser Face Massager for Exfoliation

Brand: Tutuba

★★★★★ ▾ 2 ratings

## $22.58 ($22.58 / Count)

**Get a $50 Gift Card:** Pay $0.00 $22.58 upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| Material | Silicone |
| Brand | Tutuba |
| Color | Green |
| Power Source | Corded Electric |
| Product Benefits | Softening,Pores,Cleansing,Promote,Blood Circulation,Pore |

### About this item

- 【Multi-functional】 Except facial cleansing brush, also it could be face massager to promote blood circulation and helps to effectively absorb skin care products and anti-ageing.
- 【Easy to Use】 Simple design, one-button operation. fixed time program setting, wash your left cheek, right cheek and for T area by order, alarm function of changing area.
- 【All in One Design】 2 kinds of silicone bristles on different zones offer fully customizable cleansing experience for the whole face, bristles on top area for clean difficult area exactly.
- 【Waterproof and Portable】 IPX5 grade waterproof effect, you can use during showering. Mini size, suitable for using during travel or business trip. Easy to Carry.
- 【Advantages】 Contrast with hand wash, the electric sonic facial cleansing brush could make foam more quickly, and clean your skin pore more deeply. To shrink pores and remove blackhead more

⊟ Report incorrect product information.



ZAQ Tara Sonic Vibrating Magnetic Beads Facial Cleansing Brush (Blue)
$55⁵⁰

Sponsored ⓘ

### $22.58 ($22.58 / Count)

FREE delivery **June 6 - 28**. Details

◉ ▾ - Palm Beach 33480

Usually ships within 2 to 3 weeks

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Zhou Daweidedian |
| Sold by | Zhou Daweidedian |
| Returns | Eligible for Return, Ref... |

Details

[ Add to List ]

Have one to sell?

[ Sell on Amazon ]





Nightollie - Bedwetting Alarm | Sound, Light & Vibration | Supports...
★★★★☆ 37
$267⁰⁰ ✓prime

Sponsored ⓘ

### Customers also search

Page 1 of 4


face scrubber battery operated


facial spinbrush


face wash electric brush


soft facial scrubber


face scrubber cute


manual face scrubber


makeup brush scrubber

### Product Description

Product Description:

Type: Silicone Facial Cleanser

Skin Type: All skin types

Material: Silicone, ABS

Colors: Pink, Red, Blue, Green

Using Frequency: 3mins per time, 3 times per week

Waterproof Grade: IPX5

Vibration Frequency: 7500 times per minute

Product Size: 8.6 x 6.6 x 4.5cm

Function:

1. Deep cleansing, blackhead, comedone dead skin removal, exfoliation.

2. Massage.

The Importance of Deep Cleansing:

Cleansing is the most important step of skin care. However, the soap or cleanser can't clean dirts and oil in pores totally. When the impurities and oil clogged in the pores, even the best skin care products can't be absorbed into the skin to make effective result.

Package included:

1 x Electric Silicone Facial Brush

## Product details

**Manufacturer :** Tutuba

**ASIN :** B08B3Y4PMH

**Customer Reviews:**
★★★★★ ⌄    2 ratings

## Videos

Help others learn more about this product by uploading a video!

Upload your video

---

Nightollie - Bedwetting Alarm | Sound, Light & Vibration | Supports Restless and Deep Sleepers | US…
★★★★☆ 37
$267⁰⁰ √prime

Sponsored ⓘ

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:

– Is the item durable?

– Is this item easy to use?

– What are the dimensions of this item?

## Customer reviews

★★★★★ 5 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



Top reviews ⌄

**Top review from the United States**

👤 Jason Mann

★★★★★ **Gentle**

Reviewed in the United States on June 18, 2020

I absolutely love it! I have been using it daily morning and night. It has been leaving my skin so soft without irritating it. Hygienic, affordable, and very effective cleanser brush.

Helpful    Report

See all reviews ›





Nightollie - Bedwetting Alarm | Sound, Light & Vibration | Supports Restless and Deep Sleep...
★★★★½ 37
$267.00 ✓prime
Shop now

Sponsored ⓘ



Nightollie - Bedwetting Alarm | Sound, Light & Vibration | Supports Restless and...
★★★★½ 37
$267.00 ✓prime

Sponsored ⓘ

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Gift ideas inspired by your shopping history  Show more

Page 1 of 2

⟨ ⟩

      

**20 PCS Multicolored Quiet Fidgets Toys for Unique Fidget Experience, Anti Anxiety Sensory Toys Combine...**
★★★★½ 3
$18.99
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

**The Worst Day of My Life Ever! (BEST ME I Can Be!)**
› Julia Cook
Paperback
★★★★★ 611
$10.95
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

**Peaceable Kingdom Feed The Woozle Cooperative Game for 2 to 5 Kids Ages 3+ - Learn Social Skills While Completin...**
★★★★½ 1,440
$23.95
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

**Crayola Broad Line Markers, Bulk School Supplies For Teachers, Kids Markers For School, 256 Count**
★★★★★ 1,696
$64.98 ($0.25/Count)
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

**Lying Up a STORM**
› Julia Cook
Paperback
★★★★★ 883
$9.89
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

**Crayola Crayon Classpack, School Supplies, 16 Colors (50 Each), 800 Ct, Standard , Red**
★★★★★ 1,421
$62.67 ($0.08/Count)
FREE Shipping on orders over $25 shipped by Amazon
Only 1 left in stock - order...

## Popular products based on this item

Page 1 of 3

⟨ ⟩

      

**Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager, IPX7, USB...**
All Skin Type - Silicone
★★★★☆ 1,606
$16.98

**Facial Cleansing Brush, Silicon Face Scrub Brush, IPX7 Waterproof 2 Modes 5 Intensities Deep Clean Heating Massag...**
Normal Skin Type - ...
★★★★½ 277
$24.99

**Floveon skin - Sonic Facial Cleansing and Facial Drainage Brush, Cleansing and Massaging, 4 speeds,...**
Silicone - Blue
★★★★½ 8
$12.95 - $14.95

**MEGAN Facial Cleansing Brush,USB Rechargeable Electric Silicone Face Scrubber,IPX7...**
Silicone - Purple
★★★★☆ 179
$15.99 ($5.71/Ounce)
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon
Only 1 left in stock - order...

**Facial Cleansing Brush,Enhances Absorption of Facial Skin Care Product,USB Rechargeble Silicone...**
Silicone - Pink
★★★★½ 8
$69.99 ($69.99/Count)
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon
Only 17 left in stock - orde...

**YouthLab SoniGlow, Pink, Silicone Facial Skin Cleansing Brush, Electric, Vibrating, Scrubber, Hygienic, Exfoliation,...**
Silicone - Pink
$32.99 ($32.99/Count)
Get it as soon as **Tuesday, Apr 25**
FREE Shipping on orders over $25 shipped by Amazon

## Your Browsing History  View or edit your browsing history

Page 1 of 5

           

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell products on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Rewards Visa Signature Cards
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**
- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Your Recalls and Product Safety Alerts
- Help

amazon English United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy |
| **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust |

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

amazon

Checkout (1 item)



1  Shipping address                    ██████                    Change
                                       PALM BEACH, FL 33480-5357
                                       Add delivery instructions

2  Payment method         ██  ████████                          Change
                          Billing address: ██████
                          ∧ Add a gift card or promotion code or voucher
                          [Enter code]  Apply

3  Offers                                                        Change

4  Review items and shipping

   ⓘ Want to save time on your next order and go directly to this step when checking
     out?
     ☐ Default to this delivery address and payment method.

   FREE TRIAL
   ████ we're giving you 30 days of Prime benefits for FREE      [Try Prime FREE for 30 days >]

   Estimated delivery: June 6, 2023 - June 28, 2023
   Items shipped from Zhou Daweidedian

   Electric Waterproof Silicone Facial          Choose a delivery option:
   Cleansing Brush with Soft Bristles for       ◉ Tuesday, June 6 - Wednesday, June 28
   Deep Pore Cleaning and Blackhead                FREE Shipping
   Removing, Face Skin Care Facial
   Cleanser Face Massager for Exfoliation
   $22.58
   Qty: 1 ∨
   Sold by: Zhou Daweidedian

   Gift options not available

   [Place your order]   Order total: $24.16
                        By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                          $22.58
Shipping & handling:            $0.00
Total before tax:               $22.58
Estimated tax to be collected:* $1.58
**Order total:**                **$24.16**

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



amazon | Palm Beach 33480 | Zhou Daweidedian ▾ | Electric Waterproof Silicone Facial Cleansing Brush with Soft Bristles f | 🔍 | ▤ EN ▾ | Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

☰ All | Clinic | Amazon Basics | Livestreams | Beauty & Personal Care | Health & Household Products | Pet Supplies | Coupons | Shop By Interest | Home Improvement | Amazon Home | Find a Gift

1 result for "Electric Waterproof Silicone Facial Cleansing Brush with Soft Bristles for Deep Pore Cleaning and Blackhead Removing, Face Skin Care Facial Cleanser Face Massager for Exfoliation"

Sort by: Featured ▾



Passion for Shine

Chemical Guys HOL315 Foaming Citrus Fabric...
★★★★½ 4,602
$31.99 ✓prime

**Shop now**

Sponsored ⓘ

**fancii**  Smoother, softer skin from head to toe
Shop Fancii ›



Waterproof Facial Cleansing Spin Brush Set with 3 Exfoliating Brush Heads - Complete...
★★★★½ 3,720
✓prime



Waterproof Facial Cleansing Spin Brush Set with 3 Exfoliating Brushes - Complete Face...
★★★★½ 3,720
✓prime

Sponsored ⓘ

### RESULTS
Check each product page for other buying options.



Electric Waterproof Silicone Facial Cleansing Brush with Soft Bristles for Deep Pore Cleaning and Blackhead Removing, Face Skin Care Facial Cleanser Face Massager for Exfoliation
★★★★★ ▾ 2
**$22.58** ($22.58/Count)
FREE delivery Jun 6 - 28

**Add to Cart**



3 IN 1 Facial Care Tools

Sponsored ⓘ
UMICKOO Blackhead Remover Vacuum,Rechargeable Facial Cleansing Brush with LCD...
★★★★½ ▾ 4,140
Currently unavailable.





