# EXHIBIT 1
# (Part 2 of 11)

# Orange Test
# with lipstick pasted

**----Because orange is similar to human skin**

 

**Washed by hand**          **Washed by  brush**

**03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools**

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin







☑ **Remove dirt & oil**

☑**Remove black head**

☑ **Remove the acne**

☑ **Exfoliating scrub**

☑ **Shrink pores**

☑ **Reduce wrinkles**







8CM/3.15inch



# Product Pictures





**SUPER COOL**

WASHING MACHINE

JMY04 JMY16

Less Description ⌃

## Sponsored Products You May be Interested In More Choice 我也要出现在这里


Soap Dispenser Touchless Automatic Liquid Foam Hands-
US $19.77 - 24.04 / Piece


1000ml Intelligent Automatic Noiseless Induction Alcohol Gel
US $29.55 - 35.93 / Piece


New arrival Portable Professional Nail File Kit
US $11.82 - 16.77 / Piece


1000ml Automatic Soap Dispenser Touchless Smart
US $20.05 - 25.69 / Piece


1000ml alcohol Spray Hand disinfector Automatic induction
US $28.21 - 34.30 / Piece


Amazon Ultrasonic Washing Nail Instrument new home Nail
US $15.87 - 41.08 / Piece

## Similar Items


Hair Dryer 5 In 1 Electric Hair Comb Negative Ion
US $15.95 - 53.33 / Piece
$2 OFF $25+


T9 Electric Shaver Hair Clipper New Trimmer for Men LCD
US $11.45 - 29.65 / Piece
$2 OFF $50+


110V 220V 1800W Electric Hair Dryer Professional Blow Dryer
US $36.12 - 43.47 / Piece


dyson Hair Curlers Dryer 5 in 1 Hair Dryer Heat Comb
US $35.60 - 53.03 / Piece
$2 OFF $25+


Revlon One-Step Hair Dryer Volumizer Hot Air Brush Purple
US $40.98 - 48.83 / Piece
$7 OFF $159+


Electric Hair Dryer Curling High Quality Professional 110 220V
US $42.97 - 53.90 / Piece
$2 OFF $25+

## Related Keywords


skin care oily


whitening skin care


collagen skin care mask


foot care tools


digital facial skin analyzer

## You May Also Like











MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

$2 OFF $50+

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

$2 OFF $50+

2 Modes Face Cleansing Brush EMS Face Massage Deep Cleaning Pore

US $40.47 - 48.23 / Piece

$2 OFF $50+

    

Buy 2 get 1% off

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+

    

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

    

Buy 2 get 1% off

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $75.40 - 95.25 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

    

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece

$2 OFF $50+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

    






Sin1 Electric Face Scrubbers Multifunctional facial cleanser face

US $4.39 - 7.71 / Piece

$2 OFF $25+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

Nano spray water replenishing evaporator instrument Face moisturizing

US $31.84 - 37.95 / Piece

$2 OFF $50+

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+

3Colors 4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7

US $8.72 - 10.26 / Piece

$5 OFF $49+




VKK Silicone Face Cleansing Brush Electric Face Cleanser Electric Facial Cleanser

US $15.97 - 19.03 / Piece

$1 OFF $50+

Ultrasonic Skin Scrubber Facial Cleansing Machine USB Rechargeable Acne

US $18.23 - 21.72 / Piece

$1 OFF $50+

Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool Black

US $22.85 - 30.25 / Piece

$2 OFF $50+

Air humidifier 30 ml nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

Electric Face Scrubbers Cleansing Brush Silicone Warming Cleanser Massage EMS

US $33.62 - 40.06 / Piece

$2 OFF $50+



Arctic Blue Snow Camo Car Wrap Vinyl With Air Release Gloss Matt Camouflage

US $230.23 - 329.62 / Carton

$2 OFF $50+

More ⌄

## New Arrival skin care tools







Face Massager Drop Link For Facial Skin Care Tool Face

US $21.44 - 25.29/ Piece

Other Skin Care Tools High Pressure no needle lip filling

US $88.80 - 113.78/ Piece

Organization 2022 Super Soft Exfoliating Bath Sponge Body

US $10.32 - 13.08/ Piece

Face Care Devices Neck Lifting Device EMS Microcurrent LED

US $14.38 - 21.28/ Piece

Other Skin Care Tools 250 Pcs Fast Express Sponge Back

US $264.69 - 279.95/ Lot

New home beauty instrument female private firming machine

US $2,186.54 - 2231.16/ Piece

Not, ▓▓▓▓ Sign out

Listed on 23/03/2023

Bookmark & Share           



Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

Chat





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change
[redacted] Palm beach, Florida, United States, 33480

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: bgeed | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 03-BLUE US $39.30 / Piece 1 Piece | US $39.30 | ePacket Free Shipping Estimated delivery time: May 27 and Jun 18 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

[redacted]ne Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

digicert GeoTrust VISA MasterCard

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

LOGO Factory

Bgeed

Add To Favorite Stores ( 5 )

92.9% Positive Feedback 47 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers In this store On DHgate

clothing , Pants , Toy

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma282d

## Store Categories

- Household Appliances (1)

## Popular Search

clothing Pants Toy shoe Glasses bag Backpack watch smart watch

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma282d

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 92

Marketplace: DHGate

Seller Name: bgrft



SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Go to Cart

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate bgrft Store Chat
94.4% Positive Feedback

wallet | On DHgate | In this Store

Hi, [redacted]
My DHgate
0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma251h

**US $32.98 - 39.3** / Piece

| USD | $39.30 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:
Enjoy fast refund service if your first order exceeds Promised Dispatch Date.
New Buyer DHcoupon Pack $23 OFF Claim

Options: More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jun. 26

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Selling Electric Razor Rechargeable Beard Trimmer
US $18.45 - 21.99 / Piece

Leisure Computer Chair Household Office Student
US $13.13 - 18.68 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.58 - 27.41 / Piece
$2 OFF $50+

Electric Hair Dryer Blow Dryer Curling Iron Rotating Brush
US $153.36 - 182.75 / Piece

Hair Curlers Straighteners New Arrival professional 19mm
US $21.95 - 27.91 / Piece
$2 OFF $50+

Hair Clippers Dro Cortar Cabello To
US $23.56 - 35.43

bgrft Store >

Chat 3

94.4% Positive Feedback

On-time Delivery Rate:

Item Description | Company Overview | Report Item

### Specifications

Voltage: DC3.7V

| | |
|---|---|
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 851962559 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow



## Store Categories

>Apparel
  Underwear
  Plus Size
  Men's Clothing
  Socks
  Women's Clothing
  Others Apparel

>Bags, Luggage & Accessories
  Xmas Bags Idea
  Evening Bags
  Shopping Bags
  Cosmetic Bags & Cases
  School Bags
  Wallets & Holders
  Sport&Outdoor Packs
  Waist Bags
  Briefcases
  Bag Parts & Accessories
  Bag & Luggage Making Materials
  Bag Organizer
  Other Bags
  Functional Bags

>Watches
  Unisex Watches
  Men's Watches
  Watch Accessories
  Mechanical Wristwatches
  Women's Watches
  Women's Watches
  Other Watches
  Children's Watches

>Bags, Shoes & Accs
  Women's Accessories
  Women's Bags

## All Store Items on Sale Now

Go to Store >

## More items from this Store



US $6.95 - 13.57 / Piece



US $29.30 - 48.51 / Piece

Dispute rate:
Repurchase rate:

Business Information

## Top 3 Markets



US $23.36 - 39.13 / Piece

US $35.02 - 46.21 / Piece

Buy 2 get 1% off

US $50.33 - 59.97 / Piece

US $32.98 - 39.30 / Piece

View all 3529 items

Product Name: Net transparent sili
cleansing instrume

Product number：NJMY-03(

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regu
For normal





High frequency sound
wave vibration
6000rmp per minute
Deep cleansing skin care





*Support drop shipping*



## 02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear Face Massager Vibrator Brush

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and eleg. shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green



Adjustable Vibration Speed

Soft        Moderate        Strong





  

USB Rechargeable    The standby is up to 90 days    IPX 7 Waterproof

IPX 7 Waterproof Design



3 zones for different types of skin

**② Rough**
For oily skin, like T zone

**③ Regular**
For normal skin

**① Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand          Washing by our brush

PRODUCT PARAMETERS



| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

## Orange Test
## with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by  brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

Feature

Your cart is empty

- Material: Food-grade silicone + ABS - Vibration frequency: 8200rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

**Package Content**

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)





8 cm or 3.15 inches

8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin







☑ **Exfoliating scrub**

☑ **Shrink pores**

☑ **Reduce wrinkles**

8CM/3.15inch

8CM/3.15inch

# Product Pictures





**SUPER COOL WASHING MACHINE**

JMY04 JMY16

Less Description ⌃

## Related Keywords



firming skin care


portable radio frequency skin


skin care tips


foot care tools


digital facial skin analyzer

## You May Also Like








Silicone Facial Cleanser Waterproof scrubber Rechargeable Face Brush

US $16.69 - 24.85 / Piece

$2 OFF $25+

Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-

US $3.67 - 4.24 / Piece

$2 OFF $25+

Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty Pen Facial

US $301.50 - 312.49 / Piece

$2 OFF $50+

Face Machine Facial Massager High Frequency Facial Machine Face

US $20.94 - 24.95 / Piece

$2 OFF $50+

Makeup Mirror 5X Magnifying Mirrors LED Lighted Touch Screen Vanity

US $51.24 - 61.06 / Piece

Per $100 Save $10



Electric Face Scrubbers Laser Epilator Permanent IPL Photoepilator Hair

US $120.23 - 143.28 / Piece

Per $100 Save $10

Electric Face Scrubbers 5 Modes Silicone Cleansing Brush Clean Device

US $26.04 - 34.38 / Piece

$2 OFF $50+



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+



Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

$2 OFF $50+



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece



4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7 Waterproof

US $11.33 - 13.81 / Piece

$3 OFF $49+

Electric Face Scrubbers Cleansing Brush with 4 Cleaning Heads

US $33.38 - 39.77 / Piece

$2 OFF $50+



MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

$2 OFF $50+



SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

$2 OFF $50+



Parts Motorcycle Motorcross Handlebar Handguards Hand Guards

US $31.95 - 38.07 / Set

$2 OFF $50+





Summer 2023 Casual Shorts Suits Women Tracksuits 2 Piece Set Outfits

US $39.08 - 40.93 / Lot

3 Sets of Alice A5501 Headless Electric Guitar Strings Double Ball End 1st-6th

US $8.55 - 10.18 / Lot

women's suit 2023 pants autumn long sleeve round neck loose casual color

US $14.32 - 19.99 / Piece

$3 OFF $49+

Innokin iClear 30S Dual Coil Heads the wooden wick i Clear 30 S Atomizer

US $1.01 - 1.12 / Piece

Brand new 8.8inch Glass for BMW X5 NBT L7 CID High F30 F31 Car VIDEO

US $30.96 - 40.00 / Piece



6ml Water-based Nail Polish Children Pregnant Women Available Nail

US $17.75 - 23.50 / Lot

$2 OFF $50+

Evening Bags Bucket Bag Closed-toe Layer Cowhide Food Basket Tote All-

US $84.15 - 99.27 / Piece

$2 OFF $25+



Elbow Knee Pads Sports Safety Sports Men's Compression Knee Brace Elastic

US $1.39 - 7.89 / Piece

$2 OFF $28+   Per $100 Save $6



Organization 2 PERSONS FOLDABLE BATHTUB FLAMINGO HOME SPA BATH

US $135.38 - 171.62 / Piece

$2 OFF $50+



Motorcycle Half Helmets Personali Bicycle Riding Lovely Strawberry

US $72.19 - 82.09 / Piece

$2 OFF $50+









New 7 strings Hollow Jazz Electric Guitar VS Sunburst Top Musical

US $293.97 - 338.55 / Piece



30 Pcs Lot Not Repeated Skateboard Stickers Male Rapper For Car Laptop

US $1.71 - 4.63 / Lot



4Door Car Door HingeHinge CoverSpare Tire Holder Hinge Cover

US $45.92 - 62.91 / Set



10 pairs mixed style women's 925 silver earring GTE58,high grade

US $2.32 - 3.96 / Pair



watch designer mens movement watches Automatic Mechanical Watch

US $70.35 - 83.84 / Piece





Red Yellow Flame Crew Socks Lifelike Fire Socks Men Hip Hop Design Classic

US $12.14 - 13.67 / Lot



2022 INS Mens Womens hoodie High Street Skeleton Palace Hoodies Hip-

US $53.30 - 65.22 / Piece



DHL,UPS FREE Senior Bach Silver Plated Bach Trumpet LT 180S-43 Small

US $195.98 - 233.54 / Piece



Women bags chain Bucket bag backpack Shoulder Bags Fashion

US $39.80 - 49.69 / Piece



Fashion Men Leather Crossbody Shoulder Bag Top Designer Briefcase

US $33.70 - 39.75 / Piece



Fittings 1.375X24 Titanium Gr5 Extra Hexagon Sealed End Cap For Modar

US $23.57 - 28.51 / Piece

More ⌄

## New Arrival skin care tools



Spot goods M7 Dr. Pen M7-W Professional Set Wireless

US $55.28 - 78.89/ Piece



New Date 5in 1 Facial RF Radio LED Skin Tightening Photon

US $54.71 - 83.09/ Piece



DR. Roller 192 Derma Roller Dermapen Stampen

US $5.20 - 7.67/ Piece



Spot goods Wired wireless Dr.pen M7-C Ultima M7

US $62.32 - 81.44/ Piece



Organization 2022 Super Soft Exfoliating Bath Sponge Body

US $10.32 - 13.08/ Piece



Other Bath Toilet Plastic Shower Fe

US $8.77 - 9.98/ P

Not , ▉▉▉▉▉ Sign out

Listed on 24/03/2023

Bookmark & Share          

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Span
French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change
[redacted] Miami, Florida, United States, 33133 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: bgrft | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-PINK US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jun 26 |

Add remark to seller

Please add remark(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 113 ) Sign out | My DHgate | Help | English

LOGO Factory

Bgrft

Add To Favorite Stores ( 3 )

94.4% Positive Feedback 31 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma251h

**Store Categories**

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma251h

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 93

Marketplace: DHGate

Seller Name: bttr88




SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate bttr88 Store Chat 88.9% Positive Feedback

trapstar | On DHgate | In this Store

Hi, [redacted] My DHgate | 6 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Share to be partner | Similar Items

# Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma316Q

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF Claim

Options: 01-PINK More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options

Estimated delivery time: May. 23 and Jun. 20

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

2 in 1 Electric Comb Straightener wand Hair Curling
US $10.41 - 26.03 / Piece
$2 OFF $50+

8148 Magic Metal Hair Clipper Electric Razor Men Steel Head
US $33.20 - 50.72 / Piece
$3 OFF $49+

Hair Clippers Professional Digital LCD Display Adjustable
US $15.80 - 19.81 / Piece

Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece

Longmada Glowcore Quart Boiler Primary Wax Heater
US $9.17 - 13.66 / Piece
$7 OFF $159+

men electric shaver razor Type-C USB rechargeable 3 blades
US $34.37 - 43.11 / Piece
$2 OFF $50+

## Customers Often Bought With

**BAILI Upgrade Wet Shaving S...**
US $6.56 - 34.29 / Piece


**Crystal Rhinestone Plated Hai...**
US $31.12 - 32.76 / Piece
$2 OFF $50+

**MINGSHI Full Zinc Alloy Safety...**
US $5.53 - 11.86 / Piece
$2 OFF $50+


**Kemei 7 in 1 Electric Shavers R...**
US $24.28 - 28.64 / Piece
$2 OFF $50+


**Backpack Rucksack Outdoor b...**
US $19.98 - 34.08 / Piece
$10 OFF $340+


**Waterproof 6 In 1 Shaver Skull...**
US $29.18 - 55.50 / Piece
$2 OFF $50+

## More Choices


**8 Heads Multi-functional Hair Curler Hair Dryer Automatic**
US $243.02 - 251.88 / Piece
$3 OFF $49+


**Generation 3rd No Fan Hair Dryer Professional Salon Tools**
US $107.04 - 127.55 / Piece
$3 OFF $49+


**Mute anti-vibration hand armor sharpener Remover Portable**
US $12.54 - 15.47 / Piece
$2 OFF $18+


**8 Heads Multi-functional Hair Curler Hair Dryer Automatic**
US $235.18 - 251.88 / Piece
$3 OFF $49+


**Oral Irrigators Dental cleaner Portable Intelligent household**
US $27.30 - 38.33 / Piece


**8 Heads Multi-functional Hair Curler Hair Dryer Automatic**
US $235.18 - 243.75 / Piece
$3 OFF $49+

---


**bttr88 Store** >


💬 Chat   👥 1

88.9% Positive Feedback

On-time Delivery Rate: 🔼

Repurchase rate: 🔽

Business Information

**Top 3 Markets**

**Store Categories**

**>Apparel**
Women's Clothing
Men's Clothing
Plus Size
Socks

**>Bags, Luggage & Accessories**
Fashion Bags
Xmas Bags Idea
Evening Bags
Sport&Outdoor Packs
Waist Bags
Cosmetic Bags & Cases
Shopping Bags
Bag Parts & Accessories
School Bags
Other Bags
Bag Organizer
Functional Bags
Briefcases

**>Bags, Shoes & Accs**
Women's Accessories
Men's Bags
Men's Accessories

**>Fashion Collection**
Accessories
Hats & Caps
Baseball Caps
Jewelry
Sunglasses

| Item Description | Company Overview | | Report Item |

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Vibration: | 6000RPM |
| Commodity Quality Certification: | ce |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 845836332 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



>Baby, Kids & Maternity
Baby & Kids Clothing
Accessories
Nursery Store
Baby Safety & Gear

All Store Items on Sale Now

Go to Store >

More items from this Store



US $27.73 - 33.04 / Piece



US $23.36 - 39.13 / Piece



US $32.98 - 39.30 / Piece



US $50.33 - 59.97 / Piece



US $6.95 - 13.57 / Piece



### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicon cleansing instrument

Product number： NJMY−036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



US $12.24 - 15.78 / Piece

View all 4249 items

charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blue

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin

High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

## Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green





 USB Rechargeable

 The standby is up to 90 days

 IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



② **Rough**
For oily skin, like T zone

③ **Regular**
For normal skin

① **Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand     VS     Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

**----Because orange is similar to human skin**



**Washed by hand**



**Washed by brush**

**03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools**

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch

# Product Pictures





**SUPER COOL**

WASHING MACHINE

JMY04 JMY16

Less Description ^

Sponsored Products You May be Interested In More Choice 我也要出现在这里



8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece



Soap Dispenser Touchless Automatic Liquid Foam Hands-
US $19.77 - 24.04 / Piece



Automatic Soap Dispenser Touchless Liquid Pump
US $12.33 - 14.99 / Piece



Lint Remover 8w USB rechargeable Clothes fuzz
US $6.62 - 11.26 / Piece



2Pcs Set Comb Wide Tooth For Detangling Hairdressing Rake
US $49.25 - 58.69 / Set



8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece

Similar Items



Personal Care Led Near Infrared Red Light Laser Lipo
US $9.16 - 109.13 / Piece



1000W Professional Hair Dryer Brush 2 In 1 Hairs Straightener
US $33.06 - 44.77 / Piece
$2 OFF $50+



men electric shaver razor Type-C USB rechargeable 3 blades
US $34.37 - 43.11 / Piece
$2 OFF $50+



2 in 1 Electric Comb Straightener wand Hair Curling
US $10.41 - 26.03 / Piece
$2 OFF $50+



Body Detox Machine Ion Foot Massagers Array Music
US $213.32 - 270.43 / Piece



T9 Hair Trimmer Barber Hair Clipper Cordless Cutting
US $10.50 - 20.88 / Piece
$2 OFF $25+

Related Keywords



skin care oily



whitening skin care



collagen skin care mask



foot care tools



digital facial skin analyzer

You May Also Like











Nano spray water replenishing evaporator instrument Face moisturizing

US $31.84 - 37.95 / Piece

`$2 OFF $50+`

5 in 1 homeuse facials Cleaning brush scrubber Multifunction Electric Face

US $4.15 - 5.00 / Piece

Electric Face Scrubbers 1 Cleansing Brush Silicone Rotating Cleaner Deep

US $25.24 - 31.37 / Piece

`$2 OFF $50+`

Electric Face Scrubbers blackhead suction device charging acne removal pore

US $17.79 - 21.80 / Piece

Electric Face Scrubbers Remover Nose Clean tool Mini Handheld Blackhead

US $12.08 - 13.18 / Piece



RF EMS LED Facial Oxygen Injection Machine Microcurrent Face Lifting Red

US $25.25 - 30.09 / Piece

`$2 OFF $50+`

[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers Machine

US $20.14 - 23.99 / Piece

`$2 OFF $25+`

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

`$2 OFF $50+`



Mini Electric Facial Scrubbers Cleansing Brush Device Silicone Sonic Face Cleaner

US $4.53 - 6.42 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

`$2 OFF $50+`



Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

`$2 OFF $50+`

Evening Bags Top quality handbags garden bag New layer cowhide tote bags

US $116.29 - 137.19 / Piece

`$2 OFF $25+`

New OBD2 Scanner ELM327 Car Diagnostic Detector Code Reader Tool

US $4.14 - 6.07 / Piece



Plus Size Dresses Sexy Short Daring Ladies Summer In Tank Top Dress

US $35.12 - 36.78 / Piece



Plus Size Dresses Women Summer Mini Dress 2023 V-neck Short-sleeved High

US $35.15 - 36.82 / Piece



Women's Summer New Sleeveless Striped Flowy Casual Long Maxi Dress With

US $38.34 - 40.15 / Piece



Designers Women Clothes tracksuits 2023 solid color double waistcoat shorts

US $31.04 - 32.51 / Piece



fall winter clothing women tracksuits jogger suit long sleeve outfits jacketpants

US $43.22 - 45.27 / Lot



Excellent Princess Girls Sandals Kids Shoes for Dress Little High Heel Fashion

US $27.57 - 33.89 / Pair

`$2 OFF $20+`



Women tracksuits for summer sport suits Designers Clothes 2023 fashion solid

US $36.44 - 38.16 / Piece



Sax Player Musician Bust Figurine Resin Vintage Gift and Craft Ornament Home

US $39.80 - 47.43 / Piece

`$2 OFF $50+`




S-SHAPE 40K Ultrasound Cavitation Slimming Machine Facial Lifting Skin

US $501.53 - 525.54 / Piece

`$25 OFF $499+`



Highest Design Perfume Woman Men Super Cedar Blanche Rose Of No Man'S

US $20.31 - 95.81 / Set



New Clear Acrylic Rose Flower Box With Drawer Makeup Organizer Valentine's

US $24.77 - 42.29 / Piece






 

WOJIAER Natural Abalone Shell Pearl Heart Shaped Beads Dangle Hook

US $2.41 - 2.87 / Pair

$2 OFF $30+

Evening Bags Women Classic Shoulder Bag Handbag Purse Leather Canvas

US $120.94 - 142.66 / Piece

$2 OFF $25+
$59 Save $4

Luxury Brand Men's Sneakers Spring Summer Men's Colorful Sports

US $83.92 - 103.17 / Piece

$2 OFF $25+
$59 Save $4

2022 2023 Soccer Jerseys World Cup Football Shirts Belgique national team 22

US $12.99 - 17.69 / Piece

$2 OFF $25+

2022 Men's T-Shirts Tees Polos designer T-Shirt round neck casual short sleeve

US $0.04 - 32.30 / Piece

$2 OFF $25+

    

Exquisite Small Fashionable And Simple INS Gold Earrings Water Drop Status

US $19.71 - 23.48 / Piece

Evening Bags Crossbody Bags Crossbody Handbags Luxury Brand Fashion

US $66.49 - 78.43 / Piece

$59 Save $4

Double Bass Statue Famous Music Figure Resin Craftwork Office Show Window

US $36.19 - 43.12 / Piece

linda's store Children Jerseys black Long Jersey race bicycle slim cycling clothes

US $122.62 - 139.43 / Piece

Cotton Underwear Summer Jerseys Baby & Kids Clothing Vest Sports Undershirts

US $60.31 - 68.58 / Piece



Wedding Rings Luxury Female Big Cross Ring Yellow Gold Silver Color

US $12.75 - 16.34 / Lot

$3 OFF $49+

More ⌄

## New Arrival skin care tools

     

Dr Pen Hydra Pen H3 Microneedling Pen Automatic
US $94.42 - 119.77 / Piece

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart
US $37.64 - 44.85 / Piece

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart
US $37.64 - 44.85 / Piece

Spot goods Dr.pen M7-C Ultima M7 Professional Set Wired
US $51.20 - 74.59 / Piece

5in 1 Facial RF Radio LED Skin Tightening Photon Device Anti
US $49.99 - 69.38 / Piece

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart
US $37.64 - 44.85 / Piece

Not. ▬▬▬▬ Sign out

Listed on 02/03/2023

Bookmark & Share             



Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License  京ICP备16060083号-9

Chat



### DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection    GeoTrust

(United States)
Palm beach, Florida, United States, 33480                    Change

## Summary

[                    ]    Apply

Item Subtotal(1 items):                US $39.30
Shipping Cost:                         US $0.00
Discounts:                            -US $1.00

Grand Total:                          US $38.30

**Pay now**

◂ Back to Cart

## Review & Confirm Your Order

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: bttr88

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options: 01-PINK.
US $39.30 / Piece          1          Piece          US $39.30          China Post SAL
                                                    **Free Shipping**
                                                    Estimated delivery time:
                                                    May 23 and Jun 20

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

                                                    US $1 DHcoupon

                                        Item Subtotal:     US $39.30
                                        Shipping Cost:     US $0.00
                                        DHcoupon:         -US $1
                                        **Order Total:**   **US $38.30**

Buyer Protection        Secure Payment        Return Policy        Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.



