# EXHIBIT 1
# (Part 3 of 11)



# Brush Head Lengthened
## Deep Cleaning







Washing by hand          Washing by our brush

PRODUCT PARAMETERS



| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin

 

**Washed by hand**          **Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin







☑ Remove dirt & oil

☑ Remove black heads

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles







8CM/3.15inch



# Product Pictures





SUPER COOL

## WASHING MACHINE

JMY04 JMY16

Less Description ∧

Sponsored Products You May be interested In More Choice   我也要出现在这里

     

Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece

Generation 3 No Fan Vacuum Hair Dryer H-03 Professional
US $106.79 - 127.25 / Piece

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece

IPL laser hair removal machine Miay T3 depilador a laser
US $618.26 - 704.17 / Piece

Laser Epilator Painless 999999 Flashes New Laser Epilator IPL
US $561.30 - 599.75 / Piece

4in1 Women Epilator electric female face hair removal lady
US $534.16 - 550.68 / Piece

Similar Items

     

Foldable Laser depilator Epilator IPL Poepilator Trimmer
US $42.85 - 67.45 / Piece

Longmada Motar III Wax Heater Replaceable of Quartz
US $17.43 - 25.02 / Piece
$5 OFF $99+

Longmada Mr Bald T Heater 510 Thread Starter Kit Oil Wax
US $12.18 - 17.64 / Piece
$5 OFF $99+

100 200 300 500g 0.01 0.1g Mini Digital Scales High
US $3.39 - 5.56 / Piece
$10 OFF $300+

Longmada Ceramic Hot Knife Wax Heater Heating Tip Coil
US $8.68 - 12.17 / Lot
$5 OFF $99+

Combination Sex Toy Silicone Prostate Massager Anal Plug
US $2.31 - 22.82 / Piece
$2 OFF $50+

Related Keywords

    

firming skin care

portable radio frequency skin

skin care tips

foot care tools

digital facial skin analyzer

You May Also Like

    

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece
$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece
$2 OFF $50+

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece
$2 OFF $50+

RF EMS LED Facial Oxygen Injection Machine Microcurrent Face Lifting Red

US $25.25 - 30.09 / Piece
$2 OFF $50+


US Stock  3-7 Days Fast Shipping

Ultrasonic Face Pore Cleanser Skin Scrubber Blackhead Acne Removal Face

US $14.17 - 21.14 / Piece
$1 OFF $50+



Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-Shaped Facial

US $3.71 - 4.28 / Piece
$1 OFF $50+

[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers Machine

US $23.72 - 28.27 / Piece
$3 OFF $49+

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece


Buy 2 get 1% off

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece
$2 OFF $50+



Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece



TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece
$2 OFF $50+



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece



TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+



Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece


Buy 2 get 1% off

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece
$2 OFF $50+



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece
$2 OFF $50+



Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece



Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece
$2 OFF $50+


Buy 2 get 1% off

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+



Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece
$2 OFF $50+






2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning Pore

US $40.47 - 48.23 / Piece

$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $75.40 - 95.25 / Piece

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

$2 OFF $50+



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

More ⌄

## New Arrival skin care tools







Beauty Nano Face Steamer Facial Kit Skin Care Tool Set,
US $45.01 - 53.63 / Piece

Ionic Facial Steamer 4-Pc Face Skin Care Tool Set Blackhead
US $32.52 - 38.75 / Piece

Other Skin Care Tools Collagen Crystal Eye Masks Anti-
US $0.19 - 0.41 / Piece

Baking Pastry Tools Ice Roller for Face and Eye Silicone Mold
US $4.22 - 5.54 / Piece

Organization 2022 Super Soft Exfoliating Bath Sponge Body
US $10.32 - 13.08 / Piece

Tattoo Machine Ultima X6 Professional Microneedling
US $56.93 - 64.08 / Piece

🎁 $25 For New User

Join Free

See personalized recommendations , Sign in

Listed on 15/03/2023

Bookmark & Share             



Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.   License   京ICP备16060083号-9

Chat





DOE Number: 113

Marketplace: DHGate

Seller Name: dldl123123

SPRING HIGH-TECH SALE ELECTRONIC GADGETS SAVE UP TO 70% shop now ▶

New Buyer Coupons! $ | Buyer Protection | Customer Service ⌄ | ⚲ United States / USD ⌄ | 🌐 English ⌄

**DHgate** | didi123123 Store 💬 Chat ⌄ | 75.9% Positive Feedback | [search: dunks] | On DHgate | In this Store | 👤 Hi My DHgate ⌄ | 🛒 Cart ⌄ ③

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2816

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

**Sale Detail:**
ⓘ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF | Claim

**Options:** 🔵 🔴 🟣 🟡 🌸 🔴 [img] [03-PINK] **More+**
🌸

Similar Items

**Quantity:** [ − 1 + ] Piece | Maximum 50 Piece(s)

**Shipping:** Free Shipping to United States Via China Post SAL More Options ⌄
Estimated delivery time: May. 20 and Jun. 12

**Total cost:** **$39.3** ⓘ

[ Buy it Now ] [ Add to Cart ] ♡ ⌄

Buyer Protection: 🛡 Return Policy | 🛡 Refund for No Delivery | 🛡 Secure Payment

**Product Feature**
- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

---

## Customers Who Bought This Item Also Bought



28cm er Huge Dildos Soft Big Dildo Suction Cup Realistic
US $66.89 - 79.70 / Piece
$50 OFF $2 +



Lovely Cartoon Hand Warm Water Bottle Mini Hot Water
US $5.03 - 5.99 / Piece
$500 OFF $5 +



Oximetry refers to the clip-on household measuring blood
US $3.77 - 9.97 / Piece
$50 OFF $2 +



Replacement Toothbrush Heads Fit For Xiaomi SOOCAS
US $9.43 - 11.23 / Piece



Hair Clippers Trimmer Clipper Professional Baldheaded For
US $19.62 - 25.87 / Piece



Heating Pad, Electric Heat Pad for Back Pain and Cramps Relief
US $23.11 - 46.70 / Piece

## Customers Often Bought With








Elecreic Shaver Replacement ...
US $19.99 - 37.98 / Piece

Good Quality Stainless Steel S...
US $16.25 - 970.47 / Lot

newest Kemei KM-1102 Recha...
US $15.64 - 21.86 / Piece
$50 OFF $2 +

Double Edge Blades Razor Saf...
US $8.47 - 12.48 / Piece

6 Pcs lot Three Layer Razor Bl...
US $13.96 - 16.47 / Lot
$50 OFF $2 +

200 Pcs Lot Super Blue Safety ...
US $9.90 - 17.34 / Lot
$50 OFF $2 +

## More Choices








Oral Irrigators Dental cleaner
Portable intelligent household
US $27.30 - 38.33 / Piece
$49 OFF $3 +

Generation 3rd No Fan Hair
Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$49 OFF $3 +

Mute anti-vibration hand armor
sharpener Remover Portable
US $12.54 - 15.47 / Piece
$18 OFF $2 +

Amazon Ultrasonic Washing
Nail Instrument new home Nail
US $15.70 - 40.66 / Piece
$18 OFF $2 +

8 Heads Multi-functional Hair
Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece
$49 OFF $3 +

Mini Electronic Pocket Scales
200g 300g 500g 0.01g Jewelry
US $3.21 - 5.69 / Piece
$25 OFF $2 +

---

### dldl123123 Store >


💬 Chat    1

75.9% Positive Feedback

On-time Delivery Rate:   🔻
Repurchase rate:   🔻

Business Information

### Top 3 Markets

North America          81.25%
Western Europe          9.38%
Northern Europe         6.25%

### Store Categories

>Fashion Accessories
  Keychains & Lanyards
>Bags, Shoes & Accs
  Men's Accessories
  Women's Bags
>Health & Beauty
  Shaving & Hair Removal
  Other Health & Beauty Items
  Oral Hygiene
  Skin Care Tools & Devices
  Bath & Body
>Watches
  Women's Watches
  Wristwatches
  Unisex Watches
  Men's Watches
  Mechanical Wristwatches
  Other Watches
  Women's Watches
  Children's Watches
>Bags, Luggage & Accessories
  Fashion Bags
  Xmas Bags Idea
  Shopping Bags
  School Bags

| Item Description | Company Overview | | Report Item |
|---|---|---|---|

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 844789440 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.

- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



Wallets & Holders
Briefcases
Sport&Outdoor Packs

>Jewelry

Ring
Bracelets
Silver Jewelry
Men's Jewelry
Wedding & Engagement Jewelry

All Store Items on Sale Now

Go to Store >

More items from this Store



US $29.30 - 48.51 / Piece



US $78.53 - 99.20 / Piece



US $35.02 - 46.21 / Piece



US $12.24 - 15.78 / Piece



US $23.36 - 39.13 / Piece

## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow







Product Name: Net transparent silicon cleansing instrument

Product number：NJMY−036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blue

US $29.30 - 48.51 / Piece

View all 8682 items

## 3 zones for different types of skin


② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin



High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green





 

USB Rechargeable    The standby is up to 90 days    IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin





## Brush Head Lengthened
### Deep Cleaning





Washing by hand          Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

**03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools**

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles







8CM/3.15inch

# Product Pictures





SUPER COOL

WASHING MACHINE

JMY04 JMY16

Less Description ⌃

## Sponsored Products You May be Interested In More Choice 我也要出现在这里


Mini Electronic Pocket Scales 200g 300g 500g 0.01g Jewelry
US $3.21 - 5.69 / Piece


700ML Automatic Dispenser Sanitizer Hands-Free Soap
US $16.99 - 21.97 / Piece


For Personal Care SKIN Health Cream Wrinkle Texture Repair
US $38.60 - 57.49 / Piece


1000ml Automatic Soap Dispenser Touchless Smart
US $20.05 - 25.69 / Piece


Generic Replacement Brush Heads, For ORab electric
US $4.03 - 4.17 / Piece


Amazon Ultrasonic Washing Nail Instrument new home Nail
US $15.70 - 40.66 / Piece

## Similar Items


Hair Clippers Trimmer Clipper Professional Baldheaded For
US $19.62 - 25.87 / Piece


Electric Comb Straightener wand Hair Curling Irons hair
US $28.99 - 38.99 / Piece
$50 OFF $2 ▪


Replacement Brush Heads For Automatic Electric Sonic
US $3.89 - 17.98 / Piece


Oximetry refers to the clip-on household measuring blood
US $3.77 - 9.97 / Piece
$50 OFF $2 ▪


Hair Curler Professional Salon Tools EU US UK Version Curling
US $250.25 - 259.38 / Piece
$10 OFF $3 ▪


Hair Curlers Straighteners Stainless Steel Hair
US $24.80 - 29.55 / Piece
$25 OFF $2 ▪

## Related Keywords


equipment for skin care


ultrasound machine skin


anti aging skin care treatment


hydrating skin care


cosmetic skin care products


skin care treatment for


anti aging skin care

## You May Also Like


6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black


Ultrasonic Facial Massager 7 Colors Led Pon Skin


Electric Face Scrubbers LED Facial Mask Therapy 7 Colors


Skin Care Tools Electric Face Scrubbers Mini Vibrator


TM-MD004 110-220V Diamond Blackhead Vacuum Suction


Electric Face Scrubbers LED Facial Mask Therapy 7 Colors

US $35.02 - 46.21 / Piece

US $78.53 - 99.20 / Piece

US $29.30 - 48.51 / Piece

US $32.98 - 39.30 / Piece

US $23.36 - 39.13 / Piece

US $29.30 - 48.51 / Piece

$50 OFF $2 ▾

$50 OFF $2 ▾



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$50 OFF $2 ▾



Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove

US $27.73 - 33.04 / Piece



Electric Face Scrubbers LED Facial Mask Therapy 7 Colors

US $29.30 - 48.51 / Piece



Skin Care Tools Electric Face Scrubbers Mini Vibrator

US $32.98 - 39.30 / Piece



TM-MD004 110-220V Diamond Blackhead Vacuum Suction

US $23.36 - 39.13 / Piece

$50 OFF $2 ▾

Skin Care Tools Electric Face Scrubbers Mini Vibrator

US $32.98 - 39.30 / Piece



Ultrasonic Facial Massager 7 Colors Led Pon Skin

US $78.53 - 99.20 / Piece

$50 OFF $2 ▾



Vibration Facial Cleansing Brush Mini Silicone Electric

US $12.24 - 15.78 / Piece

$50 OFF $2 ▾



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black

US $35.02 - 46.21 / Piece

$50 OFF $2 ▾



Ultrasonic Facial Massager 7 Colors Led Pon Skin

US $78.53 - 99.20 / Piece

$50 OFF $2 ▾



Electric Face Scrubbers LED Facial Mask Therapy 7 Colors

US $29.30 - 48.51 / Piece

$50 OFF $2 ▾

Skin Care Tool Face Scrubbers Sensor Monitor Oil Detector

US $9.65 - 14.38 / Piece

$50 OFF $2 ▾



Skin Care Tools Electric Face Scrubbers Mini Vibrator

US $32.98 - 39.30 / Piece

$50 OFF $2 ▾



Ultrasonic Skin Scrubber Blackhead Reomver Face Ion

US $28.82 - 34.34 / Set

$50 OFF $2 ▾



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece



Air humidifier 30 ml mini nano facial sprayer USB cleaner

US $26.98 - 32.15 / Piece

$50 OFF $2 ▾



MD013 electric rechargeable Blackhead remover for Face

US $6.95 - 13.57 / Piece



Electric Face Scrubbers LED Facial Mask Therapy 7 Colors

US $29.30 - 48.51 / Piece



TM-MD004 110-220V Diamond Blackhead Vacuum Suction

US $23.36 - 39.13 / Piece



Vibration Facial Cleansing Brush Mini Silicone Electric

US $12.24 - 15.78 / Piece

$50 OFF $2 ▾



MD013 electric rechargeable Blackhead remover for Face

US $6.95 - 13.57 / Piece

$50 OFF $2 ▾



MD013 electric rechargeable Blackhead remover for Face

US $6.95 - 13.57 / Piece

$50 OFF $2 ▾



Ultrasonic Facial Massager 7 Colors Led Pon Skin

US $78.53 - 99.20 / Piece

$50 OFF $2 ▾



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$50 OFF $2 ▾



Scrubbers Face brushes 2in1 Double Sides Silicone Facial

US $0.77 - 0.94 / Piece

$159 OFF $7 ▾



Electric Face Scrubbers 5 Modes Silicone Cleansing Brush

US $26.04 - 34.38 / Piece

$50 OFF $2 ▾



2 Modes Electric Face Cleansing Brush EMS Face Massage Deep

US $40.47 - 48.23 / Piece

$50 OFF $2 ▾



Ultrasonic Facial Massager 7 Colors Led Pon Skin

US $86.38 - 109.12 / Piece

$50 OFF $2 ▾



rechargeable electric shaver beard trimmer men hair

US $74.70 - 91.51 / Piece

$50 OFF $2 ▾



MD005 shipment Blackhead Vacuum Suction Machine

US $16.96 - 29.53 / Piece

$50 OFF $2 ▾

More ⌄

New Arrival skin care tools

     

| Home Beauty Instrument Neck and face beauty equipment to | Face Massager Face Roller Cool Ice Roller Massager Skin Lifting | Face Set For Mask Mixing Bowl Girls Facial Skin Care Tools Kit | Face Massager 3pcs Set Resin Roller Massager for Face Body | Face Massager Ice Gel Face Mask Anti Wrinkle Relieve | Blue Light Plasma Pen Scar Acne Removal Machine Anti |
| US $10.55 - 12.57/ Piece | US $8.55 - 10.09/ Piece | US $24.46 - 64.66/ Lot | US $5.94 - 7.01/ Piece | US $11.47 - 13.53/ Piece | US $127.02 - 172.00/ Piece |

Not, ▓▓▓▓▓ Sign out

Listed on 02/03/2023

Bookmark & Share            

 Any questions or suggestions ? Please let us know.

            

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9

Chat





DOE Number: 114

Marketplace: DHGate

Seller Name: dslf44




Waterproof 6 In 1 Shaver Skull...
US $29.18 - 55.50 / Piece
$2 OFF $50+


BAILI Upgrade Wet Shaving S...
US $6.56 - 34.29 / Piece

MINGSHI Full Zinc Alloy Safety...
US $5.53 - 11.86 / Piece
$2 OFF $50+

Kemei 7 in 1 Electric Shavers R...
US $24.28 - 28.64 / Piece
$2 OFF $50+


Lescolton 2in1 IPL Laser Hair ...
US $76.93 - 95.19 / Piece
$2 OFF $50+


Backpack Rucksack Outdoor b...
US $19.98 - 34.08 / Piece
$10 OFF $340+

## More Choices


Oral Irrigators Dental cleaner
Portable intelligent household
US $27.30 - 38.33 / Piece


Amazon Ultrasonic Washing
Nail Instrument new home Nail
US $15.70 - 40.66 / Piece
$2 OFF $18+


8 Heads Multi-functional Hair
Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece
$3 OFF $49+


Generation 3 No Fan Vacuum
Hair Dryer H-03 Professional
US $108.04 - 128.75 / Piece
$5 OFF $49+


Generation 3rd No Fan Hair
Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$5 OFF $49+

8 Heads Multi-functional Hair
Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece
$5 OFF $49+

---

dslf44 Store  >


💬 Chat   😊 1

100.0% Positive Feedback

On-time Delivery Rate:   🔻
Repurchase rate:   🔻

Business Information

**Top 3 Markets**

**Store Categories**

>Fashion Accessories
  Keychains & Lanyards
  Fashion Sunglasses Frames
>Bags, Shoes & Accs
  Women's Accessories
  Women's Bags
  Men's Bags
>Health & Beauty
  Other Health & Beauty Items
  Sexy Underwear
  Oral Hygiene
  Skin Care Tools & Devices
  Home Beauty Instrument
  Bath & Body
>Bags, Luggage & Accessories
  Fashion Bags
  Xmas Bags Idea
  Shopping Bags
  Wallets & Holders
  Bag Organizer
  Waist Bags
  Sport&Outdoor Packs
  Cosmetic Bags & Cases
  Briefcases
  Other Bags
  School Bags
  Bag Parts & Accessories
  Bag & Luggage Making Materials
  Functional Bags
>Watches

| | Item Description | Company Overview | | Report Item |

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 846475499 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



Unisex Watches
Men's Watches
Watch Accessories
Mechanical Wristwatches

**All Store Items on Sale Now**

Get up to $330 Store Coupon

Go to Store  >

**More items from this Store**



US $35.02 - 46.21 / Piece



US $78.53 - 99.20 / Piece



US $12.24 - 15.78 / Piece



US $29.30 - 48.51 / Piece



US $50.33 - 59.97 / Piece

  

### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicon cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB charging / 5V, 1A



US $23.36 - 39.13 / Piece

View all 9105 items

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blu

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal sk



High frequency sound
wave vibration











**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

**Specifications**

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 110*75*30mm - Color: rose red, pink, green











USB Rechargeable    The standby is up to 90 days    IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



❷ **Rough**
For oily skin, like T zone

❸ **Regular**
For normal skin

❶ **Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning




Washing by hand


Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

**Feature**

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

**Package Content**

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch



# Product Pictures





**SUPER COOL
WASHING MACHINE**

JMY04 JMY16

Less Description ∧

Sponsored Products You May be Interested In More Choice    我也要出现在这里


1000ml alconoi Spray Hand
disinfector Automatic induction
US $28.21 - 34.30 / Piece


Generation 3rd No Fan Hair
Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece


Oral Irrigators Dental cleaner
Portable intelligent household
US $27.30 - 38.33 / Piece


1000ml Intelligent Automatic
Noiseless Induction Alcohol Gel
US $29.55 - 35.93 / Piece


New arrival Portable
Professional Nail File Kit
US $11.70 - 16.60 / Piece


Automatic Soap Dispenser
Touchless Liquid Pump
US $12.34 - 15.00 / Piece

## Similar Items


1000W Professional Hair Dryer
Brush 2 In 1 Hairs Straightener
US $33.06 - 44.77 / Piece
$2 OFF $50+


2 in 1 Electric Comb
Straightener wand Hair Curling
US $10.41 - 26.03 / Piece
$2 OFF $50+


Personal Care Led Near
Infrared Red Light Laser Lipo
US $9.16 - 109.13 / Piece


T9 Hair Trimmer Barber Hair
Clipper Cordless Cutting
US $10.50 - 20.88 / Piece
$2 OFF $25+


8 Heads Hair Curler Dark Blue
Multi-function Hair Styling
US $206.84 - 251.50 / Piece
$10 OFF $200+


2021 sell Hair Dryer Brush 5 In
1 Hair Curler Roller Curling
US $38.78 - 56.88 / Piece

