# EXHIBIT 1
# (Part 5 of 11)

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
`$2 OFF $50+`




TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $75.40 - 95.25 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece
`$2 OFF $50+`








Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece
`$2 OFF $50+`

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
`$2 OFF $50+`

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece
`$2 OFF $50+`

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece







Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece







Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece
`$2 OFF $50+`

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece
`$2 OFF $50+`

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
`$2 OFF $50+`













TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

$2 OFF $50+

Ultrasonic Face Pore Cleanser Skin Scrubber Blackhead Acne Removal Face

US $14.17 - 21.14 / Piece

$1 OFF $50+

Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-Shaped Facial

US $3.67 - 4.24 / Piece

$1 OFF $50+

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

$2 OFF $50+

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning Pore

US $40.47 - 48.23 / Piece

$2 OFF $50+




RF EMS LED Facial Oxygen Injection Machine Microcurrent Face Lifting Red

US $25.25 - 30.09 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece

$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

$2 OFF $50+

MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

Buy 2 get 1% off

[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers Machine

US $23.72 - 28.27 / Piece

$3 OFF $49+

More ⌄

## New Arrival skin care tools








Organization 2022 Super Soft Exfoliating Bath Sponge Body

US $10.32 - 13.08/ Piece

Makeup Brushes 1pcs Silicone Mask Brush Double-Ended Soft

US $17.54 - 22.44/ Lot

Slimming Machine Home Use Mini Hifu Face Lifting Skin

US $149.68 - 261.41/ Piece

Beauty Nano Face Steamer Facial Kit Skin Care Tool Set,

US $45.01 - 53.63/ Piece

Baking Pastry Tools Ice Roller for Face and Eye Silicone Mold

US $4.22 - 5.54/ Piece

Organization 2022 Super Soft Exfoliating Bath Sponge Body

US $10.32 - 13.08/ Piece

🎁 $25 For New User


Join Free

See personalized recommendations , Sign in

Listed on 20/03/2023

Bookmark & Share           





Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9

Chat





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change
[redacted] Miami, Florida, United States, 33138 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: sbisnc | | |
|  Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-PINK US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 23 |

**Add remark to seller**

Please add remark(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

LOGO Factory

Sbisnc

Add To Favorite Stores ( 7 )

100.0% Positive Feedback 91 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers In this store On DHgate

**Store Categories**

- Household Appliances (1)

| App Coupon | Store Coupon | App Coupon |
|---|---|---|
| Issued/Total:17/99,999 | Issued/Total:12/99,999 | Issued/Total:31/99,999 |
| $11 OFF $330+ | $10 OFF $330+ | $5 OFF $100+ |
| Code:CIE02IURTIYGIFROUD1G | Code:OVWGUSOC0UBZMOO8JWBA | Code:OPUMWJSNLYK3ICNCD8K3 |
| Get Now | Get Now | Get Now |

Show More

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma256u

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 154

Marketplace: DHGate

Seller Name: slf51gs

SPEND & SAVE BONUS COUPON — UP TO $150 SAVINGS

DHgate

slf51qs Store — Chat
83.3% Positive Feedback

New Buyer Coupons!   $   |   DH Buyer Protection   |   Customer Service ⌄   |   United States / USD ⌄   |   English ⌄

lululemen womens    On DHgate    In this Store

Join / Sign in
My DHgate ⌄

0
Cart ⌄

Store Home   Products   Limited Time Sale   TopSelling   Review   About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...



### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma275I

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:   ⓘ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack
**$25** OFF   Discoupon $23 OFF   This Store Only $2 OFF   [ Claim ]

Store Coupon Save $2 ⌄

Options:   More+

02-ROSE

Similar Items

Quantity:   − 1 +   Piece   Maximum 50 Piece(s)

Shipping:   **Free Shipping** to **United States** Via China Post SAL   More Options ⌄
Estimated delivery time: **May. 31** and **Jun. 23**

Total cost:   **$39.3** ⓘ

[ Buy it Now ]   [ Add to Cart ]   ♡ ⌄

Buyer Protection:   ↩ Return Policy   ⟳ Refund for No Delivery   🛡 Secure Payment

### Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought











8148 Magic Metal Hair Clipper Electric Razor Electric Push
US $56.55 - 58.30 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.82 - 16.07 / Piece
$2 OFF $50+

Epacket KM-1409 Carbon Steel Men Beard Shaver Head Hair
US $16.09 - 19.17 / Piece
$2 OFF $50+

3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer
US $8.11 - 10.50 / Piece
$5 OFF $99+

Abdominal Muscle Training Stimulator Device Wireless EMS
US $13.48 - 21.42 / Piece
$2 OFF $50+

KEMEI KM-1407 Multifunctional Hair Trimmer Rechargeable
US $17.69 - 27.07 / Piece
$2 OFF $50+

## Customers Often Bought With


Designers bags Cosmetic Bag ...
US $190.96 - 217.15 / Piece


2021s Brand MINI Men off Yel...
US $49.49 - 59.24 / Piece


Portable Wireless Automatic C...
US $29.37 - 69.30 / Piece
$2 OFF $50+


The North F Backpack Boys & ...
US $19.46 - 24.05 / Piece
$10 OFF $340+


Electric Shaver 5 Heads Floati...
US $20.46 - 24.13 / Piece
$2 OFF $50+


90L Travel Bag Camping Back...
US $12.46 - 14.16 / Piece

## More Choices


electric shaver for men beard
electric razor facial body
US $150.48 - 162.46 / Piece
$8 OFF $150+


cord cordless hair clipper
barber machine professional
US $475.90 - 508.50 / Piece
$8 OFF $150+


Electric Hair Dryer 5 in 1 Hair
Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece
$2 OFF $25+


Automatic Soap Dispenser
Touchless Liquid Pump
US $12.33 - 14.99 / Piece

2Pcs Set Comb Wide Tooth For
Detangling Hairdressing Rake
US $49.25 - 58.69 / Set
$10 OFF $200+


8 Heads Hair Curler Dark Blue
Multi-function Hair Styling
US $206.84 - 251.50 / Piece
$10 OFF $200+

---

**slf51gs Store** >

💬 Chat   👤1

83.3% Positive Feedback

On-time Delivery Rate:   🔻

Repurchase rate:   🔻

Business Information

**Top 3 Markets**

**Store Categories**

>Bags, Shoes & Accs
　Women's Accessories
　Women's Bags
　Men's Bags
>Fashion Accessories
　Keychains & Lanyards
　Fashion Sunglasses Frames
>Health & Beauty
　Shaving & Hair Removal
　Sexy Underwear
　Other Health & Beauty Items
　Oral Hygiene
　Skin Care Tools & Devices
　Bath & Body
　Home Beauty Instrument
>Bags, Luggage & Accessories
　Fashion Bags
　Wallets & Holders
　Evening Bags
　Shopping Bags
　School Bags
　Sport&Outdoor Packs
　Waist Bags
　Cosmetic Bags & Cases
　Briefcases
　Bag Parts & Accessories
　Other Bags
　Bag & Luggage Making Materials
　Bag Organizer

---

| Item Description | Company Overview | | Report Item |
|---|---|---|---|

### Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Vibration: | 6000RPM |
| Commodity Quality | |
| Certification: | ce |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 850378990 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

## 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



>Apparel
  Men's Clothing
  Socks
>Tactical Gear

All Store Items on Sale Now

Get up to $330 Store Coupon

Go to Store >

More items from this Store



US $12.24 - 15.78 / Piece

US $75.40 - 95.25 / Piece

US $29.30 - 48.51 / Piece

Buy 2 get 1% off

US $50.33 - 59.97 / Piece



US $23.36 - 39.13 / Piece

## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow



Product Name: Net transparent silicon cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blu

US $32.98 - 39.30 / Piece

View all 8383 items

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal sk

High frequency sound







**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

## Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green






USB Rechargeable


The standby is up to 90 days


IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



❷ **Rough**
For oily skin, like T zone

❸ **Regular**
For normal skin

❶ **Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning







Washing by hand          Washing by our brush

PRODUCT PARAMETERS



| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin







☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles







8CM/3.15inch

# Product Pictures





SUPER COOL

WASHING MACHINE

JMY04 JMY16

Less Description ⌃

## Sponsored Products You May be Interested In More Choice 我也要出现在这里








Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece

Generation 3 No Fan Vacuum Hair Dryer H-03 Professional
US $106.79 - 127.25 / Piece

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $243.02 - 251.88 / Piece

IPL laser hair removal machine Mlay T3 depilador a laser
US $618.26 - 704.17 / Piece

Laser Epilator Painless 999999 Flashes New Laser Epilator IPL
US $561.30 - 599.75 / Piece

4in1 Women Epilator electric female face hair removal lady
US $534.16 - 550.68 / Piece

## Similar Items








100 200 300 500g 0.01 0.1g Mini Digital Scales High
US $3.39 - 5.56 / Piece
$10 OFF $300+

Combination Sex Toy Silicone Prostate Massager Anal Plug
US $2.31 - 22.82 / Piece
$2 OFF $50+

Longmada Ceramic Hot Knife Wax Heater Heating Tip Coil
US $8.68 - 12.17 / Lot
$5 OFF $99+

Original Longmada Motar III Portable Wax Heater Pen
US $26.73 - 39.81 / Piece
$5 OFF $99+

Foldable Laser depilator Epilator IPL Poepilator Trimmer
US $42.85 - 67.45 / Piece

PLATINUM AND GOLD Hair Straighteners Professional
US $55.21 - 69.99 / Piece

## Related Keywords












skin care instruments

dermaroller needling

collagen skin care

led mask for skin care

dr pen ultima

collagen induction

derma microneedling

titanium needles derma

use of face roller

foot care tools

## You May Also Like








Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

5in1 Electric Face Scrubbers Multifunctional facial cleanser face

US $4.43 - 7.79 / Piece

$1 OFF $50+

Electric Face Scrubbers Cleansing Brush Silicone Warming Cleanser Massage EMS

US $33.62 - 40.06 / Piece

$2 OFF $50+

VKK Silicone Face Cleansing Brush Electric Face Cleanser Electric Facial Cleanser

US $15.97 - 19.03 / Piece

$1 OFF $50+

Ultrasonic Skin Scrubber Facial Cleansing Machine USB Rechargeable Acne

US $18.23 - 21.72 / Piece

$1 OFF $50+




Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

Nano spray water replenishing evaporator instrument Face moisturizing

US $31.84 - 37.95 / Piece

$2 OFF $50+

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+






Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool Black

US $22.85 - 30.25 / Piece

$2 OFF $50+

3Colors 4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric 1px7

US $8.72 - 10.26 / Piece

$3 OFF $49+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

100pcs vinca Periwinkle Flower Seeds Bonsai Variety of Colors Rare Plants for

US $1.35 - 1.54 / Lot






Jameo Auto Car Steering Wheel Panel Cover Trim for BMW 3 Series E90 E92 E93

US $15.89 - 24.83 / Piece

$2 OFF $50+

Evening Bags Crossbody Handbags Shoulder Bag Vintage Arc Clutch Purse

US $95.89 - 113.12 / Piece

$2 OFF $25+

Desktop Simple Dressing HD Folding Makeup Mirror -2

US $1,100.00 - 1100.00 / Piece

Evening Bags Luxurys Designers High quality Women Shoulder bag bags Totes

US $77.80 - 91.77 / Piece

$2 OFF $25+

Ric Roger McGuinn 1988 370 Maple Glo Natural 12 Strings Semi Hollow Electric

US $138.75 - 494.55 / Piece

$2 OFF $50+








18cm Transformation robot Boy toy Car model Anime Movie Series 5538 action

US $13.83 - 23.03 / Piece

$10 OFF $340+

Motorcycle Backrest Luggage Rack Set For BMW F650GS 2008-12 F700GS 2013-

US $54.72 - 156.46 / Set

$10 OFF $340+

Yeelight Second Generation Candela Led Night Light Dimmable LED Lamp Bedside

US $40.46 - 47.43 / Piece

Wine Glasses 375ml Highheeled Shoes Shape Whisky Decanter Luxurious Glass

US $31.43 - 37.45 / Piece

Evening Bags Embroidery Tote Bag Canvas Shopping Handbag Large

US $89.18 - 105.20 / Piece

$2 OFF $25+






5A Cowhide Felicie 3pcs Shoulder Crossbody Bags Women Envelope

US $9.04 - 44.35 / Piece



Vintage Dauphine Shoulder Messenger Bags COW LEATHER Designer Luxury

US $12.56 - 72.86 / Piece



Black color Luxury High Quality Designer Belts Fashion snake animal pattern

US $14.34 - 27.93 / Piece



Multicolor Camera Bag Designer Handbags Women Wide Shoulder Straps

US $22.35 - 29.65 / Piece

$2 OFF $69+



Genuine Leather Bags Women Fashion Handbags Shoulder Messenger Bag

US $38.14 - 80.00 / Piece

$2 OFF $69+



235S Men's Designer T-shirt Plus Tees Polos Round Neck Lipstick Dog Print

US $47.75 - 59.01 / Piece

$3 OFF $49+

Designer Women's Dress Women's Short Sleeve Spring Summer Mini New High

US $117.44 - 145.16 / Piece

$3 OFF $49+

MONTSOURIS Backpack Style Women's Empreinte Leather Shoulder School Bag

US $61.97 - 80.00 / Piece

$2 OFF $69+

Mens Designer Tracksuits Sportswear Men's Jogging Suits Short Sleeve T Shirt

US $20.71 - 26.67 / Piece

Men's Tee Polos black & White color Classic Domessa print fashion 100%

US $26.39 - 33.99 / Piece

Evening Bags Designer Messenger Bags Women Chain Handbag Shoulder Packs

US $60.30 - 71.14 / Piece

$2 OFF $25+

More ⌄

## New Arrival skin care tools



Organization 2022 Super Soft Exfoliating Bath Sponge Body
US $10.32 - 13.08 / Piece



Makeup Brushes 1pcs Silicone Mask Brush Double-Ended Soft
US $17.54 - 22.44/ Lot



Slimming Machine Home Use Mini Hifu Face Lifting Skin
US $149.68 - 261.41/ Piece



Beauty Nano Face Steamer Facial Kit Skin Care Tool Set,
US $45.01 - 53.63/ Piece



Baking Pastry Tools Ice Roller for Face and Eye Silicone Mold
US $4.22 - 5.54/ Piece



Organization 2022 Super Soft Exfoliating Bath Sponge Body
US $10.32 - 13.08/ Piece

🎁 $25 For New User


Join Free

See personalized recommendations , **Sign in**

Listed on 24/03/2023

Bookmark & Share            



Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Palm beach, Florida, United States, 33480

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

**Summary**

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: slf51gs | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 23 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

LOGO Factory
Share

Slf51gs
83.3% Positive Feedback 17 Transactions
Online Chat
Share 0

Add To Favorite Stores ( 1 )

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma275l

## Store Categories

- Household Appliances (1)

App Coupon Issued/Total:3/99,999
$11 OFF $330+
Code:B2PK2HP9GPYXIOWDJLNQ
Get Now

Store Coupon Issued/Total:4/99,999
$10 OFF $330+
Code:1NSW08LAWQTMFAZWELQZ
Get Now

App Coupon Issued/Total:5/99,999
$5 OFF $100+
Code:DDLE3ZHCWZOOVXEXV6IT
Get Now

Show More

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma275l

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...
Ships out within 10 business days
US $32.98 - 39.30 / Piece
Add to Cart

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 155

Marketplace: DHGate

Seller Name: smyy9



SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Checkout(0)
Go to Cart

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate smyy9 Store Chat
97.4% Positive Feedback
designer shoes | On DHgate | In this Store
Hi, [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Home & Garden > Bath > Bathroom Accessories > Bath Brushes, Sponges & Scrubbers > Bath Brushes, Sponges & Scrubbers ...

Similar Items

# Bath Brushes, Sponges & Scrubbers Silicone Facial Cleansing Brush Electric Face Clean Device Facial Massager Skin Cleaner Sonic Vibration Deep Pore Cleaning Brush

US $2.91 - 4.24 / Piece

Stock | Customise NEW

| USD | $4.24 | $3.87 | $3.53 | $3.4 |
|---|---|---|---|---|
| | 35 Pieces+ | 78 Pieces+ | 100 Pieces+ | 295 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.
New Buyer DHcoupon Pack $23 OFF Claim

Options: blue, mix

Quantity: 35 Pieces Maximum 100000 Piece(s)

Shipping: Free Shipping to United States Via UPS More Options
Estimated delivery time: May. 24 and May. 29

Total cost: **$148.4**

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- You can mix with our other items for CHEAPER combine freight cost,For single orders greater than US $100 Get Free freight DHL,EMS,UPS,TNT or FedEx etc
- All issues will be reply within 6 hours .
- Pls contact us for photo without watermark. thanks, Have a nice shopping.

## Customers Who Bought This Item Also Bought

White Blank Neoprene Rectangular Hand Sanitizer
US $0.62 - 0.70 / Piece
$25 OFF $499+

Bathroom Shelves Floating on Wall Without Drill Room Decor
US $9.28 - 18.90 / Piece
$4 OFF $69+

Robe Hooks Shower Curtain Hooks Rings Brass Decorative
US $12.39 - 14.09 / Piece
$4 OFF $69+

Fashion Nice Natural Ramie Shower Exfoliator Sponge
US $0.52 - 0.74 / Piece
$2 OFF $50+

Reusable Scrubber Shower Exfoliating Soap Pouch Soap
US $0.63 - 0.80 / Piece
$5 OFF $50+

Wooden Soap Dis Soaps Tray Soap I
US $1.17 - 1.94 / I
$2 OFF $50+

smyy9 Store > 2nd year
Chat 29

Item Description | Company Overview | Report Item

## Specifications

97.4% Positive Feedback

| | |
|---|---|
| On-time Delivery Rate: | ↓ |
| Response Time: | ↓ |
| Repurchase rate: | ↓ |

Business Information

**Top 3 Markets**

| | |
|---|---|
| North America | 77.78% |
| Northern Europe | 6.67% |
| Western Asia | 4.44% |

**Store Categories**

>Home & Garden

  Festive & Party Supplies
  Housekeeping & Organization
  Household Sundries
  Bath
  Pet Supplies
  Arts, Crafts & Gifts
  Home Decor
  Home Textiles
  Other Home & Garden
  Home Wear
  Tools
  Patio, Lawn & Garden
  Rain Gear
  Faucets, Showers & Accs
  Building Supplies

>Toys & Gifts

  Christmas Toys & Gifts
  Novelty & Gag Toys
  Party Toys & Supplies
  Action & Figures
  Puzzles & Games
  LED Lighted Toys
  Gifts
  Model Toys
  Learning & Education Toys
  Electric remote control
  Blocks & Model Building
  Other Toys
  Sports & Outdoor Play
  Baby & Toddler Toys
  Electronic Toys
  Dolls & Accessories
  Pretend Play and Dress-up

>Baby, Kids & Maternity

**All Store Items on Sale Now**

Go to Store ＞

**More items from this Store**



US $1.38 - 2.18 / Piece



| | |
|---|---|
| Material: | as show |
| Product: | Bath Brush/Massage Brush |
| Use: | Cleaning |
| Application: | Body |
| Item Code: | 760644073 |
| Category: | Bath Brushes, Sponges & Scrubbers |

**Return policy details**

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

**Description**



DESCRIPTION                    HOME & GARDEN





Lint Rollers & Brushes          Lint Rollers & Brushes 1pc
Electrostatic Static            Portable Lint Remover
US $3.08-4.59/Piece            US $3.56-5.44/Piece

## Best Quality And Best Price On Dhgate!!!

We do our best to serve our each customer the best that we can !

Quality is the first with best service. customers all are our friends.

Fashion design,100% Brand New,high quality!

we will double check for items quality before shipment to ensure good quality shipping for you.,

## We will randomly choose the color to send

Notes:

1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures. Thank you!

2. Please allow 1-75px measuring deviation due to manual measurement.

Please make sure the color is what you want

and click the "Add to cart" button to add the items. thank you

If you buy more than $130, we will send DHL,UPS,etc,(about delivery 3~5day)



US $0.43 - 0.70 / Piece



US $3.14 - 4.35 / Piece



US $0.87 - 0.99 / Piece



US $1.07 - 1.43 / Piece

US $2.99 - 4.00 / Piece

View all 3084 items

1. If you receive a flawed goods, we will resend a new one as replacement in your next order..

2. If there is any problem,please contact firstly, we will solve asp. Thanks in advance for your corporation.

3. We have inventory,After successful payment,Will be shipped within 48 hours,And provide a tracking ticket number.

### Specification:

Electric Face Cleansing
Material:ABS+silicone
Weight: 90g

Size: 8*6*4cm

Battery Power: AAA Battery(Due to logistics restrictions, batteries are not included.)

Certification: CE/ROSH/FCC/PDA

### Feature:

Deep cleanse the dirt on the face,balance the facial oil secretion,relax the skin and replenish water to shrink the pores and make the skin refreshed and comfortable.

### >>> How To Use

Multiple verifications,daily blistering facial cleanser 1-2 grams or so,drip 4-6 drops of water,press the mode button for about 5-6 seconds automatically bubble.

### >>> Tips

The skin is more fragile when it is allergic peeling.It's recommended that the skin care method at this time be as simple as possible,it's recommended to use it 1-2 times a week,if there is wound or suppurative acne,please stop using this product to avoid worsening wound infection.

### >>> Package List

1.Face Cleansing Brush x 1

# Wash your face,
# have you really washed it?



**Large pores**

Air dust,
makeup residue



**Blackhead, shut up**

Excessive cleaning,
imbalance of water and oil,



**Acne**

Sensitive and
fragile skin

# Multifunctional assembly

## Gentle vibration, no skin damage



Bigger brush head, longer and softer bristles

Vertical Acoustic Pulse Technology

IPX5 life waterp

With essence, the micro current conduction is gentle and easy to absorb

7500 vibration per minute

Food grade silicone

# Thoroughly clean make skin supple
Thoroughly clean, gentle and no residue





**Day and night dual gear**

Massage during the day to release a good mood

**Day and dual gea**

Lift at night the tiredne day

**Before clean**

Dirt is not only attached to the surface skin Still hidden inside the pores

**Ordinary cleansing**

Difficult to clean deep clogged pores

**Gentle cleans**

Thermal conducti system can bette pores, dredge an thoroughly

before

after

**Before use** the pores are enlarged and there are many blackheads

**After use** the pores shrink and the skin becomes delicate

## 5mm brush head

With a large area of silicone brush, blackheads, pores and skin can be cleaned, effectively solving skin problems

## Massage mode

Low-frequency vibration massage, rejuvenate skin elasticity, and solve the problem of skin fatigue

## Sonic vibration

The transdermal sonic vibration can strongly clean the stains under the skin cortex, which is efficient and safe without hurting the skin

## Thoroughly cleanse the skin, make the skin more del and smooth

1800⁺     30%     26%

1800+ high-density bristles

32% increase in bristles

26% increase in bristle soft

## 7500 times/min vibration cleanin

Deep stubborn dirt, all shake out

Your cart is empty

## IPX5  Waterproof design

No fear of liquid immersion, more convenient to



## Sensitive skin  1 type of bristle

The fine bristles are arranged neatly and are designed for sen
skin, which is not easy to cause redness and tingling discomfo



# Normal skin  2 types of bristle

Thick bristles deeply clean the T-zone and difficult-to-clean are
while the fine bristles gently clean the dry U-zone



# Combination skin  2 types of brist

The thick bristles on the top clean the T-zone and difficult-to-c
areas that are prone to oilTwo types of bristles at the lower en
gently clean the dry U area





Step 1:Apply facial cleanser

After removing makeup, wet the face,
foam the facial cleanser and apply it on the face,
or apply the facial cleanser directly to the cleanser



Step 2: for cleaning

Turn on the cleansing device to a th
each use lasts no more than 2 minu



Step 3: Perform a massage

Follow the contours of the face and pat
lightly with a brush. The suggested sequence
is: chin-cheeks-forehead-around eyes



Part 4: Daily Care

After cleansing, start the daily
skin care steps



Less Description ∧

## Related Keywords

 long bath towels

 shower back scrubber

 puff ball

 massage japanese

 plaid bath towels

 bath bubble balls

 rubbing brush

 spa body scrubs

 long silicone back scrubber

## You May Also Like



Magic Soft Silicone Bath Brushes Household Baby Showers Bubble

US $0.92 - 1.08 / Piece

$18 OFF $360+

Soft Silicone Shampoo Brush Head Body Scalp Care Bath Spa Slimming

US $1.36 - 2.42 / Piece

$18 OFF $360+

Bath Brushes, Sponges & Scrubbers Creative Silicone Bubble Bath Brush

US $2.75 - 4.00 / Piece

Bath Brushes, Sponges & Scrubbers Bath Bubble Ball Exfoliating Scrubber

US $1.96 - 2.86 / Piece

Bath Brushes, Sponges & Scrubbers 1pc Plastic Non-electric Cleansing

US $0.90 - 1.27 / Piece

---

Bath Brushes, Sponges & Scrubbers 5 in 1Face Cleansing Brush Silicone

US $4.52 - 6.43 / Piece

Bath Brushes, Sponges & Scrubbers Double-Sided Silicone Face Cleansing

US $1.91 - 2.64 / Piece

Bath Brushes, Sponges & Scrubbers Silicone Facial Cleansing Brush Electric

US $2.91 - 4.24 / Piece

Silicone Bubble Bath Brush Double-Sided Baby Body Brushes Massage

US $2.90 - 3.88 / Piece

$5 OFF $50+

Sublimation Newborn Baby Natural Wooden Boys Girls Soft Wool Hair

US $2.07 - 2.55 / Piece

$5 OFF $50+

---

Silicone Bubble Bath Brush Double-Sided Baby Body Massage Scalp

US $2.91 - 3.89 / Piece

$3 OFF $50+

Silicone Head Body Scalp Massage Brush Combs Shampoo Hair Washing

US $1.55 - 2.07 / Piece

$3 OFF $100+

Body Shower Exfoliating Sponge 13*7*3cm Printed Adult Bathing

US $1.32 - 1.65 / Piece

$3 OFF $100+

Bath Brushes Sponges Scrubbers Magic sponge exfoliating horny

US $0.96 - 1.33 / Piece

Silicone Head Brush Shampoo Scalp Massage Brush Comfortable Silicone

US $1.54 - 2.06 / Piece

---

Wooden Oval Bath Brush Natural Wool Face Body Clean Brushes

US $2.01 - 3.30 / Piece

$2 OFF $50+

Facial wood Handle Cleansing Brush Beauty Tools Soft Fber Hair Manual

US $2.67 - 3.03 / Piece

Bath Sponges Tanning Mitt With Thumb for Self Tanners Tan Applicator

US $1.25 - 1.89 / Piece

$2 OFF $50+

Soft Handheld Silicone Face Care Clean Brush Exfoliator Blackhead

US $0.85 - 0.96 / Piece

$5 OFF $100+

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser

US $5.24 - 5.99 / Piece

$1 OFF $50+

---

2023 New Year Exfoliate Soft Sponge Body Scrubber Bath Exfoliating Scrub

US $0.02 - 1.37 / Piece

$1 OFF $50+

Shampoo Scalp Massage Brush Comfortable Silicone Hair Washing

US $0.10 - 1.66 / Piece

Silicone Shampoo Scalp Hair Massager Bath Brush Scalp-Massage

US $2.33 - 2.62 / Piece

$3 OFF $10+

Bath Gloves Exfoliation Shower Bath Brush For Body Cleaning Silicone

US $2.11 - 3.06 / Piece

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser

US $5.03 - 7.59 / Piece

$5 OFF $99+





Cotton and linen scrub Brushes long double-sided bath strip Body Back

US $1.38 - 1.78 / Piece



Shampoo Brush Silicone Scalp Hair Massage Brushes Scalp Cleanse Comb

US $1.36 - 2.22 / Piece

$5 OFF $310+



Bath Brushes Sponges Scrubbers Bathroom Accessories Home Garden

US $0.43 - 0.58 / Piece

$7 OFF $39+



Hair Shampoo Brush Scalp Care Hairs Brushes with Soft Silicone Scalp

US $1.88 - 1.95 / Piece

$5 OFF $100+



Silicone Body Brush Baby Shower Sponge Dry Massager Bath Towel for

US $3.41 - 3.88 / Piece

$5 OFF $100+



Rose Flower Bath Sponges Balls Designer Bubble Cleaning Net Loofah

US $1.64 - 1.87 / Piece

$5 OFF $100+



Soft Silicone Facial Bath Brush Baby Wash Brushes Silica Gel Massage

US $0.83 - 1.00 / Piece

Natural Sisal Bath gloves Spa Shower Scrubber Bathroom Gloves LJJA12672

US $1.97 - 2.54 / Piece

$10 OFF $350+

Bath Brushes Sponges Scrubbers For Exfoliating Glove Cleaning Body

US $0.41 - 0.44 / Piece

$2 OFF $25+

Wooden Oval Bath Brush Hand Grip SPA Shower Skins Care Soft Brushs

US $2.66 - 4.48 / Piece

$5 OFF $310+



Exfoliating Shower Bath Gloves Bath Brushes for Shower Spa Massage and

US $0.28 - 0.47 / Piece

$3 OFF $49+

More ⌄

## New Arrival washing comb



Comfortable Scalp Massager Comb Shower Body Cleaning
US $0.45 - 0.76 / Piece



Comfortable Scalp Massager Comb Shower Body Cleaning
US $0.45 - 0.76 / Piece



Comfortable Scalp Massager Comb Shower Body Cleaning
US $0.45 - 0.76 / Piece



Comfortable Scalp Massager Comb Shower Body Cleaning
US $0.45 - 0.76 / Piece



Comfortable Scalp Massager Comb Shower Body Cleaning
US $0.45 - 0.76 / Piece



Comfortable Scal Comb Shower Bo
US $0.45 - 0.76 / P

Not ⬛⬛⬛ Sign out

Listed on 20/03/2023

Bookmark & Share            



Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Span
French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License  京ICP备16060083号-9



**DHgate**
Buy Globally · Sell Globally

Buy Now

Buyer Protection   GeoTrust

(United States)                                    ✎ Change
Palm beach, Florida, United States, 33480

**Summary**

Enter code here          Apply

Item Subtotal(1 items):        US $148.40
Shipping Cost:                 US $0.00
Discounts:                     -US $3.00

Grand Total:                   US $145.40

**Pay now**

◄ Back to Cart

Payment Method   100% Secure Payment

**Pay with a Card**

○ Pay with a New Card   VISA  🇦🇪  MasterCard

**Review & Confirm Your Order**

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: smyy9

Bath Brushes, Sponges & Scrubbers Silicone Facial ...
Options: blue
US $4.24 / Piece          35  + Pieces

US $148.40

UPS ⌄
**Free Shipping**
Estimated delivery time:
May 24 and May 29

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $3 DHcoupon ⌄

Item Subtotal:      US $148.40
Shipping Cost:      US $0.00
DHcoupon:           -US $3
**Order Total:**    **US $145.40**

🛡 Buyer Protection    🗐 Secure Payment    $ Return Policy    Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.



DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 114 ) Sign out | My DHgate | Help | English

Smyy9

2nd year

Add To Favorite Stores ( 29 )

97.4% Positive Feedback 67 Transactions

Online Chat

Share Share 0

Bath Brushes, Sponges & Scrubbers Sili In this store On DHgate

household products , water glass , storage bag

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Bath Brushes, Sponges & Scrubbers Silicone Facial Cleansing Brush Electric Face Clean Device Facial Massager Skin Cleaner Sonic Vibration Deep Pore Cleaning Brush

**Store Categories**

› Home & Garden (1)

**Popular Search**

household products water glass storage bag

1 matching products found for Bath Brushes, Sponges & Scrubbers Silicone Facial Cleansing Brush Electric Face Clean Device Facial Massager Skin Cleaner Sonic Vibration Deep Pore Cleaning Brush

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Bath Brushes, Sponges & Scrubbers Silicone Facial Cleansing ...

Ships out within 10 business days

US $2.91 - 4.24 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 156

Marketplace: DHGate

Seller Name: szzas



     

SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate szzas Store Chat
81.5% Positive Feedback

designer bag On DHgate In this Store

Hi, [redacted] My DHgate 3 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma279r

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF Claim

Options: 02-ROSE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via ePacket More Options
Estimated delivery time: May. 27 and Jun. 18

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Electric Shaver Geely JLL033 electric charging razor Men's
US $11.56 - 14.62 / Piece

Winter Hair Dryer Negative Lonic Hammer Blower Electric
US $45.65 - 54.40 / Piece

Electric Hair Dryer 3200 Professional Hair Dryer HotCold
US $10.62 - 13.71 / Piece
$2 OFF $25+

110V 220V 1800W Electric Hair Dryer Professional Blow Dryer
US $36.12 - 43.47 / Piece
$2 OFF $50+

Electric Hair Dryer Professional Power Styling Tools Blow Hot
US $18.28 - 21.78 / Piece

Oem Professional Portable Folding Blue Light Stand
US $29.68 - 35.37 / Piece

## Customers Often Bought With

| | | | | | |
|---|---|---|---|---|---|
| Portable Wireless Automatic C... | Designers bags Cosmetic Bag ... | Electric Shaver 5 Heads Floati... | 90L Travel Bag Camping Back... | T&G 9 Pcs PRO Salon Hair Styli... | 1Pcs 12.7cm Purple Dragon St... |
| US $29.37 - 69.30 / Piece | US $190.96 - 217.15 / Piece | US $20.46 - 24.13 / Piece | US $12.46 - 14.16 / Piece | US $17.40 - 34.56 / Lot | US $12.70 - 14.98 / Piece |
| $2 OFF $50+ | | $2 OFF $50+ | | | $2 OFF $50+ |

## More Choices

     

| | | | | | |
|---|---|---|---|---|---|
| Oral Irrigators Dental cleaner Portable intelligent household | 8 Heads Multi-functional Hair Curler Hair Dryer Automatic | Mute anti-vibration hand armor sharpener Remover Portable | Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic | Generation 3rd No Fan Hair Dryer Professional Salon Tools | 8 Heads Multi-functional Hair Curler Hair Dryer Automatic |
| US $27.30 - 38.33 / Piece | US $235.18 - 243.75 / Piece | US $12.67 - 15.63 / Piece | US $3.45 - 82.05 / Piece | US $107.04 - 127.55 / Piece | US $235.18 - 251.88 / Piece |
| | $10 OFF $199+ | $2 OFF $25+ | $2 OFF $25+ | $10 OFF $199+ | $10 OFF $199+ |

---

 **szzas Store** ›


💬 Chat   👥 8

81.5% Positive Feedback

On-time Delivery Rate:  🔻
Repurchase rate:  🔻

Business Information

**Top 3 Markets**

**Store Categories**

**›Bags, Shoes & Accs**
  Men's Accessories
  Women's Bags
  Men's Bags
**›Fashion Accessories**
  Keychains & Lanyards
  Xmas Accessories Idea
  Fashion Hats
  Belts & Accessories
  Hats, Scarves & Gloves
**›Health & Beauty**
  Shaving & Hair Removal
  Sexy Underwear
  Other Health & Beauty Items
  Oral Hygiene
  Skin Care Tools & Devices
  Home Beauty Instrument
  Bath & Body
**›Bags, Luggage & Accessories**
  Fashion Bags
  Wallets & Holders
  Evening Bags
  Shopping Bags
  Sport&Outdoor Packs
  School Bags
  Waist Bags
  Cosmetic Bags & Cases
  Briefcases
  Other Bags

**Item Description**   Company Overview        Report Item

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Vibration: | 6000RPM |
| Commodity Quality | |
| Certification: | ce |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 852958309 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



5 intensity adjustments

Bag Parts Accessories
Bag Organizer
Functional Bags
Luggages
>Jewelry

All Store Items on Sale Now

Go to Store >

More items from this Store



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow



US $78.53 - 99.20 / Piece

US $6.95 - 13.57 / Piece

US $29.30 - 48.51 / Piece

US $23.36 - 39.13 / Piece

Buy 2 get 1% off

US $50.33 - 59.97 / Piece





Product Name: Net transparent silicor cleansing instrument

Product number： NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



US $32.98 - 39.30 / Piece

View all 8996 items

charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blue

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin

High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

## Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green





USB Rechargeable    The standby is up to 90 days    IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



② **Rough**
For oily skin, like T zone

③ **Regular**
For normal skin

① **Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand VS Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

**03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools**

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑ Remove black heads

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles



8CM/3.15inch



8CM/3.15inch

# Product Pictures





SUPER COOL

WASHING MACHINE

JMY04 JMY16

Less Description ∧

Sponsored Products You May be Interested In More Choice   我要出现在这里


Soap Dispenser Touchless Automatic Liquid Foam Hands-
US $19.77 - 24.04 / Piece


1000ml Intelligent Automatic Noiseless Induction Alcohol Gel
US $29.55 - 35.93 / Piece


New arrival Portable Professional Nail File Kit
US $11.82 - 16.77 / Piece


1000ml Automatic Soap Dispenser Touchless Smart
US $20.05 - 25.69 / Piece


1000ml alcohol Spray Hand disinfector Automatic induction
US $28.21 - 34.30 / Piece


Amazon Ultrasonic Washing Nail Instrument new home Nail
US $15.87 - 41.08 / Piece

Similar Items


Electric Hair Dryer Brush Blower Hot Air Styler Comb One
US $20.29 - 24.18 / Piece
$2 OFF $25+


3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer
US $8.11 - 10.50 / Piece
$5 OFF $99+


Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $98.02 - 126.95 / Piece


Portable Electric Nail Drill Machine Manicure Pedicure
US $33.67 - 40.12 / Piece


Xiaomi Mijia Auto Induction Foaming Hand Washer Wash
US $20.95 - 27.96 / Piece


Hair Dryer Brush 5 in 1 Professional Hair Curly Iron
US $45.62 - 54.36 / Piece

Related Keywords


skin care instruments


dermaroller needling


collagen skin care


led mask for skin care


dr pen ultima


collagen induction


derma microneedling


titanium needles derma


use of face roller


foot care tools

You May Also Like










Buy 2 get 1% off

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning Pore

US $40.47 - 48.23 / Piece
$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+





V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece
$2 OFF $50+

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece
$2 OFF $50+

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece
$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece
$2 OFF $50+



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece



Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece



MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece
$2 OFF $50+



Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $75.40 - 95.25 / Piece



Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece





Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece
$2 OFF $50+



Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece
$2 OFF $50+



Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece
$2 OFF $50+



Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece
$2 OFF $50+







5in1 Electric Face Scrubbers Multifunctional facial cleanser face

US $4.39 - 7.71 / Piece

$2 OFF $25+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

Nano spray water replenishing evaporator instrument Face moisturizing

US $31.84 - 37.95 / Piece

$2 OFF $50+

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+

3Colors 4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7

US $8.72 - 10.26 / Piece

$3 OFF $49+



VKK Silicone Face Cleansing Brush Electric Face Cleanser Electric Facial Cleanser

US $15.97 - 19.03 / Piece

$1 OFF $50+

Ultrasonic Skin Scrubber Facial Cleansing Machine USB Rechargeable Acne

US $18.23 - 21.72 / Piece

$1 OFF $50+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool Black

US $22.85 - 30.25 / Piece

$2 OFF $50+

Electric Face Scrubbers Cleansing Brush Silicone Warming Cleanser Massage EMS

US $33.62 - 40.06 / Piece

$2 OFF $50+



Arctic Blue Snow Camo Car Wrap Vinyl With Air Release Gloss Matt Camouflage

US $230.23 - 329.62 / Carton

$2 OFF $50+

More ⌄

## New Arrival skin care tools

    

Face Care Devices Neck Lifting Device EMS Microcurrent LED

US $14.38 - 21.28 / Piece

Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl

US $22.56 - 26.18 / Lot

Face Massager AOKO 40KHZ Cavitation Ultrasonic Body

US $101.66 - 119.92 / Piece

Other Skin Care Tools 250 Pcs Fast Express Sponge Back

US $264.69 - 279.95 / Lot

New home beauty instrument female private firming machine

US $2,186.54 - 2231.16 / Piece

Face Massager 7 In 1 LED Massager Ultrasonic Pon Skin

US $18.34 - 21.63 / Piece

Not, ▮▮▮▮▮ Sign out.

