# EXHIBIT 1
# (Part 6 of 11)

DOE Number: 193

Marketplace: eBay

Seller Name: breble66



Daily Deals    Brand Outlet    Help & Contact

Sign in    Watchlist    My eBay





Shop by category    Search for anything    All Categories    Search    Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist



### Silicone Electric Facial Cleaner Scrubber Massager Skin Care Rechargeable New

Condition: **New**

Price: **$7.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Delivery: Varies

Returns: 30 day returns. Buyer pays for return shipping.
See details

Payments:   VISA ● ● DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
breble66 (720 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Shop related items**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Shop now

Have one to sell? **Sell now**

---

### Similar sponsored items

Feedback on our suggestions



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.99
$12.99 46% off
Free shipping
53 sold



Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face
New
$8.51
Free shipping



NEW belif Hydrators-On-The-Go 5 Piece Moisturizing Facial Skin Care Kit
New
$9.95
0 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



Ultrasonic Facial Scrubber Pore Blackhead Remover Spatula Deep Skin Spa Cleaner
New
$13.99
Free shipping
384 sold



Electric Facial Skin Care Pore Blackhead Cleaner Remover Vacuum Acne Cleanser
New
$7.98
Free shipping
Top Rated Plus
3584 sold

El...
Br...
M...
Ne...
(S...

---

### Sponsored items inspired by your views

Feedback on our suggestions



Toys Importers Pack of 2 Reversible Octopus Mood Plush - 1 x 7.9in Blue
New
$16.16
+ shipping
Seller with a 100% positive feedback



Nail Boss Hoodie Hoody Technician Beautician Acrylic Gel Art Beauty Cute
New (Other)
$31.10
+ shipping
Seller with a 99.5% positive feedback

**About this item**   Shipping, returns & payments    Report this item

Seller assumes all responsibility for this listing.
Last updated on Dec 10, 2021 06:01:23 PST   View all revisions

eBay item number:   284363678231

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Main Purpose | Scrub/Massage |
| Brand | Unbranded | Skin Type | All Skin Types |
| Type | Cleanser | Size | Hand Held |
| Formulation | SILICONE | Color | Pink |
| Body Area | Face | Set Includes | Cleanser, Daily Use, Day Treatment, Exfoliant, Facial Cleansing Brush, Massager, Night Treatment, Toner |
| Features | Rechargeable, USB, Massage, Cleaning, Pink | Product Line | Deep Cleansing |

## Item description from the seller

Silicone Electric Facial Cleaner Scrubber Massager Skin Care Rechargeable New. Condition is "New". Shipped with USPS First Class.



### breble66

100% Positive Feedback
2.0K Items sold

**Seller's other items**

Contact

♡ Save seller

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (582)

⊕ w***h (4052) • Past month

A++ transaction, thanks!

Huaham Fiber Optic USB C to USB C Cable 15M/50' Long Distance Transmission NEW (#285035592071)

⊕ v***x (228) • Past month

fast Del, and just what I was looking for thank you.

2 Pack LIMBSAVER 4001 Black Broadband Solid Limb Dampener NEW In Package (#285183778897)

⊕ b***a (276) • Past month

very fast shipping and the package was well wrapped.

Philips 36W PAR36 12V Multipurpose Halogen Landscape Lighting 816369 NEW (#285195134207)

See all feedback

---

Influenced by recent sponsored views







| 5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber | 5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber | Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face | 5 in 1 Electric Face Facial Cleaner Brushes Deep Cleansing Spa Massager Scrubber | Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner |

**$6.99**
~~$12.99~~ 46% off
Free shipping
53 sold

New

**$6.99**
Free shipping
296 sold

New

**$8.51**
Free shipping

New

**$10.99**
Free shipping
Top Rated Plus
57 sold

New

**$7.99**
Free shipping
10 watchers

$

New

Fr
21

---

### Sponsored Items from Top Rated Sellers

Feedback on our suggestions

    

| SIDMOOL Hyaluronic Acid Peeling Gel 120ml Dead Skin Cells Sebum K-Beauty | Innisfree Bija Trouble Facial Foam 150ml Trouble Care Deep Cleansing K-Beauty | Medi-Peel Algo-Tox Deep Clear 150ml Sensitive Skin Mild Bubble Cleanser K-Beauty | BRTC Pore Tightening Serum 50ml Sebum Firming Balance Care All Skin K-Beauty | MEDI PEEL Red Lacto Collagen Cleansing Oil 200ml Moisture Clear Skin K-Beauty |

New
**$16.48**
Free shipping
182 sold

New
**$16.98**
10% off 3+ with coupon

New
**$18.48**
Free shipping
709 sold

New
**$28.98**
Free shipping
28 sold

New
**$24.98**
Free shipping
136 sold

L
10
M
N
$
Fr
10

---

### Related sponsored items

    

| 5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber | Ultrasonic Facial Scrubber Pore Blackhead Remover Spatula Deep Skin Spa Cleaner | Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric | Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable | 5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa |

New
**$6.99**
~~$12.99~~ 46% off
Free shipping
53 sold

New
**$13.99**
Free shipping
384 sold

New
**$19.99**
Free shipping
Seller with a 100% positive feedback

New
**$24.99**
Free shipping
Seller with a 100% positive feedback

New
**$6.55**
Free shipping
2785 sold

El
Fa
W
$
Fr
10

---

### People who viewed this item also viewed

    

| 5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber | 5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber | Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager | 5 in 1 Electric Face Facial Cleaner Brushes Deep Cleansing Spa Massager Scrubber | 5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber |

New
**$6.99**
~~$12.99~~ 46% off
Free shipping
53 sold

New
**$6.99**
Free shipping
296 sold

New
**$6.21**
($6.21/100g)
+ $7.47 shipping
179 sold

New
**$10.99**
Free shipping
Top Rated Plus
57 sold

New
**$5.00**
+ shipping
Seller with a 100% positive feedback

5
Cl
Sc
Ne
$
Fr
Se

---

### Find more sponsored items

Feedback on our suggestions

    



5 in 1 Deep Clean Face Skin Electric
Facial Cleaner Care Brush Massager
Scrubber
New
$6.99
$12.99 46% off
Free shipping
53 sold

5 in 1 Deep Clean Face Skin Electric
Facial Cleaner Care Brush Massager
Scrubber
New
$6.99
Free shipping
296 sold

Facial Cleansing Silicone Skin
Blackhead Pore Cleaner Brush
Massager Scrub Face
New
$8.51
Free shipping

5 in 1 Deep Clean Face Skin Electric
Facial Cleaner Care Brush Massager
Scrubber
New
$12.99
Free shipping

5 in 1 Electric Face Facial Cleaner
Brushes Deep Cleansing Spa
Massager Scrubber
New
$10.99
Free shipping
Top Rated Plus
57 sold







5 in 1 Deep Clean Face Skin Electric
Facial Cleaner Care Brush Massager
Scrubber
New
$5.00
+ shipping
Seller with a 100% positive feedback

Silicone Facial Cleansing Brush
Electric Sonic Vibration Deep Pore
Skin Cleaner
New
$7.99
Free shipping
10 watchers

USB Electric Sonic Face Cleansing
Silicone Brush Facial Skin Cleaner
Massager
New
$9.47
$9.97 5% off
Free shipping

5pcs Exfoliating Silicone Facial
Cleaner Skin Pore Cleanser
Scrubber Brushes Set
New
$9.99
Free shipping
Seller with a 99.8% positive feedback

Electric Face Cleansing Silicone
Brush Facial Skin Cleaner Cleaning
Massager
New
$6.21
($6.21/100g)
+ $7.47 shipping
104 sold







Silicone Facial Cleansing Brush
Handheld Facial Skin Cleaner
Massager Brush
New
$8.99
$9.99 10% off
Free shipping

5 in 1 Electric Face Facial Cleaner
Brushes Deep Cleansing Spa
Massager Scrubber
New
$9.99
Free shipping
Seller with a 99.4% positive feedback

USB Electric Sonic Face Cleansing
Silicone Brush Facial Skin Cleaner
Massager
New
$9.47
$9.97 5% off
Free shipping

Electric Face Cleansing Silicone
Brush Facial Skin Cleaner Cleaning
Massager
New
$15.99
Free shipping

Electric Face Cleansing Silicone
Brush Facial Skin Cleaner Cleaning
Massager
New
$6.21
($6.21/100g)
+ $7.47 shipping
179 sold







Electric Facial Brush Face Cleanser
Skin Massage Deep Pore Scrubber
New
$10.99
Free shipping

Blackhead Vacuum Acne Cleaner
Pore Remover Electric Skin Facial
Cleanser Care
New
$12.57
Free shipping
21 watchers

2 Pcs Facial Exfoliator Scrubber
Cleansing Brush Pore Scrubber Skin
Care
New
$11.83
$12.58 6% off
Free shipping
Seller with a 100% positive feedback

2Pcs Manual Facial Cleansing Brush
Silicone Facial Cleaner Manual Skin
Cleaner
New
$9.55
Free shipping

Facial Cleaning Massager Cleansing
Brush Silicone Face Scrubber Tool
New
$8.02
Free shipping







5 in 1 Electric Facial Cleanser Face
Skin Pore Cleaner Washing Cleaning
Massager
New
$8.64
$9.09 5% off
Free shipping

Electric Silicone Deep Clean
Massager Facial Skin Care Face
Cleansing Brush
New
$45.60
Free shipping
Seller with a 100% positive feedback

4pcs Face Cleansing Brush Silicone
Facial Skin Care Scrubber Face
Massage Brush
New
$11.27
Free shipping

Electric Facial Cleansing Brush Face
Cleaner Clean Skin Care Waterproof
Massage
New
$22.49
$24.99 10% off
Free shipping

2 Pcs Silicone Facial Scrubber
Silicone Face Brush Pore Cleaner
Tool Deep
New
$7.29
Free shipping

Back to home page Return to top

More to explore : Clarisonic Home Skin Care Facial Massagers, Hitachi Home Skin Care Facial Massagers, Facial Massagers, Normal Skin Facial Massager Facial Cleansing Devices, All Skin Types Facial Massager Facial Cleansing Devices, Rechargeable Massagers, Amie Facial Skin Care, Panasonic All Skin Types Facial Massager Facial Cleansing Devices, Rechargeable Massage Wands, Shiatsu Rechargeable Massagers

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# breble66

**100%** Positive feedback (720) **2.0K** Items sold **57** Followers

Visit profile Contact Save

silicone electric facial cleaner scrubber massager skin care recharge

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **silicone electric fa...** Save this search

Update your shipping location

Silicone Electric Facial Cleaner Scrubber Massager Skin Care Rechargeable New

Brand New

**$7.99**

Buy It Now

**Category**

**All**

Health & Beauty

Skin Cleansers & Toners

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 



**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card

● **PayPal**

○ **PayPal CREDIT** Special financing available. Apply now. See terms

○ G Pay Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: breble66   Message to seller

Silicone Electric Facial Cleaner Scrubber Massager Skin Care Rechargeable New
$7.99
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
$5.05

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

| Subtotal (1 item) | $7.99 |
| Shipping | $5.05 |
| Tax* | $0.91 |
| **Order total** | **$13.95** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 200

Marketplace: eBay

Seller Name: dapperica



**Pay over time with PayPal Credit**
Get 5.99% APR with 12 or 24 Easy Payments on eBay.
Ends 5/1, 11:59pm PT. Min. purchase required.
See terms

**SAVE UP TO 15% WHEN YOU BUY MORE**

$ Have one to sell? Sell now

## Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean

USA SELLER: Ships from Atlanta within one business day!

Condition: New

Bulk savings: Buy 1 $10.95/ea | Buy 2 $9.31/ea

2 or more for $9.31/ea

Quantity: 1 More than 10 available / 41 sold

Price: **$10.95/ea**

Buy It Now

Add to cart

Add to Watchlist

**Additional service available**

3-year protection plan from Allstate - $1.99

**This one's trending.** 41 have already sold.

**Fast and reliable.** Ships from United States.

Shipping: Free Standard Shipping. See details
Located in: Atlanta, Georgia, United States

Delivery: Estimated between **Wed, Apr 26** and **Fri, Apr 28**

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AM EX, DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
dapperica (757 ★)
100% positive feedback

Save seller
Contact seller
See other items

ebay
**Collect your bounty**
Plus, an eBay exclusive Mandalorian™ Funko Pop!
This is the way
STAR WARS
© & ™ Lucasfilm Ltd.

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Mar 24, 2023 14:05:22 PDT View all revisions

eBay item number: 173872277776

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Material | Silicone |
| Power Source | Electric | Type | Facial Massager |
| Features | Rechargeable | Brand | Dapperica |
| UPC | Does not apply | | |

## Item description from the seller

Silicone Facial Cleansing Brush from Dapperica

This brush is a complete facial cleansing experience. Treat your face to a spa-like experience with thousands of massaging silicone bristles that will cleanse your face of dirt, reduce pore size, eliminate fine lines, and exfoliate your skin in as little as two minutes per day.

✓**SPA-LIKE EXPERIENCE -** Turn on the device and the 3,000 bristles begin to massage your face while exfoliating your skin. The brush features 13 speed settings which can deliver up to 6,000 gentle pulsations per minute.

✓**COMPLETE CLEANSE -** The combination of the pulsations and bristles provide a cleansing experience that cannot be found anywhere else. The tiny bristles on the front of the device clean the delicate areas of your face, while the coarse bristles on the back provide a deep clean when needed. The brush features FDA-grade silicone material that is gentle on your skin, while tough on dirt.

✓**CLEARER SKIN -** Kiss acne and wrinkles goodbye. This brush reduces pore size and eliminates fine lines to help you achieve brighter, more youthful looking skin in as little as 14 days.

Ships within one business day of purchase

✓**CONVENIENCE -** The brush fits in the palm of your hand. The waterproof brush charges in one hour and will last for more than a month of use before needing to be recharged. We recommend using the brush for two minutes daily for best results. Trust us, this will be the best two minute investment you can make!

---



## dapperica

100% Positive Feedback
1.2K Items sold

**Visit shop**

Contact

♡ Save seller

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (311)

This item (2)    All items (311)

➕ i***i (607) • Past 6 months
Great seller with gas shipping! Thank you!

➕ j***i (877) • Past 6 months
AAAAA*****Great Ebayer 👍👍

See all feedback

---

### Influenced by recent sponsored views



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$7.99**
Free shipping
10 watchers



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
$12.99 46% off
Free shipping
55 sold



Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face
New
**$8.51**
Free shipping



Facial Cleansing Brush, Silicone Electric Massage Brush, Rechargeable
New
**$10.99**
Free shipping
Seller with a 100% positive feedback



Facial Cleansing Brush, Electric Face Brush Scrubber Rechargeable Exfoliator IPX
New
**$44.90**
Free shipping
20% off 3+ with coupon

---

### Explore related sponsored items






**Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes**
New
$24.99
Free shipping
Seller with a 100% positive feedback

**4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating**
New
$21.99
Free shipping
37 sold

**Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable**
New
$24.99
Free shipping
Seller with a 100% positive feedback

**Electric Facial Deep Cleansing Brush Soft Silicone Massager Skin Exfoliation**
New
$15.68
Free shipping

**4in1 Electric Silicone Facial Cleansing Brush Sensitive Face Exfoliate Massager**
New
$14.99
+ $6.99 shipping
Top Rated Plus
Seller with a 99.7% positive feedback

**7**
Ne
$

---

### Related sponsored items







**Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face**
New
$11.30
Free shipping

**Electric Facial Deep Cleansing Brush Soft Silicone Massager Skin Exfoliation**
New
$15.68
Free shipping

**5 in 1 Electric Facial Cleansing Instrument Silicone Face Cleansing Brush Deep**
New
$9.99
Free shipping
Seller with a 99% positive feedback

**Electric Facial Cleansing Brush Face Body Exfoliator Waterproof Massage 7 Heads**
New
$13.88
Free shipping
129 sold

**Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heeted Massager**
New
$19.98
Free shipping
Seller with a 100% positive feedback

**5**
Br
Sk
Ne
$

---

### People who viewed this item also viewed







**Facial Cleansing Brush, Silicone Electric Rechargeable Massage Brush**
New
$8.99
Free shipping
Seller with a 100% positive feedback

**Facial Cleansing Brush Silicone Electric Massage Brush Rechargeable Waterproof**
New
$8.99
Free shipping

**Facial Cleansing Brush, Silicone Electric Massage Brush, Rechargeable**
New
$10.99
Free shipping
Seller with a 100% positive feedback

**Facial Cleansing Brush, Silicone Electric Massage Brush,Rechargeable,Waterproof**
New
$8.99
Free shipping

**Rechargeable,Waterproof Facial Cleansing Brush, Silicone Electric Massage Brush**
New
$6.71
Free shipping

**Fa**
El
Re
Ne
$
Fr

---

### Find more sponsored items

Feedback on our suggestions







**Facial Cleansing Brush, Silicone Electric Massage Brush, Rechargeable**
New
$10.99
Free shipping
Seller with a 100% positive feedback

**Facial Cleansing Brush, Silicone Electric Rechargeable Massage Brush**
New
$8.99
Free shipping
Seller with a 100% positive feedback

**Facial Cleansing Brush, Silicone Electric Massage Brush,Rechargeable,Waterproof**
New
$8.99
Free shipping

**Rechargeable,Waterproof Facial Cleansing Brush, Silicone Electric Massage Brush**
New
$6.71
Free shipping

**Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubber Massage**
New
$28.96 28% off
Free shipping
Top Rated Plus






Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable
New
**$6.99**
+ $3.99 shipping
Top Rated Plus

Facial Cleansing Brush, Electric Face Brush Scrubber Rechargeable Exfoliator IPX
New
**$44.90**
Free shipping
20% off 3+ with coupon

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable
New
**$6.99**
+ $3.99 shipping
Top Rated Plus







Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubber Massage
New
**$9.99**
Free shipping

Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubber Massage
New
**$9.99**
Free shipping

5pcs/set Deep Cleansing Brush Silicone Face Exfoliating Octopus Facial Massage
New
**$11.99**
Free shipping
29 sold

Facial Cleansing Brush Electric Face Brush Scrubber Rechargeable Exfoliator I...
New (Other)
**$33.15**
$39.00 15% off
Free shipping
Seller with a 99.1% positive feedback







Electric Facial Cleansing Brush USB Rechargable Skin Spa Face Masseging Device
New
**$9.99**
Free shipping

4in1 Rechargeable Electric Facial Cleansing Brush Face Body Exfoliating Massager
New
**$21.37**
$22.49 5% off
Free shipping

OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
**$32.99**
Free shipping
Seller with a 99.3% positive feedback

Electric USB Rechargeable Facial Cleansing Device Exfoliating & Massaging Cleaner
New
**$10.00**
Free shipping
Seller with a 99.2% positive feedback

Portable Electric Facial Cleansing Brush Rechargeable Skin Spa Massaging Device
New
**$10.25**
Free shipping







Facial Cleansing Brush Waterproof Silicone Rechargeable Electric Face Massager
New
**$16.34**
+ $3.71 shipping

Electric Sonic Facial Cleansing Brush Face Cleaning Tool Exfoliating Skin Care
New
**$22.55**
$23.74 5% off
Free shipping
Top Rated Plus

Electric Facial Cleansing Massage Brush 4-in-1 Multi function Face Skin Cleaning
New
**$32.46**
Free shipping

4 in 1 Facial Exfoliating Cleansing Brush Rechargeable Multifunctional Electric
New
**$31.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Waterproof Pore Cleaning Exfoliating
New
**$29.99**
Free shipping
Seller with a 100% positive feedback

Back to home page

Return to top

More to explore : Clinique Electric Facial Brush Facial Cleansing Devices, Olay Electric Facial Brush Facial Cleansing Devices, Facial Cleansing Brushes, Unbranded Electric Facial Brush Facial Cleansing Devices, Vitagoods Electric Facial Brush Facial Cleansing Devices, Silk'n Electric Facial Brush Facial Cleansing Devices, Panasonic Facial Massager Facial Cleansing Devices, Unbranded Facial Massager Facial Cleansing Devices, Mary Kay Electric Facial Brush Facial Cleansing Devices, All Skin Types Facial Massager Facial Cleansing Devices

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA [mastercard] [amex] [discover]

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▢▢▢▢▢
▢▢▢▢▢
Miami, FL 33133-2709
United States
Change

**Review item and shipping**

Seller: dapperica    Message to seller

Silicone Facial Cleansing Brush Massage Electric Rechargeable
Exfoliate Clean
$10.95

Quantity
1

**Delivery**

● Est. delivery: Apr 26 – Apr 28
  USPS First Class
  **Free**

○ Est. delivery: Apr 26 – Apr 27
  USPS Priority Mail
  **$7.75**

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy,
safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later than 30 days after the end of the
month in which the donation is made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $10.95 |
| Shipping | Free |
| Tax* | $0.77 |

| | |
|---|---|
| **Order total** | **$11.72** |

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# dapperica

**100%** Positive feedback (757) **1.2K** Items sold **18** Followers

Visit profile Contact Save

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

Available inventory

$0 $1500+

$ Min to $ Max

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

More filters...

silicone facial cleansing brush massage electric rechargeable exfolia e

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **silicone facial clea...** Save this search

Shipping to: 10025

Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean

USA SELLER: Ships from Atlanta within one business day!

Brand New

**$10.95**

Buy It Now

Free shipping

**Save up to 15% when you buy more**

dapperica (757) 100%

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 201

Marketplace: eBay

Seller Name: darknessseagull25

Daily Deals   Brand Outlet   Help & Contact

ebay

Shop by category

Search for anything    All Categories   Search   Advanced

Sell   Watchlist   My eBay

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist




### BNIB Sealed Lacura Silicone Sensitive Skin Facial Cleanser DUPE for Foreo

Condition: **New**

Price: **$19.07**
Approximately US $18.93

**Buy It Now**

**Add to cart**

Best Offer: **Make offer**

♡ Add to Watchlist

Shipping: $11.91 (approx US $11.83) Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Doncaster, United Kingdom

Delivery: ★ Estimated between Fri, Mar 24 and Mon, Mar 27 ⓘ
Please note the delivery estimate is **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
darknessseagull25 (1275 ★)
100% Positive feedback

♡ Save Seller
Contact seller
See other items

---

$ Have one to sell?   Sell now

---

## Similar sponsored items

Feedback on our suggestions


Beautederm Beaute Massage Silicone Electric Facial Cleanser + FREE SHIPPING
New
**$15.00**
+ $2.99 shipping
Seller 100% positive


OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
**$32.99**
Free shipping
Seller 99.4% positive


Set of 4 Lacura Q10 Day & Night Cream Cleansing Exfoliating Scrub, Foaming gel
New
**$29.99**
Free shipping
Seller 100% positive


Ultrasonic Ion Skin Scrubber EMS Face Massager Facial Cleansing Ion Import White
New
**$30.75**
+ $5.92 shipping
18 watchers


LACURA Face Care Foaming Gel Cleanser - Germany 8.45 oz NEW
New
**$22.00**
Free shipping
Seller 100% positive

---

## Sponsored items inspired by your views

Feedback on our suggestions


Stuffed Octopus, Reversible Octopus Doll, Flip Plush Toy, Double Sided Flip Doll
New
**$32.50**


40cm x 20cm Large Reversible Octopus Plushie XXL Cute Double-Sided Flip Soft Toy
New
**$10.64**


Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush
New
**$35.00**

FOREVER LINA T-Sonic mini Facial Cleansing Device
New
**$12.99**


Flipping Octopus Flipping Octopus Octopus Octopus Plush Toy Flipping Doll Octopu
New
**$24.69**

Free shipping
Seller 100% positive

+ shipping
Seller 99.1% positive

Free shipping
Seller 100% positive

+ shipping
Seller 100% positive

$25.99 5% off
Free shipping

+ :
Se

---

**About this item** | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 255043218229

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Main Purpose: | Deep Cleansing, Massaging, Product Absorption |
| Brand: | Lacura | Skin Type: | Combination Skin |
| Type: | Facial Massager Cleanser | Power Source: | USB |
| Model: | Lacura | Body Area: | Face |
| Material: | Silicone | Features: | Rechargeable |

## Item description from the seller

Brand new in original packaging
Colour - pink

**Product Information**

- Brand:
- Lacura
- Design:
- Sensitive
- Product Type:
- Beauty Tools

Take your beauty regime to the next level and restore your youthful glow with this Silicone Sensitive Skin Cleanser. This water-resistant beauty tool includes 14 intensity levels, and the high frequency pulses allow the removal of dirt, oils and make-up residue, whilst low frequency pulses boost blood circulation in wrinkle-prone areas.

