# EXHIBIT 1
# (Part 7 of 11)



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# Kinseibeauty Store

KinseiBeauty

**100%** Positive feedback **265** Items sold **14** Followers

Contact Save Seller

**Category**

**All**

Face Care tool

Facial Cleansing Brush

**Condition**

New (4)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

All Listings (4)

Accepts Offers

Auction

Buy It Now (4)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 90211

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 90211

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

mini electric facial cleansing brush silicone sonic vibration cleaner fa ru

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

2 results for **mini electric facial...** Save this search

Shipping to: 90211

Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush

Brand New

**$9.71**

Buy It Now

Free shipping

from China

kinseibeauty4 (69) 100%

Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush

Brand New

**$10.39**

Buy It Now

Free shipping

from China

kinseibeauty4 (69) 100%

Tell us what you think

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

**Add new card**
VISA  Mastercard  American Express  Discover

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ **G Pay** Google Pay

## Ship to

▉▉▉▉▉
Miami, FL 33133-2709
United States
▉▉▉▉▉▉▉1
Change

## Review item and shipping

Seller: kinseibeauty4   Message to seller

Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush
color: blue
**$9.71**

Quantity
1

Delivery
Est. delivery: Mar 22 – Mar 27
SpeedPAK Standard
Free

## Gift cards, coupons, eBay Bucks

Enter code:    Apply

## Donate to charity (optional) ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

### Order summary

| | |
|---|---|
| Subtotal (1 item) | $9.71 |
| Shipping | Free |
| Tax* | $0.68 |
| **Order total** | **$10.39** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 243

Marketplace: eBay

Seller Name: lcmj2018au



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner

Condition: New
Item Type: A (Pink Battery Powered)
Quantity: 1    More than 10 available / 6 sold

Price: AU $13.99
Approximately US $9.47

- Buy It Now
- Add to cart
- Add to Watchlist

Breathe easy. Free shipping and returns.

People are checking this out. 7 have added this to their watchlist.

Shipping: Free Standard Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Guangzhou, China

Delivery: Estimated between Fri, May 12 and Wed, Jun 7
This item has an extended handling time and a delivery estimate greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
kcmj2018au (3038 ★)
97% positive feedback

- Save seller
- Contact seller
- Visit store
- See other items

Explore a related Store
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Shop now



## Similar sponsored items    See all >

5-1 Multifunction Electric Healthy Face Facial Cleansing Brush Skin Care Massage
New
$6.99
Free shipping
Top Rated Plus
27 sold

Silicone Electric Face Cleansing Brush Waterproof Facial Skin Cleaner Massager
New
$14.04
+ $2.70 shipping

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
$9.47
Free shipping

Electronic Silicone Cleansing Brush Face Sonic Vibration Deep Pore Clean Brush
New
$14.88
+ $2.02 shipping

Silicone Electric Face Cleansing Brush Waterproof Facial Skin Cleaner Massager
New
$14.04
+ $2.70 shipping

## Related sponsored items    See all >



| CeraVe SA Smoothing Cleanser 236ml | SK II Essential Travel Set: 4pcs Womens Skin Care | SK II Facial Treatment Gentle Cleanser 120g Womens Skin Care | Nu skin (Nuskin) 180°® Face Wash | Khadi Natural Pure Rose Water Skin Toner (2 X 210ml) Free Shipping |
|---|---|---|---|---|
| New | New | New | New | New |
| **$12.86** | **$52.86** | **$59.78** | **$50.75** | **$16.91** |
| + $12.18 shipping | $69.02 23% off | $77.61 23% off | + $23.65 shipping | Free shipping |
| Seller with a 100% positive feedback | + $5.38 shipping | + $5.38 shipping | Seller with a 100% positive feedback | |

---

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on Dec 06, 2022 18:17:43 PST View all revisions

eBay item number: **403816858808**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Main Purpose | Blackheads, Excessive Oil |
| Skin Type | All Skin Types | Size | Travel Size |
| Material | ABS, Silicone | MPN | Does not apply |
| Brand | LIARTY | Department | Unisex |
| Type | Facial Cleansing Brush | NOTE | battery not included for Type A |
| Body Area | Face, Nose | Power | 3W |

## Item description from the seller



Nail Dust Suction Colle...
Nail Dryers & UV/LED ...
Other Manicure Tools
Make Up Brush & Tools
Hair Care & Tools
Shaving & Hair Removal
    Women's Razors
    Waxing Supplies
    Epilators & Electrolysis
    Laser Hair Removal & I...
    Other Shaving & Hair ...
Sporting Goods
Home & Garden
    Kitchen, Dining & Bar
    Home Decor
    Greeting Cards & Party...
    Home Appliances
    Doorbells
    Bathroom Supplies
    Other
    Lamps
Crafts
Airbrushing Supplies
Jewellery & Watches
    Cleaners & Polish
Toys & Hobbies
    Games
Other



SAFE&SECURE
SHOPPING



100% SATISFACTION
GUARANTEED



FAST
SHIPPING

Power: 3W

Working current: <1A

Battery type: 1pcs AA battery

Gear: 1 gear

**Product Include**

1* Main machine (battery not included)

1* Box (Manual are printed on the box)

## Model B & Model C (Heating /charging)

**Specification**

Item type: Electric facial brush

Product material: ABS+Silicone

Voltage: 3.7V

Power: 3W

Working current: <1A

Battery content: Model B(200mAh), Model C(400mAh)

Charging time: About 2H (First charge: >5H)

Use time: About 2H

Gear: 9 gears

**Product Include**

1* Main machine

1* USB card

1* Manual

1* Box

**Model A:** AA battery(Not include) + Clean

**Model B:** Charging model + Clean

**Model C:** Charging model + Hot compress + Clean

## Feature

1. Two different styles are available. This product has high-frequency vibration, waterproof body, soft silicone brush and other functions, can 360 ° deep cleaning, to solve the problem of skin cleaning

2. High frequency vibration. 6,000 high-frequency vibrations per minute to remove dirt, clean the skin and wake up pores

3. Hot compress + Vibration design. 45 ℃ constant temperature hot compress, quickly open pores, deep clean skin, prevent blackheads and acne.

4.9-speed vibration frequency (charging and heating). Freely adjust the suitable frequency, relieve discomfort, and can meet various skin needs.

5. Silicone soft brush. Three different soft brushes are suitable for all skin types.

6. Waterproof body. The whole machine is waterproof, easy to deal with various humid environments, the whole body is sealed, and can be cleaned after use

## Instructions

**Method 1: Facial Cleansing**

1. Wash your face first

2. Pour the cleanser onto the brush head and moisten it well

3. Turn on hot compress, massage face to open the pores

4. Select gear

5. Aim the brush head to the palm, rub and lather for about 10s

6. Select the area to be cleaned

7. After cleaning, turn off and clean the device

**Method 2: Massage Treatment**

1. Wash your face first

2. Turn on, press the "M" key to turn on the heat compress mode

3. Hold the bottom close to the face and slide it to open the pores



5. Massage using the touch points on the back of the device to introduce nutrients to firm the skin

**Payment Policy**  Shipping Policy  Returns Policy  Contact Us

1 : All major credit cards are accepted through secure payment processor Payoneer

2 : Payment must be received within 5 business days of auction closing.

3 : We ship to your eBay address. Please make sure your eBay address is correct before you pay.

Copyright © 2021 Dianxiaomi

**DataCaciques**
ERP, Listing, Data, Cross Selling

## Business seller information

Value Added Tax Number:  DE 320717668
GB 277470963

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Seller pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.



### Lcmj2018au
97% Positive Feedback
22K items sold

Seller's other items
Contact
♡ Save seller

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

### Seller feedback (3,544)

⊖ 1***2 (41) • Past month

useless cant fit air line to it.

Airbrush Spray Gun Kit 0.4mm Nozzle Air Brush Cake Nail Tattoo Paint Art Tool (#403122264622)

⊕ 4***j (2748) • Past month

Thank You

Adjustable Nail Lacquer Shaker Mixer Pro Nail Gel Polish Shaking Machine LIARTY (#403944198137)

⊕ 8***6 (108) • Past month

Great seller!

7 Colors Photon LED Light Therapy PDT Machine Facial Body Skin Rejuvenation AU (#403718842579)

See all feedback

### Popular categories from this store   See all

Health Care   Health & Beauty   Tattoos & Body Art
False Nails & Nail Decals   Nail Art Accessories
Nail Care, Manicure & Pedicure   Make Up Brush & Tools
Hair Care & Tools   Shaving & Hair Removal

Influenced by recent sponsored views



**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus



**5 In 1 Face Brush Silicone Facial Electric Wash Face Machine Deep Cleaning Pore**
New
**$10.55**
$11.99 12% off
Free shipping
6 watchers



**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
**$15.69**
Free shipping
33 sold



**Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager**
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



**Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager**
New
**$7.49**
Free shipping

Explore related sponsored items



**5pcs/set Silicone Octopus Facial Cleansing Brush Acne Pore Cleaner Beauty Tools**
New
**$9.99**
Free shipping
42 sold



**5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa**
New
**$4.99**
Free shipping
27 sold



**Beuvy Deep Facial Cleansing Brush & Anti-Aging Massager.**
New
**$9.98**
Free shipping
Seller with a 99.1% positive feedback



**Electric Professional Facial Cleansing Brush Device Home Face Skin Pore Cleaner**
New
**$10.73**
$11.29 5% off
Free shipping



**Electric Facial Cleansing Brush Silicone Face Skin Massage Tool Waterproof**
New
**$14.63**
Free shipping
18 watchers

Related sponsored items



**Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore Clean.**
New
**$11.53**
Free shipping



**Silicone Electric Face Cleansing Brush Waterproof Facial Skin Cleaner Massager**
New
**$9.95**
+ $4.97 shipping
9 watchers



**Deep Cleansing Facial Vibration Facial Massage Electric Silicone Skin Cleaning B**
New
**$11.48**
Free shipping



**5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa**
New
**$4.99**
Free shipping
27 sold



**5pcs/set Silicone Octopus Facial Cleansing Brush Acne Pore Cleaner Beauty Tools**
New
**$9.99**
Free shipping
42 sold

People who viewed this item also viewed



**Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser**



**Silicone Electric Face Cleansing Brush Waterproof Facial Skin Cleaner Massager**



**Silicone Electric Face Cleansing Brush Waterproof Facial Skin Cleaning Massager**



**3 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager**



**Electronic Silicone Cleansing Brush Face Sonic Vibration Deep Pore Clean Brush**

New
**$15.00**
+ $0.50 shipping
Last one

**$14.04**
+ $2.70 shipping

**$13.24**
+ $2.70 shipping

**$15.56**
+ $16.92 shipping

**$14.88**
+ $2.02 shipping

$
Fr
Se

## Find more sponsored items

Feedback on our suggestions



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$9.47**
Free shipping



Silicone Electric Face Cleansing Brush Waterproof Facial Skin Cleaning Massager
**$13.53**
+ $2.70 shipping



Silicone Electric Face Cleansing Brush Waterproof Facial Skin Cleaner Massager
New
**$14.04**
+ $2.70 shipping



Silicone Electric Face Cleansing Brush Waterproof Facial Skin Cleaner Massager
New
**$14.04**
+ $2.70 shipping



Electronic Silicone Cleansing Brush Face Sonic Vibration Deep Pore Clean Brush
New
**$14.88**
+ $2.02 shipping



Electronic Silicone Cleansing Brush Face Sonic Vibration Deep Pore Clean Brush
New
**$14.88**
+ $2.02 shipping



Silicone Electric Face Cleansing Brush Waterproof Facial Skin Cleaning Massager
New
**$13.24**
+ $2.70 shipping



3 in 1 Electric Facial Cleansing Brush Set Waterproof Face Deep Cleaning Machine
New
**$18.06**
+ $2.70 shipping



Pore Cleaning Skin Care Waterproof Electric Facial Cleanser Brush (Pink)
New
**$13.12**
Free shipping



Sonic Facial Cleansing Brush
New
**$27.03**
+ $13.53 shipping



Electric for Cleansing Sonic Face Cleaning Spa Brush Massager Cleaner
New
**$15.81**
Free shipping



Electric for Cleansing Brush Face Scrubber Skin Pore Cleaner Easy to Use
New
**$42.44**
Free shipping
Seller with a 99.5% positive feedback



Xiaomi Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager
New
~~$38.49~~ 5% off
+ shipping



Facial Cleansing Brush Blackhead Remover Face Washing Machine Electric Silicone
New
~~$32.82~~ 5% off
+ shipping



Electric for Cleansing Brush Face Scrubber Skin Pore Cleaner Easy to Use
New
**$42.44**
Free shipping
Seller with a 99.5% positive feedback

---

Back to previous page                                                                                                 Return to top

More to explore : Normal Skin Electric Facial Brush Facial Cleansing Devices, Sensitive Skin Electric Facial Brush Facial Cleansing Devices, Dry Skin Electric Facial Brush Facial Cleansing Devices, Combination Skin Electric Facial Brush Facial Cleansing Devices, Oily Skin Electric Facial Brush Facial Cleansing Devices, All Skin Types Electric Facial Brush Facial Cleansing Devices, Unbranded Skin Facial Cleansing Brushes, Clinique Electric Facial Brush Facial Cleansing Devices, Facial Cleansing Brushes, Avon Electric Facial Brush Facial Cleansing Devices

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Save On Heart Meds Today





Support America's veterans.

AD  GoodRx          CHECK GOODRX

DONATE NOW



**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card
  VISA  [Mastercard]  [card]

● **PayPal**
  Current exchange rate: $1 = AU $1.42764
  **Change currency**

  **PayPal CREDIT**                              ⌄

○ [G Pay]  Google Pay

**Ship to**

▬▬▬▬▬▬
Boca Raton, FL 33433
United States
▬▬▬▬
Change

**Review item and shipping**

Seller: lcmj2018au    Message to seller

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
Item Type: A (Pink Battery Powered)
**AU $13.99**

Quantity
1  ⌄

**Delivery**
Est. delivery: May 12 – Jun 7
Standard Shipping from Greater China to worldwide
Free

**Gift cards, coupons, eBay Bucks**

Enter code:               Apply

---

Subtotal (1 item)            AU $13.99
Shipping                          Free
Tax*                          AU $0.98

**Order total**             AU $14.97
Order total in USD          **$10.49**

Current conversion rate: $1 = AU $1.42764

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



## Lcmj2018au

97% Positive feedback     22K Items sold     694 Followers

🔗 Share    💬 Contact    ♡ Save Seller

☰ Categories      Shop    About    Feedback          🔍 Search all 39 items

## About us

Focusing in R & D and manufacturing series of portable beauty equipment and nail equipment, healthy care,hair removal.Our main products include ultrasonic galvanic face instrument, EMS body slimming machine, RF wrinkle remover, Photon skin beauty device & skin cleansing brush ,hair removal machine and so on.

Location: China
Member since: Aug 22, 2018
Seller: lcmj2018au

Do you like our store experience?  👍  👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 245

Marketplace: eBay

Seller Name: leon_gill



ebay    Shop by category    Search for anything    All Categories    Search    Advanced

Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices    Share | Add to Watchlist



### Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink

Condition: New

Price: **$14.80**

[ Buy It Now ]

[ ♡ Add to Watchlist ]

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

**Ships from United States**    **Returns accepted**

Shipping: US $5.70 Standard Shipping. See details
Located in: Rockton, Illinois, United States

Delivery: Estimated between Sat, Mar 11 and Tue, Mar 14 to 33133 ⓘ

Returns: 14 day returns. Buyer pays for return shipping. See details

Coverage: Read item description or contact seller for details.
See all details
(Not eligible for eBay purchase protection programs)

**Seller information**
leon_gill (1378 ★)
100% Positive feedback

Save Seller
Contact seller
Visit store
See other items



**Shop related items**
113K items sold

lovelydeals2012    [ Visit store ]
In eBay Stores
Sponsored

$ Have one to sell?    [ Sell now ]

---

### Similar sponsored items

Feedback on our suggestions


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive


NEW Sonic Facial Cleansing Brush Massager 3-n-1 Rechargeable Silicone ~ H22
New
**$17.50**
+ $10.40 shipping
Seller 100% positive


New Therabody TheraFace PRO Facial Massager - Black
New
**$8.50**
10 bids
+ $10.00 shipping
Top Rated Plus
Seller 100% positive


Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold


Electric Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping

---

### Sponsored items customers also bought

Feedback on our suggestions


Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$23.67**
Free shipping
Seller 100% positive


CeraVe Hydrating Facial Cleanser For Normal To Dry Skin - 16oz.
New
**$19.99**
Free shipping
60 sold

Seller assumes all responsibility for this listing.

Last updated on Feb 26, 2023 19:32:23 PST  View all revisions

eBay item number: 165051987985

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Main Purpose: | Clogged Pores |
| Brand: | Sonic | Skin Type: | All Skin Types |
| Type: | Facial Massager | Battery Life: | 2 Hours |
| Power Source: | USB | Manufacturer Warranty: | None |
| Color: | Pink | Model: | Walgreens Facial Cleanser |
| Material: | Silicone | Features: | Waterproof |
| MPN: | Dose not apply | UPC: | 049022025769 |

## Item description from the seller

Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink.



### Megashianora5935

100% Positive Feedback
3.3K items sold

**Visit store**

**Contact**

#### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

#### Popular categories from this store  See all

Collectibles   Musical Instruments & Gear   Antiques

Clothing, Shoes & Accessories   Computers/Tablets & Networking   Toys & Hobbies

Video Games & Consoles   Dolls & Bears   Jewelry & Watches

#### Seller feedback (1,377)

⊕ i***2 (2216) · Past month

I love this! shipping was fast packaged well. thank you 😁 recommend this seller highly ⌂ love love love ❤️

ARIAT Youth Cowboy Boots Brown Leather Size 4 US (#165808770820)

⊕ m***b (862) · Past month

Wonderful! The necklace is exactly what I expected and the packaging for mailing was perfect. Thank you!

Silpada Sterling Silver Starlight CZ Flower Cord Necklace 16" (#165952602351)

⊕ 4***b (69) · Past month

As pictured

American Rag Women's Shoes,Open Toe,Casual Platform Sandals,Navy Blue Size 7M (#165805160584)

**See all feedback**

### Influenced by recent sponsored views







PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face

New

**$25.40**

Free shipping

New Sonic Facial Cleansing Brush Massager 3-n-1 Rechargeable Silicone ~ H22

New

**$17.50**

+ $10.40 shipping
Seller 100% positive

SILICONE ELECTRIC Facial Skin Cleaner Super Sonic CEPILLO FACIA FACE BRUSH

New

**$12.99**

+ shipping
Seller 99.7% positive

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.93**
~~$13.61~~ 5% off
Free shipping
6 watchers

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone

New

**$7.89**

Free shipping

## Explore related sponsored items



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$8.98**
~~$9.98~~ 10% off
Free shipping
Top Rated Plus



USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager

New

**$9.47**
~~$9.97~~ 5% off
Free shipping



Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

New

**$19.99**

Free shipping
Seller 100% positive



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$17.59**

Free shipping



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$9.99**

Free shipping
Seller 99.5% positive

## Related sponsored items



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping
Seller 100% positive



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$19.96**
~~$24.95~~ 20% off
Free shipping



Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

New

**$19.99**

Free shipping
Seller 100% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New

New

**$9.95**

Free shipping
74 sold



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$8.98**
~~$9.98~~ 10% off
Free shipping
Top Rated Plus

## People who viewed this item also viewed



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.25**
~~$12.89~~ 5% off
Free shipping



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$13.19**

Free shipping



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

New

**$7.39**

Free shipping
59 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.93**
~~$13.61~~ 5% off
Free shipping
6 watchers

## Find more sponsored items

Feedback on our suggestions





Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

$19.98

Free shipping
Seller 100% positive

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$12.93

$13.61 5% off
Free shipping
6 watchers

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New

New

$9.95

Free shipping
74 sold

Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use

New

$13.10

Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$13.19

Free shipping







Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

New

$7.39

Free shipping
59 sold

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$12.25

$12.89 5% off
Free shipping

Facial Cleansing Brush Sonic Vibration Mini Face Cleaner Electric Silicone Deep

New

$19.99

Free shipping
9 watchers

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

New

$10.99

Free shipping
Top Rated Plus

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$13.19

$28.16 53% off
Free shipping







Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

New

$10.99

Free shipping
10 watchers

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$13.39

$14.09 5% off
Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

$7.49

Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$12.85

$13.53 5% off
Free shipping

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

$12.19

Free shipping
21 sold







Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag

New

$23.67

Free shipping
Seller 100% positive

Facial Cleansing Brush Face Massager Electric: with Soft Silicone, Waterproof

New

$19.99

Free shipping
Buy 1, get 1 5% off

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

$9.00

+ shipping
Seller 100% positive

Facial Cleansing Brush Waterproof Silicone Rechargeable Electric Face Massager

New

$16.02

+ $3.64 shipping

2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager

New

$23.74

$24.99 5% off
Free shipping
Top Rated Plus




Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

New

$10.56

Silicone Electric Face Cleansing Massager Facial Washing Brush Scrubber Cleanser

New

$11.89

Facial Cleansing Brush, Sonic Silicone Face Scrubber, Face Vibrating Massager

New

$6.00

OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable

New

$32.99

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

$12.19




Free shipping
Seller 100% positive

Free shipping
**6 watchers**

+ shipping
Top Rated Plus
**5 watchers**

Free shipping
Seller 99.4% positive

Free shipping
**21 sold**

Back to home page

Return to top

More to explore :   Waterproof Face Massager Massagers,   Waterproof Face Massagers,   Waterproof Face Massage Roller Massagers,   Electric Facial Brushes,   Waterproof Electric Head Massager Massagers,
Clarisonic Electric Facial Brushes,   Silicone Hair Scalp Massage Brushes,   Facial Massagers,   Panasonic Electric Facial Brush Facial Cleansing Devices,   Waterproof Massage Wand Massagers

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# Megashianora5935

**100%** Positive feedback **3.3K** Items sold **66** Followers

Contact Save Seller

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Condition**

New (1)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

All Listings (1)

Accepts Offers

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 33133

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 33133

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

silicone facial cleanser brush face massager sonic electric waterproc ✕ ık

Buying Format | Condition | Shipping | Local | Best Match

1 result for **silicone facial clea...** Save this search Shipping to: 33133

Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink

Brand New

**$14.80**

Buy It Now

+$5.70 shipping

Tell us what you think

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

Add new card
VISA  Mastercard  AMEX  Discover

**PayPal**

**PayPal CREDIT**
Special financing available.
Apply now. See terms

G Pay  Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: leon_gill    Message to seller

Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink
**$14.80**
Quantity 1

**Delivery**
Est. delivery: Mar 11 – Mar 14
USPS First Class
$5.70

**Gift cards, coupons, eBay Bucks**

| Enter code: | Apply |
|---|---|

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 90 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| Subtotal (1 item) | $14.80 |
|---|---|
| Shipping | $5.70 |
| Tax* | $1.44 |
| **Order total** | **$21.94** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable taxes for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 246

Marketplace: eBay

Seller Name: linsh0p



**Facial Cleansing Brush Sonic Vibration Mini Face Cleaner Electric Silicone Deep**

Condition: New

Color: |

Quantity: 1    2 available / 13 sold

Price: **$19.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Returns accepted          9 watchers

Shipping: Free Economy Shipping from Greater China to worldwide. See details
Located in: Hong Kong, HK, Hong Kong

Delivery: 📦 Estimated between **Mon, Mar 27** and **Fri, May 12** ⓘ
Please note the delivery estimate is **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
linshOp (1386 ★)
99.2% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

---

**Similar sponsored items**    See all >



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
6 watchers



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
**$8.50**
6 bids
Free shipping
Seller 99.8% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
72 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping

---

**Sponsored items inspired by your views**    See all >

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.93**

~~$13.61~~ 5% off
Free shipping
**6 watchers**

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$13.19**

Free shipping

Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing

New

**$19.99**

Free shipping

Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore Cleaning

New

**$17.97**

~~$19.97~~ 10% off
Free shipping
Seller 99.2% positive

Kaws Sesame Street Plush Doll Ernie Bert Elmo Cookie Monster Big Bird 45cm

New

**$30.05**

Free shipping
**16 watchers**

---

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on Nov 28, 2022 09:01:28 PST View all revisions

eBay item number:  **293015583923**

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Model: | 175963 |
| Country/Region of Manufacture: | Hong Kong | Custom Bundle: | No |
| Main Purpose: | Acne | Material: | Acrylic |
| Power Source: | Electric | Type: | Electric Facial Brush |
| Size: | 78*56*34 | Features: | All Natural Ingredients |
| Gender: | Unisex | Modified Item: | No |
| MPN: | sny57486 | Battery Life: | 1 Hour |
| Ingredient: | Sonic Vibration | False Eyelash Craft: | Machine Made |
| Size Type: | Travel Size | Brand: | Unbranded |
| Manufacturer Warranty: | None | Skin Type: | All Skin Types |

## Item description from the seller

### Facial Cleansing Brush Sonic Vibration Mini Face Cleaner Electric Silicone Deep

**Specifications:**

Size:78*56*34
Material:Acrylic
Type:Face Washing Brush
False Eyelash Craft:Machine Made
Package Weight: 0.13kg (0.29lb.)
Package Size: 10cm X 10cm X 10cm (3.94in X 3.94in X 3.94in)





**LINSHOP**

99.2% Positive Feedback
11K Items sold

Visit store

Contact

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

### Popular categories from this store    See all

Video Games & Consoles     Stamps

### Seller feedback (1,634)

⊖ o***k (3786) • Past month

Item arrived damaged. Seller refused to issue refund - after product returned!!

Wall Plate Italy Fashion Line Cavalieri Plate Decorative Theme Variation Decor (#294002183722)

⊖ o***k (3786) • Past month

Part of order arrived damaged. Denied refund!!

Decorative Plate Hanging Ceramic Craft Home Furnishing Wall Decorative Italian (#293803059693)

⊕ n***z (467) • Past month

Thank you for the quick delivery 🌮😊👍.

Watch Band Strap Silicone Adjustable Replacement Sports For SKMEI1251 1025 1155 (#295007653197)

See all feedback

### Influenced by recent sponsored views



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.93**

$13.61 5% off
Free shipping
6 watchers



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$13.19**

Free shipping



Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing

New

**$19.99**

Free shipping



Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore Cleaning

New

**$17.97**

$19.97 10% off
Free shipping
Seller 99.2% positive



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

New

**$7.59**

Free shipping

### Related sponsored items



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New



Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore Cleaning

New



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New

New



Electric Face Cleansing Brush Silicone Sonic Vibration Facial Cleaning Brush

New



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

New

$19.98 $17.97 $9.95 $14.89 $19.98

Free shipping
Seller 100% positive

$19.97 10% off
Free shipping
Seller 99.2% positive

Free shipping
72 sold

Free shipping

Free shipping
Top Rated Plus
Seller 100% positive

## Explore related sponsored items







Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing
New
**$19.99**
Free shipping

Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore Cleaning
New
**$17.97**
$19.97 10% off
Free shipping
Seller 99.2% positive

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$7.50**
+ shipping
Top Rated Plus
Seller 99.1% positive

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$16.99**
Free shipping

USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
**$9.97**
Free shipping

## People who viewed this item also viewed







Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$12.25**
$12.89 5% off
Free shipping

Green Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore CT8
New
**$8.24**
Free shipping

Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore Clean.
New
**$10.15**
$10.68 5% off
Free shipping

4in1 Facial Cleansing Brush Sonic Vibration Mini Silicone Deep Pore Skin Cleaner
New
**$19.88**
Free shipping
Seller 100% positive

Facial Cleansing Brush Sonic Vibration Face Cleaner Pore Silicone Deep
New
**$12.35**
Free shipping

## Find more sponsored items

Feedback on our suggestions







Silicone Electric Facial Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive

Facial Cleansing Brush Sonic Vibration Mini Face Cleaner Electric Silicone Deep
New
**$19.99**
Free shipping
5 watchers

Facial Cleansing Brush Face Scrubber: Electric Sonic Vibration Face Brush for...
New
**$19.15**
Free shipping
Seller 100% positive

Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable
New
**$14.99**
Free shipping
Seller 99.5% positive

2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager
New
**$23.74**
$24.99 5% off
Free shipping
Top Rated Plus







Mini Electric Facial Cleansing Brush

Mini Electric Facial Cleansing Brush

Silicone Electric Facial Cleansing

Facial Cleansing Brush Ultrasonic

Silicone Electric Facial Cleansing

Silicone Face Cleaner Deep Pore
Clean
New
$22.00
Free shipping
Seller 100% positive

Silicone Face Cleaner Deep Pore
Clean
New
$22.00
Free shipping
Seller 100% positive

Brush Face Massage Vibration
Blackhead Remover
New
$9.99
Free shipping

Silicone Face Cleaner Deep Pore
Cleaning Skin
New
$21.38
Free shipping
Seller 99.5% positive

Brushes Vibration Face Massage
Deep Cleanser
New
$12.53
Free shipping

    

Mini Electric Facial Cleansing Brush
Silicone Sonic Face Pore Cleaner
Home Use
New
$13.10
Free shipping

Silicone Electric Face Cleansing
Brush Facial Skin Cleaner Cleaning
Massager
New
$12.19
Free shipping
21 sold

Electric Sonic Facial Cleansing Brush
Face Cleaning Tool Exfoliating Skin
Care
New
$22.55
$23.74 5% off
Free shipping
Top Rated Plus

Facial Cleansing Brush Sonic
Vibration Face Cleaner Pore Silicone
Deep
New
$12.35
Free shipping

Facial Cleansing Brush Sonic
Vibration Face Cleaner Pore Silicone
Deep
New
$12.35
Free shipping

    

Electric Silicone Facial Cleansing
Brush Face Skin Care Deep Cleaner
Massager US
New
$9.01
$9.59 6% off
Free shipping
29% off 9+ with coupon

Facial Cleansing Brush Sonic
Vibration Face Cleaner Silicone
Deep Pore Clean.
New
$10.40
$10.95 5% off
Free shipping

Electric Face Cleansing Brush Ultra
Sonic Facial Skin Cleaner Massager
Silicone
New
$7.85
Free shipping

Facial Cleansing Brush Sonic
Vibration Face Cleaner Pore
Cleansing Deep
New
$13.42
Free shipping

Mini Electric Facial Cleansing Brush
Silicone Sonic Face Pore Cleaner
Home Use
New
$13.10
Free shipping

    

Facial Cleansing Brush Sonic
Vibration Face Cleaner Silicone
Deep Pore Clean.
New
$10.15
$10.68 5% off
Free shipping

Facial Cleansing Brush Sonic
Vibration Mini Cleaner Silicone Deep
Pore Massager
New
$37.04
$38.99 5% off
Free shipping

Silicone Electric Facials Cleansing
Brush Vibration Face Massage Deep
Cleanser
New
$11.03
Free shipping

Facial Cleansing Brush Sonic
Vibration Mini Cleaner Silicone Deep
Pore Massager
New
$37.04
$38.99 5% off
Free shipping
Last one

Electric Facial Cleansing Brush
Silicone Sonic Face Cleaner Deep
Pore Cleaning
New
$20.99
Free shipping

---

Back to home page                                                                                                                                Return to top

More to explore : Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Vitagoods Electric Facial Brush Facial Cleansing Devices,
Unbranded Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Mary Kay Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,
Conair Electric Facial Brushes All Types Skin Facial Cleansing Devices,   Unbranded Skin Facial Cleansing Brushes,   Silicone-Free Deep Cleansing Shampoos

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# LINSH0P

**99.2%** Positive feedback **11K** Items sold **530** Followers

Contact Save Seller

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Brand**

**Type**

**Main Purpose**

**Battery Life**

**Condition**

New (2)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

All Listings (2)

Accepts Offers

Auction

Buy It Now (2)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 90211

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 90211

**Show only**

facial cleansing brush sonic vibration mini face cleaner electric silico

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **facial cleansing br...** Save this search

Shipping to: 90211

Facial Cleansing Brush Sonic Vibration Mini Face Cleaner Electric Silicone Deep

Brand New

**$19.99**

Buy It Now

Free shipping

from Hong Kong

**4+ watchers**

linsh0p (1,386) 99.2%

Tell us what you think

☐ Free Returns
☐ Returns Accepted
☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay  Checkout

How do you like our checkout? Give us feedback.

To add more items, go to cart.

**Pay with**

○ Add new card
VISA  Mastercard  AMEX  Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: linsh0p    Message to seller

Facial Cleansing Brush Sonic Vibration Mini Face Cleaner Electric
Silicone Deep
Color: 1
**$19.99**

Quantity
1

Delivery
Est. delivery: Mar 27 – May 12
Economy Shipping from Greater China to worldwide
Free

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio
engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity
no later than 30 days after the end of the month in which the donation is made. Donations are
non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if
the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None ▾

| | |
|---|---|
| Subtotal (1 item) | $19.99 |
| Shipping | Free |
| Tax* | $1.40 |

**Order total**          **$21.39**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 248

Marketplace: eBay

Seller Name: lowcost-10



ebay

Shop by category

Search for anything          All Categories          Search          Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Anti-Aging Products

Share | Add to Watchlist





## PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face

☆☆☆☆☆ Be the first to write a review

**Condition:** New other (see details)
"actual product is new. exterior/packaging might be damaged or missing original package . Comes with "...
Read more

**Price:** **$25.40**

**Buy It Now**

**Add to cart**

**Best Offer:**

**Make offer**

♡ Add to Watchlist

Free shipping and returns | Ships from United States

**Shipping:** Free 3-4 day shipping
Get it between Mon, Mar 13 and Tue, Mar 14 to 33133. See details
Located in: Brooklyn, New York, United States

**Returns:** 30 day returns. Seller pays for return shipping. See details

**Payments:** 

**PayPal CREDIT**
Special financing available. See terms and apply now

 Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information
lowcost-10 (7034 ⭐)
99% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

  

**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored          **Shop now**

---

## Similar sponsored items

Feedback on our suggestions



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$7.59**
$7.99 5% off
Free shipping
9 watchers



USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
**$9.47**
$9.97 5% off
Free shipping



Isdin Essential Cleansing Oil Based Cleanser 200ml 6.76oz
New
**$16.00**
0 bids
+ $12.00 shipping
Seller 100% positive



Sonic Facial Cleansing Brush Waterproof Silicone Mini Face Clean Brush Massager
New
**$8.82**
Free shipping



SOOCAS Sonic Facial Cleansing Brush Face Scrubber Fit With 1/3/5 Electric
New
**$9.29**
Free shipping

---

## Sponsored items inspired by your views

Feedback on our suggestions



NEW Sonic Facial Cleansing Brush Massager 3-in-1 Rechargeable



SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO



SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating



Sonic Face. Scrubber,silicone Facial Cleaning Brush USB

| Silicone - Fizz | FACIA FACE BRUSH | LINES DEEP CLEAN ACNE | Massager | Rechargable,for face EXF | M |
|---|---|---|---|---|---|
| New | New | New | New | New | Ne |
| **$17.50** | **$12.99** | **$16.31** | **$6.00** | **$15.00** | **$** |
| + $10.40 shipping | + $5.85 shipping | ~~$21.75~~ 25% off | + $5.85 shipping | Free shipping | + $ |
| Seller 100% positive | Seller 99.7% positive | Free shipping | | **Last one** | |
| | | Seller 100% positive | | | |

---

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on Apr 16, 2022 20:35:05 PDT  View all revisions

eBay item number: 383423078612

## Item specifics

| Condition: | New other (see details): ⓘ | | |
|---|---|---|---|
| Seller Notes: | "actual product is new. exterior/packaging might be damaged or missing original package . Comes with a 30-day warranty." | | |
| Brand: | PleasingCare | MPN: | Does not apply |
| Type: | Does not apply | Color: | pink |
| Style: | BEAUTY | UPC: | 701980443749 |
| ISBN: | Does not apply | EAN: | Does not apply |

## Item description from the seller

### PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face



A silicone facial brush can fit for all type skin that channels both T-sonic pulsations for deep yet gentle cleansing, and lower-frequency pulsations to reduce the signs of aging. You'll see the effect takes just 2 minutes each morning and night in a few days.

**1. All Face skincare just in a single rechargeable silicone brush**
Brings multiple beauty benefits
Offers a healthier-looking complexion
Delivers deep and gentle cleansing
Helps to leave skin looking clean and feeling soft
Leaves the face feeling fresh and invigorated
Helps reduce the appearance of fine lines and wrinkles

**2. Long-term value, with Smart, sophisticated design**
Yields approx. 450 uses
No replacement brushes required lifetime
Easy-to-use 3-button interface, 100% waterproof and nonporous

**3. Soft, rounded silicone touch-points make everywhere on face cleaned**
Non-abrasive organic silicone cleanses so effectively, yet gently
The touch-points at the top of the brush allow targeted cleansing around your nose, ears or even hairline
Other additional waves of thicker touch-points allow for stronger cleansing of oily patches
Non-porous natural silicone helps keep the device always clean

**4. Special Anti-aging mode**
After the cleansing, you can use the low-frequency pulsations focus on wrinkle-prone areas.
This can help diminish the appearance of fine lines and wrinkles, gently dislodges skin-dulling dry cells to make skin glossy and white.

**5. T-Sonic cleansing technology**
Channels thousands of pulsations per minute
A curved surface of concentric waves channels sonic pulses
Adjustable pulsation intensity

| Features | Details |
|---|---|
| • Easy-to-use 3-button interface, convenient and easy-to-carry everywhere. | • Product Dimensions: x x inches |
| • 100% organic silicone touch points make face washing more safe and clean. | • Item Weight: 0.6 pounds |
| • Remove makeup impurities, all-round clean brings a fresh and radiant skin. | • Shipping Weight: 0.6 pounds |
| • Bring firmer skin and facial rejuvenation, help to improve the absorption of skincare products. | • Item color: Blue |
| • Kindly note that our authentic brush comes with a unique PleasingCare headband and velvet bag , or else are just cheap quality fake items. | |

| Fast and Free Shipping | Competitive Pricing | 30-day Money Back Guaranty |
|---|---|---|
| You're already purchasing the item. Why pay additional for shipping, especially slow shipping? We get your order shipped out within 1 business | With our dynamic pricing model, our prices are always competitive. Our prices are some of the lowest that you will find on the internet. Rest | We are committed to making sure that you leave this transaction satisfied. If you're unhappy with the product for any reason, you may return it back for |

day and delivered to your doorstep as quickly as possible.

assured that you're getting a good deal when purchasing with us.

your money-back or a replacement within 30 days. No questions asked!



## lowcost-10

99% Positive Feedback
28K Items sold

**Visit store**

Contact

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (7,243)

l***d (256) • Past month

Great deal. Fast Shipping.

Outerstuff NHL Dallas Stars Boys Youth Todays Highlights Fleece Hoodie, Large/... (#384110707692)

l***x (1815) • Past month

aok

Conair Pro Powerful Haircut Kit, 20pcs HC225TR (#385187917212)

I***a (1169) • Past month

This was wayyy smaller tgan pictured tho

Mixpresso Pour Over Coffee Maker Glass Carafe Borosilicate White Real Wood (#384552127106)

See all feedback

## Influenced by recent sponsored views



NEW Sonic Facial Cleansing Brush Massager 3-n-1 Rechargeable Silicone ~ H22

New

**$17.50**

+ $10.40 shipping
Seller 100% positive



SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO FACIA FACE BRUSH

New

**$12.99**

+ shipping
Seller 99.7% positive



SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE LINES DEEP CLEAN ACNE

New

**$16.31**

$21.75 25% off
Free shipping
Seller 100% positive



Bellus by R.O.K Silicone Facial Cleansing Brush - 3 in 1 Heat & Cold Massagers

New

**$26.99**

+ $5.00 shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.25**

$12.89 5% off
Free shipping

☆☆☆☆☆

No ratings or reviews yet

Be the first to write a review.