Sponsored ⓘ
UMICKOO Blackhead Remover Vacuum,Rechargeable Facial Cleansing Brush with LCD...
★★★★½ ▾ 4,140
Currently unavailable.

### BRANDS RELATED TO YOUR SEARCH
Sponsored ⓘ



**UMOKY**
Meet a better you in the new year
Shop Uimoky ›



**VISOFO**
Facial Cleansing Brush
Shop VISOFO ›

### NEED HELP?
Visit the help section or contact us




Confidence & clever
function.

"Nice faucet at great price"

Sponsored ⓘ

## Recommended based on your browsing history

Sponsored ⓘ

Page 1 of 4








DARCASE Skin Scrubber Face Spatula, Facial Skin Exfoliator Scraper and Blackhead Remover Pore Cleaner for Facial Deep
$222.00 ✓prime

Vanity Planet Raedia 2.0 Facial Cleansing Brush, 4 Interchangeable Brush Heads, White - Daily Cleansing Face Exfoliator
★★★★★ 28
$99.00 ✓prime

LUMINUS Aerocleanse Facial & Body Cleansing Brush - Air Powered Sonic Face Cleaning Device Tool Removes
★★★★☆ 27
$59.00 ✓prime

FreeBreath Facial Cleansing Brush, IPX7 Waterproof Face Scrubber with 3 Speed Modes, Face Brushes for
★★★★★ 999
$34.94 ✓prime

Glowa Sonic Facial Cleansing Brush with Gentle Exfoliating|Deep Cleansing|Mix Massaging 3 Acoustic Modes, Type-c
★★★★☆ 114
$39.97 ✓prime

FOREO LUNA 3 Facial Cleansing Brush | Anti Aging Face Massager | Enhances Absorption of Facial Skin Care Products
★★★★☆ 3,277
$219.00 ✓prime

## Gift ideas inspired by your shopping history  Show more

Page 1 of 2









20 PCS Multicolored Quiet Fidgets Toys for Unique Fidget Experience, Anti Anxiety Sensory Toys Combine...
★★★★☆ 3
$18.99
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon

The Worst Day of My Life Ever! (BEST ME I Can Be!)
› Julia Cook
Paperback
★★★★★ 611
$10.95
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon

Peaceable Kingdom Feed The Woozle Cooperative Game for 2 to 5 Kids Ages 3+ - Learn Social Skills While Completin...
★★★★★ 1,440
$23.95
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon

Crayola Broad Line Markers, Bulk School Supplies for Teachers, Kids Markers For School, 256 Count
★★★★★ 1,696
$64.98 ($0.25/Count)
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon

Lying Up a STORM
› Julia Cook
Paperback
★★★★★ 883
$9.89
Get it as soon as Tuesday, Apr 25
FREE Shipping on orders over $25 shipped by Amazon

Crayola Crayon Classpack, School Supplies, 16 Colors (50 Each), 800 Ct, Standard , Red
★★★★★ 1,421
$62.67 ($0.08/Count)
FREE Shipping on orders over $25 shipped by Amazon
Only 1 left in stock - order...

## Your Browsing History  View or edit your browsing history

Page 1 of 5













Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English       United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy |
| **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

DOE Number: 85

Marketplace: DHGate

Seller Name: aawqq

SPEND & SAVE BONUS COUPON · UP TO $ 150 SAVINGS

# DHgate

aawqq Store 💬 Chat
97.9% Positive Feedback

New Buyer Coupons! $ | Buyer Protection | Customer Service ⌄ | 🌐 United States / USD ⌄ | 🌐 English ⌄

[search: trapstar] | On DHgate | In this Store | 👤 Hi My DHgate ⌄ | 🛒 0 Cart ⌄

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...



Similar Items

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma267d

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.30** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:  ⓘ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

**New Buyer Coupon Pack $25 OFF** | DHcoupon $23 OFF | This Store Only $2 OFF | Claim

Store Coupon Save $2 ✓

Options:  [color swatches] **More+**

Quantity:  [ − 1 + ] Piece    Maximum 50 Piece(s)

Shipping:  **Free Shipping** to **United States** Via ePacket   More Options ⌄
Estimated delivery time: May. 20 and Jun. 11

[ Buy it Now ] [ Add to Cart ] ♡ ⌄

Buyer Protection:  🛡 Return Policy   🛡 Refund for No Delivery   🛡 Secure Payment

**Product Feature**

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought













Electric Hair Curler Pro Hair Dryer Straightener Comb styler
US $27.87 - 33.22 / Piece
$2 OFF $50+

Epacket Infrared negativeion hair dryer home and cold air
US $24.13 - 28.75 / Piece
$2 OFF $50+

EU US UK Version 3rd Generation 3 No Fan Hair Dryer
US $120.37 - 143.44 / Piece

IO Hair Dryer Professional Salon Tools Blow Dryer Heat
US $141.91 - 169.10 / Piece

Hair Curlers Straighteners 2 in 1 Professional Wet Dry
US $18.99 - 24.56 / Piece
$2 OFF $50+

Pro Heating Electric Ionic Fast Safe Hair Straightener Anti
US $12.93 - 18.72 / Piece

## Customers Often Bought With










2021s Brand MINI Men off Yel...
US $49.49 - 59.24 / Piece

body back professional electri...
US $31.91 - 37.64 / Piece
$2 OFF $50+

Men Shaving Double Edge Saf...
US $10.26 - 15.14 / Piece
$2 OFF $50+

Empreinte Leather bags Metis...
US $110.56 - 125.72 / Piece

Designers bags Cosmetic Bag ...
US $190.96 - 217.15 / Piece

Designerbags Fashion Wome...
US $102.52 - 116.58 / Piece

## More Choices








Pritech cross-border USB
wireless charging hair
US $46.54 - 69.40 / Piece
$2 OFF $25+

dyson Hair Curlers Dryer 5 in 1
Hair Dryer Heat Comb
US $35.60 - 53.03 / Piece
$2 OFF $25+

Hair Clippers Household
electric hairdresser high-power
US $31.66 - 40.83 / Piece
$2 OFF $25+

2023 8148 Magic Metal Hair
Clipper 8504 8081 8591 Electric
US $135.83 - 161.85 / Piece
$2 OFF $25+

Hair Dryer 5 In 1 Electric Hair
Comb Negative Ion
US $17.78 - 55.79 / Piece
$2 OFF $25+

Hair Dryer 5 In 1 Electric Hair
Comb Negative Ion
US $15.95 - 53.33 / Piece
$2 OFF $25+

---

aawqq Store ›

💬 Chat  😊 9

97.9% Positive Feedback

On-time Delivery Rate:        ↓
Repurchase rate:             ↓

Business Information

### Top 3 Markets

North America      62.0%
Western Europe     16.0%
Northern Europe    12.0%

### Store Categories

>other
>bag
>watch
>jewelry
>clothes

### All Store Items on Sale Now

**Get up to $330 Store Coupon**

Go to Store ›

### More items from this Store



US $12.24 - 15.78 / Piece

---

**Item Description**    Company Overview                                    Report Item

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 846895337 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB





US $12.24 - 15.78 / Piece



US $32.98 - 39.30 / Piece



US $35.02 - 46.21 / Piece



US $29.30 - 48.51 / Piece



US $78.53 - 99.20 / Piece

View all 9196 items

### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicon cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body
                  waterproof

Product color: red / pink / blu

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal sk



High frequency sound
wave vibration



6000rmp per minute

Deep cleansing skin care









**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone ...0*75*30mm - Color: rose red, pink, green






USB Rechargeable


The standby is up to 90 days


IPX 7 Waterproof

IPX 7 Waterproof Design



3 zones for different types of skin

**① Fine**
For sensitive skin

**② Rough**
For oily skin, like T zone

**③ Regular**
For normal skin





# Brush Head Lengthened
## Deep Cleaning







Washing by hand    Washing by our brush

PRODUCT PARAMETERS



| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : ABS + silicone | | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : IPX7 | | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