DHgate.com Buy Globally · Sell Globally  Hello, [redacted] ( 100 ) Sign out | My DHgate | Help | English

LOGO Factory

Bttr88

Add To Favorite Stores ( 1 )

88.9% Positive Feedback 63 Transactions

Online Chat

Share  Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma316Q

**Store Categories**

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma316Q

Sort by: Bestselling  Price  Best Match  Price: $ 0 - $ 0 Go  Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 94

Marketplace: DHGate

Seller Name: buirnce










SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Go to Cart

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate
buirnce Store Chat
100.0% Positive Feedback

designer bag | On DHgate | In this Store

Hi, [redacted]
My DHgate
0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2397

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:
Enjoy fast refund service if your first order exceeds Promised Dispatch Date.
New Buyer DHcoupon Pack $23 OFF Claim

Options: 01-BLUE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jul. 1

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece
$2 OFF $50+

Electric Shaver For Man Stainless Steel Shaving Machine
US $41.69 - 56.07 / Piece
$2 OFF $50+

Hair Curlers Straighteners LISAPRO Dual Voltage Air Brush
US $56.36 - 67.15 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece

Steamers Cleaning Cleaner Beauty Face Steaming Device
US $33.30 - 39.68 / Piece
$2 OFF $50+

Electric Hair Curle Dryer Straightene
US $27.87 - 33.22

## Customers Often Bought With

Handbags Designer Luxury B...
US $79.59 - 91.42 / Piece

500ML Waxing Heater Warme...
US $13.58 - 24.65 / Piece

new Designer Bags Shoulder ...
US $312.57 - 323.96 / Piece

Designers bags Cosmetic Bag ...
US $312.57 - 323.96 / Piece

Kemei 5 in 1 Electric Shaver M...
US $34.69 - 44.38 / Piece
$2 OFF $50+

LL Bags Women ...
US $18.97 - 23.45
$10 OFF $330+

## More Choices








Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$10 OFF $199+

50%off Oral Irrigators Hand Held Electric Tooth Punch
US $41.20 - 49.10 / Piece

8 Heads Multi Function Hair Curler Hair Dryer Automatic
US $53.14 - 63.32 / Piece

5 In 1 4D Men's Rechargeable Bald Head Electric Shaver 5
US $44.38 - 52.88 / Piece

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece
$10 OFF $199+

Generation 3rd No N...
US $107.04 - 127.
$10 OFF $199+

---

### buirnce Store ›

 Chat  5

100.0% Positive Feedback

On-time Delivery Rate: ↑

Repurchase rate: ↓

Business Information

**Top 3 Markets**

**Store Categories**

>Bags, Luggage & Accessories
  Xmas Bags Idea
  Sport&Outdoor Packs
  Wallets & Holders
  Waist Bags
  Shopping Bags
  Evening Bags
  Bag Parts & Accessories
  School Bags
  Cosmetic Bags & Cases
  Other Bags
  Bag Organizer
  Functional Bags
  Briefcases

>Bags, Shoes & Accs
  Men's Bags
  Men's Accessories
  Women's Accessories
  Women's Shoes
  Men's Shoes

>Fashion Accessories
  Sunglasses
  Hats, Scarves & Gloves
  Fashion Gloves
  Eyewear & Accessories
  Fashion Sunglasses Frames

>Household Appliances
  Personal Care
  Home Theater

| Item Description | Company Overview | | Report Item |
|---|---|---|---|

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Vibration: | 6000RPM |
| Commodity Quality Certification: | ce |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 857679022 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



>Sports & Outdoors
Snow Sports
Fitness Supplies
Camping & Hiking
Athletic & Outdoor Accs

**All Store Items on Sale Now**

Go to Store >

**More items from this Store**



US $78.53 - 99.20 / Piece



US $35.02 - 46.21 / Piece



US $16.96 - 29.53 / Piece



US $29.30 - 48.51 / Piece



US $27.73 - 33.04 / Piece



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your sk soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent sili
cleansing instrume

Product number： NJMY-03(

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB



charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regu
For normal

High frequency sound

Buy 2 get 1% off

US $50.33 - 59.97 / Piece

View all 6307 items

wave vibration
6000rmp per minute
Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clean Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and eleg shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green





  

USB Rechargeable   The standby is up to 90 days   IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



② Rough
For oily skin, like T zone

③ Regular
For normal skin

① Fine
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand



Washing by our brush

## PRODUCT PARAMETERS



| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

Your cart is empty

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



Thickness: 3 cm or 1.18 inches



**Brush head lengthened**

**Удлиненная щетка**

Dead zone
Мертвая зона

Cleansing area
Очищающая область

Massage area
Массажная зона

3 zones for different types of skin



② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin



☑ Remove dirt & oil

☑Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles

8CM/3.15inch



8CM/3.15inch

# Product Pictures





SUPER COOL

WASHING MACHINE

JMY04 JMY16

Less Description ⌃

## Sponsored Products You May be Interested In More Choice   我也要出现在这里

     

| for Salon Tools Hair Dryer Sealed Package 5 Colors HD08 | Top Quality Hair Curler Professional Salon Tools EU US | Andis Profoil Lithium Titanium-ION Cord Cordless Foil Shaver | HD08 Super High Speed Vacuum Hair Dryer US UK EU | 10%OFF 2022 Multi-function hair curlerS hairdryer 12 | Professional Salon Tool 3rd Generati |
| US $155.28 - 185.03 / Piece | US $205.71 - 245.13 / Piece | US $59.01 - 70.32 / Piece | US $144.93 - 172.70 / Piece | US $277.42 - 287.53 / Piece | US $154.10 - 183. |

## Similar Items

       

| Gold Hair Trimmer Men Professional Barber Shop Hair | Longmada Motar III Wax Heater Replaceable of Quartz | Platinum Straightener Ceramic Flat Iron Professional Hair | Longmada Motar II Wax Heater Replaceable of Quartz Bucket | Original Longmada Motar III Portable Wax Heater Pen | Longmada Mr Ba 510 Thread Starte |
| US $22.70 - 40.75 / Piece | US $17.43 - 25.02 / Piece | US $56.53 - 71.10 / Piece | US $15.85 - 22.75 / Piece | US $26.73 - 39.81 / Piece | US $12.18 - 17.64 |
| | $5 OFF $99+ | $2 OFF $50+ | $5 OFF $99+ | $5 OFF $99+ | $5 OFF $99+ |

## Related Keywords

    

| firming skin care | portable radio frequency skin | skin care tips | foot care tools | digital facial skin analyzer |

## You May Also Like

    

Buy 2 get 1% off

Buy 2 get 1% off

V Face Massager LED Pon Light
Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+

Ultrasonic Deep Face Cleaning
Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

Blackhead Remover Pore Vacuum
Blackhead Vacuum Extraction

US $22.85 - 30.25 / Piece

Micro electric rechargeable
Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+

V Face Massager LED Pon Light
Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+



V Face Massager LED Pon Light
Therapy EMS Facial Lifting Face
Buy 2 get 1% off

US $50.33 - 59.97 / Piece

TM-MD004 110-220V Diamond
Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

Skin Care Tools Electric Face Scrubbers
Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

$2 OFF $50+

SC005 24khz ultrasonic sonic facial
face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

Skin Care Tools Electric Face Scrubbers
Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

V Face Massager LED Pon Light
Therapy EMS Facial Lifting Face
Buy 2 get 1% off

US $50.33 - 59.97 / Piece

Ultrasonic Deep Face Cleaning
Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece






Ultrasonic Facial Massager 7 Colors
Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

Ultrasonic Facial Massager 7 Colors
Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece



Skin Care Tools Electric Face Scrubbers
Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

Xiaomi Inface Rf Beauty Instrument V
Face Facial Beauty Pen Facial

US $301.50 - 312.49 / Piece

Makeup Mirror 5X Magnifying Mirrors
LED Lighted Touch Screen Vanity

US $51.24 - 61.06 / Piece

Per $100 Save $10

Electric Face Scrubbers Laser Epilator
Permanent IPL Photoepilator Hair

US $120.23 - 143.28 / Piece

Per $100 Save $10

Ultrasonic Deep Face Cleaning
Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

$2 OFF $50+

[EU InStock] KONKA Facial Steamer
Nano Ionic Face Steamers Scrubbers

US $23.72 - 28.27 / Piece

Silicone Facial Cleanser Waterproof
scrubber Rechargeable Face Brush

US $16.69 - 24.85 / Piece

$2 OFF $25+

Beauty Stick 24K Electric Face
Scrubbers Slimming Golden Stick T-

US $3.67 - 4.24 / Piece

$2 OFF $25+

Electric Face Scrubbers 5 Modes
Silicone Cleansing Brush Clean Device

US $26.04 - 34.38 / Piece

$2 OFF $50+

MD005 shipment Blackhead Vacuum
Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

$2 OFF $50+

Electric Face Scrubbers Cleansing
Brush with 4 Cleaning Heads

US $33.38 - 39.77 / Piece

$2 OFF $50+












SC005 24khz ultrasonic sonic facial
face skin scrubber for face peeling

women's suit 2023 pants autumn long
sleeve round neck loose casual color

Summer 2023 Casual Shorts Suits
Women Tracksuits 2 Piece Set Outfits

Brand new 8.8inch Glass for BMW X5
NBT L7 CID High F30 F31 Car VIDEO

Elbow Knee Pads Sports Safety Sports
Men's Compression Knee Brace Elastic

US $14.99 - 25.08 / Piece     US $14.32 - 19.99 / Piece     US $39.08 - 40.93 / Lot     US $30.96 - 40.00 / Piece     US $1.39 - 7.89 / Piece

$2 OFF $50+                    $2 OFF $28+
Per $106 Save $6



Evening Bags Bucket Bag Closed-toe Layer Cowhide Food Basket Tote All-

3 Sets of Alice A5501 Headless Electric Guitar Strings Double Ball End 1st-6th

Parts Motorcycle Motorcross Handlebar Handguards Hand Guards

Motorcycle Half Helmets Personali Bicycle Riding Lovely Strawberry

Innokin iClear 30S Dual Coil Heads the wooden wick I Clear 30 S Atomizer

US $84.15 - 99.27 / Piece     US $8.55 - 10.18 / Lot     US $31.95 - 38.07 / Set     US $72.19 - 82.09 / Piece     US $1.01 - 1.12 / Piece

$2 OFF $25+          $2 OFF $50+     $3 OFF $49+



6ml Water-based Nail Polish Children Pregnant Women Available Nail

US $17.75 - 23.50 / Lot

$2 OFF $50+

More ⌄

## New Arrival skin care tools













Face Massager ANLAN Neck Face Beauty Device

US $18.75 - 22.13/ Piece

Face Massager HSKOU Neck and Face Beauty Equipment 3-

US $16.74 - 24.90/ Piece

Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl

US $22.56 - 26.18/ Lot

Organization Bath Brush Rub Back Body Skin Care Tool On

US $16.65 - 21.11/ Piece

Other Bath Toilet Supplies Plastic Shower Feet Massage

US $8.77 - 9.98/ Piece

Face Massager N Beauty Device 3 c

US $13.19 - 15.56

Not , ██████ Sign out

Listed on 11/04/2023

Bookmark & Share              

             

French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9



**Buy Now**

(United States)

Boca Raton, Florida, United States, 33433

Change

**Payment Method**   100% Secure Payment

**Pay with a Card**

Pay with a New Card

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: buirnce | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-BLUE US $39.30 / Piece   [ - ] 1 [ + ]   Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jul 1 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

Item Subtotal:   US $39.30
Shipping Cost:   US $0.00
DHcoupon:   -US $1
**Order Total:**   **US $38.30**

**Summary**

Enter code here   Apply

Item Subtotal(1 items):   US $39.30
Shipping Cost:   US $0.00
Discounts:   -US $1.00

Grand Total:   **US $38.30**

**Pay now**

‹ Back to Cart

Buyer Protection   Secure Payment   Return Policy   Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.



DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 114 ) Sign out | My DHgate | Help | English

LOGO Factory

Buirnce

Add To Favorite Stores ( 5 )

100.0% Positive Feedback 13 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2397

## Store Categories

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2397

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 95

Marketplace: DHGate

Seller Name: bvbcuw



SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate bvbcuw Store Chat
100.0% Positive Feedback
trapstar On DHgate In this Store
Join / Sign in My DHgate Cart 1

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma310g

**US $32.98 - 39.3** / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack $25 OFF DHcoupon $23 OFF This Store Only $2 OFF Claim

Store Coupon Save $2

Options: 02-ROSE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: May. 31 and Jun. 23

Total cost: **$39.3**

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

8148 Magic Metal Hair Clipper Electric Razor Electric Push
US $56.55 - 58.30 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.82 - 16.07 / Piece
$2 OFF $50+

Epacket KM-1409 Carbon Steel Men Beard Shaver Head Hair
US $16.09 - 19.17 / Piece
$2 OFF $50+

3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer
US $8.11 - 10.50 / Piece
$5 OFF $99+

Abdominal Muscle Training Stimulator Device Wireless EMS
US $13.48 - 21.42 / Piece
$2 OFF $50+

KEMEI KM-1407 Multifunctional Hair Trimmer Rechargeable
US $17.69 - 27.07 / Piece
$2 OFF $50+

## Customers Often Bought With










Designers bags Cosmetic Bag ...
US $190.96 - 217.15 / Piece

2021s Brand MINI Men off Yel...
US $49.49 - 59.24 / Piece

Electric Shaver 5 Heads Floati...
US $20.46 - 24.13 / Piece
$2 OFF $50+

The North F Backpack Boys & ...
US $19.46 - 24.05 / Piece
$10 OFF $340+

Portable Wireless Automatic C...
US $29.37 - 69.30 / Piece
$2 OFF $50+

90L Travel Bag Camping Back...
US $12.46 - 14.16 / Piece

## More Choices








electric shaver for men beard
electric razor facial body
US $150.48 - 162.46 / Piece
$8 OFF $150+

Xiaomi Mi Enchen Boost USB
Electric Hair Clipper Two Speed
US $10.36 - 12.34 / Piece

cord cordless hair clipper
barber machine professional
US $475.90 - 508.50 / Piece
$8 OFF $150+

50%off Oral Irrigators Hand
Held Electric Tooth Punch
US $41.20 - 49.10 / Piece

Andis Profoil Lithium Titanium-
ION Cord Cordless Foil Shaver
US $59.01 - 70.32 / Piece

Electric Hair Dryer 5 in 1 Hair
Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece
$2 OFF $25+

---

bvbcuw Store  >


💬 Chat    2

100.0% Positive Feedback

On-time Delivery Rate:    🔻
Response Time:    🔻
Repurchase rate:    🔻

Business Information

**Top 3 Markets**

**Store Categories**

>Bags, Shoes & Accs
 Women's Accessories
 Women's Bags
 Men's Bags
 Men's Shoes
>Fashion Accessories
 Keychains & Lanyards
 Belts & Accessories
>Health & Beauty
 Other Health & Beauty Items
 Sexy Underwear
 Oral Hygiene
 Skin Care Tools & Devices
 Home Beauty Instrument
 Bath & Body
 Makeup
>Bags, Luggage & Accessories
 Xmas Bags Idea
 Wallets & Holders
 Evening Bags
 Shopping Bags
 Sport&Outdoor Packs
 School Bags
 Waist Bags
 Cosmetic Bags & Cases
 Bag Parts & Accessories
 Briefcases
 Other Bags

| **Item Description** | Company Overview | | Report Item |
|---|---|---|---|

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Commodity Quality | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 848758569 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



5 intensity adjustments



Luggages
Bag Organizer
>Watches
Unisex Watches
Men's Watches
Mechanical Wristwatches

All Store Items on Sale Now

Get up to $330 Store Coupon

Go to Store >

More items from this Store

US $78.53 - 99.20 / Piece

Buy 2 get 1% off

US $50.33 - 59.97 / Piece

US $6.95 - 13.57 / Piece

US $29.30 - 48.51 / Piece

US $12.24 - 15.78 / Piece

## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow







Product Name: Net transparent silicon cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



US $35.02 - 46.21 / Piece

View all 9052 items

charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blue

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin

High frequency sound







**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

## Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







**USB Rechargeable**



**The standby is up to 90 days**



**IPX 7 Waterproof**

## IPX 7 Waterproof Design



## 3 zones for different types of skin



**① Fine**
For sensitive skin

**② Rough**
For oily skin, like T zone

**③ Regular**
For normal skin



## Brush Head Lengthened
### Deep Cleaning






Washing by hand          Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material :  ABS + silicone | | Power Supply :  DC 3.7V | |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level :  IPX7 | | Charging Method :   USB Charging | |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

## ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch

# Product Pictures





**SUPER COOL**

# WASHING MACHINE

JMY04 JMY16

Less Description ⌃

Sponsored Products You May be Interested In More Choice   我也要出现在这里


No Fan Super Hair Dryer Professional Salon Tools Blower
US $143.89 - 171.46 / Piece


for HD03 US UK EU Plug Fanless Vacuum Hair Dryer 3rd
US $158.80 - 189.23 / Piece


Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $46.10 - 54.93 / Piece


Powerful Rechargeable Shaver Shaper barber foil electric
US $27.37 - 32.61 / Piece


Top Quality Hair Curler Professional Salon Tools EU US
US $205.71 - 245.13 / Piece


8 Heads Hair Curler Dark Blue Multi-function Hair Styling
US $206.84 - 251.50 / Piece

Similar Items


Electric Hair Caps Hat Salon Spa Steamer Thermal Treatment
US $9.85 - 11.74 / Piece
$4 OFF $69+


Combination Sex Toy Silicone Prostate Massager Anal Plug
US $2.31 - 22.82 / Piece
$2 OFF $50+


100 200 300 500g 0.01 0.1g Mini Digital Scales High
US $3.39 - 5.56 / Piece
$10 OFF $300+


Longmada Motar II Wax Heater Replaceable of Quartz Bucket
US $15.85 - 22.75 / Piece
$5 OFF $99+


Longmada Ceramic Hot Knife Wax Heater Heating Tip Coil
US $8.68 - 12.17 / Lot
$5 OFF $99+


Original Longmada Motar III Portable Wax Heater Pen
US $26.73 - 39.81 / Piece
$5 OFF $99+

Related Keywords


skin care oily


whitening skin care


collagen skin care mask


foot care tools


digital facial skin analyzer

You May Also Like








Buy 2 get 1% off



MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece
$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece
$2 OFF $50+





V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+



Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece
$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece



Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece



TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece
$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece
$2 OFF $50+



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece
$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece
$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $75.40 - 95.25 / Piece

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece
$2 OFF $50+

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning Pore

US $40.47 - 48.23 / Piece
$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece













Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

Ultrasonic Face Pore Cleanser Skin Scrubber Blackhead Acne Removal Face

US $14.17 - 21.14 / Piece

$1 OFF $50+

Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-Shaped Facial

US $3.71 - 4.28 / Piece

$1 OFF $50+



Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

$2 OFF $50+

RF EMS LED Facial Oxygen Injection Machine Microcurrent Face Lifting Red

US $25.25 - 30.09 / Piece

$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

$2 OFF $50+



[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers Machine

US $23.72 - 28.27 / Piece

$3 OFF $49+

More ⌄

## New Arrival skin care tools







Organization 2022 Super Soft Exfoliating Bath Sponge Body
US $10.32 - 13.08/ Piece

Makeup Brushes 1pcs Silicone Mask Brush Double-Ended Soft
US $17.54 - 22.44/ Lot

Slimming Machine Home Use Mini Hifu Face Lifting Skin
US $149.68 - 261.41/ Piece

Beauty Nano Face Steamer Facial Kit Skin Care Tool Set,
US $45.01 - 53.63/ Piece

Baking Pastry Tools Ice Roller for Face and Eye Silicone Mold
US $4.22 - 5.54/ Piece

Organization 2022 Super Soft Exfoliating Bath Sponge Body
US $10.32 - 13.08/ Piece

🎀 $25 For New User

Join Free

See personalized recommendations , Sign in

Listed on 10/03/2023

Bookmark & Share
          



Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License    京ICP备16060083号-9

Chat





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)

[redacted] Palm beach, Florida, United States, 33480

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: bvbcuw | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 23 |

Add remark to seller

Please add remark(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally
Join Free | Sign in | My DHgate | Help | English

LOGO Factory

Bvbcuw

Add To Favorite Stores ( 2 )

100.0% Positive Feedback 30 Transactions

Online Chat

Share | Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma310g

**Store Categories**

- Household Appliances (1)

App Coupon Issued/Total:12/99,999
$11 OFF $330+
Code:FOBASK47BDBEACTUUSAE
Get Now

Store Coupon Issued/Total:5/99,999
$10 OFF $330+
Code:FR2LJINBZ3GGFTDMMA7C
Get Now

App Coupon Issued/Total:24/99,999
$5 OFF $100+
Code:ILGXH21JMHJR1HSVG9IR
Get Now

Show More

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma310g

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...
Ships out within 10 business days

US $32.98 - 39.30 / Piece
Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 96

Marketplace: DHGate

Seller Name: bvvfcf

SPRING HIGH-TECH SALE ELECTRONIC GADGETS SAVE UP TO 70%   shop now ▶

**DHgate**

bvvfcf Store 💬 Chat ⌄
100.0% Positive Feedback

wallet      On DHgate | In this Store

Hi,
My DHgate ⌄   🛒 0 Cart ⌄

New Buyer Coupons! $ | Buyer Protection | Customer Service ⌄ | 📍 United States / USD ⌄ | 🌐 English ⌄

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma341Y

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:   ⓘ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF   Claim

Options:   ◯ 01-BLUE ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ ⬤   More+
⬤

Similar Items

Quantity:   − 1 + Piece   Maximum 50 Piece(s)

Shipping:   **Free Shipping** to United States Via China Post SAL   More Options ⌄
Estimated delivery time: May. 20 and Jun. 12

Total cost:   **$39.3** ⓘ

Buy it Now | Add to Cart | ♡ ⌄

Buyer Protection:   🛡 Return Policy   🛡 Refund for No Delivery   🛡 Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought



28cm er Huge Dildos Soft Big Dildo Suction Cup Realistic
US $66.89 - 79.70 / Piece
$50 OFF $2 +

Lovely Cartoon Hand Warm Water Bottle Mini Hot Water
US $5.03 - 5.99 / Piece
$500 OFF $5 +

Oximetry refers to the clip-on household measuring blood
US $3.77 - 9.97 / Piece
$50 OFF $2 +

Replacement Toothbrush Heads Fit For Xiaomi SOOCAS
US $9.43 - 11.23 / Piece

Hair Clippers Trimmer Clipper Professional Baldheaded For
US $19.62 - 25.87 / Piece

Heating Pad, Electric Heat Pad for Back Pain and Cramps Relief
US $23.11 - 46.70 / Piece

## Customers Often Bought With

      








Solid Color Wool Flat Bottom ...
US $59.30 - 70.66 / Pair

Outdoor Bags Tactical Pouch ...
US $11.75 - 13.37 / Piece
$49 OFF $3 ↓

Electri Epilator Folding Laser ...
US $34.60 - 43.32 / Piece
$50 OFF $2 ↓

High quality Women designer...
US $15.68 - 30.18 / Piece
$69 OFF $4 ↓

2023 Blazer Mid 77 Vintage Ju...
US $36.59 - 43.60 / Piece
$335 OFF $17 ↓
$130 Save $2

800tc Egyptian Cotton Luxury ...
US $133.51 - 261.34 / Piece
$25 OFF $2 ↓

## More Choices








Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$49 OFF $3 ↓

Mini Electronic Pocket Scales 200g 300g 500g 0.01g Jewelry
US $3.21 - 5.69 / Piece
$25 OFF $2 ↓

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece
$49 OFF $3 ↓

Oral Irrigators Dental cleaner Portable intelligent household
US $27.30 - 38.33 / Piece

Amazon Ultrasonic Washing Nail Instrument new home Nail
US $15.70 - 40.66 / Piece
$18 OFF $2 ↓

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece
$49 OFF $3 ↓

---



bvvfcf Store ›

💬 Chat  ✍ 5

100.0% Positive Feedback

On-time Delivery Rate:  ↓
Repurchase rate:  ↓

Business Information

Top 3 Markets

### Store Categories

›other
›watch

### All Store Items on Sale Now

Go to Store ›

### More items from this Store



US $78.53 - 99.20 / Piece



| Item Description | Company Overview | | Report Item |
| --- | --- | --- | --- |

## Specifications

| | |
| --- | --- |
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality Certification: | ce |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 845072722 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



5 intensity adjustments

US $32.98 - 39.30 / Piece



US $6.95 - 13.57 / Piece



US $35.02 - 46.21 / Piece



US $23.36 - 39.13 / Piece



Buy 2 get 1% off

US $50.33 - 59.97 / Piece

View all 8715 items

## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicor cleansing instrument

Product number： NJMY−036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB

charging / 5V, 1A

Charging time: about 1 hou

Cleaning method: body
waterproof

Product color: red / pink / blu

## 3 zones for different types of skin

② Rough

For oily skin, like T zone

① Fine

For sensitive skin

③ Regula

For normal sk



High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care







**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

## Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green






USB Rechargeable


The standby is up to 90 days


IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin

② **Rough**
For oily skin, like T zone

③ **Regular**
For normal skin

① **Fine**
For sensitive skin





# Brush Head Lengthened
## Deep Cleaning





Washing by hand          Washing by our brush



PRODUCT PARAMETERS

| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : ABS + silicone | | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch

# Product Pictures





SUPER COOL

WASHING MACHINE

JMY04 JMY16

Less Description ⌃

Sponsored Products You May be Interested In More Choice   我也要出现在这里


700ML Automatic Dispenser Sanitizer Hands-Free Soap
US $16.99 - 21.97 / Piece


New arrival Portable Professional Nail File Kit
US $11.70 - 16.60 / Piece


Automatic Soap Dispenser Touchless Liquid Pump
US $12.34 - 15.00 / Piece


8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece


1000ml Automatic Soap Dispenser Touchless Smart
US $20.05 - 25.69 / Piece


Amazon Ultrasonic Washing Nail Instrument new home Nail
US $15.70 - 40.66 / Piece

## Similar Items


Electric Comb Straightener wand Hair Curling Irons hair
US $28.99 - 38.99 / Piece
$50 OFF $2 ▪


Hair Clippers Trimmer Clipper Professional Baldheaded For
US $19.62 - 25.87 / Piece


Replacement Brush Heads For Automatic Electric Sonic
US $3.89 - 17.98 / Piece


Oximetry refers to the clip-on household measuring blood
US $3.77 - 9.97 / Piece
$50 OFF $2 ▪


Hair Curler Professional Salon Tools EU US UK Version Curling
US $250.25 - 259.38 / Piece
$10 OFF $3 ▪


Hair Curlers Straighteners Stainless Steel Hair
US $24.80 - 29.55 / Piece
$25 OFF $2 ▪

## Related Keywords


gold collagen skin care


wholesale skin care products


skin care vacuum device


foot care tools


digital facial skin analyzer

## You May Also Like


Body Braces Supports Choking Rescue Device Home CPR First


Body Braces Supports Choking Rescue Device Home CPR First


Electric Face Scrubbers 5 Modes Silicone Cleansing Brush


Body Braces Supports Practical Portable Asphyxia Rescue

Body Braces Supports Choking Rescue Device Home CPR First


Body Braces Supports Choking Rescue Device Home CPR First

US $33.20 - 37.37 / Piece
`$50 OFF $2 ←`

US $33.20 - 37.37 / Piece
`$50 OFF $2 ←`

US $26.04 - 34.38 / Piece
`$50 OFF $2 ←`

US $26.67 - 30.08 / Piece
`$50 OFF $2 ←`

US $33.20 - 37.37 / Piece
`$50 OFF $2 ←`

US $26.17 - 29.46 / Piece
`$99 OFF $5 ←`

Body Braces Supports Practical Portable Asphyxia Rescue
US $26.67 - 30.08 / Piece
`$50 OFF $2 ←`

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep
US $40.47 - 48.23 / Piece
`$50 OFF $2 ←`

Pimple Remover Deep Pore Cleaner Scrubbers Acne
US $8.09 - 12.36 / Piece
`$50 OFF $2 ←`

Pimple Remover Deep Pore Cleaner Scrubbers Acne
US $8.34 - 12.74 / Piece
`$50 OFF $2 ←`


V Face Massager LED Pon Light Therapy EMS Facial Lifting Face
US $50.33 - 59.97 / Piece
`$50 OFF $2 ←`

Ultrasonic Facial Massager 7 Colors Led Pon Skin
US $86.38 - 109.12 / Piece
`$50 OFF $2 ←`

3 in 1 Electric Cleansing Brush Facial Pore Cleaner Deep
US $54.97 - 65.50 / Piece
`$50 OFF $2 ←`


rechargeable electric shaver beard trimmer men hair
US $74.70 - 91.51 / Piece
`$50 OFF $2 ←`

MD005 shipment Blackhead Vacuum Suction Machine
US $16.96 - 29.53 / Piece
`$50 OFF $1 ←`


Electric Face Scrubbers 3D Roller Face Slimming Artifact
US $4.98 - 6.59 / Piece
`$50 OFF $1 ←`

5in1 Electric Face Scrubbers Multifunctional facial cleanser
US $4.43 - 7.79 / Piece
`$50 OFF $1 ←`

7 Colors LED Facial Mask with Neck Light Therapy Mask
US $8.15 - 64.68 / Piece
`$50 OFF $1 ←`


Body Braces Supports 1 Set Choking Rescue Device Adults
US $23.45 - 26.40 / Piece
`$69 OFF $4 ←`


4 in 1 Electric Facial Cleanser Wash Face Cleaning Machine
US $24.19 - 28.82 / Piece
`$50 OFF $1 ←`


Electric Wireless Facial Cleansing Brush Silicone Face
US $24.28 - 28.93 / Piece
`$50 OFF $2 ←`


Body Braces Supports Practical Portable Asphyxia Rescue
US $26.67 - 30.08 / Piece
`$50 OFF $2 ←`


1 Set Choking Rescue Device Adults & Children Portable First
US $19.47 - 21.92 / Piece
`$69 OFF $4 ←`

Newest Facial Exfoliating Brush Infant Baby Soft Silicone Wash
US $0.45 - 0.84 / Piece
`$50 OFF $2 ←`


Body Braces Supports Practical Portable Asphyxia Rescue
US $26.67 - 30.08 / Piece
`$50 OFF $2 ←`


Air humidifier 30 ml mini nano facial sprayer USB cleaner
US $26.98 - 32.15 / Piece
`$50 OFF $2 ←`


Body Braces Supports Practical Portable Asphyxia Rescue
US $16.86 - 19.03 / Piece
`$99 OFF $5 ←`

Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty
US $301.50 - 312.49 / Piece


Electric Face Scrubbers Remover Nose Clean tool Mini
US $12.08 - 13.18 / Piece


Body Braces Supports Practical Portable Asphyxia Rescue
US $26.67 - 30.08 / Piece
`$50 OFF $2 ←`

Digital Microdermabrasion Diamond Dermabrasion Pen
US $28.76 - 34.27 / Piece
`$50 OFF $2 ←`

5 in 1 homeuse facials Cleaning brush scrubber Multifunction
US $4.15 - 5.00 / Piece

Newest portable Body Slimming Belt 660NM 850NM
US $79.74 - 105.60 / Piece
`$999 OFF $50 ←`


Choking Rescue Device Home CPR First Aid Kitfirsfor Adult
US $24.47 - 27.54 / Piece
`$69 OFF $4 ←`


EMS Tens unit Electronic Body Slimming Pulse Massage Pain
US $13.20 - 20.58 / Piece

20pcs popular suction negative pressure electrode pads for
US $32.49 - 53.72 / Lot

More ⌄



New Arrival skin care tools








Home Beauty Instrument Neck and face beauty equipment to
US $10.55 - 12.57 / Piece

Face Massager Face Roller Cool Ice Roller Massager Skin Lifting
US $8.55 - 10.09 / Piece

Face Set For Mask Mixing Bowl Girls Facial Skin Care Tools Kit
US $24.46 - 64.66 / Lot

Face Massager 3pcs Set Resin Roller Massager for Face Body
US $5.94 - 7.01 / Piece

Face Massager Ice Gel Face Mask Anti Wrinkle Relieve
US $11.47 - 13.53 / Piece

Blue Light Plasma Pen Scar Acne Removal Machine Anti
US $127.02 - 172.00 / Piece

Not, ▓▓▓▓▓▓ Sign out

Listed on 02/03/2023

Bookmark & Share            

 Any questions or suggestions ? Please let us know.