## Related Keywords


skin care oily


whitening skin
care


collagen skin
care mask


foot care tools


digital facial skin
analyzer

## You May Also Like


2 Modes Electric Face Cleansing Brush


Professional Facial Steamer Nano Mist

Digital Microdermabrasion Diamond


Electric Acne Remover Point Noir


Nano fog consignor transplanted USB

EMS Face Massage Deep Cleaning Pore
US $40.47 - 48.23 / Piece
$2 OFF $50+

Deep Pore Cleanser Face Steaming Sauna
US $36.95 - 51.63 / Piece
$2 OFF $50+

Dermabrasion Pen Vacuum Massage Skin
US $28.76 - 34.27 / Piece
$2 OFF $50+

Blackhead Vacuum Extractor Tool Black
US $22.85 - 30.25 / Piece
$2 OFF $50+

Face Movement Moving Moisturizing Pot
US $27.84 - 33.18 / Piece
$2 OFF $50+



Ultrasonic Skin Scrubber Facial Cleansing Machine USB Rechargeable Acne
US $18.88 - 22.49 / Piece
$2 OFF $25+



Scrubbers Face brushes 2in1 Double Sides Silicone Facial Cleansing Brush
US $0.77 - 0.94 / Piece
$7 OFF $159+

5 in 1 homeuse facials Cleaning brush scrubber Multifunction Electric Face
US $4.15 - 5.00 / Piece



Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing
US $32.98 - 39.30 / Piece
$2 OFF $50+

Mini Electric Facial Scrubbers Cleansing Brush Device Silicone Sonic Face Cleaner
US $4.53 - 6.42 / Piece



TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne
US $23.36 - 39.13 / Piece
$2 OFF $50+



Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care
US $29.30 - 48.51 / Piece
$2 OFF $50+

New OBD2 Scanner ELM327 Car Diagnostic Detector Code Reader Tool
US $4.14 - 6.07 / Piece



Bags High Big Tote Evening Crossbody Handbag Fashion Grain Calf Leather Bag
US $191.44 - 200.61 / Piece
$2 OFF $25+
$59 Save $4

Shoulder Bags Designer Crobody Bag Women Handbag Tote Drawstring Bucket
US $115.14 - 135.82 / Piece
$2 OFF $25+
$59 Save $4



 

Style Evening Bags Bags Beach Rattan Woven Bag Fashion Hand Women's
US $79.18 - 93.41 / Piece
$2 OFF $25+
$50 Save $4





Designers Women Clothes tracksuits 2023 solid color double waistcoat shorts
US $31.04 - 32.51 / Piece

fall winter clothing women tracksuits jogger suit long sleeve outfits jacketpants
US $43.22 - 45.27 / Lot



Evening Bags Top quality handbags garden bag New layer cowhide tote bags
US $116.29 - 137.19 / Piece
$2 OFF $25+



Evening Bags Pink sugao Designer luxury handbags purses genuine leather women
US $79.56 - 93.85 / Piece
$2 OFF $25+
$59 Save $4



A1000 Car HUD Head Up Display OBD 2 II EU OBD OverSpeed Warning System
US $18.58 - 30.18 / Piece
$2 OFF $50+



Excellent Princess Girls Sandals Kids Shoes for Dress Little High Heel Fashion
US $27.57 - 33.89 / Pair
$2 OFF $20+

Plus Size Dresses Sexy Short Daring Ladies Summer In Tank Top Dress
US $35.12 - 36.78 / Piece

Plus Size Dresses Women Summer Mini Dress 2023 V-neck Short-sleeved High
US $35.15 - 36.82 / Piece



Women's Summer New Sleeveless Striped Flowy Casual Long Maxi Dress With
US $38.34 - 40.15 / Piece









Genuine OEM Quality Auto RH & LH
Engine Mounts for Suzuki New Vitara 1.4T

US $100.51 - 114.29 / Piece



Women tracksuits for summer sport suits
Designers Clothes 2023 fashion solid

US $36.44 - 38.16 / Piece



New Clear Acrylic Rose Flower Box With
Drawer Makeup Organizer Valentine's

US $24.77 - 42.29 / Piece



Evening Bags Baguette crossbody chain
bag Embossed letter Solid color

US $146.46 - 153.47 / Piece

$2 OFF $25+
$59 Save $4



Evening Bag 2021 PAPILLON BB shoulder
Crossbody bags Embossed grained

US $136.01 - 160.44 / Piece

$2 OFF $25+
$59 Save $4



S-SHAPE 40K Ultrasound Cavitation
Slimming Machine Facial Lifting Skin

US $501.53 - 525.54 / Piece

$25 OFF $499+

Evening Bags Classic Flip Crossbody Bag
Handbag Purse High Quality Hard Design

US $159.55 - 167.19 / Piece

$2 OFF $25+
$59 Save $4

Evening Bags Pink Sugao women
Shoulder bag crossbody chain Bag

US $34.39 - 40.56 / Piece

$2 OFF $25+
$59 Save $4

Women Shoulder Bags Evening Bags
Messenger Handbag Fashion Water

US $71.85 - 84.77 / Piece

$2 OFF $25+
$59 Save $4

Bags Evening Bags Wallet Crossbody For
Women Brand Designer Shoulder Clutch

US $70.71 - 83.41 / Piece

$2 OFF $25+
$59 Save $4



Evening Bags Women Classic Shoulder
Bag Handbag Purse Leather Canvas

US $120.94 - 142.66 / Piece

$2 OFF $25+
$59 Save $4

More ⌄

## New Arrival skin care tools



Dr Pen Hydra Pen H3
Microneedling Pen Automatic
US $94.42 - 119.77/ Piece



Laser Plasma Pen Mole
Pointing Tattoo Freckle Wart
US $37.64 - 44.85/ Piece



Laser Plasma Pen Mole
Pointing Tattoo Freckle Wart
US $37.64 - 44.85/ Piece



Spot goods Dr.pen M7-C Ultima
M7 Professional Set Wired
US $51.20 - 74.59/ Piece



5in 1 Facial RF Radio LED Skin
Tightening Photon Device Anti
US $49.99 - 69.38/ Piece

Laser Plasma Pen Mole
Pointing Tattoo Freckle Wart
US $37.64 - 44.85/ Piece

Not , ▓▓▓▓▓ Sign out

Listed on 04/03/2023



Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.





DOE Number: 115

Marketplace: DHGate

Seller Name: ecmuyn








2022 Hot out door outdoor ba...
US $21.11 - 24.00 / Piece
$5 OFF $25+

Black Beige Embroidered Fabr...
US $74.12 - 88.33 / Pair
$4 OFF $69+

Epilator ZS 999 999 IPL Body 8...
US $28.27 - 33.52 / Piece
$4 OFF $69+

Vosaidi Hair Scissors for Dogs ...
US $0.86 - 23.96 / Lot
$4 OFF $400+

Order my best bro with drop s...
US $175.88 - 200.00 / Piece
$2 OFF $25+

Hair Straightener...
US $27.37 - 32.61
$4 OFF $69+

## More Choices









8 Heads Multi-functional Hair
Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece
$10 OFF $199+

Generation 3rd No Fan Hair
Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$10 OFF $199+

Electric Hair Dryer 5 in 1 Hair
Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece
$2 OFF $25+

Generation 3rd No Fan Hair
Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$10 OFF $199+

8 Heads Multi-functional Hair
Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece
$10 OFF $199+

Generation 3 No
Hair Dryer H-03 P
US $106.79 - 127.
$10 OFF $199+

---

**ecmuyn Store** ›


💬 Chat    2

100.0% Positive Feedback

On-time Delivery Rate: 🔻

Dispute rate: 🔺

Repurchase rate: 🔻

Business Information

Top 3 Markets

### Store Categories

>Bags, Shoes & Accs
  Women's Accessories
  Women's Bags
  Men's Bags
>Fashion Accessories
  Keychains & Lanyards
>Health & Beauty
  Other Health & Beauty Items
  Sexy Underwear
  Oral Hygiene
  Skin Care Tools & Devices
  Home Beauty Instrument
  Bath & Body
>Bags, Luggage & Accessories
  Xmas Bags Idea
  Shopping Bags
  Evening Bags
  Waist Bags
  Sport&Outdoor Packs
  Wallets & Holders
  School Bags
  Cosmetic Bags & Cases
  Briefcases
  Bag Parts & Accessories
  Other Bags
  Functional Bags
  Bag & Luggage Making Materials

---

| **Item Description** | Company Overview | | Report Item |

### Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Vibration: | 6000RPM |
| Commodity Quality Certification: | ce |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 858563476 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

**01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB**



5 intensity adjustments

Apparel
Costumes & Cosplay
Underwear
Socks
Women's Clothing
Men's Clothing
Others Apparel

All Store Items on Sale Now

Get up to $330 Store Coupon

Go to Store >

More items from this Store



US $32.98 - 39.30 / Piece

US $6.95 - 13.57 / Piece



US $12.24 - 15.78 / Piece

US $23.36 - 39.13 / Piece



Buy 2 get 1% off

US $50.33 - 59.97 / Piece



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your sk... soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow



Product Name: Net transparent sili...
cleansing instrume...

Product number： NJMY−03...

Product size: 100x75x30m...

Product weight: about 98...

Charging mode: USB

US $13.80 - 17.14 / Piece

View all 7150 items

charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough

For oily skin, like T zone

① Fine

For sensitive skin

③ Regu

For normal



High frequency sound







02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear
Face Massager Vibrator Brush

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and eleg
shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash
Machine,1 x usb charger,1 x english manual,1 x box,

**Specifications**

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green











USB Rechargeable    The standby is up to 90 days    IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



② Rough
For oily skin, like T zone

③ Regular
For normal skin

① Fine
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand          Washing by our brush

Your cart is empty

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

#### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin





☑ Remove dirt & oil

☑Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles



8CM/3.15inch

# Product Pictures





**SUPER COOL**

# WASHING MACHINE

JMY04 JMY16

Less Description ⌃

Sponsored Products You May be Interested In More Choice   我也要出现在这里








1000ml Automatic Soap Dispenser Touchless Smart
US $20.05 - 25.69 / Piece

Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece

Oral Irrigators Dental cleaner Portable intelligent household
US $27.30 - 38.33 / Piece

Generation 3rd No Fan Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece

2Pcs Set Comb Wide Tooth For Detangling Hairdressing Rake
US $49.25 - 58.69 / Set

8 Heads Multi-fur Curler Hair Dryer
US $243.02 - 251.

## Similar Items








Hair Clippers Drop Maquina De Cortar Cabello Tondeuse Barbe
US $23.56 - 35.43 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece

Selling Electric Razor Rechargeable Beard Trimmer
US $18.45 - 21.99 / Piece

Leisure Computer Chair Household Office Student
US $13.13 - 18.68 / Piece

Longmada Motar III Wax Heater Replaceable of Quartz
US $17.43 - 25.02 / Piece

Longmada Motar Replaceable of Qu
US $15.85 - 22.75







## Related Keywords







firming skin care

portable radio frequency skin

skin care tips

foot care tools

digital facial skin analyzer

## You May Also Like







[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers

US $23.72 - 28.27 / Piece



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+ 

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

$2 OFF $50+ 

Parts Motorcycle Motorcross Handlebar Handguards Hand Guards

US $31.95 - 38.07 / Set

$2 OFF $50+



women's suit 2023 pants autumn long sleeve round neck loose casual color

US $14.32 - 19.99 / Piece



Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty Pen Facial

US $301.50 - 312.49 / Piece



Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-

US $3.67 - 4.24 / Piece

$2 OFF $25+ 

Electric Face Scrubbers 5 Modes Silicone Cleansing Brush Clean Device

US $26.04 - 34.38 / Piece

$2 OFF $50+

Innokin iClear 30S Dual Coil Heads the wooden wick i Clear 30 S Atomizer

US $1.01 - 1.12 / Piece

$3 OFF $49+

Brand new 8.8inch Glass for BMW X5 NBT L7 CID High F30 F31 Car VIDEO

US $30.96 - 40.00 / Piece



Makeup Mirror 5X Magnify Mirrors LED Lighted Touch Screen Vanity

US $51.24 - 61.06 / Piece

Per $100 Save $10



Silicone Facial Cleanser Waterproof scrubber Rechargeable Face Brush

US $16.69 - 24.85 / Piece

$2 OFF $25+



SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

$2 OFF $50+

Evening Bags Bucket Bag Closed-toe Layer Cowhide Food Basket Tote All-

US $84.15 - 99.27 / Piece

$2 OFF $25+



Elbow Knee Pads Sports Safety Sports Men's Compression Knee Brace Elastic

US $1.39 - 7.89 / Piece

$2 OFF $28+
Per $100 Save $6



Electric Face Scrubbers Laser Epilator Permanent IPL Photoepilator Hair

US $120.23 - 143.28 / Piece

Per $100 Save $10



MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

$2 OFF $50+ 

Summer 2023 Casual Shorts Suits Women Tracksuits 2 Piece Set Outfits

US $39.08 - 40.93 / Lot

$2 OFF $50+



6ml Water-based Nail Polish Children Pregnant Women Available Nail

US $17.75 - 23.50 / Lot

$2 OFF $50+



Organization 2 PERSONS FOLDABLE BATHTUB FLAMINGO HOME SPA BATH

US $135.38 - 171.62 / Piece

$2 OFF $50+



4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7 Waterproof

US $11.33 - 13.81 / Piece

$3 OFF $49+

Electric Face Scrubbers Cleansing Brush with 4 Cleaning Heads

US $33.38 - 39.77 / Piece

$2 OFF $50+

3 Sets of Alice A5501 Headless Electric Guitar Strings Double Ball End 1st-6th

US $8.55 - 10.18 / Lot

Motorcycle Half Helmets Personali Bicycle Riding Lovely Strawberry

US $72.19 - 82.09 / Piece

$2 OFF $50+



50 Pcs Lot Not Repeated Skateboard Stickers Male Rapper For Car Laptop

US $1.71 - 4.63 / Lot

$2 OFF $25+
$50 Save $7





New 7 strings Hollow Jazz Electric Guitar VS Sunburst Top Musical

US $293.97 - 338.55 / Piece

4Door Car Door HingeHinge CoverSpare Tire Holder Hinge Cover

US $45.92 - 62.91 / Set

$2 OFF $50+

100% High quality Women Bag flower Designer Handbag

US $44.03 - 67.08 / Piece

2022 INS Mens Womens hoodie High Street Skeleton Palace Hoodies Hip-

US $53.30 - 65.22 / Piece

$15 OFF $299+

10 pairs mixed style women's 925 silver earring GTE58,high grade

US $2.32 - 3.96 / Pair



watch designer mens movement watches Automatic Mechanical Watch

US $70.35 - 83.84 / Piece

MALUSHEN motorcycle helmet full face blackyellow color291N09485075

US $98.54 - 112.05 / Piece

$2 OFF $50+

4Colors Designer Double Letters Print Flowers Bowknot Large Intestine Hair

US $2.84 - 11.25 / Piece

$2 OFF $50+

Red Yellow Flame Crew Socks Lifelike Fire Socks Men Hip Hop Design Classic

US $12.14 - 13.67 / Lot

$2 OFF $50+

DHL,UPS FREE Senior Bach Silver Plated Bach Trumpet LT 1805-43 Small

US $195.98 - 233.54 / Piece



Sunset 43quot Solid Spruce J200vs Acoustic GuitarTop quality Custom

US $339.40 - 351.78 / Piece

$2 OFF $50+

More ⌄

## New Arrival skin care tools



Face Massager ANLAN Neck Face Beauty Device 3 color LED

US $18.75 - 22.13 / Piece

Face Massager HSKOU Neck and Face Beauty Equipment 3-

US $16.74 - 24.90 / Piece

Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl

US $22.56 - 26.18 / Lot

Organization Bath Brush Rub Back Body Skin Care Tool On

US $16.65 - 21.11 / Piece

Other Bath Toilet Supplies Plastic Shower Feet Massage

US $8.77 - 9.98 / Piece

Face Massager N Beauty Device 3 c

US $13.19 - 15.56

Not ▇▇▇▇▇ Sign out

Bookmark & Share 

Any questions or suggestions ? Please let us know.



China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spani
French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License    京ICP备16060083号-9





DOE Number: 116

Marketplace: DHGate

Seller Name: edmki



     

2022 Hot out door outdoor ba...
US $627.14 - 650.00 / Piece

Classic sandals Solid color her...
US $63.32 - 75.45 / Piece
$5 OFF $100+

Travel Duffle Bag Classic Casu...
US $50.26 - 57.15 / Piece

Outdoor Bags Original Greats...
US $71.84 - 81.70 / Piece
$5 OFF $49+

Comfortable foot feeling Slipp...
US $70.36 - 83.84 / Pair
$5 OFF $100+

Outdoor Military Cross body B...
US $6.23 - 14.15 / Piece
$10 OFF $199+

## More Choices

     

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece
$3 OFF $49+

Oral Irrigators Dental cleaner Portable intelligent household
US $27.30 - 38.33 / Piece

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece
$3 OFF $49+

Amazon Ultrasonic Washing Nail Instrument new home Nail
US $15.70 - 40.66 / Piece
$2 OFF $18+

Mute anti-vibration hand armor sharpener Remover Portable
US $12.54 - 15.47 / Piece
$2 OFF $18+

Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$3 OFF $49+

---

edmki Store  >


 Chat    0

100.0% Positive Feedback

On-time Delivery Rate:
Repurchase rate:

Business Information

Top 3 Markets



### Store Categories

**>Bags, Shoes & Accs**
Men's Accessories
Women's Bags
Men's Bags

**>Fashion Accessories**
Keychains & Lanyards

**>Health & Beauty**
Other Health & Beauty Items
Sexy Underwear
Oral Hygiene
Skin Care Tools & Devices
Home Beauty Instrument
Bath & Body

**>Apparel**
Underwear
Costumes & Cosplay
Socks
Men's Clothing
Women's Clothing
Others Apparel
Ethnic Clothing
Sewing Notions & Tools

**>Bags, Luggage & Accessories**
Xmas Bags Idea
Sport&Outdoor Packs
Shopping Bags
Evening Bags
Wallets & Holders
Bag Organizer

---

**Item Description**    Company Overview                                          Report Item

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Commodity Quality Certification: | ce |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 846242490 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB





Functional Bags
Briefcases
>Watches
Unisex Watches
Watch Accessories

All Store Items on Sale Now

Go to Store >

More items from this Store



US $12.24 - 15.78 / Piece



US $32.98 - 39.30 / Piece



US $6.95 - 13.57 / Piece



US $78.53 - 99.20 / Piece



US $35.02 - 46.21 / Piece



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicon cleansing instrument

Product number： NJMY−036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body
waterproof

Product color: red / pink / blue

## 3 zones for different types of skin

② Rough

For oily skin, like T zone

① Fine

For sensitive skin

③ Regular

For normal skin

High frequency sound

wave vibration[411]

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

## Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







USB Rechargeable



The standby is up to 90 days



IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



② **Rough**
For oily skin, like T zone

③ **Regular**
For normal skin

① **Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning






Washing by hand          Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin

 

**Washed by hand**     **Washed by brush**

**03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools**

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



**high quality face brush**





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles



8CM/3.15inch



8CM/3.15inch

# Product Pictures





SUPER COOL

WASHING MACHINE

JMY04 JMY16

Less Description ∧

Sponsored Products You May be Interested In More Choice 我也要出现在这里








Soap Dispenser Touchless Automatic Liquid Foam Hands-
US $19.77 - 24.04 / Piece

1000ml Automatic Spray Hand disinfector Automatic induction
US $28.21 - 34.30 / Piece

2022 No Fan Hair Dryer Professional Salon Tools Blow
US $50.26 - 300.00 / Piece

Automatic Soap Dispenser Touchless Liquid Pump
US $12.34 - 15.00 / Piece

8 Heads Hair Curler Dark Blue Multi-function Hair Styling
US $206.84 - 251.50 / Piece

Nose Hair Trimmer Electric Eyebrow Ear Hair Shaver Multi-
US $10.46 - 18.59 / Piece

## Similar Items








Hair Curlers Straighteners Stainless Steel Hair
US $24.80 - 29.55 / Piece
$1 OFF $50+

8 Heads Hair Curler Dark Blue Multi-function Hair Styling
US $206.84 - 251.50 / Piece
$10 OFF $200+

Design Multifunctional Hair Trimmer Rechargeable Electric
US $11.95 - 16.15 / Piece
$2 OFF $50+

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep
US $40.47 - 48.23 / Piece
$2 OFF $50+