Listed on 23/03/2023

Bookmark & Share          



Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French |
German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9

Chat





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Palm beach, Florida, United States, 33480

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: szzas

Skin Care Tools Electric Face Scrubbers Mini Vibra...
Options: 02-ROSE
US $39.30 / Piece
1 Piece

US $39.30

ePacket
Free Shipping
Estimated delivery time: May 27 and Jun 18

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally
Join Free | Sign in | My DHgate | Help | English | Cart

LOGO Factory

Szzas

Add To Favorite Stores ( )

81.5% Positive Feedback 55 Transactions

Online Chat

Share

Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

clothing , Pants , Toy

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma279r

## Store Categories

- Household Appliances (1)

## Popular Search

clothing Pants Toy shoe Glasses bag Backpack watch smart watch

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma279r

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 157

Marketplace: DHGate

Seller Name: takelovehome



SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Go to Cart

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate takelovehome Store Chat
100.0% Positive Feedback
designer bag | On DHgate | In this Store
Hi [redacted] My DHgate
0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Health & Beauty > Massage > Face Massager > Silicone Facial Cleansing Brush - Elect...

Share to be partner
Similar Items

Silicone Facial Cleansing Brush - Electric Face Scrubber Massager for Gentle Exfoliating, Deep Cleanse, Skin Care

US $138.08 - 176.05 / Set

| USD | $176.05 | $162.88 | $144.69 | $138.08 |
|---|---|---|---|---|
| | 1 Set+ | 2 Sets+ | 3 Sets+ | 8 Sets+ |

Sale Detail:
Enjoy fast refund service if your first order exceeds Promised Dispatch Date.
New Buyer DHcoupon Pack $23 OFF Claim

Options: with Safety package

Quantity: 1 Set Maximum 5 Set(s)

Shipping: Free Shipping to United States Via DHL More Options
Estimated delivery time: May. 25 and May. 28

Total cost: $176.05

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

order exclude custom fee.Normally we mark low amount in invoice for custom clearance.Please remark the amount in invoice for custom use. Buyer also can inform us the product name & total amount in Invoice for custom clearance for different country different custom policy. In order to avoid goods hold in custom or return back for custom clearance issue, buy can leave message for total amount for custom invoice and product name .

## Customers Who Bought This Item Also Bought

Xiaomi Youpin DOCO B01 Electric Deep Face Cleansing
US $23.13 - 27.29 / Piece
$2 OFF $50+

22ss Sex toys Massagers Manno Man Nuo Hera Tongue
US $35.53 - 41.91 / Piece
$2 OFF $25+

Y Shape 3D Jade Roller Face Massager Beauty Tools Natural
US $9.22 - 15.53 / Piece
$2 OFF $25+

35 Raw Wooden Foot Roller Wood Care Massage
US $8.95 - 12.93 / Piece
$4 OFF $69+

JD018 Rose Quartz pink facial Roller massager Dongling
US $7.48 - 10.39 / Piece
$1 OFF $50+
Per $100 Save $8

Sex Toy Massager Machine Thrustin
US $129.38 - 190.
$2 OFF $15+

takelovehome Store >
Chat 17

Item Description | Company Overview | Report Item

Specifications

Item Code: 521074547

Category: Face Massager

100.0% Positive Feedback

Business Information

**Top 3 Markets**

| North America | 60.61% |
|---|---|
| Northern Europe | 18.18% |
| Oceania | 12.12% |

**Store Categories**

>Health & Beauty

Sexual Wellness

Health Care

Body Sculpting & Slimming

Massage

Skin Care Tools & Devices

Breast Care & Treatment

Home Beauty Instrument

Tattoos & Body Art

Shaving & Hair Removal

Nail Art & Salon

>Hair Products

**All Store Items on Sale Now**

Go to Store >

**Return policy details**

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

**Description**

The brush is equipped with an impressive 8500 RPM motor and micro-thin 0.6mm bristles that delivers the ultimate cleansing experience by removing dirt, oil, and makeup from your face; leaving your skin feeling cleaner and brighter.

WATERPROOF: Industry leading standard to ensure that the device can withstand heavy splashing and immersion in water; allowing for worry-free use shower and bath.

THREE SPEEDS RECHARGEABLE: Customize the cleansing power by choosing your desired vibration speed. The device also contains a long-lasting batter allows you to use it twice a day, for two months, on a single charge.

SAFE TO USE: Unlike other facial cleansing devices, our product is made with food grade silicone; the special material prevents bacteria buildup and doe contain any chemicals fillers or byproducts.

## | DESCRIPTION

---

**Related Keywords**

        

| facial brush | silicone facial cleansing brush | facial skin massager | bamboo facial brush | facial brush scrubber | gold face massager | beauty face lift | cleaning stones | pulse roller |

**You May Also Like**

   

4 in 1 Facial Skincare Tool Red Light Therapy For Face Neck EMS

US $35.31 - 41.65 / Piece

$2 OFF $15+

Face Massager Ozone Plasma Pen Wart Freckle Removal Fibroblast Skin

US $26.28 - 31.00 / Piece

$4 OFF $69+

Electric Wireless Facial Cleansing Brush Silicone Washing Cleaning

US $26.83 - 31.65 / Piece

$2 OFF $29+

Per $99 Save $2

Face Massager 4 Colors LED Mask Silicone Gel SPA Red Light Therapy for

US $87.41 - 185.42 / Piece

$4 OFF $69+

AA battery powered vibration germanium stone face massage tool

US $10.10 - 42.52 / Piece

   

New Fashion Face Massager For Lady Luxury Brand LE LUFT PRO Accessoire

Face Massager EMS Plasma Microcurrent Face Lift Machine Roller

Face Massager Rose Quartz Eye Mask Natural Jade for Relax Sleep Tools Care

Double Head Spiked Shape Facial Massage Crystal Quartz Roller Jade

High Quality Wholesale Various Shape Face Care Massager Sawtooth Natural

Your cart is empty

US $24.12 - 29.95 / Piece

US $11.38 - 13.45 / Piece

$4 OFF $69+

US $18.28 - 23.48 / Piece

$2 OFF $50+

US $2.36 - 3.61 / Piece

$1 OFF $50+
Per $100 Save $8

US $5.45 - 9.54 / Piece

$2 OFF $25+







foyying Ultrasonic LCD Cryotherapy Hot Cold Hammer, Lymphatic Face

2pcs set Large Beauty Ice Hockey Energy Beauty Crystal Ball Facial

hookahs Terp Slurper Bear Quartz Banger Nail smoking Ruby Pearl Pill

300 piece Guitar Picks 05 06 073 088 10 114 caseMixed Guitar Picks with

Drinkware Bottle Cup Protective Silicone Coasters Travel Mug Special

US $52.82 - 69.22 / Piece

$3 OFF $49+

US $25.40 - 26.61 / Set

US $4.28 - 7.58 / Piece

US $55.48 - 82.64 / Lot

$2 OFF $50+

US $0.03 - 0.57 / Piece

$2 OFF $25+







Women's Knits Fashion Women Long Sleeve Knitted Tops Double Zipper

Luxury brand designer sunglasses premium quality pilot eye protection

2.5M PCS 100M LOT aluminum profile for led strip light,frosted transparent

Other Auto Fittings Stainless Steel M1 Garand Ported Gas Cylinder Locking

Fairings kit Injection Bodywork Full Fairing kits for YAMAHA YZF1000R1 09

US $18.78 - 24.87 / Piece

$3 OFF $44+
Per $100 Save $2

US $44.80 - 56.52 / Piece

$1 OFF $50+

US $466.84 - 504.02 / Lot

$2 OFF $200+

US $36.18 - 41.14 / Piece

US $22.11 - 22.92 / Piece

$4 OFF $200+







DIY KLON overdrive pedal electric guitar Overdrive Guitare Effect Pedal

Professional Hand Tool Sets Woodworking Circle Cutting Jig 6-

Linkboy Archery Sp600 Fletching Turkey Feather 30quot Carbon Arrows

2023-Europe America Designer Fashion Style Lady Women Gold Silver

All Terrain Wheels 50Pcs Solar Panel Mounting PV Grounding Clip Washer

US $28.94 - 35.55 / Piece

$2 OFF $50+

US $29.34 - 54.35 / Piece

$3 OFF $49+
Per $100 Save $2

US $32.06 - 40.22 / Lot

$2 OFF $50+

US $17.52 - 25.54 / Piece

$2 OFF $25+
Per $66 Save $4

US $15.40 - 18.35 / Piece

$3 OFF $49+
Per $100 Save $2







Diagnostic Tools OBD2 Cable For FiatECUScan And Multiecuscan Auto

Coffee Tea Sets Steel Weighing Stand For Espresso Machine Electronic Scale

Pittsburgh Josh Bell Jersey Roberto Clemente Melky Adam Frazier 29

Yes Daddy Special Ski Mask Knitted Warm Three Hole Hat Balaclava

Nail Art Kits 5Bits Electric Manicure File Set Drill Buffers Salon Professional

US $19.35 - 22.00 / Piece

$2 OFF $50+

US $55.81 - 66.50 / Piece

$2 OFF $50+

US $20.26 - 25.04 / Piece

$15 OFF $299+

US $9.04 - 10.28 / Piece

US $7.45 - 8.38 / Piece

$3 OFF $49+
Per $100 Save $2







NAOMI Picks 500PCS Guitar Picks For Guitar Electric Guitar Accessories

Lady designer handbag Classic Women Shoulder Bag Purse Fashion

Solitaire Ring Retro Wire Wrap Natural Stone Craft Ball Rings Lapis Lazi

2022 INS Mens Womens hoodie High Street Skeleton Palace Hoodies Hip-

2023 Fashion Mens Card Holder Womens Unisex Coin Bag Key Pocket

US $18.53 - 22.08 / Piece

US $27.98 - 33.54 / Piece

US $1.34 - 1.74 / Piece

US $53.30 - 65.22 / Piece

US $28.43 - 37.13 / Piece

 `$8 OFF $50+`

 `$7 OFF $39+`

 `$15 OFF $299+`





Rainbow steel wool portable pyrotechnic children039s toy party

US $55.39 - 85.44 / Piece

`$2 OFF $50+` 

More ⌄

## New Arrival facial brush













Makeup Brushes 20sets 23pcs set Facial Kit Green Bamboo

Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl

Whole New Makeup Brushes Woman Bamboo Handle Facial

Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl

Whole- Make Up 6in1 Beauty DIY Facial Mask Bowl Set

Whole- 4 In 1 Bea Mask Tool Set Mi

US $187.78 - 211.39/ Lot

US $22.56 - 26.18/ Lot

US $21.71 - 25.55/ Lot

US $22.56 - 26.18/ Lot

US $21.13 - 25.88/ Lot

US $22.56 - 26.18

Not ▮▮▮▮▮▮▮ Sign out

Listed on 08/07/2022

Bookmark & Share 

Any questions or suggestions ? Please let us know.



China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Span
French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33138 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: takelovehome | | |
|  Silicone Facial Cleansing Brush - Electric Face Sc... Options: with Safety package US $176.05 / Set 1 Set | US $176.05 | DHL Free Shipping Estimated delivery time: May 25 and May 28 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $3 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $176.05 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $3 |
| **Order Total:** | **US $173.05** |

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $176.05 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $3.00 |
| **Grand Total:** | **US $173.05** |

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 114 ) Sign out | My DHgate | Help | English

Takelovehome

Add To Favorite Stores ( 17 )

100.0% Positive Feedback 33 Transactions

Online Chat

Share

In this store | On DHgate

Couple sex toy , Orgasm stimulator , message

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

Indoor swing love chair bed for couples lovers Sex game tool Sex love bed sex swing

### Basic Information

| | |
|---|---|
| Company Name: | |
| Business Type: | |
| Location: | Guangdong, China (Mainland) |
| Year Established: | Jan 2015 |
| Main Product(s)/Service: | sex swing;love bed;sex gun machine;love sofa;door swing;electrical shock vibrator;AV rod message;sex doll;silicone masturbator |

### Contact Us

Message Seller

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 158

Marketplace: DHGate

Seller Name: vmxixhs300



# Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma208w

US $32.98 - 39.3 / Piece

| USD ⌄ | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

**Sale Detail:**

⚡ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF — Claim

**Options:** More+

02-ROSE

**Quantity:** 1 Piece   Maximum 50 Piece(s)

**Shipping:** Free Shipping to United States Via China Post SAL More Options ⌄
Estimated delivery time: May. 31 and Jun. 28

**Total cost:** $39.3 ⓘ

Buy it Now | Add to Cart | ♡ ⌄

**Buyer Protection:** Return Policy | Refund for No Delivery | Secure Payment

## Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

| 8148 Magic Metal Hair Clipper Electric Razor Electric Push | 2018 Salon Hair Iron Hair Straightening Escova Alisadora | Epacket KM-1409 Carbon Steel Men Beard Shaver Head Hair | 3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer | Abdominal Muscle Training Stimulator Device Wireless EMS | KEMEI KM-1407 Multifunctional Hair Trimmer Rechargeable |
|---|---|---|---|---|---|
| US $56.55 - 58.30 / Piece | US $5.82 - 16.07 / Piece | US $16.09 - 19.17 / Piece | US $8.11 - 10.50 / Piece | US $13.48 - 21.42 / Piece | US $17.69 - 27.07 / Piece |
| | $2 OFF $50+ | $2 OFF $50+ | $5 OFF $99+ | $2 OFF $50+ | $2 OFF $50+ |

## Customers Often Bought With



The North F Backpack Boys & ...
US $19.46 - 24.05 / Piece



Designers bags Cosmetic Bag ...
US $190.96 - 217.15 / Piece



Portable Wireless Automatic C...
US $29.37 - 69.30 / Piece
$2 OFF $50+



2021s Brand MINI Men off Yel...
US $49.49 - 59.24 / Piece



90L Travel Bag Camping Back...
US $12.46 - 14.16 / Piece



Electric Shaver 5 Heads Floati...
US $20.46 - 24.13 / Piece
$2 OFF $50+

## More Choices



electric shaver for men beard electric razor facial body
US $150.48 - 162.46 / Piece
$8 OFF $150+



Xiaomi Mi Enchen Boost USB Electric Hair Clipper Two Speed
US $10.36 - 12.34 / Piece



cord cordless hair clipper barber machine professional
US $475.90 - 508.50 / Piece
$8 OFF $150+



50%off Oral Irrigators Hand Held Electric Tooth Punch
US $41.20 - 49.10 / Piece



Andis Profoil Lithium Titanium-ION Cord Cordless Foil Shaver
US $59.01 - 70.32 / Piece



Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece
$2 OFF $25+

---

**vmxixhs300 Store** ›



💬 Chat   ⊗ 0

100.0% Positive Feedback

On-time Delivery Rate: ↑

Repurchase rate: ↓

Business Information



Top 3 Markets

### Store Categories

>Watches
  Unisex Watches
  Men's Watches
  Mechanical Wristwatches
  Women's Watches
  Watch Accessories
  Children's Watches
  Women's Watches
  Other Watches
  Pocket Watches

>Bags, Luggage & Accessories
  Xmas Bags Idea
  Fashion Bags
  Evening Bags
  Sport&Outdoor Packs
  Waist Bags
  Cosmetic Bags & Cases
  Shopping Bags
  Bag Parts & Accessories
  School Bags
  Other Bags
  Bag Organizer
  Functional Bags
  Briefcases

>Bags, Shoes & Accs
  Men's Bags
  Men's Shoes
  Women's Shoes

>Sports & Outdoors

---

**Item Description**   Company Overview                                Report Item

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality Certification: | ce |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 847751702 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



Outdoor Range
Snow Sports
Fitness Supplies
>Household Appliances
Personal Care

**All Store Items on Sale Now**

Go to Store  >

**More items from this Store**



US $32.98 - 39.30 / Piece



US $29.30 - 48.51 / Piece



US $35.02 - 46.21 / Piece



US $28.91 - 34.45 / Piece



US $50.33 - 59.97 / Piece



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicor cleansing instrument

Product number：NJMY−036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



US $15.96 - 48.35 / Piece

View all 6649 items

charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blue

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin

High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

## Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green






USB Rechargeable


The standby is up to 90 days


IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



② Rough
For oily skin, like T zone

③ Regular
For normal skin

① Fine
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand    Washing by our brush

PRODUCT PARAMETERS



| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

#### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch



# Product Pictures





**SUPER COOL**

WASHING MACHINE

JMY04 JMY16

Less Description ⌃

## Sponsored Products You May be Interested In More Choice 我也要出现在这里


No Fan Super Hair Dryer Professional Salon Tools Blower
US $143.89 - 171.46 / Piece


for HD03 US UK EU Plug Fanless Vacuum Hair Dryer 3rd
US $158.80 - 189.23 / Piece


Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $46.10 - 54.93 / Piece


Powerful Rechargeable Shaver Shaper barber foil electric
US $27.37 - 32.61 / Piece


Top Quality Hair Curler Professional Salon Tools EU US
US $205.71 - 245.13 / Piece


8 Heads Hair Curler Dark Blue Multi-function Hair Styling
US $206.84 - 251.50 / Piece

## Similar Items


Electric Hair Caps Hat Salon Spa Steamer Thermal Treatment
US $9.85 - 11.74 / Piece
$4 OFF $69+


100 200 300 500g 0.01 0.1g Mini Digital Scales High
US $3.39 - 5.56 / Piece
$10 OFF $300+


Combination Sex Toy Silicone Prostate Massager Anal Plug
US $2.31 - 22.82 / Piece
$2 OFF $50+


Longmada Motar II Wax Heater Replaceable of Quartz Bucket
US $15.85 - 22.75 / Piece
$5 OFF $99+


Longmada Ceramic Hot Knife Wax Heater Heating Tip Coil
US $8.68 - 12.17 / Lot
$5 OFF $99+


Eroticos Bdsm Bondage Lucky Bag Surprise Mystery Box sexy
US $47.23 - 56.28 / Piece

## Related Keywords


skin care instruments


dermaroller needling


collagen skin care


led mask for skin care


dr pen ultima


collagen induction


derma microneedling


titanium needles derma


use of face roller


foot care tools

## You May Also Like






Buy 2 get 1% off

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

$2 OFF $50+

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

$2 OFF $50+

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece



Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece



Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+



Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece



TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+



Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

$2 OFF $50+



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

$2 OFF $50+



Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece



Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $75.40 - 95.25 / Piece



6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore

US $35.02 - 46.21 / Piece

$2 OFF $50+



Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece



MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+



TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece



Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece



2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning Pore

US $40.47 - 48.23 / Piece

$2 OFF $50+






Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

Ultrasonic Face Pore Cleanser Skin Scrubber Blackhead Acne Removal Face

US $14.17 - 21.14 / Piece

$1 OFF $50+



Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-Shaped Facial

US $3.71 - 4.28 / Piece

$1 OFF $50+



Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

$2 OFF $50+

RF EMS LED Facial Oxygen Injection Machine Microcurrent Face Lifting Red

US $25.25 - 30.09 / Piece

$2 OFF $50+



Buy 2 get 1% off

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

$2 OFF $50+

MD013 electric rechargeable blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece

$2 OFF $50+



[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers Machine

US $23.72 - 28.27 / Piece

$3 OFF $49+

More ⌄

## New Arrival skin care tools

    

Beauty Nano Face Steamer Facial Kit Skin Care Tool Set,
US $45.01 - 53.63/ Piece

Baking Pastry Tools Ice Roller for Face and Eye Silicone Mold
US $4.22 - 5.54/ Piece

Home Use Wireless Automatic Serums Hydra pen H3
US $91.38 - 119.77/ Piece

3pcs Set Resin Roller Massager for Face Body Gua Sha Not Jade
US $0.92 - 1.43/ Set

Other Skin Care Tools Collagen Crystal Eye Masks Anti-
US $0.19 - 0.41/ Piece

Ionic Facial Steamer 4-Pc Face Skin Care Tool Set Blackhead
US $32.52 - 38.75/ Piece

 $25 For New User

Join Free

See personalized recommendations , Sign in

Listed on 08/03/2023

Bookmark & Share 



Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

Chat





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33138 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: vmxixhs300 | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 28 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

LOGO Factory
Vmxixhs300
Add To Favorite Stores ( 0 )
100.0% Positive Feedback 11 Transactions
Online Chat
Share
Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

## Store Categories

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma208w

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...
Ships out within 10 business days
US $32.98 - 39.30 / Piece
Add to Cart

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 159

Marketplace: DHGate

Seller Name: wedswty68




SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

Subtotal
0.00
Checkout(0)
Go to Cart

DHgate

wedswty68 Store Chat
87.1% Positive Feedback

designer shoes | On DHgate | In this Store

Hi, [redacted]
My DHgate

1 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma252a

US $32.98 - 39.3 / Piece

| USD | $39.30 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack
$23 OFF
Claim

Options: More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jul. 1

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece
$2 OFF $50+

Electric Shaver For Man Stainless Steel Shaving Machine
US $41.69 - 56.07 / Piece
$2 OFF $50+

Hair Curlers Straighteners LISAPRO Dual Voltage Air Brush
US $56.36 - 67.15 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece

Steamers Cleaning Cleaner Beauty Face Steaming Device
US $33.30 - 39.68 / Piece
$2 OFF $50+

Electric Hair Curle
Dryer Straightene
US $27.87 - 33.22

## Customers Often Bought With

Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
$2 OFF $50+


Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
$2 OFF $50+


Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
$2 OFF $50+

CkeyiN Electric Facial Washing...
US $23.23 - 27.68 / Piece


Skin Care Tools Electric Face S...
US $32.98 - 39.30 / Piece
$2 OFF $50+


Skin Care Tools El...
US $32.98 - 39.30
$2 OFF $50+

## More Choices


5 In 1 4D Men's Rechargeable Bald Head Electric Shaver 5
US $44.38 - 52.88 / Piece


50%off Oral Irrigators Hand Held Electric Tooth Punch
US $41.20 - 49.10 / Piece


Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece
$10 OFF $199+


8 Heads Multi Function Hair Curler Hair Dryer Automatic...
US $53.14 - 63.32 / Piece


Oral Irrigators Dental cleaner Portable Intelligent household
US $27.30 - 38.33 / Piece


HD08 Super High Vacuum Hair Dry...
US $144.93 - 172...

---

Item Description    Company Overview                                          Report Item

wedswty68 Store >


💬 Chat   🗨️ 3

87.1% Positive Feedback

On-time Delivery Rate:          🔻
Response Time:                  🔺
Dispute rate:                   🔺
Repurchase rate:                🔺

Business Information

### Top 3 Markets

| North America | 75.0% |
| Northern Europe | 12.5% |
| Western Europe | 7.5% |

### Store Categories

> Watches
  Women's Watches
  Other Watches
> Household Appliances
  Personal Care
  Home Theater
> Sports & Outdoors
  Camping & Hiking
> Bags, Luggage & Accessories
  Xmas Bags Idea
> Bags, Shoes & Accs
  Men's Bags
  Men's Shoes
  Women's Shoes
> Baby, Kids & Maternity
  Baby Feeding
  Baby Clothing
> Automobiles & Motorcycles
  Interior Accessories
  Exterior Accessories
> Cell Phones & Accessories
> Shoes & Accessories
  Boots

### Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 857421662 |
| Category: | Electric Face Scrubbers |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

#### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



Women's Shoes

Men's Shoes

>Apparel

>Home & Garden

>Toys & Gifts

>Electronics

All Store Items on Sale Now

Go to Store >

More items from this Store



US $27.73 - 33.04 / Piece



US $14.99 - 25.08 / Piece

US $78.53 - 99.20 / Piece



US $22.85 - 30.25 / Piece

US $28.91 - 34.45 / Piece

## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your sk soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow



Product Name: Net transparent sili
cleansing instrume

Product number： NJMY-03

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1



6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

**Specifications**

Frequency: 100Hz · Noise: 50dB · Material: silicone · Size: 60*75*30mm · Color: rose red, pink, green





USB Rechargeable    The standby is up to 90 days    IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



**②②** Rough
For oily skin, like T zone

**③** Regular
For normal skin

**①** Fine
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand     Washing by our brush

PRODUCT PARAMETERS

| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

#### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

**03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools**

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches

8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin





☑ Remove dirt & oil

☑Remove black heads

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles

8CM/3.15inch



8CM/3.15inch

# Product Pictures





SUPER COOL
WASHING MACHINE

JMY04 JMY16

**Less Description ^**

Sponsored Products You May be Interested In More Choice   我也要出现在这里


Generation 3rd No Fan Hair Dryer Professional Salon Tools
US $107.04 - 127.55 / Piece


8 Heads Multi Function Hair Curler Hair Dryer Automatic
US $53.14 - 63.32 / Piece


No Fan Super Hair Dryer Professional Salon Tools Blower
US $143.89 - 171.46 / Piece


for HD03 US UK EU Plug Fanless Vacuum Hair Dryer 3rd
US $158.80 - 189.23 / Piece


8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 251.88 / Piece


Electric Hair Dryer Heat Comb
US $41.18 - 53.33

## Similar Items


Vibration Facial Cleansing Brush Mini Silicone Electric
US $12.24 - 15.78 / Piece



Electric Face Scrubbers Beauty Care Massage Tool Massager
US $3.99 - 5.52 / Piece


Mini Electric Facial Scrubbers Cleansing Brush Device Silicone
US $4.53 - 6.42 / Piece


Face Scrubbers Cleaning Brush Eco Friendly Beauty Tool Device
US $6.34 - 7.79 / Piece


Beauty Stick 24K Electric Face Scrubbers Slimming Golden
US $3.67 - 4.24 / Piece

$2 OFF $25+


Electric Silicone Face Brush Recharge
US $23.23 - 27.68
$1 OFF $50+


## Related Keywords


firming skin care


portable radio frequency skin


skin care tips


foot care tools


digital facial skin analyzer

## You May Also Like


Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial


Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial


Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial


CkeyIN Electric Facial Washing Brush Ultrasonic Vibration Deep Cleanser


Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece   US $32.98 - 39.30 / Piece   US $32.98 - 39.30 / Piece   US $23.23 - 27.68 / Piece   US $32.98 - 39.30 / Piece

$2 OFF $50+   $2 OFF $50+   $2 OFF $50+

   

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

Pore Cleaner Face Blackhead Remover Vacuum Suction Electric Nose Face

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $32.98 - 39.30 / Piece   US $116.62 - 219.12 / Piece   US $32.98 - 39.30 / Piece   US $12.24 - 15.78 / Piece   US $12.24 - 15.78 / Piece

$2 OFF $50+   $2 OFF $50+   $2 OFF $50+   $2 OFF $50+

    

Silicone Facial Cleanser Waterproof scrubber Rechargeable Face Brush

Electric Face Scrubbers Beauty Care Massage Tool Massager Brush Skin

Mini Electric Facial Scrubbers Cleansing Brush Device Silicone Sonic

[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers

Face Scrubbers Cleaning Brush Eco Friendly Beauty Tool Device Deep

US $16.69 - 24.85 / Piece   US $3.99 - 5.52 / Piece   US $4.53 - 6.42 / Piece   US $23.72 - 28.27 / Piece   US $6.34 - 7.79 / Piece

$2 OFF $25+

    

Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-

Electric Silicone Facial Cleanser Brush Rechargeable Face Massager Brush

Electric Face Scrubbers Remover Nose Clean tool Mini Handheld Blackhead

Electric Face Scrubbers 5 Modes Silicone Cleansing Brush Clean Device

Face Scrubbers Waterproof Design 3D Detachable Heads Rotating Skin

US $3.67 - 4.24 / Piece   US $23.23 - 27.68 / Piece   US $1.80 - 2.15 / Piece   US $26.04 - 34.38 / Piece   US $24.63 - 41.92 / Piece

$2 OFF $25+   $1 OFF $50+   $2 OFF $25+
$100 Save $5   $2 OFF $50+

    

Electric Face Cleanser Silicone Face Cleaner Deep Cleaning Brush

Ultrasonic Skin Scrubber Deep Face Cleaning Machine Peeling Shovel

5 In 1 Battery Electric Rotating Facial Cleansing Brush Waterproof Face

Electric Nose & Ear Trimmers Disposable Wooden Waxing Stick Wax

5 Colors Mini Nano Mist Sprayer Facial Body Nebulizer Steamer Moisturizing

US $23.67 - 28.21 / Piece   US $13.57 - 16.17 / Piece   US $4.18 - 6.17 / Piece   US $16.87 - 23.80 / Lot   US $1.96 - 3.04 / Piece

$2 OFF $50+   $2 OFF $60+   $2 OFF $50+   $2 OFF $25+

   

7 Colors LED Facial Mask with Neck Light Therapy Mask Steamers Skin

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty Pen Facial

Makeup Mirror 5X Magnifying Mirrors LED Lighted Touch Screen Vanity

Electric Face Scrubbers Laser Epilator Permanent IPL Photoepilator Hair



US $8.07 - 64.03 / Piece
$2 OFF $25+

US $27.73 - 33.04 / Piece

US $301.50 - 312.49 / Piece

US $51.24 - 61.06 / Piece
Per $100 Save $10

US $120.23 - 143.28 / Piece
Per $100 Save $10

Buy 2 get 1% off

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool

home use 24Khz Ultrasound Ionic Skin Scrubber Facial peeling beauty Device

MD013 electric rechargeable Blackhead remover for Face Deep

USB Rechargeable Eco Friendly Beauty Tool Device Deep Sonic Facial

US $50.33 - 59.97 / Piece
$2 OFF $50+

US $22.85 - 30.25 / Piece

US $19.20 - 29.62 / Piece
$7 OFF $39+

US $6.95 - 13.57 / Piece
$2 OFF $50+

US $4.60 - 6.29 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece
$2 OFF $50+

More ⌄

New Arrival skin care tools

Face Massager ANLAN Neck Face Beauty Device 3 color LED
US $18.75 - 22.13 / Piece

Face Massager HSKOU Neck and Face Beauty Equipment 3-
US $16.74 - 24.90 / Piece

Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl
US $22.56 - 26.18 / Lot

Organization Bath Brush Rub Back Body Skin Care Tool On
US $16.65 - 21.11 / Piece

Other Bath Toilet Supplies Plastic Shower Feet Massage
US $8.77 - 9.98 / Piece

Face Massager N Beauty Device 3 c
US $13.19 - 15.56

Not ███████ Sign out

Listed on 12/04/2023

Bookmark & Share

Any questions or suggestions ? Please let us know.

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change

[redacted] Miami, Florida, United States, 33138 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: wedswty68

| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-PINK US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jul 1 |
|---|---|---|

**Add remark to seller**

Please add remark(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

digicert GeoTrust VISA MasterCard

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

LOGO Factory
Wedswty68
Add To Favorite Stores ( )
87.1% Positive Feedback 71 Transactions
Online Chat
Share

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

**Store Categories**
- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma252a

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...
Ships out within 10 business days
US $32.98 - 39.30 / Piece
Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 160

Marketplace: DHGate

Seller Name: wedswty998

SPEND & SAVE BONUS COUPON — UP TO $ 150 SAVINGS



DHgate

wedswty998 Store | Chat
88.9% Positive Feedback

New Buyer Coupons! | $ | Buyer Protection | Customer Service | United States / USD | English

designer bag | On DHgate | In this Store

Join / Sign in
My DHgate

Cart (2)

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

### Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma232n

US $32.98 - 39.3 / Piece

| USD | **$39.3** | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

**Sale Detail:** Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack **$23** OFF | Claim

Options: (color swatches) **02-ROSE** More+

Quantity: 1 Piece    Maximum 50 Piece(s)

Shipping: **Free Shipping** to United States Via China Post SAL More Options
Estimated delivery time: May. 31 and Jun. 28

Total cost: **$39.3**

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

**Product Feature**

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought


Black electric shaver for men beard hair trimmer electrical
US $44.19 - 57.23 / Piece
$2 OFF $50+


Hair Clippers WMARK NG-2021 Electric Trimmer For Men
US $56.64 - 68.98 / Piece


Electric Hair Dryer Professional Power Styling Tools Blow Hot
US $18.28 - 21.78 / Piece


Oem Professional Portable Folding Blue Light Stand
US $29.68 - 35.37 / Piece


2 in 1 360 degree rotating Hair Curler Fast Heating Mini
US $36.31 - 43.26 / Piece


Electric Hair Dryer 3200 Professional Hair Dryer HotCold
US $10.62 - 13.71 / Piece
$2 OFF $25+

## Customers Often Bought With

        







| 2023 OG Slippers Autumn An... | Outdoor Bags 32 38 42 48 inc... | Slides Slippers Desert Sand Su... | 2023 Arizona Microfiber Mens... | Jumpman Utility Grind 12 12s ... | Womens fuzzy slipper high w... |
| US $26.20 - 31.22 / Piece | US $50.31 - 65.30 / Piece | US $29.63 - 35.31 / Pair | US $37.15 - 44.27 / Pair | US $43.29 - 61.92 / Piece | US $6.08 - 48.51 / Piece |
| $2 OFF $25+ | $4 OFF $69+ | $3 OFF $49+ | $17 OFF $335+ | $25 OFF $499+ | $2 OFF $25+ |

## More Choices








| electric shaver for men beard electric razor facial body | Xiaomi Mi Enchen Boost USB Electric Hair Clipper Two Speed | cord cordless hair clipper barber machine professional | 50%off Oral Irrigators Hand Held Electric Tooth Punch | Andis Profoil Lithium Titanium-ION Cord Cordless Foil Shaver | Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic |
| US $150.48 - 162.46 / Piece | US $10.36 - 12.34 / Piece | US $475.90 - 508.50 / Piece | US $41.20 - 49.10 / Piece | US $59.01 - 70.32 / Piece | US $41.18 - 53.33 / Piece |
| $8 OFF $150+ | | $8 OFF $150+ | | | $2 OFF $25+ |

---

**wedswty998 Store** >


💬 Chat 👥1

88.9% Positive Feedback

On-time Delivery Rate: ↑

Repurchase rate: ↓

Business Information

**Top 3 Markets**

**Store Categories**

>Watches
  Women's Watches
  Other Watches
>Sports & Outdoors
  Outdoor Bags
  Fitness Supplies
  Athletic & Outdoor Apparel
  Hunting
  Cycling
  Athletic & Outdoor Accs
>Bags, Shoes & Accs
  Women's Bags
  Men's Bags
  Women's Shoes
  Men's Shoes
>Household Appliances
  Personal Care
  Home Theater
>Bags, Luggage & Accessories
  Fashion Bags
  Xmas Bags Idea
  Wallets & Holders
  Evening Bags
  Waist Bags
  Briefcases
  Cosmetic Bags & Cases
  School Bags
  Bag Parts & Accessories
  Bag & Luggage Making Materials

---

**Item Description**   Company Overview       Report Item

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Vibration: | 6000RPM |
| Commodity Quality Certification: | ce |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 848792894 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



5 intensity adjustments



>Fashion Accessories
>Automobiles & Motorcycles
  Auto Parts
  Motorcycle Parts

All Store Items on Sale Now

Go to Store  >

More items from this Store

## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow


US $6.95 - 13.57 / Piece


US $32.98 - 39.30 / Piece


US $27.73 - 33.04 / Piece


US $78.53 - 99.20 / Piece


US $28.91 - 34.45 / Piece





Product Name: Net transparent silicon cleansing instrument

Product number：NJMY−036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



US $22.85 - 30.25 / Piece

View all 3889 items

charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blue

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin

High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

**Specifications**

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green





 USB Rechargeable

 The standby is up to 90 days

 IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



① Fine
For sensitive skin

② Rough
For oily skin, like T zone

③ Regular
For normal skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand        VS        Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch

# Product Pictures





SUPER COOL

WASHING MACHINE

JMY04 JMY16

Less Description ∧

Sponsored Products You May be Interested In More Choice   我也要出现在这里


No Fan Super Hair Dryer Professional Salon Tools Blower
US $143.89 - 171.46 / Piece


for HD03 US UK EU Plug Fanless Vacuum Hair Dryer 3rd
US $158.80 - 189.23 / Piece


Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $46.10 - 54.93 / Piece


Powerful Rechargeable Shaver Shaper barber foil electric
US $27.37 - 32.61 / Piece


Top Quality Hair Curler Professional Salon Tools EU US
US $205.71 - 245.13 / Piece


8 Heads Hair Curler Dark Blue Multi-function Hair Styling
US $206.84 - 251.50 / Piece

Similar Items


Hot ceramic tip heating coil knife dab tool with cap
US $6.43 - 8.99 / Lot


PLATINUM AND GOLD Hair Straighteners Professional
US $55.21 - 69.99 / Piece


Iveid Longmada Mator Heater Wax Long Glass Attachment
US $6.50 - 12.52 / Piece
$5 OFF $99+


Longmada Mr Bald T Heater 510 Thread Starter Kit Oil Wax
US $12.18 - 17.64 / Piece
$5 OFF $99+


Hair Dryer Brush 5 in 1 Professional Hair Curly Iron
US $45.62 - 54.36 / Piece


3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer
US $8.11 - 10.50 / Piece
$5 OFF $99+

Related Keywords


skin care instruments


dermaroller needling


collagen skin care


led mask for skin care


dr pen ultima


collagen induction


derma microneedling


titanium needles derma


use of face roller


foot care tools

You May Also Like








Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

5in1 Electric Face Scrubbers Multifunctional facial cleanser face

US $4.43 - 7.79 / Piece

$1 OFF $50+

VKK Silicone Face Cleaning Brush Electric Face Cleanser Electric Facial Cleanser

US $15.97 - 19.03 / Piece

$1 OFF $50+

Ultrasonic Skin Scrubber Facial Cleansing Machine USB Rechargeable Acne

US $18.23 - 21.72 / Piece

$1 OFF $50+

Electric Face Scrubbers Cleansing Brush Silicone Warming Cleanser Massage EMS

US $33.62 - 40.06 / Piece

$2 OFF $50+

    

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna

US $40.65 - 56.79 / Piece

$2 OFF $50+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

Nano spray water replenishing evaporator instrument Face moisturizing

US $31.84 - 37.95 / Piece

$2 OFF $50+

    

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

$2 OFF $50+

Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool Black

US $22.85 - 30.25 / Piece

$2 OFF $50+

3Colors 4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric 1px7

US $8.72 - 10.26 / Piece

$3 OFF $49+

Air humidifier 30 ml mini nano facial sprayer USB cleaner scatter fragrance

US $26.98 - 32.15 / Piece

$2 OFF $50+

Desktop Simple Dressing HD Folding Makeup Mirror -2

US $1,100.00 - 1100.00 / Piece

    

100pcs vinca Periwinkle Flower Seeds Bonsai Variety of Colors Rare Plants for

US $1.35 - 1.54 / Lot

18cm Transformation robot Boy toy Car model Anime Movie Series SS38 action

US $13.83 - 23.03 / Piece

$10 OFF $340+

6 10 inch Spiral 1 2-28 5 8-24 Single CoreCar Fuel Filter Solvent Trap For NAPA

US $16.64 - 40.67 / Piece

Jameo Auto Car Steering Wheel Panel Cover Trim for BMW 3 Series E90 E92 E93

US $15.89 - 24.83 / Piece

$2 OFF $50+

Evening Bags Crossbody Handbags Shoulder Bag Vintage Arc Clutch Purse

US $95.89 - 113.12 / Piece

$2 OFF $25+

    