Features

- Keep your skin soft, hydrated and moisturised
- Protect your skin
- Uses sonic pulses to boost blood circulation
- 5 Intensity levels for your preference
- USB charging cord included
- Helps to remove dirt, oils and makeup residues
- Water resistant

---



### darknessseagull25

100% Positive Feedback
265 items sold

Visit profile

Contact

## Seller feedback (116)

 _***_ (619) •  Past month

great for quick response thanks

Personalized Dog Harness NO PULL Reflective Breathable Puppy Vest Padded Handle (#255194162498)

Great Thanks

Electric Window Cleaner Vac Rechargeable Vacuum Cleaner (#255797589266)

i***2 (986) · Past 6 months

Excellent service

Lacura Hot Cloth Cleanser Set 4 x 75ml with Muslin Cloth- Brand New (#254859658748)

See all feedback

---

### Influenced by recent sponsored views

     

| Foreo LUNA™ 3 Combination Skin Facial Cleansing & Firming Massage Device ONLY | FOREO LUNA 3 Smart Facial Cleansing and Firming Massage Brush / | FOREO LUNA Mini 3 Smart Facial Cleansing Massager / Pink | Foreo Luna Fofo Smart Beauty Facial Cleansing Brush & Skin Analyzer Pearl Pink | FOREO LUNA fofo Smart Facial Cleansing Brush and Skin Analyzer Black NEW |
|---|---|---|---|---|
| New | New | New | New | New |
| $71.99 | $95.00 | $69.95 | $32.00 | $71.10 |
| $79.99 10% off | Free shipping | Free shipping | + $3.95 shipping | $79.00 10% off |
| Free shipping | Top Rated Plus | Top Rated Plus | Seller 100% positive | Free shipping |
| Last one | Seller 99.4% positive | Seller 99.4% positive | | Seller 100% positive |

---

### Explore related sponsored items

    

| 2PCS Waterproof Face Cleanser Silicone Skin Cleanser Facial Exfoliating Brush | Skin Cleansing Brush Silicone Facial Cleanser Face Spa Brush | Silicone Facial Cleanser Skin Cleansing Brush Face Spa Brush | LACURA HEALTHY GLOW ROSE TONER A dupe for Pixi's popular Rose Tonic 250ML NEW | USB Charger power Cable for Foreo luna mini 2/Luna go/LUXE Facial Cleanser |
|---|---|---|---|---|
| New | New | New | New | New |
| $7.45 | $7.90 | $7.55 | $8.29 | $4.13 |
| Free shipping | Free shipping | Free shipping | + $16.57 shipping | + $7.10 shipping |
| | | | Seller 100% positive | |

---

### Related sponsored items

    

| 2PCS Waterproof Face Cleanser Silicone Skin Cleanser Facial Exfoliating Brush | 4pcs Face Cleanser Silicone Exfoliating Face Brush Facial Brush | 4pcs Face Cleanser Silicone Face Cleaning Pads Facial Brush | 4pcs Face Cleanser Face Scrubber Pads Face Cleaner Brush Silicone Facial Brush | 4pcs Face Cleanser Skin Care Brush Facial Cleansing Pad |
|---|---|---|---|---|
| New | New | New | New | New |
| $7.45 | $8.96 | $7.69 | $8.83 | $10.63 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

### People who viewed this item also viewed

    

Beautederm Beaute Massage Silicone Electric Facial Cleanser + FREE SHIPPING
New
**$15.00**
+ $2.99 shipping
Seller 100% positive

OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
**$32.99**
Free shipping
Seller 99.4% positive

Silicone Face Wash Brush Double Sided Skin Care Washing Massager Facial Cleanser
New
**$2.82**
$2.96 5% off
+ $4.72 shipping
24 sold

Silicone Facial Cleanser Pore Cleansing Brush Face Scrubber Brush
New
**$5.74**
Free shipping

IKOHS FACE WAVE - Silicone Facial Cleanser and Massager Brush
New
**$22.24**
+ $33.15 shipping
Seller 100% positive

---

### Find more sponsored items

Feedback on our suggestions

    

Beautederm Beaute Massage Silicone Electric Facial Cleanser + FREE SHIPPING
New
**$15.00**
+ $2.99 shipping
Seller 100% positive

OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
**$32.99**
Free shipping
Seller 99.4% positive

Foreo Luna 3 Plus Thermo-facial Microcurrent Cleansing Sensitive Skin NIB
New
**$173.00**
Free shipping
Seller 100% positive

Face Wash Brush Silicone Facial Cleanser Skin Cleansing Brush Face Brush
New
**$15.68**
Free shipping

4 in 1 Facial Cleansing Brush Face Cleanser Rolling Massager Blackhead Removal
New
**$23.66**
+ $7.09 shipping

    

4 in 1 Facial Cleansing Brush Face Cleanser Rolling Massager Blackhead Removal
New
**$23.66**
+ $7.09 shipping
5 watchers

1pc Automatic Facial Cleanser Face Massage Brush Skin Pore Cleaner Brush
New
**$18.80**
Free shipping

Silicone Facial Cleanser Pore Cleansing Brush Face Scrubber Brush
New
**$5.74**
Free shipping

1 Set Face Toning Machine Skin Toning Instrument Facial Cleanser Multitool Pores
New
**$25.12**
Free shipping

1pc Face Brush Cleanser Automatic Facial Cleanser Skin Pore Cleaner Brush
New
**$18.72**
Free shipping

    

Electric Pore Deep Cleanser Nose Facial Blackhead Remover Vacuum Suction Machine
New
**$26.03**
+ $7.09 shipping

1pc Skin Care Massage Brush Automatic Facial Cleanser Brush Head Replacement
New
**$18.82**
Free shipping

Silicone Face Wash Brush Double Sided Skin Care Washing Massager Facial Cleanser
New
**$2.82**
$2.96 5% off
+ $4.72 shipping

Silicone Facial Scrubber Face Cleansing Brush Skin Cleanser Brush
New
**$7.00**
Free shipping

1 Set Facial Massager Face Deep Cleanser Skin Toning Instrument Skin Care Tool
New
**$20.95**
Free shipping

    



**Silicone Face Wash Brush Double Sided Skin Care Washing Massager Facial Cleanser**
New
**$2.82**
~~$2.96~~ 5% off
+ $4.72 shipping
24 sold



**Portable Ozone Facial Sauna Steamer Face Sprayer Spa Skin Care Pores Cleanser**
New
**$67.46**
+ $17.74 shipping



**Face Wash Brush Silicone Facial Cleanser Skin Cleansing Brush Face Brush**
New
**$5.78**
Free shipping



**Electronic Facial Skin Care Pore Blackhead Cleaner Remover Vacuum Acne Cleanser**
New
**$16.44**
Free shipping



**1 Set Facial Massager Face Deep Cleanser Skin Toning Instrument Skin Care Tool**
New
**$36.58**
Free shipping



**1pc Face Cleaning Machine Facial Cleansing Brush Face Brush Cleanser Brush**
New
**$19.50**
Free shipping



**Blackhead Removal Pore Cleanser Vacuum Extraction Facial Acne Pore Cleanser**
New
**$15.38**
+ $7.09 shipping



**Double Sided Face Washing Brush Skin Care Massager Cleaning Facial Cleanser**
New
**$4.72**
+ $4.72 shipping

---

Back to home page                                                                                      Return to top

More to explore :   FOREO Sensitive Skin Facial Cleansing Devices,   FOREO Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Lacura Skin Cleansers,   Silicone-Free Sensitive Skin Cleansers,   Lacura Skin Cleansers & Toners,   FOREO Normal Skin Facial Cleansing Devices,   FOREO Home Skin Care Electric Facial Brushes,   Sensitive Skin Facial Massager Facial Cleansing Devices,   Vichy Sensitive Skin Cleansers,   Avène Sensitive Skin Cleansers

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

# darknessseagull25

100% Positive feedback (1275) 265 Items sold 1 Follower

Contact Save

Categories Shop About Feedback Search all 2 items

## About

Location: **United Kingdom**
Member since: **Sep 22, 2011**

Do you like our profile experience?

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 





**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card
VISA ● ●

● **PayPal**
Current exchange rate: $1 = £0.81058
Change currency

**PayPal CREDIT**   ⌄

○ G Pay  Google Pay

**Ship to**

▮▮▮▮▮▮
Miami, FL 33133-2709
United States

▮▮▮▮▮
Change

**Review item and shipping**

Seller: darknesssea...   Message to seller

BNIB Sealed Lacura Silicone Sensitive Skin Facial Cleanser DUPE for Foreo
**$19.07**
Quantity 1

**Delivery**
Est. delivery: Mar 24 – Mar 27
Royal Mail International Standard
**$11.91**

**Gift cards, coupons, eBay Bucks**

| Enter code: | Apply |

Subtotal (1 item)         $19.07
Shipping                  $11.91
Tax*                       $2.17

**Order total**          $33.15
**Order total in USD**   **$34.30**

Current conversion rate: $1 = $0.97

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 202

Marketplace: eBay

Seller Name: dawdigiacom0









[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices > See more Luce 180 Anti-aging Ul...

Share | Add to Watchlist

Have one to sell? Sell now

## LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser BNIB black

Be the first to write a review.

Condition: New

Price: **$20.00**

Buy It Now

Add to cart

Best Offer:

Make offer

Add to Watchlist

Additional service available

3-year protection plan from Allstate - $2.99

**Fast and reliable.** Ships from United States.

Shipping: US $4.00 Expedited Shipping. See details
Located in: Clio, Michigan, United States

Delivery: Estimated between **Fri, Apr 21** and **Tue, Apr 25**

Returns: Seller does not accept returns. See details

Payments: PayPal G Pay VISA Mastercard AMEX DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
dawdigiacom0 (94 ★)
100% positive feedback

Save seller
Contact seller
See other items

**Shop a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored
Shop now

## Similar sponsored items

Feedback on our suggestions

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers

Josie Maran Pure Argan Milk Clean Skin Niacinamade Cleanser-4floz* NEW
New
**$9.50**
0 bids
+ shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
~~$13.61~~ 5% off
Free shipping
9 watchers

El...
Sc...
M...
Ne...
$
Fr...

## Sponsored items customers also bought

Feedback on our suggestions

Ultrasonic Electric Blackhead Facial Cleansing Brush Sonic Face Cleanser Massager

Portable Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool

**New**

**New**

**$12.93**

**$12.89**

~~$13.61~~ 5% off

Free shipping

Free shipping

9 watchers

Report this item

## About this item    Shipping, returns & payments

Seller assumes all responsibility for this listing.

eBay item number: 354328209348

Last updated on Oct 20, 2022 13:47:52 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Main Purpose | Acne, Blackheads, Clogged Pores |
| Brand | Sonic | Skin Type | All Skin Types |
| Type | Ultrasonic Scrubber | Power Source | Electric, Battery, USB |
| Color | Black | Custom Bundle | No |
| Model | Facial Cleanser | Material | Silicone |
| Features | Hypoallergenic | Gender | Unisex |
| Number of Speeds | 14 | UPC | 6801409997328 |

## Item description from the seller

LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser BNIB black.



**dawdigiacom0**

100% Positive Feedback
367 items sold

Seller's other items

Contact

♡ Save seller

| Detailed seller ratings | | |
|---|---|---|
| Average for the last 12 months | | |
| Accurate description | ▬▬▬ | 4.8 |
| Reasonable shipping cost | ▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 4.6 |
| Communication | ▬▬▬ | 4.4 |

### Seller feedback (103)

➕ l***c (838) • Past month

Like the item

JUICE BEAUTY SPF 30 Oil-Free Moisturizer 2 fl oz New In Box & Sealed - Exp 05/24 (#353621379631)

➕ 9***k (38) • Past 6 months

Awesome product! Very fast shipping

New Goldfaden MD Fleuressence Native Botanical Cell Oil 1.0 oz / 30 mL RV $129 (#354604261713)

➕ 3***e (95) • Past 6 months

Everything was perfect, great price, super fast shipping 👍. Thank you 😊🙏🏼💐

Rodial Dragon's Blood Essence Mist Full Size 3.38 Fl Oz NWB (#353735658415)

See all feedback

Influenced by recent sponsored views




Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ shipping
Seller with a 100% positive feedback

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing
New
**$19.99**
Free shipping

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

---

☆☆☆☆☆
No ratings or reviews yet

Be the first to [write a review](#).

---

### Related sponsored items







LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser NEW RV $110
New
**$29.99**
Free shipping
Seller with a 100% positive feedback

Skin Care Machine Facial Photon Rejuvenation Face Care Anti-aging Device -* Pink
New
**$14.99**
+ $7.99 shipping
6 watchers

Facial Cleanser Sonic Vibrating Face Cleansing Device Home Use 7 Colors Photon
New
**$38.00**
Free shipping
Seller with a 100% positive feedback

Rechargeable Ultrasonic Facial Skin Scrubber Face Spatula Blackhead Remover
New
**$16.99**
Free shipping
Top Rated Plus
89 sold

Face Wash Clear Skin Liquid Soap Natural Anti Aging Exfoliating Facial Cleanser
New
**$21.45**
~~$23.06~~ 7% off
Free shipping
**Last one**

---

### Explore related sponsored items







Rechargeable Ultrasonic Facial Skin Scrubber Face Spatula Blackhead Remover
New
**$16.99**
Free shipping
Top Rated Plus
89 sold

Skin Care Machine Facial Photon Rejuvenation Face Care Anti-aging Device -* Pink
New
**$14.99**
+ $7.99 shipping
6 watchers

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
~~$9.98~~ 10% off
Free shipping
Top Rated Plus

Priori The Anti Aging Authority Facial Cleanser Superceuticals / 6.0 oz
New
**$16.87**
~~$17.95~~ 6% off
Free shipping
Top Rated Plus

Superceuticals Priori The Anti Aging Authority Facial Cleanser ~ 6.0 oz / 180 ml
New
**$20.95**
Free shipping
Top Rated Plus
Seller with a 99.4% positive feedback

---

### People who viewed this item also viewed







LUCE Anti-Aging Ultra Sonic
Technology Device & Facial
Cleanser SEALED NIB

New

**$15.49**

Free shipping
Seller with a 99.7% positive feedback

LUCE 180 Anti-Aging Ultra Sonic
Technology Device - BURGUNDY -
Open Box New

New (Other)

**$17.99**

+ $5.99 shipping
Seller with a 100% positive feedback

LUCE 180 Anti-Aging Ultra Sonic
Technology Device & Facial
Cleanser All skin NEW

New

**$34.99**

+ $5.99 shipping
Top Rated Plus
Seller with a 100% positive feedback

LUCE 180 Anti-Aging Ultra Sonic
Technology Device & Facial
Cleanser MSRP $110

New

**$31.99**

Free shipping
Top Rated Plus
Seller with a 100% positive feedback

Pop Sonic Leaf Sonic Facial
Cleansing Electric Device Light
Pink New In Box

New

**$25.00**

+ shipping



## Find more sponsored items

Feedback on our suggestions



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New

**$12.93**

$13.61 5% off
Free shipping
9 watchers

SNEGDO Silicone Facial Cleanser

New

**$17.99**

$19.99 10% off
Free shipping
Top Rated Plus



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New

**$12.89**

Free shipping

POP SONIC LEAFLET Sonic Facial
Cleansing Device PINK - Line &
Wrinkle Reducer

New (Other)

**$21.96**

$24.95 12% off
Free shipping
Top Rated Plus



Silicone Electric Face Cleansing
Brush Ultra Sonic Facial Skin Cleaner
Massager

New

**$9.00**

+ shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing
Brush Sonic Facial Skin Cleaner
Heated Massager

New

**$19.98**

Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing
Brush Vibration Face Cleaner Skin
Care Tool

New

**$12.89**

Free shipping



Sonic Facial Cleansing Brush
YUNCHI Food Grade Silicone
Waterproof BLUE WC02_B

New

**$13.95**

Free shipping
Seller with a 99.9% positive feedback

Darphin L Institut Facial Sonic
Cleansing Expert Attachment ~ BNIB

New

**$24.95**

Free shipping
Seller with a 99.4% positive feedback



JESSICA SIMPSON Sonic Facial
Brush Cleanser & Massager

New

**$18.99**

$19.99 5% off
Free shipping
Seller with a 100% positive feedback



JESSICA SIMPSON Sonic Facial
Brush Cleanser & Massager

New

**$15.99**

+ $4.50 shipping
Seller with a 99.8% positive feedback

Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New

**$13.19**

$28.18 53% off
Free shipping



Luce Facial Cleansing and Anti-
aging Device in Pink Luce Facial
Cleanser Device

New

**$50.00**

+ $8.00 shipping



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New

**$13.19**

Free shipping



Portable 3MHz Facial Cleanser
Device Clean Sonic Vibrating LED
Light Treatment

New

**$38.00**

Free shipping
5 watchers



Electric Silicone Facial Cleansing
Brush Face Skin Care Deep Cleaner
Massager

New

**$6.99**

Free shipping
Seller with a 99.4% positive feedback

Nano Sonic Facial Brush Facial
Cleanser

New (Other)

**$29.70**

+ shipping
Seller with a 100% positive feedback

TouchBeauty Ultra-Soft Sonic Facial
Cleanser Brush

New

**$35.50**

$80.56 56% off
+ $33.58 shipping



4 in 1 Sonic Electric Facial Cleansing
Brush Face Exfoliator Scrubber
Cleanser

New

**$29.99**

Free shipping
Seller with a 100% positive feedback



L+W BIO Neola Sonic Anti-Aging
Facial Massager LW-0122 BNIB
Featured On POPSUGAR

New

**$37.00**

+ shipping
Last one











Electric Facial Washing Brush Ultrasonic Vibration Deep Cleanser Sonic Heating

New

**$32.98**

Free shipping
Seller with a 100% positive feedback

BNIB Kitsch Anti Aging Ice Roller Facial Lymphatic Massage Brighter Firm Skin

New

**$7.99**

+ shipping
Seller with a 99.9% positive feedback

TouchBeauty Smart Sonic Facial Cleanser

New

**$26.77**

$80.56 67% off
+ $33.58 shipping
Seller with a 99.3% positive feedback

Facial Cleansing Brush Silicone Electric Face Scrubber and Cleanser

New

**$25.99**

Free shipping
Last one

Pop Sonic The Leaflet Sonic Facial Cleansing Device "Gray" NIB

New

**$119.99**

Free shipping
Extra 7% off

---

Back to home page | See More Details about "Luce 180 Anti-aging Ultra Sonic Technology Device & Fa..."                                    Return to top

More to explore :   Sonic Facial Cleansing Devices,   Nuskin Anti-Aging Cleansers,   Murad Anti-Aging Cleansers,   Cleanser Anti-Aging Products,   SkinCeuticals Anti-Aging Cleansers,   Foam Anti-Aging Cleansers,
Elpince Anti-Aging Cleansers,   RoC Anti-Aging Cleansers,   Unbranded Anti-Aging Cleansers,   Anti-Aging Unisex Cleansers

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

## dawdigiacom0

**100%** Positive feedback (94) **367** Items sold **12** Followers

Visit profile Contact Save

luce 180 anti-aging ultra sonic technology device & facial cleanser br la

All Listings Accepts Offers Auction Buy It Now Condition Shipping Local Best Match

1 result for **luce 180 anti-agin...** Save this search

Update your shipping location

LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser BNIB black

Brand New

**$20.00**

or Best Offer

+$4.00 shipping

dawdigiacom0 (94) 100%

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Brand**

**Skin Type**

**Features**

**Condition**

- New (1)

See all

**Buying Format**

- All Listings (1)
- Accepts Offers (1)
- Auction
- Buy It Now (1)

**Item Location**

- Default
- Within

Radius 25 mi of

Zip code

- US Only
- North America
- Worldwide

**Shipping Options**

- Free Shipping

**Local Pickup**

- Free Local Pickup

Within

Radius 25 mi of

Zip code

**Show only**

- Free Returns
- Returns Accepted

☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card
VISA ⬤⬤ AMEX DISCOVER

● **PayPal**

○ **PayPal** CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

▮▮▮▮▮▮▮
Miami, FL 33133-2709
United States
▮▮▮▮▮
Change

**Review item and shipping**

Seller: dawdigiacom0    Message to seller



LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser BNIB black
**$20.00**
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS Priority Mail
$4.00

**Gift cards, coupons, eBay Bucks**

| Enter code: | Apply |

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    | None ⌄ |

---

Subtotal (1 item)        $20.00
Shipping               $4.00
Tax*                   $1.68

**Order total**          **$25.68**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 204

Marketplace: eBay

Seller Name: dealwithzeal

ebay

Shop by category

Search for anything | All Categories | Search

Advanced

Sell  Watchlist  My eBay  🔔  🛒

Daily Deals  Brand Outlet  Help & Contact

◀ Back to previous page | Listed in category:  Health & Beauty  >  Skin Care  >  Facial Cleansing Devices

Share | Add to Watchlist

**Pay over time with PayPal Credit**
Get 12.99% APR with 12 or 24 Easy Payments on eBay.
Ends 4/20, 11:59pm PT. Min. purchase required.

See terms

🔆 SAVE UP TO **20%** WHEN YOU BUY MORE





Hover to zoom

$ Have one to sell? | Sell now

### Plum Beauty Compact Sonic Facial Cleansing & Refreshes Brush -

| Condition: | New |
| --- | --- |

Bulk savings:

| Buy 1 $3.99/ea | Buy 2 $3.59/ea | Buy 3 $3.39/ea |
| --- | --- | --- |

4 or more for $3.19/ea

Quantity: [ 1 ]   6 available / 5 sold

Price: **$3.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: US $3.99 Standard Shipping. See details
Located in Floral Park, New York, United States

Delivery: Estimated between **Thu, Apr 20** and **Fri, Apr 21** ⓘ

Returns: 30 day returns. Buyer pays for return shipping.
See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
dealwithzeal (7855 ⭐)
99.6% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Shop a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items

Feedback on our suggestions



Plum Beauty Thermal Sonic Facial Brush Cleansing System Rechargeable Heated
New
**$10.00**
Free shipping
Seller with a 99.3% positive feedback



Plum Beauty Purple Compact Sonic Facial Cleansing Brush Rechargeable 3 Speeds
New
**$10.00**
Free shipping
Seller with a 99.3% positive feedback



Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Plum Beauty Mini Sonic Facial Brush - 1ct
New
**$8.44**
$12.99 35% off
+ $7.99 shipping



Plum Beauty Compact Sonic Facial Cleansing Brush Rechargeable, Purple
New (Other)
**$13.99**
Free shipping
Top Rated Plus
Seller with a 99.3% positive feedback

Sponsored items inspired by your views

Feedback on our suggestions





**LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser BNIB black**
New
**$20.00**
+ $4.00 shipping
Seller with a 100% positive feedback

**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
**$9.00**
+ shipping
Seller with a 100% positive feedback

---

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Mar 27, 2023 20:07:54 PDT  View all revisions

eBay item number:  125343427039

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | Sonic |
| Main Purpose | Facial Cleansing | Skin Type | All Skin Types |
| Type | Electric Facial Brush | Power Source | USB |
| Color | Purple | Features | Compact, Rechargeable, Travel-Friendly |
| Material | Silicone | Country/Region of Manufacture | United States |
| Number of Speeds | 3 | | |

## Item description from the seller

# Plum Beauty Compact Sonic Facial Cleansing Brush -

Don't let travel and a busy schedule take a toll on your beauty routine. The Plum Beauty Compact Sonic Facial Cleansing Brush is perfect for your on-the-go beauty needs. Gently cleanse and revive your complexion with sonic pulsations no matter where you are!

Soft silicone bristles are suitable for all skin types
Exfoliates dry skin cells to reveal soft refreshed skin
Sonic vibrations lift dirt, remove oil and other impurities
Includes carrying case, perfect for travel
Cordless operation – rechargeable with USB cable

---



**shopalltheway786**
99.5% Positive Feedback
37K Items sold

Seller's other items
Contact
♡ Save seller

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (8,684)

● l***j (335) • Past month
Thanks
Acurite Indoor or Outdoor 8.5" Wall Clock with Thermometer , FREE SHIPPING - (#115612132406)

● w***w (527) • Past month
Very fast shipping

Popular categories from this store

Health & Beauty    Other

+ i***s (1859) • Past month

Seller is awesome

3 Pack Mix – Al-Riyan, 10 in 1 Flouride-Free Organic Herbal Toothpaste, 7.5 oz - (#115302376851)

See all feedback

---

## Influenced by recent sponsored views

    

Silicone Facial Cleansing Brush Waterproof Device Clean Massager Rechargeable

New (Other)

**$35.00**

+ $6.00 shipping
Last one

FOREVER LINA T-Sonic mini Facial Cleansing Device

New

**$12.99**

+ shipping
Seller with a 100% positive feedback

Silicone Facial Cleansing Sonic Brush Portable Waterproof Rechargeable

New

**$15.99**

+ shipping
Seller with a 100% positive feedback

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

~~$13.61~~ 5% off

Free shipping
9 watchers

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$9.00**

+ shipping
Seller with a 100% positive feedback

---

## Sponsored Items from Top Rated Sellers

Feedback on our suggestions

    

Plum Beauty Thermal Sonic Facial Cleansing & Massages Brush -

New

**$7.99**

+ $5.95 shipping
Seller with a 99.5% positive feedback

New Lipsense Lipstick Liquid Lip Color Authentic Full Size - Pink Champagne

New (Other)

**$9.99**

Free shipping
899 sold

LIPSENSE SeneGence NEW Full Size Authentic Lip Colors - Lexie Bear-y 0.25 oz

New (Other)

**$9.99**

Free shipping
244 sold

Trim 2-in-1 Dual Magnification Compact Purse Mirror -

New

**$1.99**

+ $3.99 shipping
46 sold

NuFACE Trinity Microcurrent Facial Toning Device New Open Box

New (Other)

**$90.00**

+ $12.00 shipping
426 sold

---

## Sponsored items from this seller

    

Plum Beauty Thermal Sonic Facial Cleansing & Massages Brush -

New

**$7.99**

+ $5.95 shipping
Seller with a 99.5% positive feedback

Trim 2-in-1 Dual Magnification Compact Purse Mirror -

New

**$1.99**

+ $3.99 shipping
46 sold

St.Tropez Self Tan Purity Vitamins Mist, Bronzing Water Serum, FREE SHIPPING -

New

**$7.99**

Free shipping
61 sold

Revlon Gold Series Manicure & Pedicure Nail Tools Collection -

New

**$1.99**

+ $3.99 shipping
74 sold

CVS Inhaler Case Universal Size, Attach to Belt Loop or Bag -

New

**$2.99**

+ $3.99 shipping
43 sold

People who viewed this item also viewed



**Plum Beauty Compact Sonic Facial Cleansing & Refreshes Brush -**

New

$7.99

Free shipping
Seller with a 99.7% positive feedback



**Plum Beauty Compact Sonic Facial Cleansing & Refreshes Brush -**

New

$9.99

+ $4.00 shipping
Top Rated Plus
Seller with a 99.8% positive feedback



**Plum Beauty Compact Sonic Facial Brush Cleanses Refresh Rechargeable Purple**

New

$9.56

$10.99 13% off
Free shipping
Top Rated Plus



**Plum Beauty Compact Sonic Facial Cleansing Brush Rechargeable w/ USB Brand New**

New

$10.00

Free shipping
Seller with a 100% positive feedback



**PLUM BEAUTY COMPACT SONIC FACIAL CLEANSING BRUSH NIP**

New

$10.19

$11.99 15% off
Free shipping
Top Rated Plus

---

Find more sponsored items

<span style="float:right">Feedback on our suggestions</span>



**Pure Original Sonic Facial and Body Cleansing, Exfoliating & Massaging Brush**

New

$12.99

Free shipping
Top Rated Plus
36 sold



**PLUM BEAUTY COMPACT SONIC FACIAL CLEANSING BRUSH NIP**

New

$10.19

$11.99 15% off
Free shipping
Top Rated Plus



**Plum Beauty Thermal Sonic Facial Brush Cleansing System Rechargeable Heated**

New

$10.00

Free shipping
Seller with a 99.3% positive feedback



**Plum Beauty Facial Cleansing System 2 Brush Heads Cleanses & Exfoliates NEW**

New

$9.95

Free shipping
Seller with a 99.9% positive feedback



**Plum Beauty Purple Compact Sonic Facial Cleansing Brush Rechargeable 3 Speeds**

New

$10.00

Free shipping
Seller with a 99.3% positive feedback



**Luxsio Sonic Beauty Facial Cleansing Brush 3-in-1 Skincare Solution NEW Pink**

New

$16.99

Free shipping
Seller with a 99.3% positive feedback



**Plum Beauty Compact Sonic Facial Cleansing Brush Rechargeable, Purple**

New (Other)

$13.99

Free shipping
Top Rated Plus
Seller with a 99.3% positive feedback



**Plum Beauty Facial Cleansing System 2 Brush Heads Cleanses & Exfoliates NEW**

New

$10.00

+ shipping
Seller with a 99% positive feedback



**Plum Beauty Compact Sonic Facial Brush Cleanses Refresh Rechargeable Purple**

New

$9.99

Free shipping
Top Rated Plus
Seller with a 99.6% positive feedback



**Plum Beauty Compact Sonic Facial Brush Cleanses Refresh Rechargeable Purple**

New

$9.56

$10.99 13% off
Free shipping
Top Rated Plus




**Plum Beauty Thermal Sonic Facial Brush Cleansing System Rechargeable Heated**

New

$13.99

Free shipping
Seller with a 99.8% positive feedback



**Plum Beauty Purple Compact Sonic Facial Cleansing Brush Rechargeable 3 Speeds**

New

$11.69

Free shipping
Top Rated Plus
Seller with a 99.9% positive feedback




**Plum Beauty Thermal Sonic Facial Cleansing & Massages Brush Rechargeable**

New

$13.92

$16.00 13% off
Free shipping
Top Rated Plus



**PLUM BEAUTY Rechargeable Silicone Thermal Sonic Facial Spa Cleansing Brush**

New

$13.48

$15.50 13% off
Free shipping
Top Rated Plus




**Plum Beauty Thermal Sonic Facial Cleansing & Massages Brush -**

New

$7.99

+ $5.95 shipping
Seller with a 99.5% positive feedback



**Plum Beauty Rechargeable Thermal Sonic Facial Brush 3 Modes & Reusable Mask**
New
**$14.99**
Free shipping
🟦 Top Rated Plus
Seller with a 99.8% positive feedback



**Compact Sonic Facial Cleansing Brush**
New
**$11.99**
Free shipping



**Silicone Electric Facial Cleansing Brush Face Massage Vibration Blackhead Remove**
New
**$9.99**
Free shipping



**Spa Sciences NOVA, Rechargeable Sonic Facial Cleansing Brush**
New
**$39.58**
Free shipping
Seller with a 100% positive feedback



**Silicone Sonic Facial Cleansing Brush Beauty Lamp Wireless Charging Waterproof**
New
**$22.99**
Free shipping

**Plum Beauty Mini Sonic Facial Brush - 1ct**
New
**$8.44**
~~$12.99~~ 35% off
+ $7.99 shipping



**SILICONE ELECTRIC FACE BRUSH Facial Skin Cleaner Super Soft Sonic Cepillo Facial**
New
**$10.68**
Free shipping

**SILICONE FACIAL CLEANSING BRUSH**
New
**$69.99**
+ shipping
Seller with a 100% positive feedback

**Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager**
New
**$12.19**
Free shipping
21 sold

**Sonic Face Wash Brush,Improving the Efficacy of Creams,Anti-aging,Facial- BLUE**
New
**$13.00**
+ $3.89 shipping
Seller with a 99.1% positive feedback

Back to previous page                                                                                                                                 Return to top
More to explore :   Facial Cleansing Brushes,   Sonic Facial Cleansing Devices,   Clinique Electric Facial Brush Facial Cleansing Devices,   Unbranded Skin Facial Cleansing Brushes,   Olay Electric Facial Brush Facial Cleansing Devices,   Unbranded Electric Facial Brush Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   All Types Skin Facial Cleansing Brushes,   All Skin Types Electric Facial Brush Facial Cleansing Devices

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

The Guide to Mens Health
AD   GoodRx                    LEARN MORE



Daily Deals    Brand Outlet    Help & Contact                                                                          Sell    Watchlist    My eBay

Shop by category    Search for anything    All Categories    **Search**    Advanced



**shopalltheway786**

99.5% Positive feedback    37K items sold    520 Followers                    Share    Contact    Save Seller

Categories    Shop    About    Feedback                Search all 274 items

## About us

"IT'S NOT BUSINESS IT IS PASSION"

Location: **United States**
Member since: **Jul 31, 2014**
Seller: **dealwithzeal**

## Top Rated Seller

shopalltheway786 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service. Learn more

Do you like our store experience?  