## Explore related sponsored items

   






Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
~~$13.61~~ 5% off
Free shipping
6 watchers

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ shipping
🔵 Top Rated Plus
5 watchers

Rechargeable Electric Facial Cleansing Brush Silicone Face Sonic Cleanser - Blue
New
**$6.00**
+ shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.25**
~~$12.89~~ 5% off
Free shipping

Fa
Si
Re
Ne
$

## Sponsored Items from Top Rated Sellers
Feedback on our suggestions







FOREO LUNA mini Silicone Face Brush with Facial Cleansing for All Skin Types
Pre-owned
**$36.34**
Free shipping
Last one

SKINFUN IPX7 Waterproof Facial Cleansing Brush Body and Face Scrubber Skin Mic..
New
**$15.52**
Free shipping

SKINFUN IPX7 Waterproof Facial Cleansing Brush Body and Face Scrubber Skin Mic..
New
**$22.49**
Free shipping
Last one

boscia Purifying Cleansing Gel - Face Skincare - Tea Tree - 150ml 5oz
New
**$10.00**
Free shipping
Seller 99.6% positive

Facial Advanced Cleansing System 5-in-1 Facial Brush+Massager+Epilator+Lady...
New
**$18.74**
Free shipping

Q
To
Ne
$
Fr
Se

## People who viewed this item also viewed







Silicone Electric Waterproof Facial Cleansing, Massage Brush for All Skin Type
New
**$25.00**
Free shipping
Seller 100% positive

Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face
New
**$10.40**
~~$11.30~~ 8% off
Free shipping
Seller 100% positive

Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating Scrubber
New
**$17.93**
Free shipping
🔵 Top Rated Plus
8 watchers

Self Care Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable
New
**$12.29**
Free shipping

5-1 Multifunction Electronic Face Facial Cleansing Brush Spa Skin Care massage
New
**$10.88**
Free shipping

Fa
Hi
Re
Ne
$
Fr

## Find more sponsored items
Feedback on our suggestions







Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating Scrubber
New
**$17.93**
Free shipping
🔵 Top Rated Plus
8 watchers

Facial Cleansing Brush Silicone Handheld Face Brush And Massager Shaped
New
**$7.53**
Free shipping

Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating Scrubber
New
**$19.53**
+ $1.00 shipping
🔵 Top Rated Plus

Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face
New
**$10.40**
~~$11.30~~ 8% off
Free shipping
Seller 100% positive

Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating Scrubber
New
**$21.69**
Free shipping
🔵 Top Rated Plus
Seller 99% positive



**Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating Scrubber**
New
**$17.93**
Free shipping
Top Rated Plus
Seller 99% positive



**Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating Scrubber**
New
**$21.69**
Free shipping
Top Rated Plus



**Electric Facial Cleansing Brush Face Body Exfoliator Waterproof Massage 7 Heads**
New
**$13.88**
Free shipping
128 sold



**5-1 Multifunction Electronic Face Facial Cleansing Brush Spa Skin Care massage**
New
**$5.99**
Free shipping
32 sold



**Sonic Facial Cleansing Brush Red Blue Green Photon Therapy Hot Compress**
New
**$20.89**
Free shipping



**360° Automatic Wireless Electric Sonic Toothbrush Teeth Brush Upgrade Whitening**
New
**$22.41**
Free shipping
Top Rated Plus
Seller 99% positive



**360° Automatic Wireless Electric Sonic Toothbrush Teeth Brush Upgrade Whitening**
New
**$22.41**
Free shipping
Top Rated Plus



**4 in 1 Electric Facial Cleansing Brush Blackhead Cleaner Face Skin Care Massager**
New
**$28.15**
$29.63 5% off
Free shipping



**4 in 1 Electric Facial Cleansing Brush Blackhead Cleaner Face Skin Care Massager**
New
**$28.15**
$29.63 5% off
Free shipping



**Self Care Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable**
New
**$12.29**
Free shipping



**PMD Clean - Smart Facial Cleansing Device Silicone Vibrating Brush Blush Pink**
New
**$29.99**
+ shipping
Seller 99.9% positive



**Hair Tweezers Electric Facial Cleansing Brush, Waterproof Hanging Silicone Face**
New
**$12.52**
Free shipping



**Hair Tweezers Electric Facial Cleansing Brush, Waterproof Hanging Silicone Face**
New
**$12.52**
Free shipping



**Self Care Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable**
New
**$12.29**
Free shipping



**Facial Skin Cleansing Brush Skin Scrubber Blackhead Remover Facial Pore Cleanser**
New
**$28.68**
Free shipping



**Neck Anti Wrinkle Face Lifting Device+Mini Electric Facial Cleansing Brush**
New
**$32.60**
Free shipping



**Facial Cleansing Brush Gentle Exfoliating and Massaging Face Exfoliator**
New
**$17.63**
$18.96 7% off
Free shipping
5% off 3+ with coupon



**Facial Cleansing Brush Silicone Handheld Face Brush And Massager Shaped**
New
**$7.88**
Free shipping



**Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face**
New
**$10.40**
$11.30 8% off
Free shipping
Seller 100% positive



**Facial Skin Cleansing Brush Skin Scrubber Blackhead Remover Facial Pore Cleanser**
New
**$28.68**
Free shipping

More to explore :  Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Vitagoods Electric Facial Brush Facial Cleansing Devices,   Unbranded Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Panasonic Electric Facial Brush Facial Cleansing Devices,   Avon Electric Facial Brush Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices,   Sonic Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay

Shop by category

Search for anything

All Categories

Search

Advanced

Include description

## lowcost-10

99% Positive feedback    28K Items sold    618 Followers

Contact    Save Seller

### Category

All

Health & Beauty

Anti-Aging Products

### Condition

New (1)

See all

### Price

$ Min  to  $ Max

Available inventory

$0          $1000

See all

### Buying Format

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

### Item Location

Default

Within

Radius 25 mi  of

Zip code 33133

US Only

North America

Worldwide

### Shipping Options

Free Shipping

### Local Pickup

Free Local Pickup

Within

Radius 25 mi  of

Zip code 33133

### Show only

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

pleasingcare silicone sonic facial cleansing brush, rechargeable elec  ✕  'a

Buying Format    Condition    Shipping    Local

Best Match

1 result for pleasing care silic...    Save this search

Shipping to: 33133

**PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face**
New other (see details)

**$25.40**
or Best Offer
Free 4 day shipping
Free returns

Tell us what you think

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA  MasterCard  Amex  Discover

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████
Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: lowcost-10   Message to seller

PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face
**$25.40**
Quantity 1

**Delivery**
Free 3-4 day shipping
Get it by Mar 13 – Mar 14
USPS First Class

**Gift cards, coupons, eBay Bucks**

[ Enter code: ]  Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount  [ None ▼ ]

Subtotal (1 item)  $25.40
Shipping  Free
Tax*  $1.78

**Order total  $27.18**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



eBay | Shop by category | Search for anything | All Categories | Search | Advanced

Daily Deals  Brand Outlet  Help & Contact          Sell  Watchlist ⌄  My eBay ⌄  🔔  🛒

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Anti-Aging Products

Share | Add to Watchlist



  

### PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face

☆☆☆☆☆ · Be the first to write a review

**Condition:** New other (see details)

"*actual product is new. exterior/packaging might be damaged or missing original package . Comes with* "...
Read more

**Price:** **$25.40**

**Buy It Now**

**Add to cart**

**Best Offer:**  **Make offer**

♡ Add to Watchlist

🚲 **Breathe easy.** Free shipping and returns.

🚲 **Fast and reliable.** Ships from United States.

**Shipping:** Free 2-3 day shipping
Get it between Wed, Apr 26 and Thu, Apr 27. See details
Located in: Brooklyn, New York, United States

**Returns:** 30 day returns. Seller pays for return shipping. See details

**Payments:** PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
lowcost-10 (7172 ★)
99.1% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Visit store**

💲 Have one to sell? **Sell now**

---

### Similar sponsored items    See all ›

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$15.69**
Free shipping
33 sold



Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New
**$14.98**
$16.31 7% off
+ $1.23 shipping
7 watchers



Elemis Pro-collagen Cleansing Balm - 3.05 oz
New
**$30.00**
0 bids
+ shipping
Seller with a 100% positive feedback



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$7.99**
Free shipping
11 watchers



Women Sonic Facial Cleansing Brush Silicone Face Skin Massager Skin Care
New
**$13.79**
Free shipping
5 watchers

5-...
Ne...
$
Fr...
27

---

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions

    

| Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Messag | Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean | Facial Electric Silicone Cleansing Brush Exfoliator Rechargeable Face Scrubber | Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable | Electric Facial Cleansing Brush Silicone Vibration Massager Blackhead Remover | Ul Si M |
|---|---|---|---|---|---|
| New | New | New | New | New | Ne |
| $24.74 | $18.44 | $24.99 | $24.99 | $35.99 | $ |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Fr |
| Last one | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Se |

---

**About this item**   **Shipping, returns & payments**                                        Report this item

Seller assumes all responsibility for this listing.                                    eBay item number:  383423078612

Last updated on Apr 16, 2022 20:35:05 PDT  View all revisions

## Item specifics

| Condition | New other (see details) ⓘ | | |
|---|---|---|---|
| Seller Notes | "actual product is new. exterior/packaging might be damaged or missing original package . Comes with a 30-day warranty." | | |
| Brand | PleasingCare | MPN | Does not apply |
| Type | Does not apply | Color | pink |
| Style | BEAUTY | UPC | 701980443749 |
| ISBN | Does not apply | EAN | Does not apply |

## Item description from the seller

### PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face

A silicone facial brush can fit for all type skin that channels both T-sonic pulsations for deep yet gentle cleansing, and lower-frequency pulsations to reduce the signs of aging. You'll see the effect takes just 2 minutes each morning and night in a few days.



**1. All Face skincare just in a single rechargeable silicone brush**
Brings multiple beauty benefits
Offers a healthier-looking complexion
Delivers deep and gentle cleansing
Helps to leave skin looking clean and feeling soft
Leaves the face feeling fresh and invigorated
Helps reduce the appearance of fine lines and wrinkles

**2. Long-term value, with Smart, sophisticated design**
Yields approx. 450 uses
No replacement brushes required lifetime
Easy-to-use 3-button interface, 100% waterproof and nonporous

**3. Soft, rounded silicone touch-points make everywhere on face cleaned**
Non-abrasive organic silicone cleanses so effectively, yet gently
The touch-points at the top of the brush allow targeted cleansing around your nose, ears or even hairline
Other additional waves of thicker touch-points allow for stronger cleansing of oily patches
Non-porous natural silicone helps keep the device always clean

**4. Special Anti-aging mode**
After the cleansing, you can use the low-frequency pulsations focus on wrinkle-prone areas.
This can help diminish the appearance of fine lines and wrinkles, gently dislodges skin-dulling dry cells to make skin glossy and white.

**5. T-Sonic cleansing technology**
Channels thousands of pulsations per minute
A curved surface of concentric waves channels sonic pulses
Adjustable pulsation intensity

| Features |
|---|
| • Easy-to-use 3-button interface, convenient and easy-to-carry everywhere. |
| • 100% organic silicone touch points make face washing more safe and clean. |
| • Remove makeup impurities, all-round clean brings a fresh and radiant skin. |
| • Bring firmer skin and facial rejuvenation, help to improve the absorption of skincare products. |
| • Kindly note that our authentic brush comes with a unique PleasingCare headband and velvet bag , or else are just cheap quality fake items. |

| Details |
|---|
| • Product Dimensions: x x inches |
| • Item Weight: 0.6 pounds |
| • Shipping Weight: 0.6 pounds |
| • Item color: Blue |

| Fast and Free Shipping | Competitive Pricing | 30-day Money Back Guaranty |
|---|---|---|
| You're already purchasing the item. Why pay additional for shipping, especially slow shipping? We get your order shipped out within 1-business day and delivered | With our dynamic pricing model, our prices are always competitive. Our prices are some of the lowest that you will find on the internet. Rest assured that you're getting | We are committed to making sure that you leave this transaction satisfied. If you're unhappy with the product for any reason, you may return it back for your money- |

to your doorstep as quickly as possible.

a good deal when purchasing with us

can for a replacement within 14 days. No questions asked!



### lowcost-10

99.1% Positive Feedback
29K Items sold



Visit store

Contact

♡ Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Seller feedback** (7,391)

➕ d***y (180) • Past month

Fast Shipping. Good packaging. Great Seller. A+++

NCAA Zephyr Indiana Hoosiers Womens Vogue Relaxed Hat, Adjustable, White/Team (#384113488640)

➕ n***y (259) • Past month

Exactly as described. Excellent and prompt experience.

Aluminum Crutches Adjustable Adult Tall Capacity 260LB 5' 10"-6' 6"(sold as (#384727292541)

➕ y***y (239) • Past month

Haven't actually written in the rain yet, but it's a very smooth writer and my new favorite pen. Thanks!

Rite in the Rain Weatherproof Black Metal Tactical Clicker Pen - Blue Ink (No. (#384901229947)

See all feedback

### Influenced by recent sponsored views







| Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag | Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face | Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner | Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser | 5 in 1 Electric Facial Cleanser Wash Face Beauty Cleansing Massager Machine Home |
|---|---|---|---|---|
| New | New | New | New | New |
| $24.74 | $8.51 | $7.99 | $15.00 | $6.99 |
| Free shipping | Free shipping | Free shipping | + $0.50 shipping | ~~$12.99~~ 46% off |
| Last one | | 11 watchers | Last one | Free shipping |
| | | | | Seller with a 99% positive feedback |



★ ★ ★ ★ ★
No ratings or reviews yet

Be the first to write a review.

### Explore related sponsored items






Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$15.69**

Free shipping

33 sold

Facial Cleansing Brush, Silicone Electric Massage Brush, Rechargeable

New

**$10.99**

Free shipping

Seller with a 100% positive feedback

3D Sonic Facial Cleansing Brush Skin Rechargeable Waterproof Electric Face Body

New

**$11.99**

Free shipping

196 sold

Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

New

**$19.99**

Free shipping

Seller with a 100% positive feedback

Facial Cleansing Brush Waterproof Silicone Rechargeable Electric Face Massager

New

**$16.24**

+ $3.69 shipping

## Related sponsored items







Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

New

**$24.99**

Free shipping

Seller with a 100% positive feedback

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

New

**$19.98**

Free shipping

Top Rated Plus

Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping

Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable

New

**$24.99**

Free shipping

Seller with a 100% positive feedback

Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

New

**$19.99**

## People who viewed this item also viewed







Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face

New

**$11.30**

Free shipping

Electric Facial Cleansing Brush Face Body Exfoliator Waterproof Massage 7 Heads

New

**$13.88**

Free shipping

129 sold

Silicone Electric Waterproof Facial Cleansing, Massage Brush for All Skin Type

New

**$25.00**

Free shipping

Seller with a 100% positive feedback

5-1 Multifunction Electronic Face Facial Cleansing Brush Spa Skin Care massage

New

**$12.99**

Free shipping

32 sold

Sonic Facial Cleansing Brush Red Blue Green Photon Therapy Hot Compress

New

**$20.89**

Free shipping

## Find more sponsored items

Feedback on our suggestions







Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face

New

**$11.30**

Free shipping

Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face

New

**$11.30**

Free shipping

Electric Facial Cleansing Brush Face Body Exfoliator Waterproof Massage 7 Heads

New

**$13.88**

Free shipping

129 sold

Electric Face Cleansing Brush Ultrasonic+ Phototherapy Heat Massage Vibration

New

**$25.95**

+ $3.00 shipping

Seller with a 99.5% positive feedback

Facial Cleansing Brush Silicone Handheld Face Brush And Massager Shaped

New

**$4.59**

$4.94 7% off



5-1 Multifunction Electronic Face
Facial Cleansing Brush Spa Skin
Care massage
New
**$12.99**
Free shipping
32 sold



5-1 Multifunction Electronic Facial
Cleansing Face Massage Brush Skin
Care Spa
New
**$4.99**
Free shipping
27 sold



Sonic Facial Cleansing Brush Red
Blue Green Photon Therapy Hot
Compress
New
**$20.89**
Free shipping



Facial Body Cleansing Brush 3-in-1
Waterproof Electric Face Exfoliating
Scrubber
New
**$21.69**
Free shipping
🔵 Top Rated Plus



Self Care Facial Cleansing Brush,
Waterproof Hanging Silicone Face
Rechargeable
New
**$11.68**
$12.29 5% off
Free shipping



4 in 1 Electric Facial Cleansing Brush
Blackhead Cleaner Face Skin Care
Massager
New
**$28.15**
$29.63 5% off
Free shipping



Self Care Facial Cleansing Brush,
Waterproof Hanging Silicone Face
Rechargeable
New
**$11.68**
$12.29 5% off
Free shipping



4 in 1 Electric Facial Cleansing Brush
Blackhead Cleaner Face Skin Care
Massager
New
**$28.15**
$29.63 5% off
Free shipping



Hair Tweezers Electric Facial
Cleansing Brush, Waterproof
Hanging Silicone Face
New
**$11.52**
$12.52 8% off
Free shipping



Mini Facial Cleansing Brush IPX5
Waterproof Electric Spin Facial Brush
New
**$20.63**
Free shipping



Neck Anti Wrinkle Face Lifting
Device+Mini Electric Facial
Cleansing Brush
New
**$32.60**
Free shipping



Hair Tweezers Electric Facial
Cleansing Brush, Waterproof
Hanging Silicone Face
New
**$11.52**
$12.52 8% off
Free shipping



Facial Cleansing Brush, Waterproof
Hanging Silicone Face
Rechargeable Fashion
New
**$10.73**
Free shipping



Self Care Facial Cleansing Brush,
Waterproof Hanging Silicone Face
Rechargeable
New
**$12.39**
$13.18 6% off
Free shipping



Mini Facial Cleansing Brush IPX5
Waterproof Electric Spin Facial Brush
New
**$18.91**
Free shipping



Self Care Facial Cleansing Brush,
Waterproof Hanging Silicone Face
Rechargeable
New
**$12.39**
$13.18 6% off
Free shipping



Facial Cleansing Brush, Waterproof
Hanging Silicone Face
Rechargeable Fashion
New
**$10.73**
Free shipping



Facial Cleansing Brush Silicone
Handheld Face Brush And Massager
Shaped
New
**$8.40**
Free shipping



Facial Roller Massager Cleansing
Derma Skin Scrubber & Brush
Blackhead Remover
New
**$12.99**
Free shipping

Professional Electric Facial
Cleansing Brush Device Household
Face Skin Pore
New
**$12.09**
Free shipping

---

More to explore :  Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Unbranded Electric Facial Brush Facial Cleansing Devices,   Vitagoods Electric Facial Brush Facial Cleansing Devices,   Panasonic Electric Facial Brush Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices,   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Combination Skin Electric Facial Brush Facial Cleansing Devices,   Sonic Facial Cleansing Devices

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  Mastercard  American Express  Discover

● PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

[redacted]
Palm Beach, FL 33480
United States
[redacted]
Change

**Review item and shipping**

Seller: lowcost-10    Message to seller

PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face
**$25.40**
Quantity 1

**Delivery**
Free 3-4 day shipping
Get it by Apr 27 – Apr 28
USPS First Class

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

**Order summary**

Subtotal (1 item)     $25.40
Shipping              Free
Tax*                  $1.78

**Order total          $27.18**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# lowcost-10

**99.1%** Positive feedback **29K** Items sold **646** Followers

Contact Save Seller

**Category**

**All**

Health & Beauty

Anti-Aging Products

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

pleasingcare silicone sonic facial cleansing brush, rechargeable elec 'a

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **pleasingcare silic...** Save this search

Shipping to: 10025

PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face

New other (see details)

**$25.40**

or Best Offer

**Free 3 day shipping**

Free returns

lowcost-10 (7,172) 99.1%

Tell us what you think

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 249

Marketplace: eBay

Seller Name: luckylemonmarket

 

Sell   Watchlist   My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

Pay over time with PayPal Credit
Get 5.99% APR with 12 or 24 Easy Payments on eBay.
Ends 5/1, 11:59pm PT. Min. purchase required.
See terms



### Lucky Lemon 3-in-1 Soft Silicone Facial Cleansing Brush, Waterproof Electric Vib

19.99

Condition: **New**

Quantity: [1]   More than 10 available / 2 sold

Price: **$19.99**

**Buy It Now**

**Add to cart**

Best Offer:   **Make offer**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments:    MasterCard  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more



Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
luckylemonmarket (0)

♡ Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
115K items sold

lovelydeals2012   **Shop now**
In eBay Stores
Sponsored

$ Have one to sell?   **Sell now**

---

## Similar sponsored items          See all ›

Feedback on our suggestions



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.51 5% off
Free shipping
9 watchers



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
$10.95
Free shipping
41 sold



NEW Shiseido Bio-Performance Advanced Super Revitalizing Facial Cream 1.7 oz NIB
New
$20.50
7 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massag
New
$25.41
Free shipping
Last one



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback

---

## Sponsored items inspired by your views          See all ›

Feedback on our suggestions

 

Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers

Silicone Facial Cleansing Brush
Massage Electric Rechargeable
Exfoliate Clean
New
**$10.95**
Free shipping
41 sold

---

**About this item**    Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Mar 15, 2023 13:02:55 PDT  View all revisions

eBay item number: 134489889678

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Number of Speeds | 3 |
| Features | Compact, Hypoallergenic, Lightweight, Rechargeable, Travel-Friendly, Waterproof | Manufacturer Warranty | 1 Year |
| Power Source | Battery | Country/Region of Manufacture | United States |
| Material | Silicone | Skin Type | All Skin Types |
| Main Purpose | Acne, Blackheads, Clogged Pores, Excessive Oil, Wrinkles | Brand | lucky lemon |
| Battery Life | 6 Hours | Color | Blue |
| Type | Electric Facial Brush | | |

## Item description from the seller

Deep cleanse your pores while improving acne with the ease and comfortability of this facial cleansing brush.
Can be used in the shower and bath.

- ✅ Deep cleanse
- ✅ Makeup remover
- ✅ Gentle exfoliating & massaging
- ✅ Increase collagen & boost circulation

---



**Lucky Lemon LLC**
2 items sold

Visit store

Contact

♡ Save seller

---

Influenced by recent sponsored views











Silicone Electric Face Cleansing
Brush Ultra Sonic Facial Skin
Cleaner Massager

Women Sonic Facial Cleansing
Brush Silicone Face Skin Massager
Skin Care

5 in 1 Deep Clean Face Skin Electric
Facial Cleaner Care Brush
Massager Scrubber

Electric facial Cleansing Brush
Silicone Ultrasonic Facial Pore
Cleaning Tool

Ultrasonic Cleaner Brush Electric
Cleansing Brush 3 in 1 Face Washer
D9B8

| | | | | |
|---|---|---|---|---|
| **$15.69**<br>New<br>Free shipping<br>33 sold | **$13.79**<br>New<br>Free shipping<br>5 watchers | **$6.99**<br>New<br>$12.99 46% off<br>Free shipping<br>55 sold | **$27.36**<br>New<br>$30.40 10% off<br>Free shipping<br>Seller with a 99% feedback | **$14.77**<br>New<br>$16.23 9% off<br>+ $0.47 shipping |

## Explore related sponsored items

    

| | | | | |
|---|---|---|---|---|
| Electric Facial Deep Cleansing Brush Soft Silicone Massager Skin Exfoliation | 3 in 1 Electric Facial Cleansing Brush Set Waterproof Face Deep Cleaning Machine | 3 in 1 Electric Facial Cleansing Brush Set Waterproof Face Deep Cleaning Machine | Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager |
| New | New | New | New | New |
| **$15.68** | **$16.91** | **$20.98** | **$11.30** | **$15.69** |
| Free shipping | Free shipping<br>5 watchers | $22.32 6% off<br>+ $2.22 shipping<br>Seller with a 991% positive feedback | Free shipping | Free shipping<br>33 sold |

## Related sponsored items

    

| | | | | |
|---|---|---|---|---|
| Electric Facial Deep Cleansing Brush Soft Silicone Massager Skin Exfoliation | Self Care Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable | Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B | Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager |
| New | New | New | New | New |
| **$15.68** | **$12.39** | **$13.95** | **$19.98** | **$15.69** |
| Free shipping | $13.18 6% off<br>Free shipping | Free shipping<br>Seller with a 99.9% positive feedback | Free shipping<br>Seller with a 100% positive feedback | Free shipping<br>33 sold |

## People who viewed this item also viewed

    

| | | | | |
|---|---|---|---|---|
| Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag | Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag | Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Mas... | Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massa | Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag |
| New | New | New | New | New |
| **$25.41** | **$24.74** | **$24.97** | **$24.74** | **$28.87** |
| Free shipping<br>Last one | Free shipping<br>Last one | Free shipping | Free shipping<br>Seller with a 100% positive feedback | Free shipping<br>Seller with a 100% positive feedback |

## Find more sponsored items

Feedback on our suggestions

     



2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager
New
**$23.74**
~~$24.99~~ 5% off
Free shipping
Top Rated Plus



Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$25.41**
Free shipping
Last one



Facial Cleansing Brush 3-In-1 Electric Silicone Face Scrubber Vibrating Massag
New
**$22.05**
Free shipping
Last one



Facial Cleansing Brush Face Massager Electric: with Soft Silicone, Waterproof
New
**$19.99**
Free shipping
Buy 1, get 1 5% off



Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$24.74**
Free shipping
Last one



VOGCREST Facial Cleansing Brush 3-In-1 Best Facial Skin Brush Rechargeable Gift
New
**$14.84**
Free shipping
Top Rated Plus
Seller with a 99.6% positive feedback



New Facial Cleansing Brush 3 in 1 Waterproof Electric Skin Spa Clean
New
**$34.99**
Free shipping



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$16.99**
Free shipping
Seller with a 100% positive feedback

Electric Facial Cleansing Brush Silicone Face Skin Massage Tool Waterproof
New
**$14.63**
Free shipping
18 watchers



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$16.99**
Free shipping
Seller with a 100% positive feedback



Silicone Facial Cleansing Brush Cat Claw Shape Waterproof Vibrating Rechargeable
New
**$10.00**
~~$11.11~~ 10% off
Free shipping



New Facial Cleansing Brush 3 in 1 Waterproof Electric Skin Spa Clean
New
**$34.99**
Free shipping



2 in 1 Electric Silicone Facial Cleansing Brush Skin Care Blackhead Remove pore
New
**$19.99**
Free shipping
Seller with a 100% positive feedback



Electric 2 in1 Face Cleaner Waterproof Facial Brush Skin Care Cleansing Massager
New
**$20.89**
~~$21.99~~ 5% off
Free shipping



Silicone Facial Cleansing Brush Cat Claw Shape Waterproof Vibrating Rechargeable
New
**$10.00**
~~$11.11~~ 10% off
Free shipping



Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Mas...
New
**$24.97**
Free shipping
Seller with a 99.1% positive feedback



Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating...
New
**$24.97**
Free shipping
Seller with a 100% positive feedback



Luxsio Sonic Beuty Facial Cleansing Brush 3 in 1 Skincare Solution New with Box
New
**$20.00**
+ shipping
Seller with a 100% positive feedback



7 in 1 Waterproof Electric Facial & Body Cleansing Brush Exfoliating Kit with Ha
New
**$49.76**
Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Waterproof Pore Cleaning Exfoliating
New
**$29.99**
Free shipping
Seller with a 100% positive feedback

Portable 2 in 1 Electric Facial Cleansing Brush Silicone Face Massage Cleanser
New
**$13.04**
Free shipping

Electric 2 in1 Face Cleaner Waterproof Facial Brush Skin Care Cleansing Massager
New
**$20.89**
~~$21.99~~ 5% off
Free shipping

HOT ITEM!
Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$25.03**
Free shipping

Sonic Facial Cleansing Brush, Waterproof Electric Face Cleansing Brush Device
New (Other)
**$29.16**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

Electric Silicon Waterproof Facial Cleansing Brush and Massager - USB Rechargeeb
New
**$24.15**
Free shipping

Back to home page

Return to top

More to explore :   Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Unbranded Electric Facial Brush Facial Cleansing Devices,   Vitagoods Electric Facial Brush Facial Cleansing Devices,   Avon Electric Facial Brush Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices,   Clinique All Skin Types Electric Facial Brush Facial Cleansing Devices

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice





ebay **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

Add new card



○ Add new card
VISA  mastercard  AMEX  DISCOVER

● **PayPal**

○ **PayPal** CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▬▬▬▬▬▬
Palm Beach, FL 33480
United States
▬▬▬▬▬

Change

**Review item and shipping**

Seller: luckylemonm...   Message to seller



Lucky Lemon 3-in-1 Soft Silicone Facial Cleansing Brush, Waterproof
Electric Vib
**$19.99**

Quantity
1

**Delivery**

● Est. delivery: Apr 26 – Apr 26
USPS First Class
**$5.70**

○ Est. delivery: Apr 26 – Apr 27
USPS Priority Mail Express
**$38.15**

**Gift cards, coupons, eBay Bucks**

Enter code:   Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy,
safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later than 30 days after the end of the
month in which the donation is made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount   None

Subtotal (1 item)          $19.99
Shipping                    $5.70
Tax*                        $1.80

**Order total              $27.49**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



# About us

Location: **United States**
Member since: **Mar 14, 2023**
Seller: **luckylemonmarket**

Do you like our store experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 250

Marketplace: eBay

Seller Name: luxury.china



### Electric Soft Silicone Facial Cleansing Brush Face Spa Skin Care Massage Washing

**Condition:** New

**Color:** skyblue

**Quantity:** 1    3 available

**Price:** **$9.20**

Buy It Now

Add to cart

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

↩ Breathe easy. Returns accepted.

⚡ People are checking this out. 7 have added this to their watchlist.

**Shipping:** Free Standard Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

**Delivery:** 📦 Estimated between **Wed, May 3** and **Fri, May 26** ⓘ
Please note the delivery estimate is **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

**Returns:** 60 day returns. Buyer pays for return shipping. See details

**Payments:** PayPal  G Pay  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
luxury.china (377 ★)
88.9% positive feedback

♡ Save seller
Contact seller
See other items

**Shop a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored        Shop now

---

### Similar sponsored items

Feedback on our suggestions



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$7.59
Free shipping

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$6.99
Free shipping
68 sold

NEW StriVectin Most-Loved Minis: 4 Piece Skin Care Facial Set NIB
New
$9.95
0 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping
6 watchers

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback

### Sponsored items inspired by your views

Feedback on our suggestions






Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$8.99**
Free shipping

Pop Sonic The Leaflet Sonic Facial Cleansing Device "Gray" NIB
New
**$119.99**
Free shipping
**Extra 7% off**

Colourpop Limoncello Eye Shadow Palette New In Box 100% Authentic
New
**$31.00**
+ $4.50 shipping
Seller with a 100% positive feedback

Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB
New
**$18.00**
+ shipping
Seller with a 100% positive feedback

Pink pop sonic leaflet Sonic Facial Cleansing Device
New (Other)
**$24.99**
Free shipping
Seller with a 100% positive feedback

---

**About this item** | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Sep 30, 2021 07:41:00 PDT View all revisions

eBay item number: 264572429076

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Used for | nose,face,body |
| Feature | facial beauty device | Style 1 | pore cleaner |
| Style 2 | Facial Beauty Massager | Style 4 | skin care tool |
| Power Source | Electric | Type | Electric Facial Brush |
| MPN | Does not apply | Brand | Unbranded |
| Model Number | Vibration Face Massager | Advantage | High Quality |

## Item description from the seller

# Ultrasonic Electric Silicone Facial Cleansing Brush Face Spa Skin Care Massage



Professional Ultrasonic Vibration Electric Facial Cleansing Face Washing Brush Skin Blackhead Remover Pore Cleaner Face Massage on sale at reasonable prices, buy Professional Ultrasonic Vibration Electric Facial Cleansing Face Washing Brush Skin Blackhead Remover Pore Cleaner Face Massage

- Net weight: 114g
Size: 8*3*8cm
Power supply: AAA Battery(Due to logistics restrictions, batteries are not included.Thank you!)
Warranty: 12 months
Cerrification: CE/ROSH/FCC/PDA
[Material]:
ABS + Silicone
[Feature]:
The automatic foaming cleansing intrument can automatically produce rich and dense foam,and it can directly remove poresthrough sound waves to help you remove dirt and pores.
[Function]:
Deep cleanse the dirt on the face,balance the facial oil secretion,relax the skin and replenish water to shrink the pores and make the skin refreshed and comfortable.

>>> *How To Use*
Multiple verifications,daily blistering facial cleanser 1-2 grams or so,drip 4-6 drops of water,press the mode button for about 5-6 seconds to automatically bubble.

>>> *Tips*
The skin is more fragile when it is allergic peeling.It's recommended that the skin care method at this time be as simple as possible,it's recommended to use it 1-2 times a week,if there is wound or suppurative acne,please stop using this product to avoid worsening wound infection.

>>> *Package List*
1.Face Cleansing x 1
2.Little gift x 1
3.Packed with a hard package

**Shipping**



- We offer FREE shipping on all orders!
- We ship within Three business days of payment, usually sooner.
- We only ship to the lower 48 states, no APO/FPO addresses or PO Boxes allowed.
- Local pickups and combined shipping options are not provided at this time.

**FREE SHIPPING**

## Return

- You can return a product for up to 30 days from the date you purchased it.
- Any product you return must be in the same condition you received it and in the original packaging. Please keep the receipt.

**30 DAYS**

## Payment

We accept payment by any of the following methods:
**PayPal**
Please pay as soon as possible after winning an auction, as that will allow us to post your item to you sooner!

**PayPal**

## Feedback

Customer satisfaction is very important to us.
If you have any problem with your order, please contact us and we will do our best to make you satisfied.

**Customer Reviews**

## Contact Us

If you have any queries, please contact us via ebay. We usually respond within 24 hours on weekdays.

**Please visit our eBay store to check out other items for sale!**

**Thank you for shopping at our store.**



## luxury.china

88.9% Positive Feedback

Seller's other items

Contact

♡ Save seller

**Seller feedback** (297)

⊕ n***n (173) • Past 6 months

Exactly what I wanted. Great eBay seller!

10mm Thick Yoga Mat Pilates Large Pad Non-Slip For Fitness Meditation Exercise (#264743885968)

⊖ h***z (5) • Past 6 months

Ask 7$ more for shipment after two weeks of order placed. Disgusting seller

10mm Thick Yoga Mat Pilates Large Pad Non-Slip For Fitness Meditation Exercise (#264743885968)

⊕ h***7 (27) • Past 6 months

+++++

SATA 5V Cable Serial ATA 22Pin 7+15 Female to Slimline SATA 13Pin 7+6 Male (#264744284320)

See all feedback

## Influenced by recent sponsored views

    

| | | | | |
|---|---|---|---|---|
| Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber | Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | Silicone Electric Facial Cleansing Brush Face Massage Vibration Blackhead Remove |
| New | New | New | New | New |
| $7.59 | $7.49 | $6.99 | $19.98 | $9.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | 6 watchers | 68 sold | Seller with a 100% positive feedback | |

## Explore related sponsored items

    

| | | | | |
|---|---|---|---|---|
| 5-1 Multifunction Electric Facial Cleansing Brush Face Spa Skin Care Massage | Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage | 5-1 Multifunction Electric Face Facial Cleansing Brush Skin Care Massage US | 5-1 Multifunction Electric Facial Cleansing Brush Face Spa Skin Care Massage | Electronic 5-1 Multifunction Facial Cleansing Face Massage Brush Skin Care Spa |
| New | New | New | New | New |
| $6.99 | $8.98 | $6.99 | $7.99 | $6.99 |
| $12.99 46% off | $9.98 10% off | $12.99 46% off | $12.99 38% off | $12.99 46% off |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| 347 sold | Top Rated Plus | Seller with a 100% positive feedback | Seller with a 100% positive feedback | |

## Related sponsored items

    

| | | | | |
|---|---|---|---|---|
| 5-1 Multifunction Electronic Face Facial Cleansing Brush Spa Skin Care massage | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | 5-1 Multifunction Electronic Face Facial Cleansing Brush Spa Skin Care massage | 5-1 Multifunction Electric Healthy Face Facial Cleansing Brush Skin Care Massage | Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber |
| New | New | New | New | New |
| $6.99 | $7.49 | $12.99 | $6.99 | $6.99 |
| $12.99 46% off | Free shipping | Free shipping | Free shipping | Free shipping |
| Free shipping | 6 watchers | 32 sold | Top Rated Plus | 68 sold |
| 862 sold | | | 27 sold | |

## People who viewed this item also viewed

    

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$8.54**
$9.09 6% off
Free shipping
28% off 8+ with coupon

Electric Deep Cleaner Massager Silicone Facial Cleansing Brush Face Skin Care
New
**$7.99**
Free shipping

Facial Cleansing Brush Silicone Electric Massage Brush Rechargeable Waterproof
New
**$8.99**
Free shipping

---

## Find more sponsored items

Feedback on our suggestions



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
68 sold



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$8.54**
$9.09 6% off
Free shipping
28% off 8+ with coupon



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback



Portable 5in1 Multifunction Electric Facial Skin Brush Spa Face Cleansing Tools
New
**$6.99**
$12.99 46% off
Free shipping
Seller with a 99.5% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.29**
Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.55**
Free shipping



Silicone Face Cleansing Brush Electric Facial Cleanser Skin Massage US
New
**$7.59**
Free shipping

Brand NEW Face Facial Cleansing Brush Spa Skin Care Healthy Device For Spa Use
New
**$6.99**
Free shipping
Top Rated Plus
56 sold



5-1 Multifunction Electric Facial Cleansing Brush Face Spa Skin Care Massage
New
**$12.99**
Free shipping



Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable
New
**$6.99**
+ $3.99 shipping
Top Rated Plus



Electric Facial Cleansing Brush Silicone Face Skin Massage Tool Waterproof
New
**$14.63**
Free shipping
18 watchers



Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable
New
**$6.99**
+ $3.99 shipping
Top Rated Plus



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.85**
Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.89**
Free shipping



4 in 1 Electric Facial Cleansing Brush Blackhead Cleaner Face Skin Care Massager
New
**$8.59**
Free shipping
13 watchers



Electric Facial Deep Cleansing Brush Silicone Exfoliator Waterproof Face Scrubber Massage
New
**$20.89**
$28.96 28% off
Free shipping



ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
**$13.99**
Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$13.60**
Free shipping











Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage USB

New

**$8.40**

~~$8.94~~ 6% off

Free shipping

28% off 9+ with coupon

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

**$12.19**

Free shipping

21 sold

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J

New

**$13.59**

~~$28.13~~ 52% off

Free shipping

Electric Face Deep Cleansing Pore Shrinking Brush Skin Care Massage Homeuse New

New

**$12.99**

Free shipping

Facial Cleansing Brush Face Massager Electric with Soft Silicone, Waterproof

New

**$19.99**

Free shipping

Buy 1, get 1 5% off

---

Back to previous page

Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,   Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   Clinique Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Vitagoods Electric Facial Brush Facial Cleansing Devices,   Panasonic Electric Facial Brush Facial Cleansing Devices,   Avon Electric Facial Brush Facial Cleansing Devices

---

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Boca Raton, FL 33433
United States

Change

**Review item and shipping**

Seller:  luxury.china   Message to seller

Electric Soft Silicone Facial Cleansing Brush Face Spa Skin Care Massage Washing
Color: skyblue
**$9.20**

Quantity
1

**Delivery**

● Est. delivery: May 3 – May 26
Standard Shipping from Greater China to worldwide
**Free**

○ Est. delivery: May 2 – May 5
SpeedPAK Standard
**$2.50**

**Gift cards, coupons, eBay Bucks**

Enter code:   Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None

Subtotal (1 item)          $9.20
Shipping                    Free
Tax*                       $0.64

**Order total              $9.84**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

## luxury.china

**88.9%** Positive feedback (377) **2.4K** Items sold **36** Followers

Visit profile Contact Save

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Brand**

**Condition**

New (4)

See all

**Buying Format**

All Listings (4)

Accepts Offers

Auction

Buy It Now (4)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

electric soft silicone facial cleansing brush face spa skin care massa( ✕ 'a

All Listings Accepts Offers Auction Buy It Now Condition Shipping Local Best Match

1 result for **electric soft silico...** Save this search Shipping to: 10025

Electric Soft Silicone Facial Cleansing Brush Face Spa Skin Care Massage Washing

Brand New

**$9.20**

Buy It Now

Free shipping

from China

luxury.china (377) 88.9%

Authenticity Guarantee

See all

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 

DOE Number: 251

Marketplace: eBay

Seller Name: mastertoner



ebay

Shop by category ∨

Search for anything   🔍   All Categories ∨   Search   Advanced

Daily Deals   Brand Outlet   Help & Contact   Sell   Watchlist ∨   My eBay ∨

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

BUY 1, GET 1 AT 5% OFF (add 2 to cart)   See all eligible items and terms ▸





$ Have one to sell? Sell now

**6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Recharging**

Condition: New

Quantity: 1   4 available / 5 sold

Price: **$13.50**
Was US $16.88 ⓘ
Save US $3.38 (20% off)

Best Offer:

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

↩ Breathe easy. Returns accepted.