**high quality face brush**





8 cm or 3.15 inches

8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin







☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch



# Product Pictures





**SUPER COOL WASHING MACHINE**

JMY04 JMY16

Less Description ⌃

Sponsored Products You May be Interested In More Choice  我也要出现在这里








Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece

Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece

2023 Winter Hair Dryer Negative Lonic Hammer Blower
US $38.94 - 54.59 / Piece

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 243.75 / Piece

Hair Dryer Brush 5 in 1 Professional Hair Curly Iron
US $35.81 - 53.33 / Piece

2022 No Fan Hair Dryer Professional Salon Tools Blow
US $50.26 - 300.00 / Piece

## Similar Items








Curling Irons 7 In 1 One Step Hair Dryer Volumizer Rotating
US $48.03 - 62.21 / Piece
$3 OFF $49+

Hair Clippers 2022 T9 0mm Professional Clipper Electric
US $20.12 - 29.51 / Piece
$2 OFF $35+

2 in 1 Multifunctional Hair Straightner Ceramic Curling
US $39.15 - 48.94 / Piece
$2 OFF $50+

2022 Fashion 3800 Hair Dryer Professional High Power 2100W
US $0.55 - 64.99 / Piece

Top Quality T9 Men's Electric Shaver Hair Clipper Beard
US $10.18 - 12.12 / Piece
$3 OFF $10+
Per $330 Save $8

IO Hair Dryer Professional Salon Tools Blow Dryer Heat
US $141.91 - 169.10 / Piece

## Related Keywords







skin care oily

whitening skin care

collagen skin care mask

foot care tools

digital facial skin analyzer

## You May Also Like






MD005 shipment Blackhead Vacuum

Ultrasonic Facial Massager 7 Colors Led

Ultrasonic Facial Massager 7 Colors Led

Ultrasonic Facial Massager 7 Colors Led

TM-MD004 110-220V Diamond Blackhead

Suction Machine Microdermabrasion

Pon Skin Rejuvenation Light Therapy Face

Pon Skin Rejuvenation Light Therapy Face

Pon Skin Rejuvenation Light Therapy Face

Vacuum Suction remove Scars Acne

US $16.96 - 29.53 / Piece

US $78.53 - 99.20 / Piece

US $86.38 - 109.12 / Piece

US $78.53 - 99.20 / Piece

US $23.36 - 39.13 / Piece

$2 OFF $50+







TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $23.36 - 39.13 / Piece

US $29.30 - 48.51 / Piece

US $78.53 - 99.20 / Piece

US $12.24 - 15.78 / Piece

US $26.98 - 32.15 / Piece

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+







Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

Nano spray water replenishing evaporator instrument Face moisturizing

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $12.24 - 15.78 / Piece

US $31.84 - 37.95 / Piece

US $32.98 - 39.30 / Piece

US $78.53 - 99.20 / Piece

US $23.36 - 39.13 / Piece

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+







TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $23.36 - 39.13 / Piece

US $35.02 - 46.21 / Piece

US $32.98 - 39.30 / Piece

US $50.33 - 59.97 / Piece

US $50.33 - 59.97 / Piece

$2 OFF $50+

$2 OFF $50+







Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

Makeup Mirror 5X Magnifying Mirrors LED Lighted Touch Screen Vanity Mirror

Electric Face Scrubbers blackhead suction device charging acne removal pore

US $27.73 - 33.04 / Piece

US $6.95 - 13.57 / Piece

US $26.98 - 32.15 / Piece

US $51.24 - 61.06 / Piece

US $17.79 - 21.80 / Piece

$2 OFF $50+

$2 OFF $50+

Per $100 Save $10







Scrubbers Face brushes 2in1 Double Sides Silicone Facial Cleansing Brush

US $0.77 - 0.94 / Piece

$7 OFF $159+

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $30.50 - 36.34 / Piece

$2 OFF $50+

Beauty Star LCD Laser Plasma Pen Mole Tattoo Remover Machine Dark Spot Pen

US $31.81 - 37.90 / Piece

$2 OFF $50+

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

$2 OFF $50+

Ultrasonic Skin Scrubber Facial Cleansing Machine USB Rechargeable Acne

US $18.88 - 22.49 / Piece

$2 OFF $25+



AA Battery Type Portable Facial Massager Makeup Remover 5 in 1 Electric Face

US $18.74 - 22.33 / Piece

$2 OFF $50+

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+

RF EMS LED Facial Oxygen Injection Machine Microcurrent Face Lifting Red

US $25.25 - 30.09 / Piece

$2 OFF $50+

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

$2 OFF $50+

Electric Face Scrubbers Cleansing Brush Silicone Warming Cleanser Massage EMS

US $33.62 - 40.06 / Piece

$2 OFF $50+



Xiaomi Visual Blackhead Remover Blackhead Vacuum Suction Acne Clean

US $90.45 - 107.78 / Piece

More ⌄

### New Arrival skin care tools







Dr Pen Hydra Pen H3 Microneedling Pen Automatic

US $94.42 - 119.77 / Piece

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart

US $37.64 - 44.85 / Piece

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart

US $37.64 - 44.85 / Piece

Spot goods Dr.pen M7-C Ultima M7 Professional Set Wired

US $51.20 - 74.59 / Piece

5in 1 Facial RF Radio LED Skin Tightening Photon Device Anti

US $49.99 - 69.38 / Piece

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart

US $37.64 - 44.85 / Piece

Not: ▮▮▮▮▮▮ Sign out

Listed on 05/03/2023

Bookmark & Share         

Any questions or suggestions ? Please let us know.



China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9

Chat





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)

[redacted] Palm beach, Florida, United States, 33480

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: aawqq | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-YELLOW US $39.30 / Piece 1 Piece | US $39.30 | ePacket Free Shipping Estimated delivery time: May 20 and Jun 11 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 100 ) Sign out | My DHgate | Help | English

Aawqq

Add To Favorite Stores ( 9 )

97.9% Positive Feedback 64 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers In this store On DHgate

clothing , Pants , Toy

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma267d

## Store Categories

- Household Appliances (1)

## Popular Search

clothing Pants Toy shoe Glasses bag Backpack watch smart watch

Store Coupon Issued/Total:0/9,999
$10 OFF $330+
Code:N40QKGKXDEJ4UTW2U3BX
Get Now

Store Coupon Issued/Total:1/9,999
$4 OFF $100+
Code:CW9L6ZNQLY56BYAVVQDK
Get Now

Store Coupon Issued/Total:8/9,999
$2 OFF $50+
Code:B91ZKPYXQOTLWZYCFSXU
Get Now

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma267d

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 86

Marketplace: DHGate

Seller Name: adrs7






SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate adrs7 Store Chat
100.0% Positive Feedback

lululemen womens | On DHgate | In this Store

Hi [redacted] My DHgate | 0 Cart

Subtotal
US $0.00
Checkout(0)
Go to Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Share to be partner | Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma300l

US $32.98 - 39.3 / Piece

| USD | $39.30 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:
Enjoy fast refund service if your first order exceeds Promised Dispatch Date.
New Buyer DHcoupon Pack $23 OFF Claim

Options: More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jul. 1

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Selling Electric Razor Rechargeable Beard Trimmer
US $18.45 - 21.99 / Piece

Leisure Computer Chair Household Office Student
US $13.13 - 18.68 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.58 - 27.41 / Piece
$2 OFF $50+

Electric Hair Dryer Blow Dryer Curling Iron Rotating Brush
US $153.36 - 182.75 / Piece

Hair Curlers Straighteners New Arrival professional 19mm
US $21.95 - 27.91 / Piece
$2 OFF $50+

Hair Clippers Dro Cortar Cabello To
US $23.56 - 35.43

## Customers Often Bought With

Handbags Designer Luxury B...
US $79.59 - 91.42 / Piece

500ML Waxing Heater Warme...
US $13.58 - 24.65 / Piece

new Designer Bags Shoulder ...
US $312.57 - 323.96 / Piece

Designers bags Cosmetic Bag ...
US $312.57 - 323.96 / Piece

LL Bags Women Men Waist Ba...
US $18.97 - 23.45 / Piece
$10 OFF $330+

Kemei 5 in 1 Elect
US $34.69 - 44.38
$2 OFF $50+







## More Choices








Generation 3 No Fan Vacuum Hair Dryer H-03 Professional
US $106.79 - 127.25 / Piece
$10 OFF $199+

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece
$10 OFF $199+

Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$10 OFF $199+

Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$10 OFF $199+

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece
$10 OFF $199+

Electric Hair Drye Dryer Heat Comb
US $41.18 - 53.33
$2 OFF $25+

---

**adrs7 Store** >


💬 Chat   😊 5

100.0% Positive Feedback

On-time Delivery Rate:       ↑

Repurchase rate:             ↓

Business Information

Top 3 Markets

### Store Categories

>Bags, Luggage & Accessories
  Fashion Bags
  Wallets & Holders
  Sport&Outdoor Packs
  Waist Bags
  Cosmetic Bags & Cases
  Evening Bags
  Shopping Bags
  Bag Parts & Accessories
  School Bags
  Other Bags
  Bag Organizer
  Functional Bags
>Watches
  Unisex Watches
  Men's Watches
  Mechanical Wristwatches
  Women's Watches
  Children's Watches
  Watch Accessories
  Women's Watches
  Other Watches
  Pocket Watches
>Sports & Outdoors
  Outdoor Bags
  Snow Sports
  Fitness Supplies
  Athletic & Outdoor Accs
>Bags, Shoes & Accs
  Men's Bags
  Women's Accessories

| Item Description | Company Overview | | Report Item |
|---|---|---|---|

### Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 859941060 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