          

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License  京ICP备16060083号-9

Chat





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change
[redacted] Boca Raton, Florida, United States, 33433 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Use promo code

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
| --- | --- | --- |
| Seller: bvvfcf | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-BLUE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 20 and Jun 12 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
| --- | --- |
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

| | |
| --- | --- |
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

GeoTrust VISA MasterCard

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 95 ) Sign out | My DHgate | Help | English | 0

Bvvfcf

Add To Favorite Stores ( 5 )

100.0% Positive Feedback 63 Transactions

Online Chat

Share

Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

clothing , Pants , Toy

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma341Y

## Store Categories

- Household Appliances (1)

## Popular Search

clothing Pants Toy shoe Glasses bag Backpack watch smart watch

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma341Y

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 97

Marketplace: DHGate

Seller Name: bxhtqb



SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Go to Cart

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate bxhtqb Store Chat
100.0% Positive Feedback

designer sunglasses | On DHgate | In this Store

Hi [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

# Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma228W

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack $25 OFF DHcoupon $23 OFF This Store Only $2 OFF Claim

Store Coupon Save $2

Options: 02-PINK More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jun. 26

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece
$2 OFF $50+

Electric Shaver For Man Stainless Steel Shaving Machine
US $41.69 - 56.07 / Piece
$2 OFF $50+

Hair Curlers Straighteners LISAPRO Dual Voltage Air Brush
US $56.36 - 67.15 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece

Steamers Cleaning Cleaner Beauty Face Steaming Device
US $33.30 - 39.68 / Piece
$2 OFF $50+

Electric Hair Curle Dryer Straightene
US $27.87 - 33.22

bxhtqb Store >
Chat 5

Item Description | Company Overview | Report Item

Specifications

100.0% Positive Feedback

On-time Delivery Rate:

Repurchase rate:

Business Information

**Top 3 Markets**

**Store Categories**

>Bags, Shoes & Accs
  Men's Accessories
  Women's Bags
  Men's Bags

>Fashion Collection
  Sunglasses
  Jewelry
  Apparel

>Fashion Accessories
  Keychains & Lanyards
  Fashion Sunglasses Frames
  Fashion Scarves & Wraps
  Xmas Accessories Idea
  Hats, Scarves & Gloves

>Health & Beauty
  Other Health & Beauty Items
  Sexy Underwear
  Oral Hygiene
  Skin Care Tools & Devices
  Home Beauty Instrument
  Bath & Body
  Mini Beauty Tools

>Bags, Luggage & Accessories
  Xmas Bags Idea
  Wallets & Holders
  Shopping Bags
  Evening Bags
  Sport&Outdoor Packs
  Bag Organizer
  Cosmetic Bags & Cases
  Waist Bags
  Bag Parts & Accessories
  Briefcases
  School Bags

**All Store Items on Sale Now**

Get up to $330 Store Coupon

Go to Store >

**More items from this Store**



US $78.53 - 99.20 / Piece



US $6.95 - 13.57 / Piece

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Commodity Quality | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 856962940 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.

- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your sk soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





US $29.30 - 48.51 / Piece



US $32.98 - 39.30 / Piece



Buy 2 get 1% off

US $50.33 - 59.97 / Piece



US $12.24 - 15.78 / Piece

View all 5363 items



Product Name: Net transparent sili
cleansing instrume

Product number： NJMY-03(

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin



③ Regu
For normal

High frequency sound
wave vibration
6000rmp per minute

Deep cleansing skin care





*Support drop shipping*



**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clean Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elega shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green





Adjustable Vibration Speed

Soft     Moderate     Strong



 USB Rechargeable      The standby is up to 90 days      IPX 7 Waterproof

IPX 7 Waterproof Design



## 3 zones for different types of skin



**① Fine**
For sensitive skin

**② Rough**
For oily skin, like T zone

**③ Regular**
For normal skin

## Brush Head Lengthened
### Deep Cleaning





Washing by hand    **VS**    Washing by our brush



PRODUCT PARAMETERS

| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by  brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep

Your cart is empty

Pore Cleaner Body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co
Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin







☑ Remove dirt & oil

☑Remove black heads



☑ **Remove the acne**

☑ **Exfoliating scrub**

☑ **Shrink pores**

☑ **Reduce wrinkles**

## Product Pictures



## SUPER COOL WASHING MACHINE

JMY04 JMY16

Less Description ^

### Related Keywords


firming skin care


portable radio frequency skin


skin care tips


foot care tools


digital facial skin analyzer

### You May Also Like







Electric Face Scrubbers Laser Epilator Permanent IPL Photoepilator Hair

US $120.23 - 143.28 / Piece

Per $100 Save $10



Silicone Facial Cleanser Waterproof scrubber Rechargeable Face Brush

US $16.69 - 24.85 / Piece

$2 OFF $25+



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+

Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty Pen Facial

US $301.50 - 312.49 / Piece



Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-

US $3.67 - 4.24 / Piece

$2 OFF $25+

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

$2 OFF $50+

Face Machine Facial Massager High Frequency Facial Machine Face

US $20.94 - 24.95 / Piece

$2 OFF $50+




6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+





Electric Face Scrubbers Cleansing Brush with 4 Cleaning Heads

US $33.38 - 39.77 / Piece

$2 OFF $50+

[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers

US $23.72 - 28.27 / Piece

Electric Face Scrubbers 5 Modes Silicone Cleansing Brush Clean Device

US $26.04 - 34.38 / Piece

$2 OFF $50+



SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

$2 OFF $50+

Ultrasonic Deep Face Cleaning Machine Facial Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

$3 OFF $50+

4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7 Waterproof

US $11.33 - 13.81 / Piece

$3 OFF $49+



women's suit 2023 pants autumn long sleeve round neck loose casual color

US $14.32 - 19.99 / Piece



Brand new 8.8inch Glass for BMW X5 NBT L7 CID High F30 F31 Car VIDEO

US $30.96 - 40.00 / Piece



Parts Motorcycle Motorcross Handlebar Handguards Hand Guards

US $31.95 - 38.07 / Set

$2 OFF $50+




Summer 2023 Casual Shorts Suits Women Tracksuits 2 Piece Set Outfits

US $39.08 - 40.93 / Lot

Organization 2 PERSONS FOLDABLE BATHTUB FLAMINGO HOME SPA BATH

US $135.38 - 171.62 / Piece

$2 OFF $50+



Elbow Knee Pads Sports Safety Sports Men's Compression Knee Brace Elastic

US $1.39 - 7.89 / Piece

$2 OFF $28+
Per $100 Save $6.

Innokin iClear 30S Dual Coil Heads the wooden wick i Clear 30 S Atomizer

US $1.01 - 1.12 / Piece

$3 OFF $49+




Evening Bags Bucket Bag Closed-toe Layer Cowhide Food Basket Tote All-

US $84.15 - 99.27 / Piece

$2 OFF $25+

6ml Water-based Nail Polish Children Pregnant Women Available Nail

US $17.75 - 23.50 / Lot

$2 OFF $50+

3 Sets of Alice A5501 Headless Electric Guitar Strings Double Ball End 1st-6th

US $8.55 - 10.18 / Lot

Motorcycle Half Helmets Personali Bicycle Riding Lovely Strawberry

US $72.19 - 82.09 / Piece

$2 OFF $50+










      

4Door Car Door HingeHinge CoverSpare Tire Holder Hinge Cover

US $45.92 - 62.91 / Set

$2 OFF $50+

50 Pcs Lot Not Repeated Skateboard Stickers Male Rapper For Car Laptop

US $1.71 - 4.63 / Lot

$2 OFF $25+
$50 Save $7

New 7 Strings Hollow Jazz Electric Guitar VS Sunburst Top Musical

US $293.97 - 338.55 / Piece

2022 INS Mens Womens hoodie High Street Skeleton Palace Hoodies Hip-

US $53.30 - 65.22 / Piece

$15 OFF $299+

watch designer mens movement watches Automatic Mechanical Watch

US $70.35 - 83.84 / Piece



DHL,UPS FREE Senior Bach Silver Plated Bach Trumpet LT 1805-43 Small

US $195.98 - 233.54 / Piece

Fashion Men Leather Crossbody Shoulder Bag Top Designer Briefcase

US $33.70 - 39.75 / Piece

10 pairs mixed style women's 925 silver earring GTE58,high grade

US $2.32 - 3.96 / Pair

Fittings 1.375X24 Titanium Gr5 Extra Hexagon Sealed End Cap For Modar

US $23.57 - 28.51 / Piece

$2 OFF $25+

Flat Shoulder Glass Oil Perfume Bottles Transparent Amber Frosted

US $21.77 - 329.54 / Lot

$7 OFF $159+





Red Yellow Flame Crew Socks Lifelike Fire Socks Men Hip Hop Design Classic

US $12.14 - 13.67 / Lot

$2 OFF $50+

More ⌄

## New Arrival skin care tools

     

Organization Bath Brush Rub Back Body Skin Care Tool On

US $16.65 - 21.11 / Piece

Other Bath Toilet Supplies Plastic Shower Feet Massage

US $8.77 - 9.98 / Piece

Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl

US $22.56 - 26.18 / Lot

Spot goods M7 Dr. Pen M7-W Professional Set Wireless

US $55.28 - 78.89 / Piece

New Date 5in 1 Facial RF Radio LED Skin Tightening Photon

US $54.71 - 83.09 / Piece

Spot goods Wired Dr.pen M7-C Ultim

US $62.32 - 81.44

Not , ▇▇▇▇▇ Sign out

Listed on 07/04/2023

Bookmark & Share         

 Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Span
French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License    京ICP备16060083号-9





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change
[redacted] Boca Raton, Florida, United States, 33433 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

**Summary**

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | Rs.3,372.51 |
| Shipping Cost: | Rs.0.00 |
| Discounts: | -Rs.85.82 |
| **Grand Total:** | **Rs.3,286.70** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: bxhtqb | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-PINK Rs.3,372.51 / Piece 1 Piece | Rs.3,372.51 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jun 26 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

Rs.85 DHcoupon

| | |
|---|---|
| Item Subtotal: | Rs.3,372.51 |
| Shipping Cost: | Rs.0.00 |
| DHcoupon: | -Rs.85 |
| **Order Total:** | **Rs.3,286.70** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 114 ) Sign out | My DHgate | Help | English | 0

LOGO Factory

Bxhtqb

Add To Favorite Stores ( 5 )

100.0% Positive Feedback 10 Transactions

Online Chat

Share

Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma228W

**Store Categories**

- Household Appliances (1)

App Coupon Issued/Total:10/99,999
$11 OFF $330+
Code:UFMMLQTM4E7JHXFCNVWG
Get Now

Store Coupon Issued/Total:7/99,999
$10 OFF $330+
Code:MWVELRMW1PINDWNWYWKN
Get Now

App Coupon Issued/Total:30/99,999
$5 OFF $100+
Code:SAQV83OLHE7LHLKPCSWT
Get Now

Show More

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma228W

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 98

Marketplace: DHGate

Seller Name: ccfft

SPRING HIGH-TECH SALE  ELECTRONIC GADGETS  SAVE UP TO 70%   shop now ▶

DHgate

ccfft Store  🔲 Chat ⌄
83.3% Positive Feedback

wallet
On DHgate   In this Store

Hi
My DHgate ⌄

🛒 6 Cart ⌄

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate › Household Appliances › Personal Care › Electric Face Scrubbers › Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma311v

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

**Sale Detail:**   ⓘ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack
**$25** OFF   DHcoupon $23 OFF   This Store Only $2 OFF   **Claim**

Store Coupon Save $2 ⌄

**Options:** 🔵 🔴 🟣 🟡 🌸 🟣 02-ROSE 🎨 🌸   More+

🔴

Similar Items

**Quantity:** − 1 + Piece   Maximum 50 Piece(s)

**Shipping:** Free Shipping to United States Via China Post SAL   More Options ⌄
Estimated delivery time: May. 20 and Jun. 12

**Total cost:** **$39.3** ⓘ

| Buy it Now | Add to Cart | ♡ ⌄ |

Buyer Protection:   Ⓢ Return Policy   ⊘ Refund for No Delivery   🛡 Secure Payment

### Product Feature
- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

| 360 Degree U Shape Ultrasonic Electric Toothbrush USB | KM-1409 Carbon Steel Men Beard Shaver Head Hair | Electric shaver 4D three head floating veneer knife net | Ionic Hair Dryer Professional Strong HairDryer Barber Shop | Skin Care Tools Electric Face Scrubbers Mini Vibrator | 2022 USB Electric Hair Clippers Rechargeable Shaver Beard |
|---|---|---|---|---|---|
| US $29.63 - 35.31 / Piece | US $8.69 - 12.32 / Piece | US $27.22 - 39.92 / Piece | US $53.27 - 63.48 / Piece | US $32.98 - 39.30 / Piece | US $25.98 - 30.95 / Piece |
| $50 OFF $2 ▸ | $50 OFF $2 ▸ | $50 OFF $2 ▸ | $50 OFF $2 ▸ | $50 OFF $2 ▸ | Per $100 Save $10 |

## Customers Often Bought With

14 IN 1



| Professional Barber Cape Poly... | Epilator Professional IPL Epila... | rechargeable electric shaver b... | 9 Colors Microfiber Beach Cha... | 14 in 1 Microdermabrasion Hy... | Hair Colors natural long lastin... |
|---|---|---|---|---|---|
| US $15.24 - 19.11 / Piece | US $31.21 - 36.81 / Piece | US $74.70 - 91.51 / Piece | US $8.02 - 11.99 / Piece | US $2,768.99 - 2914.73 / Piece | US $24.23 - 28.87 / Piece |
| $50 OFF $2 ▾ | $69 OFF $4 ▾ | $50 OFF $2 ▾ | $500 OFF $8 ▾ | $499 OFF $25 ▾ | $50 OFF $2 ▾ |

## More Choices








| Generation 3rd No Fan Hair Dryer Professional Salon Tools | Mini Electronic Pocket Scales 200g 300g 500g 0.01g Jewelry | 8 Heads Multi-functional Hair Curler Hair Dryer Automatic | Generation 3rd No Fan Hair Dryer Professional Salon Tools | Oral Irrigators Dental cleaner Portable intelligent household | Mute anti-vibration hand armor sharpener Remover Portable |
|---|---|---|---|---|---|
| US $107.04 - 127.55 / Piece | US $3.21 - 5.69 / Piece | US $235.18 - 251.88 / Piece | US $107.04 - 127.55 / Piece | US $27.30 - 38.33 / Piece | US $12.54 - 15.47 / Piece |
| $49 OFF $3 ▾ | $25 OFF $2 ▾ | $49 OFF $3 ▾ | $49 OFF $3 ▾ | | $18 OFF $2 ▾ |

---

ccfft Store  ›

💬 Chat   👥 2

83.3% Positive Feedback

On-time Delivery Rate:   ↓
Repurchase rate:   ↓

Business Information

**Top 3 Markets**

**Store Categories**

>Bags, Shoes & Accs
 Men's Accessories
 Women's Bags
 Men's Bags
>Fashion Accessories
 Keychains & Lanyards
>Bags, Luggage & Accessories
 Xmas Bags Idea
 Shopping Bags
 Wallets & Holders
 Evening Bags
 Waist Bags
 Briefcases
 Sport&Outdoor Packs
 Cosmetic Bags & Cases
>Health & Beauty
 Sexy Underwear
 Other Health & Beauty Items
 Oral Hygiene
 Skin Care Tools & Devices
 Bath & Body
>Apparel
 Plus Size
 Costumes & Cosplay
 Socks
 Women's Clothing
 Men's Clothing
 Others Apparel

---

**Item Description**   Company Overview                                          Report Item

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 844675257 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



>Watches

Unisex Watches
Men's Watches
Mechanical Wristwatches
Watch Accessories

All Store Items on Sale Now

Get up to Store Coupon

Go to Store >

More items from this Store

US $12.24 - 15.78 / Piece

US $78.53 - 99.20 / Piece

US $6.95 - 13.57 / Piece

US $35.02 - 46.21 / Piece

US $6.95 - 13.57 / Piece

### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicon cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blu

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal sk

High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

## Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







USB Rechargeable



The standby is up to 90 days



IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



❷ **Rough**
For oily skin, like T zone

❸ **Regular**
For normal skin

❶ **Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand          Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : ABS + silicone | | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : IPX7 | | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

**03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools**

### Feature

· Material: Food-grade silicone + ABS · Vibration frequency: 6000rpm(max.) · Charging method: USB charging · Battery capacity: 200mAh · Color: Rose red & Pink · Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) · Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch

# Product Pictures





SUPER COOL

WASHING MACHINE

JMY04 JMY16

Less Description ∧

Sponsored Products You May be Interested In More Choice  我也要出现在这里


Oral Irrigators Dental cleaner Portable intelligent household
US $27.30 - 38.33 / Piece


For Personal Care SKIN Health Cream Wrinkle Texture Repair
US $38.60 - 57.49 / Piece


8 Heads Hair Curler Dark Blue Multi-function Hair Styling
US $206.84 - 251.50 / Piece


Soap Dispenser Touchless Automatic Liquid Foam Hands-
US $19.77 - 24.04 / Piece


Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece


2022 No Fan Hair Dryer Professional Salon Tools Blow
US $50.26 - 300.00 / Piece

Similar Items


4 in 1 Electric Facial Cleansing Brush Rechargeable
US $20.46 - 24.38 / Piece
$50 OFF $1 +


Electric Face Scrubbers LED Facial Mask Therapy 7 Colors
US $29.30 - 48.51 / Piece
$50 OFF $2 +


Electric Cosmetic instrument Beauty Micro Current SPA
US $45.41 - 57.26 / Piece
$50 OFF $2 +


Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece
$50 OFF $2 +


Electric Cosmetic instrument Beauty Micro Current SPA
US $34.13 - 43.48 / Piece
$50 OFF $1 +


Electric Face Scrubbers Facial Skin Care Neck Lift Firming
US $19.98 - 36.63 / Piece
$50 OFF $2 +

Related Keywords


gold collagen skin care


wholesale skin care products


skin care vacuum device


foot care tools


digital facial skin analyzer

You May Also Like


Smart Tv 15000 Live 40000 Vod M3U Xxx Android TV Smarters


Survival Bracelets RHINO First Aid kit Supplies for SOS


1 Set Choking Rescue Device Adults & Children Portable First


1 Set Choking Rescue Device Adults & Children Portable First


Body Braces Supports Choking Rescue Device Home CPR First


LifeVac - Choking Rescue Device Home Kit for Adult and Children

US $3.16 - 29.93 / Piece

US $48.01 - 54.05 / Set

US $23.45 - 26.40 / Piece

US $23.45 - 26.40 / Piece

US $23.94 - 26.94 / Piece

US $26.05 - 34.15 / Piece

$69 OFF $4 +

$69 OFF $4 +

$69 OFF $4 +

$30 OFF $2 +





Beach Dress Cover Ups for Women Swimsuit Cover-ups

Portable NearInfrared Therapy Device Led Arms Slimer Pads

Women's Knits Miami Beach Cover Up Rayon Ultra-Soft

NEW Fashion Women Handbags Famous Brand

Body Braces Supports XFT-120C AED Trainer Device For First Aid

Scarves Elegant Women Wedding Jackets White Black

US $9.69 - 11.98 / Piece

US $51.11 - 74.01 / Lot

US $21.90 - 28.20 / Piece

US $5.96 - 15.09 / Piece

US $111.29 - 125.28 / Piece

US $8.09 - 21.21 / Piece

$25 OFF $2 +

$69 OFF $4 +

$44 OFF $3 +

$99 OFF $5 +

$20 OFF $2 +
Per $100 Save $5



Body Braces Supports Practical Portable Asphyxia Rescue

Fashion Print Satin Long Sleeve Kimono for Women Beach

2Pc EMS Mini Electric Massager Stimulator Pain Relief Neck

Outdoor Gadgets Waterproof Emergency Survival Foil

Body Braces Supports Practical Portable Asphyxia Rescue

Tents And Shelters Emergency Tent Survival Shelter Sleeping

US $26.67 - 30.08 / Piece

US $25.89 - 32.00 / Piece

US $3.04 - 5.09 / Lot

US $0.92 - 1.05 / Piece

US $26.67 - 30.08 / Piece

US $15.37 - 17.30 / Piece

$50 OFF $2 +

$50 OFF $1 +
Per $100 Save $5

$69 OFF $4 +

$299 OFF $15 +

$50 OFF $2 +

$46 OFF $3 +





Body Braces Supports Practical Portable Asphyxia Rescue

Outdoor Gadgets 1 Set Portable First Aid Choking Device Adults

Body Braces Supports Practical Portable Asphyxia Rescue

Totes One Century Classic Designer Diana Mini Bamboo

Custom waterproof tent 36 Sqm emergency disaster

Body Braces Supports Choking Rescue Device Home CPR First

US $26.67 - 30.08 / Piece

US $28.90 - 32.53 / Piece

US $26.67 - 30.08 / Piece

US $26.74 - 33.05 / Piece

US $1,827.39 - 2030.43 / Piece

US $33.20 - 37.37 / Piece

$50 OFF $2 +

$50 OFF $2 +

$50 OFF $2 +

$25 OFF $2 +

$50 OFF $2 +

$50 OFF $2 +



Tents And Shelters 8-12 Person 460 305 215cm Large Camping

Cartoon Coffee Cup Cases With Keychain Lanyard For Airpods

7 Colors LED Facial Mask with Neck Light Therapy Mask

Digital Microdermabrasion Diamond Dermabrasion Pen

rechargeable electric shaver beard razor hair trimmer men

Electric Heating Neck Brace Cervical Vertebra Fatigue

US $717.89 - 717.89 / Piece

US $3.11 - 5.69 / Piece

US $8.15 - 64.68 / Piece

US $28.76 - 34.27 / Piece

US $65.37 - 80.29 / Piece

US $13.26 - 14.92 / Piece

$46 OFF $3 +

$50 OFF $1 +

$50 OFF $2 +

$150 OFF $8 +

$69 OFF $4 +



Tents and Shelters Gravity Water Filter System Filtration

Electric Face Scrubbers 5 Modes Silicone Cleansing Brush

Skin Care Tools Electric Face Scrubbers Mini Vibrator

Hot sell designer Shoulder Bags luxury leather handbag for

Skin Care Tools Electric Face Scrubbers Mini Vibrator

Tents And Shelters 8-12 Person 500 300CM Mongolia Yurt

US $134.50 - 239.24 / Piece

US $26.04 - 34.38 / Piece

US $32.98 - 39.30 / Piece

US $19.50 - 23.61 / Piece

US $32.98 - 39.30 / Piece

US $261.90 - 303.32 / Piece

$69 OFF $4 +

$50 OFF $2 +

$50 OFF $2 +

$39 OFF $2 +

More ⌄

New Arrival skin care tools








5 Colors mop Mini Nano Mist Sprayer Instruments steam
US $1.69 - 2.19 / Piece

Professional LED Pon Light Therapy Mask Beauty Device
US $40.71 - 58.69 / Piece

2020 Upgrade 6 in 1 Small Bubble Skin Care Tools
US $363.42 - 376.67 / Piece

Beauty Items Hyaron 2.5ml 10vials Pre filled Facial Skin
US $74.88 - 91.06 / Piece

1Pc Disposable Desinfection Accessory For Mesotherapy
US $16.56 - 29.35 / Piece

Home Beauty Instrument Kinsei microcurrent Massager face lift
US $12.93 - 40.11 / Piece

Not , ▮▮▮▮▮ Sign out

Listed on 28/02/2023

Bookmark & Share           

Any questions or suggestions ? Please let us know.



Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License    京ICP备16060083号-9

Chat





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change
[redacted] Palm beach, Florida, United States, 33480

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Use promo code

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: ccfft | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 20 and Jun 12 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 95 ) Sign out | My DHgate | Help | English

LOGO Factory

Ccfft

Add To Favorite Stores ( 2 )

83.3% Positive Feedback 52 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma311v

**Store Categories**

- Household Appliances (1)

| Store Coupon | Store Coupon | Store Coupon |
|---|---|---|
| Issued/Total:20/99,999 | Issued/Total:32/99,999 | Issued/Total:300/99,999 |
| $10 OFF $330+ | $4 OFF $100+ | $2 OFF $50+ |
| Code:9MU7WXMMM9QZS2A2LUFK | Code:R90IK19QN3GQRGRTRXIN | Code:AIL1SDBQAAWVGWTNVKCP |
| Get Now | Get Now | Get Now |

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma311v

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 99

Marketplace: DHGate

Seller Name: cffzz

SPEND & SAVE BONUS COUPON    UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service ⌄ || ⊙ United States / USD ⌄ | 🌐 English ⌄

# DHgate

**cffzz Store** 🗨 Chat ⌄
93.3% Positive Feedback

☰ | bracelet | 🔍 On DHgate | In this Store   👤 Hi ▉▉▉ My DHgate ⌄   🛒 ¹ Cart ⌄

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma269h

**US $32.98 - 39.3** / Piece

| USD ⌄ | **$39.30** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

**Sale Detail:**  ⊙ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

**New Buyer DHcoupon Pack $23 OFF**   [ Claim ]

**Options:** 🔵 🔴 🟣 🟡 🌸 🔴 🖼 🌸 **More+**
⚪

**Quantity:** [ − ] 1 [ + ] Piece    Maximum 50 Piece(s)

**Shipping:** Free Shipping to United States Via ePacket   More Options ⌄
Estimated delivery time: May. 27 and Jun. 18

[ **Buy it Now** ]  [ Add to Cart ]  ♡ ⌄

**Buyer Protection:** 🛡 Return Policy  🛡 Refund for No Delivery  🛡 Secure Payment

**Product Feature**

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought













Electric Shaver Geely JLL033 electric charging razor Men's
US $11.56 - 14.62 / Piece

Winter Hair Dryer Negative Ionic Hammer Blower Electric
US $45.65 - 54.40 / Piece

Electric Hair Dryer 3200 Professional Hair Dryer HotCold
US $10.62 - 13.71 / Piece
$2 OFF $25+

110V 220V 1800W Electric Hair Dryer Professional Blow Dryer
US $36.12 - 43.47 / Piece
$2 OFF $50+

Electric Hair Dryer Professional Power Styling Tools Blow Hot
US $18.28 - 21.78 / Piece

Oem Professional Portable Folding Blue Light Stand
US $29.68 - 35.37 / Piece

## Customers Often Bought With











Special link to my bro
Message after placing order








OG Fashion Designer Women ...
US $52.41 - 62.45 / Pair
$2 OFF $25+

Black Beige Embroidered Fabr...
US $34.97 - 41.67 / Pair
$2 OFF $25+

LL Backpacks Outdoor Bag for...
US $30.52 - 39.43 / Piece
$5 OFF $99+

Travel Bag Waterproof Large ...
US $7.54 - 13.72 / Piece

Order my best bro with drop s...
US $175.88 - 200.00 / Piece
$2 OFF $25+

Slippers 2023 Thick-soled Fec...
US $20.05 - 23.90 / Pair
$3 OFF $46+
Pre: $100 Save $2

## More Choices








Oral Irrigators Dental cleaner Portable intelligent household
US $27.30 - 38.33 / Piece

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 243.75 / Piece
$10 OFF $199+

Mute anti-vibration hand armor sharpener Remover Portable
US $12.67 - 15.63 / Piece
$2 OFF $25+

Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $3.45 - 82.05 / Piece
$2 OFF $25+

Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$10 OFF $199+

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece
$10 OFF $199+

---

| | Item Description | Company Overview | | Report Item |

cffzz Store ›

 Chat    😊 4
93.3% Positive Feedback
On-time Delivery Rate:    🔻
Response Time:    🔺
Repurchase rate:    🔻
Business Information

Top 3 Markets


Store Categories
>Bags, Shoes & Accs
  Men's Accessories
  Women's Bags
  Men's Bags
  Women's Shoes
>Fashion Accessories
  Keychains & Lanyards
  Belts & Accessories
  Hats, Scarves & Gloves
>Bags, Luggage & Accessories
  Xmas Bags Idea
  Wallets & Holders
  Shopping Bags
  Evening Bags
  School Bags
  Sport&Outdoor Packs
  Waist Bags
  Cosmetic Bags & Cases
  Briefcases
  Bag Parts & Accessories
>Health & Beauty
  Sexy Underwear
  Other Health & Beauty Items
  Oral Hygiene
  Skin Care Tools & Devices
  Home Beauty Instrument
  Bath & Body
  Makeup
>Jewelry
  Earring

### Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 852944744 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

#### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



Wedding & Engagement Jewelry
Silver Jewelry
Bracelets
Men's Jewelry

All Store Items on Sale Now

Go to Store >

More items from this Store



US $35.02 - 46.21 / Piece



US $29.30 - 48.51 / Piece



Buy 2 get 1% off

US $50.33 - 59.97 / Piece



US $78.53 - 99.20 / Piece



US $12.24 - 15.78 / Piece



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicor cleansing instrument

Product number： NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB charging / 5V, 1A



US $32.98 - 39.30 / Piece

View all 7406 items

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blu

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal sk

High frequency sound wave vibration

6000rmp per minute

Deep cleansing skin care











02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

Frequency: 100Hz · Noise: 50dB · Material: silicone · Size: 80*75*30mm · Color: rose red, pink, green






**USB Rechargeable**


**The standby is up to 90 days**


**IPX 7 Waterproof**

## IPX 7 Waterproof Design



## 3 zones for different types of skin



② **Rough**
For oily skin, like T zone

③ **Regular**
For normal skin

① **Fine**
For sensitive skin



# Brush Head Lengthened

## Deep Cleaning



 



Washing by hand    Washing by our brush



PRODUCT PARAMETERS

| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material :  ABS + silicone | | Power Supply :  DC 3.7V | |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level :  IPX7 | | Charging Method :  USB Charging | |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

**03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools**

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin













8CM/3.15inch

# Product Pictures





**SUPER COOL WASHING MACHINE**

JMY04 JMY16

Less Description ⌃

## Sponsored Products You May be Interested In More Choice  我也要出现在这里



Soap Dispenser Touchless Automatic Liquid Foam Hands-
US $19.77 - 24.04 / Piece



1000ml Intelligent Automatic Noiseless Induction Alcohol Gel
US $29.55 - 35.93 / Piece



New arrival Portable Professional Nail File Kit
US $11.82 - 16.77 / Piece



1000ml Automatic Soap Dispenser Touchless Smart
US $20.05 - 25.69 / Piece



1000ml alcohol Spray Hand disinfector Automatic induction
US $28.21 - 34.30 / Piece



Amazon Ultrasonic Washing Nail Instrument new home Nail
US $15.87 - 41.08 / Piece

## Similar Items



Portable Electric Nail Drill Machine Manicure Pedicure
US $33.67 - 40.12 / Piece



Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $98.02 - 126.95 / Piece



3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer
US $8.11 - 10.50 / Piece
$5 OFF $99+



Electric Hair Dryer Brush Blower Hot Air Styler Comb One
US $20.29 - 24.18 / Piece
$2 OFF $25+



Xiaomi Mijia Auto Induction Foaming Hand Washer Wash
US $20.95 - 27.96 / Piece



Top Quality Hair Curler Professional Salon Tools EU US
US $0.85 - 238.00 / Piece
$5 OFF $99+

## Related Keywords



skin care oily



whitening skin care



collagen skin care mask



foot care tools



digital facial skin analyzer

## You May Also Like



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double



TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne



Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face



Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $12.24 - 15.78 / Piece

US $50.33 - 59.97 / Piece

US $23.36 - 39.13 / Piece

US $78.53 - 99.20 / Piece

US $29.30 - 48.51 / Piece

`$2 OFF $50+`

`$2 OFF $50+`







Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

RF EMS LED Facial Oxygen Injection Machine Microcurrent Face Lifting Red

Ultrasonic Face Pore Cleanser Skin Scrubber Blackhead Acne Removal Face

Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-Shaped Facial

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $78.53 - 99.20 / Piece

US $25.25 - 30.09 / Piece

US $14.17 - 21.14 / Piece

US $3.67 - 4.24 / Piece

US $50.33 - 59.97 / Piece

`$2 OFF $50+`

`$1 OFF $50+`

`$2 OFF $25+`

`$2 OFF $50+`







MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers Machine

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $6.95 - 13.57 / Piece

US $29.30 - 48.51 / Piece

US $23.72 - 28.27 / Piece

US $50.33 - 59.97 / Piece

US $23.36 - 39.13 / Piece

`$2 OFF $50+`

`$2 OFF $50+`

`$3 OFF $49+`

`$2 OFF $50+`







2021 Men's San Francisco Baseball Fitted Caps SF letter gorras for men women

Messenger Women Evening Bags Female Crossbody Bags High Quality

ZXQ AGM2 AGM Bays Microoatx Server case With Motherboard Memory And

Women t shirt Summer Cartoon Printed Casual T-shirt Lady One Shoulder Top

2023 Designer Keychain Key Chain Buckle Keychains LoVers Handmade Leather

US $7.51 - 14.08 / Piece

US $117.20 - 138.25 / Piece

US $97.49 - 100.00 / Piece

US $19.65 - 20.58 / Piece

US $20.05 - 23.89 / Piece

`$10 OFF $330+`

`$2 OFF $25+`

`$2 OFF $25+`







Evening Bags 2 Pcs Shoulder Bag Women Designer Handbag Onnuk Single

Evening Bags mini size Shoulder bags Spring and Summer Diamond Lattice

Evening Bags Classic Tartan Tote Bag Cross Body Bags Shoulder Handbag

Evening Bags Luxurys Designers City malle Locks Bags Women chain Shoulder

New 2pcs 16 LEDs Tail Light Brake Reverse Light For Wrangler YJ TJ CJ CJ5 CJ7

US $42.66 - 50.32 / Piece

US $124.36 - 146.70 / Piece

US $110.15 - 129.94 / Piece

US $79.77 - 94.09 / Piece

US $7.20 - 10.55 / Lot

`$2 OFF $25+`

`$2 OFF $25+`

`$2 OFF $25+`

`$2 OFF $25+`








Evening Bags Pink sugao women and men tote bag shoulder bag high quality

US $93.90 - 110.77 / Piece

$2 OFF $25+



Evening Bags Shoulder Bucket Bags Crossbody Bag Handbags Tote Fashion

US $105.08 - 123.96 / Piece

$2 OFF $25+



Designer Watch Ceramic Bezel Crystal Stainless Steel Band Automatic

US $82.80 - 99.38 / Piece

$2 OFF $25+



44MM Chronomat Transocean Quality Watch Chronograph Quartz Movement

US $88.22 - 105.39 / Piece

Vintage Palm Mini Backpacks Leather Knapsack Louise Men Women Crossbody

US $10.04 - 39.28 / Piece



ST9 Stainless Steel Automatic Mechanical Watch Men Quality 40MM Dark Rhodium

US $77.05 - 92.22 / Piece

2023 Women men Watches- U1 Automatic Mechanical Watch 40mm

US $40.19 - 48.18 / Piece

Evening Bags Embroidery Speedy Pollow Bag Handbag Women Designer Tote

US $64.38 - 75.94 / Piece

$2 OFF $25+

New Charm Earrings Fashion Luxury Brand Designer Diamond Strawberry

US $25.13 - 29.95 / Piece

$2 OFF $25+

Luxury Evening Bags Shoulder Bags Brand Food Basket Simple Square Bucket

US $127.19 - 150.04 / Piece

$2 OFF $25+



Jumpman 1 Basketball Shoes 1s Mens Womens University Blue Heritage Panda

US $58.95 - 72.46 / Pair

$15 OFF $299+

More ⌄

## New Arrival skin care tools



‹



Face Massager Drop Link For Facial Skin Care Tool Face
US $21.44 - 25.29/ Piece



Other Skin Care Tools High Pressure no needle lip filling
US $88.80 - 113.78/ Piece



Organization 2022 Super Soft Exfoliating Bath Sponge Body
US $10.32 - 13.08/ Piece



Face Care Devices Neck Lifting Device EMS Microcurrent LED
US $14.38 - 21.28/ Piece



Other Skin Care Tools 250 Pcs Fast Express Sponge Back
US $264.69 - 279.95/ Lot

New home beauty instrument female private firming machine
US $2,186.54 - 2231.16/ Piece

›

Not. ▮▮▮▮▮▮ Sign out

Listed on 23/03/2023

Bookmark & Share

         

 Any questions or suggestions ? Please let us know.



Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License    浙ICP备16060083号-9

Chat





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33133 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: cffzz | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-PINK US $39.30 / Piece 1 Piece | US $39.30 | ePacket Free Shipping Estimated delivery time: May 27 and Jun 18 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 112 ) Sign out | My DHgate | Help | English

LOGO Factory

Cffzz

Add To Favorite Stores ( 4 )

93.3% Positive Feedback 52 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

clothing , Pants , Toy

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma269h

## Store Categories

- Household Appliances (1)

## Popular Search

clothing Pants Toy shoe Glasses bag Backpack watch smart watch

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma269h

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 100

Marketplace: DHGate

Seller Name: cfghy

SPRING HIGH-TECH SALE ELECTRONIC GADGETS SAVE UP TO 70% **shop now ▶**

New Buyer Coupons! $ | Buyer Protection | Customer Service ▽ | ⊙ United States / USD ▽ | ⊕ English ▽

# DHgate

cfghy Store 💬 Chat ▽
100.0% Positive Feedback

lululemen womens | On DHgate | In this Store

Hi 👤 My DHgate ▽ | 🛒 Cart ▽ 1

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma279n

US $32.98 - 39.3 / Piece

| USD ▽ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

**Sale Detail:** ⓘ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF | Claim

Similar Items

Options: [color options] More+

03-PINK

Quantity: − 1 + Piece Maximum 50 Piece(s)

Shipping: **Free Shipping** to United States Via China Post SAL More Options ▽
Estimated delivery time: May.20 and Jun.12

Total cost: **$39.3** ⓘ

**Buy it Now** | **Add to Cart** | ♡ ▽

Buyer Protection: 🛈 Return Policy | 🛈 Refund for No Delivery | 🛈 Secure Payment

### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

28cm er Huge Dildos Soft Big Dildo Suction Cup Realistic
US $66.89 - 79.70 / Piece
$50 OFF $2 +

Lovely Cartoon Hand Warm Water Bottle Mini Hot Water
US $5.03 - 5.99 / Piece
$500 OFF $5 +

Oximetry refers to the clip-on household measuring blood
US $3.77 - 9.97 / Piece
$50 OFF $2 +

Replacement Toothbrush Heads Fit For Xiaomi SOOCAS
US $9.43 - 11.23 / Piece

Hair Clippers Trimmer Clipper Professional Baldheaded For
US $19.62 - 25.87 / Piece

Heating Pad, Electric Heat Pad for Back Pain and Cramps Relief
US $23.11 - 46.70 / Piece

## Customers Often Bought With

Kemei | razor blade | BAILI







Good Quality Stainless Steel S...
US $16.25 - 970.47 / Lot
$50 OFF $2 ∗

newest Kemei KM-1102 Recha...
US $15.64 - 21.86 / Piece

Elecreic Shaver Replacement ...
US $19.99 - 37.98 / Piece

6 Pcs lot Three Layer Razor Bl...
US $13.96 - 16.47 / Lot
$50 OFF $2 ∗

200 Pcs Lot Super Blue Safety ...
US $9.90 - 17.34 / Lot
$50 OFF $2 ∗

Professional 2 in 1 Fractional ...
US $877.04 - 998.94 / Piece
$99 OFF $5 ∗

## More Choices








Oral Irrigators Dental cleaner
Portable intelligent household
US $27.30 - 38.33 / Piece
$18 OFF $2 ∗

Amazon Ultrasonic Washing
Nail Instrument new home Nail
US $15.70 - 40.66 / Piece

Generation 3rd No Fan Hair
Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$49 OFF $3 ∗

Mini Electronic Pocket Scales
200g 300g 500g 0.01g Jewelry
US $3.21 - 5.69 / Piece

8 Heads Multi-functional Hair
Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece
$49 OFF $3 ∗

Generation 3rd No Fan Hair
Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$49 OFF $3 ∗

---

**cfghy Store** ›


💬 Chat    3

100.0% Positive Feedback

Business Information

**Top 3 Markets**

### Store Categories

>Bags, Shoes & Accs
  Men's Accessories
  Women's Bags
  Men's Bags
>Fashion Accessories
  Keychains & Lanyards
>Bags, Luggage & Accessories
  Xmas Bags Idea
  Wallets & Holders
  Shopping Bags
  Evening Bags
  Sport&Outdoor Packs
  Waist Bags
  Cosmetic Bags & Cases
  Bag Parts & Accessories
  Briefcases
  School Bags
>Apparel
  Costumes & Cosplay
  Underwear
  Socks
  Women's Clothing
  Men's Clothing
  Others Apparel
>Health & Beauty
  Sexy Underwear
  Other Health & Beauty Items
  Oral Hygiene
  Skin Care Tools & Devices
  Bath & Body
  Mini Beauty Tools

| | |
|---|---|
| Item Description | Company Overview |

Report Item

### Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 844548823 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.

- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



5 intensity adjustments

>Jewelry

Earring

Wedding & Engagement Jewelry

All Store Items on Sale Now

Go to Store >

More items from this Store



US $6.95 - 13.57 / Piece



US $12.24 - 15.78 / Piece



US $32.98 - 39.30 / Piece



US $35.02 - 46.21 / Piece



US $29.30 - 48.51 / Piece



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicor cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



US $23.36 - 39.13 / Piece

View all 8798 items

charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blue

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin

High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush

Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green






USB Rechargeable


The standby is up to 90 days


IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



② Rough
For oily skin, like T zone

③ Regular
For normal skin

① Fine
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning



Washing by hand        VS        Washing by our brush

PRODUCT PARAMETERS



| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch

# Product Pictures





SUPER COOL

WASHING MACHINE

JMY04 JMY16

Less Description ⌃

**Sponsored Products You May be Interested In More Choice** 我也要出现在这里



Generation 3 No Fan Vacuum Hair Dryer H-03 Professional
US $108.04 - 128.75 / Piece



8 Heads Hair Curler Dark Blue Multi-function Hair Styling
US $206.84 - 251.50 / Piece



8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece



New arrival Portable Professional Nail File Kit
US $11.70 - 16.60 / Piece



1000ml Automatic Soap Dispenser Touchless Smart
US $20.05 - 25.69 / Piece



2Pcs Set Comb Wide Tooth For Detangling Hairdressing Rake
US $49.25 - 58.69 / Set

**Similar Items**



Hair Clippers Trimmer Clipper Professional Baldheaded For
US $19.62 - 25.87 / Piece



Newest 5 in 1 Standable USB Rechargeable
US $57.07 - 83.28 / Piece



Oximetry refers to the clip-on household measuring blood
US $3.77 - 9.97 / Piece
$50 OFF $2 ◀



Replacement Brush Heads For Automatic Electric Sonic
US $3.89 - 17.98 / Piece



High quality PRO 450F 1 1 4 plate Titanium Hair
US $14.38 - 23.48 / Piece



Hair Curlers Straighteners Stainless Steel Hair
US $24.80 - 29.55 / Piece
$25 OFF $2 ◀

**Related Keywords**



equipment for skin care



ultrasound machine skin



anti aging skin care treatment



hydrating skin care



cosmetic skin care products



skin care treatment for



anti aging skin care

**You May Also Like**



TM-MD004 110-220V Diamond Blackhead Vacuum Suction



Skin Care Tools Electric Face Scrubbers Mini Vibrator



Electric Face Scrubbers LED Facial Mask Therapy 7 Colors



Skin Care Tools Electric Face Scrubbers Mini Vibrator



TM-MD004 110-220V Diamond Blackhead Vacuum Suction



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black

US $23.36 - 39.13 / Piece

US $32.98 - 39.30

US $29.30 - 48.51 / Piece

US $32.98 - 39.30 / Piece

US $23.36 - 39.13 / Piece

US $35.02 - 46.21 / Piece

`$50 OFF $2 +`

`$50 OFF $2 +`











Ultrasonic Facial Massager 7 Colors Led Pon Skin

Ultrasonic Facial Massager 7 Colors Led Pon Skin

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors

Vibration Facial Cleansing Brush Mini Silicone Electric

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black

Ultrasonic Facial Massager 7 Colors Led Pon Skin

US $78.53 - 99.20 / Piece

US $78.53 - 99.20 / Piece

US $29.30 - 48.51 / Piece

US $12.24 - 15.78 / Piece

US $35.02 - 46.21 / Piece

US $78.53 - 99.20 / Piece

`$50 OFF $2 +`

`$50 OFF $2 +`

`$50 OFF $2 +`











Electric Face Scrubbers LED Facial Mask Therapy 7 Colors

Skin Care Tools Electric Face Scrubbers Mini Vibrator

Air humidifier 30 ml mini nano facial sprayer USB cleaner

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $29.30 - 48.51 / Piece

US $32.98 - 39.30

US $26.98 - 32.15 / Piece

US $27.73 - 33.04 / Piece

US $50.33 - 59.97 / Piece

US $50.33 - 59.97 / Piece

`$50 OFF $2 +`

`$50 OFF $2 +`













Skin Care Tools Electric Face Scrubbers Mini Vibrator

Skin Care Tool Face Scrubbers Sensor Monitor Oil Detector

Ultrasonic Skin Scrubber Blackhead Reomver Face Ion

Vibration Facial Cleansing Brush Mini Silicone Electric

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $32.98 - 39.30 / Piece

US $9.65 - 14.38 / Piece

US $28.82 - 34.34 / Set

US $12.24 - 15.78 / Piece

US $29.30 - 48.51 / Piece

US $50.33 - 59.97 / Piece

`$50 OFF $2 +`

`$50 OFF $2 +`

`$50 OFF $2 +`

`$50 OFF $2 +`

`$50 OFF $2 +`

`$50 OFF $2 +`











MD013 electric rechargeable Blackhead remover for Face

MD013 electric rechargeable Blackhead remover for Face

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors

MD013 electric rechargeable Blackhead remover for Face

TM-MD004 110-220V Diamond Blackhead Vacuum Suction

Ultrasonic Facial Massager 7 Colors Led Pon Skin

US $6.95 - 13.57 / Piece

US $6.95 - 13.57 / Piece

US $29.30 - 48.51 / Piece

US $6.95 - 13.57 / Piece

US $23.36 - 39.13 / Piece

US $78.53 - 99.20 / Piece

`$50 OFF $2 +`

`$50 OFF $2 +`













Scrubbers Face brushes 2in1 Double Sides Silicone Facial

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep

Electric Face Scrubbers 5 Modes Silicone Cleansing Brush

rechargeable electric shaver beard trimmer men hair

MD005 shipment Blackhead Vacuum Suction Machine

Ultrasonic Facial Massager 7 Colors Led Pon Skin

US $0.77 - 0.94 / Piece

US $40.47 - 48.23 / Piece

US $26.04 - 34.38 / Piece

US $74.70 - 91.51 / Piece

US $16.96 - 29.53 / Piece

US $86.38 - 109.12 / Piece

`$139 OFF $7 +`

`$50 OFF $2 +`

`$50 OFF $2 +`

`$50 OFF $2 +`

`$50 OFF $2 +`

`$50 OFF $2 +`

More ⌄

New Arrival skin care tools








Home Beauty Instrument Neck and face beauty equipment to
US $10.55 - 12.57 / Piece

Face Massager Face Roller Cool Ice Roller Massager Skin Lifting
US $8.55 - 10.09 / Piece

Face Set For Mask Mixing Bowl Girls Facial Skin Care Tools Kit
US $24.46 - 64.66 / Lot

Face Massager 3pcs Set Resin Roller Massager for Face Body
US $5.94 - 7.01 / Piece

Face Massager Ice Gel Face Mask Anti Wrinkle Relieve
US $11.47 - 13.53 / Piece

Blue Light Plasma Pen Scar Acne Removal Machine Anti
US $127.02 - 172.00 / Piece

Not , umesh.bisht? Sign out

Listed on 25/02/2023

Bookmark & Share        

Any questions or suggestions ? Please let us know.



China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License    京ICP备16060083号-9

Chat





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change
[redacted] Miami, Florida, United States, 33138 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Use promo code

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: cfgtre | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 20 and Jun 12 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 95 ) Sign out | My DHgate | Help | English

LOGO Factory

Cfghy

Add To Favorite Stores ( 3 )

100.0% Positive Feedback 32 Transactions

Online Chat

Share | Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma279n

**Store Categories**

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma279n

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 101

Marketplace: DHGate

Seller Name: cfgtre

SPRING HIGH-TECH SALE ELECTRONIC GADGETS SAVE UP TO 70% shop now ▶

# DHgate

cfgtre Store | Chat ⌄
95.8% Positive Feedback

sandal | On DHgate | In this Store

Hi
My DHgate ⌄

0 Cart ⌄

United States / USD ⌄ | English ⌄

New Buyer Coupons! $ | Buyer Protection | Customer Service ⌄

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

## Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma291r

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

**Sale Detail:**

⏱ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack
**$23** OFF | Claim

Options: 🔵 🔴 🩷 🟡 🩷 🩷 [img] [img] More+
01-ROSE
[img]

Quantity: − 1 + Piece    Maximum 50 Piece(s)

Shipping: **Free Shipping** to **United States** Via **China Post SAL**   More Options ⌄
Estimated delivery time: May. 20 and Jun. 12

Total cost: **$39.3** ⓘ

Buy it Now | Add to Cart | ♡ ⌄

Buyer Protection: 🛡 Return Policy | 🔄 Refund for No Delivery | 🔒 Secure Payment

### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought


Home Painless Laser Hair
Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece
$50 OFF $2+


KM-1409 Carbon Steel Men
Beard Shaver Head Hair
US $8.69 - 12.32 / Piece
$50 OFF $2+


Electric shaver 4D three head
floating veneer knife net
US $27.22 - 39.92 / Piece
$50 OFF $2+

Ionic Hair Dryer Professional
Strong HairDryer Barber Shop
US $53.27 - 63.48 / Piece
$50 OFF $2+

Skin Care Tools Electric Face
Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece
$50 OFF $2+

2022 USB Electric Hair Clippers
Rechargeable Shaver Beard
US $25.98 - 30.95 / Piece
Per $100 Save $10

## Customers Often Bought With








| | | | | | |
|---|---|---|---|---|---|
| Electri Epilator Folding Laser ... | Slippers Women Summer Holi... | HOT MULE WATERFRONT Men... | Outdoor Bags Mens Shoder Sl... | Outdoor Bags Tactical Pouch ... | Slippers Slippers Luxury Fur W... |
| US $34.60 - 43.32 / Piece | US $13.86 - 16.51 / Pair | US $0.02 - 48.54 / Piece | US $11.76 - 15.55 / Piece | US $11.75 - 13.37 / Piece | US $26.38 - 34.17 / Pair |
| $50 OFF $2 + | $25 OFF $2 + | $100 OFF $5 + | $25 OFF $2 + | $49 OFF $3 + | $25 OFF $2 + |
| | Per $99 Save $5 | | | | |

## More Choices








| | | | | | |
|---|---|---|---|---|---|
| Generation 3rd No Fan Hair Dryer Professional Salon Tools | Mute anti-vibration hand armor sharpener Remover Portable | Generation 3rd No Fan Hair Dryer Professional Salon Tools | Mini Electronic Pocket Scales 200g 300g 500g 0.01g Jewelry | 8 Heads Multi-functional Hair Curler Hair Dryer Automatic | 8 Heads Multi-functional Hair Curler Hair Dryer Automatic |
| US $107.04 - 127.55 / Piece | US $12.54 - 15.47 / Piece | US $107.04 - 127.55 / Piece | US $3.21 - 5.69 / Piece | US $235.18 - 251.88 / Piece | US $243.02 - 251.88 / Piece |
| $49 OFF $3 + | | $49 OFF $3 + | $25 OFF $2 + | $49 OFF $3 + | $49 OFF $3 + |

---

cfgtre Store  >



💬 Chat   👥 3

95.8% Positive Feedback

On-time Delivery Rate:

Repurchase rate:

Business Information

**Top 3 Markets**

North America          51.28%

Northern Europe       17.95%

Oceania                     12.82%

**Store Categories**

>other

>watch

**All Store Items on Sale Now**

Go to Store  >

**More items from this Store**



US $12.24 - 15.78 / Piece

| Item Description | Company Overview | | Report Item |
|---|---|---|---|

### Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Commodity Quality | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 844688881 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

**01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB**





US $78.53 - 99.20 / Piece



US $32.98 - 39.30 / Piece



US $29.30 - 48.51 / Piece



US $6.95 - 13.57 / Piece



US $23.36 - 39.13 / Piece

View all 8444 items

## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicor cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB

charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blu

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal sk



High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care







**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green






USB Rechargeable


The standby is up to 90 days


IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



❷ **Rough**
For oily skin, like T zone

❶ **Fine**
For sensitive skin

❸ **Regular**
For normal skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand          Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch

# Product Pictures





SUPER COOL

JMY04 JMY16

Less Description ^

## Sponsored Products You May be Interested In More Choice   我也要出现在这里


Generic Replacement Brush Heads, For ORab electric
US $4.03 - 4.17 / Piece


8 Heads Multi Function Hair Curler Hair Dryer Automatic
US $43.96 - 61.48 / Piece


Oral Irrigators Dental cleaner Portable intelligent household
US $27.30 - 38.33 / Piece


Mute anti-vibration hand armor sharpener Remover Portable
US $12.54 - 15.47 / Piece


Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece


Electric Hair Dryer Curling High Quality Professional 110 220V
US $42.25 - 53.00 / Piece

## Similar Items


Hair Curler Professional Salon Tools EU US UK Version Curling
US $250.25 - 259.38 / Piece
$10 OFF $93 ●


Replacement Toothbrush Heads Fit For Xiaomi SOOCAS
US $9.43 - 11.23 / Piece


USB rechargeable barbershop gold electric men trimmer retro
US $33.31 - 54.37 / Piece


5 In 1 4D Men's Rechargeable Bald Head Electric Shaver 5
US $22.86 - 32.42 / Piece



8 Heads Hair Curler Dark Blue Multifunction Hair Styling
US $227.52 - 276.65 / Piece
$50 OFF $92 ●


Xiaomi youpin Yueli Professional Vapor Steam Hair
US $37.69 - 44.91 / Piece

## Related Keywords


gold collagen skin care


wholesale skin care products


skin care vacuum device


foot care tools


digital facial skin analyzer

## You May Also Like


Pimple Remover Deep Pore Cleaner Scrubbers Acne


Pimple Remover Deep Pore Cleaner Scrubbers Acne


V Face Massager LED Pon Light Therapy EMS Facial Lifting Face


3 in 1 Electric Cleansing Brush Facial Pore Cleaner Deep


4 in 1 Electric Facial Cleanser Wash Face Cleaning Machine


Electric Wireless Facial Cleansing Brush Silicone Face

US $8.34 - 12.74 / Piece

$50 OFF $2 ▾

US $8.09 - 12.36 / Piece

$50 OFF $2 ▾

US $50.33 - 59.97 / Piece

$50 OFF $2 ▾

US $54.97 - 65.50 / Piece

$50 OFF $2 ▾

US $24.19 - 28.82 / Piece

$50 OFF $1 ▾

US $24.28 - 28.93 / Piece

$50 OFF $2 ▾



Electric Face Scrubbers 3D Roller Face Slimming Artifact

US $4.98 - 6.59 / Piece

$50 OFF $1 ▾



5in1 Electric Face Scrubbers Multifunctional facial cleanser

US $4.43 - 7.79 / Piece

$50 OFF $1 ▾



7 Colors LED Facial Mask with Neck Light Therapy Mask

US $8.15 - 64.68 / Piece

$50 OFF $1 ▾



Newest Facial Exfoliating Brush Infant Baby Soft Silicone Wash

US $0.45 - 0.84 / Piece

$50 OFF $2 ▾



Air humidifier 30 ml mini nano facial sprayer USB cleaner

US $26.98 - 32.15 / Piece

$50 OFF $2 ▾



Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty

US $301.50 - 312.49 / Piece



Digital Microdermabrasion Diamond Dermabrasion Pen

US $28.76 - 34.27 / Piece

$50 OFF $2 ▾



Electric Face Scrubbers Remover Nose Clean tool Mini

US $12.08 - 13.18 / Piece



5 in 1 homeuse facials Cleaning brush scrubber Multifunction

US $4.15 - 5.00 / Piece



home use 24Khz Ultrasound Ionic Skin Scrubber Facial

US $19.20 - 29.62 / Piece

$50 OFF $2 ▾



Pimple Remover Deep Pore Cleaner Scrubbers Acne

US $8.01 - 12.23 / Piece



Electric Face Steamer Beauty Facial Moisturizer Vaporizer Hot

US $34.69 - 47.90 / Piece

$25 OFF $2 ▾



rechargeable electric shaver beard razor hair trimmer men

US $65.37 - 80.29 / Piece

$150 OFF $8 ▾



hot 2020 Mini Nano Mist Sprayer Facial Body Nebulizer

US $2.12 - 2.40 / Piece

$500 OFF $10 ▾



Oxygen Hydrocycle Facial Machine Vacuum Suction Clean

US $71.02 - 84.63 / Piece

Per $100 Save $10 ▾



3D electric shaver electric razor men face care shaving machine

US $70.79 - 86.85 / Piece

$50 OFF $2 ▾



electric shaver for men beard electric razor facial body

US $150.48 - 162.46 / Piece

$150 OFF $8 ▾



5 In 1 Battery Electric Rotating Facial Cleansing Brush

US $4.18 - 6.17 / Piece

Face Scrubbers Cleaning Brush Eco Friendly Beauty Tool Device

US $6.34 - 7.79 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator

US $32.98 - 39.30 / Piece

$50 OFF $2 ▾

Skin Care Tools Electric Face Scrubbers Mini Vibrator

US $32.98 - 39.30 / Piece

$50 OFF $1 ▾

Beauty Stick 24K Electric Face Scrubbers Slimming Golden

US $3.71 - 4.28 / Piece

Mini Electric Facial Scrubbers Cleansing Brush Device Silicone

US $4.53 - 6.42 / Piece

Electric Cosmetic instrument Beauty Micro Current SPA

US $45.41 - 57.26 / Piece

$50 OFF $2 ▾

4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric

US $11.33 - 13.81 / Piece

$159 OFF $7 ▾

Skin Care Tools Electric Face Scrubbers Mini Vibrator

US $32.98 - 39.30 / Piece

$50 OFF $2 ▾

Electric Face Scrubbers Remover Nose Clean tool Mini

US $1.80 - 2.15 / Piece

$99 OFF $5 ▾

Skin Care Tools Electric Face Scrubbers Mini Vibrator

US $32.98 - 39.30 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator

US $32.98 - 39.30 / Piece

More ▾

New Arrival skin care tools








Home Beauty Instrument Neck and face beauty equipment to
US $10.55 - 12.57/ Piece

Face Massager Face Roller Cool Ice Roller Massager Skin Lifting
US $8.55 - 10.09/ Piece

Face Set For Mask Mixing Bowl Girls Facial Skin Care Tools Kit
US $24.46 - 64.66/ Lot

Face Massager 3pcs Set Resin Roller Massager for Face Body
US $5.94 - 7.01/ Piece

Face Massager Ice Gel Face Mask Anti Wrinkle Relieve
US $11.47 - 13.53/ Piece

Blue Light Plasma Pen Scar Acne Removal Machine Anti
US $127.02 - 172.00/ Piece

Not , umesh.bisht? Sign out

Listed on 28/02/2023

Bookmark & Share          

Any questions or suggestions ? Please let us know.



Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33133 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Summary

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Use promo code

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: cfgtre | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 20 and Jun 12 |

Add remark to seller

Please add remark(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 95 ) Sign out | My DHgate | Help | English

LOGO Factory

Cfgtre

Add To Favorite Stores ( 3 )

95.8% Positive Feedback 55 Transactions

Online Chat

Share

Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma291r

## Store Categories

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma291r

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 102

Marketplace: DHGate

Seller Name: cftde









SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate cftde Store Chat 87.8% Positive Feedback

slides | On DHgate | In this Store | Join / Sign in My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma260j

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF Claim

Options: 02-ROSE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options

Estimated delivery time: May. 31 and Jun. 23

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

Customers Who Bought This Item Also Bought

- Andis 17235 Pro Foil Lithium Titanium Foil Shaver, Smooth — US $161.90 - 192.93 / Piece
- Hair Curlers Straighteners 1000W Professional Dryer Air — US $27.67 - 45.77 / Piece — $2 OFF $25+
- Instock 5%off Relish 620 Sonic Pulse Toothbrush USB Wireless — US $2.38 - 56.62 / Piece — $2 OFF $50+
- Portable Electric Nose Hair Trimmer Nose Clipper Battery — US $0.34 - 2.01 / Piece — $2 OFF $50+
- Winter Hair Dryer Negative Lonic Hammer Blower Electric — US $48.21 - 57.45 / Piece — $2 OFF $50+
- Replacement Brush Heads For Automatic Electric Sonic — US $4.39 - 20.12 / Piece — $2 OFF $50+

Customers Often Bought With

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
$2 OFF $50+

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
$2 OFF $50+

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
$2 OFF $50+

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
$2 OFF $50+

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece

## More Choices








Xiaomi Mi Enchen Boost USB Electric Hair Clipper Two Speed
US $10.36 - 12.34 / Piece

900000 Flash Laser Epilator Professional IPL Photoepilator
US $40.62 - 48.40 / Piece

Electric Toothbrush with 3 Replacement Head Sonic Wave
US $17.60 - 20.98 / Piece

PLATINUM AND GOLD Hair Straighteners Professional
US $60.50 - 72.09 / Piece

No Fan Vacuum Hair Dryer Generation 3 Professional Salon
US $154.10 - 183.64 / Piece

Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece
$2 OFF $25+

---

cftde Store >

Chat    9

87.8% Positive Feedback

On-time Delivery Rate:
Repurchase rate:

Business Information

**Top 3 Markets**

North America          50.5%
Northern Europe        46.53%
Oceania                1.98%

**Store Categories**

>Bags, Shoes & Accs
  Men's Accessories
  Women's Bags
  Men's Bags
  Men's Shoes
  Women's Shoes
>Fashion Accessories
  Keychains & Lanyards
>Health & Beauty
  Sexy Underwear
  Other Health & Beauty Items
  Oral Hygiene
  Skin Care Tools & Devices
  Home Beauty Instrument
  Bath & Body
  Makeup
>Bags, Luggage & Accessories
  Xmas Bags Idea
  Evening Bags
  Shopping Bags
  Wallets & Holders
  School Bags
  Cosmetic Bags & Cases
  Waist Bags
  Briefcases

| Item Description | Company Overview | | Report Item |
| --- | --- | --- | --- |

### Specifications

| | |
| --- | --- |
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Commodity Quality | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 847085415 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

## 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



Sponsored Products

>Apparel
  Underwear
  Costumes & Cosplay
  Socks
  Women's Clothing
  Men's Clothing
  Others Apparel
  Ethnic Clothing

All Store Items on Sale Now

Go to Store >

More items from this Store



US $12.24 - 15.78 / Piece



US $32.98 - 39.30 / Piece



US $29.30 - 48.51 / Piece



US $6.95 - 13.57 / Piece



US $29.30 - 48.51 / Piece

## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicon cleansing instrument

Product number： NJMY−036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body
waterproof

Product color: red / pink / blue

US $23.36 - 39.13 / Piece

View all 7917 items

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin

High frequency sound

wave vibration
6000rmp per minute
Deep cleansing skin care











02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

## Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green






USB Rechargeable


The standby is up to 90 days


IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



② **Rough**
For oily skin, like T zone

③ **Regular**
For normal skin

① **Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning






Washing by hand          VS          Washing by our brush

PRODUCT PARAMETERS



| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

**03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools**

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch

# Product Pictures





SUPER COOL

JMY04 JMY16

Less Description ^

## Sponsored Products You May be Interested In More Choice 我也要出现在这里

     

Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 243.75 / Piece

No Fan Super Hair Dryer Professional Salon Tools Blower
US $143.89 - 171.46 / Piece

1000ml alcohol Spray Hand disinfector Automatic induction
US $28.21 - 34.30 / Piece

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece

Generation 3 No Fan Vacuum Hair Dryer H-03 Professional
US $106.79 - 127.25 / Piece

## Similar Items

     

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric
US $12.24 - 15.78 / Piece
$2 OFF $50+

## Related Keywords

         

skin care instruments | dermaroller needling | collagen skin care | led mask for skin care | dr pen ultima | collagen induction | derma microneedling | titanium needles derma | use of face roller | foot care tools

## You May Also Like

    

Buy 2 get 1% off

V Face Massager LED Pon Light Therapy
EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers
Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers
Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers
Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

Skin Care Tools Electric Face Scrubbers
Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

$2 OFF $50+









Skin Care Tools Electric Face Scrubbers
Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

$2 OFF $50+

Electric Face Scrubbers LED Facial Mask
Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers
Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

$2 OFF $50+

Vibration Facial Cleansing Brush Mini
Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

$2 OFF $50+

Vibration Facial Cleansing Brush Mini
Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

$2 OFF $50+





Pore Cleaner Face Blackhead Remover
Vacuum Suction Electric Nose Face Deep

US $116.62 - 219.12 / Piece

$2 OFF $50+

Beauty Star LCD Laser Plasma Pen Mole
Tattoo Remover Machine Dark Spot Pen

US $28.91 - 34.45 / Piece

Electric Nose & Ear Trimmers Disposable
Wooden Waxing Stick Wax Bean Wiping

US $16.87 - 23.80 / Lot

$2 OFF $50+

Face Scrubbers Waterproof Design 3D
Detachable Heads Rotating Skin Cleaner

US $24.63 - 41.92 / Piece

Electric Face Scrubbers Remover Nose
Clean tool Mini Handheld Blackhead

US $1.80 - 2.15 / Piece









Mini Electric Facial Scrubbers Cleansing
Brush Device Silicone Sonic Face Cleaner

US $4.53 - 6.42 / Piece

Electric Face Scrubbers Beauty Care
Massage Tool Massager Brush Skin

US $3.99 - 5.52 / Piece

Ultrasonic Skin Scrubber Spatula
Blackhead Remover Pore Cleaner with 4

US $0.11 - 9.83 / Piece

$3 OFF $49+

Ultrasonic Skin Scrubber Deep Face
Cleaning Machine Peeling Shovel Facial

US $13.57 - 16.17 / Piece

$2 OFF $60+

Electric Silicone Facial Cleanser Brush
Rechargeable Face Massager Brush

US $23.23 - 27.68 / Piece

$1 OFF $50+











Beauty Stick 24K Electric Face Scrubbers
Slimming Golden Stick T-Shaped Facial

US $3.71 - 4.28 / Piece

$1 OFF $50+

5 Colors Mini Nano Mist Sprayer Facial
Body Nebulizer Steamer Moisturizing

US $1.96 - 3.04 / Piece

$2 OFF $25+

Face Scrubbers Cleaning Brush Eco
Friendly Beauty Tool Device Deep Sonic

US $6.34 - 7.79 / Piece

5 In 1 Battery Electric Rotating Facial
Cleansing Brush Waterproof Face

US $4.18 - 6.17 / Piece

3D electric shaver electric razor men face
care shaving machine hair trimmer

US $70.79 - 86.85 / Piece

$2 OFF $50+














6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

$2 OFF $50+




MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool Black

US $22.85 - 30.25 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

$2 OFF $50+

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

More ⌄

## New Arrival skin care tools








Baking Pastry Tools Ice Roller for Face and Eye Silicone Mold

US $4.22 - 5.54 / Piece

Makeup Brushes 1pcs Silicone Mask Brush Double-Ended Soft

US $17.54 - 22.44 / Lot

5 in 1 EMS Electroporation Anti-aging RF Beauty Machine LED

US $207.11 - 305.39 / Piece

3pcs Set Resin Roller Massager for Face Body Gua Sha Not Jade

US $0.92 - 1.43 / Set

Beauty Nano Face Steamer Facial Kit Skin Care Tool Set,

US $45.01 - 53.63 / Piece

Other Skin Care Tools Collagen Crystal Eye Masks Anti-

US $0.19 - 0.41 / Piece

🎁 $28 For New User

Join Free

See personalized recommendations , **Sign in**

Listed on 04/04/2023

Bookmark & Share           



Any questions or suggestions? Please let us know.

China Wholesale    Security & Privacy    About Us    China Manufacturers    Seller Home    Blog    Best Sellers    Customer Service    Terms of Use    Russian    Portuguese    Italian    Spanish    French    German    Turkey    한국어    العربية    Nederlands    Polski    Svenska    日本語    Ireland    Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.    License    京ICP备16060083号-9

Chat





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Palm beach, Florida, United States, 33480

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

digicert GeoTrust VISA MasterCard

## Review & Confirm Your Order

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: cftde

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options: 02-ROSE
US $39.30 / Piece    1 Piece

US $39.30

China Post SAL
Free Shipping
Estimated delivery time: May 31 and Jun 23

**Add remark to seller**

Please add remark(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally | Join Free | Sign in | My DHgate | Help | English

Cftde

Add To Favorite Stores ( 9 )

87.8% Positive Feedback 125 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma260j

Store Categories

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma260j

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 103

Marketplace: DHGate

Seller Name: cftgff

SPRING HIGH-TECH SALE ELECTRONIC GADGETS SAVE UP TO 70% shop now ▶

DHgate

cftqff Store ⁞ Chat ⌄
90.9% Positive Feedback

designer    On DHgate   In this Store

Hi
My DHgate ⌄

🛒 Cart ⌄ **2**

New Buyer Coupons! $ | Buyer Protection | Customer Service ⌄ | ⚲ United States / USD ⌄ | 🌐 English ⌄

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...



### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma289C

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

**Sale Detail:** 💡 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF    Claim

Options:    ( 01-BLUE )  ◯ ◯ ◯ ◯ ◯ ◯ ◯   More+
◯

Similar Items

Quantity:  − 1 +  Piece    Maximum 50 Piece(s)

Shipping:  **Free Shipping** to United States Via China Post SAL More Options ⌄
Estimated delivery time: May. 20 and Jun. 12

Total cost:  **$39.3** ⓘ

**Buy it Now**    Add to Cart    ♡ ⌄

Buyer Protection:  ⓢ Return Policy  ⓡ Refund for No Delivery  ⓢ Secure Payment

### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought













| Home Painless Laser Hair Removal Depilator IPL Epilator | KM-1409 Carbon Steel Men Beard Shaver Head Hair | Electric shaver 4D three head floating veneer knife net | Ionic Hair Dryer Professional Strong HairDryer Barber Shop | Skin Care Tools Electric Face Scrubbers Mini Vibrator | 2022 USB Electric Hair Clippers Rechargeable Shaver Beard |
|---|---|---|---|---|---|
| US $83.73 - 110.86 / Piece | US $8.69 - 12.32 / Piece | US $27.22 - 39.92 / Piece | US $53.27 - 63.48 / Piece | US $32.98 - 39.30 / Piece | US $25.98 - 30.95 / Piece |
| $50 OFF $2+ | $50 OFF $2+ | $50 OFF $2+ | $50 OFF $2+ | $50 OFF $2+ | Per $100 Save $10 |

## Customers Often Bought With









HOT MULE WATERFRONT Men...
US $0.02 - 48.54 / Piece
$100 OFF $5 <

Electri Epilator Folding Laser ...
US $34.60 - 43.32 / Piece
$50 OFF $2 <

Factory anti wrinkle equipme...
US $1,712.03 - 2609.65 / Piece
$25 OFF $2 <

Slippers Women Summer Holl...
US $13.86 - 16.51 / Pair
$25 OFF $2 <
Per $99 Save $5

Hot out door outdoor bags ca...
US $650.30 - 674.00 / Piece

Outdoor Bags Mens Shoder Sl...
US $11.76 - 15.55 / Piece
$25 OFF $2 <

## More Choices











Generation 3rd No Fan Hair
Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$49 OFF $3 <

Mute anti-vibration hand armor
sharpener Remover Portable
US $12.54 - 15.47 / Piece
$18 OFF $2 <

Oral Irrigators Dental cleaner
Portable intelligent household
US $27.30 - 38.33 / Piece

Amazon Ultrasonic Washing
Nail Instrument new home Nail
US $15.70 - 40.66 / Piece
$18 OFF $2 <

Generation 3rd No Fan Hair
Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$49 OFF $3 <

8 Heads Multi-functional Hair
Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece
$49 OFF $3 <

---

cftgff Store  >



💬 Chat   👥 4

90.9% Positive Feedback

On-time Delivery Rate:          🔻

Repurchase rate:                🔻

Business Information

Top 3 Markets

**Store Categories**

>other

>watch

**All Store Items on Sale Now**

| Go to Store > |

**More items from this Store**



US $12.24 - 15.78 / Piece



| Item Description | Company Overview | | Report Item |

### Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality | |
| Certification: | ce |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 844708194 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

#### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



5 intensity adjustments



US $29.30 - 48.51 / Piece



US $78.53 - 99.20 / Piece



US $6.95 - 13.57 / Piece



US $35.02 - 46.21 / Piece

US $23.36 - 39.13 / Piece

View all 4567 items

## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicor cleansing instrument

Product number： NJMY−036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB

charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body
waterproof

Product color: red / pink / blue

## 3 zones for different types of skin

② Rough

For oily skin, like T zone

① Fine

For sensitive skin

③ Regular

For normal skin



High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

**Specifications**

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green






USB Rechargeable


The standby is up to 90 days


IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



② Rough
For oily skin, like T zone

③ Regular
For normal skin

① Fine
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand          Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : ABS + silicone | | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : IPX7 | | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

**----Because orange is similar to human skin**



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch

# Product Pictures





SUPER COOL

JMY04 JMY16

Less Description ⌃

## Sponsored Products You May be Interested In More Choice 我也要出现在这里


Generation 3 No Fan Vacuum Hair Dryer H-03 Professional
US $108.04 - 128.75 / Piece


8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece


Soap Dispenser Touchless Automatic Liquid Foam Hands-
US $19.77 - 24.04 / Piece


Oral Irrigators Dental cleaner Portable intelligent household
US $27.30 - 38.33 / Piece


Generic Replacement Brush Heads, For ORab electric
US $4.03 - 4.17 / Piece


Amazon Ultrasonic Washing Nail Instrument new home Nail
US $15.70 - 40.66 / Piece

## Similar Items


USB rechargeable barbershop gold electric men trimmer retro
US $33.31 - 54.37 / Piece


5 In 1 4D Men's Rechargeable Bald Head Electric Shaver 5
US $22.86 - 32.42 / Piece


8 Heads Hair Curler Dark Blue Multifunction Hair Styling
US $227.52 - 276.65 / Piece
$50 OFF $2 ✔


Xiaomi youpin Yueli Professional Vapor Steam Hair
US $37.69 - 44.91 / Piece


Newest 5 in 1 Standable USB Rechargeable
US $57.07 - 83.28 / Piece


360 Degree U Shape Ultrasonic Electric Toothbrush USB
US $29.63 - 35.31 / Piece
$50 OFF $2 ✔

## Related Keywords


gold collagen skin care


wholesale skin care products


skin care vacuum device


foot care tools


digital facial skin analyzer

## You May Also Like


Pimple Remover Deep Pore Cleaner Scrubbers Acne


Pimple Remover Deep Pore Cleaner Scrubbers Acne


V Face Massager LED Pon Light Therapy EMS Facial Lifting Face


3 in 1 Electric Cleansing Brush Facial Pore Cleaner Deep


4 in 1 Electric Facial Cleanser Wash Face Cleaning Machine


Electric Face Scrubbers 3D Roller Face Slimming Artifact

US $8.09 - 12.36 / Piece
`$50 OFF $2 +`

US $8.34 - 12.74 / Piece
`$50 OFF $2 +`

US $50.33 - 59.97 / Piece
`$50 OFF $2 +`

US $54.97 - 65.50 / Piece
`$50 OFF $2 +`

US $24.19 - 28.82 / Piece
`$50 OFF $1 +`

US $4.98 - 6.59 / Piece
`$50 OFF $1 +`



5in1 Electric Face Scrubbers Multifunctional facial cleanser

US $4.43 - 7.79 / Piece
`$50 OFF $1 +`

7 Colors LED Facial Mask with Neck Light Therapy Mask

US $8.15 - 64.68 / Piece
`$50 OFF $1 +`

Electric Wireless Facial Cleansing Brush Silicone Face

US $24.28 - 28.93 / Piece
`$50 OFF $2 +`

Newest Facial Exfoliating Brush Infant Baby Soft Silicone Wash

US $0.45 - 0.84 / Piece
`$50 OFF $2 +`



Air humidifier 30 ml mini nano facial sprayer USB cleaner

US $26.98 - 32.15 / Piece
`$50 OFF $2 +`

Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty

US $301.50 - 312.49 / Piece



Digital Microdermabrasion Diamond Dermabrasion Pen

US $28.76 - 34.27 / Piece
`$50 OFF $2 +`

Electric Face Scrubbers Remover Nose Clean tool Mini

US $12.08 - 13.18 / Piece

5 in 1 homeuse facials Cleaning brush scrubber Multifunction

US $4.15 - 5.00 / Piece

home use 24Khz Ultrasound Ionic Skin Scrubber Facial

US $19.20 - 29.62 / Piece

Pimple Remover Deep Pore Cleaner Scrubbers Acne

US $8.01 - 12.23 / Piece
`$50 OFF $2 +`

Electric Face Steamer Beauty Facial Moisturizer Vaporizer Hot

US $34.69 - 47.90 / Piece
`$25 OFF $2 +`



hot 2020 Mini Nano Mist Sprayer Facial Body Nebulizer

US $2.12 - 2.40 / Piece
`$500 OFF $10 +`



rechargeable electric shaver beard razor hair trimmer men

US $65.37 - 80.29 / Piece
`$150 OFF $8 +`



Oxygen Hydrocycle Facial Machine Vacuum Suction Clean

US $71.02 - 84.63 / Piece
`Per $100 Save $10`

3D electric shaver electric razor men face care shaving machine

US $70.79 - 86.85 / Piece
`$50 OFF $2 +`

electric shaver for men beard electric razor facial body

US $150.48 - 162.46 / Piece
`$150 OFF $8 +`

5 In 1 Battery Electric Rotating Facial Cleansing Brush

US $4.18 - 6.17 / Piece



Face Scrubbers Cleaning Brush Eco Friendly Beauty Tool Device

US $6.34 - 7.79 / Piece



Beauty Stick 24K Electric Face Scrubbers Slimming Golden

US $3.71 - 4.28 / Piece
`$50 OFF $1 +`



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece



Skin Care Tools Electric Face Scrubbers Mini Vibrator

US $32.98 - 39.30 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator

US $32.98 - 39.30 / Piece
`$50 OFF $2 +`



Mini Electric Facial Scrubbers Cleansing Brush Device Silicone

US $4.53 - 6.42 / Piece



Electric Cosmetic instrument Beauty Micro Current SPA

US $45.41 - 57.26 / Piece
`$50 OFF $2 +`



4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric

US $11.33 - 13.81 / Piece
`$159 OFF $7 +`

Electric Face Scrubbers Remover Nose Clean tool Mini

US $1.80 - 2.15 / Piece
`$99 OFF $5 +`



Skin Care Tools Electric Face Scrubbers Mini Vibrator

US $32.98 - 39.30 / Piece
`$50 OFF $2 +`

Face Scrubbers Waterproof Design 3D Detachable Heads

US $24.63 - 41.92 / Piece



Electric Face Scrubbers Beauty Care Massage Tool Massager

US $3.99 - 5.52 / Piece

More ⌄

New Arrival skin care tools

     

Home Beauty Instrument Neck and face beauty equipment to
US $10.55 - 12.57/ Piece

Face Massager Face Roller Cool Ice Roller Massager Skin Lifting
US $8.55 - 10.09/ Piece

Face Set For Mask Mixing Bowl Girls Facial Skin Care Tools Kit
US $24.46 - 64.66/ Lot

Face Massager 3pcs Set Resin Roller Massager for Face Body
US $5.94 - 7.01/ Piece

Face Massager Ice Gel Face Mask Anti Wrinkle Relieve
US $11.47 - 13.53/ Piece

Blue Light Plasma Pen Scar Acne Removal Machine Anti
US $127.02 - 172.00/ Piece

Not  ▬▬▬▬▬ Sign out

Listed on 02/03/2023

Bookmark & Share           

Any questions or suggestions ? Please let us know.



China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License  京ICP备16060083号-9

Chat



DHgate Buy Globally · Sell Globally Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change
[redacted] Miami, Florida, United States, 33133 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Use promo code

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: cfgtre | | |
|  Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 20 and Jun 12 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.



LOGO Factory

**Cftgff**

Add To Favorite Stores ( 4 )

91.3% Positive Feedback 61 Transactions

Online Chat

Share · Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

## Store Categories

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma289C

Sort by: Bestselling · Price · Best Match · Price: $ 0 - $ 0 Go · Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 104

Marketplace: DHGate

Seller Name: cggmk



## Customers Who Bought This Item Also Bought



8148 Magic Metal Hair Clipper
Electric Razor Electric Push
US $56.55 - 58.30 / Piece



2018 Salon Hair Iron Hair
Straightening Escova Alisadora
US $5.82 - 16.07 / Piece
$2 OFF $50+




Epacket KM-1409 Carbon Steel
Men Beard Shaver Head Hair
US $16.09 - 19.17 / Piece
$2 OFF $50+



3 in 1KEMEI KM-1407
Multifunctional Hair Trimmer
US $8.11 - 10.50 / Piece
5 OFF $99+



Abdominal Muscle Training
Stimulator Device Wireless EMS
US $13.48 - 21.42 / Piece
$2 OFF $50+



KEMEI KM-1407 Multifunctional
Hair Trimmer Rechargeable
US $17.69 - 27.07 / Piece
$2 OFF $50+

## Customers Often Bought With







2023 OG Slippers Autumn An...
US $26.20 - 31.22 / Piece
$2 OFF $25+

New Designer Women Sandal ...
US $39.26 - 46.79 / Pair
$2 OFF $25+

Slides Slippers Desert Sand Su...
US $29.63 - 35.31 / Pair
$3 OFF $49+

Men Women Slides Sandals D...
US $35.65 - 42.49 / Piece
$2 OFF $25+

Outdoor Bags 32 38 42 48 inc...
US $50.31 - 65.30 / Piece
$4 OFF $69+

Women's Platform Perforated ...
US $37.69 - 44.92 / Piece
$2 OFF $25+

## More Choices








Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece
$2 OFF $25+

Automatic Soap Dispenser Touchless Liquid Pump
US $12.33 - 14.99 / Piece

2PCs Set Comb Wide Tooth For Detangling Hairdressing Rake
US $49.25 - 58.69 / Set
$10 OFF $200+

8 Heads Hair Curler Dark Blue Multi-function Hair Styling
US $206.84 - 251.50 / Piece
$10 OFF $200+

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece
$10 OFF $199+

For Personal Care 5KIN Health Cream Wrinkle Texture Repair
US $38.60 - 57.49 / Piece
$10 OFF $200+

---

cggmk Store  >


💬 Chat   👥 7

100.0% Positive Feedback

On-time Delivery Rate:        ↑
Response Time:               ↑
Repurchase rate:             ↓

Business Information

**Top 3 Markets**

**Store Categories**

>Bags, Shoes & Accs
   Men's Accessories
   Women's Bags
   Men's Bags
>Fashion Accessories
   Keychains & Lanyards
>Bags, Luggage & Accessories
   Xmas Bags Idea
   Wallets & Holders
   Shopping Bags
   Evening Bags
   Bag Organizer
   Sport&Outdoor Packs
   Waist Bags
   Cosmetic Bags & Cases
   Briefcases
   Other Bags
   Luggages
   School Bags
   Bag Parts & Accessories
>Watches
   Unisex Watches
   Watch Accessories
   Men's Watches
   Mechanical Wristwatches
   Women's Watches
   Women's Watches
   Other Watches
   Children's Watches
>Jewelry

| | Item Description | Company Overview | | Report Item |

### Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Commodity Quality | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 852055082 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

#### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



5 intensity adjustments

Earring
Silver Jewelry
Bracelets
Wedding & Engagement Jewelry

All Store Items on Sale Now

Go to Store >

More items from this Store



US $32.98 - 39.30 / Piece



US $50.33 - 59.97 / Piece



US $23.36 - 39.13 / Piece



US $35.02 - 46.21 / Piece



US $78.53 - 99.20 / Piece



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicor
cleansing instrument

Product number： NJMY−036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB
charging / 5V, 1A



US $6.95 - 13.57 / Piece

View all 7606 items

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blu

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal sk

High frequency sound wave vibration

# 6000rmp per minute

## Deep cleansing skin care











**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

Frequency: 100Hz · Noise: 50dB · Material: silicone · Size: 80*75*30mm · Color: rose red, pink, green






**USB Rechargeable**


**The standby is up to 90 days**


**IPX 7 Waterproof**

## IPX 7 Waterproof Design



## 3 zones for different types of skin



❷ **Rough**
For oily skin, like T zone

❸ **Regular**
For normal skin

❶ **Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning



 

Washing by hand   VS   Washing by our brush



PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

**03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools**

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑ Remove black heads

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch



# Product Pictures





**SUPER COOL
WASHING MACHINE**

JMY04 JMY16

Less Description ^

## Sponsored Products You May be Interested In More Choice 我也要出现在这里



1000ml Noiseless Induction Alcohol Gel Foam Liquid Soap
US $27.90 - 33.92 / Piece



1000ml alcohol Spray Hand disinfector Automatic induction
US $28.21 - 34.30 / Piece