Hair Dryer 5 In 1 Electric Hair Comb Negative Ion
US $15.95 - 53.33 / Piece
$2 OFF $25+

Hair Clippers VGR Professional Rechargeable Trimmer Electric
US $42.02 - 50.06 / Piece

## Related Keywords







skin care oily

whitening skin care

collagen skin care mask

foot care tools

digital facial skin analyzer

## You May Also Like









Nano spray water replenishing evaporator instrument Face moisturizing

US $31.84 - 37.95 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece

$2 OFF $50+





TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling deadskin

US $14.99 - 25.08 / Piece







Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

$2 OFF $50+







Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

Skin Care Tool Face Scrubbers Sensor Monitor Oil Detector LED Display

US $9.65 - 14.38 / Piece

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece

$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

$2 OFF $50+






MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+

MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

Skin Scrubber Facial Cleansing Peeling Machine Blackhead Remover Pore

US $73.21 - 123.47 / Piece

$2 OFF $50+








V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+



2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning Pore

US $40.47 - 48.23 / Piece

$2 OFF $50+



Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+



2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning Pore

US $40.47 - 48.23 / Piece

$2 OFF $50+



Nano spray water replenishing evaporator instrument Face moisturizing

US $31.84 - 37.95 / Piece

$2 OFF $50+



Digital Microdermabrasion Diamond Dermabrasion Pen Vacuum Massage Skin

US $28.76 - 34.27 / Piece

$2 OFF $50+



Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $36.95 - 51.63 / Piece

$2 OFF $50+



Scrubbers Face brushes 2in1 Double Sides Silicone Facial Cleansing Brush

US $0.77 - 0.94 / Piece

$7 OFF $159+



Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool Black

US $22.85 - 30.25 / Piece

$2 OFF $50+



Nano fog consignor transplanted USB Face Movement Moving Moisturizing Pot

US $27.84 - 33.18 / Piece

$2 OFF $50+



Ultrasonic Skin Scrubber Facial Cleansing Machine USB Rechargeable Acne

US $18.88 - 22.49 / Piece

$2 OFF $25+

More ∨

New Arrival skin care tools



Dr Pen Hydra Pen H3 Microneedling Pen Automatic
US $94.42 - 119.77 / Piece

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart
US $37.64 - 44.85 / Piece

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart
US $37.64 - 44.85 / Piece

Spot goods Dr.pen M7-C Ultima M7 Professional Set Wired
US $51.20 - 74.59 / Piece

5in 1 Facial RF Radio LED Skin Tightening Photon Device Anti
US $49.99 - 69.38 / Piece

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart
US $37.64 - 44.85 / Piece

Not, ▇▇▇▇▇▇ Sign out

Listed on 03/03/2023

Bookmark & Share           





Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9

Chat





DOE Number: 117

Marketplace: DHGate

Seller Name: eloif69










Portable Wireless Automatic C...
US $29.37 - 69.30 / Piece
$2 OFF $50+

Designers bags Cosmetic Bag ...
US $190.96 - 217.15 / Piece

The North F Backpack Boys & ...
US $19.46 - 24.05 / Piece
$10 OFF $340+

1Pcs 12.7cm Purple Dragon St...
US $12.70 - 14.98 / Piece
$2 OFF $50+

2021s Brand MINI Men off Yel...
US $49.49 - 59.24 / Piece

90L Travel Bag Camping Back...
US $12.46 - 14.16 / Piece

## More Choices







electric shaver for men beard
electric razor facial body
US $150.48 - 162.46 / Piece
$8 OFF $150+

cord cordless hair clipper
barber machine professional
US $475.90 - 508.50 / Piece
$8 OFF $150+

Electric Hair Dryer 5 in 1 Hair
Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece
$2 OFF $25+

Automatic Soap Dispenser
Touchless Liquid Pump
US $12.33 - 14.99 / Piece

2Pcs Set Comb Wide Tooth For
Detangling Hairdressing Rake
US $49.25 - 58.69 / Set
$10 OFF $200+

8 Heads Hair Curler Dark Blue
Multi-function Hair Styling
US $206.84 - 251.50 / Piece
$10 OFF $200+

---

### eloif69 Store  ›



💬 Chat     9

80.0% Positive Feedback

On-time Delivery Rate:        🔼
Repurchase rate:              🔽

Business Information

**Top 3 Markets**

### Store Categories

>Bags, Shoes & Accs
  Women's Accessories
  Women's Bags
  Men's Bags
>Fashion Accessories
  Keychains & Lanyards
  Fashion Sunglasses Frames
>Health & Beauty
  Other Health & Beauty Items
  Sexy Underwear
  Oral Hygiene
  Skin Care Tools & Devices
  Home Beauty Instrument
  Bath & Body
>Bags, Luggage & Accessories
  Xmas Bags Idea
  Sport&Outdoor Packs
  Wallets & Holders
  Shopping Bags
  Evening Bags
  Waist Bags
  Bag Organizer
  Cosmetic Bags & Cases
  Briefcases
  School Bags
  Bag Parts & Accessories
  Other Bags
>Watches

| | |
|---|---|
| Item Description | Company Overview |

Report Item

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Vibration: | 6000RPM |
| Commodity Quality | |
| Certification: | ce |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 849600136 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



5 intensity adjustments

Watch Accessories
Men's Watches
Mechanical Wristwatches
Women's Watches
Women's Watches

**All Store Items on Sale Now**

Get up to $330 Store Coupon

Go to Store >

**More items from this Store**



US $32.98 - 39.30 / Piece



US $6.95 - 13.57 / Piece



US $29.30 - 48.51 / Piece



US $23.36 - 39.13 / Piece



US $78.53 - 99.20 / Piece



### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicor cleansing instrument

Product number：NJMY−036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



charging / 5V, 1A

Charging time: about 1 hou

Cleaning method: body
waterproof

Product color: red / pink / blu

US $50.33 - 59.97 / Piece

View all 8874 items

Buy 2 get 1% off

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regula
For normal sk

High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







USB Rechargeable



The standby is up to 90 days



IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin





# Brush Head Lengthened
## Deep Cleaning





Washing by hand          Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush







8 cm or 3.15 inches

8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin







☑ **Remove dirt & oil**

☑ **Remove black head**

☑ **Remove the acne**

☑ **Exfoliating scrub**

☑ **Shrink pores**

☑ **Reduce wrinkles**







8CM/3.15inch

# Product Pictures





**SUPER COOL**

# WASHING MACHINE

JMY04 JMY16

Less Description ⌃

## Sponsored Products You May be Interested In More Choice 我也要出现在这里


Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece


Generation 3 No Fan Vacuum Hair Dryer H-03 Professional
US $106.79 - 127.25 / Piece


8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece


DE GP590 ICE COOL Laser Epilator Hair Removal
US $822.21 - 936.46 / Piece


IPL laser hair removal machine Mlay T3 depilador a laser
US $618.26 - 704.17 / Piece


Laser Epilator Painless 999999 Flashes New Laser Epilator IPL
US $561.30 - 599.75 / Piece

## Similar Items


Longmada Motar II Wax Heater Replaceable of Quartz Bucket
US $15.85 - 22.75 / Piece
$5 OFF $99+


Eroticos Bdsm Bondage Lucky Bag Surprise Mystery Box sexy
US $47.23 - 56.28 / Piece


Generic Replacement Brush Heads For ORab electric
US $4.43 - 4.59 / Piece
$2 OFF $50+


Hot ceramic tip heating coil knife dab tool with cap
US $6.43 - 8.99 / Lot


PLATINUM AND GOLD Hair Straighteners Professional
US $55.21 - 69.99 / Piece


Hair Dryer Brush 5 in 1 Professional Hair Curly Iron
US $45.62 - 54.36 / Piece

## Related Keywords


firming skin care


portable radio frequency skin


skin care tips


foot care tools


digital facial skin analyzer

## You May Also Like












Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

VKK Silicone Face Cleansing Brush Electric Face Cleanser Electric Facial Cleanser

US $15.97 - 19.03 / Piece

$1 OFF $50+

Ultrasonic Skin Scrubber Facial Cleansing Machine USB Rechargeable Acne

US $18.23 - 21.72 / Piece

$1 OFF $50+

5in1 Electric Face Scrubbers Multifunctional facial cleanser face

US $4.43 - 7.79 / Piece

$1 OFF $50+

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+



Electric Face Scrubbers Cleansing Brush Silicone Warming Cleanser Massage EMS

US $33.62 - 40.06 / Piece

$2 OFF $50+



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+



Nano spray water replenishing evaporator instrument Face moisturizing

US $31.84 - 37.95 / Piece

$2 OFF $50+



Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool Black

US $22.85 - 30.25 / Piece

$2 OFF $50+



Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+



Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+



3Colors 4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric 1px7

US $8.72 - 10.26 / Piece

$3 OFF $49+



Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+



Evening Bags Crossbody Handbags Shoulder Bag Vintage Arc Clutch Purse

US $95.89 - 113.12 / Piece

$2 OFF $25+



Desktop Simple Dressing HD Folding Makeup Mirror -2

US $1,100.00 - 1100.00 / Piece

18cm Transformation robot Boy toy Car model Anime Movie Series SS38 action

US $13.83 - 23.03 / Piece

$10 OFF $340+

Jameo Auto Car Steering Wheel Panel Cover Trim for BMW 3 Series E90 E92 E93

US $15.89 - 24.83 / Piece

$2 OFF $50+

5A Cowhide Felicie 3pcs Shoulder Crossbody Bags Women Envelope

US $9.04 - 44.35 / Piece

Vintage Dauphine Shoulder Messenger Bags COW LEATHER Designer Luxury

US $12.56 - 72.86 / Piece



Motorcycle Backrest Luggage Rack Set For BMW F650GS 2008-12 F700GS 2013-

US $54.72 - 156.46 / Set

$10 OFF $340+



Wine Glasses 375ml Highheeled Shoes Shape Whisky Decanter Luxurious Glass

US $31.43 - 37.45 / Piece



Evening Bags Embroidery Tote Bag Canvas Shopping Handbag Large

US $89.18 - 105.20 / Piece

$2 OFF $25+



Yeelight Second Generation Candela Led Night Light Dimmable LED Lamp Bedside

US $40.46 - 47.43 / Piece

$2 OFF $50+



100pcs vinca Periwinkle Flower Seeds Bonsai Variety of Colors Rare Plants for

US $1.35 - 1.54 / Lot






Ric Roger McGuinn 1988 370 Maple Glo Natural 12 Strings Semi Hollow Electric

US $138.75 - 494.55 / Piece

$2 OFF $50+

6 10 inch Spiral 1 2-28 5 8-24 Single CoreCar Fuel Filter Solvent Trap For NAPA

US $16.64 - 40.67 / Piece

Evening Bags Luxurys Designers High quality Women Shoulder bag bags Totes

US $77.80 - 91.77 / Piece

$2 OFF $25+

Multicolor Camera Bag Designer Handbags Women Wide Shoulder Straps

US $22.35 - 29.65 / Piece

$2 OFF $69+

Black color Luxury High Quality Designer Belts Fashion snake animal pattern

US $14.34 - 27.93 / Piece



Evening Bags Designer Messenger Bags Women Chain Handbag Shoulder Packs

US $60.30 - 71.14 / Piece

$2 OFF $25+

Genuine Leather Bags Women Fashion Handbags Shoulder Messenger Bag

US $38.14 - 80.00 / Piece

$2 OFF $69+

Evening Bags Crossbody Messenger Bag Women Handbags Classic Black Material

US $111.72 - 131.79 / Piece

$2 OFF $25+

Designer Women's Dress Women's Short Sleeve Spring Summer Mini New High

US $117.44 - 145.16 / Piece

$3 OFF $49+

Evening Bags Chain Cross Body Bag Single Shoulder Bags Handbag Clutch

US $81.25 - 95.85 / Piece

$2 OFF $25+




2020 new 9 in 1 Push Up Rack Board Men Women Fitness Exercise Push-up Stands

US $30.16 - 34.29 / Piece

More ⌄

## New Arrival skin care tools







Other Skin Care Tools 250 Pcs Fast Express Sponge Back

US $294.10 - 311.05/ Lot

Other Skin Care Tools High Pressure no needle lip filling

US $88.80 - 113.78/ Piece

Beauty Nano Face Steamer Facial Kit Skin Care Tool Set,

US $45.01 - 53.63/ Piece

Face Massager Ice Gel Face Mask Anti Wrinkle Relieve

US $10.96 - 12.93/ Piece

Face Massager AOKO 40KHZ Caviation Ultrasonic Body

US $101.66 - 119.92/ Piece

Face Massager Neck Face Beauty Device Lifting Machine

US $15.00 - 21.36/ Piece

🎁 $25 For New User

Join Free

See personalized recommendations , **Sign in**

Listed on 13/03/2023

Bookmark & Share           





Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.   License   京ICP备16060083号-9

Chat





DOE Number: 118

Marketplace: DHGate

Seller Name: emnru230



| | |
|---|---|
| | USB Charging |
| Type: | Facial Cleansing Brush |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 854030039 |
| Category: | Electric Face Scrubbers |

**Business Information**

**Top 3 Markets**

**Store Categories**

>Health & Beauty
Other Health & Beauty Items
Sexy Underwear
Oral Hygiene
Skin Care Tools & Devices
Home Beauty Instrument
Bath & Body
>Bags, Luggage & Accessories
Xmas Bags Idea
Wallets & Holders
Shopping Bags
Evening Bags
Bag Parts & Accessories
Sport&Outdoor Packs
Cosmetic Bags & Cases
Waist Bags
School Bags
Functional Bags
Briefcases
Other Bags
>Bags, Shoes & Accs
Women's Bags
Women's Accessories
Men's Bags
>Fashion Accessories
Sunglasses
Fashion Sunglasses Frames
>Watches
Unisex Watches
Men's Watches
Mechanical Wristwatches
Watch Accessories
Women's Watches
Women's Watches

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

**01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB**



### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your sk soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow



**All Store Items on Sale Now**

Get up to $330 Store Coupon

Go to Store  >

**More items from this Store**



US $78.53 - 99.20 / Piece



US $32.98 - 39.30 / Piece





US $35.02 - 46.21 / Piece

US $23.36 - 39.13 / Piece

Buy 2 get 1% off

US $50.33 - 59.97 / Piece

US $6.95 - 13.57 / Piece

View all 5319 items

Product Name: Net transparent sili
cleansing instrume

Product number:  NJMY-036

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regu
For normal



High frequency sound
wave vibration
6000rmp per minute
Deep cleansing skin care





*Support drop shipping*



**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clean Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and eleg. shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green



Adjustable Vibration Speed



Soft          Moderate          Strong



 USB Rechargeable           The standby is up to 90 days           IPX 7 Waterproof

IPX 7 Waterproof Design



## 3 zones for different types of skin

**① Fine**
For sensitive skin

**② Rough**
For oily skin, like T zone

**③ Regular**
For normal skin



## Brush Head Lengthened
### Deep Cleaning



Washing by hand        Washing by our brush

PRODUCT PARAMETERS

| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

## Orange Test
## with lipstick pasted

**----Because orange is similar to human skin**



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

Feature

Material: Food grade silicone + ABS  Vibration frequency: 6000rpm/max )  Charging method: USB charging  Battery capacity: 200mAh  Co

Your cart is empty

Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

## Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



*Brush head lengthened*
Удлиненная щетка

Dead zone
Мертвая зона

Cleansing area
Очищающая область

Massage area
Массажная зона

3 zones for different types of skin







☑ **Exfoliating scrub**

☑ **Shrink pores**

☑ **Reduce wrinkles**

8CM/3.15inch

8CM/3.15inch





# Product Pictures





SUPER COOL
WASHING MACHINE

JMY04 JMY16

Less Description ∧

## Related Keywords













skin care instruments | dermaroller needling | collagen skin care | led mask for skin care | dr pen ultima | collagen induction | derma microneedling | titanium needles derma | use of face roller

## You May Also Like








Electric Face Scrubbers Shavers | Xiaomi Inface Rf Beauty Instrument V | [EU InStock] KONKA Facial Steamer | Silicone Facial Cleanser Waterproof | Beauty Stick 24K Electric Face

Shaver For Men 7D Independently 7

US $26.00 - 35.21 / Piece

$2 OFF $25+


Face Facial Beauty Pen Facial

US $301.50 - 312.49 / Piece


Nano Ionic Face Steamers Scrubbers

US $23.72 - 28.27 / Piece

$2 OFF $45+


scrubber Rechargeable Face Brush

US $16.69 - 24.85 / Piece


Scrubbers Slimming Golden Stick

US $3.67 - 4.24 / Piece

$2 OFF $25+


Face Machine Facial Massager High Frequency Facial Machine Face

US $20.94 - 24.95 / Piece

$2 OFF $50+

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+

Electric Face Scrubbers 5 Modes Silicone Cleansing Brush Clean Device

US $26.04 - 34.38 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+

4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7 Waterproof

US $11.33 - 13.81 / Piece

$3 OFF $49+

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

$2 OFF $50+

Electric Face Scrubbers Cleansing Brush with 4 Cleaning Heads

US $33.38 - 39.77 / Piece

$2 OFF $50+

SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

$2 OFF $50+

women's suit 2023 pants autumn long sleeve round neck loose casual color

US $14.32 - 19.99 / Piece

Summer 2023 Casual Shorts Suits Women Tracksuits 2 Piece Set Outfits

US $39.08 - 40.93 / Lot

Elbow Knee Pads Sports Safety Sports Men's Compression Knee Brace Elastic

US $1.39 - 7.89 / Piece

$2 OFF $28+
Per $100 Save $6

Brand new 8.8inch Glass for BMW X5 NBT L7 CID High F30 F31 Car VIDEO

US $30.96 - 40.00 / Piece

Evening Bags Bucket Bag Closed-toe Layer Cowhide Food Basket Tote All-

US $84.15 - 99.27 / Piece

Organization 2 PERSONS FOLDABLE BATHTUB FLAMINGO HOME SPA BATH

US $135.38 - 171.62 / Piece

$2 OFF $50+

Parts Motorcycle Motorcross Handlebar Handguards Hand Guards

US $31.95 - 38.07 / Set

$2 OFF $50+

3 Sets of Alice A5501 Headless Electric Guitar Strings Double Ball End 1st-6th

US $8.55 - 10.18 / Lot

Motorcycle Half Helmets Personil Bicycle Riding Lovely Strawberry

US $72.19 - 82.09 / Piece

$2 OFF $50+

Innokin iClear 30S Dual Coil Heads the wooden wick i Clear 30 S Atomizer

US $1.01 - 1.12 / Piece

$3 OFF $49+

6ml Water-based Nail Polish Children Pregnant Women Available Nail

US $17.75 - 23.50 / Lot

$2 OFF $50+

watch designer mens movement

2022 INS Mens Womens hoodie High

4Door Car Door HingeHinge

Fashion Men Leather Crossbody

10 pairs mixed style women's 925

US $70.35 - 83.84 / Piece

US $53.30 - 65.22 / Piece

US $45.92 - 62.91 / Set

US $33.70 - 39.75 / Piece

US $2.32 - 3.96 / Pair


DHL,UPS FREE Senior Bach Silver Plated Bach Trumpet LT 1805-43 Small

US $195.98 - 233.54 / Piece


Flat Shoulder Glass Oil Perfume Bottles Transparent Amber Frosted

US $21.77 - 329.54 / Lot


50 Pcs Lot Not Repeated Skateboard Stickers Male Rapper For Car Laptop

US $1.71 - 4.63 / Lot


Fittings 1.375X24 Titanium Gr5 Extra Hexagon Sealed End Cap For Modar

US $23.57 - 28.51 / Piece


2023 Women Designer Messenger Travel bag Classic Style Fashion

US $29.45 - 34.74 / Piece


Original Lizard Leather Handle Shoulder Chain Bag 23cm Women

US $219.80 - 319.85 / Piece

More ⌄

## New Arrival skin care tools


Face Massager ANLAN Neck Face Beauty Device 3 color LED
US $18.75 - 22.13 / Piece


Face Massager HSKOU Neck and Face Beauty Equipment 3-
US $16.74 - 24.90 / Piece


Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl
US $22.56 - 26.18 / Lot


Organization Bath Brush Rub Back Body Skin Care Tool On
US $16.65 - 21.11 / Piece


Other Bath Toilet Supplies Plastic Shower Feet Massage
US $8.77 - 9.98 / Piece


Face Massager N Beauty Device 3 c
US $13.19 - 15.56

Not , ████████ Sign out

Listed on 27/03/2023

Bookmark & Share         

 Any questions or suggestions ? Please let us know.