Yeelight Second Generation Candela Led Night Light Dimmable LED Lamp Bedside

US $40.46 - 47.43 / Piece

$2 OFF $50+

Ric Roger McGuinn 1988 370 Maple Glo Natural 12 Strings Semi Hollow Electric

US $138.75 - 494.55 / Piece

$2 OFF $50+

Evening Bags Luxurys Designers High quality Women Shoulder bag bags Totes

US $77.80 - 91.77 / Piece

$2 OFF $25+

Evening Bags Embroidery Tote Bag Canvas Shopping Handbag Large

US $89.18 - 105.20 / Piece

$2 OFF $25+

Multicolor Camera Bag Designer Handbags Women Wide Shoulder Straps

US $22.35 - 29.65 / Piece

$2 OFF $69+

    



Motorcycle Backrest Luggage Rack Set For BMW F650GS 2008-12 F700GS 2013-

US $54.72 - 156.46 / Set

$10 OFF $340+



Wine Glasses 375ml Highheeled Shoes Shape Whisky Decanter Luxurious Glass

US $31.43 - 37.45 / Piece



5A Cowhide Felicie 3pcs Shoulder Crossbody Bags Women Envelope

US $9.04 - 44.35 / Piece



Vintage Dauphine Shoulder Messenger Bags COW LEATHER Designer Luxury

US $12.56 - 72.86 / Piece



Genuine Leather Bags Women Fashion Handbags Shoulder Messenger Bag

US $38.14 - 80.00 / Piece

$2 OFF $69+




Black color Luxury High Quality Designer Belts Fashion snake animal pattern

US $14.34 - 27.93 / Piece

Evening Bags Designer Messenger Bags Women Chain Handbag Shoulder Packs

US $60.30 - 71.14 / Piece

$2 OFF $25+

Designer Women's Dress Women's Short Sleeve Spring Summer Mini New High

US $111.26 - 137.52 / Piece

$3 OFF $49+

23SS Men's Designer T-shirt Plus Tees Polos Round Neck Lipstick Dog Print

US $45.23 - 55.91 / Piece

$3 OFF $49+

Evening Bags Crossbody Messenger Bag Women Handbags Classic Black Material

US $111.72 - 131.79 / Piece

$2 OFF $25+

MONTSOURIS Backpack Style Women's Empreinte Leather Shoulder School Bag

US $61.97 - 80.00 / Piece

$2 OFF $69+

More ⌄

## New Arrival skin care tools



Beauty Nano Face Steamer Facial Kit Skin Care Tool Set,
US $45.01 - 53.63/ Piece



Baking Pastry Tools Ice Roller for Face and Eye Silicone Mold
US $4.22 - 5.54/ Piece



Home Use Wireless Automatic Serums Hydra pen H3
US $91.38 - 119.77/ Piece



3pcs Set Resin Roller Massager for Face Body Gua Sha Not Jade
US $0.92 - 1.43/ Set



Other Skin Care Tools Collagen Crystal Eye Masks Anti-
US $0.19 - 0.41/ Piece



Ionic Facial Steamer 4-Pc Face Skin Care Tool Set Blackhead
US $32.52 - 38.75/ Piece

🎁 $25 For New User

Join Free

See personalized recommendations , Sign in

Listed on 10/03/2023

Bookmark & Share 



Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

Chat





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33133 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

digicert GeoTrust VISA MasterCard

## Review & Confirm Your Order

☑ Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: wedswty998 | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 28 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally | Join Free | Sign in | My DHgate | Help | English

LOGO Factory

Wedswty998

Add To Favorite Stores ( 1 )

88.9% Positive Feedback 43 Transactions

Online Chat

Share | Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma232n

Store Categories

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma232n

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 162

Marketplace: DHGate

Seller Name: xovke



SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Go to Cart

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate | xovke Store Chat | 50.0% Positive Feedback | slides | On DHgate | In this Store | Hi [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

# Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma2300

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF Claim

Options:

01-YELLOW More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jul. 1

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Selling Electric Razor Rechargeable Beard Trimmer
US $18.45 - 21.99 / Piece

Leisure Computer Chair Household Office Student
US $13.13 - 18.68 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.58 - 27.41 / Piece
$2 OFF $50+

Electric Hair Dryer Blow Dryer Curling Iron Rotating Brush
US $153.36 - 182.75 / Piece

Hair Curlers Straighteners New Arrival professional 19mm
US $21.95 - 27.91 / Piece
$2 OFF $50+

Hair Clippers Dro Cortar Cabello To
US $23.56 - 35.43

xovke Store >

Chat 1

Item Description | Company Overview | Report Item

## Specifications

50.0% Positive Feedback

On-time Delivery Rate: ▲

Repurchase rate: ▼

Business Information

**Top 3 Markets**

**Store Categories**

>Sports & Outdoors
Outdoor Bags
Snow Sports
Fitness Supplies

>Bags, Shoes & Accs
Men's Bags
Women's Accessories
Men's Accessories
Women's Shoes
Men's Shoes

>Fashion Accessories
Fashion Hats
Keychains & Lanyards
Xmas Accessories Idea
Fashion Scarves & Wraps
Fashion Gloves
Sunglasses

>Bags, Luggage & Accessories
Wallets & Holders
Xmas Bags Idea
Fashion Bags
Evening Bags
Waist Bags
Shopping Bags
Bag Parts & Accessories
Cosmetic Bags & Cases
School Bags

>Fashion Collection
Baseball Caps

>Household Appliances
Personal Care
Home Theater

>Watches

**All Store Items on Sale Now**

Go to Store >

**More items from this Store**



US $12.24 - 15.78 / Piece



US $14.99 - 25.08 / Piece

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality | |
| Certification: | ce |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 856885943 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



### Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

### Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





US $16.96 - 29.53 / Piece

US $78.53 - 99.20 / Piece

Buy 2 get 1% off

US $50.33 - 59.97 / Piece

US $23.36 - 39.13 / Piece

View all 8581 items

Product Name: Net transparent sili
cleansing instrume

Product number：NJMY-03

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regu
For normal



High frequency sound wave vibration 6000rmp per minute Deep cleansing skin care





*Support drop shipping*



*No logo, no invoice,*
*no store information,*
*no promotional information*

*High quaity,box package,ship within 12 hour*

**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clean**
**Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and eleg
shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash
Machine,1 x usb charger,1 x english manual,1 x box,

**Specifications**

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







 USB Rechargeable     The standby is up to 90 days     IPX 7 Waterproof

IPX 7 Waterproof Design



3 zones for different types of skin



**①** Fine
For sensitive skin

**②** Rough
For oily skin, like T zone

**③** Regular
For normal skin

# Brush Head Lengthened
## Deep Cleaning



Your cart is empty



Washing by hand          Washing by our brush

PRODUCT PARAMETERS

| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

## Orange Test
## with lipstick pasted

----Because orange is similar to human skin



**Washed by hand**



**Washed by  brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



*Brush head lengthened*

Удлиненная щетка

Dead zone
Мертвая зона

Cleansing area
Очищающая область

Massage area
Массажная зона

3 zones for different types of skin







☑ **Remove dirt & oil**

☑**Remove black head**



☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles

8CM/3.15inch

8CM/3.15inch

# Product Pictures



SUPER COOL
WASHING MACHINE

JMY04 JMY16

Less Description ⌄

Related Keywords


firming skin care


portable radio frequency skin


skin care tips


foot care tools


digital facial skin analyzer

You May Also Like












Electric Face Scrubbers Laser Epilator Permanent IPL Photoepilator Hair

US $120.23 - 143.28 / Piece

Per $100 Save $10


Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty Pen Facial

US $301.50 - 312.49 / Piece


[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers

US $23.72 - 28.27 / Piece


Face Machine Facial Massager High Frequency Facial Machine Face

US $20.94 - 24.95 / Piece

$2 OFF $50+


Silicone Facial Cleanser Waterproof scrubber Rechargeable Face Brush

US $16.69 - 24.85 / Piece

$2 OFF $25+


Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

$2 OFF $50+


Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-

US $3.67 - 4.24 / Piece

$2 OFF $25+

Electric Face Scrubbers 5 Modes Silicone Cleansing Brush Clean Device

US $26.04 - 34.38 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+


4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7 Waterproof

US $11.33 - 13.81 / Piece

$3 OFF $49+


6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+


MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

$2 OFF $50+


Electric Face Scrubbers Cleansing Brush with 4 Cleaning Heads

US $33.38 - 39.77 / Piece

$2 OFF $50+


SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

$2 OFF $50+


women's suit 2023 pants autumn long sleeve round neck loose casual color

US $14.32 - 19.99 / Piece


Brand new 8.8inch Glass for BMW X5 NBT L7 CID High F30 F31 Car VIDEO

US $30.96 - 40.00 / Piece

Summer 2023 Casual Shorts Suits Women Tracksuits 2 Piece Set Outfits

US $39.08 - 40.93 / Lot

$2 OFF $28+

Per $100 Save $6

Elbow Knee Pads Sports Safety Sports Men's Compression Knee Brace Elastic

US $1.39 - 7.89 / Piece


Evening Bags Bucket Bag Closed-toe Layer Cowhide Food Basket Tote All-

US $84.15 - 99.27 / Piece

$2 OFF $25+


3 Sets of Alice A5501 Headless Electric Guitar Strings Double Ball End 1st-6th

US $8.55 - 10.18 / Lot


Parts Motorcycle Motorcross Handlebar Handguards Hand Guards

US $31.95 - 38.07 / Set

$2 OFF $50+


Organization 2 PERSONS FOLDABLE BATHTUB FLAMINGO HOME SPA BATH

US $135.38 - 171.62 / Piece

$2 OFF $50+


Innokin iClear 30S Dual Coil Heads the wooden wick i Clear 30 S Atomizer

US $1.01 - 1.12 / Piece

$3 OFF $49+


6ml Water-based Nail Polish Children Pregnant Women Available Nail

US $17.75 - 23.50 / Lot

$2 OFF $50+


Motorcycle Half Helmets Personali Bicycle Riding Lovely Strawberry

US $72.19 - 82.09 / Piece

$2 OFF $50+

    

4Door Car Door HingeHinge CoverSpare Tire Holder Hinge Cover

50 Pcs Lot Not Repeated Skateboard Stickers Male Rapper For Car Laptop

New 7 Strings Hollow Jazz Electric Guitar VS Sunburst Top Musical

2022 INS Mens Womens hoodie High Street Skeleton Palace Hoodies Hip-

watch designer mens movement watches Automatic Mechanical Watch

US $45.92 - 62.91 / Set

US $1.71 - 4.63 / Lot

US $293.97 - 338.55 / Piece

US $53.30 - 65.22 / Piece

US $70.35 - 83.84 / Piece

$2 OFF $50+

$2 OFF $25+
$50 Save $7

$15 OFF $299+

   

10 pairs mixed style women's 925 silver earring GTE8,high grade

DHL,UPS FREE Senior Bach Silver Plated Bach Trumpet LT 1805-43 Small

Fittings 1.375X24 Titanium Gr5 Extra Hexagon Sealed End Cap For Modar

Fashion Men Leather Crossbody Shoulder Bag Top Designer Briefcase

Red Yellow Flame Crew Socks Lifelike Fire Socks Men Hip Hop Design Classic

US $2.32 - 3.96 / Pair

US $195.98 - 233.54 / Piece

US $23.57 - 28.51 / Piece

US $33.70 - 39.75 / Piece

US $12.14 - 13.67 / Lot

$2 OFF $25+

$2 OFF $50+



Flat Shoulder Glass Oil Perfume Bottles Transparent Amber Frosted

US $21.77 - 329.54 / Lot

$7 OFF $159+

More ∨

## New Arrival skin care tools

     

Face Massager ANLAN Neck Face Beauty Device 3 color LED

Face Massager HSKOU Neck and Face Beauty Equipment 3-

Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl

Organization Bath Brush Rub Back Body Skin Care Tool On

Other Bath Toilet Supplies Plastic Shower Feet Massage

Face Massager N Beauty Device 3 c

US $18.75 - 22.13/ Piece

US $16.74 - 24.90/ Piece

US $22.56 - 26.18/ Lot

US $16.65 - 21.11/ Piece

US $8.77 - 9.98/ Piece

US $13.19 - 15.56

Not [redacted] Sign out

Listed on 07/04/2023

Bookmark & Share          

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Span
French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)

[redacted] Boca Raton, Florida, United States, 33433 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Summary

Enter code here Apply

Item Subtotal(1 items): US $39.30

Shipping Cost: US $0.00

Discounts: -US $1.00

**Grand Total: US $38.30**

Pay now

« Back to Cart

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: xovke | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 01-YELLOW US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jul 1 |

**Add remark to seller**

Please add remark(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

Item Subtotal: US $39.30

Shipping Cost: US $0.00

DHcoupon: -US $1

**Order Total: US $38.30**

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

China Wholesale · Security & Privacy · About Us · China Manufacturers · Seller Home · Blog · Best Sellers · Customer Service · Terms of Use · Russian · Portuguese · Italian · Spanish · French · German · Turkey · 한국어 · العربية · Nederlands · Polski · Svenska · 日本語 · Ireland · Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License  京ICP备16060083号-9

DOE Number: 163

Marketplace: DHGate

Seller Name: xxlb









SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate | xxlb Store Chat | 100.0% Positive Feedback | sunglasses | On DHgate | In this Store | Join / Sign in My DHgate | 1 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Share to be partner | Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma189f

**US $32.98 - 39.3** / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF Claim

Options: 03-BLUE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options

Estimated delivery time: May. 31 and Jun. 28

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

8148 Magic Metal Hair Clipper Electric Razor Electric Push
US $56.55 - 58.30 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.82 - 16.07 / Piece
$2 OFF $50+

Epacket KM-1409 Carbon Steel Men Beard Shaver Head Hair
US $16.09 - 19.17 / Piece
$2 OFF $50+

3 in 1KEMEI KM-1407 Multifunctional Hair Trimmer
US $8.11 - 10.50 / Piece
$5 OFF $99+

Abdominal Muscle Training Stimulator Device Wireless EMS
US $13.48 - 21.42 / Piece
$2 OFF $50+

KEMEI KM-1407 Multifunctional Hair Trimmer Rechargeable
US $17.69 - 27.07 / Piece
$2 OFF $50+

## Customers Often Bought With

Electric Shaver 5 Heads Floati...
US $20.46 - 24.13 / Piece
$2 OFF $50+

T&G 9 Pcs PRO Salon Hair Styli...
US $17.40 - 34.56 / Lot

Designers bags Cosmetic Bag ...
US $190.96 - 217.15 / Piece

Hair Brushes 1PCS Men Beard...
US $2.62 - 5.15 / Piece
$4 OFF $69+

The North F Backpack Boys & ...
US $19.46 - 24.05 / Piece
$10 OFF $340+

2021s Brand MINI Men off Yel...
US $49.49 - 59.24 / Piece

## More Choices








electric shaver for men beard electric razor facial body
US $150.48 - 162.46 / Piece
$8 OFF $150+

Xiaomi Mi Enchen Boost USB Electric Hair Clipper Two Speed
US $10.36 - 12.34 / Piece

cord cordless hair clipper barber machine professional
US $475.90 - 508.50 / Piece
$8 OFF $150+

50%off Oral Irrigators Hand Held Electric Tooth Punch
US $41.20 - 49.10 / Piece

Andis Profoil Lithium Titanium-ION Cord Cordless Foil Shaver
US $59.01 - 70.32 / Piece

Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $41.18 - 53.33 / Piece
$2 OFF $25+

---

**xxlb Store** >

💬 Chat    👥 1

100.0% Positive Feedback

On-time Delivery Rate:    ↑

Response Time:    ↑

Repurchase rate:    ↓

Business Information

Top 3 Markets

### Store Categories

>Sports & Outdoors
  Outdoor Bags
  Snow Sports
  Fitness Supplies
>Bags, Shoes & Accs
  Men's Accessories
  Men's Bags
  Women's Accessories
  Women's Shoes
  Men's Shoes
>Bags, Luggage & Accessories
  Wallets & Holders
  Xmas Bags Idea
  Fashion Bags
  Evening Bags
  Cosmetic Bags & Cases
  Waist Bags
  Briefcases
  Bag & Luggage Making Materials
>Fashion Accessories
  Hats, Scarves & Gloves
  Fashion Hats
  Fashion Gloves
  Xmas Accessories Idea
  Fashion Scarves & Wraps
>Household Appliances
  Personal Care
  Home Theater

| | |
|---|---|
| Item Description | Company Overview |

Report Item

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Vibration: | 6000RPM |
| Commodity Quality | ce |
| Certification: | |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 848179239 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.

- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



>Watches
Wristwatches
Unisex Watches
Men's Watches
Mechanical Wristwatches
Women's Watches

All Store Items on Sale Now

Go to Store  >

More items from this Store



US $32.98 - 39.30 / Piece



US $53.73 - 64.02 / Piece



US $15.64 - 27.22 / Piece



US $23.36 - 39.13 / Piece



US $29.30 - 48.51 / Piece



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin is soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent silicon cleansing instrument

Product number：NJMY-036

Product size: 100x75x30mm

Product weight: about 98g

Charging mode: USB



US $25.68 - 34.00 / Piece

View all 8351 items

charging / 5V, 1A

Charging time: about 1 hour

Cleaning method: body waterproof

Product color: red / pink / blue

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regular
For normal skin

High frequency sound

wave vibration

6000rmp per minute

Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Cleaner Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elegant shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Washing Machine,1 x usb charger,1 x english manual,1 x box,

**Specifications**

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green






USB Rechargeable


The standby is up to 90 days


IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin

② **Rough**
For oily skin, like T zone

③ **Regular**
For normal skin

① **Fine**
For sensitive skin





# Brush Head Lengthened
## Deep Cleaning





Washing by hand



Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Color: Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin









☑ Remove dirt & oil

☑ Remove black heads

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles





8CM/3.15inch



# Product Pictures



**SUPER COOL**

JMY04 JMY16

Less Description ∧

## Sponsored Products You May be Interested In More Choice 我也要出现在这里


No Fan Super Hair Dryer Professional Salon Tools Blower
US $143.89 - 171.46 / Piece


for HD03 US UK EU Plug Fanless Vacuum Hair Dryer 3rd
US $158.80 - 189.23 / Piece


Electric Hair Dryer 5 in 1 Hair Dryer Heat Comb Automatic
US $46.10 - 54.93 / Piece


Powerful Rechargeable Shaver Shaper barber foil electric
US $27.37 - 32.61 / Piece


Top Quality Hair Curler Professional Salon Tools EU US
US $205.71 - 245.13 / Piece


8 Heads Hair Curler Dark Blue Multi-function Hair Styling
US $206.84 - 251.50 / Piece

## Similar Items


Newest Body Slimming Belt 660NM 850NM Pain Relief fat
US $22.61 - 149.67 / Piece
$2 OFF $50+


100 200 300 500g 0.01 0.1g Mini Digital Scales High
US $3.39 - 5.56 / Piece
$10 OFF $300+


Combination Sex Toy Silicone Prostate Massager Anal Plug
US $2.31 - 22.82 / Piece
$2 OFF $50+


Longmada Motar II Wax Heater Replaceable of Quartz Bucket
US $15.85 - 22.75 / Piece
$5 OFF $99+


Eroticos Bdsm Bondage Lucky Bag Surprise Mystery Box sexy
US $47.23 - 56.28 / Piece


Longmada Ceramic Hot Knife Wax Heater Heating Tip Coil
US $8.68 - 12.17 / Lot
$5 OFF $99+

## Related Keywords


skin care instruments


dermaroller needling


collagen skin care


led mask for skin care


dr pen ultima


collagen induction


derma microneedling


titanium needles derma


use of face roller


foot care tools

## You May Also Like



Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care

US $29.30 - 48.51 / Piece
$2 OFF $50+




Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $75.40 - 95.25 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing

US $32.98 - 39.30 / Piece
$2 OFF $50+






Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light Therapy Face

US $78.53 - 99.20 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece







TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne

US $23.36 - 39.13 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece
$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece
$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece







Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt Blackhead

US $27.73 - 33.04 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple

US $6.95 - 13.57 / Piece
$2 OFF $50+

Vibration Facial Cleansing Brush Mini Silicone Electric Sonic Cleanser IPX7

US $12.24 - 15.78 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double

US $50.33 - 59.97 / Piece
$2 OFF $50+

Ultrasonic Face Pore Cleanser Skin Scrubber Blackhead Acne Removal Face

US $14.17 - 21.14 / Piece
$1 OFF $50+













| | | | | |
|---|---|---|---|---|
| Professional Facial Steamer Nano Mist Deep Pore Cleanser Face Steaming Sauna | 2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning Pore | TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne | Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-Shaped Facial | Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light Skin Care |
| US $40.65 - 56.79 / Piece | US $40.47 - 48.23 / Piece | US $23.36 - 39.13 / Piece | US $3.71 - 4.28 / Piece | US $29.30 - 48.51 / Piece |
| $2 OFF $50+ | $2 OFF $50+ | $2 OFF $50+ | $1 OFF $50+ | $2 OFF $50+ |




| | | | | |
|---|---|---|---|---|
| RF EMS LED Facial Oxygen Injection Machine Microcurrent Face Lifting Red | 6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot Deep Pore | MD013 electric rechargeable Blackhead remover for Face Deep Pore Acne Pimple | V Face Massager LED Pon Light Therapy EMS Facial Lifting Face Slimming Double | TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove Scars Acne |
| US $25.25 - 30.09 / Piece | US $35.02 - 46.21 / Piece | US $6.95 - 13.57 / Piece | US $50.33 - 59.97 / Piece | US $23.36 - 39.13 / Piece |
| $2 OFF $50+ | $2 OFF $50+ | $2 OFF $50+ | | $2 OFF $50+ |

Buy 2 get 1% off

[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers Machine

US $23.72 - 28.27 / Piece

$3 OFF $49+

More ⌄

## New Arrival skin care tools








| | | | | | |
|---|---|---|---|---|---|
| Other Skin Care Tools 250 Pcs Fast Express Sponge Back | Other Skin Care Tools High Pressure no needle lip filling | Beauty Nano Face Steamer Facial Kit Skin Care Tool Set, | Face Massager Ice Gel Face Mask Anti Wrinkle Relieve | Face Massager AOKO 40KHZ Cavitation Ultrasonic Body | Face Massager Neck Face Beauty Device Lifting Machine |
| US $294.10 - 311.05/ Lot | US $88.80 - 113.78/ Piece | US $45.01 - 53.63/ Piece | US $10.96 - 12.93/ Piece | US $101.66 - 119.92/ Piece | US $15.00 - 21.36/ Piece |

🎁 $25 For New User


Join Free

See personalized recommendations , **Sign in**

Listed on 09/03/2023

Bookmark & Share           





China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.  License  京ICP备16060083号-9

Chat





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Boca Raton, Florida, United States, 33433 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: xxlb | | |
|  Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 03-BLUE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: May 31 and Jun 28 |

Add remark to seller

Please add remark(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

LOGO Factory

Xxlb

Add To Favorite Stores ( 1 )

100.0% Positive Feedback 17 Transactions

Online Chat

Share Share 0

Skin Care Tools Electric Face Scrubbers In this store On DHgate

## Store Categories

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma189f

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 164

Marketplace: DHGate

Seller Name: yao07



SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate | yao07 Store Chat | 96.3% Positive Feedback | tote bag | On DHgate | In this Store | Hi, [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Health & Beauty > Skin Care Tools & Devices > Cleaning Tools & Accessories > **Cleaning Tools Accessories Mini Ultra...**

Similar Items

Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush Silicone Electric Sonic Face Skin Washing Massager USB Rechargeable Blackhead Remover 230208

**US $11.84 - 14.1** / Piece

| USD | $14.1 | $12.26 | $11.84 |
|---|---|---|---|
| | ~~$33.57~~ | ~~$29.2~~ | ~~$28.18~~ |
| | 1 Piece+ | 11 Pieces+ | 36 Pieces+ |

App Only $11.55 - $13.76

Sale Detail: 58% OFF

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack $32 OFF DHcoupon $23 OFF This Store Only $9 OFF Claim

Store Coupon Save $4

Options: Blue

Quantity: 1 Piece Maximum 1000 Piece(s)

Shipping: $8.38 Cost-effective to **United States** Via **ePacket** More Options

Estimated delivery time: **May. 27** and **Jun. 18**

Total cost: **$22.48**

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

## Customers Who Bought This Item Also Bought

Personal Care Dark Spot Freckle Mole Removal Eyelid Lifting
US $555.90 - 1010.72 / Piece
$2 OFF $25+
$600 Save $5

Personal Care Laser Plasma Pen Laser Machine Tattoo
US $122.60 - 265.62 / Piece
$2 OFF $25+
$600 Save $5

Personal Care Hot Plasma Pen Dark Spot Remover Skin
US $122.60 - 265.62 / Piece
$2 OFF $25+
$600 Save $5

Electric Plasma Pen Mole Removal Dark Spot Remover
US $40.99 - 48.84 / Piece
$2 OFF $50+

NXY Face Care Devices New Mini Hifu Machine Ultrasound
US $87.01 - 103.68 / Piece
$2 OFF $50+

12pcsbox 8ml BB Cream Korea Serum Microneedling Roller
US $33.16 - 39.51 / Piece
$2 OFF $50+

## Customers Often Bought With

| Metal Eyebrow Positioning Se... | Menow Eyebrow Eyeliner Pen... | Water Flosser Dental Oral Irri... | Black Tattoo Grip Bandage Co... | New Toothbrush Handle for S... | Other Oral Hygiene Electric So... |
|---|---|---|---|---|---|
| US $5.88 - 15.05 / Piece | US $2.95 - 4.87 / Lot | US $22.49 - 26.53 / Piece | US $14.66 - 29.31 / Piece | US $131.22 - 330.51 / Piece | US $19.59 - 50.28 / Piece |
| $10 OFF $100+ | | | | $2 OFF $50+ | |

## More Choices

     

| RF Microneedling Machine RF Fractional Microneedling Beauty | Disposable Consumable Cartridge Needle Tattoo Beauty | RF Fractional Microneedling Beauty Microneedle roller | 2023 Microneedle RF Machine Fractional 10 25 64nm Wrinkle | Microneedle Roller RF Fractional Microneedling | RF Fractional Microneedling Machine Microneedle RF Face |
|---|---|---|---|---|---|
| US $524.26 - 618.13 / Piece | US $68.78 - 1079.20 / Piece | US $535.03 - 1097.50 / Piece | US $724.34 - 834.17 / Piece | US $1,436.39 - 1595.98 / Piece | US $524.26 - 618.13 / Piece |
| $23 OFF $688+ | $50 OFF $500+ | $23 OFF $688+ | $23 OFF $688+ | $23 OFF $688+ | $23 OFF $688+ |

---

### yao07 Store  ›



💬 Chat   🗨 9

96.3% Positive Feedback

On-time Delivery Rate:    🔺
Repurchase rate:    🔻

Business Information

**Top 3 Markets**

| | |
|---|---|
| North America | 67.74% |
| Western Europe | 11.29% |
| Northern Europe | 8.06% |

**Store Categories**

>Health & Beauty
- Tattoos & Body Art
- Massage
- Makeup Tools
- Body Sculpting & Slimming
- Shaving & Hair Removal
- Oral Hygiene
- Fragrance & Deodorant
- Skin Care Tools & Devices
- Other Health & Beauty Items
- Health Care
- Sexy Underwear

>Hair Products
- Hair Accessories & Tools
- Hair Wigs
- Lace Wigs
- Hair Extensions

**All Store Items on Sale Now**

Get up to $999 Store Coupon

Go to Store  ›

**More items from this Store**



---

| Item Description | Company Overview | | Report Item |
|---|---|---|---|

### Specifications

| | |
|---|---|
| Type: | electric facial cleanser electric1 |
| Gender: | Women |
| Plugs Type: | brush us |
| Origin: | mainland china |
| Power Source: | electric2 |
| Number of Pieces: | one unit |
| Material: | silicone |
| Item Type: | brush |
| Model Number: | facial cleanser a0080 |
| Feature: | facial massager |
| Item Code: | 840383461 |
| Category: | Cleaning Tools & Accessories |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description

**Mini Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Washing Massager USB Rechargeable Blackhead Remover**

**product description:**

Mini Electric Ultrasonic Silicone Brush Facial Pore Cleansing Cleaner Waterproof USB Face Brush Massager Machine Professional

**Features:**

Small, portable and fashion, exquisite appearance, easy to use, easy to carry.

Suitable for all of your facial deep cleaning pore exfoliating blackhead Anti-aging.

Silicone sonic vibration,no irritating, for all skin types.

No brush-heads replacement required, easy to clean, health and safety.

**Product parameters:**



US $10.04 - 11.96 / Piece
US $23.90 - 28.48 / Piece



US $15.20 - 18.11 / Piece
US $36.19 - 43.12 / Piece



US $20.03 - 36.86 / Piece
US $47.59 - 87.77 / Piece



US $9.48 - 36.17 / Piece
US $22.57 - 86.11 / Piece



US $9.11 - 10.86 / Piece
US $21.69 - 25.85 / Piece

US $18.12 - 21.60 / Piece
US $43.15 - 51.42 / Piece

View all 2880 items

Product Name: Temperature Sensitive Electric Silicone Cleanser

Working voltage: 3.7v

Product Material: Food Grade Silicone Grade | ABS PC Plastic

Product size: L125 × W58 × H28mm

Product packing list: product × 1 set of instructions × 1 copy USB charging cable × 1

Product net weight: 88.5g

Rated power: 0.6w

Power input: 5v

Battery capacity: 600mAh

Package Include :

1*Electric facial cleanser

1 * USB charging cable

1 * instruction manual

Note:

1. Due to manual measurement, please allow 1-3mm difference.

2. Due to the difference between the display and the light, the picture may not reflect the actual color of the item.

Thank you for your understanding.




# Three Areas Cleaning

Three kinds of thick and thin brush head design,
T-area, nose, cheek, etc. for cleaning

**Front top rough brush**
Suitable for cleansing neutral
muscles mixing muscle
oily muscles, and oily areas

**Large area fine brush on the front**
Suitable for all skin types,
for cleansing large areas
of the face

**Large area brush on the back**
Suitable for oily
muscles,large
area deep cleaning

# Low Vibration Noise

Low frequency vibration effectively reduce unnecessary noise,
quiet and comfortable











**1. Apply Cleanser**
Dampen your face
and apply your favourite cleanser.
Wet Powered Facial Cleansing Devices
and turn on.



**2. Cleanse**
Gentle glide
Powered Facial Cleansing Devices
in circular motions over your face
for 2 minute.



**3. Rinse**
Rinse and dry your face.
Apply additional skincare products as desired.



**IPX7 Whole Body Waterproof**
Safe and waterproof design to ensure safe use
and prevent product damage due to water



**About Us**

Our is an international supplier from China, we have own factory on China and focus on offering various premium product. As long as you need the product, you can buy it in our shop, We can offer very low wholesale prices and premium products. If you need to buy a large number of our products, you can contact us first, we will provide you with quality prices and quality transportation services.

**Development History**

Over the years, our company with high quality products, first-class service, low price, make our products all over the world countries, by the broad masses of old and new customer support, our company will be more efforts and enterprising, with more high-quality and efficient service to the masses of customers, customer is god, customer satisfaction is our eternal pursuit.

At present, our company"s trade scale is expanding day by day, customers all over the world, with a good reputation to get the trust of domestic and foreign customers, to promote the modernization of our country, promote the economic and technological exchanges with the world, enhance the friendship with the people of the world has done a lot of positive work.

**Management Idea**

Our company uphold the "customer is god" motto, in order to make customers more satisfied, we have adopted strict management system, treat each product every piece of goods, we are very serious, to ensure that every link can be linked together, so that the goods safety to the client"s hands. And we will constantly update the products in our store, continuously provide high-quality products, so that you can always walk in the forefront of The Times when choosing products in our store. You can always buy the latest, most fashionable and user-friendly products in our stores.

**Logistics and Distribution**

We each product will use the most safe way of packaging, to ensure that each product can be whole, in the process of transportation and security to the buyer"s hand. Because we understand a buyer are waiting for the parcel when the mood of anxiety, and is going to take that kind of excited feeling when we opened the parcel, if when open the parcel to find the product is damaged, it must be very uncomfortable, so we care, we will wrap each piece of goods, to make it safe to reach your hands. After we receive the order, we will process with the fastest speed, treat each order, we will devote ourselves wholeheartedly, if you have any questions about the order or the product, you can contact us, we will give you the most detailed reply when the first time we receive the message. After you receive our product if the product is due to express damage, please contact us. We will solve this problem. At the same time, we hope that we can establish a long-term cooperative relationship with you. Therefore, we hope that if you are satisfied with our service after receiving the goods, please leave your valuable comments, because your recognition is the greatest affirmation for us to pay.

Do foreign trade, we are serious, if infringes your rights and interests of any of our products, please you the first time to contact us, we will provide a win-win solution.

Less Description ∧

## Sponsored Products You May be Interested In More Choice   我也要出现在这里



black head removal deep cleaning hydrafacial machine
US $1,507.54 - 1507.54 / Piece



2021 Newest Portable Facial Steamer Nano Spray Water
US $6.93 - 12.66 / Piece



All Types Hyaluron Pen 0.3ml 0.5ml Mesotherapy Gun with
US $38.20 - 47.91 / Piece



Disposable Consumable Cartridge Needle Tattoo Beauty
US $68.78 - 1079.20 / Piece



4D HIFU 12 Lines Korea Machine for Skin Tighten Face
US $1,105.53 - 1105.53 / Piece



Beauty Items Microneedling RF Fractional Microneedle Machine
US $535.03 - 1097.50 / Piece

## Similar Items



Liquid Nitrogen Spray Freeze Cartridge Cryotherapy Pen 15g
US $134.67 - 253.78 / Piece
$1 OFF $50+
$600 Save $5



Personal Care Hot Plasma Pen Dark Spot Remover Skin
US $122.60 - 265.62 / Piece
$2 OFF $25+
$600 Save $5



Cleaning Tools Accessories Blackhead Remover Vacuum
US $13.18 - 21.49 / Piece
$4 OFF $69+



Face Care Devices Mini HIFU Machine Ultrasonic RF EMS
US $71.16 - 122.97 / Piece
$4 OFF $69+



Face Care Devices Led Face Masks Light Therapy 7 Color
US $23.64 - 28.17 / Piece
$4 OFF $69+



Cleaning Accessories Cryo Antifreeze Membrane For
US $58.67 - 192.86 / Lot
$1 OFF $50+
$600 Save $5

## Related Keywords


silicone body brush


japan brushes


waterproof rubber work


wholesale bristle brush


starter brush


oil resistant disposable gloves


washing latex gloves


warm rubber gloves


long gloves for washing dishes


gardening work

## You May Also Like



facial cleansing brush massager 3in1 rechargeable electric silicone exfoliating
US $20.46 - 24.38 / Piece
$2 OFF $25+




Cleaning Tools Accessories Electric Small Bubble Blackhead Remover USB
US $19.69 - 23.46 / Piece
$4 OFF $69+



Cleaning Tools Accessories Ultrasonic Skin Scrubber Deep Face Cleaning
US $13.67 - 16.29 / Piece
$4 OFF $69+




Cleaning Accessories Universal Size Antifreeze Membrane Antifreezing Anti-
US $58.67 - 192.86 / Lot
$1 OFF $50+




Cleaning Tools Accessories Small Bubble Blackhead Remover Machine Water Cycle
US $48.01 - 57.21 / Piece
$4 OFF $69+







Cleaning Tools Accessories Silicone Face Washing Machine Ultrasonic Vibration

US $12.24 - 14.74 / Piece

$4 OFF $69+



Cleaning Accessories Cryo Antifreeze Membrane For Freeze Fat Machines Anti

US $58.67 - 192.86 / Lot

$1 OFF $50+
$600 Save $5

Cleaning Tools Accessories Electric Sonic Brushes Silicone Face Massager Lift

US $12.22 - 14.57 / Piece

$4 OFF $69+



Air ZOOM PEGASUS 37 Casual Shoes Mens Women Max 38 39 LE Greedy Be

US $12.70 - 39.95 / Pair

$7 OFF $39+
$129 Save $2



Jumpman 1 Basketball Shoes 1s Mens Womens University Blue Heritage Panda

US $58.95 - 72.46 / Pair

$15 OFF $299+



2023 Women Bags Handbag Original Box Date code Purse clutch shoulder

US $30.52 - 46.30 / Piece



100Pcs Mixed Skateboard Sticker Adventure My World For Car Laptop Pad

US $3.12 - 6.56 / Lot

$2 OFF $25+
$50 Save $7



MONTSOURIS Backpack Style Women's Empreinte Leather Shoulder School Bag

US $61.97 - 80.00 / Piece

$2 OFF $69+



50 PCS graffiti Water bottle Stickers music producer Singer For Skateboard Car

US $1.71 - 4.63 / Lot

$2 OFF $25+
$50 Save $7



Mexico 10 Pesos 1905-1959 10pcs Date For Chose Craft Gold Plated copy coin

US $11.08 - 15.36 / Lot



2023 Women men Watches- U1 Automatic Mechanical Watch 40mm

US $40.19 - 48.18 / Piece



Kids Shoes Designer Virgil Trainers Sneakers Fashion Youth Leather Lace Up

US $0.02 - 42.26 / Piece



50PCS soccer Skateboard Stickers For Car Baby Diary Phone Laptop Kids Toys DIY

US $1.71 - 4.63 / Lot

$2 OFF $25+
$50 Save $7



100PCS saffron Seeds Garden Flower Variety complete Flower Bonsai Plant

US $1.03 - 1.54 / Set



Electric Guitar Black Double Neck Headless 4 and 6 Strings Bass Guitar with

US $277.69 - 319.80 / Piece



men watch 41mm Sapphire glass Gliding lock automatic mechanical ceramics

US $57.00 - 68.33 / Piece

Smoking Accessories Engraved Barrel XL Beveled Edge Terp Slurper Set Full Weld

US $7.91 - 18.89 / Piece

$2 OFF $60+



50 PCS Mixed Graffiti skateboard Stickers Green alien For Car Laptop Fridge Helmet

US $1.70 - 4.63 / Lot

$2 OFF $25+
$50 Save $7

In Stock Rare 660 12 Strings Cherry Sunuburst Electric Guitar Gloss Varnish

US $119.83 - 399.80 / Piece



235S Men's Designer T-shirt Plus Tees Polos Round Neck Lipstick Dog Print

US $47.75 - 59.01 / Piece

$3 OFF $49+

Metal Hand Pipe Scoop Shape with Magnetic Cover Zinc Alloy Spoon Hand

US $3.81 - 9.32 / Piece

3D Custom Car Floor Mats for Porsche 718 911 Panamera Macan Cayenne Auto

US $99.50 - 118.57 / Piece

Women Jewelry fit Pandora Charms Bead 925 Silver Love Bracelet Letter G Alphabet

US $7.26 - 9.61 / Piece

$6 OFF $60+

Evening Bags Luxurys Designers Handbag Women Bag ladies composite

US $55.95 - 66.01 / Piece

$2 OFF $25+

4 4S Basketball Shoes Military Black Cat University Blue Sail White Oreo room Red

US $35.38 - 44.84 / Pair

$5 OFF $120+











50 PCS Mixed Graffiti skateboard Stickers Horror movie halloween For Car Laptop

US $1.70 - 4.63 / Lot

$2 OFF $25+

$50 Save $7

Coin Purses Designer Triangular Flip Dinner Bags Women Shoulder Bag

US $92.50 - 109.11 / Piece

$2 OFF $25+

Belt Changing Removal RZR Drive CVT Belt Tool CNC Billet Aluminum for Polaris

US $18.77 - 25.12 / Piece

$2 OFF $30+

2023 Womens Mens Couple heuer Automatic watch 40 36mm Woman

US $40.21 - 48.20 / Piece

Working Lemarchand039s Lament Configuration Lock Puzzle Box from

US $24.53 - 27.89 / Piece

$2 OFF $50+



Baby Shoes Newborn Boys Girls First Walkers Kids Toddlers Lace Up PU

US $30.47 - 37.46 / Piece

$2 OFF $25+

More ⌄

## New Arrival brush silicone













Cleaning Brushes TPR Silicone Toilet Wall Mounted Standard
US $11.52 - 13.99 / Piece

Brooms Dustpans Silicone Scraper Broom Floor Cleaning
US $11.29 - 34.68 / Piece

Silicone dishwashing cleaning brush, multifunctional sponge
US $5.32 - 12.67 / Lot

Organization Xiaomi Smart Electric Toilet Brush Silicone
US $21.83 - 27.67 / Piece

Fruit Vegetable Tools Peeler Mtifunctional 360 Degree
US $3.45 - 5.14 / Piece

Cleaning Brushes Silicone Bottle Baby Pacifier Straw
US $3.28 - 13.57 / Piece

Not , umesh.bisht? Sign out

Listed on 16/02/2023

Bookmark & Share          

Any questions or suggestions ? Please let us know.