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

**Review item and shipping**

Seller: dealwithzeal Message to seller

Plum Beauty Compact Sonic Facial Cleansing & Refreshes Brush -

**$3.99**

Quantity
1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
**$3.99**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $3.99 |
| Shipping | $3.99 |
| Tax* | $0.56 |
| **Order total** | **$8.54** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 210

Marketplace: eBay

Seller Name: ecffl



Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

$ Have one to sell? **Sell now**

### Silicone facial cleansing beauty face brush deep pore cleanser (Blue)

Condition: New

Quantity: 1    More than 10 available

Price: **$14.92**    **Buy It Now**

**Add to cart**

Best Offer:    **Make offer**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

Shipping: **Free** Standard Shipping. See details
Located in: Hollywood, Florida, United States

Delivery: Estimated between Fri, Apr 21 and Mon, Apr 24 ⓘ

Returns: Seller does not accept returns. See details

Payments: [PayPal] [G Pay] [VISA] [MasterCard] [AMEX] [Discover]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
ecffl (336 ⭐)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Discover related items**
115K items sold

lovelydeals2012    Shop now
In eBay Stores
Sponsored

---

Similar sponsored items    Feedback on our suggestions


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers


Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus
10% off 3+ with coupon


Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback


Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold


Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

---

Sponsored items inspired by your views    Feedback on our suggestions



| HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager | Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US | Forever Line Mini T Sonic Facial Cleansing Device | Su El Cl Na |
|---|---|---|---|---|---|
| New | New (Other) | New | New | Pre-owned | |
| $19.98 | $11.16 | $19.96 | $11.97 | $39.99 | $ |
| Free shipping | $13.95 20% off | $24.95 20% off | Free shipping | + $6.25 shipping | + |
| Top Rated Plus | Free shipping | Free shipping | Top Rated Plus | Seller with a 100% positive feedback | Se |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | | 10% off 3+ with coupon | | |

---

**About this item** | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Nov 22, 2021 08:18:16 PST View all revisions

eBay item number: 154369126274

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Color | Blue |
| Material | Silicone | Brand | Unbranded |
| Type | Electric Facial Brush | | |

## Item description from the seller

Silicone facial cleansing beauty face brush deep pore cleanser (Blue). Condition is "New with box". Shipped with USPS First Class.

- Distinctive Facial Brush: Ultra Hygienic Soft Silicone rubber exterior provides the softest and most gentle face cleansing and massage for all skin types.

- Glowing Skin: Gain vibrant confidence in your face with a deeper, cleaner, younger, more beautiful complexion. Gently remove stubborn makeup, deep clean pores, reduce blackheads with maximum power & minimal effort so that you can brim with confidence with fresh, glowing skin.

- Portable & Induction Charging- Shaped as an oval, handy design makes it easier to hold and convenient to carry. Facial cleansing with a single hand held device, never need to change the brush head. Adjust levels from low to high. With professional induction charging equipment. Full charge takes 3 hours.

- Facial Massage & Safety: Made of food grade silicone, safe and soft, anti-allergy, IPX7 water-resistant, safe to take it in shower or bath. Three Cleansing Zones: Fine silicone bristles on the front care for sensitive to normal skin, while thicker bristles along the top deliver precision cleansing in the T-zone. On the back, broad silicone bristles specialize in cleansing oily skin. Deep cleans and restores skin's firmness.

- Great Gift: Fashionable & portable design for ease of use and carrying everywhere (great for traveling). Makes a perfect gift for your mom, wife, best friend or someone special. Send them beauty, make them more confident.



### ecffl

100% Positive Feedback
318 items sold

Seller's other items

Contact

♡ Save seller

**Seller feedback** (95)

➕ d***p (984) •  More than a year ago

As advertised......AA++

Thorne Research - Ascorbic Acid 1000 mg - Vitamin C Supplement - 250 Capsules (#154450515437)

➕ e***0 (65) •  More than a year ago

Great communication, good product, as described. Would buy again.

Douglas Laboratories - Multi-Probiotic 40 Billion (60 capsules) (#154344414227)

➕ r***5 (681) •  More than a year ago

Prompt shipment of accurately described item. Thanks!

Douglas Laboratories - Multi-Probiotic 40 Billion (60 capsules) (#154344414227)

See all feedback

---

### Influenced by recent sponsored views



HLAIE Silicone Electric Face
Cleansing BRUSH Sonic Facial Skin
Cleaner Massager

New

**$19.98**

Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Facial Cleansing Brush, Sonic
Silicone Scrubber, Face Vibrating
Massager NEW

New (Other)

**$11.16**

$13.95 20% off
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing
Brush Ultra Sonic Facial Skin
Cleaner Massager

New

**$19.96**

$24.95 20% off
Free shipping



Silicone Electric Face Cleansing
Brush Sonic Facial Skin Cleaner
Heated Massager

New

**$19.98**

Free shipping
Seller with a 100% positive feedback



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New

**$12.93**

$13.61 5% off
Free shipping
9 watchers

---

### Explore related sponsored items



Electric Silicone Facial Cleansing
Brush Face Exfoliator Cleanser
Rechargeable

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



Super Face Washing Machine
Electric Soft Silicone Facial Brush
Cleanser Massage

New

**$8.98**

$9.98 10% off
Free shipping
Top Rated Plus



Silicone Electric Facial Cleansing
Brush Face Exfoliator Rechargeable
5 Modes

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



Super Face Washing Machine
Electric Soft Silicone Facial Brush
Cleanser Massage

New

**$17.59**

Free shipping
5 watchers



2 Pack Face Washing Machine
Electric Soft Silicone Facial Brush
Cleanser Massage

New

**$9.99**

Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback

---

### Related sponsored items



Silicone Electric Facial Cleansing
Brush Face Exfoliator Rechargeable
5 Modes

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing
Brush Face Exfoliator Cleanser
Rechargeable

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



Silicone Facial Cleansing Brush
Face Exfoliator Cleanser
Rechargeable Electric

New

**$19.99**

Free shipping
Seller with a 100% positive feedback



FBFL Silicone Facial Cleansing
Brush PINK Five Level Waterproof
Soft On Face

New

**$12.99**

Free shipping
Top Rated Plus
Seller with a 99.9% positive feedback



Ultrasonic Electric Silicone Facial
Cleansing Brush Sonic Face
Massager, Pink

New

**$19.99**

Free shipping
Seller with a 100% positive feedback

---

### People who viewed this item also viewed

     







Mini Electric Facial Cleansing Brush Silicone Face Cleaner Deep Pore

New

**$12.29**

Free shipping
Seller with a 100% positive feedback

Silicone facial cleansing beauty face brush deep pore cleanser (Rose red)

New

**$14.92**

Free shipping
Seller with a 100% positive feedback

Silicone facial cleansing beauty face brush deep pore cleanser (Pink)

New

**$14.92**

Free shipping
Seller with a 100% positive feedback

5pcs/set Silicone Octopus Facial Cleansing Brush Acne Pore Cleaner Beauty Tools

New

**$9.99**

Free shipping
42 sold

Waterproof Electric Silicone Facial Cleansing Brush Face Deep Pore Cleaner...

New

**$10.00**

+ $5.00 shipping

## Find more sponsored items

Feedback on our suggestions











Mini Electric Facial Cleansing Brush Silicone Face Cleaner Deep Pore

New

**$12.29**

Free shipping
Seller with a 100% positive feedback

Mini Electric Facial Cleansing Brush Silicone Face Cleaner Deep Pore

New

**$12.29**

Free shipping
Seller with a 100% positive feedback

Facial Cleansing Brush Silicone Electric Face Scrubber and Cleanser

New

**$25.99**

Free shipping
Last one

5pcs/set Silicone Octopus Facial Cleansing Brush Acne Pore Cleaner Beauty Tools

New

**$9.99**

Free shipping
42 sold

Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use

New

**$13.10**

Free shipping











Silicone Electric Facial Cleansing Brushes Vibration Face Massage Deep Cleanser

New

**$12.53**

Free shipping

Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use

New

**$13.10**

Free shipping

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

**$12.19**

Free shipping
21 sold

Face Cleansing Silicone Brush Electric Facial Cleanser Deep Pore Skin Massager

New

**$37.66**

Free shipping
Seller with a 100% positive feedback

Silicone Electric Facials Cleansing Brush Vibration Face Massage Deep Cleanser

New

**$11.03**

Free shipping











Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

**$8.54**

$9.09 6% off
Free shipping
28% off 8+ with coupon

Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore Clean.

New

**$11.82**

Free shipping

Silicone Electric Facial Cleansing Brush Face Massager Deep Clean Pores vibrate

New

**$17.49**

Free shipping
Seller with a 100% positive feedback

5in1 Face Cleansing Brush Silicone Facial Brush Deep Cleaning Pore Cleaner Brush

New

**$25.10**

Free shipping
Seller with a 99.8% positive feedback

Facial Cleansing Brush Ultrasonic Silicone Face Cleaner Deep Pore Cleaning Skin

New

**$21.38**

Free shipping
Last one











Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone

5in1 Face Cleansing Brush Silicone Facial Brush Deep Cleaning Pore

Face Cleansing Silicone Brush Electric Facial Cleanser Deep Pore

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner

Deep Pore Clean:

New

**$11.53**

Free shipping

Cleaner Brush

**$25.10**

Free shipping
Seller with a 99.8% positive feedback

Skin Massager

New

**$37.66**

Free shipping
Seller with a 100% positive feedback

Massager

New

**$6.99**

Free shipping
Seller with a 99.4% positive feedback

Massager

New

**$7.29**

Free shipping



Silicone Electric Facial Cleansing Brush Face Massage Vibration Blackhead Remove

New

**$9.99**

Free shipping



Facial Cleansing Brush Ultrasonic Silicone Face Cleaner Deep Pore Cleaning Skin

New

**$21.38**

Free shipping
Seller with a 99.8% positive feedback



Silicone Face Cleansing Brush Facial Skin Deep Pore Washing Massager Pink

New

**$8.99**

Free shipping
Seller with a 100% positive feedback

Mini Electric Facial Cleansing Brush Silicone Face Cleaner Deep Pore

New

**$12.29**

Free shipping



Cleansing Facial Brush Soft Bristle Face Cleaning Beauty Brush for Deep Pore ...

New

**$13.48**

Free shipping
Seller with a 99.7% positive feedback

---

Back to home page                                                                                                                    Return to top

More to explore :   Facial Cleansing Brushes ,   Bioré Deep Pore Charcoal Cleanser Skin Cleansers ,   Bioré Deep Pore Charcoal Cleanser Oily Skin Cleansers ,   Bioré Bioré Deep Pore Charcoal Cleanser Skin Cleansers ,
Bioré Deep Pore Charcoal Cleanser Skin Cleansers & Toners ,   Clinique Electric Facial Brush Facial Cleansing Devices ,   Unbranded Skin Facial Cleansing Brushes ,
Avon Electric Facial Brush Facial Cleansing Devices ,   Bioré Bioré Deep Pore Charcoal Cleanser Charcoal Skin Cleansers & Toners ,   Mary Kay Electric Facial Brush Facial Cleansing Devices

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





## ecffl

100% Positive feedback (336)    318 items sold    3 Followers

Contact    Save

☰ Categories    **Shop**    About    Feedback

🔍 Search all 3 items

## All items



Silicone facial cleansing beauty face brush deep pore cleanser (Blue)
**$14.92**

Silicone facial cleansing beauty face brush deep pore cleanser (Rose red)
**$14.92**

Silicone facial cleansing beauty face brush deep pore cleanser (Pink)
**$14.92**

See All

Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

● **PayPal**

○ **PayPal CREDIT** Special financing available. Apply now. See terms

○ G Pay Google Pay

**Ship to**

Miami, FL 33133
United States
Change

**Review item and shipping**

Seller: ecfll    Message to seller

Silicone facial cleansing beauty face brush deep pore cleanser (Blue)
**$14.92**

Quantity
1

**Delivery**

● **Free 2-3 day shipping**
Get it by Apr 20 – Apr 21
USPS First Class

○ Est. delivery: Apr 20 – Apr 21
USPS Priority Mail
**$9.55**

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| Subtotal (1 item) | $14.92 |
| Shipping | Free |
| Tax* | $1.04 |

| **Order total** | **$15.96** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 213

Marketplace: eBay

Seller Name: finelivingcollections

eBay

Shop by category

Search for anything | All Categories | Search | Advanced

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

**SAVE UP TO 10% WHEN YOU BUY MORE**



$ Have one to sell? Sell now

**NEW Sonic Facial Cleansing Brush Massager 3-n-1 Rechargeable Silicone ~ H22**

Condition: New

Bulk savings:
| Buy 1 $17.50/ea | Buy 2 $15.75/ea |

Quantity: 1   2 available / 1 sold

Price: **$17.50/ea**

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to Watchlist ]

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Ships from United States

Shipping: US $10.40 Expedited Shipping. See details
Located in: Lawrenceville, Georgia, United States

Delivery: Estimated between Sat, Mar 11 and Mon, Mar 13 to 33133 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
fineLivingcollections (638 ★)
100% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

  

**Discover related items**
113K items sold


lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

**Similar sponsored items**

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$23.67**
Free shipping
Seller 100% positive



New Therabody TheraFace PRO Facial Massager - Black
New
**$8.50**
10 bids
+ $10.00 shipping
Top Rated Plus
Seller 100% positive



Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$28.99**
Free shipping
Seller 100% positive

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold

---

**Sponsored items inspired by your views**

Feedback on our suggestions

    



| SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO FACIA FACE BRUSH | SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE LINES DEEP CLEAN ACNE | Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager | Sonic Face. Scrubber,silicone Facial Cleaning Brush USB Rechargeable,for Face Exf | Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager | |
|---|---|---|---|---|---|
| New | New | New | New | New | Ne |
| $12.99 | $16.31 | $6.00 | $15.00 | $6.00 | $ |
| + $5.85 shipping | $21.75 25% off | + $5.85 shipping | Free shipping | + $5.85 shipping | Fr |
| Seller 99.7% positive | Free shipping | | Last one | | Se |
| | Seller 100% positive | | | | |

---

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on Oct 20, 2020 09:34:51 PDT  View all revisions

eBay item number:  373286344249

## Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Power Source: | Battery |
|---|---|---|---|
| Type: | Facial Brush | Features: | Lightweight, Rechargeable |
| Size: | Regular | Set Includes: | Massager |
| MPN: | X002AUW8PJ | Body Area: | Face |
| Brand: | Luxsio | UPC: | Does not apply |

## Item description from the seller

NEW Sonic facial Cleansing Brush Massager 3 In 1 Rechargeable Electric Silicone.

Condition is "New with box".

Shipped with USPS Priority Mail.





## Fine Living Collections

**100% Positive Feedback**

| Visit store |
|---|

| Contact |
|---|

### Detailed seller ratings

Average for the last 12 months

| Accurate description | 5.0 |
|---|---|
| Reasonable shipping cost | 4.7 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (642)

i***) (49) •  Past month

Beautiful plates arrived in excellent condition! Packaging was perfect with no damage!

2 Gorham SWEET VIOLET 10 1/2" Dinner Plate ~ HGF352 (#373177268748)

h***e (63) •  Past month

ompt service and carefully wrapped so there was no damage when I received them.

RARE Noble Excellence CANDY APPLE (Red) 12.25" Pedestal Cake Stand ~ K150b (#373089716310)

6***p (367) • Past month

Thank you!

San Diego Hat Company Women's Ribbon Large Brim Bow Black ~ CA56 (#373982894576)

See all feedback

---

### Influenced by recent sponsored views


**SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO FACIA FACE BRUSH**
New
$12.99
+ shipping
Seller 99.7% positive


**SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE LINES DEEP CLEAN ACNE**
New
$16.31
$21.75 25% off
Free shipping
Seller 100% positive


**Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager**
New
$7.49
Free shipping


**Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US**
New
$10.99
Free shipping
Top Rated Plus
10 watchers


**Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone**
New
$7.89
Free shipping

---

### Explore related sponsored items


**Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating Scrubber**
New
$17.93
Free shipping
Top Rated Plus
8 watchers


**USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager**
New
$9.47
$9.97 5% off
Free shipping


**Sonic Silicone Facial Cleansing Massager Brush - FREE Headband Free Shipping**
New
$17.99
Free shipping
Seller 100% positive


**Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink**
New
$19.99
Free shipping
Seller 100% positive


**3-in-1 Rechargeable Facial Cleansing Brush Set Soft Scrubber Face Exfoliating**
New
$20.00
Free shipping
Top Rated Plus
Last one

---

### Related sponsored items


**PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face**
New
$25.40
Free shipping


**Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B**
New
$13.95
Free shipping


**Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager**
New
$19.98
Free shipping


**Hangsun Facial Cleansing Brush Sonic Facial Brush, 3 in 1**
New
$29.99
Free shipping


**Luxsio Sonic Beauty Facial Cleansing Brush 3-in-1 Skincare Solution NEW Pink**
New
$16.99
Free shipping

## People who viewed this item also viewed

    

| Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New | N... M... El... |
|---|---|---|---|---|---|
| New | New | New | New | New | N... |
| $12.25 | $19.98 | $12.93 | $13.19 | $9.95 | $... |
| $12.89 5% off | Free shipping | $13.61 5% off | Free shipping | Free shipping | Fr... |
| Free shipping | Seller 100% positive | Free shipping | | 74 sold | Se... |
| | | 6 watchers | | | |

## Find more sponsored items

Feedback on our suggestions

    

| Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag | Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag |
|---|---|---|---|---|
| New | New | New | New | New |
| $19.98 | $23.67 | $9.95 | $12.93 | $28.99 |
| Free shipping | Free shipping | Free shipping | $13.61 5% off | Free shipping |
| Seller 100% positive | Seller 100% positive | 74 sold | Free shipping | Seller 100% positive |
| | | | 6 watchers | |

    

| Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | Facial Cleansing Brush Sonic Vibration Mini Face Cleaner Electric Silicone Deep | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW |
|---|---|---|---|---|
| New | New | New | New | New |
| $13.19 | $12.85 | $19.99 | $12.25 | $13.95 |
| Free shipping | $13.53 5% off | 9 watchers | $12.89 5% off | Free shipping |
| | Free shipping | | Free shipping | Seller 100% positive |

     

| OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable | Facial Cleansing Brush 3-in-1 Waterproof Ultrasonic Rechargeable Electric Face | Facial Cleansing Brush, 3-in-1 Waterproof Ultrasonic Rechargeable Electric Face | 🔆Silicone Facial Cleansing Brush Rechargeable Sonic Facial Cleansing Brush🔆 | Facial Cleansing Brush 3-in-1 Waterproof Ultrasonic Rechargeable Electric Face |
|---|---|---|---|---|
| New | New | New | New | New |
| $32.99 | $13.32 | $15.59 | $19.95 | $14.16 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 99.4% positive | 19 watchers | Seller 99.2% positive | | Seller 100% positive |

     



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ shipping
Top Rated Plus
5 watchers



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.39**
$14.09 5% off
Free shipping



Facial Cleansing Brush 3-in-1 Waterproof Ultrasonic Rechargeable Electric Face
New
**$14.16**
Free shipping
Seller 100% positive



Facial Cleansing Brush 3-in-1 Waterproof Ultrasonic Rechargeable Electric Face
New
**$14.16**
Free shipping
Seller 100% positive

Sonic Facial Cleansing Brush DONUT Soft Silicone Face Massager
New
**$10.00**
+ shipping
Seller 100% positive

Facial Cleansing Brush, 3-in-1 Waterproof Ultrasonic Rechargeable Electric...
New
**$16.14**
Free shipping
Seller 100% positive

Sonic Silicone Facial Cleansing Brush, Rechargeable Waterproof Skin by Malian
New
**$19.99**
Free shipping
Seller 100% positive



Electric Facial Cleansing Brush Silicone Exfoliator Massager Waterproof +1 Brush
New
**$21.99**
Free shipping
Top Rated Plus
Seller 99.7% positive



Facial Cleansing Brush 3-in-1 Waterproof Ultrasonic Rechargeable Electric Face
New
**$15.18**
Free shipping
Seller 99% positive



Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable
New
**$14.99**
Free shipping
Seller 99.5% positive

Back to home page                                                                                                    Return to top
More to explore :   Facial Cleansing Brushes,   Panasonic Facial Massager Facial Cleansing Devices,   Unbranded Facial Massager Facial Cleansing Devices,   FOREO Facial Massager Facial Cleansing Devices,
Sonic Facial Cleansing Devices,   Clinique Electric Facial Brush Facial Cleansing Devices,   All Skin Types Facial Massager Facial Cleansing Devices,   Vitagoods Electric Facial Brush Facial Cleansing Devices,
Silk'n Electric Facial Brush Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# Fine Living Collections

**100%** Positive feedback **2.1K** Items sold **73** Followers

Contact Save Seller

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Condition**

New (1)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

All Listings (1)

Accepts Offers

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 33133

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 33133

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

new sonic facial cleansing brush massager 3-n-1 rechargeable silico

Buying Format | Condition | Shipping | Local | Best Match

1 result for **new sonic facial cl...** Save this search Shipping to: 33133

NEW Sonic Facial Cleansing Brush Massager 3-n-1 Rechargeable Silicone ~ H22

Brand New

**$17.50**

Buy It Now

+$10.40 shipping

**Save up to 10% when you buy more**

Tell us what you think

More filters…

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

**Review item and shipping**

Seller: finelivingc... Message to seller

NEW Sonic Facial Cleansing Brush Massager 3-n-1 Rechargeable Silicone ~ H22

**$17.50**

Quantity
1

**Delivery**
Est. delivery: Mar 11 – Mar 13
USPS Priority Mail Padded Flat Rate Envelope
**$10.40**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $17.50 |
| Shipping | $10.40 |
| Tax* | $1.95 |
| **Order total** | **$29.85** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 214

Marketplace: eBay

Seller Name: fnilleks

ebay

Shop by category

Search for anything

All Categories

Search    Advanced

Daily Deals  Brand Outlet  Help & Contact

Sell  Watchlist  My eBay

Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist

🔴 SAVE UP TO 10% WHEN YOU BUY MORE



fnilleks

**USB Recharge Waterproof Vibrating Silicone Face Cleansing Brush Electric Facial**

Condition: New other (see details)

Bulk savings:
| Buy 1 $12.99/ea | Buy 2 $11.69/ea |

Quantity: 1    2 available / 2 sold

Price: **$12.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Pickup: Free local pickup from Middletown, New York, United States. See details

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  master card  American Express  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell?  Sell now

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
fnilleks (1) ⭐

♡ Save seller
Contact seller
See other items



**Discover related items**
115K items sold

lovelydeals2012
in eBay Stores
Sponsored

Visit store

---

Similar sponsored items    Feedback on our suggestions



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
💎 Top Rated Plus



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.99
Free shipping
💎 Top Rated Plus
Seller with a 99.5% positive feedback



Tresor Rare ULTIMATE PEARL Cleansing and Revitalizing Mousse 5J oz - New
New
$50.00
0 bids
Free shipping



3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6
New
$14.97
Free shipping
💎 Top Rated Plus
149 sold



5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
$6.55
Free shipping
2785 sold

---

Sponsored items inspired by your views    Feedback on our suggestions



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$11.97
Free shipping
💎 Top Rated Plus



Forever Lina Mini T Sonic Facial Cleansing Device
Pre-owned
$39.99
+ $6.25 shipping
Seller with a 100% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.98
+ shipping
Seller with a 100% positive feedback



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.99
Free shipping
💎 Top Rated Plus



Facial Cleansing Brush Silicone Face Scrub Brush Manual Exfoliating Brush
New
$14.95
Free shipping
💎 Top Rated Plus

10% off 3 with coupon



**About this item** | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Oct 12, 2022 13:40:09 PDT  View all revisions

eBay item number: 224421268502

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New other (see details): A new, unused item with absolutely no signs of wear. The item may be missing the original packaging, or in the original packaging but not sealed. The item may be a factory second or a new, unused item with defects. See the seller's listing for full details and description of any imperfections. See all condition definitions | Brand | Unbrand |
| Main Purpose | Excessive Oil, Acne | Skin Type | All Skin Types |
| Type | Facial Brush | Size | Regular |
| Custom Bundle | No | Color | Yellow |
| Body Area | Face | Set Includes | Massager |
| Product Line | ST. IVES Fresh Skin Face Apricot Scrub | UPC | Does not apply |

## Item description from the seller

USB Recharge Waterproof Vibrating Silicone Face Cleansing Brush Electric Facial. Shipped with USPS Parcel Select Ground.