Shipping: Free Standard Shipping. See details
Located in: Rowland Heights, California, United States

Delivery: Estimated between Thu, Apr 27 and Sat, Apr 29 ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
masterrtoner (12399 ⭐)
98.2% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
115K items sold

lovelydeals2012   Shop now
In eBay Stores
Sponsored

---

Similar sponsored items   See all >

Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| Silicone Electric Face Cleansing Brush Sonic Facial Cleansing Brush Sonic Facial Skin Clean Heated Massager | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | RODIAL Bee Venom Cleansing Balm 3.4 fl oz New in Box $55 retail | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | Facial Cleansing Brush Sonic Waterproof Adjustable Speeds Cleansing Brush |
| New | New | New | New | New |
| $19.98 | $12.93 | $9.99 | $7.49 | $9.99 |
| Free shipping | $13.61 5% off | 0 bids | Free shipping | Free shipping |
| Seller with a 100% positive feedback | Free shipping | + shipping | | |
| | 9 watchers | Seller with a 100% positive feedback | | |

Sponsored items inspired by your views   See all >

Feedback on our suggestions

    



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J
New
**$12.91**
$13.59 5% off
Free shipping

V-Comb Chemical Free Head Lice Treatment Detect Extract Eliminate Free shipping
New
**$42.95**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$13.60**
Free shipping

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
⊙ Top Rated Plus
Seller with a 100% positive feedback

---

**About this item**     Shipping, returns & payments                                                      Report this item

Seller assumes all responsibility for this listing.                                        eBay item number:  133437196266
Last updated on Jan 06, 2022 21:27:00 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | YUNCHI |
| MPN | Y2 | Model | Y2 |
| Type | Electric Facial Brush | Skin Type | All Skin Types |
| Gender | Unisex | Size Type | Travel Size |
| Features | 6000 rpm Frequency, 8 levels adjustment, Food Grade Material | Features 2 | USB charging, IPX7 Waterproof, Tiny, Portable |
| Size | 4oz. | Waterproof Grade | IPX7 |
| Frequency | 6000 rpm | Adjustment Levels | 8 |
| Color | Pink | UPC | Does not apply |

### Item description from the seller



## Feature

1. High Frequency Sonic Vibration. Effectively clean facial dirt, makeup residues and blackheads, also help with pore shrink and dead skin exfoliation. Upgraded version of 6000 speed. 8 levels adjustment to fit different skin sensitivities.

2. Food Grade Soft Silicone Bristles. Safe and comfortable to use, less harmful to the skin than normal spinning brushes. Combined thick and thin bristles for general and precise clean. A great face beauty tool and also can be used as a facial massager.

3. 1 Hour Charging for 30 Days Use. Less than 1 hour fast charging for 30 days use ( 2 minutes a time, twice a day ). Convenient USB charging with your power adapter, laptop or power bank, etc. IPX7 Waterproof Grade. Safe to use even when shower. Tiny & Portable. Small enough to fit into your handbag, perfect grip and portable for travels.

4. 30 Days Warranty & Fast Service. About the size of your palm, easy to take along in the handbags, gym bags or travel bags. A perfect gift for your wife, girlfriend, sister or female friends, especially when it's elaborately packaged. Any questions are answered within 1 day, 30 days guarantee, 100% refund for quality problems, why no try?

## Description:

Daily facial cleaning

Deep cleansing and makeup removal

Help with blackhead removal

Help with pore shrinking

Help with skin exfoliating

Promote nutrient absorption of cleanser / essence, help control oil secretion and inhibit acne generation

3 times better cleansing effect than hand wash.

Less harmful to the skin than spinning brushes.

Suitable for all skin types & sensitivities.

## Specifications:

Product Dimensions: 14.3 x 9.5 x 4.7 cm
Item Weight: 110 Grams
Heads Material: Silicone
Wireless Charging: NO
Adjustment Levels: 8
Frequency: 6000 rpm

## What's In the Box:

1 X Facial Cleansing Brush Device
1 X USB Charging Cable
1 X User Manual

You may also like



| | | | | | |
|---|---|---|---|---|---|
| 3x DR630 Drum for Brother MFC- | 1Pk for HP LaserJet Pro MFP M426fdw | 1 PK SHARP MAGENTA MX- | Manual Juicer Hand Juice Press | 2 Packs 63XL Black Ink Cartridge for HP | 8 PK CF289A 89A Black Toner No Chip |
| USD 49.67 | USD 30.86 | USD 112.56 | USD 19.99 | USD 23.98 | USD 151.62 |



USD 6.98

61XL Ink Cartridge pk …
USD 27.90

4-Pack HP 932 Black …
USD 30.90

New List Item

6 PK PG245XL CL246XL BK Colo…
USD 98.95

3 PCS PG-245 XL & CL-246 XL In…
USD 47.25

French Press Coffee Maker Stain…
USD 21.99

4x PG245XL+2x CL246XL Black …
USD 95.99

20 Pcs Vacuum Storage Bag Air …
USD 30.99

Help & Info

Payment Policy

Shipping Policy

Return Policy

FAQ

About Us



10 PK CE285A 85A Laser Black Toner
USD 93.40

6 Pack Toner for Xerox 106R02777
USD 179.34

Protable Car Essential Oil
USD 23.15

5-Pk/Pack MLT-D101S Black Toner
USD 67.65

48 PACK Rubber Silicone Bracelet
USD 12.75

10 Black CF226X 26X High Yield
USD 125.63

Rechargeable Neck Fan 3 Speeds
USD 15.98

For Brother 10x DR223 Drum CMYK
USD 99.30

5x 564XL 564 XL Ink Cartridges for HP
USD 11.98

5PK Ink For Brother MFC-J6925DW
USD 16.82

Air Fryers Posame 1300-Watt 3 Quarts
USD 69.89

1 PACK DR820 Drum for Brother
USD 35.64

35W UVC Light Ozone Ultraviolet
USD 59.99

29" Musical Tree W/ Santa, Snowman
USD 120.00

4PK TN880 Toner Cartridge For
USD 93.74

5SET LC20E CMYK ink cartridge For
USD 61.13

8x TN439 TN-439 CMYK Toner for
USD 192.02

1/2 Pack Solar Lights Motion
USD 19.95

| Payment | Shipping | Returns | Contact Us |
|---|---|---|---|

Accept Only Paypal

All right reserved.

SoldEazy

## mastertoner

98.2% Positive Feedback
56K Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Popular categories from this store

See all

CANON
SAMSUNG
DELL
BROTHER
phone accessories
Other

### Seller feedback (13,103)

6***l (664) • Past month

A++++++!!

2 Pack CF230A 30A Toner + Chip for HP LaserJet Pro MFP M203dn M203dw M227fdw (#133802001373)

6***l (1012) • Past month

Great product prompt shipping

Men/Women Silicone Bracelet Rubber Blank Wristband Fashionable Popular Cuff Band (#133174312421)

3***q (1107) • Past month

nice emblems

Harley's Chrome Cycles Body Tank Emblem Badge Black Metal Sticker (#133073259753)



See all feedback

🅱 BUY 1, GET 1 AT **5%** OFF (add 2 to cart)*ⓘ   See all eligible items ▸

Buy 1, get 1 at 5% off
Discount will be applied when you add promotional items from mastertoner to your cart

**All promotional offers from mastertoner**



Face Facial Cleansing Egg Brush
3D Sonic Vibrating Waterproof
With 4 Modes IPX6

Was:        US $29.89
Now:        US $26.90


See all

You can change quantities in your cart.

---

### Influenced by recent sponsored views



Silicone Facial Cleansing Brush
Massage Electric Rechargeable
Exfoliate Clean
New
$19.99
Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing
Brush Vibration Face Cleaner Skin
Care Tool J
New
$12.91
$13.59 5% off
Free shipping



Silicone Electric Face Cleansing
Brush Sonic Facial Skin Cleaner
Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback



Electric Facial Deep Cleansing
Brush Exfoliator Waterproof Face
Scrubber Massage
New
$20.89
$28.96 28% off
Free shipping
Top Rated Plus



Facial Cleansing Brush, Sonic
Silicone Scrubber, Face Vibrating
Massager
New
$6.00
+ shipping
Top Rated Plus
6 watchers

---

### Explore related sponsored items



Keenove Sonic Cleansing Brush &
Facial Hair Removal USB
Rechargeable Waterproof
New
$11.00
Free shipping
Last one



Facial Cleansing Brush, Waterproof
Hanging Silicone Face
Rechargeable Face
New
$11.30
Free shipping



Silicone Electric Face Cleansing
Brush Ultra Sonic Facial Skin
Cleaner Massager
New
$15.69
Free shipping
33 sold



Silicone Facial Cleansing Brush
Electric Sonic Vibration Deep Pore
Skin Cleaner
New
$7.99
Free shipping
10 watchers



Electric Facial Deep Cleansing
Brush Soft Silicone Massager Skin
Exfoliation
New
$15.68
Free shipping

---

### Sponsored Items from Top Rated Sellers   See all ›

Feedback on our suggestions









Face Facial Cleansing Egg Brush 3D Sonic Vibrating Waterproof With 4 Modes IPX6

New

$26.90

$29.99 10% off
Free shipping
13 watchers

Homech Facial Hair Removal Women USB Rechargeable Electric Shaver Bikini Trimmer

New

$12.95

Free shipping
63 sold

Blackhead Remover Pore Vacuum Facial Cleaner Electric Acne Comedone Extractor US

New

$14.99

$18.74 20% off
Free shipping
11 watchers

NuFACE Trinity Microcurrent Facial Toning Device New Open Box

New (Other)

$90.00

+ $12.00 shipping
431 sold

7 Pieces Tungsten Carbide 3/32 Electric Nail Drill Bit Set for Acrylic Gel Nails

New

$12.99

Free shipping
26 sold

## People who viewed this item also viewed



Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Rechargeable Pink

New

$13.59

$15.99 15% off
Free shipping
33 sold



Silicone Waterproof Electric Facial Cleansing Brush USB Rechargeable Pink

New (Other)

$12.95

Free shipping
Seller with a 99.3% positive feedback



Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink

New

$11.39

$11.99 5% off
Free shipping
Top Rated Plus



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager

New

$6.00

+ shipping
6 watchers



Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable

New

$6.99

+ $3.99 shipping
Top Rated Plus

## Find more sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

$19.98

Free shipping
Seller with a 100% positive feedback



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B

New

$13.95

Free shipping
Seller with a 99.9% positive feedback



Silicone Facial Cleansing Brush Cat Claw Shape Waterproof Vibrating Rechargeable

New

$10.00

$11.11 10% off
Free shipping



Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubber Massage

New

$20.89

$28.96 28% off
Free shipping
Top Rated Plus



Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use

New

$13.10

Free shipping



Rechargeable,Waterproof Facial Cleansing Brush, Silicone Electric Massage Brush

New

$6.71

Free shipping



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager

New

$6.00

+ shipping
Top Rated Plus
6 watchers



Silicone Facial Cleansing Sonic Brush Portable Waterproof Rechargeable

New

$15.99

+ shipping
Seller with a 100% positive feedback



Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use

New

$13.10

Free shipping



Facial Cleansing Brush, Silicone Electric Massage Brush,Rechargeable,Waterproof

New

$8.99

Free shipping













**Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New**
New
**$16.99**
Free shipping
Seller with a 100% positive feedback



**OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable**
New
**$32.99**
Free shipping
Seller with a 99.3% positive feedback



**Facial Cleansing Brush, Silicone Electric Rechargeable Massage Brush**
New
**$8.99**
Free shipping
Seller with a 100% positive feedback



**Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode**
New
**$43.99**
+ shipping
Seller with a 100% positive feedback



**Sonic Facial Cleansing Brush Silicone Face Scrubber, Waterproof Vibrating Face**
New
**$14.60**
Free shipping
Last one



**Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean**
New
**$19.99**
Free shipping
Seller with a 100% positive feedback



**Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable**
New
**$6.99**
+ $3.99 shipping
Top Rated Plus



**Facial Cleansing Brush Waterproof Silicone Rechargeable Electric Face Massager**
New
**$16.24**
+ $3.69 shipping



**Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable**
New
**$6.99**
+ $3.99 shipping
Top Rated Plus



**Sonic Cleansing Brush, Waterproof Electric Face Cleansing Brush Device**
New (Other)
**$29.16**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

**2x Facial Cleansing Brush Face Massager Skin Deep Clean Waterproof Rechargeable**
New
**$9.99**
+ $4.69 shipping
Top Rated Plus
29 sold

**Facial Cleansing Brush Face Scrubber USB Rechargeable IPX7 Waterproof Electric**
New
**$27.84**
Free shipping
Seller with a 100% positive feedback

**Sonic Silicone Facial Cleansing Brush, Rechargeable Waterproof Skin by Malian**
New (Other)
**$19.99**
Free shipping
Seller with a 100% positive feedback

**Electric Facial Cleansing Brush Waterproof Face Massager Brush USB Rechargeable**
New
**$28.06**
+ $3.69 shipping

**Facial Cleansing Brush Face Scrubber USB Rechargeable IPX7 Waterproof Electric**
New
**$28.58**
Free shipping
Last one

---

Back to home page                                                                                                  Return to top

More to explore :   Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Unbranded Electric Facial Brush Facial Cleansing Devices,   Vitagoods Electric Facial Brush Facial Cleansing Devices,   Avon Electric Facial Brush Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices,   Sonic Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,   Unbranded Skin Facial Cleansing Brushes



**ebay** Checkout

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
VISA  mastercard  AMEX  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

## Ship to

███████████
Palm Beach, FL 33480
United States
███████████

Change

## Review item and shipping

Seller: mastertoner   Message to seller



6000rpm Silicone Waterproof Electric Sonic Facial Cleansing
Brush USB Recharging
**$13.50**
~~$16.88~~

Quantity
1

**Delivery**
Est. delivery: Apr 27 – Apr 29
USPS First Class
Free

Save up to 20%

## Gift cards, coupons, eBay Bucks

Enter code:     Apply

## Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up
healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving
Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days
after the end of the month in which the donation is made. Donations are non-
refundable and typically tax deductible. PPGF may be unable to grant funds to a
charity if the charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount     None ⌄

---

Subtotal (1 item)          $13.50
Shipping                   Free
Tax*                       $0.95

Order total                **$14.45**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

**Pay with _PayPal_**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⑪



ebay    Shop by category ⌄

Search for anything    All Categories ⌄    Search    Advanced

☐ Include description

**mastertoner**

**98.2%** Positive feedback    **56K** Items sold    **753** Followers

💬 Contact    ♡ Save Seller

**Category**

All

Other

**Price**

$ Min    to    $ Max    →

Available inventory

$0                    $1000

See all

**Color**

**Type**

**Features**

**Material**

**Condition**

☐ New (1)

See all

**Buying Format**

◉ All Listings (1)

○ Accepts Offers (1)

○ Auction

○ Buy It Now (1)

**Item Location**

◉ Default

○ Within

Radius 25 mi ⌄    of

Zip code

○ US Only

○ North America

○ Worldwide

**Shipping Options**

☐ Free Shipping

**Local Pickup**

☐ Free Local Pickup

Within

Radius 25 mi ⌄    of

Zip code

**Show only**

☐ Free Returns

🔍 6000rpm silicone waterproof electric sonic facial cleansing brush usk ✕ h⋯

All Listings    Accepts Offers    Auction    Buy It Now    Condition ⌄    Shipping ⌄    Local ⌄

Best Match ⌄    ☰ ⌄

1 result for **6000rpm silicone ...**    ♡ Save this search

Update your shipping location ⌄

♡    **6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Recharging**

Brand New

**$13.50**

Was: $16.88    20% off    mastertoner (12,399) 98.2%

or Best Offer

Free shipping

**7 watchers**

Tell us what you think

☐ Returns Accepted
☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

See all

[ More filters... ]

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 252

Marketplace: eBay

Seller Name: maxam78

ebay

Shop by category

Search for anything | All Categories | Search | Advanced

Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒

< Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist

SAVE UP TO 20%  See all eligible items and terms ▸

### Skincare Effect Increased by 200%
- Deep cleaning
- Open Pores
- Promote facial absorption of essence

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition: New

Quantity: 1    More than 10 available

Price: **$19.96**
Was US $24.95 ⓘ
Save US $4.99 (20% off)

[ Buy It Now ]
[ Add to cart ]

Best Offer: [ Make offer ]
[ ♡ Add to Watchlist ]

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: Free Standard Shipping. See details
Located in: Chicago, Illinois, United States

Delivery: Estimated between Fri, Apr 21 and Mon, Apr 24 ⓘ

Returns: 14 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
maxam78 (26031 ⭐)
99.2% positive feedback

♡ Save seller
Contact seller
Visit store
See other items







**Explore a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Visit store ]

$ Have one to sell? [ Sell now ]

---

### Similar sponsored items

Feedback on our suggestions



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$15.98**
Free shipping



Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US
New
**$11.99**
Free shipping



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.98 10% off
Free shipping
Top Rated Plus

Si Br 5 Ne Fr Se

---

### Sponsored items inspired by your views

Feedback on our suggestions







| Electric Facial Cleansing Set Face Body Exfoliating Silicone Waterproof US | Forever Line Mini T Sonic Facial Cleansing Device | Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage | 2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage | Facial Cleansing Brush Silicone Face Scrub Brush Manual Exfoliating Brush | Pu sp wa Na |
|---|---|---|---|---|---|
| New | Pre-owned | New | New | New | |
| $11.97 | $39.99 | $9.98 | $9.99 | $14.95 | $ |
| Free shipping | + $6.26 shipping | + shipping | Free shipping | Free shipping | 6h |
| Top Rated Plus | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Top Rated Plus | Top Rated Plus | Fr |
| 10% off 3+ with coupon | | | Seller with a 99.5% positive feedback | Seller with a 99.2% positive feedback | |

---

**About this item**   Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number:  354004049025

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Type | Facial Brush |
| Body Area | Face | Brand | Hlaie |
| Set Includes | Massager | | |

## Item description from the seller

- 【Make Your Skin More Beautiful】Food grade silicone rubber exterior provides the softest and most gentle face cleansing and massage! It effectively buffs away pore-clogging dirt, oil, makeup, and dead skin cells. With your daily facial cleanser,leaving your complexion looking clearer, brighter and healthier.
- 【Suitable For All Skin Types 】High frequency sonic pulses allow the removal of dirt, oils and makeup residues. Low-frequency pulses boosts blood circulation in wrinkle-prone areas, increasing the production of collagen and elastin to restore the skin's firmness and elasticity. Fashion Base face cleansing brush allows you to decide which treatment is best for your skin.
- 【Safe and Deep Cleansing】 With advanced sonic vibration 6000 times/min ,It can quickly and effectively remove facial dirt, makeup residues, blackheads, help with reduce oil and clogged pores ,make skin more brighter and smoother.
- 【Convenient & Rechargeable】Handy design makes it easier to hold and convenient to carry. Design with high efficient and durable USB power cord. it can run for weeks after fully charged.And it can be charged with power bank, PC and other charing Device.
-

**Product Highlights:**

Silicone Head Cleansing Brush can allow the removal of 99.5% nasty dirt and oils from your pores.
Soft, Flexible Skincare Support make it easy to clean makeup residue and exfoliation without irritating the skin.
Waterproof and portable design for ease of use and convenience. Use it with your favorite non abrasive cleanser.
No brush-heads replacement needed and no pain from harsh nylon bristles. Much safer than other facial cleansing brushes.
Quick Recharge, Long-Lasting Battery
Specifications:

Product Name: Facial Cleansing Instrument
Material: Silicone
Input: 200mAh
Vibration Frequency: 6000rpm
Charging Time: 1 Hours
Product size: 100 X 75 X 30mm
Product weight: 98g

---



## Max's Surplus Store

99.2% Positive Feedback
93K Items sold

Seller's other items

Contact

♡ Save seller

### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 4.9 |
| Reasonable shipping cost | ▬▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬▬ | 5.0 |

### Seller feedback (28,426)

● o***b (136) • Past month

Perfect, My granddaughter is having a hello kitty themed party and these sunglasses are just what we needed. Thank you

Lot of 24 Pieces - Hello Kitty Junior Womens Chic Frame Sunglasses - Assorted (#165083443545)



Communication                    5.0

**Popular categories from this store**     See all

| Category 1 | Retractable Pen | Barbie | Playmobil |
| lighting | Other |

I***3 (1454)  Past month
Great find!

Wholesale Lot of 175 Misprint Ink Pens Ball Point Plastic Retractable Pens (#353204960984)

_***p (243)  Past month
Got a lot of pens for the money. I don't care what the advertising says. They do the job

Lot of 175 Pieces - Wholesale Misprint Plastic Retractable Pens (#151966877203)

See all feedback

---

🗲 **SAVE UP TO 20%** ⓘ  **See all eligible items ›**
**Huge Sale - 20% OFF!**
Marked down item price reflects all savings. Items provided by maxam78              **All promotional offers from maxam78**

Vita Refine Exfoliating Face Scrub
(3.4 Oz.) By Essa

Was:        US $19.95
**Now:**     US $15.96

                                                            +
                                                          See all

You can change quantities in your cart.

---

**Influenced by recent sponsored views**

    

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
🔵 Top Rated Plus
10% off 3+ with coupon

Forever Lina Mini T Sonic Facial Cleansing Device
Pre-owned
**$39.99**
+ $6.25 shipping
Seller with a 100% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.98**
+ shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold

---

**Explore related sponsored items**

    

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$17.59**

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**

## Related sponsored items



3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6
New
**$14.97**
Free shipping
Top Rated Plus
149 sold



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus
10% off 3+ with coupon



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback



4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
**$21.99**
Free shipping
36 sold



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

## People who viewed this item also viewed



Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush
New
**$9.71**
Free shipping
Seller with a 100% positive feedback



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$15.98**
Free shipping



Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush
New
**$10.39**
Free shipping
Seller with a 100% positive feedback



Facial Cleansing Silicone Brush Skin Blackhead Pore Cleaner Massager Scrub Face
New
**$1.99**
Free shipping

## Find more sponsored items

Feedback on our suggestions



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$15.98**
Free shipping



Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager
New
**$15.17**
$16.49 8% off
Free shipping



ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
**$13.99**
Free shipping
Seller with a 100% positive feedback



ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
**$13.99**
Free shipping
22 sold



Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US



Waterproof Electric Face Facial Cleaner Cleansing Brush Spa Skin Massager

Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager

New
$19.99
Free shipping
Seller with a 100% positive feedback

$15.99
Free shipping

$11.99
Free shipping

$14.99
Free shipping

$15.99
Free shipping



Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner US
New
$15.99
Free shipping
7 watchers



4in1 Electric Silicone Facial Cleansing Brush Sensitive Face Exfoliate Massager
New
$14.99
+ $6.99 shipping
Top Rated Plus
Seller with a 99.7% positive feedback



3D Sonic Facial Cleansing Brush Skin Rechargeable Waterproof Electric Face Body
New
$11.99
Free shipping
196 sold



5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
$6.55
Free shipping
2785 sold



USA Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner
New
$15.35
Free shipping



4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner
New
$19.92
Free shipping
Top Rated Plus
36 sold



Electric Facial Cleansing Waterproof Brush Cleaner Spa Massager For Face Care
New
$11.99
Free shipping



Mini Sonic Facial Cleansing Brush Ultra-soft Brush Face Scrubber For Oily Skin
New
$23.74
$24.99 5% off
Free shipping
Top Rated Plus



Mini Sonic Facial Cleansing Brush Ultra-soft Brush Face Scrubber For Oily Skin
New
$23.74
$24.99 5% off
Free shipping
Top Rated Plus



Silicone Electric Face Cleansing Brush Sonic Facial Skin Care Washer Massager
New
$28.34
+ $3.72 shipping



New Multifunction Electronic Cleansing Facial Skin Scrubber Brush Face Massage
New
$24.69
$25.99 5% off
Free shipping
Top Rated Plus



Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating Skin Care
New
$22.55
$23.74 5% off
Free shipping
Top Rated Plus



Facial Cleansing Silicone Brush Skin Blackhead Pore Cleaner Massager Scrub Face
New
$1.99
Free shipping

4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner US
New
$19.13
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback



Facial Cleansing Silicone Brush Skin Blackhead Pore Cleaner Massager Scrub Face
New
$1.99
Free shipping

---

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,
Clinique Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices,   Silk'n Electric Facial Brush Facial Cleansing Devices

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

ebay    Shop by category ▾    🔍 Search for anything    All Categories ▾    **Search**    Advanced

Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ▾   My eBay ▾

## Max's Surplus Store

**99.2%** Positive feedback    **93K** Items sold    **1.0K** Followers

⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories    Shop    About    Feedback          🔍 Search all 831 items

## About us

Liquidations4You, Inc. specializes in providing high-quality merchandise at prices closeout prices. With many years of experience, our company offers customers the unique ability to choose from a large selection of merchandise in wholesale lots with the option of making an offer on all listings!

Location: **United States**
Member since: **Feb 10, 2003**
Seller: **maxam78**

## Top Rated Seller

Max's Surplus Store is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Do you like our store experience? 👍 👎

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA · Mastercard · American Express · Discover

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay Google Pay

**Ship to**

▬▬▬▬▬
Miami, FL 33133
United States
Change

**Review item and shipping**

Seller: maxam78 | Message to seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
**$19.96**
~~$24.95~~

Quantity
1

**Delivery**
Est. delivery: Apr 21 – Apr 24
UPS Ground
**Free**

Save up to 20%

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None

Subtotal (1 item)          $19.96
Shipping                      Free
Tax*                          $1.40

**Order total              $21.36**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ⌄ | My eBay ⌄

Shop by category ⌄

Search for anything | All Categories ⌄ | Search

Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist

🔥 SAVE UP TO 20%   See all eligible items and terms ▸



Have one to sell? 💲 Sell now

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition: **New**

Sale ends in: **2d 0h**

Quantity: 1 | More than 10 available

Price: **$19.96**
Was US $24.95 ⓘ
Save US $4.99 (20% off)

Best Offer:

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to Watchlist

🚩 Ships from United States | Returns accepted

Shipping: **Free 2-4 day shipping**
Get it between **Sat, Mar 11** and **Tue, Mar 14** to 33133. See details
Located in: Chicago, Illinois, United States

Returns: 14 day returns. Buyer pays for return shipping. See details

Payments: PayPal | G Pay | VISA | Mastercard | AMEX | Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
maxam78 (25952 ⭐)
98.7% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items




**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Shop now**

---

### Similar sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$15.98**
Free shipping



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
Top Rated Plus
Seller 100% positive



New Therabody TheraFace PRO Facial Massager - Black
New
**$8.50**
10 bids
+ $10.00 shipping
Top Rated Plus
Seller 100% positive



SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO FACIA FACE BRUSH
New
**$12.99**
+ $5.85 shipping
Seller 99.7% positive



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US
New
**$11.99**
Free shipping

5-
Cl
Ski
Ne
$
Fre
27

---

### Sponsored items inspired by your views

Feedback on our suggestions







PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face

New

**$25.40**

Free shipping

NEW Sonic Facial Cleansing Brush Massager 3-n-1 Rechargeable Silicone ~ H22

New

**$17.50**

+ $10.40 shipping
Seller 100% positive

SILICONE ELECTRIC Facial Skin Cleaner Super Sonic Face CEPILLO FACIA FACE BRUSH

New

**$12.99**

+ $5.85 shipping
Seller 99.7% positive

SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE LINES DEEP CLEAN ACNE

New

**$16.31**

$21.75 25% off
Free shipping
Seller 100% positive

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Messager

New

**$6.00**

+ $5.85 shipping

So
Fa
Re

Ne

$

Fr
La

---

**About this item**   Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: **354004049025**

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Type: | Facial Brush |
| Body Area: | Face | Brand: | Hlaie |
| Set Includes: | Massager | | |

## Item description from the seller

- 【Make Your Skin More Beautiful】Food grade silicone rubber exterior provides the softest and most gentle face cleansing and massage! It effectively buffs away pore-clogging dirt, oil, makeup, and dead skin cells. With your daily facial cleanser,leaving your complexion looking clearer, brighter and healthier.
- 【Suitable For All Skin Types 】High frequency sonic pulses allow the removal of dirt, oils and makeup residues. Low-frequency pulses boosts blood circulation in wrinkle-prone areas, increasing the production of collagen and elastin to restore the skin's firmness and elasticity. Fashion Base face cleansing brush allows you to decide which treatment is best for your skin.
- 【Safe and Deep Cleansing】 With advanced sonic vibration 6000 times/min ,It can quickly and effectively remove facial dirt, makeup residues, blackheads, help with reduce oil and clogged pores ,make skin brighter and smoother.
- 【Convenient & Rechargeable】Handy design makes it easier to hold and convenient to carry. Design with high efficient and durable USB power cord. it can run for weeks after fully charged.And it can be charged with power bank, PC and other charing Device.
- 

Product Highlights:

Silicone Head Cleansing Brush can allow the removal of 99.5% nasty dirt and oils from your pores.
Soft, Flexible Skincare Support make it easy to clean makeup residue and exfoliation without irritating the skin.
Waterproof and portable design for ease of use and convenience. Use it with your favorite non abrasive cleanser.
No brush-heads replacement needed and no pain from harsh nylon bristles. Much safer than other facial cleansing brushes.
Quick Recharge, Long-Lasting Battery
Specifications:

Product Name: Facial Cleansing Instrument
Material: Silicone
Input: 200mAh
Vibration Frequency: 6000rpm
Charging Time: 1 Hours
Product size: 100 X 75 X 30mm
Product weight: 98g

---



## Max's Surplus Store

98.7% Positive Feedback
92K items sold

**Visit store**

Contact

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |

### Seller feedback (28,352)

r***0 · Past month

Great communication; quick shipment; product as described; superb seller.

Wholesale Lot of 175 Misprint Ink Pens Ball Point Plastic Retractable Pens (#353204960984)



Communication

## Popular categories from this store   See all

Category 1    Retractable Pen    Barbie    Playmobil    lighting    Other

7***I (1772) • Past month

super seller great to work with

Restaurant Waiter Waitress Barista Half Bib 3-Pocket Waist Apron – Purple (#1528078191193)

7***a (2001) • Past month

Just as described! Thank you!

Lot of 80 Pieces - Koozie Meeting Classic Pocket Jotter Notebook – Gold Spiral (#354438156788)

See all feedback

---

## SAVE UP TO 20% ⓘ   See all eligible items ▸

**Huge Sale 20% OFF!**
Marked down item price reflects all savings. Items provided by maxam78                      All promotional offers from maxam78

Vita Refine Exfoliating Face Scrub
(3.4 Oz.) By Essa

 See all

Was:        US $19.95
**Now:**      US $15.96

You can change quantities in your cart.

---

## Influenced by recent sponsored views



PleasingCare Silicone Sonic Facial
Cleansing Brush, Rechargeable
Electric Face
New
$25.40
Free shipping



NEW Sonic Facial Cleansing Brush
Massager 3-n-1 Rechargeable
Silicone ~ H22
New
$17.50
+ $10.40 shipping
Seller 100% positive



Silicone Facial Cleansing Brush
Electric Sonic Vibration Deep Pore
Skin Cleaner
New
$7.59
$7.99 5% off
Free shipping
9 watchers



5 in 1 Electric Face Facial Cleaner
Brushes Deep Cleansing Spa
Massager Scrubber
New
$10.99
Free shipping
Top Rated Plus
56 sold



5 in 1 Deep Clean Face Skin Electric
Facial Cleaner Care Brush
Massager Scrubber
New
$6.99
Free shipping
293 sold

---

## Explore related sponsored items



Electric Face Cleansing Brush Ultra
Sonic Facial Skin Silicone Cleaner
Massager
New
$7.49



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager
$12.93



Silicone Electric Face Cleansing
Brush Ultra Sonic Facial Skin
Cleaner Massager
New
$9.00

USB Electric Sonic Face Cleansing
Silicone Brush Facial Skin Cleaner
Massager
New
$9.47



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager
New
$13.19

Free shipping                $13.61 5% off              + shipping                   $9.97 5% off                Free shipping            Fr
                             Free shipping              Seller 100% positive          Free shipping
                             6 watchers

**Related sponsored items**

    

| | | | | |
|---|---|---|---|---|
| Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager | 3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6 | USA Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner | Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager | USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager |
| New | New | New | New | New |
| $12.93 | $14.97 | $15.35 | $15.98 | $9.47 |
| $13.61 5% off | Free shipping | Free shipping | Free shipping | $9.97 5% off |
| Free shipping | Top Rated Plus | | | Free shipping |
| 6 watchers | 126 sold | | | |

**People who viewed this item also viewed**

    

| | | | | |
|---|---|---|---|---|
| Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager | ARELLA - Electric Silicone Facial Brush Face Cleaner Skin Care Massage | Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush |
| New | New | New | New | New |
| $9.71 | $7.50 | $15.98 | $13.99 | $10.39 |
| Free shipping | + shipping | Free shipping | Free shipping | Free shipping |
| Seller 100% positive | Top Rated Plus | | 22 sold | Seller 100% positive |
| | Seller 99.1% positive | | | |

**Find more sponsored items**                                                                    Feedback on our suggestions

    

| | | | | |
|---|---|---|---|---|
| Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager | HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager | Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager | ARELLA - Electric Silicone Facial Brush Face Cleaner Skin Care Massage | Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US |
| New | New | New | New | New |
| $15.98 | $19.98 | $15.17 | $13.99 | $11.99 |
| Free shipping | Free shipping | $16.49 8% off | Free shipping | Free shipping |
| | Top Rated Plus | Free shipping | 22 sold | |
| | Seller 100% positive | | | |

    

| | | | | |
|---|---|---|---|---|
| SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO FACIA FACE BRUSH | ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage | Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink | Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager | Waterproof Electric Facial Cleaner Cleansing Brush Spa Skin Care Massager |

New
$12.99
+ shipping
Seller 99.7% positive

New
$13.99
Free shipping
Seller 100% positive

New
$19.99
Free shipping
Seller 100% positive

New
$15.99
Free shipping

New
$14.99
Free shipping



Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner
New
$13.28
$13.98 5% off
Free shipping



Sonic Silicone Facial Cleansing Massager Brush - FREE Headband Free Shipping
New
$17.99
Free shipping
Seller 100% positive



USA Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner
New
$15.35
Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$7.50
+ shipping
Top Rated Plus
Seller 99.1% positive



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
$15.99
Free shipping



Mini Sonic Facial Cleansing Brush Ultra-soft Brush Face Scrubber For Oily Skin
New
$23.74
$24.99 5% off
Free shipping
Top Rated Plus



Mini Sonic Facial Cleansing Brush Ultra-soft Brush Face Scrubber For Oily Skin
New
$23.74
$24.99 5% off
Free shipping
Top Rated Plus



Electric Facial Cleaner Brush Silicone Sonic Exfoliator Vibration Deep Cleansing
New
$17.79
Free shipping



Electric Facial Cleansing Waterproof Brush Cleaner Spa Massager For Face Care
New
$11.99
Free shipping



Ultrasonic Face Cleaner Brush Silicone Facial Cleansing Pore Blackhead Remove US
New
$27.94
Free shipping



3D Sonic Electric Facial Cleansing Brush Face Scrubber 4Brush Heads Changeable
New
$23.99
Free shipping
Top Rated Plus
Seller 99.6% positive



New Multifunction Electronic Cleansing Facial Skin Scrubber Brush Face Massage
New
$24.69
$25.99 5% off
Free shipping
Top Rated Plus

Electric Facial Cleaner Brush Silicone Sonic Exfoliator Vibration Deep Cleansing
New
$17.79
Free shipping



Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner US
New
$15.19
$15.99 5% off
Free shipping
6 watchers



Silicone Electric Face Cleansing Brush Sonic Facial Skin Care Washer Massager
New
$27.68
+ $3.64 shipping

---

Back to home page

Return to top

More to explore :  Normal Skin Electric Facial Brush Facial Cleansing Devices,  Sensitive Skin Electric Facial Brush Facial Cleansing Devices,  Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,  Oily Skin Electric Facial Brush Facial Cleansing Devices,  All Skin Types Electric Facial Brush Facial Cleansing Devices,
Clinique Electric Facial Brush Facial Cleansing Devices,  Facial Cleansing Brushes,  Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices,  Silk'n Electric Facial Brush Facial Cleansing Devices

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

ebay

Shop by category

Search for anything

All Categories

Search

Advanced

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay

☐ Include description

## Max's Surplus Store

**98.7%** Positive feedback   **92K** Items sold   **1.0K** Followers

Contact   ♡ Save Seller

### Category

All

Other

### Condition

☐ New (1)

See all

### Price

$ Min    to    $ Max    →

Available inventory

$0                $1000

See all

### Buying Format

● All Listings (1)
○ Accepts Offers (1)
○ Auction
○ Buy It Now (1)

### Item Location

● Default
○ Within

Radius 25 mi    of

Zip code 33133    →

○ US Only
○ North America
○ Worldwide

### Shipping Options

☐ Free Shipping

### Local Pickup

☐ Free Local Pickup

Within

Radius 25 mi    of

Zip code 33133    →

### Show only

☐ Free Returns
☐ Returns Accepted
☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

See all

🔍 silicone electric face cleansing brush ultra sonic facial skin cleaner m   ✕   🔍

Buying Format ∨   Condition ∨   Shipping ∨   Local ∨

Best Match ∨   ☰ ∨

**1** result for silicone electric fa...   ♡ Save this search

Shipping to: 33133 ∨

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Brand New

**$19.96**

Was: $24.95   **20% off**

or Best Offer

Free 4 day shipping

Tell us what you think

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

**Ship to**

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

**Review item and shipping**

Seller: maxam78 Message to seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

**$19.96**
~~$24.95~~

Quantity
1

**Delivery**
**Free 2-4 day shipping**
Get it by Mar 11 – Mar 14
UPS Ground

Save up to 20%

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $19.96 |
| Shipping | Free |
| Tax* | $1.40 |
| **Order total** | **$21.36** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

ebay

Shop by category

Search for anything | All Categories | Search

Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist


FIND OUT IF YOUR KIDS ARE IN THE RIGHT CAR SEAT    CHECK NOW    NHTSA ad

🎁 SAVE UP TO 20% | See all eligible items and terms ▸



**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**

Condition: New

Quantity: 1    More than 10 available

Price: **$19.96**
Was US $24.95 ⓘ
Save US $4.99 (20% off)

Best Offer:

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to Watchlist

🚚 Fast and reliable. Ships from United States.