## 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



>Baby, Kids & Maternity
Baby & Kids Clothing

All Store Items on Sale Now

Go to Store >

More items from this Store



US $32.98 - 39.30 / Piece



US $35.02 - 46.21 / Piece



US $16.96 - 29.53 / Piece



US $25.68 - 34.00 / Piece



US $78.53 - 99.20 / Piece



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent sili
cleansing instrume

Product number：NJMY−03(

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1



US $23.36 - 39.13 / Piece

View all 9032 items

Charging time: about 1 h

Cleaning method: body waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regu
For normal

High frequency sound
wave vibration

6000rmp per minute

Deep cleansing skin care











**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elega shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

Frequency: 100Hz · Noise: 50dB · Material: silicone · Size: 80 75 30mm · Color: rose red, pink, green






USB Rechargeable


The standby is
up to 90 days


IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



① Fine
For sensitive skin

② Rough
For oily skin, like T zone

③ Regular
For normal skin



# Brush Head Lengthened
## Deep Cleaning



Washing by hand



Washing by our brush

## PRODUCT PARAMETERS



Your cart is empty

| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

**----Because orange is similar to human skin**



**Washed by hand**



**Washed by brush**

**03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools**

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches

8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin





☑ Remove dirt & oil

☑ Remove black heads

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles

8CM/3.15inch



8CM/3.15inch



# Product Pictures





**SUPER COOL
WASHING MACHINE**

JMY04 JMY16

**Less Description** ^

Sponsored Products You May be Interested In More Choice  我也要出现在这里


8 Heads Hair Curler Dark Blue Multi-function Hair Styling
US $206.84 - 251.50 / Piece


2Pcs Set Comb Wide Tooth For Detangling Hairdressing Rake
US $49.25 - 58.69 / Set


Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece


2022 No Fan Hair Dryer Professional Salon Tools Blow
US $50.26 - 300.00 / Piece


Soap Dispenser Touchless Automatic Liquid Foam Hands-
US $19.77 - 24.04 / Piece


1000ml Noiseless Alcohol Gel Foam
US $27.90 - 33.92

## Similar Items


Hair Clippers Drop Maquina De Cortar Cabello Tonduese Barbe
US $23.56 - 35.43 / Piece


Longmada Motar III Wax Heater Replaceable of Quartz
US $17.43 - 25.02 / Piece
$5 OFF $99+
 


Longmada Motar II Wax Heater Replaceable of Quartz Bucket
US $15.85 - 22.75 / Piece
$5 OFF $99+



Original Longmada Motar III Portable Wax Heater Pen
US $26.73 - 39.81 / Piece
$5 OFF $99+



Gold Hair Trimmer Men Professional Barber Shop Hair
US $22.70 - 40.75 / Piece


Platinum Straight Flat Iron Professio
US $56.53 - 71.10
$2 OFF $50+


## Related Keywords


firming skin care


portable radio frequency skin


skin care tips


foot care tools


digital facial skin analyzer

## You May Also Like


V Face Massager LED Pon Light Therapy EMS Facial Lifting Face


Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt


Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool


Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light


Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $50.33 - 59.97 / Piece     US $27.73 - 33.04 / Piece     US $22.85 - 30.25 / Piece     US $75.40 - 95.25 / Piece     US $29.30 - 48.51 / Piece

$2 OFF $50+     $2 OFF $50+                   $2 OFF $50+     $2 OFF $50+



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot     TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove     Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light     MD013 electric rechargeable Blackhead remover for Face Deep     Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $35.02 - 46.21 / Piece     US $23.36 - 39.13 / Piece     US $78.53 - 99.20 / Piece     US $6.95 - 13.57 / Piece     US $29.30 - 48.51 / Piece

$2 OFF $50+     $2 OFF $50+     $2 OFF $50+     $2 OFF $50+     $2 OFF $50+



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face     Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light     Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light     V Face Massager LED Pon Light Therapy EMS Facial Lifting Face     TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $50.33 - 59.97 / Piece     US $29.30 - 48.51 / Piece     US $78.53 - 99.20 / Piece     US $50.33 - 59.97 / Piece     US $23.36 - 39.13 / Piece

$2 OFF $50+     $2 OFF $50+     $2 OFF $50+     $2 OFF $50+     $2 OFF $50+



2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning     MD013 electric rechargeable Blackhead remover for Face Deep     6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot     Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial     High Pressure Nano Spray Face Steamer Mist Moisturize Skin

US $40.47 - 48.23 / Piece     US $6.95 - 13.57 / Piece     US $35.02 - 46.21 / Piece     US $32.98 - 39.30 / Piece     US $46.74 - 55.69 / Piece

$2 OFF $50+     $2 OFF $50+     $2 OFF $50+     $2 OFF $50+     $2 OFF $50+

SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling     Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial     V Face Massager LED Pon Light Therapy EMS Facial Lifting Face     MD013 electric rechargeable Blackhead remover for Face Deep     Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $14.99 - 25.08 / Piece     US $32.98 - 39.30 / Piece     US $50.33 - 59.97 / Piece     US $6.95 - 13.57 / Piece     US $27.73 - 33.04 / Piece

$2 OFF $50+



TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove     Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light     Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light     Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial     Electric Face Scrubbers Shavers Shaver For Men 7D Independently 7

US $23.36 - 39.13 / Piece     US $78.53 - 99.20 / Piece     US $78.53 - 99.20 / Piece     US $32.98 - 39.30 / Piece     US $26.00 - 35.21 / Piece





**Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light**

US $86.38 - 109.12 / Piece



**Electric Wireless Facial Cleansing Brush Silicone Face Washing Cleaning**

US $24.28 - 28.93 / Piece



**AA Battery Type Portable Facial Massager Makeup Remover 5 in 1**

US $18.74 - 22.33 / Piece



**4 in 1 Electric Facial Cleansing Brush Rechargeable Waterproof Spin Sonic**

US $19.76 - 23.54 / Piece



**Face Machine Facial Massager High Frequency Facial Machine Face**

US $20.94 - 24.95 / Piece



**6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot**

US $35.02 - 46.21 / Piece

More ⌄

## New Arrival skin care tools

**Face Massager ANLAN Neck Face Beauty Device 3 color LED**
US $18.75 - 22.13 / Piece

**Face Massager HSKOU Neck and Face Beauty Equipment 3-**
US $16.74 - 24.90 / Piece

**Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl**
US $22.56 - 26.18 / Lot

**Organization Bath Brush Rub Back Body Skin Care Tool On**
US $16.65 - 21.11 / Piece

**Other Bath Toilet Supplies Plastic Shower Feet Massage**
US $8.77 - 9.98 / Piece

**Face Massager N Beauty Device 3 c**
US $13.19 - 15.56

Not . ████████ Sign out

Listed on 19/04/2023

Bookmark & Share          

    

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Span

French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice: This material may be protected by copyright law (Title 17 US Code)





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)

[redacted] Boca Raton, Florida, United States, 33433 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: adrs7 | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jul 1 |

**Add remark to seller**

Please add remark(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally

Hello, [redacted] ( 114 ) Sign out | My DHgate | Help | English

LOGO Factory

Adrs7

Add To Favorite Stores ( 5 )

100.0% Positive Feedback 13 Transactions

Online Chat

Share

Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma300l

## Store Categories

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma300l

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 87

Marketplace: DHGate

Seller Name: basop6











SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate | basop6 Store Chat | 100.0% Positive Feedback | shoes | On DHgate | In this Store | Join / Sign in My DHgate | 3 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

# Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2764

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF Claim

Options: 01-BLUE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options

Estimated delivery time: May. 31 and Jun. 28

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Black electric shaver for men beard hair trimmer electrical US $44.19 - 57.23 / Piece $2 OFF $50+

Hair Clippers WMARK NG-2021 Electric Trimmer For Men US $56.64 - 68.98 / Piece

Electric Hair Dryer Professional Power Styling Tools Blow Hot US $18.28 - 21.78 / Piece

Oem Professional Portable Folding Blue Light Stand US $29.68 - 35.37 / Piece

2 in 1 360 degree rotating Hair Curler Fast Heating Mini US $36.31 - 43.26 / Piece

Electric Hair Dryer 3200 Professional Hair Dryer HotCold US $10.62 - 13.71 / Piece $2 OFF $25+

## Customers Often Bought With

Mister Spray Bottle 250ml Pla...
US $19.08 - 24.18 / Lot

Luxury Velvet Quilted Bedspre...
US $95.57 - 122.81 / Piece
$4 OFF $69+

5.5" 6" Flying Shears Swivel Th...
US $18.12 - 36.46 / Piece
$4 OFF $69+

Designer Bags Birkins Herms ...
US $256.09 - 297.15 / Piece

Clippers Trimmers Profession...
US $61.45 - 141.00 / Piece
$4 OFF $69+

Home Textile KING HOtel 4pcs...
US $497.49 - 608.04 / Piece
$2 OFF $100+
Per $300 Save $10

## More Choices













electric shaver for men beard electric razor facial body
US $150.48 - 162.46 / Piece
$8 OFF $150+

cord cordless hair clipper barber machine professional
US $475.90 - 508.50 / Piece
$8 OFF $150+

Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece
$2 OFF $25+

Automatic Soap Dispenser Touchless Liquid Pump
US $12.33 - 14.99 / Piece

2Pcs Set Comb Wide Tooth For Detangling Hairdressing Rake
US $49.25 - 58.69 / Set

8 Heads Hair Curler Dark Blue Muiti-function Hair Styling
US $206.84 - 251.50 / Piece

---

basop6 Store  >


💬 Chat     2

100.0% Positive Feedback
On-time Delivery Rate:          ⬆
Repurchase rate:                ⬇

Business Information

**Top 3 Markets**

**Store Categories**

>Watches
  Unisex Watches
  Men's Watches
  Mechanical Wristwatches
  Women's Watches
  Children's Watches
  Watch Accessories
  Women's Watches
  Other Watches
  Pocket Watches
>Bags, Luggage & Accessories
  Xmas Bags Idea
  Fashion Bags
  Evening Bags
  Waist Bags
  Cosmetic Bags & Cases
  Sport&Outdoor Packs
  Shopping Bags
  Bag Parts & Accessories
  School Bags
  Other Bags
  Bag Organizer
  Functional Bags
  Briefcases
>Bags, Shoes & Accs
  Men's Bags
  Men's Shoes
  Women's Accessories
  Men's Accessories

| Item Description | Company Overview |                    Report Item |

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 849882111 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



5 intensity adjustments

Baby & Maternity
Baby & Kids Clothing
Accessories
Health & Care
Maternity Supplies

All Store Items on Sale Now

Go to Store >

More items from this Store



US $12.24 - 15.78 / Piece



US $32.98 - 39.30 / Piece



US $14.99 - 25.08 / Piece



US $29.30 - 48.51 / Piece



US $27.73 - 33.04 / Piece



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicor cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB





US $23.36 - 39.13 / Piece

View all 9082 items

charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blue

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin

High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

**Specifications**

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green





USB Rechargeable     The standby is     IPX 7 Waterproof
                     up to 90 days

## IPX 7 Waterproof Design



## 3 zones for different types of skin

❷ **Rough**
For oily skin, like T zone

❶ **Fine**                              ❸ **Regular**
For sensitive skin                      For normal skin



# Brush Head Lengthened
## Deep Cleaning






Washing by hand        VS        Washing by our brush



PRODUCT PARAMETERS

| Color : | Pink/Red/Customized | Weight : | 70g |
| --- | --- | --- | --- |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles



8CM/3.15inch



8CM/3.15inch

# Product Pictures





SUPER COOL

WASHING MACHINE

JMY04 JMY16

Less Description ^

## Sponsored Products You May be Interested In More Choice   我也要出现在这里








Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece

Generation 3 No Fan Vacuum Hair Dryer H-03 Professional
US $106.79 - 127.25 / Piece

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece

IPL laser hair removal machine Mlay T3 depilador a laser
US $618.26 - 704.17 / Piece

Laser Epilator Painless 999999 Flashes New Laser Epilator IPL
US $561.30 - 599.75 / Piece

4in1 Women Epilator electric female face hair removal lady
US $534.16 - 550.68 / Piece

## Similar Items








Longmada Motar II Wax Heater Replaceable of Quartz Bucket
US $15.85 - 22.75 / Piece
35% OFF $99+

Eroticos Bdsm Bondage Lucky Bag Surprise Mystery Box sexy
US $47.23 - 56.28 / Piece

Generic Replacement Brush Heads For ORab electric
US $4.43 - 4.59 / Piece
$2 OFF $50+

Hot ceramic tip heating coil knife dab tool with cap
US $6.43 - 8.99 / Lot

Ultrasonic Skin Scrubber Facial Cleansing Machine USB
US $18.23 - 21.72 / Piece
$1 OFF $50+

110V 220V 1800W Electric Hair Dryer Professional Blow Dryer
US $36.12 - 43.47 / Piece
$2 OFF $50+

## Related Keywords







skin care oily

whitening skin care

collagen skin care mask

foot care tools

digital facial skin analyzer

## You May Also Like







Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $75.40 - 95.25 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

    

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece
$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

    

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece
$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece
$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

    

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece
$2 OFF $50+

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

    

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece
$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece
$2 OFF $50+

   

  



Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning Pore

US $40.47 - 48.23 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece

$2 OFF $50+

Ultrasonic Face Pore Cleanser Skin Scrubber Blackhead Acne Removal Face

US $14.17 - 21.14 / Piece

$1 OFF $50+

Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-Shaped Facial

US $3.71 - 4.28 / Piece

$1 OFF $50+






Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

$2 OFF $50+

RF EMS LED Facial Oxygen Injection Machine Microcurrent Face Lifting Red

US $25.25 - 30.09 / Piece

$2 OFF $50+

MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece




[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers Machine

US $23.72 - 28.27 / Piece

$3 OFF $49+

More ⌄

## New Arrival skin care tools








Organization 2022 Super Soft Exfoliating Bath Sponge Body

US $10.32 - 13.08 / Piece

Makeup Brushes 1pcs Silicone Mask Brush Double-Ended Soft

US $17.54 - 22.44 / Lot

Slimming Machine Home Use Mini Hifu Face Lifting Skin

US $149.68 - 261.41 / Piece

Beauty Nano Face Steamer Facial Kit Skin Care Tool Set,

US $45.01 - 53.63 / Piece

Baking Pastry Tools Ice Roller for Face and Eye Silicone Mold

US $4.22 - 5.54 / Piece

Organization 2022 Super Soft Exfoliating Bath Sponge Body

US $10.32 - 13.08 / Piece

🎁 $25 For New User


Join Free

See personalized recommendations , Sign in

Listed on 14/03/2023

Bookmark & Share           



Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.  License  京ICP备16060083号-9

Chat





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)

[redacted] Miami, Florida, United States, 33133 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: basop6 | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-BLUE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 28 |

**Add remark to seller**

Please add remark(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English

LOGO Factory

Basop6

Add To Favorite Stores ( 2 )

100.0% Positive Feedback 43 Transactions

Online Chat

Share

Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2764

## Store Categories

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2764

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 88

Marketplace: DHGate

Seller Name: beatrix2





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! | Buyer Protection | Customer Service | Estados Unidos / USD | English

Subtotal
US $0.00
Vá para o carrinho

DHgate | beatrix2 Store Chat | 100.0% Positive Feedback | running shoes | On DHgate | In this Store | Hi [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Share to be partner | Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma3462

**US $32.98 - 39.3** / Piece

| USD | $39.30 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF Claim

Options: More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jul. 1

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece
$2 OFF $50+

Electric Shaver For Man Stainless Steel Shaving Machine
US $41.69 - 56.07 / Piece
$2 OFF $50+

Hair Curlers Straighteners LISAPRO Dual Voltage Air Brush
US $56.36 - 67.15 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece

Steamers Cleaning Cleaner Beauty Face Steaming Device
US $33.30 - 39.68 / Piece
$2 OFF $50+

Electric Hair Curle Dryer Straightene
US $27.87 - 33.22

## Customers Often Bought With

Electric Handhold Hair Remov...
US $36.91 - 43.54 / Piece

Kemei km-1990 Professional S...
US $32.91 - 65.36 / Piece

newest professional electric di...
US $46.14 - 64.87 / Piece

Handbags Designer Luxury B...
US $79.59 - 91.42 / Piece

Hairdressing Products Salons ...
US $682.88 - 714.40 / Piece
$2 OFF $50+

new Designer Ba...
US $312.57 - 323...

## More Choices



Orai Irrigators Dental cleaner
Portable intelligent household
US $27.30 - 38.33 / Piece



Electric Hair Dryer Brush
Blower Hot Air Styler Comb One
US $21.85 - 26.04 / Piece



HD08 Super High Speed
Vacuum Hair Dryer US UK EU
US $144.93 - 172.70 / Piece



Top Quality Hair Curler
Professional Salon Tools EU US
US $205.71 - 245.13 / Piece



Andis Profoil Lithium Titanium-
ION Cord Cordless Foil Shaver
US $59.01 - 70.32 / Piece



MD005 free ship
Blackhead Vacuu
US $23.53 - 28.04

---

**beatrix2 Store** >

💬 Chat    2

100.0% Positive Feedback

On-time Delivery Rate: ⬆
Repurchase rate: ⬇

Business Information

Top 3 Markets

### Store Categories

**>Bags, Luggage & Accessories**
Fashion Bags
Wallets & Holders
Waist Bags
Cosmetic Bags & Cases
Shopping Bags
Evening Bags
Sport&Outdoor Packs
Bag Parts & Accessories
School Bags
Other Bags
Bag Organizer
Functional Bags
Briefcases

**>Bags, Shoes & Accs**
Men's Bags
Women's Accessories
Men's Accessories

**>Watches**
Wristwatches
Men's Watches
Women's Watches
Unisex Watches
Mechanical Wristwatches
Children's Watches
Watch Accessories
Women's Watches
Other Watches
Pocket Watches

**>Fashion Accessories**
Sunglasses

|     | Item Description | Company Overview | | Report Item |

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality Certification: | ce |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 857768829 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



Hats, Scarves & Gloves

Eyewear & Accessories

All Store Items on Sale Now

Go to Store >

More items from this Store



US $16.96 - 29.53 / Piece



US $27.73 - 33.04 / Piece



US $35.02 - 46.21 / Piece



US $22.85 - 30.25 / Piece



US $12.24 - 15.78 / Piece



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent sili
cleansing instrume

Product number：NJMY-03(

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1



US $6.95 - 13.57 / Piece

View all 6909 items

Charging time: about 1 h

Cleaning method: body waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regu
For normal