BFN07245-1 36000rpm Electric Hair Dryer
US $64.35 - 79.05 / Piece



Liquid Soap Dispenser 1000ml Capacity Automatic Touchless
US $28.21 - 34.30 / Piece



2Pcs Set Comb Wide Tooth For Detangling Hairdressing Rake
US $49.25 - 58.69 / Set



8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece

## Similar Items



110V 220V 1800W Electric Hair Dryer Professional Blow Dryer
US $36.12 - 43.47 / Piece
$2 OFF $50+



Generic Replacement Brush Heads For ORab electric
US $4.43 - 4.59 / Piece
$2 OFF $50+

 

Ultrasonic Skin Scrubber Facial Cleansing Machine USB
US $18.23 - 21.72 / Piece
$1 OFF $50+



3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer
US $8.11 - 10.50 / Piece
$5 OFF $99+



PLATINUM AND GOLD Hair Straighteners Professional
US $55.21 - 69.99 / Piece



Longmada Ceramic Knife Wax Heater Heating Tip Coil 510
US $8.68 - 24.14 / Lot
$2 OFF $50+

## Related Keywords



skin care oily



whitening skin care



collagen skin care mask



foot care tools



digital facial skin analyzer

## You May Also Like



Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance



5in1 Electric Face Scrubbers Multifunctional facial cleanser face



VKK Silicone Face Cleansing Brush Electric Face Cleanser Electric Facial Cleanser



Ultrasonic Skin Scrubber Facial Cleansing Machine USB Rechargeable Acne



Electric Face Scrubbers Cleansing Brush Silicone Warming Cleanser Massage EMS

US $26.98 - 32.15 / Piece    US $4.39 - 7.71 / Piece    US $15.97 - 19.03 / Piece    US $18.23 - 21.72 / Piece    US $33.62 - 40.06 / Piece

$2 OFF $50+    $1 OFF $50+    $1 OFF $50+    $2 OFF $50+    $2 OFF $50+

   

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double    Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna    Nano spray water replenishing evaporator instrument Face moisturizing    Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna    Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $50.33 - 59.97 / Piece    US $40.65 - 56.79 / Piece    US $31.84 - 37.95 / Piece    US $40.65 - 56.79 / Piece    US $26.98 - 32.15 / Piece

$2 OFF $50+    $2 OFF $50+    $2 OFF $50+    $2 OFF $50+    $2 OFF $50+

   

Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool Black    Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance    3Colors 4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7    Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance    100pcs vinca Periwinkle Flower Seeds Bonsai Variety of Colors Rare Plants for

US $22.85 - 30.25 / Piece    US $26.98 - 32.15 / Piece    US $8.72 - 10.26 / Piece    US $26.98 - 32.15 / Piece    US $1.35 - 1.54 / Lot

$2 OFF $50+    $2 OFF $50+    $3 OFF $49+    $2 OFF $50+

   

Evening Bags Crossbody Handbags Shoulder Bag Vintage Arc Clutch Purse    Evening Bags Luxurys Designers High quality Women Shoulder bag bags Totes    Black color Luxury High Quality Designer Belts Fashion snake animal pattern    Motorcycle Backrest Luggage Rack Set For BMW F650GS 2008-12 F700GS 2013-    Evening Bags Embroidery Tote Bag Canvas Shopping Handbag Large

US $95.89 - 113.12 / Piece    US $77.80 - 91.77 / Piece    US $14.34 - 27.93 / Piece    US $54.72 - 156.46 / Set    US $89.18 - 105.20 / Piece

$2 OFF $25+    $2 OFF $25+    $10 OFF $340+    $2 OFF $25+

   

5A Cowhide Felicie 3pcs Shoulder Crossbody Bags Women Envelope    Vintage Dauphine Shoulder Messenger Bags COW LEATHER Designer Luxury    Jameo Auto Car Steering Wheel Panel Cover Trim for BMW 3 Series E90 E92 E93    Wine Glasses 375ml Highheeled Shoes Shape Whisky Decanter Luxurious Glass    Ric Roger McGuinn 1988 370 Maple Glo Natural 12 Strings Semi Hollow Electric

US $9.04 - 44.35 / Piece    US $12.56 - 72.86 / Piece    US $15.89 - 24.83 / Piece    US $31.43 - 37.45 / Piece    US $138.75 - 494.55 / Piece

$2 OFF $50+    $2 OFF $50+

   

Desktop Simple Dressing HD Folding Makeup Mirror -2

US $1,100.00 - 1100.00 / Piece


18cm Transformation robot Boy toy Car model Anime Movie Series SS38 action

US $13.83 - 23.03 / Piece

`$10 OFF $340+`


Yeelight Second Generation Candela Led Night Light Dimmable LED Lamp Bedside

US $40.46 - 47.43 / Piece

`$2 OFF $50+`

Multicolor Camera Bag Designer Handbags Women Wide Shoulder Straps

US $22.35 - 29.65 / Piece

`$2 OFF $69+`


Evening Bags Designer Messenger Bags Women Chain Handbag Shoulder Packs

US $60.30 - 71.14 / Piece

`$2 OFF $25+`


Genuine Leather Bags Women Fashion Handbags Shoulder Messenger Bag

US $38.14 - 80.00 / Piece

`$2 OFF $69+`

Evening Bags Crossbody Messenger Bag Women Handbags Classic Black Material

US $111.72 - 131.79 / Piece

`$2 OFF $25+`

Evening Bags Chain Cross Body Bag Single Shoulder Bags Handbag Clutch

US $81.25 - 95.85 / Piece

`$2 OFF $25+`

Designer Women's Dress Women's Short Sleeve Spring Summer Mini New High

US $117.44 - 145.16 / Piece

`$3 OFF $49+`

23SS Men's Designer T-shirt Plus Tees Polos Round Neck Lipstick Dog Print

US $47.75 - 59.01 / Piece

`$3 OFF $49+`


MONTSOURIS Backpack Style Women's Empreinte Leather Shoulder School Bag

US $61.97 - 80.00 / Piece

`$2 OFF $69+`

More ⌄

## New Arrival skin care tools


Organization 2022 Super Soft Exfoliating Bath Sponge Body
US $10.32 - 13.08 / Piece


Makeup Brushes 1pcs Silicone Mask Brush Double-Ended Soft
US $17.54 - 22.44 / Lot


Slimming Machine Home Use Mini Hifu Face Lifting Skin
US $149.68 - 261.41 / Piece


Beauty Nano Face Steamer Facial Kit Skin Care Tool Set,
US $45.01 - 53.63 / Piece


Baking Pastry Tools Ice Roller for Face and Eye Silicone Mold
US $4.22 - 5.54 / Piece


Organization 2022 Super Soft Exfoliating Bath Sponge Body
US $10.32 - 13.08 / Piece


$25 For New User

Join Free

See personalized recommendations , Sign In

Listed on 20/03/2023

Bookmark & Share           


Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9

Chat





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change
[redacted] Boca Raton, Florida, United States, 33433 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: cggmk | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 03-BLUE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 23 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English

Cggmk

Add To Favorite Stores ( 7 )

100.0% Positive Feedback 51 Transactions

Online Chat

Share

Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager

**Store Categories**

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 105

Marketplace: DHGate

Seller Name: ctufqi



SPEND & SAVE BONUS COUPON   UP TO $150 SAVINGS

Subtotal
US $0.00

Go to Cart

New Buyer Coupons! | $ | DH Buyer Protection | Customer Service ∨ | United States / USD ∨ | English ∨

DHgate

ctufqi Store  Chat ∨
83.3% Positive Feedback

running shoes   On DHgate | In this Store

Hi
My DHgate ∨

Cart

Store Home   Products   Limited Time Sale   TopSelling   Review   About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma304f

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:   ⚡ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack
$25 OFF   DHcoupon $23 OFF   This Store Only $2 OFF   Claim

Store Coupon Save $2 ∨

Options:   More+

02-PINK

Quantity:   −  1  +  Piece   Maximum 50 Piece(s)

Shipping:   **Free Shipping** to United States Via China Post SAL   More Options ∨
Estimated delivery time: Jun. 3 and Jun. 26

Total cost:   **$39.3** ⓘ

Buy it Now   Add to Cart   ♡ ∨

Buyer Protection:   $ Return Policy   Refund for No Delivery   Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

| | | | | | |
|---|---|---|---|---|---|
| Selling Electric Razor Rechargeable Beard Trimmer | Leisure Computer Chair Household Office Student | 2018 Salon Hair Iron Hair Straightening Escova Alisadora | Electric Hair Dryer Blow Dryer Curling Iron Rotating Brush | Hair Curlers Straighteners New Arrival professional 19mm | Hair Clippers Dro Cortar Cabello To |
| US $18.45 - 21.99 / Piece | US $13.13 - 18.68 / Piece | US $5.58 - 27.41 / Piece | US $153.36 - 182.75 / Piece | US $21.95 - 27.91 / Piece | US $23.56 - 35.43 |
| | | $2 OFF $50+ | | $2 OFF $50+ | |

## Customers Often Bought With







high quality Mini portable spli...
US $33.97 - 47.06 / Piece
$2 OFF $50+

Hair Scissors 6 Inch 7 Coarse T...
US $21.76 - 38.24 / Piece
$3 OFF $49+
Per $100 Save $2

Epilator 999900 Ipl Poepilator ...
US $32.52 - 38.35 / Piece
$4 OFF $69+

Black Beige Embroidered Fabr...
US $74.12 - 88.33 / Pair
$2 OFF $25+

Epilator ZS 999 999 IPL Body 8...
US $28.27 - 33.52 / Piece
$4 OFF $69+

Hair Straightener...
US $10.83 - 13.68
$4 OFF $69+

## More Choices








Oral Irrigators Dental cleaner Portable intelligent household
US $27.30 - 38.33 / Piece

Electric Hair Dryer Brush Blower Hot Air Styler Comb One
US $21.85 - 26.04 / Piece

PLATINUM AND GOLD Hair Straighteners Professional
US $60.50 - 72.09 / Piece

Electric Toothbrush with 3 Replacement Head Sonic Wave
US $17.60 - 20.98 / Piece

Generation 3 No Fan Vacuum Hair Dryer H-03 Professional
US $106.79 - 127.25 / Piece
$10 OFF $199+

MD013 electric re... Blackhead remov...
US $10.82 - 12.89

---

**ctufqi Store** >



💬 Chat  😊 5

83.3% Positive Feedback

On-time Delivery Rate: 🔼

Repurchase rate: 🔽

Business Information

**Top 3 Markets**

**Store Categories**

>Watches
- Unisex Watches
- Men's Watches
- Mechanical Wristwatches
- Watch Accessories
- Women's Watches
- Children's Watches
- Women's Watches
- Other Watches

>Bags, Luggage & Accessories
- Xmas Bags Idea
- Wallets & Holders
- Shopping Bags
- Evening Bags
- Sport&Outdoor Packs
- Waist Bags
- Cosmetic Bags & Cases
- School Bags
- Briefcases
- Bag Parts & Accessories
- Other Bags
- Bag Organizer
- Functional Bags
- Luggages

>Health & Beauty
- Other Health & Beauty Items
- Sexy Underwear
- Oral Hygiene
- Skin Care Tools & Devices

---

**Item Description**     Company Overview                                          Report Item

### Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Vibration: | 6000RPM |
| Commodity Quality Certification: | ce |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 858549106 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

## 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



5 intensity adjustments

Home Beauty Instrument
Bath & Body
>Bags, Shoes & Accs
Men's Bags
Men's Accessories
...



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your sk soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent sili
cleansing instrume

Product number： NJMY-03

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB

---

All Store Items on Sale Now

Get up to $330 Store Coupon

Go to Store >

More items from this Store



US $6.95 - 13.57 / Piece



US $32.98 - 39.30 / Piece



US $23.36 - 39.13 / Piece



US $35.02 - 46.21 / Piece



US $29.30 - 48.51 / Piece





Buy 2 get 1% off

US $50.33 - 59.97 / Piece

View all 6031 items

charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough

For oily skin, like T zone

① Fine

For sensitive skin

③ Regu

For normal

High frequency sound

wave vibration
6000rmp per minute
Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and eleg shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

## Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green






USB Rechargeable


The standby is up to 90 days


IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



❷ **Rough**
For oily skin, like T zone

❸ **Regular**
For normal skin

❶ **Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand        Washing by our brush

PRODUCT PARAMETERS



Your cart is empty

| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin





☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles



8CM/3.15inch

# Product Pictures





**SUPER COOL**

WASHING MACHINE

JMY04 JMY16

Less Description ∧

## Sponsored Products You May be Interested In More Choice 我也要出现在这里

     

| for Salon Tools Hair Dryer Sealed Package 5 Colors HD08 | Top Quality Hair Curler Professional Salon Tools EU US | Andis Profoil Lithium Titanium-ION Cord Cordless Foil Shaver | HD08 Super High Speed Vacuum Hair Dryer US UK EU | 8 Heads Multifunctional Curling Iron Professional Salon Hair | T9 Hair Trimmer Clipper Cordless |
| US $155.28 - 185.03 / Piece | US $205.71 - 245.13 / Piece | US $59.01 - 70.32 / Piece | US $144.93 - 172.70 / Piece | US $284.67 - 295.05 / Piece | US $18.05 - 21.51 |

## Similar Items

     

| Iveld Longmada Mator Heater Wax Long Glass Attachment | Longmada Ceramic Hot Knife Wax Heater Heating Tip Coil | Replacement Brush Heads For Automatic Electric Sonic | 2022 Hair Clipper Electric Hair Trimmer Cordless Shaver | Hair Curlers Straighteners New Arrival professional 19mm | 100 200 300 500g Mini Digital Scale |
| US $6.50 - 12.52 / Piece | US $8.68 - 12.17 / Lot | US $1.78 - 8.15 / Piece | US $5.03 - 23.95 / Piece | US $21.95 - 27.91 / Piece | US $3.39 - 5.56 / |
| $5 OFF $99+ | $5 OFF $99+ | | $14 OFF $1,000+ | $2 OFF $50+ | $2 OFF $25+ |

     

## Related Keywords

    

firming skin care     portable radio frequency skin     skin care tips     foot care tools     digital facial skin analyzer

## You May Also Like

    

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

MD013 electric rechargeable Blackhead remover for Face Deep

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US 29.30 - 48.51 / Piece

US 23.36 - 39.13 / Piece

US 78.53 - 99.20 / Piece

US 6.95 - 13.57 / Piece

US 78.53 - 99.20 / Piece

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+







6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

MD013 electric rechargeable Blackhead remover for Face Deep

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

High Pressure Nano Spray Face Steamer Mist Moisturize Skin

US 35.02 - 46.21 / Piece

US 6.95 - 13.57 / Piece

US 29.30 - 48.51 / Piece

US 23.36 - 39.13 / Piece

US 46.74 - 55.69 / Piece

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+











6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

Electric Face Scrubbers Shavers Shaver For Men 7D Independently 7

US 35.02 - 46.21 / Piece

US 40.47 - 48.23 / Piece

US 75.40 - 95.25 / Piece

US 29.30 - 48.51 / Piece

US 26.00 - 35.21 / Piece

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+

$2 OFF $25+





4 in 1 Electric Facial Cleansing Brush Rechargeable Waterproof Spin Sonic

AA Battery Type Portable Facial Massager Makeup Remover 5 in 1

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

Electric Wireless Facial Cleansing Brush Silicone Face Washing Cleaning

Face Machine Facial Massager High Frequency Facial Machine Face

US 19.76 - 23.54 / Piece

US 18.74 - 22.33 / Piece

US 86.38 - 109.12 / Piece

US 24.28 - 28.93 / Piece

US 20.94 - 24.95 / Piece

$1 OFF $50+

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+











6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7 Waterproof

Organization 2 PERSONS FOLDABLE BATHTUB FLAMINGO HOME SPA BATH

New 7 Strings Hollow Jazz Electric Guitar VS Sunburst Top Musical

US 35.02 - 46.21 / Piece

US 35.02 - 46.21 / Piece

US 11.33 - 13.81 / Piece

US 135.38 - 171.62 / Piece

US 293.97 - 338.55 / Piece

$2 OFF $50+

$2 OFF $50+

$3 OFF $49+

$2 OFF $50+















watch designer mens movement

50 Pcs Lot Not Repeated Skateboard

4Door Car Door HingeHinge

2022 INS Mens Womens hoodie High

10 pairs mixed style women's 925

watches Automatic Mechanical Watch

US $70.35 - 83.84 / Piece



Stickers Male Rapper For Car Laptop

US $1.71 - 4.63 / Lot

$2 OFF $25+
$50 Save $7

CoverSpare Tire Holder Hinge Lever

US $45.92 - 62.91 / Set

$2 OFF $50+

Street Skeleton Palace Hoodles Hip-

US $53.30 - 65.22 / Piece

$15 OFF $299+

silver earring GTE58,high grade

US $2.32 - 3.96 / Pair



Fashion Men Leather Crossbody
Shoulder Bag Top Designer Briefcase

US $33.70 - 39.75 / Piece

$2 OFF $50+

DHL,UPS FREE Senior Bach Silver
Plated Bach Trumpet LT 180S-43 Small

US $195.98 - 233.54 / Piece

Flat Shoulder Glass Oil Perfume
Bottles Transparent Amber Frosted

US $21.77 - 329.54 / Lot

$7 OFF $159+

Red Yellow Flame Crew Socks Lifelike
Fire Socks Men Hip Hop Design Classic

US $12.14 - 13.67 / Lot

$2 OFF $50+

4Colors Designer Double Letters Print
Flowers Bowknot Large Intestine Hair

US $2.84 - 11.25 / Piece

$2 OFF $50+



Sunset 43quot Solid Spruce J200vs
Acoustic GuitarTop quality Custom

US $339.40 - 351.78 / Piece

$2 OFF $50+

More ∨

## New Arrival skin care tools



Face Massager ANLAN Neck
Face Beauty Device 3 color LED

US $18.75 - 22.13 / Piece



Face Massager HSKOU Neck
and Face Beauty Equipment 3-

US $16.74 - 24.90 / Piece



Whole- 4 In 1 Beauty DIY Facial
Mask Tool Set Mixing Bowl

US $22.56 - 26.18 / Lot



Organization Bath Brush Rub
Back Body Skin Care Tool On

US $16.65 - 21.11 / Piece



Other Bath Toilet Supplies
Plastic Shower Feet Massage

US $8.77 - 9.98 / Piece



Face Massager N
Beauty Device 3 c

US $13.19 - 15.56

Not . ████████ Sign out

Listed on 13/04/2023

Bookmark & Share

        



Any questions or suggestions ? Please let us know.



China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License    京ICP备16060083号-9





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Palm beach, Florida, United States, 33480

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: ctufqi | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-PINK US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jun 26 |

**Add remark to seller**

Please add remark(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

Buyer Protection · Secure Payment · Return Policy · Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 114 ) Sign out | My DHgate | Help | English | 0

LOGO Factory

Ctufqi

Add To Favorite Stores ( 5 )

83.3% Positive Feedback 31 Transactions

Online Chat

Share

Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma304f

**Store Categories**

- Household Appliances (1)

App Coupon Issued/Total:14/99,999
$11 OFF $330+
Code:CRFBV7M8RHKT2NRGQOYF
Get Now

Store Coupon Issued/Total:16/99,999
$10 OFF $330+
Code:4SIRMMO6PRGCK9PYZ11O
Get Now

App Coupon Issued/Total:41/99,999
$5 OFF $100+
Code:KI1BEFFRLGX8SO1NGDS1
Get Now

Show More

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma304f

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...
Ships out within 10 business days

US $32.98 - 39.30 / Piece
Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 106

Marketplace: DHGate

Seller Name: davkpj





SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Go to Cart

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate | davkpj Store Chat | 100.0% Positive Feedback | sunglasses | On DHgate | In this Store | Hi [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Share to be partner | Similar Items

# Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2027

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack $25 OFF DHcoupon $23 OFF This Store Only $2 OFF Claim

Store Coupon Save $2

Options: 03-BLUE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jun. 26

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

## Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Selling Electric Razor Rechargeable Beard Trimmer
US $18.45 - 21.99 / Piece

Leisure Computer Chair Household Office Student
US $13.13 - 18.68 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.58 - 27.41 / Piece
$2 OFF $50+

Electric Hair Dryer Blow Dryer Curling Iron Rotating Brush
US $153.36 - 182.75 / Piece

Hair Curlers Straighteners New Arrival professional 19mm
US $21.95 - 27.91 / Piece
$2 OFF $50+

Hair Clippers Dro Cortar Cabello To
US $23.56 - 35.43

## Customers Often Bought With

| | | | | | |
|---|---|---|---|---|---|
| Riwa Silent Electric Epilator W... | Hair Scissors 6 Inch 7 Coarse T... | Epilator 999900 Ipl Poepilator ... | Hair Straighteners 2 In 1 Strai... | high quality Mini portable spli... | Black Beige Embr... |
| US $31.48 - 41.27 / Piece | US $21.76 - 38.24 / Piece | US $32.52 - 38.35 / Piece | US $10.83 - 13.68 / Piece | US $33.97 - 47.06 / Piece | US $74.12 - 88.33 |
| $2 OFF $50+ | $3 OFF $49+ / Per $100 Save $2 | $4 OFF $69+ | $4 OFF $69+ | $2 OFF $50+ | $2 OFF $25+ |

## More Choices

     

| | | | | | |
|---|---|---|---|---|---|
| Oral Irrigators Dental cleaner Portable intelligent household | Electric Hair Dryer Brush Blower Hot Air Styler Comb One | Generation 3rd No Fan Hair Dryer Professional Salon Tools | 50%off Oral Irrigators Hand Held Electric Tooth Punch | 8 Heads Multi Function Hair Curler Hair Dryer Automatic | 5 In 1 4D Men's R Bald Head Electri |
| US $27.30 - 38.33 / Piece | US $21.85 - 26.04 / Piece | US $107.04 - 127.55 / Piece | US $41.20 - 49.10 / Piece | US $53.14 - 63.32 / Piece | US $44.38 - 52.88 |
| | | $10 OFF $199+ | | | |



**davkpj Store** >

 

💬 Chat   👥 2

100.0% Positive Feedback

On-time Delivery Rate: 🔻

Repurchase rate: 🔻

Business Information



**Top 3 Markets**



**Store Categories**

>Bags, Shoes & Accs
  Men's Accessories
  Women's Bags
  Men's Bags
>Fashion Collection
  Sunglasses
  Jewelry
  Apparel
>Fashion Accessories
  Keychains & Lanyards
  Belts & Accessories
>Health & Beauty
  Other Health & Beauty Items
  Sexy Underwear
  Oral Hygiene
  Skin Care Tools & Devices
  Home Beauty Instrument
  Bath & Body
  Mini Beauty Tools
>Watches
  Wristwatches
  Men's Watches
  Women's Watches
  Unisex Watches
  Mechanical Wristwatches
  Watch Accessories
  Women's Watches
  Children's Watches

**Item Description**   Company Overview                    Report Item

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality: | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 857804942 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



>Apparel
  Underwear
  Costumes & Cosplay
  Women's Clothing
  Men's Clothing

All Store Items on Sale Now

Get up to $330 Store Coupon

Go to Store >

More items from this Store



US $12.24 - 15.78 / Piece



US $29.30 - 48.51 / Piece



US $50.33 - 59.97 / Piece



US $6.95 - 13.57 / Piece



US $32.98 - 39.30 / Piece



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent sili
cleansing instrume

Product number： NJMY-03

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB



US $23.36 - 39.13 / Piece

View all 4043 items

charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough

For oily skin, like T zone

① Fine

For sensitive skin

③ Regu

For normal

High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear
Face Massager Vibrator Brush

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and eleg
shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash
Machine,1 x usb charger,1 x english manual,1 x box,

## Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







USB Rechargeable



The standby is up to 90 days



IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



① Fine
For sensitive skin

② Rough
For oily skin, like T zone

③ Regular
For normal skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand      Washing by our brush

PRODUCT PARAMETERS



| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

Your cart is empty

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin





☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles



# Product Pictures





**WASHING MACHINE**

JMY04 JMY16

Less Description ∧

## Sponsored Products You May be Interested In More Choice  我也要出现在这里



MD013 electric rechargeable
Blackhead remover for Face
US $10.82 - 12.89 / Piece

 

Xiaomi Mi Enchen Boost USB
Electric Hair Clipper Two Speed
US $10.36 - 12.34 / Piece

No Fan Vacuum Hair Dryer
Generation 3 Professional Salon
US $154.10 - 183.64 / Piece



In stock Gen3 3rd Generation
No Fan Hair Dryer Professional
US $135.47 - 161.43 / Piece



8 Heads Multi-functional Hair
Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece



HD08 Super High
Vacuum Hair Dry
US $144.93 - 172.

## Similar Items

  

Iveld Longmada Mator Heater
Wax Long Glass Attachment
US $6.50 - 12.52 / Piece
$5 OFF $99+

 

Longmada Ceramic Hot Knife
Wax Heater Heating Tip Coil
US $8.68 - 12.17 / Lot
$5 OFF $99+



Replacement Brush Heads For
Automatic Electric Sonic
US $1.78 - 8.15 / Piece

  

2022 Hair Clipper Electric Hair
Trimmer Cordless Shaver
US $5.03 - 23.95 / Piece
$14 OFF $1,000+

 

Hair Curlers Straighteners New
Arrival professional 19mm
US $21.95 - 27.91 / Piece
$2 OFF $50+



100 200 300 500g
Mini Digital Scale
US $3.39 - 5.56 /
$2 OFF $25+

## Related Keywords



firming skin care



portable radio
frequency skin



skin care tips



foot care tools



digital facial skin
analyzer

## You May Also Like

    

Ultrasonic Facial Massager 7 Colors
Led Pon Skin Rejuvenation Light

US $75.40 - 95.25 / Piece

$2 OFF $50+

Electric Face Scrubbers LED Facial
Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond
Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors
Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead
Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+



Electric Face Scrubbers LED Facial
Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+

Electric Face Scrubbers LED Facial
Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors
Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

$2 OFF $50+

2 Modes Electric Face Cleansing Brush
EMS Face Massage Deep Cleaning

US $40.47 - 48.23 / Piece

$2 OFF $50+

MD013 electric rechargeable
Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece



6 Suction Face Nose Blackhead
Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+

High Pressure Nano Spray Face
Steamer Mist Moisturize Skin

US $46.74 - 55.69 / Piece

$2 OFF $50+

MD013 electric rechargeable
Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond
Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

$2 OFF $50+

Electric Face Scrubbers Shavers
Shaver For Men 7D Independently 7

US $26.00 - 35.21 / Piece

$2 OFF $25+



Ultrasonic Facial Massager 7 Colors
Led Pon Skin Rejuvenation Light

US $86.38 - 109.12 / Piece

$2 OFF $50+

AA Battery Type Portable Facial
Massager Makeup Remover 5 in 1

US $18.74 - 22.33 / Piece

$2 OFF $50+

Electric Wireless Facial Cleansing
Brush Silicone Face Washing Cleaning

US $24.28 - 28.93 / Piece

$2 OFF $50+

4 in 1 Electric Facial Cleansing Brush
Rechargeable Waterproof Spin Sonic

US $19.76 - 23.54 / Piece

$1 OFF $50+



Face Machine Facial Massager High
Frequency Facial Machine Face

US $20.94 - 24.95 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead
Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead
Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+



4 in 1 Facial Cleansing Brush scrubber
Rechargeable Electric Ipx7 Waterproof

US $11.33 - 13.81 / Piece

$3 OFF $49+

Organization 2 PERSONS FOLDABLE
BATHTUB FLAMINGO HOME SPA BATH

US $135.38 - 171.62 / Piece

$2 OFF $50+



2022 INS Mens Womens hoodie High
Street Skeleton Palace Hoodies Hip-

US $53.30 - 65.22 / Piece

$15 OFF $299+



watch designer mens movement



4Door Car Door HingeHinge



Fashion Men Leather Crossbody



Evening Bags New heartshaped



DHLUPS FREE Senior Bach Silver

watches Automatic Mechanical Watch
Cover Spare Tire Holder Hinge Cover
Shoulder Bag Top Designer Bag Base
Women's bag Designer bag luxury
Plated Bach Trumpet LT 180S-43 Small

US $70.35 - 83.84 / Piece
US $45.92 - 62.91 / Set
US $33.70 - 39.75 / Piece
US $76.48 - 90.22 / Piece
US $195.98 - 233.54 / Piece







Fittings 1.375X24 Titanium Gr5 Extra Hexagon Sealed End Cap For Modar
Flat Shoulder Glass Oil Perfume Bottles Transparent Amber Frosted
50 Pcs Lot Not Repeated Skateboard Stickers Male Rapper For Car Laptop
2023 Women Designer Messenger Travel bag Classic Style Fashion
Original Lizard Leather Handle Shoulder Chain Bag 23cm Women

US $23.57 - 28.51 / Piece
US $21.77 - 329.54 / Lot
US $1.71 - 4.63 / Lot
US $29.45 - 34.74 / Piece
US $219.80 - 319.85 / Piece



5 Colors Luxurys Designers Wallets Purse Fashion Short Victorine Wallet

US $24.37 - 28.75 / Piece

More ⌄

## New Arrival skin care tools








Face Massager ANLAN Neck Face Beauty Device 3 color LED
Face Massager HSKOU Neck and Face Beauty Equipment 3-
Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl
Organization Bath Brush Rub Back Body Skin Care Tool On
Other Bath Toilet Supplies Plastic Shower Feet Massage
Face Massager N... Beauty Device 3 c...