China Warehouse | Manufacturers | Best Sellers | New Arrivals | Women | Men | Sports |

French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9



DOE Number: 119

Marketplace: DHGate

Seller Name: erinog



50.0% Positive Feedback

On-time Delivery Rate:

Response Time:

Dispute rate:

Repurchase rate:

Business Information

**Top 3 Markets**

**Store Categories**

>Bags, Luggage & Accessories

Fashion Bags

Wallets & Holders

Evening Bags

Sport&Outdoor Packs

Cosmetic Bags & Cases

Waist Bags

Shopping Bags

Bag Parts & Accessories

School Bags

Other Bags

Bag Organizer

Functional Bags

Briefcases

Bag & Luggage Making Materials

>Sports & Outdoors

Outdoor Bags

Athletic & Outdoor Apparel

Fitness Supplies

Snow Sports

Athletic & Outdoor Accs

Cycling

Fishing

Water Sports

Hunting

Swimming equipment

Action Sports

Sports Rehabilitation

Golf

>Bags, Shoes & Accs

Men's Bags

Women's Shoes

Men's Shoes

Women's Accessories

Men's Accessories

**All Store Items on Sale Now**

Go to Store >

**More items from this Store**



US $35.02 - 46.21 / Piece



US $78.53 - 99.20 / Piece

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality | |
| Certification: | ce |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 855232191 |
| Category: | Electric Face Scrubbers |

**Return policy details**

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

**Description**

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your sk soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





US $28.91 - 34.45 / Piece



US $32.98 - 39.30 / Piece



US $12.59 - 14.86 / Piece



US $126.12 - 141.98 / Piece

View all 8676 items





Product Name: Net transparent sili
cleansing instrume

Product number： NJMY-03(

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regu
For normal



High frequency sound
wave vibration
6000rmp per minute
Deep cleansing skin care





*Support drop shipping*



**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clean Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elega shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







## IPX 7 Waterproof Design



3 zones for different types of skin



① Fine
For sensitive skin

② Rough
For oily skin, like T zone

③ Regular
For normal skin

# Brush Head Lengthened
## Deep Cleaning



Your cart is empty



Washing by hand        Washing by our brush

PRODUCT PARAMETERS

| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

----Because orange is similar to human skin



Washed by hand



Washed by  brush

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co
Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



Brush head lengthened
Удлиненная щетка

Dead zone
Мертвая зона

Cleansing area
Очищающая область

Massage area
Массажная зона

3 zones for different types of skin





☑ **Remove dirt & oil**

☑ **Remove black head**





☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles

8CM/3.15inch

8CM/3.15inch

# Product Pictures



**SUPER COOL WASHING MACHINE**

JMY04 JMY16

Less Description ⌃

## Related Keywords


firming skin care


portable radio frequency skin


skin care tips


foot care tools


digital facial skin analyzer

## You May Also Like













MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

$2 OFF $50+

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

High Pressure Nano Spray Face Steamer Mist Moisturize Skin

US $46.74 - 55.69 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

$2 OFF $50+

MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning

US $40.47 - 48.23 / Piece

$2 OFF $50+

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+

V Face Massager LED Pon Light
Therapy EMS Facial Lifting Face

Electric Acne Remover Point Noir
Blackhead Vacuum Extractor Tool

6 Suction Face Nose Blackhead
Remover Vacuum Cleaner Black Dot

Electric Face Scrubbers LED Facial
Mask Therapy 7 Colors Machine Light

Ultrasonic Facial Massager 7 Colors
Led Pon Skin Rejuvenation Light

US $50.33 - 59.97 / Piece

US $22.85 - 30.25 / Piece

US $35.02 - 46.21 / Piece

US $29.30 - 48.51 / Piece

US $75.40 - 95.25 / Piece

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+




Electric Face Scrubbers Shavers
Shaver For Men 7D Independently 7

4 in 1 Electric Facial Cleansing Brush
Rechargeable Waterproof Spin Sonic

AA Battery Type Portable Facial
Massager Makeup Remover 5 in 1

Face Machine Facial Massager High
Frequency Facial Machine Face

Ultrasonic Facial Massager 7 Colors
Led Pon Skin Rejuvenation Light

US $26.00 - 35.21 / Piece

US $19.76 - 23.54 / Piece

US $18.74 - 22.33 / Piece

US $20.94 - 24.95 / Piece

US $86.38 - 109.12 / Piece

$2 OFF $25+

$1 OFF $35+

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+



Electric Wireless Facial Cleansing
Brush Silicone Face Washing Cleaning

US $24.28 - 28.93 / Piece

$2 OFF $50+

More ⌄

## New Arrival skin care tools

‹






›

Face Massager ANLAN Neck
Face Beauty Device 3 color LED

Face Massager HSKOU Neck
and Face Beauty Equipment 3-

Whole- 4 In 1 Beauty DIY Facial
Mask Tool Set Mixing Bowl

Organization Bath Brush Rub
Back Body Skin Care Tool On

Other Bath Toilet Supplies
Plastic Shower Feet Massage

Face Massager N
Beauty Device 3 c

US $18.75 - 22.13/ Piece

US $16.74 - 24.90/ Piece

US $22.56 - 26.18/ Lot

US $16.65 - 21.11/ Piece

US $8.77 - 9.98/ Piece

US $13.19 - 15.56

Not , ██████ Sign out

Listed on 30/03/2023

Bookmark & Share          

 Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Span
French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9





DOE Number: 120

Marketplace: DHGate

Seller Name: eurj18



### Customers Who Bought This Item Also Bought











8148 Magic Metal Hair Clipper Electric Razor Electric Push
US $56.55 - 58.30 / Piece


2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.82 - 16.07 / Piece
$2 OFF $50+


Epacket KM-1409 Carbon Steel Men Beard Shaver Head Hair
US $16.09 - 19.17 / Piece
$2 OFF $50+


3 in 1 KEMEI KM-1407 Multifunctional Hair Trimmer
US $8.11 - 10.50 / Piece
$5 OFF $99+


Abdominal Muscle Training Stimulator Device Wireless EMS
US $13.48 - 21.42 / Piece
$2 OFF $50+


KEMEI KM-1407 Multifunctional Hair Trimmer Rechargeable
US $17.69 - 27.07 / Piece
$2 OFF $50+

### Customers Often Bought With

    

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
$2 OFF $50+

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
$2 OFF $50+

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
$2 OFF $50+

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
$2 OFF $50+

## More Choices

electric shaver for men beard electric razor facial body
US $150.48 - 162.46 / Piece
$8 OFF $150+

cord cordless hair clipper barber machine professional
US $475.90 - 508.50 / Piece
$8 OFF $150+

Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece
$2 OFF $25+

Automatic Soap Dispenser Touchless Liquid Pump
US $12.33 - 14.99 / Piece

2Pcs Set Comb Wide Tooth For Detangling Hairdressing Rake
US $49.25 - 58.69 / Set
$10 OFF $200+

8 Heads Hair Curler Dark Blue Multi-function Hair Styling
US $206.84 - 251.50 / Piece
$10 OFF $200+

---

### eurj18 Store >




💬 Chat   😊 4

100.0% Positive Feedback

On-time Delivery Rate:   🔻
Dispute rate:   🔺
Repurchase rate:   🔻

Business Information

Top 3 Markets

### Store Categories

>Bags, Shoes & Accs
  Women's Accessories
  Women's Bags
  Men's Bags
>Fashion Accessories
  Keychains & Lanyards
  Fashion Sunglasses Frames
>Health & Beauty
  Other Health & Beauty Items
  Sexy Underwear
  Oral Hygiene
  Skin Care Tools & Devices
  Bath & Body
>Bags, Luggage & Accessories
  Xmas Bags Idea
  Wallets & Holders
  Shopping Bags
  Evening Bags
  Waist Bags
  Cosmetic Bags & Cases
  Sport&Outdoor Packs
  Other Bags
  Bag Parts & Accessories
  Bag & Luggage Making Materials
  School Bags
  Functional Bags
  Briefcases
>Watches
  Unisex Watches

---

**Item Description**   Company Overview                                    Report Item

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 851728241 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

## 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



5 intensity adjustments

Men's Watches
Mechanical Wristwatches
Women's Watches
Watch Accessories
Children's Watches

All Store Items on Sale Now

Get up to $330 Store Coupon

Go to Store >

More items from this Store



US $6.95 - 13.57 / Piece



Buy 2 get 1% off
US $50.33 - 59.97 / Piece



US $12.24 - 15.78 / Piece



US $29.30 - 48.51 / Piece



US $23.36 - 39.13 / Piece



### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicon cleansing instrument

Product number： NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB charging / 5V, 1A



US $35.02 - 46.21 / Piece

View all 9034 items

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blue

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin

High frequency sound wave vibration









Support drop shipping

No logo, no invoice,
no store information,
no promotional information

High quaity,box package,ship within 12 hour.



**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







USB Rechargeable



The standby is up to 90 days



IPX 7 Waterproof

IPX 7 Waterproof Design



3 zones for different types of skin



② Rough
For oily skin, like T zone

③ Regular
For normal skin

① Fine
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning







Washing by hand     Washing by our brush

PRODUCT PARAMETERS



| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

**03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools**

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin







☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles



8CM/3.15inch

# Product Pictures





**SUPER COOL
WASHING MACHINE**

JMY04 JMY16

Less Description ⌃

Sponsored Products You May be Interested In More Choice   我也要出现在这里


Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece


8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece


Generation 3 No Fan Vacuum Hair Dryer H-03 Professional
US $106.79 - 127.25 / Piece


IPL laser hair removal machine Mlay T3 depilador a laser
US $618.26 - 704.17 / Piece


Laser Epilator Painless 999999 Flashes New Laser Epilator IPL
US $561.30 - 599.75 / Piece


4in1 Women Epilator electric female face hair removal lady
US $534.16 - 550.68 / Piece

Similar Items


Electric Hair Caps Hat Salon Spa Steamer Thermal Treatment
US $9.85 - 11.74 / Piece
$4 OFF $69+


Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece
$2 OFF $50+


Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece
$2 OFF $50+


Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece


Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece


Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece
$2 OFF $50+

Related Keywords


skin care oily


whitening skin care


collagen skin care mask


foot care tools


digital facial skin analyzer

You May Also Like


Skin Care Tools Electric Face Scrubbers


Skin Care Tools Electric Face Scrubbers


Skin Care Tools Electric Face Scrubbers


Skin Care Tools Electric Face Scrubbers


Skin Care Tools Electric Face Scrubbers

Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

`$2 OFF $50+`



Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

`$2 OFF $50+`



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

`$2 OFF $50+`



Pore Cleaner Face Blackhead Remover Vacuum Suction Electric Nose Face Deep

US $116.62 - 219.12 / Piece

`$2 OFF $50+`



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

`$2 OFF $50+`

Electric Nose & Ear Trimmers Disposable Wooden Waxing Stick Wax Bean Wiping

US $16.87 - 23.80 / Lot

`$2 OFF $50+`



CkeyiN Electric Facial Washing Brush Ultrasonic Vibration Deep Cleanser Sonic

US $23.23 - 27.68 / Piece

`$2 OFF $50+`



Electric Face Scrubbers Beauty Care Massage Tool Massager Brush Skin

US $3.99 - 5.52 / Piece



5 Colors Mini Nano Mist Sprayer Facial Body Nebulizer Steamer Moisturizing

US $1.96 - 3.04 / Piece

`$2 OFF $25+`



Mini Electric Facial Scrubbers Cleansing Brush Device Silicone Sonic Face Cleaner

US $4.53 - 6.42 / Piece

Face Scrubbers Waterproof Design 3D Detachable Heads Rotating Skin Cleaner

US $24.63 - 41.92 / Piece



Face Scrubbers Cleaning Brush Eco Friendly Beauty Tool Device Deep Sonic

US $6.34 - 7.79 / Piece



Electric Face Scrubbers Remover Nose Clean tool Mini Handheld Blackhead

US $1.80 - 2.15 / Piece



Electric Silicone Facial Cleanser Brush Rechargeable Face Massager Brush

US $23.23 - 27.68 / Piece

`$1 OFF $50+`



Ultrasonic Skin Scrubber Deep Face Cleaning Machine Peeling Shovel Facial

US $13.57 - 16.17 / Piece

`$2 OFF $60+`



5 In 1 Battery Electric Rotating Facial Cleansing Brush Waterproof Face

US $4.18 - 6.17 / Piece



3D electric shaver electric razor men face care shaving machine hair trimmer

US $70.79 - 86.85 / Piece

`$2 OFF $50+`



Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

`$2 OFF $50+`



Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

`$2 OFF $50+`



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

`$2 OFF $50+`



Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

`$2 OFF $50+`











Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

$2 OFF $50+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+






4 in 1 Electric Facial Cleansing Brush Rechargeable Waterproof Spin Sonic

US $19.76 - 23.54 / Piece

$1 OFF $50+

4 In 1 Facial Cleansing Brushes Face Sonic Cleaner Electric Waterproof Face Care

US $24.49 - 29.19 / Piece

$1 OFF $50+

VKK Silicone Face Cleansing Brush Electric Face Cleanser Electric Facial Cleanser

US $15.97 - 19.03 / Piece

$1 OFF $50+

5 in 1 Electric Face Cleansing Brush Cleaner Wash Machine Spa Skin Care

US $8.81 - 10.51 / Piece

$1 OFF $50+

Ultrasonic Skin Scrubber Facial Cleansing Machine USB Rechargeable Acne

US $18.23 - 21.72 / Piece

$1 OFF $50+



Nano spray water replenishing evaporator instrument Face moisturizing

US $31.84 - 37.95 / Piece

$2 OFF $50+

More ⌄

## New Arrival skin care tools








Organization 2022 Super Soft Exfoliating Bath Sponge Body
US $10.32 - 13.08 / Piece

Makeup Brushes 1pcs Silicone Mask Brush Double-Ended Soft
US $17.54 - 22.44/ Lot

Slimming Machine Home Use Mini Hifu Face Lifting Skin
US $149.68 - 261.41/ Piece

Beauty Nano Face Steamer Facial Kit Skin Care Tool Set,
US $45.01 - 53.63/ Piece

Baking Pastry Tools Ice Roller for Face and Eye Silicone Mold
US $4.22 - 5.54/ Piece

Organization 2022 Super Soft Exfoliating Bath Sponge Body
US $10.32 - 13.08/ Piece

🎁 $25 For New User

Join Free

See personalized recommendations , Sign in

Listed on 24/03/2023

Bookmark & Share 



Any content...

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French |
German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   粤ICP备16060083号-9

Chat





DOE Number: 121

Marketplace: DHGate

Seller Name: fasr87



Repurchase rate:

Business Information

Top 3 Markets

Store Categories

>Sports & Outdoors
  Outdoor Bags
  Cycling
  Fitness Supplies

>Bags, Luggage & Accessories
  Evening Bags
  Wallets & Holders
  Xmas Bags Idea
  Fashion Bags
  Cosmetic Bags & Cases
  Waist Bags
  Shopping Bags
  Briefcases
  Bag Parts & Accessories
  Other Bags
  Bag Organizer
  School Bags
  Luggages

>Watches
  Women's Watches
  Other Watches

>Bags, Shoes & Accs
  Men's Bags

>Household Appliances
  Personal Care
  Home Theater

>Home & Garden
  Faucets, Showers & Accs
  Tools

>Cell Phones & Accessories

>Apparel

>Electronics

| | |
|---|---|
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 855694232 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow



All Store Items on Sale Now

Go to Store  >

More items from this Store



US $14.99 - 25.08 / Piece



US $16.96 - 29.53 / Piece





US $32.98 - 39.30 / Piece

US $25.68 - 34.00 / Piece



Buy 2 get 1% off

US $50.33 - 59.97 / Piece

US $78.53 - 99.20 / Piece

View all 8511 items



Product Name: Net transparent sili
cleansing instrume

Product number： NJMY−03

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regu
For normal





High frequency sound
wave vibration
6000rmp per minute
Deep cleansing skin care





*Support drop shipping*



**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clean Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green



Adjustable Vibration Speed



Soft    Moderate    Strong



USB Rechargeable    The standby is up to 90 days    IPX 7 Waterproof

IPX 7 Waterproof Design





3 zones for different types of skin



① Fine
For sensitive skin

② Rough
For oily skin, like T zone

③ Regular
For normal skin

# Brush Head Lengthened
## Deep Cleaning





Washing by hand          Washing by our brush

Your cart is empty

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

## Orange Test
## with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep
Pore Cleaner body Skin Care Tools

Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 8000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co
Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)





8 cm or 3.15 inches

8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin







☑ **Exfoliating scrub**

☑ **Shrink pores**

☑ **Reduce wrinkles**

8CM/3.15inch

8CM/3.15inch

# Product Pictures





SUPER COOL
WASHING MACHINE

JMY04 JMY16

Less Description ⌃

## Related Keywords



firming skin care


portable radio frequency skin


skin care tips


foot care tools


digital facial skin analyzer

## You May Also Like







Ultrasonic Deep Face Cleaning
Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

V Face Massager LED Pon Light
Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+

Electric Acne Remover Point Noir
Blackhead Vacuum Extractor Tool

US $22.85 - 30.25 / Piece

TM-MD004 110-220V Diamond
Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors
Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

$2 OFF $50+



Electric Face Scrubbers LED Facial
Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+

MD005 shipment Blackhead Vacuum
Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

MD013 electric rechargeable
Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+

Electric Face Scrubbers LED Facial
Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+

V Face Massager LED Pon Light
Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+



Ultrasonic Facial Massager 7 Colors
Led Pon Skin Rejuvenation Light

US $75.40 - 95.25 / Piece

$2 OFF $50+

V Face Massager LED Pon Light
Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece



6 Suction Face Nose Blackhead
Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead
Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

Ultrasonic Facial Massager 7 Colors
Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

$2 OFF $50+

MD013 electric rechargeable
Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond
Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

$2 OFF $50+

2 Modes Electric Face Cleansing Brush
EMS Face Massage Deep Cleaning

US $40.47 - 48.23 / Piece

$2 OFF $50+

MD013 electric rechargeable
Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+



Electric Face Scrubbers LED Facial
Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+

High Pressure Nano Spray Face
Steamer Mist Moisturize Skin

US $46.74 - 55.69 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers
Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

$2 OFF $50+

5C005 24khz ultrasonic sonic facial
face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

Skin Care Tools Electric Face Scrubbers
Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece



V Face Massager LED Pon Light
Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece



Ultrasonic Facial Massager 7 Colors



Ultrasonic Deep Face Cleaning



TM-MD004 110-220V Diamond



Ultrasonic Facial Massager 7 Colors



Skin Care Tools Electric Face Scrubbers

Led Pon Skin Rejuvenation Light    Machine Skin Scrubber Remove Dirt    Blackhead Vacuum Suction remove    Led Pon Skin Rejuvenation Light    Mini Vibrator Massager Facial

US $78.53 - 99.20 / Piece    US $27.73 - 33.04 / Piece    US $23.36 - 39.13 / Piece    US $78.53 - 99.20 / Piece    US $32.98 - 39.30 / Piece

$2 OFF $50+




Electric Face Scrubbers Shavers Shaver For Men 7D Independently 7

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

AA Battery Type Portable Facial Massager Makeup Remover 5 in 1

4 In 1 Electric Facial Cleansing Brush Rechargeable Waterproof Spin Sonic

Electric Wireless Facial Cleansing Brush Silicone Face Washing Cleaning

US $26.00 - 35.21 / Piece    US $86.38 - 109.12 / Piece    US $18.74 - 22.33 / Piece    US $19.76 - 23.54 / Piece    US $24.28 - 28.93 / Piece

$2 OFF $25+    $2 OFF $50+    $2 OFF $50+    $1 OFF $50+    $2 OFF $50+




Face Machine Facial Massager High Frequency Facial Machine Face

US $20.94 - 24.95 / Piece

$2 OFF $50+

More ∨

## New Arrival skin care tools








Face Massager ANLAN Neck Face Beauty Device 3 color LED
US $18.75 - 22.13 / Piece

Face Massager HSKOU Neck and Face Beauty Equipment 3-
US $16.74 - 24.90 / Piece

Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl
US $22.56 - 26.18 / Lot

Organization Bath Brush Rub Back Body Skin Care Tool On
US $16.65 - 21.11 / Piece

Other Bath Toilet Supplies Plastic Shower Feet Massage
US $8.77 - 9.98 / Piece

Face Massager N Beauty Device 3 c
US $13.19 - 15.56

Not , ▮▮▮▮▮ Sign out

Listed on 01/04/2023

Bookmark & Share 




China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Selling | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spani

French | German | Turkey | 한국어 | العربية | Nederlands | Polski | svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   浙ICP备16060083号-9