China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright © 2019 Adobe.com. All rights reserved. Terms of Use | Privacy Policy

Chat







DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33133 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: yao07 | | |
| Cleaning Tools Accessories Mini Ultrasonic Cleansi... Options: Blue US $14.10 / Piece 1 Piece | US $14.10 | ePacket US $8.38 Estimated delivery time: May 27 and Jun 18 |

Add remark to seller

Please add remark(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $14.10 |
| Shipping Cost: | US $8.38 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $21.48** |

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $14.10 |
| Shipping Cost: | US $8.38 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $21.48** |

Pay now

« Back to Cart

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 112 ) Sign out | My DHgate | Help | English

LOGO Factory

Yao07

Add To Favorite Stores ( 9 )

96.3% Positive Feedback 89 Transactions

Online Chat

Share Share 0

Cleaning Tools Accessories Mini Ultraso In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush Silicone Electric Sonic Face Skin Washing Massager USB Rechargeable Blackhead Remover 230208

**Store Categories**

- Health & Beauty (2)

| Store Coupon | Store Coupon | Store Coupon |
|---|---|---|
| Issued/Total:0/999 | Issued/Total:0/999 | Issued/Total:1/999 |
| $50 OFF $999+ | $25 OFF $499+ | $15 OFF $299+ |
| Code:IBBIMYAZAZR6NJHXYS08 | Code:XCZ9LCWD0UE3TOZTZYL6 | Code:UNWVADM1Y0BMGOP27906 |
| Get Now | Get Now | Get Now |

Show More

**2** matching products found for Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush Silicone Electric Sonic Face Skin Washing Massager USB Rechargeable Blackhead Remover 230208

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

SALE

Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush S...
Ships out within 10 business days
**US $11.84 - 14.10** / Piece
~~US $28.18 - 33.57~~
Add to Cart

SALE

Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush S...
Ships out within 10 business days
**US $22.73 - 27.09** / Piece
~~US $54.13 - 64.50~~
Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

Subtotal
US $0.00
Go to Cart

DHgate yao07 Store Chat 96.3% Positive Feedback | running shoes | On DHgate | In this Store | Hi [redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Health & Beauty > Skin Care Tools & Devices > Cleaning Tools & Accessories > Cleaning Tools Accessories Mini Ultra...

Similar Items

Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush Silicone Electric Sonic Face Skin Washing Massager USB Rechargeable Blackhead Remover 230324

US $22.73 - 27.09 / Piece

| USD | $27.09 | $23.56 | $22.73 |
|---|---|---|---|
| | ~~$64.5~~ | ~~$56.1~~ | ~~$54.13~~ |
| | 1 Piece+ | 6 Pieces+ | 19 Pieces+ |

App Only $22.19 - $26.45

Sale Detail: 58% OFF
Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack $32 OFF DHcoupon $23 OFF This Store Only $9 OFF Claim

Store Coupon Save $4

Options: Blue

Quantity: 1 Piece Maximum 1000 Piece(s)

Shipping: $8.38 Cost-effective to United States Via ePacket More Options
Estimated delivery time: May. 30 and Jun. 21

Total cost: $35.47

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

## Customers Who Bought This Item Also Bought

Skin Care 540 Roller Needle Black Matte Handle Instrument
US $3.72 - 6.82 / Piece
$10 OFF $100+

Face Care Devices Lifting Firming Mask Home Comfort
US $10.65 - 12.69 / Piece
$4 OFF $69+

Face Care Devices Product 40K Ultrasound Cavitation Slimming
US $279.22 - 289.40 / Piece
$4 OFF $69+

10pcs lot New Tanning Mitt with thumb for self tanners tan
US $1.59 - 2.15 / Piece
$2 OFF $50+

Face Care Devices Mole Removal Pen Wart Plasma
US $33.04 - 42.31 / Set
$2 OFF $50+

5PCS Stainless Bl... Comedone Remo...
US $1.29 - 1.65 / I
$2 OFF $50+

yao07 Store >

Chat 9

96.3% Positive Feedback
On-time Delivery Rate:
Repurchase rate:

Business Information

Item Description | Company Overview | Report Item

### Specifications

| | |
|---|---|
| Type: | dry & rechargeable1 |
| Gender: | Women |
| Plugs Type: | brush us |
| Origin: | mainland china |

### Top 3 Markets

North America          67.74%
Western Europe         11.29%
Northern Europe         8.06%

### Store Categories

>Health & Beauty
  Tattoos & Body Art
  Massage
  Makeup Tools
  Body Sculpting & Slimming
  Shaving & Hair Removal
  Oral Hygiene
  Fragrance & Deodorant
  Skin Care Tools & Devices
  Other Health & Beauty Items
  Health Care
  Sexy Underwear
>Hair Products
  Hair Accessories & Tools
  Hair Wigs
  Lace Wigs
  Hair Extensions

### All Store Items on Sale Now

Get up to $999 Store Coupon

Go to Store  >

### More items from this Store



US $10.04 - 11.96 / Piece
US $23.90 - 28.48 / Piece



US $15.20 - 18.11 / Piece
US $36.19 - 43.12 / Piece



US $20.03 - 36.86 / Piece
US $47.69 - 87.77 / Piece

OLOGY

| | |
|---|---|
| Power Source: | dry & rechargeable2 |
| Number of Pieces: | one unit |
| Size: | facial cleansing brush a0080 |
| Material: | silicone |
| Item Type: | brush |
| Model Number: | facial cleanser a0080 |
| Feature: | facial massager |
| Item Code: | 853137926 |
| Category: | Cleaning Tools & Accessories |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

Mini Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Washing Massager USB Rechargeable Blackhead Remover

product description:

Mini Electric Ultrasonic Silicone Brush Facial Pore Cleansing Cleaner Waterproof USB Face Brush Massager Machine Professional

Features:

Small, portable and fashion, exquisite appearance, easy to use, easy to carry.

Suitable for all of your facial deep cleaning pore exfoliating blackhead Anti-aging.

Silicone sonic vibration,no irritating, for all skin types.

No brush-heads replacement required, easy to clean, health and safety.

Product parameters:

Product Name: Temperature Sensitive Electric Silicone Cleanser

Working voltage: 3.7v

Product Material: Food Grade Silicone Grade | ABS PC Plastic

Product size: L125 × W58 × H28mm

Product packing list: product × 1 set of instructions × 1 copy USB charging cable × 1

Product net weight: 88.5g

Rated power: 0.6w

Power input: 5v

Battery capacity: 600mAh

Package Include :

1*Electric facial cleanser

1 * USB charging cable

1 * instruction manual

Note:

1. Due to manual measurement, please allow 1-3mm difference.

2. Due to the difference between the display and the light, the picture may not reflect the actual color of the item.

Thank you for your understanding.

## 4 NEW UPGRADES

Time-saving/convenient/efficient/smart





**Big contacts**
Used to clean the parts of the nose and other areas with strong oil secretion

**Large area brushes are more efficient and time-saving**
Double contact bristles, targeted care of the skin

**Small contacts**
Soft and fit for cleansing delicate skin such as face and forehead

## 5+ Mode Cleaning Speeds
Multi-speed vibration speed adjustment, suitable for different skin types, to meet the needs of different people



Soft downshift
Care for the skin

Upshifting High Frequency
Deep Cleaning

## IPX7 Whole Body Waterproof
Safe and waterproof design to ensure safe use and prevent product damage due to water



**IPX-7**
**waterproof performance**

The whole body is waterproof, and it can be used for bathing and swimming

Your cart is empty







**1. Apply Cleanser**
Dampen your face
and apply your favourite cleanser.
Wet Powered Facial Cleansing Devices
and turn on.



**2. Cleanse**
Gentle glide
Powered Facial Cleansing Devices
in circular motions over your face
for 2 minute.



**3. Rinse**
Rinse and dry your face.
Apply additional skincare products as desired.

### About Us

Our is an international supplier from China, we have own factory on China and focus on offering various premium product. As long you need the product, you can buy it in our shop, We can offer very low wholesale prices and premium products. If you need to bu large number of our products, you can contact us first, we will provide you with quality prices and quality transportation services.

### Development History

Over the years, our company with high quality products, first-class service, low price, make our products all over the world countrie the broad masses of old and new customer support, our company will be more efforts and enterprising, with more high-quality and efficient service to the masses of customers, customer is god, customer satisfaction is our eternal pursuit.

At present, our company"s trade scale is expanding day by day, customers all over the world, with a good reputation to get the trus domestic and foreign customers, to promote the modernization of our country, promote the economic and technological exchanges the world, enhance the friendship with the people of the world has done a lot of positive work.

### Management Idea

Our company uphold the "customer is god" motto, in order to make customers more satisfied, we have adopted strict management system, treat each product every piece of goods, we are very serious, to ensure that every link can be linked together, so that the g safety to the client"s hands. And we will constantly update the products in our store, continuously provide high-quality products, so you can always walk in the forefront of The Times when choosing products in our store. You can always buy the latest, most fashionable and user-friendly products in our stores.

### Logistics and Distribution

We each product will use the most safe way of packaging, to ensure that each product can be whole, in the process of transportati and security to the buyer"s hand. Because we understand a buyer are waiting for the parcel when the mood of anxiety, and is goin take that kind of excited feeling when we opened the parcel, if when open the parcel to find the product is damaged, it must be ver uncomfortable, so we care, we will wrap each piece of goods, to make it safe to reach your hands. After we receive the order, we w process with the fastest speed, treat each order, we will devote ourselves wholeheartedly, if you have any questions about the orde the product, you can contact us, we will give you the most detailed reply when the first time we receive the message. After you rec our product if the product is due to express damage, please contact us. We will solve this problem. At the same time, we hope that can establish a long-term cooperative relationship with you. Therefore, we hope that if you are satisfied with our service after recei the goods, please leave your valuable comments, because your recognition is the greatest affirmation for us to pay.

Do foreign trade, we are serious, if infringes your rights and interests of any of our products, please you the first time to contact us will provide a win-win solution.

**Less Description ^**

---

## Related Keywords

      

| silicone body brush | brushes for acrylic | painting air brush | atv brush guards | silicone toilet brush cleaner | silicone body brush |

---

## You May Also Like

    

Skin Care Deep Pore Face Acne Grain Vacuum Suction Blackhead Removal

US $6.87 - 8.50 / Piece

 $2 OFF $50+

Cleaning Tools Accessories Beauty Star Ultrasonic Face Cleaning Skin

US $12.66 - 32.69 / Piece

 $4 OFF $69+

Cleaning Tools Accessories Plamax Ozone Plasma Pen Wart Freckle Dark

US $160.30 - 166.14 / Piece

 $4 OFF $69+

Cleaning Tools Accessories Steamers 3 In 1 Silicone Electric Cleansing Brush

US $10.80 - 18.58 / Piece

 $4 OFF $69+

Cleaning Tools Accessories Brush Skin Massager Electric Silicone Face Brush

US $11.18 - 13.32 / Piece

 $4 OFF $69+



   



Cleaning Tools Accessories Ultrasonic Skin Scrubber Vibration Face Spatula

US $14.31 - 17.04 / Piece

$4 OFF $69+

Cleaning Tools Accessories Rechargeable Cleansing Brush Face

US $11.71 - 13.95 / Piece

$4 OFF $69+

Cleaning Tools Accessories Ultrasonic Skin Scrubber Spatula Blackhead

US $7.44 - 15.75 / Piece

$4 OFF $69+

Korea Design Dermabrasion Blackhead Removal Facial Deep

US $3,952.77 - 4160.81 / Piece

$50 OFF $999+

Fine Needle Thick Needle Caps for Skin Mole Removal Plasma Pen Freckle

US $9.95 - 19.77 / Piece

$2 OFF $50+

Beauty Facial Cleaning Foam Bubble Maker Cup Whipped Bottle Tool

US $172.21 - 223.05 / Lot

$5 OFF $99+

Cleaning Tools Accessories InFace Ultrasonic Cleansing Devices Skin Care

US $11.60 - 45.26 / Piece

$4 OFF $69+

Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool

US $11.06 - 15.09 / Piece

Handlebars Universal For Motorcycle Handlebar Motorbike Aluminum Alloy

US $54.74 - 62.25 / Piece

$2 OFF $50+

For Renault Clio MK2 Trim Emblem With 2 Pins Rear Trunk Logo

US $5.80 - 11.59 / Piece

4Colors Designer Double Letters Print Flowers Bowknot Large Intestine Hair

US $2.84 - 11.25 / Piece

$2 OFF $50+



1PCS Car Exhaust Pipe Straight Edge Glossy Carbon Fiber Tail End Tip Black

US $12.78 - 20.99 / Piece

$3 OFF $50+

DHL,UPS FREE Senior Bach Silver Plated Bach Trumpet LT 180S-43 Small

US $195.98 - 233.54 / Piece

Brand NEW YANAGISAWA A-W037 Alto Saxophone Nickel Plated Gold Key

US $254.43 - 317.71 / Piece

$2 OFF $25+

Sunset 43quot Solid Spruce J200vs Acoustic GuitarTop quality Custom

US $339.40 - 351.78 / Piece

$2 OFF $50+



High Quality 23 inch Ukulele concert Hawaiian guitar Ingman Spruce Panel

US $67.20 - 80.08 / Piece

$2 OFF $50+



Lots of 600pcs Alice Sandblast Matte Nylon Acoustic Electric Guitar Picks

US $35.85 - 47.30 / Lot

$2 OFF $50+



watch designer mens movement watches Automatic Mechanical Watch

US $70.35 - 83.84 / Piece



Tft Lcd Panels For Motorola Moto G Stylus 2022 6.8 Inch Display Screen

US $32.94 - 35.94 / Piece

$8 OFF $200+

Excellent Quality Caviar Lambskin Box Cosmetic Bag 17cm Classic Black

US $159.25 - 218.76 / Piece



Flat Shoulder Glass Oil Perfume Bottles Transparent Amber Frosted

US $21.77 - 329.54 / Lot

$7 OFF $159+



Blouses Shirts Woman Designer Hoodie Womens Top Yoga Shirt High

US $0.02 - 18.29 / Piece



New Tenor saxophone Nickel silver alloy tenor Sax Top professional

US $339.20 - 390.63 / Piece



18W PD Fast Car Charger QC 3.0 Quick Chargers Type C USB Plug Mini Size

US $1.86 - 2.32 / Piece

$2 OFF $25+



Quality 904l watch Stainless Steel Luxury Upgrade Famous Brand

US $82.80 - 99.38 / Piece

$2 OFF $25+









Racing Sets Macaquinho Brasil Preto Feminino Lynce Jumpsuit Brazil Bicycle
US $31.06 - 37.23 / Piece
$3 OFF $46+
Per $100 Save $3


Watchs U1 AAA Watch Ceramic Bezel Mens watches Automatic Mechanical
US $74.82 - 89.83 / Piece

Yoga Mats 120x10cm PU Pole Dance Mat Skidproof Fitness Waterproof
US $111.84 - 135.67 / Piece
$2 OFF $50+

Professional silvery Dukoff Tenor Soprano Alto Saxophone Metal
US $30.37 - 36.18 / Piece
$2 OFF $50+

Fittings 1.375X24 Titanium Gr5 Extra Hexagon Sealed End Cap For Modar
US $23.57 - 28.51 / Piece
$2 OFF $25+



CHECKOUT--Special Fast Payment Link For Items as our discussion auto
US $0.91 - 1.04 / Lot

More ⌄

## New Arrival brush silicone


Jewelry Pouches Bags Women039s Cosmetic Holder
US $15.67 - 22.36/ Piece


Makeup Brushes 50pcs Silicone Disposable Mascara Wands
US $11.74 - 13.21/ Piece


Tools Accessories Silicone Barbeque Turkey Grill Oil Brush
US $25.46 - 31.18/ Piece


Organization Toilet Brush Silicone Toilet Clean Brush
US $10.42 - 13.21/ Piece


Organization Silicone Toilet Brush Automatic Liquid Toilet
US $14.78 - 18.73/ Piece


Organization Ligh Silicone Toilet Bru...
US $11.75 - 15.13

Not , ███████ Sign out

Listed on 24/03/2023

Bookmark & Share         

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Russian | Portuguese | Italian | Span...
French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Palm beach, Florida, United States, 33480

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
| --- | --- | --- |
| Seller: yao07 | | |
| Cleaning Tools Accessories Mini Ultrasonic Cleansi... Options: Blue US $27.09 / Piece 1 Piece | US $27.09 | ePacket US $8.38 Estimated delivery time: May 30 and Jun 21 |

Add remark to seller

Please add remark(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

Item Subtotal: US $27.09
Shipping Cost: US $8.38
DHcoupon: -US $1
**Order Total: US $34.47**

## Summary

Enter code here Apply

Item Subtotal(1 items): US $27.09
Shipping Cost: US $8.38
Discounts: -US $1.00

**Grand Total: US $34.47**

Pay now

« Back to Cart

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 113 ) Sign out | My DHgate | Help | English

LOGO Factory

Share

Yao07

Add To Favorite Stores ( 9 )

96.3% Positive Feedback 89 Transactions

Online Chat

Share 0

Cleaning Tools Accessories Mini Ultraso | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush Silicone Electric Sonic Face Skin Washing Massager USB Rechargeable Blackhead Remover 230324

**Store Categories**

- Health & Beauty (2)

| Store Coupon | Store Coupon | Store Coupon |
|---|---|---|
| Issued/Total:0/999 | Issued/Total:0/999 | Issued/Total:1/999 |
| $50 OFF $999+ | $25 OFF $499+ | $15 OFF $299+ |
| Code:IBBIMYAZAZR6NJHXYS08 | Code:XCZ9LCWD0UE3TOZTZYL6 | Code:UNWVADM1Y0BMGOP27906 |
| Get Now | Get Now | Get Now |

Show More

**2** matching products found for Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush Silicone Electric Sonic Face Skin Washing Massager USB Rechargeable Blackhead Remover 230324

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

SALE

Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush S...
Ships out within 10 business days

US $11.84 - 14.10 / Piece
~~US $28.18 - 33.57~~
Add to Cart

SALE

Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush S...
Ships out within 10 business days

US $22.73 - 27.09 / Piece
~~US $54.13 - 64.50~~
Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 165

Marketplace: DHGate

Seller Name: you07



SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate yao07 Store Chat
96.3% Positive Feedback

slides | On DHgate | In this Store

Hi, [redacted]
My DHgate | 1 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Health & Beauty > Skin Care Tools & Devices > Cleaning Tools & Accessories > **Cleaning Tools Accessories Househol...**

Similar Items

## Cleaning Tools Accessories Household Electric ultrasonic Vibration Cleansing Brush Skin Pore Cleanser Silicone Face Massage 230324

**US $14.64 - 17.45** / Piece

| USD | $17.45 | $15.17 | $14.64 |
|---|---|---|---|
| | ~~$41.54~~ | ~~$36.13~~ | ~~$34.86~~ |
| | 1 Piece+ | 9 Pieces+ | 29 Pieces+ |

App Only $14.29 - $17.03

Sale Detail: 58% OFF
Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack
$32 OFF DHcoupon $23 OFF This Store Only $9 OFF Claim

Store Coupon Save $4

Options: Choose an Option

Quantity: 1 Piece Maximum 1000 Piece(s)

Shipping: **$8.38** Cost-effective to **United States** Via **ePacket** More Options
Estimated delivery time: **May. 27 and Jun. 18**

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

## Customers Who Bought This Item Also Bought

Cleaning Tools Accessories Silicone Face Washing Machine
**US $12.24 - 14.74** / Piece
$4 OFF $69+

Cleaning Accessories Cryo Antifreeze Membrane For
**US $1.18 - 3.86** / Piece
$1 OFF $50+
$600 Save $5

Face Care Devices EMS Electric Beauty Instrument Micro-
**US $16.39 - 19.53** / Piece

Face Care Devices Mini HIFU 2 Machine Ultrasound RF
**US $67.91 - 80.92** / Piece
$2 OFF $50+

Cleaning Tools Accessories Manual Electric Cleansing
**US $10.08 - 12.69** / Piece
$4 OFF $69+

Face Care Devices Vacuum Pore Cleaner Electric Blackhead
**US $11.47 - 14.10** / Piece
$4 OFF $69+

## Customers Often Bought With

6pcs longlasting eyebrow pen...
**US $21.43 - 24.12** / Piece

Temporary Tattoos Women Se...
**US $10.12 - 11.39** / Lot

Temporary Tattoos Rocooart B...
**US $12.25 - 13.78** / Lot

wholesale black makeup brus...
**US $20.63 - 23.24** / Set

Tattoo Inks 1pc 40ml Bottle Cl...
**US $15.77 - 17.76** / Piece

Airbrush Tattoo Supplies Top ...
**US $49.21 - 55.40** / Piece

## More Choices



Disposable Consumable Cartridge Needle Tattoo Beauty
US $68.78 - 1079.20 / Piece
$50 OFF $500+



RF Fractional Microneedling Beauty Microneedle roller
US $535.03 - 1097.50 / Piece
$23 OFF $688+



2023 Microneedle RF Machine Fractional 10 25 64nm Wrinkle
US $724.34 - 834.17 / Piece
$23 OFF $688+



Microneedle Roller RF Fractional Microneedling
US $1,436.39 - 1595.98 / Piece
$23 OFF $688+



RF Fractional Microneedling Machine Microneedle RF Face
US $524.26 - 618.13 / Piece
$23 OFF $688+



Microneedle Roller 2 in 1 RF Micro Needling Machine Cold
US $562.18 - 613.34 / Piece
$5 OFF $99+
$1,099 Save $5

---

**yao07 Store** >

Chat | 9

96.3% Positive Feedback

On-time Delivery Rate: ↑
Repurchase rate: ↓

Business Information

### Top 3 Markets

| | |
|---|---|
| North America | 67.74% |
| Western Europe | 11.29% |
| Northern Europe | 8.06% |

### Store Categories

>**Health & Beauty**
Tattoos & Body Art
Massage
Makeup Tools
Body Sculpting & Slimming
Shaving & Hair Removal
Oral Hygiene
Fragrance & Deodorant
Skin Care Tools & Devices
Other Health & Beauty Items
Health Care
Sexy Underwear
>**Hair Products**
Hair Accessories & Tools
Hair Wigs
Lace Wigs
Hair Extensions

### All Store Items on Sale Now

Get up to $999 Store Coupon

Go to Store >

### More items from this Store



---

Item Description | Company Overview

Report Item

### Specifications

| | |
|---|---|
| Type: | dry battery1 |
| Gender: | Women |
| Plugs Type: | brush us |
| Function: | facial clean |
| Power Source: | dry battery2 |
| Material: | silicone |
| Item Type: | brush |
| Item Code: | 853136489 |
| Category: | Cleaning Tools & Accessories |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received. The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description





US $10.04 - 11.96 / Piece
US $23.90 - 28.48 / Piece



US $15.20 - 18.11 / Piece
US $36.19 - 43.12 / Piece



US $20.03 - 36.86 / Piece
US $47.69 - 87.77 / Piece



US $9.48 - 36.17 / Piece
US $22.57 - 86.11 / Piece



US $9.11 - 10.86 / Piece
US $21.69 - 25.85 / Piece





US $18.12 - 21.60 / Piece
US $43.15 - 51.42 / Piece

View all 2880 items





☑ Remove dirt & oil

☑ Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles

## Fine And Lengthened Soft Brush Head

Compared with other silicone brush head, its material is more soft and comfortable, have enough durability,  and won't become deformed even stretching it.





   

**About Us**

Our is an international supplier from China, we have own factory on China and focus on offering various premium product. As long as you need the product, you can buy it in our shop, We can offer very low wholesale prices and premium products. If you need to buy a large number of our products, you can contact us first, we will provide you with quality prices and quality transportation services.

**Development History**

Over the years, our company with high quality products, first-class service, low price, make our products all over the world countries, by the broad masses of old and new customer support, our company will be more efforts and enterprising, with more high-quality and efficient service to the masses of customers, customer is god, customer satisfaction is our eternal pursuit.

At present, our company"s trade scale is expanding day by day, customers all over the world, with a good reputation to get the trust of domestic and foreign customers, to promote the modernization of our country, promote the economic and technological exchanges with the world, enhance the friendship with the people of the world has done a lot of positive work.

**Management Idea**

Our company uphold the "customer is god" motto, in order to make customers more satisfied, we have adopted strict management system, treat each product every piece of goods, we are very serious, to ensure that every link can be linked together, so that the goods safety to the client"s hands. And we will constantly update the products in our store, continuously provide high-quality products, so that you can always walk in the forefront of The Times when choosing products in our store. You can always buy the latest, most fashionable and user-friendly products in our stores.

**Logistics and Distribution**

We each product will use the most safe way of packaging, to ensure that each product can be whole, in the process of transportation and security to the buyer"s hand. Because we understand a buyer are waiting for the parcel when the mood of anxiety, and is going to take that kind of excited feeling when we opened the parcel, if when open the parcel to find the product is damaged, it must be very uncomfortable, so we care, we will wrap each piece of goods, to make it safe to reach your hands. After we receive the order, we will process with the fastest speed, treat each order, we will devote ourselves wholeheartedly, if you have any questions about the order or the product, you can contact us, we will give you the most detailed reply when the first time we receive the message. After you receive our product if the product is due to express damage, please contact us. We will solve this problem. At the same time, we hope that we can establish a long-term cooperative relationship with you.Therefore, we hope that if you are satisfied with our service after receiving the goods, please leave your valuable comments, because your recognition is the greatest affirmation for us to pay.

to foreign trade. Be we consult in infringes your rights and interests or any of our products, please you inform time to contact us. We will provide a win-win solution.

Less Description ⌄

## Sponsored Products You May be Interested In More Choice   我也要出现在这里









black head removal deep cleaning hydrafacial machine
US $1,507.54 - 1507.54 / Piece

2021 Newest Portable Facial Steamer Nano Spray Water
US $6.93 - 12.66 / Piece

All Types Hyaluron Pen 0.3ml 0.5ml Mesotherapy Gun with
US $38.20 - 47.91 / Piece

Disposable Consumable Cartridge Needle Tattoo Beauty
US $68.78 - 1079.20 / Piece

4D HIFU 12 Lines Korea Machine for Skin Tighten Face
US $1,105.53 - 1105.53 / Piece

Beauty machine Microneedle Fractional RF Machine 10 25 64
US $570.96 - 622.92 / Piece

## Similar Items








Acne Needle Set Blackheads Dark Spots Acne Four-Piece Box
US $0.63 - 1.63 / Lot
$15 OFF $299+

V MAX face lift machine radar carve facial care anti aging
US $458.88 - 495.42 / Piece
$10 OFF $480+

Hydrofacial Dermabrasion Skin Care Analyzer Machine With
US $912.73 - 1037.19 / Piece
$3 OFF $49+

Healthy Care 540 derma roller micro needles 0.2 0.25 0.3mm
US $2.82 - 4.20 / Piece
$30 OFF $800+

Face Care Devices For Lifting Roller Device Mas Lift Hine
US $3.76 - 35.04 / Piece
$2 OFF $50+

600Pcsbox Big Eyes Make Up Eyelid Sticker Double Eyelid
US $2.43 - 14.44 / Piece
$2 OFF $50+

## You May Also Like






Acne Needle Set Blackheads Dark Spots Acne Four-Piece Box Freckle Skin Care
US $0.63 - 1.63 / Lot
$15 OFF $299+

Ultrasonic Vicration Electric Facial Cleansing Silicone Brush Red Blue Light
US $12.44 - 17.19 / Piece

Blackhead Vacuum Electric Facial Deep Cleaner Pore Vacuum Extractor Tool
US $10.99 - 15.18 / Piece

Skin Clean Sprayer Pen Water Oxygen Jet Peel Handpiece High Speed Face
US $24.02 - 34.06 / Piece
$3 OFF $49+

4 in 1 Electric face cleaning brush Deep Clean Pore Facial Wash Machine3960598
US $11.85 - 18.34 / Piece
$2 OFF $50+





Cleaning Tools 3D Double Sided Face Wash Brush Soft Hair Silicone270g
US $2.72 - 3.60 / Piece

Skin care super Cleaning Tools & Accessories cleaner tools Cactus Face
US $1.35 - 1.89 / Piece

Face Nose Acne Black Dot Pimple Blackhead Remover Electric Blackhead
US $14.41 - 18.88 / Piece

Cleaning Accessories Anti-Freeze Membrane For Cryolipolysis Cryo
US $105.20 - 440.63 / Lot

Cleaning Accessories 100G 70G 110G Antifreeze Membranes For The Zetiqanti
US $105.20 - 440.63 / Lot

$2 OFF $50+
$5 OFF $99+
Per $2,000 Save $120
$2 OFF $50+
$1 OFF $50+
$600 Save $5
$1 OFF $50+
$600 Save $5







Cleaning Accessories Anti Freeze Membranes 70G 60G 110G Antifreezing

US $58.67 - 192.86 / Lot

Blackhead Remover Vacuum Pore Cleaner Deep Cleaning Electric Acne Removal

US $30.40 - 36.23 / Piece

selling 14 in 1 Hydro Peel Microdermabrasion Hydra Facial

US $2,010.06 - 2010.06 / Piece

Super Portable Cleaning Tools Microdermabrasion Diamond

US $34.83 - 46.11 / Piece

Cleaning Tools Accessories Eletric Skin Cleanser Water Oxygen Vacuum Pore

US $37.99 - 45.27 / Piece

$1 OFF $50+
$600 Save $5
$2 OFF $50+
$4 OFF $69+






Cleaning Tools Accessories Mini Electric Cleansing Brush Silicone Sonic Face

US $9.68 - 17.30 / Piece

Skin Tag Remover Warts Eliminator Lcd Plasma Pen Papillomas Electric Laser

US $17.58 - 20.95 / Piece

Cleansing Brush Sonic Nu Face Spin Set Galvanica Spa System For Skin Deep

US $25.10 - 37.29 / Piece

Cleaning Tools Accessories Electric Cleansing Brush Silicone Skin Massager

US $7.94 - 11.77 / Piece

Cleaning Tools Accessories KONKA Face Cleansing Electric Brush USB Charging

US $22.49 - 26.80 / Piece

$4 OFF $69+
$2 OFF $50+
$4 OFF $69+
$4 OFF $69+
$4 OFF $69+







Picosecond Laser Pen Blue Light Therapy Pigment Tattoo Scar Mole Freckle

US $34.62 - 54.45 / Piece

Cleaning Tools Accessories 4 in 1 Electric Brush Face Skin Spa Cleansing USB

US $19.77 - 23.56 / Set

Cleaning Tools Accessories Steamers 11PCS Face Wrinkle Remover Strips

US $8.06 - 9.60 / Piece

Salon ceut 9 In 1 SkinCare cleaning Multi-Function Blackhead Remover

US $1,237.39 - 1302.52 / Set

Cleaning Tools Accessories Manual Electric Cleansing Brush Silicone Sonic

US $10.08 - 12.69 / Piece

$4 OFF $69+
$4 OFF $69+
$4 OFF $69+
$2 OFF $25+
$4 OFF $69+







Blackhead Instrument Home Handheld Portable Facial Skin Cleaner Blackhead

US $26.89 - 34.83 / Piece

Cleaning Tools 3D Double Sided Face Wash Brush Soft Hair

US $2.67 - 3.53 / Piece

Natural Volcanic Roller Oil Control Rolling Stone Matte Makeup Face Skin Care Tool

US $1.62 - 2.76 / Piece

TCMHEALTH Blackhead Remover Mask Bamboo Charcoal Nose Sticker Cleaner

US $5.47 - 7.09 / Lot

Epacket USB Cleaning Tool Electric Plasma Pen Pore Cleaner Mole Wart

US $8.30 - 13.18 / Piece

$2 OFF $50+
$2 OFF $25+
$5 OFF $99+
$7 OFF $39+
$1,000 Save $15
$2 OFF $50+







6pcs set Acne Remover Needles Blackhead Removal Pimple Comedone

US $4.75 - 5.66 / Set

$5 OFF $89+

Cleaning Tools Accessories Blackhead Remover Vacuum Electric Nose Beauty

US $13.18 - 21.49 / Piece

$4 OFF $69+

Cleaning Tools Accessories Electric Face Cleaner Sonic Silicone Cleansing Brush

US $12.96 - 15.44 / Piece

$5 OFF $89+

Cleaning Tools Accessories Silicone Face Washing Machine Ultrasonic Vibration

US $12.24 - 14.74 / Piece

$4 OFF $69+

Cleaning Tools Accessories Ultrasonic Nano Ion Skin Scrubber Face Lifting

US $15.44 - 23.23 / Set

$4 OFF $69+



Cleaning Accessories Membrane For Cryo Therapy Fat Freezing Device Slim

US $105.20 - 440.63 / Lot

$1 OFF $50+

$600 Save $5

More ⌄

## New Arrival cleanser silicone

     

Twosided Silicone Face Scrub Clean Facial Cleanser Brush
US $516.81 - 516.81 / Piece

Twosided Silicone Face Scrub Clean Facial Cleanser Brush
US $516.81 - 516.81 / Piece

Twosided Silicone Face Scrub Clean Facial Cleanser Brush
US $516.81 - 516.81 / Piece

1pc Body Cleansing Skin Spa Scrub Cleanser Brush Washing
US $0.67 - 0.90 / Piece

1pc Body Cleansing Skin Spa Scrub Cleanser Brush Washing
US $0.67 - 0.90 / Piece

1pc Body Cleansing Skin Spa Scrub Cleanser Brush Washing
US $0.67 - 0.90 / Piece

Not , ███████ Sign out

Listed on 24/03/2023

Bookmark & Share         

Any questions or suggestions ? Please let us know.

    

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

Chat







DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33133 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: yao07 | | |
|  Cleaning Tools Accessories Household Electric ultr... Options: Pink US $17.45 / Piece 1 Piece | US $17.45 | ePacket US $8.38 Estimated delivery time: May 27 and Jun 18 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $17.45 |
| Shipping Cost: | US $8.38 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $24.83** |

## Summary

[redacted]ne Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $17.45 |
| Shipping Cost: | US $8.38 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $24.83** |

Pay now

« Back to Cart

digicert GeoTrust VISA MasterCard SecureCode

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

LOGO Factory

Yao07

Add To Favorite Stores ( 9 )

96.3% Positive Feedback 89 Transactions

Online Chat

Share Share 0

Cleaning Tools Accessories Household E In this store On DHgate

**Store Categories**

- Health & Beauty (1)

| Store Coupon | Store Coupon | Store Coupon |
|---|---|---|
| Issued/Total:0/999 | Issued/Total:0/999 | Issued/Total:1/999 |
| $50 OFF $999+ | $25 OFF $499+ | $15 OFF $299+ |
| Code:IBBIMYAZAZR6NJHXYS08 | Code:XCZ9LCWD0UE3TOZTZYL6 | Code:UNWVADM1Y0BMGOP27906 |
| Get Now | Get Now | Get Now |

Show More

1 matching products found for Cleaning Tools Accessories Household Electric ultrasonic Vibration Cleansing Brush Skin Pore Cleanser Silicone Face Massage 230324

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

SALE

Cleaning Tools Accessories Household Electric ultrasonic Vib...

Ships out within 10 business days

**US $14.64 - 17.45** / Piece

~~US $34.86 - 41.54~~

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

### Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush Silicone Electric Sonic Face Skin Washing Massager USB Rechargeable Blackhead Remover 230202

US $11.84 - 14.1 / Piece

| USD | **$14.1** ~~$33.57~~ 1 Piece+ | $12.26 ~~$29.2~~ 11 Pieces+ | $11.84 ~~$28.18~~ 36 Pieces+ |
|---|---|---|---|

App Only $11.55 - $13.76

**Sale Detail:** 58% OFF
Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer Coupon Pack **$32** OFF | $9 discoupon $23 OFF | This Store Only $9 OFF | **Claim**

Store Coupon Save $4

**Options:** Blue

**Quantity:** 1 Piece   Maximum 1000 Piece(s)

**Shipping:** $8.38 Cost-effective to United States Via ePacket More Options
Estimated delivery time: May. 27 and Jun. 18

**Total cost:** **$22.48**

**Buy it Now**   **Add to Cart**

**Buyer Protection:** Return Policy   Refund for No Delivery   Secure Payment

Product Feature

## Customers Who Bought This Item Also Bought



Cleaning Tools Accessories Silicone Face Washing Machine
US $12.24 - 14.74 / Piece
$4 OFF $69+



Cleaning Accessories Cryo Antifreeze Membrane For
US $1.18 - 3.86 / Piece
$1 OFF $50+   $800 Save $5



Face Care Devices EMS Electric Beauty Instrument Micro-
US $16.39 - 19.53 / Piece



Face Care Devices Mini HIFU 2 Machine Ultrasound RF
US $67.91 - 80.92 / Piece



Cleaning Tools Accessories Manual Electric Cleansing
US $10.08 - 12.69 / Piece
$4 OFF $69+



Face Care Devices Vacuum Pore Cleaner Electric Blackhead
US $11.47 - 14.10 / Piece
$4 OFF $69+

## Customers Often Bought With













Other Makeup luxury Brand A...
US $6.82 - 8.35 / Piece
$5 OFF $25+

New N1 Perfumes for Woman...
US $12.04 - 35.50 / Piece
$5 OFF $200+

4Pairs Per Pack Glue-Free Reu...
US $9.44 - 11.81 / Lot

Face Massager 24k Gold Ener...
US $15.66 - 20.71 / Piece
$4 OFF $69+

Professional Tooth Color Com...
US $59.27 - 69.91 / Piece
$2 OFF $50+

Sex toy massager Women y R...
US $31.41 - 45.74 / Piece
$2 OFF $50+

## More Choices



RF Microneedle Machine RF
Fractional Microneedle Beauty
US $524.26 - 618.13 / Piece
$23 OFF $688+



RF Fractional Microneedling
Beauty Microneedle roller
US $535.03 - 1097.50 / Piece
$23 OFF $688+



2023 Microneedle RF Machine
Fractional 10 25 64nm Wrinkle
US $724.34 - 834.17 / Piece
$23 OFF $688+



Microneedle Roller RF
Fractional Microneedling
US $1,436.39 - 1595.98 / Piece
$23 OFF $688+



Microneedle Roller 2 in 1 RF
Micro Needling Machine Cold
US $562.18 - 613.34 / Piece
$5 OFF $99+



RF Fractional Microneedling
Machine Microneedle RF Face
US $524.26 - 618.13 / Piece
$23 OFF $688+

---

you07 Store  ›

💬 Chat    👥 11

90.6% Positive Feedback

On-time Delivery Rate:  ▲
Repurchase rate:  ▼

Business Information

### Top 3 Markets

North America          76.19%
Oceania                10.71%
Western Europe          4.76%

### Store Categories

>Health & Beauty
  Nail Art & Salon
  Massage
  Skin Care Tools & Devices
  Health Care
  Sexy Underwear
  Vision Care
  Home Beauty Instrument
  Makeup Tools
  Other Health & Beauty Items
  Shaving & Hair Removal
  Oral Hygiene
  Body Sculpting & Slimming
  Makeup
  Beauty Equipment
  Breast Care & Treatment
  Fragrance & Deodorant
  Bath & Body
>Hair Products
  Hair Extensions

### All Store Items on Sale Now

Get up to $999 Store Coupon

Go to Store  ›

### More items from this Store

---

**Item Description**     Company Overview                    Report Item

## Specifications

| | |
|---|---|
| Type: | electric facial cleanser electric1 |
| Gender: | Women |
| Plugs Type: | brush us |
| Origin: | mainland china |
| Power Source: | electric2 |
| Number of Pieces: | one unit |
| Material: | silicone |
| Item Type: | brush |
| Model Number: | facial cleanser a0080 |
| Feature: | facial massager |
| Item Code: | 838824814 |
| Category: | Cleaning Tools & Accessories |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

Mini Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Washing Massager USB Rechargeable Blackhead Remover

product description:

Mini Electric Ultrasonic Silicone Brush Facial Pore Cleansing Cleaner Waterproof USB Face Brush Massager Machine Professional

Features:

Small, portable and fashion, exquisite appearance, easy to use, easy to carry.