Free return only if found to be defective or damaged valid within 10 days



**fnilleks**
15 items sold

Seller's other items

Contact

♡ Save seller

### Seller feedback (2)

⊕ o***l (62) • More than a year ago
cant say enough good things about this seller five star ebay seller
Size 9 - Jordan 4 Winter Loyal Blue 2019 No Box Available (#224634815255)

⊕ 0***b (607) • More than a year ago
Thanks again 😊
Cute Ball ⚽️⚽️⚽️Soccer and Basketball Shape Purse Handbag For Ladies❤️ (#224422556800)

See all feedback

## Influenced by recent sponsored views





Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New

Forever Lina Mini T Sonic Facial Cleansing Device
Pre-owned

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New

2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New

$11.97
Free shipping
Top Rated Plus
10% off 3+ with coupon

$39.99
+ $6.25 shipping
Seller with a 100% positive feedback

$9.98
+ shipping
Seller with a 100% positive feedback

$9.99
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback

$19.98
Free shipping
Seller with a 100% positive feedback

$
Fr
6

## Explore related sponsored items







**Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US**
New
$11.97
Free shipping
Top Rated Plus
10% off 3+ with coupon

**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus

**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
$17.59
Free shipping
5 watchers

**Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B**
New
$13.95
Free shipping
Seller with a 99.9% positive feedback

**FBFL Silicone Facial Cleansing Brush PINK Five Level Waterproof Soft On Face**
New
$12.99
Free shipping
Top Rated Plus
Seller with a 99.9% positive feedback

2
El
Cl
Ne
$
Fr
Se

## Related sponsored items







**3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6**
New
$14.97
Free shipping
Top Rated Plus
149 sold

**Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US**
New
$11.97
Free shipping
Top Rated Plus
10% off 3+ with coupon

**Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face**
New
$11.30
free shipping

**Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B**
New
$13.95
Free shipping
Seller with a 99.9% positive feedback

**FBFL Silicone Facial Cleansing Brush PINK Five Level Waterproof Soft On Face**
New
$12.99
Free shipping
Top Rated Plus
Seller with a 99.9% positive feedback

Ke
Fa
Re
Ne
$
Fr
La

## People who viewed this item also viewed







**USB Rechargeable Waterproof Vibrating Silicone Facial Cleansing Brush**
New
$10.00
+ shipping
Seller with a 100% positive feedback

**Silicone Electric Face Sonic Facial Cleansing Face Brush Massager Rechargeable**
New
$15.00
+ shipping

**4in1 Rechargeable Electric Facial Cleansing Brush Set Face Exfoliating Waterproof**
New
$20.29
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

**4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating**
New
$19.14
Free shipping
Seller with a 99.7% positive feedback

**4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner US**
New
$19.13
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

4i
fa
W
Ne
$
Fr
10

## Find more sponsored items

Feedback on our suggestions







3D Sonic Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body
New
**$11.99**
Free shipping
196 sold

3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6
New
**$14.97**
Free shipping
Top Rated Plus
149 sold

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



4in1 Rechargable Electric Facial Cleansing Brush Set Face Exfoliating Waterproof
New
**$20.29**
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback



Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric
New
**$19.99**
Free shipping
Seller with a 100% positive feedback



4in1 Rechargeable Electric Facial Cleansing Brush Set Face Exfoliating Waterproof
New
**$20.29**
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback



Rechargable Electric Facial Cleansing Brush Face Massage Exfoliating Waterproof
New
**$19.99**
Free shipping
24 sold



4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner
New
**$19.92**
Free shipping
Top Rated Plus
36 sold



4in1 Electric Facial Cleansing Brush face Deep Cleaning Rechargeable Waterproof
New
**$22.99**
Free shipping
10 watchers



4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner
New
**$19.92**
Free shipping
Top Rated Plus
36 sold



Electric Facial Cleansing Brush Set Face Deep Cleaning 3 Brush Heads Waterproof
New
**$17.29**
Free shipping



4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$19.28**
Free shipping
Seller with a 99.9% positive feedback



4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$19.14**
Free shipping
Seller with a 99.7% positive feedback



4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner US
New
**$19.13**
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback



3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6
New
**$14.48**
Free shipping



4in1 Electric Facial Cleansing Brush face Deep Cleaning Rechargeable Waterproof
New
**$22.99**
Free shipping
5 watchers



3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6
New
**$15.20**
Free shipping
Seller with a 100% positive feedback



USB Rechargeable Electric Facial Cleansing Brush Face Exfoliating 2 Brush Heads
New
**$14.88**
Free shipping



Silicone Facial Cleansing Face Brush Rechargeable Waterproof Electric LED Light
New
**$34.99**
Free shipping
Seller with a 100% positive feedback

Back to home page                                                                                        Return to top

More to explore :   Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Unbranded Electric Facial Brush Facial Cleansing Devices,
Vitagoods Electric Facial Brush Facial Cleansing Devices,   Silk'n Electric Facial Brush Facial Cleansing Devices,   Normal Skin Electric Facial Brush Facial Cleansing Devices,
All Skin Types Electric Facial Brush Facial Cleansing Devices,   Unbranded Skin Facial Cleansing Brushes,   Unisex Skin Facial Cleansing Brushes

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# fnilleks

**0%** Positive feedback (11) **15** Items sold

Visit profile Contact Save

usb recharge waterproof vibrating silicone face cleansing brush elect

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **usb recharge wate...** Save this search

Shipping to: 60305

**Category**

**All**

Health & Beauty

Skin Exfoliators & Scrubs

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Condition**

- New (1)

See all

**Buying Format**

- All Listings (1)
- Accepts Offers
- Auction
- Buy It Now (1)

**Item Location**

- Default
- Within

Radius 25 mi of

Zip code 60305

- US Only
- North America
- Worldwide

**Shipping Options**

- Free Shipping

**Local Pickup**

- Free Local Pickup

Within

Radius 25 mi of

Zip code 60305

**Show only**

- Free Returns
- Returns Accepted
- Authorized Seller
- Completed Items
- Sold Items
- Deals & Savings
- Authenticity Guarantee

See all

USB Recharge Waterproof Vibrating Silicone Face Cleansing Brush Electric Facial

New other (see details)

**$12.99**

Buy It Now

+$5.05 shipping

**Save up to 10% when you buy more**

fnilleks (11) 0%

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  Mastercard  American Express  Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████████
Miami, FL 33133
United States
████
Change

**Review item and shipping**

Seller: fnilleks | Message to seller

USB Recharge Waterproof Vibrating Silicone Face Cleansing Brush Electric Facial
**$12.99**

Quantity
1 ▾

● **Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
**$5.10**

○ **Pickup**
Contact seller after checkout to arrange pickup

**Gift cards, coupons, eBay Bucks**

Enter code:                    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None ▾

| | |
|---|---|
| Subtotal (1 item) | $12.99 |
| Shipping | $5.10 |
| Tax* | $1.27 |

**Order total**          **$19.36**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Earn $1,000 bonus cash back
CHASE for BUSINESS    Learn More
Member FDIC
ink.

SAVE UP TO **10%** WHEN YOU BUY MORE



fnilleks

### USB Recharge Waterproof Vibrating Silicone Face Cleansing Brush Electric Facial

Condition: New other (see details)

Bulk savings:
| Buy 1 | Buy 2 |
|---|---|
| $12.99/ea | $11.69/ea |

Quantity: 1    2 available / 2 sold

Price: **$12.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Pickup: Free local pickup from Middletown, New York, United States. See details

Returns: Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell?  **Sell now**

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
fnilleks (1 ⭐)

✓ Save seller
Contact seller
See other items



**Shop related items**
115K items sold

 lovelydeals2012
In eBay Stores
Sponsored
**Shop now**

---

Similar sponsored items    See all >

Feedback on our suggestions



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
🔵 Top Rated Plus



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback



RODIAL Bee Venom Cleansing Balm 3.4 fl oz New in Box $55 retail
New
$9.99
0 bids
+ shipping
Seller with a 100% positive feedback



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
$19.98
Free shipping
Top Rated Plus
Seller with a 100% positive feedback



5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
$6.55
Free shipping
2790 sold

Si...
Fa...
So...
Ne...
$...
Fr...

---

Sponsored items customers also bought    See all >

Feedback on our suggestions



Super Face Washing Machine Electric Soft Silicone Facial Brush



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable



Perlier Royal Elixir Youth Creator with Royal Pro Youth Peptide - 2 oz



Silicone Face Cleansing Brush Facial Cleanser Washing Massager

Cleanser Massage                    3 Modes                    BNB                    Scrubber //
New                                 New                        New                    New
**$8.98**                           **$24.99**                 **$19.27**             **$1.21**
~~$9.98~~ 10% off                   Free shipping              ~~$20.95~~ 8% off       Free shipping
Free shipping                       Seller with a 100% positive feedback   Free shipping
Top Rated Plus                                                 Top Rated Plus

---

**About this item** | Shipping, returns & payments                              Report this item

Seller assumes all responsibility for this listing.                             eBay item number:  224421268502

Last updated on Oct 12, 2022 13:40:09 PDT  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New other (see details): A new, unused item with absolutely no signs of wear. The item may be missing the original packaging, or in the original packaging but not sealed. The item may be a factory second or a new, unused item with defects. See the seller's listing for full details and description of any imperfections. See all condition definitions | Brand | Unbrand |
| Main Purpose | Excessive Oil, Acne | Skin Type | All Skin Types |
| Type | Facial Brush | Size | Regular |
| Custom Bundle | No | Color | Yellow |
| Body Area | Face | Set Includes | Massager |
| Product Line | ST. IVES Fresh Skin Face Apricot Scrub | UPC | Does not apply |

## Item description from the seller

USB Recharge Waterproof Vibrating Silicone Face Cleansing Brush Electric Facial. Shipped with USPS Parcel Select Ground.

Free return only if found to be defective or damaged valid within 10 days

---



### fnilleks

15 items sold

Visit shop

Contact

♡ Save seller

**Seller feedback** (2)

⊕ o***l (62) •  More than a year ago

cant say enough good things about this seller five star ebay seller

Size 9 - Jordan 4 Winter Loyal Blue 2019 No Box Available (#224634815255)

⊕ D***b (607) •  More than a year ago

Thanks again 😊

Cute Ball ✿✿❀Soccer and Basketball Shape Purse Handbag For Ladies ❤ (#224422556800)

See all feedback

---

Influenced by recent sponsored views

    



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool

New

$13.60

Free shipping



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

New

$19.98

Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

$19.98

Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

$12.19

Free shipping
21 sold



5-1 Multifunction Electric Face Facial Cleansing Brush Spa Skin Care Device

New

$12.99

Free shipping
Last one



Si...
Br...
5-...
Ne...

Fr...
Se...

## Sponsored Items from Top Rated Sellers    See all >

Feedback on our suggestions



Vivo Per Lei Facial Peeling Gel Gentle Face Peel for Cleansing Dry Skin 2 Pack

New

$21.99

$43.78 50% off
Free shipping
761 sold



Vivo Per Lei Bamboo Charcoal Mask Peel Off Facial Mask - Cleansing Mask 5.3 Oz

New

$8.99

Free shipping
1508 sold



Vivo Per Lei 24K Gold Facial Mask - Brightening Peel Off Face Mask - 5.3 Oz

New

$7.99

Free shipping
974 sold



Vivo Per Lei HoneyBee Mud Mask For Deep Cleansing Purifying Anti Aging Face Mask

New

$8.99

Free shipping
220 sold



Vivo Per Lei Regular Dead Sea Mineral Facial Peeling Gel & Travel Size Day Cream

New

$12.99

$25.98 50% off
Free shipping
54 sold

Vi...
Fa...
Ne...

$...
$...
Fr...
31...

## Explore related sponsored items



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

$8.98

$9.98 10% off
Free shipping
Top Rated Plus



Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face

New

$11.30

Free shipping



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B

New

$13.95

Free shipping
Seller with a 99.9% positive feedback



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW

New (Other)

$11.16

$13.95 20% off
Free shipping
Seller with a 100% positive feedback



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager

New

$6.00

+ shipping
Top Rated Plus
6 watchers

FE...
Br...
Sc...
Ne...

$...
Fr...
Se...

## People who viewed this item also viewed

USB Rechargeable Waterproof Vibrating Silicone Facial Cleansing Brush

New

$10.00

+ shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

New

$24.99

Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable

New

$24.99

Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

$19.96

$24.95 20% off
Free shipping

Silicone Face Cleansing Brush Facial Cleanser Washing Massager Scrubber //

New

$1.21

Free shipping

Si...
Fa...
Sc...
Ne...

$...
Fr...

Find more sponsored items



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

New

$24.99

Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable

New

$24.99

Free shipping
Seller with a 100% positive feedback



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

New

$19.98

Free shipping
Top Rated Plus
Seller with a 100% positive feedback



3D Sonic Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body

New

$11.99

Free shipping
196 sold



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

$19.96

$24.95 20% off
Free shipping



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

New

$24.99

Free shipping
Seller with a 100% positive feedback



Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric

New

$19.99

Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable

New

$24.99

Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber

New

$15.99

Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Face Exfoliator Massager Rechargeable

New

$39.99

Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber

New

$15.99

Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable

New

$24.99

Free shipping
Seller with a 100% positive feedback



4in1 Rechargable Electric Facial Cleansing Brush Set Face Exfoliating Waterproof

New

$20.29

Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback



Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

New

$19.99

Free shipping
Seller with a 100% positive feedback



Rechargeable Electric Facial Cleansing Brush Face Massage Exfoliating Waterproof

New

$19.99

Free shipping
24 sold



4in1 Rechargable Electric Facial Cleansing Brush Set Face Exfoliating Waterproof

New

$20.29

Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback



4in1 Electric Facial Cleansing Brush face Deep Cleaning Rechargeable Waterproof

New

$21.61

$22.99 6% off
Free shipping
10 watchers



4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner US

New

$19.13

Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback



4in1 Electric Facial Cleansing Brush face Deep Cleaning Rechargeable Waterproof

New

$21.61

$22.99 6% off
Free shipping
5 watchers



4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating

New

$19.14

Free shipping
Seller with a 99.7% positive feedback









| 4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner | Facial Tissue Cleansing Brush Beauty Face Body Cleanser Exfoliating Skin Care | 4 In 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner US | Electric Facial Cleansing Brush Face Deep Cleaning 3 Brush Heads Waterproof | 4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating US |
|---|---|---|---|---|
| New | New | New | New | New |
| $19.92 | $12.92 | $19.13 | $17.29 | $27.78 |
| Free shipping | $13.97 7% off | Free shipping | Free shipping | Free shipping |
| Top Rated Plus | + $1.23 shipping | Top Rated Plus | | |
| 36 sold | | Seller with a 99.8% positive feedback | | |

---

More to explore :  Clinique Electric Facial Brush Facial Cleansing Devices,  Olay Electric Facial Brush Facial Cleansing Devices,  Facial Cleansing Brushes,  Unbranded Electric Facial Brush Facial Cleansing Devices,
Vitagoods Electric Facial Brush Facial Cleansing Devices,  Silk'n Electric Facial Brush Facial Cleansing Devices,  Normal Skin Electric Facial Brush Facial Cleansing Devices,
All Skin Types Electric Facial Brush Facial Cleansing Devices,  Unbranded Skin Facial Cleansing Brushes,  Unisex Skin Facial Cleansing Brushes

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT** Special financing available. Apply now. See terms

○ G Pay Google Pay

**Ship to**

Miami, FL 33138-4055
United States

Change

**Review item and shipping**

Seller: fnilleks   Message to seller

USB Recharge Waterproof Vibrating Silicone Face Cleansing Brush Electric Facial
**$12.99**

Quantity 1

● **Delivery**
Est. delivery: Apr 26 – Apr 29
USPS First Class
**$5.10**

○ **Pickup**
Contact seller after checkout to arrange pickup

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| Subtotal (1 item) | $12.99 |
|---|---|
| Shipping | $5.10 |
| Tax* | $1.27 |
| **Order total** | **$19.36** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

FnillekS

## fnilleks

**0%** Positive feedback (11) **15** Items sold

Visit profile Contact Save

usb recharge waterproof vibrating silicone face cleansing brush elect

**Category**

**All**

Health & Beauty

Skin Exfoliators & Scrubs

**Price**

Available inventory

$0 $1500+

$ Min to $ Max

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

More filters...

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **usb recharge wate...** Save this search

Shipping to: 10025

USB Recharge Waterproof Vibrating Silicone Face Cleansing Brush Electric Facial

New other (see details)

**$12.99**

Buy It Now

+$4.75 shipping

**Save up to 10% when you buy more**

fnilleks (11) 0%

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 218

Marketplace: eBay

Seller Name: gamertechz



ebay

Shop by category ▾    Search for anything    All Categories ▾    Search    Advanced

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

Grow your money with an even greater rate.
You can with a Money Market Account.
ally do it right.
Open Account
4.00% Annual Percentage Yield on all balance tiers



Hover to zoom

$ Have one to sell?  Sell now

### New Electric Facial Cleansing Brush Silicone Sonic Vibration Mini Cleaner Deep

Condition: New

Price: **$17.95**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

Delivery: Varies
Returns: Seller does not accept returns. See details
Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
gamertechz (1055 ★)
99.4% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



Pepto Bismol ULTRA
COATS COOLS
BUY NOW

---

### Similar sponsored items    See all ›

Feedback on our suggestions

          

| Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | facial turmeric toner + VC | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager |
| New | New | New | New | New |
| $19.98 | $12.93 | $13.99 | $7.49 | $9.00 |
| Free shipping | ~~$13.61~~ 5% off | 0 bids | Free shipping | + shipping |
| Seller with a 100% positive feedback | Free shipping | + shipping | Last one | Seller with a 100% positive feedback |
| | 9 watchers | | | |

---

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions

        

| Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | Automatic Chicken Coop Door Opener Light Sensor Automatic Chicken House Door US | Automatic Chicken Coop Door Opener Light Sensor Control Auto Pet Door Waterproof |



## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | Sonic |
| Skin Type | Normal Skin | Type | Electrio Facial Brush |
| Standard Voltage | 110V-220V | Power Src | US,EU,UK,AU |
| Power Source | Rechargeable Battery | Size | 76.2*80.5 mm |
| Material | Soft silicone | Features | All Natural Ingredients |
| Gender | Women | Weight | 50G |
| UPC | Does not apply | | |

eBay item number: 124932197645

Seller assumes all responsibility for this listing.

## Item description from the seller

New Electric Facial Cleansing Brush Silicone Sonic Vibration Mini Cleaner Deep. Ships Free



### GAMES~N~TOYS~DVDS
99.4% Positive Feedback
5.8K items sold

**Detailed seller ratings**
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 4.9 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

**Popular categories from this store**  See all

BoardGames  Desktop  Dvds  Retro Games  Funko Pop!  Other

**Seller feedback** (1,888)

g***a (1097) • Past month
Exactly as described and ships FAST. Thanks .
How Great Is Our God: The Essential Collection by Chris Tomlin (CD, 2011) (#125846482671)

n***k (584) • Past month
A+ seller with fast shipping and great prices
The Foreigner Blu-ray + DVD Jackie Chan Brand New Factory Sealed With Slipcover (#124591044918)

j***j (607) • Past month
A++ Great Seller! Thanks!
Dixie Chicks / The Chicks CD Lot Wide Open Spaces, Fly (#125211860281)

See all feedback

Visit store
Contact
Save seller

Influenced by recent sponsored views





Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.22**
+ shipping
Top Rated Plus
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
Last one

### Explore related sponsored items


Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing
New
**$19.99**
Free shipping


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$15.69**
Free shipping
33 sold


USA Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner
New
**$15.35**
Free shipping


Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$16.99**
Free shipping


Electric Facial Cleaner Brush Silicone Sonic Exfoliator Vibration Deep Cleansing
New
~~$17.79~~ 6% off
Free shipping

### Related sponsored items


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback


Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$7.99**
Free shipping
11 watchers


Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore Cleaning
New
~~$19.97~~ 10% off
**$17.97**
Free shipping
Seller with a 99.2% positive feedback



Sonic Facial Cleansing Brush - Silicone Face Scrubber for Men & Women - Gentl...
New
**$30.11**
Free shipping
Last one

Hangsun Facial Cleansing Brush Sonic Facial Brush, 3 in 1
New
**$29.99**
Free shipping
35 sold

### People who viewed this item also viewed


Silicone Facial Cleansing Brush Sonic Vibration Electric Pore Cleaner Machine
New
**$4.00**
0 bids
+ shipping
Seller with a 100% positive feedback


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback


New Electric Facial Cleansing Brush Silicone Sonic Vibration Mini Cleaner Deep
New
**$23.00**
Free shipping


4in1 Facial Cleansing Brush Sonic Vibration Mini Silicone Deep Pore Skin Cleaner
New
**$19.88**
Free shipping
Seller with a 100% positive feedback


Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J
New
~~$13.59~~ 5% off
**$12.91**
Free shipping

Find more sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping
Seller with a 100% positive feedback



Mini Electric Facial Cleansing Brush Silicone Face Cleaner Deep Pore Clean

New

**$22.00**

Free shipping
Seller with a 100% positive feedback



Mini Electric Facial Cleansing Brush Silicone Face Cleaner Deep Pore Clean

New

**$22.00**

Free shipping
Seller with a 100% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

**$7.49**

Free shipping
Last one



Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use

New

**$13.10**

Free shipping



Facial Cleansing Brush Sonic Vibration Mini Cleaner Silicone Deep Pore Massager

New

**$37.04**

~~$38.99~~ 5% off
Free shipping
Last one



2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager

New

**$23.74**

~~$24.99~~ 5% off
Free shipping
Top Rated Plus



Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use

New

**$13.10**

Free shipping



Electric Sonic Facial Cleansing Brush Face Cleaning Tool Exfoliating Skin Care

New

**$22.55**

~~$23.74~~ 5% off
Free shipping
Top Rated Plus



Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore Cleansing

New

**$63.53**

Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Vibration Face Deep Cleaner

New

**$26.99**

Free shipping



Silicone Electric Facial Cleansing Brush Vibration Face Deep Cleaner

New

**$26.99**

Free shipping



Facial Cleansing Brush Sonic Vibration Mini Cleaner Silicone Deep Pore Massager

New

**$37.04**

~~$38.99~~ 5% off
Free shipping



Electric Facial Cleansing Brush Silicone Sonic Face Cleaner Deep Pore Cleaning

New

**$20.99**

Free shipping
Seller with a 100% positive feedback



SILICONE ELECTRIC FACE BRUSH Facial Skin Cleaner Super Soft Sonic Cepillo Facial

New

**$10.68**

Free shipping



Silicone Electric Facial Cleansing Brush Face Massage Vibration Blackhead Remove

New

**$9.99**

Free shipping



Electric Face Cleansing Brush Silicone Sonic Vibration Facial Cleaning Brush

New

**$14.89**

Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$9.00**

+ shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Silicone Sonic Face Cleaner Deep Pore Cleaning

New

**$20.99**

Free shipping
Seller with a 100% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone

New

**$7.89**

Free shipping
Last one











| Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore Cleansing | Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager |
|---|---|---|---|---|
| New | New | New | New | New |
| $63.53 | $6.99 | $12.93 | $7.55 | $12.19 |
| Free shipping | Free shipping | $13.61 5% off | Free shipping | Free shipping |
| Seller with a 100% positive feedback | Seller with a 99.4% positive feedback | Free shipping | | 21 sold |
| | | 9 watchers | | |

More to explore :   Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Unbranded Electric Facial Brush Facial Cleansing Devices,   Vitagoods Electric Facial Brush Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices,   Sonic Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,   Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices,   Conair Electric Facial Brushes All Types Skin Facial Cleansing Devices

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 

**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

## Ship to

▬▬▬▬▬
Boca Raton, FL 33433
United States
▬▬▬▬▬
Change

## Review item and shipping

Seller: gamertechz    |    Message to seller



New Electric Facial Cleansing Brush Silicone Sonic Vibration Mini Cleaner Deep
**$17.95**
Quantity 1

**Delivery**
Est. delivery: Apr 27 – Apr 29
USPS Priority Mail
**$10.65**

## Gift cards, coupons, eBay Bucks

Enter code: [_____]   [ Apply ]

## Donate to charity (optional) ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   [ None ▾ ]

---

| Subtotal (1 item) | $17.95 |
| Shipping | $10.65 |
| Tax* | $2.00 |
| **Order total** | **$30.60** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



# About us

We are out of Hamilton Ohio. We sell stuffed animals, retro video games, tv parts, and electronics.

Location: **United States**
Member since: **Jan 10, 2015**
Seller: **gamertechz**

Do you like our store experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 220

Marketplace: eBay

Seller Name: gogetter8719



ebay

Shop by category

Search for anything    All Categories    Search    Advanced

Daily Deals    Brand Outlet    Help & Contact                    Sign in    Watchlist    My eBay    🔔    🛒

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

**Pay over time with PayPal Credit**
Enjoy no interest on $99+ eBay purchases if fully paid in 6 months.
Min. purchase required.
See terms





Hover to zoom

$ Have one to sell?   Sell now

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition: New other (see details)

Price: **$34.99**          Buy It Now

                            Add to cart

Best Offer:                 Make offer

                            ♡ Add to Watchlist

Additional service available

☐ 1-year protection plan from Allstate - $4.99

Ships from United States

Pickup:   Free local pickup from Memphis, Tennessee, United States. See details

Shipping: Free Standard Shipping. See details
          Located in: Memphis, Tennessee, United States

Delivery: Estimated between Tue, Mar 14 and Sat, Mar 18 to 33133 ⓘ

Returns:  Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
gogetter8719 (255 ⭐)
88.9% Positive feedback

♡ Save Seller
Contact seller
See other items



Shop a related Store
113K items sold

lovelydeals2012
In eBay Stores
Sponsored              Visit store

### Similar sponsored items

Feedback on our suggestions


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive


Isdin Essential Cleansing Oil Based Cleanser 200ml 6.76oz
**$16.00**
0 bids
+ $12.00 shipping
Seller 100% positive


NEW Sonic Facial Cleansing Brush Massager 3-in-1 Rechargeable Silicone ~ H22
**$17.50**
+ $10.40 shipping
Seller 100% positive


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ $6.40 shipping
Seller 100% positive

### Sponsored items customers also bought

Feedback on our suggestions






Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massag

New

**$23.67**

Free shipping
Seller 100% positive

CeraVe Hydrating Facial Cleanser For Normal To Dry Skin - 16oz.