↩ Breathe easy. Returns accepted.

Shipping: Free Standard Shipping. See details
Located in: Chicago, Illinois, United States

Delivery: Estimated between Tue, Apr 25 and Fri, Apr 28 ⓘ

Returns: 14 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
maxam78 (26035 ⭐)
99.2% positive feedback

♡ Save seller
Contact seller
Visit store
See other items


CHASE
Earn $1,000 bonus cash back
ink
VISA
Learn More
Member FDIC

$ Have one to sell? | Sell now

---

**Similar sponsored items**    See all >

Feedback on our suggestions









| Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes | Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager | NEW Shiseido Bio-Performance Advanced Super Revitalizing Facial Cream 1.7 oz NIB | Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink | Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable |
|---|---|---|---|---|
| New | New | | New | New |
| $24.99 | $15.98 | $20.50 | $19.99 | $24.99 |
| Free shipping | Free shipping | 7 bids | Free shipping | Free shipping |
| Seller with a 100% positive feedback | | + $1.95 shipping | Seller with a 100% positive feedback | Seller with a 100% positive feedback |
| | | Seller with a 99.4% positive feedback | | |

---

**Sponsored items customers also bought**    See all >

Feedback on our suggestions

      

   

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

New

**$24.99**

Free shipping
Seller with a 100% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$8.98**

$9.98 10% off
Free shipping
🔷 Top Rated Plus

Perlier Royal Elixir Youth Creator with Royal Pro Youth Peptide - 2 oz - BNIB

New

**$19.27**

$20.95 8% off
Free shipping
🔷 Top Rated Plus

Silicone Face Cleansing Brush Facial Cleanser Washing Massager Scrubber //

New

**$1.21**

Free shipping

---

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.                                                    eBay item number:  354004049025

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Type | Facial Brush |
| Body Area | Face | Brand | Hlaie |
| Set Includes | Massager | | |

## Item description from the seller

- 【Make Your Skin More Beautiful】Food grade silicone rubber exterior provides the softest and most gentle face cleansing and massage! It effectively buffs away pore-clogging dirt, oil, makeup, and dead skin cells. With your daily facial cleanser,leaving your complexion looking clearer, brighter and healthier.
- 【Suitable For All Skin Types 】High frequency sonic pulses allow the removal of dirt, oils and makeup residues. Low-frequency pulses boosts blood circulation in wrinkle-prone areas, increasing the production of collagen and elastin to restore the skin's firmness and elasticity. Fashion Base face cleansing brush allows you to decide which treatment is best for your skin.
- 【Safe and Deep Cleansing】 With advanced sonic vibration 6000 times/min ,It can quickly and effectively remove facial dirt, makeup residues, blackheads, help with reduce oil and clogged pores ,make skin more brighter and smoother.
- 【Convenient & Rechargeble】 Handy design makes it easier to hold and convenient to carry. Design with high efficient and durable USB power cord. it can run for weeks after fully charged.And it can be charged with power bank, PC and other charing Device.
- 

## Product Highlights:

Silicone Head Cleansing Brush can allow the removal of 99.5% nasty dirt and oils from your pores.
Soft, Flexible Skincare Support make it easy to clean makeup residue and exfoliation without irritating the skin.
Waterproof and portable design for ease of use and convenience. Use it with your favorite non abrasive cleanser.
No brush-heads replacement needed and no pain from harsh nylon bristles. Much safer than other facial cleansing brushes.
Quick Recharge, Long-Lasting Battery
Specifications:

Product Name: Facial Cleansing Instrument
Material: Silicone
Input: 200mAh
Vibration Frequency: 6000rpm
Charging Time: 1 Hours
Product size: 100 X 75 X 30mm
Product weight: 98g

---

## Max's Surplus Store

99.2% Positive Feedback
93K items sold

| Visit store |
|---|
| Contact |
| ♡ Save seller |

**Detailed seller ratings**                                        **Seller feedback** (28,440)
Average for the last 12 months



| | | |
|---|---|---|
| Accurate description | —— | 4.9 |
| Reasonable shipping cost | —— | 5.0 |
| Shipping speed | —— | 5.0 |
| Communication | —— | 5.0 |

**Popular categories from this store**    See all

Category 1    Retractable Pen    Barbie    Playmobil
lighting    Other

Great

Norwood Jam Black/Grey Transit Bluetooth Headphones (#354058189516)

T***y (526) • Past month

Fast Delivery and as described

Bulk Lot of 100 Pens - Misprint Plastic Retractable Ball Point Pens with Stylus (#353367295537)

o***s (251) • Past month

Fast delivery good product

Lot of 500 Pens - Stoneridge Style Burgundy Barrel Plastic Pens - Black Ink (#354291984220)

See all feedback

**SAVE UP TO 20%** ⓘ    See all eligible items ›

**Huge Sale - 20% OFF!**
Marked down item price reflects all savings. Items provided by maxam78          All promotional offers from maxam78

Vita Refine Exfoliating Face Scrub
(3.4 Oz.) By Essa

\+
See all

Was:          US $19.95
Now:        US $15.96

You can change quantities in your cart.

**Explore related sponsored items**







Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$15.69**
Free shipping
33 sold

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers

Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus

**Influenced by recent sponsored views**






Creative Automatic Chicken House

Creative Automatic Chicken House

Automatic Chicken Coop Door

Automatic Waterproof Chicken

HLAIE Silicone Electric Face



Door Coop Door Opener Light
Sensor Waterproof

New

**$27.88**

Free shipping



Door Coop Door Opener Light
Sensor Waterproof

New

**$29.99**

Free shipping
65 sold



Opener Light Sensor Control Auto
Pet Door Waterproof

New

**$27.59**

Free shipping



Coop Door With Light Sensor
Poultry Gate Hen House

New

**$29.99**

Free shipping
14 watchers



Cleansing Brush Sonic Facial Skin
Cleaner Massager

New

**$19.98**

Free shipping
Top Rated Plus
Seller with a 100% positive feedback

---

### Related sponsored items



Sonic Facial Cleansing Brush
YUNCHI Food Grade Silicone
Waterproof BLUE WC02_B

New

**$13.95**

Free shipping
Seller with a 99.9% positive feedback



Silicone Electric Face Cleansing
Brush Ultra Sonic Facial Skin
Cleaner Massager

New

**$15.69**

Free shipping
33 sold



HLAIE Silicone Electric Face
Cleansing BRUSH Sonic Facial Skin
Cleaner Massager

New

**$19.98**

Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Super Face Washing Machine
Electric Soft Silicone Facial Brush
Cleanser Massage

New

**$17.59**

Free shipping
5 watchers



Silicone Electric Face Cleansing
Brush Sonic Facial Skin Cleaner
Heated Massager

New

**$19.98**

Free shipping
Seller with a 100% positive feedback

---

### People who viewed this item also viewed



USB Recharge Waterproof
Vibrating Silicone Face Cleansing
Brush Electric Facial

New (Other)

**$12.99**

+ shipping



USB Rechargeable Waterproof
Vibrating Silicone Facial Cleansing
Brush

New

**$10.00**

+ shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing
Brush Face Exfoliator Rechargeable
5 Modes

New

**$24.99**

Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing
Brush Facial Skin Cleaner Cleaning
Massager

New

**$15.98**

Free shipping



Mini Electric Facial Cleansing Brush
Silicone Sonic Vibration Cleaner
Face Brush

New

**$10.39**

Free shipping
Seller with a 100% positive feedback

---

### Find more sponsored items

Feedback on our suggestions



HLAIE Silicone Electric Face
Cleansing BRUSH Sonic Facial Skin
Cleaner Massager

New

**$19.98**

Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing
Brush Face Exfoliator Rechargeable
5 Modes

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing
Brush Face Exfoliator Cleanser
Rechargeable

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing
Brush Facial Skin Cleaner Cleaning
Massager

New

**$15.98**

Free shipping



Ultrasonic Electric Silicone Facial
Cleansing Brush Sonic Face
Massager, Pink

New

**$19.99**

Free shipping
Seller with a 100% positive feedback


Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric
New
**$19.99**
Free shipping
Seller with a 100% positive feedback


Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager
New
**$15.17**
$16.49 8% off
Free shipping


ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
**$13.99**
Free shipping
Seller with a 100% positive feedback


Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US
New
**$11.99**
Free shipping


ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
**$13.99**
Free shipping
22 sold


Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
**$15.99**
Free shipping


5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
$12.99 46% off
Free shipping
44 sold


3D Sonic Facial Cleansing Brush Skin Rechargeable Waterproof Electric Face Body
New
**$11.99**
Free shipping
196 sold


Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
**$15.99**
Free shipping


Waterproof Electric Face Facial Cleaner Cleansing Brush Spa Skin Care Massager
New
**$14.99**
Free shipping


Silicone Electric Facial Cleansing Brush Face Exfoliator Massager Rechargeable
New
**$39.99**
Free shipping
Seller with a 100% positive feedback


Sonic Silicone Facial Cleansing Massager Brush - FREE Headband Free Shipping
New
**$17.99**
Free shipping
Seller with a 100% positive feedback


Electric Facial Cleansing Waterproof Brush Cleaner Spa Massager For Face Care
New
**$11.99**
Free shipping

4in1 Electric Silicone Facial Cleansing Brush Sensitive Face Exfoliate Massager
New
**$14.99**
+ $6.99 shipping
Top Rated Plus
Seller with a 99.7% positive feedback


USA Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner
New
**$15.35**
Free shipping

Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner US
New
**$15.99**
Free shipping
6 watchers

Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner
New
**$19.92**
Top Rated Plus
36 sold

Mini Sonic Facial Cleansing Brush Ultra-soft Brush Face Scrubber For Oily Skin
New
**$23.74**
$24.99 5% off
Free shipping
Top Rated Plus

Mini Sonic Facial Cleansing Brush Ultra-soft Brush Face Scrubber For Oily Skin
New
**$23.74**
$24.99 5% off
Free shipping
Top Rated Plus

---

More to explore :  Normal Skin Electric Facial Brush Facial Cleansing Devices,  Sensitive Skin Electric Facial Brush Facial Cleansing Devices,  Dry Skin Electric Facial Brush Facial Cleansing Devices,  Combination Skin Electric Facial Brush Facial Cleansing Devices,  Oily Skin Electric Facial Brush Facial Cleansing Devices,  All Skin Types Electric Facial Brush Facial Cleansing Devices,  Clinique Electric Facial Brush Facial Cleansing Devices,  Facial Cleansing Brushes,  Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices,  Silk'n Electric Facial Brush Facial Cleansing Devices

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice


Sperm Bank Donors

Calling residents of NYC! Become a sperm donor with the #1 physician recommended sperm ba...

LEARN MORE >



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  Mastercard  American Express  Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▉▉▉▉▉
Palm Beach, FL 33480
United States
▉▉▉▉
Change

**Review item and shipping**

Seller: maxam78  |  Message to seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
**$19.96**
~~$24.95~~

Quantity
1

**Delivery**
Est. delivery: Apr 26 – Apr 28
UPS Ground
**Free**

Save up to 20%

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $19.96 |
| Shipping | Free |
| Tax* | $1.40 |
| **Order total** | **$21.36** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with _PayPal_**

You'll finish checkout on PayPal.

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



## About us

Liquidations4You, Inc. specializes in providing high-quality merchandise at prices closeout prices. With many years of experience, our company offers customers the unique ability to choose from a large selection of merchandise in wholesale lots with the option of making an offer on all listings!

Location: United States
Member since: Feb 10, 2003
Seller: maxam78

Do you like our store experience? 

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 253

Marketplace: eBay

Seller Name: mbz-24*de





Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay

eBay

Shop by category

Search for anything                    All Categories

Search   Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

SAVE UP TO **20%** WHEN YOU BUY MORE





Hover to zoom

$ Have one to sell?   Sell now

### Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean

Condition: New

Color: - Select -

Bulk savings:

| Buy 1 $19.99/ea | Buy 2 $17.99/ea | Buy 3 $16.99/ea |
|---|---|---|

4 or more for $15.99/ea

Quantity: 1    4 available

Price: **$19.99/ea**

Buy It Now

Add to cart

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: china, China

Delivery: 🚚 Estimated between **Thu, May 4** and **Thu, May 18** ⓘ
Please note the delivery estimate is **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
mbz-24*de (1566 ⭐)
97.6% positive feedback

🔖 Save seller
Contact seller
See other items



**Shop related items**
115K items sold

lovelydeals2012    Visit store
in eBay Stores
Sponsored

---

### Similar sponsored items    See all >

Feedback on our suggestions



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

NEW Shiseido Bio-Performance Advanced Super Revitalizing Facial Cream 1.7 oz NIB
New
**$20.50**
7 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback

Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubber Massage
New
~~$28.96~~ 28% off
**$20.89**
Free shipping
Top Rated Plus

Facial Cleansing Brush, Silicone Electric Massage Brush, Rechargeable
New
**$10.99**
Free shipping
Seller with a 100% positive feedback

---

### Sponsored items inspired by your views    See all >

Feedback on our suggestions











Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J

New

**$12.91**
~~$13.59~~ 5% off
Free shipping

V-Comb Chemical Free Head Lice Treatment Detect Extract Eliminate Free shipping

New

**$42.95**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool

New

**$13.60**
Free shipping

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

New

**$19.98**
Free shipping
⭐ Top Rated Plus
Seller with a 100% positive feedback

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

New

**$10.56**
Free shipping

---

About this item    Shipping, returns & payments                                              Report this item

Seller assumes all responsibility for this listing.                                           eBay item number:  165859995717
Last updated on Jan 09, 2023 13:18:28 PST  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | Unbranded |
| Skin Type | All Skin Types | Type | Electric Facial Brush |
| Battery Life | 6 Hours | Power Source | Electric |
| Material | Silicone | | |

## Item description from the seller

- facial silicone facial cleansing brush,foreoing real LOGO, USB charging, waterproof, level 8







**8**-speed intensity adjustment



USB charging cable



1档        8档

【Real  LOGO】   【USB Charging】

【Waterproof 】 【8 Level 】











## Business seller information

Value Added Tax Number: DE 154412266 ⌄

## Return policy

| Return policy details |
|---|
| Seller does not accept returns |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

---



### mbz-24*de

97.6% Positive Feedback
2.7K items sold

**Visit shop**

**Contact**

♡ **Save seller**

### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.8 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 4.9 |

### Seller feedback (1,560)

➕ o***3 (298) • Past month

Fantastic! Thanks!

8' strap watch band Ballistic nylon Military RAF stitched bond IW SUISSE (#155486594475)

➕ u***u (127) • Past month

Awesome product will buy again

2pair Flat Cotton Shoe Laces Replacement for Air Jordan 1, 2,3 Air Force Dunk (#155494195662)

➕ w***3 (1106) • Past month

Parcel was held up locally at our post office. Good value.

50 PCS Unit Elastic Hair Ties Band Rope Ponytail Scrunchies Hair Holder (#165952610228)

**See all feedback**

---

### Influenced by recent sponsored views



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J

New
$12.91
$13.59 5% off
Free shipping



V-Comb Chemical Free Head Lice Treatment Detect Extract Eliminate Free shipping

New
$42.95
Free shipping
Seller with a 100% positive feedback



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean

New
$10.95
Free shipping
41 sold



Facial Cleansing Brush, Electric Face Brush Scrubber Rechargeable Exfoliator IPX

New
$44.90
Free shipping
20% off 3+ with coupon



Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubber Massage

New
$20.89
$28.96 28% off
Free shipping
Top Rated Plus

Explore related sponsored items



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing & Massage Brush Waterproof Rechargeable
New
$15.11
$17.99 16% off
Free shipping



4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
$21.99
Free shipping
37 sold



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
$24.99
Free shipping
Seller with a 100% positive feedback

7 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
$14.72
Free shipping
5 watchers

---

Sponsored Items from Top Rated Sellers     See all >

Feedback on our suggestions



Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration
New
$19.99
Free shipping
Seller with a 100% positive feedback




facial silicone facial cleansing brush,foreoia real LOGO USB charging+FREE BOX
New
$24.99
Free shipping
Seller with a 100% positive feedback



Rechargeable Ultrasonic Facial Skin Scrubber Face Spatula Blackhead Remover
New
$19.99
Free shipping
Seller with a 100% positive feedback



NuFACE Trinity Microcurrent Facial Toning Device New Open Box
New (Other)
$90.00
+ $12.00 shipping
431 sold



Back Scrubber Shower Exfoliating Silicon Body Brush for Shower, Bath & Massage
New
$9.99
Free shipping
Seller with a 100% positive feedback

---

People who viewed this item also viewed



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
$10.95
Free shipping
41 sold



Facial Cleansing Brush, Silicone Electric Massage Brush, Rechargeable
New
$10.95
Free shipping
Seller with a 100% positive feedback



Face Brush Silicone Facial Scrubber Electric Sonic Cleansing Massage Exfoliating
New (Other)
$18.95
Free shipping



Facial Cleansing Brush, Silicone Electric Massage Brush, Rechargeable
New
$10.99
Free shipping



Facial Cleansing Brush Silicone Electric Massage Brush Rechargeable Waterproof
New
$8.99
Free shipping

---

Find more sponsored items

Feedback on our suggestions



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
$10.95




Facial Cleansing Brush, Silicone Electric Massage Brush, Rechargeable
New
$10.99




Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
$19.99



Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubber Massage
New
$20.89



Facial Cleansing Brush, Electric Face Brush Scrubber Rechargeable Exfoliator IPX
New
$44.90



Rechargeable,Waterproof Facial Cleansing Brush, Silicone Electric Massage Brush
New
**$6.71**
Free shipping



Facial Cleansing Brush Electric Face Brush Scrubber Rechargeable Exfoliator I...
New (Other)
**$39.00**
Free shipping
Seller with a 99.1% positive feedback



Facial Cleansing Brush, Silicone Electric Rechargeable Massage Brush
New
**$8.99**
Free shipping
Seller with a 100% positive feedback



Facial Cleansing Brush, Silicone Electric Massage Brush,Rechargeable,Waterproof
New
**$8.99**
Free shipping



Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable
New
**$6.99**
+ $3.99 shipping
Top Rated Plus



5pcs/set Deep Cleansing Brush Silicone Face Exfoliating Octopus Facial Massage
New
**$11.99**
Free shipping
29 sold



OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
**$32.99**
Free shipping
Seller with a 99.3% positive feedback



Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable
New
**$6.99**
+ $3.99 shipping
Top Rated Plus



Facial Cleansing Brush Waterproof Silicone Rechargeable Electric Face Massager
New
**$16.24**
+ $3.69 shipping



4in1 Rechargeable Electric Facial Cleansing Brush Face Body Exfoliating Massager
New
**$21.37**
~~$22.49~~ 5% off
Free shipping



4in1 Rechargeable Electric Facial Cleansing Brush Face Body Exfoliating Massager
New
**$21.84**
~~$22.99~~ 5% off
Free shipping



Electric Sonic Facial Cleansing Brush Face Cleaning Tool Exfoliating Skin Care
New
**$22.55**
~~$23.74~~ 5% off
Free shipping
Top Rated Plus



Electric Facial Deep Cleansing Brush Exfoliator IPX-7Waterproof Scrubber Massage
New
**$57.00**
Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback



Silicone Electric Facial Cleansing Brush Waterproof Pore Cleaning Exfoliating
New
**$29.99**
Free shipping
Seller with a 100% positive feedback



Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubber Massage
New
**$13.99**
Free shipping



4 in 1 Facial Exfoliating Cleansing Brush Rechargeable Multifunctional Electric
New
**$31.99**
Free shipping
Seller with a 100% positive feedback



Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode
New
**$43.99**
+ shipping
Seller with a 100% positive feedback



Facial Cleansing Brush Face Scrubber: USB Rechargeable IPX7 Waterproof Electric
New
**$30.94**
Free shipping



Rechargeable Facial Cleaning Brush with 7 Heads, Exfoliating Face Brush
New
**$16.65**
Free shipping
Seller with a 99.2% positive feedback

---

Back to home page

Return to top

More to explore : Clinique Electric Facial Brush Facial Cleansing Devices,  Olay Electric Facial Brush Facial Cleansing Devices,  Facial Cleansing Brushes,  Unbranded Electric Facial Brush Facial Cleansing Devices,
Vitagoods Electric Facial Brush Facial Cleansing Devices,  Silk'n Electric Facial Brush Facial Cleansing Devices,  Panasonic Facial Massager Facial Cleansing Devices,
Unbranded Facial Massager Facial Cleansing Devices,  Mary Kay Electric Facial Brush Facial Cleansing Devices,  All Skin Types Facial Massager Facial Cleansing Devices

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

Add new card
○

● *PayPal*

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Boca Raton, FL 33433
United States
Change

**Review item and shipping**

Seller: mbz-24*de   Message to seller

Silicone Facial Cleansing Brush Massage Electric Rechargeable
Exfoliate Clean
Color: Yellow
**$19.99**

Quantity
1

**Delivery**
Est. delivery: May 2 – May 5
SpeedPAK Standard
Free

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy,
safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later than 30 days after the end of the
month in which the donation is made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount     None

| Subtotal (1 item) | $19.99 |
| Shipping | Free |
| Tax* | $1.40 |

| **Order total** | **$21.39** |

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.
*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with *PayPal***

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

## mbz-24*de

**97.6%** Positive feedback (1566) **2.7K** Items sold **25** Followers

Visit profile Contact Save

silicone facial cleansing brush massage electric rechargeable exfolia e

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Condition**

New (4)

See all

**Buying Format**

All Listings (4)

Accepts Offers

Auction

Buy It Now (4)

**Item Location**

Default

Within

Radius 25 mi of

Zip code

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

All Listings Accepts Offers Auction Buy It Now Condition Shipping Local Best Match

1 result for **silicone facial clea...** Save this search

Update your shipping location

Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean

Brand New

**$19.99**

Buy It Now

Free shipping

from China

mbz-24*de (1,566) 97.6%

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 254

Marketplace: eBay

Seller Name: mbz-24de



🛒 SAVE UP TO **20%** WHEN YOU BUY MORE



1PC    Blue

### Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration



Condition: New

Color: Blue ▾

Bulk savings:
| Buy 1 $19.99/ea | Buy 2 $17.99/ea | Buy 3 $16.99/ea |

4 or more for $15.99/ea

Quantity: 1    4 available

Price: **$19.99/ea**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
mbz-24*de (1562 ★)
97.3% positive feedback

♡ Save seller
Contact seller
See other items

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: montreal, Canada

Delivery: 🚚 Estimated between **Mon, Apr 24 and Tue, May 2** ⓘ
Please note the delivery estimate is **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  ●●  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more



### Similar sponsored items

Feedback on our suggestions

Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable
New
**$14.99**
Free shipping
Seller with a 99.2% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Bolero Beverly Hills Sparkling Peer + Honey Facial Skin Care Set Lot of 5
New
**$12.00**
0 bids
+ shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$12.89**
Free shipping

Silicone Electric Facial Cleansing Brush Face Massager Deep Clean Pores vibrate
New
**$17.49**
Free shipping
Seller with a 100% positive feedback

### Sponsored items inspired by your views

Feedback on our suggestions






| Pulsaderm SONIC WASHCLOTH 2 speed Silicone Face Brush PINK waterproof | Electric Facial Cleansing Brush, FBFL Sonic Silicone Face Brush & Pink | Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink | Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode | Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner | Fa... Si... M... |
|---|---|---|---|---|---|
| New (Other) | New | New | New | New | Ne |
| **$9.50** | **$14.99** | **$19.99** | **$43.99** | **$7.99** | **$** |
| ~~$10.00~~ 5% off | + shipping | Free shipping | + shipping | Free shipping | + |
| Free shipping | | Seller with a 100% positive feedback | Seller with a 100% positive feedback | **10 watchers** | 6 v |

---

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on Jan 06, 2023 13:51:24 PST View all revisions

eBay item number: **165860005768**

### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | Unbranded |
|---|---|---|---|
| Skin Type | All Skin Types | Type | Electric Facial Brush |
| Battery Life | 6 Hours | Manufacturer Warranty | 1 Year |
| Material | Silicone | Number of Speeds | 1 |

## Item description from the seller

**Feature:**
1. Silicone material, no irritation to the face.
2. The bristles are delicate and can be cleaned deeply.
3. Small and portable, easy to carry, can be used for home travel.
4. Deep clean facial dirt, balance facial oil secretion.
5. Relax the skin, moisturize and shrink pores, leaving the skin refreshed and comfortable.

**Specification:**
Material: ABS+silicone
Weight: 80g
Size: 8*6*4cm
Battery power: 1 x AAA battery**(Due to logistics restrictions, batteries are not included)**

**Instructions:**
Repeated verification, daily foaming facial cleanser about 1-2 grams, drip 4-6 drops of water, long press the mode button for about 5-6 seconds to automatically foam.

**Package Included:**
1PC x Cleansing brush**(Due to logistics restrictions, batteries are not included)**

**Notice:**
1. Please allowed 1-3mm differences due to manual measurement, thank you for your understanding!
2. Due to the difference between different monitors, please understand that the picture may not reflect the actual color of the item.
3. The product needs to configure 1 AAA batteries by itself, pay attention to the battery model, and avoid configuring batteries that do not match the model, and the product will overheat!
4. The skin is fragile during allergic peeling. It is recommended that the skin care method at this time be as simple as possible. Use it 1-2 times a week. If there is a wound or purulent acne, please stop using this product to avoid worsening wound infection.



**PRODUCT IMAGES** ››››› **Fuarscs** 

## Wash your face,

# have you really washed it?



**Large pores**

Air dust,
makeup residue

**Blackhead, shut up**

Excessive cleaning,
imbalance of water and oil,

**Acne**

Sensitive and
fragile skin



## Thoroughly clean make skin supple
Thoroughly clean, gentle and no residue







### Before clean

Dirt is not only attached to the surface skin Still hidden inside the pores

### Ordinary cleansing

Difficult to clean deep clogged pores

### Gentle cleansing

Thermal conductivity system can better open pores, dredge and clean thoroughly





# Normal skin  2 types of bristles

Thick bristles deeply clean the T-zone and difficult-to-clean areas, while the fine bristles gently clean the dry U-zone



Before use, the pores are enlarged and there are many blackheads

After use, the pores shrink and the skin becomes delicate

### 5mm brush head

With a large area of silicone brush, blackheads, pores and skin can be cleaned, effectively solving skin problems

### Massage mode

Low-frequency vibration massage, rejuvenate skin elasticity, and solve the problem of skin fatigue

### Sonic vibration

The transdermal sonic vibration can



strongly clean the stains under the
skin cortex, which is efficient and
safe without hurting the skin

## IPX5  Waterproof design

No fear of liquid immersion, more convenient to use



## 7500 times/min vibration cleaning

Deep stubborn dirt, all shake out





Thoroughly cleanse the skin, make the skin more delicate and smooth



1800+ high-density bristles

32% increase in bristles

26% increase in bristle softness







**Step 1: Apply facial cleanser**

After removing makeup, wet the face, foam the facial cleanser and apply it on the face, or apply the facial cleanser directly to the cleanser

**Step 2: for cleaning**

Turn on the cleansing device to a that each use lasts no more than 2 minutes



**Step 3: Perform a massage**

Follow the contours of the face and pat lightly with a brush. The suggested sequence is: chin-cheeks-forehead-around eyes



**Part 4: Daily Care**

After cleansing, start the daily skin care steps

## Selection of color

Pink

Meihong



**Blue**

**Green**

## Business seller information

Value Added Tax Number: DE 154412266 ⌄

## Return policy

| Return policy details |
|---|
| Seller does not accept returns |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### mbz-24*de
97.3% Positive Feedback
2.7K Items sold

Seller's other items

Contact

♡ Save seller

### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 4.8 |
| Reasonable shipping cost | ▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬ | 4.9 |
| Communication | ▬▬▬▬ | 4.9 |

### Seller feedback (1,557)

➕ 1***5 (2903) • Past month
received ok
NATO ® strap watch band G10 Ballistic nylon Military RAF stitched bond IW SUISSE (#155376037168)

➕ r***r (284) • Past month
A+
Premium Flat Cotton Shoe Laces Replacement for Air Jordan 1, 2,3 Air Force Dunk (#155408222411)

➕ o***c (2) • Past month
Best Seller, thanks.
NATO ® strap watch band G10 nylon Military RAF stitch bond replacement IW SUISSE (#155399029032)

See all feedback

## Influenced by recent sponsored views

    

Pulsaderm SONIC WASHCLOTH 2 speed Silicone Face Brush PINK waterproof

New (Other)

**$9.50**

~~$10.00~~ 5% off

Free shipping

4 Pack Face Scrubber,Jeull Soft Silicone Facial Cleansing Brush Face Exfoliator

New

**$10.35**

Free shipping

Seller with a 99.9% positive feedback

4 Pack Face Scrubber Soft Silicone Facial Cleansing Brush Face Exfoliator Scrub

New

**$6.09**

Free shipping

270 sold

5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa

New

**$6.55**

Free shipping

2778 sold

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping

Seller with a 100% positive feedback

---

## Explore related sponsored items



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable

New

**$24.99**

Free shipping

Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

New

**$24.99**

Free shipping

Seller with a 100% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$8.98**

~~$9.98~~ 10% off

Free shipping

Top Rated Plus



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$17.59**

Free shipping

5 watchers



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager

New

**$6.20**

($6.20/100g)

+ $7.46 shipping

179 sold

---

## Sponsored Items from Top Rated Sellers

Feedback on our suggestions



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean

New

**$19.99**

Free shipping

Seller with a 100% positive feedback




facial silicone facial cleansing brush,foreoing real LOGO USB charging+FREE BOX

New

**$24.99**

Free shipping

Seller with a 100% positive feedback




Rechargeable Ultrasonic Facial Skin Scrubber Face Spatula Blackhead Remover

New

**$19.99**

Free shipping

Seller with a 100% positive feedback

Rechargeable Ultrasonic Facial Skin Scrubber Face Spatula Blackhead Remover

New

**$21.99**

Free shipping

Seller with a 100% positive feedback

409 sold



NuFACE Trinity Microcurrent Facial Toning Device New Open Box

New (Other)

**$90.00**

+ $12.00 shipping

---

## People who viewed this item also viewed



Silicone Electric Facial Cleansing Brush Face Massager Deep Clean Pores vibrate

New

**$17.49**

Free shipping

Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

**$6.99**

Free shipping

Seller with a 99.4% positive feedback



Electric Deep Cleaner Massager Silicone Facial Cleansing Brush Face Skin Care

New

**$7.99**

Free shipping



Electric Facial Cleansing Brush Silicone Vibration Face Massager Pore

New

**$8.99**

Free shipping

Seller with a 100% positive feedback



Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable

New

**$6.99**

+ $3.99 shipping

Top Rated Plus

---

## Find more sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing
Brush Sonic Facial Skin Cleaner
Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing
Brush Face Massager Deep Clean
Pores vibrate
New
$17.49
Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing
Brush Vibration Face Cleaner Skin
Care Tool
New
$12.89
Free shipping

Silicone Electric Face Cleansing
Brush Facial Skin Cleaner Cleaning
Massager
New
$12.19
Free shipping
21 sold



Electric Silicone Facial Brush
Cleansing Skin Massager Face Brush
Vibration
New
$19.99
Free shipping
Seller with a 100% positive feedback



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
9 watchers



Electric Facial Cleansing Brush
Silicone Face Skin Massage Tool
Waterproof
New
$14.63
Free shipping
18 watchers



Facial Cleansing Brush, 3-In-1
Electric Silicone Face Scrubber,
Vibrating Massag
New
$24.68
Free shipping
Last one



New Electric Face Cleansing
Vibration Massage Brush Facial Skin
Care Wash Sonic
New
$29.99
Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing
Brush Face Skin Care Deep Cleaner
Massager
New
$8.54
$9.09 6% off
Free shipping
28% off 8+ with coupon

Electric Facial Cleansing Brush
Silicone Face Massage Tool
Waterproof
New

New Electric Face Cleansing
Vibration Massage Brush Facial Skin
Care Wash Sonic
New
$29.99
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing
Brush Face Massage Vibration
Blackhead Remove
New
$9.99
Free shipping



2 in1 Face Cleaner Waterproof
Electric Facial Brush Skin Care
Cleansing Massager
New
$23.74
$24.99 5% off
Free shipping
Top Rated Plus



Face Brush Vibration Silicone
Massager LEDPhoton Electric Facial
Cleansing Brush
New
$40.02
Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing
Brush Face Skin Care Deep Cleaner
Massager
New
$6.99
Free shipping
Seller with a 99.4% positive feedback



Facial Cleansing Brush Face
Massager Electric: with Soft
Silicone, Waterproof
New
$19.99
Free shipping
Buy 1, get 1 5% off

Silicone Electric Facial Cleansing
Brush Vibration Face Cleaner Skin
Care Tool J
New
$12.91
$13.59 5% off
Free shipping



Face Brush Vibration Silicone
Massager LEDPhoton Electric Facial
Cleansing Brush
New
$40.02
Free shipping
Seller with a 100% positive feedback

Face Facial Cleansing Brush Spa Skin
Care Massage Silicone Electric
Rechargeable
New
$6.99
+ $3.99 shipping
Top Rated Plus

Electric Face Cleansing Brush
Silicone Sonic Vibration Facial
Cleaning Brush
New
$14.89
Free shipping



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager



Electric Facial Cleansing Brush
Silicone Vibration Face Massager
Pore
New



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager
New



Face Cleansing Brush Spa Skin
Care Massage Silicone Electric
Rechargeable
New



Electric Facial Cleansing Brush
Silicone Vibration Face Massager
Pore
New





| $13.19 | $8.99 | $12.89 | $6.99 | $8.99 |
|---|---|---|---|---|
| Free shipping | Free shipping | Free shipping | + $3.99 shipping | Free shipping |
| | Seller with a 100% positive feedback | |  Top Rated Plus | Seller with a 100% positive feedback |

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices ,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices ,   Dry Skin Electric Facial Brush Facial Cleansing Devices ,
Combination Skin Electric Facial Brush Facial Cleansing Devices ,   Oily Skin Electric Facial Brush Facial Cleansing Devices ,   Facial Cleansing Brushes ,   All Skin Types Electric Facial Brush Facial Cleansing Devices ,
Clinique Electric Facial Brush Facial Cleansing Devices ,   Olay Electric Facial Brush Facial Cleansing Devices ,   Avon Electric Facial Brush Facial Cleansing Devices

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility , User Agreement , Privacy , Payments Terms of Use , Cookies , Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

# mbz-24*de

97.3% Positive feedback (1562) 2.7K Items sold 24 Followers Contact Save

Categories Shop About Feedback Search all 175 items

## About

Location: **Germany**
Member since: **May 21, 2012**

## Business details

Business name: **Joachim Blöchle Elektro- Service GmbH**
First name: **Bastian**
Last name: **Klose**
Address: **Im Birkenfeld 74a, 65719 Hofheim am Taunus, Germany**
Phone Number: **01729411875**
Email: **info@mbz-24.de**
VAT number: **DE 154412266**

Do you like our profile experience?

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Palm Beach, FL 33480
United States

Change

**Review item and shipping**

Seller: mbz-24*de · Message to seller

Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration
Color: Blue
**$19.99**

Quantity
1

Delivery
Est. delivery: Apr 25 – May 2
SpeedPAK Standard
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| Subtotal (1 item) | $19.99 |
| Shipping | Free |
| Tax* | $1.40 |
| **Order total** | **$21.39** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 255

Marketplace: eBay

Seller Name: mcenterprises_llc

eBay

Shop by category ∨

Search for anything

All Categories ∨   Search   Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist

EXTRA **10%** OFF $25+ WITH CODE **10OFFKYBB**   See all eligible items and terms ▶












Have one to sell? **Sell now**

**\*SALE\* SONIC FACIAL CLEANSING BRUSH Electric Face Scrubber Massager Skin Care**

🔥 Last item available

Condition: New

Quantity: 1    Last One / 3 sold

Price: **$12.58**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Ships from United States | 5 watchers

Shipping: US $10.65 Standard Shipping. See details
Located in: Fort Mitchell, Kentucky, United States

Delivery: Estimated between **Wed, Mar 15** and **Mon, Mar 20** to 33113 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
mcenterprises_llc (213 ★)
100% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items

Feedback on our suggestions







5 in1 Electric Face Facial Cleansing Brush Spa Massage Multifunction Clean Brush
New
**$5.99**
~~$10.99~~ 45% off
Free shipping
29 sold

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$5.99**
Free shipping
44 sold

cosmetic spa Hermetise full body scrub face cleanser
New
**$10.50**
6 bids
+ $10.95 shipping

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
Free shipping
293 sold

5-1 Multifunction Electronic Face Facial Cleansing Brush Spa Skin Care massage
New
**$5.99**
Free shipping
857 sold

---

### Sponsored items customers also bought

Feedback on our suggestions







5 in1 Electric Face Facial Cleansing Brush Spa Massage Multifunction Clean Brush
New
**$5.99**

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$5.99**

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**

Under Eye Cream Gel Remove Dark Circles Crows Feet Bags Lift Firm Anti Aging
New
**$15.98**

Biossance Your Clean Routine Overachievers Se Beauty Face Cleaning Items
New
**$20.99**



| | | | |
|---|---|---|---|
| $13.99 45% off | Free shipping | Free shipping | Free shipping |
| Free shipping | 44 sold | 293 sold | Top Rated Plus |
| 29 sold | | | 9307 sold |

$29.99 30% off
+ $5.04 shipping
Seller 100% positive

**About this item** | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Mar 02, 2023 09:18:05 PST  View all revisions

eBay item number: **124363710665**

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Size: | Hand Held |
| Sun Protection Factor (SPF): | NA | Main Purpose: | Scrub/Massage |
| Formulation: | SILICONE | Product Line: | Deep Cleansing |
| Period After Opening (PAO): | NA | Type: | Cleanser |
| Features: | LED Light, Rechargeable, USB, Massage, Cleaning, Pink | Active Ingredients: | None |
| MPN: | JMY3 | Body Area: | Face |
| Model: | JMY3 | Color: | Green |
| Volume: | NA | Ingredients: | You Choose |
| Brand: | YUNCHII | Set Includes: | Cleanser, Daily Use, Day Treatment, Exfoliant, Facial Cleansing Brush, Massager, Night Treatment, Toner |
| UVA Protection: | NA | Skin Type: | All Skin Types |
| UPC: | 738944820049 | | |

## Item description from the seller

# Sonic Facial Cleansing Brush
Made with Ultra Hygienic Soft Silicone
Waterproof Sonic Vibrating Face Brush
Deep Cleansing
Gentle Exfoliating
Massaging
USB charging

Distinctive Facial Brush: Ultra Hygienic Soft Silicone rubber exterior provides the softest and most gentle face cleansing and massage for all skin types normal.
Glowing Skin: Gain vibrant confidence in your face with a deeper, cleaner, younger, more beautiful complexion. Gently remove stubborn makeup, deep clean pores, reduce blackheads with maximum power & minimal effort so that you can brim with confidence with fresh, glowing skin
Portable USB Charging - Easy to use shape, handy design makes it easier to hold and convenient to carry. Facial cleansing with a single hand held device, never need to change the brush head.  Full charge takes 3 hours and can be used 200 times.
Facial Massage & watertight: This device is IPX7 water tight, can be used in the shower and bath.  Face massage every time you use your water tight sonic face cleaner to clean while it increases collagen & boosts circulation. Reduces fine lines & wrinkles, restores skin's firmness.
Great Gift: Makes a perfect gift for your mom, wife, best friend or someone special. Send them beauty, make them more confident.