High frequency sound wave vibration







02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear Face Massager Vibrator Brush

#### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and eleg. shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

#### Specifications

Frequency: 700HZ - Noise: 50dB - Material: silicone - Size: 90*75*30mm - Color: rose red, pink, green





 USB Rechargeable

 The standby is up to 90 days

 IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



❷ **Rough**
For oily skin, like T zone

❸ **Regular**
For normal skin

❶ **Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning



Washing by hand          Washing by our brush

PRODUCT PARAMETERS



| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

Seu carrinho está vazio

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches

8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin





☑ **Remove dirt & oil**

☑**Remove black head**

☑ **Remove the acne**

☑ **Exfoliating scrub**

☑ **Shrink pores**

☑ **Reduce wrinkles**

8CM/3.15inch



8CM/3.15inch

# Product Pictures





**SUPER COOL
WASHING MACHINE**

JMY04 JMY16

Less Description ^

## Sponsored Products You May be Interested In More Choice 我也要出现在这里



8 Heads Multi Function Hair Curler Hair Dryer Automatic
US $53.14 - 63.32 / Piece



5 In 1 4D Men's Rechargeable Bald Head Electric Shaver 5
US $44.38 - 52.88 / Piece



No Fan Super Hair Dryer Professional Salon Tools Blower
US $143.89 - 171.46 / Piece



for HD03 US UK EU Plug Fanless Vacuum Hair Dryer 3rd
US $158.80 - 189.23 / Piece



8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece



Electric Hair Dryer Dryer Heat Comb
US $41.18 - 53.33

## Similar Items



Selling Electric Razor Rechargeable Beard Trimmer
US $18.45 - 21.99 / Piece



Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece



Gold Hair Trimmer Men Professional Barber Shop Hair
US $22.70 - 40.75 / Piece



Hair Clippers Drop Maquina De Cortar Cabello Tondeuse Barbe
US $23.56 - 35.43 / Piece



Longmada Motar III Wax Heater Replaceable of Quartz
US $17.43 - 25.02 / Piece
$5 OFF $99+



Longmada Motar Replaceable of Q
US $15.85 - 22.75
$5 OFF $99+

 

## Related Keywords



skin care instruments



dermaroller needling



collagen skin care



led mask for skin care



dr pen ultima



collagen induction



derma microneedling



titanium needles derma



use of face roller

## You May Also Like



TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove



Buy 2 get 1% off
V Face Massager LED Pon Light Therapy EMS Facial Lifting Face



Buy 2 get 1% off
V Face Massager LED Pon Light Therapy EMS Facial Lifting Face



Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt



SC005 24khz utrasonic sonic facial face skin scrubber for face peeling

US $23.36 - 39.13 / Piece   US $50.33 - 59.97 / Piece   US $50.33 - 59.97 / Piece   US $27.73 - 33.04 / Piece   US $14.99 - 25.08 / Piece

    

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light   Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial   V Face Massager LED Pon Light Therapy EMS Facial Lifting Face   MD013 electric rechargeable Blackhead remover for Face Deep   Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $78.53 - 99.20 / Piece   US $32.98 - 39.30 / Piece   US $50.33 - 59.97 / Piece   US $6.95 - 13.57 / Piece   US $27.73 - 33.04 / Piece

    

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light   Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial   Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial   Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool   V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $78.53 - 99.20 / Piece   US $32.98 - 39.30 / Piece   US $32.98 - 39.30 / Piece   US $22.85 - 30.25 / Piece   US $50.33 - 59.97 / Piece

    

[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers   Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-   Silicone Facial Cleanser Waterproof scrubber Rechargeable Face Brush   Electric Face Scrubbers 5 Modes Silicone Cleansing Brush Clean Device   Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty Pen Facial

US $23.72 - 28.27 / Piece   US $3.67 - 4.24 / Piece   US $16.69 - 24.85 / Piece   US $26.04 - 34.38 / Piece   US $301.50 - 312.49 / Piece

    

Makeup Mirror 5X Magnifying Mirrors LED Lighted Touch Screen Vanity   Electric Face Scrubbers Laser Epilator Permanent IPL Photoepilator Hair   Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt   MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion   Electric Face Scrubbers Cleansing Brush with 4 Cleaning Heads

US $51.24 - 61.06 / Piece   US $120.23 - 143.28 / Piece   US $27.73 - 33.04 / Piece   US $16.96 - 29.53 / Piece   US $33.38 - 39.77 / Piece

    

SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling   Summer 2023 Casual Shorts Suits Women Tracksuits 2 Piece Set Outfits   Parts Motorcycle Motorcross Handlebar Handguards Hand Guards   Innokin iClear 30S Dual Coil Heads the wooden wick i Clear 30 S Atomizer   3 Sets of Alice A5501 Headless Electric Guitar Strings Double Ball End 1st-6th



$2 OFF $50+

$2 OFF $50+

$3 OFF $49+

women's suit 2023 pants autumn long sleeve round neck loose casual color

US $14.32 - 19.99 / Piece

6ml Water-based Nail Polish Children Pregnant Women Available Nail

US $17.75 - 23.50 / Lot

$2 OFF $50+

Evening Bags Bucket Bag Closed-toe Layer Cowhide Food Basket Tote All-

US $84.15 - 99.27 / Piece

$2 OFF $25+

Brand new 8.8inch Glass for BMW X5 NBT L7 CID High F30 F31 Car VIDEO

US $30.96 - 40.00 / Piece

Elbow Knee Pads Sports Safety Sports Men's Compression Knee Brace Elastic

US $1.39 - 7.89 / Piece

$2 OFF $28+

Per $100 Save $6

Motorcycle Half Helmets Personali Bicycle Riding Lovely Strawberry

US $72.19 - 82.09 / Piece

$2 OFF $50+

More

## New Arrival skin care tools

Face Massager ANLAN Neck Face Beauty Device 3 color LED

US $18.75 - 22.13/ Piece

Face Massager HSKOU Neck and Face Beauty Equipment 3-

US $16.74 - 24.90/ Piece

Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl

US $22.56 - 26.18/ Lot

Organization Bath Brush Rub Back Body Skin Care Tool On

US $16.65 - 21.11/ Piece

Other Bath Toilet Supplies Plastic Shower Feet Massage

US $8.77 - 9.98/ Piece

Face Massager N Beauty Device 3 c

US $13.19 - 15.56

Not , [redacted] Sign out

Listed on 11/04/2023

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Span

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License    京ICP备16060083号-9





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change
[redacted] Boca Raton, Florida, United States, 33433 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: beatrix2 | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jul 1 |

Add remark to seller

Please add remark (e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 114 ) Sign out | My DHgate | Help | English | 0

LOGO Factory

Beatrix2

Add To Favorite Stores ( 2 )

100.0% Positive Feedback 8 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma3462

## Store Categories

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma3462

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 89

Marketplace: DHGate

Seller Name: bevjhb



SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Go to Cart

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate | bevjhb Store Chat | 100.0% Positive Feedback | purse | On DHgate | In this Store | Hi, [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Share to be partner | Similar Items

## Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2564

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack $25 OFF DHcoupon $23 OFF This Store Only $2 OFF Claim

Store Coupon Save $2

Options: 02-ROSE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jun. 26

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Selling Electric Razor Rechargeable Beard Trimmer
US $18.45 - 21.99 / Piece

Leisure Computer Chair Household Office Student
US $13.13 - 18.68 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.58 - 27.41 / Piece
$2 OFF $50+

Electric Hair Dryer Blow Dryer Curling Iron Rotating Brush
US $153.36 - 182.75 / Piece

Hair Curlers Straighteners New Arrival professional 19mm
US $21.95 - 27.91 / Piece
$2 OFF $50+

Hair Clippers Dro Cortar Cabello To
US $23.56 - 35.43

bevjhb Store >
Chat 2

Item Description | Company Overview | Report Item

### Specifications

100.0% Positive Feedback

On-time Delivery Rate:

Repurchase rate:

**Business Information**

**Top 3 Markets**

**Store Categories**

>Bags, Shoes & Accs
- Women's Accessories
- Women's Bags
- Men's Bags

>Fashion Accessories
- Keychains & Lanyards

>Bags, Luggage & Accessories
- Fashion Bags
- Xmas Bags Idea
- Wallets & Holders
- Shopping Bags
- Sport&Outdoor Packs
- School Bags
- Cosmetic Bags & Cases
- Waist Bags
- Briefcases
- Bag Parts & Accessories
- Other Bags
- Luggages
- Bag & Luggage Making Materials
- Bag Organizer
- Functional Bags

>Health & Beauty
- Other Health & Beauty Items
- Sexy Underwear
- Oral Hygiene
- Skin Care Tools & Devices
- Home Beauty Instrument
- Bath & Body

>Watches
- Unisex Watches
- Men's Watches
- Watch Accessories
- Mechanical Wristwatches

**All Store Items on Sale Now**

Get up to $330 Store Coupon

Go to Store >

**More items from this Store**



US $29.30 - 48.51 / Piece



US $6.95 - 13.57 / Piece

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality: | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 854260330 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.

- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your sk soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow







US $35.02 - 46.21 / Piece

US $32.98 - 39.30 / Piece

Buy 2 get 1% off
US $50.33 - 59.97 / Piece

US $23.36 - 39.13 / Piece

View all 8181 items



Product Name: Net transparent sili
cleansing instrume

Product number：NJMY-03(

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough
For oily skin, like T zone



① Fine
For sensitive skin

③ Regu
For normal

High frequency sound wave vibration 6000rmp per minute

Deep cleansing skin care





*Support drop shipping*

*No logo, no invoice,*
*no store information,*
*no promotional information*



*High quaity,box package,ship within 12 hou*

**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and eleg shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







## IPX 7 Waterproof Design



3 zones for different types of skin



Brush Head Lengthened

Deep Cleaning





Washing by hand        Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : IPX7 | | Charging Method : USB Charging | |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

#### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep

Pore Cleaner Body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co
Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



Brush head lengthened
Удлиненная щетка

Dead zone
Мертвая зона

Cleansing area
Очищающая область

Massage area
Массажная зона

3 zones for different types of skin







☑ **Remove dirt & oil**

☑**Remove black heads**



☑ **Remove the acne**

☑ **Exfoliating scrub**

☑ **Shrink pores**

☑ **Reduce wrinkles**

8CM/3.15inch

8CM/3.15inch

# Product Pictures



**Less Description** ⌃

### Related Keywords



firming skin care


portable radio frequency skin


skin care tips


foot care tools


digital facial skin analyzer

### You May Also Like












[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers

US $23.72 - 28.27 / Piece



Silicone Facial Cleanser Waterproof scrubber Rechargeable Face Brush

US $16.69 - 24.85 / Piece

$2 OFF $25+



Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-

US $3.67 - 4.24 / Piece

$2 OFF $25+



Electric Face Scrubbers 5 Modes Silicone Cleansing Brush Clean Device

US $26.04 - 34.38 / Piece

$2 OFF $50+



Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty Pen Facial

US $301.50 - 312.49 / Piece



Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

$2 OFF $50+



Electric Face Scrubbers Shavers Shaver For Men 7D Independently 7

US $26.00 - 35.21 / Piece

$2 OFF $25+



Face Machine Facial Massager High Frequency Facial Machine Face

US $20.94 - 24.95 / Piece

$2 OFF $50+



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+





6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+




4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7 Waterproof

US $11.33 - 13.81 / Piece

3 OFF $49+



Electric Face Scrubbers Cleansing Brush with 4 Cleaning Heads

US $33.38 - 39.77 / Piece

$2 OFF $50+




MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

$2 OFF $50+



SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

$2 OFF $50+



women's suit 2023 pants autumn long sleeve round neck loose casual color

US $14.32 - 19.99 /



Summer 2023 Casual Shorts Suits Women Tracksuits 2 Piece Set Outfits

US $39.08 - 40.93 / Lot

 

Elbow Knee Pads Sports Safety Sports Men's Compression Knee Brace Elastic

US $1.39 - 7.89 / Piece

$2 OFF $28+

Per $100 Save $6

Brand new 8.8inch Glass for BMW X5 NBT L7 CID High F30 F31 Car VIDEO

US $30.96 - 40.00 / Piece




Evening Bags Bucket Bag Closed-toe Layer Cowhide Food Basket Tote All-

US $84.15 - 99.27 / Piece

$2 OFF $25+

Parts Motorcycle Motorcross Handlebar Handguards Hand Guards

US $31.95 - 38.07 / Set

$2 OFF $55+



Organization 2 PERSONS FOLDABLE BATHTUB FLAMINGO HOME SPA BATH

US $135.38 - 171.62 / Piece

$2 OFF $50+



3 Sets of Alice A5501 Headless Electric Guitar Strings Double Ball End 1st-6th

US $8.55 - 10.18 / Lot



Innokin iClear 30S Dual Coil Heads the wooden wick I Clear 30 S Atomizer

US $1.01 - 1.12 / Piece

3 OFF $49+



Motorcycle Half Helmets Personali Bicycle Riding Lovely Strawberry

US $72.19 - 82.09 / Piece

$2 OFF $50+



6ml Water-based Nail Polish Children Pregnant Women Available Nail

US $17.75 - 23.50 / Lot

$2 OFF $50+



10 pairs mixed style women's 925 silver earring GTE58,high grade

US $2.32 - 3.96 / Pair

watch designer mens movement watches Automatic Mechanical Watch

US $70.35 - 83.84 / Piece

4Door Car Door HingeHinge CoverSpare Tire Holder Hinge Cover

US $45.92 - 62.91 / Set

$2 OFF $50+

2022 INS Mens Womens hoodie High Street Skeleton Palace Hoodies Hip-

US $53.30 - 65.22 / Piece

$15 OFF $299+

DHL,UPS FREE Senior Bach Silver Plated Bach Trumpet LT 180S-43 Small

US $195.98 - 233.54 / Piece



50 Pcs Lot Not Repeated Skateboard Stickers Male Rapper For Car Laptop

US $1.71 - 4.63 / Lot

$2 OFF $25+

$50 Save $7

Fittings 1.375X24 Titanium Gr5 Extra Hexagon Sealed End Cap For Modar

US $23.57 - 28.51 / Piece

$2 OFF $25+

Fashion Men Leather Crossbody Shoulder Bag Top Designer Briefcase

US $33.70 - 39.75 / Piece

Flat Shoulder Glass Oil Perfume Bottles Transparent Amber Frosted

US $21.77 - 329.54 / Lot

$7 OFF $159+

New 7 Strings Hollow Jazz Electric Guitar VS Sunburst Top Musical

US $293.97 - 338.55 / Piece



Original Lizard Leather Handle Shoulder Chain Bag 23cm Women

US $219.80 - 319.85 / Piece

More ⌄

## New Arrival skin care tools



Face Massager ANLAN Neck Face Beauty Device 3 color LED

US $18.75 - 22.13 / Piece



Face Massager HSKOU Neck and Face Beauty Equipment 3-

US $16.74 - 24.90 / Piece



Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl

US $22.56 - 26.18 / Lot



Spot goods M7 Dr. Pen M7-W Professional Set Wireless

US $55.28 - 78.89 / Piece



New Date 5in 1 Facial RF Radio LED Skin Tightening Photon

US $54.71 - 83.09 / Piece



Face Massager N Beauty Device 3 c

US $13.19 - 15.56

Not ,⬛⬛⬛ Sign out

Listed on 27/03/2023

Bookmark & Share          

✦ Any questions or suggestions ? Please let us know.

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)

[redacted] Miami, Florida, United States, 33133 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: bevjhb | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jun 26 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 114 ) Sign out | My DHgate | Help | English

LOGO Factory

Bevjhb

Add To Favorite Stores ( 2 )

100.0% Positive Feedback 13 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers In this store On DHgate

Store Home Products Time Limited Sale TopSelling Review About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2564

Store Categories

- Household Appliances (1)

| App Coupon Issued/Total:4/99,999 | Store Coupon Issued/Total:5/99,999 | App Coupon Issued/Total:11/99,999 |
|---|---|---|
| $11 OFF $330+ | $10 OFF $330+ | $5 OFF $100+ |
| Code:C05C17C7X2PVFAY9CQV | Code:3GJAXFLGOLLQM0FR8RA8 | Code:R1QA5KZD57VWRME5WYXX |
| Get Now | Get Now | Get Now |

Show More

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2564

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 90

Marketplace: DHGate

Seller Name: bfrda



SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate | bfrda Store Chat | 100.0% Positive Feedback | dunks | On DHgate | In this Store | Hi, [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

# Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2406

**US $32.98 - 39.3** / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Options: More+

03-ROSE

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options

Estimated delivery time: May. 23 and Jun. 15

Total cost: **$39.3**

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece

2 in 1 Electric Comb Straightener wand Hair Curling
US $10.41 - 26.03 / Piece
$2 OFF $50+

Longmada Glowcore Quart Boiler Primary Wax Heater
US $9.17 - 13.66 / Piece
$7 OFF $159+

dryer 5 heads multi-function curling iron automatic iron with
US $0.89 - 62.37 / Piece

8148 Magic Metal Hair Clipper Electric Razor Men Steel Head
US $33.20 - 50.72 / Piece
$3 OFF $49+

NEW Electric hair dryer Hot Cold Air Household Hotel
US $34.77 - 42.28 / Piece
$2 OFF $25+

bfrda Store >

Chat 6

100.0% Positive Feedback

On-time Delivery Rate:

Repurchase rate:

Business Information

Item Description | Company Overview | Report Item

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality | ce |

| | |
|---|---|
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 844687448 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow



Top Searches

### Store Categories

>other

>watch

>bag

### All Store Items on Sale Now

Go to Store >

### More items from this Store



US $35.02 - 46.21 / Piece



US $23.36 - 39.13 / Piece



US $12.24 - 15.78 / Piece



US $29.30 - 48.51 / Piece



US $6.95 - 13.57 / Piece



Buy 2 get 1% off

US $50.33 - 59.97 / Piece

View all 9197 items



Product Name: Net transparent silicon cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blue