US $18.75 - 22.13 / Piece
US $16.74 - 24.90 / Piece
US $22.56 - 26.18 / Lot
US $16.65 - 21.11 / Piece
US $8.77 - 9.98 / Piece
US $13.19 - 15.56

Not , umesh.bisht? Sign out

Listed on 12/04/2023

Bookmark & Share          

⟳ Any questions or suggestions ? Please let us know.



China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.  License   京ICP备16060083号-9





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33138 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: davkpj | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 03-BLUE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jun 26 |

Add remark to seller

Please add remark(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

LOGO Factory

Davkpj

Add To Favorite Stores ( 2 )

100.0% Positive Feedback 12 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2027

## Store Categories

- Household Appliances (1)

App Coupon Issued/Total:5/99,999
$11 OFF $330+
Code:VKPS97CX60OQIH141MCB
Get Now

Store Coupon Issued/Total:4/99,999
$10 OFF $330+
Code:ZIMBNZYDN57N0TJDC5BS
Get Now

App Coupon Issued/Total:15/99,999
$5 OFF $100+
Code:S1HUN7OSQSRPEV8ZI0WN
Get Now

Show More

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2027

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 107

Marketplace: DHGate

Seller Name: ddyzvy

SPRING HIGH-TECH SALE ELECTRONIC GADGETS SAVE UP TO 70%   shop now ▸

DHgate   ddyzvy Store  💬 Chat ⌄   🔍 sandal   On DHgate   In this Store   My DHgate ⌄   🛒 Cart ⌄
100.0% Positive Feedback

Store Home   Products   Limited Time Sale   TopSelling   Review   About Us

DHgate › Household Appliances › Personal Care › Electric Face Scrubbers › Skin Care Tools Electric Face Scrubbe...

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma211h

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:   🕐 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack **$25** OFF   DHcoupon $23 OFF   This Store Only $2 OFF   [ Claim ]

Store Coupon Save $2

Options:   🔵 🔴 🟣 🟡 🌸 🔴 🔵 🟠 🌸   **More+**
01-PINK

🔴

Similar Items

Quantity:   [ − ] 1 [ + ] Piece   Maximum 50 Piece(s)

Shipping:   **Free Shipping** to **United States** Via **China Post SAL**   More Options ⌄
Estimated delivery time: **May. 20** and **Jun. 12**

Total cost:   **$39.3** ⓘ

[ Buy it Now ]   [ Add to Cart ]   ♡ ⌄

Buyer Protection:   ↩ Return Policy   🛡 Refund for No Delivery   🔒 Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

| | | | | | |
|---|---|---|---|---|---|
| 28cm er Huge Dildos Soft Big Dildo Suction Cup Realistic | Lovely Cartoon Hand Warm Water Bottle Mini Hot Water | Oximetry refers to the clip-on household measuring blood | Replacement Toothbrush Heads Fit For Xiaomi SOOCAS | Hair Clippers Trimmer Clipper Professional Baldheaded For | Heating Pad, Electric Heat Pad for Back Pain and Cramps Relief |
| US $66.89 - 79.70 / Piece | US $5.03 - 5.99 / Piece | US $3.77 - 9.97 / Piece | US $9.43 - 11.23 / Piece | US $19.62 - 25.87 / Piece | US $23.11 - 46.70 / Piece |
| $50 OFF $2 + | $500 OFF $5 + | $50 OFF $2 + | | | |

## Customers Often Bought With

Kemei
razer blade







Good Quality Stainless Steel S...
US $16.25 - 970.47 / Lot

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece

newest Kemei KM-1102 Recha...
US $15.64 - 21.86 / Piece
$50 OFF $2 ✓

Vibration Facial Cleansing Bru...
US $12.24 - 15.78 / Piece
$50 OFF $2 ✓

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
$50 OFF $2 ✓

6 Pcs lot Three Layer Razor Bl...
US $13.96 - 16.47 / Lot
$50 OFF $2 ✓

## More Choices








Oral Irrigators Dental cleaner Portable intelligent household
US $27.30 - 38.33 / Piece

Amazon Ultrasonic Washing Nail Instrument new home Nail
US $15.70 - 40.66 / Piece
$18 OFF $2 ✓

Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$49 OFF $3 ✓

Mini Electronic Pocket Scales 200g 300g 500g 0.01g Jewelry
US $3.21 - 5.69 / Piece
$25 OFF $2 ✓

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece
$49 OFF $3 ✓

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece
$49 OFF $3 ✓

---

**ddyzvy Store** ›


💬 Chat    👥 1

100.0% Positive Feedback

Business Information

Top 3 Markets

### Store Categories

>other

>watch

### All Store Items on Sale Now

Get up to $330 Store Coupon

Go to Store ›

### More items from this Store



US $6.95 - 13.57 / Piece



| | Item Description | Company Overview | | Report Item |
|---|---|---|---|---|

### Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Vibration: | 6000RPM |
| Commodity Quality Certification: | ce |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 845310351 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

**01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB**





US $32.98 - 39.30 / Piece



US $29.30 - 48.51 / Piece



US $23.36 - 39.13 / Piece



US $12.24 - 15.78 / Piece

US $78.53 - 99.20 / Piece

View all 8475 items

## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicor cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB

charging / 5V, 1A

Charging time: about 1 hou

Cleaning method: body
waterproof

Product color: red / pink / blu

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regula
For normal sk



High frequency sound

wave vibration
6000rmp per minute
Deep cleansing skin care



*Support drop shipping*

*No logo, no invoice,
no store information,
no promotional information*

*High quaity,box package,ship within 12 hour.*



**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

## Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green





 USB Rechargeable

 The standby is up to 90 days

 IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



❷ **Rough**
For oily skin, like T zone

❸ **Regular**
For normal skin

❶ **Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand          VS          Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : ABS + silicone | | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : IPX7 | | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

**03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools**

### Feature

· Material: Food-grade silicone + ABS · Vibration frequency: 6000rpm(max.) · Charging method: USB charging · Battery capacity: 200mAh · Color: Rose red & Pink · Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) · Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



**high quality face brush**





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch

# Product Pictures





**SUPER COOL**

WASHING MACHINE

JMY04 JMY16

Less Description ⌃

Sponsored Products You May be Interested In More Choice   我也要出现在这里


Electric Hair Dryer salon household cold and hot air
US $34.18 - 41.32 / Piece


Electric Hair Dryer Curling High Quality Professional 110 220V
US $42.25 - 53.00 / Piece


New arrival Portable Professional Nail File Kit
US $11.70 - 16.60 / Piece


8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 243.75 / Piece


700ML Automatic Dispenser Sanitizer Hands-Free Soap
US $16.99 - 21.97 / Piece


2Pcs Set Comb Wide Tooth For Detangling Hairdressing Rake
US $49.25 - 58.69 / Set

## Similar Items


Vibration Facial Cleansing Brush Mini Silicone Electric
US $12.24 - 15.78 / Piece
$50 OFF $2 ×


Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece
$50 OFF $2 ×


Electric Comb Straightener wand Hair Curling Irons hair
US $28.99 - 38.99 / Piece
$50 OFF $2 ×


Hair Clippers Trimmer Clipper Professional Baldheaded For
US $19.62 - 25.87 / Piece


Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece


Newest 5 in 1 Standable USB Rechargeable
US $57.07 - 83.28 / Piece

## Related Keywords


gold collagen skin care


wholesale skin care products


skin care vacuum device


foot care tools


digital facial skin analyzer

## You May Also Like


TM-MD004 110-220V Diamond Blackhead Vacuum Suction


Ultrasonic Facial Massager 7 Colors Led Pop Skin


6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black


Skin Care Tools Electric Face Scrubbers Mini Vibrator


Ultrasonic Facial Massager 7 Colors Led Pop Skin


Electric Face Scrubbers LED Facial Mask Therapy 7 Colors

US $23.36 - 39.13 / Piece
US $78.53 - 99.20 / Piece
US $35.02 - 46.21 / Piece
US $32.98 - 39.30 / Piece
US $78.53 - 99.20 / Piece
US $29.30 - 48.51 / Piece

$50 OFF $2 ▾
$50 OFF $2 ▾





Skin Care Tools Electric Face Scrubbers Mini Vibrator
TM-MD004 110-220V Diamond Blackhead Vacuum Suction
6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black
Vibration Facial Cleansing Brush Mini Silicone Electric
Skin Care Tools Electric Face Scrubbers Mini Vibrator
Ultrasonic Facial Massager 7 Colors Led Pon Skin

US $32.98 - 39.30 / Piece
US $23.36 - 39.13 / Piece
US $35.02 - 46.21 / Piece
US $12.24 - 15.78 / Piece
US $32.98 - 39.30 / Piece
US $78.53 - 99.20 / Piece

$50 OFF $2 ▾
$50 OFF $2 ▾
$50 OFF $2 ▾
$50 OFF $2 ▾








Electric Face Scrubbers LED Facial Mask Therapy 7 Colors
V Face Massager LED Pon Light Therapy EMS Facial Lifting Face
Electric Face Scrubbers LED Facial Mask Therapy 7 Colors
Skin Care Tools Electric Face Scrubbers Mini Vibrator
Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove
V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $29.30 - 48.51 / Piece
US $50.33 - 59.97 / Piece
US $29.30 - 48.51 / Piece
US $32.98 - 39.30 / Piece
US $27.73 - 33.04 / Piece
US $50.33 - 59.97 / Piece

$50 OFF $2 ▾
$50 OFF $2 ▾








Air humidifier 30 ml mini nano facial sprayer USB cleaner
Ultrasonic Skin Scrubber Blackhead Reomver Face Ion
Vibration Facial Cleansing Brush Mini Silicone Electric
Skin Care Tool Face Scrubbers Sensor Monitor Oil Detector
Electric Face Scrubbers LED Facial Mask Therapy 7 Colors
V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $26.98 - 32.15 / Piece
US $28.82 - 34.34 / Set
US $12.24 - 15.78 / Piece
US $9.65 - 14.38 / Piece
US $29.30 - 48.51 / Piece
US $50.33 - 59.97 / Piece

$50 OFF $2 ▾
$50 OFF $2 ▾
$50 OFF $2 ▾
$50 OFF $2 ▾







MD013 electric rechargeable Blackhead remover for Face
MD013 electric rechargeable Blackhead remover for Face
MD013 electric rechargeable Blackhead remover for Face
Electric Face Scrubbers LED Facial Mask Therapy 7 Colors
TM-MD004 110-220V Diamond Blackhead Vacuum Suction
Ultrasonic Facial Massager 7 Colors Led Pon Skin

US $6.95 - 13.57 / Piece
US $6.95 - 13.57 / Piece
US $6.95 - 13.57 / Piece
US $29.30 - 48.51 / Piece
US $23.36 - 39.13 / Piece
US $78.53 - 99.20 / Piece

$50 OFF $2 ▾
$50 OFF $2 ▾








Scrubbers Face brushes 2in1 Double Sides Silicone Facial
2 Modes Electric Face Cleansing Brush EMS Face Massage Deep
Electric Face Scrubbers 5 Modes Silicone Cleansing Brush
Ultrasonic Facial Massager 7 Colors Led Pon Skin
rechargeable electric shaver beard trimmer men hair
MD005 shipment Blackhead Vacuum Suction Machine

US $0.77 - 0.94 / Piece
US $40.47 - 48.23 / Piece
US $26.04 - 34.38 / Piece
US $86.38 - 109.12 / Piece
US $74.70 - 91.51 / Piece
US $16.96 - 29.53 / Piece

$159 OFF $7 ▾
$50 OFF $2 ▾
$50 OFF $2 ▾
$50 OFF $2 ▾
$50 OFF $2 ▾

More ⌄

New Arrival skin care tools


Jade Roller Massager Double Head Facial Massage Skin Care
US $1.05 - 4.76/ Piece


Dr.pen M7-C Ultima M7 Professional Set Wired Derma
US $46.24 - 62.28/ Piece


Jade Roller Massager Double Head Facial Massage Skin Care
US $1.05 - 4.76/ Piece


Wired wireless Dr.pen M7-C Ultima M7 Professional Set
US $51.22 - 65.87/ Piece


Jade Roller Massager Double Head Facial Massage Skin Care
US $1.05 - 4.76/ Piece


Jade Roller Massager Double Head Facial Massage Skin Care
US $1.05 - 4.76/ Piece

Not , ▓▓▓▓▓ Sign out

Listed on 08/03/2023

Bookmark & Share          

Any questions or suggestions ? Please let us know.



Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9

Chat





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)

[redacted] Miami, Florida, United States, 33133 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Review & Confirm Your Order

Use promo code

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
| --- | --- | --- |
| Seller: dffrft | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 20 and Jun 12 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
| --- | --- |
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

| | |
| --- | --- |
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 95 ) Sign out | My DHgate | Help | English

LOGO Factory

**Ddyzvy**

Add To Favorite Stores ( 1 )

100.0% Positive Feedback 7 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma211h

## Store Categories

- Household Appliances (1)

App Coupon Issued/Total:5/99,999
$11 OFF $330+
Code:BYXPOLAZEZOJL6UDE NR8
Get Now

Store Coupon Issued/Total:2/99,999
$10 OFF $330+
Code:J2YC4YY9PKK674HJA0 Q0
Get Now

App Coupon Issued/Total:19/99,999
$5 OFF $100+
Code:UJASPEECS0QIWWT8U ZC7
Get Now

Show More

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma211h

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...
Ships out within 10 business days

US $32.98 - 39.30 / Piece
Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 108

Marketplace: DHGate

Seller Name: dffrft

SPRING HIGH-TECH SALE  ELECTRONIC GADGETS SAVE UP TO 70%  shop now ▶

**DHgate**

dffrft Store 💬 Chat ∨
100.0% Positive Feedback

dunks | On DHgate | In this Store

Hi
My DHgate ∨

0 Cart ∨

New Buyer Coupons! $ | Buyer Protection | Customer Service ∨ | 📍 United States / USD ∨ | 🌐 English ∨

| Store Home | Products | Limited Time Sale | TopSelling | Review | About Us |

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma261v

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:  🔸 Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack
**$23** OFF    Claim

Options:  🔵 🔴 🟣 🟡 🌸 🟣(02-ROSE) 🟠 🩷    More+

🩷

Similar Items

Quantity:  [ − 1 + ] Piece    Maximum 50 Piece(s)

Shipping:  **Free Shipping** to United States Via China Post SAL   More Options ∨
Estimated delivery time: May. 20 and Jun. 12

Total cost:  **$39.3** ⓘ

[ Buy it Now ]   [ Add to Cart ]   ♡ ∨

Buyer Protection:  🛡 Return Policy   🛡 Refund for No Delivery   🛡 Secure Payment

#### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought


Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece
$50 OFF $2 ◄


KM-1409 Carbon Steel Men Beard Shaver Head Hair
US $8.69 - 12.32 / Piece
$50 OFF $2 ◄


Electric shaver 4D three head floating veneer knife net
US $27.22 - 39.92 / Piece
$50 OFF $2 ◄


Ionic Hair Dryer Professional Strong HairDryer Barber Shop
US $53.27 - 63.48 / Piece
$50 OFF $2 ◄


Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece
$50 OFF $2 ◄


2022 USB Electric Hair Clippers Rechargeable Shaver Beard
US $25.98 - 30.95 / Piece
Per $100 Save $10

## Customers Often Bought With




Professional Barber Cape Poly... 
US $15.24 - 19.11 / Piece
$50 OFF $2 ▾

MINGSHI Full Zinc Alloy Safety...
US $6.40 - 13.73 / Piece
$50 OFF $2 ▾

Trimmer Rechargeable Razor ...
US $44.26 - 52.21 / Piece
$50 OFF $2 ▾

600000 flash professional per...
US $69.04 - 81.45 / Piece

Wax 3 Types Cartridge Wax D...
US $7.40 - 90.07 / Piece
$50 OFF $2 ▾

Butterfly Weishi 9306FL Men S...
US $9.86 - 14.55 / Set
$50 OFF $2 ▾

## More Choices





Oral Irrigators Dental cleaner
Portable intelligent household
US $27.30 - 38.33 / Piece

Amazon Ultrasonic Washing
Nail Instrument new home Nail
US $15.70 - 40.66 / Piece
$18 OFF $2 ▾

Generation 3rd No Fan Hair
Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece

Mini Electronic Pocket Scales
200g 300g 500g 0.01g Jewelry
US $3.21 - 5.69 / Piece
$25 OFF $2 ▾




8 Heads Multi-functional Hair
Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece

8 Heads Multi-functional Hair
Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece

---

dffrft Store ›

💬 Chat  😊 3

100.0% Positive Feedback

On-time Delivery Rate: ▾
Repurchase rate: ▾

Business Information

Top 3 Markets

Store Categories

>other
>watch

All Store Items on Sale Now

Go to Store ›

More items from this Store



US $12.24 - 15.78 / Piece



Item Description    Company Overview                                      Report Item

### Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Commodity Quality | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 845062676 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

#### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



5 intensity adjustments

US $32.98 - 39.30 / Piece



US $78.53 - 99.20 / Piece



US $35.02 - 46.21 / Piece



US $6.95 - 13.57 / Piece



US $29.30 - 48.51 / Piece

View all 7674 items

## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicor cleansing instrument

Product number： NJMY−036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB

charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body
waterproof

Product color: red / pink / blue

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin



High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

**Specifications**

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







USB Rechargeable



The standby is up to 90 days



IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



② **Rough**
For oily skin, like T zone

① **Fine**
For sensitive skin

③ **Regular**
For normal skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand                    Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material :  ABS + silicone | | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level :  IPX7 | | Charging Method : | USB Charging |
| Charging Time :  2Hours | | Function :  Deep Cleaning | |
| Accessories :  Device, USB Charger, User Manual,  Box | | | |

# Orange Test
# with lipstick pasted

**----Because orange is similar to human skin**



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch

# Product Pictures





SUPER COOL

WASHING MACHINE

JMY04 JMY16

Less Description ∧

Sponsored Products You May be Interested In More Choice 我也要出现在这里


1000ml Noiseless Induction Alcohol Gel Foam Liquid Soap
US $27.90 - 33.92 / Piece


New arrival Portable Professional Nail File Kit
US $11.70 - 16.60 / Piece


Soap Dispenser Touchless Automatic Liquid Foam Hands-
US $19.77 - 24.04 / Piece


Mute anti-vibration hand armor sharpener Remover Portable
US $12.54 - 15.47 / Piece


8 Heads Multi Function Hair Curler Hair Dryer Automatic
US $43.96 - 61.48 / Piece


Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece

## Similar Items


USB rechargeable barbershop gold electric men trimmer retro
US $33.31 - 54.37 / Piece


5 In 1 4D Men's Rechargeable Bald Head Electric Shaver 5
US $22.86 - 32.42 / Piece


8 Heads Hair Curler Dark Blue Multifunction Hair Styling
US $227.52 - 276.65 / Piece
$50 OFF $2 ↓


Xiaomi youpin Yueli Professional Vapor Steam Hair
US $37.69 - 44.91 / Piece


Newest 5 in 1 Standable USB Rechargeable
US $57.07 - 83.28 / Piece


360 Degree U Shape Ultrasonic Electric Toothbrush USB
US $29.63 - 35.31 / Piece
$50 OFF $2 ↓

## Related Keywords


gold collagen skin care


wholesale skin care products


skin care vacuum device


foot care tools


digital facial skin analyzer

## You May Also Like


Digital Microdermabrasion Diamond Dermabrasion Pen


V Face Massager LED Pon Light Therapy EMS Facial Lifting Face


Pimple Remover Deep Pore Cleaner Scrubbers Acne


home use 24Khz Ultrasound Ionic Skin Scrubber Facial


Pimple Remover Deep Pore Cleaner Scrubbers Acne


Pimple Remover Deep Pore Cleaner Scrubbers Acne

US $28.76 - 34.27 / Piece   US $50.33 - 59.97 / Piece   US $8.34 - 12.74 / Piece   US $19.20 - 29.62 / Piece   US $8.01 - 12.23 / Piece   US $8.09 - 12.36 / Piece

`$50 OFF $2 ◄`   `$50 OFF $2 ◄`   `$50 OFF $2 ◄`   `$50 OFF $2 ◄`   `$50 OFF $2 ◄`

     

Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty   rechargeable electric shaver beard razor hair trimmer men   hot 2020 Mini Nano Mist Sprayer Facial Body Nebulizer   4 in 1 Electric Facial Cleanser Wash Face Cleaning Machine   Electric Wireless Facial Cleansing Brush Silicone Face   3 in 1 Electric Cleansing Brush Facial Pore Cleaner Deep

US $301.50 - 312.49 / Piece   US $65.37 - 80.29 / Piece   US $2.12 - 2.40 / Piece   US $24.19 - 28.82 / Piece   US $24.28 - 28.93 / Piece   US $54.97 - 65.50 / Piece

`$150 OFF $8 ◄`   `$500 OFF $10 ◄`   `$50 OFF $1 ◄`   `$50 OFF $2 ◄`   `$50 OFF $2 ◄`

     

5 in 1 homeuse facials Cleaning brush scrubber Multifunction   Newest Facial Exfoliating Brush Infant Baby Soft Silicone Wash   Electric Face Scrubbers 3D Roller Face Slimming Artifact   5in1 Electric Face Scrubbers Multifunctional facial cleanser   7 Colors LED Facial Mask with Neck Light Therapy Mask   Electric Face Scrubbers Remover Nose Clean tool Mini

US $4.15 - 5.00 / Piece   US $0.45 - 0.84 / Piece   US $4.98 - 6.59 / Piece   US $4.43 - 7.79 / Piece   US $8.15 - 64.68 / Piece   US $12.08 - 13.18 / Piece

`$50 OFF $2 ◄`   `$50 OFF $1 ◄`   `$50 OFF $1 ◄`

     

Air humidifier 30 ml mini nano facial sprayer USB cleaner   Oxygen Hydrocycle Facial Machine Vacuum Suction Clean   Electric Face Steamer Beauty Facial Moisturizer Vaporizer Hot   electric shaver for men beard electric razor facial body   3D electric shaver electric razor men face care shaving machine   5 In 1 Battery Electric Rotating Facial Cleansing Brush

US $26.98 - 32.15 / Piece   US $71.02 - 84.63 / Piece   US $34.69 - 47.90 / Piece   US $150.48 - 162.46 / Piece   US $70.79 - 86.85 / Piece   US $4.18 - 6.17 / Piece

`$50 OFF $2 ◄`   `Per $100 Save $10`   `$25 OFF $2 ◄`   `$150 OFF $8 ◄`   `$50 OFF $2 ◄`

     

Face Scrubbers Cleaning Brush Eco Friendly Beauty Tool Device   Beauty Stick 24K Electric Face Scrubbers Slimming Golden   4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric   Mini Electric Facial Scrubbers Cleansing Brush Device Silicone   Electric Cosmetic instrument Beauty Micro Current SPA   Electric Face Scrubbers Remover Nose Clean tool Mini

US $6.34 - 7.79 / Piece   US $3.71 - 4.28 / Piece   US $11.33 - 13.81 / Piece   US $4.53 - 6.42 / Piece   US $45.41 - 57.26 / Piece   US $1.80 - 2.15 / Piece

`$50 OFF $1 ◄`   `$159 OFF $7 ◄`   `$50 OFF $2 ◄`   `$99 OFF $5 ◄`

Skin Care Tools Electric Face Scrubbers Mini Vibrator   V Face Massager LED Pon Light Therapy EMS Facial Lifting Face   4 in 1 Electric Facial Cleansing Brush Rechargeable   Face Scrubbers Waterproof Design 3D Detachable Heads   Skin Care Tools Electric Face Scrubbers Mini Vibrator   3Colors 4 in 1 Facial Cleansing Brush scrubber Rechargeable

US $32.98 - 39.30 / Piece   US $50.33 - 59.97 / Piece   US $20.46 - 24.38 / Piece   US $24.63 - 41.92 / Piece   US $32.98 - 39.30 / Piece   US $8.72 - 10.26 / Piece

`$50 OFF $2 ◄`   `$159 OFF $7 ◄`

More ⌄

New Arrival skin care tools








Home Beauty Instrument Neck and face beauty equipment to
US $10.55 - 12.57/ Piece

Face Massager Face Roller Cool Ice Roller Massager Skin Lifting
US $8.55 - 10.09/ Piece

Face Set For Mask Mixing Bowl Girls Facial Skin Care Tools Kit
US $24.46 - 64.66/ Lot

Face Massager 3pcs Set Resin Roller Massager for Face Body
US $5.94 - 7.01/ Piece

Face Massager Ice Gel Face Mask Anti Wrinkle Relieve
US $11.47 - 13.53/ Piece

Blue Light Plasma Pen Scar Acne Removal Machine Anti
US $127.02 - 172.00/ Piece

Not J▓▓▓▓▓ Sign out

Listed on 02/03/2023

Bookmark & Share           

Any questions or suggestions ? Please let us know.

           

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9

Chat



## DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection   GeoTrust

█████████████ (United States)                                        ✎ Change
██████████ Palm beach, Florida, United States, 33480

**Summary**

Item Subtotal(1 items).                US $39.30
Shipping Cost:                         US $0.00
Discounts:                             -US $1.00

Grand Total:                           **US $38.30**

**Pay now**

« Back to Cart

Payment Method   100% Secure Payment

**Pay with a Card**

○ Pay with a New Card   VISA  🪪  💳

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: dffrft

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options: 02-ROSE
US $39.30 / Piece                    US $39.30    China Post SAL ⌄

      —  1  +   Piece          **Free Shipping**
Estimated delivery time:
May 20 and Jun 12

Add remark to seller                          US $1 DHcoupon ⌄

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:      US $39.30
Shipping Cost:      US $0.00
DHcoupon:           -US $1
**Order Total:**    **US $38.30**

Buyer Protection      Secure Payment      Return Policy      Refund for no Delivery

Copyright Notice ® 2004 - 2023 DHgate.com All rights reserved.



DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 95 ) Sign out | My DHgate | Help | English

LOGO Factory

Dffrft

Add To Favorite Stores ( 3 )

100.0% Positive Feedback 40 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma261v

**Store Categories**

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma261v

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 109

Marketplace: DHGate

Seller Name: diana11




SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Checkout(0)
Go to Cart

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate | diana11 Store Chat | 100.0% Positive Feedback | designer shoes | On DHgate | In this Store | Hi [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2802

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF Claim

Options: 01-PINK More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jul. 1

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece
$2 OFF $50+

Electric Shaver For Man Stainless Steel Shaving Machine
US $41.69 - 56.07 / Piece
$2 OFF $50+

Hair Curlers Straighteners LISAPRO Dual Voltage Air Brush
US $56.36 - 67.15 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece

Steamers Cleaning Cleaner Beauty Face Steaming Device
US $33.30 - 39.68 / Piece
$2 OFF $50+

Electric Hair Curle Dryer Straightene
US $27.87 - 33.22

## Customers Often Bought With

Handbags Designer Luxury B...
US $79.59 - 91.42 / Piece


new Designer Bags Shoulder ...
US $312.57 - 323.96 / Piece


Designers bags Cosmetic Bag ...
US $312.57 - 323.96 / Piece


Kemei 5 in 1 Electric Shaver M...
US $34.69 - 44.38 / Piece
$2 OFF $50+


LL Bags Women Men Waist Ba...
US $18.97 - 23.45 / Piece
$10 OFF $330+


33412 Brand MIN...
US $41.60 - 47.31

## More Choices


Oral Irrigators Dental cleaner
Portable intelligent household
US $27.30 - 38.33 / Piece


Generation 3rd No Fan Hair
Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$10 OFF $199+


8 Heads Multi-functional Hair
Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece
$10 OFF $199+


Electric Hair Dryer 5 in 1 Hair
Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece
$2 OFF $25+


Generation 3rd No Fan Hair
Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$10 OFF $199+


Generation 3 No
Hair Dryer H-03 P
US $106.79 - 127.
$10 OFF $199+

---

### diana11 Store >

💬 Chat    0

100.0% Positive Feedback

On-time Delivery Rate: ↑
Repurchase rate: ↓

Business Information

Top 3 Markets

**Store Categories**

>Bags, Luggage & Accessories
  Fashion Bags
  Sport&Outdoor Packs
  Wallets & Holders
  Waist Bags
  Evening Bags
  Shopping Bags
  Bag Parts & Accessories
  School Bags
  Cosmetic Bags & Cases
  Bag Organizer
  Other Bags
  Functional Bags
  Briefcases

>Bags, Shoes & Accs
  Men's Bags
  Men's Accessories
  Women's Shoes
  Women's Accessories
  Men's Shoes

>Fashion Accessories
  Sunglasses
  Hats, Scarves & Gloves
  Fashion Hats
  Belts & Accessories
  Xmas Accessories Idea
  Eyewear & Accessories
  Fashion Sunglasses Frames
  Fashion Scarves & Wraps
  Ties

| Item Description | Company Overview | | Report Item |
|---|---|---|---|

## Specifications

|  |  |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Commodity Quality | ce |
| Certification: |  |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 859862397 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



>Household Appliances
  Personal Care
  Home Theater
>Sports & Outdoors

All Store Items on Sale Now

Go to Store >

More items from this Store



US $78.53 - 99.20 / Piece



US $27.73 - 33.04 / Piece



Buy 2 get 1% off

US $50.33 - 59.97 / Piece



US $25.68 - 34.00 / Piece



US $32.98 - 39.30 / Piece



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent sili
cleansing instrume

Product number：NJMY-03

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB



US $29.30 - 48.51 / Piece

View all 6909 items

charging / 5V, 1

Charging time: about 1 h

Cleaning method: body waterpro

Product color: red / pink /

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regu
For normal

High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and eleg shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

Specifications

· Frequency: 100Hz · Noise: 50dB · Material: silicone · Size: 80*75*30mm · Color: rose red, pink, green





 USB Rechargeable

 The standby is up to 90 days

 IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



① Fine
For sensitive skin

② Rough
For oily skin, like T zone

③ Regular
For normal skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand          Washing by our brush

PRODUCT PARAMETERS



Your cart is empty

| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : ABS + silicone | | Power Supply : DC 3.7V | |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : IPX7 | | Charging Method : USB Charging | |
| Charging Time : 2Hours | | Function : | Deep Cleaning |
| Accessories : Device, USB Charger, User Manual, Box | | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin





☑ Remove dirt & oil

☑Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles



8CM/3.15inch

# Product Pictures





SUPER COOL

WASHING MACHINE

JMY04 JMY16

Less Description ^

## Sponsored Products You May be Interested In More Choice 我也要出现在这里













| | | | | |
|---|---|---|---|---|
| 1000ml Noiseless Induction Alcohol Gel Foam Liquid Soap | BFN07245-1 36000rpm Electric Hair Dryer | For Personal Care SKIN Health Cream Wrinkle Texture Repair | Generation 3 No Fan Vacuum Hair Dryer H-03 Professional | 1000ml Intelligent Automatic Noiseless Induction Alcohol Gel |
| US $27.90 - 33.92 / Piece | US $64.35 - 79.05 / Piece | US $38.60 - 57.49 / Piece | US $106.79 - 127.25 / Piece | US $29.55 - 35.93 / Piece |

Liquid Soap Dispe
Capacity Automa
US $28.21 - 34.30

## Similar Items



















| | | | | |
|---|---|---|---|---|
| Iveid Longmada Mator Heater Wax Long Glass Attachment | Longmada Ceramic Hot Knife Wax Heater Heating Tip Coil | Replacement Brush Heads For Automatic Electric Sonic | 100 200 300 500g 0.01 0.1g Mini Digital Scales High | Hair Curlers Straighteners New Arrival professional 19mm |
| US $6.50 - 12.52 / Piece | US $8.68 - 12.17 / Lot | US $1.78 - 8.15 / Piece | US $3.39 - 5.56 / Piece | US $21.95 - 27.91 / Piece |
| $5 OFF $99+ | $5 OFF $99+ | | $2 OFF $25+ | $2 OFF $50+ |

2022 Hair Clipper
Trimmer Cordless
US $5.03 - 23.95 /
$14 OFF $1,000+

## Related Keywords







| | | | | |
|---|---|---|---|---|
| firming skin care | portable radio frequency skin | skin care tips | foot care tools | digital facial skin analyzer |

## You May Also Like




Buy 2 get 1% off





Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

$2 OFF $50+







MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+

Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool

US $22.85 - 30.25 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+







6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $75.40 - 95.25 / Piece

$2 OFF $50+

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning

US $40.47 - 48.23 / Piece

$2 OFF $50+






TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+

MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+

High Pressure Nano Spray Face Steamer Mist Moisturize Skin

US $46.74 - 55.69 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

$2 OFF $50+






Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

$2 OFF $50+

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

$2 OFF $50+

SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling 7

US $14.99 - 25.08 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

AA Battery Type Portable Facial Massager Vacuum Remover for 4

US $32.98 - 39.30 / Piece    US $50.33 - 59.97 / Piece    US $78.53 - 99.20 / Piece    US $32.98 - 39.30 / Piece    US $18.74 - 22.33 / Piece



   

4 in 1 Electric Facial Cleansing Brush Rechargeable Waterproof Spin Sonic    Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light    Electric Wireless Facial Cleansing Brush Silicone Face Washing Cleaning    Electric Face Scrubbers Shavers Shaver For Men 7D Independently 7    Face Machine Facial Massager High Frequency Facial Machine Face

US $19.76 - 23.54 / Piece    US $86.38 - 109.12 / Piece    US $24.28 - 28.93 / Piece    US $26.00 - 35.21 / Piece    US $20.94 - 24.95 / Piece

$1 OFF $50+    $1 OFF $50+    $2 OFF $50+    $2 OFF $25+    $2 OFF $50+

 

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+

**More** ⌄

## New Arrival skin care tools

     

Face Massager ANLAN Neck Face Beauty Device 3 color LED    Face Massager HSKOU Neck and Face Beauty Equipment 3-    Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl    Organization Bath Brush Rub Back Body Skin Care Tool On    Other Bath Toilet Supplies Plastic Shower Feet Massage    Face Massager N Beauty Device 3 c

US $18.75 - 22.13 / Piece    US $16.74 - 24.90 / Piece    US $22.56 - 26.18 / Lot    US $16.65 - 21.11 / Piece    US $8.77 - 9.98 / Piece    US $13.19 - 15.56

Not . ▮▮▮▮▮ Sign out

Listed on 19/04/2023

Bookmark & Share             

      

China Wholesale | Intellectual Property Policy | Manufacturers | About Us | DHgate.com | Help | Partnerships | Testimonials | Careers | Sitemap | Affiliate | Spreadit | Mobile

French   |   German   |   Turkey   |   한국어   |   العربية   |   Nederlands   |   Polski   |   Svenska   |   日本語   |   Ireland   |   Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.   License   京ICP备16060083号-9





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)

Change

[redacted] Boca Raton, Florida, United States, 33433 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: diana11 | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-PINK US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jul 1 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

LOGO Factory

Diana11

Add To Favorite Stores ( 0 )

100.0% Positive Feedback 11 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers In this store On DHgate

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2802

## Store Categories

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2802

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 110

Marketplace: DHGate

Seller Name: diejck

SPEND & SAVE BONUS COUPON — UP TO $150 SAVINGS

New Buyer Coupons! | $ | Buyer Protection | Customer Service ∨ | | ⊙ United States / USD ∨ | | ⊕ English ∨

**DHgate**

diejck Store 💬 Chat ∨

designer bag | On DHgate | In this Store

Join / Sign in
My DHgate ∨

1 Cart ∨

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate › Household Appliances › Personal Care › Electric Face Scrubbers › Skin Care Tools Electric Face Scrubbe...



### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma247d

US $32.98 - 39.3 / Piece

| USD ∨ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:   ⓘ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF     Claim

Options:   ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ ⬤     More+
02-PINK
⬤

Similar Items

Quantity:   − 1 +   Piece   Maximum 50 Piece(s)

Shipping:   **Free Shipping** to United States Via China Post SAL   More Options ∨
Estimated delivery time: May. 31 and Jun. 28

Total cost:   **$39.3** ⓘ

**Buy it Now**     Add to Cart     ♡ ∨

Buyer Protection:   ⊛ Return Policy   ↺ Refund for No Delivery   ⊘ Secure Payment

### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought














Black electric shaver for men beard hair trimmer electrical
US $44.19 - 57.23 / Piece
$2 OFF $50+


Hair Clippers WMARK NG-2021 Electric Trimmer For Men
US $56.64 - 68.98 / Piece


Electric Hair Dryer Professional Power Styling Tools Blow Hot
US $18.28 - 21.78 / Piece


Oem Professional Portable Folding Blue Light Stand
US $29.68 - 35.37 / Piece


2 in 1 360 degree rotating Hair Curler Fast Heating Mini
US $36.31 - 43.26 / Piece


Electric Hair Dryer 3200 Professional Hair Dryer HotCold
US $10.62 - 13.71 / Piece
$2 OFF $25+

## Customers Often Bought With








Mister Spray Bottle 250ml Pla... | Luxury Velvet Quilted Bedspre... | 5.5" 6" Flying Shears Swivel Th... | Clippers Trimmers Profession... | Designer Bags Birkins Herms ... | Home Textile KING HOtel 4pcs...
US $19.08 - 24.18 / Lot | US $95.57 - 122.81 / Piece | US $18.12 - 36.46 / Piece | US $61.45 - 141.00 / Piece | US $256.09 - 297.15 / Piece | US $497.49 - 608.04 / Piece

$4 OFF $69+ | $4 OFF $69+ | $4 OFF $69+ | $2 OFF $100+
Per $300 Save $10

## More Choices








electric shaver for men beard electric razor facial body | cord cordless hair clipper barber machine professional | Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic | Automatic Soap Dispenser Touchless Liquid Pump | 2Pcs Set Comb Wide Tooth For Detangling Hairdressing Rake | 8 Heads Hair Curler Dark Blue Multi-function Hair Styling
US $150.48 - 162.46 / Piece | US $475.90 - 508.50 / Piece | US $41.18 - 53.33 / Piece | US $12.33 - 14.99 / Piece | US $49.25 - 58.69 / Set | US $206.84 - 251.50 / Piece

$8 OFF $150+ | $8 OFF $150+ | $2 OFF $25+ | $10 OFF $200+ | $10 OFF $200+

---

 diejck Store  ›


💬 Chat    ☐ 0

On-time Delivery Rate: ▲
Repurchase rate: ▼

Business Information

**Top 3 Markets**

**Store Categories**

>Bags, Luggage & Accessories
  Xmas Bags Idea
  Fashion Bags
  Evening Bags
  Waist Bags
  Sport&Outdoor Packs
  Shopping Bags
  School Bags
  Cosmetic Bags & Cases
  Bag Parts & Accessories
  Other Bags
  Bag Organizer
  Functional Bags
  Briefcases
>Bags, Shoes & Accs
  Men's Bags
  Men's Accessories
  Women's Accessories
>Fashion Accessories
  Hats, Scarves & Gloves
  Fashion Hats
  Fashion Scarves & Wraps
  Xmas Accessories Idea
  Fashion Gloves
  Sunglasses
>Household Appliances
  Personal Care
  Home Theater
>Baby, Kids & Maternity
  Baby & Kids Clothing

| | Item Description | Company Overview | | Report Item |

### Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 850233671 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

**01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB**



Accessories
Strollers
Baby Toys
Baby Clothing

**All Store Items on Sale Now**

Go to Store ›

**More items from this Store**



US $29.30 - 48.51 / Piece



US $6.95 - 13.57 / Piece



US $23.36 - 39.13 / Piece



US $35.02 - 46.21 / Piece



US $25.68 - 34.00 / Piece



### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicon cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



US $22.85 - 30.25 / Piece

View all 6208 items

charging / 5V, 1A

Charging time: about 1 hou

Cleaning method: body
waterproof

Product color: red / pink / blu

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regula
For normal sk

High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

**Specifications**

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green






USB Rechargeable


The standby is
up to 90 days


IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



❷ **Rough**
For oily skin, like T zone

❸ **Regular**
For normal skin

❶ **Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning






Washing by hand        Washing by our brush

PRODUCT PARAMETERS



| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles



8CM/3.15inch



8CM/3.15inch

# Product Pictures





**SUPER COOL**

JMY04 JMY16

Less Description ∧

## Sponsored Products You May be Interested In More Choice 我也要出现在这里



Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece



8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece



Generation 3 No Fan Vacuum Hair Dryer H-03 Professional
US $106.79 - 127.25 / Piece



DE GP590 ICE COOL Laser Epilator Hair Removal
US $822.21 - 936.46 / Piece



mlay t3 new ipl hair removal epilator a laser permanent hair
US $694.17 - 790.63 / Piece



mlay t4 new ice cooling permanent hair removal
US $651.14 - 741.63 / Piece

## Similar Items



Longmada Motar II Wax Heater Replaceable of Quartz Bucket
US $15.85 - 22.75 / Piece
$5 OFF $99+



Eroticos Bdsm Bondage Lucky Bag Surprise Mystery Box sexy
US $47.23 - 56.28 / Piece



Generic Replacement Brush Heads For ORab electric
US $4.43 - 4.59 / Piece
$2 OFF $50+



Hot ceramic tip heating coil knife dab tool with cap
US $6.43 - 8.99 / Lot



Longmada Mr Bald T Heater 510 Thread Starter Kit Oil Wax
US $12.18 - 17.64 / Piece
$5 OFF $99+



Hair Dryer Brush 5 in 1 Professional Hair Curly Iron
US $45.62 - 54.36 / Piece

## Related Keywords



firming skin care



portable radio frequency skin



skin care tips



foot care tools



digital facial skin analyzer

## You May Also Like





Buy 2 get 1% off







Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

MD005 shipment BI Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece
$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece






TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece
$2 OFF $50+




Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece
$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece
$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+



Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece
$2 OFF $50+

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning Pore

US $40.47 - 48.23 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $75.40 - 95.25 / Piece






Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece
$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece









Ultrasonic Deep Face Cleaning Machine
Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece



MD013 electric rechargeable Blackhead
remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+

Vibration Facial Cleansing Brush Mini
Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

Ultrasonic Face Pore Cleanser Skin
Scrubber Blackhead Acne Removal Face

US $14.17 - 21.14 / Piece

$1 OFF $50+



Beauty Stick 24K Electric Face Scrubbers
Slimming Golden Stick T-Shaped Facial

US $3.71 - 4.28 / Piece

$1 OFF $50+




Electric Face Scrubbers LED Facial Mask
Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

$2 OFF $50+

RF EMS LED Facial Oxygen Injection
Machine Microcurrent Face Lifting Red

US $25.25 - 30.09 / Piece

$2 OFF $50+

Buy 2 get 1% off

V Face Massager LED Pon Light Therapy
EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

MD013 electric rechargeable Blackhead
remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead
Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

$2 OFF $50+



[EU InStock] KONKA Facial Steamer Nano
Ionic Face Steamers Scrubbers Machine

US $23.72 - 28.27 / Piece

$3 OFF $49+

More ⌄

## New Arrival skin care tools



Organization 2022 Super Soft
Exfoliating Bath Sponge Body
US $10.32 - 13.08 / Piece



Makeup Brushes 1pcs Silicone
Mask Brush Double-Ended Soft
US $17.54 - 22.44/ Lot



Slimming Machine Home Use
Mini Hifu Face Lifting Skin
US $149.68 - 261.41/ Piece



Beauty Nano Face Steamer
Facial kit Skin Care Tool Set,
US $45.01 - 53.63/ Piece



Baking Pastry Tools Ice Roller
for Face and Eye Silicone Mold
US $4.22 - 5.54/ Piece

Organization 2022 Super Soft
Exfoliating Bath Sponge Body
US $10.32 - 13.08/ Piece

🎁 $25 For New User

**Join Free**

See personalized recommendations . _Sign in_

Listed on 15/03/2023

Bookmark & Share          





Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

Chat





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Boca Raton, Florida, United States, 33433 .
Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: diejck

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options: 02-PINK
US $39.30 / Piece 1 Piece

US $39.30

China Post SAL
Free Shipping
Estimated delivery time: May 31 and Jun 28

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

LOGO Factory
Diejck
Add To Favorite Stores ( 0 )
0.0% Positive Feedback 7 Transactions
Online Chat
Share
Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

**Store Categories**
- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma247d

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...
Ships out within 10 business days
US $32.98 - 39.30 / Piece
Add to Cart

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 111

Marketplace: DHGate

Seller Name: dina51










SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Similar Items

# Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma266b

**US $32.98 - 39.3** / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack $25 OFF DHcoupon $23 OFF This Store Only $2 OFF Claim

Store Coupon Save $2

Options: 03-BLUE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options

Estimated delivery time: May. 31 and Jun. 23

Total cost: **$39.3**

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

## Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

8148 Magic Metal Hair Clipper Electric Razor Electric Push
US $56.55 - 58.30 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.82 - 16.07 / Piece
$2 OFF $50+

Epacket KM-1409 Carbon Steel Men Beard Shaver Head Hair
US $16.09 - 19.17 / Piece
$2 OFF $50+

3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer
US $8.11 - 10.50 / Piece
$5 OFF $99+

Abdominal Muscle Training Stimulator Device Wireless EMS
US $13.48 - 21.42 / Piece
$2 OFF $50+

KEMEI KM-1407 Multifunctional Hair Trimmer Rechargeable
US $17.69 - 27.07 / Piece
$2 OFF $50+

## Customers Often Bought With

| | | | | | |
|---|---|---|---|---|---|
| Hair Brushes 1PCS Men Beard... | Electric Shaver 5 Heads Floati... | The North F Backpack Boys &... | T&G 9 Pcs PRO Salon Hair Styli... | Portable Wireless Automatic C... | 2021s Brand MINI Men off Yel... |
| US $2.62 - 5.15 / Piece | US $20.46 - 24.13 / Piece | US $19.46 - 24.05 / Piece | US $17.40 - 34.56 / Lot | US $29.37 - 69.30 / Piece | US $49.49 - 59.24 / Piece |
| $4 OFF $69+ | $2 OFF $50+ | $10 OFF $340+ | | $2 OFF $50+ | |

## More Choices







| | | | | | |
|---|---|---|---|---|---|
| electric shaver for men beard electric razor facial body | cord cordless hair clipper barber machine professional | Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic | Automatic Soap Dispenser Touchless Liquid Pump | 2Pcs Set Comb Wide Tooth For Detangling Hairdressing Rake | 8 Heads Hair Curler Dark Blue Multi-function Hair Styling |
| US $150.48 - 162.46 / Piece | US $475.90 - 508.50 / Piece | US $41.18 - 53.33 / Piece | US $12.33 - 14.99 / Piece | US $49.25 - 58.69 / Set | US $206.84 - 251.50 / Piece |
| $8 OFF $150+ | $8 OFF $150+ | $2 OFF $25+ | | $10 OFF $200+ | $10 OFF $200+ |

---

**dina51 Store** ＞



💬 Chat  😊 4

100.0% Positive Feedback

On-time Delivery Rate: 🔻

Repurchase rate: 🔻



Business Information

**Top 3 Markets**

**Store Categories**

>Bags, Shoes & Accs
  Women's Accessories
  Women's Bags
  Men's Bags
>Fashion Accessories
  Keychains & Lanyards
  Fashion Sunglasses Frames
>Health & Beauty
  Other Health & Beauty Items
  Sexy Underwear
  Oral Hygiene
  Skin Care Tools & Devices
  Home Beauty Instrument
  Bath & Body
>Bags, Luggage & Accessories
  Fashion Bags
  Xmas Bags Idea
  Evening Bags
  Wallets & Holders
  Shopping Bags
  Other Bags
  Bag Organizer
  Cosmetic Bags & Cases
  Sport&Outdoor Packs
  Bag Parts & Accessories
  Briefcases
  School Bags
  Luggages

| **Item Description** | Company Overview | | Report Item |
|---|---|---|---|

### Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Vibration: | 6000RPM |
| Commodity Quality Certification: | ce |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 848228445 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

## 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB





Unisex Watches
Men's Watches
Mechanical Wristwatches
Watch Accessories
Women's Watches

**All Store Items on Sale Now**

Get up to $330 Store Coupon

Go to Store >

**More items from this Store**

US $32.98 - 39.30 / Piece

US $35.02 - 46.21 / Piece

US $78.53 - 99.20 / Piece

US $29.30 - 48.51 / Piece

US $12.24 - 15.78 / Piece

### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow







Product Name: Net transparent silicor cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blu

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin

High frequency sound

US $23.36 - 39.13 / Piece

View all 9123 items

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







**USB Rechargeable**



The standby is up to 90 days



IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



**② Rough**
For oily skin, like T zone

**③ Regular**
For normal skin

**① Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning







Washing by hand    Washing by our brush

PRODUCT PARAMETERS




| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

**03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools**

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin







☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles







8CM/3.15inch

# Product Pictures





SUPER COOL

WASHING MACHINE

JMY04 JMY16

Less Description ∧

Sponsored Products You May be Interested In More Choice  我也要出现在这里

     

Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece

Generation 3 No Fan Vacuum Hair Dryer H-03 Professional
US $106.79 - 127.25 / Piece

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece

DE GP590 ICE COOL Laser Epilator Hair Removal
US $822.21 - 936.46 / Piece

IPL laser hair removal machine Mlay T3 depilador a laser
US $618.26 - 704.17 / Piece

Laser Epilator Painless 999999 Flashes New Laser Epilator IPL
US $561.30 - 599.75 / Piece

Similar Items

     

Electric Hair Caps Hat Salon Spa Steamer Thermal Treatment
US $9.85 - 11.74 / Piece
$4 OFF $69+

100 200 300 500g 0.01 0.1g Mini Digital Scales High
US $3.39 - 5.56 / Piece
$10 OFF $300+

Combination Sex Toy Silicone Prostate Massager Anal Plug
US $2.31 - 22.82 / Piece
$2 OFF $50+

Longmada Motar II Wax Heater Replaceable of Quartz Bucket
US $15.85 - 22.75 / Piece
$5 OFF $99+

Longmada Ceramic Hot Knife Wax Heater Heating Tip Coil
US $8.68 - 12.17 / Lot
$5 OFF $99+

Eroticos Bdsm Bondage Lucky Bag Surprise Mystery Box sexy
US $47.23 - 56.28 / Piece

Related Keywords

    

skin care oily

whitening skin care

collagen skin care mask

foot care tools

digital facial skin analyzer

You May Also Like

    

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $75.40 - 95.25 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

 

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+

    

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

    

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

$2 OFF $50+

     

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning Pore

US $40.47 - 48.23 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

      






6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece

$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

Ultrasonic Face Pore Cleanser Skin Scrubber Blackhead Acne Removal Face

US $14.17 - 21.14 / Piece

$1 OFF $50+

Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-Shaped Facial

US $3.71 - 4.28 / Piece

$1 OFF $50+




Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

$2 OFF $50+

RF EMS LED Facial Oxygen Injection Machine Microcurrent Face Lifting Red

US $25.25 - 30.09 / Piece

$2 OFF $50+

MD013 electric rechargeable blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

$2 OFF $50+

[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers Machine

US $23.72 - 28.27 / Piece

$3 OFF $49+

More ⌄

## New Arrival skin care tools








Organization 2022 Super Soft Exfoliating Bath Sponge Body

US $10.32 - 13.08/ Piece

Makeup Brushes 1pcs Silicone Mask Brush Double-Ended Soft

US $17.54 - 22.44/ Lot

Slimming Machine Home Use Mini Hifu Face Lifting Skin

US $149.68 - 261.41/ Piece

Beauty Nano Face Steamer Facial Kit Skin Care Tool Set,

US $45.01 - 53.63/ Piece

Baking Pastry Tools Ice Roller for Face and Eye Silicone Mold

US $4.22 - 5.54/ Piece

Organization 2022 Super Soft Exfoliating Bath Sponge Body

US $10.32 - 13.08/ Piece

🎁 $25 For New User


Join Free

See personalized recommendations , Sign in

Listed on 10/03/2023

Bookmark & Share  



Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French
German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.   License   京ICP备16060083号-9

Chat





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change

[redacted] Boca Raton, Florida, United States, 33433 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: dina51 | | |
|  Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 03-BLUE US $39.30 / Piece — 1 + Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 23 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally
Join Free | Sign in | My DHgate | Help | English

LOGO Factory
Dina51
Add To Favorite Stores ( 4 )
100.0% Positive Feedback 32 Transactions
Online Chat
Share
Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma266b

**Store Categories**

- Household Appliances (1)

App Coupon Issued/Total:7/99,999
$11 OFF $330+
Code:VZFBF6CLNFYBXRGMFNAH
Get Now

Store Coupon Issued/Total:4/99,999
$10 OFF $330+
Code:W10LAK5RGY2FL7XIXBZI
Get Now

App Coupon Issued/Total:22/99,999
$5 OFF $100+
Code:Z53J7SDONXAEHAAF4LAB
Get Now

Show More

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma266b

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...
Ships out within 10 business days
US $32.98 - 39.30 / Piece
Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 112

Marketplace: DHGate

Seller Name: djife32




SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate | djife32 Store Chat | 100.0% Positive Feedback | lululemen womens | On DHgate | In this Store | Join / Sign in My DHgate | 6 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma219G

**US $32.98 - 39.3** / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack $25 OFF DHcoupon $23 OFF This Store Only $2 OFF Claim

Store Coupon Save $2

Options: 01-YELLOW More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options

Estimated delivery time: May. 31 and Jun. 23

Total cost: **$39.3**

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

8148 Magic Metal Hair Clipper Electric Razor Electric Push
**US $56.55 - 58.30** / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
**US $5.82 - 16.07** / Piece
$2 OFF $50+

Epacket KM-1409 Carbon Steel Men Beard Shaver Head Hair
**US $16.09 - 19.17** / Piece
$2 OFF $50+

3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer
**US $8.11 - 10.50** / Piece
$5 OFF $99+

Abdominal Muscle Training Stimulator Device Wireless EMS
**US $13.48 - 21.42** / Piece
$2 OFF $50+

KEMEI KM-1407 Multifunctional Hair Trimmer Rechargeable
**US $17.69 - 27.07** / Piece
$2 OFF $50+

## Customers Often Bought With

Mister Spray Bottle 250ml Pla...
US $19.08 - 24.18 / Lot


Luxury Velvet Quilted Bedspre...
US $95.57 - 122.81 / Piece
$4 OFF $69+

5.5" 6" Flying Shears Swivel Th...
US $18.12 - 36.46 / Piece
$4 OFF $69+


Home Textile KING HOtel 4pcs...
US $497.49 - 608.00 / Piece
$2 OFF $100+
Per $300 Save $10

Natural Keratin Top Hair Fiber...
US $18.10 - 36.99 / Piece


24pcs Men Shaving Razor Cart...
US $18.16 - 21.42 / Lot
$2 OFF $50+

## More Choices


electric shaver for men beard
electric razor facial body
US $150.48 - 162.46 / Piece
$8 OFF $150+


cord cordless hair clipper
barber machine professional
US $475.90 - 508.50 / Piece
$8 OFF $150+


Electric Hair Dryer 5 in 1 Hair
Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece
$2 OFF $25+


Automatic Soap Dispenser
Touchless Liquid Pump
US $12.33 - 14.99 / Piece

2Pcs Set Comb Wide Tooth For
Detangling Hairdressing Rake
US $49.25 - 58.69 / Set
$10 OFF $200+


8 Heads Hair Curler Dark Blue
Multi-function Hair Styling
US $206.84 - 251.50 / Piece
$10 OFF $200+

---

**djife32 Store** >


💬 Chat   👥 3

100.0% Positive Feedback

On-time Delivery Rate:   ⬆

Repurchase rate:   ⬇

Business Information

**Top 3 Markets**

**Store Categories**

>Fashion Accessories
  Keychains & Lanyards
>Bags, Shoes & Accs
  Women's Accessories
  Women's Bags
  Men's Bags
  Men's Shoes
  Women's Shoes
>Health & Beauty
  Other Health & Beauty Items
  Sexy Underwear
  Oral Hygiene
  Skin Care Tools & Devices
  Home Beauty Instrument
  Bath & Body
>Bags, Luggage & Accessories
  Fashion Bags
  Xmas Bags Idea
  Shopping Bags
  Wallets & Holders
  Bag Organizer
  School Bags
  Sport&Outdoor Packs
  Cosmetic Bags & Cases
  Waist Bags
  Bag Parts & Accessories
  Briefcases
  Other Bags

| Item Description | Company Overview | | Report Item |

### Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 849632678 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB


5 intensity adjustments

Underwear
Costumes & Cosplay
Women's Clothing
Socks
Others Apparel

All Store Items on Sale Now

Get up to $330 Store Coupon

Go to Store >

### More items from this Store



US $32.98 - 39.30 / Piece



US $23.36 - 39.13 / Piece



US $50.33 - 59.97 / Piece



US $29.30 - 48.51 / Piece



US $35.02 - 46.21 / Piece



### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicon cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

**Specifications**

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green





 USB Rechargeable

 The standby is up to 90 days

 IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



❶ Fine
For sensitive skin

❷ Rough
For oily skin, like T zone

❸ Regular
For normal skin