DOE Number: 122

Marketplace: DHGate

Seller Name: femf95f



100.0% Positive Feedback

On-time Delivery Rate:
Repurchase rate:

Business Information

Top 3 Markets

**Store Categories**

>Bags, Shoes & Accs
  Women's Accessories
  Women's Bags
  Men's Bags

>Fashion Accessories
  Keychains & Lanyards
  Fashion Sunglasses Frames

>Health & Beauty
  Other Health & Beauty Items
  Sexy Underwear
  Oral Hygiene
  Skin Care Tools & Devices
  Bath & Body
  Home Beauty Instrument

>Bags, Luggage & Accessories
  Xmas Bags Idea
  Wallets & Holders
  Evening Bags
  Shopping Bags
  School Bags
  Sport&Outdoor Packs
  Waist Bags
  Cosmetic Bags & Cases
  Briefcases
  Bag Parts & Accessories
  Bag Organizer
  Other Bags
  Functional Bags

>Watches
  Unisex Watches
  Men's Watches
  Mechanical Wristwatches
  Women's Watches
  Watch Accessories

All Store Items on Sale Now

Get up to $330 Store Coupon

Go to Store >

More items from this Store

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Vibration: | 6000RPM |
| Commodity Quality: | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 854182822 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



### Function

\*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. \*Silicone brush without any abradability gently removes dry dead cells making your skin dull. \*High frequency pulsation refreshes skin health and vitality, so that your sk soft, moisturized, smooth and resilient. \*Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100\*75\*30mm - Color: rose,light pink,light blue,yellow





US $29.30 - 48.51 / Piece



US $23.36 - 39.13 / Piece



US $50.33 - 59.97 / Piece



US $32.98 - 39.30 / Piece



US $12.24 - 15.78 / Piece



US $6.95 - 13.57 / Piece

View all 5575 items





Product Name: Net transparent sili
cleansing instrume

Product number： NJMY-03

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin



③ Regu
For normal

High frequency sound wave vibration 6000rmp per minute

Deep cleansing skin care





*Support drop shipping*



**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elega shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







 USB Rechargeable  The standby is up to 90 days  IPX 7 Waterproof

IPX 7 Waterproof Design



3 zones for different types of skin



Brush Head Lengthened

Deep Cleaning





Washing by hand          Washing by our brush

PRODUCT PARAMETERS



| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

## Orange Test
## with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep

Your cart is empty

Pore Cleaner Body Skin Care Tools

## Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co
Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

## Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



Brush head lengthened

Удлиненная щетка

Dead zone
Мертвая зона

Cleansing area
Очищающая область

Massage area
Массажная зона

3 zones for different types of skin







☑ Remove dirt & oil

☑Remove black heads

☑ **Remove the acne**

☑ **Exfoliating scrub**

☑ **Shrink pores**

☑ **Reduce wrinkles**

8CM/3.15inch

8CM/3.15inch

# Product Pictures





Less Description ⌃

Related Keywords

       

| skin care instruments | dermaroller needling | collagen skin care | led mask for skin care | dr pen ultima | collagen induction | derma microneedling | titanium needles derma | use of face roller |

You May Also Like

     



Buy 2 get 1% off

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

Buy 2 get 1% off

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $86.38 - 109.12 / Piece

$2 OFF $50+

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

$2 OFF $50+

4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7 Waterproof

US $11.33 - 13.81 / Piece

$3 OFF $49+

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

$2 OFF $50+

Electric Face Scrubbers Cleansing Brush with 4 Cleaning Heads

US $33.38 - 39.77 / Piece

$2 OFF $50+

SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

$2 OFF $50+

women's suit 2023 pants autumn long sleeve round neck loose casual color

US $14.32 - 19.99 / Piece



Summer 2023 Casual Shorts Suits Women Tracksuits 2 Piece Set Outfits

US $39.08 - 40.93 / Lot



Elbow Knee Pads Sports Safety Sports Men's Compression Knee Brace Elastic

US $1.39 - 7.89 / Piece

$2 OFF $28+

Per $100 Save $6



Brand new 8.8inch Glass for BMW X5 NBT L7 CID High F30 F31 Car VIDEO

US $30.96 - 40.00 / Piece



Evening Bags Bucket Bag Closed-toe Layer Cowhide Food Basket Tote All-

US $84.15 - 99.27 / Piece

$2 OFF $25+



Parts Motorcycle Motorcross Handlebar Handguards Hand Guards

US $31.95 - 38.07 / Set

Organization 2 PERSONS FOLDABLE BATHTUB FLAMINGO HOME SPA BATH

US $135.38 - 171.62 / Piece

$2 OFF $50+

3 Sets of Alice A5501 Headless Electric Guitar Strings Double Ball End 1st-6th

US $8.55 - 10.18 / Lot



Coil For iClear 30S Clearomizer

Innokin iClear 30S Dual Coil Heads the wooden wick i Clear 30 S Atomizer

US $1.01 - 1.12 / Piece

$3 OFF $49+

Motorcycle Half Helmets Personali Bicycle Riding Lovely Strawberry

US $72.19 - 82.09 / Piece

$2 OFF $50+

6ml Water-based Nail Polish Children Pregnant Women Available Nail

US $17.75 - 23.50 / Lot

$2 OFF $50+





2022 INS Mens Womens hoodie High Street Skeleton Palace Hoodies Hip-

US $53.30 - 65.22 / Piece

$15 OFF $299+



watch designer mens movement watches Automatic Mechanical Watch

US $70.35 - 83.84 / Piece



4Door Car Door HingeHinge CoverSpare Tire Holder Hinge Cover

US $45.92 - 62.91 / Set

$2 OFF $50+



Fashion Men Leather Crossbody Shoulder Bag Top Designer Briefcase

US $33.70 - 39.75 / Piece



10 pairs mixed style women's 925 silver earring GTE58,high grade

US $2.32 - 3.96 / Pair





50 Pcs Lot Not Repeated Skateboard Stickers Male Rapper For Car Laptop

US $1.71 - 4.63 / Lot

$2 OFF $25+
$50 Save $7



DHL,UPS FREE Senior Bach Silver Plated Bach Trumpet LT 1805-43 Small

US $195.98 - 233.54 / Piece

Fittings 1.375X24 Titanium Gr5 Extra Hexagon Sealed End Cap For Modar

US $23.57 - 28.51 / Piece

$2 OFF $25+



2023 Women Designer Messenger Travel bag Classic Style Fashion

US $29.45 - 34.74 / Piece

Evening Bags New heartshaped Women's bag Designer bag luxury

US $76.48 - 90.22 / Piece

$2 OFF $25+

Flat Shoulder Glass Oil Perfume Bottles Transparent Amber Frosted

US $21.77 - 329.54 / Lot

$7 OFF $150+



More ⌄

## New Arrival skin care tools



Face Massager ANLAN Neck Face Beauty Device 3 color LED

US $18.75 - 22.13 / Piece



Face Massager HSKOU Neck and Face Beauty Equipment 3-

US $16.74 - 24.90 / Piece



Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl

US $22.56 - 26.18 / Lot



Organization Bath Brush Rub Back Body Skin Care Tool On

US $16.65 - 21.11 / Piece



Other Bath Toilet Supplies Plastic Shower Feet Massage

US $8.77 - 9.98 / Piece



Face Massager N Beauty Device 3 c

US $13.19 - 15.56

Not . ████████ Sign out

Listed on 27/03/2023

Bookmark & Share         

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Span
French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9





DOE Number: 123

Marketplace: DHGate

Seller Name: fitzgerald2



100.0% Positive Feedback

On-time Delivery Rate: ⬆
Dispute rate: ⬆
Repurchase rate: ⬇

Business Information

Top 3 Markets

Store Categories

>Sports & Outdoors
  Outdoor Bags
  Athletic & Outdoor Apparel
  Snow Sports
  Fitness Supplies
  Cycling
  Athletic & Outdoor Accs
  Water Sports
  Fishing
  Swimming equipment
  Action Sports
  Hunting
  Other Sporting Goods
  Sports Rehabilitation
  Golf
  Racquet Sports

>Bags, Luggage & Accessories
  Fashion Bags
  Wallets & Holders
  Cosmetic Bags & Cases
  Waist Bags
  Evening Bags
  Sport&Outdoor Packs
  Shopping Bags
  Bag Parts & Accessories
  School Bags
  Other Bags
  Bag Organizer
  Functional Bags
  Briefcases

>Bags, Shoes & Accs
  Men's Bags
  Women's Shoes
  Men's Shoes
>Household Appliances

All Store Items on Sale Now

Go to Store >

More items from this Store



US $28.91 - 34.45 / Piece



US $12.24 - 15.78 / Piece

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality | |
| Certification: | ce |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 856876629 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your sk soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow



US $14.99 - 25.08 / Piece

US $78.53 - 99.20 / Piece

US $25.68 - 34.00 / Piece

US $29.30 - 48.51 / Piece

View all 9166 items





Product Name: Net transparent sili
cleansing instrume

Product number：NJMY-03

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin



③ Regu
For normal

High frequency sound
wave vibration
6000rmp per minute
Deep cleansing skin care





*Support drop shipping*



**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elega shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







USB Rechargeable    The standby is up to 90 days    IPX 7 Waterproof

IPX 7 Waterproof Design



3 zones for different types of skin



① Fine
For sensitive skin

② Rough
For oily skin, like T zone

③ Regular
For normal skin

# Brush Head Lengthened
## Deep Cleaning



Your cart is empty



Washing by hand   VS   Washing by our brush

PRODUCT PARAMETERS

| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by  brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









# Product Pictures



**SUPER COOL WASHING MACHINE**

JMY04 JMY16

Less Description ∧

## Related Keywords



firming skin care



portable radio frequency skin



skin care tips



foot care tools



digital facial skin analyzer

## You May Also Like













V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

High Pressure Nano Spray Face Steamer Mist Moisturize Skin

US $46.74 - 55.69 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning

US $40.47 - 48.23 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool

US $22.85 - 30.25 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $35.02 - 46.21 / Piece

US $32.98 - 39.30 / Piece

US $16.96 - 29.53 / Piece

US $75.40 - 95.25 / Piece

US $29.30 - 48.51 / Piece

$2 OFF $50+ 

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+



4 in 1 Electric Facial Cleansing Brush Rechargeable Waterproof Spin Sonic

Electric Face Scrubbers Shavers Shaver For Men 7D Independently 7

Electric Wireless Facial Cleansing Brush Silicone Face Washing Cleaning

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

AA Battery Type Portable Facial Massager Makeup Remover 5 in 1

US $19.76 - 23.54 / Piece

US $26.00 - 35.21 / Piece

US $24.28 - 28.93 / Piece

US $86.38 - 109.12 / Piece

US $18.74 - 22.33 / Piece

$1 OFF $50+ 

$2 OFF $25+ 

$2 OFF $50+ 

$2 OFF $50+ 

$2 OFF $50+ 



Makeup Mirror 5X Magnifying Mirrors LED Lighted Touch Screen Vanity

US $51.24 - 61.06 / Piece

Per $100 Save $10 

More ⌄

## New Arrival skin care tools

     

Face Massager ANLAN Neck Face Beauty Device 3 color LED

US $18.75 - 22.13/ Piece

Face Massager HSKOU Neck and Face Beauty Equipment 3-

US $16.74 - 24.90/ Piece

Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl

US $22.56 - 26.18/ Lot

Organization Bath Brush Rub Back Body Skin Care Tool On

US $16.65 - 21.11/ Piece

Other Bath Toilet Supplies Plastic Shower Feet Massage

US $8.77 - 9.98 / Piece

Face Massager N Beauty Device 3 c

US $13.19 - 15.56

Not ▮▮▮▮▮ Sign out

Listed on 07/04/2023

Bookmark & Share 

Any questions or suggestions ? Please let us know. 

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Span
French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9





DOE Number: 124

Marketplace: DHGate

Seller Name: fmmaoe2









Natural Keratin Top Hair Fiber...
US $18.10 - 36.99 / Piece

24pcs Men Shaving Razor Cart...
US $18.16 - 21.42 / Lot
$2 OFF $50+

Colorful Salon Hair Cutting Ca...
US $26.17 - 31.83 / Piece
$2 OFF $50+

Good Quality Stainless Steel S...
US $16.25 - 970.47 / Lot

Professional Straight Razor Sh...
US $15.87 - 22.62 / Piece
$2 OFF $50+

Pro Warmer Wax Heater 500c...
US $107.40 - 112.54 / Piece
$2 OFF $50+

## More Choices







electric shaver for men beard electric razor facial body
US $150.48 - 162.46 / Piece
$8 OFF $150+

Xiaomi Mi Enchen Boost USB Electric Hair Clipper Two Speed
US $10.36 - 12.34 / Piece

cord cordless hair clipper barber machine professional
US $475.90 - 508.50 / Piece
$8 OFF $150+

50%off Oral Irrigators Hand Held Electric Tooth Punch
US $41.20 - 49.10 / Piece

Andis Profoil Lithium Titanium-ION Cord Cordless Foil Shaver
US $59.01 - 70.32 / Piece

Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece
$2 OFF $25+

---

fmmaoe2 Store  >


💬 Chat   👥 1

75.0% Positive Feedback

On-time Delivery Rate: 🔻
Repurchase rate: 🔻

Business Information

**Top 3 Markets**

**Store Categories**

>Fashion Accessories
  Keychains & Lanyards
  Fashion Sunglasses Frames
>Bags, Shoes & Accs
  Women's Accessories
  Women's Bags
  Men's Bags
  Men's Shoes
>Health & Beauty
  Other Health & Beauty Items
  Sexy Underwear
  Oral Hygiene
  Skin Care Tools & Devices
  Bath & Body
  Home Beauty Instrument
>Apparel
  Underwear
  Costumes & Cosplay
  Socks
  Women's Clothing
  Others Apparel
  Men's Clothing
>Watches
  Unisex Watches
  Men's Watches
  Mechanical Wristwatches
  Watch Accessories
  Women's Watches

**Item Description**   Company Overview                    Report Item

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 847679702 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



Women's Watches
Children's Watches
Other Watches
>Bags, Luggage & Accessories
Fashion Bags
Shopping Bags

All Store Items on Sale Now

Get up to $330 Store Coupon

Go to Store  >

More items from this Store



Buy 2 get 1% off

US $50.33 - 59.97 / Piece



US $32.98 - 39.30 / Piece



US $78.53 - 99.20 / Piece



US $6.95 - 13.57 / Piece



US $35.02 - 46.21 / Piece

  

### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicon cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



US $23.36 - 39.13 / Piece

View all 9110 items

charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blue

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin

High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green






USB Rechargeable


The standby is up to 90 days


IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



❷ Rough
For oily skin, like T zone

❸ Regular
For normal skin

❶ Fine
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand          VS          Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : ABS + silicone | | Power Supply : DC 3.7V | |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : IPX7 | | Charging Method : USB Charging | |
| Charging Time : | 2Hours | Function : Deep Cleaning | |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin

 

**Washed by hand**          **Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch

# Product Pictures





SUPER COOL

WASHING MACHINE

JMY04 JMY16

Less Description ⌃

## Sponsored Products You May be Interested In More Choice   我也要出现在这里

     

No Fan Super Hair Dryer Professional Salon Tools Blower
US $143.89 - 171.46 / Piece

for HD03 US UK EU Plug Fanless Vacuum Hair Dryer 3rd
US $158.80 - 189.23 / Piece

Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $46.10 - 54.93 / Piece

Powerful Rechargeable Shaver Shaper barber foil electric
US $27.37 - 32.61 / Piece

Top Quality Hair Curler Professional Salon Tools EU US
US $205.71 - 245.13 / Piece

8 Heads Hair Curler Dark Blue Multi-function Hair Styling
US $206.84 - 251.50 / Piece

## Similar Items

     

Longmada Mr Bald T Heater 510 Thread Starter Kit Oil Wax
US $12.18 - 17.64 / Piece
$5 OFF $99+

Hot ceramic tip heating coil knife dab tool with cap
US $6.43 - 8.99 / Lot

Iveid Longmada Mator Heater Wax Long Glass Attachment
US $6.50 - 12.52 / Piece
$5 OFF $99+

KEMEI KM-1407 Multifunctional Hair Trimmer Rechargeable
US $17.69 - 27.07 / Piece
$2 OFF $50+

Winter Hair Dryer Negative Ionic Hammer Blower Electric
US $45.65 - 54.40 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.82 - 16.07 / Piece
$2 OFF $50+

## Related Keywords

    

skin care oily

whitening skin care

collagen skin care mask

foot care tools

digital facial skin analyzer

## You May Also Like

    

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+

Nano spray water replenishing evaporator instrument Face moisturizing

US $31.84 - 37.95 / Piece

$2 OFF $50+







VKK Silicone Face Cleansing Brush Electric Face Cleanser Electric Facial Cleanser

US $15.97 - 19.03 / Piece

$1 OFF $50+

Ultrasonic Skin Scrubber Facial Cleansing Machine USB Rechargeable Acne

US $18.23 - 21.72 / Piece

$1 OFF $50+

3Colors 4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7

US $8.72 - 10.26 / Piece

$3 OFF $49+

5in1 Electric Face Scrubbers Multifunctional facial cleanser face

US $4.43 - 7.79 / Piece

$1 OFF $50+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+











Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool Black

US $22.85 - 30.25 / Piece

$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

Electric Face Scrubbers Cleansing Brush Silicone Warming Cleanser Massage EMS

US $33.62 - 40.06 / Piece

$2 OFF $50+

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+

2020 new 9 in 1 Push Up Rack Board Men Women Fitness Exercise Push-up Stands

US $30.16 - 34.29 / Piece











(the link for mix order ) Non-Slip-Sneakers Aqua-Shoes Swimming-Water Beach Flat

US $43.97 - 50.00 / Piece

Good quality Black Collapsible Iron Tripod Guitar Stand with Protective Velveteen

US $14.93 - 17.79 / Piece

Japanese drum Taiko drum percussion instrument

US $397.00 - 473.35 / Piece

$5 OFF $99+

Yanagisawa A992 Alto Saxophone E Flat Black Sax Alto Mouthpiece Ligature Reed

US $298.38 - 347.23 / Piece

$2 OFF $50+

Metal Mouthpiece Professional Tenor Soprano Alto Saxophone Mouthpiece

US $44.23 - 52.70 / Piece

$2 OFF $50+











High Quality Professional Tenor Soprano Alto Saxophone Metal Mouthpiece Gold

US $68.04 - 81.08 / Piece

$2 OFF $50+

9H Tempered Glass Screen Protector for Amazon Kindle Fire HD 10 2021 HD10

US $1.26 - 1.65 / Piece

Blue 45mm Mini Screwdrivers 3.0 2.0 1.6 1.5 Phillips 2.0 Slotted Screw driver 1.5

US $39.36 - 65.78 / Lot

Elixir Acoustic Guitar Strings Phosphor Bronze Shade 16077 16002 16052 11025

US $3.72 - 4.44 / Lot

Caps Hats Brown Bear Ear Beanies Men Women Winter Safety Helmet Rockwool

US $16.25 - 18.29 / Piece

$2 OFF $50+





















Dual Row T8 LED Light Tubes 4 ft 4feet
22W 2500LM 28W 36W 72W Bulbs

US $120.17 - 266.29 / Lot

2022 New Metal Clamps Women Hair
Jewelry Pink White Black Colors Designers

US $3.49 - 8.32 / Piece

$5 OFF $99+

$69 Save $3

Whole Musical Instruments Legend of
Zelda Ceramic 12 Holes Ocarina Flute

US $19.08 - 23.70 / Piece

$2 OFF $50+

6L Mini Refrigerator Small 12V Car Fridge
Portable Car zer Single Door Car Home

US $31.16 - 48.74 / Piece

$2 OFF $50+

Build your Fuzz Face Pedal DIY box kitDIY
FUZZ PEDAL BOX014640958

US $23.56 - 28.70 / Piece

$2 OFF $50+
















Sun Moon Love Multi Layer Anklets Silver
Plated Charm Ankle Bracelets Anklets

US $1.24 - 1.66 / Set

remote controller for digital photo frame
7 8 10 12 inch in English

US $7.69 - 9.72 / Piece

$5 OFF $68+

Evening Bags Shoulder Bags Women
Message BagRetro Diamond Crossbody

US $123.76 - 145.99 / Piece

$2 OFF $25+

Toddler Kid Baby Boys Girls Cardigan
Sweater Autumn Winter Knit Clothes

US $11.56 - 14.86 / Piece

1pcs High Quality alloy for JAGUAR
Emblem Front Hood Bonnet Chrome

US $30.16 - 37.72 / Piece

Glossy Liquid Metallic Gentiana Red Vinyl
Wrap Film Adhesive Decal Sticker Vehicle

US $228.20 - 273.15 / Piece

More ⌄

New Arrival skin care tools



Other Skin Care Tools 250 Pcs
Fast Express Sponge Back
US $294.10 - 311.05/ Lot

Other Skin Care Tools High
Pressure no needle lip filling
US $88.80 - 113.78 / Piece

Beauty Nano Face Steamer
Facial Kit Skin Care Tool Set,
US $45.01 - 53.63/ Piece

Face Massager Ice Gel Face
Mask Anti Wrinkle Relieve
US $10.96 - 12.93/ Piece

Face Massager AOKO 40KHZ
Cavitation Ultrasonic Body
US $101.66 - 119.92/ Piece

Face Massager Neck Face
Beauty Device Lifting Machine
US $15.00 - 21.36/ Piece

🎁 $25 For New User

Join Free

See personalized recommendations , **Sign in**

Listed on 08/03/2023

Bookmark & Share             





Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9

Chat





DOE Number: 125

Marketplace: DHGate

Seller Name: foigj55



On-time delivery rate:
Repurchase rate:

Business Information

**Top 3 Markets**

**Store Categories**

>Watches
- Unisex Watches
- Men's Watches
- Mechanical Wristwatches
- Watch Accessories
- Women's Watches
- Children's Watches
- Women's Watches
- Other Watches
- Pocket Watches

>Jewelry
- Necklaces & Pendants
- Earring
- Jewelry Packaging & Display
- Silver Jewelry
- Ring
- Wedding & Engagement Jewelry
- Men's Jewelry
- Anklets
- Loose Beads
- Jewelry Findings & Components
- Money Clips
- Pearl Jewelry
- Jewelry Sets
- HairJewelry
- Pins, Brooches
- Cufflinks & Tie Clasps, Tacks
- Children's Jewelry
- Body Jewelry

>Bags, Luggage & Accessories
- Xmas Bags Idea
- Wallets & Holders
- Shopping Bags
- School Bags
- Evening Bags

**All Store Items on Sale Now**

Get up to $330 Store Coupon

Go to Store >

**More items from this Store**



US $78.53 - 99.20 / Piece



US $6.95 - 13.57 / Piece

| | |
|---|---|
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Vibration: | 6000RPM |
| Commodity Quality: | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 856452709 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.

- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your sk soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





US $23.36 - 39.13 / Piece



Buy 2 get 1% off

US $50.33 - 59.97 / Piece



US $32.15 - 38.30 / Piece



US $35.02 - 46.21 / Piece

View all 4950 items

Product Name: Net transparent sili
cleansing instrume

Product number: NJMY-03(

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin



③ Regu
For normal



High frequency sound wave vibration 6000rmp per minute Deep cleansing skin care





*Support drop shipping*



02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear Face Massager Vibrator Brush

### Descriptions

❤Deeply clean, effectively remove makeup residue ❤USB charging, no need change battery ❤Waterproof, can use in bathroom ❤Cute and elegant shape, more ergonomico ❤No need change brush ❤Restore skin shiny and flexibility ❤6 gears can be adjusted ❤Package include:1 Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green



Adjustable Vibration Speed

⊖ Soft



Moderate

⊕ Strong



 USB Rechargeable

 The standby is up to 90 days

 IPX 7 Waterproof

IPX 7 Waterproof Design



## 3 zones for different types of skin

② **Rough**
For oily skin, like T zone

③ **Regular**
For normal skin

① **Fine**
For sensitive skin



## Brush Head Lengthened
### Deep Cleaning



Washing by hand          Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : IPX7 | | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

Feature

Your cart is empty

- Material: Food-grade silicone + ABS - Vibration frequency 4000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

**Package Content**

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



*Brush head lengthened*
Удлиненная щетка

Dead zone
Мертвая зона

Cleansing area
Очищающая область

Massage area
Массажная зона

3 zones for different types of skin







☑ **Remove dirt & oil**

☑**Remove black heads**

☑ **Remove the acne**

☑ **Exfoliating scrub**

☑ **Shrink pores**

☑ **Reduce wrinkles**





  

# Product Pictures





SUPER COOL
WASHING MACHINE

JMY04 JMY16

Less Description ^

Related Keywords




firming skin care



portable radio
frequency skin



skin care tips



foot care tools



digital facial skin
analyzer

You May Also Like







Electric Face Scrubbers Laser Epilator Permanent IPL Photoepilator Hair

US $120.23 - 143.28 / Piece

Per $100 Save $10



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+



Summer 2023 Casual Shorts Suits Women Tracksuits 2 Piece Set Outfits

US $39.08 - 40.93 / Lot

$2 OFF $50+



Innokin iClear 30S Dual Coil Heads the wooden wick i Clear 30 S Atomizer

US $1.01 - 1.12 / Piece

$3 OFF $49+



---

Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty Pen Facial

US $301.50 - 312.49 / Piece



Silicone Facial Cleanser Waterproof scrubber Rechargeable Face Brush

US $16.69 - 24.85 / Piece

$2 OFF $25+



MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

$2 OFF $50+



Parts Motorcycle Motorcross Handlebar Handguards Hand Guards

US $31.95 - 38.07 / Set

$2 OFF $50+



Elbow Knee Pads Sports Safety Sports Men's Compression Knee Brace Elastic

US $1.39 - 7.89 / Piece

$2 OFF $28+

Per $100 Save $6



---

Face Machine Facial Massth Frequency Facial Machine Face

US $20.94 - 24.95 / Piece

$2 OFF $50+



Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-

US $3.67 - 4.24 / Piece

$2 OFF $25+



Electric Face Scrubbers Cleansing Brush with 4 Cleaning Heads

US $33.38 - 39.77 / Piece

$2 OFF $50+



Brand new 8.8inch Glass for BMW X5 NBT L7 CID High F30 F31 Car VIDEO

US $30.96 - 40.00 / Piece



Organization 2 PERSONS FOLDABLE BATHTUB FLAMINGO HOME SPA BATH

US $135.38 - 171.62 / Piece

$2 OFF $50+



---

Ultrasonic Deep Face Cleaning Machine Facial Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

$2 OFF $50+



4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7 Waterproof

US $11.33 - 13.81 / Piece

$3 OFF $49+



SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

$2 OFF $50+



3 Sets of Alice A5501 Headless Electric Guitar Strings Double Ball End 1st-6th

US $8.55 - 10.18 / Lot



6ml Water-based Nail Polish Children Pregnant Women Available Nail

US $17.75 - 23.50 / Lot

$2 OFF $50+



---

[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers

US $23.72 - 28.27 / Piece



Electric Face Scrubbers 5 Modes Silicone Cleansing Brush Clean Device

US $26.04 - 34.38 / Piece

$2 OFF $50+



women's suit 2023 pants autumn long sleeve round neck loose casual color

US $14.32 - 19.99 / Piece



Evening Bags Bucket Bag Closed-toe Layer Cowhide Food Basket Tote All-

US $84.15 - 99.27 / Piece

$2 OFF $25+



Motorcycle Half Helmets Personali Bicycle Riding Lovely Strawberry

US $72.19 - 82.09 / Piece

$2 OFF $50+



4Door Car Door HingeHinge
CoverSpare Tire Holder Hinge Cover

50 Pcs Lot Not Repeated Skateboard
Stickers Male Rapper For Car Laptop

New 7 Strings Hollow Jazz
Guitar VS Sunburst Top Musical

2022 INS Mens Womens hoodie High
Street Skeleton Palace Hoodies Hip-

watch designer mens movement
watches Automatic Mechanical Watch

US $45.92 - 62.91 / Set

US $1.71 - 4.63 / Lot

US $293.97 - 338.55 / Piece

US $53.30 - 65.22 / Piece

US $70.35 - 83.84 / Piece

$2 OFF $50+

$2 OFF $25+

$15 OFF $299+

$50 Save $7







DHL,UPS FREE Senior Bach Silver
Plated Bach Trumpet LT 1805-43 Small

Fashion Men Leather Crossbody
Shoulder Bag Top Designer Briefcase

10 pairs mixed style women's 925
silver earring GTE58,high grade

Fittings 1.375X24 Titanium Gr5 Extra
Hexagon Sealed End Cap For Modar

Flat Shoulder Glass Oil Perfume
Bottles Transparent Amber Frosted

US $195.98 - 233.54 / Piece

US $33.70 - 39.75 / Piece

US $2.32 - 3.96 / Pair

US $23.57 - 28.51 / Piece

US $21.77 - 329.54 / Lot

$2 OFF $25+

$7 OFF $159+



Evening Bags New heartshaped
Women's bag Designer bag luxury

US $76.48 - 90.22 / Piece

$2 OFF $25+

More ⌄

## New Arrival skin care tools








Face Massager Neck beauty
equipment lift machine EMS
US $14.94 - 21.28 / Piece

Face Care Devices Drop Ice gel
Eye Mask and Cold Treatment
US $9.86 - 19.47 / Piece

Whole- 4 In 1 Beauty DIY Facial
Mask Tool Set Mixing Bowl
US $22.56 - 26.18 / Lot

Face Massager ANLAN Neck
Face Beauty Device 3 color LED
US $18.75 - 22.13 / Piece

Face Massager HSKOU Neck
and Face Beauty Equipment 3-
US $16.74 - 24.90 / Piece

Other Massage It
40KHZ Cavitation
US $101.27 - 119.

Not , ▮▮▮▮▮ Sign out

Listed on 05/04/2023

Bookmark & Share        

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Span

French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9





DOE Number: 126

Marketplace: DHGate

Seller Name: fploikk









Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
2 OFF $50+

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
2 OFF $50+

Vibration Facial Cleansing Bru...
US $12.24 - 15.78 / Piece
2 OFF $50+

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
2 OFF $50+

Outdoor Bags Universal Drop ...
US $11.84 - 13.47 / Piece

MONTAIGNE Chic bags Functi...
US $120.61 - 137.15 / Piece
4 OFF $69+

## More Choices







Oral Irrigators Dental cleaner Portable intelligent household
US $27.30 - 38.33 / Piece

Amazon Ultrasonic Washing Nail Instrument new home Nail
US $15.70 - 40.66 / Piece
2 OFF $18+

Mute anti-vibration hand armor sharpener Remover Portable
US $12.54 - 15.47 / Piece
2 OFF $18+

Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
3 OFF $49+

Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
3 OFF $49+

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece
3 OFF $49+

---

fploikk Store >


💬 Chat  😊 3

92.9% Positive Feedback
On-time Delivery Rate: 🔻
Repurchase rate: 🔻

Business Information

**Top 3 Markets**

**Store Categories**

>other

>bag

**All Store Items on Sale Now**

Get up to $330 Store Coupon

Go to Store >

**More items from this Store**



US $6.95 - 13.57 / Piece

| | Item Description | Company Overview | | Report Item |

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Commodity Quality: | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 846311552 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received. The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



5 intensity adjustments



US $12.24 - 15.78 / Piece



US $12.24 - 15.78 / Piece



US $29.30 - 48.51 / Piece



US $6.95 - 13.57 / Piece



US $35.02 - 46.21 / Piece

View all 9074 items

### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow



Product Name: Net transparent silicon cleansing instrument

Product number：NJMY−036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB

charging / 5V, 1A

Charging time: about 1 hou

Cleaning method: body

waterproof

Product color: red / pink / blu

## 3 zones for different types of skin

② Rough

For oily skin, like T zone

① Fine

For sensitive skin

③ Regula

For normal sk



High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green











USB Rechargeable    The standby is up to 90 days    IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



② Rough
For oily skin, like T zone

③ Regular
For normal skin

① Fine
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning






Washing by hand        Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

· Material: Food-grade silicone + ABS · Vibration frequency: 6000rpm(max.) · Charging method: USB charging · Battery capacity: 200mAh · Color: Rose red & Pink · Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) · Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch

# Product Pictures





SUPER COOL

# WASHING MACHINE

JMY04 JMY16

**Less Description** ∧

Sponsored Products You May be Interested In More Choice    我也要出现在这里

     

Generation 3 No Fan Vacuum Hair Dryer H-03 Professional
US $108.04 - 128.75 / Piece

1000ml alcohol Spray Hand disinfector Automatic induction
US $28.21 - 34.30 / Piece

8 Heads Hair Curler Dark Blue Multi-function Hair Styling
US $206.84 - 251.50 / Piece

1000ml Noiseless Induction Alcohol Gel Foam Liquid Soap
US $27.90 - 33.92 / Piece

Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece

Generic Replacement Brush Heads, For ORab electric
US $4.03 - 4.17 / Piece

## Similar Items

     

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece
$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric
US $12.24 - 15.78 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece
$2 OFF $50+

KEMEI KM-1407 Multifunctional Hair Trimmer Rechargeable
US $17.69 - 27.07 / Piece

2 in 1 Electric Comb Straightener wand Hair Curling
US $10.41 - 26.03 / Piece
$2 OFF $50+

1000W Professional Hair Dryer Brush 2 In 1 Hairs Straightener
US $33.06 - 44.77 / Piece
$2 OFF $50+

## Related Keywords

    

skin care oily

whitening skin care

collagen skin care mask

foot care tools

digital facial skin analyzer

## You May Also Like

     

Nano spray water replenishing evaporator instrument Face moisturizing

US $31.84 - 37.95 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece

$2 OFF $50+



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece



Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

$2 OFF $50+



SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling deadskin

US $14.99 - 25.08 / Piece



TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

$2 OFF $50+



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+



Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece



Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

US $12.24 - 15.78 / Piece



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

$2 OFF $50+



Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+



Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

$2 OFF $50+



Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

$2 OFF $50+



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece

$2 OFF $50+



Skin Care Tool Face Scrubbers Sensor Monitor Oil Detector LED Display

US $9.65 - 14.38 / Piece

$2 OFF $50+



MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+








MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

Skin Scrubber Facial Cleansing Peeling Machine Blackhead Remover Pore

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $6.95 - 13.57 / Piece

US $29.30 - 48.51 / Piece

US $73.21 - 123.47 / Piece

US $16.96 - 29.53 / Piece

US $50.33 - 59.97 / Piece

$2 OFF $50+

$2 OFF $50+



2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning Pore

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

Pimple Remover Deep Pore Cleaner Scrubbers Acne Removal Vacuum Suction

Electric Face Scrubbers Facial Skin Care Neck Lift Firming Massager Wrinkle

Nano spray water replenishing evaporator instrument Face moisturizing

US $40.47 - 48.23 / Piece

US $40.65 - 56.79 / Piece

US $8.01 - 12.23 / Piece

US $19.98 - 36.63 / Piece

US $31.84 - 37.95 / Piece

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+

$2 OFF $50+

rechargeable electric shaver beard trimmer men hair shaving machine face

US $74.70 - 91.51 / Piece

$2 OFF $50+

More ⌄

## New Arrival skin care tools








Dr Pen Hydra Pen H3 Microneedling Pen Automatic

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart

Spot goods Dr pen M7-C Ultima M7 Professional Set Wired

5in 1 Facial RF Radio LED Skin Tightening Photon Device Anti

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart

US $94.42 - 119.77/ Piece

US $37.64 - 44.85/ Piece

US $37.64 - 44.85/ Piece

US $51.20 - 74.59/ Piece

US $49.99 - 69.38/ Piece

US $37.64 - 44.85/ Piece

Not . ▮▮▮▮▮ Sign out

Listed on 04/03/2023

Bookmark & Share           



Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9





DOE Number: 127

Marketplace: DHGate

Seller Name: fswnn33



100.0% Positive Feedback

On-time Delivery Rate:          ↓

Repurchase rate:               ↓

Business Information

Top 3 Markets

**Store Categories**

>Fashion Accessories
- Keychains & Lanyards
- Fashion Sunglasses Frames

>Bags, Shoes & Accs
- Women's Accessories
- Women's Bags
- Men's Bags
- Men's Shoes
- Women's Shoes

>Apparel
- Plus Size
- Underwear
- Men's Clothing
- Costumes & Cosplay
- Socks
- Stage Wear
- Sewing Notions & Tools
- Others Apparel
- Ethnic Clothing

>Health & Beauty
- Other Health & Beauty Items
- Sexy Underwear
- Oral Hygiene
- Skin Care Tools & Devices
- Bath & Body
- Home Beauty Instrument

>Watches
- Unisex Watches
- Men's Watches
- Mechanical Wristwatches
- Women's Watches
- Watch Accessories
- Children's Watches
- Women's Watches

All Store Items on Sale Now

Get up to $330 Store Coupon

Go to Store >

**More items from this Store**



US $6.95 - 13.57 / Piece



US $29.30 - 48.51 / Piece

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Commodity Quality | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 856841484 |
| Category: | Electric Face Scrubbers |

**Return policy details**

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.

- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

**Description**

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



**Function**

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your sk soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

**Feature**

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





US $23.36 - 39.13 / Piece

US $78.53 - 99.20 / Piece

US $35.02 - 46.21 / Piece

US $32.98 - 39.30 / Piece

View all 5624 items

Product Name: Net transparent sili
cleansing instrume

Product number：NJMY-03

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regu
For normal

High frequency sound
wave vibration
6000rmp per minute

Deep cleansing skin care





*Support drop shipping*





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elega shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







 USB Rechargeable     The standby is up to 90 days     IPX 7 Waterproof

IPX 7 Waterproof Design



3 zones for different types of skin



Brush Head Lengthened

Deep Cleaning





Washing by hand         Washing by our brush



PRODUCT PARAMETERS

| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

## Orange Test
## with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by  brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep

Your cart is empty

Pore Cleaner Body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co
Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



Brush head lengthened
Удлиненная щетка

Dead zone
Мертвая зона

Cleansing area
Очищающая область

Massage area
Массажная зона

3 zones for different types of skin





☑ **Remove dirt & oil**

☑**Remove black head**



☑ **Remove the acne**

☑ **Exfoliating scrub**

☑ **Shrink pores**

☑ **Reduce wrinkles**

8CM/3.15inch

8CM/3.15inch

# Product Pictures





Less Description ^

## Related Keywords



firming skin care


portable radio frequency skin


skin care tips


foot care tools


digital facial skin analyzer

## You May Also Like







Buy 2 get 1% off

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+

Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool

US $22.85 - 30.25 / Piece

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+







Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $75.40 - 95.25 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

$2 OFF $50+






MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+







Buy 2 get 1% off

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning

US $40.47 - 48.23 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+

MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+







High Pressure Nano Spray Face Steamer Mist Moisturize Skin

US $46.74 - 55.69 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

$2 OFF $50+

SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

Buy 2 get 1% off

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece





Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece




Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $86.38 - 109.12 / Piece

$2 OFF $50+

4 in 1 Electric Facial Cleansing Brush Rechargeable Waterproof Spin Sonic

US $19.76 - 23.54 / Piece

$1 OFF $50+

Makeup Mirror 5X Magnifying Mirrors LED Lighted Touch Screen Vanity

US $51.24 - 61.06 / Piece

Per $100 Save $10

Electric Face Scrubbers Shavers Shaver For Men 7D Independently 7

US $26.00 - 35.21 / Piece

$2 OFF $25+

AA Battery Type Portable Facial Massager Makeup Remover 5 in 1

US $18.74 - 22.33 / Piece

$2 OFF $50+





Electric Wireless Facial Cleansing Brush Silicone Face Washing Cleaning

US $24.28 - 28.93 / Piece

$2 OFF $50+



More ⌄

## New Arrival skin care tools

DR. Roller 192 Derma Roller Dermapen Stampen

US $5.20 - 7.67 / Piece

Face Massager Fashion Micro electric current face lift skin

US $22.37 - 26.40 / Piece

Face Care Devices Neck Lifting Device EMS Microcurrent LED

US $14.38 - 21.28 / Piece

Face Massager 7 In 1 LED Massager Ultrasonic Pon Skin

US $18.34 - 21.63 / Piece

Face Massager Drop Link For Facial Skin Care Tool Face

US $21.44 - 25.29 / Piece

Face Massager M Ultrason Face Lift

US $16.70 - 20.54








Not . ████████ Sign out

Listed on 07/04/2023

Bookmark & Share


Any questions or suggestions ? Please let us know.

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9





DOE Number: 128

Marketplace: DHGate

Seller Name: fuvlkb



      







Designers bags Cosmetic Bag ...
US $190.96 - 217.15 / Piece

2021s Brand MINI Men off Yel...
US $49.49 - 59.24 / Piece

Electric Shaver 5 Heads Floati...
US $20.46 - 24.13 / Piece
$2 OFF $50+

Portable Wireless Automatic C...
US $29.37 - 69.30 / Piece
$2 OFF $50+

1Pcs 12 7cm Purple Dragon St...
US $12.70 - 14.98 / Piece
$2 OFF $50+

90L Travel Bag Camping Back...
US $12.46 - 14.16 / Piece

## More Choices








electric shaver for men beard
electric razor facial body
US $150.48 - 162.46 / Piece
$8 OFF $150+

Xiaomi Mi Enchen Boost USB
Electric Hair Clipper Two Speed
US $10.36 - 12.34 / Piece

cord cordless hair clipper
barber machine professional
US $475.90 - 508.50 / Piece
$8 OFF $150+

50%off Oral Irrigators Hand
Held Electric Tooth Punch
US $41.20 - 49.10 / Piece

Andis Profoil Lithium Titanium-
ION Cord Cordless Foil Shaver
US $59.01 - 70.32 / Piece

Electric Hair Dryer 5 in 1 Hair
Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece
$2 OFF $25+

---


fuvlkb Store >


💬 Chat    👥 3

83.3% Positive Feedback

On-time Delivery Rate:    🔻
Repurchase rate:    🔻

Business Information

**Top 3 Markets**


**Store Categories**

>Bags, Shoes & Accs
  Women's Accessories
  Women's Bags
  Men's Bags
>Fashion Accessories
  Keychains & Lanyards
>Watches
  Unisex Watches
  Men's Watches
  Mechanical Wristwatches
  Women's Watches
  Children's Watches
  Watch Accessories
  Women's Watches
  Other Watches
>Apparel
  Underwear
  Men's Clothing
  Costumes & Cosplay
  Plus Size
  Socks
  Others Apparel
  Sewing Notions & Tools
  Ethnic Clothing
  Stage Wear
>Bags, Luggage & Accessories
  Fashion Bags
  Xmas Bags Idea

---

| Item Description | Company Overview | | Report Item |
|---|---|---|---|

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 848756400 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



5 intensity adjustments

Events...
Shopping Bags
School Bags
Wallets & Holders
Sport&Outdoor Packs
Cosmetic Bags & Cases

**All Store Items on Sale Now**

Get up to $330 Store Coupon

Go to Store >

**More items from this Store**



US $78.53 - 99.20 / Piece



US $32.98 - 39.30 / Piece



US $35.02 - 46.21 / Piece



US $29.30 - 48.51 / Piece



US $11.75 - 27.13 / Piece



### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicor cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



charging / 5V, 1A

Charging time: about 1 hou

Cleaning method: body
waterproof

Product color: red / pink / blu

US $50.33 - 59.97 / Piece

View all 7362 items

Buy 2 get 1% off

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regula
For normal sk

High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

#### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green





USB Rechargeable   The standby is up to 90 days   IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



❷ Rough
For oily skin, like T zone

❶ Fine
For sensitive skin

❸ Regular
For normal skin



# Brush Head Lengthened
## Deep Cleaning







Washing by hand        Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material :  ABS + silicone | | Power Supply :  DC 3.7V | |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level :   IPX7 | | Charging Method :    USB Charging | |
| Charging Time :   2Hours | | Function :   Deep Cleaning | |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin







☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles







8CM/3.15inch

# Product Pictures





**SUPER COOL**

WASHING MACHINE

JMY04 JMY16

Less Description ⌃

Sponsored Products You May be Interested In More Choice    我也要出现在这里








No Fan Super Hair Dryer Professional Salon Tools Blower
US $143.89 - 171.46 / Piece

for HD03 US UK EU Plug Fanless Vacuum Hair Dryer 3rd
US $158.80 - 189.23 / Piece

Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $46.10 - 54.93 / Piece

Powerful Rechargeable Shaver Shaper barber foil electric
US $27.37 - 32.61 / Piece

Top Quality Hair Curler Professional Salon Tools EU US
US $205.71 - 245.13 / Piece

8 Heads Hair Curler Dark Blue Multi-function Hair Styling
US $206.84 - 251.50 / Piece

Similar Items








Electric Hair Caps Hat Salon Spa Steamer Thermal Treatment
US $9.85 - 11.74 / Piece
$4 OFF $69+

100 200 300 500g 0.01 0.1g Mini Digital Scales High
US $3.39 - 5.56 / Piece
$10 OFF $300+

Combination Sex Toy Silicone Prostate Massager Anal Plug
US $2.31 - 22.82 / Piece
$2 OFF $50+

Longmada Motar II Wax Heater Replaceable of Quartz Bucket
US $15.85 - 22.75 / Piece
$5 OFF $99+

Longmada Ceramic Hot Knife Wax Heater Heating Tip Coil
US $8.68 - 12.17 / Lot
$5 OFF $99+

Eroticos Bdsm Bondage Lucky Bag Surprise Mystery Box sexy
US $47.23 - 56.28 / Piece

Related Keywords







firming skin care

portable radio frequency skin

skin care tips

foot care tools

digital facial skin analyzer

You May Also Like







Buy 2 get 1% off

Buy 2 get 1% off

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece
$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

    

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece
$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

     

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece
$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece
$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece
$2 OFF $50+

    

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece
$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $75.40 - 95.25 / Piece

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning Pore

US $40.47 - 48.23 / Piece
$2 OFF $50+

    

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece
$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

     



MD013 electrichargeable Blackhead
remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+

Ultrasonic Deep Face Cleaning Machine
Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

Vibration Facial Cleansing Brush Mini
Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece



Ultrasonic Face Pore Cleanser Skin
Scrubber Blackhead Acne Removal Face

US $14.17 - 21.14 / Piece

$1 OFF $50+



Beauty Stick 24K Electric Face Scrubbers
Slimming Golden Stick T-Shaped Facial

US $3.71 - 4.28 / Piece

$1 OFF $50+



Electric Face Scrubbers LED Facial Mask
Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

$2 OFF $50+



RF EMS LED Facial Oxygen Injection
Machine Microcurrent Face Lifting Red

US $25.25 - 30.09 / Piece

$2 OFF $50+

V Face Massager LED Pon Light Therapy
EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

MD013 electric rechargeable Blackhead
remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead
Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

$2 OFF $50+



[EU InStock] KONKA Facial Steamer Nano
Ionic Face Steamers Scrubbers Machine

US $23.72 - 28.27 / Piece

$3 OFF $49+

More ⌄

## New Arrival skin care tools



Organization 2022 Super Soft
Exfoliating Bath Sponge Body
US $10.32 - 13.08/ Piece



Makeup Brushes 1pcs Silicone
Mask Brush Double-Ended Soft
US $17.54 - 22.44/ Lot



Slimming Machine Home Use
Mini Hifu Face Lifting Skin
US $149.68 - 261.41/ Piece



Beauty Nano Face Steamer
Facial Kit Skin Care Tool Set,
US $45.01 - 53.63/ Piece



Baking Pastry Tools Ice Roller
for Face and Eye Silicone Mold
US $4.22 - 5.54/ Piece



Organization 2022 Super Soft
Exfoliating Bath Sponge Body
US $10.32 - 13.08/ Piece

🎁 $25 For New User

**Join Free**

See personalized recommendations，**Sign In**

Listed on 10/03/2023

Bookmark & Share             



Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9

Chat





DOE Number: 129

Marketplace: DHGate

Seller Name: hftfcn



100.0% Positive Feedback

On-time Delivery Rate: ↑
Repurchase rate: ↓

Business Information

Top 3 Markets

**Store Categories**

>Bags, Shoes & Accs
    Women's Accessories
    Women's Bags
    Men's Bags
    Men's Shoes
>Fashion Accessories
    Keychains & Lanyards
>Bags, Luggage & Accessories
    Xmas Bags Idea
    Shopping Bags
    School Bags
    Evening Bags
    Wallets & Holders
    Cosmetic Bags & Cases
    Waist Bags
    Bag Parts & Accessories
    Other Bags
    Bag Organizer
    Sport&Outdoor Packs
    Functional Bags
    Briefcases
    Bag & Luggage Making Materials
>Jewelry
    Earring
    Silver Jewelry
    Men's Jewelry
    Pearl Jewelry
    Necklaces & Pendants
    Ring
    Wedding & Engagement Jewelry
    Pins, Brooches
    Children's Jewelry
    Loose Beads
    Jewelry Findings & Components

**All Store Items on Sale Now**

Get up to $330 Store Coupon

Go to Store >

**More items from this Store**



US $12.24 - 15.78 / Piece



US $6.95 - 13.57 / Piece

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Commodity Quality | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 853543290 |
| Category: | Electric Face Scrubbers |

**Return policy details**

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.

- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

**Description**

**01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB**



5 intensity adjustments

**Function**

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your sk soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

**Feature**

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





US $35.02 - 46.21 / Piece



US $29.30 - 48.51 / Piece



US $32.98 - 39.30 / Piece



US $50.33 - 59.97 / Piece

View all 5285 items



Product Name: Net transparent sili
cleansing instrume

Product number：NJMY-03(

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin



③ Regu
For normal

High frequency sound
wave vibration
6000rmp per minute
Deep cleansing skin care





*Support drop shipping*



**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and eleg. shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box.

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







  

USB Rechargeable    The standby is up to 90 days    IPX 7 Waterproof

IPX 7 Waterproof Design



3 zones for different types of skin



① Fine
For sensitive skin

② Rough
For oily skin, like T zone

③ Regular
For normal skin

Brush Head Lengthened

Deep Cleaning





Washing by hand          Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

Your cart is empty

# Orange Test
# with lipstick pasted

**----Because orange is similar to human skin**



**Washed by hand**



**Washed by  brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep

Pore Cleaner Body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co
Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin





☑ **Remove dirt & oil**

☑**Remove black heads**





☑ **Remove the acne**

☑ **Exfoliating scrub**

☑ **Shrink pores**

☑ **Reduce wrinkles**

# Product Pictures



## SUPER COOL WASHING MACHINE

JMY04 JMY16

Less Description ︿

### Related Keywords


firming skin care


portable radio frequency skin


skin care tips


foot care tools


digital facial skin analyzer

### You May Also Like







Electric Face Scrubbers Shavers Shaver For Men 7D Independently 7

US $26.00 - 35.21 / Piece

$2 OFF $25+

[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers

US $23.72 - 28.27 / Piece

Face Machine Facial Massager High Frequency Facial Machine Face

US $20.94 - 24.95 / Piece

$2 OFF $50+

Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-

US $3.67 - 4.24 / Piece

$2 OFF $25+

Silicone Facial Cleanser Waterproof scrubber Rechargeable Face Brush

US $16.69 - 24.85 / Piece



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+

Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty Pen Facial

US $301.50 - 312.49 / Piece

Electric Face Scrubbers 5 Modes Silicone Cleansing Brush Clean Device

US $26.04 - 34.38 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+

4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7 Waterproof

US $11.33 - 13.81 / Piece

$3 OFF $49+



Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

$2 OFF $50+

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

$2 OFF $50+

Electric Face Scrubbers Cleansing Brush with 4 Cleaning Heads

US $33.38 - 39.77 / Piece

$2 OFF $50+

SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

$2 OFF $50+

Summer 2023 Casual Shorts Suits Women Tracksuits 2 Piece Set Outfits

US $39.08 - 40.93 / Lot






Evening Bags Bucket Bag Closed-toe Layer Cowhide Food Basket Tote All-

US $84.15 - 99.27 / Piece

$2 OFF $25+

Motorcycle Half Helmets Personali Bicycle Riding Lovely Strawberry

US $72.19 - 82.09 / Piece

$2 OFF $50+

3 Sets of Alice A5501 Headless Electric Guitar Strings Double Ball End 1st-6th

US $8.55 - 10.18 / Lot

women's suit 2023 pants autumn long sleeve round neck loose casual color

US $14.32 - 19.99 / Piece

Innokin iClear 30S Dual Coil Heads the wooden wick I Clear 30 S Atomizer

US $1.01 - 1.12 / Piece

$3 OFF $49+



6ml Water-based Nail Polish Children Pregnant Women Available Nail

US $17.75 - 23.50 / Lot

Brand new 8.8inch Glass for BMW X5 NBT L7 CID High F30 F31 Car VIDEO

US $30.96 - 40.00 / Piece

Parts Motorcycle Motorcross Handlebar Handguards Hand Guards

US $31.95 - 38.07 / Set

Elbow Knee Pads Sports Safety Sports Men's Compression Knee Brace Elastic

US $1.39 - 7.89 / Piece

$2 OFF $28+
Per $100 Save $6

Organization 2 PERSONS FOLDABLE BATHTUB FLAMINGO HOME SPA BATH

US $135.38 - 171.62 / Piece

$2 OFF $50+







New 7 Strings Hollow Jazz Electric Guitar VS Sunburst Top Musical

US $293.97 - 338.55 / Piece

watch designer mens movement watches Automatic Mechanical Watch

US $70.35 - 83.84 / Piece

50 Pcs Lot Not Repeated Skateboard Stickers Male Rapper For Car Laptop

US $1.71 - 4.63 / Lot

`$2 OFF $25+`
`$50 Save $7`

4Door Car Door HingeHinge CoverSpare Tire Holder Hinge Cover

US $45.92 - 62.91 / Set

`$2 OFF $50+`

2022 INS Mens Womens hoodie High Street Skeleton Palace Hoodies Hip-

US $53.30 - 65.22 / Piece

`$15 OFF $299+`



10 pairs mixed style women's 925 silver earring GTE58,high grade

US $2.32 - 3.96 / Pair

Fashion Men Leather Crossbody Shoulder Bag Top Designer Briefcase

US $33.70 - 39.75 / Piece

DHL,UPS FREE Senior Bach Silver Plated Bach Trumpet LT 180S-43 Small

US $195.98 - 233.54 / Piece

Flat Shoulder Glass Oil Perfume Bottles Transparent Amber Frosted

US $21.77 - 329.54 / Lot

`$7 OFF $150+`

Red Yellow Flame Crew Socks Lifelike Fire Socks Men Hip Hop Design Classic

US $12.14 - 13.67 / Lot

`$2 OFF $50+`



4Colors Designer Double Letters Print Flowers Bowknot Large Intestine Hair

US $2.84 - 11.25 / Piece

`$2 OFF $50+`

More ⌄

## New Arrival skin care tools



Other Skin Care Tools High Pressure no needle lip filling

US $88.80 - 113.78 / Piece



Face Massager Ice Gel Face Mask Anti Wrinkle Relieve

US $10.96 - 12.93 / Piece



New home beauty instrument female private firming machine

US $2,186.54 - 2231.16 / Piece



Face Massager Neck Face Beauty Device 3 Colors LED Pen

US $13.21 - 15.59 / Piece



Face Massager 7 in 1 Face Lift Devices Microcurrent LED

US $8.69 - 16.64 / Piece



Makeup Brushes Clean Brush Wash

US $18.29 - 20.59

Not ▮▮▮▮▮ Sign out

Listed on 25/03/2023

Bookmark & Share           

Any questions or suggestions? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Span
French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9





DOE Number: 130

Marketplace: DHGate

Seller Name: hgwdf625



SPEND & SAVE BONUS COUPON   UP TO $ 150 SAVINGS

DHgate

hqwdf625 Store | Chat
100.0% Positive Feedback

trapstar    On DHgate | In this Store

Hi! My DHgate | 21 Cart

Store Home   Products   Limited Time Sale   TopSelling   Review   About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma243s

US $32.98 - 39.3 / Piece

| USD | **$39.30** | $34.18 | $32.98 |
| --- | --- | --- | --- |
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:  Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack **$25** OFF   DHcoupon $23 OFF   This Store Only $2 OFF   Claim

Store Coupon Save $2

Options:           More+

Similar Items

Quantity:   1   Piece   Maximum 50 Piece(s)

Shipping:   **Free Shipping** to **United States** Via **China Post SAL**   More Options
Estimated delivery time: May. 24 and Jun. 16

**Buy it Now**   **Add to Cart**   ♡

Buyer Protection:   Return Policy   Refund for No Delivery   Secure Payment

### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought


Brand Designer Electric Hair Clipper Mini Hair Trimmer
US $16.57 - 21.94 / Piece


Electric toothbrush adult magnetic levitation sonic
US $18.70 - 21.30 / Piece


2021 Hair Diffusers Intelligent frequency conversion
US $22.57 - 30.38 / Piece
$2 OFF $50+


New Buddha Head Electric Hair Clippers Rechargeable Retro Oil
US $25.14 - 40.20 / Set
$2 OFF $50+


T9 Hair Trimmer Barber Hair Clipper Cordless Cutting
US $10.50 - 20.88 / Piece
$2 OFF $25+


Replacement Heads Original Xiaomi Mijia T100 Toothbrush
US $9.50 - 11.91 / Piece

## Customers Often Bought With







Kemei 7 in 1 Electric Shavers R...
US $24.28 - 28.64 / Piece
$2 OFF $50+

body back professional electri...
US $31.91 - 37.64 / Piece
$2 OFF $50+

Designer Shoes Men Slippers ...
US $35.10 - 43.12 / Piece
$4 OFF $80+

Outdoor Bags 170g5L Runnin...
US $24.61 - 28.85 / Piece
$2 OFF $50+

Designer Chypre Slippers Men...
US $35.95 - 42.83 / Piece
$2 OFF $25+
$50 Save $4

Cordless Auto Rotating Ceram...
US $14.38 - 85.67 / Piece
$2 OFF $50+

## More Choices








Pritech cross-border USB wireless charging hair
US $46.54 - 69.40 / Piece
$2 OFF $25+

dyson Hair Curlers Dryer 5 in 1 Hair Dryer Heat Comb
US $35.60 - 53.03 / Piece
$2 OFF $25+

Hair Clippers Household electric hairdresser high-power
US $31.66 - 40.83 / Piece
$2 OFF $25+

2023 8148 Magic Metal Hair Clipper 8504 8081 8591 Electric
US $135.83 - 161.85 / Piece
$2 OFF $25+

Hair Dryer 5 In 1 Electric Hair Comb Negative Ion
US $17.78 - 55.79 / Piece
$2 OFF $25+

Hair Dryer 5 In 1 Electric Hair Comb Negative Ion
US $15.95 - 53.33 / Piece
$2 OFF $25+

---

**hgwdf625 Store** >


 Chat  5

100.0% Positive Feedback

On-time Delivery Rate:     ↓
Repurchase rate:           ↓

Business Information

**Top 3 Markets**

**Store Categories**

>Bags, Shoes & Accs
  Women's Accessories
  Women's Bags
  Men's Bags
>Fashion Accessories
  Keychains & Lanyards
  Fashion Sunglasses Frames
>Bags, Luggage & Accessories
  Fashion Bags
  Shopping Bags
  Evening Bags
  Wallets & Holders
  Sport&Outdoor Packs
  Waist Bags
  School Bags
  Cosmetic Bags & Cases
  Bag Parts & Accessories
  Other Bags
  Bag Organizer
  Functional Bags
  Briefcases
>Jewelry
  Earring
  Silver Jewelry
  HairJewelry
  Men's Jewelry
  Wedding & Engagement Jewelry
  Pearl Jewelry
  Children's Jewelry
  Key Rings
  Jewelry Sets

---

**Item Description**    Company Overview                                              Report Item

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Vibration: | 6000RPM |
| Commodity Quality Certification: | ce |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 846597606 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



>Health & Beauty
Other Health & Beauty Items
Sexy Underwear

All Store Items on Sale Now

Get up to $330 Store Coupon

Go to Store >

More items from this Store



US $12.24 - 15.78 / Piece



US $78.53 - 99.20 / Piece



US $32.98 - 39.30 / Piece



US $23.36 - 39.13 / Piece



US $35.02 - 46.21 / Piece



### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicon cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB charging / 5V, 1A



US $6.95 - 13.57 / Piece

View all 9196 items

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blu

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal sk



High frequency sound
wave vibration





6000rmp per minute

Deep cleansing skin care









**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green






USB Rechargeable


The standby is up to 90 days


IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



❷ **Rough**
For oily skin, like T zone

❸ **Regular**
For normal skin

❶ **Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand



Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : ABS + silicone | | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : IPX7 | | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by** brush

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch

# Product Pictures





**SUPER COOL**
**WASHING MACHINE**

JMY04 JMY16

Less Description ⌃

## Sponsored Products You May be Interested In More Choice 我也要出现在这里













Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece

Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece

2023 Winter Hair Dryer Negative Lonic Hammer Blower
US $38.94 - 54.59 / Piece

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 243.75 / Piece

Hair Dryer Brush 5 in 1 Professional Hair Curly Iron
US $35.81 - 53.33 / Piece

2022 No Fan Hair Dryer Professional Salon Tools Blow
US $50.26 - 300.00 / Piece

## Similar Items













LCD Digital Display Hair curler curling Iron Machine 360
US $30.38 - 40.23 / Piece

Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece
$2 OFF $25+

Electric Hair Dryer Negative Ionic Professional Salon Home
US $108.35 - 299.41 / Piece
$2 OFF $25+

Top Quality Hair Curler Professional Salon Tools EU US
US $1.01 - 280.00 / Piece

Air Wrap Hair Dryer Curlers Automatic Curling Iron For
US $190.20 - 283.30 / Piece
$2 OFF $100+

Electric Hair Dryer air blower home student dormitory
US $23.82 - 28.87 / Piece

## Related Keywords











gold collagen skin care

wholesale skin care products

skin care vacuum device

foot care tools

digital facial skin analyzer

## You May Also Like









MD013 electric rechargeable Blackhead

Ultrasonic Facial Massager 7 Colors Led

Nano spray water replenishing

TM-MD004 110-220V Diamond Blackhead

Ultrasonic Deep Face Cleaning Machine

remove... Face Deep Pore Acne Pimple | ... Full Skin Rejuvenation Light Therapy Face | ...Evaporato Instrument Face moisturizing | ...Vacuum suction remove Scars Acne | Skin scrubber Remove Dirt blackhead

US $6.95 - 13.57 / Piece | US $78.53 - 99.20 / Piece | US $31.84 - 37.95 / Piece | US $23.36 - 39.13 / Piece | US $27.73 - 33.04 / Piece

$2 OFF $50+ | $2 OFF $50+ | $2 OFF $50+

    

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore | Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing | V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double | Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face | Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $35.02 - 46.21 / Piece | US $32.98 - 39.30 / Piece | US $50.33 - 59.97 / Piece | US $86.38 - 109.12 / Piece | US $12.24 - 15.78 / Piece

$2 OFF $50+ | $2 OFF $50+ | $2 OFF $50+ | $2 OFF $50+

    

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne | Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance | Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face | MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion | Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $23.36 - 39.13 / Piece | US $26.98 - 32.15 / Piece | US $78.53 - 99.20 / Piece | US $16.96 - 29.53 / Piece | US $78.53 - 99.20 / Piece

| $2 OFF $50+

    

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne | Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care | Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing | Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face | Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $23.36 - 39.13 / Piece | US $29.30 - 48.51 / Piece | US $32.98 - 39.30 / Piece | US $78.53 - 99.20 / Piece | US $12.24 - 15.78 / Piece

| | $2 OFF $50+ | $2 OFF $50+

    

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne | V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double | Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance | Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead | AA Battery Type Portable Facial Massager Makeup Remover 5 in 1 Electric Face

US $23.36 - 39.13 / Piece | US $50.33 - 59.97 / Piece | US $26.98 - 32.15 / Piece | US $30.50 - 36.34 / Piece | US $18.74 - 22.33 / Piece

$2 OFF $50+ | $2 OFF $50+ | $2 OFF $50+ | $2 OFF $50+ | $2 OFF $50+

   

Makeup Mirror 5X Magnifying Mirrors LED Lighted Touch Screen Vanity Mirror

US $51.24 - 61.06 / Piece

Electric Face Scrubbers blackhead suction device charging acne removal pore

US $17.79 - 21.80 / Piece

Beauty Star LCD Laser Plasma Pen Mole Tattoo Remover Machine Dark Spot Pen

US $31.81 - 37.90 / Piece

$2 OFF $50+

Scrubbers Face brushes 2in1 Double Sides Silicone Facial Cleansing Brush

US $0.77 - 0.94 / Piece

$7 OFF $159+

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+

     

Ultrasonic Skin Scrubber Facial Cleansing Machine USB Rechargeable Acne

US $18.88 - 22.49 / Piece

$2 OFF $25+

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

$2 OFF $50+

Electric Face Scrubbers Cleansing Brush Silicone Warming Cleanser Massage EMS

US $33.62 - 40.06 / Piece

$2 OFF $50+

Xiaomi Visual Blackhead Remover Blackhead Vacuum Suction Acne Clean

US $90.45 - 107.78 / Piece

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

$2 OFF $50+



RF EMS LED Facial Oxygen Injection Machine Microcurrent Face Lifting Red

US $25.25 - 30.09 / Piece

$2 OFF $50+

More ⌄

## New Arrival skin care tools

     

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart
US $37.64 - 44.85/ Piece

Accessories & Parts Hydra Pen H3 Microneedling Skin Care
US $94.42 - 119.77/ Piece

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart
US $37.64 - 44.85/ Piece

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart
US $37.64 - 44.85/ Piece

Micro-electric current face lift machine skin care tools Spa
US $27.25 - 58.28/ Piece

Laser Plasma Pen Mole Pointing Tattoo Freckle Wart
US $37.64 - 44.85/ Piece

Not ▬▬▬▬ Sign out

Listed on 04/03/2023

Bookmark & Share          



China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.  License  浙ICP备16060083号-9

Chat





DOE Number: 131

Marketplace: DHGate

Seller Name: hover8



100.0% Positive Feedback

On-time Delivery Rate:

Repurchase rate:

Business Information

Top 3 Markets

**Store Categories**

>Bags, Luggage & Accessories
  Xmas Bags Idea
  Fashion Bags
  Evening Bags
  Sport&Outdoor Packs
  Bag Parts & Accessories
  Cosmetic Bags & Cases
  Waist Bags
  Shopping Bags
  School Bags
  Bag Organizer
  Other Bags
  Functional Bags
  Briefcases
  Bag & Luggage Making Materials
>Watches
  Women's Watches
  Other Watches
>Bags, Shoes & Accs
  Men's Bags
>Household Appliances
  Personal Care
  Home Theater
>Sports & Outdoors
  Fitness Supplies
  Camping & Hiking
>Baby, Kids & Maternity
>Cell Phones & Accessories
>Apparel
>Home & Garden
  Tools
>Toys & Gifts

All Store Items on Sale Now

Go to Store >

More items from this Store



US $23.36 - 39.13 / Piece



US $14.99 - 25.08 / Piece

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 855433438 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





US $28.91 - 34.45 / Piece

US $22.85 - 30.25 / Piece

US $16.96 - 29.53 / Piece

US $78.53 - 99.20 / Piece

View all 7883 items

Product Name: Net transparent sili
cleansing instrume

Product number：NJMY-03(

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regu
For normal

High frequency sound wave vibration 6000rmp per minute Deep cleansing skin care





*Support drop shipping*



**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clean Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and eleg
shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash
Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green





Adjustable Vibration Speed

Soft          Moderate          Strong



USB Rechargeable    The standby is    IPX 7 Waterproof
                    up to 90 days

IPX 7 Waterproof Design



3 zones for different types of skin



① Fine
For sensitive skin

② Rough
For oily skin, like T zone

③ Regular
For normal skin

# Brush Head Lengthened
## Deep Cleaning





Washing by hand          Washing by our brush

Your cart is empty

PRODUCT PARAMETERS



| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by  brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin







☑ **Remove dirt & oil**

☑ **Remove black head**



☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles

8CM/3.15inch

8CM/3.15inch

# Product Pictures



Less Description ⌃

## Related Keywords



firming skin care



portable radio
frequency skin



skin care tips



foot care tools



digital facial skin
analyzer

## You May Also Like











Makeup Mirror 5X Magnifying Mirrors LED Lighted Touch Screen Vanity

US $51.24 - 61.06 / Piece

Per $100 Save $10



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+



Electric Face Scrubbers 5 Modes Silicone Cleansing Brush Clean Device

US $26.04 - 34.38 / Piece

$2 OFF $50+



Brand new 8.8inch Glass for BMW X5 NBT L7 CID High F30 F31 Car VIDEO

US $30.96 - 40.00 / Piece



Organization 2 PERSONS FOLDABLE BATHTUB FLAMINGO HOME SPA BATH

US $135.38 - 171.62 / Piece

$2 OFF $50+



---

Electric Face Scrubbers Laser Epilator Permanent IPL Photoepilator Hair

US $120.23 - 143.28 / Piece

Per $100 Save $10



Silicone Facial Cleanser Waterproof scrubber Rechargeable Face Brush

US $16.69 - 24.85 / Piece

$2 OFF $25+



MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

$2 OFF $50+



Summer 2023 Casual Shorts Suits Women Tracksuits 2 Piece Set Outfits

US $39.08 - 40.93 / Lot



Motorcycle Half Helmets Personil Bicycle Riding Lovely Strawberry

US $72.19 - 82.09 / Piece

$2 OFF $50+

---

Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty Pen Facial

US $301.50 - 312.49 / Piece



Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-

US $3.67 - 4.24 / Piece

$2 OFF $25+



Electric Face Scrubbers Cleansing Brush with 4 Cleaning Heads

US $33.38 - 39.77 / Piece

$2 OFF $50+



Evening Bags Bucket Bag Closed-toe Layer Cowhide Food Basket Tote All-

US $84.15 - 99.27 / Piece

$2 OFF $25+



Parts Motorcycle Motorcross Handlebar Handguards Hand Guards

US $31.95 - 38.07 / Set

$2 OFF $50+

---

[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers

US $23.72 - 28.27 / Piece



4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7 Waterproof

US $11.33 - 13.81 / Piece

$3 OFF $49+



SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

$2 OFF $50+



Elbow Knee Pads Sports Safety Sports Men's Compression Knee Brace Elastic

US $1.39 - 7.89 / Piece

Per $100 Save $6



6ml Water-based Nail Polish Children Pregnant Women Available Nail

US $17.75 - 23.50 / Lot

$2 OFF $50+

---

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

$2 OFF $50+



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+



women's suit 2023 pants autumn long sleeve round neck loose casual color

US $14.32 - 19.99 / Piece



3 Sets of Alice A5501 Headless Electric Guitar Strings Double Ball End 1st-6th

US $8.55 - 10.18 / Lot



Innokin iClear 30S Dual Coil Heads the wooden wick i Clear 30 S Atomizer

US $1.01 - 1.12 / Piece

$3 OFF $49+






New 7 Strings Hollow Jazz Electric Guitar VS Sunburst Top Musical

US $293.97 - 338.55 / Piece

$2 OFF $50+

4Door Car Door HingeHinge CoverSpare Tire Holder Hinge Cover

US $45.92 - 62.91 / Set

50 Pcs Lot Not Repeated Skateboard Stickers Male Rapper For Car Laptop

US $1.71 - 4.63 / Lot

$2 OFF $25+
$50 Save $7

watch designer mens movement watches Automatic Mechanical Watch

US $70.35 - 83.84 / Piece

2022 INS Mens Womens hoodie High Street Skeleton Palace Hoodies Hip-

US $53.30 - 65.22 / Piece

$15 OFF $299+







10 pairs mixed style women's 925 silver earring GTES8,high grade

US $2.32 - 3.96 / Pair

Fashion Men Leather Crossbody Shoulder Bag Top Designer Briefcase

US $33.70 - 39.75 / Piece

DHL,UPS FREE Senior Bach Silver Plated Bach Trumpet LT 180S-43 Small

US $195.98 - 233.54 / Piece

Flat Shoulder Glass Oil Perfume Bottles Transparent Amber Frosted

US $21.77 - 329.54 / Lot

$7 OFF $159+

Red Yellow Flame Crew Socks Lifelike Fire Socks Men Hip Hop Design Classic

US $12.14 - 13.67 / Lot

$2 OFF $50+








Fittings 1.375X24 Titanium Gr5 Extra Hexagon Sealed End Cap For Modar

US $23.57 - 28.51 / Piece

$2 OFF $25+



More ⌄

## New Arrival skin care tools








Face Massager ANLAN Neck Face Beauty Device 3 color LED

US $18.75 - 22.13/ Piece

Face Massager H5KOU Neck and Face Beauty Equipment 3-

US $16.74 - 24.90/ Piece

Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl

US $22.56 - 26.18/ Lot

Organization Bath Brush Rub Back Body Skin Care Tool On

US $16.65 - 21.11/ Piece

Other Bath Toilet Supplies Plastic Shower Feet Massage

US $8.77 - 9.98/ Piece

Face Massager N Beauty Device 3 c

US $13.19 - 15.56

Not . ▓▓▓▓ Sign out

Listed on 31/03/2023

Bookmark & Share          

 Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Span
French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9





DOE Number: 132

Marketplace: DHGate

Seller Name: jade86



SPEND & SAVE BONUS COUPON UP TO $150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service ∨ | | United States / USD ∨ | English ∨

# DHgate

jade86 Store | Chat ∨
100.0% Positive Feedback

bracelet | On DHgate | In this Store

Hi,
My DHgate ∨ | 🛒 Cart ∨ 5

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Health & Beauty > Skin Care Tools & Devices > Cleaning Tools & Accessories > USB Charging Waterproof Electric Sili...

## USB Charging Waterproof Electric Silicone Facial Cleansing Brush Sonic Vibration Massage Blackhead Remover Pore Cleaning Tools

US $34.18 - 40.72 / Piece

| USD ∨ | **$40.72** | $35.42 | $34.18 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 30 Pieces+ |

Sale Detail:
⚡ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack
**$23** OFF | Claim

Options:
Pink

Quantity: − 1 + Piece | Maximum 100000 Piece(s)

Shipping: **Free Shipping** to **United States** Via **ePacket** | More Options ∨
Estimated delivery time: **May. 24 and Jun. 15**

Total cost: **$40.72** ⓘ

Buy it Now | Add to Cart | ♡ ∨

Buyer Protection: 🔄 Return Policy | 🚚 Refund for No Delivery | 🔒 Secure Payment

### Product Feature

1. Waterproof design, easy to use. 2. The material is food grade silicone, soft and comfortable. 3. Two colors for choosing. 4. OEM is accepted, strong packing.

## Customers Who Bought This Item Also Bought








Cleaning Tools Accessories Silicone Face Washing Machine
US $12.24 - 14.74 / Piece
$4 OFF $69+

Cleaning Accessories Cryo Antifreeze Membrane For
US $1.18 - 3.86 / Piece
$1 OFF $50+
$600 Save $5

Face Care Devices EMS Electric Beauty Instrument Micro-
US $16.39 - 19.53 / Piece

Face Care Devices Mini HIFU 2 Machine Ultrasound RF
US $67.91 - 80.92 / Piece
$2 OFF $50+

Cleaning Tools Accessories Manual Electric Cleansing
US $10.08 - 12.69 / Piece
$4 OFF $69+

Face Care Devices Vacuum Pore Cleaner Electric Blackhead
US $11.47 - 14.10 / Piece
$4 OFF $69+

## Customers Often Bought With










**6pcs longlasting eyebrow pen...**
US $21.43 - 24.12 / Piece



**Temporary Tattoos Women Se...**
US $10.12 - 11.39 / Lot
$1 OFF $50+



**Temporary Tattoos Rocooart B...**
US $12.25 - 13.78 / Lot
$1 OFF $50+



**False Eyelashes Abonnie Cash...**
US $7.72 - 10.28 / Piece
$3 OFF $49+
Per $100 Save $2



**Tattoo Inks 1pc 40ml Bottle Cl...**
US $15.77 - 17.76 / Piece
$3 OFF $49+
Per $100 Save $2



**wholesale black makeup brus...**
US $20.63 - 23.24 / Set

## More Choices

**RF Microneedling Machine RF Fractional Microneedle Beauty**
US $524.26 - 618.13 / Piece
$23 OFF $688+

**RF Fractional Microneedling Beauty Microneedle roller**
US $535.03 - 1097.50 / Piece
$23 OFF $688+

**Microneedle Roller 2 in 1 RF Micro Needling Machine Cold**
US $562.18 - 613.34 / Piece
$5 OFF $99+
$1,999 Save $5

**2023 Microneedle RF Machine Fractional 10 25 64nm Wrinkle**
US $724.34 - 834.17 / Piece
$23 OFF $688+

**Microneedle Roller RF Fractional Microneedling**
US $1,436.39 - 1595.98 / Piece
$23 OFF $688+

**RF Fractional Microneedling Machine Microneedle RF Face**
US $524.26 - 618.13 / Piece
$23 OFF $688+

---

**jade86 Store** >



💬 Chat    🛒 6

100.0% Positive Feedback

Business Information

**Top 3 Markets**

### Store Categories

>Health & Beauty
  Massage
  Body Sculpting & Slimming
  Health Care
  Tattoos & Body Art
  Breast Care & Treatment
  Other Health & Beauty Items

**All Store Items on Sale Now**

Go to Store >

**More items from this Store**



US $29.15 - 34.74 / Piece



---

| Item Description | Company Overview | | Report Item |
| --- | --- | --- | --- |

## Specifications

Item Code: 537768330
Category: Cleaning Tools & Accessories

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

**USB Charging Waterproof Electric Silicone Facial Cleansing Brush Sonic Vibration Massage Blackhead Remover Pore Cleaning Tools**



**Clean And Gentle Care  Calm And Skin-friendly**

**Electric silica gel cleanser • Medical ease silicone material**





US $43.22 - 51.50 / Piece

US $34.18 - 40.72 / Piece



US $48.25 - 57.49 / Lot
1 Order



US $361.81 - 375.00 / Lot



US $49.25 - 58.69 / Piece

View all 194 items

**Features:**

Small, portable and fashion, exquisite appearance, easy to use, easy to carry.

Exfoliating, clean pores, shrink pores, reduce oily skin out of oil, dead skin, acne.

Smooth skin, fade fine lines and wrinkles, make skin more youthful.

The bristles are extremely mild, which is not easy to adhere to bacteria, no brush-heads replacement required, easy to clean, health and safety.Silicone sonic vibration,no irritating, for all skin types.

**Function:**

1.Deeply clean, effectively remove makeup residu

2.Waterproof, can use in bathroo

3.No need change brush

4.Restore skin shiny and flexibility

**Specifications:**

Material: Silica gel

Charging Type: USB

Size: 80*30*80mm

Color: blue, pink

Skin type suitable for:All type

**Package included:**

1* electric face cleansing brush

1*USB line

1*User manual





## 3 zones for different types of skin











Water proof design

5 levels of strength



Arm Clean

Leg Clean

Shoulder Clean

Neck Clean

Back Clean

## USB charging is more convenient

80mm/3.1in

120mm/4.7in

30mm/1.1in

80mm/3.1in



Less Description ⌃

Sponsored Products You May be Interested In More Choice    我也要出现在这里









black head removal deep cleaning hydrafacial machine
US $1,507.54 - 1507.54 / Piece

2021 Newest Portable Facial Steamer Nano Spray Water
US $6.93 - 12.66 / Piece

All Types Hyaluron Pen 0.3ml 0.5ml Mesotherapy Gun with
US $38.20 - 47.91 / Piece

Disposable Consumable Cartridge Needle Tattoo Beauty
US $68.78 - 1079.20 / Piece

Ultima A1 Wireless Auto Microneedling Dr.pen Derma
US $40.21 - 47.91 / Piece

4D HIFU 12 Lines Korea Machine for Skin Tighten Face
US $1,105.53 - 1105.53 / Piece

## Similar Items








Acne Needle Set Blackheads Dark Spots Acne Four-Piece Box
US $0.63 - 1.63 / Lot
$15 OFF $299+

V MAX face lift machine radar carve facial care anti aging
US $458.88 - 495.42 / Piece
$10 OFF $480+

Face Care Devices Cdt Carboxytherapy Device Skin
US $173.92 - 207.25 / Piece
$2 OFF $50+

Healthy Care 540 derma roller micro needles 0.2 0.25 0.3mm
US $2.82 - 4.20 / Piece
$30 OFF $800+

Face Care Devices For Lifting Roller Device Mas Lift Hine
US $3.76 - 35.04 / Piece
$2 OFF $50+

600Pcsbox Big Eyes Make Up Eyelid Sticker Double Eyelid
US $2.43 - 14.44 / Piece
$2 OFF $50+

## Related Keywords







facial brush bamboo

facial brushes

facial cleansing brush wholesale

customized hair brush

dropshipping makeup brushes

## You May Also Like







Acne Needle Set Blackheads Dark Spots Acne Four-Piece Box Freckle Skin Care
US $0.63 - 1.63 / Lot
$15 OFF $299+

Skin Clean Sprayer Pen Water Oxygen Jet Peel Handpiece High Speed Face
US $24.02 - 34.06 / Piece
$3 OFF $49+

Ultrasonic Vicration Electric Facial Cleansing Silicone Brush Red Blue Light
US $12.44 - 17.19 / Piece

Blackhead Vacuum Electric Facial Deep Cleaner Pore Vacuum Extractor Tool
US $10.99 - 15.18 / Piece

4 in 1 Electric face cleaning brush Deep Clean Pore Facial Wash Machine3960598
US $11.85 - 18.34 / Piece