Suitable for all of your facial deep cleaning pore exfoliating blackhead Anti-aging.

Silicone sonic vibration,no irritating, for all skin types.

No brush-heads replacement required, easy to clean, health and safety.

Product parameters:



US $14.71 - 19.21 / Piece
US $35.03 - 45.73 / Piece



US $30.18 - 35.97 / Piece
US $71.86 - 85.63 / Piece



US $12.33 - 22.23 / Piece
US $29.35 - 52.92 / Piece



US $17.98 - 23.49 / Piece
US $42.80 - 55.93 / Piece



US $15.82 - 25.14 / Piece
US $37.67 - 59.86 / Piece



US $8.82 - 10.51 / Piece
US $21.01 - 25.03 / Piece

Product Name: Temperature Sensitive Electric Silicone Cleanser

Working voltage: 3.7v

Product Material: Food Grade Silicone Grade | ABS PC Plastic

Product size: L125 × W58 × H28mm

Product packing list: product × 1 set of instructions × 1 copy USB charging cable × 1

Product net weight: 88.5g

Rated power: 0.6w

Power input: 5v

Battery capacity: 600mAh

Package Include :

1*Electric facial cleanser

1 * USB charging cable

1 * instruction manual

Note:

1. Due to manual measurement, please allow 1-3mm difference.

2. Due to the difference between the display and the light, the picture may not reflect the actual color of the item.

Thank you for your understanding.




## Three Areas Cleaning

Three kinds of thick and thin brush head design,
T-area, nose, cheek, etc. for cleaning

**Front top rough brush**
Suitable for cleansing neutral
muscles mixing muscle
oily muscles, and oily areas

**Large area fine brush on the front**
Suitable for all skin types,
for cleansing large areas
of the face

**Large area brush on the back**
Suitable for oily
muscles,large
area deep cleaning

## Low Vibration Noise

Low frequency vibration effectively reduce unnecessary noise,
quiet and comfortable



View all 2780 items









**1. Apply Cleanser**
Dampen your face
and apply your favourite cleanser.
Wet Powered Facial Cleansing Devices
and turn on.



**2. Cleanse**
Gentle glide
Powered Facial Cleansing Devices
in circular motions over your face
for 2 minute.



**3. Rinse**
Rinse and dry your face.
Apply additional skincare products as desired.



**IPX7 Whole Body Waterproof**
Safe and waterproof design to ensure safe use
and prevent product damage due to water



**About Us**

Our is an international supplier from China, we have own factory on China and focus on offering various premium product. As long as you need the product, you can buy it in our shop, We can offer very low wholesale prices and premium products. If you need to buy a large number of our products, you can contact us first, we will provide you with quality prices and quality transportation services.

**Development History**

Over the years, our company with high quality products, first-class service, low price, make our products all over the world countries, by the broad masses of old and new customer support, our company will be more efforts and enterprising, with more high-quality and efficient service to the masses of customers, customer is god, customer satisfaction is our eternal pursuit.

At present, our company"s trade scale is expanding day by day, customers all over the world, with a good reputation to get the trust of domestic and foreign customers, to promote the modernization of our country, promote the economic and technological exchanges with the world, enhance the friendship with the people of the world has done a lot of positive work.

**Management Idea**

Our company uphold the "customer is god" motto, in order to make customers more satisfied, we have adopted strict management system, treat each product every piece of goods, we are very serious, to ensure that every link can be linked together, so that the goods safety to the client"s hands. And we will constantly update the products in our store, continuously provide high-quality products, so that you can always walk in the forefront of The Times when choosing products in our store. You can always buy the latest, most fashionable and user-friendly products in our stores.

**Logistics and Distribution**

We each product will use the most safe way of packaging, to ensure that each product can be whole, in the process of transportation and security to the buyer"s hand. Because we understand a buyer are waiting for the parcel when the mood of anxiety, and is going to take that kind of excited feeling when we opened the parcel, if when open the parcel to find the product is damaged, it must be very uncomfortable, so we care, we will wrap each piece of goods, to make it safe to reach your hands. After we receive the order, we will process with the fastest speed, treat each order, we will devote ourselves wholeheartedly, if you have any questions about the order or the product, you can contact us, we will give you the most detailed reply when the first time we receive the message. After you receive our product if the product is due to express damage, please contact us. We will solve this problem. At the same time, we hope that we can establish a long-term cooperative relationship with you.Therefore, we hope that if you are satisfied with our service after receiving the goods, please leave your valuable comments, because your recognition is the greatest affirmation for us to pay.

Do foreign trade, we are serious, if infringes your rights and interests of any of our products, please you the first time to contact us, we will provide a win-win solution.

Sponsored Products You May be Interested In More Choice   我也要出现在这里





black head removal deep cleaning hydrafacial machine
US $1,507.54 - 1507.54 / Piece



2021 Newest Portable Facial Steamer Nano Spray Water
US $6.93 - 12.66 / Piece



All Types Hyaluron Pen 0.3ml 0.5ml Mesotherapy Gun with
US $38.20 - 47.91 / Piece



Disposable Consumable Cartridge Needle Tattoo Beauty
US $68.78 - 1079.20 / Piece



Ultima A1 Wireless Auto Microneedling Dr.pen Derma
US $40.21 - 47.91 / Piece



4D HIFU 12 Lines Korea Machine for Skin Tighten Face
US $1,105.53 - 1105.53 / Piece

## Similar Items



Personal Care Hot Plasma Pen Dark Spot Remover Skin
US $122.60 - 265.62 / Piece
$2 OFF $25+
$600 Save $5



Liquid Nitrogen Spray Freeze Cartridge Cryotherapy Pen 15g
US $134.67 - 253.78 / Piece
$1 OFF $50+
$600 Save $5



Cleaning Tools Accessories Blackhead Remover Vacuum
US $13.18 - 21.49 / Piece
$4 OFF $69+



Face Care Devices Mini HIFU Machine Ultrasonic RF EMS
US $71.16 - 122.97 / Piece
$4 OFF $69+



Face Care Devices Led Face Masks Light Therapy 7 Color
US $23.64 - 28.17 / Piece
$4 OFF $69+



Face Care Devices Neck 7 Colors Light LED Mask With
US $56.57 - 67.40 / Piece
$4 OFF $69+

## Related Keywords


silicone body brush


starter brush


paint applicators


quality acrylic brush


boar brushes wholesale


soft makeup bags


gold beauty


unicorn fish


boxed writing sets

solid wood set

## You May Also Like




Cleansing Brush Sonic Nu Face Spin Set Galvanica Spa System For Skin Deep
US $25.10 - 37.29 / Piece
$4 OFF $69+



Cleaning Tools Accessories Steamers 11PCS Face Wrinkle Remover Strips
US $8.06 - 9.60 / Piece
$4 OFF $69+



Cleaning Tools Accessories Electric Cleansing Brush Silicone Skin Massager
US $7.94 - 11.77 / Piece
$4 OFF $69+



Cleaning Tools Accessories KONKA Face Cleansing Electric Brush USB Charging
US $22.49 - 26.80 / Piece
$4 OFF $69+



Cleaning Accessories Anti-Freeze Membrane For Cryolipolysis Cryo
US $105.20 - 440.63 / Lot
$1 OFF $50+
$600 Save $5











Cleaning Accessories 100G 70G 110G
Antifreeze Membranes For The Zetiqanti

US $105.20 - 440.63 / Lot

$1 OFF $50+
$600 Save $5

Cleaning Accessories Anti Freeze
Membranes 70G 60G 110G Antifreezing

US $58.67 - 192.86 / Lot

$1 OFF $50+
$600 Save $5

Blackhead Instrument Home Handheld
Portable Facial Skin Cleaner Blackhead

US $26.89 - 34.83 / Piece

$2 OFF $50+

Air ZOOM PEGASUS 37 Casual Shoes
Mens Women Max 38 39 LE Greedy Be

US $12.70 - 39.95 / Pair

$7 OFF $39+
$129 Save $2

MONTSOURIS Backpack Style Women's
Empreinte Leather Shoulder School Bag

US $61.97 - 80.00 / Piece

$2 OFF $69+







2023 Women Bags Handbag Original Box
Date code Purse clutch shoulder

US $30.52 - 46.30 / Piece

Jumpman 1 Basketball Shoes 1s Mens
Womens University Blue Heritage Panda

US $58.95 - 72.46 / Pair

$15 OFF $299+

Kids Shoes Designer Virgil Trainers
Sneakers Fashion Youth Leather Lace Up

US $0.02 - 42.26 / Piece

100Pcs Mixed Skateboard Sticker
Adventure My World For Car Laptop Pad

US $3.12 - 6.56 / Lot

$2 OFF $25+
$50 Save $7

100PCS saffron Seeds Garden Flower
Variety complete Flower Bonsai Plant

US $1.03 - 1.54 / Set







Electric Guitar Black Double Neck
Headless 4 and 6 Strings Bass Guitar with

US $277.69 - 319.80 / Piece

In Stock Rare 660 12 Strings Cherry
Sunuburst Electric Guitar Gloss Varnish

US $119.83 - 399.80 / Piece

Women Jewelry fit Pandora Charms Bead
925 Silver Love Bracelet Letter G Alphabet

US $7.26 - 9.61 / Piece

$6 OFF $60+

Smoking Accessories Engraved Barrel XL
Beveled Edge Terp Slurper Set Full Weld

US $7.91 - 18.89 / Piece

$2 OFF $60+

Metal Hand Pipe Scoop Shape with
Magnetic Cover Zinc Alloy Spoon Hand

US $3.81 - 9.32 / Piece







50 PCS Mixed Graffiti skateboard Stickers
Green alien For Car Laptop Fridge Helmet

US $1.70 - 4.63 / Lot

$2 OFF $25+
$50 Save $7

235S Men's Designer T-shirt Plus Tees
Polos Round Neck Lipstick Dog Print

US $47.75 - 59.01 / Piece

$3 OFF $49+

Genuine Leather Bags Women Fashion
Handbags Shoulder Messenger Bag

US $38.14 - 80.00 / Piece

$2 OFF $69+

3D Custom Car Floor Mats for Porsche
718 911 Panamera Macan Cayenne Auto

US $99.50 - 118.57 / Piece

Mexico 10 Pesos 1905-1959 10pcs Date
For Chose Craft Gold Plated copy coin

US $11.08 - 15.36 / Lot







Coin Purses Designer Triangular Flip
Dinner Bags Women Shoulder Bag

US $92.50 - 109.11 / Piece

$2 OFF $25+

2023 Women men Watches- U1
Automatic Mechanical Watch 40mm

US $40.19 - 48.18 / Piece

50 PCS Mixed Graffiti skateboard Stickers
Horror movie halloween For Car Laptop

US $1.70 - 4.63 / Lot

$2 OFF $25+

men watch 41mm Sapphire glass Gliding
lock automatic mechanical ceramics

US $57.00 - 68.33 / Piece

2023 Womens Mens Couple heuer
Automatic watch 40 36mm Woman

US $40.21 - 48.20 / Piece







Evening Bags Luxurys Designers Handbag Women Bag ladies composite

US $55.95 - 66.01 / Piece

$2 OFF $25+

50 PCS graffiti Water bottle Stickers music producer Singer For Skateboard Car

US $1.71 - 4.63 / Lot

$2 OFF $25+
$50 Save $7

Woolen Cloth Shopping Handbags Sunshine Tote Bag Large Capacity

US $113.89 - 134.35 / Piece

$2 OFF $25+

New Arrival 925 Sterling Silver Butterflies Clip Charm Fit Original European Charm

US $10.29 - 12.14 / Piece

$2 OFF $29+

2022 New Automatic Sapphire Glass 5 ATM Waterproof 904L watch Stainless

US $82.80 - 99.38 / Piece

$2 OFF $25+



Clean Clear Z Type Glass Hookah Collector Trap 14mm Female Male 18.8

US $7.01 - 10.45 / Piece

$3 OFF $49+

More ⌄

## New Arrival brush silicone








Cleaning Brushes TPR Silicone Toilet Wall Mounted Standard
US $11.52 - 13.99 / Piece

Brooms Dustpans Silicone Scraper Broom Floor Cleaning
US $11.29 - 34.68 / Piece

Silicone dishwashing cleaning brush, multifunctional sponge
US $5.32 - 12.67 / Lot

Organization Xiaomi Smart Electric Toilet Brush Silicone
US $21.83 - 27.67 / Piece

Fruit Vegetable Tools Peeler Mtifunctional 360 Degree
US $3.45 - 5.14 / Piece

Cleaning Brushes Silicone Bottle Baby Pacifier Straw
US $3.28 - 13.57 / Piece

Not ▇▇▇▇ Sign out

Listed on 03/02/2023

Bookmark & Share          

✅ Any questions or suggestions ? Please let us know.

            

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License    京ICP备16060083号-9







DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)

[redacted] Miami, Florida, United States, 33138 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Summary

[redacted] Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $14.10 |
| Shipping Cost: | US $8.38 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $21.48** |

**Pay now**

« Back to Cart

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|

Seller: you07

Cleaning Tools Accessories Mini Ultrasonic Cleansi...
Options: Blue
US $14.10 / Piece
1 Piece

US $14.10

ePacket
US $8.38
Estimated delivery time:
May 27 and Jun 18

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $14.10 |
| Shipping Cost: | US $8.38 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $21.48** |

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

You07

Add To Favorite Stores ( 11 )

90.6% Positive Feedback 154 Transactions

Online Chat

Share Share 0

Cleaning Tools Accessories Mini Ultrasoi In this store On DHgate

body shape , massage gun , massage device

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush Silicone Electric Sonic Face Skin Washing Massager USB Rechargeable Blackhead Remover 230202

**Store Categories**

- Health & Beauty (1)

**Popular Search**

body shape massage gun massage device

| Store Coupon | Store Coupon | Store Coupon |
|---|---|---|
| Issued/Total:0/999 | Issued/Total:1/999 | Issued/Total:1/999 |
| $50 OFF $999+ | $25 OFF $499+ | $15 OFF $299+ |
| Code:3GHSVWR07XUFLRS98T6D | Code:DR5JK3YKAHIRV0QJQQYB | Code:YDQCDQORHKCIZW3SBUPQ |
| Get Now | Get Now | Get Now |

Show More

1 matching products found for Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush Silicone Electric Sonic Face Skin Washing Massager USB Rechargeable Blackhead Remover 230202

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Cleaning Tools Accessories Mini Ultrasonic Cleansing Brush S...

Ships out within 10 business days

US $11.84 - 14.10 / Piece

~~US $28.18 - 33.57~~

Add to Cart

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 166

Marketplace: DHGate

Seller Name: youe









SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Checkout(0)
Go to Cart

New Buyer Coupons! $ | Buyer Protection | Customer Service | United States / USD | English

DHgate youe Store Chat
93.5% Positive Feedback

purse | On DHgate | In this Store

Hi [redacted]
My DHgate
0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

# Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma297o

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:
Enjoy fast refund service if your first order exceeds Promised Dispatch Date.
New Buyer DHcoupon Pack $23 OFF Claim

Options: More+
02-ROSE

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jul. 1

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

## Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Home Painless Laser Hair Removal Depilator IPL Epilator
US $83.73 - 110.86 / Piece
$2 OFF $50+

Electric Shaver For Man Stainless Steel Shaving Machine
US $41.69 - 56.07 / Piece
$2 OFF $50+

Hair Curlers Straighteners LISAPRO Dual Voltage Air Brush
US $56.36 - 67.15 / Piece
$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator
US $32.98 - 39.30 / Piece

Steamers Cleaning Cleaner Beauty Face Steaming Device
US $33.30 - 39.68 / Piece
$2 OFF $50+

Electric Hair Curle Dryer Straightene
US $27.87 - 33.22

## Customers Often Bought With

LL Bags Women Men Waist Ba...
US $18.97 - 23.45 / Piece

Handbags Designer Luxury B...
US $79.59 - 91.42 / Piece

Kemei km-1990 Professional S...
US $32.91 - 65.36 / Piece

Electric Handhold Hair Remov...
US $36.91 - 43.54 / Piece

newest professional electric di...
US $46.14 - 64.87 / Piece

new Designer Ba...
US $312.57 - 323.

## More Choices








Oral Irrigators Dental cleaner
Portable intelligent household
US $27.30 - 38.33 / Piece

Electric Hair Dryer Brush
Blower Hot Air Styler Comb One
US $21.85 - 26.04 / Piece

PLATINUM AND GOLD Hair
Straighteners Professional
US $60.50 - 72.09 / Piece

Electric Toothbrush with 3
Replacement Head Sonic Wave
US $17.60 - 20.98 / Piece

Generation 3 No Fan Vacuum
Hair Dryer H-03 Professional
US $106.79 - 127.25 / Piece
$10 OFF $199+

MD013 electric re...
Blackhead remov...
US $10.82 - 12.89

---

**youe Store** ›


💬 Chat    9

93.5% Positive Feedback

| | | |
|---|---|---|
| On-time Delivery Rate: | | ↑ |
| Response Time: | | ↑ |
| Dispute rate: | | ↑ |
| Repurchase rate: | | ↓ |

Business Information

### Top 3 Markets

| | |
|---|---|
| North America | 56.18% |
| Oceania | 12.36% |
| Western Europe | 11.24% |

### Store Categories

>Watches
  Women's Watches
  Other Watches
>Household Appliances
  Personal Care
  Home Theater
>Automobiles & Motorcycles
  Auto Parts
  Motorcycle Accessories
  Interior Accessories
  Motocycle Racing Suit
  Auto Electronics
  Vehicle Tools
  Motorcycle Parts
  Car Lights & Lighting Accessories
  Car Care & Cleaning
  Car Wash & Maintenance
  Tools
>Bags, Luggage & Accessories
  Xmas Bags Idea
  School Bags
>Bags, Shoes & Accs
  Men's Baos

---

**Item Description**    Company Overview                                          Report Item

## Specifications

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 857471714 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



5 intensity adjustments

Women's Shoes
Men's Shoes
>Sports & Outdoors
Camping & Hiking
Fitness Supplies
>Hair Products
Synthetic Wigs*
Hair Accessories & Tools
Hair Care & Styling Tools
Lace Wigs

**All Store Items on Sale Now**

Go to Store >

**More items from this Store**



US $78.53 - 99.20 / Piece



US $14.99 - 25.08 / Piece



US $16.96 - 29.53 / Piece



US $28.91 - 34.45 / Piece



US $25.68 - 34.00 / Piece

## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





Product Name: Net transparent sili
cleansing instrume

Product number： NJMY-03

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB



US $27.73 - 33.04 / Piece

View all 2652 items

charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

## 3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regu
For normal

High frequency sound

wave vibration
6000rmp per minute
Deep cleansing skin care





**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear Face Massager Vibrator Brush**

**Descriptions**

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and eleg shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

Specifications

· Frequency: 100Hz · Noise: 50dB · Material: silicone · Size: 80*75*30mm · Color: rose red, pink, green






USB Rechargeable


The standby is up to 90 days


IPX 7 Waterproof

## IPX 7 Waterproof Design



## 3 zones for different types of skin



② **Rough**
For oily skin, like T zone

③ **Regular**
For normal skin

① **Fine**
For sensitive skin



# Brush Head Lengthened
## Deep Cleaning





Washing by hand    VS    Washing by our brush

PRODUCT PARAMETERS



Your cart is empty

| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : | 6000RPM | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

#### ----Because orange is similar to human skin



**Washed by hand**



**Washed by brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)



high quality face brush





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



3 zones for different types of skin





☑ Remove dirt & oil

☑Remove black head

☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles

8CM/3.15inch



8CM/3.15inch

# Product Pictures





SUPER COOL

WASHING MACHINE

JMY04 JMY16

Less Description ^

## Sponsored Products You May be Interested In More Choice 我也要出现在这里













for Salon Tools Hair Dryer Sealed Package 5 Colors HD08
US $155.28 - 185.03 / Piece

Top Quality Hair Curler Professional Salon Tools EU US
US $205.71 - 245.13 / Piece

Andis Profoil Lithium Titanium-ION Cord Cordless Foil Shaver
US $59.01 - 70.32 / Piece

HD08 Super High Speed Vacuum Hair Dryer US UK EU
US $144.93 - 172.70 / Piece

8 Heads Multi-functional Hair Curler Hair Dryer Automatic
US $235.18 - 243.75 / Piece

2023 8148 Magic Clipper 8504 808
US $128.36 - 152.

## Similar Items

















Longmada Motar III Wax Heater Replaceable of Quartz
US $17.43 - 25.02 / Piece
$5 OFF $99+

Hair Clippers Drop Maquina De Cortar Cabello Tondeuse Barbe
US $23.56 - 35.43 / Piece

Longmada Motar II Wax Heater Replaceable of Quartz Bucket
US $15.85 - 22.75 / Piece
$5 OFF $99+

Selling Electric Razor Rechargeable Beard Trimmer
US $18.45 - 21.99 / Piece

Longmada Mr Bald T Heater 510 Thread Starter Kit Oil Wax
US $12.18 - 17.64 / Piece
$5 OFF $99+

Original Longmada Portable Wax Hea
US $26.73 - 39.81
$5 OFF $99+

## Related Keywords







firming skin care

portable radio frequency skin

skin care tips

foot care tools

digital facial skin analyzer

## You May Also Like







V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+

Blackhead Vacuum Suction

US $23.36 - 39.13 / Piece

Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece



MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece



V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool

US $22.85 - 30.25 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

$2 OFF $50+



[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers

US $23.72 - 28.27 / Piece

Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-

US $3.67 - 4.24 / Piece

$2 OFF $25+

Silicone Facial Cleanser Waterproof scrubber Rechargeable Face Brush

US $16.69 - 24.85 / Piece

$2 OFF $25+

Electric Face Scrubbers 5 Modes Silicone Cleansing Brush Clean Device

US $26.04 - 34.38 / Piece

$2 OFF $50+

Makeup Mirror 5X Magnifying Mirrors LED Lighted Touch Screen Vanity

US $51.24 - 61.06 / Piece

Per $100 Save $10



Electric Face Scrubbers Laser Epilator Permanent IPL Photoepilator Hair

US $120.23 - 143.28 / Piece

Per $100 Save $10

Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty Pen Facial

US $301.50 - 312.49 / Piece

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

$2 OFF $50+

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

$2 OFF $50+

Electric Face Scrubbers Cleansing Brush with 4 Cleaning Heads

US $33.38 - 39.77 / Piece

$2 OFF $50+



SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

Summer 2023 Casual Shorts Suits Women Tracksuits 2 Piece Set Outfits

Parts Motorcycle Motorcross Handlebar Handguards Hand Guards



Innokin iClear 30S Dual Coil Heads the vaping world iClear 30 S Atomizer



Motorcycle Half Helmets Personali Bicycle Riding Lovely Strawberry



US $14.99 - 25.08 / Piece
US $39.08 - 40.93 / Lot
US $31.95 - 38.07 / Set
US $1.01 - 1.12 / Piece
US $72.19 - 82.09 / Piece

$2 OFF $50+
$2 OFF $50+
$3 OFF $49+
$2 OFF $50+







Evening Bags Bucket Bag Closed-toe Layer Cowhide Food Basket Tote All-
3 Sets of Alice A5501 Headless Electric Guitar Strings Double Ball End 1st-6th
women's suit 2023 pants autumn long sleeve round neck loose casual color
Elbow Knee Pads Sports Safety Sports Men's Compression Knee Brace Elastic
6ml Water-based Nail Polish Children Pregnant Women Available Nail

US $84.15 - 99.27 / Piece
US $8.55 - 10.18 / Lot
US $14.32 - 19.99 / Piece
US $1.39 - 7.89 / Piece
US $17.75 - 23.50 / Lot

$2 OFF $25+
$2 OFF $28+
$2 OFF $50+

Per $100 Save $6



Brand new 8.8inch Glass for BMW X5 NBT L7 CID High F30 F31 Car VIDEO

US $30.96 - 40.00 / Piece

More ⌄

## New Arrival skin care tools








Face Massager ANLAN Neck Face Beauty Device 3 color LED
US $18.75 - 22.13 / Piece

Face Massager HSKOU Neck and Face Beauty Equipment 3-
US $16.74 - 24.90 / Piece

Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl
US $22.56 - 26.18 / Lot

Organization Bath Brush Rub Back Body Skin Care Tool On
US $16.65 - 21.11 / Piece

Other Bath Toilet Supplies Plastic Shower Feet Massage
US $8.77 - 9.98 / Piece

Face Massager N Beauty Device 3 c
US $13.19 - 15.56

Not , umesh.bisht? Sign out

Listed on 10/04/2023

Bookmark & Share
        

Any questions or suggestions ? Please let us know.

            

China Wholesale    Security & Privacy    About Us    China Manufacturers    Seller Home    Blog    Best Sellers    Customer Service    Terms of Use    Russian    Portuguese    Italian

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.   License   京ICP备16060083号-9

French   German   Turkey   한국어   العربية   Nederlands   Polska   svenska   日本語   Ireland   Local Warehouse





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change

[redacted] Miami, Florida, United States, 33133 .

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: youe | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra...<br>Options: 02-ROSE<br>US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL<br>Free Shipping<br>Estimated delivery time: Jun 3 and Jul 1 |

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

digicert GeoTrust VISA MasterCard SecureCode

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice @ 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 114 ) Sign out | My DHgate | Help | English | 0

LOGO Factory

Youe

Add To Favorite Stores ( 9 )

93.5% Positive Feedback 169 Transactions

Online Chat

Share

Share 0

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma297o

**Store Categories**

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma297o

Sort by: Bestselling | Price | Best Match | Price: $ 0 - $ 0 Go | Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 167

Marketplace: DHGate

Seller Name: zaneo



SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Go to Cart

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate | zaneo Store Chat | 66.7% Positive Feedback | sunglasses | On DHgate | In this Store | Hi[redacted] My DHgate | 0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Similar Items

# Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma264A

**US $32.98 - 39.3** / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF Claim

Options: 02-ROSE More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jul. 1

Total cost: **$39.3**

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Selling Electric Razor Rechargeable Beard Trimmer
US $18.45 - 21.99 / Piece

Leisure Computer Chair Household Office Student
US $13.13 - 18.68 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.58 - 27.41 / Piece
$2 OFF $50+

Electric Hair Dryer Blow Dryer Curling Iron Rotating Brush
US $153.36 - 182.75 / Piece

Hair Curlers Straighteners New Arrival professional 19mm
US $21.95 - 27.91 / Piece
$2 OFF $50+

Hair Clippers Dro Cortar Cabello To
US $23.56 - 35.43

zaneo Store >

Chat 0

Item Description | Company Overview | Report Item

## Specifications

66.7% Positive Feedback

On-time Delivery Rate:
Repurchase rate:

Business Information

**Top 3 Markets**

**Store Categories**

>Watches
  Unisex Watches
  Men's Watches
  Mechanical Wristwatches
  Women's Watches
  Children's Watches
  Watch Accessories
  Women's Watches
  Other Watches
  Pocket Watches

>Bags, Luggage & Accessories
  Xmas Bags Idea
  Fashion Bags
  Evening Bags
  Cosmetic Bags & Cases
  Waist Bags
  Sport&Outdoor Packs
  Shopping Bags
  Bag Parts & Accessories
  School Bags
  Other Bags
  Bag Organizer
  Functional Bags
  Briefcases

>Bags, Shoes & Accs
  Men's Bags
  Women's Shoes
  Men's Shoes
  Women's Accessories
  Men's Accessories

>Household Appliances
  Personal Care
  Home Theater

>Shoes & Accessories

**All Store Items on Sale Now**

Go to Store  >

**More items from this Store**



US $28.91 - 34.45 / Piece



US $6.95 - 13.57 / Piece

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Type: | Facial Cleansing Brush |
| Charging: | USB Charging |
| Commodity Quality | ce |
| Certification: | |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 854622661 |
| Category: | Electric Face Scrubbers |

**Return policy details**

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

**Description**

**01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB**



**Function**

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

**Feature**

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





US $32.98 - 39.30 / Piece



US $10.48 - 12.57 / Piece
1 Order



US $30.04 - 35.43 / Piece



US $24.17 - 28.51 / Piece

View all 8780 Items





Product Name: Net transparent sili
cleansing instrume

Product number：NJMY-03(

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin



③ Regu
For normal

High frequency sound
wave vibration
6000rmp per minute
Deep cleansing skin care





*Support drop shipping*



**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clean Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elega shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green





Adjustable Vibration Speed

Soft    Moderate    Strong



 USB Rechargeable      The standby is up to 90 days      IPX 7 Waterproof

IPX 7 Waterproof Design



3 zones for different types of skin



① Fine
For sensitive skin

② Rough
For oily skin, like T zone

③ Regular
For normal skin

Brush Head Lengthened
Deep Cleaning



Your cart is empty

Washing by hand        VS        Washing by our brush



PRODUCT PARAMETERS

| | | | |
|---|---|---|---|
| Color : | Pink/Red/Customized | Weight : | 70g |
| Material : | ABS + silicone | Power Supply : | DC 3.7V |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level : | IPX7 | Charging Method : | USB Charging |
| Charging Time : | 2Hours | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual, Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by  brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep
Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co
Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



*Brush head lengthened*
Удлиненная щетка

Dead zone
Мертвая зона

Cleansing area
Очищающая область

Massage area
Массажная зона

3 zones for different types of skin







☑ **Remove dirt & oil**

☑ **Remove black head**



☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles

8CM/3.15inch

8CM/3.15inch

# Product Pictures



**SUPER COOL WASHING MACHINE**

JMY04 JMY16

Less Description ⌃

Related Keywords


firming skin care


portable radio frequency skin


skin care tips


foot care tools


digital facial skin analyzer

You May Also Like











Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+

Electric Acne Remover Point Noir Blackhead Vacuum Extractor Tool

US $22.85 - 30.25 / Piece

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

US $16.96 - 29.53 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece



Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

$2 OFF $50+

MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $75.40 - 95.25 / Piece

$2 OFF $50+

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece



Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

$2 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

Electric Face Scrubbers LED Facial Mask Therapy 7 Colors Machine Light

US $29.30 - 48.51 / Piece

$2 OFF $50+

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

$2 OFF $50+







TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece

2 Modes Electric Face Cleansing Brush EMS Face Massage Deep Cleaning

US $40.47 - 48.23 / Piece

$2 OFF $50+

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

US $35.02 - 46.21 / Piece

MD013 electric rechargeable Blackhead remover for Face Deep

US $6.95 - 13.57 / Piece

$2 OFF $50+



High Pressure Nano Spray Face Steamer Mist Moisturize Skin

US $46.74 - 55.69 / Piece

$2 OFF $50+

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

US $14.99 - 25.08 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece

V Face Massager LED Pon Light Therapy EMS Facial Lifting Face

US $50.33 - 59.97 / Piece











Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

TM-MD004 110-220V Diamond Blackhead Vacuum Suction remove

US $23.36 - 39.13 / Piece

$2 OFF $50+

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $27.73 - 33.04 / Piece

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $78.53 - 99.20 / Piece

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial

US $32.98 - 39.30 / Piece



4 in 1 Electric Facial Cleansing Brush Rechargeable Waterproof Spin Sonic

US $19.76 - 23.54 / Piece

$1 OFF $50+

Ultrasonic Facial Massager 7 Colors Led Pon Skin Rejuvenation Light

US $86.38 - 109.12 / Piece



AA Battery Type Portable Facial Massager Makeup Remover 5 in 1

US $18.74 - 22.33 / Piece

$2 OFF $50+



Makeup Mirror 5X Magnifying Mirrors LED Lighted Touch Screen Vanity

US $51.24 - 61.06 / Piece

Per $100 Save $10

Electric Face Scrubbers Laser Epilator Permanent IPL Photoepilator Hair

US $120.23 - 143.28 / Piece

Per $100 Save $10 



Electric Wireless Facial Cleansing Brush Silicone Face Washing Cleaning

US $24.28 - 28.93 / Piece

$2 OFF $50+ 

More ⌄

### New Arrival skin care tools



Face Massager ANLAN Neck Face Beauty Device 3 color LED

US $18.75 - 22.13 / Piece



Face Massager HSKOU Neck and Face Beauty Equipment 3-

US $16.74 - 24.90 / Piece



Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl

US $22.56 - 26.18 / Lot



Organization Bath Brush Rub Back Body Skin Care Tool On

US $16.65 - 21.11 / Piece



Other Bath Toilet Supplies Plastic Shower Feet Massage

US $8.77 - 9.98 / Piece



Face Massager N Beauty Device 3 d

US $13.19 - 15.56

Not  Sign out

Listed on 31/03/2023

Bookmark & Share        

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Span

French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9





DHgate Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States)
[redacted] Miami, Florida, United States, 33138 .

Change

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: zaneo | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-ROSE US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jul 1 |

Add remark to seller

Please add remark(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

Buyer Protection Secure Payment Return Policy Refund for no Delivery

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 114 ) Sign out | My DHgate | Help | English | 0

Zaneo

Add To Favorite Stores ( 0 )

66.7% Positive Feedback 13 Transactions

Online Chat

Share Share 0

LOGO Factory

Skin Care Tools Electric Face Scrubbers | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma264A

**Store Categories**

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma264A

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Bookmark & Share

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 168

Marketplace: DHGate

Seller Name: zhucai33



SPEND & SAVE BONUS COUPON UP TO $ 150 SAVINGS

Subtotal
US $0.00
Go to Cart

New Buyer Coupons! | Buyer Protection | Customer Service | United States / USD | English

DHgate zhucai33 Store Chat
66.7% Positive Feedback

decals | On DHgate | In this Store

Hi [redacted]
My DHgate
0 Cart

Store Home | Products | Limited Time Sale | TopSelling | Review | About Us

DHgate > Household Appliances > Personal Care > Electric Face Scrubbers > Skin Care Tools Electric Face Scrubbe...

Share to be partner | Similar Items

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma308S

US $32.98 - 39.3 / Piece

| USD | $39.3 | $34.18 | $32.98 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail: Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

New Buyer DHcoupon Pack $23 OFF Claim

Options: 02-PINK More+

Quantity: 1 Piece Maximum 50 Piece(s)

Shipping: Free Shipping to United States Via China Post SAL More Options
Estimated delivery time: Jun. 3 and Jul. 1

Total cost: $39.3

Buy it Now | Add to Cart

Buyer Protection: Return Policy | Refund for No Delivery | Secure Payment

Product Feature

- Origin : CN(Origin) Commodity Quality Certification : ce Power Source : Rechargeable Battery Model Number : MINI 02 Type : Facial Cleansing Brush Vibration : 6000RPM Vibration Strength : 5 levels adju

## Customers Who Bought This Item Also Bought

Selling Electric Razor Rechargeable Beard Trimmer
US $18.45 - 21.99 / Piece

Leisure Computer Chair Household Office Student
US $13.13 - 18.68 / Piece

2018 Salon Hair Iron Hair Straightening Escova Alisadora
US $5.58 - 27.41 / Piece
$2 OFF $50+

Electric Hair Dryer Blow Dryer Curling Iron Rotating Brush
US $153.36 - 182.75 / Piece

Hair Curlers Straighteners New Arrival professional 19mm
US $21.95 - 27.91 / Piece
$2 OFF $50+

Hair Clippers Dro Cortar Cabello To
US $23.56 - 35.43

zhucai33 Store >
Chat 1

Item Description | Company Overview | Report Item

Specifications

66.7% Positive Feedback

On-time Delivery Rate: ▲
Repurchase rate: ▼

Business Information

Top 3 Markets

**Store Categories**

>Watches
  Wristwatches
  Men's Watches
  Women's Watches
  Unisex Watches
  Mechanical Wristwatches
  Watch Accessories
  Children's Watches
  Women's Watches
  Other Watches
  Pocket Watches
>Bags, Luggage & Accessories
  Xmas Bags Idea
  Fashion Bags
  Sport&Outdoor Packs
  Evening Bags
  Cosmetic Bags & Cases
  Waist Bags
  Shopping Bags
  Bag Parts & Accessories
  School Bags
  Other Bags
  Bag Organizer
  Functional Bags
  Briefcases
>Bags, Shoes & Accs
  Men's Bags
  Women's Shoes
  Men's Shoes
>Household Appliances
  Personal Care
  Home Theater
>Shoes & Accessories
  Women's Shoes

All Store Items on Sale Now

Go to Store >

More items from this Store



US $23.36 - 39.13 / Piece



US $28.91 - 34.45 / Piece

| | |
|---|---|
| Voltage: | DC3.7V |
| Origin: | CN(Origin) |
| Charging: | USB Charging |
| Type: | Facial Cleansing Brush |
| Commodity Quality Certification: | ce |
| Vibration: | 6000RPM |
| Power Source: | Rechargeable Battery |
| Vibration Strength: | 5 levels adjustable |
| Model Number: | MINI 02 |
| Item Code: | 854606142 |
| Category: | Electric Face Scrubbers |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### 01# Skin care Ultrasonic Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser Silicone Face Massager USB



## Function

*Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally. *Silicone brush without any abradability gently removes dry dead cells making your skin dull. *High frequency pulsation refreshes skin health and vitality, so that your skin soft, moisturized, smooth and resilient. *Waterproof design, safe for using in the bath or shower.

## Feature

- Name: Electric Face Cleaning brush - Waterproof: IPX7 - Vibration frequency: 7000 times / minute - Operation interface: 3 button - Vibration Strength: 5 levels adjustable - Charging: USB Charging - Charging time: 1 hours - Material: Silicone - Size: 100*75*30mm - Color: rose,light pink,light blue,yellow





US $32.98 - 39.30 / Piece



US $12.24 - 15.78 / Piece



US $10.10 - 73.83 / Piece



US $87.76 - 103.53 / Piece
1 Order

View all 9125 items





Product Name: Net transparent sili
cleansing instrume

Product number：NJMY-03(

Product size: 100x75x30m

Product weight: about 98

Charging mode: USB
charging / 5V, 1

Charging time: about 1 h

Cleaning method: body
waterpro

Product color: red / pink /

3 zones for different types of skin

② Rough
For oily skin, like T zone

① Fine
For sensitive skin

③ Regu
For normal



High frequency sound
wave vibration
6000rmp per minute
Deep cleansing skin care





*Support drop shipping*



**02# Skin Care Machine Mini Electric Facial Cleaning Brush Silicone Sonic Vibracion Deep Pore Clear Face Massager Vibrator Brush**

### Descriptions

?Deeply clean, effectively remove makeup residue ?USB charging, no need change battery ?Waterproof, can use in bathroom ?Cute and elega shape, more ergonomico ?No need change brush ?Restore skin shiny and flexibility ?6 gears can be adjusted ?Package include:1 x Face Wash Machine,1 x usb charger,1 x english manual,1 x box,

### Specifications

- Frequency: 100Hz - Noise: 50dB - Material: silicone - Size: 80*75*30mm - Color: rose red, pink, green







IPX 7 Waterproof Design



3 zones for different types of skin



Brush Head Lengthened

Deep Cleaning





Your cart is empty

Washing by hand          Washing by our brush

PRODUCT PARAMETERS



| Color : | Pink/Red/Customized | Weight : | 70g |
|---|---|---|---|
| Material :  ABS + silicone | | Power Supply :  DC 3.7V | |
| Vibration Frequency : 6000RPM | | Size : | 80*75*30mm |
| Waterproof Level :  IPX7 | | Charging Method :    USB Charging | |
| Charging Time :  2Hours | | Function : | Deep Cleaning |
| Accessories : | Device, USB Charger, User Manual,  Box | | |

# Orange Test
# with lipstick pasted

### ----Because orange is similar to human skin



**Washed by hand**



**Washed by  brush**

03# Mini Electric Facial Cleansing Brush Silicone Face wash Massage Vibrator Sonic Vibracion Deep Pore Cleaner body Skin Care Tools

### Feature

- Material: Food-grade silicone + ABS - Vibration frequency: 6000rpm(max.) - Charging method: USB charging - Battery capacity: 200mAh - Co Rose red & Pink - Size: 8*8*3cm / 3.15*3.15*1.18in(Length*Width*Thickness) - Weight: 115g

### Package Content

1 x Facial cleaning brush 1 x USB charging cable 1 x User manual(English)





8 cm or 3.15 inches



8 cm or 3.15 inches

Thickness: 3 cm or 1.18 inches



*Brush head lengthened*

Удлиненная щетка

Dead zone
Мертвая зона

Cleansing area
Очищающая область

Massage area
Массажная зона

3 zones for different types of skin





☑ **Remove dirt & oil**

☑ **Remove black head**





☑ Remove the acne

☑ Exfoliating scrub

☑ Shrink pores

☑ Reduce wrinkles

# Product Pictures



Less Description ^

Related Keywords


firming skin care


portable radio frequency skin


skin care tips


foot care tools


digital facial skin analyzer

You May Also Like



















Xiaomi Inface Rf Beauty Instrument V Face Facial Beauty Pen Facial

[EU InStock] KONKA Facial Steamer Nano Ionic Face Steamers Scrubbers

Electric Face Scrubbers Shavers Shaver For Men 7D Independently 7

Face Machine Facial Massager High Frequency Facial Machine Face

Ultrasonic Deep Face Cleaning Machine Skin Scrubber Remove Dirt

US $301.50 - 312.49 / Piece | US $23.72 - 28.27 / Piece | US $26.00 - 35.21 / Piece | US $20.94 - 24.95 / Piece | US $27.73 - 33.04 / Piece







Silicone Facial Cleanser Waterproof scrubber Rechargeable Face Brush

Beauty Stick 24K Electric Face Scrubbers Slimming Golden Stick T-

Electric Face Scrubbers 5 Modes Silicone Cleansing Brush Clean Device

6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

4 in 1 Facial Cleansing Brush scrubber Rechargeable Electric Ipx7 Waterproof

US $16.69 - 24.85 / Piece | US $3.67 - 4.24 / Piece | US $26.04 - 34.38 / Piece | US $35.02 - 46.21 / Piece | US $11.33 - 13.81 / Piece







6 Suction Face Nose Blackhead Remover Vacuum Cleaner Black Dot

MD005 shipment Blackhead Vacuum Suction Machine Microdermabrasion

Electric Face Scrubbers Cleansing Brush with 4 Cleaning Heads

SC005 24khz ultrasonic sonic facial face skin scrubber for face peeling

women's suit 2023 pants autumn long sleeve round neck loose casual color

US $35.02 - 46.21 / Piece | US $16.96 - 29.53 / Piece | US $33.38 - 39.77 / Piece | US $14.99 - 25.08 / Piece | US $14.32 - 19.99 / Piece







Brand new 8.8inch Glass for BMW X5 NBT L7 CID High F30 F31 Car VIDEO

Summer 2023 Casual Shorts Suits Women Tracksuits 2 Piece Set Outfits

Elbow Knee Pads Sports Safety Sports Men's Compression Knee Brace Elastic

3 Sets of Alice A5501 Headless Electric Guitar Strings Double Ball End 1st-6th

Evening Bags Bucket Bag Closed-toe Layer Cowhide Food Basket Tote All-

US $30.96 - 40.00 / Piece | US $39.08 - 40.93 / Lot | US $1.39 - 7.89 / Piece | US $8.55 - 10.18 / Lot | US $84.15 - 99.27 / Piece








Parts Motorcycle Motorcross Handlebar Handguards Hand Guards

Organization 2 PERSONS FOLDABLE BATHTUB FLAMINGO HOME SPA BATH

Innokin iClear 30S Dual Coil Heads the wooden wick i Clear 30 S Atomizer

6ml Water-based Nail Polish Children Pregnant Women Available Nail

Motorcycle Half Helmets Personali Bicycle Riding Lovely Strawberry

US $31.95 - 38.07 / Set | US $135.38 - 171.62 / Piece | US $1.01 - 1.12 / Piece | US $17.75 - 23.50 / Lot | US $72.19 - 82.09 / Piece







50 Pcs Lot Not Repeated Skateboard Stickers Male Rapper For Car Laptop

US $1.71 - 4.63 / Lot

$2 OFF $25+
$50 Save $7

4Door Car Door HingeHinge CoverSpare Tire Holder Hinge Cover

US $45.92 - 62.91 / Set

$2 OFF $50+

New 7 Strings Hollow Jazz Electric Guitar VS Sunburst Top Musical

US $293.97 - 338.55 / Piece



10 pairs mixed style women's 925 silver earring GTE58,high grade

US $2.32 - 3.96 / Pair



2022 INS Mens Womens hoodie High Street Skeleton Palace Hoodies Hip-

US $53.30 - 65.22 / Piece

$15 OFF $299+



watch designer mens movement watches Automatic Mechanical Watch

US $70.35 - 83.84 / Piece

DHL,UPS FREE Senior Bach Silver Plated Bach Trumpet LT 1805-43 Small

US $195.98 - 233.54 / Piece

Red Yellow Flame Crew Socks Lifelike Fire Socks Men Hip Hop Design Classic

US $12.14 - 13.67 / Lot

$2 OFF $50+

Fittings 1.375X24 Titanium Gr5 Extra Hexagon Sealed End Cap For Modar

US $23.57 - 28.51 / Piece

$2 OFF $25+

Fashion Men Leather Crossbody Shoulder Bag Top Designer Briefcase

US $33.70 - 39.75 / Piece



MALUSHEN motorcycle helmet full face blackyellow color291N09485075

US $98.54 - 112.05 / Piece

$2 OFF $50+

More ⌄

## New Arrival skin care tools



Face Massager ANLAN Neck Face Beauty Device 3 color LED

US $18.75 - 22.13/ Piece

Face Massager HSKOU Neck and Face Beauty Equipment 3-

US $16.74 - 24.90/ Piece

Whole- 4 In 1 Beauty DIY Facial Mask Tool Set Mixing Bowl

US $22.56 - 26.18/ Lot

Organization Bath Brush Rub Back Body Skin Care Tool On

US $16.65 - 21.11/ Piece

Other Bath Toilet Supplies Plastic Shower Feet Massage

US $8.77 - 9.98/ Piece

Face Massager N Beauty Device 3 c

US $13.19 - 15.56

Not ▮▮▮▮▮▮ Sign out

Listed on 28/03/2023

Bookmark & Share 

Any questions or suggestions ? Please let us know.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | Blog | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Span
French | German | Turkey | 한국어 | العربية | Nederlands | Polski | Svenska | 日本語 | Ireland | Local Warehouse

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License   京ICP备16060083号-9





DHgate
Buy Globally · Sell Globally

Buy Now

Buyer Protection GeoTrust

[redacted] (United States) Change

[redacted] Palm beach, Florida, United States, 33480

Payment Method 100% Secure Payment

**Pay with a Card**

Pay with a New Card VISA

## Review & Confirm Your Order

Enjoy fast refund service if your first order exceeds Promised Dispatch Date.

| Product Detail | Subtotal | Shipping Method |
|---|---|---|
| Seller: zhucai33 | | |
| Skin Care Tools Electric Face Scrubbers Mini Vibra... Options: 02-PINK US $39.30 / Piece 1 Piece | US $39.30 | China Post SAL Free Shipping Estimated delivery time: Jun 3 and Jul 1 |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

US $1 DHcoupon

| | |
|---|---|
| Item Subtotal: | US $39.30 |
| Shipping Cost: | US $0.00 |
| DHcoupon: | -US $1 |
| **Order Total:** | **US $38.30** |

## Summary

Enter code here Apply

| | |
|---|---|
| Item Subtotal(1 items): | US $39.30 |
| Shipping Cost: | US $0.00 |
| Discounts: | -US $1.00 |
| **Grand Total:** | **US $38.30** |

Pay now

« Back to Cart

**Buyer Protection** **Secure Payment** **Return Policy** **Refund for no Delivery**

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved.

LOGO Factory

Zhucai33

Add To Favorite Stores ( 1 )

66.7% Positive Feedback 14 Transactions

Online Chat

Share

Share 0

Skin Care Tools Electric Face Scrubbers In this store On DHgate

Store Categories

- Household Appliances (1)

1 matching products found for Skin Care Tools Electric Face Scrubbers Mini Vibrator Massager Facial Cleansing Brush Sonic Face Silicone Clean Beauty Foreoing Ma308S

Sort by: Bestselling Price Best Match Price: $ 0 - $ 0 Go Page 1/1

Skin Care Tools Electric Face Scrubbers Mini Vibrator Massag...

Ships out within 10 business days

US $32.98 - 39.30 / Piece

Add to Cart

Copyright Notice © 2004 - 2023 DHgate.com All rights reserved. License 京ICP备16060083号-9

DOE Number: 170

Marketplace: eBay

Seller Name: 12pegleg



Daily Deals   Brand Outlet   Help & Contact   Sell   Watchlist ˅   My eBay ˅

Shop by category ˅   | Search for anything | All Categories ˅ | Search | Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist







$ Have one to sell? Sell now

**Forever Lina Mini T Sonic Facial Cleansing Device**

Condition: Used
"Light shop wear. Scratches in bone. See photos for condition."

Price: **$39.99**

[ Buy It Now ]
[ Add to cart ]

Best Offer:
[ Make offer ]
♡ Add to Watchlist

Additional service available

☐ 1-year protection plan from Allstate - $4.99



↩ Breathe easy. Free returns.

🚚 Fast and reliable. Ships from United States.

Shipping: US $6.25 Economy Shipping. See details
Located in: Elizabeth, Colorado, United States

Delivery: Estimated between Fri, Apr 21 and Mon, Apr 24 ⓘ

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
l2pegleg (20050 ⭐)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Shop related items**
278K items sold

eaudeluxe
In eBay Stores
Sponsored
[ Shop now ]

---

**Similar sponsored items**
Feedback on our suggestions


Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback


FOREVER LINA T-Sonic mini Facial Cleansing Device
New
**$12.99**
+ shipping
Seller with a 100% positive feedback


Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback

FOREO LUNA mini 2 Silicone Dual-Sided Facial Cleansing Brush
Pre-owned
**$34.99**
$119.99 71% off
Free shipping
☑ Top Rated Plus


FOREO Luna Mini 2 T-Sonic Facial Cleansing Brush - Pink
Pre-owned
**$27.99**
Free shipping
Seller with a 100% positive feedback

---

**Sponsored items inspired by your views**
Feedback on our suggestions







| | | | | |
|---|---|---|---|---|
| Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage | 2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage | Facial Cleansing Brush Silicone Face Scrub Brush Manual Exfoliating Brush | Pulsaderm SONIC WASHCLOTH 2 speed Silicone Face Brush PINK waterproof | Electric Facial Cleansing Brush, FBFL Sonic Silicone Face Brush & Pink |
| New | New | New | New (Other) | New |
| $9.98 | $9.99 | $14.95 | $9.50 | $14.99 |
| + shipping | Free shipping | Free shipping | $10.00 5% off | + shipping |
| Seller with a 100% positive feedback | Top Rated Plus Seller with a 99.5% positive feedback | Top Rated Plus Seller with a 99.2% positive feedback | Free shipping | |

---

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Nov 01, 2022 06:36:20 PDT   View all revisions

eBay item number: 392964167819

## Item specifics

| Condition | Used ⓘ | | |
|---|---|---|---|
| Seller Notes | "Light shop wear. Scratches in bone. See photos for condition." | | |
| Model | Facial Cleansing Device | Brand | Forever |
| Type | Facial Cleanser | | |

## Item description from the seller

For your consideration is this Forever Lina Mini T Sonic facial cleansing device. International buyers email me for a shipping quote. Follow our exclusively Ebay store Peggy Went To Market on Facebook.



### peggywentomarket

100% Positive Feedback
43K Items sold

Seller's other items

Contact

♡ Save seller

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (20,964)

➕ s***5 (5) • Past month

Rapid response and exactly as described.

Roasting Marshmallows 2006 Frosty and Friends Hallmark Ornament NO BOX (#203985477576)

➕ b***e (85) • Past month

Arrived on time and in great condition! Thanks

Denver International Airport Pin 2012 - 2013 78.4" Of Snow (#394526781717)

➕ s***4 (663) • Past month

Great transaction! Item arrived in perfect condition. Thanks!

Pampered Chef Lemon Zester Scorer #1133 NIP (#394535254857)

See all feedback

---

Influenced by recent sponsored views






Super Face Washing Machine
Electric Soft Silicone Facial Brush
Cleanser Massage
New
$9.98
+ shipping
Seller with a 100% positive feedback

2 Pack Face Washing Machine
Electric Soft Silicone Facial Brush
Cleanser Massage
New
$9.99
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback

Facial Cleansing Brush Silicone
Face Scrub Brush Manual
Exfoliating Brush
New
$14.95
Free shipping
Top Rated Plus
Seller with a 99.2% positive feedback

Silicone Face Cleansing Brush
Electric Facial Cleanser Washing
Massager Scrubber
New
$7.59
Free shipping

Super Face Washing Machine
Electric Soft Silicone Facial Brush
Cleanser Massage.
New
$10.77
$11.46 6% off
Free shipping
27% off 8+ with coupon

## Sponsored Items from Top Rated Sellers

Feedback on our suggestions







NuFACE Trinity Microcurrent Facial
Toning Device New Open Box
New (Other)
$90.00
+ $12.00 shipping
426 sold

TATCHA Polished Classic Rice
Enzyme Powder 0.35 OZ Deluxe
Mini - NIB - SEALED
New
$14.50
Free shipping
33 sold

Conair Facial Sauna System NIB
New
$39.97
Free shipping
Seller with a 100% positive feedback

Anew Clean Vibrating Cleansing
Brush NIP
New
$12.99
+ $5.25 shipping
Last one

2 Pack Ouai Rose Hair & Body Oil
Mini 28oz / 9.2ml Travel Size New
Without Box
New (Other)
$20.00
Free shipping

## Related sponsored items







Facial Cleanser Sonic Vibrating
Face Cleansing Device Home Use
7 Colors Photon
New
$38.00
Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing
Brush Face Exfoliator Cleanser
Rechargeable
New
$24.99
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing
Brush Face Exfoliator Rechargeable
5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback

FOREVER LINA T-Sonic mini Facial
Cleansing Device
New
$12.99
+ shipping
Seller with a 100% positive feedback

2in1 Portable 3MHz Facial Cleanser
Sonic Vibrating Face Cleansing
Device 7 Color
New
$38.00
Free shipping
Seller with a 100% positive feedback

## People who viewed this item also viewed







FOREVER LINA T-Sonic mini Facial
Cleansing Device
New
$12.99
+ shipping
Seller with a 100% positive feedback

POP SONIC LEAF Sonic Facial
Cleansing Device MINT New
New
$25.00
+ $5.95 shipping
Seller with a 100% positive feedback

Pop Sonic Leaf Sonic Facial
Cleansing Electric Device Light
Pink New In Box
New
$25.00
+ shipping

Pop Sonic Leaf Purple Facial
Cleansing Device ~New Box~
New
$29.99
+ $11.89 shipping
Seller with a 100% positive feedback

FOREO LUNA MINI T-SONIC FACIAL
CLEANSING DEVICE IN
TURQUOISE BLUE - NEW OPEN...
New (Other)
$34.50
+ shipping
Seller with a 100% positive feedback

Find more sponsored items

Feedback on our suggestions



FOREVER LINA T-Sonic mini Facial Cleansing Device

New

**$12.99**

+ shipping
Seller with a 100% positive feedback



FOREVER LINA T-Sonic mini Facial Cleansing Device

New

**$12.99**

+ shipping
Seller with a 100% positive feedback



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B

New

**$13.95**

Free shipping
Seller with a 99.9% positive feedback



FOREO Luna Mini 2 T-Sonic Facial Cleansing Brush - Pink

Pre-owned

**$27.99**

Free shipping
Seller with a 100% positive feedback



Clarisonic Mia Prima Sonic Facial Cleansing Device - White USED

Pre-owned

**$30.00**

Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping
Seller with a 100% positive feedback



Sonic Facial Cleansing Brush, Waterproof Electric Face Cleansing Brush Device

New (Other)

**$29.16**

Free shipping
🔲 Top Rated Plus
Seller with a 100% positive feedback



Spa Sciences NOVA, Rechargeable Sonic Facial Cleansing Brush

New

**$39.58**

Free shipping
Seller with a 100% positive feedback



PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple

New

**$29.99**

Free shipping
Seller with a 99.8% positive feedback




FOREO LUNA mini 2 T-Sonic Facial Cleansing Device Fuchsia

Pre-owned

**$67.95**
~~$75.50~~ 10% off
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.93**
~~$13.61~~ 5% off
Free shipping
**9 watchers**



Sonic Facial Cleansing Brush, Waterproof Electric Face Cleansing Brush Device fo

New (Other)

**$39.99**

Free shipping
🔲 Top Rated Plus



FOREO Luna Mini 2 T-Sonic Facial Cleansing Brush - Pink

Pre-owned

**$28.50**

+ shipping
Seller with a 100% positive feedback



Sonic Facial Cleansing Device (Pink/Pink Gold)

New

**$44.89**

+ $11.28 shipping
Seller with a 100% positive feedback



FOREO Luna Mini 2 Facial Cleansing Device AQUAMARINE - New

New

**$87.51**
~~$102.95~~ 15% off
Free shipping
Seller with a 99.8% positive feedback



FOREO LUNA Mini 1 T-Sonic Facial Cleansing Device Pearl Pink ORIGINAL New in Box

New

**$79.99**

Free shipping
🔲 Top Rated Plus
Seller with a 100% positive feedback



Mini Silicone Electric Face Cleansing Brush Sonic Facial Cleaning Device Tools

New

**$30.99**

Free shipping
Seller with a 100% positive feedback



Sonic Facial Cleansing Brush, Waterproof Electric Face Device For Deep Silicone

New

**$15.00**

+ shipping
Seller with a 100% positive feedback



[MIRAE] Sonic Facial Cleansing Brush Device 1pc NEW

New

**$128.69**
~~$142.99~~ 10% off
+ $5.00 shipping
Seller with a 99.8% positive feedback



Mini Silicone Electric Face Cleansing Brush Sonic Facial Cleaning Device Tools

New

**$30.99**

Free shipping
Seller with a 100% positive feedback



HANGSUN Perfect Clean SC200 Sonic Facial Cleansing Device New

New

**$70.00**

+ shipping

Seller with a 100% positive feedback

Pink pop sonic leaflet Sonic Facial Cleansing Device

New (Other)

**$24.99**

Free shipping

Seller with a 100% positive feedback

Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use

New

**$13.10**

Free shipping

Sonic Electric Facial Cleansing Brush Silicone Mini Face Cleaner Skin Massager

New

**$55.99**

Free shipping

Seller with a 100% positive feedback

Foreo Luna Play The Tiny But Mighty T-Sonic Facial Cleansing Device YOU CHOOSE

New

**$32.99**

$39.99 18% off

Free shipping

Top Rated Plus

---

More to explore : Sonic Facial Cleansing Devices,  Facial Cleansing Devices,  FOREO Facial Cleansing Devices,  NuFACE Facial Cleansing Devices,  Nuskin Facial Cleansing Devices,  Clarisonic Facial Cleansing Devices,  Facial Sauna Facial Cleansing Devices,  NuFACE Facial Toning Device Facial Cleansing Devices,  Tria Facial Cleansing Devices,  Hypoallergenic Facial Cleansing Devices

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 





## About us

Welcome to Peggy Went To Market. A fun place to shop.

Location: **United States**
Member since: **Apr 15, 2002**
Seller: **12pegleg**

Do you like our store experience?

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



ebay **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

Google Pay

**Ship to**

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

**Review item and shipping**

Seller: 12pegleg Message to seller

Forever Lina Mini T Sonic Facial Cleansing Device
**$39.99**
Quantity 1

**Delivery**

Est. delivery: Apr 21 – Apr 24
USPS Parcel Select Ground
**$6.25**

Est. delivery: Apr 21 – Apr 24
USPS Priority Mail
**$12.97**

Est. delivery: Apr 21 – Apr 24
USPS First Class
**$3.97**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $39.99 |
| Shipping | $6.25 |
| Tax* | $3.24 |
| **Order total** | **$49.48** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 171

Marketplace: eBay

Seller Name: 2016dani86



ebay    Shop by category ▾    🔍 Search for anything    All Categories ▾    Search    Advanced

Sell   Watchlist ▾   My eBay ▾   🔔   🛒

< Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist



## Electric Silicone Clean Facial Cleansing Brush Super Face Washing Machine

🔴 Last item available

Condition: New

Quantity: [1]   Last One / 1 sold

Price: **$29.99**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

📦 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: Free Economy Shipping. See details
Located in: Miami, Florida, United States

Delivery: 📅 Estimated between Mon, May 8 and Sat, May 13 ⓘ
This item has an extended handling time and a delivery estimate greater than 11 business days.

Returns: 14 day returns. Buyer pays for return shipping. See details

Payments:    

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information
2016dani86 (1381 ⭐)
99.5% positive feedback

♡ Save seller
Contact seller
See other items

  

**Discover related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored
[ Visit store ]

$ Have one to sell?  [ Sell now ]

---

### Similar sponsored items    See all >

Feedback on our suggestions



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.59
Free shipping
5 watchers



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.59
Free shipping



facial turmeric toner + VC

New
$13.99
0 bids
+ shipping



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
🔵 Top Rated Plus



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.99
Free shipping
🔵 Top Rated Plus
Seller with a 99.5% positive feedback

---

### Sponsored items inspired by your views    See all >

Feedback on our suggestions







| Electric Facial Cleansing Brush Silicone Vibration Massager Blackhead Remover | Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Massager | Silicone Electric Face Cleaning Brush Ultra Sonic Facial Skin Cleaner Massager | Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | A O C N |
|---|---|---|---|---|---|
| New | New | New | New | New | N |
| $35.99 | $48.99 | $9.00 | $24.99 | $9.22 | $ |
| Free shipping | Free shipping | + shipping | Free shipping | + shipping | Fr |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Top Rated Plus | |
| | | | | Seller with a 100% positive feedback | |

---

**About this item**    Shipping, returns & payments        Report this item

Seller assumes all responsibility for this listing.

Last updated on Apr 18, 2022 21:15:02 PDT  View all revisions        eBay item number: 274470060440

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Size | Travel Size |
| Department | Unisex | Main Purpose | Eczema, Acne, Clogged Pores, Dryness, Excessive Oil, Remove Makeup |
| Type | Facial Cleansing Brush | Features | Animal Cruelty-Free |
| Body Area | Face | Brand | Clean |
| Skin Type | All Skin Types | UPC | Does not apply |

### Item description from the seller

2 Pack Skin Care Mini USB Charging Face Cleaning Massage Silicone Face Cleaner Dirt Remove
100% Brand new and high quality
Brand : Unbranded
Color : Rose red
Product Size: 9.8 * 6.4 * 3cm
Packing size: 12 * 8.8 * 4.2cm
Stalls: 4 stalls
Battery capacity: 550mah
Charging time: 1-2 hours
Main material: ABS, silicone
Charging power: USB
Working hours: 1-2 hours
Power: 3.5W
Applicable people: any crowd
Work instructions: red light (light), red light off (full charge)
Main features: deep cleaning, ultrasonic vibratio

---



**2016dani86**

99.5% Positive Feedback
61 items sold

Visit shop

Contact

♡ Save seller

### Seller feedback (14)

**This item (1)**  All items (14)

➕ a***a (356) • Past year

Great product.

See all feedback

---

**Influenced by recent sponsored views**

     






Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleaner Massager
New
$12.93
$13.61 5% off
Free shipping
9 watchers

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$7.99
Free shipping
71 sold

5-1 Multifunction Electric Face Facial Cleansing Brush Spa Skin Care Device
New
$12.99
Free shipping
Last one

Electric Facial Cleansing Brush Silicone Face Skin Massage Tool Waterproof
New
$13.17
$14.63 10% off
Free shipping
18 watchers

## Explore related sponsored items







Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$7.99
Free shipping
71 sold

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$7.59
Free shipping
Last one

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
$10.95
Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping
Last one

3 in 1 Electric Facial Cleansing Brush Set Waterproof Face Deep Cleaning Machine
New
$16.91
Free shipping
5 watchers

## Related sponsored items







Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.59
Free shipping
5 watchers

Electric Facial Cleansing & Massage Brush Waterproof Rechargeable
New
$15.11
$17.99 16% off
Free shipping

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus

2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.99
Free shipping
Seller with a 99.5% positive feedback

## People who viewed this item also viewed







Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Too Rated Plus

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.59
Free shipping
5 watchers

2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.99
Free shipping
Top Rated Plus

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.99
$12.99 46% off
Free shipping
55 sold
Seller with a 99.5% positive feedback

Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
$6.19
($6.19/100g)
+ $7.44 shipping
179 sold

Find more sponsored items

Feedback on our suggestions



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.08
~~$18.79~~ 10% off
Free shipping
Top Rated Plus



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.59
Free shipping
5 watchers

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.59
Free shipping



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
~~$9.99~~ 10% off
Free shipping
Top Rated Plus



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.99
~~$12.99~~ 46% off
Free shipping
55 sold



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.99
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback



5 in 1 Electric Facial Cleanser Wash Face Beauty Cleansing Massager Machine Home
New
$6.99
~~$12.99~~ 46% off
Free shipping
Seller with a 99% positive feedback



Electric Silicone Deep Clean Massager Facial Skin Care Face Cleansing Brush
New
$45.60
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$15.69
Free shipping
33 sold



Silicone Facial Cleansing Brush Electric Silicone Face Scrubber Beauty Device
New
$13.81
Free shipping



Electric Facial Deep Cleansing Brush Soft Silicone Massager Skin Exfoliation
New
$15.68
Free shipping

Electric Facial Cleansing Brush Face Cleaner Clean Skin Care Waterproof Massage
New
$22.49
~~$24.99~~ 10% off
Free shipping

Super Soft Silicone Face Cleanser and Massager Brush Manual Facial Cleansing Bru
New
$12.30
Free shipping
Seller with a 99.9% positive feedback

Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
$15.99
Free shipping



Electric Facial Face Sonic Spa Deep Cleansing Brush Beauty Cleanser Exfoliate US
New
$18.99
Free shipping

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massager
New
$15.89
Free shipping

Acne Org Deep Soft Electric Facial Silicone Clean Cleansing Brush for Waterproof
New
$15.32
~~$16.00~~ 6% off
Free shipping



Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New
$18.44
Free shipping
Seller with a 100% positive feedback



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
$6.19
($6.19/100g)
+ $7.44 shipping
104 sold



Facial Cleansing Brush With Dual Back Face Massage, Clear And Clean Face Wash
New
$22.05
~~$23.21~~ 5% off
+ $2.99 shipping



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massager

New

**$15.89**

Free shipping

Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore Cleaning

New

**$17.97**

$19.97 10% off
Free shipping
**Last one**

Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration

New

**$15.50**

Free shipping
Seller with a 100% positive feedback

Acne Org Deep Soft Electric Facial Silicone Clean Cleansing Brush for Waterproof

New

**$15.32**

$16.30 6% off
Free shipping

6 Pcs Facial Brush Cleansing Silicone Face Brush Cleansing Brush

New

**$7.26**

$7.72 6% off
Free shipping
Seller with a 99.4% positive feedback

---

Back to home page                                                                                                                Return to top

More to explore :   Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Unbranded Electric Facial Brush Facial Cleansing Devices,   Vitagoods Electric Facial Brush Facial Cleansing Devices,   Silk'n Electric Facial Brush Facial Cleansing Devices,   Face Lift Machine Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,   Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
   VISA  Mastercard  AMEX  Discover

⦿ **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ G Pay  Google Pay

**Ship to**

███████

Miami, FL 33138-4055
United States

Change

**Review item and shipping**

Seller: 2016dani86      Message to seller

Electric Silicone Clean Facial Cleansing Brush Super Face Washing Machine
**$29.99**
Quantity 1

**Delivery**
Est. delivery: May 8 – May 13
Economy Shipping
Free

**Gift cards, coupons, eBay Bucks**

| Enter code: | | Apply |

**Donate to charity (optional)** ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

---

| Subtotal (1 item) | $29.99 |
| Shipping | Free |
| Tax* | $2.10 |
| **Order total** | **$32.09** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

## 2016dani86

**99.5%** Positive feedback (1381) **61** Items sold **4** Followers

Visit profile Contact Save

**Category**

**All**

Health & Beauty

Skin Cleansers & Toners

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

electric silicone clean facial cleansing brush super face washing mac

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **electric silicone cl...** Save this search

Shipping to: 10025

Electric Silicone Clean Facial Cleansing Brush Super Face Washing Machine

Brand New

**$29.99**

Buy It Now

Free shipping

**Last one**

**3 watchers**

2016dani86 (1,381) 99.5%

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 175

Marketplace: eBay

Seller Name: alpha_toner



BUY 1, GET 1 AT 5% OFF (add 2 to cart)  See all eligible items and terms ›

### Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Rechargeable Pink

Condition: **New**

Sale ends in: **6d 16h**

Quantity: 1   5 available / 33 sold

Price: **$13.59**
Was US $15.99
Save US $2.40 (15% off)

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

⚡ This one's trending. 33 have already sold.

🚚 Fast and reliable. Ships from United States.

Shipping: Free Standard Shipping. See details
Located in: Rowland Heights, California, United States

Delivery: Estimated between Thu, Apr 27 and Sat, Apr 29 ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

PayPal **CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
alpha_toner (32438 ⭐)
97.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

**Shop a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Visit store**

---

Have one to sell?  Sell now

---

### Similar sponsored items     See all ›



Feedback on our suggestions

6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Recharging
New
**$13.50**
$16.88 20% off
Free shipping
7 watchers

Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

Nano 30ML Facial Portable Mist Sprayer for Disinfecting & Face Hydration US
New
**$6.50**
0 bids
+ shipping

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Facial Cleansing Brush
New
**$14.99**
Free shipping
40 sold

### Sponsored items inspired by your views     See all ›














6000rpm Silicone Waterproof
Electric Sonic Facial Cleansing
Brush USB Recharging
New
**$13.50**
~~$16.88~~ 20% off
Free shipping
7 watchers

Silicone Facial Cleansing Brush
Massage Electric Rechargeable
Exfoliate Clean
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing
Brush Vibration Face Cleaner Skin
Care Tool J
New
**$12.91**
~~$13.59~~ 5% off
Free shipping

V-Comb Chemical Free Head Lice
Treatment Detect Extract Eliminate
Free shipping
New
**$42.95**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing
Brush Vibration Face Cleaner Skin
Care Tool
New
**$13.60**
Free shipping

---

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.                                eBay item number:   324181302426
Last updated on Mar 26, 2023 18:00:22 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | YUNCHI |
| MPN | Y2 | Model | Y2 |
| Type | Electric Facial Brush | Skin Type | All Skin Types |
| Gender | Unisex | Size Type | Travel Size |
| Features | 6000 rpm Frequency, 8 levels adjustment, Food Grade Material | Features 2 | USB charging, IPX7 Waterproof, Tiny, Portable, |
| Size | 4oz. | Waterproof Grade | IPX7 |
| Frequency | 6000 rpm | Adjustment Levels | 8 |
| UPC | Does not apply | | |

## Item description from the seller



## Feature

1. High Frequency Sonic Vibration. Effectively clean facial dirt, makeup residues and blackheads, also help with pore shrink and dead skin exfoliation. Upgraded version of 6000 speed. 8 levels adjustment to fit different skin sensitivities.
2. Food Grade Soft Silicone Bristles. Safe and comfortable to use, less harmful to the skin than normal spinning brushes. Combined thick and thin bristles for general and precise clean. A great face beauty tool and also can be used as a facial massager.
3. 1 Hour Charging for 30 Days Use. Less than 1 hour fast charging for 30 days use ( 2 minutes a time, twice a day ). Convenient USB charging with your power adapter, laptop or power bank, etc. IPX7 Waterproof Grade. Safe to use even when shower. Tiny & Portable, Small enough to fit into your handbag, perfect grip and portable for travels.
4. 30 Days Warranty & Fast Service. About the size of your palm, easy to take along in the handbags, gym bags or travel bags. A perfect gift for your wife, girlfriend, sister or female friends, especially when it's elaborately packaged. Any questions are answered within 1 day, 30 days guarantee, 100% refund for quality problems, why no try?

## Description:

Daily facial cleaning

Deep cleansing and makeup removal

Help with blackhead removal

Help with pore shrinking

Help with skin exfoliating

Promote nutrient absorption of cleanser / essence, help control oil secretion and inhibit acne generation

3 times better cleansing effect than hand wash.

Less harmful to the skin than spinning brushes.

Suitable for all skin types & sensitivities.

## Specifications:

Product Dimensions: 14.3 x 9.5 x 4.7 cm
Item Weight: 110 Grams
Heads Material: Silicone
Wireless Charging: NO
Adjustment Levels: 8
Frequency: 6000 rpm

## What's In the Box:

1 X Facial Cleansing Brush Device
1 X USB Charging Cable
1 X User Manual

You may also like



| | | | | | |
|---|---|---|---|---|---|
| TZe-221 TZ221 Black/ White Label | Compatible Lot for Canon 137 Toner | Unisex Reusable Medical Isolation | 10pk For Brother LC3011 Color/Black | Black TaoTronics LED Floor Lamp | 2pk TN315 Cyan Toner for Brother |
| USD 28.86 | USD 83.95 | USD 9.05 | USD 49.99 | USD 49.89 | USD 31.10 |



USD 47.35

2 #60 XL Printer Ink 60...
USD 23.85

2 x TN-660 TN660 TN6...
USD 25.95

2 TN450 Toner + 1 DR...
USD 31.12

New List Item

2 PK Black Toner for Canon 039 ...
USD 71.99

2 PK ML1210 Toner Cartridge Fo...
USD 49.95

8 PK CLT-K404S CLT-404S Toner...
USD 165.80

CRG-056H Toner Cartridge For C...
USD 44.99

2PK CRG-056H Toner Cartridge ...
USD 88.99

Help & Info

Payment Policy

Shipping Policy

Return Policy

FAQ

About Us



| | | | | | |
|---|---|---|---|---|---|
| 2PK 17.5" Large Throwing Foam | CF280A 80A Black Toner Cartridge fit | Kansas City Chiefs SUPER BOWL | 20PK TZ315 Tze315 White on Black | Sequential Leo&Foot Air | 4D Electric Heating Shoulder Neck |
| USD 13.95 | USD 104.94 | USD 9.85 | USD 118.47 | USD 89.90 | USD 49.20 |
| 1PK LC3013 Yellow Ink Cartridge for | 4 Pack Black Toner Cartridge For | 5 pack TN339 CYAN Toner for | 5pk Black & Color Laser Toner | 10-Pk/Pack CRG-125 Toner Cartridge | 2 LC20E BLACK LC20EBK XXL Ink |
| USD 7.27 | USD 149.99 | USD 38.09 | USD 44.58 | USD 81.96 | USD 10.89 |
| 4 Pack CF287X Toner Cartridge for | HadinEEon 4 in 1 Electric Stainless | 5 pack TN439 Black Toner Cartridge for | 12 Pack LC103XL High Yield | For Brother 10 Pack DR630 Drum | 3 Pack 125 Toner Cartridge for Canon |
| USD 112.35 | USD 58.99 | USD 100.83 | USD 23.76 | USD 135.47 | USD 34.99 |

| Payment | Shipping | Returns | Contact Us |
|---|---|---|---|

Accept Only Paypal

All right reserved.

SoldEazy



### alpha_toner_supply

97.3% Positive Feedback
132K Items sold

Visit store

Contact

♡ Save seller

#### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

#### Popular categories from this store    See all

Brother   Canon   Dell   HP   Sansung   Synthetical

Xerox   Other

#### Seller feedback (33,806)

⊕ r***- (546) • Past month

FAST SHIPPING AND WORKS GREAT

2 PK Black Toner Cartridges For Lexmark T654X11A t654dn t654dtn t654n t656dne (#194678071136)

⊕ r***- (546) • Past month

FAST SHIPPING AND WORKS GREAT

2 PK 64015HA Black Toner Cartridge replacement for Lexmark T640 T642 T644 (#194043322557)

⊕ j***c (238) • Past month

Worked perfect

Driveshaft 2-28-307 Tube Yoke 1330 Series Weld Type Weld Yoke 2.75x0.065' tubin' (#203148929278)

See all feedback

## Influenced by recent sponsored views



6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Recharging

New

**$13.50**

~~$16.88~~ 20% off
Free shipping
7 watchers



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean

New

**$19.99**

Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J

New

**$12.91**

~~$13.59~~ 5% off
Free shipping



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleansing Massager

New

**$12.19**

Free shipping
21 sold

## Explore related sponsored items



Keenove Sonic Cleansing Brush & Facial Hair Removal USB Rechargeable Waterproof

New

**$11.00**

Free shipping
Last one



Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face

New

**$11.30**

Free shipping



3D Sonic Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body

New

**$11.99**

Free shipping
196 sold



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$15.69**

Free shipping
33 sold



Electric Facial Cleansing & Massage Brush Waterproof Rechargeable

New

**$15.11**

~~$17.99~~ 16% off
Free shipping

## Related sponsored items



Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face

New

**$11.30**

Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$15.69**

Free shipping
33 sold



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping
Seller with a 100% positive feedback



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B

New

**$13.95**

Free shipping
Seller with a 99.9% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

**$7.49**

Free shipping

## People who viewed this item also viewed

       






Silicone Waterproof Electric Facial Cleansing Brush USB Rechargeable Pink
New (Other)
**$12.95**
Free shipping
Seller with a 99.3% positive feedback

6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Recharging
New
~~$16.88~~ 20% off
Free shipping
7 watchers

Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable
New
**$6.99**
+ $3.99 shipping
🔷 Top Rated Plus

Sonic Facial Cleansing Brush rechargeable, portable, waterproof, all skin types!
New
**$12.99**
Free shipping

Sonic Facial Cleansing Brush Silicone Face Scrubber, Waterproof Vibrating Face C
New
**$13.78**
Free shipping
Last one

## Find more sponsored items

Feedback on our suggestions







Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Silicone Facial Cleansing Brush Cat Claw Shape Waterproof Vibrating Rechargeable
New
~~$11.11~~ 10% off
Free shipping

6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Recharging
New
~~$16.88~~ 20% off
Free shipping
7 watchers

Silicone Facial Cleansing Sonic Brush Portable Waterproof Rechargeable
New
**$15.99**
+ shipping
Seller with a 100% positive feedback

Facial Cleansing Brush, Silicone Electric Rechargeable Massage Brush
New
**$8.99**
Free shipping
Seller with a 100% positive feedback







Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use
New
**$13.10**
Free shipping

Facial Cleansing Brush Face Scrubber USB Rechargeable IPX7 Waterproof Electric
New
**$27.84**
Free shipping
Seller with a 100% positive feedback

OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
**$32.99**
Free shipping
Seller with a 99.3% positive feedback

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$16.99**
Free shipping
Seller with a 100% positive feedback

Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable
New
**$6.99**
+ $3.99 shipping
🔷 Top Rated Plus







Sonic Silicone Facial Cleansing Brush, Rechargeable Waterproof Skin by Malian
New (Other)
**$19.99**
Free shipping
Seller with a 100% positive feedback

Sonic Facial Cleansing Brush Silicone Face Scrubber, Waterproof Vibrating Face
New
**$14.60**
Free shipping
Last one

Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use
New
**$13.10**
Free shipping

Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable
New
**$6.99**
+ $3.99 shipping
🔷 Top Rated Plus

Facial Cleansing Brush Face Scrubber USB Rechargeable IPX7 Waterproof Electric
New
**$28.58**
Free shipping
Last one




Silicone Facial Cleansing Brush

2x Facial Cleansing Brush Face

Facial Cleansing Brush Waterproof

USB Silicone Facial Cleansing Brush

2x Facial Cleansing Brush Face

Massage Electric Rechargeable
Exfoliate Clean

New

**$19.99**

Free shipping
Seller with a 100% positive feedback

Massager Skin Deep Clean
Waterproof Rechargeable

New

**$9.99**

+ $4.69 shipping
29 sold

Silicone Rechargeable Electric Face
Massager

New

**$16.24**

+ $3.69 shipping

Rechargeable Massager Skin Care

New

**$15.99**

Free shipping

Massager Skin Deep Clean
Waterproof Rechargeable

New

**$9.99**

+ $4.69 shipping
Top Rated Plus



Electric Sonic Facial Cleansing Brush
Face Cleaning Tool Exfoliating Skin
Care

New

**$22.55**

~~$23.74~~ 5% off
Free shipping
Top Rated Plus



2 in1 Face Cleaner Waterproof
Electric Facial Brush Skin Care
Cleansing Massager

New

**$23.74**

~~$24.99~~ 5% off
Free shipping
Top Rated Plus



Electric Facial Cleansing Brush
Waterproof Face Massager Brush
USB Rechargeable

New

**$28.06**

+ $3.69 shipping



Electric Facial Cleansing Brush
Rechargeable Waterproof Anti
Aging Face Massager

New

**$19.93**

+ $3.69 shipping



Facial Cleansing Brush Face
Scrubber: USB Rechargeable IPX7
Waterproof Electric

New

**$30.94**

Free shipping

---

Back to home page                                                                                           Return to top

More to explore :   Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Unbranded Electric Facial Brush Facial Cleansing Devices,
Vitagoods Electric Facial Brush Facial Cleansing Devices,   Avon Electric Facial Brush Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices,
Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices,   Conair Electric Facial Brushes All Types Skin Facial Cleansing Devices,   Unbranded Skin Facial Cleansing Brushes

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

**PayPal**

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

**Review item and shipping**

Seller: alpha_toner Message to seller

Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Rechargeable Pink

**$13.59**
~~$15.99~~

Quantity
1

**Delivery**
Est. delivery: Apr 27 – Apr 29
USPS First Class
**Free**

Save up to 15%

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $13.59 |
| Shipping | Free |
| Tax* | $0.95 |
| **Order total** | **$14.54** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# alpha_toner_supply

**97.3%** Positive feedback **132K** Items sold **1.2K** Followers

Contact Save Seller

silicone waterproof electric sonic facial cleansing brush usb recharge

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

**1** result for **silicone waterproo...** Save this search

Update your shipping location

Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Rechargeable Pink

Brand New

**$13.59**

Was: ~~$15.99~~ **15% off**

or Best Offer

Free shipping

**33 sold**

alpha_toner (32,438) 97.3%

Tell us what you think

**Category**

**All**

Other

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 177

Marketplace: eBay

Seller Name: alv-ala-x6hs5bo



### MEBAO Facial Cleansing Brush, Sonic Vibration Facial Brush, Waterproof Face Brus

**Condition:** New

**Price:** $11.49

Buy It Now

Add to cart

**Best Offer:** Make offer

Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

Ships from United States

**Shipping:** US $5.25 Standard Shipping. See details
Located in: Hacienda Heights, California, United States

**Delivery:** Estimated between Mon, Mar 13 and Fri, Mar 17 to 33133 ⓘ

**Returns:** Seller does not accept returns. See details

**Payments:** PayPal, G Pay, VISA, Mastercard, American Express, Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
aly-ala-x6hs5bo (122 ★)
100% Positive feedback

♡ Save Seller
Contact seller
See other items

**Shop a related Store**
113K items sold
lovelydeals2012
in eBay Stores
Sponsored

Shop now



### Similar sponsored items

Feedback on our suggestions

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller 100% positive

ON LABS Blackhead Deep Cleansing Nose Pore Strips 6 Strips (LOT OF 3)
New
$0.99
0 bids
+ $4.50 shipping
Seller 100% positive

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ $5.85 shipping

Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
$13.95
Free shipping
Seller 99.9% positive

### Sponsored items inspired by your views

Feedback on our suggestions



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating...

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating...

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin...

Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face...

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating...



Silicone... Massager | ...Massager NEW | Cleaner Massager... | ...Massager, Pink | ...Massager |
New | New | New | New | New |
$6.00 | $13.95 | $9.00 | $19.99 | $6.00 | $ |
+ $5.85 shipping | Free shipping | + $6.40 shipping | Free shipping | + $5.85 shipping | Fr |
| Seller 100% positive | Seller 100% positive | Seller 100% positive | Top Rated Plus | |
| | | | 5 watchers | |

**About this item** | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Sep 12, 2020 03:07:03 PDT View all revisions

eBay item number: 133511745901

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand: | MEBAO |
| Shipping Weight: | 0.6 ounces | Manufacturer: | MEBAO |
| Model: | Does Not Apply | Batteries: | 1 Lithium ion batteries required. (included) |
| EAN: | 0744110884852 | MPN: | Does Not Apply |
| UPC: | 7445019159197 | Color: | Blue |

## Item description from the seller

MEBAO Facial Cleansing Brush, Sonic Vibration Facial Brush, Waterproof Face Brus. Condition is New. Shipped with USPS First Class.



### alv-ala-x6hs5bo

100% Positive Feedback
55 items sold

Visit profile

Contact

**Seller feedback** (16)

⊕ u***u (1819) • Past 6 months

Fast Shipping, Well packed, A +++ Seller, Thanks

Travis Scott x McDonald's Apple Pie Hoodie (#133570304395)

⊕ x***b (5413) • Past year

Great item with fast delivery! Excellent communication and excellent packaging!

2022 Panini Prizm UFC Silver Jiri Prochazka Auto Autograph UFC 275 (#134144843691)

⊕ 1***s (339) • Past year

Perfect, Thx

Travis Scott Cactus Jack Sticker Bomb Hoodie McDonald's Size L (STILL IN BAG!) (#133650558108)

See all feedback

Influenced by recent sponsored views









Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ shipping

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW
New
**$13.95**
Free shipping
Seller 100% positive

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ shipping
Seller 100% positive

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold

Facial Cleansing Brush Sonic Waterproof Adjustable Speeds Cleansing Brush
New
**$9.99**
Free shipping

### Related sponsored items











Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller 99.9% positive

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold

Facial Cleansing Brush
New
**$14.99**
Free shipping
38 sold

Facial Cleansing Brush Face Scrubber: Electric Sonic Vibration Face Brush for...
New
**$19.15**
Free shipping
Seller 100% positive

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive

### Explore related sponsored items











Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing
New
**$19.99**
Free shipping

USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
**$9.47**
$9.97 5% off
Free shipping

Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face
New
**$10.40**
$11.30 8% off
Free shipping
Seller 100% positive

Sonic Facial Cleansing Brush Waterproof Silicone Mini Face Clean Brush Massager
New
**$7.99**
Free shipping

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$7.59**
$7.99 5% off
Free shipping
9 watchers

### People who viewed this item also viewed











MEBAO Facial Cleansing Pink Brush, Sonic Vibration Facial Brush-NEW FAC SEALED
New
**$12.88**
Free shipping
Seller 99.5% positive

Facial Cleansing Brush with Soft Silicone Waterproof Sonic Vibrating Face Brush
New
**$18.00**
Free shipping

Mebao Sonic Facial Cleansing Massager NEW sealed box
New
**$13.99**
+ $1.99 shipping
Seller 100% positive

Sonic Facial Cleansing Brush Silicone Face Scrubber, Waterproof Vibrating Face
New
**$16.14**
Free shipping
Last one

MEBAO Sonic Facial Cleanser Brush,Gentle Exfoliation,Deep Cleansing&Massage, A02
New
**$11.00**
Free shipping

Find more sponsored items

Feedback on our suggestions



UBBETTER Face Brush Facial Rechargeable Rotating Waterproof Cleansing Brus
New
**$14.90**
Free shipping
Seller 100% positive



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$10.99**
Free shipping
Top Rated Plus
7 watchers



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$10.99**
Free shipping
Top Rated Plus
10 watchers

Facial Cleansing Brush Sonic Waterproof Adjustable Speeds Cleansing Brush
New
**$9.99**
Free shipping

Sonic Facial Cleansing Brush Silicone Face Scrubber, Waterproof Vibrating Face
New
**$16.14**
Free shipping
Last one

Facial Cleansing Brush Sonic Vibration Face Cleaner Pore Cleansing Deep
New
**$13.42**
Free shipping

Facial Cleansing Brush Sonic Vibration Face Cleaner Pore Cleansing Deep
New
**$13.42**
Free shipping



Electric Face Cleansing Brush Silicone Sonic Vibration Facial Cleaning Brush
New
**$14.89**
Free shipping



New Electric Face Cleansing Vibration Massage Brush Facial Skin Care Wash Sonic
New
**$29.99**
Free shipping
Seller 100% positive

Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable
New
**$14.99**
Free shipping
Seller 99.5% positive

Facial Cleansing Brush Sonic Vibration Face Cleaner Pore Silicone Deep
New
**$12.35**
Free shipping

New Electric Face Cleansing Vibration Massage Brush Facial Skin Care Wash Sonic
New
**$29.99**
Free shipping
Seller 100% positive

Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore Clean.
New
**$10.15**
~~$10.68~~ 5% off
Free shipping



Facial Cleansing Brush Sonic Vibration Face Cleaner Pore Silicone Deep
New
**$12.35**
Free shipping



OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
**$32.99**
Free shipping
Seller 99.4% positive



2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager
New
**$23.74**
~~$24.99~~ 5% off
Free shipping
Top Rated Plus

Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore Clean.
New
**$10.15**
~~$10.68~~ 5% off
Free shipping

Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore Clean
New
**$12.86**
Free shipping

Facial Cleansing Brush Face Massager Skin Deep Clean Waterproof Rechargeable @US
New
**$6.69**
+ $1.99 shipping
Top Rated Plus

Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use
New
**$13.10**
Free shipping



Facial Cleansing Brush Face
Massager Skin Deep Clean
Waterproof Rechargeable @US

New

**$6.69**

+ $1.99 shipping
Top Rated Plus
**26 sold**

Facial Cleansing Brush [Newest
2021] Waterproof Sonic Face Spin
Brush Deep Clean

New

**$23.74**

$24.99 5% off
Free shipping
Top Rated Plus

Facial Cleansing Brush, Sonic
Silicone Scrubber, Face Vibrating
Massager

New

**$6.00**

+ shipping

Facial Cleansing Brush Sonic
Vibration Mini Face Cleaner Electric
Silicone Deep

New

**$19.99**

Free shipping
**9 watchers**

Facial Cleansing Brush Face
Scrubber: Electric Sonic Vibration
Face Brush for...

New

**$19.15**

Free shipping
Seller 100% positive

---

Back to home page                                                                                            Return to top

More to explore :   Facial Cleansing Brushes,   Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Unbranded Electric Facial Brush Facial Cleansing Devices,
Panasonic Electric Facial Brush Facial Cleansing Devices,   Unbranded Skin Facial Cleansing Brushes,   All Skin Types Electric Facial Brush Facial Cleansing Devices,   Travel Size Skin Facial Cleansing Brushes,
Electric Facial Brushes,   Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices

---





ebay

Shop by category

Search for anything

All Categories

Search

Advanced

Include description

**alv-ala-x6hs5bo**

100% Positive feedback (122)    55 Items sold    2 Followers

Visit profile    Contact    Save

**Category**

All

Health & Beauty

Facial Cleansing Devices

**Color**

**Features**

**Condition**

New (1)

See all

**Price**

$ Min    to    $ Max

Available inventory

$0                          $1000

See all

**Buying Format**

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi    of

Zip code 33133

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi    of

Zip code 33133

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

mebao facial cleansing brush, sonic vibration facial brush, waterproo ⓧ e

Buying Format    Condition    Shipping    Local

Best Match

1 result for jebao facial clean...    Save this search

Shipping to: 33133

MEBAO Facial Cleansing Brush, Sonic Vibration Facial Brush, Waterproof Face Brus

Brand New

**$11.49**

or Best Offer

+$5.25 shipping

- Sold items
- Deals & Savings
- Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

**PayPal**

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

**Review item and shipping**

Seller: alv-ala-x6h... Message to seller

MEBAO Facial Cleansing Brush, Sonic Vibration Facial Brush, Waterproof Face Brus

**$11.49**

Quantity 1

**Delivery**
Est. delivery: Mar 13 – Mar 17
USPS First Class
**$5.25**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $11.49 |
| Shipping | $5.25 |
| Tax* | $1.17 |
| **Order total** | **$17.91** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with **PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 178

Marketplace: eBay

Seller Name: anything_here

ebay

Shop by category

Search for anything

All Categories

Search

Advanced

Sell    Watchlist    My eBay    🔔    🛒

Daily Deals    Brand Outlet    Help & Contact

Back to previous page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist



Hover to zoom

Have one to sell? | Sell now

### Silicone Facial Skin Cleansing Electric Brush Face Massage Cleanser Deep Washing

Condition: New

Quantity: 1    3 available

Price: **$15.99**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

↩ **Breathe easy.** Returns accepted.

Shipping: Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Meegoda, Sri Lanka

Delivery: 🚚 Estimated between **Thu, May 11** and **Mon, Jun 5** ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  ●●●  ●●●  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
anything_here (93 ★)
79.2% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

 



Shop a related Store
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items

Feedback on our suggestions



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
$12.99 46% off
Free shipping
55 sold



5 In 1 Face Brush Silicone Facial Electric Wash Face Machine Deep Cleaning Pore
New
**$10.55**
$11.99 12% off
Free shipping
6 watchers



NuFACE Trinity Advanced Facial Toning Device
New
**$95.00**
0 bids
Free shipping
Seller with a 100% positive feedback



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback



Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face
New
**$8.51**
Free shipping

---

### Related sponsored items

Feedback on our suggestions

    

(2) Neutrogena Naturals Purifying Facial Cleanser 6 fl oz. Each NEW Discontinued

New

**$34.99**

\+ shipping

150 sold

shu/mo Foaming Facial Cleanser oz EXP 10/25 *New In Box*

New

**$23.95**

Free shipping

Top Rated Plus

910 sold

Shiseido Clarifying Cleansing Foam for All Skin Types / 125ml new in box

New

**$24.95**

Free shipping

59 sold

Flex Skin Facial Wash 7 oz EXP 10/25 *New With Box*

New

**$24.93**

Free shipping

Top Rated Plus

789 sold

Cleave Hydrating Facial Cleanser Set 3-Pack New Fast ship

New

**$26.97**

Free shipping

Seller with a 99.1% positive feedback

---

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on Jan 24, 2021 23:03:42 PST  View all revisions

eBay item number: 293799624935

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Size | Travel Size |
| Main Purpose | skin cleansing | Type | Cleanser |
| Features | skin cleansing, Deep Cleansing | Active Ingredients | Silicone |
| Body Area | Face | Volume | 1 Pcs |
| Brand | Unbranded | Set Includes | Cleanser, Facial Cleansing Brush, Facial Cleansing Sponge, Massager |

## Item description from the seller

### How to use

Multiple verifications, daily blistering facial cleanser 1-2 grams or so, drip 4-6 drops of water, press the mode button for about 5-6 seconds to automatically bubble.

### Effect

The automatic foaming cleansing instrument can automatically produce rich and dense foam, and it can directly remove poresthrough sound waves to help you remove dirt and pores.

### Note

The skin is more fragile when it is allergic peeling. It is recommended that the skin care method at this time be as simple as possible. It is recommended to use it 1-2 times a week. If there is wound or suppurative acne, please stop using this product to avoid worsening wound infection.







**CLEANING IS NOT IN PLACE, SKIN IS TEMPERED**

LONG-TERM CLEAN-UP OF UNCLEAN SKIN PROBLEMS

**ALSO FOAMING BY HAND?**









## ALL-ROUND CLEANING, IMPROVING SHINE



❌ DEEP RESIDUE          ✅ PULL OUT SOLID OIL

CLEANSING IS CLEANERCLEANSING IS CLEANER







BEFORE USE

AFTER USE





## 4 KINDS OF MACARONS SERIES





## LOVE CLEANSING IS NOT A REASON



### Anything Here Online Store

79.2% Positive Feedback
881 items sold

Seller's other items
Contact
Save seller

#### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.2 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.4 |
| Communication | 4.5 |

#### Seller feedback (95)

🔴 0***4 (205) • Past month

**Never arrive**

Wireless Bluetooth RCA Receiver 3.5 mm Aux Jack Adapter for Car Audio Music TV (#293835633688)

🟢 v***l (4158) • Past 6 months

**very very good condition**

Motion Sensor USB Rechargeable Smart LED Light Lamp Strip Kitchen Room Decor (#295461381773)

4⭐ 2 (72) • 18-24 months

The article I received is not the one in the description. It was a set with the brushes and it didn't arrive complete, so I ask you to return my money. The brushes didn't come for the application.

SACE Make Up Brush Set Eyebrows Henna Cream Gel Eyelash Beauty Fashion Cosmetic (#2935)0803483)

See all feedback

## Influenced by recent sponsored views



**Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser**
New
**$15.00**
+ $0.50 shipping
Last one



**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
**$8.98**
$9.98 10% off
Free shipping
🔵 Top Rated Plus



**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
**$17.59**
Free shipping
5 watchers



**Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager**
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



**Facial Cleansing Brush Ultrasonic Silicone Face Cleaner Deep Pore Cleaning Skin**
New
**$21.38**
Free shipping
Seller with a 99.8% positive feedback

## Related sponsored items



**5-1 Multifunction Electric Facial Cleansing Brush Face Spa Skin Care Massage**
New
**$12.99**
Free shipping
347 sold



**ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage**
New
**$13.99**
Free shipping
Seller with a 100% positive feedback



**5-1 Multifunction Electric Face Facial Cleansing Brush Spa Skin Care Massage US**
New
**$12.99**
Free shipping
21 sold



**5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber**
New
**$6.99**
$12.99 46% off
Free shipping
55 sold



**Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable**
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

## Explore related sponsored items



**Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleaner Massager**
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers



**Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber**
New
**$6.99**
Free shipping
69 sold



**Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager**
New
**$12.19**
Free shipping
21 sold



**Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber**
New
**$7.59**
Free shipping



**Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleaner Massager**
New
**$12.89**

People who viewed this item also viewed



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.99
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.99
$12.99 46% off
Free shipping
55 sold



Facial Cleansing Brush Electric Silicone Brush Deep Cleaning Face Massager Acne
New
$13.59
Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser
New
$15.00
+ $0.50 shipping
Last one

El
Br
M
Ne
$
($
+ 1
17

---

Find more sponsored items                                                                    Feedback on our suggestions



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.99
$12.99 46% off
Free shipping
55 sold



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.99
Free shipping
Seller with a 99.5% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.59
Free shipping
5 watchers



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.59
Free shipping



5 In 1 Face Brush Silicone Facial Electric Wash Face Machine Deep Cleaning Pore
New
$10.55
$11.99 12% off
Free shipping
6 watchers



Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face
New
$8.51
Free shipping



5 in 1 Electric Facial Cleanser Wash Face Beauty Cleansing Massager Machine Home
New
$6.99
$12.99 46% off
Free shipping
Seller with a 99% positive feedback



5in1 Deep Cleasing Face Cleaner Vibrate Waterproof Facial Cleansing Brush Soft
New
$6.99
$12.99 46% off
Free shipping
33 sold



Super Soft Silicone Face Cleanser and Massager Brush Manual Facial Cleansing Bru
New
$12.30
Free shipping
Seller with a 99.9% positive feedback



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
$15.99
Free shipping



Electric Facial Face Sonic Spa Cleansing Brush Deep Cleanser Exfoliate Skin Care
New
$12.95
$14.39 10% off
Free shipping



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
$15.99
Free shipping



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
$6.20
($6.20/100g)
+ $7.46 shipping
104 sold











Electric Silicone Deep Clean
Massager Facial Skin Care Face
Cleansing Brush
New
$45.60
Free shipping
Seller with a 100% positive feedback

Silicone Face Cleansing Brush Facial
Cleaner Cleaning Tool US Massage
Beauty GN
New
$9.98
Free shipping

Facial Cleansing Brush Deep Face
Cleaning Massage Brushes Skin
Care
New
$6.71
$7.06 5% off
Free shipping

4pcs Face Cleansing Brush Silicone
Facial Skin Care Scrubber Face
Massage Brush
New
$11.27
Free shipping

Electric Face Cleansing Silicone
Brush Facial Skin Cleaner Cleaning
Massager
New
$6.20
($6.20/100g)
+ $7.46 shipping
179 sold



Electric Silicone Facial Brush
Cleansing Skin Massager Face Brush
Vibration
New
$15.50
Free shipping
Seller with a 100% positive feedback



USB Electric Sonic Face Cleansing
Silicone Brush Facial Skin Cleaner
Massager
New
$9.47
$9.97 5% off
Free shipping



Multifunctional 2 In 1 Electric Silicone
Facial Cleanser Washing Brush
Cleaner
New
$13.15
$14.61 10% off
Free shipping



1pc Manuel Bath Cleaning Brush
Silicone Face Cleansing Brush
Massage Face Brush
New
$13.84
Free shipping



1pc Manual Bath Cleaning Brush
Silicone Face Cleansing Brush
Massage Face Brush
New
$13.84
Free shipping

---

Back to previous page

Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   Unbranded Skin Facial Cleansing Brushes,
Clinique Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Avon Electric Facial Brush Facial Cleansing Devices,   Conair Electric Facial Brushes All Types Skin Facial Cleansing Devices

---

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.   Accessibility,   User Agreement,   Privacy,   Payments Terms of Use,   Cookies,   Your Privacy Choices   and   AdChoice ⓘ

30% OFF SALE
AT PUMA.COM
CODE: SAVE30

30% OFF SALE
AT PUMA.COM
CODE: SAVE30

**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart.

## Pay with

- ○ Add new card
  VISA  MasterCard  AMEX  Discover

- ● **PayPal**

- ○ **PayPal** CREDIT
  Special financing available.
  Apply now. See terms

- ○ G Pay  Google Pay

## Ship to

████████████
Miami, FL 33138-4055
United States

████████████

Change

## Review item and shipping

Seller: anything_here   |   Message to seller



Silicone Facial Skin Cleansing Electric Brush Face Massage
Cleanser Deep Washing

**$15.99**

Quantity
1

**Delivery**
Est. delivery: May 11 – Jun 5
Economy Shipping from Greater China to worldwide
Free

## Gift cards, coupons, eBay Bucks

Enter code:      Apply

## Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up
healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving
Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days
after the end of the month in which the donation is made. Donations are non-
refundable and typically tax deductible. PPGF may be unable to grant funds to a
charity if the charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount    None

---

| Subtotal (1 item) | $15.99 |
| Shipping | Free |
| Tax* | $1.12 |

**Order total** $17.11

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

 **ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



# Anything Here Online Store

**79.2%** Positive feedback **881** Items sold **122** Followers

Contact Save Seller

**Category**

**All**

Health & Beauty

Skin Cleansers & Toners

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Size**

**Brand**

**Body Area**

**Type**

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

silicone facial skin cleansing electric brush face massage cleanser d w

All Listings Accepts Offers Auction Buy It Now Condition Shipping Local Best Match

1 result for **silicone facial skin...** Save this search

Shipping to: 10025

Silicone Facial Skin Cleansing Electric Brush Face Massage Cleanser Deep Washing

Brand New

**$15.99**

Buy It Now

Free shipping

from Sri Lanka

anything_here (93) 79.2%

Tell us what you think

- [ ] Free Returns
- [ ] Returns Accepted
- [ ] Authorized Seller
- [ ] Completed Items
- [ ] Sold Items
- [ ] Deals & Savings
- [ ] Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 180

Marketplace: eBay

Seller Name: armor_of_god

ebay

Shop by category

Search for anything

All Categories

Search

Advanced

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay

Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist






## NEW Rechargeable Electric Ultrasonic Silicone Facial Cleansing Brush

Condition: New

Color: - Select -

Quantity: 1    5 available

Price: **$14.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Delivery: Varies

Returns: 30 day returns. Buyer pays for return shipping.
See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now


Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell?   Sell now

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
armor of god (6)
100% positive feedback

♡ Save seller
Contact seller
See other items

Pay over time with PayPal Credit
Get 5.99% APR with 12 or 24 Easy Payments on eBay.
Ends 5/1, 11:59pm PT. Min. purchase required.
See terms

---

### Similar sponsored items    See all ›

Feedback on our suggestions










Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback

Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
$15.99
Free shipping
Seller with a 100% positive feedback

NEW Shiseido Bio-Performance Advanced Super Revitalizing Facial Cream 1.7 oz NIB
New
$20.50
7 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback

4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
$21.99
Free shipping
37 sold

5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
$6.55
Free shipping
2790 sold

---

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions






| Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean |
|---|---|---|---|
| New | New | New | New |
| **$10.56** | **$13.19** | **$12.93** | **$10.95** |
| Free shipping | Free shipping | ~~$13.61~~ 5% off | Free shipping |
| | | Free shipping | 41 sold |
| | | 9 watchers | |

---

**About this item**     Shipping, returns & payments                                         Report this item

Seller assumes all responsibility for this listing.                                          eBay item number:  354110293783

Last updated on Jul 06, 2022 10:51:24 PDT  View all revisions

### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Size | Travel Size |
|---|---|---|---|
| Department | Unisex | Main Purpose | Cleansing, Massage, Cleaning |
| Type | Facial Brush | Features | Antibacterial, Waterproof, Rechargeable, Silicone |
| Body Area | Chest, Face | Set Includes | Charger, Facial Brush |
| Brand | Unbranded | Skin Type | All Skin Types |

## Item description from the seller

NEW Rechargeable Electric Ultrasonic Silicone Facial Cleansing Brush

This is a great beauty tool with many uses!

- Great for all skin types
- Silicone is antibacterial
- Waterproof
- Different Massage settings
- 3 different types of bristles for sensitive, precision, & oily clean
- Removes oil, dirt, & makeup
- Rechargeable
- Travel Friendly
- Different colors available

Includes:

1 Facial Cleansing Brush
1 Charger

---



### armor_of_god

100% Positive Feedback
8 Items sold

**Visit shop**

Contact

♡ Save seller

### Seller feedback (8)

⊕  6***e (25) •  Past 6 months

Great shirt, it's perfect thank you.

Cross Unisex Mineral Wash T-Shirt (#354520531627)

⊕  n***i (258) •  Past 6 months

Exceeded expectations! Exactly as advertised! Fast shipping! Great seller!

NEW Light Weight High Speed Electric Ionic Hair Dryer 750W (#353000434406)

n***m (823) • Past 6 months

Thanks, great product.

NEW Portable Super Slim Solar Power Bank with Flashlight 20000 mAh (#354109019343)

See all feedback

---

### Influenced by recent sponsored views


Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$10.56**
Free shipping


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping

Si
Ek
M
Ne

Fr

---

### Sponsored Items from Top Rated Sellers    See all ›

Feedback on our suggestions


Vivo Per Lei Facial Peeling Gel Gentle Face Peel for Cleansing Dry Skin 2 Pack
New
**$21.99**
$43.98 50% off
Free shipping
761 sold


Vivo Per Lei Bamboo Charcoal Mask Peel Off Facial Mask - Cleansing Mask 5.3 Oz
New
**$8.99**
Free shipping
1508 sold


BeautyFrizz 240 Pcs Lavender - Retinol Cleansing & Makeup Remover Facial Wipes
New
**$21.99**
$43.98 50% off
Free shipping
79 sold


Rachel's Best Moisturizing Sandalwood Facial Mask - Hydrating Facial Mask...
New
**$9.99**
Free shipping
15% off 3+ with coupon


Vivo Per Lei Regular Dead Sea Mineral Facial Peeling Gel & Travel Size Day Cream
New
**$12.99**
$25.98 50% off
Free shipping
54 sold

Vi
5.
Ne

Fr
97

---

### Explore related sponsored items


Facial Cleansing Brush, Silicone Facial Massage Brush, Rechargeable
New
**$10.99**
Free shipping
Seller with a 100% positive feedback


Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$15.69**
Free shipping
33 sold

Ul
Cl
Cl
Ne

Fr

People who viewed this item also viewed



USB Rechargeable Waterproof Vibrating Silicone Facial Cleansing Brush
New
**$10.00**
+ shipping
Seller with a 100% positive feedback



USB Recharge Waterproof Vibrating Silicone Face Cleansing Brush Electric Facial
New (Other)
**$12.99**
+ shipping



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Sonic Facial Cleansing Face Brush Massager Rechargeable
New
**$15.00**
+ shipping

Find more sponsored items

Feedback on our suggestions



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback



4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$21.99**
Free shipping
37 sold



Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric
New
**$19.99**
Free shipping
Seller with a 100% positive feedback



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
🅀 Top Rated Plus
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Exfoliator Scrubber Rechargeable
New
**$16.99**
Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Exfoliator Scrubber Rechargeable
New
**$16.99**
Free shipping
Seller with a 100% positive feedback



Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Massager Rechargeable
New
**$39.99**
Free shipping
Seller with a 100% positive feedback



4 in 1 Ultrasonic Electric Facial Cleansing Brush Face Exfoliator Rechargeable
New
**$39.99**
Free shipping
Seller with a 100% positive feedback





Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$19.96**

$24.95 20% off
Free shipping



Silicone Electric Facial Cleansing Brush Exfoliator Scrubber Sonic Rechargeable

New

**$19.99**

Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Exfoliator Scrubber Sonic Rechargeable

New

**$19.99**

Free shipping
Seller with a 100% positive feedback

Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager

New

**$15.17**

$16.49 8% off
Free shipping



4 in 1 Ultrasonic Electric Facial Cleansing Brush Face Exfoliator Rechargeable

New

**$39.99**

Free shipping
Seller with a 100% positive feedback

Electric Facial Cleansing Brush Rechargeable for Cleansing Exfoliating

New

**$12.47**

$13.27 6% off
Free shipping

Rechargable Electric Facial Cleansing Brush Face Massage Exfoliating Waterproof

New

**$19.99**

Free shipping
Seller with a 99.4% positive feedback

4in1 Rechargable Electric Facial Cleansing Brush Set Face Exfoliating Waterproof

New

**$20.29**

Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

Silicone Facial Cleansing Face Brush Rechargeable Waterproof Electric LED Light

New

**$34.99**

Free shipping
Seller with a 100% positive feedback



4in1 Rechargable Electric Facial Cleansing Brush Set Face Exfoliating Waterproof

New

**$20.29**

Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

---

Back to home page

Return to top

More to explore :  Clinique Electric Facial Brush Facial Cleansing Devices,  Olay Electric Facial Brush Facial Cleansing Devices,  Facial Cleansing Brushes,  Unbranded Electric Facial Brush Facial Cleansing Devices,  Vitagoods Electric Facial Brush Facial Cleansing Devices,  Mary Kay Electric Facial Brush Facial Cleansing Devices,  All Skin Types Electric Facial Brush Facial Cleansing Devices,  Conair Electric Facial Brushes All Types Skin Facial Cleansing Brushes,  Unbranded Skin Facial Cleansing Brushes,  Unisex Skin Facial Cleansing Brushes

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]
Miami, FL 33138-4055
United States
[redacted]
Change

**Review item and shipping**

Seller: armor_of_god | Message to seller

NEW Rechargeable Electric Ultrasonic Silicone Facial Cleansing Brush
Color: Pink
**$14.99**

Quantity
1

**Delivery**
Est. delivery: Apr 26 – Apr 28
USPS First Class
$5.65

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $14.99 |
| Shipping | $5.65 |
| Tax* | $1.44 |
| **Order total** | **$22.08** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

## armor_of_god

**100%** Positive feedback (6) **8** Items sold **2** Followers

Visit profile Contact Save

**Category**

**All**

Health & Beauty

Skin Exfoliators & Scrubs

**Price**

Available inventory

$0 $1500+

$ Min to $ Max

**Condition**

New (5)

See all

**Buying Format**

All Listings (5)

Accepts Offers

Auction

Buy It Now (5)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

More filters...

new rechargeable electric ultrasonic silicone facial cleansing brush

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **new rechargeable ...** Save this search

Shipping to: 10025

NEW Rechargeable Electric Ultrasonic Silicone Facial Cleansing Brush

Brand New

**$14.99**

Buy It Now

+$5.60 shipping

armor_of_god (6) 100%

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay

Shop by category

Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist



### NEW Rechargeable Electric Ultrasonic Silicone Facial Cleansing Brush

Condition: **New**

Color: - Select -

Quantity: 1    5 available

Price: **$14.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Delivery: Varies

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
armor of god (6)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Shop related items**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Shop now

---

### Similar sponsored items

Feedback on our suggestions



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
$15.99
Free shipping
Seller with a 100% positive feedback



Dermalogica PRO Special Cleansing Gel 32oz
New
$70.00
0 bids
+ $5.00 shipping



4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
$21.99
Free shipping
36 sold



Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric
New
$19.99
Free shipping
Seller with a 100% positive feedback

---

### Sponsored items inspired by your views

Feedback on our suggestions



Electric Facial Cleansing Brush, FBFL Sonic Silicone Face Brush & Pink
New
$14.99



Toys Importers Pack of 2 Reversible Octopus Mood Plush - 1 x 7.9in Blue
New
$16.16



Nail Boss Hoodie Hoody Technician Beautician Acrylic Gel Art Beauty Cute
New (Other)
$31.10



+ shipping

Seller with a 100% positive feedback   Seller with a 99.5% feedback

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 354110293783

Last updated on Jul 06, 2022 10:51:24 PDT View all revisions

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Size | Travel Size |
|---|---|---|---|
| Department | Unisex | Main Purpose | Cleansing, Massage, Cleaning |
| Type | Facial Brush | Features | Antibacterial, Waterproof, Rechargeable, Silicone |
| Body Area | Chest, Face | Set Includes | Charger, Facial Brush |
| Brand | Unbranded | Skin Type | All Skin Types |

## Item description from the seller

NEW Rechargeable Electric Ultrasonic Silicone Facial Cleansing Brush

This is a great beauty tool with many uses!

- Great for all skin types
- Silicone is antibacterial
- Waterproof
- Different Massage settings
- 3 different types of bristles for sensitive, precision, & oily clean
- Removes oil, dirt, & makeup
- Rechargeable
- Travel Friendly
- Different colors available

Includes:

1 Facial Cleansing Brush
1 Charger



## armor_of_god

100% Positive Feedback
8 Items sold

Seller's other items

Contact

♡ Save seller

### Seller feedback (8)

➕ 5***e (24) • Past 6 months

Great shirt, it's perfect thank you.

Cross Unisex Mineral Wash T-Shirt (#354520531627)

➕ n***i (258) • Past 6 months

Exceeded expectations! Exactly as advertised! Fast shipping! Great seller!

NEW Light Weight High Speed Electric Ionic Hair Dryer 750W (#354109062695)

➕ n***m (819) • Past 6 months

Thanks, great product.

NEW Portable Super Slim Solar Power Bank with Flashlight 20000 mAh (#354109019343)

See all feedback

## Influenced by recent sponsored views



Electric Facial Cleansing Brush, FBFL Sonic Silicone Face Brush & Pink

New

**$14.99**

+ shipping



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

New

**$19.98**

Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber

New

$12.99 46% off
Free shipping
53 sold

## Related sponsored items



3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6

New

**$14.97**

Free shipping
Top Rated Plus
149 sold



4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating

New

**$21.99**

Free shipping
36 sold



2in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6

New

$16.99 5% off
Free shipping
Buy 1, get 1 20% off



Upgrade Professional Electric 4in1 Facial Cleansing Brush Face Scrubber Clean

New

$18.99 6% off
Free shipping
23 sold



Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

New

**$19.99**

Free shipping
Seller with a 100% positive feedback

## Explore related sponsored items



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$13.61 5% off
Free shipping
9 watchers



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

New

**$11.97**

Free shipping
Top Rated Plus
10% off 3+ with coupon



FBFL Silicone Facial Cleansing Brush PINK Five Level Waterproof Soft On Face

New

**$12.99**

Free shipping
Top Rated Plus
Seller with a 99.9% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Message

New

**$17.59**

Free shipping
5 watchers



Pink pop sonic leaflet Sonic Facial Cleansing Device

New (Other)

**$24.99**

Free shipping
Seller with a 100% positive feedback

## People who viewed this item also viewed















Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Sonic Facial Cleansing Face Brush Massager Rechargeable
New
**$15.00**
+ shipping

Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$19.14**
Free shipping
Seller with a 99.7% positive feedback

## Find more sponsored items

Feedback on our suggestions







Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback

4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$21.99**
Free shipping
36 sold







Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Exfoliator Scrubber Rechargeable
New
**$16.99**
Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback







4 in 1 Ultrasonic Electric Facial Cleansing Brush Face Exfoliator Rechargeable
New
**$39.99**
Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Exfoliator Scrubber
New
**$16.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Exfoliator Scrubber Sonic Rechargeable
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Exfoliator Scrubber Sonic Rechargeable
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

Ultrasonic Face Cleaner Brush Silicone Facial Cleansing Pore Blackhead Remove US
New
**$26.54**
Free shipping





Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating

4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner

4in1 Rechargable Electric Facial Cleansing Brush Set Face Exfoliating Waterproof

4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating

New
**$19.99**
Free shipping
Seller with a 100% positive feedback

New
**$19.14**
Free shipping
Seller with a 99.7% positive feedback

New
**$19.92**
Free shipping
Top Rated Plus
36 sold

New
**$20.29**
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

New
**$19.28**
Free shipping
Seller with a 99.1% positive feedback

    

Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager
New
**$15.17**
$16.49 8% off
Free shipping

4 in 1 Ultrasonic Electric Facial Cleansing Brush Face Exfoliator Rechargeable
New
**$39.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off
Free shipping

Rechargable Electric Facial Cleansing Brush Face Massage Exfoliating Waterproof
New
**$19.99**
Free shipping
Seller with a 99.4% positive feedback

4in1 Rechargeable Electric Facial Cleansing Brush Set Face Exfoliating Waterproof
New
**$20.29**
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

---

Back to home page                                                                                              Return to top

More to explore :   Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Unbranded Electric Facial Brush Facial Cleansing Devices,
Vitagoods Electric Facial Brush Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,
Unbranded Skin Facial Cleansing Brushes,   Unisex Skin Facial Cleansing Brushes,   Rechargeable Ultrasonic Electric Toothbrushes

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

# armor_of_god

**100%** Positive feedback (6) **8** Items sold **2** Followers

Visit profile Contact Save

new rechargeable electric ultrasonic silicone facial cleansing brush

**Category**

**All**

Health & Beauty

Skin Exfoliators & Scrubs

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Condition**

New (5)

See all

**Buying Format**

All Listings (5)

Accepts Offers

Auction

Buy It Now (5)

**Item Location**

Default

Within

Radius 25 mi of

Zip code

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

All Listings Accepts Offers Auction Buy It Now Condition Shipping Local Best Match

1 result for **new rechargeable ...** Save this search

Update your shipping location

NEW Rechargeable Electric Ultrasonic Silicone Facial Cleansing Brush

Brand New

**$14.99**

Buy It Now

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



ebay **Checkout**

How do you like our checkout? Give us feedback

## Pay with

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

## Ship to

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

## Review item and shipping

Seller: armor_of_god | Message to seller

NEW Rechargeable Electric Ultrasonic Silicone Facial Cleansing Brush
Color: Black
**$14.99**

Quantity
1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
**$5.65**

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional)

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $14.99 |
| Shipping | $5.65 |
| Tax* | $1.44 |
| **Order total** | **$22.08** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 182

Marketplace: eBay

Seller Name: aseel75



### Silicone Facial Cleansing Brush Electric Face Clean Device Facial Massager Skin

Condition: New

Color: Pink

Quantity: 1    Last One

Price: **$6.69**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
aseel75 (76 ★)
90.5% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

↩ **Breathe easy.** Returns accepted.

Shipping: **Free** Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery: 🅿 Estimated between **Wed, May 3** and **Thu, Jun 29** ⓘ
Please note the delivery estimate is **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal | G Pay | VISA | Mastercard | AMEX | Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Similar sponsored items**    Feedback on our suggestions



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$6.99
Free shipping
65 sold

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.12
$7.49 5% off
Free shipping
5 watchers

Hydra Machine Water Facial Hydro Deep Cleansing Skin Tightening Dermabrasion Spa
New
$1,126.00
0 bids
+ shipping
Seller with a 100% positive feedback

Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable
New
$14.99
Free shipping
Seller with a 99.2% positive feedback

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$7.59
Free shipping

**Sponsored items inspired by your views**    Feedback on our suggestions





**2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
$9.99
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback

**Pop Sonic The Leaflet Sonic Facial Cleansing Device "Gray" NIB**
New
$119.99
Free shipping
Extra 7% off

**POP SONIC LEAFLET Sonic Facial Cleansing Device PINK - Line & Wrinkle Reducer**
New (Other)
$21.96
$24.95 12% off
Free shipping
Top Rated Plus

**Facial Cleansing Brush Silicone Face Scrub Brush Manual Exfoliating Brush**
New
$14.95
+ $3.99 shipping
Top Rated Plus
Seller with a 99.2% positive feedback

**Plum Beauty Compact Sonic Facial Cleansing & Refreshes Brush -**
New
$3.99
+ $3.99 shipping
Seller with a 99.5% positive feedback

## About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 125668284995

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Origin | Mainland China |
| Main Purpose | Acne, Blackheads, Clogged Pores | Skin Type | All Skin Types |
| Power Source | Electric, Dry Battery | Size | 1 |
| Function1 | Deep Pore Cleaning | Material | Silicone |
| Function3 | Facial Cleansing Brush | Item Type | Brush |
| Function2 | Electric Facial Cleanser | Model Number | 1 |
| Function5 | Electric Face Cleanser | Function4 | Facial Massager |
| Feature | Beauty Skin Care | Certification | Ce |
| Function6 | Silicone Face Brush | Brand | Clean |
| Function | Facial Clean,vibration Massage | Type | Facial Massager |
| Number Of Pieces | One Unit | Battery Life | 1 Hour |
| Model | Clarisonic Alpha Fit | | |

## Item description from the seller



Silicone Facial Cleansing Brush Electric Face Clean Device Facial Massager Skin

>>> How to Use

Multiple verifications,daily blistering facial cleanser 1-2 grams or so,drip 4-6 drops of water,press the mode button for about 5-6 seconds to automatically bubble.

>>> Tips

The skin is more fragile when it is allergic peeling.It's recommended that the skin care method at this time be as simple as possible,it's recommended to use it 1-2 times a week,if there is wound or suppurative acne,please stop using this product to avoid worsening wound infection.

>>> Package List

1.Face Cleansing Brush x 1

Shipment

1. WORLDWIDE SHIPPING. (Except some countries and APO/FPO)

2. Orders processed timely after the payment verification.

3. We only ship to confirmed order addresses. Your order address MUST MATCH your     Shipping address.

4. The images shown are not the actual item and are for your reference only.

5. SERVICE TRANSIT TIME is provided by the carrier and excludes weekends and holidays. Transit time may vary, particularly during the holiday season.

6. If you have not received your orderafter 30 days from payment, please contact us. We will trace your order and get back to you asap. Our goal is customer satisfaction!

7. Delivery Time:

Return & Refund

1. You have 7 days to contact us and 30 days to return it from the date received. If the item is in your possession more than 7 days, it will be considered used and WE WILL NOT ISSUEA REFUND OR REPLACEMENT to you. There are NO EXCEPTIONS!

Shipping cost is bear by both seller and buyer in half.

2. All returned items MUST BE in the original packaging and you MUST PROVIDE us with the shipping tracking number, specific reason for the return, and your order ID.

3. We will refund YOUR FULL WINNING BID AMOUNT, upon receipt of the item in its original condition and packaging with all components and accessories included, AFTER BOTH Buyer and Seller cancel the transaction from . OR, you may choose to have a replacement.

4. We will bear all the shipping cost if the product(s) is (are) not as advertised.

Guarantee

1. 12 months Manufacturer's limited Warranty for defective items (excluding items damaged and/or misused after receipt). Accessories come with a 3-month warranty.

2. Defective items MUST BE reported and returned within the warranty period (and in the original packaging, if possible). You must tell us what the defect is and give us your order number. WE DO NOT REPAIR OR REPLACE ITEMS WITH AN

EXPIRED WARRANTY.

You agree to all of the above-listed policies upon ordering on !



Feedback

We maintain high standards of excellence and strive for 100% customer satisfaction! Feedback is very important. We request that you contact us immediately BEFORE you give us neutral or negative feedback, so that we can perform up your satisfaction.

It is impossible to address issues if we do not know about them!

## Shipping

Fast Shipping Worldwide

## Returns

We accept returns 30 days from the package received.

## Payments

All payments are accepted via PayPal.

## Feedbacks

The product came very well packaged. I'm very happy. thank you for everything. Seller strongly recommended.

★★★★★

This is great! I recommend! The product looks amazing.

★★★★

Delivery was fast. Excellent seller, great communication. I advise everyone.

★★★★

---



### aseel75

90.5% Positive Feedback
485 items sold


Seller's other items
Contact
♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.7 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.8 |
| Communication | 4.6 |

### Seller feedback (78)

➕ t***5 (17) • Past month

Thank you so much. I appreciate you ship that thank you so much. I'm excited to see it. Thank you again.

Motorcycle Helmet Full Face Helmet X14 X-spirit Iii Daijiro Tc-1 X-fourteen Spor (#125848350191)

➖ a***e (31) • Past month

The figures feel and look like they were custom made not from neca and seller won't contact me back

Neca Bebop Rocksteady Action Figure Michelangelo Shredder Donatello Turtle Foots (#125720538592)

➕ a***c (8) • Past month

Just Came Early, Good Item For My Laptop & My Phone Thanks. 👍

Anti-dust Plug Notebook Dustproof Stopper Laptop Universal USB Dust Plug Compute (#125613008292)

See all feedback

**Influenced by recent sponsored views**



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback



Pop Sonic The Leaflet Sonic Facial Cleansing Device "Gray" NIB
New
**$119.99**
Free shipping
Extra 7% off



POP SONIC LEAFLET Sonic Facial Cleansing Device PINK - Line & Wrinkle Reducer
New (Other)
**$21.96**
$24.95 12% off
Free shipping
Top Rated Plus



Facial Cleansing Brush Silicone Face Scrub Brush Manual Exfoliating Brush
New
**$14.95**
Free shipping
Seller with a 99.2% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.12**
$7.49 5% off
Free shipping
5 watchers

**Related sponsored items**



5in1 Electric Face Facial Cleaner Brushes Deeply Cleansing Massager Scrubber
New
**$6.99**
$12.99 46% off
Free shipping
57 sold



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
$12.99 46% off
Free shipping
51 sold



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.12**
$7.49 5% off
Free shipping
5 watchers



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

**Explore related sponsored items**



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
$12.99 46% off
Free shipping
51 sold



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

**People who viewed this item also viewed**







Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.12**
~~$7.49~~ 5% off
Free shipping
5 watchers

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

Electric Deep Cleaner Massager Silicone Facial Cleansing Brush Face Skin Care
New
**$7.99**
Free shipping

Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.29**
Free shipping

E...
S...
M...
N...
$...
Fr...

---

### Find more sponsored items

Feedback on our suggestions


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.12**
~~$7.49~~ 5% off
Free shipping
5 watchers


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback


Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping


Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
65 sold


Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.29**
Free shipping


Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold


Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$12.19**
Free shipping
21 sold


Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.50**
~~$7.89~~ 5% off
Free shipping


Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$8.54**
~~$9.09~~ 6% off
Free shipping
28% off 8+ with coupon


Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$12.19**
Free shipping
21 sold


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.55**
Free shipping


Rechargeable,Waterproof Facial Cleansing Brush, Silicone Electric Massage Brush
New
**$6.71**
Free shipping


Brand NEW Face Facial Cleansing Brush Spa Skin Care Healthy Device For Spa Use
New
**$6.99**
Free shipping
Top Rated Plus
56 sold


Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New


Electric Facial Cleansing Brush USB Rechargable Skin Spa Face Massaging Device
New


Silicone Electric Facial Cleansing Brush Face Massage Vibration Blackhead Remove
New

Silicone Face Cleansing Brush Electric Facial Cleanser Skin Massage US
New


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

$7.85

Free shipping

$9.99

Free shipping

$9.99

Free shipping

$7.59

Free shipping

$12.93

~~$13.61~~ 5% off
Free shipping
**9 watchers**



Silicone Electric Facial Cleansing Brush 6 Modes Face Massager Deep Clean Skin

New

**$25.50**

Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Silicone Face Skin Massage Tool Waterproof

New

**$14.63**

Free shipping
**18 watchers**



2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager

New

**$23.74**

~~$24.99~~ 5% off
Free shipping
Top Rated Plus



Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable

New

**$6.99**

+ $3.99 shipping
Top Rated Plus



Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration

New

**$19.99**

Free shipping
Seller with a 100% positive feedback

---

Back to home page

Return to top

More to explore : Combination Skin Electric Facial Brush Facial Cleansing Devices, Sensitive Skin Electric Facial Brush Facial Cleansing Devices, Dry Skin Electric Facial Brush Facial Cleansing Devices,
Normal Skin Electric Facial Brush Facial Cleansing Devices, Oily Skin Electric Facial Brush Facial Cleansing Devices, Clinique Electric Facial Brush Facial Cleansing Devices,
Unbranded Electric Facial Brush Facial Cleansing Devices, Unbranded Facial Massager Facial Cleansing Devices, Panasonic Facial Massager Facial Cleansing Devices,
Mary Kay Electric Facial Brush Facial Cleansing Devices

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

## aseel75

**90.5%** Positive feedback **485** Items sold **56** Followers

Contact Save Seller

silicone facial cleansing brush electric face clean device facial masse s

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Brand**

**Skin Type**

**Price**

Available inventory

$0 $1500+

$ Min to $ Max

**Condition**

New (4)

See all

**Buying Format**

All Listings (4)

Accepts Offers

Auction

Buy It Now (4)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 90014

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 90014

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

All Listings Accepts Offers Auction Buy It Now Condition Shipping Local Best Match

1 result for **silicone facial clea...** Save this search

Shipping to: 90014

Silicone Facial Cleansing Brush Electric Face Clean Device Facial Massager Skin

Brand New

**$6.69**

Buy It Now

Free shipping

from China

aseel75 (76) 90.5%

Tell us what you think

Authenticity Guarantee

See all

More filters...

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



ebay Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

Add new card
VISA  mastercard  AMEX  DISCOVER

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay  Google Pay

**Ship to**

Palm Beach, FL 33480
United States

Change

**Review item and shipping**

Seller: aseel75    Message to seller

Silicone Facial Cleansing Brush Electric Face Clean Device Facial Massager Skin
Color: Pink
**$6.69**
Quantity 1

**Delivery**
Est. delivery: May 3 – Jun 29
Economy Shipping from Greater China to worldwide
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

Subtotal (1 item)          $6.69
Shipping                    Free
Tax*                       $0.47

**Order total              $7.16**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 185

Marketplace: eBay

Seller Name: bestowal



Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay |

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices > See more Pop Sonic Leaf Facial ...

Share | Add to Watchlist



Hover to zoom

$ Have one to sell? Sell now

## Pop Sonic Leaf Purple Facial Cleansing Device ~New Box~

☆☆☆☆☆ Be the first to write a review

**Condition:** New

**Price:** **$29.99**

Buy It Now

Add to cart

**Best Offer:**

Make offer

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $2.99

🚚 Fast and reliable. Ships from United States.

**Shipping:** US $11.89 Standard Shipping. See details
Located in: Warren, Michigan, United States

**Delivery:** Estimated between Fri, Apr 21 and Tue, Apr 25 ⓘ

**Returns:** Seller does not accept returns. See details

**Payments:** PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
bestowal (197 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Shop a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Visit store

## Similar sponsored items

Feedback on our suggestions



PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple
New
$29.99
Free shipping
Seller with a 99.8% positive feedback



Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
$24.00
+ $3.50 shipping
Top Rated Plus
Seller with a 100% positive feedback



Proactiv Pore Cleansing Charcoal Infused Brush
New
$11.30
0 bids
+ shipping
Seller with a 100% positive feedback



PMD Clean Smart Facial Cleansing Device BERRY New in box
New
$35.98
+ $6.50 shipping
Seller with a 100% positive feedback



PopSonic Spade Face & Neck Sonic Beauty Cleansing Device Infuse Massage - Purple
New
$39.95
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views

Feedback on our suggestions











Electric... Brush Face Skin Care Deep Cleaner Massager
New
$6.99
Free shipping
Seller with a 99.4% positive feedback

Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus

Coop Door With Sensor Poultry Gate Hen House
New
$24.00
Free shipping
9 watchers

Opener, Automatic Chicken House Door with Light S...
New
$47.84
Free shipping
Seller with a 99.3% positive feedback

Opener Light Sensor Automatic Chicken House Door
New
$22.99
+ $5.99 shipping

---

**About this item**   **Shipping, returns & payments**                                            Report this item

Seller assumes all responsibility for this listing.                    eBay item number: 195698858631

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | Pop Sonic |
| Skin Type | All Skin Types | Type | Electric Facial Brush |
| Power Source | USB | Bundle Description | none |
| Color | Purple | Custom Bundle | no |
| Model | Leaf | Features | Rechargeable |
| Material | Silicone | Country/Region of Manufacture | China |
| Number of Speeds | 15 | UPC | 0819573021196 |

## Item description from the seller

Pop Sonic Leaf Purple Facial Cleansing Device

~New Box~

New in box PopSonic's new skincare system will invigorate your beauty regimen, leaving your skin looking smoother, cleaner and younger. With its Leaf-like shape, the Leaf Bud is specifically designed with the contours of your face in mind. Use the Leaf Bud as part of your daily cleansing routine. The Leaf Bud's soft silicone bristles coupled with sonic vibrations provide a much deeper clean than washing by hand. When used in conjunction with your usual skin care products, the Leaf Bud will help infuse your products into the dermal layers past the skin's surface. Regular use of the Leaf Bud will lay a foundation of younger and healthier looking skin Ships same or next day.

Only one in stock



**bestowal**

100% Positive Feedback
348 Items sold

Seller's other items

Contact

♡ Save seller

**Seller feedback** (85)

⊕ a***2 (0) • Past 6 months
Item arrived early and was in excellent condition
Vintage Fitz and Floyd Le Marche Handcrafted Tomato Sugar Bowl with Lid & Spoon (#195590296314)

⊕ d***s (961) • Past 6 months
Took a while but worth the wait
Emson Eggaenie Electric Egg Cooker~Brand New w/ Box~Amazing way to cook eggs~ (#192650764713)

⊕ j***o (188) • Past 6 months
Fast shipping
Vintage Lefton Hand Painted Tea Cup and Saucer Heritage Rose Gold Trim (#195345226259)

See all feedback

**Influenced by recent sponsored views**



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
$6.99
Free shipping
Seller with a 99.4% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$6.99
Free shipping
67 sold



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping
6 watchers

---

★★★★★
No ratings or reviews yet

Be the first to write a review.

---

**Sponsored Items from Top Rated Sellers**                    Feedback on our suggestions



NuFACE Trinity Microcurrent Facial Toning Device New Open Box
New (Other)
$90.00
+ $12.00 shipping
426 sold



LIPSENSE SeneGence NEW Full Size Authentic Lip Colors - Lexie Bear-y 0.25 oz
New (Other)
$9.99
Free shipping
244 sold



New Lipsense Lipstick Liquid Lip Color Authentic Full Size - Pink Champagne
New (Other)
$9.99
Free shipping
899 sold



Lipsense Liquid Lip Color (Set of 3) Pomegranate New - Factory Sealed !
New (Other)
$22.00
+ $2.99 shipping
24 sold



Glamglow Poutmud Wet Lip Balm Treatment Love Scene 0.24 OZ New Sealed Box!
New
$15.00
Free shipping
13 watchers

---

**Related sponsored items**



Pop Sonic Leaf Sonic Facial Cleansing Electric Device Green Marble New Sealed
New
$40.50
Free shipping
Top Rated Plus
Seller with a 99.3% positive feedback



PopSonic Leafbud Sonic Facial Cleansing Device Soften Wrinkles Lavender Purple
New
$29.99
Free shipping
Seller with a 99.8% positive feedback



Facial Cleanser Sonic Vibrating Face Cleansing Device Home Use 7 Colors Photon
New
$38.00
Free shipping
Seller with a 100% positive feedback



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
$19.98
Free shipping
Top Rated Plus
Seller with a 100% positive feedback



LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser NEW RV $110
New
$29.99
Free shipping
Seller with a 100% positive feedback

---

**People who viewed this item also viewed**








POP SONIC LEAF Sonic Facial
Cleansing Device MINT New

New
**$25.00**
+ $5.95 shipping
Seller with a 100% positive feedback



Pop Sonic Leaf Sonic Facial
Cleansing Electric Device Light
Pink New In Box

New
**$25.00**
+ shipping



Pop Sonic Leaf Facial Cleansing
Device Black Swirl New In Box

New
**$35.00**
+ $4.00 shipping
Seller with a 100% positive feedback



Pop Sonic Leaf Sonic Facial
Cleansing Electric Device Blue
Marble New Cordless

New
**$39.99**
Free shipping
Seller with a 99.5% positive feedback



Pop Sonic Leaf Facial Cleansing
Device - Teal - New In Box

New
**$29.99**
+ $6.99 shipping
Seller with a 100% positive feedback

---

## Find more sponsored items

Feedback on our suggestions



PopSonic Leafbud Sonic Facial
Cleansing Device Soften Wrinkles
Lavender Purple

New
**$29.99**
Free shipping
Seller with a 99.8% positive feedback



FOREVER LINA T-Sonic mini Facial
Cleansing Device

New
**$12.99**
+ shipping
Seller with a 100% positive feedback




PopSonic Spade Face & Neck Sonic
Beauty Cleansing Device Infuse
Massage - Purple

New
**$39.95**
Free shipping
Seller with a 100% positive feedback

Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New
~~$13.61~~ 5% off
**$12.93**
Free shipping
9 watchers



Sonic Facial Cleansing Brush
YUNCHI Food Grade Silicone
Waterproof BLUE WC02_B

New
**$13.95**
Free shipping
Seller with a 99.1% positive feedback



POP SONIC LEAFLET Sonic Facial
Cleansing Device PINK - Line &
Wrinkle Reducer

New (Other)
~~$24.95~~ 12% off
**$21.96**
Free shipping
Top Rated Plus



Silicone Electric Face Cleansing
Brush Sonic Facial Skin Cleaner
Heated Massager

New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Sonic Facial Cleansing Brush,
Waterproof Electric Face Cleansing
Brush Device

New (Other)
**$29.16**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Forever Lina Mini T Sonic Facial
Cleansing Device

Pre-owned
**$39.99**
+ $6.25 shipping
Seller with a 100% positive feedback



Clarisonic Mia Prima Sonic Facial
Cleansing Device - White USED

Pre-owned
**$30.00**
Free shipping
Seller with a 100% positive feedback



Pink pop sonic leaflet Sonic Facial
Cleansing Device

New (Other)
**$24.99**
Free shipping
Seller with a 100% positive feedback



FOREO LUNA play T,Sonic facial
cleansing brush, Purple

New
**$24.98**
Free shipping
Seller with a 99.2% positive feedback



Pop Sonic The Leaflet Sonic Facial
Cleansing Device "Gray" NIB

New
**$119.99**
Free shipping
Extra 7% off



Spa Sciences NOVA, Rechargeable
Sonic Facial Cleansing Brush

New
**$39.58**
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing
Brush Ultra Sonic Facial Skin Cleaner
Massager

New
**$9.00**
+ shipping
Seller with a 100% positive feedback



FOREVER LINA T-Sonic mini Facial
Cleansing Device

New

**$12.99**

+ shipping
Seller with a 100% positive feedback

Sonic Facial Cleansing Brush,
Waterproof Electric Face Cleansing
Brush Device fo

New (Other)

**$39.99**

Free shipping

Top Rated Plus

Pure Original Sonic Facial and Body
Cleansing, Exfoliation & Massaging
Brush

New

**$12.99**

Free shipping

Top Rated Plus
36 sold

SNEGDO Silicone Facial Cleanser

New

**$17.99**

$19.99 10% off
Free shipping

Top Rated Plus

[MIRAE] Sonic Facial Cleansing
Brush Device 1pc NEW

New

**$128.69**

$142.99 10% off
+ $5.00 shipping
Seller with a 99.8% positive feedback

Sonic Facial Cleansing Device
(Pink/Pink Gold)

New

**$44.89**

+ $11.28 shipping

Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New

**$12.89**

Free shipping

Sonic Facial Cleansing Brush,
Waterproof Electric Face Device For
Deep Silicone

New

**$15.00**

+ shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing
Brush Vibration Face Cleaner Skin
Care Tool

New

**$12.89**

Free shipping

Pop Sonic Leafbud Facial Cleansing
Device Orange Waterproof
Rechargeable NiB

New

**$18.00**

+ shipping
Seller with a 100% positive feedback

---

Back to home page | See More Details about "Pop Sonic Leaf Facial Cleansing Device Lavender Cleans..."                    Return to top

More to explore :   Sonic Facial Cleansing Devices,   Facial Cleansing Devices,   FOREO Facial Cleansing Devices,   NuFACE Facial Cleansing Devices,   Nuskin Facial Cleansing Devices,
Clarisonic Facial Cleansing Devices,   Facial Sauna Facial Cleansing Devices,   Silk'n Facial Cleansing Devices,   Philips Facial Cleansing Devices,   Panasonic Facial Cleansing Devices

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

# bestowal

**100%** Positive feedback (197) **348** Items sold **18** Followers

Visit profile Contact Save

pop sonic leaf purple facial cleansing device ~new box~

All Listings Accepts Offers Auction Buy It Now Condition Shipping Local Best Match

1 result for **pop sonic leaf pur...** Save this search

Shipping to: 08014

Pop Sonic Leaf Purple Facial Cleansing Device ~New Box~

Brand New

**$29.99**

or Best Offer

+$11.89 shipping

bestowal (197) 100%

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Brand**

**Color**

**Type**

**Features**

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 08014

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 08014

**Show only**

- [ ] Free Returns
- [ ] Returns Accepted
- [ ] Authorized Seller
- [ ] Completed Items
- [ ] Sold Items
- [ ] Deals & Savings
- [ ] Authenticity Guarantee

See all

More filters...

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA  mastercard  AMEX  DISCOVER

◉ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████████
Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: bestowal   Message to seller

Pop Sonic Leaf Purple Facial Cleansing Device ~New Box~
**$29.99**
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
$11.89

**Gift cards, coupons, eBay Bucks**

Enter code:            Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

---

Subtotal (1 item)          $29.99
Shipping                   $11.89
Tax*                        $2.93

**Order total            $44.81**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

---

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 186

Marketplace: eBay

Seller Name: BETA BOX




Daily Deals  Brand Outlet  Help & Contact                                          Sell  Watchlist ⌄  My eBay ⌄

Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

**SAVE UP TO 6%**   See all eligible items and terms ▶



### Face Cleaning Pink Brush Waterproof Silicone Sonic Electric Skin Cleaner Tool

Condition: New

Sale ends in: 3d 22h

Price: **$39.90**
Was US $42.45 ⓘ
Save US $2.55 (6% off)

| Buy It Now |
| Add to cart |
| ♡ Add to Watchlist |

↩ **Breathe easy.** Returns accepted.

Shipping: Free Standard Shipping from outside US. See details
Located in: LT, Lithuania

Delivery: 🚚 Estimated between **Mon, Mar 27** and **Mon, Apr 17** ⓘ
Please note the delivery estimate is **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
beta-box (972 ★)
100% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Explore a related Store**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

**Similar sponsored items**   See all ❯

Feedback on our suggestions



Facial Cleansing Brush Waterproof Silicone Sonic Face Brush Handheld Cleaning
New
**$33.37**
Free shipping
Seller 100% positive



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
72 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
~~$13.61~~ 5% off
Free shipping
6 watchers



SILICONE ELECTRIC FACE BRUSH Facial Skin Cleaner Super Soft Sonic Cepillo Facial
New
**$10.68**
Free shipping

---

**Sponsored items inspired by your views**   See all ❯

Feedback on our suggestions






| Facial Cleansing Brush Silicone Sonic Waterproof Rechargeable Massager Electric | Facial Cleansing Brush Waterproof Silicone Sonic Face Brush Handheld Cleaning | Ultrasonic Silicone Electric Facial Cleansing Brush + Face Cleanser Massager | Extra Thick Yoga Mat Non Slip Thick Exercise Mat Wide TPE 12mm Eco |
|---|---|---|---|
| New | New | New | New |
| $70.70 | $33.37 | $14.16 | $66.15 |
| + $81.41 shipping | Free shipping Seller 100% positive | Free shipping | + shipping |

---

**About this item** | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Feb 28, 2023 23:42:39 PST View all revisions

eBay item number: 304268845270

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Model: | Brush |
| Custom Bundle: | No | Main Purpose: | Acne, Blackheads, Clogged Pores, Excessive Oil, Wrinkles |
| Material: | Silicone | Power Source: | Electric |
| Type: | Face Cleaning Brush | Features: | Waterproof |
| Color: | Pink | MPN: | Does Not Apply |
| Battery Life: | Standard | Brand: | Unbranded |
| Manufacturer Warranty: | None | Number of Speeds: | 8 |
| Skin Type: | All Skin Types | UPC: | Does not apply |

## Item description from the seller

### Face Cleaning Pink Brush Waterproof Silicone Sonic Electric Skin Cleaner Tool

**Description**
Black Color
Number Of Speed Levels: 8
Power Supply: 110-240v
Charging Time: Approximately 1 Hour
Current Consumption: 30-65ma
Working Time At Medium Speed: Approximately 3 Hours
Rechargeable  Lithium-ion Battery : 180mah
Maximum Current Consumption: 600ma
Voltage: Dc 5.0v (500ma)
Frequency:  300 Movements Per Second
Product Dimensions [width X D X H] 7.5 X 2.5 X 10 Cm
It Helps To Cleanse The Skin Of The Face Deeper
It Leaves The Skin Rejuvenated And Taut
It Has Two Types Of Tabs For Cleansing And Massaging The Skin
Power Supply: Battery
Charged Via Usb

**Package Included:**
1 x Pink Sonic Brush
1 x Brush And Cable Case

---

## ββ BETA BOX

100% Positive Feedback
3.3K items sold

Visit store
Contact

### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ——— | 5.0 |
| Reasonable shipping cost | ——— | 5.0 |
| Shipping speed | ——— | 4.9 |
| Communication | ——— | 5.0 |

### Seller feedback (982)

➕ e***a (196) • Past month

Thanks for fast and correct delivering

Office Paper Pen Documents Organizer Briefcase Bag Eco Leather A4 Sheets Holder (#304304924973)

➕ e***i (781) • Past month



**Popular categories from this store**  See all

Seller cancelled transaction and refunded the purchase price. They let me know before the delivery date.

Small Travel Cosmetic Bag Detachable Long Strap Makeup Storage Toiletry Suitcase (#304275937737)

| Car & Motorbike | Computer, Office & Security | Consumer Electronics |
| Health, Beauty & Personal Care | Home, Garden & Outdoors | Kitchen, Dining & Bar |
| Luggage & Bags | Phones & Telecommunications | Sports & Outdoors |

i***e (1185) · Past month

Great

Kappa Boxer Shorts 2er Set Mens Underwear Pants Trunks S M L XL XXL Size 2 Pack (#304595216560)

See all feedback

---

**SAVE UP TO 6%** ⓘ  See all eligible items ▸

Take 6% off each item
Marked down item price reflects all savings. Items provided by beta-box

All promotional offers from beta-box



Face Cleaning Sonic Brush Massager Waterproof IPX7 Silicone Facial Beauty Tool

Was: ~~US $40.37~~
Now: US $37.95



Face Vacuum Cleaner Extractor Facial Skin Blackheads Acne Electric Remover Tool

Was: ~~US $35.90~~
Now: US $33.75



Sonic Facial Brush Silicone USB Cable 500mah Face Cleaning Electric Tool Set

Was: ~~US $88.40~~
Now: US $83.10

+ See all

You can change quantities in your cart.

---

**Influenced by recent sponsored views**



Facial Cleansing Brush Waterproof Silicone Sonic Face Brush Handheld Cleaning

New
$33.37
Free shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New
$14.16
Free shipping



5-1 Multifunction Electronic Face Facial Cleansing Brush Spa Skin Care massage

New
$5.99
Free shipping
857 sold



Silicone Facial Cleaner Cleansing Brush Silicone Cleaning Brush Massager

New
$7.16
Free shipping



Electric Facial Face Sonic Spa Cleansing Brush Deep Cleanser Exfoliate Skin Care

New
$11.37
+ $1.19 shipping
29 sold

O'
Si
Re

Ne
$
Fr
Se

---

**Explore related sponsored items**



USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager

New
$9.97
Free shipping



Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

New
$19.99
Free shipping



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager

New
$15.99
Free shipping



Electric Blackhead Remover Vacuum Suction Skin Cleaner Cleaning Face Tool Kit

New
$13.96
Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New
$7.50
+ shipping

El
W
M

Ne
$
Fr

Related sponsored items


Handheld Electric Facial Cleansing
Brush Tool Waterproof Silicone
Cleansing New
New
$9.95
Free shipping
72 sold


Silicone Electric Face Cleansing
Brush Sonic Facial Skin Cleaner
Heated Massager
New
$19.98
Free shipping
Seller 100% positive


Silicone Electric Face Cleansing
Brush Facial Skin Cleaner Cleaning
Massager
New
$15.98
Free shipping


Sonic Facial Cleansing Brush
YUNCHI Food Grade Silicone
Waterproof BLUE WC02_B
New
$13.95
Free shipping
Seller 99.9% positive


HLAIE Silicone Electric Face
Cleansing BRUSH Sonic Facial Skin
Cleaner Massager
New
$19.98
Free shipping
Top Rated Plus
Seller 100% positive

People who viewed this item also viewed


Silicone Electric Face Cleansing
Brush Sonic Facial Skin Cleaner
Heated Massager
New
$19.98
Free shipping
Seller 100% positive


Silicone Electric Face Cleansing
Brush Facial Skin Cleaner Cleaning
Massager
New
$12.19
Free shipping
21 sold


Silicone Electric Face Cleansing
Brush Ultra Sonic Facial Skin
Cleaner Massager
New
$9.00
+ shipping
Seller 100% positive


Electric Face Cleansing Brush Ultra
Sonic Facial Skin Cleaner Massager
Silicone
New
$7.85
Free shipping


Electric Face Cleansing Brush Ultra
Sonic Facial Skin Silicone Cleaner
Massager
New
$7.49
Free shipping

Find more sponsored items

Feedback on our suggestions


Silicone Electric Face Cleansing
Brush Sonic Facial Skin Cleaner
Heated Massager
New
$19.98
Free shipping
Seller 100% positive


Electric Sonic Facial Cleansing Brush
Face Cleaning Tool Exfoliating Skin
Care
New
$22.55
$23.74 5% off
Free shipping
Top Rated Plus


Silicone Electric Face Cleansing
Brush Facial Skin Cleaner Cleaning
Massager
New
$12.19
Free shipping
21 sold


2 in1 Face Cleaner Waterproof
Electric Facial Brush Skin Care
Cleansing Massager
New
$23.74
$24.99 5% off
Free shipping
Top Rated Plus


New Electric Face Cleansing
Vibration Massage Brush Facial Skin
Care Wash Sonic
New
$29.99
Free shipping
Seller 100% positive


Sonic Facial Cleansing Brush
electric, Waterproof, Skin Massager,
Heating mode


SILICONE ELECTRIC FACE BRUSH
Facial Skin Cleaner Super Soft Sonic
Cepillo Facial
New


Silicone Electric Face Cleansing
Brush Facial Skin Cleaner Cleaning
Massager


Facial Cleansing Brush Ultrasonic
Silicone Face Cleaner Deep Pore
Cleaning Skin


SILICONE ELECTRIC FACE BRUSH
Facial Skin Cleaner Super Soft Sonic
Cepillo Facial

$43.99
+ shipping
Seller 100% positive

$10.68
Free shipping

$12.19
Free shipping
21 sold

$21.38
Free shipping
Last one

$10.68
Free shipping







Sonic Facial Cleansing Brush, Waterproof Electric Face Cleansing Brush Device
New
$29.16
Free shipping
Top Rated Plus
Seller 100% positive

Electric Facial Cleansing Brush Silicone Face Skin Massage Tool Waterproof
New
$14.63
Free shipping
16 watchers

Electric Sonic Facial Cleansing Brush Vibration Silicone Skin Wash Pore Cleaner
New
$37.99
Free shipping

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$9.00
+ shipping
Seller 100% positive

Electric Sonic Facial Cleansing Brush Vibration Silicone Skin Wash Pore Cleaner
New
$37.99
Free shipping







Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping

Electric Sonic Facial Cleaning Brushes Silicone Face Massager Lift Cleansing
New
$34.99
Free shipping

4in1 Electric Face Deep Cleansing Brush Waterproof Facial Skin Cleaner
New
$37.93
$39.93 5% off
Free shipping

4in1 Electric Face Deep Cleansing Brush Waterproof Facial Skin Cleaner
New
$37.93
$39.93 5% off
Free shipping

Facial Cleansing Brush Sonic Vibration Mini Cleaner Silicone Deep Pore Massager
New
$37.04
$38.99 5% off
Free shipping







Facial Cleansing Brush Face Massager Electric w/soft silicone waterproof sonic
New
$40.00
Free shipping
Seller 100% positive

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
$7.89
Free shipping

Sonic Facial Cleansing Brush, Waterproof, Skin Massager, Heating mode_PINK
New
$43.99
+ shipping
Seller 100% positive

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
$7.85
Free shipping

Facial Cleansing Brush Sonic Vibration Mini Cleaner Silicone Deep Pore Massager
New
$37.04
$38.99 5% off
Free shipping

More to explore :   Cleaning Machine Makeup Brush Cleaners,   Cleaning Pad Makeup Brush Cleaners,   Electric Shaver Cleaning Brushes,   Unbranded Cleaning Machine Makeup Brush Cleaners,
Sigma Cleaning Pad Makeup Brush Cleaners,   Unbranded Cleaning Pad Makeup Brush Cleaners,   Silicone-Free Skin Facial Brushes,   CLEAN & CLEAR Skin Face Washes,
Philips Norelco Electric Shaver Cleaning Brushes,   Too Faced Pink Makeup Brushes

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



eBay

Shop by category

Search for anything

All Categories

Search

Advanced

Include description

## BETA BOX

**100%** Positive feedback    **3.3K** Items sold    **82** Followers

Contact    Save Seller

face cleaning pink brush waterproof silicone sonic electric skin clean    ✕    0

### Category

All

Health, Beauty & Personal Care

### Condition

☐ New (1)

See all

### Price

$ Min    to    $ Max    →

Available inventory

$0    $1000

See all

### Buying Format

◉ All Listings (1)
○ Accepts Offers
○ Auction
○ Buy It Now (1)

### Item Location

◉ Default
○ Within
Radius 25 mi    of
Zip code
○ US Only
○ North America
○ Worldwide

### Shipping Options

☐ Free Shipping

### Local Pickup

☐ Free Local Pickup
Within
Radius 25 mi    of
Zip code

### Show only

☐ Free Returns
☐ Returns Accepted
☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

See all

All Listings    Accepts Offers    Auction    Buy It Now    Condition ⌄    Shipping ⌄    Local ⌄

Best Match ⌄

**1 result** for **face cleaning pink...**    ♡ Save this search

Update your shipping location ⌄

Face Cleaning Pink Brush Waterproof Silicone Sonic Electric Skin Cleaner Tool
Brand New

**$39.90**
Was: $42.45    6% off
Buy It Now
Free shipping
from Lithuania

Tell us what you think

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA | mastercard | AMEX | DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

████████
████████
Miami, FL 33133-2709
United States
████████

Change

**Review item and shipping**

Seller: beta-box    Message to seller



Face Cleaning Pink Brush Waterproof Silicone Sonic Electric Skin Cleaner Tool
**$39.90**
~~$42.45~~
Quantity 1

**Delivery**

● Est. delivery: Mar 20 – Mar 30
Standard Shipping from outside US
**Free**

○ Est. delivery: Mar 17 – Apr 10
Economy Shipping from outside US
**Free**

Save up to 6%

**Gift cards, coupons, eBay Bucks**

Enter code:    [ Apply ]

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| | |
|---|---|
| Subtotal (1 item) | $39.90 |
| Shipping | Free |
| Tax* | $2.79 |

**Order total** **$42.69**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ **Pay with PayPal** ]

You'll finish checkout on PayPal


**ebay** MONEY BACK GUARANTEE
See details

Help ?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