New

**$19.99**

Free shipping
60 sold

---

**About this item** | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: 224492256645

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New other (see details): A new, unused item with absolutely no signs of wear. The item may be missing the original packaging, or in the original packaging but not sealed. The item may be a factory second or a new, unused item with defects. See the seller's listing for full details and description of any imperfections. See all condition definitions | Brand: | Unbranded |
| Skin Type: | All Skin Types | Type: | Electric Facial Brush |
| Power Source: | Electric | Color: | Multicolor |
| Material: | Silicone | MPN: | Does Not Apply |

## Item description from the seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager.

With USB charging cable.

Shipped with USPS First Class. SOLD AS IS.

---



**gogetter8719**

88.9% Positive Feedback
288 items sold

Visit profile

Contact

### Seller feedback (93)

⊕ e***n (273) • Past 6 months

All good

Cynamed Stainless Steel Sterile Disposable Scapel 10pcs (#224196459311)

⊕ 3***d (3330) • Past year

Item works as intended. Thank you.

New Starter for 07-10 Honda Odyssey 3.5L V6 31200-RGL-A02 (#225056614385)

⊘ 9***e (53) • Past year

Seller stated death in family. No doubt about that, believe them. But, with modern technology and the instant notifications by eBay. You think that they would of been able to communicate. More than one a week after the purchase claiming they forgot. And ship 3+ weeks later.

Hp Hp Officejet Pro 8100 8600 Duplexer Unit CM751-60180 (#224914185621)

See all feedback

## Influenced by recent sponsored views


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off
Free shipping


PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face
New
**$25.40**
Free shipping


NEW Sonic Facial Cleansing Brush Massager 3-n-1 Rechargeable Silicone ~ H22
New
**$17.50**
+ $10.40 shipping
Seller 100% positive


Bellus by R.O.K Silicone Facial Cleansing Brush - 3 in 1 Heat & Cold Massagers
New
**$26.99**
+ $5.00 shipping


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.25**
$12.89 5% off
Free shipping

## Explore related sponsored items


USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
**$9.47**
$9.97 5% off
Free shipping


Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink
New
**$19.99**
Free shipping
Seller 100% positive


Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$17.99**
Free shipping


Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$16.99**
Free shipping


Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager
New
**$15.17**
$16.49 8% off
Free shipping



## Related sponsored items


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off
Free shipping


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive


PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face
New
**$25.40**
Free shipping


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping


SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO FACIA FACE BRUSH
New
**$12.99**
+ shipping
Seller 99.7% positive

## People who viewed this item also viewed











Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Messag
New
$23.67
Free shipping
Seller 100% positive

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller 100% positive

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.25
$12.89 5% off
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
6 watchers

## Find more sponsored items

<span style="float:right">Feedback on our suggestions</span>



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
6 watchers



Cleansing Facial Brush Ultrasonic Electric Silicone Face Skin Cleaner Massager
New
$33.90
Free shipping
Last one



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.85
$13.53 5% off
Free shipping



Cleansing Facial Brush Ultrasonic Electric Silicone Face Skin Cleaner Massager
New
$33.90
Free shipping
Seller 100% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
$9.95
Free shipping
74 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.19
Free shipping



2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager
New
$23.74
$24.99 5% off
Free shipping
Top Rated Plus



Facial Cleansing Brush Sonic Vibration Mini Face Cleaner Electric Silicone Deep
New
$19.99
Free shipping
9 watchers



Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Messag
New
$23.67
Free shipping



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$12.19
Free shipping
21 sold



New Electric Face Cleansing Vibration Massage Brush Facial Skin Care Wash Sonic
New
$29.99
Free shipping
Seller 100% positive



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$9.00
+ shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.19
$28.38 53% off
Free shipping



Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode
New
$43.99



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
$7.89



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
$7.85



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$12.19



Electric Sonic Facial Cleansing Brush Face Cleaning Tool Exfoliating Skin Care
New
$22.55

$43.7
+ shipping
Seller 100% positive

$43.36
Free shipping

$43.07
Free shipping

$55.77
Free shipping
21 sold

$23.74 5% off
Free shipping
Top Rated Plus

    

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.25**
$12.89 5% off
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.39**
$14.09 5% off
Free shipping

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.39**
Free shipping
59 sold

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$10.99**
Free shipping
Top Rated Plus
10 watchers

Sonic Facial Cleansing Brush, Waterproof Electric Face Cleansing Brush Device
New
**$29.16**
Free shipping
Top Rated Plus
Seller 100% positive

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Combination Skin Electric Facial Brush Facial Cleansing Devices,
Oily Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Facial Massager Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,
Clinique Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices,   Silk'n Electric Facial Brush Facial Cleansing Devices

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ


and save up to 40%.
File Today



**gogetter8719**

**88.9%** Positive feedback (255)    **288** Items sold    **5** Followers

Visit profile    Contact    Save

**Category**

All

Health & Beauty
  Facial Cleansing Devices

**Brand**

**Color**

**Type**

**Material**

**Condition**
☐ New (1)
See all

**Price**

$ Min  to  $ Max  →

Available inventory

$0          $1000
See all

**Buying Format**
◉ All Listings (1)
○ Accepts Offers (1)
○ Auction
○ Buy It Now (1)

**Item Location**
◉ Default
○ Within
Radius 25 mi  of
Zip code 33133  →
○ US Only
○ North America
○ Worldwide

**Shipping Options**
☐ Free Shipping

**Local Pickup**
☐ Free Local Pickup
Within
Radius 25 mi  of
Zip code 33133  →

**Show only**

---

silicone electric face cleansing brush ultra sonic facial skin cleaner m ✕ ag

Buying Format ∨    Condition ∨    Shipping ∨    Local ∨          Best Match ∨

1 result for silicone electric fa...    ♡ Save this search          Shipping to: 33133 ∨

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New other (see details)
**$34.99**
or Best Offer
Free shipping

☐ Free Returns
☐ Returns Accepted
☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

ebay  **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  mastercard  AMERICAN EXPRESS  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████
Miami, FL 33133-2709
United States
Change

**Review item and shipping**

Seller: gogetter8719  |  Message to seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
**$34.99**
Quantity 1

● **Delivery**
Est. delivery: Mar 14 – Mar 18
USPS First Class
**Free**

○ **Pickup**
Contact seller after checkout to arrange pickup

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 90 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None ▼

---

| Subtotal (1 item) | $34.99 |
| Shipping | Free |
| Tax* | $2.45 |

**Order total**     **$37.44**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 224

Marketplace: eBay

Seller Name: gufl8006





Learn how to earn a $50 statement credit
With a new eBay Mastercard®. Ends 4/25.    See details



**Sonic Facial Cleansing Brush Massager: 3-in-1 Rechargeable Electric Silicone Exf**

Condition: New

Price: **$26.99**

Buy It Now

Add to cart

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: **Free 2-4 day shipping**
Get it between **Wed, Apr 26** and **Fri, Apr 28**. See details
Located in: North Brunswick, New Jersey, United States

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: 

 Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
gulf8006 (304 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items

**Explore a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored    Visit store

$ Have one to sell?    Sell now

---

**Similar sponsored items**    See all >

Feedback on our suggestions







Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$15.69**
Free shipping
33 sold

Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New
**$18.44**
Free shipping
Seller with a 100% positive feedback

Elemis Pro-collagen Cleansing Balm - 3.05 oz
New
**$30.00**
0 bids
+ shipping
Seller with a 100% positive feedback

USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
**$9.47**
$9.97 5% off
Free shipping

USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
**$9.47**
$9.97 5% off
Free shipping

---

**Sponsored items inspired by your views**    See all >

Feedback on our suggestions







PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face
New (Other)

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New

Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New

Facial Electric Silicone Cleansing Brush Exfoliator Rechargeable Face Scrubber
New

Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New

$25.40 | $24.74 | $18.44 | $24.99 | $24.99 | $

Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Fr
Seller with a 99.1% positive feedback | **Last one** | Seller with a 100% positive feedback | Seller with a 100% positive feedback. | Seller with a 100% positive feedback | Se

---

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay Item number: **354023533487**

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Type | Facial Cleansing Brush |
| Brand | Sonic | UPC | Does not apply |

### Item description from the seller

WHAT'S INCLUDED: LUXSIO Sonic Beauty Brush USB Charging Cable Velvet Bag User Manual + Online Instructional Video 2 Year Manufacturer's Warranty - ONLY VALID for Purchases from Authorised Seller Sold By 'LUXSIO'. Please read our package insert for directions on how to extend your product Warranty. Skin Types The Sonic Beauty Device is optimized for all skin types including sensitive skin. Instructions 1. Use the front of the Sonic Face Brush with your favorite cleanser to cleanse. 2. Adjust to desired speed settings. 3. Rinse with water. 4. Use the Skincare Booster on the back of the Sonic Beauty Brush with your favorite serums and creams to massage for better absorption.

- ✓GLOWING SKIN: Cleanse better with 3-in-1 electric face wash brush with advanced micro-firming vibrations and medical grade silicone; feel confident with a smooth, beautiful complexion
- ✓UNCLOG PORES: Add cleanser to your pink sonic face brush and experience a deep cleanse in 60 sec. with 2000 ultra soft touch points that remove more dirt, oil, blackheads and makeup than a manual brush
- ✓ANTI AGING face massage every time you use your waterproof sonic face cleaner to clean while it increases collagen & boosts the flow of oxygen. Reduces fine lines & wrinkles, restores skin's firmness
- ✓GENTLE EXFOLIATION: Our rechargeable sonic brush delivers 9000 pulses per minute to gently exfoliate and remove dead skin cells, diminishes acne and blemishes, so you can achieve softer and youthful skin
- ✓BEAUTY GIFT SET: Use the soft silicone face cleanser brush to cleanse, apply your favorite serums and creams and use the skin care booster for better absorption. 100% Satisfaction Money Back Guarantee



**gufl8006**

100% Positive Feedback
1.5K Items sold

Visit shop
Contact
♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (310)

➕ a***e (406) • Past month

These blades will work, thank you.

Bosch T101D Jig Saw Blade (#354023532787)

➕ 6***s (622) • Past 6 months

Aaa+

2 X Wooden Jam Honey Dipper Wood Stirring Rod Stick Syrup Spoon Dip Drizzler LJ (#354023533938)

➕ 1***n (759) • Past 6 months

Great Deal Fast Shipping A+++++++++++

Brand New Nintendo DS 50 Classic Games Collection Sudoku Card Games - Sealed (#354023533442)

See all feedback

Influenced by recent sponsored views











PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face
New (Other)
$25.40
Free shipping
Seller with a 99.1% positive feedback

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
$24.74
Free shipping
Last one

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$15.69
Free shipping
33 sold

Electric Facial Cleansing Brush Face Cleaner Clean Skin Care Waterproof Massage
New
$22.49
$24.99 10% off
Free shipping

5-1 Multifunction Electric Healthy Face Facial Cleansing Brush Skin Care Massage
New
$6.99
Free shipping
Top Rated Plus
27 sold

## Explore related sponsored items











Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping
Last one

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$9.00
+ shipping
Seller with a 100% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
$7.89
Free shipping
Last one

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
$7.85
Free shipping

Facial Cleansing Brush, Silicone Electric Massage Brush, Rechargeable
New
$10.99
Free shipping
Seller with a 100% positive feedback

## Related sponsored items











Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
$19.98
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
$21.99
Free shipping
37 sold

Sonic Facial Cleansing Brush Massager 3 In 1 Rechargeable Electric Silicone Exfo
New
$47.67
$52.97 10% off
Free shipping

PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face
New (Other)
$25.40
Free shipping

## People who viewed this item also viewed











Women Sonic Facial Cleansing Brush Silicone Face Skin Massager Skin Care
New
$13.79

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
$7.99

Sonic Facial Cleansing Brush Massager: 3-in-1 Rechargeable Electric Silicone RED
New
$14.99

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$15.69

Electric Facial Deep Cleansing Brush Soft Silicone Massager Skin Exfoliation
New
$15.68

Free shipping
5 watchers

Free shipping
11 watchers

Free shipping
Seller with a 99.6% positive feedback

Free shipping
33 sold

Free shipping

Fr

## Find more sponsored items

Feedback on our suggestions







3 IN 1 FACIAL CLEANSING RECHARGEABLE ELECTRIC WATERPROOF MASSAGER FACE...
New
$17.31
$18.22 5% off
Free shipping
5 watchers

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$15.69
Free shipping
33 sold

Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face
New
$8.51
Free shipping

Waterproof Sonic Facial Cleansing Brush Silicone Face Skin Massager for Women
New
$15.59
Free shipping

Women Sonic Facial Cleansing Brush Silicone Face Skin Massager Skin Care
New
$13.79
Free shipping
5 watchers







Electric Facial Deep Cleansing Brush Soft Silicone Massager Skin Exfoliation
New
$15.68
Free shipping

Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face
New
$8.51
Free shipping

Sonic Facial Cleansing Brush
New
$26.71
+ $13.37 shipping

Brush Massager Sonic Facial Cleansing Brush Waterproof Silicone Mini Face Clean
New
$9.51
Free shipping

Electric Silicone Deep Clean Massager Facial Skin Care Face Cleansing Brush
New
$45.60
Free shipping
Seller with a 100% positive feedback







3 in 1 Facial Cleansing Rechargeable Electric Waterproof Massager Face Brush
New
$14.70
+ $17.32 shipping
6 watchers

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
$7.99
Free shipping
11 watchers

Silicone Facial Cleansing Brush Electric Silicone Face Scrubber Beauty Device
New
$13.81
Free shipping

Brush Massager Sonic Facial Cleansing Brush Waterproof Silicone Mini Face Clean
New
$9.51
Free shipping

Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
$15.99
Free shipping






Women Sonic Facial Cleansing Brush Silicone Face Skin Massager Skin Care
New
$12.85
Free shipping

3 In 1 Facial Cleansing Rechargeable Electric Waterproof Massager Face Brush
New
$14.70
+ $17.32 shipping
7 watchers

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
$11.99
Free shipping

Facial Scrub Cleaning Brush Silicone Sonic Face Cleanser Washing Massager
New
$14.70
+ $8.02 shipping
45 sold

Facial Scrub Cleaning Brush Silicone Sonic Face Cleanser Washing Massager
New
$14.70
+ $8.02 shipping
10 watchers








5 In1 Multifunctional Beauty Electric Facial Cleansing Brush And Facial Massager
New
**$11.78**
$13.09 10% off
+ $0.99 shipping

Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore Cleaning
New
**$17.97**
$19.97 10% off
Free shipping
**Last one**

Electric Facial Cleansing Brush, Silicone Automatic Foaming Acoustic Vibration
New
**$12.99**
Free shipping

Electric Facial Face Sonic Spa Deep Cleansing Brush Beauty Cleanser Exfoliate US
New
**$18.99**
Free shipping

Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore Cleaning
New
**$17.97**
$19.97 10% off
Free shipping
Seller with a 99.2% positive feedback

Back to home page

Return to top

More to explore :   Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Unbranded Electric Facial Brush Facial Cleansing Devices,
Vitagoods Electric Facial Brush Facial Cleansing Devices,   Panasonic Electric Facial Brush Facial Cleansing Devices,   Panasonic Facial Massager Facial Cleansing Devices,
FOREO Facial Massager Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices,   Sonic Facial Cleansing Devices

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ









**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  Mastercard  American Express  Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Boca Raton, FL 33433
United States

Change

**Review item and shipping**

Seller: gufi8006    Message to seller

Sonic Facial Cleansing Brush Massager: 3-in-1 Rechargeable Electric Silicone Exf

**$26.99**
Quantity 1

**Delivery**
Est. delivery: Apr 27 – Apr 29
USPS Priority Mail
Free

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

**Donate to charity (optional)** ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

Subtotal (1 item)            $26.99
Shipping                      Free
Tax*                         $1.89

**Order total**             **$28.88**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# gufl8006

**100%** Positive feedback (304) **1.5K** Items sold **24** Followers

Visit profile Contact Save

**Category**

**All**

Health & Beauty

Skin Cleansers & Toners

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

sonic facial cleansing brush massager: 3-in-1 rechargeable electric s ✕ n

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **sonic facial cleans...** Save this search

Shipping to: 10025

Sonic Facial Cleansing Brush Massager: 3-in-1 Rechargeable Electric Silicone Exf

Brand New

**$26.99**

Buy It Now

**Free 4 day shipping**

gufl8006 (304) 100%

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 225

Marketplace: eBay

Seller Name: healthiswealth-tyler

ebay

Shop by category ▾

🔍 Search for anything | All Categories ▾ | Search

Advanced

◁ | Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



$ Have one to sell? | Sell now

**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**

Condition: New

Price: **$9.98**

Best Offer:

[ Buy It Now ]
[ Add to cart ]
[ Make offer ]
[ ♡ Add to Watchlist ]

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal GPay VISA MasterCard AMEX DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
healthiswealth-tyler (26 ⭐)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Discover related items**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

[ Visit store ]

---

### Similar sponsored items

Feedback on our suggestions


Silicone Face Cleansing Brush Electric Soft Silicone Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
67 sold


Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage USB
New
**$8.40**
$8.94 6% off
Free shipping
28% off 9+ with coupon


NEW belif Hydrators-On-The-Go 5 Piece Moisturizing Facial Skin Care Kit
New
**$9.95**
0 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback


Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping


Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage.
New
**$10.77**
$11.46 6% off
Free shipping
27% off with coupon

---

### Sponsored items inspired by your views

Feedback on our suggestions


2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**


Facial Cleansing Brush Silicone Face Scrub Brush Manual Exfoliating Brush
New
**$14.95**


Pulsaderm SONIC WASHCLOTH 2 speed Silicone Face Brush PINK waterproof
New (Other)
**$9.50**


Electric Facial Cleansing Brush, FBFL Sonic Silicone Face Brush & Pink
New
**$14.99**


Toys Importers Pack of 2 Reversible Octopus Mood Plush - 1 x 7.9in Blue
New
**$16.16**

Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback

Free shipping
Top Rated Plus
Seller with a 99.2% positive feedback

$19.00 5% off
Free shipping

+ shipping

+ shipping
Seller with a 100% positive feedback

| About this item | Shipping, returns & payments | | Report this item |
| --- | --- | --- | --- |

Seller assumes all responsibility for this listing.

eBay item number: 255686811869

## Item specifics

| | | | |
| --- | --- | --- | --- |
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | Unbranded |
| Main Purpose | Clogged Pores, Wrinkles, Acne, Excessive Oil, Blackheads | Skin Type | All Skin Types |
| Type | Face Cleanser | Battery Life | 1 Hour |
| Power Source | Wireless, USB, Battery, Electric | Color | Pink |
| Voltage | 12 V | Model | LUNA Mini 3 |
| Features | Bluetooth, Lightweight, Animal Cruelty-Free, Hypoallergenic, Includes Cleaning Brush, Compact, Rechargeable, Compatible App | Material | Silicone |
| Number of Speeds | 8 | | |

## Item description from the seller

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage.



### healthiswealth-tyler

100% Positive Feedback
15 items sold

Seller's other items

Contact

Save seller

#### Seller feedback (1)

7***2 (480) • More than a year ago

Thanks great seller and shipped next day.

Apple iPhone 7 - 128GB - Rose Gold - Unlocked (#254936923625)

See all feedback

## Influenced by recent sponsored views











2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.99
Free shipping

Facial Cleansing Brush Silicone Face Scrub Brush Manual Exfoliating Brush
New
$14.95
Free shipping

Pulsaderm SONIC WASHCLOTH 2 speed Silicone Face Brush PINK waterproof
New (Other)
$9.50
$10.00 5% off

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$7.59
Free shipping

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage.
New
$10.77
$11.46 6% off

Seller with a 99.5% positive feedback    Seller with a 99.2% positive feedback                                27% off 8+ with coupon

## Related sponsored items

    

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$17.59**
Free shipping
5 watchers

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus

2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

## Explore related sponsored items

    

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus

2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
Seller with a 99.5% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$17.59**
Free shipping
5 watchers

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

## People who viewed this item also viewed

    

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
67 sold

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping

Silicone Facial Cleanser Brush Soft Face Massage Washing Brush Blackhead Re-dx
New
**$1.87**
$1.97 5% off
Free shipping

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage.
New
**$10.77**
$11.46 6% off
Free shipping
27% off 8+ with coupon

Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage USB
New
**$8.40**
$8.94 6% off
Free shipping
28% off 9+ with coupon

## Find more sponsored items

Feedback on our suggestions

    



Super Face Washing Machine
Electric Soft Silicone Facial Brush
Cleanser Massage.

New

**$10.77**

~~$11.46~~ 6% off
Free shipping
27% off 8+ with coupon



Silicone Face Cleansing Brush
Electric Facial Cleanser Washing
Massager Scrubber

New

**$7.59**

Free shipping



Electric Face Cleansing Brush Ultra
Sonic Facial Skin Silicone Cleaner
Massager

New

**$7.49**

Free shipping
6 watchers



SILICONE ELECTRIC FACE BRUSH
Facial Skin Cleaner Super Soft Sonic
Cepillo Facial

New

**$10.68**

Free shipping



Super Face Washing Machine
Electric Facial Facial Brush Cleanser
Massage 2 Brush 3Mode

New

**$10.00**

~~$11.46~~ 6% off
Free shipping
29% off 8+ with coupon



Silicone Face Cleansing Brush
Electric Facial Cleanser Washing
Massager Scrubber

New

**$6.99**

Free shipping
67 sold



Face Washing Machine Electric Soft
Silicone Facial Brush Cleanser
Massage USB

New

**$8.40**

~~$8.94~~ 6% off
Free shipping
28% off 9+ with coupon



Facial Cleansing Brush Silicone
Electric Face Scrubber and Cleanser

New

**$25.99**

Free shipping
Last one



SILICONE ELECTRIC FACE BRUSH
Facial Skin Cleaner Super Soft Sonic
Cepillo Facial

New

**$10.68**

Free shipping



Silicone Electric Face Cleansing
Brush Facial Skin Cleaner Cleaning
Massager

New

**$12.19**

Free shipping
21 sold



Silicone Electric Facial Cleansing
Brush Face Massage Vibration
Blackhead Remove

New

**$9.99**

Free shipping



Facial Cleansing Brush Face
Massager Electric: with Soft
Silicone, Waterproof

New

**$19.99**

Free shipping
Buy 1, get 1 5% off



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New

**$12.93**

~~$13.61~~ 5% off
Free shipping
9 watchers



Silicone Electric Facial Cleansing
Brushes Vibration Face Massage
Deep Cleanser

New

**$12.53**

Free shipping



Silicone Electric Facial Cleansing
Brushes Vibration Face Massage
Deep Cleanser

New

**$12.53**

Free shipping



Face Brush-Facial Brush-Super Soft
Silicone Face Cleanser Massager
Brush-Manual

New

**$12.40**

Free shipping



Silicone Electric Face Cleansing
Brush Facial Skin Cleaner Cleaning
Massager

New

**$12.19**

Free shipping
21 sold



Silicone Facial Cleanser Brush Soft
Face Massage Washing Brush
Blackhead Remo 3U

New

**$7.12**

Free shipping



Silicone Facial Cleanser Brush Soft
Face Massage Washing Brush
Blackhead Remo 3U

New

**$7.12**

Free shipping



Electric Face Cleansing Brush Ultra
Sonic Facial Skin Silicone Cleaner
Massager

New

**$7.29**

Free shipping



Silicone Electric Facials Cleansing
Brush Vibration Face Massage Deep
Cleanser

New

**$11.03**

Free shipping



Silicone Electric Facials Cleansing
Brush Vibration Face Massage Deep
Cleanser

New

**$11.03**

Free shipping



Foreo luna play plus 2 mint cool
Silicone Facial Cleansing Brush Face
Exfoliator

Pre-owned

**$22.49**

~~$24.99~~ 10% off
Free shipping
Seller with a 100% positive feedback



Electric Face Cleansing Brush Ultra
Sonic Facial Skin Cleaner Massager
Silicone

New

**$7.89**

Free shipping



Silicone Face Cleansing Brush
Electric Facial Cleanser Skin
Massage US

New

**$7.59**

Free shipping

Back to home page
Return to top

More to explore : Electric Facial Brushes, Clarisonic Electric Facial Brushes, Silicone Hair Scalp Massager Brushes, Silicone-Free Skin Facial Brushes, Facial Massagers, Massage/Scalp Hair Brushes with Soft Pins, Clinique Electric Facial Brush Facial Cleansing Devices, Foot Massage Machine Massagers, Mary Kay Electric Facial Brush Facial Cleansing Devices, Face Lift Machine Facial Cleansing Devices

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



### healthiswealth-tyler

100% Positive feedback (26)  15 items sold

Contact  ♡ Save

☰ Categories   **Shop**   About   Feedback   🔍 Search 1 item

## All items



Super Face Washing Machine Electric Soft Silicone Facial Brush...

**$9.98**

See All

Do you like our profile experience?  👍  👎

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**Checkout**

How do you like our checkout? Give us feedback

## Pay with

- Add new card
- PayPal (selected)
- PayPal CREDIT — Special financing available. Apply now. See terms
- Google Pay

## Ship to

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

## Review item and shipping

Seller: healthiswea... Message to seller

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

**$9.98**

Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
**$5.60**

## Gift cards, coupons, eBay Bucks

Enter code: Apply

## Donate to charity (optional)

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $9.98 |
| Shipping | $5.60 |
| Tax* | $1.09 |
| **Order total** | **$16.67** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 226

Marketplace: eBay

Seller Name: homematecollection









[redacted] Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist

eBay Money Back Guarantee
Get the item you ordered or your money back - it's that simple. Learn More

Hover to zoom

$ Have one to sell? Sell now

# IPX-7 Electric Soft Silicone Ultrasonic Facial Cleanser Washing Massage Brush

Condition: New

color: Pink

Quantity: 1 5 available

Price: $25.99

Buy It Now

Add to cart

Add to Watchlist

Shipping: Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: China, China

Delivery: Estimated between Thu, Mar 30 and Wed, May 24
Please note the delivery estimate is **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
homematecollection (1195 ★)
97.9% Positive feedback

Save Seller
Contact seller
Visit store
See other items

Discover related items
113K items sold
lovelydeals2012
In eBay Stores
Sponsored
Visit store

## Similar sponsored items

Feedback on our suggestions

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
~~$9.98~~ 10% off
Free shipping
Top Rated Plus

2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.99
Free shipping
Top Rated Plus
Seller 99.5% positive

LOT of 10 CHANTECAILLE RICE & GERANIUM FOAMING CLEANSER 8ML/.27oz x10= FULL SIZE
New
$15.00
3 bids
Free shipping
Top Rated Plus
Seller 99.8% positive

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
~~$9.98~~ 10% off
Free shipping
Top Rated Plus

5-1 Multifunction Electronic Face Facial Cleansing Brush Spa Skin Care massage
New
$5.99
Free shipping
857 sold

Fa Si W
Ne
$

## Sponsored items inspired by your views

Feedback on our suggestions

Automatic Chicken House Coop Door Opener Closer Timer Light Sensor Control Kit
New
**$49.69**
Free shipping
Seller 100% positive

Automatic Chicken Coop Door Auto Door Delayed Opening Timer Light Sensor
New
**$34.88**
Free shipping

Automatic Chicken Coop Door Opener Light Sensor Auto Chicken Cage Door Closer
New
**$113.05**
~~$119.00~~ 5% off
Free shipping
🅱 Top Rated Plus

LifeVac - Choking Rescue Device Home Kit for Adult and Children
New
**$15.89**
+ $3.99 shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$14.16**
Free shipping

---

**About this item** | **Shipping, returns & payments**                                                    Report this item

Seller assumes all responsibility for this listing.
Last updated on Feb 16, 2021 04:47:29 PST View all revisions                    eBay item number:  253755815657

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand: | Unbranded |
| Skin Type: | All Skin Types | Features: | Medical Silicone, IPX-7, Easy Wash, Deep Cleaning, Massage |
| Gender: | Unisex | Country/Region of Manufacture: | China |

## Item description from the seller





Note: Light shooting and different displays may cause the color of the item in the picture a little different from the real thing.

The measurement allowed error is +/- 1-2cm.

| Payment Policy | Shipping Policy | Terms of Sale | Return Policy | Customer Service |
| --- | --- | --- | --- | --- |

- We accept PayPal only.
- We only ship item to your PayPal verified address.
- Please make payment asap, then we can arrange shipment for you asap.

Copyright © 2018 Dianxiaomi



## HMC Factory Dropshipping

97.9% Positive Feedback
6.7K items sold

**Visit store**

**Contact**

### Detailed seller ratings
Average for the last 12 months

| | |
| --- | --- |
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

### Popular categories from this store   See all

Kalimba   Cosmetic Tools   Beauty & Personal Care   Pedicure/Manicure Tools

Daily Use   CPU Fans   Other

### Seller feedback (1,314)

e***y (33) • Past month

?

Pool Snooker Cue Laser Sight Billiard Training Equipment Exerciser Accessories (#255086194517)

k***t (2734) • Past month

Nice

25/50pcs Air Fryer Disposable Paper Liner Round Mats Baking Kitchen Accessories (#255459502465)

o***t (547) • Past month

As described, quick ship, A+++++++

17 Key Kalimba Thumb Piano Finger Mbira Solid Wood Keyboard Musical Instruments (#254715921952)

**See all feedback**

### Related sponsored items



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber



Portable 7 in1 Electric Face Facial Cleansing Brush Mutifunction Spa Massage US



Beautederm Beaute Massage Silicone Electric Facial Cleanser + FREE SHIPPING

$8.98
99.98 10% off
Free shipping
Top Rated Plus

$9.99
Free shipping
Top Rated Plus
Seller 99.5% positive

$7.39
Free shipping
60 sold

$14.90
Free shipping
177 sold

$15.00
+ $2.99 shipping
Seller 100% positive

---

### Explore related sponsored items

    

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$7.59
Free shipping

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$7.39
Free shipping
60 sold

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
6 watchers

Silicone Electric Face Cleansing Massager Facial Washing Brush Scrubber Cleanser
New
$12.99
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.19
Free shipping

---

### Sponsored Items from Top Rated Sellers

Feedback on our suggestions

  

[COSRX] Low pH Good Morning Gel Cleanser - 150ml / Free Gift
New
$11.66
+ $7.90 shipping
662 sold

[COSRX] Salicylic Acid Daily Gentle Cleanser - 150ml / Free Gift
New
$11.66
+ $7.90 shipping
148 sold

[MANYO FACTORY] Bifida Complex Ampoule Gel Cleanser - 400ml / Free Gift
New
$31.32
+ $7.90 shipping
5% off 2+

[COSRX] Pure Fit Cica Creamy Foam Cleanser - 75ml (S) / Free Gift
New
$8.70
+ $7.90 shipping
5% off 2+

[COSRX] Pure Fit Cica Creamy Foam Cleanser - 150ml / Free Gift
New
$14.16
+ $7.90 shipping
5% off 2+

---

### People who viewed this item also viewed

    

Silicone Electric Facial Cleanser
New
$5.00
+ shipping
Seller 100% positive

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus

2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.99
Free shipping
Top Rated Plus
Seller 99.5% positive

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.59
Free shipping

INNERNEED Super Soft Silicone Face Cleanser and Massager Brush Manual Facial Cle
New
$8.83
Free shipping
Last one

---

### Find more sponsored items

Feedback on our suggestions

    



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$17.08**

~~$18.98~~ 10% off
Free shipping
Top Rated Plus



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$8.98**

~~$9.98~~ 10% off
Free shipping
Top Rated Plus



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$17.59**

Free shipping



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$17.59**

Free shipping



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$9.99**

Free shipping
Seller 99.5% positive



Revision Brightening Facial Wash IPX7 Waterproof Electric Soft Silicone Clean

New

**$16.27**

Free shipping



Facial Scrub Cleaning Brush Silicone Sonic Face Cleanser Washing Massager

New

**$14.53**

+ $7.93 shipping
45 sold



5 in 1 Electric Facial Cleanser Wash Face Beauty Cleansing Massager Machine Home

New

**$5.99**

Free shipping
Last one



Facial Scrub Cleaning Brush Silicone Sonic Face Cleanser Washing Massager

New

**$14.53**

+ $7.93 shipping
Seller 100% positive



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massager

New

**$15.89**

Free shipping



Super Soft Silicone Face Cleanser and Massager Brush Manual Facial Cleansing Bru

New

**$9.32**

Free shipping
Seller 99.8% positive



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massager

New

**$15.89**

Free shipping



Electric facial Cleansing Brush Silicone Ultrasonic Facial Pore Cleaning Tool

New

**$42.80**

~~$49.19~~ 13% off
Free shipping



Electric Facial Cleaner Brush Silicone Ultrasonic for Deep Pores and Blackheads

New

**$25.00**

+ shipping
Seller 100% positive



Electric Facial Face Sonic Spa Deep Cleansing Brush Beauty Cleanser Exfoliate US

New

**$18.99**

Free shipping
Seller 100% positive



6 PCS Pore Scrubber Silicone Facial Brush Cleanser Brush Soft Fur

New

**$13.32**

Free shipping
Seller 100% positive



Electric facial Cleansing Brush Silicone Ultrasonic Facial Pore Cleaning Tool

New

**$36.00**

~~$48.00~~ 25% off
+ $1.99 shipping



Multifunctional 2 In 1 Electric Silicone Facial Cleanser Washing head Sucker

New

**$13.85**

+ $2.99 shipping



Revision Brightening Facial Wash IPX7 Waterproof Electric Soft Silicone Clean

New

**$10.62**

Free shipping



Multifunctional 2 In 1 Electric Silicone Facial Cleanser Washing head Sucker

New

**$13.85**

+ $2.99 shipping



5 X Silicone Face Cleansing Brush Soft Facial Washing Massager Scrubber Cleanser

New

**$9.91**

+ $1.98 shipping
Seller 100% positive

Electric facial Cleansing Brush Silicone Ultrasonic Facial Pore Cleaning Tool

New

**$45.99**

Free shipping
Seller 100% positive

Exfoliating Facial Brush Facial Brush Cleanser Brush Dry Brushing Massage

New

**$14.10**

Free shipping

Electric facial Cleansing Brush Silicone Ultrasonic Facial Pore Cleaning Tool

New

**$51.69**

Free shipping

Multifunctional 2 In 1 Electric Silicone Facial Cleanser Washing Brush Cleaner

New

**$14.61**

~~$16.23~~ 10% off
Free shipping

Back to home page
Return to top

More to explore :   Electric Facial Brushes,   Clarisonic Electric Facial Brushes,   Ultrasonic Facial Machines,   Silicone Hair Scalp Massage Brushes,   Silicone-Free Skin Facial Brushes,   Facial Massagers, Massage/Scalp Hair Brushes with Soft Pins,   Clinique Electric Facial Brush Facial Cleansing Devices,   Silk'n Electric Facial Brush Facial Cleansing Devices, Sensitive Skin Electric Facial Brush Facial Cleansing Devices

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay

Shop by category

Search for anything

All Categories

Search     Advanced

## HMC Factory Dropshipping

97.9% Positive feedback    6.7K Items sold    100 Followers

Share    Contact    Save Seller

Categories    Shop    About    Feedback

Search all 359 items

### About us

HMC committed to providing high quality and reasonable price items. Such as Kalimba, Thumb Piano, Musical Instruments, Makeup Brush & Tools, Beauty & personal care items, consumer electronics, and bath & body accessories, etc. We can provide retail, wholesale, dropshipping and OEM service. With the principle of "Trustworthiness, Quality First, Customer First, Delivery On Time", we sincerely welcome friends from all over the world to cooperate with us.

Location: China
Member since: Jan 19, 2016
Seller: homematecollection

Do you like our store experience?

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



**Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

Add new card

○ VISA MasterCard American Express Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

## Ship to

████████
Miami, FL 33133-2709
United States
████████

Change

## Review item and shipping

Seller: homematecol...    Message to seller

IPX-7 Electric Soft Silicone Ultrasonic Facial Cleanser Washing Massage Brush
color: Pink
**$25.99**

Quantity
1

### Delivery

● Est. delivery: Mar 30 – May 24
Economy Shipping from Greater China to worldwide
**Free**

○ Est. delivery: Mar 23 – Mar 28
SpeedPAK Standard
**$1.99**

○ Est. delivery: Mar 23 – Apr 24
ePacket delivery from China
**$1.99**

## Gift cards, coupons, eBay Bucks

Enter code:    Apply

## Donate to charity (optional) ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

| Subtotal (1 item) | $25.99 |
| Shipping | Free |
| Tax* | $1.82 |
| **Order total** | **$27.81** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details



Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



DOE Number: 231

Marketplace: eBay

Seller Name: jass2965

ebay

Shop by category ▾

🔍 Search for anything | All Categories ▾ | **Search**  Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist



Hover to zoom

💲 Have one to sell? | Sell now

## USB Rechargeable Waterproof Vibrating Silicone Facial Cleansing Brush

Condition: **New**

Quantity: 1 | More than 10 available

Price: **$10.00**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

🚚 **Fast and reliable.** Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal | G Pay | VISA | MasterCard | American Express | Discover



**PayPal CREDIT**

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information

jass2965 (8)

♡ Save seller

Contact seller

See other items



**Shop related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Visit store ]

---

### Similar sponsored items

Feedback on our suggestions



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus

Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off
Free shipping

---

### Sponsored items inspired by your views

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off
Free shipping



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus
10% off 3+ with coupon



Forever Lina Mini T Sonic Facial Cleansing Device
Pre-owned
**$39.99**
+ $6.25 shipping
Seller with a 100% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.98**
+ shipping
Seller with a 100% positive feedback



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback

Seller assumes all responsibility for this listing.

eBay item number:  394242804968

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | Unbrand |
| Main Purpose | Acne, Excessive Oil | Skin Type | All Skin Types |
| Type | Facial Brush | Size | Regular |
| Custom Bundle | No | Color | Pink Rosepink Yellow |
| Body Area | Face | Set Includes | Massager |
| Product Line | ST. IVES Fresh Skin Face Apricot Scrub | UPC | Does not apply |

## Item description from the seller

USB Rechargeable Waterproof Vibrating Silicone Facial Cleansing Brush.



### jass2965
11 items sold

Seller's other items

Contact

♡ Save seller

## Seller feedback (3)

➕ 7***y (547) • More than a year ago

100% recommended

SILICONE ELECTRIC FACE BRUSH Soft Sonic facial cleanser CEPILLO FACIAL (#393073884890)

➕ r***i (338) • More than a year ago

Excellent seller, item in good condition, prompt shipping

5 Pack: Kodak Tri-X 400 TX 35mm 36 Exposures ISO400 B&W Negative Film (#393035258391)

➕ t***e (257) • More than a year ago

Thank you!!!

Educated : A Memoir by Tara Westover (2018, Hardcover) (#393029300873)

See all feedback

## Influenced by recent sponsored views



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping



Forever Lina Mini T Sonic Facial Cleansing Device
Pre-owned
**$39.99**
+ $6.25 shipping



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping

### Related sponsored items


3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6
New
**$14.97**
Free shipping
Top Rated Plus
149 sold


Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus
10% off 3+ with coupon


Keenove Sonic Cleansing Brush & Facial Hair Removal USB Rechargeable Waterproof
New
**$11.00**
Free shipping
Last one


Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face
New
**$11.30**
Free shipping


FBFL Silicone Facial Cleansing Brush PINK Five Level Waterproof Soft On Face
New
**$12.99**
Top Rated Plus
Seller with a 99.9% positive feedback

### Explore related sponsored items


Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus
10% off 3+ with coupon


FBFL Silicone Facial Cleansing Brush PINK Five Level Waterproof Soft On Face
New
**$12.99**
Free shipping
Top Rated Plus
Seller with a 99.9% positive feedback


Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback


Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
~~$9.98~~ 10% off
**$8.98**
Free shipping
Top Rated Plus


Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$17.59**
Free shipping
5 watchers

### People who viewed this item also viewed


USB Recharge Waterproof Vibrating Silicone Face Cleansing Brush Electric Facial
New (Other)
**$12.99**
+ shipping


Electric Facial Cleansing & Massage Brush Waterproof Rechargeable
New
~~$17.99~~ 16% off
**$15.11**
Free shipping


4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner US
New
**$19.13**
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback


4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$19.14**
Free shipping
Seller with a 99.7% positive feedback


Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

### Find more sponsored items

Feedback on our suggestions







Keenove Sonic Cleansing Brush & Facial Hair Removal USB Rechargeable Waterproof
New
**$11.00**
Free shipping
Last one

3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6
New
**$14.97**
Free shipping
Top Rated Plus
68 sold

Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback

4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner US
New
**$19.13**
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$19.14**
Free shipping
Seller with a 99.7% positive feedback

    

Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
**$15.99**
Free shipping
Seller with a 100% positive feedback

4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner US
New
**$19.13**
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner
New
**$19.92**
Free shipping
Top Rated Plus
36 sold

Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$19.14**
Free shipping
Seller with a 99.7% positive feedback

    

4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$19.28**
Free shipping
Seller with a 99.1% positive feedback

4in1 Rechargeable Electric Facial Cleansing Brush Set Face Exfoliating Waterproof
New
**$20.29**
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner
New
**$19.92**
Free shipping
Top Rated Plus
36 sold

Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

4in1 Rechargeable Electric Facial Cleansing Brush Set Face Exfoliating Waterproof
New
**$20.29**
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

    

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

4in1 Electric Facial Cleansing Brush face Deep Cleaning Rechargeable Waterproof
New
**$22.99**
Free shipping
10 watchers

USB Rechargeable Electric Facial Cleansing Brush Face Exfoliating 2 Brush Heads
New
**$14.88**
Free shipping

3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6
New
**$15.20**
Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

    

Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

White Silicone Facial Rechargeable Cleansing Brush With Heated Rose Quartz
New
**$30.00**
+ shipping
Seller with a 100% positive feedback

3 in1 Facial Cleansing Brush Blackhead Remover Galvanica Spa Lumispa Set 2022
New
**$40.00**
Free shipping
20 sold

4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$19.28**
Free shipping
Seller with a 99.1% positive feedback

Electric Facial Cleansing Brush Rechargeable for Cleansing Exfoliating
New
**$12.47**
$13.27 6% off
Free shipping

Back to home page
Return to top

More to explore :   Facial Cleansing Brushes,   Clinique Electric Facial Brush Facial Cleansing Devices,   Unscented Skin Facial Cleansing Brushes,   Olay Electric Facial Brush Facial Cleansing Devices,
Foam Skin Facial Cleansing Brushes,   Avon Electric Facial Brush Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,
Silicone-Free Skin Facial Brushes,   FOREO Sensitive Skin Electric Facial Brush Facial Cleansing Devices

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



# jass2965

100% Positive feedback (8)    11 items sold

Contact    Save

Categories    **Shop**    About    Feedback

Search all 3 items

## All items



USB Rechargeable Waterproof
Vibrating Silicone Facial Cleansing...
**$10.00**

5 in 1 Deep Clean Face Skin Electric
Facial Cleaner Care Brush Massag...
**$5.00**

Loose-Leaf for Business Driven
Technology by Paige Baltzan (2019,...
**$20.00**

See All

Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Choices and AdChoice ⓘ





ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

**PayPal**

PayPal CREDIT

Special financing available.

Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]

Miami, FL 33133

United States

[redacted]

Change

**Review item and shipping**

Seller: jass2965 Message to seller

USB Rechargeable Waterproof Vibrating Silicone Facial Cleansing Brush

**$10.00**

Quantity

1

**Delivery**

Est. delivery: Apr 21 – Apr 24

USPS First Class

**$5.70**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $10.00 |
| Shipping | $5.70 |
| Tax* | $1.10 |
| **Order total** | **$16.80** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE

See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 235

Marketplace: eBay

Seller Name: jg-trading



Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

eBay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist





### Sonic facial Cleansing Brush Massager 3 In 1 Rechargeable Electric Silicone Blue

🔥 Last item available

Condition: New

Quantity: 1    Last One / 1 sold

Price: **$17.98**

[ Buy It Now ]

[ Add to cart ]

Best Offer: [ Make offer ]

[ ♡ Add to Watchlist ]

Ships from United States

Delivery: Varies
Returns: Seller does not accept returns. See details
Payments: PayPal  G Pay  VISA  ●●  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
jg-trading (417 ★)
100% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Shop related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Visit store ]

💲 Have one to sell?  [ Sell now ]

---

### Similar sponsored items

Feedback on our suggestions


3-1 Multi Interchangeable Facial Cleansing Spin Face Massage Brush Skin Care Spa
New
$19.99
Free shipping
27 sold


Silicone Electric Facial Cleansing Brush Exfoliator Scrubber Sonic Rechargeable
New
$19.99
Free shipping
Seller 100% positive


Isdin Essential Cleansing Oil Based Cleanser 200ml 6.76oz
New
$16.00
0 bids
+ $12.00 shipping
Seller 100% positive


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$19.96
$24.95 20% off
Free shipping


4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
$21.99
Free shipping
31 sold

---

### Sponsored items inspired by your views

Feedback on our suggestions


Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush
New
$35.00
Free shipping


FOREVER LINA T-Sonic mini Facial Cleansing Device
New
$12.99
+ shipping
Seller 100% positive


Flipping Octopus Flipping Octopus Octopus Octopus Plush Toy Flipping Doll Octopu
New
$24.69
$25.99 5% off


Official Reversible Mood Colour Changing Octopus Plush Pre Loved Soft Toys
Pre-owned
$4.74
+ shipping
Seller 100% positive



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
$13.98
Free shipping



**About this item**   Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Aug 22, 2021 19:09:58 PDT   View all revisions

eBay item number:  324354047264

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Type: | Facial Brush |
| Color: | Blue | Body Area: | Face |
| Brand: | Luxsio | Set Includes: | Massager |
| UPC: | Does not apply | | |

## Item description from the seller



### Sonic facial Cleansing Brush Massager 3 In 1 Rechargeable Electric Silicone Blue

New in box, Sealed

**Note: There may be minor damages/dents/creases to the packaging from shelf wear, shipping or returns. Items are in new condition unless otherwise noted.**

If we have multiples it will be noted, and the one pictured may not be the one you receive.

- *We hope to provide you with excellent customer service as we value our customers. If you are ever unhappy with your purchase or the quality of the item. Please contact us before leaving neutral or negative feedback.*
- We try to get everything mailed USPS or UPS within 1 day of

  cleared payment (Mon-Fri) .
- Smoke free environment.
- We only accept PayPal
- Thank you for looking and have a beautiful day.



Track Page Views With
Auctiva's FREE Counter

 **Out of the Atttic**

Visit store

100% Positive Feedback
1.1K Items sold

Contact

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store    See all

Camera & Accessories   Caps/Hats   Clothing   DVDs

Electronics - General   Electronics- Video   General Merch   HBA   Holiday

## Seller feedback (342)

5***5 (51) • Past month

Good

(NEW) Dollar Shave Club 6 Blade Razor with Shave Butter, | Handle, 4 Cartridges (#324772230199)

d***o (370) • Past month

Quick ship, item as described

2 GENUINE EPSON 273XL HIGH YIELD BLACK INK CARTRIDGES + BONUS CYAN CARTRIDGE...

8***e (51) • Past month

it was dirtier than what was explained in the description of the product however other than that it was a good buy. just needs to be more accurate on the condition of the product

VINTAGE NFL LATE 90's Jacksonville JAGUARS / COCA COLA SNAP BACK CAP (#324774522971)

See all feedback

## Influenced by recent sponsored views



Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush

New

**$35.00**

Free shipping
Seller 100% positive



FOREVER LINA T-Sonic mini Facial Cleansing Device

New

**$12.99**

+ shipping
Seller 100% positive



Flipping Octopus Flipping Octopus Octopus Octopus Plush Toy Flipping Doll Octopu

New

**$24.69**

$25.99 5% off
Free shipping



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager

New

**$6.00**

+ shipping



Bellus by R.O.K Silicone Facial Cleansing Brush - 3 in 1 Heat & Cold Massagers

New

**$26.99**

+ $5.00 shipping

## Sponsored Items from Top Rated Sellers

Feedback on our suggestions



Zoreys 3 in 1 Makeup Brush Multifunctional Contour Powder Mildew Resistent

New

**$12.04**

$17.20 30% off
Free shipping



Rosalind Glitter Nail Acrylic Dipping Powder 10ml 66 Colors Buy 2 Get 1 Free

New

**$2.25**

$5.10 56% off
Free shipping
663 sold



Rosalind Soak Off Gel Nail Polish 30 Pure Colors 10ml UV LED Buy 2 Get 1 Free

New

**$4.42**

$5.20 15% off
Free shipping
548 sold



Acrylic Kolinsky Nail Brushes Blue And Pink Sizes 8-20 Nail Art Brush

New

**$8.96**

$12.80 30% off
Free shipping
925 sold



40 Colors 15ml Rosalind Nail Gel Polish Soak Off UV LED Buy 2 Get 1 Free

New

**$6.37**

$7.49 15% off
Free shipping
1633 sold

## Related sponsored items












**4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating**
New
$21.99
Free shipping
31 sold

**3 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating US**
New
$27.78
Free shipping

**7 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating**
New
$14.72
Free shipping
5 watchers

**3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6**
New
$14.97
Free shipping
Top Rated Plus
126 sold

**Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating Scrubber**
New
$17.93
Free shipping
Top Rated Plus
8 watchers

## People who viewed this item also viewed







**3D Sonic Facial Cleansing Brush Skin Rechargeable Waterproof Electric Face Body**
New
$11.99
Free shipping
193 sold

**Silicone Electric Face Sonic Facial Cleansing Face Brush Massager Rechargeable**
New
$10.00
+ shipping
Seller 100% positive

**Silicone Electric Face Sonic Facial Cleansing Face Brush Massager Rechargeable**
New
$15.00
+ shipping

**4 in1 Facial Cleansing Brush Sonic Vibration Electric Face Cleansing Brush**
New
$18.00
Free shipping
Seller 100% positive

**7 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating**
New
$14.72
Free shipping
5 watchers

## Find more sponsored items

Feedback on our suggestions







**4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating**
New
$21.99
Free shipping
24 sold

**4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating**
New
$21.99
Free shipping
31 sold

**7 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating**
New
$14.72
Free shipping
5 watchers

**Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable**
New
$24.99
Free shipping
Seller 100% positive

**3 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating US**
New
$27.78
Free shipping







**3 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating US**
New
$28.90
Free shipping
6 watchers

**3-in-1 Rechargeable Facial Cleansing Brush Set Soft Scrubber Face Exfoliating**
New
$20.99
Free shipping

**3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6**
New
$14.97
Free shipping
Top Rated Plus
126 sold

**Electric Facial Cleansing Brush Spin Massager Face Cleanser w/ 3 Rotating Heads**
New
$19.99
Free shipping
Top Rated Plus
1283 sold

**2in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6**
New
$16.99 18% off
$13.99
Free shipping
7 watchers










**3-in-1 Rechargeable Facial Cleansing Brush Set Soft Scrubber Face Exfoliating**
New
**$18.99**
Free shipping

**Silicone Electric Facial Cleansing Brush Exfoliator Scrubber Sonic Rechargeable**
New
**$19.99**
Free shipping
Seller 100% positive

**Silicone Electric Facial Cleansing Brush Exfoliator Scrubber Sonic Rechargeable**
New
**$19.99**
Free shipping
Seller 100% positive

**Portable 7 in1 Electric Face Facial Cleansing Brush Multifunction Spa Massage US**
New
**$14.90**
Free shipping
177 sold

**4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating**
New
**$17.99**
Free shipping
Seller 99.7% positive






**3-in-1 Rechargeable Facial Cleansing Brush Set Soft Scrubber Face Exfoliating**
New
**$20.00**
Free shipping
🔷 Top Rated Plus
Last one

**4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating**
New
**$18.38**
Free shipping

**3 In 1 Electric Facial Cleansing Brush Set Face Skin Cleaning Cleanser Massager**
New
**$18.59**
$19.57 5% off
Free shipping

**Electric Skin Brush 8 In 1 Rechargeable Waterproof Facial Cleansing Face Massage**
New
**$38.89**
Free shipping
Last one

**Sonic Facial Cleansing Brush Massager 3 In 1 Rechargeable Electric Silicone Exfo**
New
**$46.08**
$52.97 13% off
Free shipping








**Facial Cleansing Brush 3 in 1 Electric Face Scrubber Set for Cleansing & Massage**
New
**$28.56**
Free shipping

**3-in-1 Rechargeable Facial Cleansing Brush Set Soft Scrubber Face Exfoliating**
New
**$18.98**
Free shipping
Seller 99.2% positive

**3 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating**
New
**$16.99**
Free shipping
5 watchers

**4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner**
New
**$18.66**
Free shipping
Seller 99.1% positive

**Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag**
New
**$28.63**
Free shipping
Seller 99.4% positive

---

Back to home page

More to explore :   Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Vitagoods Electric Facial Brush Facial Cleansing Devices,
Unbranded Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Avon Electric Facial Brush Facial Cleansing Devices,   Panasonic Facial Massager Facial Cleansing Devices,
Unbranded Facial Massager Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Facial Massager Facial Cleansing Devices

Return to top



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# Out of the Atttic

**100%** Positive feedback **1.1K** Items sold **19** Followers

Contact Save Seller

**Category**

**All**

HBA

**Condition**

New (1)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

sonic facial cleansing brush massager 3 in 1 rechargeable electric sl e

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **sonic facial cleans...** Save this search

Update your shipping location

Sonic facial Cleansing Brush Massager 3 In 1 Rechargeable Electric Slicone Blue

Brand New

**$17.98**

or Best Offer

**Last one**

jg-trading (417) 100%

Tell us what you think

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: jg-trading    Message to seller

Sonic facial Cleansing Brush Massager 3 in 1 Rechargeable Electric Silicone Blue
$17.98
Quantity 1

**Delivery**
Est. delivery: Mar 13 – Mar 17
USPS First Class
$7.95

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

| | |
|---|---|
| Subtotal (1 item) | $17.98 |
| Shipping | $7.95 |
| Tax* | $1.82 |
| **Order total** | **$27.75** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 236

Marketplace: eBay

Seller Name: jiche96

ebay

Shop by category ▾

Search for anything

All Categories ▾

Search

Advanced

THE FIRST-EVER MAZDA CX-50
WITH MAZDA INTELLIGENT DRIVE SELECT
DISCOVER MORE

‹ Back to previous page | Listed in category: Health & Beauty › Skin Care › Exfoliators & Scrubs

Share | Add to Watchlist



Hover to zoom

💲 Have one to sell? | Sell now

## Moyan Silicone Electric Cleansing Brush Facial Skin Cleaner Cleaning Massager

Condition: **New**

Price: **$55.00**

Buy It Now

Add to cart

Best Offer:

Make offer

♡ Add to Watchlist

🚚 **Fast and reliable.** Ships from United States.

Shipping: Free Economy Shipping. See details
Located in: Brooklyn, New York, United States

Delivery: Estimated between Tue, Apr 25 and Thu, Apr 27 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
jiahe96 (200 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items

Shop a related Store
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

Similar sponsored items    See all ›

Feedback on our suggestions



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.99
$12.99 46% off
Free shipping
55 sold



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback



NuFACE Trinity Advanced Facial Toning Device
New
$95.00
0 bids
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$15.98
Free shipping



5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
$6.55
Free shipping
2789 sold

---

Related sponsored items    See all ›

Feedback on our suggestions

Paula's Choice-2% BHA Liquid Exfoliant 4fl-oz-Skin Perfecting - All

5-1 Multifunction Electronic Facial Cleansing Face Massage Brush

Paulas Choice--Skin PERFECTING 2% BHA Liquid Salicylic Acid

2% Skin Perfecting BHA Liquid Salicylic Acid Exfoliant Gentle US

Facial Peeling Gel/Scrub Moisturizer Exfoliator Whitening

| Skin Types | Skin Care Spa | Exfoliant--Facial Ex... | | Dead Skin Removal | Lo |
|---|---|---|---|---|---|
| New | New | New | New | New | Ne |
| $25.85 | $6.55 | $14.84 | $12.28 | $13.99 | $ |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Fre |
| 156 sold | 2789 sold | 23 sold | 38 sold | Seller with a 100% positive feedback | La |

---

**About this item** | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.

Last updated on Apr 05, 2021 08:43:33 PDT View all revisions

eBay item number: 303615070792

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | Unbranded |
|---|---|---|---|
| Custom Bundle | NO | Modified Item | No |
| Expiration Date | Long Time | Skin Type | All Skin Types |
| Type | Facial Brush | Department | Unisex |
| Country/Region of Manufacture | China | Ingredients | Silicone |
| MPN | Does Not Apply | Features | waterproof, rechargeable, Deep Pore Cleaning, food grade silicone material, Face Massager |
| UPC | Does not apply | | |

## Item description from the seller

Features:

Skin-friendly silicone material, soft face massager

Long-lasting rechargeable battery, long service life

Full body waterproof,you can use the face brush in the shower or bath.

vibration intensity can be adjusted, suitable for all kinds of skin.

Sonic pulsations deliver high frequency vibrations to unclog pores and effectively remove dirt, oil and makeup residue.

A nice gift for your family, lover or friends , it is nice for your face to enjoy spa

Rechargeable Facial Cleansing Brush Skin Care Waterproof Electric Face Body Scrub Tools

---



### jiche96

100% Positive Feedback
346 Items sold

Seller's other items

Contact

Save seller

### Seller feedback (91)

➕ j***p (154) • More than a year ago

Item works great. Seller was very efficient and the item was packaged well. I would use this seller again without hesitation

Silk'n Tightra - Tightening & Rejuvenation Device - Pelvic Floor Toner (#294493146876)

➕ 9***9 (2731) • More than a year ago

Lightening fast shipping, complete item original packaging, perfect condition, an A+A+A+ Ebay seller, very pleased

Bang & Olufsen - Beoplay E8 2.0 True Wireless In-Ear Headphones - Limestone (#303912842324)

➕ b***9 (2517) • More than a year ago

Fast shipping. Thank you.

Tripollar POSE - Radio Frequency Fat Reduction Device (Black / White) (#293759933398)

See all feedback

## Influenced by recent sponsored views



**5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber**
New
**$6.99**
$12.99 46% off
Free shipping
55 sold



**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
**$15.69**
Free shipping
33 sold



**Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face**
New
**$8.51**
Free shipping



**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus



**2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
**$9.99**
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback

## Explore related sponsored items



**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
**$15.69**
Free shipping
33 sold



**5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber**
New
**$6.99**
$12.99 46% off
Free shipping
55 sold



**Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager**
New
**$7.49**
Free shipping



**Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager**
New
**$12.19**
Free shipping
21 sold

**Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager**
New
**$17.99**
Free shipping

## Related sponsored items



**Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable**
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



**Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes**
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



**Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager**
New
**$6.21**
($6.21/100g)
+ $7.47 shipping
179 sold



**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
**$15.69**
Free shipping
33 sold



**5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber**
New
**$6.99**
$12.99 46% off
Free shipping
55 sold

## People who viewed this item also viewed

    

  

Facial Cleansing Silicone Brush Skin Blackhead Pore Cleaner Massager Scrub Face

New

$1.87

$1.99 6% off
Free shipping

Facial Cleansing Silicone Brush Skin Blackhead Pore Cleaner Massager Scrub Face

New

$1.69

Free shipping

Facial Cleansing Silicone Brush Skin Blackhead Pore Cleaner Massager Scrub Face

New

$1.31

$1.99 6% off
Free shipping

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

$15.98

Free shipping

Facial Cleansing Silicone Brush Skin Blackhead Pore Cleaner Massager Scrub Face

New

$1.75

Free shipping

## Find more sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

$15.98

Free shipping



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

New

$19.98

Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US

New

$11.99

Free shipping



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber

New

$6.99

$12.99 46% off
Free shipping
44 sold



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager

New

$15.99

Free shipping



ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage

New

$13.99

Free shipping
22 sold



ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage

New

$13.99

Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Spin Massager Face Cleanser w/ 3 Rotating Heads

New

$19.99

Free shipping
Top Rated Plus
1703 sold



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager

New

$15.99

Free shipping



4in1 Electric Silicone Facial Cleansing Brush Sensitive Face Exfoliate Massager

New

$14.99

+ $6.99 shipping
Top Rated Plus
Seller with a 99.7% positive feedback



Waterproof Electric Face Facial Cleaner Cleansing Brush Spa Skin Care Massager

New

$14.99

Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

$19.96

$24.95 20% off
Free shipping



New UK Silicone Electric Face Cleansing Brush Facial Cleaner Cleaning Massage To

New

$38.99

Free shipping
Last one



Silicone Electric Facial Cleansing Brush Face Exfoliator Massager Rechargeable

New

$39.99

Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Care Washer Massager

New

$28.28

+ $3.71 shipping



Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager

New



4 Pack Soft Silicone Face Scrubber Cleanser Massager Facial Cleansing Skin Brush



4 in1 Electric Facial Skin Cleansing Brush Automatic Rotation Heating Massager



Facial Cleansing Silicone Brush Skin Blackhead Pore Cleaner Massager Scrub Face



Facial Cleansing Silicone Brush Skin Blackhead Pore Cleaner Massager Scrub Face

New
**$15.17**
$16.49 8% off
Free shipping

New
**$14.49**
Free shipping

New
**$36.09**
$37.99 5% off
Last one

New
**$1.87**
$1.99 6% off
Free shipping

New
**$1.87**
$1.99 6% off
Free shipping











4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner
New
**$19.92**
Free shipping
Top Rated Plus
36 sold

Facial Cleansing Silicone Brush Skin Blackhead Pore Cleaner Massager Scrub Face
New
**$1.69**
Free shipping

Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating Skin Care
New
**$22.55**
$23.74 5% off
Free shipping
Top Rated Plus

Silicone Facial Cleansing Electric Brush Cleanser Smart Beauty Device
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

5 in 1 Electric Facial Cleaner Cleansing Brush Washing Facial Cleansing Brushes
New
**$6.99**
$12.99 46% off
Free shipping

---

Back to previous page                                                                                                            Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,
Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.    Accessibility,    User Agreement,    Privacy,    Payments Terms of Use,    Cookies,    Your Privacy Choices    and    AdChoice ⓘ





ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

Google Pay

**Ship to**

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

**Review item and shipping**

Seller: jiche96 Message to seller

Moyan Silicone Electric Cleansing Brush Facial Skin Cleaner Cleaning Massager

**$55.00**

Quantity 1

**Delivery**
Est. delivery: Apr 25 – Apr 28
USPS Parcel Select Ground
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $55.00 |
| Shipping | Free |
| Tax* | $3.85 |
| **Order total** | **$58.85** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# jiche96

**100%** Positive feedback (200) **346** Items sold **57** Followers

Visit profile Contact Save

**Category**

**All**

Health & Beauty

Skin Exfoliators & Scrubs

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Brand**

**Department**

**Skin Type**

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

Free Returns

Returns Accepted

moyan silicone electric cleansing brush facial skin cleaner cleaning n ia

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

**1** result for **moyan silicone el...** Save this search

Shipping to: 10025

Moyan Silicone Electric Cleansing Brush Facial Skin Cleaner Cleaning Massager

Brand New

**$55.00**

or Best Offer

Free shipping

jiche96 (200) 100%

- [ ] Authorized Seller
- [ ] Completed Items
- [ ] Sold Items
- [ ] Deals & Savings
- [ ] Authenticity Guarantee

See all

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 239

Marketplace: eBay

Seller Name: jobob-treasures



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

The seller is away until Apr 26, 2023. If you buy this item, expect a delay in shipping.

Have one to sell? Sell now

## Sonic Facial Cleanser Precision Beauty Skin Care Solutions New

Condition: New other (see details)
*"New, Old Stock. New in original box."*

Price: **$4.99**

Buy It Now

Add to cart

Best Offer:

Make offer

Add to Watchlist

**Additional service available**

2-year protection plan from Allstate - $2.99

**Fast and reliable.** Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
jobob-treasures (557 ★)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Sponsored items inspired by your views

Feedback on our suggestions

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
~~$9.98~~ 10% off
Free shipping
Top Rated Plus

Automatic Waterproof Chicken Coop Door With Light Sensor Poultry Gate Hen House
New
**$24.00**
Free shipping
9 watchers

Automatic Chicken Coop Door Opener, Automatic Chicken House Door with Light S...
New
**$47.84**
Free shipping
Seller with a 99.1% positive feedback

Au
O
Cl
Ne
$
+

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Apr 11, 2023 12:27:50 PDT View all revisions

eBay item number: 115752070882

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New other (see details) | | |
| Seller Notes | "New, Old Stock. New in original box." | | |
| Main Purpose | Excessive Oil, Wrinkles, Dirt, Makeup | Skin Type | All Skin Types |
| Power Source | Battery | Color | Pink |





| | | | |
|---|---|---|---|
| Material | Silicone | MPN | Unknown |
| Gender | Unisex | Number of Speeds | 4 |
| Brand | Precision Beauty Skin Care Solutions | Type | Facial Cleanser |
| Battery Life | Unknown | Manufacturer Warranty | None |
| Model | NA | Features | Lightweight, 4 settings |
| Country/Region of Manufacture | China | | |

## Item description from the seller

Precision Beauty Sonic Facial Cleanser

Unique silicone surface on the front removes dirt, oil and makeup

Enhances absorption of favorite skin care products

New In Box (I did open it to make sure it was all there)

No batteries included - needs two AAA batteries



### JOBOB Treasures

100% Positive Feedback
1.2K items sold

Seller's other items

Contact

♡ Save seller

#### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

#### Popular categories from this store   See all

Collectibles · Crafts · Entertainment Memorabilia · Clothing, Shoes & Accessories · Computers/Tablets & Networking · Toys & Hobbies · Dolls & Bears · Books & Magazines · Jewelry & Watches

#### Seller feedback (523)

➕ c***4 (351) · Past month
GOOD
Trifari Earrings Gold Tone Pierced Rhinestones and Faux Pearl Signed Vintage (#115572361243)

➕ i***3 (92) · Past month
Even cuter than in the photos! And very well packed. Thank you!
Garden Themed Gold Tone Charm Necklace Lady Bug Cherries Bow Flowers Rhinestones (#115744265429)

➕ v***i (3049) · Past month
VERY NICE AND GREAT COMMUNICATION WITH SELLER!!! A+++
Envelopes 200 Yellow Hallmark Only (no cards) 8-1/4" x 5-3/4" DIY Crafting Logo (#115753626361)

See all feedback

#### Influenced by recent sponsored views



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$9.00
+ shipping



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
$6.99
Free shipping



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$6.99
Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping

Seller with a 100% positive feedback    Seller with a 99.4% positive feedback    Seller with a 100% positive feedback    67 sold    6 watchers

## Related sponsored items











New Beauty Buys: Precision Beauty Sonic Facial Cleanser NIB

New

**$19.99**

Free shipping
Last one

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

New

**$19.98**

Free shipping
Top Rated Plus
Seller with a 100% positive feedback

Luxsio Sonic Beauty Facial Cleansing Brush 3-in-1 Skincare Solution NEW Pink

New (Other)

**$16.99**

Free shipping
Seller with a 99.3% positive feedback

SKINMEDICA FACIAL CLEANSER CLEANSE 1 OZ Skin Care Travel Size Beauty New

New (Other)

**$10.99**

Free shipping

Hydrating Facial Cleanser PRECISION BEAUTY SKIN CARE SOLUTIONS VITAMIN E 5.75FL

New

**$14.95**

+ shipping
Seller with a 100% positive feedback

## Explore related sponsored items











Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$8.98**

$9.98 10% off
Free shipping
Top Rated Plus

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner

New

**$7.99**

Free shipping
10 watchers

New Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner

New

**$7.25**

Free shipping

Facial Cleanser,yaodurenhe Whitening Facial Cleanser Skin Care

New

**$7.18**

$7.56 5% off
Free shipping

Facial Massager Sonic Ion LED Photon Beauty Anti Aging Skin Rejuvenation Machine

New

**$13.85**

Free shipping

## People who viewed this item also viewed











Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.93**

$13.61 5% off
Free shipping
9 watchers

Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink

New

**$11.39**

$11.99 5% off
Free shipping
Top Rated Plus

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

**$6.99**

Free shipping
Seller with a 99.4% positive feedback

FLAWLESS Cleanser Facial Cleansing Brush - Pink - NEW

New

**$12.99**

Free shipping
Seller with a 100% positive feedback

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.89**

Free shipping

## Find more sponsored items

Feedback on our suggestions











Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$12.89**
Free shipping

SNEGDO Silicone Facial Cleanser
**$17.99**
$19.99 10% off
Free shipping
Top Rated Plus

Sonic Facial Cleanser Precision Beauty Skin Care Solutions - New In Box
New
**$15.50**
+ shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
**$7.49**
Free shipping
6 watchers



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.89**
Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ shipping
Seller with a 100% positive feedback



Sonic Jade Beauty Set Precision Beauty Skin Care Solutions Facial Roller
New
**$19.99**
+ shipping



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback



2 Pack Plum Beauty Sonic Facial Cleanser 2 Speeds Battery Operated
New
**$12.99**
Free shipping
Seller with a 99.9% positive feedback



POP SONIC LEAFLET Sonic Facial Cleansing Device PINK - Line & Wrinkle Reducer
New (Other)
**$21.96**
$24.95 12% off
Free shipping
Top Rated Plus



SILICONE ELECTRIC FACE BRUSH Facial Skin Cleaner Super Soft Sonic Cepillo Facial
New
**$10.68**
Free shipping



Electric Sonic Facial Cleansing Brush Face Cleaning Tool Exfoliating Skin Care
New
**$22.55**
$23.74 5% off
Free shipping
Top Rated Plus



Facial Cleanser Foam Cup Portable Beauty Tool Foam Maker Face Clean Skin Care
New
**$3.62**
$3.87 7% off
+ $1.00 shipping
9 watchers



SILICONE ELECTRIC FACE BRUSH Facial Skin Cleaner Super Soft Sonic Cepillo Facial
New
**$10.68**
Free shipping



Facial Cleanser Foam Cup Portable Beauty Tool Foam Maker Face Clean Skin Care
New
**$3.62**
$3.87 7% off
+ $1.00 shipping
32 sold



Precision Beauty Skin Care Solutions Deep Cleaning Pore Suctioning System
New
**$24.50**
Free shipping
Seller with a 100% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.29**
Free shipping



Facial Cleansing Brush Sonic Waterproof Adjustable Speeds Cleansing Brush
New
**$9.99**
Free shipping



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
**$13.98**
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping



Ultimate 2IN1 Sonic Facial Cleansing Brush Face Skin Care Exfoliator Cleanser
New
**$23.74**
$24.99 5% off
Free shipping
Top Rated Plus



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.89**
Free shipping



Pop Sonic The Leaflet Sonic Facial Cleansing Device "Gray" NIB
New
**$119.99**
Free shipping
Extra 7% off



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.55**
Free shipping

Back to home page

Return to top

More to explore :   Amie Facial Skin Cleansers & Toners,   Amie Facial Skin Care,   Meaningful Beauty Skin Cleansers,   Skin Care Cosmetic Skin Solutions,   Honest Beauty Skin Cleansers,   Meaningful Beauty Skin Cleansers & Toners,   Beauty Society Skin Care,   American Beauty Skin Care,   Juice Beauty Skin Care,   Bite Beauty Skin Care

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# JOBOB Treasures

**100%** Positive feedback **1.2K** Items sold **56** Followers

Contact Save Seller

sonic facial cleanser precision beauty skin care solutions new

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **sonic facial cleans...** Save this search

Update your shipping location

Sonic Facial Cleanser Precision Beauty Skin Care Solutions New

New other (see details)

**$4.99**

or Best Offer

jobob-treasures (557) 100%

Tell us what you think

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Condition**

- New (1)

See all

**Buying Format**

- All Listings (1)
- Accepts Offers (1)
- Auction
- Buy It Now (1)

**Item Location**

- Default
- Within

Radius 25 mi of

Zip code

- US Only
- North America
- Worldwide

**Shipping Options**

- Free Shipping

**Local Pickup**

- Free Local Pickup

Within

Radius 25 mi of

Zip code

**Show only**

- Free Returns
- Returns Accepted
- Authorized Seller
- Completed Items
- Sold Items
- Deals & Savings
- Authenticity Guarantee

See all

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card

VISA

**PayPal**

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

**Review item and shipping**

Seller: jobob-treas... Message to seller

Sonic Facial Cleanser Precision Beauty Skin Care Solutions New
**$4.99**
Quantity 1

**Delivery**
Est. delivery: Apr 29 – May 4
USPS First Class
**$12.55**

**Gift cards, coupons, eBay Bucks**

Enter code: | Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount | None

| | |
|---|---|
| Subtotal (1 item) | $4.99 |
| Shipping | $12.55 |
| Tax* | $1.23 |
| **Order total** | **$18.77** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 241

Marketplace: eBay

Seller Name: kinseibeauty4

Daily Deals   Brand Outlet   Help & Contact                                          Sell   Watchlist ∨   My eBay ∨   🔔   🛒

e**b**a**y**   |   Shop by category ∨   |   🔍 Search for anything   |   All Categories ∨   |   Search   |   Advanced

◁ Back to home page | Listed in category: Health & Beauty › Skin Care › Exfoliators & Scrubs                    Share | Add to Watchlist



**Pay over time with PayPal Credit**
No interest on $99+ eBay purchases if fully paid in 6 months.
Min. purchase required.                                                    See terms



Hover to zoom

$ Have one to sell?   Sell now

### Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush

Condition:  New

color:  blue ∨

Quantity:  1    4 available / 8 sold

Price:  **$9.71**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to Watchlist** ]

↩ Breathe easy. Returns accepted.

Shipping:  **Free** SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

Delivery:  📦 Estimated between **Fri, Apr 28** and **Wed, May 3** ⓘ
This item has an extended handling time and a delivery estimate **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 day returns. Buyer pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
kinselbeauty ✓ (7) ★
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Shop a related Store**
**114K** items sold

lovelydeals2012    Shop now
In eBay Stores
Sponsored

---

### Similar sponsored items

Feedback on our suggestions



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
⊙ Top Rated Plus
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off
Free shipping



NEW Murad Brighten UP ECLAIRCIR 3 PIECE Facial Skincare Set NIB
New
**$9.95**
0 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
$12.99 46% off
Free shipping
51 sold



5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$6.55**
Free shipping
2778 sold

---

### Sponsored items inspired by your views

Feedback on our suggestions







Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus
9 watchers

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off
Free shipping

Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

---

**About this item** | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jan 10, 2023 05:53:52 PST View all revisions

eBay item number: 224188123455

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Size | Mini |
| Department | Unisex | Type | Facial Brush |
| Body Area | Face | Modellnummer | JMY019 |
| Service | Support Drop Shipping ,Support Mixed Color,Support Wholesale | acne remover spin brush | ultrasonic face cleaning brush |
| Item Type | Massage &amp; Relaxation | Commodity Qualität Zertifizierung | CER |
| Brand | Unbranded | Set Includes | Facial Brush |
| Skin Type | All Skin Types | | |

## Item description from the seller



Electric Foot Pedicure Tools Dead Skin Callus Peel Remover Foot Callus Remover
25.00 USD
Buy it now
Free shipping

Portable Oral Irrigator Water Dental Flosser 5 Modes Cordless Irrigator 5 Jet
35.00 USD
Buy it now
Free shipping

Plasma Beauty Instrument Scar Acne Removal Anti Wrinkle Aging Blue Light Ozone
28.00 USD
Buy it now

Laser Epilator IPL Permanent Hair Removal Device Painless Ice Cool
129.00 USD
Buy it now
Free shipping

Portable Oral Irrigator Water Dental Flosser 3 Modes Cordless Irrigator 6 Jet
23.00 USD
Buy it now
Free shipping



Wireless Facial Cleansing Brush Sonic Vibration Electric Face Cleansing Machine
22.96 USD
Buy it now
Free shipping

Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush







IPX7 WATERPROOF DESIGN

**Product Description**

| Size | Mini |
|---|---|
| Department | Unisex |
| Type | Facial Brush |
| Body Area | Face |
| Modellnummer | JMY019 |
| Service | Support Drop Shipping ,Support Mixed Color,Support Wholesale |
| acne remover spin brush | ultrasonic face cleaning brush |
| Item Type | Massage & Relaxation |
| Commodity Qualität Zertifizierung | CER |
| Brand | Unbranded |
| Set Includes | Facial Brush |
| Skin Type | All Skin Types |

**Mini  Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner**

**Product Features>>>>**

**Feature**

.Super hygienic and resist bacteria build-up to keep skin fresh and clean.

. Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally.

. Silicone brush without any abradability gently removes dry dead cells making your skin dull.

. High-frequency pulsation refreshes skin health and vitality so that your skin is soft, moisturized, smooth and resilient.

. Waterproof design, safe for use in the bath or shower.

**Specification:**

Waterproof: IPX7

Charging time: 1-2 hours

Material: Silicone

Color: Pink, Rose, Blue,Purple

**Pacage include:**

1 X Facial Cleansing Device

1 X USB Cable

1 X Manual

**We offer >>>>**

1. Ship out the item in 48 hours

2. Reliable customer servicers solve your problem within 24 hours on working days

**Product Details:** *you see what you get*



ULTRASONIC VIBRATION

THOROUGHLY CLEAN EVERY INCH OF SKIN

Cleansing / massage / heating



Deep Cleaning   Nine Gearad Justment   Skin-friendly silicone   Comforta massage   IPX7 Waterpoof



Most skin problems stem from poor cleaning

## IS YOUR FACE WASHING METHOD CORRECT ?

Flush with both hands:cleaning is not in place   Towel cleaning: easy to breed bacteria

Towel cleaning: easy to lint   Sponge: easy to absorb bacteria

3D SURFACES DESIGN CAN FIT THE FACE WELL

Ergonomic curved surface design,
Fits the contours of the face, cleaning is more effective
Feel more comfortable





3 cleaning areas

DEEP CLEANING WITHOUT DEAD ENDS

Long and thin silicone bristles, three clean areas,
Effective cleaning for different skin types

**Top coarse brush head**
Gentle clean, bright complexion,
For local cleaning and oily areas



**Large brush head on the back**
For deep facial cleansing and massage
Soothes Revitalize skin

**Fine brush head**
For sensitive skin and
Delicate skin

**BRUSH UPGRADE LENGTHENED TO 6MM**

7000 times / minute of sound wave cleaning,
Thoroughly shakes out the dirt,
High frequency vibration / gentle mode / clean massage

**6MM BRUSH**

Through a large area of silicone bristles,
It can clean blackheads, pores and skin.
Effectively solve skin problems

**MASSAGE MODE**

Light vibration can massage the eyes.
Remove dark circles,
Solve the problem of excessive skin fatigue.

**SHIFT ADJUSTMENT**

Can be adjusted according to your own needs
And your own skin,
Select the appropriate gear to use







## SKIN-FRIENDLY SILICONE DESIGN

High frequency vibration does not hurt the skin
Edible silicone, soft material,
Sensitive muscles and pregnant women can use



## IPX7 WATERPROOF DESIGN

Enjoy the comfort while taking a bath
Waterproof design of the whole machine, no fear of liquid infection,
You can safely use the danger of electric shock when showering or taking a bath.

## FOUR COLORS OPTIONAL






## PRODUCT PARAMETERS



Product Name: Net transparent silicone cleansing instrument

Color classification: light pink, light purple, rose red, blue

| | |
|---|---|
| Product material: silicone | Vibration frequency: 6000rpm |
| Product size: 85X70X34 (mm) | Product weight: about 70g |
| Input voltage: 5V/1A | Charging method: USB charging |

Packing list: manual, silicone cleansing instrument, USB charging cable

SIMPLE FOUR-STEP CLEAR SKIN






## SCENARIO SHOWS











### Payment

We accept Paypal only.
A non-payment dispute will be opened if full payment is not received after 14 days of auction.

### Delivery details

All cargo will be sent within 2 business days after the confirmation of your payment.(Custom made items excluded)
We are NOT responsible for undeliverable address.We reserve the right to charge the shipping fee again for returned items due to wrong address.
We ship by Air Mail on default .Shipping time is as below:

| Country | Shipping way | Delivery Time (NOT including holiday) |
|---|---|---|
| United States | > 4.99usd Epackage | 7-15working day |
| | ≤4.99usd Air Mail | 20-25 working days |
| United Kingdoms | Air Mail | 15-25 working days |
| Australia | Air Mail | 15-20 working days |
| Spani/Canada | Air Mail | 20-25 working days |
| Note: We can provide fast shipping. Please contact us if you need to change express shipping. Thank you! | | |

(Other countries or remote areas may take longer.)
If you have not received your shipment within 30 days from payment, please contact us. We will track the shipment and get back to you as soon as possible with a reply. Our goal is customer satisfaction!
We will NOT be responsible for any delay during delivery including but not limited to customs postage checking, strike, force majeure etc
We will post the item to the address of your ebay registered . Please ensure your address is correct. If the item returns to us without fault, buyer will pay the shipping and handling fees again (except if we print a wrong shipping label).

efunds are only offered for defective products reported within 7 days upon receipt.
We will replace your item if it is found to be defective within 14 days.
Buyer required paying for his own postage fees to return the item to us. Shipping and handling fees are non-refundable at any case.
Please contact us first by email before returning your item, because some solutions may not require returning your item.
Returned item must be in new condition with all the accessories.
All warranties do not cover the damage due to misuse or compatibility.
Please email us first before leaving negative feedback. Give us a chance to serve u. Thank U...
We do our best to serve each and every customer the best we can.

## About us

If you have any questions or problems,please send us a message through ebay message system.we will try our best to reply you within 24 hours!

## Contact us

If you have any questions or comments about our products or policies, please contact us by emails with your purchased item number.
You also can contact us by leaving us an eBay message,we will be responded within 24hours.
Customer satisfactory is most important to us. If you have a problem or question regarding your transaction please contact us before leaving any type of feedback. Negative feedback does not solve anything. We are always willing to work things out, thank you!



Electric Oral Irrigator 3 Mode US
B Rechargeable Dental Water Fl
osser Cleaner
32.53 USD
Buy it now
Free shipping

Laser Epilator IPL Permanent H
air Removal Device Painless Ice
Cool
129.00 USD
Buy it now
Free shipping

Blackhead Remover Vacuum Cl
eaner Pore Multifunction Blackh
ead Removal Tool
34.61 USD
Buy it now
Free shipping

2 in 1 Facial Cleansing Brush W
aterproof 3 Modes Vibrating Faci
al Massager
16.48 USD
Buy it now
Free shipping

EMS Eyes Massage Red Light T
herapy Rejuvenating AntiWrinkle
s Removal Dark Circle
21.89 USD
Buy it now
Free shipping

6 In 1 RF Eye Beauty Electric Ey
e Massager Dark Circle Facial V
ibration
23.15 USD
Buy it now
Free shipping

00000038

PushAuction



KinseiBeauty®

# Kinseibeauty Store

100% Positive Feedback
268 Items sold

Seller's other items

Contact

♡ Save seller

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.8 |

## Seller feedback (78)

This item (1)    All items (78)

● e***e (111) ▾   Past 6 months

Thank you

See all feedback

## Popular categories from this store    See all

Face Care tool    IPL Hair Removal    Foot Care Tool

Facial Cleansing Brush    Beauty Machine    Massager

Oral Hygiene    Other

## Influenced by recent sponsored views







**Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US**
New
**$11.97**
Free shipping
Top Rated Plus
9 watchers

**Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager**
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
**$19.96**
~~$24.95~~ 20% off
Free shipping

**Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B**
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

**2in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6**
New
**$16.14**
~~$16.99~~ 5% off
Free shipping
Seller with a 99.1% positive feedback

## Explore related sponsored items







**Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager**
New
**$7.12**
~~$7.49~~ 5% off
Free shipping
5 watchers

**Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B**
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

**Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager**
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

**Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager**
New
**$7.29**
Free shipping

**Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager**
New
**$12.93**
~~$13.61~~ 5% off
Free shipping
9 watchers

## Sponsored Items from Top Rated Sellers

Feedback on our suggestions







**CLINIQUE Moisture Surge Face Spray Thirsty Skin Relief 4.2oz- New**
New
**$19.51**
~~$22.95~~ 15% off
Free shipping
Seller with a 99.8% positive feedback

**pmd Clean Mini Smart Facial Cleansing Device PINK - New**
New
**$46.71**
~~$54.95~~ 15% off
Free shipping
Seller with a 99.8% positive feedback

**FIRST AID BEAUTY Facial Radiance Pads 60 count - Imperfect Container**
New (Other)
**$22.91**
~~$26.95~~ 15% off
Free shipping
Last one

**Farmaesthetics Sweet Milk & Lavender Buds Facial Exfoliate 4oz - New**
New
**$19.51**
~~$22.95~~ 15% off
Free shipping
Seller with a 99.8% positive feedback

**iS CLINICAL Cleansing Complex 6oz - Imperfect Box**
New (Other)
**$29.95**
~~$45.00~~ 33% off
Free shipping
93 sold

## People who viewed this item also viewed







Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush

New

$10.39

Free shipping
Seller with a 100% positive feedback

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber

New

$6.99

$12.99 46% off
Free shipping
44 sold

Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner3

New

$7.08

Free shipping

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

New

$19.98

Free shipping
Top Rated Plus
Seller with a 100% positive feedback

Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner US

New

$15.99

Free shipping
7 watchers

## Find more sponsored items

Feedback on our suggestions



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

New

$19.98

Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

$19.96

$24.95 20% off
Free shipping



3D Sonic Facial Cleansing Brush Skin Rechargeable Waterproof Electric Face Body

New

$11.99

Free shipping
195 sold



ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage

New

$13.99

Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

$15.98

Free shipping



ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage

New

$13.99

Free shipping
22 sold



Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner US

New

$15.99

Free shipping
7 watchers



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber

New

$6.99

$12.99 46% off
Free shipping
44 sold



2x Silicone Handheld Face Scrubber Cleansing Brush Facial Skin Cleaner Massager

New

$7.99

Free shipping
10 watchers



Sonic Silicone Facial Cleansing Massager Brush - FREE Headband Free Shipping

New

$17.99

Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US

New

$11.99

Free shipping



4 in 1 Sonic Facial Cleansing Brush Skin Care Electric Exfoliator Scrub Cleanser

New

$15.69

$16.52 5% off
Free shipping



Electric Facial Cleansing Waterproof Brush Cleaner Spa Massager For Face Care

New

$11.99

Free shipping



Electric Facial Cleaner Brush Silicone Sonic Exfoliator Vibration Deep Cleansing

New

$16.90

$17.79 5% off
Free shipping



4pcs Spa Suction Cup Durable Face Scrubber Facial Cleansing Brush Soft Silicone

New

$7.39

Free shipping



Mini Electric Facial Cleaning Massage Brush Silicone Face Washing Machine

New

$18.99

Free shipping



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

New

$24.99

Free shipping



5 in 1 Electric Facial Cleaner Cleansing Brush Washing Facial Cleansing Brushes

New

$6.99

$12.99 46% off



Electric Face Cleansing Brush Facial Wash Sonic Vibration Cleanser Pore Acne

New

$10.93

$11.50 5% off



Electric Facial Cleaner Brush Silicone Sonic Exfoliator Vibration Deep Cleansing

New

$16.90

$17.79 5% off

Seller with a 100% positive feedback

    

Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
**$15.99**
Free shipping

Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
**$15.99**
Free shipping

Electric Face Cleansing Brush Facial Wash Sonic Vibration Cleanser Pore Acne
New
**$10.93**
$11.50 5% off
+ $1.80 shipping

Silicone Facial Cleansing Electric Brush Cleanser Smart Beauty Device
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Electric Facial Brush Scrub Skin Care Massage Cleaner Exfoliator Scrubber
New
**$11.27**
Free shipping

Back to home page
Return to top

More to explore : Facial Cleansing Brushes, Clinique Electric Facial Brush Facial Cleansing Devices, Olay Electric Facial Brush Facial Cleansing Devices, Unbranded Electric Facial Brush Facial Cleansing Devices, Noxzema Electric Facial Brush Facial Cleansing Devices, Silk'n Electric Facial Brush Facial Cleansing Devices, Mary Kay Electric Facial Brush Facial Cleansing Devices, Electric Facial Brushes, All Skin Types Electric Facial Brush Facial Cleansing Devices, Clarisonic Electric Facial Brushes

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

# Kinseibeauty Store

KinseiBeauty

**100%** Positive feedback **268** Items sold **15** Followers

Contact Save Seller

mini electric facial cleansing brush silicone sonic vibration cleaner fa ru

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

**2** results for **mini electric facial...** Save this search

Shipping to: 10025

Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush
Brand New
**$10.39**
Buy It Now
Free shipping
from China
kinseibeauty4 (71) 100%

Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush
Brand New
**$9.71**
Buy It Now
Free shipping
from China
kinseibeauty4 (71) 100%

Tell us what you think

**Category**
**All**
- Face Care tool
- Facial Cleansing Brush

**Price**
$ Min to $ Max

Available inventory
$0 $1000
See all

**Condition**
- New (4)

See all

**Buying Format**
- All Listings (4)
- Accepts Offers
- Auction
- Buy It Now (4)

**Item Location**
- Default
- Within

Radius 25 mi of
Zip code 10025
- US Only
- North America
- Worldwide

**Shipping Options**
- Free Shipping

**Local Pickup**
- Free Local Pickup

Within
Radius 25 mi of
Zip code 10025

**Show only**
- Free Returns
- Returns Accepted
- Authorized Seller
- Completed Items
- Sold Items
- Deals & Savings
- Authenticity Guarantee

See all

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

**ebay** Checkout

How do you like our checkout? <u>Give us feedback</u>

To add more items, <u>go to cart</u>.

## Pay with

○ Add new card
VISA  MasterCard  AMEX  Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. <u>See terms</u>

○ **G Pay** Google Pay

## Ship to

████████
Palm Beach, FL 33431
United States

████████

<u>Change</u>

## Review item and shipping

Seller: kinseibeauty4   <u>Message to seller</u>



Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush

color: blue

**$9.71**

Quantity
1 ▼

Delivery
Est. delivery: Apr 28 – May 3
SpeedPAK Standard
Free

## Gift cards, coupons, eBay Bucks

Enter code:    Apply

## Donate to charity (optional) ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▼

---

| Subtotal (1 item) | $9.71 |
|---|---|
| Shipping | Free |
| Tax* | $0.68 |

| **Order total** | **$10.39** |
|---|---|

By placing your order, you agree to eBay's <u>User Agreement</u> and <u>Privacy Notice</u>.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

**Pay with *PayPal***

You'll finish checkout on PayPal



**ebay** MONEY BACK GUARANTEE
<u>See details</u>

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u> and <u>AdChoice</u>







[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs Share | Add to Watchlist

# Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush

Condition: New

color: blue

Quantity: 1 5 available / 7 sold

Price: $9.71

Buy It Now

Add to cart

Add to Watchlist

Returns accepted

Shipping: Free SpeedPAK Standard. See details

Located in: Shenzhen, China

Delivery: Estimated between **Wed, Mar 22** and **Mon, Mar 27**

This item has an extended handling time and a delivery estimate **greater than 12 business days.**

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA DISCOVER

PayPal CREDIT

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

**Seller information**

kinseibeauty4 (69 ★)

100% Positive feedback

Save Seller

Contact seller

Visit store

See other items

## Similar sponsored items See all

Feedback on our suggestions

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner

New

$7.59

~~$7.99~~ 5% off

Free shipping

9 watchers

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US

New

$11.99

Free shipping

Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW

New

$8.50

6 bids

Free shipping

Seller 99.8% positive

USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager

New

$9.97

Free shipping

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

$15.98

Free shipping

Si Br Cl

Ne

$

$2

Fr

## Sponsored items customers also bought See all

Feedback on our suggestions

4 Pack Face Scrubber Soft Silicone

2x Silicone Handheld Face

Facial ... Exfoliating Exfoliator Scrub
New
$6.09

Free shipping
240 sold

... Skin Cleaner Massager
New
$7.99

Free shipping
10 watchers

---

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on Jan 10, 2023 05:53:52 PST  View all revisions

eBay item number:  224188123455

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Size: | Mini |
| Department: | Unisex | Type: | Facial Brush |
| Body Area: | Face | Modellnummer: | JMY019 |
| Service: | Support Drop Shipping ,Support Mixed Color,Support Wholesale | acne remover spin brush: | ultrasonic face cleaning brush |
| Item Type: | Massage &amp; Relaxation | Commodity Qualität Zertifizierung: | CER |
| Brand: | Unbranded | Set Includes: | Facial Brush |
| Skin Type: | All Skin Types | | |

## Item description from the seller



| Electric Foot Pedicure Tools Dead Skin Callus Peel Remover Foot Callus Remover | Portable Oral Irrigator Water Dental Flosser 5 Modes Cordless Irrigator 5 Jet | Plasma Beauty Instrument Scar Acne Removal Anti Wrinkle Aging Blue Light Ozone | Laser Epilator IPL Permanent Hair Removal Device Painless Ice Cool | Portable Oral Irrigator Water Dental Flosser 3 Modes Cordless Irrigator 6 Jet | Wireless Facial Cleansing Brush Sonic Vibration Electric Face Cleansing Machine |
|---|---|---|---|---|---|
| 25.00 USD | 35.00 USD | 28.00 USD | 129.00 USD | 23.00 USD | 22.96 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush





IPX7 WATERPROOF DESIGN

● ○ ●

**Product Description**

| Size | Mini |
|---|---|
| Department | Unisex |
| Type | Facial Brush |
| Body Area | Face |
| Modellnummer | JMY019 |
| Service | Support Drop Shipping ,Support Mixed Color,Support Wholesale |
| acne remover spin brush | ultrasonic face cleaning brush |
| Item Type | Massage & Relaxation |
| Commodity Qualitat Zertifizierung | CER |
| Brand | Unbranded |
| Set Includes | Facial Brush |
| Skin Type | All Skin Types |

**Mini  Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner**

## Product Features>>>>
**Feature**
.Super hygienic and resist bacteria build-up to keep skin fresh and clean.
. Can effectively remove skin impurities, improve skin texture, and gloss your skin bloom natural naturally.
. Silicone brush without any abradability gently removes dry dead cells making your skin dull.
. High-frequency pulsation refreshes skin health and vitality so that your skin is soft, moisturized, smooth and resilient.
. Waterproof design, safe for use in the bath or shower.
**Specification:**
Waterproof: IPX7
Charging time: 1-2 hours
Material: Silicone
Color: Pink, Rose, Blue,Purple
**Pacage include:**
1 X Facial Cleansing Device
1 X USB Cable
1 X Manual
## We offer >>>>
1. Ship out the item in 48 hours
2. Reliable customer servicers solve your problem within 24 hours on working days
-----------------------------------------------------------------------------
**Product Details:** *you see what you get*
-----------------------------------------------------------------------------



ULTRASONIC VIBRATION

THOROUGHLY CLEAN EVERY INCH OF SKIN

Cleansing / massage / heating



| Deep Cleaning | Nine Gearad Justment | Skin-friendly silicone | Comforta massage | IPX7 Waterpoof |

**Most skin problems stem from poor cleaning**

## IS YOUR FACE WASHING METHOD CORRECT ?



Flush with both hands:cleaning is not in place



Towel cleaning: easy to breed bacteria



Towel cleaning: easy to lint



Sponge: easy to absorb bacteria

## 3D SURFACES DESIGN CAN FIT THE FACE WELL

Ergonomic curved surface design,
Fits the contours of the face, cleaning is more effective
Feel more comfortable





3 cleaning areas

## DEEP CLEANING WITHOUT DEAD ENDS

Long and thin silicone bristles, three clean areas,
Effective cleaning for different skin types

**Top coarse brush head**
Gentle clean, bright complexion,
For local cleaning and oily areas





**Large brush head on the back**
For deep facial cleansing and massage
Soothes Revitalize Skin

**Fine brush head**
For sensitive skin and
Delicate skin

**BRUSH UPGRADE LENGTHENED TO 6MM**

7000 times / minute of sound wave cleaning,
Thoroughly shakes out the dirt,
High frequency vibration / gentle mode / clean massage

**6MM BRUSH**

Through a large area of silicone bristles,
It can clean blackheads, pores and skin.
Effectively solve skin problems

**MASSAGE MODE**

Light vibration can massage the eyes.
Remove dark circles,
Solve the problem of excessive skin fatigue.

**SHIFT ADJUSTMENT**

Can be adjusted according to your own needs
And your own skin,
Select the appropriate gear to use

**BRUSH UPGRADE LENGTHENED TO 6MM**

Bring a variety of new cleansing experiences
9-speed vibration frequency,
Adjust the gear according to personal habits and skin quality





## SKIN-FRIENDLY SILICONE DESIGN

High frequency vibration does not hurt the skin
Edible silicone, soft material,
Sensitive muscles and pregnant women can use

## IPX7 WATERPROOF DESIGN

Enjoy the comfort while taking a bath
Waterproof design of the whole machine, no fear of liquid infection,
You can safely use the danger of electric shock when showering or taking a bath.

## FOUR COLORS OPTIONAL





## PRODUCT PARAMETERS

○ ● ○



85MM

85MM

70MM          34MM

| Product Name: Net transparent silicone cleansing instrument | |
|---|---|
| Color classification: light pink, light purple, rose red, blue | |
| Product material: silicone | Vibration frequency: 6000rpm |
| Product size: 85X70X34 (mm) | Product weight: about 70g |
| Input voltage: 5V/1A | Charging method: USB charging |
| Packing list: manual, silicone cleansing instrument, USB charging cable | |

## SIMPLE FOUR-STEP CLEAR SKIN

○ ● ○





## SCENARIO SHOWS







## Payment

We accept Paypal only.
A non-payment dispute will be opened if full payment is not received after 14 days of auction.

## Delivery details

All cargo will be sent within 2 business days after the confirmation of your payment.(Custom made items excluded)
We are NOT responsible for undeliverable address.We reserve the right to charge the shipping fee again for returned items due to wrong address.
We ship by Air Mail on default .Shipping time is as below:

| Country | Shipping way | Delivery Time (NOT including holiday) |
|---|---|---|
| United States | > 4.99usd Epackage | 7-15working day |
| | ≤4.99usd Air Mail | 20-25 working days |
| United Kingdoms | Air Mail | 15-25 working days |
| Australia | Air Mail | 15-20 working days |
| Spani/Canada | Air Mail | 20-25 working days |
| Note: We can provide fast shipping. Please contact us if you need to change express shipping. Thank you! | | |

(Other countries or remote areas may take longer.)
If you have not received your shipment within 30 days from payment, please contact us. We will track the shipment and get back to you as soon as possible with a reply. Our goal is customer satisfaction!
We will NOT be responsible for any delay during delivery including but not limited to customs postage checking, strike, force majeure etc
We will post the item to the address of your ebay registered . Please ensure your address is correct. If the item returns to us without fault, buyer will pay the shipping and handling fees again (except if we print a wrong shipping label).

## Terms of sales

efunds are only offered for defective products reported within 7 days upon receipt.
We will replace your item if it is found to be defective within 14 days.
Buyer required paying for his own postage fees to return the item to us. Shipping and handling fees are non-refundable at any case.
Please contact us first by email before returning your item. because some solutions may not require returning your item.
Returned item must be in new condition with all the accessories.
All warranties do not cover the damage due to misuse or compatibility.
Please email us first before leaving negative feedback. Give us a chance to serve u. Thank U...
We do our best to serve each and every customer the best we can.



**About us**

If you have any questions or problems,please send us a message through ebay message system.we will try our best to reply you within 24 hours!

**Contact us**

If you have any questions or comments about our products or policies, please contact us by emails with your purchased item number.
You also can contact us by leaving us an eBay message,we will be responded within 24hours.
Customer satisfactory is most important to us. If you have a problem or question regarding your transaction please contact us before leaving any type of feedback. Negative feedback does not solve anything. We are always willing to work things out. thank you!

| | | | | | |
|---|---|---|---|---|---|
| Electric Oral Irrigator 3 Mode USB Rechargeable Dental Water Flosser Cleaner | Laser Epilator IPL Permanent Hair Removal Device Painless Ice Cool | Blackhead Remover Vacuum Cleaner Pore Multifunction Blackhead Removal Tool | 2 in 1 Facial Cleansing Brush Waterproof 3 Modes Vibrating Facial Massager | EMS Eyes Massage Red Light Therapy Rejuvenating AntiWrinkles Removal Dark Circle | 6 in 1 RF Eye Beauty Electric Eye Massager Dark Circle Facial Vibration |
| 32.53 USD | 129.00 USD | 34.61 USD | 16.48 USD | 21.89 USD | 23.15 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

00000036

PUSHAUCTION



# Kinseibeauty Store

**100%** Positive Feedback
**265** Items sold

Visit store

Contact

## Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.8 |

## Seller feedback (76)

This item (1)   All items (76)

+ e***e (111) • Past 6 months
Thank you

See all feedback

## Popular categories from this store   See all

Face Care tool   IPL Hair Removal   Foot Care Tool   Facial Cleansing Brush

Beauty Machine   Massager   Oral Hygiene   Other

Influenced by recent sponsored views

    








Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
~~$24.95~~ 20% off
Free shipping

PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face
New
**$25.40**
Free shipping

NEW Sonic Facial Cleansing Brush Massager 3-n-1 Rechargeable Silicone ~ H22
New
**$17.50**
+ $10.40 shipping
Seller 100% positive

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$15.98**
Free shipping

2x Silicone Handheld Face Scrubber Cleansing Brush Cleaner Massager
New
**$7.99**
Free shipping
10 watchers

## Explore related sponsored items







Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.85**
Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.89**
Free shipping

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$7.59**
~~$7.99~~ 5% off
Free shipping
9 watchers

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ shipping
Seller 100% positive

## Sponsored Items from Top Rated Sellers

Feedback on our suggestions







Deep Seaweed Mud Cleansing Face Mask Oil Control Ships From USA
New
**$10.80**
Free shipping
25 sold

Wood Acrylic Kolinsky Nail Brushes Sizes 8-24 Nail Art Brush SHIPS FROM USA
New
**$8.96**
~~$12.00~~ 30% off
Free shipping
1822 sold

Acrylic Kolinsky Nail Brushes Blue And Pink Sizes 8-20 Nail Art Brush
New
**$8.96**
~~$12.00~~ 30% off
Free shipping
923 sold

Professional Purple Kolinsky Acrylic Nail Brush Ships From USA
New
**$12.10**
Free shipping
361 sold

Kolinsky Acrylic Nail Brush Art Gold Sequin Shiny Handle Sizes #6-#16
New
**$7.84**
~~$11.20~~ 30% off
Free shipping
188 sold

## People who viewed this item also viewed







Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush
New
**$10.39**
Free shipping
Seller 100% positive

2x Silicone Handheld Face Scrubber Cleansing Brush Facial Skin Cleaner Massager
New
**$7.99**
Free shipping
10 watchers

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US
New
**$11.99**
Free shipping

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$15.98**
Free shipping

4 Pack Face Scrubber Soft Silicone Facial Cleansing Brush Face Exfoliator Scrub
New
**$6.09**
Free shipping
240 sold

Find more sponsored items

Feedback on our suggestions



2x Silicone Handheld Face Scrubber Cleansing Brush Facial Skin Cleaner Massager
New
$7.99
Free shipping
10 watchers



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$15.98
Free shipping



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US
New
$11.99
Free shipping



4 Pack Face Scrubber Soft Silicone Facial Cleansing Brush Face Exfoliator Scrub
New
$6.09
Free shipping
240 sold



Sonic Silicone Facial Cleansing Massager Brush - FREE Headband Free Shipping
New
$17.99
Free shipping
Seller 100% positive



ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
$13.99
Free shipping
22 sold



ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
$13.99
Free shipping
Seller 100% positive



SILICONE ELECTRIC FACE BRUSH Facial CEPILLO FACIAL Skin Cleaner
New
$9.99
Free shipping
Top Rated Plus
99 sold



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
$24.99
Free shipping
Seller 100% positive



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$7.50
+ shipping
Top Rated Plus
Seller 99% positive



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
$15.99
Free shipping
Seller 100% positive



Mini Sonic Facial Cleansing Brush Ultra-soft Brush Face Scrubber For Oily Skin
New
$23.74
$24.99 5% off
Free shipping
Top Rated Plus



Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner
New
$13.28
$13.98 5% off
Free shipping



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
$19.98
Free shipping
Seller 100% positive



5 in 1 Electric Facial Cleaner Cleansing Brush Washing Facial Cleansing Brushes
New
$5.99
$10.99 45% off
Free shipping



Face Scrubber Silicone Manual Exfoliator: Handheld Mini Facial Exfoliating Brush
New
$14.60
Free shipping
Seller 100% positive



Electric Facial Cleansing Waterproof Brush Cleaner Spa Massager For Face Care
New
$11.99
Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$19.96
$24.95 20% off
Free shipping



Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner US
New
$15.19
$15.99 5% off
Free shipping
6 watchers



Mini Sonic Facial Cleansing Brush Ultra-soft Brush Face Scrubber For Oily Skin
New
$23.74
$24.99 5% off
Top Rated Plus







USA Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner

New

**$15.35**

Free shipping

Ultrasonic Face Cleaner Brush Silicone Facial Cleansing Pore Blackhead Remove US

New

**$27.90**

Free shipping

Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager

New

**$15.99**

Free shipping

Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager

New

**$15.99**

Free shipping

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag

New

**$28.63**

Free shipping
Seller 99.4% positive

Back to home page | Return to top

More to explore : Facial Cleansing Brushes, Clinique Electric Facial Brush Facial Cleansing Devices, Unbranded Electric Facial Brush Facial Cleansing Devices, Noxzema Electric Facial Brush Facial Cleansing Devices, Panasonic Electric Facial Brush Facial Cleansing Devices, Silk'n Electric Facial Brush Facial Cleansing Devices, Mary Kay Electric Facial Brush Facial Cleansing Devices, Electric Facial Brushes, All Skin Types Electric Facial Brush Facial Cleansing Devices, Clarisonic Electric Facial Brushes

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