## Kentucky Bargain Barn
100% Positive Feedback
590 Items sold

Visit store
Contact

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

### Seller feedback (147)

a***i (5019) · Past month

★°∴˙·✦˙·°∘,°¸°*·.,°·★✩✩Thank you from AuctionSynergy.Com✩✩★,·*·,·*˙·∘˙°⁀➷

LG Tone Pro Earbuds NeckbandHeadset HBS-780 Black Gold Bluetooth 4J (#125780286794)

h***d (616) · Past month

**Popular categories from this store**   See all

Computer Parts    Connected Home    Electronics    Health

Modems, Switches, Routers    Movies    Shoes Accessories    Sports

Technology

e seller!

New Rocketbook Fusion Smart Reusable Notebook Letter Size Light Blue (#125780329500)

n***r (130) • Past month

Great item. As described. Thank you!

Wireless iPad Pencil 2nd Generation For Apple iPad Pro 11" iPad Air iPad Mini 6 (#125778831624)

See all feedback

---

### Influenced by recent sponsored views







SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO FACIA FACE BRUSH
New
**$12.99**
+ shipping
Seller 99.7% positive

SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE LINES DEEP CLEAN ACNE
New
**$16.31**
$21.75 25% off
Free shipping
Seller 100% positive

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ shipping

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold

Facial Cleansing Brush Sonic Waterproof Adjustable Speeds Cleansing Brush
New
**$9.99**
Free shipping

---

### Most popular sponsored items                                          Feedback on our suggestions









5 in1 Electric Face Facial Cleansing Brush Spa Massage Multifunction Clean Brush
New
**$5.99**
$10.79 46% off
Free shipping
29 sold

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$5.99**
Free shipping
44 sold

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
Free shipping
293 sold

Under Eye Cream Gel Remove Dark Circles Crows Feet Bags Lift Firm Anti Aging
New
**$15.98**
Free shipping
Top Rated Plus
9307 sold

Biossance Your Clean Routine Overachievers Se Beauty Face Cleaning Items
New
**$20.99**
$29.99 30% off
+ shipping
Seller 100% positive

---

### Related sponsored items







Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller 99.9% positive

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$5.99**
Free shipping
40 sold

5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$6.55**
Free shipping
67 sold

Mini Sonic Facial Cleansing Brush Ultra-soft Brush Face Scrubber For Oily Skin
New
**$23.74**
$24.99 5% off
Free shipping

5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$6.55**
Free shipping
2742 sold

## People who viewed this item also viewed



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber

New

$6.99

Free shipping
293 sold



Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean

New

$17.79

$19.99 11% off
Free shipping
Seller 99.9% positive



USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager

New

$9.47

$9.97 5% off
Free shipping



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber

New

$5.99

Free shipping
44 sold



5 in1 Electric Face Facial Cleansing Brush Spa Massage Multifunction Clean Brush

New

$5.99

$10.99 45% off
Free shipping
29 sold

## Find more sponsored items

Feedback on our suggestions



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber

New

$6.99

Free shipping
293 sold



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber

New

$5.99

Free shipping
44 sold



USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager

New

$9.47

$9.97 5% off
Free shipping



4 in Electric Facial Cleansing Brush Skin Care Waterproof Face Massager Tools

New

$19.46

Free shipping
21 watchers



5 in1 Electric Face Facial Cleansing Brush Spa Massage Multifunction Clean Brush

New

$5.99

$10.99 45% off
Free shipping
29 sold



USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager

New

$9.47

$9.97 5% off
Free shipping



5-1 Multifunction Electronic Face Facial Cleansing Brush Spa Skin Care massage

New

$5.99

Free shipping
857 sold



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

$9.99

Free shipping
Top Rated Plus
Seller 99.5% positive



Electric Face Cleansing Silicone Brush Facial Skin Care Cleaning Massager

New

$15.99

Free shipping



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber

New

$5.99

$10.99 45% off
Free shipping



Electric Facial Face Sonic Spa Cleansing Brush Deep Cleanser Exfoliate Skin Care

New

$12.95

$14.39 10% off
Free shipping
Seller 100% positive



5in1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa

New

$5.99

Free shipping



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner

New

$7.59

$7.99 5% off
Free shipping
9 watchers



Electric Facial Face Sonic Spa Deep Cleansing Brush Beauty Cleanser Exfoliate US

New

$18.99

Free shipping
Seller 100% positive



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner

New

$7.59

$7.99 5% off
Free shipping











Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean

New

**$17.79**

$19.99 11% off

Free shipping

Seller 99.9% positive

Electric Silicone Deep Clean Massager Facial Skin Care Face Cleansing Brush

New

**$45.60**

Free shipping

Seller 100% positive

5-1 Multifunction Electric Healthy Face Facial Cleansing Brush Skin Care Massage

New

**$5.99**

Free shipping

Top Rated Plus

26 sold

Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration

New

**$15.50**

Free shipping

Seller 100% positive

Electric Facial Cleansing Brush Face Cleaner Clean Skin Care Waterproof Massage

New

**$24.99**

Free shipping











5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa

New

**$5.99**

Free shipping

5 in 1 Beauty Care Brush Massager Scrubber Face Skin Care Electric Facial..

New

**$16.25**

Free shipping

Seller 99.1% positive

Caudalie Cleansers, Micellar Cleansing Water - 3.38 oz. (100 ml)

New

**$9.89**

Free shipping

57 sold

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber

New

**$5.00**

+ shipping

Seller 100% positive

SOOCAS Sonic Facial Cleansing Brush Face Scrubber Fit With 1/3/5 Electric

New

**$9.29**

Free shipping

---

Back to home page

Return to top

More to explore :  Normal Skin Electric Facial Brush Facial Cleansing Devices,  Sensitive Skin Electric Facial Brush Facial Cleansing Devices,  Dry Skin Electric Facial Brush Facial Cleansing Devices,  Combination Skin Electric Facial Brush Facial Cleansing Devices,  Oily Skin Electric Facial Brush Facial Cleansing Devices,  All Skin Types Electric Facial Brush Facial Cleansing Devices,  Unbranded Skin Facial Cleansing Brushes,  Clinique Electric Facial Brush Facial Cleansing Devices,  Vitagoods Electric Facial Brush Facial Cleansing Devices,  Facial Cleansing Brushes





Kentucky Bargain Barn

**100%** Positive feedback    **590** Items sold    **13** Followers

Contact    Save Seller

*sale* sonic facial cleansing brush electric face scrubber massager s ✕ ce

Buying Format    Condition    Shipping    Local          Best Match

1 result for *sale* sonic facial ...    Save this search          Shipping to: 33133

**\*SALE\* SONIC FACIAL CLEANSING BRUSH** Electric Face Scrubber Massager Skin Care
Brand New

**$12.58**    10% off $25+ with coupon
Buy It Now
+$10.65 shipping

Tell us what you think

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

- Add new card
- PayPal
- PayPal CREDIT
  Special financing available.
  Apply now. See terms
- G Pay Google Pay

**Ship to**

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

**Review item and shipping**

Seller: mcenterpris... Message to seller

*SALE* SONIC FACIAL CLEANSING BRUSH Electric Face Scrubber Massager Skin Care

**$12.58**

Quantity 1

**Delivery**
Est. delivery: Mar 15 – Mar 20
USPS First Class
**$10.65**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $12.58 |
| Shipping | $10.65 |
| Tax* | $1.63 |
| **Order total** | **$24.86** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 256

Marketplace: eBay

Seller Name: Mg fashion love




Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

< Back to home page | Listed in category:    Health & Beauty  >  Skin Care  >  Exfoliators & Scrubs

Share | Add to Watchlist



$ Have one to sell?   Sell now

### SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO FACIA FACE BRUSH

Condition: New other (see details)

Price: **$12.99**

[ **Buy It Now** ]

[ **Add to cart** ]

Best Offer:   [ **Make offer** ]

[ ♡ Add to Watchlist ]

**Ships from United States** | Returns accepted

Shipping: US $5.85 Standard Shipping. See details
Located in: Anaheim, California, United States

Delivery: 📦 Estimated between **Sat, Mar 11** and **Wed, Mar 15** to 33113 ⓘ
Includes **4 business days** handling time after receipt of cleared payment.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  AmEx  Discover

PayPal **CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
mgfashionlove (942 ★)
99.6% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items




**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Visit store ]

---

### Similar sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off
Free shipping



SILICONE ELECTRIC FACE BRUSH Facial CEPILLO FACIAL Skin Cleaner
New
**$9.99**
Free shipping
Top Rated Plus
99 sold



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$7.50**
+ $5.04 shipping
Top Rated Plus
Seller 993% positive



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$15.98**
Free shipping




Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink
New
**$19.99**
Free shipping
Seller 100% positive

---

### Sponsored items inspired by your views

Feedback on our suggestions



SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE LINES DEEP CLEAN ACNE



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager



Sonic Face. Scrubber,silicone Facial Cleaning Brush USB Rechargable,for Face Ext



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW



| New | | | | |
|---|---|---|---|---|
| $16.31 | $6.00 | $15.00 | $6.00 | $13.95 |
| $21.75 25% off | + $5.85 shipping | Free shipping | + $5.85 shipping | Free shipping |
| Free shipping | | Last one | | Seller 100% positive |
| Seller 100% positive | | | | |

---

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.                                        eBay item number:  204103359217

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New other (see details): A new, unused item with absolutely no signs of wear. The item may be missing the original packaging, or in the original packaging but not sealed. The item may be a factory second or a new, unused item with defects. See the seller's listing for full details and description of any imperfections. See all condition definitions | Main Purpose: | Acne, Blackheads, Clogged Pores, Enlarged Pores, Excessive Oil |
| Brand: | Unbranded | Department: | Unisex |
| Type: | Facial Brush | Size: | Regular |
| Color: | Pink | Body Area: | Face |
| Set Includes: | Daily Use, Facial Brush, Massager | | |

## Item description from the seller

SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO FACIA FACE BRUSH.



## Mg fashion love

99.6% Positive Feedback
3.0K items sold

Visit store

Contact

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store    See all

Entertainment Memorabilia    Travel    Stamps    Art

Musical Instruments & Gear    Cameras & Photo

### Seller feedback (973)

i***e (34) • Past month
As advertised
New The Father (DVD) (#203874909129)

m***3 (221) • Past month
grat find
Pet Sematary Blu-ray/DVD, + DIGITAL, Stephen King Horror, John Lithgow (#204216853463)

m***h (519) • Past month
Excellent seller, fast shipping
Build A Bear Black Teddy Bear Plush Stuffed Animal 16" (#204124273074)

See all feedback

---

### Influenced by recent sponsored views

    


SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE LINES DEEP CLEAN ACNE
New
$16.31
$21.75 25% off
Free shipping
Seller 100% positive


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ shipping


Sonic Face, Scrubber,silicone Facial Cleaning Brush USB Rechargable,for Face Exf
New
$15.00
Free shipping
Last one

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
$9.95
Free shipping
74 sold

Facial Cleansing Brush Sonic Waterproof Adjustable Speeds Cleansing Brush
New
$9.99
Free shipping

## Explore related sponsored items


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping


SILICONE ELECTRIC FACE BRUSH Facial Skin Cleaner Super Soft Sonic Cepillo Facial
New
$10.68
Free shipping


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$9.00
+ shipping
Seller 100% positive


SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE LINES DEEP CLEAN ACNE
New
$16.31
$21.75 25% off
Free shipping
Seller 100% positive


Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
$16.99
Free shipping

## Sponsored Items from Top Rated Sellers

Feedback on our suggestions


Facial Serum Skin Care 10 Varieties Whitening Firming Moisturizing Anti-Wrinkle
New
$9.20
Free shipping
33 sold


Liyalan Anti Wrinkle Retinol Cream Vitamin C Brightens Skin Facial Repairs Skin
New
$13.40
Free shipping


Wood Acrylic Kolinsky Nail Brushes Sizes 8-24 Nail Art Brush SHIPS FROM USA
New
$8.96
$12.80 30% off
Free shipping
1823 sold


Acrylic Kolinsky Nail Brushes Blue And Pink Sizes 8-20 Nail Art Brush
New
$8.96
$12.80 30% off
Free shipping
924 sold


Acrylic Kolinsky Nail Brushes Sizes 8-24 Nail Art Brush SHIPS FROM USA
New
$16.20
Free shipping
1417 sold

## People who viewed this item also viewed


SILICONE ELECTRIC FACE BRUSH Facial CEPILLO FACIAL Skin Cleaner
New
$9.99
Free shipping
Top Rated Plus
99 sold


Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush
New
$9.71
Free shipping
Seller 100% positive


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$7.50
+ shipping
Top Rated Plus
Seller 99.1% positive


3D Sonic Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body
New
$11.99
Free shipping
193 sold


Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$15.98
Free shipping

Find more sponsored items

Feedback on our suggestions



SILICONE ELECTRIC FACE BRUSH Facial CEPILLO FACIAL Skin Cleaner

New

**$11.50**

Free shipping

Top Rated Plus

**39 sold**



SILICONE ELECTRIC FACE BRUSH Facial CEPILLO FACIAL Skin Cleaner

New

**$9.99**

Free shipping

Top Rated Plus

**99 sold**



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

**$15.98**

Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$7.50**

+ shipping

Seller 993% positive



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$19.96**

$24.95 20% off

Free shipping



Electric Facial Cleaner Brush Silicone Sonic Exfoliator Vibration Deep Cleansing

New

**$17.79**

Free shipping



Sonic Silicone Facial Cleansing Massager Brush - FREE Headband Free Shipping

New

**$17.99**

Free shipping

Seller 100% positive



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US

New

**$11.99**

Free shipping



Mini Sonic Facial Cleansing Brush Ultra-soft Brush Face Scrubber For Oily Skin

New

**$23.74**

$24.99 5% off

Free shipping

Top Rated Plus



Electric Facial Cleaner Brush Silicone Sonic Exfoliator Vibration Deep Cleansing

New

**$17.79**

Free shipping



USA Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner

New

**$15.35**

Free shipping



Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner

New

**$13.28**

$13.98 5% off

Free shipping



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

New

**$19.98**

Free shipping

Top Rated Plus

Seller 100% positive



Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner US

New

**$15.19**

$15.99 5% off

Free shipping

**6 watchers**



Mini Sonic Facial Cleansing Brush Ultra-soft Brush Face Scrubber For Oily Skin

New

**$23.74**

$24.99 5% off

Free shipping

Top Rated Plus



2x Silicone Handheld Face Scrubber Cleansing Brush Facial Skin Cleaner Massager

New

**$7.99**

Free shipping

**10 watchers**



Silicone Electric Facial Cleansing Brush Exfoliator Scrubber Sonic Rechargeable

New

**$19.99**

Free shipping

Seller 100% positive



4 in 1 Sonic Facial Cleansing Brush Skin Care Electric Exfoliator Scrub Cleanser

New

**$14.52**

$15.28 5% off

Free shipping



Silicone Electric Facial Cleansing Brush Exfoliator Scrubber Sonic Rechargeable

New

**$19.99**

Free shipping

Seller 100% positive

Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

New

**$19.99**

Free shipping

Seller 100% positive









3D Sonic Electric Facial Cleansing Brush Face Scrubber 4Brush Heads Changeable

New

**$21.99**

Free shipping

Silicone Facial Cleansing Brush Exfoliator Cleanser Scrubber Sonic Deep Clean

New

**$19.99**

Free shipping
Seller 100% positive

Silicone Electric Cleansing Brush Sonic Facial Skin Care Washer Massager

New

**$27.68**

+ $3.64 shipping

Silicone Facial Cleansing Brush Exfoliator Cleanser Scrubber Sonic Deep Clean

New

**$19.99**

Free shipping
Seller 100% positive

PleasingCare Sonic Facial Cleansing Brush, 2 Speeds, 3 Heads Included Pro Skin

New

**$29.99**

Free shipping

---

Back to home page

Return to top

More to explore :  Silicone-Free Skin Facial Brushes,   Electric Facial Brushes,   Skin Facial Brushes,   Combination Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,   Clarisonic Electric Facial Brushes,   Phillips Home Skin Care Electric Facial Brushes,   Men Skin Facial Brushes,   BeautiControl Skin Facial Brushes

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# Mg fashion love

**99.6%** Positive feedback **3.0K** Items sold **165** Followers

Contact Save Seller

silicone electric facial skin cleaner super soft sonic cepillo facia face h

**Category**

**All**

Health & Beauty

Skin Exfoliators & Scrubs

**Body Area**

**Brand**

**Size**

**Type**

**Condition**

New (1)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 33133

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 33133

**Show only**

Buying Format Condition Shipping Local Best Match

1 result for **silicone electric fa...** Save this search Shipping to: 33133

SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO FACIA FACE BRUSH

New other (see details)

**$12.99**

or Best Offer

+$5.85 shipping

Tell us what you think

☐ Free Returns
☐ Returns Accepted
☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



ebay **Checkout**

How do you like our checkout? Give us feedback

## Pay with

Add new card

VISA

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

## Ship to

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

## Review item and shipping

Seller: mgfashionlove Message to seller

SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO FACIA FACE BRUSH

**$12.99**

Quantity 1

**Delivery**
Est. delivery: Mar 11 – Mar 15
USPS First Class
**$5.85**

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional)

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $12.99 |
| Shipping | $5.85 |
| Tax* | $1.32 |
| **Order total** | **$20.16** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 257

Marketplace: eBay

Seller Name: mhstore77



ebay

Shop by category

Search for anything

All Categories

Search

Advanced

Sell   Watchlist   My eBay

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

Learn how to earn a $30 statement credit
With a new eBay Mastercard®. Ends 3/15.    See details

**SAVE UP TO 15% WHEN YOU BUY MORE**



80mm

35mm

80mm

### Limpiador Facial Electrico De Silicona Impermeable Limpia Tu Cara Facilmente

Condition: New

Color: Rosado

Bulk savings:
| Buy 1 $17.97/ea | Buy 2 $16.17/ea | Buy 3 $15.27/ea |

Quantity: 1    3 available / 1 sold

Price: **$17.97/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

$ Have one to sell?  Sell now

Shipping: Free Standard Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Hong Kong, China

Delivery: ⬛ Estimated between **Tue, Mar 28** and **Thu, Apr 20** ⓘ
This item has an extended handling time and a delivery estimate **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: 
**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
mhstore77 (66 ★)
92.9% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Discover related items**
113K items sold


lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items

Feedback on our suggestions











Masaje Electrico De Limpieza Facial Profunda ELIMINA Impurezas De Tu Rostro US
New
**$14.99**
Free shipping
Last one

Limpiador de poros electrico - limpiador de vapor cuidado facial de la piel USB.
New
**$17.99**
Free shipping
Top Rated Plus
27 sold

Masaje Electrico De Limpieza Facial Profunda ELIMINA Impurezas De Tu Rostro US
New
**$14.99**
Free shipping
5 watchers

Removedor de espinillas eléctrico Limpiador facial de dermoabrasión con succión
New
**$16.17**
Free shipping

Beautederm Beaute Massage Silicone Electric Facial Cleanser + FREE SHIPPING
New
**$15.00**
+ $2.99 shipping
Seller 100% positive

Sponsored items inspired by your views

Feedback on our suggestions







Automatic Chicken House Coop Door Opener Closer Timer Light Sensor Control Kit

New

$49.69

Free shipping
Seller 100% positive

Automatic Chicken Coop Door Auto Door Delayed Opening Timer Light Sensor

New

$34.88

Free shipping

Automatic Chicken Coop Door Opener Light Sensor Auto Chicken Cage Door Closer

New

$113.05

$119.00 5% off
Free shipping
Top Rated Plus

LifeVac - Choking Rescue Device Home Kit for Adult and Children

New

$15.89

+ $3.99 shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$14.16

Free shipping

| About this item | Shipping, returns & payments | Report this item |
|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on Feb 20, 2023 13:45:13 PST  View all revisions

eBay item number:  353341900205

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Model: | No Aplica |
| MPN: | does not apply | Battery Life: | 1 Hour |
| Main Purpose: | Limpiar La Cara | Material: | Siliocna |
| Brand: | Limpiador Facial Electrico | Manufacturer Warranty: | None |
| Power Source: | USB | Type: | Limpiador Facial |
| Features: | Recargable | Skin Type: | Todo Tipo De Piel |

## Item description from the seller

### Limpiador Facial Electrico De Silicona Impermeable Limpia Los Poros De Tu Cara

Efecto silencioso de vibración de alta frecuencia, para un uso más cómodo, llevamos a cabo un diseño humanizado.
Fortalece el cepillo de masaje y los contactos finos para acercar los contactos a la piel, suave y menos dañino para la piel.
Diseño impermeable del fuselaje, ya no es necesario preocuparse por caer en el agua, imaginar la limpieza divertida, cómoda y disfrutar de su bien.
La carga USB es práctica, rápida, persistente y fácil.



**Paquete incluido:**

Instrumento de belleza impermeable de carga



Actualmente Tenemos Cientos de Clientes Satisfechos con el Producto y han podido lucir Una Piel Limpia Y Tersa. **TU puedes tener esos mismos RESULTADOS!!**

**Recuerda que tu Compra esta libre de Riesgo ya que esta Protegida y Garantizada 100% Por Ebay USA, TU PUEDES ORDENAR AHORA!!!**



Si estas listo o lista para Decirle adiós Una Cara Seca, entonces no esperes mas es hora de tomar una **DESICION INTELIGENTE. ORDENA AHORA!!**

Mientras Mas Rápido Obtengas El Producto, **mas rápido veraz los RESULTADOS!!**

***Esta Oferta es Por tiempo limitado y cantidades limitadas, no esperes mas y ORDENA AHORA MISMO!!***



**M&H-STORE77**

92.9% Positive Feedback
998 items sold

Visit store

Contact

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.7 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

### Popular categories from this store    See all

Collectibles   Cameras & Photo   Travel   Cell Phones & Accessories

Clothing, Shoes & Accessories   Computers/Tablets & Networking   Toys & Hobbies

Pet Supplies   Jewelry & Watches

## Seller feedback (30)

**e***0 (150) • Past month**

Good price

New Silbato Para Entrenamiento De Perros Silbato Control De Ladridos Para Perros (#354104549058)

**a***e (419) • Past 6 months**

exelent product

Labial liquido tinta para labios de larga duracion tinta para lucir labios sexys (#354312229001)

**o***c (35) • Past 6 months**

El material debería ser un poco más rígido

Vibrador De Doble Penetracion Para Parejas Consolador Con Correa Para El Pene (#354005595165)

See all feedback

---

### Explore related sponsored items

   

| Limpiador Facial Electrico Maquina Cepillo De Cara Para Poros Negros Piel | Eliminador de Espinillas Limpiador de Poros Succionador del Acné Facial US | Masaje Facial Electrico Masage De Cara Antiarrugas Rejuvenecedor+muelle de carga | Eliminador de Espinillas Limpiador de Poros Succionador del Acné Facial US | Eliminador de Espinillas Limpiador de Poros Succionador del Acné Facial US | |
|---|---|---|---|---|---|
| New | New | New | New | New | |
| $10.97 | $15.90 | $15.97 | $11.99 | $15.50 | |
| Free shipping | Free shipping | Top Rated Plus | Top Rated Plus | Free shipping | |
| Top Rated Plus | 39 sold | Last one | 84 sold | 27 sold | |
| 126 sold | | | | | 13 |

---

### Related sponsored items

    

| Limpiador Facial Electrico Maquina Cepillo De Cara Para Poros Negros Piel | Facial Cleaning Spa Kit For Deep Cleanse, Makeup, & Blackhead Removal From Face | Masaje Facial Electrico Masage De Cara Antiarrugas Rejuvenecedor+muelle de carga | Eliminador de Espinillas Limpiador de Poros Succionador del Acné Facial US | Rechargeable Ultrasonic Facial Skin Scrubber Face Spatula Blackhead Remover | |
|---|---|---|---|---|---|
| New | New | New | New | New | |
| $10.97 | $17.99 | $15.97 | $11.99 | $16.99 | |
| Free shipping | + shipping | Top Rated Plus | Free shipping | Free shipping | |
| Top Rated Plus | Seller 100% positive | Last one | Top Rated Plus | Top Rated Plus | |
| 126 sold | | | 84 sold | 68 sold | |

---

### Influenced by recent sponsored views

    



**Automatic Chicken House Coop Door Opener Closer Timer Light Sensor Control Kit**

New

**$49.69**

Free shipping
Seller 100% positive



**Smart Automatic Chicken Coop Door Opener Closer House Light Sensor Control Kit**

New

**$29.99**

Free shipping



**Auto Smart Chicken Coop Door Opener Closer House Timer Light Sensor Control Kit**

New

**$28.99**

+ $1.99 shipping



**NEW Automatic Chicken Coop Door Opener Cage Closer Timer Light Sensor Control**

New

**$113.06**

~~$119.01~~ 5% off
Free shipping
Top Rated Plus



**Timer Light Sensor Remote Control Automatic Chicken Coop Door Opener Cage Closer**

New

**$92.15**

Free shipping
9 watchers

---

### People who viewed this item also viewed



**Vaporizador Facial Limpiador Profundo Hidratacion Para El Rostro Portátil**

New

**$6.99**

+ $5.99 shipping
38 sold



**Masaje Electrico De Limpieza Facial Profunda ELIMINA Impurezas De Tu Rostro US**

New

**$14.99**

Free shipping
5 watchers



**Beautederm Beaute Massage Silicone Electric Facial Cleanser + FREE SHIPPING**

New

**$15.00**

+ $2.99 shipping
Seller 100% positive



**crema limpiador facial para hombre, crema limpieza cara aceitosa para hombre**

New

**$10.99**

+ shipping
Seller 100% positive



**BNIB Sealed Lacura Silicone Sensitive Skin Facial Cleanser DUPE for Foreo**

New

**$18.93**

+ $11.83 shipping
Seller 100% positive

---

### Find more sponsored items

<span style="float:right">Feedback on our suggestions</span>



**Masaje Electrico De Limpieza Facial Profunda ELIMINA Impurezas De Tu Rostro US**

New

**$14.99**

Free shipping
Last one



**Masaje Electrico De Limpieza Facial Profunda ELIMINA Impurezas De Tu Rostro US**

New

**$14.99**

Free shipping
5 watchers



**Removedor de espinillas eléctrico Limpiador facial de dermoabrasión con succión**

New

**$16.17**

Free shipping

**Removedor de espinillas eléctrico Limpiador facial de dermoabrasión con succión**

New

**$16.17**

Free shipping



**Beautederm Beaute Massage Silicone Electric Facial Cleanser + FREE SHIPPING**

New

**$15.00**

+ $2.99 shipping
Seller 100% positive

**OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable**

New

**$32.99**

Free shipping
Seller 99.4% positive

**Visage Pro Style Facial Cleanser Limpiador Facial w/ Attachments - As Is**

New

**$19.99**

Free shipping
Top Rated Plus
Seller 100% positive

**Maquina Para Exfoliar La Cara Extraer Puntos Negros Aparato Limpiador Poros Acne**

New

**$43.45**

Free shipping

**Gel Exfoliante Para Limpieza Profunda Hidratante Crema Orgánica Limpiador Facial**

New

**$20.99**

Free shipping
Last one

**Espatula Depuradora Para La Piel, Limpiador De Poros Para Eliminar Puntos**

New

**$45.00**

Free shipping

---

Back to home page

More to explore : Cara Electric Heating Pads, Cara Hot Water Bottles & Covers, Cara Orthotics, Braces & Orthopedic Sleeves, Facial Massagers, Facial Sauna Facial Cleansing Devices, Professional Facial Machines, Ultrasonic Facial Machines, Radio Frequency Facial Machines, Clarisonic Facial Cleansing Devices, Unbranded Electric Facial Brush Facial Cleansing Devices

Return to top

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay

Shop by category

Search for anything

All Categories

Search

Advanced

Include description

# M&H-STORE77

**92.9%** Positive feedback   **998** Items sold   **66** Followers

Contact   Save Seller

limpiador facial electrico de silicona impermeable limpia tu cara facil ✕ le

All Listings   Accepts Offers   Auction   Buy It Now   Condition ⌄   Shipping ⌄   Local ⌄

Best Match   ☰ ⌄

**1 result** for **limpiador facial el...**   ♡ Save this search

Shipping to: 10025 ⌄

## Category

**All**

Health & Beauty

Facial Cleansing Devices

## Condition

New (2)

See all

## Price

$ Min   to   $ Max   →

Available inventory

$0   $1000

See all

## Buying Format

● All Listings (2)

○ Accepts Offers

○ Auction

○ Buy It Now (2)

## Item Location

● Default

○ Within

Radius 25 mi ⌄   of

Zip code 10025   →

○ US Only

○ North America

○ Worldwide

## Shipping Options

☐ Free Shipping

## Local Pickup

☐ Free Local Pickup

Within

Radius 25 mi ⌄   of

Zip code 10025   →

## Show only

☐ Free Returns

☐ Returns Accepted

☐ Authorized Seller

☐ Completed Items

☐ Sold Items

☐ Deals & Savings

☐ Authenticity Guarantee

See all

### Limpiador Facial Electrico De Silicona Impermeable Limpia Tu Cara Facilmente

Brand New

**$17.97**

Buy It Now

Free shipping

from China

mhstore77 (66) 92.9%

Tell us what you think

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



ebay **Checkout**

How do you like our checkout? Give us feedback

## Pay with

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

## Ship to

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

## Review item and shipping

Seller: mhstore77 Message to seller

Limpiador Facial Electrico De Silicona Impermeable Limpia Tu Cara Facilmente
Color: Rosado
**$17.97**

Quantity
1

**Delivery**
Est. delivery: Mar 28 – Apr 20
Standard Shipping from Greater China to worldwide
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:
Apply

## Donate to charity (optional)

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $17.97 |
| Shipping | Free |
| Tax* | $1.26 |
| **Order total** | **$19.23** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 258

Marketplace: eBay

Seller Name: migasol



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ˅   My eBay ˅

ebay

Shop by category ˅   | Search for anything   | All Categories ˅   Search   Advanced

‹ Back to home page  | Listed in category:  Health & Beauty  >  Skin Care  >  Facial Cleansing Devices

Share | Add to Watchlist

🔥 SAVE UP TO 25%   See all eligible items and terms ▶





Hover to zoom

Have one to sell?  Sell now

### SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE LINES DEEP CLEAN ACNE

Condition: New

Quantity: 1   More than 10 available / 1 sold

Price: **$16.31**
Was US $21.75 ⓘ
Save US $5.44
(25% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Ships from United States   |   Returns accepted

Shipping: Free Expedited Shipping. See details
Located in: Mission Viejo, California, United States

Delivery: Estimated between Sat, Mar 11 and Thu, Mar 16 to 33133 ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  Discover
  

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
migasol (4666 ⭐)
100% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

**Explore a related Store**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

Shop now

---

Similar sponsored items   Feedback on our suggestions



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ $5.85 shipping
Top Rated Plus
5 watchers



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller 100% positive



SKIN CARE LOT K Beauty Haul for ACNE OILY SENSITIVE skin FULL SIZE
New
$0.99
0 bids
+ $17.10 shipping
Seller 100% positive



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$7.49
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
6 watchers

---

Sponsored items customers also bought   Feedback on our suggestions





Facial Cleansing Brush Sonic
Electric Silicone Face Scrubber,
Vibrating Massag

Hydrating Facial Cleanser
For Normal To Dry Skin - 16oz.

New

**$23.67**

Free shipping
Seller 100% positive

New

**$19.99**

Free shipping
60 sold

---

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Mar 30, 2021 22:06:31 PDT View all revisions

eBay item number: 114202125916

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Gender: | Unisex |
| Country/Region of Manufacture: | China | Type: | Facial Massager |
| Features: | Cruelty-free/No Animal Testing | Brand: | DivineSkinBeauty |
| Skin Type: | All Skin Types | UPC: | Does not apply |

## Item description from the seller

# DIVINE SKIN BEAUTY
# Restorative Skin Care

# Sonic Silicone Face Brush
# All Skin Types
# AM/PM
# Vegan, gluten free, no animal testing, ever

### How To Use:
Apply a dime sized drop of our fabulous  Renew Retinol Cleanser, cleanse your entire face, neck and decolletage
in circular motion, enjoy perfectly clean skin, ready for our amazing Silk Toner

### Helps Skin with:
pores
acne
deep cleansing
better absorbing product

### Skin Type:
all skin types

### All our products are:
**Cruelty Free, Organic, Vegan, Gluten Free, No Perfumes, No Parabens, No Phthalates**

**We ship FREE, same day, via USPS to all 50 States and US Territories**

We ship same day worldwide at USPS pricing

We also sell Internationally with the eBay Global Shipping Program

Always, feel free to contact us via eBay messaging, we are always happy to help





    

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ shipping

Sonic Face. Scrubber,silicone Facial Cleaning Brush USB Rechargable,for Face Exf
New
**$15.00**
Free shipping
Last one

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold

Facial Cleansing Brush Sonic Waterproof Adjustable Speeds Cleansing Brush
New
**$9.99**
Free shipping

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ shipping

## Sponsored Items from Top Rated Sellers

Feedback on our suggestions

    

SONIC FACE SILICONE BRUSH ANTI AGE FINE LINES DEEP CLEAN SENSITIVE SKIN ACNE
New
**$29.81**
$39.75 25% off
Free shipping
Seller 100% positive

SONIC FACE SILICONE BRUSH ANTI AGE FINE LINES DEEP CLEAN SENSITIVE SKIN ACNE
New
**$29.81**
$39.75 25% off
Free shipping
Seller 100% positive

SONIC FACE SILICONE BRUSH ANTI AGE FINE LINES DEEP CLEAN SENSITIVE SKIN ACNE
New
**$29.81**
$39.75 25% off
Free shipping
Seller 100% positive

SIMI CURE GEL HUMECTANTE CICATRICES CIRUGIAS ACNE FACIAL Y CORPORAL 60g
New
**$22.75**
Free shipping
Seller 100% positive

DIVINE SKIN BEAUTY HYALURONIC ACID 1 oz 100% PURE & ORGANIC HYDRATE ANTI AGE
New
**$28.46**
$37.95 25% off
Free shipping
Seller 100% positive

## Explore related sponsored items

    

Silk'n Sonic Clean Plus Replacement Brush Heads Sensitive, Silicone & Regular
New
**$13.95**
Free shipping
Top Rated Plus
59 sold

Face Cleaning Brush Replacement for Clarisonic Sonic Face Exfoliator Scrub Brush
New
**$12.99**
Free shipping

Silk'n Sonic Clean Plus Replacement Brush Heads Sensitive, Silicone & Regular
New
**$13.95**
Free shipping
Top Rated Plus
22 sold

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$7.59**
$7.99 5% off
Free shipping
9 watchers

Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating Scrubber
New
**$17.93**
Free shipping
Top Rated Plus
8 watchers

## People who viewed this item also viewed

    

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.25**
$12.89 5% off
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.39**
Free shipping
59 sold

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.85**
$13.53 5% off
Free shipping

Find more sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.93**

$13.61 5% off
Free shipping
6 watchers



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New

New

**$9.95**

Free shipping
74 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.85**

$13.53 5% off
Free shipping



Facial Cleansing Brush Sonic Vibration Mini Face Cleaner Electric Silicone Deep

New

**$19.99**

Free shipping
9 watchers



SONIC FACE SILICONE BRUSH ANTI AGE FINE LINES DEEP CLEAN SENSITIVE SKIN ACNE

New

**$29.81**

$39.75 25% off
Free shipping
Seller 100% positive



SONIC FACE SILICONE BRUSH ANTI AGE FINE LINES DEEP CLEAN SENSITIVE SKIN ACNE

New

**$29.81**

$39.75 25% off
Free shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$13.19**

Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$13.39**

$14.09 5% off
Free shipping



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

New

**$10.99**

Free shipping
Top Rated Plus
10 watchers



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager

New

**$6.00**

+ shipping
Top Rated Plus
5 watchers



SONIC FACE SILICONE BRUSH ANTI AGE FINE LINES DEEP CLEAN SENSITIVE SKIN ACNE

New

**$29.81**

$39.75 25% off
Free shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.25**

$12.89 5% off
Free shipping



Finishing Touch Flawless Cleanse Silicone Face Scrubber and Cleanser

Pre-owned

**$8.99**

Free shipping
5 watchers



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

New

**$7.39**

Free shipping
59 sold



SILICONE ELECTRIC FACE BRUSH Facial Skin Cleaner Super Soft Sonic Cepillo Facial

New

**$10.68**

Free shipping



SILICONE ELECTRIC FACE BRUSH Facial Skin Cleaner Super Soft Sonic Cepillo Facial

New

**$10.68**

Free shipping



Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable

New

**$14.99**

Free shipping
Seller 99.5% positive



2 Silicone Facial Cleansing Brush Replacement Heads Compatible w/ Oral B Braun

New

**$9.99**

Free shipping
Top Rated Plus
9 watchers



2 Silicone Facial Cleansing Brush Replacement Heads Compatible w/ Oral B Braun

New

**$9.99**

Free shipping
Top Rated Plus
7 watchers











Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massag

New

**$23.67**

Free shipping
Seller 100% positive

Electric Facial Cleansing Brush Silicone Face Skin Massage Tool Waterproof

New

**$14.63**

Free shipping
**16 watchers**

OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable

New

**$32.99**

Free shipping
Seller 99.4% positive

Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use

New

**$13.10**

Free shipping

Silk'n Sonic Clean Plus Replacement Brush Heads Sensitive, Silicone & Regular

New

**$13.95**

Free shipping
 Top Rated Plus
**52 sold**

---

Back to home page

Return to top

More to explore : Silicone-Free Acne Anti-Aging Products, CLEAN & CLEAR Acne Face Washes, Acne All Skin Types Silicone-Free Anti-Aging Products, Acne Anti-Aging Serums, Acne Anti-Aging Cleansers, Acne Anti-Aging Medik8, Jan Marini Anti-Aging Acne, Microneedling Acne Anti-Aging Products, essence Acne Anti-Aging Products, Perricone MD Anti-Aging Acne

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



# Divine Skin Beauty

**100%** Positive feedback **11K** Items sold **97** Followers

Contact Save Seller

**Category**

**All**

Anti-Age

Skincare Home Devices

**Skin Type**

**Condition**

New (1)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

All Listings (1)

Accepts Offers

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 33133

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 33133

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

sonic silicone face brush anti age black heads fine lines deep clean a

Buying Format Condition Shipping Local Best Match

1 result for **sonic silicone fac...** Save this search Shipping to: 33133

SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE LINES DEEP CLEAN ACNE

Brand New

**$16.31**

Was: ~~$21.75~~ **25% off**

Buy It Now

Free shipping

Tell us what you think

Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  mastercard  AMERICAN EXPRESS  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████
Miami, FL 33133-2709
United States
████████
Change

**Review item and shipping**

Seller: migasol   Message to seller

SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE LINES DEEP CLEAN ACNE
**$16.31**  ~~$21.75~~

Quantity
1

**Delivery**
Est. delivery: Mar 11 – Mar 16
USPS Priority Mail Padded Flat Rate Envelope
**Free**

Save up to 25%

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None

Subtotal (1 item)          $16.31
Shipping                     Free
Tax*                        $1.14

**Order total             $17.45**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 260

Marketplace: eBay

Seller Name: nadalghait0



Shop by category    Search for anything    All Categories    Search    Advanced

Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



## MyShinyFace - T-Sonic Facial Cleansing device - Silicon Face brush

| | |
|---|---|
| Condition: | New |
| Quantity: | 1    More than 10 available |

Price: **$15.00**

**Buy It Now**

**Add to cart**

Best Offer:    **Make offer**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

*Ships from United States*

| | |
|---|---|
| Shipping: | **Free** Standard Shipping. See details |
| | Located in: Mesa, Arizona, United States |
| Delivery: | Estimated between **Sat, Mar 11** and **Wed, Mar 15** to 33133 ⓘ |
| Returns: | Seller does not accept returns. See details |
| Payments: | PayPal  G Pay  VISA  Mastercard  AMEX  Discover |

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
nadalghait0 (23 ⭐)
100% Positive feedback

♡ Save Seller
Contact seller
See other items

   

**Explore a related Store**
113K items sold



lovelydeals2012
In eBay Stores
Sponsored

**Visit store**

$ Have one to sell?  **Sell now**

---

### Similar sponsored items

Feedback on our suggestions

    

| Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | ON LABS Blackhead Deep Cleansing Nose Pore Strips 6 Strips (LOT OF 3) | Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager | Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag |
|---|---|---|---|---|
| New | New | New | New | New |
| $7.49 | $19.98 | $0.99 | $6.00 | $28.99 |
| Free shipping | Free shipping Seller 100% positive | 0 bids + $4.50 shipping Seller 100% positive | + $5.85 shipping | Free shipping Seller 100% positive |

---

### Sponsored items inspired by your views

Feedback on our suggestions

    

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$9.00**

+ $6.40 shipping
Seller 100% positive

Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

New

**$19.99**

Free shipping
Seller 100% positive

Facial Cleansing Brush Sonic Silicone Scrubber, Face Vibrating Massager

New

**$6.00**

+ $5.85 shipping
🔷 Top Rated Plus
5 watchers

Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing

New

**$19.99**

Free shipping

Facial Cleansing Brush Silicone Sonic Waterproof Rechargeable Messager Electric

New

**$69.37**

+ $79.87 shipping

---

**About this item**   **Shipping, returns & payments**                                          Report this item

Seller assumes all responsibility for this listing.                                    eBay item number:  313605167713

Last updated on Jul 25, 2021 00:08:55 PDT  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand: | Unbranded |
| Main Purpose: | Acne, Blackheads, Excessive Oil | Skin Type: | All Skin Types |
| Type: | Electrio Facial Brush | Battery Life: | 5 Hours |
| Power Source: | USB | Color: | Pink |
| Features: | Antibacterial, Lightweight, Rechargeable | Material: | Silicone |
| Country/Region of Manufacture: | China | Number of Speeds: | 3 |
| UPC: | 728040913691 | | |

## Item description from the seller

MyShinyFace - T-Sonic Facial Cleansing device - Silicon Face brush.

- Glowing face with gentle and deep cleansing. Reduce blackheads, cleanse your pores, and give you the fresh glowing.

- Battery, Charge once every 5 months with a rechargeable USB .

- Brushes- No need to replace any brushes and it is all Ultra Hygienic.

- 100% waterproof.

---



**nadalghait0**

100% Positive Feedback
4 Items sold

Visit profile

Contact

---

## Influenced by recent sponsored views



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager



Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager



Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New

$9.00
+ shipping
Seller 100% positive

$19.99
Free shipping
Seller 100% positive

$6.00
+ shipping
Top Rated Plus
5 watchers

$19.99
Free shipping

$9.95
Free shipping
74 sold

---

## Explore related sponsored items



3 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating US
New
$27.78
Free shipping



4 in 1 Facial Cleansing Brush Rechargeable Spin Exfoliating Wash Face Cleaner
New
$18.66
Free shipping
Seller 99.1% positive



Facial Cleansing Brush Facial Device Face Scrubber for Massaging
New
$13.73
$17.99 24% off
Free shipping



Slick- Silicone Facial Cleansing Brush, 4 Pack, Silicone Face Scrubber, Face...
New
$9.77
Free shipping
Last one



4 Pack Face Scrubber,Jeull Soft Silicone Facial Cleansing Brush Face Exfoliator
New
$10.35
Free shipping
Seller 100% positive

---

## Related sponsored items



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
$13.95
Free shipping
Seller 99.9% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
$9.95
Free shipping
74 sold



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller 100% positive



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
6 watchers

---

## People who viewed this item also viewed



Sonic Facial Cleansing Brush, Waterproof Electric Face Device For Deep Silicone
New
$6.10
0 bids
+ shipping
Seller 100% positive



Facial Cleansing Brush with Soft Silicone Waterproof Sonic Vibrating Face Brush
New
$18.00
Free shipping



Silicone Face Scrubber for Men Facial Cleansing Brush Silicone Face Wash Brush M
New
$13.94
Free shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.85
$13.53 5% off
Free shipping



Silicone Facial Cleansing Brush Electric Face Clean Device Facial Massager Skin
New
$6.69
Free shipping

---

## Find more sponsored items

Feedback on our suggestions

    






Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

$19.98

Free shipping
Seller 100% positive

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

New

$10.99

Free shipping
🔵 Top Rated Plus

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

New

$10.99

Free shipping
🔵 Top Rated Plus
10 watchers



Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag

New

$28.99

Free shipping
Seller 100% positive

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag

New

$28.99

Free shipping
Seller 100% positive

---







Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubber Massage

New

$20.49

~~$28.96~~ 29% off
Free shipping
🔵 Top Rated Plus

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$12.85

~~$13.53~~ 5% off
Free shipping

Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use

New

$13.10

Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$12.85

~~$13.53~~ 5% off
Free shipping

Waterproof Electric Facial Cleansing Brush Silicone Face Skin Massage Device

New

$14.69

Free shipping
Seller 99% positive

---







Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable

New

$14.99

Free shipping
Seller 99.5% positive

Sonic Facial Cleansing Brush, Waterproof Electric Face Cleansing Brush Device

New

$29.16

Free shipping
🔵 Top Rated Plus
Seller 100% positive

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof

New

$7.99

+ $4.89 shipping

Portable 2 In 1 Electric Facial Cleansing Brush Silicone Face Massage Cleanser

New

$13.04

Free shipping

Facial Cleansing Brush, Sonic Silicone Face Scrubber, Face Vibrating Massager NEW

New

$13.95

Free shipping
Seller 100% positive

---






Facial Cleansing Brush Silicone Electric Face Scrubber and Cleanser

New

$25.99

Free shipping
Last one

Portable 2 In 1 Electric Facial Cleansing Brush Silicone Face Massage Cleanser

New

$13.04

Free shipping

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool

New

$12.25

~~$12.89~~ 5% off
Free shipping

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof

New

$7.99

+ $4.89 shipping

Sonic Facial Cleansing Brush Silicone Face Scrubber, Waterproof Vibrating Face

New

$16.14

Free shipping
Last one

---




Waterproof 2 in 1 Silicone Electric Facial Cleanser Face Pore Cleansing Brush

New

$12.32

~~$12.97~~ 5% off
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$13.39

~~$14.09~~ 5% off
Free shipping

Facial Cleansing Brush Ultrasonic Silicone Face Cleaner Deep Pore Cleaning Skin

New

$21.38

Free shipping
Last one

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$13.39

~~$14.09~~ 5% off
Free shipping

OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable

New

$32.99

Free shipping
Seller 99.4% positive

Back to home page

Return to top

More to explore : Sonic Facial Cleansing Devices, Clinique Electric Facial Brush Facial Cleansing Devices, Olay Electric Facial Brush Facial Cleansing Devices, Vitagoods Electric Facial Brush Facial Cleansing Devices, Unbranded Electric Facial Brush Facial Cleansing Devices, Facial Cleansing Brushes, NuFACE Facial Cleansing Devices, FOREO Facial Cleansing Devices, Clarisonic Facial Cleansing Devices, Nuskin Facial Cleansing Devices

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 



# nadalghait0

100% Positive feedback (23)    4 items sold

Contact    ♡ Save

☰ Categories    **Shop**    About    Feedback

🔍 Search all 2 items

## All items





MyShinyFace - T-Sonic Facial Cleansing device - Silicon Face...
**$15.00**



Trader Joes Smoked Ghost Chilies with grinder (20g)
**$19.99**

See All

Do you like our profile experience?    👍  👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

**ebay** Checkout

How do you like our checkout? Give us feedback



**Pay with**

○ Add new card
VISA · mastercard · AMEX · DISCOVER

◉ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay · Google Pay

**Ship to**

████████

Miami, FL 33133-2709
United States
████████
Change

**Review item and shipping**

Seller: nadalghalf0 · Message to seller

MyShinyFace - T-Sonic Facial Cleansing device - Silicon Face brush
**$15.00**

Quantity
1 ▾

Delivery
Est. delivery: Mar 11 – Mar 15
USPS First Class
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code: | Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount | None ▾

---

| Subtotal (1 item) | $15.00 |
| Shipping | Free |
| Tax* | $1.05 |

| **Order total** | **$16.05** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with *PayPal***

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 262

Marketplace: eBay

Seller Name: nare8196



ebay

Shop by category

Search for anything     All Categories     Search     Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist



Hover to zoom

Have one to sell? | Sell now

### Facial Silicone Electric Face Cleansing Brush Rechargeable Cleanser Skin Care

Condition: New

Price: **$6.99**

**Buy It Now**

**Add to cart**

Best Offer:   **Make offer**

♡ Add to Watchlist

🚚 Fast and reliable. Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
nare8196 (76 ★)
81.8% positive feedback

♡ Save seller
Contact seller
See other items



**Shop related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

Similar sponsored items     See all >

Feedback on our suggestions


Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus


Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face
New
$8.51
Free shipping


Proactiv Pore Cleansing Charcoal Infused Brush
New
$11.30
0 bids
+ shipping
Seller with a 100% positive feedback


Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.59
Free shipping
5 watchers


Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
$6.17
($6.17/100g)
+ $7.42 shipping
179 sold

---

Sponsored items inspired by your views     See all >

Feedback on our suggestions

Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode
New
$43.99
Seller with a 100% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
$24.99
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback

Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
$13.95
Free shipping
Seller with a 99.9% positive feedback

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Mar 08, 2022 10:53:37 PST View all revisions

eBay item number: 143560601580

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Body Area | Face |
| Set Includes | Cleanser | Brand | Unbranded |
| Skin Type | All Skin Types | Type | Facial Cleansing Brush |
| Department | Unisex | Size | Sample Size |
| Material | Silicone | MPN | Does not apply |
| Country/Region of Manufacture | China | | |

## Item description from the seller

Facial Silicone Electric Face Cleansing Brush Rechargeable Cleanser Skin Care. Condition is New. Shipped with USPS First Class Package.



### nare8196
81.8% Positive Feedback
199 Items sold

Seller's other items
Contact
♡ Save seller

#### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.5 |
| Reasonable shipping cost | 4.6 |
| Shipping speed | 5.0 |
| Communication | 4.3 |

#### Seller feedback (71)

🔴 9***i (154) • Past 6 months
Earbud did not work, kept disconnecting and reconnecting intermittently
mini wireless bluetooth earbud (#144356102744)

🟢 a***e (856) • Past 6 months
Thank you!
Nature's Bounty Apple Cider Vinegar Dietary Supplement 480mg 200 Ct NEW (#144653315312)

🟢 o***d (8184) • Past 6 months
Awesome sweatshirt, fast shipping!! Thank you
Yellowstone Dutton Ranch Logo Kevin Costner TV Show Pullover Hoodie Size Large (#144655781839)

See all feedback

### Influenced by recent sponsored views

    

Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode

New

**$43.99**

+ shipping
Seller with a 100% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$8.98**

~~$9.98~~ 10% off
Free shipping
🔷 Top Rated Plus

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable

New

**$24.99**

Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

New

**$24.99**

Free shipping
Seller with a 100% positive feedback

Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber

New

**$15.99**

Free shipping
Seller with a 100% positive feedback

### Related sponsored items



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric

New

**$19.99**

Free shipping
Seller with a 100% positive feedback



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B

New

**$13.95**

Free shipping
Seller with a 99.9% positive feedback



ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage

New

**$13.99**

Free shipping
Seller with a 100% positive feedback

### Explore related sponsored items



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B

New

**$13.95**

Free shipping
Seller with a 99.9% positive feedback



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

New

**$11.97**

Free shipping
🔷 Top Rated Plus
10% off 3+ with coupon



FBFL Silicone Facial Cleansing Brush PINK Five Level Waterproof Soft On Face

New

**$12.99**

Free shipping
🔷 Top Rated Plus
Seller with a 99.9% positive feedback

### People who viewed this item also viewed



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager

New

**$6.17**
($6.17/100g)

+ $7.42 shipping
**179 sold**



Electric Facial Cleansing Brush Face Cleaner Clean Skin Care Waterproof Massage

New

**$11.00**

0 bids
+ shipping
Seller with a 100% positive feedback



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber

New

**$6.99**

~~$12.99~~ 46% off
Free shipping
**53 sold**



USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager

New

**$9.47**

~~$9.97~~ 5% off
Free shipping



Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser

New

**$15.00**

+ $0.50 shipping
**Last one**

### Find more sponsored items

Feedback on our suggestions





**5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber**
New
**$6.99**
$12.99 46% off
Free shipping
53 sold

**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus

**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus

**Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face**
New
**$8.51**
Free shipping

**5 in 1 Electric Facial Cleanser Wash Face Beauty Cleansing Massager Machine Home**
New
**$6.99**
$12.99 46% off
Free shipping
Seller with a 99% positive feedback






**2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
**$9.99**
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback

**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
**$17.59**
Free shipping
5 watchers

**USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager**
New
**$9.47**
$9.97 5% off
Free shipping

**Electric Facial Face Sonic Spa Cleansing Brush Deep Cleanser Exfoliate Skin Care**
New
**$12.95**
$14.39 10% off
Free shipping

**Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager**
New
**$6.17**
($6.17/100g)
+ $7.42 shipping
104 sold







**Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner**
New
**$7.99**
Free shipping
10 watchers

**USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager**
New
**$9.47**
$9.97 5% off
Free shipping

**2 Pcs Facial Exfoliator Scrubber Cleansing Brush Pore Scrubber Skin Care**
New
**$11.83**
$12.58 6% off
Free shipping
Seller with a 100% positive feedback

**2 Pcs Silicone Facial Cleanser Cleansing Brush Silicone Scrubbers Double Sided**
New
**$12.58**
Free shipping
Seller with a 100% positive feedback

**Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager**
New
**$15.99**
Free shipping







**Electric Silicone Deep Clean Massager Facial Skin Care Face Cleansing Brush**
New
**$45.60**
Free shipping
Seller with a 100% positive feedback

**Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager**
New
**$6.17**
($6.17/100g)
+ $7.42 shipping
179 sold

**Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager**
New
**$15.99**
Free shipping

**2Pcs Manual Facial Cleansing Brush Silicone Facial Cleaner Manual Skin Cleaner**
New
**$9.55**
Free shipping

**2 Pcs Face Wash Brush Cleansing Brush Silicone Scrubbers Pore Scrubber Skin Care**
New
**$12.58**
Free shipping







**3 IN 1 FACIAL CLEANSING RECHARGEABLE ELECTRIC WATERPROOF MASSAGER FACE...**
New

**4pcs Face Cleansing Brush Silicone Facial Skin Care Scrubber Face Massage Brush**
New

**2 Pcs Face Cleanser Brush Cleansing Brush Silicone Scrubbers Blackhead Brush**
New

**Electric Silicone Deep Clean Massager Facial Skin Care Face Cleansing Brush**
New

**Facial Cleansing Brush Deep Face Cleaning Massage Brushes Skin Care**
New

| $17.31 | $11.27 | $12.58 | $45.60 | $6.71 |
|---|---|---|---|---|
| $18.22 5% off | Free shipping | $13.24 5% off | Free shipping | $7.06 5% off |
| Free shipping | | Free shipping | Seller with a 100% positive feedback | Free shipping |
| 5 watchers | | | | |

Back to home page                                                                                                                         Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   Unbranded Skin Facial Cleansing Brushes,
Clinique Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Avon Electric Facial Brush Facial Cleansing Devices,   Conair Electric Facial Brushes All Types Skin Facial Cleansing Devices

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

# nare8196

**81.8%** Positive feedback (76) **199** Items sold **4** Followers

Visit profile Contact Save

facial silicone electric face cleansing brush rechargeable cleanser sk ar

All Listings Accepts Offers Auction Buy It Now Condition Shipping Local Best Match

1 result for **facial silicone elec...** Save this search Shipping to: 60305

Facial Silicone Electric Face Cleansing Brush Rechargeable Cleanser Skin Care

Brand New

**$6.99**

or Best Offer

+$7.95 shipping

nare8196 (76) 81.8%

**Category**

**All**

Health & Beauty

Skin Cleansers & Toners

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Brand**

**Department**

**Skin Type**

**Size**

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 60305

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 60305

**Show only**

☐ Free Returns
☐ Returns Accepted
☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  mastercard  americanexpress  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

███████████
Miami, FL 33133
United States
████████
Change

**Review item and shipping**

Seller:  nare8196    Message to seller

Facial Silicone Electric Face Cleansing Brush Rechargeable Cleanser
Skin Care
**$6.99**
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
**$8.05**

**Gift cards, coupons, eBay Bucks**

[ Enter code ]   [ Apply ]

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    [ None ▾ ]

Subtotal (1 item)        $6.99
Shipping                 $8.05
Tax*                     $1.05

**Order total              $16.09**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

[ **Pay with PayPal** ]

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist    My eBay

Shop by category

Search for anything    All Categories    Search    Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners

Share | Add to Watchlist

Pay over time with PayPal Credit
Get 5.99% APR with 12 or 24 Easy Payments on eBay.
Ends 5/1, 11:59pm PT. Min. purchase required.

See terms



### Facial Silicone Electric Face Cleansing Brush Rechargeable Cleanser Skin Care

Condition: New

Price: **$6.99**

Buy It Now

Add to cart

Best Offer:    Make offer

♡ Add to Watchlist

🚚 Fast and reliable. Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell?    Sell now

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
nare8196 (🔯 ⭐)
81.8% positive feedback

♡ Save seller
Contact seller
See other items



**Explore a related Store**
115K items sold


lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items    See all >

Feedback on our suggestions



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
🔵 Top Rated Plus

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$17.59**
Free shipping
5 watchers



Josie Maran Pure Argan Milk Clean Skin Niacinamade Cleanser-4floz* NEW
New
**$9.00**
0 bids
+ shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New
**$18.44**
Free shipping
Seller with a 100% positive feedback

Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face
New
**$8.51**
Free shipping

S...
Br...
Cl...
Ne...
$...
Fr...
33

---

### Sponsored items inspired by your views    See all >

Feedback on our suggestions



PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face
New (Other)



Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massag
New



Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean
New



Facial Electric Silicone Cleansing Brush Exfoliator Rechargeable Face Scrubber
New



Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable
New
B...

$25.40     $24.74     $18.44     $24.99     $24.99     $

Free shipping    Free shipping    Free shipping    Free shipping    Free shipping    Fr
Seller with a 99.1% positive feedback    Last one    Seller with a 100% positive feedback    Seller with a 100% positive feedback    Seller with a 100% positive feedback    Se

| About this item | Shipping, returns & payments | Report this item |
|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on Mar 08, 2022 10:53:37 PST  View all revisions

eBay item number: 143560601580

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Body Area | Face |
| Set Includes | Cleanser | Brand | Unbranded |
| Skin Type | All Skin Types | Type | Facial Cleansing Brush |
| Department | Unisex | Size | Sample Size |
| Material | Silicone | MPN | Does not apply |
| Country/Region of Manufacture | China | | |

## Item description from the seller

Facial Silicone Electric Face Cleansing Brush Rechargeable Cleanser Skin Care. Condition is New. Shipped with USPS First Class Package.



### nare8196

81.8% Positive Feedback
199 items sold

Visit shop
Contact
♡ Save seller

#### Detailed seller ratings
Average for the last 12 months

| Accurate description | ▬▬▬▬ | 4.5 |
|---|---|---|
| Reasonable shipping cost | ▬▬▬▬ | 4.6 |
| Shipping speed | ▬▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 4.3 |

#### Seller feedback (71)

⊖ 9***i (154) • Past 6 months
Earbud did not work, kept disconnecting and reconnecting intermittently
mini wireless bluetooth earbud (#144356102744)

⊕ a***e (856) • Past 6 months
Thank you!
Nature's Bounty Apple Cider Vinegar Dietary Supplement 480mg 200 Ct NEW (#144653315312)

⊕ g***d (8191) • Past 6 months
Awesome sweatshirt, fast shipping!! Thank you
Yellowstone Dutton Ranch Logo Kevin Costner TV Show Pullover Hoodie Size Large (#144655781839)

See all feedback

Influenced by recent sponsored views

    





PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face
New (Other)
$25.40
Free shipping
Seller with a 99.1% positive feedback

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
$24.74
Free shipping
Last one

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$15.69
Free shipping
33 sold

Electric Facial Cleansing Brush Face Cleaner Clean Skin Care Waterproof Massage
New
$22.49
$24.99 10% off
Free shipping

5-1 Multifunction Electric Healthy Face Facial Cleansing Brush Skin Care Massage
New
$6.99
Free shipping
Top Rated Plus
27 sold

## Explore related sponsored items







Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
$24.99
Free shipping
Seller with a 100% positive feedback

Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
$13.95
Free shipping
Seller with a 99.9% positive feedback

ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
$13.99
Free shipping
Seller with a 100% positive feedback

Facial Cleansing Brush, Silicone Electric Massage Brush, Rechargeable
New
$10.99
Free shipping
Seller with a 100% positive feedback

## Related sponsored items






ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
$13.99
Free shipping
Seller with a 100% positive feedback

ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
$13.99
Free shipping
22 sold

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback

Electric Facial Cleansing Brush Rechargeable 3in1 Brush Replacements - NEW
New
$17.01
Free shipping

Electric Facial Cleansing & Massage Brush Waterproof Rechargeable
New
$15.11
$17.99 16% off
Free shipping

## People who viewed this item also viewed







Silicone Electric Facial Cleaner Scrubber Massager Skin Care Rechargeable New
New
$7.99
+ shipping
Seller with a 100% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus

Electric Facial Cleansing Brush Face Cleaner Clean Skin Care Waterproof Massage
New
$11.00
0 bids
+ shipping
Seller with a 100% positive feedback

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.99
$12.99 46% off
Free shipping
55 sold

Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
$6.19
($6.19/100g)
+ $7.44 shipping
179 sold

Find more sponsored items

Feedback on our suggestions



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.59
Free shipping
5 watchers



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.99
$12.99 46% off
Free shipping
55 sold



5 in 1 Electric Facial Cleanser Wash Face Beauty Cleansing Massager Machine Home
New
$6.99
$12.99 46% off
Free shipping
Seller with a 99% positive feedback:



Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face
New
$8.51
Free shipping



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.99
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
$6.19
($6.19/100g)
+ $7.44 shipping
104 sold



Facial Cleanser Foam Face Wash Whitening Gentle Cleansing GX Beauty Skin H4L3
New
$8.58
Free shipping
7 watchers



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$15.69
Free shipping
33 sold



Facial Cleanser Foam Face Wash Whitening Gentle Cleansing Skin Clean Nice C3D8
New
$7.97
Free shipping



USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
$9.47
$9.97 5% off
Free shipping



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$12.99
Free shipping



Electric Facial Deep Cleansing Brush Soft Silicone Massager Skin Exfoliation
New
$15.68
Free shipping



5in1 Deep Cleasing Face Cleaner Vibrate Waterproof Facial Cleansing Brush Soft
New
$6.99
$12.99 46% off
Free shipping
33 sold



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
$6.19
($6.19/100g)
+ $7.44 shipping
179 sold




Portable 5in1 Multifunction Electric Facial Skin Brush Spa Face Cleansing Tools
New
$6.99
Free shipping
Top Rated Plus




TULA Probiotic Skincare Purifying Gel Face Cleanser Size 6.7oz. - New
New
$15.99
Free shipping
54 sold




Super Soft Silicone Face Cleanser and Massager Brush Manual Facial Cleansing Bru
New
$12.30
Free shipping
Seller with a 99.9% positive feedback




USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
$9.47
$9.97 5% off
Free shipping




Electronic Silicone Cleansing Brush Face Sonic Vibration Deep Pore Clean Brush
New
$14.70
+ $2.00 shipping

| Electric Facial Face Sonic Spa Cleansing Brush Deep Cleanser Exfoliate Skin Care | [The FACE Shop] Rice Water Bright Cleansing Rich Oil 150ml | 4pcs Face Cleansing Brush Silicone Facial Skin Care Scrubber Face Massage Brush | Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager | Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa |
|---|---|---|---|---|
| New | New | New | New | New |
| $14.39 | $10.90 | $11.27 | $15.99 | $13.59 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | 2084 sold | | | Seller with a 99.1% positive feedback |

---

Back to home page                                                                                                                                      Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   Unbranded Skin Facial Cleansing Brushes,
Clinique Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Avon Electric Facial Brush Facial Cleansing Devices,   Conair Electric Facial Brushes All Types Skin Facial Cleansing Devices

---

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ







ebay Checkout

How do you like our checkout? Give us feedback

## Pay with

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

Google Pay

## Ship to

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

## Review item and shipping

Seller: nare8196 Message to seller

Facial Silicone Electric Face Cleansing Brush Rechargeable Cleanser Skin Care

**$6.99**

Quantity 1

**Delivery**
Est. delivery: Apr 27 – May 1
USPS First Class
**$8.05**

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional)

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $6.99 |
| Shipping | $8.05 |
| Tax* | $1.05 |
| **Order total** | **$16.09** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

# nare8196

**81.8%** Positive feedback (76) **199** Items sold **5** Followers

Visit profile Contact Save

**Category**

**All**

Health & Beauty

Skin Cleansers & Toners

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Brand**

**Department**

**Skin Type**

**Size**

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

facial silicone electric face cleansing brush rechargeable cleanser sk ar

All Listings Accepts Offers Auction Buy It Now Condition Shipping Local Best Match

1 result for **facial silicone elec...** Save this search Shipping to: 10025

Facial Silicone Electric Face Cleansing Brush Rechargeable Cleanser Skin Care

Brand New

**$6.99**

or Best Offer

+$8.05 shipping

nare8196 (76) 81.8%

- [ ] Free Returns
- [ ] Returns Accepted
- [ ] Authorized Seller
- [ ] Completed Items
- [ ] Sold Items
- [ ] Deals & Savings
- [ ] Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 263

Marketplace: eBay

Seller Name: nycunitedgoods



Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄    Search for anything    All Categories ⌄    Search    Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🏷 SAVE UP TO **7%** WHEN YOU BUY MORE



< >

LIGHTSMAX

$ Have one to sell? [ Sell now ]

**Waterproof Sonic Vibrating Face Brush for Deep Cleansing, Gentle Exfoliating and**

Condition: New

Bulk savings:

| Buy 1 $13.10/ea | Buy 2 $12.71/ea | Buy 3 $12.45/ea |

4 or more for $12.18/ea

Quantity: [ 1 ]    More than 10 available / 1 sold

Price: **$13.10/ea**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping:  **Free** Standard Shipping. See details
Located in: Los Alamitos, California, United States

Delivery:  Estimated between **Fri, Apr 21** and **Mon, Apr 24** ⓘ
Ships today if paid within 1 hr 28 mins  See details

Returns:  30 day returns. Buyer pays for return shipping.
See details

Payments:  

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
nycunitedgoods (457) ★
98.2% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Shop related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Visit store ]

Similar sponsored items    See all >

Feedback on our suggestions



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ shipping
☑ Top Rated Plus
6 watchers



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold

Sponsored items inspired by your views    See all >

Feedback on our suggestions

Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode
New
**$43.99**
+ shipping
Seller with a 100% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
🟦 Top Rated Plus

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on Nov 22, 2021 11:40:09 PST View all revisions

eBay item number: 124588407948

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Model | N/A |
|---|---|---|---|
| Main Purpose | Acne, Blackheads, Clogged Pores | Material | Silicone |
| Power Source | Electric, USB, Wireless | Type | Electric Facial Brush |
| Features | Lightweight, Odor Resistant, Rechargeable, Waterproof | MPN | DOES NOT APPLY |
| Battery Life | 6 Hours | Brand | LIGHTSMAX |
| Manufacturer Warranty | 1 month | Skin Type | All Skin Types |

## Item description from the seller

# US SELLER SHIP FROM WITHIN US

- **Distinctive Facial Brush**: Ultra Hygienic Soft Silicone rubber exterior provides the softest and most gentle face cleansing and massage for all skin types normal.
- **Glowing Skin**: Gain vibrant confidence in your face with a deeper, cleaner, younger, more beautiful complexion. Gently remove stubborn makeup, deep clean pores, reduce blackheads with maximum power & minimal effort so that you can brim with confidence with fresh, glowing skin
- **Portable & Induction Charging**- Shaped as an oval, handy design makes it easier to hold and convenient to carry. Facial cleansing with a single hand held device, never need to change the brush head. With professional induction charging equipment. Full charge takes 3 hours and can be used 200 times.
- **Facial Massage & watertightness**: This device is watertightness, can be used in the shower and bath.Face massage every time you use your watertightness sonic face cleaner to clean while it increases collagen & boosts circulation. Reduces fine lines & wrinkles, restores skin's firmness.
- **Great Gift**: Makes a perfect gift for your mom, wife, best friend or someone special. Send them beauty, make them more confident.



## Garden Solar Lighting
98.2% Positive Feedback
24K Items sold

| | |
|---|---|
| | Seller's other items |
| | Contact |
| | ♡ Save seller |

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (4,709)

➕ 6***i (1240) • Past month
As listed
Silicone Waterproof Toothbrush Holder/razor Holder For Small Toiletry Items (#124588407947)

➕ m***f (914) • Past month
Nice

**Popular categories from this store**    See all

Automotive    Lawn/Garden    Kitchen    Beauty    Bath

Pest/Animal Control    Pet    Home    Other

Charcoal Odor Absorber, Shoe Deodorizer and Odor Eliminator for Home, Closet, Pe (#114699428588)

● a***6 (918) • Past month

Great toy for my kitten!

Turntable Windmill Teasing Interactive Cat Toys for Indoor Cats (#114699428596)

See all feedback

---

## Influenced by recent sponsored views

    

Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode
New
$43.99
+ shipping
Seller with a 100% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.98 10% off
Free shipping
Top Rated Plus

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
$24.99
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback

Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
$13.95
Free shipping
Seller with a 99.9% positive feedback

---

## Related sponsored items

    

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
$19.98
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback

Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
$13.95
Free shipping
Seller with a 99.9% positive feedback

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
$24.99
Free shipping
Seller with a 100% positive feedback

Pure Original Sonic Facial and Body Cleansing, Exfoliating & Massaging Brush
New
$12.99
Free shipping
Top Rated Plus
125 sold

---

## Explore related sponsored items

    

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.98
$9.98 10% off
Free shipping
Top Rated Plus

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.59
Free shipping
5 watchers

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
$24.99
Free shipping
Seller with a 100% positive feedback

Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing
New
$19.99
Free shipping

## People who viewed this item also viewed



Sonic Facial Cleansing Brush Soft Silicone Face Scrubber Exfoliating Brush Fa...

New

$24.09

Free shipping
Seller with a 99.7% positive feedback



Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing

New

$29.56

Free shipping
Seller with a 100% positive feedback



Face Facial Cleansing Brush–SILICONE ,Waterproof Sonic Vibrating Face Brush -

New

$14.95

Free shipping



Sonic Facial Cleansing Brush - Silicone Face Scrubber for Men & Women - Genti...

New

$30.11

Free shipping
Last one



Face Cleansing Brush, Waterproof, Sonic Vibrating for Deep Clean - Pink

New

$8.69

+ $10.04 shipping

So...
Si...
W...
Ne...

Fr...
Se...

## Find more sponsored items

Feedback on our suggestions



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

New

$11.97

Free shipping
Top Rated Plus
10% off 3+ with coupon



Facial Cleansing Brush Waterproof, for Blackhead Remover, Exfoliating Pink

New

$11.99

Free shipping
Seller with a 99% positive feedback



RECHARGEABLE FACIAL CLEANSING BRUSH Waterproof Massage Brush For Skin Care

New

$11.99

Free shipping



Waterproof Facial Cleansing Brush IPX7, For Blackhead Remover, Exfoliating Pink

New

$11.98

Free shipping



Facial Cleansing Brush IPX7 Waterproof, for Blackhead Remover, Exfoliating US

New

$11.99

Free shipping



OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable

New

$32.99

Free shipping
Seller with a 99.3% positive feedback



Electric Sonic Facial Cleansing Brush Face Cleaning Tool Exfoliating Skin Care

New

$22.55

$23.74 5% off
Free shipping
Top Rated Plus



Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing

New

$29.56

Free shipping
Seller with a 100% positive feedback



Facial Cleansing Brush Sonic Face Brush Skin Cleansing Electric Face Scrubber

New

$44.99

Free shipping
Seller with a 99.2% positive feedback



Facial Cleansing Brush Electric Massager Deep Cleanser Blackhead Remover Tool

New

$11.99

Free shipping



COOFO Sonic Facial Cleansing Brush with 3 Brush Heads 3 Modes

New

$12.80

Free shipping



Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore Clean.

New

$11.53

Free shipping



OCTO Sonic Face Brush for Cleansing & Exfoliating with Hot Facial Massager - Sil

New

$44.74

Free shipping
Seller with a 99.9% positive feedback



Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode

New

$43.99

+ shipping
Seller with a 100% positive feedback



MOSIGOM Waterproof Electric Face Cleansing Brush Facial Brush for Cleansing

New

$23.99

Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback







Facial Cleansing Brush - Latest Advanced Cleansing Technology & 3 Brush Heads -
New
$27.35
Free shipping
Seller with a 100% positive feedback

Facial Cleansing Brush Ultrasonic Silicone Face Cleaner Deep Pore Cleaning Skin
New
$21.38
Free shipping
Seller with a 99.8% positive feedback

Sonic Facial Cleansing Brush, Waterproof, Skin Massager, Heating mode_PINK
New
$43.99
+ shipping
Seller with a 100% positive feedback

Sonic Facial Cleansing Brush - Silicone Face Scrubber for Men & Women - Gentle -
New
$28.58
Free shipping
Last one

Cepillo Exfoliante Limpieza facial Electronico Multifuncion Masaje para la Piel
New
$13.97
+ $2.90 shipping
Top Rated Plus
10% off 3+ with coupon





Facial Cleansing Brush, Sonic Waterproof Rechargeable Skin Scrubber Deep Cle
New
$19.99
Free shipping
Seller with a 100% positive feedback

Portable 2 In 1 Electric Facial Cleansing Brush Silicone Face Massage Cleanser
New
$13.04
Free shipping

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Skin Device
New
$8.49
Free shipping
Seller with a 100% positive feedback

5-in-1 Rechargeable Facial Cleansing Brush Set Soft Scrubber Face Exfoliating
New
$50.34
$52.99 5% off
Free shipping
Top Rated Plus

mini silicone electric face deep cleaning brush, super cool, waterproof
New
$9.99
Free shipping
Seller with a 99% positive feedback

Back to home page                                                                                                           Return to top

More to explore :   Deep Cleansing Cleansing Conditioners  ,   Dark/Deep Waterproof Face Powders  ,   Glycerin Deep Cleansing Cleansing Conditioners  ,   WEN Deep Cleansing Cleansing Conditioners  ,
Deep Cleansing Shampoos  ,   Facial Cleansing Brushes  ,   Neutrogena Deep Cleansing Shampoos  ,   Cantu Deep Cleansing Shampoos  ,   Redken Deep Cleansing Conditioners  ,   Pantene Deep Cleansing Shampoos

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



ebay    Shop by category ⌄    Search for anything    All Categories ⌄    Search    Advanced

## Garden Solar Lighting

**98.2%** Positive feedback   **24K** Items sold   **217** Followers

Share   Contact   Save Seller

Categories    Shop    **About**    Feedback

Search all 298 items

### About us

All your needs for your garden solar lighting including pathway, wall, ground, security motion, fence, stairs and much more.

Location: **United States**
Member since: **Oct 10, 2004**
Seller: **nycunitedgoods**

Do you like our store experience? 👍 👎

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**ebay** Checkout

How do you like our checkout? Give us feedback



**Pay with**

○ Add new card
   VISA · DISCOVER · MasterCard · AMEX

◉ **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ G Pay Google Pay

**Ship to**

████████
████████
Miami, FL 33133
United States
████████
Change

**Review item and shipping**

Seller: nycunitedgoods   Message to seller

Waterproof Sonic Vibrating Face Brush for Deep Cleansing, Gentle Exfoliating and
**$13.10**

Quantity
1

**Delivery**

◉ Est. delivery: Apr 21 – Apr 24
   USPS First Class
   **Free**

○ Est. delivery: Apr 20 – Apr 21
   USPS Priority Mail Padded Flat Rate Envelope
   **$9.00**

○ Est. delivery: Apr 20 – Apr 21
   USPS Priority Mail Express Flat Rate Envelope
   **$32.00**

**Gift cards, coupons, eBay Bucks**

Enter code: [          ]   Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None ▽

---



Subtotal (1 item)     $13.10
Shipping              Free
Tax*                  $0.92

**Order total**        **$14.02**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay

Shop by category ▾ | Search for anything | All Categories ▾ | Search | Advanced

Sell   Watchlist ▾   My eBay ▾

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🔖 **SAVE UP TO 7% WHEN YOU BUY MORE**





### Waterproof Sonic Vibrating Face Brush for Deep Cleansing, Gentle Exfoliating and

Condition: New

Bulk savings:
| Buy 1 $13.10/ea | Buy 2 $12.71/ea | Buy 3 $12.45/ea |
|---|---|---|

4 or more for $12.18/ea

Quantity: 1    More than 10 available / 1 sold

Price: **$13.10/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ **3-year protection plan** from Allstate - $1.99

Ships from United States   Returns accepted

Shipping: **Free** Standard Shipping. See details
Located in: Los Alamitos, California, United States

Delivery: Estimated between **Sat, Mar 11** and **Wed, Mar 15** to 33133 ⓘ

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

*PayPal* CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
nycunitedgoods (4637 ⭐)
97.7% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Shop a related Store**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

Shop now





$ Have one to sell?  **Sell now**

---

### Similar sponsored items

Feedback on our suggestions











| Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager | Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager | ON LABS Blackhead Deep Cleansing Nose Pore Strips 6 Strips (LOT OF 3) | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US |
|---|---|---|---|---|
| New | New | New | New | New |
| $6.00 | $19.98 | $0.99 | $7.49 | $10.99 |
| + $5.85 shipping | Free shipping Seller 100% positive | 0 bids + $4.50 shipping Seller 100% positive | Free shipping | Free shipping 🔵 Top Rated Plus 7 watchers |

---

### Sponsored items inspired by your views

Feedback on our suggestions











Sonic Face. Scrubber,silicone Facial Cleaning Brush USB Rechargeable,for Face Exf

New

**$15.00**

Free shipping

**Last one**

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager

New

**$6.00**

+ $5.85 shipping

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW

New

**$13.95**

Free shipping

Seller 100% positive

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$9.00**

+ $6.40 shipping

Seller 100% positive

Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

New

**$19.99**

Free shipping

Seller 100% positive

---

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Nov 22, 2021 11:40:09 PST   View all revisions

eBay item number:  124588407948

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Model: | N/A |
| Main Purpose: | Acne, Blackheads, Clogged Pores | Material: | Silicone |
| Power Source: | Electric, USB, Wireless | Type: | Electric Facial Brush |
| Features: | Lightweight, Odor Resistant, Rechargeable, Waterproof | MPN: | DOES NOT APPLY |
| Battery Life: | 6 Hours | Brand: | LIGHTSMAX |
| Manufacturer Warranty: | 1 month | Skin Type: | All Skin Types |

## Item description from the seller

# US SELLER SHIP FROM WITHIN US

- **Distinctive Facial Brush**: Ultra Hygienic Soft Silicone rubber exterior provides the softest and most gentle face cleansing and massage for all skin types normal.
- **Glowing Skin**: Gain vibrant confidence in your face with a deeper, cleaner, younger, more beautiful complexion. Gently remove stubborn makeup, deep clean pores, reduce blackheads with maximum power & minimal effort so that you can brim with confidence with fresh, glowing skin
- **Portable & Induction Charging**- Shaped as a oval, handy design makes it easier to hold and convenient to carry. Facial cleansing with a single hand held device, never need to change the brush head. With professional induction charging equipment. Full charge takes 3 hours and can be used 200 times.
- **Facial Massage & watertightness**: This device is watertightness, can be used in the shower and bath.Face massage every time you use your watertightness sonic face cleaner to clean while it increases collagen & boosts circulation. Reduces fine lines & wrinkles, restores skin's firmness.
- **Great Gift**: Makes a perfect gift for your mom, wife, best friend or someone special. Send them beauty, make them more confident.

---



## Garden Solar Lighting

97.7% Positive Feedback

23K Items sold

Visit store

Contact

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (4,674)

⊕ l***e (2397) · Past month

Great transaction!

Premium Pantry Moth Traps with Pheromones Prime cupboard safe eco friendly-6 pks (#124428295749)

⊕ 9***v (1156) · Past month

Fast ship, exactly as described

### Popular categories from this store   See all

Automotive   Lawn/Garden   Kitchen   Beauty   Bath   more...

Pest/Animal Control   Pet   Home   Electronics

○ 7***7 (527) • Past month

Great transaction...order arrived very quickly and in good shape. Thanks!

6 PACK STICKY MOTH TRAP ECO FRIENDLY FOR CLOTHES closer storage safe no poison (#114503885200)

See all feedback

---

## Influenced by recent sponsored views

    

| Sonic Face. Scrubber,silicone Facial Cleaning Brush USB Rechargeable,for Face Exf | Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager | Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW | Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New | Facial Cleansing Brush Sonic Waterproof Adjustable Speeds Cleansing Brush |
|---|---|---|---|---|
| New | New | New | New | New |
| $15.00 | $6.00 | $13.95 | $9.95 | $9.99 |
| Free shipping | + shipping | Free shipping | Free shipping | Free shipping |
| Last one | | Seller 100% positive | 74 sold | |

---

## Related sponsored items

    

| Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B | Pure Original Sonic Facial and Body Cleansing, Exfoliating & Massaging Brush | Facial Cleansing Brush Sonic Waterproof Adjustable Speeds Cleansing Brush | Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating Scrubber | Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US |
|---|---|---|---|---|
| New | New | New | New | New |
| $13.95 | $12.99 | $9.99 | $17.93 | $10.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 99.9% positive | Top Rated Plus | | Top Rated Plus | Top Rated Plus |
| | 125 sold | | 8 watchers | 10 watchers |

---

## Explore related sponsored items

    

| Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing | Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating Scrubber | Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face | Rechargeable Electric Facial Cleansing Brush Face Massage Exfoliating Waterproof | Waterproof Vibrating Sonic Face Cleansing Brush, 2 Speeding Settings, 2 Brushs |
|---|---|---|---|---|
| New | New | New | New | New |
| $19.99 | $17.93 | $10.40 | $19.99 | $23.74 |
| | | $11.30 8% off | | $24.99 5% off |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | Top Rated Plus | Seller 100% positive | 24 sold | Top Rated Plus |
| | 8 watchers | | | |

People who viewed this item also viewed



Rosemi Skincare Vibrating Face Cleansing Brush Waterproof Sonic Exfoliating
New
**$10.00**
+ $4.50 shipping



Facial Cleansing Brush with Soft Silicone Waterproof Sonic Vibrating Face Brush
New
**$18.00**
Free shipping



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$10.99**
Free shipping
Top Rated Plus
10 watchers



COSBEAUTY Sonic Facial Cleansing Brush Gentle Exfoliator Deep Cleansing Brush El
New
**$25.00**
0 bids
+ shipping
Seller 99.2% positive



Face Cleansing Brush, Waterproof, Sonic Vibrating for Deep Clean - Pink
New
**$8.58**
+ $9.91 shipping

Find more sponsored items

Feedback on our suggestions



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$10.99**
Free shipping
Top Rated Plus
7 watchers



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$10.99**
Free shipping
Top Rated Plus
10 watchers



Electric Sonic Facial Cleansing Brush Face Cleaning Tool Exfoliating Skin Care
New
**$22.55**
$23.74 5% off
Free shipping
Top Rated Plus



Facial Cleansing Brush [Newest 2021] Waterproof Sonic Face Spin Brush Deep Clean
New
**$23.74**
$24.99 5% off
Free shipping
Top Rated Plus



2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager
New
**$23.74**
$24.99 5% off
Free shipping
Top Rated Plus



Sonic Facial Cleansing Brush For Deep Cleansing Massaging Vibrating Waterproof
New
**$33.75**
Free shipping
Seller 100% positive



Waterproof Face Spin Brush for Deep Cleansing, Removing Blackhead, Massaging
New
**$23.71**
$24.96 5% off
Free shipping
Top Rated Plus



OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
**$32.99**
Free shipping
Seller 99.4% positive



OCTO Sonic Face Brush for Cleansing & Exfoliating with Hot Facial Massager - Sil
New
**$44.74**
Free shipping
Seller 100% positive



Waterproof Vibrating Facial Brush Deep Cleansing, Exfoliating, Facial Massage
New
**$28.50**
Free shipping
Seller 100% positive



Facial Cleansing Brush Face Scrubber: Electric Sonic Vibration Face Brush for...
New
**$19.15**
Free shipping
Seller 100% positive



Sonic Vibrating Facial Cleansing Brush - 2 Brush Heads w/2 Modes,IPX6 Waterproof
New
**$23.74**
$24.99 5% off
Free shipping
Top Rated Plus



Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode
New
**$43.99**
+ shipping
Seller 100% positive



Facial Cleansing Brush Sonic Facial Brush Skin Cleansing Electric Face Scrubber
New
**$44.99**
Free shipping
Seller 100% positive



Sonic Facial Cleansing Brush, Waterproof, Skin Massager, Heating mode_PINK
New
**$43.99**
+ shipping
Seller 100% positive












Facial Cleansing Brush Face
Massager Electric: with Soft
Silicone, Waterproof

New

**$19.99**

Free shipping
Buy 1, get 1 5% off

Facial Cleansing Brush Sonic
Vibration Mini Cleaner Silicone Deep
Pore Massager

New

**$37.04**

~~$38.99~~ 5% off
Free shipping

Facial Cleansing Brush Sonic
Vibration Face Cleaner Silicone
Deep Pore Cleansing

New

**$63.93**

Free shipping
Seller 100% positive

Electric Face Silicone Cleanser
Brush Scrubber Waterproof
Cleansing Exfoliating

New

**$21.99**

Free shipping

Facial Cleansing Brush Sonic
Vibration Face Cleaner Silicone
Deep Pore Cleansing

New

**$63.93**

Free shipping
Seller 100% positive







Sonic Facial Cleansing Brush,
Electric Face Scrubber Waterproof
Rechargeable ...

New

**$53.21**

Free shipping
Seller 100% positive

Facial Cleansing Brush Sonic
Silicone Makeup Remove Brush with
Heat Massage Pink

New

**$21.24**

~~$24.99~~ 15% off
Free shipping
Seller 100% positive

Facial Cleansing Brush Sonic
Vibration Mini Cleaner Silicone Deep
Pore Massager

New

**$37.04**

~~$38.99~~ 5% off
Free shipping

IPX6 Waterproof Sonic Facial
Cleansing Brush- 2 Speed Modes, 2
Brush Heads, Base

New

**$23.74**

~~$24.99~~ 5% off
Free shipping
🔷 Top Rated Plus

Automatic Foam Facial Cleansing
Brush Ultra Soft Silicone Face
Massager Pink

New

**$18.99**

+ shipping

---

Back to home page                                                                                                      Return to top

More to explore :   Dark/Deep Waterproof Face Powders,   WEN Deep Cleansing Cleansing Conditioners,   Deep Cleansing Shampoos,   Deep Cleansing Conditioners,   Deep Cleansing Conditioners,
Facial Cleansing Brushes,   Pantene Deep Cleansing Shampoos,   Aveda Deep Cleansing Shampoos,   Kenra Deep Cleansing Conditioners,   TRESemmé Deep Cleansing Shampoos

---

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay     Shop by category      Search for anything      All Categories      Search     Advanced

Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist   My eBay

☐ Include description

## Garden Solar Lighting

**97.7% Positive feedback**   **23K Items sold**   **214 Followers**          Contact   ♡ Save Seller

### Category
**All**
Beauty

### Skin Type

### Condition
☐ New (1)
See all

### Price
$ Min  to  $ Max  →

Available inventory

$0 ——————— $1000
See all

### Buying Format
● All Listings (1)
○ Accepts Offers
○ Auction
○ Buy It Now (1)

### Item Location
● Default
○ Within
Radius 25 mi  of
Zip code 33133  →
○ US Only
○ North America
○ Worldwide

### Shipping Options
☐ Free Shipping

### Local Pickup
☐ Free Local Pickup
Within
Radius 25 mi  of
Zip code 33133  →

### Show only
☐ Free Returns
☐ Returns Accepted
☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

🔍 waterproof sonic vibrating face brush for deep cleansing, gentle exfo ✕ g

Buying Format ⌄   Condition ⌄   Shipping ⌄   Local ⌄          Best Match ⌄

1 result for **waterproof sonic v...**   ♡ Save this search          Shipping to: 33133 ⌄



♡

**Waterproof Sonic Vibrating Face Brush for Deep Cleansing, Gentle Exfoliating and**
Brand New

**$13.10**
Buy It Now
Free shipping

**Save up to 7% when you buy more**

Tell us what you think

See all

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  MasterCard  American Express  Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████
████████
Miami, FL 33133-2709
United States
Change

**Review item and shipping**

Seller: nycunitedgoods    Message to seller

Waterproof Sonic Vibrating Face Brush for Deep Cleansing, Gentle Exfoliating and

$13.10

Quantity
1

**Delivery**

● Est. delivery: Mar 11 – Mar 15
USPS First Class
**Free**

○ Est. delivery: Mar 11 – Mar 13
USPS Priority Mail Padded Flat Rate Envelope
**$9.00**

○ Est. delivery: Mar 11 – Mar 13
USPS Priority Mail Express Flat Rate Envelope
**$32.00**

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

Subtotal (1 item)          $13.10
Shipping                     Free
Tax*                        $0.92

**Order total**            **$14.02**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 269

Marketplace: eBay

Seller Name: positiveshopnr1



ebay

Shop by category

Search for anything    All Categories    Search    Advanced

Daily Deals   Brand Outlet   Help & Contact    Sell   Watchlist   My eBay

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

SAVE UP TO 5%   See all eligible items and terms ▶







Hover to zoom



$ Have one to sell?   Sell now

## Facial Cleansing Brush Electric Silicone Sonic Vibration Deep Pore Face Cleaning

Condition: New

Sale ends in: 6d 8h

Color: Rose

Quantity: 1    Last One / 1 sold

Price: **$18.52**
Was US $19.49 ⓘ
Save US $0.97 (5% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Returns accepted

Shipping: Free Economy Shipping from Greater China to worldwide. See details
Located in: Multiple locations, Hong Kong

Delivery: 🚚 Estimated between Wed, Mar 29 and Tue, May 16 ⓘ
This item has an extended handling time and a delivery estimate **greater than 18 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: 

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information

positiveshopn1 (499 ★)
97.9% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



---

Similar sponsored items    See all >

Feedback on our suggestions



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
6 watchers

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller 100% positive

Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
$8.50
6 bids
Free shipping
Seller 99.8% positive

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
$9.95
Free shipping
72 sold

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.19
Free shipping

---

Sponsored items inspired by your views    See all >

Feedback on our suggestions

            



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
6 watchers

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping

Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing
New
**$19.99**
Free shipping

Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore Cleaning
New
**$17.97**
$19.97 10% off
Free shipping
Seller 99.2% positive

Kaws Sesame Street Plush Doll Ernie Bert Elmo Cookie Monster Big Bird 45cm
New
**$30.05**
Free shipping
16 watchers

| About this item | Shipping, returns & payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jul 02, 2022 03:01:52 PDT  View all revisions

eBay item number: **173667711360**

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Size: | 80*80*30mm |
| Gender: | Unisex | Country/Region of Manufacture: | China |
| Ingredient: | Massage Brush | Type: | Electric Facial Brush |
| Features2: | Skin care face massager | Features3: | Waterproof design USB chargeing |
| Features4: | Pore deep cleansing | Material: | Silicon |
| Model: | Mini Sonic Facial Cleansing Brush | MPN: | ElectrioFacial001 |
| Certification: | CE | False Eyelash Craft: | Machine Made |
| Feature1: | Cosmetic cleaning face brush cleansing silicone | Brand: | YEEZY BEAUTY |

## Item description from the seller

Think Positive

### Facial Cleansing Brush Electric Silicone Sonic Vibration Deep Pore Face Cleaning

Functions:

Deeply clean, effectively remove  makeup residue
Waterproof, can use in bathroom
No need change brush
Restore skin shiny and flexibility
Product  specification

Charging: USB Charging

Vibration:6000RPM

Voltage:DC3.7V

Operation interface: three button

Size:80*80*30mm

Net weight:75g

Vibration Strength: 5 levels adjustable

Plug type: USB plug

Operation interface: three button

**Penetrating skin acoustic technology**

T-Sonic Vertical vibration 8000 times/min

Think Positive

Powered by i-ways eBay Template Creator
All rights reserved 2017



## Positiveshopnr1

97.9% Positive Feedback
2.9K Items sold

**Visit store**

**Contact**

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Popular categories from this store    See all

Collectibles   Crafts   Travel   Clothing, Shoes & Accessories

Toys & Hobbies   Video Games & Consoles   Pet Supplies   Jewelry & Watches

Business & Industrial

### Seller feedback (486)

➕ 1***2 (287) • Past 6 months

The remote doesn't work and just by touching the cord it changes brightness and 2 colors.

Light Corona Extra Sign Beer Pub Bar Club Neon Lamp Round Acrylic Cool Men Gift (#173568821444)

➕ r***n (387) • Past 6 months

I gott the razor so sorry

Hair Razor Clipper Mini Electric Trimmer Portable Beard Face Shaver Barber Tools (#174193577210)

➕ 7***i (301) • Past 6 months

Ok !

Funda De IPHONE Piel Lujo Abatible Delgado Ajustado Teléfono Cartera 6 7 8 Plus (#174284436157)

**See all feedback**

### Influenced by recent sponsored views



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.93**

~~$13.61~~ 5% off
Free shipping
6 watchers



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$13.19**

Free shipping



Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing

New

**$19.99**

Free shipping



Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore Cleaning

New

**$17.97**

~~$19.97~~ 10% off
Free shipping
Seller 99.2% positive



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

**$7.49**

Free shipping

### Related sponsored items



Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore Cleaning



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New



Electric Face Cleansing Brush Silicone Sonic Vibration Facial Cleaning Brush

New
$17.97
$19.97 10% off
Free shipping
Seller 99.2% positive

New
$19.98
Free shipping
Seller 100% positive

New
$13.95
Free shipping
Seller 99.9% positive

New
$9.95
Free shipping
72 sold

New
$14.89
Free shipping



## Explore related sponsored items







Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing
New
$19.99
Free shipping

Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore Cleaning
New
$17.97
$19.97 10% off
Free shipping
Seller 99.2% positive

Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating Scrubber
New
$17.93
Free shipping
Top Rated Plus
8 watchers

USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
$9.97
Free shipping

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
$7.59
$7.99 5% off
Free shipping
9 watchers

## People who viewed this item also viewed






Green Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore CT8
New
$8.24
Free shipping

Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore Clean.
New
$10.15
$10.68 5% off
Free shipping

Facial Cleansing Brush Sonic Vibration Face Cleaner Pore Silicone Deep
New
$12.35
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.85
$13.53 5% off
Free shipping

Facial Cleansing Brush Sonic Vibration Face Cleaner Cleansing Pore Deep H8P3
New
$10.76
Free shipping

## Find more sponsored items

Feedback on our suggestions







Silicone Facial Cleansing Brush Electric Face Cleansing Brush Waterproof Heate...
New
$31.62
Free shipping
Seller 99.7% positive

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$10.99
Free shipping
Top Rated Plus
9 watchers

Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable
New
$14.99
Free shipping
Seller 99.5% positive

New Electric Face Cleansing Vibration Massage Brush Facial Skin Care Wash Sonic
New
$29.99
Free shipping
Seller 100% positive

Facial Cleansing Brush Ultrasonic Silicone Face Cleaner Deep Pore Cleaning Skin
New
$21.38
Free shipping
Last one

B






Facial Cleansing Brush Sonic Vibration Face Cleaner Pore Silicone Deep
New
**$12.35**
Free shipping

Silicone Electric Facial Cleansing Brushes Vibration Face Massage Deep Cleanser
New
**$12.53**
Free shipping

Silicone Electric Facial Cleansing Brush Face Massager Vibration Blackhead Remove
New
**$9.99**
Free shipping

Electric Sonic Facial Cleansing Brush Face Cleaning Tool Exfoliating Skin Care
New
**$22.55**
~~$23.74~~ 5% off
Free shipping
☑ Top Rated Plus

Facial Cleansing Brush Sonic Vibration Face Cleaner Pore Silicone Deep
New
**$12.35**
Free shipping

    

Facial Cleansing Brush Ultrasonic Silicone Face Cleaner Deep Pore Cleaning Skin
New
**$21.38**
Free shipping
Seller 99.5% positive

2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager
New
**$23.74**
~~$24.99~~ 5% off
Free shipping
☑ Top Rated Plus

Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore Clean.
New
**$10.40**
~~$10.95~~ 5% off
Free shipping

Facial Cleansing Brush Sonic Vibration Face Cleaner Pore Cleansing Deep
New
**$13.42**
Free shipping

Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore Clean.
New
**$10.15**
~~$10.66~~ 5% off
Free shipping

    

Facial Cleansing Brush Face Scrubber: Electric Sonic Vibration Face Brush for...
New
**$19.15**
Free shipping
Seller 100% positive

Mini Electric Facial Cleansing Brush Silicone Face Cleaner Deep Pore Clean
New
**$22.00**
Free shipping
Seller 100% positive

OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
**$32.99**
Free shipping
Seller 99.4% positive

Mini Electric Facial Cleansing Brush Silicone Face Cleaner Deep Pore Clean
New
**$22.00**
Free shipping
Seller 100% positive

Silicone Electric Facials Cleansing Brush Vibration Face Massage Deep Cleanser
New
**$11.03**
Free shipping

    

Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use
New
**$13.10**
Free shipping

Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore Clean
New
**$13.57**
Free shipping

Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use
New
**$13.10**
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.85**
~~$13.53~~ 5% off
Free shipping

Facial Cleansing Brush [Newest 2021] Waterproof Sonic Face Spin Brush Deep Clean
New
**$23.74**
~~$24.99~~ 5% off
Free shipping
☑ Top Rated Plus

Back to home page | Return to top

More to explore : Clinique Electric Facial Brush Facial Cleansing Devices, Vitagoods Electric Facial Brush Facial Cleansing Devices, Unbranded Electric Facial Brush Facial Cleansing Devices, Facial Cleansing Brushes, Panasonic Electric Facial Brush Facial Cleansing Devices, Mary Kay Electric Facial Brush Facial Cleansing Devices, Sonic Facial Cleansing Devices, FOREO Sensitive Skin Electric Facial Brush Facial Cleansing Devices, Electric Facial Brushes, Michael Todd All Skin Types Electric Facial Brush Facial Cleansing Devices

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

POSITIVE IMPACT

# Positiveshopnr1

**97.9%** Positive feedback **2.9K** Items sold **99** Followers

Contact Save Seller

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Color**

**Type**

**Country/Region of Manufacture**

**Material**

**Condition**

New (2)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

All Listings (2)

Accepts Offers

Auction

Buy It Now (2)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 90211

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 90211

Show only

facial cleansing brush electric silicone sonic vibration deep pore face ar

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **facial cleansing br...** Save this search

Shipping to: 90211

Facial Cleansing Brush Electric Silicone Sonic Vibration Deep Pore Face Cleaning

Brand New

**$18.52**

Was: ~~$19.49~~ **5% off**

Buy It Now

Free shipping

from Hong Kong

positiveshopnr1 (499) 97.9%

Tell us what you think

Show only

- [ ] Free Returns
- [ ] Returns Accepted
- [ ] Authorized Seller
- [ ] Completed Items
- [ ] Sold Items
- [ ] Deals & Savings
- [ ] Authenticity Guarantee

See all

[ More filters... ]



How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▇▇▇▇▇▇
Miami, FL 33113-2709
United States
▇▇▇▇▇▇

Change

**Review item and shipping**

Seller: positivesho...   Message to seller

Facial Cleansing Brush Electric Silicone Sonic Vibration Deep Pore Face Cleaning
Color: Rose
**$18.52**
$19.49
Quantity 1

**Delivery**
Est. delivery: Mar 29 – May 16
Economy Shipping from Greater China to worldwide
Free

Save up to 5%

**Gift cards, coupons, eBay Bucks**

Enter code:   [ Apply ]

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   [ None ▾ ]

| Subtotal (1 item) | $18.52 |
| Shipping | Free |
| Tax* | $1.30 |
| **Order total** | **$19.82** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain purchases. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 270

Marketplace: eBay

Seller Name: ramireariadn-0



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

**ebay**

Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | Search | Advanced

◁ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



ULTRASONIC FACIAL CLEANER

### Sonic Face. Scrubber,silicone Facial Cleaning Brush USB Rechargable,for Face Exf

🔥 Last item available

Condition: New

Quantity: 1    Last One / 2 sold

Price: **$15.00**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Ships from United States

Shipping: Free Standard Shipping. See details
Located in: Las Vegas, Nevada, United States

Delivery: Estimated between **Sat, Mar 11** and **Thu, Mar 16** to 33133 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  AmEx  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? Sell now

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
ramireariadn-0 (460 ★)
95.4% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Shop related items**
113K items sold


lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items

Feedback on our suggestions


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive


Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller 99.9% positive


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ $6.40 shipping
Seller 100% positive

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold

---

### Sponsored items inspired by your views

Feedback on our suggestions


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin


Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face


Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating

| Massager NEW | Massager NEW | Electric Massager | Massager PINK | Massager | D... |
|---|---|---|---|---|---|
| New | New | New | New | New | Ne... |
| $6.00 | $13.95 | $9.00 | $19.99 | $6.00 | $ |
| + $5.85 shipping | Free shipping | + $6.40 shipping | Free shipping | + $5.85 shipping | Fre... |
| | Seller 100% positive | Seller 100% positive | Seller 100% positive | Top Rated Plus | |
| | | | | 5 watchers | |

---

About this item    Shipping, returns & payments       Report this item

Seller assumes all responsibility for this listing.

Last updated on Dec 25, 2021 22:29:57 PST View all revisions      eBay item number: 402791654519

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Model: | LT-806 |
| Country/Region of Manufacture: | China | Custom Bundle: | No |
| Main Purpose: | Acne, Blackheads, Clogged Pores, Excessive Oil, Wrinkles | Material: | Silicone |
| Power Source: | Electric | Type: | Electric Facial Brush |
| Features: | Rechargeable, Waterproof | Color: | Blue |
| MPN: | N/A | Battery Life: | 3 Hours |
| Brand: | Unbranded | Manufacturer Warranty: | None |
| Number of Speeds: | 3 | Skin Type: | All Skin Types |
| UPC: | Does not apply | | |

## Item description from the seller

Sonic Face. Scrubber,silicone Facial Cleaning Brush USB Rechargable,for Face Exfolianting,Acne Blackhead Removing and Massage(Sky blue). Condition is brand "New. Shipped with USPS First Class.C#5



### Ramirez Ariadna88

95.4% Positive Feedback
1.7K items sold

Visit store

Contact

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

**Popular categories from this store**   See all

Entertainment Memorabilia   Travel   Video Games & Consoles   Art

Musical Instruments & Gear   Antiques   Music

**Seller feedback** (480)

7***7 (177) • Past month

Love her ♥

LEECH WOMAN,PUPPET MASTER THE ACTION FIGURE FULL MOON TOYS 1998. (#404172617477)

a***n (39) • Past month

Great prices, fast shipping. Packaged well. Thanks. Awesome figure!

12" Terminator 3 Rise of the Machines T-850 ,New (#404133012286)

2***3 (187) • Past month

perfect!!

Petro Puppet Master;The Action Figure Vintage 1999,Doctor Death (#404172636697)

See all feedback

### Influenced by recent sponsored views



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager

New

**$6.00**

+ shipping



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW

New

**$13.95**

Free shipping
Seller 100% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New

New

**$9.95**

Free shipping
74 sold



Facial Cleansing Brush Sonic Waterproof Adjustable Speeds Cleansing Brush

New

**$9.99**

Free shipping



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager

New

**$6.00**

+ shipping

### Sponsored Items from Top Rated Sellers

Feedback on our suggestions



Real Techniques Expert Face . BLUSH Brush (01407)for cheek bronzer full size.New

New

**$9.60**

Free shipping



Silice Gel Bath Brush pink.Silicone Bath artifact rub back doesnot así for peopl

New

**$10.50**

Free shipping



Silicone Message Bath Brush,Bath Brushed Exfoliation Scrubbing Shower.New

New

**$8.50**

Free shipping



2Pk Golov.ejoy Multifuntional Neck Gaiter Face Scarf, Windproof Unisex.Black.

New

**$15.50**

Free shipping



Medical Grade Compression Gloves, 20-30mmHg, One Pair for Carpal Tunnel and Wris

New

**$16.00**

Free shipping

### Related sponsored items



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B

New

**$13.95**

Free shipping
Seller 99.9% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New

New

**$9.95**

Free shipping
74 sold



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping
Seller 100% positive



USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager

New

**$9.47**

$9.97 5% off
Free shipping



Cleansing Brush Silicone Face Massage Brush Exfoliating Facial Skin Care Tool

New

**$13.04**

$14.65 11% off
Free shipping
Seller 100% positive

### People who viewed this item also viewed



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager



Sonic Facial Cleansing Brush, Waterproof Electric Face Device For Deep Silicone



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone

New
**$7.49**
Free shipping

New
**$6.10**
0 bids
+ shipping
Seller 100% positive

New
**$19.98**
Free shipping
Seller 100% positive

New
**$4.30**
0 bids
+ shipping
Seller 100% positive

New
**$7.85**
Free shipping

N
$

---

### Find more sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Cleaner Massager
New
**$12.93**
$13.61 5% off
Free shipping
6 watchers



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
$28.16 53% off
Free shipping



Sonic Facial Cleansing Brush DONUT Soft Silicone Face Massager
New
**$10.00**
+ shipping
Seller 100% positive



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ shipping
Top Rated Plus
5 watchers



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping



Electric Face Cleansing Brush Silicone Sonic Vibration Facial Cleaning Brush
New
**$14.89**
Free shipping



Facial Cleansing Brush Sonic Waterproof Adjustable Speeds Cleansing Brush
New
**$9.99**
Free shipping



Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use
New
**$13.10**
Free shipping



Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use
New
**$13.10**
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.85**
$13.53 5% off
Free shipping



Sonic Facial Cleansing Brush Silicone Face Scrubber, Waterproof Vibrating Face
New
**$16.14**
Free shipping
Last one



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.85**
$13.53 5% off
Free shipping



Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore Clean.
New
**$10.15**
$10.66 5% off
Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.89**
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.25**
$12.89 5% off
Free shipping



Facial Cleansing Brush Face Scrubber: Electric Sonic Vibration Face Brush for...
New
**$19.15**
Free shipping
Seller 100% positive



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.85**
Free shipping

OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
**$32.99**
Free shipping
Seller 99.4% positive









Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$14.16**

Free shipping

Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Pore Cleansing T9H8

New

**$10.29**

Free shipping

Electric Silicone Facial Cleansing Instrument Sonic Vibration Face Washer US

New

**$9.94**

~~$10.67~~ 7% off
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$13.39**

~~$14.09~~ 5% off
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$13.39**

~~$14.09~~ 5% off
Free shipping

---

Back to home page

Return to top

More to explore :   Silicone-Free Skin Facial Brushes,   Face Rechargeable Massagers,   Too Faced Silicone-Free Face Primers,   CLEAN & CLEAR Face Washes,   Silicone-Free Face Primers,
Too Faced Makeup Brushes,   CHANEL Face Powder Brushes,   Silicone-Free Face Powders,   Too Faced Powder Brush Makeup Brushes,   CLEAN & CLEAR Gel Face Washes

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# Ramirez Ariadna88

**95.4%** Positive feedback **1.7K** Items sold **36** Followers

Contact | Save Seller

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Condition**

New (1)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

All Listings (1)

Accepts Offers

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 33133

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 33133

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

sonic face. scrubber,silicone facial cleaning brush usb rechargable,fc ɔɛ

Buying Format | Condition | Shipping | Local | Best Match

1 result for sonic face scrubb... Save this search Shipping to: 33133

Sonic Face. Scrubber,silicone Facial Cleaning Brush USB Rechargable,for Face Exf

Brand New

**$15.00**

Buy It Now

Free shipping

**Last one**

**1 watchers**

Tell us what you think

More filters...

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 



ebay Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

## Ship to

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

## Review item and shipping

Seller: ramireariadn-0 | Message to seller

Sonic Face. Scrubber,silicone Facial Cleaning Brush USB Rechargable,for Face Exf

**$15.00**

Quantity 1

**Delivery**
Est. delivery: Mar 11 – Mar 16
USPS First Class
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: | Apply

## Donate to charity (optional)

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount: None

| | |
|---|---|
| Subtotal (1 item) | $15.00 |
| Shipping | Free |
| Tax* | $1.05 |
| **Order total** | **$16.05** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 273

Marketplace: eBay

Seller Name: rumaxtrade



Daily Deals  Brand Outlet  Help & Contact



Sell  Watchlist ⌄  My eBay ⌄

ebay

Shop by category ⌄

🔍 Search for anything

All Categories ⌄

Search

Advanced

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🏷 SAVE UP TO **10%** WHEN YOU BUY MORE



Tips: Power supply: 1*AAA battery (not included)

$ Have one to sell?  **Sell now**

### Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner

Condition: New

Color/Color: Rose ⌄

Bulk savings:
| Buy 1 $13.98/ea | Buy 2 $13.28/ea |

Quantity: 1    2 available / 1 sold

Price: **$13.98/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Returns accepted

Shipping:  Free Economy Shipping from outside US. See details
Located in: Dummalasooriya, Sri Lanka

Delivery:  ⏱ Estimated between **Wed, Mar 29** and **Fri, Apr 14** ⓘ
This item has an extended handling time and a delivery estimate **greater than 19 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 day returns. Buyer pays for return shipping. See details

Payments:  PayPal  GPay  VISA  Mastercard  AmericanExpress  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
rumaxtrade (29 ⭐)
96.8% Positive feedback

♡ Save Seller
Contact seller
See other items

---

### Similar sponsored items    See all ›

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
72 sold



Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
**$8.50**
6 bids
Free shipping
Seller 99.8% positive



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$12.19**
Free shipping
21 sold



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$12.19**
Free shipping
21 sold

Ul...
Cl...
Ne...
$...
Fr...
6...

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions



| Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing | Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore Cleaning | Kaws Sesame Street Plush Doll Ernie Bert Elmo Cookie Monster Big Bird 45cm | Sesame Street Plush Kaws Doll Ernie Bert Elmo Cookie Monster Big Bird 45cm | Pp Dog Puzzle Feeder Toy Cat Treat Toy Interactive Slow Feeder Bowl |
| New | New | New | New | New |
| $19.99 | $17.97 | $30.05 | $29.95 | $28.28 |
| Free shipping | $19.97 10% off | Free shipping | Free shipping | Free shipping |
| | Free shipping | 15 watchers | Seller 100% positive | |
| | Seller 99.2% positive | | | |

---

**About this item**     Shipping, returns & payments     Report this item

Seller assumes all responsibility for this listing.

eBay item number:  334537888426

Last updated on Feb 16, 2023 16:54:22 PST  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand: | Unbranded |
| Main Purpose: | Acne, Blackheads, Clogged Pores | Skin Type: | All Skin Types |
| Type: | Electric Facial Cleaning Brush | Power Source: | AAA Battery |
| Color: | Multicolor | Custom Bundle: | No |
| Material: | ABS, Silicone | Features: | Lightweight, Waterproof |
| MPN: | Dose not apply | Country/Region of Manufacture: | China |

## Item description from the seller

### Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner

Specification:

Item Name: Electric Face Cleansing

Material: ABS+silicone

Weight: 90g

Size: 8*6*4cm

Battery Power: AAA Battery (Due to logistics restrictions, batteries are not included.)

Feature:

Deep cleanse the dirt on the face, balance the facial oil secretion, relax the skin and replenish water to shrink the pores and make the skin refreshed and comfortable.

How To Use

Multiple verifications, daily blistering facial cleanser 1-2 grams or so, drip 4-6 drops of water, press the mode button for about 5-6 seconds to automatically bubble.

Tips

The skin is more fragile when it is allergic peeling. It's recommended that the skin care method at this time be as simple as possible, it's recommended to use it 1-2 times a week, if there is wound or suppurative acne, please stop using this product to avoid worsening

wound infection.

Package List

1* Face Cleansing Brush



**rumaxtrade**

96.8% Positive Feedback
365 Items sold

Visit profile

Contact

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.8 |
| Communication | 5.0 |

### Seller feedback (31)

➕ l***r (50) • Past month

Very nice sunscreen! Good seller and fast shipping. Will buy again from this seller :).

➕ 9***l (31) • Past month

5 star top rated seller! I bought Biore Watery Essence Sunscreen 1.76 oz, excellent service and communication, answered questions promptly, item as described, arrived earlier than expected, swift transaction, very pleased, highly recommended!

➕ 6***6 (11) • Past month

Great seller

See all feedback

### Influenced by recent sponsored views














Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing
New
**$19.99**
Free shipping


Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore Cleaning
New
**$17.97**
$19.97 10% off
Free shipping
Seller 99.2% positive


Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser
New
**$15.00**
+ $0.50 shipping
Last one


5 in 1 Electric Face Facial Cleaner Brushes Deep Cleansing Spa Massager Scrubber
New
**$10.99**
Free shipping
Top Rated Plus
56 sold


Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$7.59**
$7.99 5% off
Free shipping
9 watchers

### Explore related sponsored items



USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager

New

**$9.97**

Free shipping



Electric Blackhead Remover Facial Vacuum Pore Suction Acne Pimple Cleaner Tool

New

**$11.85**

Free shipping
30 sold



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$7.50**

+ shipping
Top Rated Plus
Seller 99.1% positive



ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage

New

**$13.99**

Free shipping
Seller 100% positive



Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating Scrubber

New

**$17.93**

Free shipping
Top Rated Plus
8 watchers

---

### Related sponsored items



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping
Seller 100% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New

New

**$9.95**

Free shipping
72 sold



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B

New

**$13.95**

Free shipping
Seller 99.9% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.93**

$13.61 5% off
Free shipping
6 watchers



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

**$12.19**

Free shipping
21 sold

---

### People who viewed this item also viewed



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.93**

$13.61 5% off
Free shipping
6 watchers



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.25**

$12.89 5% off
Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

**$7.49**

Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone

New

**$7.89**

Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone

New

**$7.85**

Free shipping

---

### Find more sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.93**

$13.61 5% off
Free shipping
6 watchers



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

**$12.19**

Free shipping
21 sold



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

**$7.49**

Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$13.19**

$20.31 53% off
Free shipping






Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$12.19**
Free shipping
21 sold

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.89**
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.85**
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.85**
$13.53 5% off
Free shipping







Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.85**
$13.53 5% off
Free shipping

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$8.54**
$9.09 6% off
Free shipping
28% off 7+ with coupon

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager US
New
**$9.01**
$9.59 6% off
Free shipping
29% off 9+ with coupon

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.25**
$12.89 5% off
Free shipping

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ shipping
Seller 100% positive







2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager
New
**$23.74**
$24.99 5% off
Free shipping
Top Rated Plus

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.39**
$14.09 5% off
Free shipping

Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use
New
**$13.10**
Free shipping

Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use
New
**$13.10**
Free shipping

Silicone Electric Facial Cleansing Brush Face Massage Vibration Blackhead Remove
New
**$9.99**
Free shipping







Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.39**
$14.09 5% off
Free shipping

Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
**$13.98**
Free shipping
Last one

ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
**$13.99**
Free shipping
Seller 100% positive

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ shipping
Top Rated Plus
5 watchers

Electric Sonic Facial Cleansing Brush Face Cleaning Tool Exfoliating Skin Care
New
**$22.55**
$23.74 5% off
Free shipping
Top Rated Plus

---

This is a private listing and your identity will not be disclosed to anyone except the seller.

More to explore :   Normal Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,   Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Panasonic Electric Facial Brush Facial Cleansing Devices,   Silk'n Electric Facial Brush Facial Cleansing Devices

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist    My eBay

Shop by category    Search for anything    All Categories    **Search**    Advanced



## rumaxtrade

96.8% Positive feedback (29)    365 items sold    22 Followers

Contact    Save

Categories    **Shop**    About    Feedback    Search all 110 items

## All items



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Faci...
$13.98



3 In1 Facial Cleansing Brush Blackhead Remover Galvanica Spa...
$40.00



New Kao Biore UV Aqua Rich Watery Essence Sunscreen Sweat proof...
$8.68



Ultrasonic Skin Scrubber Facial Spatula Blackhead Remove Deep...
$17.99



Black head Remover Pore Vacuum Cleaner Electric Pimple Water Cycl...
$38.99



Quick Tattoo Removal liquid Microblading Bleaching Corrector...
$14.00



Hunmui Face Primer Pore Base Gel Cream Isolation Concealer Invisibl...
$13.20



EMS Slimming Face Lift Devices Microcurrent Skin Rejuvenation...
$22.20
Save up to 10% when you buy more



100 Eye Shadow Applicator Sponge Tipped Oval Disposable Foam...
$9.50



EMS Electric Face Chin Lifting Sliming device LED Photon Therapy...
$30.49



Blackhead Removal Bamboo Charcoal Peel Black Face Mask...
$9.20



4 in 1 Makeup Brush Contour Blending Smudge Brush Liquid...
$13.12









Electric Muscle Stimulator EMS Hip Trainer Abdominal Fitness Slimmin...
$13.50 to $40.50


Best Korean Nature Snail Face Cream Skin Care Anti Wrinkles Acn...
$18.00


New Beard Growth Oil Serum Fast Growing, Mustache Facial Hair...
$14.98

Silique Facial Eyebrow Forehead Cheeks Hair Remover Threading...
$7.20


Pro Flat Foundation Face Blush Cosmetic Tool Kabuki Powder...
$6.45

Hyaluronic Acid Face Serum Anti-Aging Shrink Pore Moisturizing...
$14.00 to $18.99

High Quality Professional Makeup Brush Kits Facial Blending Cosmeti...
$19.49 to $21.49


2022 New Belay Face Serum Remove Wrinkle Lift Firming...
$9.00

Lash Pillow Neck Support Eyelash Extensions soft Pillow Lash Supplie...
$23.00

New 2022 Liquid Matte 8Pcs Lipstick Waterproof Comfortable Long...
$16.49

Instant Hair Repair Keratin Hair Mask Dry Damaged Moisturizing Scalp...
$15.49

Whitening Freckle Cream Remove Dark Spots Pigment Melanin...
$14.98


50pcs Disposable hollow Soft lip brush Mascara Wands Applicator...
$10.99

Muscle Stimulator EMS Abdominal belt Trainer Abs Fitness Weight Los...
$32.20

Kojic Acid Whitening Freckle Face Cream Retinol Wrinkle Removal...
$17.98

New Beard Grower Roller for Beard Styling Care Grooming Treatment...
$11.50


Heating Straight Hair Brush Straightening Comb Fast Portable...
$39.99

Repair Scar Crocodile Face Serum Removal Acne Whitening Skin Spot...
$12.00

Alpha Arbutin Strong Removal Melasma Freckle Speckle Spots...
$12.98

Retinol Lifting Firming Serum Remove Fine Lines Wrinkles Face...
$9.40



Ion Laser Freckle Skin Mole Dark Spot Face Dot Wart Tag Tattoo...

$10.60



Face Skin Care Set Cherry Blossom Moisturizing Collagen Eye Cream...

$21.20



7 in 1 Dermabrasion Machine Deep Cleansing Water Jet Hydro Diamon...

$399.49

Save up to 10% when you buy more



Shrink Pore Minimize Serum Moisturizing Whitening Remove Oil...

$16.00



EMS Microcurrent Eye Massager Infrared Pulse Heating Therapy Anti...

$44.49

Save up to 10% when you buy more



Blue Light Plasma Pen Scar Acne Removal Machine Facial Skin Tool...

$110.98



Pure 99% Kojic Acid Powder Whitening Cream Scar Freckle...

$16.98



Vitamin C Retinol Hyaluronic Acid Facial Serum Whitening Brightenin...

$14.00



Eyebrow Enhance Stamp Shaping Kit Brow Set Pen Waterproof Contour...

$12.98



Bamboo Massage Scalp Comb Hair Grow Air Cushion Nature Wooden...

$9.20



SPF 90+/50+ Face Body Sunscreen Whitening OilControl Skin Protecti...

$8.98



4PCS Tweezers Set False Eyelash Extension Hair Nail Art Jewelry Cra...

$16.99 to $18.99



Eyelash Glue Shaker Electric Wake-up Machine Nail Polish Tattoo Liqui...

$22.49 to $25.20

LED Eyelash Extension Grafting Nail Art Tattoo Lamp Light Rechargeabl...

$20.99



Face Collagen Cream Anti Wrinkle Anti Aging Dark Spot Remover...

$14.98



Hair Growth EMS Electric Head Massager Liquid Import Comb Scal...

$78.49

← **1** 2 3 →

Items Per Page   48 ⌄

See All

Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 



How do you like our checkout? Give us feedback

**ebay** Checkout

**Pay with**

○ Add new card
 VISA · Mastercard · AMEX · Discover

● **PayPal**

○ **PayPal CREDIT**
 Special financing available.
 Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▮▮▮▮▮▮▮▮▮▮
Miami, FL 33133-2709
United States
▮▮▮▮1
Change

**Review item and shipping**

Seller: rumaxtrade | Message to seller

Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
Color/Color: Rose
**$13.98**

Quantity
1

**Delivery**
Est. delivery: Mar 29 – Apr 14
Economy Shipping from outside US
Free

**Gift cards, coupons, eBay Bucks**

Enter code:      Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

Subtotal (1 item)          $13.98
Shipping                    Free
Tax*                       $0.98

**Order total**            **$14.96**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 274

Marketplace: eBay

Seller Name: shmcg-7339





ebay

Shop by category

Search for anything | All Categories | Search

Advanced

Daily Deals  Brand Outlet  Help & Contact    Sell  Watchlist  My eBay

< Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist



### Facial Cleansing Brush made with Ultra Hygienic Soft Silicone, Waterproof Sonic

Condition: New

Quantity: [1]    4 available

Price: **$15.00**

**Buy It Now**

**Add to cart**

Best Offer:    **Make offer**

♡ Add to Watchlist

**Ships from United States**

Shipping: US $5.00 Standard Shipping. See details
Located in: Toledo, Oregon, United States

Delivery: Estimated between Sat, Mar 11 and Tue, Mar 14 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
shmog-7339 (35 ⭐)
85.7% Positive feedback

♡ Save Seller
Contact seller
See other items

  

**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

Shop now

$ Have one to sell? Sell now

---

## Similar sponsored items

Feedback on our suggestions



Sonic Silicone Facial Cleansing Massager Brush - FREE Headband Free Shipping
New
**$17.99**
Free shipping
Seller 100% positive



5-1 Multifunction Electric Face Facial Cleansing Brush Spa Skin Care Massage US
New
**$5.99**
Free shipping
5 watchers



ON LABS Blackhead Deep Cleansing Nose Pore Strips 6 Strips (LOT OF 3)
New
**$0.99**
0 bids
+ $4.50 shipping
Seller 100% positive



BLUE Facial Cleansing Brush,2-in-1 Silicone Exfoliator w/Spa Microfiber Headband
New
**$13.99**
Free shipping
Seller 100% positive



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$7.59**
$7.99 5% off
Free shipping
9 watchers

---

## Sponsored items inspired by your views

Feedback on our suggestions



Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush
New
**$35.00**



FOREVER LINA T-Sonic mini Facial Cleansing Device
New
**$12.99**



Flipping Octopus Flipping Octopus Octopus Octopus Plush Toy Flipping Doll Octopu
New
**$24.69**

Official Reversible Mood Colour Changing Octopus Plush Pre Loved Soft Toys
Pre-owned
**$4.74**



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
**$13.98**

Free shipping
Seller 100% positive
+ shipping
Seller 100% positive
$26.99 5% off
Free shipping
+ shipping
Seller 100% positive
Free shipping
Fr

| About this item | Shipping, returns & payments |

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jun 30, 2021 16:19:41 PDT View all revisions

eBay item number: 393419537612

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand: | Sonic |
| Type: | Facial Brush | Size: | Regular |
| Color: | Pink | Body Area: | Face, Neck |

## Item description from the seller

Facial Cleansing Brush made with Ultra Hygienic Soft Silicone, Waterproof Sonic. Condition is "New". Shipped with USPS First Class.

### shmcg-7339

85.7% Positive Feedback
108 Items sold

Visit profile

Contact

## Seller feedback (32)

⊕ e***c (571) • Past month

wow

39 speed deep tissue massage hun (#393490821753)

⊕ 2***t (1039) • Past 6 months

Very pleased. Fast shipping and arrived in great condition. Fair price too. Trusted seller and would buy again. Thank you shmcg-7339!

2- Cerave Hydrating Facial Cleansers 12 Oz / 355ml (#394168420795)

⊕ l***l (397) • Past 6 months

good seller!

Tlaxcala Blanket Jacket size medium Black (#394224989070)

See all feedback

## Influenced by recent sponsored views








3 in 1 Electric Facial Cleansing Brush Set Waterproof Face Deep Cleaning Machine
New
$20.56
~~$21.98~~ 6% off
+ $2.18 shipping

4 in 1 Sonic Facial Cleansing Brush Skin Care Electric Exfoliator Scrub Cleanser
New
$14.52
~~$15.28~~ 5% off
Free shipping

3-in-1 Rechargeable Facial Cleansing Brush Set Soft Scrubber Face Exfoliating
New
$20.99
Free shipping

2in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6
New
$13.99
~~$16.59~~ 18% off
Free shipping
7 watchers

7 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
$14.72
Free shipping
5 watchers

## Sponsored Items from Top Rated Sellers

Feedback on our suggestions

    

Wood Acrylic Kolinsky Nail Brushes Sizes 8-24 Nail Art Brush SHIPS FROM USA
New
$8.96
~~$12.80~~ 30% off
Free shipping
1823 sold

Sable Acrylic Kolinsky Nail Brush White Heart Love Crimped With Cap #6-#12
New
$12.20
Free shipping

Acrylic Kolinsky Nail Brushes Blue And Pink Sizes 8-20 Nail Art Brush
New
$8.96
~~$12.80~~ 30% off
Free shipping
925 sold

Acrylic Kolinsky Nail Brushes Sizes 8-24 Nail Art Brush SHIPS FROM USA
New
$16.20
Free shipping
1417 sold

Professional Purple Kolinsky Acrylic Nail Brush Ships From USA
New
$12.10
Free shipping
361 sold

## Related sponsored items

    

7 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating
New
$14.72
Free shipping
5 watchers

USA Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner
New
$15.35
Free shipping

Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face
New
$13.95
Free shipping

Mini Sonic Facial Cleansing Brush Ultra-soft Brush Face Scrubber For Oily Skin
New
$23.74
~~$24.99~~ 5% off
Free shipping
Top Rated Plus

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
$24.99
Free shipping
Seller 100% positive

## People who viewed this item also viewed

    

Sonic Silicone Facial Cleansing Massager Brush - FREE Headband Free Shipping
New
$17.99
Free shipping
Seller 100% positive

Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush
New
$9.71
Free shipping
Seller 100% positive

Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing
New
$19.99
Free shipping

YUNCHI Sonic Facial Cleansing Brush Food Grade Soft Silicone Waterproof WC03
New
$15.95
Free shipping
Seller 100% positive

Electric Facial Cleaner Brush Silicone Sonic Exfoliator Vibration Deep Cleansing
New
$17.79
Free shipping

## Find more sponsored items

Feedback on our suggestions






Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner
New
**$13.28**
~~$13.98~~ 5% off
Free shipping

USA Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner
New
**$15.35**
Free shipping

Silicone Electric Facial Cleansing Brush Exfoliator Scrubber Sonic Rechargeable
New
**$19.99**
Free shipping
Seller 100% positive

Sonic Silicone Facial Cleansing Massager Brush - FREE Headband Free Shipping
New
**$17.99**
Free shipping
Seller 100% positive

Silicone Electric Facial Cleansing Brush Exfoliator Scrubber Sonic Rechargeable
New
**$19.99**
Free shipping
Seller 100% positive







Mini Sonic Facial Cleansing Brush Ultra-soft Brush Face Scrubber For Oily Skin
New
**$23.74**
~~$24.99~~ 5% off
Free shipping
Top Rated Plus

Silicone Facial Cleansing Brush Exfoliator Cleanser Scrubber Sonic Deep Clean
New
**$19.99**
Free shipping
Seller 100% positive

Silicone Facial Cleansing Brush Exfoliator Cleanser Scrubber Sonic Deep Clean
New
**$19.99**
Free shipping
Seller 100% positive

Mini Sonic Facial Cleansing Brush Ultra-soft Brush Face Scrubber For Oily Skin
New
**$23.74**
~~$24.99~~ 5% off
Free shipping
Top Rated Plus

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
Top Rated Plus
Seller 100% positive







Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner US
New
**$15.19**
~~$15.99~~ 5% off
Free shipping
6 watchers

Electric Facial Cleaner Brush Silicone Sonic Exfoliator Vibration Deep Cleansing
New
**$17.79**
Free shipping

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
~~$24.95~~ 20% off
Free shipping

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$7.50**
+ shipping
Seller 993% positive

Electric Facial Cleaner Brush Silicone Sonic Exfoliator Vibration Deep Cleansing
New
**$17.79**
Free shipping







IPX7 Waterproof Electric Soft Silicone Clean Facial Cleansing Brush for Deep
New
**$14.31**
Free shipping

IPX7 Waterproof Electric Soft Silicone Clean Facial Cleansing Brush for Deep
New
**$14.31**
Free shipping

New Multifunction Electronic Cleansing Facial Skin Scrubber Brush Face Massage
New
**$24.69**
~~$25.99~~ 5% off
Free shipping
Top Rated Plus

Waterproof Vibrating Sonic Face Cleansing Brush, 2 Speeding Settings, 2 Brushs
New
**$23.74**
~~$24.99~~ 5% off
Free shipping
Top Rated Plus

Silicone Electric Face Cleansing Brush Sonic Facial Skin Care Washer Massager
New
**$27.68**
+ $3.64 shipping







Waterproof Vibrating Sonic Face Cleansing Brush, 2 Speeding Settings, 2 Brushs

2pcs Facial Cleansing Soft Silicone Face Scrub Exfoliating Brush Grey & Blue

Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating Skin Care

Sonic Facial Cleansing Brush Massager 5-in-1 Phototherapy

Waterproof Facial Cleansing Spin Brush Set with 4 Interchangeable Brush Heads -

New

$23.74

~~$24.99~~ 5% off
Free shipping
 Top Rated Plus

$17.95

Free shipping
Top Rated Plus
Seller 99.3% positive

New

$22.55

~~$23.74~~ 5% off
Free shipping
Top Rated Plus

New

$24.99

Free shipping
Top Rated Plus
Seller 100% positive

New

$29.98

Free shipping
Seller 100% positive

---

Back to home page                                                                                                    Return to top

More to explore :   Facial Cleansing Brushes ,   Sonic Facial Cleansing Devices ,   Clinique Electric Facial Brush Facial Cleansing Devices ,   Unbranded Skin Facial Cleansing Brushes ,
Olay Electric Facial Brush Facial Cleansing Devices ,   Foam Skin Facial Cleansing Brushes ,   Vitagoods Electric Facial Brush Facial Cleansing Devices ,   Silk'n Electric Facial Brush Facial Cleansing Devices ,
Mary Kay Electric Facial Brush Facial Cleansing Devices ,   All Skin Types Electric Facial Brush Facial Cleansing Devices

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility , User Agreement , Privacy , Payments Terms of Use , Cookies , Your Privacy Choices and AdChoice



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

## shmcg-7339

**85.7%** Positive feedback (35) **108** Items sold **6** Followers

Visit profile Contact Save

**Category**

**All**

Health & Beauty

Skin Exfoliators & Scrubs

**Condition**

- New (1)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

- All Listings (1)
- Accepts Offers (1)
- Auction
- Buy It Now (1)

**Item Location**

- Default
- Within

Radius 25 mi of

Zip code

- US Only
- North America
- Worldwide

**Shipping Options**

- Free Shipping

**Local Pickup**

- Free Local Pickup

Within

Radius 25 mi of

Zip code

**Show only**

- Free Returns
- Returns Accepted
- Authorized Seller
- Completed Items
- Sold Items
- Deals & Savings
- Authenticity Guarantee

See all

facial cleansing brush made with ultra hygienic soft silicone, waterprc ✕ o

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **facial cleansing br...** Save this search

Update your shipping location

Facial Cleansing Brush made with Ultra Hygienic Soft Silicone, Waterproof Sonic

Brand New

**$15.00**

or Best Offer

+$5.00 shipping

shmcg-7339 (35) 85.7%

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

- ○ Add new card
  VISA  Mastercard  American Express  Discover

- ● **PayPal**

- ○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

- ○ G Pay  Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: shmcg-7339   |   Message to seller

Facial Cleansing Brush made with Ultra Hygienic Soft Silicone, Waterproof Sonic
**$15.00**

Quantity
1

**Delivery**
Est. delivery: Mar 13 – Mar 16
USPS First Class
**$5.00**

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

Subtotal (1 item)         $15.00
Shipping                   $5.00
Tax*                       $1.40

**Order total**           **$21.40**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 276

Marketplace: eBay

Seller Name: shopcom2000




ebay



Shop by category

Search for anything | All Categories | Search

Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



### Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush

Condition: New

Color: Pink

Quantity: 1    10 available

Price: **$35.00**

**Buy It Now**

**Add to cart**

Add to Watchlist


Ships from United States

Shipping: Free Expedited Shipping. See details
Located in: Fontana, California, United States

Delivery: Estimated between Sat, Mar 11 and Tue, Mar 14 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
shopoom2000 (69 ★)
100% Positive feedback

Save Seller
Contact seller
See other items



**Explore a related Store**
113K items sold


lovelydeals2012
In eBay Stores
Sponsored

**Visit store**

Have one to sell? Sell now

---

### Similar sponsored items

Feedback on our suggestions



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



Isdin Essential Cleansing Oil Based Cleanser 200ml 6.76oz
New
**$16.00**
0 bids
+ $12.00 shipping
Seller 100% positive



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller 99.9% positive
38

---

### Sponsored items inspired by your views

Feedback on our suggestions



FOREVER LINA T-Sonic mini Facial Cleansing Device
New
**$12.99**
+ shipping
Seller 100% positive



Flipping Octopus Flipping Octopus Octopus Octopus Plush Toy Flipping Doll Octopu
New
**$24.69**
$25.99 5% off
Free shipping



Official Reversible Mood Colour Changing Octopus Plush Pre Loved Soft Toys
Pre-owned
**$4.74**
+ shipping
Seller 100% positive



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
**$13.98**
Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$34.99**
Free shipping

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on Mar 10, 2022 22:41:29 PST   View all revisions

eBay item number:  265277199377

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Model: | Face Cleansing Brush |
| Main Purpose: | Acne, Blackheads, Clogged Pores, Excessive Oil, Wrinkles | Brand: | SHOPCOM |
| Skin Type: | All Skin Types | Type: | Electric Facial Brush |
| Battery Life: | 6 Hours | Power Source: | Battery, USB |
| Manufacturer Warranty: | 1 Year | Material: | Silicone |
| Features: | Lightweight | | |

## Item description from the seller

DEEP, GENTLE FACIAL CLEANSING FOR RADIANTLY TONED SKIN. this is the ultimate beauty upgrade . This sonic facial cleanser eliminates trapped dirt, oil, and dead skin cells in just 1 minute and keeps your skin in top shape. It offers a variety of massage routines that target specific areas of your face. The upgraded design features silicone ridges shaped to glide easily over your face, neck and décolleté while low-frequency pulsations remove excess fluid to reduce puffiness and diminish signs of aging. TRY IT TODAY 100% Satisfaction Guaranteed.



### shopcom2000

100% Positive Feedback
71 Items sold

Visit profile

Contact

### Seller feedback (19)

⊖ s***m (206) • Past year

Never got the item because they were fakes. BUYER BEWARE!!

valentino snickers women White (#265500407205)

⊕ a***l (4533) • More than a year ago

10 outta 10 will shop again. Very nicely packaged. Super fast shipping. Thank you.

gucci ring women (#265556028730)

⊕ k***c (1273) • More than a year ago

as described, good price

christian dior pearl necklace (#265547522605)

See all feedback

### Influenced by recent sponsored views










FOREVER LINA T-Sonic mini Facial Cleansing Device

New

**$12.99**

+ shipping
Seller 100% positive

Flipping Octopus Flipping Octopus Octopus Octopus Plush Toy Flipping Doll Octopu

New

**$24.69**

$25.99 5% off
Free shipping

Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner

New

**$13.98**

Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

**$7.49**

Free shipping

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager US

New

**$9.01**

$9.59 6% off
Free shipping
29% off 9+ with coupon

## Related sponsored items







Hangsun Facial Cleansing Brush Sonic Facial Brush, 3 in 1

New

**$29.99**

Free shipping
33 sold

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping
Seller 100% positive

Sonic Facial Cleansing Brush - Silicone Face Scrubber for Men & Women - Gentl...

New

**$28.61**

Free shipping
Seller 99.7% positive

Silicone Electric Facial Cleansing Brush Sonic Face Cleaning Spa Massage Clean

New

**$17.79**

$19.99 11% off
Free shipping
Seller 99.9% positive

Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WO02_B

New

**$13.95**

Free shipping
Seller 99.9% positive

## Explore related sponsored items







Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing

New

**$19.99**

Free shipping

USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager

New

**$9.47**

$9.97 5% off
Free shipping

Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

New

**$19.99**

Free shipping
Seller 100% positive

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone

New

**$16.99**

Free shipping

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$7.50**

+ shipping
Top Rated Plus
Seller 99.1% positive

## People who viewed this item also viewed







Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping
Seller 100% positive

Facial Cleansing Brush with Soft Silicone Waterproof Sonic Vibrating Face Brush

New

**$18.00**

Free shipping

Silicone Facial Cleansing BrushElectric Face Cleansing Brush Waterproof Heate...

New

**$31.62**

Free shipping
Seller 99.7% positive

Silicone Facial Cleansing Brush,Electric Face Cleansing Brush Waterproof Heated

New

**$33.06**

Free shipping
Seller 99.7% positive

Facial Cleansing Brush Sonic Silicone Makeup Remove Brush with Heat Massage Pink

New

**$21.24**

$24.99 15% off
Free shipping
Seller 100% positive

Find more sponsored items                                                          Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

$19.98

Free shipping
Seller 100% positive



OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable

New

$32.99

Free shipping
Seller 99.4% positive



Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush

New

$35.00

Free shipping
Seller 100% positive



New Electric Face Cleansing Vibration Massage Brush Facial Skin Care Wash Sonic

New

$29.99

Free shipping
Seller 100% positive



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

New

$10.99

Free shipping
Top Rated Plus
7 watchers



Facial Cleansing Brush Waterproof Silicone Sonic Face Brush Handheld Cleaning

New

$33.37

Free shipping
Seller 100% positive



Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode

New

$43.99

+ shipping
Seller 100% positive



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

New

$10.99

Free shipping
Top Rated Plus
10 watchers



2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager

New

$23.74
$24.99 5% off
Free shipping
Top Rated Plus



Facial Cleansing Brush Sonic Vibration Mini Cleaner Silicone Deep Pore Massager

New

$37.04
$38.99 5% off
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$12.93
$13.61 5% off
Free shipping
6 watchers



Electric Sonic Facial Cleansing Brush Face Cleaning Tool Exfoliating Skin Care

New

$22.55
$23.74 5% off
Free shipping
Top Rated Plus



Sonic Facial Cleansing Brush DONUT Soft Silicone Face Massager

New

$10.00

+ shipping
Seller 100% positive



Silicone Facial Cleansing Brush,Electric Face Cleansing Brush Waterproof Heated

New

$33.06

Free shipping
Seller 99.7% positive



Facial Cleansing Brush Sonic Silicone Makeup Remove Brush with Heat Massage Pink

New

$21.24
$24.99 15% off
Free shipping
Seller 100% positive



Sonic Facial Cleansing Brush, Waterproof, Skin Massager, Heating mode_PINK

New

$43.99

+ shipping
Seller 100% positive



3 In 1 Silicone Electric Facial Cleansing Brush Face Massagers Sonic Rotating

New

$59.99

Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

$7.49

Free shipping



Facial Cleansing Brush Sonic Vibration Mini Cleaner Silicone Deep Pore Massager

New

$37.04
$38.99 5% off
Free shipping
Last one



Facial Cleansing Brush Face Scrubber: Electric Sonic Vibration Face Brush for...

New

$19.15

Free shipping
Seller 100% positive











| Facial Cleansing Brush [Newest 2021] Waterproof Sonic Face Spin Brush Deep Clean | Sonic Facial Cleansing Brush - Silicone Face Scrubber for Men & Women -... | Sonic Face Brush, Sonic Facial Cleansing Brush, Silicone Face Exfoliator Brush C | 3 In 1 Silicone Electric Facial Cleansing Brush Face Massagers Sonic Rotating | Facial Cleansing Brush Sonic Vibration Face Cleaner Silicone Deep Pore Cleansing |
|---|---|---|---|---|
| New | New | New | New | New |
| $23.74 | $29.98 | $42.29 | $49.99 | $63.93 |
| $24.99 5% off | Free shipping | Free shipping | Free shipping | Free shipping |
| Free shipping | | Seller 100% positive | | Seller 100% positive |
| Top Rated Plus | | | | |

Back to home page  Return to top

More to explore： Facial Cleansing Brushes, Unbranded Skin Facial Cleansing Brushes, Foam Skin Facial Cleansing Brushes, Women Skin Facial Cleansing Brushes, Unisex Skin Facial Cleansing Brushes, Clinique Electric Facial Brush Facial Cleansing Devices, Travel Size Skin Facial Cleansing Brushes, Mary Kay Electric Facial Brush Facial Cleansing Devices, Sonic Facial Cleansing Devices, All Skin Types Electric Facial Brush Facial Cleansing Devices

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 



# shopcom2000

100% Positive feedback (69)    71 Items sold    5 Followers

Contact    Save

Categories    **Shop**    About    Feedback

Search all 15 items

## All items



**Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face...**
$35.00



**Women's Double Button Plaid Checkered Belted Suit Casual with...**
$49.00



**Autumn Sexy V-neck Long Sleeve Wrap Sweater Blouse Tops**
$35.00



**Women's V Neck Sweater Long Sleeve Wrap Slit Maxi Dress with...**
$50.00



**Women Puff Sleeve Casual Knee Length Sweater Cardigan**
$55.00



**Printed hip-lifting high-waist high-stretch fitness yoga pants**
$25.00



**Autumn printing Long Sleeve / Women's Casual Loose Shirts...**
$35.00



**Women's Casual Loose Shirts Sleeve/ Autumn printing Long...**
$35.00



**V-neck Lace Loose Shirt PRETTY Steps Fall Women's Hot Style**
$45.00



**Shirts Leopard Patch V-neck Pullover Casual Tops**
$35.00



**Kiddie Swimming Pool/ Rubber Outdoor Kids Pool**
$29.00



**baby monitor with camera and audio**
$29.00







Women Puff Sleeve Casual Knee
Length Sweater

**$45.00**

baby girl bibs A Set Of 2 With
Chewing Teether

**$15.00**

5 PCs Set Trendy Gold Anklets/ Foot
accessories / Jewelry

**$14.00**

See All

Do you like our profile experience? 👍 👎

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

## Ship to

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

## Review item and shipping

Seller: shopcom2000 Message to seller

Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush
Color: Pink
**$35.00**

Quantity
1

**Delivery**
**Free 2-4 day shipping**
Get it by Mar 11 – Mar 14
USPS Priority Mail Flat Rate Envelope

## Gift cards, coupons, eBay Bucks

Enter code: Apply

## Donate to charity (optional)

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $35.00 |
| Shipping | Free |
| Tax* | $2.45 |
| **Order total** | **$37.45** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 279

Marketplace: eBay

Seller Name: solyansoutlet



ebay

Shop by category

Search for anything

All Categories

Search    Advanced

Back to previous page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

$ Have one to sell?   Sell now

## Brush Ultrasonic Electric Silicone Skin Care Face Facial Cleansing Washing Clean

Condition: New

Quantity: 1    5 available

Price: **$12.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99



Fast and reliable. Ships from United States.

Shipping: Free Standard Shipping. See details
Located in: Long Beach, California, United States

Delivery: Estimated between Wed, Apr 26 and Mon, May 1 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  American Express  Discover

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information
solyansoutlet (9200 ⭐)
96.2% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

CHASE ○ for BUSINESS

**New business checking customers earn $300**

when you open a Chase Business Complete Checking℠ account with qualifying activities.

Learn more

JPMorgan Chase Bank, N.A. Member FDIC

## Similar sponsored items

Feedback on our suggestions



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
69 sold



NuFACE Trinity Advanced Facial Toning Device
New
**$95.00**
0 bids
Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus
10% off 3+ with coupon



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
5 watchers

## Related sponsored items

Feedback on our suggestions



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager



NuFACE Trinity Microcurrent Facial Toning Device New Open Box



Foreo Luna Mini 2 Facial Cleansing Brush ( Fuchsia ) **New With Case**



Clarisonic Mia 2 Sonic Skin Cleansing System - WHITE NEW



New Clarisonic Mia Fit Skin Cleaning Face Brush - WHITE

| New $7.49 | $90.00 | $49.96 | $70.00 | $70.00 | $ |
|---|---|---|---|---|---|
| Free shipping 5 watchers | + $12.00 shipping 428 sold | Free shipping ⭐Top Rated Plus 81 sold | Free shipping ⭐Top Rated Plus 458 sold | Free shipping ⭐Top Rated Plus 56 sold | Fr 93 |

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.                                    eBay item number: 233343535987

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | Clean |
|---|---|---|---|
| Type | Electric Facial Brush | UPC | Does not apply |

## Item description from the seller

Brush Ultrasonic Electric Silicone Skin Care Face Facial Cleansing Washing Clean. Oil face, makeup residue, Strawberry nose, Rough acne muscle, large pores.



### solyansoutlet

96.2% Positive Feedback
27K items sold

Seller's other items
Contact
♡ Save seller

#### Detailed seller ratings
Average for the last 12 months

| Accurate description | 4.8 |
|---|---|
| Reasonable shipping cost | 4.9 |
| Shipping speed | 4.6 |
| Communication | 4.7 |

#### Popular categories from this store   See all

Pet Supplies   Health & Beauty   Clothing, Shoes & Accessories
Toys & Hobbies   Sporting Goods

**Seller feedback** (8,524)

➕ s***j (1472) • Past 6 months
Fast Shipping!
Sominex Nighttime Sleep-Aid 64 Tabs EXP:04/23 (#334044013368)

➕ 4***c (2697) • Past 6 months
This is the best powder for almost any rash. Fast ship, will trade again.
Micro-Guard Powder Antifungal Powder W/Miconazole nitrate 2% 4pack 3 Oz EA (#234666071662)

➖ e***n (505) • Past 6 months
Bad customer service. No reply, no contact, I live in same city, item not shipped for 10 days
Country Life Maxi-Hair skin & Nails 2,000mcg Biotin 90 Tabs Exp:04/23 SEALED (#234770802594)

See all feedback

### Influenced by recent sponsored views

    

Silicone Electric Face Cleansing   Silicone Electric Facial Cleansing   Silicone Electric Facial Cleansing   Electric Face Cleansing Brush Ultra   Electric Face Cleansing Brush Ultra

Brush Sonic Facial Skin Cleaner
Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Brush Vibration Face Cleaner Skin
Care Tool
New
**$13.60**
Free shipping

Brush Vibration Face Cleaner Skin
Care Tool J
New
**$13.59**
Free shipping

Sonic Facial Skin Silicone Cleaner
Massager
New
**$7.49**
Free shipping
5 watchers

Sonic Facial Skin Cleaner Massager
Silicone
New
**$7.89**
Free shipping

---

### Explore related sponsored items

    

5 in 1 Deep Clean Face Skin Electric
Facial Cleaner Care Brush
Massager Scrubber
New
**$6.99**
~~$12.99~~ 46% off
Free shipping
55 sold

5 in 1 Ultrasonic Facial Cleansing
Brush Exfoliate Electronic Face
Skin Massager
New
**$9.99**
Free shipping

Facial Cleansing Brush Skin
Waterproof Electric 5 in 1 Face
Body Care Massage US
New
**$9.99**
Free shipping

Silicone Face Cleansing Electric
Brush Ultrasonic Skin Facial
Cleaner Massager
New
**$15.17**
~~$16.49~~ 8% off
Free shipping

USB Electric Sonic Face Cleansing
Silicone Brush Facial Skin Cleaner
Massager
New
**$9.47**
~~$9.97~~ 5% off
Free

---

### Related sponsored items

    

Silicone Face Cleansing Brush
Electric Facial Cleanser Washing
Massager Scrubber
New
**$6.99**
Free shipping
69 sold

Silicone Face Cleansing Brush
Electric Facial Cleanser Washing
Massager Scrubber
New
**$7.59**
Free shipping

Silicone Electric Face Cleansing
Brush Facial Skin Cleaner Cleaning
Massager
New
**$12.19**
Free shipping
21 sold

5 in 1 Electric Facial Cleansing
Instrument Silicone Face Cleansing
Brush Deep
New
**$9.99**
Free shipping
Seller with a 99% positive feedback

Electric Facial Cleansing Brush Set
Face Body Exfoliating Silicone
Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus
10% off 3+ with coupon

---

### People who viewed this item also viewed

    

Electric Face Cleansing Brush Ultra
Sonic Facial Skin Silicone Cleaner
Massager
New
**$7.49**
Free shipping
5 watchers

Electric Silicone Facial Cleansing
Brush Face Skin Care Deep Cleaner
Massager
New
**$8.54**
~~$9.09~~ 6% off
Free shipping
28% off 8+ with coupon

Electric Silicone Facial Cleansing
Brush Face Skin Care Deep Cleaner
Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

Electric Deep Cleaner Massager
Silicone Facial Cleansing Brush
Face Skin Care
New
**$7.99**
Free shipping

Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager
New
**$12.93**
~~$13.61~~ 5% off
Free shipping
9 watchers

---

### Find more sponsored items

Feedback on our suggestions

    



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

**$7.49**

Free shipping
5 watchers



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

New

**$7.59**

Free shipping

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

New

**$6.99**

Free shipping
69 sold



Silicone Electric Face Cleansing Brush Facial Skin Care Cleaning Massager

New

**$12.19**

Free shipping
21 sold

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

**$7.29**

Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone

New

**$7.89**

Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

**$7.55**

Free shipping



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

~~$9.09~~ 6% off

Free shipping
28% off 8+ with coupon



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone

New

**$7.85**

Free shipping



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

**$12.19**

Free shipping
21 sold



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

**$6.99**

Free shipping
Seller with a 99.4% positive feedback



Silicone Electric Facial Cleansing Brush Face Message Vibration Blackhead Remove

New

**$9.99**

Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleaner Massager

New

~~$13.61~~ 5% off

Free shipping
9 watchers



Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable

New

**$6.99**

+ $3.99 shipping
Top Rated Plus



Facial Cleansing Brush Silicone Electric Face Scrubber and Cleanser

New

**$25.99**

Free shipping
Last one



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$9.00**

+ shipping
Seller with a 100% positive feedback



Ultrasonic Face Brush Electric Silicone facial cleansing brushes Vibrating Face

New

**$9.99**

Free shipping
Seller with a 100% positive feedback



Electric Sonic Facial Cleansing Brush Face Cleaning Tool Exfoliating Skin Care

New

~~$23.74~~ 5% off

Free shipping
Top Rated Plus



Silicone Face Cleansing Brush Electric Facial Cleanser Skin Massage US

New

**$7.59**

Free shipping



Facial Cleansing Brush Ultrasonic Silicone Face Cleaner Deep Pore Cleaning Skin

New

**$21.38**

Free shipping
Seller with a 99.8% positive feedback



2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager

New

**$23.74**



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

New

**$9.49**



Electric Face Cleansing Ultrasonic 3 Modes Brush Waterproof Facial Skin Cleaner

New

**$7.89**



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New

New

**$16.99**



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleaner Massager

New

**$13.19**

$24.99 $16.99
Free shipping
Top Rated Plus

Free shipping

Free shipping

Free shipping
Seller with a 100% positive feedback

$24.99 $16.99
Free shipping

Back to previous page                                                                                      Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,
Unbranded Skin Facial Cleansing Brushes,   Foam Skin Facial Cleansing Brushes,   Clinique Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes

About eBay       Announcements       Community       Security Center       Seller Center       Policies       Affiliates       Help & Contact       Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.   Accessibility,   User Agreement,   Privacy,   Payments Terms of Use,   Cookies,   Your Privacy Choices   and   AdChoice







**ebay Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart.

## Pay with

- Add new card
- **PayPal** (selected)
- PayPal CREDIT
  Special financing available.
  Apply now. See terms
- G Pay Google Pay

## Ship to

[redacted]
Palm Beach, FL 33480
United States
[redacted]
Change

## Review item and shipping

Seller: solyansoutlet Message to seller

Brush Ultrasonic Electric Silicone Skin Care Face Facial Cleansing Washing Clean

**$12.99**

Quantity
1

**Delivery**
Est. delivery: Apr 26 – May 1
USPS First Class
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: Apply

## Donate to charity (optional)

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $12.99 |
| Shipping | Free |
| Tax* | $0.91 |
| **Order total** | **$13.90** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

# solyansoutlet

**96.2%** Positive feedback **27K** Items sold **280** Followers

Contact Save Seller

brush ultrasonic electric silicone skin care face facial cleansing wash

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **brush ultrasonic e...** Save this search

Shipping to: 10025

Brush Ultrasonic Electric Silicone Skin Care Face Facial Cleansing Washing Clean

Brand New

**$12.99**

Buy It Now

Free shipping

solyansoutlet (9,200) 96.2%

Tell us what you think

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 280

Marketplace: eBay

Seller Name: star61172

ebay

Shop by category

Search for anything

All Categories

Search

Advanced

Sell    Watchlist    My eBay

< Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist

SAVE UP TO 20% WHEN YOU BUY MORE



HLAIE

Health And Beautiful

Have one to sell? Sell now

### HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager 💆

| Condition: | New |
|---|---|

| Bulk savings: | Buy 1 $19.98/ea | Buy 2 $17.98/ea | Buy 3 $16.98/ea |
|---|---|---|---|

4 or more for $15.98/ea

Quantity: 1    More than 10 available / 5 sold

Price: **$19.98/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 **Breathe easy.** Free shipping and returns.

🎁 **Be the change.** All net proceeds from this sale go to charity.

Shipping: **Free 2-4 day shipping**
Get it between **Thu, Apr 20** and **Sat, Apr 22**. See details
Located in: New Port Richey, Florida, United States

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🔖 **Top Rated Plus**
Trusted seller, fast shipping, and easy returns. Learn more

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
star611722 (3735 ★)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
115K items sold

lovelydeals2012    Shop now
In eBay Stores
Sponsored

### Similar sponsored items

Feedback on our suggestions


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
~~$24.95~~ 20% off
Free shipping


5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$6.55**
Free shipping
2785 sold


Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback


3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6
New
**$14.97**
Free shipping
🔖 Top Rated Plus
149 sold



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US
New
**$11.99**
Free shipping

### Sponsored items customers also bought

Feedback on our suggestions