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin



High frequency sound
wave vibration
6000rmp per minute
Deep cleansing skin care









**no store information,**
**no promotional information**

*High quaity,box package,ship within 12 hour.*

02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green



Soft          Moderate          Strong





 USB Rechargeable

 The standby is up to 90 days

 IPX 7 Waterproof

IPX 7 Waterproof Design



3 zones for different types of skin



❶ Fine
For sensitive skin

❷ Rough
For oily skin, like T zone

❸ Regular
For normal skin

# Brush Head Lengthened
## Deep Cleaning



Washing by hand          Washing by our brush



PRODUCT PARAMETERS

| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : ABS + silicone | | Power Supply : DC 3.7V | |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : IPX7 | | Charging Method : USB Charging | |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

## Orange Test
## with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

**03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools**

**Feature**

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

**Package Content**

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin







☑ **Shrink pores**

☑ **Reduce wrinkles**





# Product Pictures





| Less Description ⌃ |
| --- |

Related Keywords




skin care oily



whitening skin care



collagen skin care mask



foot care tools



digital facial skin analyzer

You May Also Like



Nano spray water replenishing evaporator instrument Face moisturizing

US $31.84 - 37.95 / Piece



Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece



TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece



MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece



SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling deadskin

US $14.99 - 25.08 / Piece



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece



Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece



Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece



MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece



MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece



Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece



Skin Care Tool Face Scrubbers Sensor Monitor Oil Detector LED Display

US $9.65 - 14.38 / Piece



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece



Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece



MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece



MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece



Skin Scrubber Facial Cleansing Peeling Machine Blackhead Remover Pore

US $73.21 - 123.47 / Piece



Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece



V Face Massager LED Pon Light Therapy



2 Modes Electric Face Cleansing Brush



Professional Facial Steamer Nano Mist



2 Modes Electric Face Cleansing Brush



Professional Facial Steamer Nano Mist

EMS Facial Lifting Face Slimming Double | EMS Face Massage Deep Cleaning Pore | Deep Pore Cleanser Face Steaming Sauna | EMS Face Massage Deep Cleaning Pore | Deep Pore Cleanser Face Steaming Sauna

US $50.33 - 59.97 / Piece   US $40.47 - 48.23 / Piece   US $40.65 - 56.79 / Piece   US $40.47 - 48.23 / Piece   US $36.95 - 51.63 / Piece

$2 OFF $50+   $2 OFF $50+   $2 OFF $50+   $2 OFF $50+   $2 OFF $50+




Nano spray water replenishing evaporator instrument Face moisturizing

US $31.84 - 37.95 / Piece

$2 OFF $50+

Digital Microdermabrasion Diamond Dermabrasion Pore Vacuum Massage Skin

US $28.76 - 34.27 / Piece

$2 OFF $50+

Scrubbers Face brushes 2in1 Double Sides Silicone Facial Cleansing Brush

US $0.77 - 0.94 / Piece

$7 OFF $159+

Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool Black

US $22.85 - 30.25 / Piece

$2 OFF $50+

Nano fog consignor transplanted USB Face Movement Moving Moisturizing Pot

US $27.84 - 33.18 / Piece

$2 OFF $50+

Ultrasonic Skin Scrubber Facial Cleansing Machine USB Rechargeable Acne

US $18.88 - 22.49 / Piece

$2 OFF $25+

More ⌄

## New Arrival skin care tools








Dr Pen Hydra Pen H3 Microneedling Pen Automatic

US $94.42 - 119.77/ Piece

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart

US $37.64 - 44.85/ Piece

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart

US $37.64 - 44.85/ Piece

Spot goods Dr.pen M7-C Ultima M7 Professional Set Wired

US $51.20 - 74.59/ Piece

5in 1 Facial RF Radio LED Skin Tightening Photon Device Anti

US $49.99 - 69.38/ Piece

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart

US $37.64 - 44.85/ Piece

Not ▮▮▮▮▮ Sign out

Listed on 28/02/2023

Bookmark & Share         

Any questions or suggestions ? Please let us know.





Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9

Chat





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33138 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: bfrda | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 03-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 23 and Jun 15 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 100 ) Sign out | My DHgate | Help | English

LOGO Factory

Bfrda

Add To Favorite Stores ( 6 )

100.0% Positive Feedback 33 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2406

**Store Categories**

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2406

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 91

Marketplace: DHGate

Seller Name: bgeed



**SPEND & SAVE BONUS COUPON** UP TO $150 SAVINGS

New Buyer Coupons!  $  |  Buyer Protection  |  Customer Service ∨  |  ⊙ United States / USD ∨  |  ⊕ English ∨

**DH**gate  bqeed Store 💬 Chat ∨  92.9% Positive Feedback  ☰  slipper  🔍 On DHgate  In this Store  👤 Hi  My DHgate ∨  🛒 Cart ∨  5

Store Home    Products    Limited Time Sale    TopSelling    Review    About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma282d

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:    ⓘ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF    Claim

Options:    More+

03-BLUE

Similar Items

Quantity:    − 1 +    Piece    Maximum 50 Piece(s)

Shipping:    **Free Shipping** to United States Via ePacket    More Options ∨
Estimated delivery time: May. 27 and Jun. 18

Total cost:    **$39.3** ⓘ

**Buy it Now**    Add to Cart    ♡ ∨

Buyer Protection:    Ⓢ Return Policy    Ⓡ Refund for No Delivery    Ⓢ Secure Payment

### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought








| | | | | | |
|---|---|---|---|---|---|
| 8148 Magic Metal Hair Clipper Electric Razor Electric Push | Abdominal Muscle Training Stimulator Device Wireless EMS | 3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer | Epacket KM-1409 Carbon Steel Men Beard Shaver Head Hair | Generic Replacement Brush Heads For ORab electric | 3-in-1 Hair Iron Curling Flat Iron Straightening Brush Comb Mini |
| US $56.55 - 58.30 / Piece | US $13.48 - 21.42 / Piece | US $8.11 - 10.50 / Piece | US $16.09 - 19.17 / Piece | US $4.43 - 4.59 / Piece | US $3.28 - 4.20 / Piece |
| $2 OFF $50+ | $2 OFF $50+ | $5 OFF $99+ | $2 OFF $50+ | $2 OFF $50+ | |

## Customers Often Bought With








Designers bags Cosmetic Bag ...
US $190.96 - 217.15 / Piece
$2 OFF $50+

Electric Shaver 5 Heads Floati...
US $20.46 - 24.13 / Piece

Portable Wireless Automatic C...
US $29.37 - 69.30 / Piece
$2 OFF $50+

T&G 9 Pcs PRO Salon Hair Styli...
US $17.40 - 34.56 / Lot

90L Travel Bag Camping Back...
US $12.46 - 14.16 / Piece

Hair Brushes 1PCS Men Beard...
US $2.62 - 5.15 / Piece
$4 OFF $69+

## More Choices








Oral Irrigators Dental cleaner Portable intelligent household
US $27.30 - 38.33 / Piece

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 243.75 / Piece
$10 OFF $199+

Mute anti-vibration hand armor sharpener Remover Portable
US $12.67 - 15.63 / Piece
$2 OFF $25+

Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $3.45 - 82.05 / Piece
$2 OFF $25+

Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$10 OFF $199+

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece
$10 OFF $199+

---

bgeed Store  >


💬 Chat     5

92.9% Positive Feedback

On-time Delivery Rate:          🔻
Response Time:                  🔻
Repurchase rate:                🔻

Business Information

Top 3 Markets

**Store Categories**

>Bags, Shoes & Accs
  Men's Accessories
  Women's Bags
  Men's Bags

>Fashion Accessories
  Keychains & Lanyards

>Health & Beauty
  Other Health & Beauty Items
  Sexy Underwear
  Oral Hygiene
  Skin Care Tools & Devices
  Home Beauty Instrument
  Bath & Body

>Bags, Luggage & Accessories
  Xmas Bags Idea
  Wallets & Holders
  Shopping Bags
  Evening Bags
  Waist Bags
  Bag Organizer
  Sport&Outdoor Packs
  Cosmetic Bags & Cases
  Other Bags
  Briefcases
  School Bags
  Bag Parts & Accessories
  Bag & Luggage Making Materials
  Functional Bags

Item Description    Company Overview                                Report Item

### Specifications

|  |  |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Commodity Quality | ce |
| Certification: |  |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 852850333 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

**01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB**





Luggages
>Watches
Unisex Watches
Men's Watches
Mechanical Wristwatches
Watch Accessories

All Store Items on Sale Now


Go to Store >

More items from this Store



US $12.24 - 15.78 / Piece



US $78.53 - 99.20 / Piece



US $29.30 - 48.51 / Piece



US $23.36 - 39.13 / Piece



US $32.98 - 39.30 / Piece



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow



Product Name: Net transparent silicor cleansing instrument

Product number： NJMY−036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body
waterproof

Product color: red / pink / blue

US $50.33 - 59.97 / Piece

View all 9037 items

Buy 2 get 1% off

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin

High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

**Specifications**

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green





USB Rechargeable        The standby is        IPX 7 Waterproof
                        up to 90 days

## IPX 7 Waterproof Design



## 3 zones for different types of skin



❷ **Rough**
For oily skin, like T zone

❶ **Fine**                                    ❸ **Regular**
For sensitive skin                            For normal skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand        VS        Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |