# EXHIBIT 1

# (Part 8 of 11)

| | | | | |
|---|---|---|---|---|
| Silicone Face Cleansing Brush Facial Cleanser Washing Massager Scrubber // | 5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa | Rechargeable Ultrasonic Facial Skin Scrubber Face Spatula Blackhead Remover | Silicone Face Cleansing Brush Facial Cleanser Washing Massager Scrubber AU | 5IN1 New Portale Multifunction Electric Facial Skin Brush Cleaning Massager Home |
| New | New | New | New | New |
| $1.20 | $6.55 | $16.99 | $1.33 | $6.99 |
| Free shipping | Free shipping 2785 sold | Free shipping Top Rated Plus 89 sold | Free shipping | Free shipping Top Rated Plus |

**About this item**   Shipping, returns & payments                                                                          Report this item

Seller assumes all responsibility for this listing.                                                          eBay item number: 403613965535
Last updated on Feb 11, 2023 11:58:23 PST   View all revisions

### All net proceeds will support Passione Trust

To bring people to the knowledge of Jesus Christ as their Lord and Savior.

ebay FOR CHARITY

- Official eBay for Charity listing | Learn more
- Sale benefits a verified non-profit partner

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | Hlaie |
| Type | Facial Brush | Size | Regular |
| Color | Pink | Body Area | Face |
| Set Includes | Massager, Charging Cord | UPC | DOES NOT APPLY |

## Item description from the seller

- 【Make Your Skin More Beautiful】 Food grade silicone rubber exterior provides the softest and most gentle face cleansing and massage! It effectively buffs away pore-clogging dirt, oil, makeup, and dead skin cells. With your daily facial cleanser, leaving your complexion looking clearer, brighter and healthier.
- 【Suitable For All Skin Types 】High frequency sonic pulses allow the removal of dirt, oils and makeup residues. Low-frequency pulses boosts blood circulation in wrinkle-prone areas, increasing the production of collagen and elastin to restore the skin's firmness and elasticity. Fashion Base face cleansing brush allows you to decide which treatment is best for your skin.
- 【Safe and Deep Cleansing】 With advanced sonic vibration 6000 times/min ,It can quickly and effectively remove facial dirt, makeup residues, blackheads, help with reduce oil and clogged pores ,make skin more brighter and smoother.
- 【Convenient & Rechargeble 】 Handy design makes it easier to hold and convenient to carry. Design with high efficient and durable USB power cord. it can run for weeks after fully charged. And it can be charged with power bank, PC and other charging Device.
-

### Product Highlights:

Silicone Head Cleansing Brush can allow the removal of 99.5% nasty dirt and oils from your pores.
Soft, Flexible Skincare Support make it easy to clean makeup residue and exfoliation without irritating the skin.
Waterproof and portable design for ease of use and convenience. Use it with your favorite non abrasive cleanser.
No brush-heads replacement needed and no pain from harsh nylon bristles. Much safer than other facial cleansing brushes.
Quick Recharge, Long-Lasting Battery
Specifications:

Product Name: Facial Cleansing Instrument
Material: Silicone
Input: 200mAh
Vibration Frequency: 6000rpm
Charging Time: 1 Hours
Product size: 100 X 75 X 30mm
Product weight: 98g



## The Fashion Star

100% Positive Feedback
7.1K Items sold



Seller's other items

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store    See all

PURSES/HANDBAGS    WOMEN'S WALLETS    WOMENS-SHOES

KIDS SHOES    MENS-SHOES

MENS AND YOUNG MENS CLOTHING    WOMENS CLOTHING

BABY BOYS CLOTHING    BABY GIRL CLOTHING

### Seller feedback (2,489)

This item (2)    All items (2,489)

⊕ n***n (542) • Past month

Honest seller and would buy from seller again.

⊕ n***n (542) • Past 6 months

Honest seller and would buy from seller again.

See all feedback

---

### Most popular sponsored items

Feedback on our suggestions



Silicone Face Cleansing Brush Facial Cleanser Washing Massager Scrubber //

New

**$1.20**

Free shipping



5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa

New

**$6.55**

Free shipping
2785 sold



Rechargeable Ultrasonic Facial Skin Scrubber Face Spatula Blackhead Remover

New

**$16.99**

Free shipping
◻ Top Rated Plus
89 sold



5-1 Multifunction Electric Face Facial Cleansing Brush Spa Skin Care Massage US

New

**$6.99**

$12.99 46% off
Free shipping
21 sold



5iN1 New Portale Multifunction Electric Facial Skin Brush Cleaning Massager Home

New

**$6.99**

Free shipping
◻ Top Rated Plus

---

### Influenced by recent sponsored views



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW

New (Other)

$13.95 20% off
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$19.96**

$24.95 20% off
Free shipping



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

New

**$11.97**

Free shipping
◻ Top Rated Plus
10% off 3+ with coupon



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping
Seller with a 100% positive feedback



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean

New

**$10.95**

Free shipping
41 sold

Explore related sponsored items



**Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US**
New
**$11.97**
Free shipping
🔷 Top Rated Plus
10% off 3+ with coupon



**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
**$17.59**
Free shipping
5 watchers



**Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B**
New
**$13.95**
Free shipping
Seller with a 99.9% positive feedback



**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
~~$9.98~~ 10% off
Free shipping
🔷 Top Rated Plus



**Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager**
New
**$7.49**
Free shipping
6 watchers

---

## People who viewed this item also viewed



**Mini Electric Facial Cleansing Brush Silicone Sonic Vibration Cleaner Face Brush**
New
**$9.71**
Free shipping
Seller with a 100% positive feedback



**Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager**
New
**$15.98**
Free shipping



**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
~~$24.95~~ 20% off
Free shipping



**Silicone Face Cleansing Brush Facial Cleanser Washing Massager Scrubber AU**
New
**$1.33**
Free shipping



**RARE Nivea for Men Energizing Face Scrub Invigorating Deep Cleaning 4.4 oz**
New
~~$14.00~~ 30% off
Free shipping
🔷 Top Rated Plus

---

## Find more sponsored items

Feedback on our suggestions



**Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager**
New
**$15.98**
Free shipping



**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
~~$24.95~~ 20% off
Free shipping



**3-1 Multi Interchangeable Facial Cleansing Spin Face Massage Brush Skin Care Spa**
New
**$19.99**
Free shipping
35 sold



**3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6**
New
**$14.97**
Free shipping
🔷 Top Rated Plus
149 sold



**5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa**
New
**$6.55**
Free shipping
2785 sold



**4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating**
New
**$21.99**
Free shipping
36 sold



**Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager**
New
**$15.99**
Free shipping



**ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage**
New
**$13.99**
Free shipping
Seller with a 100% positive feedback



**ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage**
New
**$13.99**
Free shipping
22 sold



**Upgrade Professional Electric 4in1 Facial Cleansing Brush Face Scrubber Clean**
New
~~$18.99~~ 6% off
Free shipping
23 sold



**Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager**
New
**$15.17**
$16.49 8% off
Free shipping



**Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US**
New
**$11.99**
Free shipping



**Sonic Silicone Facial Cleansing Massager Brush - FREE Headband Free Shipping**
New
**$17.99**
Free shipping
Seller with a 100% positive feedback



**Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager**
New
**$15.99**
Free shipping



**Waterproof Electric Face Cleaner Cleansing Brush Spa Skin Care Massager**
New
**$14.99**
Free shipping



**3D Sonic Facial Cleansing Brush Skin Rechargeable Waterproof Electric Face Body**
New
**$11.99**
Free shipping
196 sold



**Ultra Sonic Vibrating Facial Cleansing Brush Oscillation Facial Skin Cleaner US**
New
**$15.99**
Free shipping
7 watchers



**5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber**
New
**$6.99**
$12.99 46% off
Free shipping
44 sold



**Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink**
New
**$19.99**
Free shipping
Seller with a 100% positive feedback



**SILICONE ELECTRIC FACE BRUSH Facial CEPILLO FACIAL Skin Cleaner**
New
**$9.99**
Free shipping
Top Rated Plus
101 sold



**4in1 Electric Silicone Facial Cleansing Brush Sensitive Face Exfoliate Massager**
New
**$14.99**
+ $6.99 shipping
Top Rated Plus
Seller with a 99.7% positive feedback



**4 Pack Soft Silicone Face Scrubber Cleanser Massager Facial Cleansing Skin Brush**
New
**$14.49**
Free shipping



**Electric Facial Cleansing Waterproof Brush Cleaner Spa Massager For Face Care**
New
**$11.99**
Free shipping



**Electric Facial Cleaner Brush Silicone Sonic Exfoliator Vibration Deep Cleansing**
New
**$16.90**
$17.79 5% off
Free shipping



**Electric Face Cleansing Brush Face Skin Care Deep Pore Cleaner Facial Scrub New**
New
**$16.63**
Free shipping
5 watchers

Back to home page                                                                                           Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,
Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



### The Fashion Star

**100% Positive feedback** · **7.1K Items sold** · **246 Followers**

Share · Contact · Save Seller

Categories | Shop | **About** | Feedback

Search all 1,189 items

🧍 *This store is operated by Passione Trust, one of eBay's trusted nonprofit partners*

### Passione Trust

To bring people to the knowledge of Jesus Christ as their Lord and Savior.

See more details

**Learn more about eBay for Charity →**

### About us

Location: United States
Member since: Oct 07, 2005
Seller: star61172

### Top Rated Seller

The Fashion Star is one of eBay's most reputable sellers. Consistently delivers outstanding customer service. Learn more

Do you like our store experience? 👍 👎 

About eBay · Announcements · Community · Security Center · Seller Center · Policies · Affiliates · Help & Contact · Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card
VISA · Mastercard · Amex · Discover

**PayPal**

**PayPal CREDIT**
Special financing available.
Apply now. See terms

G Pay   Google Pay

**Ship to**

Miami, FL 33133
United States
Change

**Review item and shipping**

Seller: star61172    Message to seller

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
**$19.98**

Quantity
1

**Delivery**
Free 2-3 day shipping
Get it by Apr 20 – Apr 21
USPS First Class

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

Subtotal (1 item)    $19.98
Shipping    Free
Tax*    $1.40

**Order total    $21.38**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

ebay

Shop by category ⌄

Search for anything

All Categories ⌄

Search

Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Exfoliators & Scrubs

Share | Add to Watchlist

**SAVE UP TO 20% WHEN YOU BUY MORE**



$ Have one to sell?   Sell now

### HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager 🔋

Condition: New

Bulk savings:

| Buy 1 $19.98/ea | Buy 2 $17.98/ea | Buy 3 $16.98/ea |

4 or more for $15.98/ea

Quantity: 1    More than 10 available / 5 sold

Price: **$19.98/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🚚 **Breathe easy.** Free shipping and returns.

🎁 **Be the change.** All net proceeds from this sale go to charity.

Shipping: Free Standard Shipping. See details
Located in: New Port Richey, Florida, United States

Delivery: Estimated between **Wed, Apr 26** and **Thu, Apr 27** ⓘ

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🔵 Top Rated Plus
Trusted seller, fast shipping, and easy returns. Learn more

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
star61172 (3735 ⭐)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

**Shop related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

### Similar sponsored items    See all ›

Feedback on our suggestions











5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$6.55**
Free shipping
2790 sold

Silicone Face Cleansing Brush Facial Cleanser Washing Massager Scrubber //
New
**$1.21**
Free shipping

RODIAL Bee Venom Cleansing Balm 3.4 fl oz New in Box $55 retail
New
**$9.99**
0 bids
+ shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

---

### Sponsored items customers also bought    See all ›

Feedback on our suggestions











Silicone Face Cleansing Brush Facial Cleanser Washing Massager Scrubber //

New

**$1.21**

Free shipping

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

New

**$24.99**

Free shipping
Seller with a 100% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$8.98**

~~$9.98~~ 10% off
Free shipping
Top Rated Plus

Perlier Royal Elixir Youth Creator with Royal Pro Youth Peptide - 2 oz - BNIB

New

**$19.27**

~~$20.95~~ 8% off
Free shipping
Top Rated Plus

Silicone Face Cleansing Brush Facial Cleanser Washing Massager Scrubber AU

New

**$1.35**

Free shipping

---

**About this item** | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Feb 11, 2023 11:58:23 PST  View all revisions

eBay item number: **403613965535**



### All net proceeds will support Passione Trust

To bring people to the knowledge of Jesus Christ as their Lord and Savior.

**ebay** FOR CHARITY

- Official eBay for Charity listing | Learn more
- Sale benefits a verified non-profit partner

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | Hlaie |
| Type | Facial Brush | Size | Regular |
| Color | Pink | Body Area | Face |
| Set Includes | Massager, Charging Cord | UPC | DOES NOT APPLY |

## Item description from the seller

- **【Make Your Skin More Beautiful】**  Food grade silicone rubber exterior provides the softest and most gentle face cleansing and massage! It effectively buffs away pore-clogging dirt, oil, makeup, and dead skin cells. With your daily facial cleanser, leaving your complexion looking clearer, brighter and healthier.
- **【Suitable For All Skin Types 】** High frequency sonic pulses allow the removal of dirt, oils and makeup residues. Low-frequency pulses boosts blood circulation in wrinkle-prone areas, increasing the production of collagen and elastin to restore the skin's firmness and elasticity. Fashion Base face cleansing brush allows you to decide which treatment is best for your skin.
- **【Safe and Deep Cleansing】**  With advanced sonic vibration 6000 times/min ,It can quickly and effectively remove facial dirt, makeup residues, blackheads, help with reduce oil and clogged pores ,make skin more brighter and smoother.
- **【Convenient & Rechargeble 】** Handy design makes it easier to hold and convenient to carry. Design with high efficient and durable USB power cord. it can run for weeks after fully charged. And it can be charged with power bank, PC and other charging Device.
- 

*Product Highlights:*

*Silicone Head Cleansing Brush can allow the removal of 99.5% nasty dirt and oils from your pores.*
*Soft, Flexible Skincare Support make it easy to clean makeup residue and exfoliation without irritating the skin.*
*Waterproof and portable design for ease of use and convenience. Use it with your favorite non abrasive cleanser.*
*No brush-heads replacement needed and no pain from harsh nylon bristles. Much safer than other facial cleansing brushes.*
*Quick Recharge, Long-Lasting Battery*
*Specifications:*

*Product Name: Facial Cleansing Instrument*
*Material: Silicone*
*Input: 200mAh*
*Vibration Frequency: 6000rpm*
*Charging Time: 1 Hours*
*Product size: 100 X 75 X 30mm*
*Product weight: 98g*

bar450d422



## The Fashion Star

100% Positive Feedback
7.1K items sold

Visit store
Contact
♡ Save seller

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store    See all

PURSES/HANDBAGS    WOMEN'S WALLETS    WOMENS-SHOES

KIDS SHOES    MENS-SHOES

MENS AND YOUNG MENS CLOTHING    WOMENS CLOTHING

BABY BOYS CLOTHING    BABY GIRL CLOTHING

### Seller feedback (2,493)

This item (2)    All items (2,493)

⊕ n***n (542) · Past month

Honest seller and would buy from seller again.

⊕ n***n (542) · Past 6 months

Honest seller and would buy from seller again.

See all feedback

---

### Influenced by recent sponsored views



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$10.56
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.19
Free shipping



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
$24.99
Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
$24.99
Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Silicone Exfoliator Rechargeable Face Scrubber
New
$15.99
Free shipping
Seller with a 100% positive feedback

---

### Explore related sponsored items



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$15.69
Free shipping
33 sold



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
$13.95
Free shipping
Seller with a 99.9% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.98 10% off
Free shipping
 Top Rated Plus

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.59
Free shipping
5 watchers

---

### Sponsored Items from Top Rated Sellers    See all ›

Feedback on our suggestions






**Vivo Per Lei Facial Peeling Gel Gentle Face Peel for Cleansing Dry Skin 2 Pack**
New
**$21.99**
$43.98 50% off
Free shipping
761 sold

**Vivo Per Lei Dead Sea Mineral Facial Peeling Gel Skin Exfoliating Facial Scrub**
New
**$13.99**
$27.96 50% off
Free shipping
3150 sold

**BeautyFrizz 120 Pieces Lavender Face Cleansing Skin Care Makeup Remover Wipes**
New
**$14.99**
$29.96 50% off
Free shipping
337 sold

**Vivo Per Lei Bamboo Charcoal Mask Peel Off Facial Mask - Cleansing Mask 5.3 Oz**
New
**$8.99**
Free shipping
1508 sold

**Vivo Per Lei 24K Gold Facial Mask - Brightening Peel Off Face Mask - 5.3 Oz**
New
**$7.99**
Free shipping
974 sold

---

### People who viewed this item also viewed







**USB Recharge Waterproof Vibrating Silicone Face Cleansing Brush Electric Facial**
New (Other)
**$12.99**
+ shipping

**USB Rechargeable Waterproof Vibrating Silicone Facial Cleansing Brush**
New
**$10.00**
+ shipping
Seller with a 100% positive feedback

**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
**$19.96**
$24.95 20% off
Free shipping

**Face Skin Care Cleaner Scrub Body Spa Cleansing Exfoliator Facial Brush -HQ**
New
**$1.91**
+ $0.14 shipping

**Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes**
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

---

### Find more sponsored items

Feedback on our suggestions








**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
**$19.96**
$24.95 20% off
Free shipping

**Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes**
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

**Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable**
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

**Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager**
New
**$15.98**
Free shipping

**5-1 Multifunction Electronic Facial Cleansing Face massage Brush Skin Care Spa**
New
**$6.55**
Free shipping
2790 sold









**Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink**
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

**Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric**
New
**$19.99**
Free shipping

**Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager**
New
**$15.99**
Free shipping

**Electric Facial Cleansing Brush Spin Massager Face Cleanser w/ 3 Rotating Heads**
New
**$19.99**
Free shipping
Top Rated Plus
1703 sold

**ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage**
New
**$13.99**
Free shipping
Seller with a 100% positive feedback






4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating

New

**$21.99**

Free shipping
37 sold



ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage

New

**$13.99**

Free shipping
22 sold



Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager

New

**$15.17**

$16.49 8% off
Free shipping



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager US

New

**$11.99**

Free shipping



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber

New

**$6.99**

$12.99 46% off
Free shipping
44 sold



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager

New

**$15.99**

Free shipping



Waterproof Electric Face Facial Cleaner Cleansing Brush Spa Skin Care Massage

New

**$14.99**

Free shipping



Silicone Electric Facial Cleansing Brush Face Exfoliator Massager Rechargeable

New

**$39.99**

Free shipping
Seller with a 100% positive feedback



Sonic Silicone Facial Cleansing Massager Brush - FREE Headband Free Shipping

New

**$17.99**

Free shipping
Seller with a 100% positive feedback



3D Sonic Facial Cleansing Brush Skin Rechargeable Waterproof Electric Face Body

New

**$11.99**

Free shipping
196 sold



SILICONE ELECTRIC FACE BRUSH Facial CEPILLO FACIAL Skin Cleaner

New

**$9.99**

Top Rated Plus
101 sold

4 Pack Soft Silicone Face Scrubber Cleanser Massager Facial Cleansing Skin Brush

New

**$14.49**

Free shipping

5 in 1 Ultrasonic Facial Cleansing Brush Exfoliate Electronic Face Skin Massager

New

**$6.99**

Free shipping
209 sold

Electric Facial Cleansing Waterproof Brush Cleaner Spa Massager For Face Care

New

**$11.99**

Free shipping

Electric Silicone Facial Cleansing Brush Exfoliator Scrubber USB Rechargeable

New

**$24.99**

Free shipping
Seller with a 100% positive feedback

---

Back to home page

Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,
Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices







ebay **Checkout**

How do you like our checkout? Give us feedback

## Pay with

Add new card

VISA

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

## Ship to

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

## Review item and shipping

Seller: star61172 Message to seller

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

**$19.98**

Quantity
1

**Delivery**
**Free 3-4 day shipping**
Get it by Apr 26 – Apr 27
USPS First Class

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional)

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $19.98 |
| Shipping | Free |
| Tax* | $1.40 |
| **Order total** | **$21.38** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

**The Fashion Star**

100% Positive feedback   7.1K Items sold   247 Followers

Share   Contact   Save Seller

Categories   Shop   About   Feedback

Search all 1,187 items

This store is operated by Passione Trust, one of eBay's trusted nonprofit partners

**Passione Trust**

To bring people to the knowledge of Jesus Christ as their Lord and Savior.

See more details

**Learn more about eBay for Charity** →

**About us**

Location: United States
Member since: Oct 07, 2005
Seller: star61172

**Top Rated Seller**

The Fashion Star is one of eBay's most reputable sellers. Consistently delivers outstanding customer service. Learn more

Do you like our store experience?

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 281

Marketplace: eBay

Seller Name: steffanief13



Daily Deals   Brand Outlet   Help & Contact                                                    Sell   Watchlist ∨   My eBay ∨

 ebay    Shop by category ∨    🔍 Search for anything    All Categories ∨    **Search**    Advanced

< Back to home page | Listed in category:   Health & Beauty  >  Skin Care  >  Facial Cleansing Devices                    Share | Add to Watchlist

### Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink

Condition: New

Price: **$13.88**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

Ships from United States

Shipping: US $5.10 Standard Shipping. See details
Located in: Cleveland, Ohio, United States

Delivery: Estimated between Tue, Mar 14 and Sat, Mar 18 to 33133 ⓘ
Ships today if paid within 9 hrs 39 mins See details

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
steffanie13 (862 ★)
96.6% Positive feedback

Save Seller
Contact seller
Visit store
See other items


**Discover related items**
113K items sold

lovelydeals2012    **Shop now**
In eBay Stores
Sponsored

$ Have one to sell?  Sell now

---

### Similar sponsored items

Feedback on our suggestions

    

| Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | Silicone Electric Face Cleansing Massager Facial Washing Brush Scrubber Cleanser | New Therabody TheraFace PRO Facial Massager - Black | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New | U... Cl... N... |
|---|---|---|---|---|---|
| New | New | New | New | New | |
| $7.49 | $11.89 | $8.50 | $9.00 | $9.95 | $... |
| Free shipping | Free shipping | 10 bids | + $6.40 shipping | Free shipping | Fr... |
| | 6 watchers | + $10.00 shipping | Seller 100% positive | 74 sold | |
| | | Top Rated Plus Seller 100% positive | | | |

---

### Sponsored items customers also bought

Feedback on our suggestions

 

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massage

CeraVe Hydrating Facial Cleanser For Normal To Dry Skin - 16oz.



New
$23.67

Free shipping
Seller 100% positive

New
$19.99

Free shipping
60 sold

**About this item**  |  Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 174928078030

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Main Purpose: | Clogged Pores |
| Brand: | Sonic | Skin Type: | All Skin Types |
| Type: | Facial Massager | Battery Life: | 2 Hours |
| Power Source: | USB | Manufacturer Warranty: | None |
| Color: | Pink | Model: | Walgreens Facial Cleanser |
| Material: | Silicone | Features: | Waterproof |
| MPN: | Dose not apply | UPC: | 049022025769 |

## Item description from the seller

Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink.



### Steffanie's Beauty Boutique

96.6% Positive Feedback
3.9K Items sold

Visit store

Contact

#### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 4.8 |
| Communication | 4.9 |

#### Popular categories from this store   See all

Makeup   Nails   SKINCARE   Hair   Makeup Brushes & Applicators

SKINCARE: Face Masks & Tools   Health & Wellness   Limitd Edition Cosmetics/Tools

Household

#### Seller feedback (772)

g***r (1016) • Past month

Exactly as pictured/described.

FLOWER Beauty Velvet Kiss Stick, Luxury Lip Color LS2 Petal Kiss ((buy2&save)) (#174492563057)

h***2 (2281) • Past month

Good service and delivery.

L.A. Colors Crystal Lip Gloss Amethyst Power (#174816819364)

e***y (228) • Past month

Perfect! Just as described!

ardell metallic lip gloss- metal kiss (1) (#175336799029)

See all feedback

Influenced by recent sponsored views

  

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off
Free shipping

PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face
New
**$25.40**
Free shipping

NEW Sonic Facial Cleansing Brush Massager 3-n-1 Rechargeable Silicone ~ H22
New
**$17.50**
+ $10.40 shipping
Seller 100% positive

Bellus by R.O.K Silicone Facial Cleansing Brush - 3 in 1 Heat & Cold Massagers
New
**$26.99**
+ $5.00 shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.25**
$12.89 5% off
Free shipping

## Explore related sponsored items

    

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus

USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
**$9.47**
$9.97 5% off
Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$16.99**
Free shipping

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$7.50**
+ shipping
Top Rated Plus
Seller 99.1% positive

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$17.59**
Free shipping

## Related sponsored items

   

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off
Free shipping

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus

Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink
New
**$19.99**
Free shipping
Seller 100% positive

## People who viewed this item also viewed

    

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.25**
$12.89 5% off
Free shipping

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.39**
Free shipping
59 sold

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleaner Massager
New
**$13.19**
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
6 watchers

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping

Find more sponsored items

Feedback on our suggestions



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
6 watchers



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller 100% positive




Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
$9.95
Free shipping
74 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.85
$13.53 5% off
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.25
$12.89 5% off
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.19
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.19
$28.16 53% off
Free shipping



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$7.39
Free shipping
59 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.39
$14.09 5% off
Free shipping



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$10.99
Free shipping
Top Rated Plus



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.85
$13.53 5% off
Free shipping



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$10.99
Free shipping
Top Rated Plus
10 watchers



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping



Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
$23.67
Free shipping
Seller 100% positive



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$12.19
Free shipping
21 sold



Facial Cleansing Brush Sonic Vibration Mini Face Cleaner Electric Silicone Deep
New
$19.99
Free shipping
9 watchers



Silicone Electric Face Cleansing Massager Facial Washing Brush Scrubber Cleanser
New
$11.89
Free shipping
6 watchers



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$9.00
+ shipping
Seller 100% positive



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
$13.98
Free shipping
Last one



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$10.56
Free shipping
Seller 100% positive







★ FREE/FAST DELIVERY ★

Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager
New
**$14.16**
Free shipping

Facial Cleansing Brush, Sonic
Silicone Scrubber, Face Vibrating
Massager
New
**$6.00**
+ shipping
⭐ Top Rated Plus
5 watchers

Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager
New
**$14.27**
Free shipping

Silicone Electric Face Cleansing
Brush Facial Skin Cleaner Cleaning
Massager
New
**$12.19**
Free shipping
21 sold

Electric Facial Cleansing Brush
Silicone Face Skin Massage Tool
Waterproof
New
**$14.63**
Free shipping
16 watchers

Back to home page                                                                                                    Return to top

More to explore :   Waterproof Face Massager Massagers,   Waterproof Face Massagers,   Waterproof Face Massage Roller Massagers,   Electric Facial Brushes,   Waterproof Electric Head Massager Massagers,
Clarisonic Electric Facial Brushes,   Silicone Hair Scalp Massage Brushes,   Facial Massagers,   Panasonic Electric Facial Brush Facial Cleansing Devices,   Waterproof Massage Wand Massagers

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

# Steffanie's Beauty Boutique

**96.6%** Positive feedback **3.9K** Items sold **99** Followers

Contact Save Seller

silicone facial cleanser brush face massager sonic electric waterproc ık

Buying Format Condition Shipping Local Best Match

1 result for **silicone facial clea...** Save this search Shipping to: 33133

Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink

Brand New

**$13.88**

Buy It Now

+$5.10 shipping

Tell us what you think

**Category**

**All**

Other

**Condition**

New (1)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

All Listings (1)

Accepts Offers

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 33133

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 33133

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

## Ship to

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

## Review item and shipping

Seller: steffanief13 Message to seller

Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink

**$13.88**

Quantity 1

**Delivery**
Est. delivery: Mar 14 – Mar 18
USPS First Class
**$5.10**

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional)

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $13.88 |
| Shipping | $5.10 |
| Tax* | $1.33 |
| **Order total** | **$20.31** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 283

Marketplace: eBay

Seller Name: stylemebri

ebay

Daily Deals  Brand Outlet  Help & Contact
Sell  Watchlist ˅  My eBay ˅

ebay

Shop by category ˅

🔍 Search for anything

All Categories ˅

Search

Advanced

< Back to previous page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

ebay  Collect your bounty
Plus, an eBay exclusive Mandalorian™ Funko Pop!  This is the way
STAR WARS
© & ™ Lucasfilm Ltd.



**silicone electric facial cleansing brush for acne and pores**

Condition: New

Price: **$13.00**

Buy It Now

Add to cart

Best Offer:

Make offer

♡ Add to Watchlist

Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
stylembri (208 ★)

♡ Save seller
Contact seller
See other items

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Pickup: Free local pickup from Anaheim, California, United States. See details

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Explore a related Store
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

$ Have one to sell?  Sell now

Hover to zoom

---

**Similar sponsored items**

Feedback on our suggestions



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
69 sold



Differin Adapalene Gel Hugeeee lot 0.1% Acne Treatment, please see description
New
**$8.50**
2 bids
+ shipping
Seller with a 100% positive feedback



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus
10% off 3+ with coupon

---

**Related sponsored items**

Feedback on our suggestions

NuFACE Trinity Microcurrent Facial Toning Device New Open Box

Foreo Luna Mini 2 Facial Cleansing Brush / Fuchsia / **New With Case**

Foreo Luna Mini 2 Facial Cleansing Brush / Pearl Pink / **Fresh With

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner

Clarisonic Mia 2 Sonic Skin Cleansing System  WHITE NEW



| | | | | | |
|---|---|---|---|---|---|
| New (Other) | New | New | | New | New |
| **$90.00** | **$49.96** | **$49.96** | **$7.49** | **$70.00** | |
| + $12.00 shipping | Free shipping | Free shipping | Free shipping | Free shipping | |
| 428 sold | Top Rated Plus | Top Rated Plus | 5 watchers | Top Rated Plus | |
| | 81 sold | 93 sold | | 458 sold | |

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.                    eBay item number: 324200780036

Last updated on Oct 22, 2020 22:27:22 PDT View all revisions

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Type | Electric Facial Brush |
|---|---|---|---|

## Item description from the seller

silicone electric facial cleansing brush. Condition is New. Shipped with USPS Priority Mail. Come with charger. It's light pink. New in box. Comes with instructions.



### stylemebri
68 Items sold

Seller's other items

Contact

♡ Save seller

**Seller feedback** (14)

● t***m (1069) • More than a year ago
excellent seller fast shipping as described thank you so much!! 5*****
3 pack sequin face mask (#324678525019)

◐ t***t (2582) • More than a year ago
didn't mail it out
Black Mask 1 Pack (#324479921773)

● n***t (423) • More than a year ago
QUICK SHIPMENT
christmas dog mask large (#324677396049)

See all feedback

### Influenced by recent sponsored views



Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration

New

$19.99

Free shipping
Seller with a 100% positive feedback

New Facial Cleansing Brush Massager Face Skin Care Hot Compress Heating Therapy

New

$26.99

Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

$7.49

Free shipping
5 watchers

Silicone Cleansing Brush Massage Electric Rechargeable Exfoliate Clean

New

$10.95

Free shipping
41 sold

5pcs/set Silicone Octopus Facial Cleansing Brush Acne Pore Cleaner Beauty Tools

New

$9.99

Free shipping
42 sold

## Related sponsored items

    

5 in 1 Electric Facial Cleansing Instrument Silicone Face Cleansing Brush Deep

New

$9.99

Free shipping
Seller with a 99% positive feedback

2PACK Silicone Face Scrubber Brush Handheld Facial Cleansing Brush for Women Men

New

$13.99

Free shipping
Last one

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

New

$6.99

Free shipping
69 sold

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

$7.49

Free shipping
5 watchers

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

New

$11.97

Free shipping
Top Rated Plus
10% off 3+ with coupon

## Explore related sponsored items

   

Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face

New

$11.30

Free shipping

Electric Facial Cleansing Brush Spin Massager Face Cleanser w/ 3 Rotating Heads

New

$19.99

Free shipping
Top Rated Plus
1703 sold

5 In 1 Face Brush Silicone Facial Electric Wash Face Machine Deep Cleaning Pore

New

$10.55

$11.99 12% off
Free shipping
6 watchers

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner

New

$7.99

Free shipping
10 watchers

Electric facial Cleansing Brush Silicone Ultrasonic Facial Pore Cleaning Tool

New

$27.44

$34.30 20% off
Free shipping

## People who viewed this item also viewed

    

Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean

New

$10.95

Free shipping
41 sold

Electric Facial Cleansing Brush Silicone Vibration Face Massager Pore

New

$9.99

Free shipping
Seller with a 100% positive feedback

Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable

New

$6.99

+ $3.99 shipping
Top Rated Plus

5 in 1 Electric Facial Cleansing Instrument Silicone Face Cleansing Brush Deep

New

$9.99

Free shipping
Seller with a 99% positive feedback

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

$12.19

Free shipping
21 sold

## Find more sponsored items

Feedback on our suggestions

   



Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
$10.95
Free shipping
41 sold

5pcs/set Silicone Octopus Facial Cleansing Brush Acne Pore Cleaner Beauty Tools
New
$9.99
Free shipping
42 sold



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$11.97
Free shipping
Top Rated Plus
10% off 3+ with coupon

2 Silicone Facial Cleansing Brush Replacement Heads Compatible w/ Oral B Braun
New
$9.99
Free shipping
Top Rated Plus
8 watchers



5 in 1 Electric Facial Cleansing Instrument Silicone Face Cleansing Brush Deep
New
$9.99
Free shipping
Seller with a 99% positive feedback



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$12.19
Free shipping
21 sold



Facial Cleansing Brush Silicone Electric Face Scrubber and Cleanser
New
$25.99
Free shipping
Last one



Silicone Electric Facial Cleansing Brush Face Massage Vibration Blackhead Remove
New
$9.99
Free shipping



Silicone Electric Facial Cleansing Brush Face Massager Deep Clean Pores vibrate
New
$17.49
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$12.19
Free shipping
21 sold



Electric Facial Cleansing Brush Silicone Vibration Face Massager Pore
New
$9.99
Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Silicone Vibration Face Massager Pore
New
$9.99
Free shipping
Seller with a 100% positive feedback



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$9.49
Free shipping



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$9.49
Free shipping



Facial Cleansing Spin Brush Set Blackhead Remover Acne Pore Cleaner Beauty Tools
New
$18.99
Free shipping
Seller with a 99.7% positive feedback



Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubber Massage
New
$9.99
Free shipping



Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable
New
$6.99
+ $3.99 shipping
Top Rated Plus



Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable
New
$6.99
+ $3.99 shipping
Top Rated Plus



Facial Cleansing Spin Brush Set Blackhead Remover Acne Pore Cleaner Beauty Tools
New
$18.99
Free shipping
22 sold



Facial Cleansing Brush Electric Exfoliating Cleanser Device Acne Skin Washer
New
$9.99
Free shipping



Silicone Electric Facials Cleansing Brush Vibration Face Massage Deep Cleanser
New
$11.03



Silicone Electric Facial Cleansing Brushes Vibration Face Massage Deep Cleanser
New
$12.53



5 in1 Electric Face Facial Cleansing Brush Spa Massage Multifunction Clean Brush
New
$9.99



Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use
New
$13.10



Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration
New
$19.99

Free shipping

Seller with a 100% positive feedback

Back to previous page                                                                                                                    Return to top

More to explore :   Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Unbranded Electric Facial Brush Facial Cleansing Devices,
Vitagoods Electric Facial Brush Facial Cleansing Devices,   Avon Electric Facial Brush Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices,
Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Unbranded All Skin Types Electric Facial Brush Facial Cleansing Devices,   Unbranded Skin Facial Cleansing Brushes

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.   Accessibility,   User Agreement,   Privacy,   Payments Terms of Use,   Cookies,   Your Privacy Choices   and   AdChoice ⓘ



MAKE SURE THEY'RE
IN THE RIGHT CAR SEAT

The Right Seat >

NHTSA



ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  MasterCard  Amex  Discover

● *PayPal*

○ *PayPal* CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▬▬▬▬▬▬▬
Palm Beach, FL 33480
United States
▬▬▬
Change

**Review item and shipping**

Seller: stylembri    Message to seller

silicone electric facial cleansing brush for acne and pores
**$13.00**
Quantity 1

● **Delivery**
Est. delivery: Apr 24 – Apr 26
USPS First Class
**$12.55**

○ **Pickup**
Contact seller after checkout to arrange pickup

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day
Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

Subtotal (1 item)          $13.00
Shipping                   $12.55
Tax*                        $1.79

**Order total             $27.34**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with *PayPal***

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**stylemebri**

0% Positive feedback (208)   68 Items sold

Visit profile   Contact   Save

**Category**

All

Health & Beauty

Facial Cleansing Devices

**Price**

$ Min   to   $ Max

Available inventory

$0   $1000

See all

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi   of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi   of

Zip code 10025

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

silicone electric facial cleansing brush for acne and pores

All Listings   Accepts Offers   Auction   Buy It Now   Condition ⌄   Shipping ⌄   Local ⌄

Best Match

1 result for **silicone electric fa...**   ♡ Save this search

Shipping to: 10025 ⌄

silicone electric facial cleansing brush for acne and pores

Brand New

**$13.00**

or Best Offer

+$12.55 shipping

stylemebri (208) 0%



More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

**DIAGNOSTIC INFO**                                                                  Toggle All

> Profiler

DOE Number: 285

Marketplace: eBay

Seller Name: sunlin1120

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒 ❶

**ebay**   Shop by category ⌄   🔍 Search for anything   | All Categories ⌄ |   **Search**   Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist



$ Have one to sell? **Sell now**

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition: New

Actual Color: | Pink ⌄ |

Quantity: | 1 |   Last One

Price: **$16.49**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ **3-year protection plan** from Allstate - $1.99

Returns accepted

Shipping: Free SpeedPAK Standard. See details
Located in: GUANGZHOU, China

Delivery: 🚚 Estimated between **Wed, Mar 22** and **Mon, Mar 27** ⓘ
Please note the delivery estimate is **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: [PayPal] [G Pay] [VISA] [Mastercard] [AMEX] [Discover]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
sunlin1120 (2)
100% Positive feedback

♡ Save Seller
Contact seller
See other items

---

### Similar sponsored items

Feedback on our suggestions


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
~~$13.61~~ 5% off
Free shipping
6 watchers


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive


Kiehl's 4.2 Oz ULTRA FACIAL Oil-Free Gel Cream NEW
New
**$10.00**
0 bids
Free shipping
Seller 100% positive


Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$12.19**
Free shipping
21 sold


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping

Si Br M
Ne
**$**
Fr
21

---

### Sponsored items inspired by your views

Feedback on our suggestions



| Sonic Facial Cleansing Brush Heated, 3 Speed Silicone Face Cleansing Brush | FOREVER LINA T-Sonic mini Facial Cleansing Device | Flipping Octopus Flipping Octopus Octopus Octopus Plush Toy Flipping Doll Octopu | Official Reversible Mood Colour Changing Octopus Plush Pre Loved Soft Toys | Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner | Si Br Cl |
|---|---|---|---|---|---|
| New | New | New | Pre-owned | New | Ne |
| $35.00 | $12.99 | $24.69 | $4.72 | $13.98 | $ |
| Free shipping | + shipping | $25.99 5% off | + shipping | Free shipping | Fr |
| Seller 100% positive | Seller 100% positive | Free shipping | Seller 100% positive | | |

---

Seller assumes all responsibility for this listing.

eBay item number: 354167470203

## Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand: | Unbranded |
|---|---|---|---|
| Type: | Face Washing Machine | Country/Region of Manufacture: | China |
| UPC: | does not apply | EAN: | does not apply |

## Item description from the seller

Features:
Small, portable and fashion, exquisite appearance, easy to use, easy to carry.
Suitable for all of your facial deep cleaning pore exfoliating blackhead Anti-aging.
Silicone sonic vibration,no irritating, for all skin types.
No brush-heads replacement required, easy to clean, health and safety.

Description:
Deeply clean, effectively remove makeup residue
USB charging, no need change battery
Waterproof, can use in bathroom
Cute and elegant shape, more ergonomico
No need change brush
Restore skin shiny and flexibility

Package include:
1 x Face Washing Machine
1 x usemanual
1 x USB cable

•

- Small, portable and fashion, exquisite appearance, easy to use, easy to carry.
- Suitable for all of your facial deep cleaning pore exfoliating blackhead Anti-aging.
- Silicone sonic vibration,no irritating, for all skin types.
- No brush-heads replacement required, easy to clean, health and safety.

---



### sunlin1120

100% Positive Feedback
11 Items sold

Visit profile

Contact

## Seller feedback (2)

 t***s (1093) • Past year

Just what I wanted, thanks!

Anti-lost Stylus Tip Pen Touch Screen Pen with Lanyard for Resistive Touch Scree (#354012110575)

 h***c (475) • Past year

Fast shipping time! Great price! Product works great!

Portable Charging Dock for Nintendo Switch Lite and Nintendo Switch with Type C (#355928267845)

See all feedback

## Influenced by recent sponsored views



3 in 1 Electric Facial Cleansing Brush Set Waterproof Face Deep Cleaning Machine
New
**$20.46**
~~$21.77~~ 6% off
+ $2.17 shipping



4 in 1 Sonic Facial Cleansing Brush Skin Care Electric Exfoliator Scrub Cleanser
New
**$14.52**
~~$15.28~~ 5% off
Free shipping



3-1 Multi Interchangeable Facial Cleansing Spin Face Message Brush Skin Care Spa
New
**$19.99**
Free shipping
27 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.89**
Free shipping



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ shipping
Top Rated Plus
5 watchers

## Explore related sponsored items



USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
**$9.47**
~~$9.97~~ 5% off
Free shipping



Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager
New
**$15.17**
~~$16.49~~ 8% off
Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$7.50**
+ shipping
Top Rated Plus
Seller 99.1% positive



ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
**$13.99**
Free shipping
Seller 100% positive



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
**$15.99**
Free shipping

## Related sponsored items



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
~~$24.95~~ 20% off
Free shipping



Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager
New
**$15.17**
~~$16.49~~ 8% off
Free shipping



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller 99.9% positive



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$15.98**
Free shipping

## People who viewed this item also viewed











Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
6 watchers

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.89
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.19
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.85
$13.53 5% off
Free shipping

El
Sc
Si
Ne

0
+
Se

## Find more sponsored items

Feedback on our suggestions







Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller 100% positive

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
6 watchers

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.85
$13.53 5% off
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.19
Free shipping

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$12.19
Free shipping
21 sold







Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
$9.95
Free shipping
74 sold

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.19
$28.18 53% off
Free shipping

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$9.00
+ shipping
Seller 100% positive

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.89
Free shipping







Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$12.19
Free shipping
21 sold

Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
$13.98
Free shipping
Last one

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.39
$14.09 5% off
Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
$7.89
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.85
$13.53 5% off
Free shipping

Electric Face Cleansing Brush Ultr...

Silicone Electric Face Cleansing...

Electric Face Cleansing Brush...

2 in1 Face Cleaner Waterproof...

Electric Silicone Facial Cleaning...

Electric ... ... ...ng Facial ...Electric ...
Sonic Facial Skin Cleaner Massager
Silicone

New

**$7.85**

Free shipping

Brush Ultra Sonic Facial Skin Cleaner
Massager

New

**$8.89**

~~$9.99~~ 11% off
+ shipping
Top Rated Plus

...Silicone Massage...re Sonic Facial
Skin Cleaner

New

**$13.98**

Free shipping

...Electric Facial Brush Skin Care
Cleansing Massager

New

**$23.74**

~~$24.99~~ 5% off
Free shipping
Top Rated Plus

...ic Silic...leansing
Brush Face Skin Care Deep Cleaner
Massager

New

**$8.54**

~~$9.09~~ 6% off
Free shipping
28% off 7+ with coupon







Facial Cleansing Brush Sonic
Vibration Mini Face Cleaner Electric
Silicone Deep

New

**$19.99**

Free shipping
9 watchers

Electric Silicone Facial Cleansing
Brush Face Skin Care Deep Cleaner
Massager US

New

**$9.01**

~~$9.59~~ 6% off
Free shipping
29% off 9+ with coupon

Facial Cleansing Brush, Sonic
Silicone Scrubber, Face Vibrating
Massager

New

**$6.00**

+ shipping
Top Rated Plus
5 watchers

Electric Facial Cleansing Brush
Silicone Face Skin Massage Tool
Waterproof

New

**$14.63**

Free shipping
16 watchers

Mini Electric Facial Cleansing Brush
Silicone Sonic Face Pore Cleaner
Home Use

New

**$13.10**

Free shipping

---

Back to home page

Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,
Clinique Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices,   Silk'n Electric Facial Brush Facial Cleansing Devices

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

ebay   Shop by category ▼ | Search for anything | All Categories ▼ | **Search** | Advanced

Daily Deals   Brand Outlet   Help & Contact     Sell   Watchlist ▼   My eBay ▼

### sunlin1120
100% Positive feedback (2)    11 Items sold

Contact    ♡ Save

☰ Categories      **Shop**    About    Feedback          🔍 Search all 16 items

## All items


Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Clean...
$16.49


3 in 1 Facial Skin Scrubber,Face Spatula Blackhead Remover Pores...
$26.99


Electric Cleaner Face Blackhead Remover Diamond Pore Vacuum...
$17.19


Eye Care intelligence Electric Eye Massager w/ Heat,Air...
$48.29


NEW 4PCS Hair Remover Replacement Heads Blades For...
$16.39


Wireless Bluetooth Keyboard,Universal...
$18.99


Flexible TPU Rubber Case Console controller Cover Grip Skin for...
$19.99


4 in 1 One Step Hot Air Hair Dryer Brush Volumizer Negative Ion Com...
$31.99


Magnetic Smart Case For iPad Air 10.5/Pro10.5 three-dimensional cas...
$13.99


Controller Charger Stand Dual Sense Fast Charging Station Dock...
$33.99


HD Webcam,Mini PC Web Camera Microphone Noise Cancelling USB...
$12.99


For Sony PS4/Pro/Slim Controller Charging Station Dual Fast Charger...
$15.99









Bluetooth 5.0 Receiver Wireless 3.5mm AUX NFC to 2 RCA Audio...
**$16.99**

2PCS For Garmin Vivoactive 3/Fenix 6/6S/6X USB Charging Data Cable...
**$8.99**

2PCS 1M USB Charger Charging Cable Cord for Garmin Fenix 5 5S 5...
**$11.99**

Wireless WiFi Router 300Mbps Wifi Booster Long Range Extender...
**$21.09**

See All

Do you like our profile experience? 👍 👎



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA · Mastercard · American Express · Discover

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay Google Pay

**Ship to**

▓▓▓▓▓▓
Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: sunlin1120    Message to seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
Actual Color: Pink
**$16.49**
Quantity 1

Delivery
Est. delivery: Mar 22 – Mar 27
SpeedPAK Standard
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| Subtotal (1 item) | $16.49 |
| Shipping | Free |
| Tax* | $1.15 |

**Order total** **$17.64**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay MONEY BACK GUARANTEE**
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 287

Marketplace: eBay

Seller Name: tandzik9



ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

‹ Back to previous page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices                    Share | Add to Watchlist

IF YOU CAN PLAN A WEDDING
YOU CAN PLAN FOR A NATURAL DISASTER
GET STARTED                    Ready ✓    FEMA    ad AD COUNCIL





### Mini Silicone Electric Face Cleansing Brush Facial Skin Cleaner Massager Tool

Condition: New

Price: **$15.00**

[ Buy It Now ]

[ Add to cart ]

Best Offer:

[ Make offer ]

[ ♡ Add to Watchlist ]

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

Shipping: Free Standard Shipping. See details
Located in Las Vegas, Nevada, United States

Delivery: Estimated between Sat, Apr 22 and Tue, Apr 25 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
tandzik? (101 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items





**Shop related items**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored    [ Shop now ]

💲 Have one to sell?  [ Sell now ]

---

Sponsored items inspired by your views                    Feedback on our suggestions







Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$8.99**
Free shipping

Pop Sonic The Leaflet Sonic Facial Cleansing Device "Gray" NIB
New
**$119.99**
Free shipping
Extra 7% off

---

About this item | Shipping, returns & payments                    Report this item

Seller assumes all responsibility for this listing.                    eBay item number: 264731975661

## Item specifics

Condition    New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as        Brand    Jiari

items on each listing page. Those same items may be offered in our store by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions

| | | | | |
|---|---|---|---|---|
| Size Type | Travel Size | | Skin Type | All Skin Types |
| Type | Other | | Gender | Unisex |
| MPN | 3YS5EE6LT5EZ2BG6 | | | |

## Item description from the seller

Mini Silicone Electric Face Cleansing Brush Facial Skin Cleaner Massager Tool.

Condition is New, no box never used. USB charger included.

Shipped with USPS First Class Package.

---

### tandzik9

100% Positive Feedback
40 Items sold

**Seller's other items**

Contact

♡ Save seller

#### Seller feedback (16)

⊕ e***e (1319) • More than a year ago

smooth transaction, thank U +++++++++++

PowerLix 43528-12114 Compression Knee Sleeve, Size Small - Black (#265212626349)

⊕ i***i (3601) • More than a year ago

Works great

TechCare UTIMATE MASSAGER Plus Combo Set, Rechargeable Electrinoc Plus massager (#264725424616)

⊕ r***s (1759) • More than a year ago

Thanks

MARY RUTH'S DAILY LIQUID PROBIOTIC 4 OZ PLANT BASED ORGANIC (#264797883475)

See all feedback

---

## Influenced by recent sponsored views



**HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager**
New
**$19.98**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback



**5 in 1 Facial Cleansing Brush Skin Waterproof Electric Face Body Care Massage**
New
**$9.29**
Free shipping
152 sold



**4in1 Electric Silicone Facial Cleansing Brush Sensitive Face Exfoliate Massager**
New
**$14.99**
+ $6.99 shipping
Top Rated Plus
Seller with a 99.7% positive feedback



**Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager**
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



**Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool**
New
**$13.60**
Free shipping

## Explore related sponsored items







5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
$12.99 46% off
Free shipping
55 sold

ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
**$13.99**
Free shipping
Seller with a 100% positive feedback

Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
**$6.20**
($6.20/100g)
+ $7.46 shipping
179 sold

USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
**$9.97**
Free shipping

Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager
New
**$15.17**
$16.49 8% off
Free shipping

### Related sponsored items







5in1 Electric Face Facial Cleaner Brushes Deeply Cleansing Massager Scrubber
New
**$12.99**
Free shipping
58 sold

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
$12.99 46% off
Free shipping
55 sold

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$12.19**
Free shipping
21 sold

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
68 sold

### People who viewed this item also viewed







Silicone Electric Facial Cleansing Brush Sonic Facial Skin Cleaner Skin Care Tool J
New
**$13.59**
Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$13.60**
Free shipping

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$12.89**
Free shipping

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool U
New
**$13.05**
Free shipping

### Find more sponsored items

Feedback on our suggestions







Silicone Electric Facial Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$12.89**

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J
New
**$13.59**

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
**$12.19**

Free shipping
Seller with a 100% positive feedback

Free shipping

Free shipping
6 watchers

Free shipping

Free shipping
21 sold






Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$13.60**
Free shipping

Cleansing Brush Silicone Face Massage Brush Exfoliating Facial Skin Care Tool
New
**$13.05**
$14.50 10% off
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$12.19**
Free shipping
21 sold

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool U
New
**$13.05**
Free shipping

Electric Facial Cleansing Brush Silicone Face Skin Massage Tool Waterproof
New
**$14.63**
Free shipping
18 watchers







Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$12.89**
$20.18 54% off
Free shipping

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$8.54**
$9.09 6% off
Free shipping
28% off 8+ with coupon

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.29**
Free shipping

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J
New
**$13.59**
$20.18 52% off
Free shipping







Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.55**
Free shipping

Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use
New
**$13.10**
Free shipping

Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
**$13.98**
Free shipping
Last one

Electric Face Cleansing Brush Ultra Sonic Facial Skin Care Massager Silicone
New
**$7.89**
Free shipping

ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
**$13.99**
Free shipping
Seller with a 100% positive feedback







Facial Cleansing Brush Face Massager Electric with Soft Silicone, Waterproof
New
**$19.99**
Free shipping
Buy 1, get 1 5% off

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ shipping
Seller with a 100% positive feedback

Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
**$13.98**
Free shipping

Lip Scrub Brush Silicone Facial Cleansing Brush - LIONVISON 2pcs Lip Exfoliat...
New
**$14.60**
Free shipping
Seller with a 100% positive feedback

Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use
New
**$13.10**
Free shipping

Back to previous page

Return to top

More to explore :  Normal Skin Electric Facial Brush Facial Cleansing Devices,  Sensitive Skin Electric Facial Brush Facial Cleansing Devices,  Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,  Oily Skin Electric Facial Brush Facial Cleansing Devices,  Sensitive Skin Facial Massager Facial Cleansing Devices,
Clinique Electric Facial Brush Facial Cleansing Devices,  Facial Cleansing Brushes,  Unbranded Electric Facial Brush Facial Cleansing Devices,  Panasonic Electric Facial Brush Facial Cleansing Devices

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

**Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card
  VISA ● ● ● ●

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████
Miami, FL 33138-4055
United States
████████
Change

**Review item and shipping**

Seller: tandzik9    Message to seller



Mini Silicone Electric Face Cleansing Brush Facial Skin Cleaner Massager Tool
**$15.00**
Quantity 1

**Delivery**
Est. delivery: Apr 22 – Apr 26
USPS First Class
Free

**Gift cards, coupons, eBay Bucks**

Enter code: [          ]  Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| Subtotal (1 item) | $15.00 |
|---|---|
| Shipping | Free |
| Tax* | $1.05 |
| **Order total** | **$16.05** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

# tandzik9

**100%** Positive feedback (101) **40** Items sold **2** Followers

Visit profile Contact Save

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Type**

**Material**

**Skin Type**

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

Free Returns

Returns Accepted

mini silicone electric face cleansing brush facial skin cleaner massag

All Listings Accepts Offers Auction Buy It Now Condition Shipping Local Best Match

1 result for **mini silicone elect...** Save this search

Shipping to: 10025

Mini Silicone Electric Face Cleansing Brush Facial Skin Cleaner Massager Tool

Brand New

**$15.00**

or Best Offer

Free shipping

tandzik9 (101) 100%

- [ ] Authorized Seller
- [ ] Completed Items
- [ ] Sold Items
- [ ] Deals & Savings
- [ ] Authenticity Guarantee

See all

More filters...

**DIAGNOSTIC INFO**                                                                 Toggle All

> Profiler

DOE Number: 288

Marketplace: eBay

Seller Name: tdbsmarketplace

eBay

Shop by category

Search for anything | All Categories | Search

Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

Pay over time with PayPal Credit
Get 12.99% APR with 12 or 24 Easy Payments on eBay.
Ends 4/20, 11:59pm PT. Min. purchase required.

See terms



Hover to zoom

$ Have one to sell?  Sell now

### Xpreen Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body

Condition: New

Price: **$9.99**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

Fast and reliable. Ships from United States.

Breathe easy. Returns accepted.

Delivery: Varies

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
tdbsmarketplace (2116 ⭐)
99.1% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Visit store

---

### Sponsored items inspired by your views

Feedback on our suggestions



LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser BNIB black
New
**$20.00**
+ $4.00 shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.98 10% off
Free shipping
Top Rated Plus

Automatic Waterproof Chicken Coop Door With Light Sensor Poultry Gate Hen House
New
**$24.00**
Free shipping
9 watchers

---

| About this item | Shipping, returns & payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 385155759279



### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions |
| Type | Electrio Facial Brush |

## Item description from the seller

Brand New, with box.

All items are 100% authentic.

If you have questions, please ask before purchasing. We do not respond to questions asking our lowest price, if you are interested, please make an offer. If the offer is automatically rejected, it is too low.

### PAYMENT

Due within 4 days of purchase.

### SHIPPING

Orders are processed within 2 business days (not including weekends and holidays) upon receiving cleared payment. We can combine shipping on some items, please ask.

We only ship to address Buyer provides as part of transaction thru eBay. We are not responsible for any shipping issues or costs incurred to due to Buyer error. However, we will work with you to resolve any issues to the best of our ability.

Domestic orders are shipped via USPS, UPS or FedEx as determined by Seller, based on multiple factors. We do not offer shipping through other services. If Buyer desires faster service, you must request prior to purchasing and it is at the Buyer's cost.

International orders are shipped via eBay's Global Shipping Program, no exceptions. International buyers are responsible for all customs fees or taxes. Please contact the Global Shipping Program if you have questions about the program.

### FEEDBACK

A positive feedback will be left for all customers who complete their portion of the transaction. We ask that you contact us if you have any issues, prior to leaving feedback, so that we can make every effort to resolve the issue. We want to provide the best possible shopping experience.

### OFFICE HOURS

Normal Office hours are 8:00 am to 5:00 pm CST Monday – Friday, closed weekends and holidays. However, we normally respond to all messages via eBay within a couple hours.

### RETURNS

We accept returns using the following guidelines.

Return must be initiated by requesting a return authorization thru eBay, no exceptions, within 30 days of purchase.

Item must be returned in the condition it was sent with all original tags (still attached), packaging, shoe box, etc. Items without original tags (attached), shoe box, packaging or showing use, wear, or damage will not be accepted.

If item was damaged during shipping, Buyer should file a claim with the carrier.

Seller will cover the cost of return shipping if a mistake was made with the item or description. Returns for any reason out of the Sellers control is at the cost of the buyer.

International buyers are responsible for return shipping, if applicable we will reimburse up to the Seller's original shipping cost as part of GSP. We are not responsible for international shipping charges, customs fees or taxes.

Refunds will be issued once item has been received and inspected. We will contact Buyer if there any questions of concern. We do not refund original shipping charge, if applicable.



## TDB's Marketplace

99.1% Positive Feedback
5.4K items sold



Seller's other items

Contact

Save seller

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 5.0 |
| Reasonable shipping cost | | 4.9 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

### Seller feedback (2,006)

🟢 r***i (3115) · Past month

thanks AAAAAAAAAAAAAAAAAAAAAAAA+++++++++++++++++++++++++++++++++

Choice - Scotch Brand Duct Tape Rolloff Prints & Patterns 1.88 IN x 10 Yards (#352824652816)

🟢 o***r (570) · Past month

**Popular categories from this store**    See all

Shoes    Hats    Toys    Clothes    Jackets    Misc Items

Jerseys    Cleats    Chiefs

2022 Panini Mosaic Orange Prizm Super Bowl MVP #291 TOM BRADY Buccaneers (#385500523035)

s***s (2055) • Past month

Great Seller

1991 Marvel Universe #109 GHOST RIDER VS DEATHWATCH PSA 9 MINT (#385500515517)

See all feedback

---

### Influenced by recent sponsored views

    

| | | | | |
|---|---|---|---|---|
| Pop Sonic Leafbud Facial Cleansing Device Orange Waterproof Rechargeable NIB | Silicone Facial Cleansing Brush Waterproof Device Clean Massager Rechargeable | OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable | 2in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6 | Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubber Massage |
| New | New (Other) | New | New | New |
| $18.00 | $35.00 | $32.99 | $16.14 | $20.89 |
| + shipping | + $6.00 shipping | Free shipping | $16.99 5% off | $28.96 28% off |
| Seller with a 100% positive feedback | Last one | Seller with a 99.3% positive feedback | Free shipping | Free shipping |
| | | | Buy 1, get 1 20% off | Top Rated Plus |

### Related sponsored items

    

| | | | | |
|---|---|---|---|---|
| HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager | Electric Facial Cleansing Brush Face Body Exfoliator Waterproof Massage 7 Heads | Portable 5in1 Multifunction Electric Facial Skin Brush Spa Face Cleansing Tools | Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US | Electric Facial Cleansing Brush USB Rechargeable Skin Spa Face Massaging Device |
| New | New | New | New | New |
| $19.98 | $13.88 | $6.99 | $11.97 | $9.99 |
| Free shipping | Free shipping | $12.99 46% off | Free shipping | Free shipping |
| Top Rated Plus | 128 sold | Free shipping | Top Rated Plus | |
| Seller with a 100% positive feedback | | Seller with a 99.5% positive feedback | 10% off 3+ with coupon | |

### Explore related sponsored items

    

| | | | | |
|---|---|---|---|---|
| 3D Sonic Facial Cleansing Brush Skin Rechargeable Waterproof Electric Face Body | 3in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6 | 4 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating | Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face | 7 in 1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating |
| New | New | New | New | New |
| $11.99 | $14.97 | $21.99 | $11.30 | $14.72 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| 196 sold | Top Rated Plus | 36 sold | | 5 watchers |
| | 149 sold | | | |

## People who viewed this item also viewed



Xpreen Facial Cleansing Brush - Pink

New

**$14.99**

Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback



2in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6

New

**$16.14**

$16.99 5% off
Free shipping
Buy 1, get 1 20% off



Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable

New

**$6.99**

+ $3.99 shipping
Top Rated Plus



Facial Cleansing Brush Silicone Electric Massage Brush Rechargeable Waterproof

New

**$10.99**

Free shipping



Facial Cleansing Brush, Silicone Electric Massage Brush,Rechargeable,Waterproof

New

**$8.99**

Free shipping

## Find more sponsored items

Feedback on our suggestions



2in1 Rechargeable Electric Facial Cleansing Brush Set Face Body Exfoliating IPX6

New

**$16.14**

$16.99 5% off
Free shipping
Buy 1, get 1 20% off



Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubber Massage

New

**$20.89**

$28.96 28% off
Free shipping
Top Rated Plus



Electric Facial Cleansing Brush USB Rechargeable Skin Spa Face Massaging Device

New

**$9.99**

Free shipping



UBBETTER Face Brush Facial Rechargeable Rotating Waterproof Cleansing Brus

New (Other)

**$14.50**

Free shipping



Facial Cleansing Brush Electric Face Brush Scrubber Rechargeable Exfoliator I...

New (Other)

**$33.15**

$39.00 15% off
Free shipping
Seller with a 991% positive feedback



2x Facial Cleansing Brush Face Massager Skin Deep Clean Waterproof Rechargeable

New

**$9.99**

+ $4.69 shipping
Top Rated Plus
29 sold



2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager

New

**$23.74**

$24.99 5% off
Free shipping
Top Rated Plus



2x Facial Cleansing Brush Face Massager Skin Deep Clean Waterproof Rechargeable

New

**$9.99**

+ $4.69 shipping
Top Rated Plus



Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable

New

**$6.99**

+ $3.99 shipping
Top Rated Plus



Facial Cleansing Brush Face Scrubber USB Rechargeable IPX7 Waterproof Electric

New

**$28.58**

Free shipping
Last one



Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable

New

**$6.99**

+ $3.99 shipping
Top Rated Plus



Facial Cleansing Brush Waterproof Silicone Rechargeable Electric Face Massager

New

**$16.45**

+ $3.73 shipping



Facial Cleansing Brush, Electric Face Brush Scrubber Rechargeable Exfoliator IPX

New

**$38.90**

Free shipping
20% off 3+ with coupon



Rechargeable,Waterproof Facial Cleansing Brush, Silicone Electric Massage Brush

New

**$6.71**

Free shipping



Electric Facial Cleansing Brush Rechargeable Waterproof Anti Aging Face Massager

New

**$20.19**

+ $3.73 shipping







**Facial Cleansing Brush, Silicone Electric Massage Brush,Rechargeable,Waterproof**
New
**$8.99**
Free shipping

**OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable**
New
**$32.99**
Free shipping
Seller with a 99.3% positive feedback

**Sonic Silicone Facial Cleansing Brush, Rechargeable Waterproof Skin by Malian**
New (Other)
**$19.99**
Free shipping
Seller with a 100% positive feedback

**Facial Cleansing Brush, Silicone Electric Rechargeable Massage Brush**
New
**$8.99**
Free shipping
Seller with a 100% positive feedback

**Facial Cleansing Brush Rechargeable Sonic Face Brush Waterproof Face (SEALED)**
New
**$23.65**
Free shipping
Seller with a 100% positive feedback





**Facial Cleansing Brush Face Scrubber USB Rechargeable IPX7 Waterproof Electric**
New
**$27.84**
Free shipping
Seller with a 100% positive feedback

**Facial Cleansing Brush Face Scrubber: USB Rechargeable IPX7 Waterproof Electric**
New
**$30.94**
Free shipping

**Facial Cleansing Brush Face Scrubber USB Rechargeable IPX7 Waterproof Electric**
New
**$27.84**
Free shipping
Seller with a 100% positive feedback

**Facial Cleansing Brush, Waterproof Face Massager, Electric Facial Scrubber, P...**
New
**$46.91**
Free shipping
Seller with a 100% positive feedback

**Facial Cleansing Brush Face Scrubber USB Rechargeable IPX7 Waterproof Electric**
New
**$27.84**
Free shipping
Seller with a 99.7% positive feedback


Stop leaving voicemails.
Text your customers instead.
TEXT REQUEST

LEARN MORE

Back to home page
Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,   Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,   Unisex Skin Facial Cleansing Brushes,   Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.   Accessibility,   User Agreement,   Privacy,   Payments Terms of Use,   Cookies,   Your Privacy Choices   and   AdChoice ⓘ


Save On Heart Meds Today

AD   GoodRx                CHECK GOODRX



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# TDB's Marketplace

**99.1%** Positive feedback **5.4K** Items sold **129** Followers

Contact Save Seller

**Category**

All

Misc Items

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Brand**

**Type**

**Power Source**

**Condition**

- New (1)

See all

**Buying Format**

- All Listings (1)
- Accepts Offers (1)
- Auction
- Buy It Now (1)

**Item Location**

- Default
- Within

Radius 25 mi of

Zip code 10025

- US Only
- North America
- Worldwide

**Shipping Options**

- Free Shipping

**Local Pickup**

- Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

- Free Returns
- Returns Accepted
- Authorized Seller

xpreen facial cleansing brush skin rechargable waterproof electric fa

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **xpreen facial clea...** Save this search Shipping to: 10025

Xpreen Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body

Brand New

**$9.99**

or Best Offer

+$5.70 shipping

tdbsmarketplace (2,116) 99.1%

Tell us what you think

☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card
 VISA ● ● discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

████████
Miami, FL 33133-2709
United States
████████
Change

**Review item and shipping**

Seller: tdbsmarketp...   Message to seller

Xpreen Facial Cleansing Brush Skin Rechargeable Waterproof Electric Face Body
**$9.99**
Quantity 1

**Delivery**
Est. delivery: Apr 21 – Apr 25
USPS First Class
**$5.70**

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None ▾

Subtotal (1 item)        $9.99
Shipping             $5.70
Tax*               $1.10

**Order total**          **$16.79**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 289

Marketplace: eBay

Seller Name: teresbenedic5



eBay

Shop by category ˅    Search for anything    All Categories ˅    Search    Advanced

< Back to home page | Listed in category:   Health & Beauty  >  Skin Care  >  Facial Cleansing Devices

Share | Add to Watchlist





### Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink

Condition:  New

Price:  **$12.48**

[ Buy It Now ]

[ Add to cart ]

Best Offer:   [ Make offer ]

[ ♡ Add to Watchlist ]

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

Ships from United States

Shipping:   US $5.70 Standard Shipping. See details
Located in: Oxford, Michigan, United States

Delivery:   Estimated between **Mon, Mar 13** and **Tue, Mar 14**
to 33133 ⓘ

Returns:   Seller does not accept returns. See details

Payments:     

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
teresbenedio5 (984 ★)
993% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items

$ Have one to sell?  [ Sell now ]

---

### Similar sponsored items

Feedback on our suggestions



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive



7 Colors LED Light Photon Face Neck Mask Rejuvenation Facial Therapy Wrinkle US
New
**$16.50**
0 bids
+ $5.17 shipping
Seller 100% positive



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ $6.40 shipping
Seller 100% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold

---

### Sponsored items inspired by your views

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin



PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable



NEW Sonic Facial Cleansing Brush Massager 3 n 1 Rechargeable



SILICONE ELECTRIC Facial Skin Cleaner Super Soft Sonic CEPILLO



SONIC SILICONE FACE BRUSH ANTI AGE BLACK HEADS FINE

| Brush ... Cleaner Massager | ... Electric Face | ... Silicone ~ H22 | ... FACIA FACE BRUSH | ... LINES DEEP CLEAN ACNE | ...M |
|---|---|---|---|---|---|
| New | New | New | New | New | Ne |
| **$19.96** | **$25.40** | **$17.50** | **$12.99** | **$16.31** | **$** |
| $24.95 20% off | Free shipping | + $10.40 shipping | + $5.85 shipping | $21.75 25% off | + $ |
| Free shipping | | Seller 100% positive | Seller 99.7% positive | Free shipping | |
| | | | | Seller 100% positive | |

## About this item     Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: **334094686753**

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Main Purpose: | Clogged Pores |
| Skin Type: | All Skin Types | Power Source: | USB |
| Color: | Pink | Custom Bundle: | No |
| Material: | Silicone | MPN: | Dose not apply |
| Brand: | Sonic | Type: | Facial Massager |
| Battery Life: | 2 Hours | Manufacturer Warranty: | None |
| Voltage: | Usb | Model: | Walgreens Facial Cleanser |
| Features: | Waterproof | Country/Region of Manufacture: | China |
| UPC: | 049022025769 | | |

### Item description from the seller

Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink.

Charges by USB. Water resistant silicone, safe for shower and bath. 5 speeds of vibration provide deep cleansing and exfoliation. Made in China



## Teresa s Goods

99.1% Positive Feedback
2.5K items sold

Visit store

Contact

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Popular categories from this store**   See all

### Seller feedback (964)

➕ w***s (1166) • Past month

A+ Seller. Item as described. Well packed. Definitely will buy again. Thank you !


Garnier Nutrisse Ultra Color Creme, Ultra Light Natural Blonde (LB2) 1 ea (#334541875904)

➕ k***i (129) • Past month

Thank you ! Perfect

Other

L'Oreal Voluminous Custom Curved Brush Mascara Black #340 Free Shipping (#333572488773)

➕ 7***0 (421) • Past month

Got item very fast

L'Oreal Paris Colour Riche Lipstick, British Red, 0.13 oz (#334221959743)

See all feedback

---

## Influenced by recent sponsored views



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$19.96**

~~$24.95~~ 20% off

Free shipping



PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable Electric Face

New

**$25.40**

Free shipping



NEW Sonic Facial Cleansing Brush Massager 3-n-1 Rechargeable Silicone ~ H22

New

**$17.50**

+ $10.40 shipping

Seller 100% positive



Bellus by R.O.K Silicone Facial Cleansing Brush - 3 in 1 Heat & Cold Massagers

New

**$26.99**

+ $5.00 shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.93**

~~$13.61~~ 5% off

Free shipping

6 watchers

U...
Cl...
Ne...

$...
S...
Fr...

---

## Explore related sponsored items



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$8.98**

~~$9.98~~ 10% off

Free shipping

🔲 Top Rated Plus



USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager

New

**$9.47**

~~$9.97~~ 5% off

Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone

New

**$16.99**

Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$7.50**

+ shipping

🔲 Top Rated Plus

Seller 99.1% positive



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$17.59**

Free shipping

2...
El...
Cl...

Ne...

$...
Fr...

🔲
Se...

---

## Related sponsored items



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping

Seller 100% positive



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New

New

**$9.95**

Free shipping

74 sold



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B

New

**$13.95**

Free shipping

Seller 99.9% positive



Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink

New

**$19.99**

Free shipping

Seller 100% positive



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$8.98**

~~$9.98~~ 10% off

Free shipping

🔲 Top Rated Plus

Si...
El...
M...

Ne...

$...

People who viewed this item also viewed



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

$7.49

Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$12.25

$12.89 5% off
Free shipping



Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink

New

$11.39

$11.99 5% off
Free shipping
Top Rated Plus



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

$19.98

Free shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$13.19

Free shipping

Find more sponsored items

Feedback on our suggestions



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$12.93

$13.61 5% off
Free shipping
6 watchers



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

$19.98

Free shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$13.19

$20.31 53% off
Free shipping



Sonic Facial Cleansing Brush Electric Silicone Face Brush and Massager Waterp...

New

$25.59

Free shipping
Seller 99.7% positive



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

New

$10.99

Free shipping
Top Rated Plus



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$12.85

$13.53 5% off
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$12.85

$13.53 5% off
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$12.25

$12.89 5% off
Free shipping



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

New

$10.99

Free shipping
Top Rated Plus
10 watchers



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

$7.49

Free shipping



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

$12.19

Free shipping
21 sold



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

$9.00

+ shipping
Seller 100% positive



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

New

$10.56

Free shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$14.16

Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$14.27

Free shipping













Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

$12.19

Free shipping
21 sold

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$13.39
$14.09 5% off
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$13.39
$14.09 5% off
Free shipping

2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager

New

$23.74
$24.99 5% off
Free shipping
Top Rated Plus

Waterproof 2 in 1 Silicone Electric Facial Cleanser Face Pore Cleansing Brush

New

$12.32
$12.97 5% off
Free shipping

Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner

New

$13.98

Free shipping

OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable

New

$32.99

Free shipping
Seller 99.4% positive

Facial Cleansing Brush Sonic Vibration Mini Face Cleaner Electric Silicone Deep

New

$19.99

Free shipping
9 watchers

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone

New

$7.85

Free shipping

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

$8.89
$9.99 11% off
+ shipping
Top Rated Plus

Back to home page                                                                                                                              Return to top

More to explore :   Waterproof Face Massager Massagers,   Waterproof Face Massagers,   Waterproof Face Massage Roller Massagers,   Electric Facial Brushes,   Waterproof Electric Head Massager Massagers,   Clarisonic Electric Facial Brushes,   Silicone Hair Scalp Massage Brushes,   Facial Massagers,   Panasonic Electric Facial Brush Facial Cleansing Devices,   Waterproof Massage Wand Massagers

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# Teresa s Goods

**99.1%** Positive feedback **2.5K** Items sold **42** Followers

Contact Save Seller

silicone facial cleanser brush face massager sonic electric waterproc ık

Buying Format | Condition | Shipping | Local | Best Match

1 result for **silicone facial clea...** Save this search

Shipping to: 33133

Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink

Brand New

**$12.48**

or Best Offer

+$5.70 shipping

Tell us what you think

**Category**

All

Other

**Condition**

New (1)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 33133

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 33133

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

## DIAGNOSTIC INFO

Toggle All

> Profiler



ebay **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

Add new card

VISA

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

## Ship to

[redacted]
Miami, FL 33133-2709
United States
[redacted]
Change

## Review item and shipping

Seller: teresbenedic5 Message to seller

Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink

**$12.48**

Quantity 1

**Delivery**
Est. delivery: Mar 13 – Mar 14
USPS First Class
**$5.70**

## Gift cards, coupons, eBay Bucks

Enter code: Apply

## Donate to charity (optional)

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $12.48 |
| Shipping | $5.70 |
| Tax* | $1.27 |
| **Order total** | **$19.45** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 295

Marketplace: eBay

Seller Name: useeisell



Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🔋 SAVE UP TO **8%** WHEN YOU BUY MORE

### Face Skin Care Wash Cleansing Brush Device Beauty Facial Deep Washer Cleaner

Hover to zoom

$ Have one to sell?  Sell now

**Condition:** New

**Color:** Blue

**Bulk savings:**

| Buy 1 $12.99/ea | Buy 2 $12.73/ea | Buy 3 $12.47/ea |
|---|---|---|

4 or more for $11.95/ea

**Quantity:** 1    More than 10 available / 27 sold

**Price:** **$12.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

⚡ This one's trending. 27 have already sold.

�</> Fast and reliable. Ships from United States.

**Shipping:** Free Standard Shipping. See details
Located in: Anaheim, California, United States

**Delivery:** Estimated between Fri, Apr 21 and Mon, Apr 24 ⓘ

**Returns:** 30 day returns. Buyer pays for return shipping. See details

**Payments:** PayPal  G Pay  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

---

**Seller information**
useeisell (283 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items



**Explore a related Store**
115K items sold

lovelydeals2012
in eBay Stores
Sponsored

Visit store

---

### Similar sponsored items

Feedback on our suggestions


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers


Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback


Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus
10% off 3+ with coupon

Facial Cleansing Brush
New
**$14.99**
Free shipping
40 sold

---

### Sponsored items inspired by your views

Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager | HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager | Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US |
| New | New | New (Other) | New | New |
| $6.00 | $19.98 | $11.16 | $19.96 | $11.97 |
| + shipping | Free shipping | $13.95 20% off | $24.95 20% off | Free shipping |
| Top Rated Plus | Top Rated Plus | Free shipping | Free shipping | Top Rated Plus |
| 6 watchers | Seller with a 100% positive feedback | Seller with a 100% positive feedback | | 10% off 3+ with coupon |

---

About this item   Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Nov 16, 2022 16:26:55 PST View all revisions

eBay item number: 143652701117

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Model | FOREO LUNA mini 2 |
| Country/Region of Manufacture | China | Custom Bundle | No |
| Main Purpose | Blackheads | Material | Silicone |
| Power Source | Battery | Type | Electric Facial Brush |
| Size | 4oz. | Features | Cruelty-free/No Animal Testing |
| Gender | Women | Modified Item | No |
| Battery Life | 5 Hours | Size Type | Travel Size |
| Brand | Unbranded | Number of Speeds | 3 |
| Skin Type | All Skin Types | Voltage | 5v |

## Item description from the seller

**Small and compact**

**easy to carry- fit in your pocket or hand bag**

**waterproof so you can just leave it in the shower next to your soap :)**

**USB magnetic charging cable- can be plug into your portable charger for an on the go charging.**

**Free Shipping - Ready to ship- US stock**

Sonic Vibrating Facial Cleansing Brush

1. Non-Porous Body: IPX7 waterproof design for safe use
2. Magnetic Charging: Gentle contact activates the charging process
3. Silicone Bristles: Food grade material: soft to touch; no irritation
4. 3 Cleaning Modes: Normal/Strong/Mix, suit various skin types
5. 1 Button Interface: Simplifies the operation, user-friendly
6. Ergonomic Design: Fits firmly in hand for comfortable use
7. Portable Size: Compact and lightweight, easy to take for travel







**useeisell**

**100%** Positive Feedback
337 items sold

<div>
<a>Seller's other items</a>
<a>Contact</a>
<a>♡ Save seller</a>
</div>

**Seller feedback** (91)

This item (6)    All items (91)

Wonderful and way cheaper than a similar item that is around 200$!!! This is only 10$ but does the SAME THING Absolutely thrilled

x***r (1290) • Past year

Thanks!! Great service!

a***3 (1482) • Past year

Fast shipping. Great seller.

See all feedback

## Influenced by recent sponsored views

    

**Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager**
New
$6.00
+ shipping
Top Rated Plus
6 watchers

**HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager**
New
$19.98
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

**Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW**
New (Other)
$11.16
$13.95 20% off
Free shipping
Seller with a 100% positive feedback

**Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager**
New
$19.98
Free shipping
Seller with a 100% positive feedback

**Ultrasonic Silicone Electric Facial Cleanser Massager**
New
$12.93
$13.61 5% off
Free shipping
9 watchers

## Explore related sponsored items

    

**5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber**
New
$6.99
$12.99 46% off
Free shipping
53 sold

**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus

**Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes**
New
$24.99
Free shipping
Seller with a 100% positive feedback

**Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable**
New
$24.99
Free shipping
Seller with a 100% positive feedback

**5in1 Deep Cleasing Face Cleaner Vibrate Waterproof Facial Cleansing Brush Soft**
New
$6.99
$12.99 46% off
Free shipping
33 sold

## Related sponsored items

    

**Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes**
New
$24.99
Free shipping
Seller with a 100% positive feedback

**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
$8.98
$9.98 10% off
Free shipping

**5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber**
New
$6.99
$12.99 46% off
Free shipping

**Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable**
New
$24.99
Free shipping
Seller with a 100% positive feedback

**5in1 Deep Cleasing Face Cleaner Vibrate Waterproof Facial Cleansing Brush Soft**
New
$6.99
$12.99 46% off
Free shipping

## People who viewed this item also viewed



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

**$8.54**

$9.09 6% off

Free shipping

28% off 8+ with coupon



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

**$6.99**

Free shipping

Seller with a 99.4% positive feedback



Electric Deep Cleaner Massager Silicone Facial Cleansing Brush Face Skin Care

New

**$7.99**

Free shipping



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

**$9.49**

$9.99 5% off

Free shipping



5 In 1 Deep Clean Electric Facial Cleaner Face Skin Care Brush Massager

New

**$12.73**

$14.15 10% off

Free shipping

Seller with a 100% positive feedback

## Find more sponsored items

Feedback on our suggestions



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

**$8.54**

$9.09 6% off

Free shipping

28% off 8+ with coupon



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

**$6.99**

Free shipping

Seller with a 99.4% positive feedback



5 In 1 Deep Clean Electric Facial Cleaner Face Skin Care Brush Massager

New

**$12.73**

$14.15 10% off

Free shipping

Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool

New

**$12.89**

Free shipping



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool

New

**$13.60**

Free shipping



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J

New

**$13.59**

$28.31 52% off

Free shipping



5 In 1 Deep Clean Electric Facial Cleaner Face Skin Care Brush Massager

New

**$19.24**

$22.64 15% off

Free shipping

Seller with a 100% positive feedback



5 In 1 Deep Clean Electric Facial Cleaner Face Skin Care Brush Massager

New

**$25.99**

Free shipping

Seller with a 100% positive feedback

2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager

New

**$23.74**

$24.99 5% off

Free shipping

Top Rated Plus



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

**$7.29**

Free shipping



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J

New

**$13.59**

Free shipping



4 in 1 Electric Facial Cleansing Brush Blackhead Cleaner Face Skin Care Massager

New

**$8.59**

Free shipping

13 watchers



5 In 1 Deep Clean Electric Facial Cleaner Face Skin Care Brush Massager

New

**$22.64**

Free shipping

Mini Electric Facial Cleansing Brush Silicone Face Cleaner Deep Pore

New

**$12.29**

Free shipping



Silicone Face Scrubber For Men Facial Cleansing Brush Silicone Face Wash Brush

New

**$13.25**

Free shipping











Mini Electric Facial Cleansing Brush Silicone Sonic Face Cleaner Deep Pore Clean

New

**$12.29**

Free shipping

5 In 1 Deep Clean Electric Facial Cleaner Face Skin Care Brush Massager

New

**$18.11**

Free shipping

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool U

New

**$13.05**

Free shipping

5pcs Replacement Facial Brush Heads For Face Washing Deep Cleaner Skin Care

New

**$16.99**

Free shipping
Seller with a 99.4% positive feedback

Nuogo 20 Pack Face Scrubber Soft Silicone Facial Cleansing Brush Wash for Deep C

New

**$21.88**

Free shipping







5in1 Face Cleansing Brush Silicone Facial Brush Deep Cleaning Pore Cleaner Brush

New

**$25.10**

Free shipping
Seller with a 99.8% positive feedback

Facial Cleansing Brush Face Scrubber: Electric Exfoliating Spin Cleanser Device

New

**$31.52**

Free shipping
Seller with a 100% positive feedback

Mini Electric Facial Cleansing Brush Silicone Face Cleaner Deep Pore Clean

New

**$22.00**

Free shipping
Seller with a 100% positive feedback

5 In 1 Deep Clean Electric Facial Cleaner Face Skin Care Brush Massager

New

**$21.28**

Free shipping

Facial Cleansing Brush Face Massager Electric: with Soft Silicone, Waterproof

New

**$19.99**

Free shipping
**Buy 1, get 1 5% off**

---

Back to home page

Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   Clinique Electric Facial Brush Facial Cleansing Devices,
Olay Electric Facial Brush Facial Cleansing Devices,   Unbranded Electric Facial Brush Facial Cleansing Devices,   Conair Electric Facial Brushes All Types Skin Facial Cleansing Devices,
Mary Kay Electric Facial Brush Facial Cleansing Devices

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

**useeisell**

**100%** Positive feedback (283) **337** Items sold **4** Followers

Visit profile Contact Save

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Brand**

**Skin Type**

**Condition**

New (2)

See all

**Buying Format**

All Listings (2)

Accepts Offers

Auction

Buy It Now (2)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 60305

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 60305

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

face skin care wash cleansing brush device beauty facial deep wash ✕ e

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **face skin care was...** Save this search

Shipping to: 60305

Face Skin Care Wash Cleansing Brush Device Beauty Facial Deep Washer Cleaner

Brand New

**$12.99**

Buy It Now

Free shipping

Save up to 8% when you buy more

useeisell (283) 100%

- Sold Items
- Deals & Savings
- Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay **Checkout**

How do you like our checkout? Give us feedback

## Pay with

Add new card

VISA

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

## Ship to

[redacted]
Miami, FL 33133
United States
[redacted]
Change

## Review item and shipping

Seller: useeisell Message to seller

Face Skin Care Wash Cleansing Brush Device Beauty Facial Deep Washer Cleaner
Color: Blue
**$12.99**

Quantity
1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS First Class
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional)

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $12.99 |
| Shipping | Free |
| Tax* | $0.91 |
| **Order total** | **$13.90** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Pay with PayPal

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

DOE Number: 297

Marketplace: eBay

Seller Name: vmotorv

ebay

Shop by category

Search for anything | All Categories | Search | Advanced

Sell   Watchlist   MyeBay   🛒

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🔥 SAVE UP TO **7%** WHEN YOU BUY MORE



$ Have one to sell? Sell now

### Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B

Condition: New

Bulk savings:

| Buy 1 $13.95/ea | Buy 2 $13.25/ea | Buy 3 $13.11/ea |

Quantity: 1    3 available / **14 sold**

Price: **$13.95/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

Shipping: Free Standard Shipping. See details
Located in: Ontario, California, United States

Delivery: Estimated between **Fri, Apr 21** and **Mon, Apr 24** ⓘ

Returns: 30 day returns. Seller pays for return shipping. See details

Payments: PayPal  GPay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
vmotory (39473 ⭐)
99.7% positive feedback

☆ Save seller
Contact seller
Visit store
See other items



Shop related items
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Shop now

Similar sponsored items

Feedback on our suggestions


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback


Proactiv Pore Cleansing Charcoal Infused Brush
New
**$11.30**
0 bids
+ shipping
Seller with a 100% positive feedback


Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$11.97**
Free shipping
Top Rated Plus
10% off 3+ with coupon


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
~~$13.61~~ 5% off
Free shipping
9 watchers

**$12.93**

Sponsored items customers also bought

Feedback on our suggestions







Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
$6.99
Free shipping
Seller with a 99.4% positive feedback

3D Sonic Facial Cleansing Brush Skin Rechargeable Waterproof Electric Face Body
New
$11.99
Free shipping
196 sold

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
9 watchers

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping
6 watchers

Si El M Ne
$
Fr
67

---

**About this item**     Shipping, returns & payments                                                    Report this item

Seller assumes all responsibility for this listing.                                          eBay item number:  184563647991
Last updated on Mar 06, 2023 15:27:46 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Type | Ultrasonic Scrubber |
| Brand | yunchi | Skin Type | All Skin Types |
| UPC | Does not apply | | |

## Item description from the seller



- High Frequency Sonic Vibration. Effectively clean facial dirt, makeup residues and blackheads, also help with pore shrink and dead skin exfoliation. Upgraded version of 6000 speed. 8 levels adjustment to fit different skin sensitivities.

- Food Grade Soft Silicone Bristles. Safe and comfortable to use, less harmful to the skin than normal spinning brushes. Combined thick and thin bristles for general and precise clean. A great face beauty tool and also can be used as a facial massager.

- 1 Hour Charging for 30 Days Use. Less than 1 hour fast charging for 30 days use ( 2 minutes a time, twice a day ). Convenient USB charging with your power adapter, laptop or power bank, etc.

- IPX7 Waterproof Grade. Safe to use even when shower. Tiny & Portable. Small enough to fit into your handbag, perfect grip and portable for travels.

### *High Frequency Sonic Vibration*
*Up to 6000 rpm, 8 Levels Adjustment*



Level Down    Power Switch    Level Up

## *Combined Bristles for Different Uses*



Fine Bristles
For General Clean

Thick Bristles
For Precise Clean

Medium Bristles
For Deep Clean

## **High Performance Lithium Battery**

*1 Hour Fast Charging for 30 Days Use*







**v9motor**

99.7% Positive Feedback
141K Items sold

[Seller's other items]

[Contact]

[♡ Save seller]

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

### Popular categories from this store    See all

[ATV Parts]  [Body & Frame]  [Brake & Clutch levers]
[Brakes & Suspension]  [Cables]  [Decals]
[Electrical Components]  [Engines & Components]  [Exhausts]

### Seller feedback (41,239)

This item (5)   All items (41,239)

➕ 8***l (103) •  Past month

Good

➕ o***r (369) •  Past month

Great Item! Great Seller! Fast Shipping!

➕ b***s (158) •  Past 6 months

Great seller and fast shipping! Highly recommend!

[See all feedback]

### Influenced by recent sponsored views



Super Face Washing Machine
Electric Soft Silicone Facial Brush
Cleanser Massage
New
**$17.59**
Free shipping
5 watchers

Facial Cleansing Brush, Sonic
Silicone Scrubber, Face Vibrating
Massager
New
**$6.00**
+ shipping
Top Rated Plus
6 watchers

Silicone Electric Face Cleansing
Brush Sonic Facial Skin Cleaner
Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers

Electric Face Cleansing Brush Ultra
Sonic Facial Skin Silicone Cleaner
Massager
New
**$7.49**
Free shipping
6 watchers

## Most popular sponsored items



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback



3D Sonic Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body
New
**$11.99**
196 sold



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
~~$13.61~~ 5% off
**$12.93**
Free shipping
9 watchers



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers

Feedback on our suggestions

## Explore related sponsored items



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
~~$9.98~~ 10% off
Free shipping
Top Rated Plus



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$17.59**
Free shipping
5 watchers



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleaner Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



3D Sonic Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body
New
**$11.99**
Free shipping
196 sold

## People who viewed this item also viewed



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
~~$13.61~~ 5% off
**$12.93**
Free shipping
9 watchers



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



yunchi facial cleansing brush y2 Sonic waterproof Blue. Two pack.
New
**$1.99**
+ shipping



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
67 sold

## Find more sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US



Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use

**$19.98**
New
Free shipping
Seller with a 100% positive feedback

**$12.93** $13.61 5% off
New
Free shipping
9 watchers

**$7.49**
New
Free shipping
6 watchers

**$11.97**
New
Free shipping
Top Rated Plus
10% off 3+ with coupon

**$13.10**
New
Free shipping







Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold

FOREVER LINA T-Sonic mini Facial Cleansing Device
New
**$12.99**
+ shipping
Seller with a 100% positive feedback

Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use
New
**$13.10**
Free shipping

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
67 sold

OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
**$32.99**
Free shipping
Seller with a 99.3% positive feedback







Sonic Facial Cleansing Brush Silicone Face Scrubber, Waterproof Vibrating Face
New
**$14.60**
Free shipping
Last one

6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Recharging
New
**$13.50** $16.88 20% off
Free shipping
7 watchers

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW
New (Other)
**$11.16** $13.95 20% off
Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$25.41**
Free shipping
Last one







Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Messager
New
**$7.29**
Free shipping

Sonic Facial Cleansing Brush - Silicone Face Scrubber for Men & Women - Gentl...
New
**$28.59**
Free shipping

Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable
New
**$6.99**
+ $3.99 shipping
Top Rated Plus

Silicone Sonic Facial Cleansing Brush Beauty Lamp Wireless Charging Waterproof
New
**$22.99**
Free shipping

Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable
New
**$6.99**
+ $3.99 shipping
Top Rated Plus







Sonic Facial Cleansing Brush Soft Silicone Face Scrubber Exfoliating Brush Fa...
New
**$24.09**
Free shipping
Seller with a 99.7% positive feedback

Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing
New
**$29.56**
Free shipping
Seller with a 100% positive feedback

Silicone Face Scrubber For Men Facial Cleansing Brush Silicone Face Wash Brush
New
**$13.25**
Free shipping

Facial Cleansing Brush Sonic Silicone Makeup Remove Brush with Heat Massage Pink
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

2x Facial Cleansing Brush Face Massager Skin Deep Clean Waterproof Rechargeable
New
**$9.99**
+ $4.69 shipping
Top Rated Plus

Back to home page

Return to top

More to explore : Facial Cleansing Brushes, Sonic Facial Cleansing Devices, Clinique Electric Facial Brush Facial Cleansing Devices, Unbranded Skin Facial Cleansing Brushes, Olay Electric Facial Brush Facial Cleansing Devices, Silk'n Electric Facial Brush Facial Cleansing Devices, Hitachi Electric Facial Brush Facial Cleansing Devices, Mary Kay Electric Facial Brush Facial Cleansing Devices, All Skin Types Electric Facial Brush Facial Cleansing Devices, Silicone-Free Skin Facial Brushes

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



## About us

Location: **United States**
Member since: **Apr 28, 2007**
Seller: **vmotorv**

Do you like our store experience? 👍 👎

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
   VISA · Mastercard · American Express · Discover

● **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ G Pay · Google Pay

**Ship to**

▬▬▬▬▬
▬▬▬▬▬
Miami, FL 33133
United States
▬▬▬▬
Change

**Review item and shipping**

Seller: vmotorv    Message to seller

Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
**$13.95**

Quantity
1

**Delivery**

● **Free 2-4 day shipping**
   Get it by Apr 20 – Apr 22
   USPS First Class

○ Est. delivery: Apr 20 – Apr 22
   USPS Priority Mail
   **$15.99**

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $13.95 |
| Shipping | Free |
| Tax* | $0.98 |

**Order total**    **$14.93**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 301

Marketplace: eBay

Seller Name: watchbandspot



ebay

Shop by category

Search for anything     All Categories     Search     Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

eBay stands with Türkiye and Syria
Help us support those impacted by the crisis.     How to donate



### Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager

Condition: New

Color: Blue

Quantity: 1     Last One

Price: **$48.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

↩ Breathe easy. Returns accepted.

Shipping: Free Economy Shipping from Greater China to worldwide. See details
Located in: Shanghai, China

Delivery: ⚡ Estimated between **Mon, Mar 27** and **Fri, May 19** ⓘ
Please note the delivery estimate is **greater than 16 business days**.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  GPay  VISA  MasterCard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

#### Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
watchbandspot (18 ⭐)
95% Positive feedback

Save Seller
Contact seller
Visit store
See other items



**Explore a related Store**
113K items sold


lovelydeals2012
In eBay Stores
Sponsored     Shop now

---

### Similar sponsored items     See all ›

Feedback on our suggestions


Silicone Facial Cleansing Brush Waterproof Device Clean Massager Rechargeable
New
**$35.00**
+ $6.00 shipping
Last one


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive


Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
**$8.50**
6 bids
Free shipping
Seller 99.8% positive


Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$28.99**
Free shipping
Seller 100% positive


Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode
New
**$43.99**
+ shipping
Seller 100% positive

---

### Sponsored items inspired by your views     See all ›

Feedback on our suggestions









Chemical Guys HOL126 14-Piece Arsenal Builder Car Wash Kit with Foam Gun, Bucket

New

**$89.99**

+ $49.99 shipping

Blue Grit Guard - Bucket Dolly

New

**$43.50**

Free shipping

Chemical Guys HOL126 14-Piece Arsenal Builder Car Wash Kit with Foam Gun, Bucket

New

**$109.99**

Free shipping

Chemical Guys Cyclone Dirt Trap Car Wash Bucket Insert - Black

New

**$179.88**

Free shipping
Top Rated Plus
Seller 100% positive

Chemical Guys Cyclone Dirt Trap Car Wash Bucket Insert - Red

New

**$179.88**

Free shipping
Top Rated Plus
Seller 100% positive

---

**About this item** | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 354424061405

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Main Purpose: | Blackheads |
| Skin Type: | All Skin Types | Power Source: | Electric |
| Custom Bundle: | No | Material: | Silicone |
| MPN: | 1445909561 | Number of Speeds: | 1 |
| Brand: | Unbranded | Type: | Electric Facial Brush |
| Battery Life: | 1 Hour | Manufacturer Warranty: | None |
| Voltage: | 12 V | Model: | 1445909540 |
| Features: | Lightweight | Country/Region of Manufacture: | China |

## Item description from the seller



Taking Care of Time

### Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager

Item Type: Electric Facial Cleanser
Power Source: Electric
Number Of Pieces: One Unit
Material: Silicone
Feature: Facial Massager
Function: Facial Clean,Ems,Vibration Massage,Skin Mouisture



Taking Care of Time

Powered by: i-ways eBay Template Creator

## watchbandspot

95% Positive Feedback
143 items sold

Contact

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.7 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.8 |

### Popular categories from this store   See all

Jewelry & Watches   Health & Beauty   Consumer Electronics   eBay Motors

Cameras & Photo   Sporting Goods   Home & Garden

Cell Phones & Accessories   Clothing, Shoes & Accessories

### Seller feedback (20)

➕ d***e (326) • Past month

love them love them

Fashion Women Diamond Band Watch Luxury Square Simple Dress Small Wrist Watches (#354530964398)

➖ 2***0 (16) • Past month

After two hours of normal use, the item immediately broke at the hinge. Never seen this happen with any watch strap I've bought.

➕ 7***z (229) • Past month

Great !!!! Highly recommended!!! Thank you!

See all feedback

### Sponsored Items from Top Rated Sellers

Feedback on our suggestions







Sonic Electric Facial Cleansing Brush Silicone Mini Face Cleaner Skin Massager
New
**$55.99**
Free shipping

3 In 1 Silicone Electric Facial Cleansing Brush Face Massagers Sonic Rotating
New
**$49.99**
Free shipping

Electric Sonic Facial Cleaning Brushes Silicone Face Massager Lift Cleansing
New
**$34.99**
Free shipping

Electric Facial Cleansing Brush Silicone Face Pore Deep Cleaning Skin Cleanser
New
**$38.99**
Free shipping

Electric Sonic Facial Cleansing Brush Vibration Silicone Skin Wash Pore Cleaner
New
**$37.99**
Free shipping

### Influenced by recent sponsored views







Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.89**
Free shipping

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$10.99**
Free shipping
🔵 Top Rated Plus
9 watchers

Wascheimer 20 Liter Schmutzsieb Eimereinsatz + Doppelter Eimerwagen |WASH RINSE|
New
**$6.88**
+ shipping
41 sold

GRIT GUARD CAR WASH BUCKET HEAVY DUTY INSERT BLACK DIRT SEPARATOR
New
**$7.99**
+ $4.99 shipping
🔵 Top Rated Plus
57 sold

### Explore related sponsored items










Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink
New
$19.99
Free shipping
Seller 100% positive

USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager
New
$9.97
Free shipping

Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager
New
$15.17
$16.49 8% off
Free shipping

Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating Scrubber
New
$17.93
Free shipping
Top Rated Plus
8 watchers

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
$16.99
Free shipping

## People who viewed this item also viewed








Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller 100% positive

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
$4.30
0 bids
+ shipping
Seller 100% positive

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
6 watchers

Cleansing Facial Brush Ultrasonic Electric Silicone Face Skin Cleaner Massager
New
$33.90
Free shipping
Seller 100% positive

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
$7.85
Free shipping

## Find more sponsored items

Feedback on our suggestions








Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller 100% positive

Cleansing Facial Brush Ultrasonic Electric Silicone Face Skin Cleaner Massager
New
$33.90
Free shipping
Last one

Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode
New
$43.99
+ shipping
Seller 100% positive

Cleansing Facial Brush Ultrasonic Electric Silicone Face Skin Cleaner Massager
New
$33.90
Free shipping
Seller 100% positive

New Electric Face Cleansing Vibration Massage Brush Facial Skin Care Wash Sonic
New
$29.99
Free shipping
Seller 100% positive






OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
$32.99
Free shipping
Seller 99.4% positive

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
6 watchers

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.19
$20.13 5% off
Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$9.00
+ shipping
Seller 100% positive









**2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager**

New

**$23.74**

$24.99 5% off
Free shipping
Top Rated Plus



**Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager**

New

**$48.99**

Free shipping



**Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager**

New

**$12.19**

Free shipping
21 sold



**Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone**

New

**$7.89**

Free shipping



**Facial Cleansing Brush Face Massager Electric w/soft silicone waterproof sonic**

New

**$40.00**

Free shipping
Seller 100% positive



**Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone**

New

**$7.85**

Free shipping



**Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager**

New

**$13.19**

Free shipping



**Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager**

New

**$12.85**

$13.53 5% off
Free shipping



**Facial Cleansing Brush Sonic Vibration Mini Cleaner Silicone Deep Pore Massager**

New

**$37.04**

$38.99 5% off
Free shipping



**Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager**

New

**$12.19**

Free shipping
21 sold

**Facial Cleansing Brush Sonic Vibration Mini Cleaner Silicone Deep Pore Massager**

New

**$37.04**

$38.99 5% off
Free shipping
Last one

**Electric Sonic Facial Cleansing Brush Face Cleaning Tool Exfoliating Skin Care**

New

**$22.55**

$23.74 5% off
Free shipping
Top Rated Plus

**Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager**

New

**$12.85**

$13.53 5% off
Free shipping

**Sonic Facial Cleansing Brush, Waterproof Electric Face Cleansing Brush Device**

New

**$29.16**

Free shipping
Top Rated Plus
Seller 100% positive

**Electric Face Cleansing Brush Facial Skin Care Wash Sonic Vibration Massage Tool**

New

**$43.99**

Free shipping

---

Back to home page                                                                                     Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,
Clinique Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Panasonic Electric Facial Brush Facial Cleansing Devices,   Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



WE WANT TO BUY YOUR VEHICLE

GET MORE FOR YOUR TRADE!

Get Cash Offer ›››

CAR PROS
AUTOMOTIVE GROUP



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# Watchbandspot

WATCHBANDSPOT

**95%** Positive feedback **143** Items sold **17** Followers

Contact Save Seller

ultrasonic facial cleansing brush silicone electric sonic face skin mas ×

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **ultrasonic facial cl...** Save this search

Shipping to: 30067

Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager

Brand New

**$48.99**

Buy It Now

Free shipping

from China

Tell us what you think

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Color**

- Pink (2)
- Blue (1)

**Brand**

**Type**

**Features**

**Main Purpose**

**Condition**

- New (3)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

- All Listings (3)
- Accepts Offers
- Auction
- Buy It Now (3)

**Item Location**

- Default
- Within

Radius 25 mi of

Zip code 30067

- US Only
- North America
- Worldwide

**Shipping Options**

- Free Shipping

**Local Pickup**

- Free Local Pickup

Within

Radius 25 mi of

Zip code
30067  →

**Show only** ∧

☐ Free Returns
☐ Returns Accepted
☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA · Mastercard · Amex · Discover

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay · Google Pay

**Ship to**

▓▓▓▓▓▓▓
Miami, FL 33133-2709
United States
Change

**Review item and shipping**

Seller: watchbandspot · Message to seller

Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager
Color: Blue
**$48.99**
Quantity 1

**Delivery**
Est. delivery: Mar 27 – May 19
Economy Shipping from Greater China to worldwide
Free

**Gift cards, coupons, eBay Bucks**

[ Enter code: ]  [ Apply ]

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $48.99 |
| Shipping | Free |
| Tax* | $3.43 |

| **Order total** | **$52.42** |
|---|---|

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ Pay with **PayPal** ]

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ


amazon ads     Learn more

ebay

Shop by category

Search for anything    All Categories    Search    Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

$ Have one to sell?   Sell now

### Electric Facial Cleansing Brush Silicone Vibration Massager Blackhead Remover

Condition: New

Color: MR662G

Quantity: 1   **Last One**

Price: **$35.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

↩ Breathe easy. Returns accepted.

Shipping: **Free** Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery: 🚚 Estimated between Fri, May 12 and Tue, Jul 11 ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER
**PayPal CREDIT**
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

$ **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
watchbandspot (23 ⭐)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



---

### Similar sponsored items    See all ›


Silicone Electric Facial Cleansing Brush Face Massager Deep Clean Pores vibrate
New
**$17.49**
Free shipping
Seller with a 100% positive feedback


Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback


Elemis Pro-collagen Cleansing Balm - 3.05 oz
New
**$30.00**
0 bids
+ shipping
Seller with a 100% positive feedback


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping

Feedback on our suggestions

---

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions





| | | | | | |
|---|---|---|---|---|---|
| Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | Automatic Chicken Coop Door Opener Light Sensor Automatic Chicken House Door US | A O P N |
| New | New | New | New | New | |
| $48.99 | $9.00 | $24.99 | $9.22 | $27.99 | $ |
| Free shipping | + shipping | Free shipping | + shipping | Free shipping | Fr 8 |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Top Rated Plus | | |
| | | | Seller with a 100% positive feedback. | | |

---

**About this item**    Shipping, returns & payments           Report this item

Seller assumes all responsibility for this listing.           eBay item number: 354428650460

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Main Purpose | Acne, Blackheads, Wrinkles |
| Skin Type | All Skin Types | Power Source | Electric |
| Custom Bundle | No | Material | Silicone |
| MPN | 8096033537 | Number of Speeds | 6 |
| Brand | Unbranded | Type | Electric Facial Brush |
| Battery Life | 1 Hour | Manufacturer Warranty | None |
| Voltage | 5 V | Model | 8096033507 |
| Features | Lightweight, Rechargeable | Country/Region of Manufacture | China |

## Item description from the seller



Taking Care of Time

### Electric Facial Cleansing Brush Silicone Vibration Massager Blackhead Remover

Product Name: Skin Care Tool Beauty Machine
Power Source: Rechargeable Battery
Commodity Quality Certification: Ce
Function: Facial Clean
Waterproof Standard: IPX-7
Feature: Sonic Vibration
Feature 1: Double-Sided Brush Head
Feature 2: 6 Cleaning Modes

Taking Care of Time

Powered by    i-ways eBay Template Creater

Visit store



## Watchbandspot

100% Positive Feedback
180 items sold

Contact

♡ Save seller

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Popular categories from this store    See all

Jewelry & Watches   Health & Beauty   Consumer Electronics

Home & Garden   Cell Phones & Accessories

Clothing, Shoes & Accessories   Computers/Tablets & Networking

eBay Motors   Cameras & Photo

### Seller feedback (24)

⊕ o***6 (431) • Past month
Arrived in good condition thank you
Stainless Steel Strap Folding Clasp Watch Accessory Fit For AP Royal Oak Series (#354243179290)

⊕ t***r (1749) • Past month
Good price fast delivery

⊕ z***t (46) • Past month
Will buy again in the future. Reliable seller.

See all feedback

---

### Influenced by recent sponsored views



Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager
New
**$48.99**
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J
New
**$12.91**
$13.59 5% off
Free shipping



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$12.19**
Free shipping
21 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers

---

### Explore related sponsored items



Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser
New
**$15.00**
+ $0.50 shipping
Last one



Electric Facial Deep Cleansing Brush Soft Silicone Massager Skin Exfoliation
New
**$15.68**
Free shipping



Facial Roller Massager Cleansing Derma Skin Scrubber & Brush Blackhead Remover
New
**$12.99**
Free shipping



Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration
New
**$15.50**
Free shipping
Seller with a 100% positive feedback



3 In1 Facial Cleansing Brush Blackhead Remover Galvanica Spa Lumispa Set 2022
New
**$40.00**
Free shipping
20 sold

---

### Sponsored Items from Top Rated Sellers    See all ›

Feedback on our suggestions










Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager
New
**$48.99**
Free shipping
Seller with a 100% positive feedback

Electric Sonic Facial Cleansing Brush Vibration Silicone Skin Wash Pore Cleaner
New
**$37.99**
Free shipping
Seller with a 100% positive feedback

Sonic Electric Facial Cleansing Brush Silicone Mini Face Cleaner Skin Massager
New
**$55.99**
Free shipping
Seller with a 100% positive feedback

3 In 1 Silicone Electric Facial Cleansing Brush Face Massagers Sonic Rotating
New
**$49.99**
Free shipping
Seller with a 100% positive feedback

Electric Sonic Facial Cleaning Brushes Silicone Face Massager Lift Cleansing
New
**$34.99**
Free shipping
Seller with a 100% positive feedback

## People who viewed this item also viewed







Electric Facial Cleansing Brush Silicone Vibration Face Massager Pore
New
**$9.99**
Free shipping
Seller with a 100% positive feedback

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$28.87**
Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Massage Vibration Blackhead Remove
New
**$9.99**
Free shipping

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$24.74**
**Last one**

## Find more sponsored items

Feedback on our suggestions







Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$25.41**
Free shipping
**Last one**

Face Brush Vibration Silicone Massager LEDPhoton Electric Facial Cleansing Brush
**$40.02**
Free shipping
Seller with a 100% positive feedback

Electric Facial Cleansing Brush Silicone Vibration Face Massager Pore
New
**$9.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Face Massager Deep Clean Pores vibrate
New
**$17.49**
Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration
New
**$19.99**
Free shipping
Seller with a 100% positive feedback







Facial Cleansing Brush 3-In-1 Electric Silicone Face Scrubber Vibrating Massag
New
**$22.12**
Free shipping
**Last one**

Facial Cleansing Brush, Silicone Electric Massage Brush, Rechargeable
New
**$10.99**
Free shipping
Seller with a 100% positive feedback

Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
**$24.74**
Free shipping
**Last one**

Silicone Electric Facial Cleansing Brush Face Massage Vibration Blackhead Remove
New
**$9.99**
Free shipping

Skin Scrubber Kit LED Blackhead Remover Vibration Spatula Facial Massager Brush
New
**$45.99**
Free shipping
Seller with a 100% positive feedback







2 in 1 Electric Silicone Facial
Cleansing Brush Skin Care
Blackhead Remove pore

New

$19.99

Free shipping
Seller with a 100% positive feedback



Facial Cleansing Brush Silicone
Blackhead Remover Teal NEW

New

$10.18
$10.95 7% off
Free shipping
Top Rated Plus



Facial Cleansing Brush Electric
Massager Deep Cleanser Blackhead
Remover Tool

New

$11.99

Free shipping



Facial Cleansing Brush, 3-in-1
Electric Silicone Face Scrubber,
Vibrating Mas...

New

$26.89

Free shipping



Facial Cleansing Spin Brush Set
Blackhead Remover Acne Pore
Cleaner Beauty Tools

New

$18.99

Free shipping
22 sold



MEGAN Facial Cleansing Brush,USB
Rechargeble Electric Silicone Face
Scrubber,...

New

$25.37

Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing
Brush Skin Blackhead Removal Pore
Cleanser

New

$19.94
$20.99 5% off
Free shipping



Facial Cleansing Brush, 3-in-1
Electric Silicone Face Scrubber,
Vibrating Mas...

New

$26.89

Free shipping



Electric Facial Cleansing Brush
Silicone Vibration Face Massager
Pore

New

$8.99

Free shipping
Seller with a 100% positive feedback



Facial Cleansing Brush Waterproof,
for Blackhead Remover, Exfoliating
Pink NEW K

New

$19.93

+ $3.69 shipping
Seller with a 99% positive feedback



MEGAN Facial Cleansing Brush,USB
Rechargeble Electric Silicone Face
Scrubber,...

New

$23.56

Free shipping



Electric Facial Cleansing Brush
Vibration Skin Remove Blackhead
Pore Cleanser OB

New (Other)

$13.99

Free shipping
Top Rated Plus
Seller with a 100% positive feedback

Facial Cleansing Brush Waterproof,
for Blackhead Remover, Exfoliating
Pink

New

$11.99

Free shipping
Seller with a 99% positive feedback

Facial Cleansing Brush 360°Face
Clean Deep Pore Blackhead
Cleaning Face Massager

New

$39.51
$41.59 5% off
Free shipping

Facial Cleansing Brush, 3-in-1
Electric Silicone Face Scrubber,
Vibrating Mas...

New

$24.97

Free shipping
Seller with a 99% positive feedback

---

Back to home page                                                                                                 Return to top

More to explore :   Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Unbranded Electric Facial Brush Facial Cleansing Devices,
Vitagoods Electric Facial Brush Facial Cleansing Devices,   Avon Electric Facial Brush Facial Cleansing Devices,   Panasonic Facial Massager Facial Cleansing Devices,
FOREO Facial Massager Facial Cleansing Devices,   Unbranded Facial Massager Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

We Time Meets Me Time on a Disney
Cruise

AD  Disney Cruise Line          LEARN MORE

Save On Heart Meds Today

AD  GoodRx          CHECK GOODRX



**ebay** Checkout

How do you like our checkout? Give us feedback



## Pay with

○ Add new card

**VISA** Mastercard AMEX Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay **Google Pay**

### Ship to

████████████
Palm Beach, FL 33480
United States
████████████

Change

### Review item and shipping

Seller: watchbandspot   Message to seller

Electric Facial Cleansing Brush Silicone Vibration Massager Blackhead Remover
Color: MR662G
**$35.99**
Quantity 1

**Delivery**
Est. delivery: May 12 – Jul 11
Economy Shipping from Greater China to worldwide
Free

### Gift cards, coupons, eBay Bucks

Enter code:    Apply

### Donate to charity (optional) ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

| Subtotal (1 item) | $35.99 |
| --- | --- |
| Shipping | Free |
| Tax* | $2.52 |

**Order total**    **$38.51**

By placing your order, you agree to eBay's User Agreement and Privacy Notice

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# Watchbandspot

**100%** Positive feedback **180** Items sold **22** Followers

Contact Save Seller

electric facial cleansing brush silicone vibration massager blackhead

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **electric facial clea...** Save this search

Shipping to: 10025

Electric Facial Cleansing Brush Silicone Vibration Massager Blackhead Remover

Brand New

**$35.99**

Buy It Now

Free shipping

from China

watchbandspot (23) 100%

Tell us what you think

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Brand**

**Type**

**Main Purpose**

**Features**

**Condition**

New (2)

See all

**Buying Format**

All Listings (2)

Accepts Offers

Auction

Buy It Now (2)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

☐ Free Returns
☐ Returns Accepted
☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay    Shop by category ▾    | Search for anything    🔍 | All Categories ▾ | Search   Advanced

Sell    Watchlist ▾    My eBay ▾    🔔   🛒

‹ Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

Pay over time with PayPal Credit
Get 5.99% APR with 12 or 24 Easy Payments on eBay.
Ends 5/1, 11:59pm PT. Min. purchase required.

See terms



Hover to zoom



$ Have one to sell?  Sell now

## Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager

Condition: New

Color: Pink ▾

Quantity: 1    Last One

Price: **$48.99**

Buy It Now
Add to cart
♡ Add to Watchlist

↩ Breathe easy. Returns accepted.

Shipping: Free Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery: 🚚 Estimated between Fri, May 12 and Tue, Jul 11 ⓘ
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence
$ eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
watchbandspot (23 ⭐)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



Discover related items
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

---

## Similar sponsored items    See all ›

Feedback on our suggestions











Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.51 5% off
Free shipping
9 watchers

Elemis Pro-collagen Cleansing Balm - 3.05 oz
New
$30.00
0 bids
+ shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New (Other)
$34.99
Free shipping
Seller with a 100% positive feedback

Silicone Facial Cleansing Brush Waterproof Device Clean Massager Rechargeable
New (Other)
$35.00
+ $6.00 shipping
Last one

---

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions











**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
**$9.00**
+ shipping
Seller with a 100% positive feedback

**Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes**
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
**$9.22**
+ shipping
Top Rated Plus
Seller with a 100% positive feedback

**Automatic Chicken Coop Door Opener Light Sensor Automatic Chicken House Door US**
New
**$27.99**
Free shipping

**Automatic Chicken Coop Door Opener Light Sensor Control Auto Pet Door Waterproof**
New
**$27.59**
Free shipping
8 watchers

---

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 354424061405

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Main Purpose | Blackheads |
| Skin Type | All Skin Types | Power Source | Electric |
| Custom Bundle | No | Material | Silicone |
| MPN | 1445909561 | Number of Speeds | 1 |
| Brand | Unbranded | Type | Electric Facial Brush |
| Battery Life | 1 Hour | Manufacturer Warranty | None |
| Voltage | 12 V | Model | 1445909540 |
| Features | Lightweight | Country/Region of Manufacture | China |

## Item description from the seller

Taking Care of Time

### Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager

Item Type: Electric Facial Cleanser
Power Source: Electric
Number Of Pieces: One Unit
Material: Silicone
Feature: Facial Massager
Function: Facial Clean,Ems,Vibration Massage,Skin Mouisture



Taking Care of Time

Powered by   i-ways eBay Template Creator

Visit store

## Watchbandspot

100% Positive Feedback
180 Items sold

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Popular categories from this store    See all

Jewelry & Watches    Health & Beauty    Consumer Electronics

Home & Garden    Cell Phones & Accessories

Clothing, Shoes & Accessories    Computers/Tablets & Networking

eBay Motors    Cameras & Photo

### Seller feedback (24)

⊕ o***6 (431) · Past month

Arrived in good condition thank you

Stainless Steel Strap Folding Clasp Watch Accessory Fit For AP Royal Oak Series (#354243179290)

⊕ t***r (1749) · Past month

Good price fast delivery

⊕ z***t (46) · Past month

Will buy again in the future. Reliable seller.

See all feedback

---

### Explore related sponsored items



**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
$15.69
Free shipping
33 sold



**Women Sonic Facial Cleansing Brush Silicone Face Skin Massager Skin Care**
New
$13.79
Free shipping
5 watchers



**Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink**
New
$19.99
Free shipping
Seller with a 100% positive feedback



**Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager**
New
$15.17
$16.49 8% off
Free shipping

**Waterproof Sonic Facial Cleansing Brush Silicone Face Skin Massager for Women**
New
$15.59
Free shipping

El
So
Si
Ne

---

### Sponsored Items from Top Rated Sellers    See all ›

Feedback on our suggestions



**Sonic Electric Facial Cleansing Brush Silicone Mini Face Cleaner Skin Massager**
New
$55.99
Free shipping
Seller with a 100% positive feedback



**3 In 1 Silicone Electric Facial Cleansing Brush Face Massagers Sonic Rotating**
New
$49.99
Free shipping
Seller with a 100% positive feedback



**Electric Sonic Facial Cleaning Brushes Silicone Face Massager Lift Cleansing**
New
$34.99
Free shipping
Seller with a 100% positive feedback



**Electric Facial Cleansing Brush Silicone Face Pore Deep Cleaning Skin Cleanser**
New
$38.99
Free shipping
Seller with a 100% positive feedback



**Electric Face Cleanser Brush Facial Skin Care Wash Sonic Vibration Massage Tool**
New
$43.99
Free shipping
Se

El
Br
Po
Ne

---

### People who viewed this item also viewed





Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping
Last one

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
9 watchers

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.19
Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.55
Free shipping

## Find more sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New (Other)
$34.99
Free shipping
Seller with a 100% positive feedback



Cleansing Facial Brush Ultrasonic Electric Silicone Face Skin Cleaner Massager
New
$33.90
Free shipping
Last one



Sonic Facial Cleansing Brush electric, Waterproof, Skin Massager, Heating mode
New
$43.99
+ shipping
Seller with a 100% positive feedback

Cleansing Facial Brush Ultrasonic Electric Silicone Face Skin Cleaner Massager
New
$33.90
Free shipping



OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
$32.99
Free shipping
Seller with a 99.3% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Silicone Massager
New
$7.49
Free shipping
Last one

Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager
New
$48.99
Free shipping
Seller with a 100% positive feedback

 

Facial Cleansing Brush Face Massager Electric w/soft silicone waterproof sonic
New
$40.00
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$9.00
+ shipping
Seller with a 100% positive feedback



Facial Cleansing Brush Face Massager Electric: with Soft Silicone, Waterproof
New
$19.99
Free shipping
Buy 1, get 1 5% off

Ultrasonic Facial Cleansing Brush New Device Eye Massager Silicone Face Massager
New
$29.99
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$12.19
Free shipping
21 sold

Sonic Facial Cleansing Brush, Waterproof Electric Face Cleansing Brush Device
New (Other)
$29.16
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager
New
$23.74
$24.99 5% off
Free shipping
Top Rated Plus



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New



Electric Sonic Facial Cleansing Brush Face Cleaning Tool Exfoliating Skin Care
New

$12.93
~~$13.61~~ 5% off
Free shipping
**9 watchers**

$7.89
Free shipping
**Last one**

$7.55
Free shipping

$7.85
Free shipping

$22.55
~~$23.74~~ 5% off
Free shipping
Top Rated Plus







Sonic Electric Facial Cleansing Brush Silicone Mini Face Cleaner Skin Massager
New
**$55.99**
Free shipping
Seller with a 100% positive feedback

Sonic Electric Facial Cleansing Brush Silicone Mini Face Cleaner Skin Massager
New
**$55.99**
Free shipping
Seller with a 100% positive feedback

Sonic Face Brush, Facial Cleansing Silicone 1 Count (Pack of 1)
New
**$41.65**
Free shipping

Sonic Face Brush, Sonic Facial Cleansing Brush, Silicone Face Exfoliator Brus...
New
**$42.29**
Free shipping
Seller with a 100% positive feedback

Electric Face Cleansing Brush Facial Skin Care Wash Sonic Vibration Massage Tool
New
**$43.99**
Free shipping
Seller with a 100% positive feedback

---

Back to home page

Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   Unbranded Skin Facial Cleansing Brushes,
Clinique Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices,   Silk'n Electric Facial Brush Facial Cleansing Devices

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice





**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

▉▉▉▉▉
Boca Raton, FL 33433
United States
▉▉▉▉▉

Change

**Review item and shipping**

Seller: watchbandspot   Message to seller

Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager
Color: Pink
**$48.99**
Quantity 1

Delivery
Est. delivery: May 12 – Jul 11
Economy Shipping from Greater China to worldwide
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

---

| Subtotal (1 item) | $48.99 |
|---|---|
| Shipping | Free |
| Tax* | $3.43 |

**Order total** **$52.42**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with *PayPal***

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# Watchbandspot

WATCHBANDSPOT

**100%** Positive feedback **180** Items sold **22** Followers

Contact Save Seller

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Color**

Pink (2)

Blue (1)

**Brand**

**Type**

**Features**

**Main Purpose**

**Condition**

New (3)

See all

**Buying Format**

All Listings (3)

Accepts Offers

Auction

Buy It Now (3)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

ultrasonic facial cleansing brush silicone electric sonic face skin mas ×

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **ultrasonic facial cl...** Save this search

Shipping to: 10025

Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager

Brand New

**$48.99**

Buy It Now

Free shipping

from China

watchbandspot (23) 100%

Tell us what you think

Zip code
10025
→

**Show only** ⌃

☐ Free Returns
☐ Returns Accepted
☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

See all

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 304

Marketplace: eBay

Seller Name: wenfindsmore








# ebay

Shop by category

Search for anything | All Categories | Search

Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition: **New**

Price: **$9.00**

**Buy It Now**

**Add to cart**

Best Offer: **Make offer**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

**Ships from United States**

Shipping:  US $6.40 Standard Shipping. See details
Located in: Houston, Texas, United States

Delivery:  Estimated between **Tue, Mar 14** and **Sat, Mar 18** to 33133 ⓘ

Returns:  Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
wenfindsmore (123 ★)
100% Positive feedback

♡ Save Seller
Contact seller
See other items



**Discover related items**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

Visit store

$ Have one to sell?  Sell now

---

### Similar sponsored items

Feedback on our suggestions







Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
**$9.95**
Free shipping
74 sold

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller 100% positive

New Therabody TheraFace PRO Facial Massager - Black
New
**$8.50**
10 bids
+ $10.00 shipping
Top Rated Plus
Seller 100% positive

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping

Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
**$13.95**
Free shipping
Seller 99.9% positive

---

### Sponsored items inspired by your views

Feedback on our suggestions







Ultrasonic Electric Silicone Facial

Facial Cleansing Brush, Sonic

Facial Cleansing Brush, Waterproof

Facial Cleansing Brush Silicone

Facial Cleansing Brush Waterproof

Cleansing Brush Sonic Face | Silicone Scrubber, Face Vibrating | Sonic Vibrating Face Brush for | Sonic Waterproof Rechargeable | Silicone Sonic Face Brush
Massager, Pink | Massager | Deep Cleansing | Massager Electric | Handheld Cleaning

New | New | New | New | New
**$19.99** | **$6.00** | **$19.99** | **$69.37** | **$33.37**

Free shipping | + $5.85 shipping | Free shipping | + $79.87 shipping | Free shipping
Seller 100% positive | Top Rated Plus | | | Seller 100% positive
| 5 watchers | | |

---

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jan 24, 2022 12:07:36 PST View all revisions

eBay item number: 304304636313

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Non-Domestic Product: | No |
| Main Purpose: | Acne, Blackheads, Clogged Pores, Excessive Oil, Wrinkles | Skin Type: | All Skin Types |
| Power Source: | Electric | Size: | 76.2*80.5mm |
| Custom Bundle: | No | Material: | Silicone |
| MPN: | Does not apply | Applicable Regions: | Face |
| Modified Item: | No | Brand: | Essentail skincare |
| Size Type: | Travel Size | Type: | Facial Massager |
| Battery Life: | 2 Months | Manufacturer Warranty: | 3 months |
| Model: | Electric Face Cleansing Brush | Features: | Rechargeable, Lightweight, Waterproof, Hypoallergenic, Travel-Friendly |

## Item description from the seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager.



### wenfindsmore

100% Positive Feedback
259 Items sold

**Visit profile**

Contact

#### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

Seller feedback (85)

l***e (1113) • Past month
Super Service! Many Thanks! :)
Goop Beauty GOOPGENES NOURISHING HAND CREAM 50ml/1.7 fl oz NWT (#304778396769)

7***8 (18) • Past month
A wonderful movie! Thank you!
Uprising Leelee Sobieski Hank Azaria 2 DISC SET DVD New Sealed Emmy Nomination (#304742705841)

a***7 (104) • Past month
Fast delivery, and just as described. Thanks !
Torvill and Dean the Path to Perfection NEW SEALED VHS Free USA Shipping HBO (#304598269575)

See all feedback

### Influenced by recent sponsored views







**Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink**
New
**$19.99**
Free shipping
Seller 100% positive

**Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager**
New
**$6.00**
+ shipping
🔵 Top Rated Plus
5 watchers

**Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing**
New
**$19.99**
Free shipping

**Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New**
New
**$9.95**
Free shipping
74 sold

**Facial Cleansing Brush Sonic Waterproof Adjustable Speeds Cleansing Brush**
New
**$9.99**
Free shipping

### Related sponsored items







**Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager**
New
**$19.98**
Free shipping
Seller 100% positive

**Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New**
New
**$9.95**
Free shipping
74 sold

**Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B**
New
**$13.95**
Free shipping
Seller 99.9% positive

**Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
**$7.49**
Free shipping

**Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager**
New
~~$13.61~~ 5% off
Free shipping
6 watchers

### Explore related sponsored items







**USB Electric Sonic Face Cleansing Silicone Brush Facial Skin Cleaner Massager**
New
**$9.47**
~~$9.97~~ 5% off
Free shipping

**Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink**
New
**$19.99**
Free shipping
Seller 100% positive

**Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager**
New
**$7.50**
+ shipping
🔵 Top Rated Plus
Seller 99.3% positive

**ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage**
New
**$13.99**
Free shipping
Seller 100% positive

**Electric Blackhead Remover Facial Vacuum Pore Suction Acne Pimple Cleaner Tool**
New
**$11.85**
Free shipping
30 sold

### People who viewed this item also viewed






**Electric Face Cleansing Brush Ultra**

**Ultrasonic Silicone Electric Facial**

**Electric Face Cleansing Brush Ultra**

**Silicone Electric Face Cleansing**

**Silicone Electric Face Cleansing**

Sonic Facial Skin Silicone Cleaner Massager

New

$7.49

Free shipping

---

Cleansing Brush Sonic Face Cleanser Massager

New

$12.25

~~$12.89~~ 5% off
Free shipping

---

Sonic Facial Skin Cleaner Massager Silicone

New

$7.85

Free shipping

---

Brush Ultra Sonic Facial Skin Cleaner Massager

New

$8.89

~~$9.99~~ 11% off
+ shipping
Top Rated Plus

---

Brush Sonic Facial Skin Heated Massager

New

$19.98

Free shipping
Seller 100% positive

---

## Find more sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

$19.98

Free shipping
Seller 100% positive



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

$7.49

Free shipping



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

$12.19

Free shipping
21 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$12.93

~~$13.51~~ 5% off
Free shipping
6 watchers



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

$12.19

Free shipping
21 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$13.19

~~$20.18~~ 53% off
Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone

New

$7.85

Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone

New

$7.89

Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$12.85

~~$13.53~~ 5% off
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$13.19

Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$12.85

~~$13.53~~ 5% off
Free shipping



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

$8.54

~~$9.09~~ 6% off
Free shipping
28% off 7+ with coupon



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner

New

$13.98

Free shipping
Last one



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager US

New

$9.01

~~$9.59~~ 6% off
Free shipping
29% off 9+ with coupon



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

$8.89

~~$9.99~~ 11% off
+ shipping
Top Rated Plus



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$12.25

~~$12.89~~ 5% off
Free shipping



2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager

New

$23.74

~~$24.99~~ 5% off
Free shipping
Top Rated Plus



Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use

New

$13.10

Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

$13.39

~~$14.09~~ 5% off
Free shipping

Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner

New

$13.98

Free shipping

    

**Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager**
New
**$13.39**
~~$14.09~~ 5% off
Free shipping

**Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use**
New
**$13.10**
Free shipping

**Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager**
New
**$14.16**
Free shipping

**Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager**
New
**$14.27**
Free shipping

**Silicone Electric Facial Cleansing Brush Face Massage Vibration Blackhead Remove**
New
**$9.99**
Free shipping

---

Back to home page

Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,   Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,   Clinique Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices,   Silk'n Electric Facial Brush Facial Cleansing Devices

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# wenfindsmore

**100%** Positive feedback (123) **259** Items sold **6** Followers

Visit profile Contact Save

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Type**

**Features**

**Main Purpose**

**Manufacturer Warranty**

**Condition**

New (1)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 33133

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 33133

**Show only**

silicone electric face cleansing brush ultra sonic facial skin cleaner m

Buying Format | Condition | Shipping | Local | Best Match

1 result for **silicone electric fa...** Save this search Shipping to: 33133

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Brand New

**$9.00**

or Best Offer

+$6.40 shipping

- [ ] Free Returns
- [ ] Returns Accepted
- [ ] Authorized Seller
- [ ] Completed Items
- [ ] Sold Items
- [ ] Deals & Savings
- [ ] Authenticity Guarantee

See all

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA  MasterCard  AMEX  Discover

◉ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▬▬▬▬▬▬
Miami, FL 33133-2709
United States
Change

**Review item and shipping**

Seller: wenfindsmore   Message to seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
**$9.00**
Quantity 1

**Delivery**
Est. delivery: Mar 14 – Mar 18
USPS First Class
**$6.40**

**Gift cards, coupons, eBay Bucks**

Enter code:                    Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

---

Subtotal (1 item)          $9.00
Shipping                   $6.40
Tax*                       $1.08

**Order total            $16.48**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ






Daily Deals   Brand Outlet   Help & Contact

Shop by category

Search for anything          All Categories          Search          Advanced

Sell   Watchlist   My eBay

< Back to home page | Listed in category:   Health & Beauty  >  Skin Care  >  Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

$ Have one to sell?   Sell now

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition:   New

Price:  **$9.00**

**Buy It Now**

**Add to cart**

Best Offer:   **Make offer**

♡ Add to Watchlist

Additional service available

☐ **3-year protection plan** from Allstate - $1.99


Fast and reliable. Ships from United States.

Delivery:   Varies

Returns:   Seller does not accept returns. See details

Payments:   PayPal   GPay   VISA   MasterCard   American Express   Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

#### Seller information

wenfindsmore (125 ★)
100% positive feedback

Save seller
Contact seller
See other items



**Explore a related Store**
278K items sold

eaudeluxe
In eBay Stores
Sponsored

Shop now

---

### Similar sponsored items

Feedback on our suggestions


Silicone Electric Face Cleansing Brush Face Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback


Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping
6 watchers


Proactiv Pore Cleansing Charcoal Infused Brush
New
$11.30
0 bids
+ shipping
Seller with a 100% positive feedback


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
9 watchers

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
$6.99
Free shipping
Seller with a 99.4% positive feedback

---

### Sponsored items customers also bought

Feedback on our suggestions


Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New

$12.93

$13.61 5% off
Free shipping
9 watchers

$12.89

Free shipping



**About this item**   **Shipping, returns & payments**                                   Report this item

Seller assumes all responsibility for this listing.
Last updated on Jan 24, 2022 12:07:36 PST   View all revisions                    eBay item number: 304304636313

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Non-Domestic Product | No |
| Main Purpose | Acne, Blackheads, Clogged Pores, Excessive Oil, Wrinkles | Skin Type | All Skin Types |
| Power Source | Electric | Size | 76.2*80.5mm |
| Custom Bundle | No | Material | Silicone |
| MPN | Does not apply | Applicable Regions | Face |
| Modified Item | No | Brand | Essentiald skincare |
| Size Type | Travel Size | Type | Facial Massager |
| Battery Life | 2 Months | Manufacturer Warranty | 3 months |
| Model | Electric Face Cleansing Brush | Features | Rechargeable, Lightweight, Waterproof, Hypoallergenic, Travel-Friendly |

## Item description from the seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager.



### wenfindsmore

100% Positive Feedback
262 Items sold

Seller's other items

Contact

♡ Save seller

#### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

#### Seller feedback (86)

➕ l***e (1118) • Past 6 months
**Super Service! Many Thanks! :)**
Gooo Beauty GOOPGENES NOURISHING HAND CREAM 50ml/1.7 fl oz NWT (#304778396749)

➕ 7***8 (44) • Past 6 months
**A wonderful movie! Thank you!**
Uprising Leelee Sobieski Hank Azaria 2 DISC SET DVD New Sealed Emmy Nomination (#304742705841)

➕ a***7 (158) • Past 6 months
**Fast delivery, and just as described. Thanks !**
Torvill and Dean the Path to Perfection NEW SEALED VHS Free USA Shipping HBO (#304591269675)

See all feedback

**Influenced by recent sponsored views**





Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
~~$9.98~~ 10% off
Free shipping
🔵 Top Rated Plus

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleaner Massager
New
**$12.93**
~~$13.61~~ 5% off
Free shipping
9 watchers

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers

Si El M

Ne
$
Fr
67

## Related sponsored items







HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
🔵 Top Rated Plus
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers

5in1 Electric Face Facial Cleaner Brushes Deeply Cleansing Massager Scrubber
New
**$6.99**
~~$12.99~~ 46% off
Free shipping
58 sold

Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face
New
**$8.51**
Free shipping

Si Br M

Ne
$
Fr
21

## Explore related sponsored items







Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
~~$9.98~~ 10% off
Free shipping
🔵 Top Rated Plus

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
~~$12.99~~ 46% off
Free shipping
53 sold

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$17.59**
Free shipping
5 watchers

ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
**$13.99**
Free shipping
Seller with a 100% positive feedback

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$7.99**
Free shipping
10 watchers

El Br M

Ne
$
(Si
+ S
17

## People who viewed this item also viewed







Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleaner Massager
New
**$12.93**
~~$13.61~~ 5% off
Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
6 watchers

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleaner Massager
New
**$12.89**
Free shipping

Silicone Cleanser Brush Face Massager Sonic Electric Waterproof Pink
New
**$11.39**
~~$11.99~~ 5% off
Free shipping

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$12.89**

El Br M

Ne
$
Fr

Find more sponsored items

Feedback on our suggestions



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.93**

$13.61 5% off

Free shipping

9 watchers



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager

New

**$19.98**

Free shipping

Seller with a 100% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

**$7.49**

Free shipping

6 watchers



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

**$12.19**

Free shipping

21 sold



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool

New

**$12.89**

Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$12.89**

Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

**$7.29**

Free shipping



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager

New

**$12.19**

Free shipping

21 sold



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$13.19**

$28.18 53% off

Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone

New

**$7.89**

Free shipping



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner

New

**$13.98**

Free shipping

Last one



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

**$6.99**

Free shipping

Seller with a 99.4% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

**$7.55**

Free shipping



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner

New

**$13.98**

Free shipping



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B

New

**$13.95**

Free shipping

Seller with a 99.9% positive feedback



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

**$8.54**

$9.09 6% off

Free shipping

28% off 8+ with coupon



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager

New

**$13.19**

Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone

New

**$7.85**

Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$9.22**

+ shipping

Top Rated Plus

Seller with a 100% positive feedback



Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use

New

**$13.10**

Free shipping




Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use

New

**$13.10**

Free shipping

ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage

New

**$13.99**

Free shipping
Seller with a 100% positive feedback

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager

New

**$6.00**

+ shipping
Top Rated Plus
**6 watchers**

SNEGDO Silicone Facial Cleanser

New

**$17.99**

$19.99 10% off
Free shipping
Top Rated Plus

2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager

New

**$23.74**

$24.99 5% off
Free shipping
Top Rated Plus

---

Back to home page

Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Facial Massager Facial Cleansing Devices,   Unbranded Skin Facial Cleansing Brushes,
Clinique Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Silk'n Electric Facial Brush Facial Cleansing Devices,   FOREO All Skin Types Electric Facial Brush Facial Cleansing Devices

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# wenfindsmore

**100%** Positive feedback (125) **262** Items sold **6** Followers

Visit profile Contact Save

silicone electric face cleansing brush ultra sonic facial skin cleaner m

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **silicone electric fa...** Save this search

Shipping to: 08014

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Brand New

**$9.00**

or Best Offer

+$6.45 shipping

wenfindsmore (125) 100%

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Type**

**Features**

**Main Purpose**

**Manufacturer Warranty**

**Condition**

- New (1)

See all

**Buying Format**

- All Listings (1)
- Accepts Offers (1)
- Auction
- Buy It Now (1)

**Item Location**

- Default
- Within

Radius 25 mi of

Zip code 08014

- US Only
- North America
- Worldwide

**Shipping Options**

- Free Shipping

**Local Pickup**

- Free Local Pickup

Within

Radius 25 mi of

Zip code 08014

**Show only**

☐ Free Returns
☐ Returns Accepted
☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

See all

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  MasterCard  American Express  Discover

◉ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████
Miami, FL 33133-2709
United States
████████
Change

**Review item and shipping**

Seller: wenfindsmore    Message to seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
**$9.00**
Quantity 1

**Delivery**
Est. delivery: Apr 22 – Apr 27
USPS First Class
**$6.40**

**Gift cards, coupons, eBay Bucks**

Enter code:      [Apply]

**Donate to charity (optional)** ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

---

Subtotal (1 item)          $9.00
Shipping                   $6.40
Tax*                       $1.08

**Order total          $16.48**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

ebay

Shop by category

Search for anything — All Categories — Search — Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist








Hover to zoom

$ Have one to sell?   Sell now

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Condition: New

Price: **$9.00**

[ Buy It Now ]

[ Add to cart ]

Best Offer: [ Make offer ]

[ ♡ Add to Watchlist ]

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 Fast and reliable. Ships from United States.

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments:    

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
wenfindsmore (120 ⭐)
100% positive feedback

Save seller
Contact seller
See other items



2023 MAZDA CX-30
THE MAZDA CX-30 WITH MAZDA CONNECTED SERVICES (3-year trial)
DISCOVER MORE

---

### Similar sponsored items    See all >

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.61 5% off
**$12.93**
Free shipping
9 watchers

NEW belif Hydrators-On-The-Go 5 Piece Moisturizing Facial Skin Care Kit
New
**$9.95**
1 bid
+ $1.95 shipping
Seller with a 99.4% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
Last one

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.89**
Free shipping
Last one

---

### Sponsored items inspired by your views    See all >

Feedback on our suggestions



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New



Automatic Chicken Coop Door Opener Light Sensor Automatic Chicken House Door US
New

Automatic Chicken Coop Door Opener Light Sensor Control Auto Pet Door Waterproof
New



NEW AUTOMATIC Opener Chicken Coop Sunlight Sensor+Timer AUTO Opener&Closer Chick
New

$24.99                    $9.22               $27.99              $27.99              $25.99              $
Free shipping             + shipping          Free shipping       Free shipping       Free shipping       86
Seller with a 100% positive feedback    Top Rated Plus                               8 watchers          Seller with a 100% positive feedback    Fr
                          Seller with a 100% positive feedback                                                                               14

---

**About this item**    **Shipping, returns & payments**                                                                    Report this item

Seller assumes all responsibility for this listing.

Last updated on Jan 24, 2022 12:07:36 PST  View all revisions                                        eBay item number:  304304636313

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Non-Domestic Product | No |
| Main Purpose | Acne, Blackheads, Clogged Pores, Excessive Oil, Wrinkles | Skin Type | All Skin Types |
| Power Source | Electric | Size | 76.2*80.5mm |
| Custom Bundle | No | Material | Silicone |
| MPN | Does not apply | Applicable Regions | Face |
| Modified Item | No | Brand | Essentailll skincare |
| Size Type | Travel Size | Type | Facial Massager |
| Battery Life | 2 Months | Manufacturer Warranty | 3 months |
| Model | Electric Face Cleansing Brush | Features | Rechargeable, Lightweight, Waterproof, Hypoallergenic, Travel-Friendly |

## Item description from the seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager.



### wenfindsmore

100% Positive Feedback
264 Items sold

Visit shop

Contact

♡ Save seller

**Detailed seller ratings**
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 4.8 |
| Reasonable shipping cost | ▬▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬▬ | 5.0 |
| Communication | ▬▬▬▬ | 4.9 |

**Seller feedback** (86)

➕ j***e (1118) • Past 6 months

Super Service! Many Thanks! :)

Goop Beauty GOOPGENES NOURISHING HAND CREAM 50ml/1.7 fl oz NWT (#304778396749)

➕ 7***8 (46) • Past 6 months

A wonderful movie! Thank you!

Uprising Leelee Sobieski Hank Azaria 2 DISC SET DVD New Sealed Emmy Nomination (#304742705841)

➕ a***7 (166) • Past 6 months

Fast delivery, and just as described. Thanks !

Torvill and Dean the Path to Perfection NEW SEALED VHS Free USA Shipping HBO (#304598269675)

See all feedback

**Influenced by recent sponsored views**

   

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.22**
+ shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
~~$9.09~~ 6% off
**$8.54**
Free shipping
5 watchers

Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
**$12.19**
Free shipping
21 sold

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
Last one

### Explore related sponsored items

    

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$15.69**
Free shipping
33 sold

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
~~$12.99~~ 46% off
**$6.99**
Free shipping
55 sold

Women Sonic Facial Cleansing Brush Silicone Face Skin Massager Skin Care
New
**$13.79**
Free shipping
5 watchers

ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage
New
**$13.79**
Free shipping
Seller with a 100% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
~~$9.98~~ 10% off
**$8.98**
Free shipping
Top Rated Plus

### Related sponsored items

    

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$15.69**
Free shipping
33 sold

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
Last one

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
~~$9.98~~ 10% off
**$8.98**
Free shipping
Top Rated Plus

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
~~$13.61~~ 5% off
**$12.93**
Free shipping
9 watchers

### People who viewed this item also viewed

    

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.99**
Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping

Silicone Facial Cleanser Brush Face Massager Sonic Electric Waterproof Pink
New
~~$11.99~~ 5% off
**$11.39**
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
~~$13.61~~ 5% off
**$12.93**
Free shipping

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping

Find more sponsored items

Feedback on our suggestions



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.49
Free shipping
Last one



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$12.19
Free shipping
21 sold



Ultrasonic Silicone Electric Face Cleansing Brush Sonic Face Cleaner Massager
New
$12.93
$13.61 5% off
Free shipping
9 watchers



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ shipping
Top Rated Plus
6 watchers



Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager
New
$12.19
Free shipping
21 sold



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
$6.99
Free shipping
Seller with a 99.4% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
$7.89
Free shipping
Last one



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$7.99
Free shipping
71 sold



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$7.55
Free shipping



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
$13.95
Free shipping
Seller with a 99.9% positive feedback



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
$8.54
$9.09 6% off
Free shipping
5 watchers



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleaner Massager
New
$13.19
$28.10 53% off
Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
$7.85
Free shipping



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
$13.98
Free shipping



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
$13.98
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.19
Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$9.22
+ shipping
Top Rated Plus
Seller with a 100% positive feedback



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ shipping



Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use
New
$13.10
Free shipping







Mini Electric Facial Cleansing Brush Silicone Sonic Face Pore Cleaner Home Use

New

**$13.10**

Free shipping

ARELLA - Electric Silicone Facial Cleansing Brush Face Cleaner Skin Care Massage

New

**$13.99**

Free shipping
Seller with a 100% positive feedback

Electronic Face Brush Silicone Waterproof Skin Care Facial Exfoliate Massager

New

**$14.99**

Free shipping
Top Rated Plus

2 in1 Face Cleaner Waterproof Electric Facial Brush Skin Care Cleansing Massager

New

~~$24.99~~ 5% off
Free shipping
Top Rated Plus

FOREO LUNA Play Sonic Face Cleansing Device and Massager choose the color

New

**$31.04**

Free shipping
Top Rated Plus
83 sold

---

Back to home page

Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,
Clinique Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices,   Silk'n Electric Facial Brush Facial Cleansing Devices

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Save On Heart Meds Today

AD   GoodRx                    CHECK GOODRX



**Pay with**

○ Add new card

● *PayPal*

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller: wenfindsmore    Message to seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
**$9.00**
Quantity 1

**Delivery**
Est. delivery: Apr 29 – May 4
USPS First Class
$6.40

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

**Donate to charity (optional)** ⓘ

Soles4Souls, Inc.

Donate to help Soles4Souls provide shoes to children experiencing homelessness. Every donation goes towards a pair of new branded sneakers 4EveryKid. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None ⌄

---

How do you like our checkout? Give us feedback

| Subtotal (1 item) | $9.00 |
| Shipping | $6.40 |
| Tax* | $1.08 |

**Order total** **$16.48**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.
*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

## wenfindsmore

**100%** Positive feedback (125) **264** Items sold **6** Followers

Visit profile Contact Save

silicone electric face cleansing brush ultra sonic facial skin cleaner m

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **silicone electric fa...** Save this search

Shipping to: 10025

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

Brand New

**$9.00**

or Best Offer

+$6.55 shipping

wenfindsmore (125) 100%

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Type**

**Features**

**Main Purpose**

**Manufacturer Warranty**

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

- Free Returns
- Returns Accepted
- Authorized Seller
- Completed Items
- Sold Items
- Deals & Savings
- Authenticity Guarantee

See all

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 305

Marketplace: eBay

Seller Name: wisithuru_product

eBay stands with Türkiye and Syria
Help us support to those impacted by the crisis.
How to donate



### Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Washing Skin

Condition: New

Price: **$19.99**

**Buy It Now**

**Add to cart**

Best Offer: **Make offer**

♡ Add to Watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: US $4.99 Economy Shipping. See details
Located in: New York, New York, United States

Delivery: 📦 Estimated between Sat, Mar 11 and Wed, Mar 15 ⓘ
Includes **4 business days** handling time after receipt of cleared payment.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal GPay VISA Mastercard AMEX Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

🇪🇺 Earn up to 5x points when you use your eBay Mastercard®. Learn more

Tips: Power supp[Hover to zoom]ery (not included)

$ Have one to sell? | Sell now



Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

Seller information
wisithuru_product (15 ⭐)
75% Positive feedback

♡ Save Seller
Contact seller
Visit store
See other items



**Shop a related Store**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored

**Shop now**

---

Similar sponsored items    See all >

Feedback on our suggestions



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
$9.95
Free shipping
72 sold



Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
$23.67
Free shipping
Seller 100% positive



Sunday Riley C.e.o. C + E Micro-dissolve Cleansing Oil FULL SIZE 3.4 oz NEW
New
$8.50
6 bids
Free shipping
Seller 99.8% positive



Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
$28.99
Free shipping
Seller 100% positive



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$10.56
Free shipping
Seller 100% positive

Sponsored items inspired by your views    See all >

Feedback on our suggestions







Chemical Guys HOL126 14-Piece Arsenal Builder Car Wash Kit with Foam Gun, Bucket
New
**$89.99**
+ $49.99 shipping

Blue Grit Guard - Bucket Dolly
New
**$43.50**
Free shipping

Chemical Guys HOL126 14-Piece Arsenal Builder Car Wash Kit with Foam Gun,Bucket
New
**$109.99**
Free shipping

Chemical Guys Cyclone Dirt Trap Car Wash Bucket Insert - Black
New
**$179.88**
Free shipping
Top Rated Plus
Seller 100% positive

Chemical Guys Cyclone Dirt Trap Car Wash Bucket Insert - Red
New
**$179.88**
Free shipping
Top Rated Plus
Seller 100% positive

---

**About this item** | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Dec 18, 2022 22:35:47 PST  View all revisions

eBay item number:  134372444195

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Features: | Mini Facial Washing Massager Brush, Sonic Face Cleanser Cleansing Massager, Electric Facial Cleansing Brush |
| Manufacturer Warranty: | N/A | MPN: | N/A |
| Power Source: | Electric | Material: | ABS+silicone |
| Skin Type: | All Skin Types | Model: | B-LMH210917 |
| Main Purpose: | Blackheads | Brand: | Unbranded |
| Battery Life: | 3 Hours | Type: | Electric Facial Brush |

## Item description from the seller

### Welcome To Our eBay Fashion Store....!

**Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Cleanser Deep Pores Blackhead Cleaning Washing Skin**

**Massager**

_____

### Item Specifics

- Brand Name: foreverlily
- Power Source: Electric
- Origin: Mainland China
- Commodity Quality Certification: ce
- Type: Ultrasonic Vibration Facial Cleansing Massager
- Function: Facial Clean

---



**wisithuru_product**
75% Positive Feedback
27 Items sold

Visit store

Contact

Popular categories from this store  See all

Seller feedback (6)



Other

s***j (81) • Past 6 months

I love it. Its on the wall next to my desk....great price!

u***e (731) • Past year

Thank you!! A++ - exactly as described!

f***n (192) • Past year

There is no silver fabric in the cap lining. It is just a small child's baseball cap . It was advertised as EMF protection. There is no proof or documentation statement about the materials or effectiveness of the product.

See all feedback

## Influenced by recent sponsored views







| | | | | |
|---|---|---|---|---|
| Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone | Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US | GRIT GUARD CAR WASH BUCKET HEAVY DUTY INSERT BLACK DIRT SEPARATOR | Waschelmer 20 Liter Schmutzsieb Eimereinsatz + Doppelter Eimerwagen \|WASH RINSE\| |
| New | New | New | New | New |
| $7.49 | $7.89 | $10.99 | $7.99 | $6.88 |
| Free shipping | Free shipping | Free shipping | + $4.99 shipping | + shipping |
| | | Top Rated Plus | Top Rated Plus | 41 sold |
| | | 9 watchers | 57 sold | |

## Explore related sponsored items







| | | | | |
|---|---|---|---|---|
| Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing | Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager | Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage | Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating Scrubber | Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone |
| New | New | New | New | New |
| $19.99 | $15.17 | $8.98 | $17.93 | $16.99 |
| Free shipping | $16.49 8% off | $9.98 10% off | Free shipping | Free shipping |
| | Free shipping | Free shipping | Top Rated Plus | |
| | | Top Rated Plus | 8 watchers | |

## Related sponsored items







Silicone Face Cleansing Electric ... | Handheld Electric Facial Cleansing ... | Facial Cleansing Brush, 3-in-1 ... | Ultrasonic Electric Silicone Facial ... | Facial Body Cleansing Brush 3-in-1 ...

Brush Ultrasonic Skin Scrubber
Cleaner Massager

New

$15.17

~~$16.49~~ 8% off
Free shipping

Brush Tool Waterproof Silicone
Cleansing New

New

$9.95

Free shipping
72 sold

Electric Silicone Face Cleaning
Vibrating Massager

New

$23.67

Free shipping
Seller 100% positive

Cleansing Brush Skin Care
Massager, Pink

New

$19.99

Free shipping
Seller 100% positive

Waterproof Deep Face
Exfoliating Scrubber

New

$17.93

Free shipping
Top Rated Plus
8 watchers

Br
Cl

Ne

$2

Fr

## People who viewed this item also viewed



Ultrasonic Electric Silicone Face
Cleansing Device Wash Brush Pore
Skin Massager

New

$13.20

Free shipping
Seller 100% positive



Ultrasonic Face Brush Electric
Silicone facial cleansing brushes
Vibrating Face

New

$9.99

Free shipping
Seller 100% positive



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New

$13.19

Free shipping



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New

$12.93

~~$13.61~~ 5% off
Free shipping
6 watchers



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New

$12.25

~~$12.89~~ 5% off
Free shipping

Br
Si
W

$
Fr

## Find more sponsored items

<span style="float:right">Feedback on our suggestions</span>



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New

$12.93

~~$13.61~~ 5% off
Free shipping
6 watchers



Silicone Electric Face Cleansing
Brush Ultra Sonic Facial Skin Cleaner
Massager

New

$9.00

+ shipping
Seller 100% positive



Facial Cleansing Brush Ultrasonic
Silicone Face Cleaner Deep Pore
Cleaning Skin

New

$21.38

Free shipping
Last one



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New

$13.19

~~$28.18~~ 53% off
Free shipping



2 in1 Face Cleaner Waterproof
Electric Facial Brush Skin Care
Cleansing Massager

New

$23.74

~~$24.99~~ 5% off
Free shipping
Top Rated Plus



New Electric Face Cleansing
Vibration Massage Brush Facial Skin
Care Wash Sonic

New

$29.99

Free shipping
Seller 100% positive



Facial Cleansing Brush Silicone
Electric Face Scrubber and Cleanser

New

$25.99

Free shipping
Last one



Silicone Electric Facial Cleansing
Brush Face Massage Vibration
Blackhead Remove

New

$9.99

Free shipping



Electric Face Cleansing Brush Ultra
Sonic Facial Skin Silicone Cleaner
Massager

New

$7.49

Free shipping



Electric Sonic Facial Cleansing Brush
Face Cleaning Tool Exfoliating Skin
Care

New

$22.55

~~$23.74~~ 5% off
Free shipping
Top Rated Plus



Facial Cleansing Brush Ultrasonic
Silicone Face Cleaner Deep Pore
Cleaning Skin



Facial Cleansing Brush Face
Scrubber: Electric Sonic Vibration
Face Brush for...



Silicone Electric Face Cleansing
Brush Facial Skin Cleaner Cleaning
Massager



Ultrasonic Face Brush Electric
Silicone facial cleansing brushes
Vibrating Face



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New
**$21.38**
Free shipping
Seller 99.5% positive

**$19.15**
Free shipping
Seller 100% positive

**$12.19**
Free shipping
21 sold

**$9.99**
Free shipping
Seller 100% positive

**$13.19**
Free shipping



Facial Cleansing Brush, 3-in-1 Waterproof Ultrasonic Rechargeable Electric Face
New
**$16.44**
Free shipping
Seller 100% positive



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.85**
Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.89**
Free shipping



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J
New
**$13.59**
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.85**
~~$13.53~~ 5% off
Free shipping



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.85**
~~$13.53~~ 5% off
Free shipping



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager US
New
**$9.01**
~~$9.59~~ 6% off
Free shipping
29% off 9+ with coupon



Facial Cleansing Brush 3-in-1 Waterproof Ultrasonic Rechargeable Electric Face
New
**$13.32**
Free shipping
18 watchers

Facial Cleansing Brush, 3-in-1 Waterproof Ultrasonic Rechargeable Electric Face
New
**$15.59**
Free shipping
Seller 99.2% positive



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$13.24**
~~$13.94~~ 5% off
Free shipping

This is a private listing and your identity will not be disclosed to anyone except the seller.

Return to top

More to explore : Normal Skin Electric Facial Brush Facial Cleansing Devices, Sensitive Skin Electric Facial Brush Facial Cleansing Devices, Dry Skin Electric Facial Brush Facial Cleansing Devices, Combination Skin Electric Facial Brush Facial Cleansing Devices, Oily Skin Electric Facial Brush Facial Cleansing Devices, All Skin Types Electric Facial Brush Facial Cleansing Devices, Clinique Electric Facial Brush Facial Cleansing Devices, Facial Cleansing Brushes, Panasonic Electric Facial Brush Facial Cleansing Devices, Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices





[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

# wisithuru_product

**75%** Positive feedback **27** Items sold **12** Followers

Contact Save Seller

electric facial cleansing brush silicone ultrasonic vibration face washi k

All Listings Accepts Offers Auction Buy It Now Condition Shipping Local Best Match

1 result for **electric facial clea...** Save this search Shipping to: 30067

Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Washing Skin

Brand New

**$19.99**

or Best Offer

+$4.99 shipping

Tell us what you think

**Category**

**All**

Other

**Brand**

**Type**

**Main Purpose**

**Material**

**Condition**

- New (1)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

- All Listings (1)
- Accepts Offers (1)
- Auction
- Buy It Now (1)

**Item Location**

- Default
- Within

Radius 25 mi of

Zip code 30067

- US Only
- North America
- Worldwide

**Shipping Options**

- Free Shipping

**Local Pickup**

- Free Local Pickup

Within

Radius 25 mi of

Zip code 30067

**Show only**

- Free Returns

- [ ] Returns Accepted
- [ ] Authorized Seller
- [ ] Completed Items
- [ ] Sold Items
- [ ] Deals & Savings
- [ ] Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  MasterCard  AMEX  Discover

◉ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

████████

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller:  wisithuru_p...    Message to seller

Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Washing Skin
**$19.99**
Quantity 1

**Delivery**

◉ Est. delivery: Mar 11 – Mar 16
USPS Parcel Select Ground
$4.99

○ Est. delivery: Mar 10 – Mar 13
Expedited Shipping
$29.99

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| | |
|---|---|
| Subtotal (1 item) | $19.99 |
| Shipping | $4.99 |
| Tax* | $1.75 |
| **Order total** | **$26.73** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Daily Deals   Brand Outlet   Help & Contact                                                                           Sell   Watchlist ⌄   My eBay ⌄

**ebay**   Shop by category ⌄   🔍 Search for anything                          All Categories ⌄   Search   Advanced

◄ Back to home page | Listed in category:  Health & Beauty  >  Skin Care  >  Facial Cleansing Devices                Share | Add to Watchlist

### Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Washing Skin

Condition:   **New**

Price:   **$19.99**

**Buy It Now**

**Add to cart**

Best Offer:   **Make offer**

♡ Add to Watchlist

Tips: Power supply: 1*AAA battery (not included)

**Shop with confidence**

💲   eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
wisithuru_product (15 ★)
75% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

$ Have one to sell?   **Sell now**

#### Additional service available

☐   3-year protection plan from Allstate - $1.99

🚚   **Fast and reliable.** Ships from United States.

↩   **Breathe easy.** Returns accepted.

Shipping:   US $4.99 Economy Shipping. See details
Located in: New York, New York, United States

Delivery:   🅴 Estimated between **Mon, Apr 17** and **Fri, Apr 21** ⓘ
Includes **4 business days** handling time after receipt of cleared payment.

Returns:   30 day returns. Buyer pays for return shipping.
See details

Payments:   PayPal  G Pay  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

#### Similar sponsored items                                                         Feedback on our suggestions



Facial Deep Cleansing Brush Silicone Face Sonic Vibration Remover Rechargeable
New
**$14.99**
Free shipping
Seller with a 99.2% positive feedback

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping

Mary Kay SKINVIGORATE Sonic Skin Care System EXTRA HEAD facial cleansing brush
New
**$17.99**
0 bids
+ $8.00 shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Messager
New
$7.49 5% off
**$7.12**
Free shipping
**5 watchers**

#### Sponsored items inspired by your views                                          Feedback on our suggestions



| | | | | |
|---|---|---|---|---|
| Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner | Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager | Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage | Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage | Silicone Face Cleansing Brush Electric Facial Cleanser Washing Messager Scrubber |
| New | New | New | New | New |
| $7.99 | $6.00 | $17.59 | $8.98 | $10.56 |
| Free shipping | + shipping | Free shipping | $9.98 10% off | Free shipping |
| 10 watchers | Top Rated Plus | 5 watchers | Free shipping | |
| | 6 watchers | | Top Rated Plus | |

---

**About this item**   Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Dec 18, 2022 22:35:47 PST View all revisions

eBay item number:  134372444195

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Features | Mini Facial Washing Massager Brush, Sonic Face Cleanser Cleansing Massager, Electric Facial Cleansing Brush |
| Manufacturer Warranty | N/A | MPN | N/A |
| Power Source | Electric | Material | ABS+silicone |
| Skin Type | All Skin Types | Model | B-LMH210917 |
| Main Purpose | Blackheads | Brand | Unbranded |
| Battery Life | 3 Hours | Type | Electric Facial Brush |

## Item description from the seller

### Welcome To Our eBay Fashion Store....!

**Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Cleanser Deep Pores Blackhead Cleaning Washing Skin**

**Massager**

---

#### Item Specifics

- Brand Name: foreverlily
- Power Source: Electric
- Origin: Mainland China
- Commodity Quality Certification: ce
- Type: Ultrasonic Vibration Facial Cleansing Massager
- Function: Facial Clean
- Number of Pieces: One Unit
- Certification: CE
- Waterproof Standard: IPX-5
- Model Number: B-LMH210917
- Item Type: Ultrasonic Silicone Facial Cleansing Brush
- Feature-1: Mini Facial Washing Massager Brush
- Feature-2: Sonic Face Cleanser Cleansing Massager
- Feature-3: Electric Facial Cleansing Brush

- **Please trust us.**

#### Returns

- Please contact us for a return instruction within 30 days for a refund.

- For all returned products, buyers must contact us for the returning address.
- In all cases, buyers pay shipping fees at their own cost to return products for refund. Refund will be upon the receipt of the returned it them.
- Buyer is responsible for the item return shipping fee.
- The defective could be returned with the original package.
- Once the item return is required, our customer services executive will assist you to handle the return procedure.

**About Feedback**
- Your satisfaction is our first priority
- If you receive the order and it is in good condition, we would be grateful if you could leave us a positive feedback for the transaction.
- We maintain high standards of excellence and strive for 100% customer satisfaction! Feedback is very important.
- We request that you contact us immediately Before you give us neutral or negative feedback, so that we can
- perform up your satisfaction.

We appreciate your visit....

Thank You,
Please do come back again.

**FIVE STAR FEEDBACK**

If You, Satisfied, please give me Five!!!

Item as described: 5 STARS

Communication:    5 STARS

Shipping Speed:    5 STARS

If Satisfied with our products, kindly leave a 5-Star rating and share with your friends.

Thanks for Visiting Fashion Store. Have a lucky day!!!

Thank You Buyer...!!!



**wisithuru_product**

75% Positive Feedback
27 Items sold

Seller's other items

Contact

♡ Save seller

**Popular categories from this store**   See all

Other

**Seller feedback** (6)

➕ a***j (82) • Past 6 months

i love it. Its on the wall next to my desk....great price!

➕ u***e (732) • Past year

Thank you!! A++ - exactly as described!

➖ t***n (204) • Past year

There is no silver fabric in the cap lining. It is just a small child's baseball cap . It was advertised as EMF protection. There is no proof or documentation statement about the materials or effectiveness of the product.

See all feedback

Influenced by recent sponsored views



**Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner**
New
**$7.99**
Free shipping
10 watchers



**Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager**
**$6.00**
+ shipping
6 watchers



**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus



**Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner**
New
**$9.31**
Free shipping
7 watchers



**Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser**
New
**$15.00**
+ $0.50 shipping
Last one

**M
Si**
$
Fr
Se

## Explore related sponsored items



**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
**$17.59**
Free shipping
5 watchers



**Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable**
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



**Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes**
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus



**Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing**
New
**$19.99**
Free shipping

Si
El
SK
Ne
$
Fr
10

## Related sponsored items



**Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes**
New
**$24.99**
Free shipping
Seller with a 100% positive feedback



**Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink**
New
**$19.99**
Free shipping
Seller with a 100% positive feedback



**HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager**
New
**$19.98**
Free shipping
Top Rated Plus



**Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager**
New
**$19.98**
Free shipping
Seller with a 100% positive feedback



**Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable**
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Si
Br
Cl
Ne
$
Fr

## People who viewed this item also viewed



**USB Electric Silicone Facial Brush Clean Skin Care Ultrasonic Vibration 8-Speed**
New
**$11.90**



**Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleaner Massager**
New
**$12.93**



**Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager**
New
**$7.29**



**Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleaner Massager**
New
**$12.89**



**Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleaner Massager**
New
**$13.19**

Br
Sk
Cl
Ne
$

Free shipping
Seller with a 100% positive feedback

$13.61 5% off
Free shipping
9 watchers

Free shipping

Free shipping

Free shipping

Fr

Find more sponsored items

Feedback on our suggestions



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.12**
$7.49 5% off
Free shipping
5 watchers



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.93**
$13.61 5% off
Free shipping
9 watchers



Silicone Electric Facial Cleansing Brush Face Massager Deep Clean Pores vibrate
New
**$17.49**
Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration
New
**$19.99**
Free shipping
Seller with a 100% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.29**
Free shipping



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$13.60**
Free shipping



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$12.89**
Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ shipping
Seller with a 100% positive feedback



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
$28.19 53% off
Free shipping



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$12.89**
$28.19 54% off
Free shipping



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
**$13.98**
Free shipping
Last one



New Electric Face Cleansing Vibration Massage Brush Facial Skin Care Wash Sonic
New
**$29.99**
Free shipping
Seller with a 100% positive feedback



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
**$13.98**
Free shipping



New Electric Face Cleansing Vibration Massage Brush Facial Skin Care Wash Sonic
New
**$29.99**
Free shipping
Seller with a 100% positive feedback



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping



Silicone Electric Facial Cleansing Brush Face Massage Vibration Blackhead Remove
New
**$9.99**
Free shipping



Electric Face Cleansing Brush Silicone Sonic Vibration Facial Cleaning Brush
New
**$14.89**
Free shipping



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J
New
**$12.91**
$13.59 5% off
Free shipping



Electric Silicone Facial Cleansing Brush Vibration Face Deep Cleaner
New
**$26.99**
Free shipping
Seller with a 100% positive feedback



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$12.89**
Free shipping













Facial Cleansing Brush Ultrasonic Silicone Face Cleaner Deep Pore Cleaning Skin

New

**$21.38**

Free shipping
Seller with a 99.8% positive feedback

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

**$8.54**

~~$9.09~~ 6% off
Free shipping
28% off 8+ with coupon

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$9.22**

+ shipping
Top Rated Plus
Seller with a 100% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager

New

**$7.55**

Free shipping

Smart Facial Cleansing Brush Waterproof Electric Ultra-Sonic Silicone Face Sc...

New

**$24.09**

Free shipping
Seller with a 99.7% positive feedback

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page                                                                                                                      Return to top

More to explore :   Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,
Clinique Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Panasonic Electric Facial Brush Facial Cleansing Devices,   Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# wisithuru_product

**75%** Positive feedback **27** Items sold **12** Followers

Contact Save Seller

**Category**

**All**

Other

**Brand**

**Type**

**Main Purpose**

**Material**

**Price**

Available inventory

$0 $1500+

$ Min to $ Max

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers (1)

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 90014

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 90014

**Show only**

Free Returns

Returns Accepted

Authorized Seller

electric facial cleansing brush silicone ultrasonic vibration face washi k

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **electric facial clea...** Save this search

Shipping to: 90014

Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Washing Skin

Brand New

**$19.99**

or Best Offer

+$4.99 shipping

wisithuru_product (15) 75%

Tell us what you think

- [ ] Completed Items
- [ ] Sold Items
- [ ] Deals & Savings
- [ ] Authenticity Guarantee

See all

More filters...

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
   VISA ● ● DISCOVER

◉ **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ G Pay Google Pay

**Ship to**

▬▬▬▬▬▬
Palm Beach, FL 33480
United States
▬▬▬
Change

**Review item and shipping**

Seller:  wisithuru_p...      Message to seller

Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face
Washing Skin
**$19.99**
Quantity 1

**Delivery**

◉ Est. delivery: Apr 17 – Apr 21
   USPS Parcel Select Ground
   $4.99

○ Est. delivery: Apr 17 – Apr 20
   Expedited Shipping
   $29.99

**Gift cards, coupons, eBay Bucks**

Enter code:                Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids
who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later than 30 days after the end of the
month in which the donation is made. Donations are non-refundable and typically tax
deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount      None ⌄

**Subtotal (1 item)**          $19.99
Shipping                        $4.99
Tax*                            $1.75

**Order total**                **$26.73**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with _PayPal_**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

ebay

Shop by category

Search for anything | All Categories | Search

Advanced

Back to previous page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist

ebay   Collect your bounty   Plus, an eBay exclusive Mandalorian™ Funko Pop!   This is the way



Tips: Power supply: 1*AAA battery (not included)

Have one to sell?   Sell now

### Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Washing Skin

Condition:   New

Price:   **$19.99**

**Buy It Now**

**Add to cart**

Best Offer:   **Make offer**

♡ Add to Watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping:   US $4.99 Economy Shipping. See details
Located in: New York, New York, United States

Delivery:   📦 Estimated between **Mon, Apr 24** and **Thu, Apr 27** ⓘ
Includes **4 business days** handling time after receipt of cleared payment.

Returns:   30 day returns. Buyer pays for return shipping. See details

Payments:   PayPal  G Pay  VISA  Mastercard  American Express  Discover

*PayPal* **CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
wisithuru_product (15 🌟)
75% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Discover related items**
115K items sold

lovelydeals2012   Shop now
In eBay Stores
Sponsored

---

### Similar sponsored items

Feedback on our suggestions



Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration
New
$19.99
Free shipping
Seller with a 100% positive feedback



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$6.99
Free shipping
69 sold



NuFACE Trinity Advanced Facial Toning Device
New
$95.00
0 bids
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$12.93
$13.61 5% off
Free shipping
9 watchers

---

### Related sponsored items

Feedback on our suggestions







Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Messager
New
**$7.49**
Free shipping
5 watchers

NuFACE Trinity Microcurrent Facial Toning Device New Open Box
New (Other)
**$90.00**
+ $12.00 shipping
428 sold

Foreo Luna Mini 2 Facial Cleansing Brush ( Fuchsia ) **New With Case**
New
**$49.96**
Free shipping
Top Rated Plus
81 sold

Clarisonic Mia 2 Sonic Skin Cleansing System - WHITE NEW
New
**$70.00**
Free shipping
Top Rated Plus
458 sold

Foreo Luna Mini 2 Facial Cleansing Brush ( Pearl Pink ) **Fresh With Case**
New
**$49.96**
Free shipping
Top Rated Plus
93 sold

---

**About this item**  **Shipping, returns & payments**                    Report this item

Seller assumes all responsibility for this listing.                    eBay item number:  134372444195
Last updated on Dec 18, 2022 22:35:47 PST  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Features | Mini Facial Washing Massager Brush, Sonic Face Cleanser Cleansing Massager, Electric Facial Cleansing Brush |
| Manufacturer Warranty | N/A | MPN | N/A |
| Power Source | Electric | Material | ABS+silicone |
| Skin Type | All Skin Types | Model | B-LMH210917 |
| Main Purpose | Blackheads | Brand | Unbranded |
| Battery Life | 3 Hours | Type | Electric Facial Brush |

## Item description from the seller

### Welcome To Our eBay Fashion Store....!

**Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Cleanser Deep Pores Blackhead Cleaning Washing Skin**

**Massager**

**Item Specifics**

- Brand Name: foreverlily
- Power Source: Electric
- Origin: Mainland China
- Commodity Quality Certification: ce
- Type: Ultrasonic Vibration Facial Cleansing Massager
- Function: Facial Clean
- Number of Pieces: One Unit
- Certification: CE
- Waterproof Standard: IPX-5
- Model Number: B-LMH210917
- Item Type: Ultrasonic Silicone Facial Cleansing Brush
- Feature-1: Mini Facial Washing Massager Brush
- Feature-2: Sonic Face Cleanser Cleansing Massager
- Feature-3: Electric Facial Cleansing Brush

- Please trust us.

**Returns**

- Please contact us for a return instruction within 30 days for a refund.
- For all returned products, buyers must contact us for the returning address.
- In all cases, buyers pay shipping fees at their own cost to return products for refund. Refund will be upon the receipt of the returned it them.
- Buyer is responsible for the item return shipping fee.
- The defective could be returned with the original package.
- Once the item return is required, our customer services executive will assist you to handle the return procedure.

**About Feedback**

- Your satisfaction is our first priority
- If you receive the order and it is in good condition, we would be grateful if you could leave us a positive feedback for the transaction.
- We maintain high standards of excellence and strive for 100% customer satisfaction! Feedback is very important.
- We request that you contact us immediately Before you give us neutral or negative feedback, so that we can
- perform up your satisfaction.

We appreciate your visit....

Thank You,

Please do come back again.

**FIVE STAR FEEDBACK**

**If You, Satisfied, please give me Five!!!**

**Item as described: 5 STARS**

**Communication:     5 STARS**

**Shipping Speed:     5 STARS**

**If Satisfied with our products, kindly leave a 5-Star rating and share with your friends.**

**Thanks for Visiting Fashion Store. Have a lucky day!!!**

**Thank You Buyer...!!!**



**wisithuru_product**

75% Positive Feedback
27 Items sold

Seller's other items

Contact

♡ Save seller

**Popular categories from this store**   See all

Other

**Seller feedback** (6)

⊕ a***j (82) • Past 6 months

I love it. Its on the wall next to my desk....great price!

⊕ u***e (732) • Past year

Thank you!! A++ - exactly as described!

⊖ t***n (204) • Past year

There is no silver fabric in the cap lining. It is just a small child's baseball cap . It was advertised as EMF protection. There is no proof or documentation statement about the materials or effectiveness of the product.

See all feedback

### Influenced by recent sponsored views







**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**
New
**$8.98**
$9.98 10% off
Free shipping
Top Rated Plus

**5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber**
New
**$6.99**
$12.99 46% off
Free shipping
55 sold

**4pcs Face Cleanser Silicone Facial Scrubber Face Massager Brush**
New
**$6.90**
Free shipping
Seller with a 99.2% positive feedback

**Facial Cleansing Silicone Skin Blackhead Pore Cleaner Brush Massager Scrub Face**
New
**$8.51**
Free shipping

**Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner**
New
**$7.99**
Free shipping
10 watchers

### Related sponsored items







**Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink**
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

**Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager**
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

**Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber**
New
**$6.99**
Free shipping
69 sold

**Facial Cleansing Brush W/2 Brush Heads Soft Silicone Brush Ultrasonic Vibration**
New
**$6.98**
Free shipping
Seller with a 100% positive feedback

**Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager**
New
**$7.49**
Free shipping
5 watchers

### Explore related sponsored items







**Facial Cleansing Brush, Waterproof Sonic Vibrating Face Brush for Deep Cleansing**
New
**$19.99**
Free shipping

**Ultrasonic Electric Silicone Facial Cleansing Brush Sonic Face Massager, Pink**
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

**Electric Facial Cleansing Brush Vibration Skin Remove Blackhead Pore Cleanser**
New
**$15.00**
+ $0.50 shipping
Last one

**Silicone Face Cleansing Electric Brush Ultrasonic Skin Facial Cleaner Massager**
New
**$15.17**
$16.49 8% off
Free shipping

**Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Face**
New
**$11.30**

### People who viewed this item also viewed







Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
5 watchers

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$10.56**
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
~~$13.61~~ 5% off
Free shipping
9 watchers

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J
New
**$13.59**
Free shipping

Si...
Ne...
$...
Fr...

---

## Find more sponsored items

Feedback on our suggestions



Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration
New
**$19.99**
Free shipping
Seller with a 100% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.49**
Free shipping
5 watchers



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.00**
+ shipping
Seller with a 100% positive feedback



Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration
New
**$19.99**
Free shipping
Seller with a 100% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.29**
Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.55**
Free shipping



Facial Cleansing Brush Silicone Electric Face Scrubber and Cleanser
New
**$25.99**
Free shipping
Last one



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
~~$13.61~~ 5% off
Free shipping
9 watchers

Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
**$13.98**
Free shipping
Last one

Facial Cleansing Brush Ultrasonic Silicone Face Cleaner Deep Pore Cleaning Skin
New
**$21.38**
Free shipping
Seller with a 99.8% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.89**
Free shipping

Silicone Electric Facial Cleansing Brush Face Massager Deep Cleen Pores vibrate
New
**$17.49**
Free shipping
Seller with a 100% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
**$7.85**
Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Silicone Vibration Face Massager Pore
New
**$9.99**
Free shipping
Seller with a 100% positive feedback



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
~~$28.18~~ 53% off
Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$9.22**
+ shipping
 Top Rated Plus



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J
New
**$13.59**
~~$28.18~~ 52% off
Free shipping



Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner
New
**$13.98**
Free shipping

Silicone Electric Facial Cleansing Brush Face Massage Vibration Blackhead Remove
New
**$9.99**
Free shipping



Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$13.60**
Free shipping

Seller with a 100% positive feedback

    

| Silicone Electric Face Cleansing Brush Facial Skin Cleaner Cleaning Massager | Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager | Electric Face Cleansing Brush Silicone Sonic Vibration Facial Cleaning Brush | Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J | Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager |
|---|---|---|---|---|
| New | New | New | New | New |
| $12.19 | $8.54 | $14.89 | $13.59 | $13.19 |
| Free shipping | $9.09 6% off | Free shipping | Free shipping | Free shipping |
| 21 sold | Free shipping | | | |
| | 28% off 8+ with coupon | | | |

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to previous page                                                                                            Return to top

More to explore :  Normal Skin Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Electric Facial Brush Facial Cleansing Devices,   Dry Skin Electric Facial Brush Facial Cleansing Devices,
Combination Skin Electric Facial Brush Facial Cleansing Devices,   Oily Skin Electric Facial Brush Facial Cleansing Devices,   All Skin Types Electric Facial Brush Facial Cleansing Devices,
Clinique Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Vitagoods Electric Facial Brush Facial Cleansing Devices,   Silk'n Electric Facial Brush Facial Cleansing Devices

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ


You Deserve a Responsive Payroll Partner
We're with you every step of the way.
Get Up To 6 Months FREE!
SUREPAYROLL
A PAYCHEX COMPANY

**eBay** Checkout

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
DISCOVER | VISA | MasterCard | AMEX

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

## Ship to

▉▉▉▉▉▉
Miami, FL 33138-4055
United States
▉▉▉▉▉▉

Change

## Review item and shipping

Seller: wisithuru_p...    Message to seller



Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Washing Skin
**$19.99**
Quantity 1

### Delivery

● Est. delivery: Apr 24 – Apr 28
USPS Parcel Select Ground
$4.99

○ Est. delivery: Apr 24 – Apr 27
Expedited Shipping
$29.99

## Gift cards, coupons, eBay Bucks

[ Enter code: ]  [ Apply ]

## Donate to charity (optional) ⓘ

**Comic Relief Red Nose Day**

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount  [ None ▾ ]

### Order summary

| | |
|---|---|
| Subtotal (1 item) | $19.99 |
| Shipping | $4.99 |
| Tax* | $1.75 |
| **Order total** | **$26.73** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

 MONEY BACK GUARANTEE
See details

Help



ebay

Shop by category

Search for anything | All Categories | Search | Advanced

☐ Include description

**wisithuru_product**

75% Positive feedback   27 Items sold   12 Followers

Contact   Save Seller

**Category**

All

Other

**Price**

$ Min to $ Max →

Available inventory

$0   $1000

See all

**Brand**

**Type**

**Main Purpose**

**Material**

**Condition**

☐ New (1)

See all

**Buying Format**

◉ All Listings (1)

○ Accepts Offers (1)

○ Auction

○ Buy It Now (1)

**Item Location**

◉ Default

○ Within

Radius 25 mi of

Zip code 10025 →

○ US Only

○ North America

○ Worldwide

**Shipping Options**

☐ Free Shipping

**Local Pickup**

☐ Free Local Pickup

Within

Radius 25 mi of

Zip code 10025 →

**Show only**

☐ Free Returns

🔍 electric facial cleansing brush silicone ultrasonic vibration face washi ✕ k

All Listings | Accepts Offers | Auction | Buy It Now | Condition ⌄ | Shipping ⌄ | Local ⌄

Best Match ⌄

1 result for **electric facial clea...**   ♡ Save this search

Shipping to: 10025 ⌄

♡   **Electric Facial Cleansing Brush Silicone Ultrasonic Vibration Face Washing Skin**
Brand New
**$19.99**
or Best Offer
+$4.99 shipping

wisithuru_product (15) 75%

Tell us what you think

☐ Returns Accepted
☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

See all

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 308

Marketplace: eBay

Seller Name: yolandlor-0

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

ebay

Shop by category ⌄   | Search for anything | All Categories ⌄ | Search | Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🔥 SAVE UP TO **20%** WHEN YOU BUY MORE



**FOREVER LINA T-Sonic mini Facial Cleansing Device**

Condition: New

Color: Yellow ⌄

Bulk savings:
| Buy 1 $12.99/ea | Buy 2 $11.69/ea | Buy 3 $11.04/ea |

4 or more for $10.39/ea

Quantity: 1    8 available / 18 sold

Price: **$12.99/ea**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

Additional service available

☐ 3-year protection plan from Allstate - $1.99

| Ships from United States | 7 watchers |

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal GPay VISA Mastercard AmEx Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
yolandlor-0 (15 ⭐)
100% Positive feedback

♡ Save Seller
Contact seller
See other items



**Explore a related Store**
113K items sold

lovelydeals2012
In eBay Stores
Sponsored
[ Visit store ]

$ Have one to sell? [ Sell now ]

**Similar sponsored items**    Feedback on our suggestions

    

| FOREVER LINA T-Sonic mini Facial Cleansing Device | Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager | ON LABS Blackhead Deep Cleansing Nose Pore 6 Strips (LOT OF 3) | Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone | Luxsio Sonic Beauty Facial Cleansing Brush 3-in-1 Skincare Solution NEW Pink |
| New | New | New | New | New |
| $12.99 | $7.49 | $0.99 | $7.89 | $16.99 |
| + shipping Seller 100% positive | Free shipping | 0 bids + $4.50 shipping Seller 100% positive | Free shipping | Free shipping Seller 99.6% positive |

**Sponsored items inspired by your views**    Feedback on our suggestions

    

| Flipping Octopus Flipping Octopus Octopus Octopus Plush Toy Flipping Doll Octopu | Official Reversible Mood Colour Changing Octopus Plush Pre Loved Soft Toys | Electric Face Cleansing Brush Silicone Massager Ultra Sonic Facial Skin Cleaner | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager | Pl Cl El Ne |
|---|---|---|---|---|---|
| New | Pre-owned | New | New | New | |
| $24.69 | $4.74 | $13.98 | $34.99 | $19.96 | $ |
| $25.99 5% off | + shipping | Free shipping | Free shipping | $24.95 20% off | Fr |
| Free shipping | Seller 100% positive | | | Free shipping | |

---

**About this item** | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Aug 31, 2022 07:40:38 PDT  View all revisions

eBay item number:  255304564093

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Model: | FOREO LUNA mini 2 |
| Main Purpose: | Blackheads, Clogged Pores, Excessive Oil | Material: | Silicone |
| Brand: | Unbranded | Manufacturer Warranty: | 1 Year |
| Power Source: | USB | Type: | Facial Cleansing Face Brush |
| Features: | Animal Cruelty-Free, Lightweight, Rechargeable | | |

## Item description from the seller

FOREVER Mini Facial Cleansing Face Brush mini2

The mini 2 is an enhanced T-Sonic face brush with eight adjustable intensities for a fully customizable cleansing experience. The updated 3-zone face soft silicone brush is optimized for all skin types and comes in five exciting new colors.
Charge once every 5 months. USB cable included. 100% water proof.

Size : 8 x 8 cm. (Approx.)Weight : 5oz

---



### yolandlor-0

100% Positive Feedback
89 items sold

Visit profile

Contact

### Seller feedback (13)

This item (1)   All items (13)

⊕  m***s (80) •  Past year

fast s&h,thanks!!love it and thoughtful

See all feedback

---

## Influenced by recent sponsored views

    

Flipping Octopus Flipping Octopus
Octopus Octopus Plush Toy
Flipping Doll Octopu

New

**$24.69**
~~$25.99~~ 5% off
Free shipping

Electric Face Cleansing Brush
Silicone Massager Ultra Sonic
Facial Skin Cleaner

New

**$13.98**
Free shipping

Silicone Electric Face Cleansing
Brush Ultra Sonic Facial Skin
Cleaner Massager

New

**$34.99**
Free shipping

The Original Reversible Octopus
Black/Rainbow Plush

New

**$19.99**
Free shipping
Seller 100% positive

Original Reversible Octopus
Plushie TeeTurtle's Design Polka
Dot sparkly green!

New

**$19.99**
Free shipping
⭐ Top Rated Plus
Seller 99.5% positive

## Explore related sponsored items

    

Pomegranate Fresh Cleansing
Facial Cleanser Deep Cleansing
Papaya Soap

New

**$9.62**
Free shipping
Seller 100% positive

Mini Mole Wart Remover
Equipment Facial Body Care with
Cleansing Swab for Adults

New

**$9.97**
~~$10.49~~ 5% off
Free shipping

Scar Filler Facial Beauty Soap
Aging Face Soap Cleansing Heart
Shaped Oil Soap

New

**$10.39**
Free shipping

Facial Cleansing Brush Silicone
Face Scrubber Exfoliating Brush
Manual Handheld

New

**$12.95**
Free shipping

Dr. Montri Facial Foam Acne Oil
Control Cleansing Face Skin 62.5g.

New

**$11.88**
Free shipping

## Related sponsored items

    

⭐ FOREO LUNA mini 2 Sonic Facial
Cleansing Brush for Every Skin Type
- Pink 🔥

Pre-owned

**$29.95**
Free shipping
**5 watchers**

Luxsio Sonic Beauty Facial
Cleansing Brush 3-in-1 Skincare
Solution NEW Pink

New

**$16.99**
Free shipping
Seller 99.6% positive

FOREO LUNA Play Sonic Face
Cleanser Device Purple

Pre-owned

**$17.99**
~~$19.99~~ 10% off
Free shipping
Seller 100% positive

Plum Beauty Compact Sonic
Facial Cleansing Brush
Rechargeable, Purple ⊟

New

**$13.99**
Free shipping
⭐ Top Rated Plus
Seller 99.3% positive

FOREO LUNA Play Mini Sonic Face
Cleansing Device and Massager
Bnib Sealed

New

**$33.24**
~~$34.99~~ 5% off
Free shipping
⭐ Top Rated Plus

## People who viewed this item also viewed

    

FOREVER Mini Tiny But Mighty
Revolutionary T-Sonic Facial
Cleansing Device NEW

New

**$13.00**
+ $3.99 shipping
Seller 100% positive

Sonic mini Facial Cleansing Device

New

**$9.99**
Free shipping
Seller 100% positive

Forever Lina Mini T Sonic Facial
Cleansing Device

Pre-owned

**$39.99**
+ $6.25 shipping
Seller 100% positive

PMD Clean Beauty Smart Facial
Cleansing Brush in Warmth

New

**$24.45**
Free shipping
Seller 100% positive

Photon Kl-1806 Sonic Facial
Cleansing Device w/ Phototherapy
Modes w/ Base

New

**$8.00**
Free shipping
**Last one**

## Find more sponsored items

Feedback on our suggestions



FOREVER LINA T-Sonic mini Facial
Cleansing Device

New
**$12.99**
+ shipping
Seller 100% positive



FOREO LUNA mini 2 Ultra-hygienic
Facial Cleansing Sunflower Yellow
DEVICE ONLY

Pre-owned
**$35.99**
$39.99 10% off
Free shipping
Seller 100% positive



FOREO LUNA mini 3 Ultra-hygienic
Facial Cleansing, All Skin Types,
DEVICE only

Pre-owned
**$39.99**
Free shipping
Seller 100% positive



Photon KI-1806 Sonic Facial
Cleansing Device w/ Phototherapy
Modes w/ Base

New
**$8.00**
Free shipping
Last one

Handheld Facial Brush Mini Sonic
Silicone Pore Deep Cleansing
Beauty Device Home

New
**$17.56**
Free shipping



FOREO LUNA mini 3 Ultra-hygienic
Facial Cleansing Brush, All Skin ,
DEVICE only

Pre-owned
**$40.49**
$44.99 10% off
Free shipping
Seller 100% positive



NEW Allure Skincare mini Facial
Cleansing Device: Fuchsia- SHIPS
FREE!

New
**$15.00**
Free shipping



Mini Desktop Facial Steamer OZone
Spa Salon Beauty Portable Cleansing
Devices

New
**$32.30**
$34.00 5% off
Free shipping
Top Rated Plus



PMD Clean MINI Smart Facial
Cleansing Device in Pink New in Box

New
**$30.50**
$33.89 10% off
Free shipping
Last one



facial silicone facial cleansing
brush,foreoing real LOGO USB
charging+FREE BOX

New
**$24.99**
Free shipping
Seller 100% positive



PMD Clean Mini Smart Facial
Cleansing Device - Yellow

New
**$29.74**
$34.99 15% off
+ shipping
Seller 99.7% positive



FOREO Luna Mini 2 Facial Cleansing
Device AQUAMARINE - New

New
**$87.51**
$102.95 15% off
Free shipping
Seller 99.8% positive



FOREO LUNA Mini 1 T-Sonic Facial
Cleansing Device Pearl Pink
ORIGINAL New in Box

New
**$79.99**
Free shipping
Top Rated Plus



FOREO LUNA mini 2 T-Sonic Facial
Cleansing Device Fuchsia

Pre-owned
**$65.69**
$75.50 13% off
Free shipping



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New
**$12.85**
$13.53 5% off
Free shipping



Mini Silicone Electric Face Cleansing
Brush Sonic Facial Cleaning Device
Tools

New
**$30.99**
Free shipping



MiroPure Facial Cleansing Brush Set
- 5 Heads for Gentle Exfoliation

New
**$26.99**
Free shipping
Seller 100% positive



FOREO Luna 2 Facial Cleansing
Device for Sensitive Skin - Imperfect
Box

New
**$107.06**
$125.95 15% off
Free shipping
Seller 99.8% positive



Facial Cleansing Brush Face
Scrubber Electric Exfoliating Spin
Cleanser Device

New
**$44.99**
Free shipping
Seller 100% positive



FOREO Luna Mini 2 Facial Cleansing
Device FUCHSIA - New

New
**$94.31**
$110.95 15% off
Free shipping
Seller 99.8% positive



Nourish - Facial Cleansing Sensitive
Brush Head Replacements - 3 Pack



PopSonic Leafbud Sonic Facial
Cleansing Device Soften Wrinkles
Lavender Purple



Facial Cleansing Brush, 3-in-1
Waterproof Ultrasonic Rechargeable
Electric...



Facial Cleansing Brush Waterproof
Ultrasonic Rechargeable Electric
Mas...



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New
**$19.90**
Free shipping
Seller 100% positive

New
**$29.99**
Free shipping
Seller 99.8% positive

New
**$16.14**
Free shipping
Seller 100% positive

New
**$16.14**
Free shipping

New
**$13.39**
~~$14.09~~ 5% off
Free shipping

Back to home page

Return to top

More to explore :   Sonic Facial Cleansing Devices,   Facial Cleansing Devices,   NuFACE Facial Cleansing Devices,   FOREO Facial Cleansing Devices,   Clarisonic Facial Cleansing Devices,   NuFACE Facial Toning Device Facial Cleansing Devices,   Nuskin Facial Cleansing Devices,   Prosonic Facial Cleansing Devices,   Tanda Facial Cleansing Devices,   Facial Cleansing Device Parts

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

## yolandlor-0

**100%** Positive feedback (15) **89** Items sold **1** Follower

Visit profile Contact Save

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Brand**

**Condition**

New (4)

See all

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

All Listings (4)

Accepts Offers

Auction

Buy It Now (4)

**Item Location**

Default

Within

Radius 25 mi of

Zip code

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

forever lina t-sonic mini facial cleansing device

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **forever luna tisoni...** Save this search

Update your shipping location

**FOREVER LINA T-Sonic mini Facial Cleansing Device**

Brand New

**$12.99**

Buy It Now

Save up to 20% when you buy more

yolandlor-0 (15) 100%

☐ Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 



**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  MasterCard  American Express  Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Miami, FL 33133-2709
United States

Change

**Review item and shipping**

Seller:  yolandor-0  |  Message to seller

FOREVER LINA T-Sonic mini Facial Cleansing Device
Color: Yellow
**$12.99**

Quantity
1 ▾

**Delivery**
Est. delivery: Mar 11 – Mar 14
USPS First Class
**$5.85**

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Girls Make Beats Inc.

Girls Make Beats empowers the next generation of female music producers, DJs, and audio engineers. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount      None ▾

---

Subtotal (1 item)          $12.99
Shipping                    $5.85
Tax*                        $1.32

**Order total              $20.16**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



People who viewed this item also viewed

Forever Lina Mini T Sonic Facial Cleansing Device
Sponsored
$39.99
+ $6.25 shipping

POP SONIC LEAF Sonic Facial Cleansing Device Lavender ~NE...
$18.95
+ $5.00 shipping

POP SONIC LEAF Sonic Facial Cleansing Device tEAL ~NEW IN...
$12.99
+ shipping

Pop Sonic Leaf Sonic Facial Cleansing Electric Device Pink...
$19.99
+ shipping

SAVE UP TO 20% WHEN YOU BUY MORE

$ Have one to sell? Sell now

## FOREVER LINA T-Sonic mini Facial Cleansing Device

Condition: New

Color: Blue

Bulk savings: Buy 1 $12.99/ea | Buy 2 $11.69/ea | Buy 3 $11.04/ea

4 or more for $10.39/ea

Quantity: 1 | 8 available / 18 sold

Price: US $12.99/ea

Buy It Now

Add to cart

Add to Watchlist

Additional service available

3-year protection plan from Allstate - $1.99

**Fast and reliable.** Ships from United States.

**People are checking this out.** 7 have added this to their watchlist.

Shipping: Will ship to United States. Read item description or contact seller for shipping options. See details

Located in: Los Angeles, California, United States

Delivery: Varies

Returns: Seller does not accept returns. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
yolandlor-0 (15 ★)
100% positive feedback

Save seller
Contact seller
See other items

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: 255304564093

Last updated on Aug 31, 2022 07:40:38 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Model | FOREO LUNA mini 2 |

| Main Purpose | Blackheads, Clogged Pores, Excessive Oil | Material | Silicone |
| Brand | Unbranded | Manufacturer Warranty | 1 Year |
| Power Source | USB | Type | Facial Cleansing Face Brush |
| Features | Animal Cruelty-Free, Lightweight, Rechargeable | | |

## Item description from the seller

FOREVER Mini Facial Cleansing Face Brush mini2

The mini 2 is an enhanced T-Sonic face brush with eight adjustable intensities for a fully customizable cleansing experience. The updated 3-zone face soft silicone brush is optimized for all skin types and comes in five exciting new colors.
Charge once every 5 months, USB cable included. 100% water proof.

Size : 8 x 8 cm. (Approx.)Weight : 5oz

### Sponsored items customers also bought

Feedback on our suggestions



Sonic Facial Cleansing Brush YUNCHI Food Grade Silicone Waterproof BLUE WC02_B
New
$13.95
Free shipping
Seller with a 99.9% positive feedback



Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
$13.61
Free shipping
9 watchers



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
$6.99
Free shipping
Seller with a 99.4% positive feedback



Pop Sonic strawberry 3 in 1. Cleanse, Massage, Exfoliate. Brand new sealed.
New
$24.00
+ $3.50 shipping
Top Rated Plus
Seller with a 100% positive feedback

---

**yolandlor-0**
100% Positive Feedback
89 Items sold

Seller's other items
Contact
♡ Save seller

#### Seller feedback (13)

This item (1)   All items (13)

➕ m***i (80) • Past year

fast s@h,thanks!!love it and thoughtful

See all feedback

---

### Influenced by recent sponsored views



HOT ITEM!



REVERSIBLE!



LARGE FIELD OF VISION SPORTS GLASSES



NEW



COMAXSUN

Tee lureadowe by Recversble
Octopus Plushie | Patented Design
| Sensory Fid

New

**$21.01**

Free shipping

Popular

revers, brght veuturs, Recverp
Reversible Octopus Plushie Red +
Yellow

New

**$19.99**

Free shipping

Seller with a 100% positive feedback


Outdoor Sport S... Glasses ow
Road Bike Bicycle

New

**$17.50**

Free shipping

Seller with a 99.3% positive feedback


Polarized Cycling Glasses Eyewear
Glasses TR90 TAC Lens Bike
Eyewear Sunglasses Goggles

New

**$22.99**

Free shipping


Polarized Cycling Sunglasses
Goggles Outdoor Sunglasses UV
Eyewear Men Women

New

**$20.99**

Free shipping

61 sold

## Explore related sponsored items


Super Face Washing Machine
Electric Soft Silicone Facial Brush
Cleanser Massage

New

**$8.98**

$9.98 10% off
Free shipping

Top Rated Plus


Clinical Works Collagen Facial
Cleanser Cleansing and Exfoliating
New

New

**$15.99**

Free shipping

Seller with a 100% positive feedback


Green Tea Purifying Clay Mask
Stick Facial Deep Cleansing Oil
Pore Acne Remover

New

**$9.39**

$9.99 6% off
Free shipping

68 sold


2Pack Green Tea Purifying Clay
Mask Stick Facial Cleansing Oil
Pore Acne Remover

New

**$9.32**

$9.91 6% off
Free shipping

100 sold


Whitening Facial Cleanser Deep
Cleansing Oil Control Foam
Cleanser Moisturizing

New

**$8.91**

$9.48 6% off
Free shipping

## Related sponsored items


Facial Cleanser Sonic Vibrating
Face Cleansing Device Home Use
7 Colors Photon

New

**$38.00**

Free shipping

Seller with a 100% positive feedback


🔥 FOREO LUNA mini 2 Sonic Facial
Cleansing Brush for Every Skin Type
- Pink 💧

Pre-owned

**$29.95**

Free shipping

170 sold


Foreo Luna Mini 2 Facial Cleansing
Brush ( Fuchsia ) BRAND NEW

New

**$39.99**

+ shipping

Seller with a 100% positive feedback


Luxsio Sonic Beauty Facial
Cleansing Brush 3-in-1 Skincare
Solution NEW Pink

New

**$16.99**

Free shipping

Seller with a 99.3% positive feedback


Cleaner Electric Sonic Facial
Cleansing Brush Face Brush
Rejuvenation

New

**$19.99**

Free shipping

## People who viewed this item also viewed


POP SONIC LEAF Sonic Facial
Cleansing Device Lavender ~NEW
IN OPENED PACKAGE~

New

**$18.95**

0 bids

+ $5.00 shipping


POP SONIC LEAF Sonic Facial
Cleansing Device tEAL ~NEW IN
OPENED PACKAGE~

New

**$12.99**

+ shipping


POP SONIC LEAF Sonic Facial
Cleansing Device MINT New

New

**$25.00**

+ $5.95 shipping

Seller with a 100% positive feedback


POP SONIC LEAF Sonic Facial
Cleansing Device hot pink brand
new

New

**$15.99**

1 bid

+ shipping

Seller with a 99.3% positive feedback


Pop Sonic Leaf Sonic Facial
Cleansing Electric Device Light
Pink New In Box

New

**$25.00**

+ shipping

## Find more sponsored items

Feedback on our suggestions



FOREVER LINA T-Sonic mini Facial
Cleansing Device

New

**$12.99**
+ shipping
Seller with a 100% positive feedback



Sonic Facial Cleansing Brush
YUNCHI Food Grade Silicone
Waterproof BLUE WC02_B

New

**$13.95**
Free shipping
Seller with a 99.9% positive feedback



pmd Clean Mini Smart Facial
Cleansing Device PINK - New

New

**$46.71**
~~$54.95~~ 15% off
Free shipping
Seller with a 99.8% positive feedback



Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager

New

**$13.61**
Free shipping
9 watchers

Forever Line Mini T Sonic Facial
Cleansing Device

Pre-owned

**$39.99**
+ $6.25 shipping
Seller with a 100% positive feedback



FOREO LUNA mini 2 Ultra-hygienic
Facial Cleansing Sunflower Yellow
DEVICE ONLY

Pre-owned

**$35.99**
~~$39.99~~ 10% off
Free shipping
Seller with a 100% positive feedback



Handheld Facial Brush Mini Sonic
Silicone Pore Deep Cleansing
Beauty Device Home

**$17.56**
Free shipping



NEW Allure Skincare mini Facial
Cleansing Device: Fuchsia- SHIPS
FREE!

New

**$15.00**
Free shipping



PopSonic Leafbud Sonic Facial
Cleansing Device Soften Wrinkles
Lavender Purple

New

**$29.99**
Free shipping
Seller with a 99.8% positive feedback



Cleansing Optical Rejuvenation
Device ES-1022 Facial Massager

New (Other)

**$21.99**
Free shipping
Top Rated Plus



FOREO LUNA mini 3 Ultra-hygienic
Facial Cleansing Brush, All Skin ,
DEVICE only

Pre-owned

**$40.49**
~~$44.99~~ 10% off
Free shipping
Seller with a 100% positive feedback



FOREO LUNA mini 2 F5494 T-Sonic
Facial Cleansing Massager - Fuchsia

New

**$39.99**
Free shipping
Seller with a 100% positive feedback



Facial Cleansing Brush - Latest
Advanced Cleansing Technology & 3
Brush Heads -

New

**$27.35**
Free shipping
Seller with a 100% positive feedback



FOREO LUNA mini 3 Ultra-hygienic
Facial Cleansing, All Skin Types,
DEVICE only

Pre-owned

**$39.99**
Free shipping
Seller with a 100% positive feedback



Floppy? PMD Personal Microderm
4002-Navy Clean Pro Facial
Cleansing Device

Pre-owned

**$39.99**
+ shipping



NEW FOREO Luna Smart Facial
Cleansing Brush Face Massager Teal
Combination Skin

New

**$49.99**
Free shipping
Seller with a 99.7% positive feedback



FOREO LUNA Mini 1 T-Sonic
Cleansing Device Pearl Pink
ORIGINAL New in Box

New

**$79.99**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Foreo Luna 3 Mini Smart Facial
Cleansing & Firming Massage Mint

New

**$99.99**
Free shipping
Top Rated Plus
Seller with a 99.6% positive feedback



FOREO Luna Mini 2 Facial Cleansing
Device AQUAMARINE - New

New

**$87.51**
~~$102.95~~ 15% off
Free shipping
Seller with a 99.8% positive feedback




Electric Silicone Facial Brush
Cleansing Skin Massager Face Brush
Vibration

New

**$19.99**
Free shipping
Seller with a 100% positive feedback



Pink pop sonic leaflet Sonic Facial
Cleansing Device

New (Other)

FOREO Luna Mini 2 Facial Cleansing
Device FUCHSIA - New

New

FOREO LUNA mini 2 T-Sonic Facial
Cleansing Device Fuchsia

Pre-owned

FOREO Luna 2 Facial Cleansing
Device for Sensitive Skin - Imperfect
Box

New (Other)

Mini Silicone Electric Face Cleansing
Brush Sonic Facial Cleaning Device
Tools

New

$24.99
Free shipping
Seller with a 100% positive feedback

$74.51
$110.95 15% off
Free shipping
Seller with a 99.8% positive feedback

$87.20
$75.50 11% off
Free shipping

$107.06
$125.95 15% off
Free shipping
Seller with a 99.8% positive feedback

$50.95
Free shipping
Seller with a 100% positive feedback

---

Back to home page                                                                                                                    Return to top

More to explore :   Sonic Facial Cleansing Devices,   FOREO Facial Cleansing Devices,   NuFACE Facial Cleansing Devices,   Nuskin Facial Cleansing Devices,   Clarisonic Facial Cleansing Devices,
NuFACE Facial Toning Device Facial Cleansing Devices,   Hypoallergenic Facial Cleansing Devices,   Avon Facial Cleansing Devices,   Panasonic Facial Cleansing Devices,   Unbranded Facial Cleansing Devices

---

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ






[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

# yolandlor-0

**100%** Positive feedback (15) **89** Items sold **1** Follower

Visit profile Contact Save

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

Available inventory

$0 $1500+

$ Min to $ Max

**Brand**

**Condition**

New (4)

See all

**Buying Format**

All Listings (4)

Accepts Offers

Auction

Buy It Now (4)

**Item Location**

Default

Within

Radius 25 mi of

Zip code

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

forever lina t-sonic mini facial cleansing device

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **forever lina t-soni...** Save this search

Update your shipping location

**FOREVER LINA T-Sonic mini Facial Cleansing Device**

Brand New

**$12.99**

Buy It Now

**Save up to 20% when you buy more**

yolandlor-0 (15) 100%

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA  MasterCard  AMEX  Discover

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay  Google Pay

**Ship to**

▬▬▬▬▬▬▬
Miami, FL 33133-2709
United States
▬▬▬▬▬
Change

**Review item and shipping**

Seller:  yolandor-0    Message to seller

FOREVER LINA T-Sonic mini Facial Cleansing Device
Color: Blue
**$12.99**

Quantity
1

Delivery
Est. delivery: Apr 19 – Apr 21
USPS First Class
**$5.85**

**Gift cards, coupons, eBay Bucks**

Enter code:            Apply

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

Subtotal (1 item)          $12.99
Shipping                    $5.85
Tax*                        $1.32

**Order total**            **$20.16**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help
?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 309

Marketplace: eBay

Seller Name: yyi89578



Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ˅    My eBay ˅

Shop by category ˅    🔍 Search for anything    All Categories ˅    Search    Advanced

❮ Back to home page | Listed in category: Health & Beauty > Skin Care > Cleansers & Toners    Share | Add to Watchlist





Have one to sell? Sell now

### Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

Condition: New

Type: black ˅

Quantity: 1    2 available / 13 sold

Price: **$17.59**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

🚚 **Fast and reliable.** Ships from United States.

↩ **Breathe easy.** Returns accepted.

Shipping: Free Economy Shipping. See details
Located in: Hacienda Heights, California, United States

Delivery: Estimated between Fri, Apr 21 and Mon, Apr 24 ⓘ

Returns: 14 day returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
yyi89578 (1216 ★)
98.9% positive feedback

♡ Save seller
Contact seller
Visit store
See other items



**Explore a related Store**
115K items sold

lovelydeals2012
In eBay Stores
Sponsored

[ Visit store ]

---

### Similar sponsored items

Feedback on our suggestions



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$17.59**
Free shipping



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.98 10% off
Free shipping
Top Rated Plus



NEW belif Hydrators-On-The-Go 5 Piece Moisturizing Facial Skin Care Kit
New
**$9.95**
0 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback

5 In 1 Face Brush Silicone Facial Electric Wash Face Machine Deep Cleaning Pore
New
$11.99 12% off
Free shipping
6 watchers
**$10.55**

---

### Sponsored items inspired by your views

Feedback on our suggestions



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

| New | New | New (Other) | New | New | Ne |
|---|---|---|---|---|---|
| $6.00 | $19.98 | $11.16 | $19.96 | $11.97 | $ |
| + shipping | Free shipping | $13.95 20% off | $24.95 20% off | Free shipping | + |
| | | Free shipping | Free shipping | | Se |
| Top Rated Plus | Top Rated Plus | Seller with a 100% positive feedback | | Top Rated Plus | |
| 6 watchers | Seller with a 100% positive feedback | | | 10% off 3+ with coupon | |

---

**About this item**  |  **Shipping, returns & payments**

Report this item

Seller assumes all responsibility for this listing.

eBay item number:  233395440828

Last updated on Jan 08, 2021 12:55:24 PST  View all revisions

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Size | 3oz. |
|---|---|---|---|
| Gender | Unisex | Modified Item | No |
| Country/Region of Manufacture | China | Custom Bundle | No |
| Product Line | Massage the skin | Brand | Unbranded |
| Skin Type | All Skin Types | | |

## Item description from the seller

**Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage**

Product description

**Introduction**
SK&PLUS Electric face brush is made of food grade silicone material that is safe, soft, smooth and comfortable. Large area soft brush head with 3-different brush head is perfect for all face area, even on T-zone area. High frequency of 20000 times per minutes than other product, it has 3-sonic vibration frequency mode and 4-speed selection which is suitable for all skin, especially for face and V face lifting massager. The face brush also clears most of the dirt, oil, dead skin, hard-makeup cleansing, exfoliating, blackheads, acne and pore. Just takes 1-3mins twice a day for a clear, fresh and beautiful skin. It makes you keeping softer, smoother and healthier skin, retard aging, reducing fine lines and wrinkles, recover the elasticity of skin, and give you a different cleansing experience every day

**How To Use**
Before use, please ensure device has been charged
Step 1. Apply the cleaner to the skin
Step 2. Wet the face and the facial cleansing device
Step 3. Press the button, select the speed you desire
Step 4.Use electric facial cleaning device on the face for about 3 minutes and wash out the face

**Power switch and LED indication**
4-speed to choose by pressing the power switch in turn. Off the device also by pressing the power switch in turn
LED Flashing - Work status
LED Jump - Charging status
LED Keeping steady - Charging end

**Product Parameters**
Input power: 0.37W
Input voltage: 3.7V
Charging by the most of phone charger

**Use Tips**
The hand feels the stronger vibration when using this electric facial device, the higher the speed, the higher the vibration
The product is certificated by CE, FCC and CMA, safety and high quality

**Our Promise:** Don't hesitate to contact us about any problem or advice of product by our mail. We will solve it in the first time



### yyi89578
98.9% Positive Feedback
4.1K Items sold

Seller's other items

Contact

♡ Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Seller feedback** (1,098)

l***3 (46) • Past month

Very quick response and shipping was timely.

Hotec Kitchen Tongs for Cooking with Locking, Set of 4-- Set of 2 (#333776097664)

5***d (277) • Past month

thanks

Jewelry & Watches | Health & Beauty | Business & Industrial

Consumer Electronics | Baby | Home & Garden

Cell Phones & Accessories | Clothing, Shoes & Accessories

Computers/Tablets & Networking

c***h (776) · Past month

Thanks, fast shipping

Betheaces Bubble Machine, Automatic Durable Bubble Maker 500 Bubbles (#233556603492)

See all feedback

## Influenced by recent sponsored views



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager

New

**$6.00**

+ shipping
Top Rated Plus
6 watchers



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

New

**$19.98**

Free shipping
Top Rated Plus
Seller with a 100% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$8.98**

$9.98 10% off
Free shipping
Top Rated Plus



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$9.99**

Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback



5 in 1 Electric Facial Cleanser Wash Face Beauty Cleansing Massager Machine Home

New

**$6.99**

$12.99 46% off
Free shipping
Seller with a 99% positive feedback

## Related sponsored items



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$9.98**

+ shipping
Seller with a 100% positive feedback



Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable Electric

New

**$19.99**

Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$8.98**

$9.98 10% off
Free shipping
Top Rated Plus

## Explore related sponsored items



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

New

**$11.97**

Free shipping
Top Rated Plus
10% off 3+ with coupon



Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

New

**$9.98**

+ shipping
Seller with a 100% positive feedback



Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes

New

**$24.99**

Free shipping
Seller with a 100% positive feedback



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager NEW

New (Other)

**$11.16**

$13.95 20% off
Free shipping
Seller with a 100% positive feedback

## People who viewed this item also viewed



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.99
Free shipping
Seller with a 99.5% positive feedback



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massager
New
$15.89
Free shipping



INNERNEED Super Soft Silicone Face Cleanser and Massager Brush Manual Facial ...
New
$10.53
Free shipping
Seller with a 99.7% positive feedback



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Messager Scrubber
New
$6.99
$12.99 46% off
Free shipping
53 sold

## Find more sponsored items

Feedback on our suggestions



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.08
$18.98 10% off
Free shipping
Top Rated Plus



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$17.59
Free shipping



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
$9.99
Free shipping
Seller with a 99.5% positive feedback



5 in 1 Face Brush Silicone Facial Electric Wash Face Machine Deep Cleaning Pore
New
$10.55
$11.99 12% off
Free shipping
6 watchers



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.99
$12.99 46% off
Free shipping
53 sold



5 in 1 Electric Facial Cleanser Wash Face Beauty Cleansing Massager Machine Home
New
$6.99
$12.99 46% off
Free shipping
Seller with a 99% positive feedback



Super Soft Silicone Face Cleanser and Massager Brush Manual Facial Cleansing Bru
New
$12.30
Free shipping
Seller with a 99.9% positive feedback



Face Cleaning Brush Soft- Facial Brush Face Scrubber Brush Home Travel
New
$6.11
$6.50 6% off
Free shipping



5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.99
Free shipping
296 sold



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massager
New
$15.89
Free shipping



Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massager
New
$15.89
Free shipping

Set of 2 Pink Silicone Cleansing Brush Super Soft Face Cleanser Massager
New
$19.99
$169.22 88% off
Free shipping
Top Rated Plus



Electric Face Cleansing Silicone Brush Facial Skin Cleaner Cleaning Massager
New
$15.99
Free shipping



Electric Facial Face Sonic Spa Deep Cleansing Brush Beauty Cleanser Exfoliate US
New
$17.09
$18.99 10% off
Free shipping

  



Acne Org Deep Soft Electric Facial Silicone Clean Cleansing Brush for Waterproof

New

**$16.30**

Free shipping

Acne Org Deep Soft Electric Facial Silicone Clean Cleansing Brush for Waterproof

New

**$16.30**

Free shipping

Facial Scrub Cleaning Brush Silicone Sonic Face Cleanser Washing Massager

New

**$14.71**

+ $8.03 shipping
45 sold

Roze Essence Daily Feminine Wash Pink Lady Secret Soap 30 g

New

**$12.54**

Free shipping

Electric Silicone Deep Clean Massager Facial Skin Care Face Cleansing Brush

New

**$45.60**

Free shipping
Seller with a 100% positive feedback



Silicone Facial Cleansing Brush Handheld Facial Skin Cleaner Massager Brush

New

**$8.99**

$9.99 10% off
Free shipping

JAPAN Award#1 Kose Softymo Speedy Cleansing Oil Massage Face Makeup Remover 230m

New

**$13.89**

Free shipping
26 sold



2 - Super Soft Silicone Face Cleanser and Massager Brush Manual Facial Scrubber

New (Other)

**$7.95**

Free shipping
Seller with a 99.5% positive feedback



SUM37 SU:M 37 Time Energy Resetting Toner 170ml with FREE SAMPLES!!

New

**$28.92**

+ $3.99 shipping

Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration

New

**$15.50**

Free shipping
Seller with a 100% positive feedback

---

Back to home page

Return to top

More to explore : Electric Facial Brushes, Clarisonic Electric Facial Brushes, Silicone Hair Scalp Massage Brushes, Silicone-Free Skin Facial Brushes, Facial Massagers, Massage/Scalp Hair Brushes with Soft Pins, Clinique Electric Facial Brush Facial Cleansing Devices, Foot Massage Machine Massagers, Mary Kay Electric Facial Brush Facial Cleansing Devices, Face Lift Machine Facial Cleansing Devices

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

## yyi89578

**98.9%** Positive feedback **4.1K** Items sold **92** Followers

Contact Save Seller

super face washing machine electric soft silicone facial brush cleans a

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **super face washin...** Save this search

Shipping to: 60305

**Category**

**All**

Health & Beauty

Skin Cleansers & Toners

**Price**

$ Min to $ Max

Available inventory

$0 $1000

See all

**Brand**

**Body Area**

**Skin Type**

**Country/Region of Manufacture**

**Condition**

New (1)

See all

**Buying Format**

All Listings (1)

Accepts Offers

Auction

Buy It Now (1)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 60305

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 60305

**Show only**

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage

Brand New

**$17.59**

Buy It Now

Free shipping

**4+ watchers**

yyi89578 (1,216) 98.9%

Tell us what you think

Show o...

☐ Free Returns
☐ Returns Accepted
☐ Authorized Seller
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authenticity Guarantee

See all

More filters...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

○ Add new card
VISA  MasterCard  AMEX  DISCOVER

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

## Ship to

▮▮▮▮▮▮▮
Miami, FL 33133
United States
▮▮▮▮▮▮
Change

## Review item and shipping

Seller: yyi89578    Message to seller

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
Type: black
**$17.59**

Quantity
1

**Delivery**
Est. delivery: Apr 21 – Apr 24
USPS Parcel Select Ground
Free

## Gift cards, coupons, eBay Bucks

Enter code:              Apply

## Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

| | |
|---|---|
| Subtotal (1 item) | $17.59 |
| Shipping | Free |
| Tax* | $1.23 |
| **Order total** | **$18.82** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

DOE Number: 310

Marketplace: eBay

Seller Name: zongtian









[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

Have one to sell? Sell now

## Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

Condition: New

Color: 1

Quantity: 1 Last One / 1 sold

Price: **$10.56**

Buy It Now

Add to cart

Add to Watchlist

Additional service available

3-year protection plan from Allstate - $1.99

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Yiwu, China

Delivery: Estimated between **Wed, Apr 26** and **Wed, May 10**
This item has an extended handling time and a delivery estimate **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal G Pay VISA Discover

*PayPal CREDIT*
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
zongtian (18 ★)
90.9% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

Feedback on our suggestions

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping

5in1 Electric Face Facial Cleaner Brushes Deeply Cleansing Massager Scrubber
New
**$6.99**
~~$12.99~~ 46% off
Free shipping
57 sold

ELEMIS REHYDRATING GINSENG TONER & AVANT PURIFYING & ANTIOXIDISING CLEANSING GEL
New
**$0.99**
0 bids
+ shipping
Seller with a 100% positive feedback

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.12**
~~$7.49~~ 5% off
Free shipping
5 watchers

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
65 sold

Fa
Ne
$
Fr
40

## Sponsored items inspired by your views

Feedback on our suggestions

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool J
New
**$12.91**
~~$13.59~~ 5% off
Free shipping

Ultrasonic Silicone Electric Facial Cleansing Brush Sonic Face Cleanser Massager
New
**$13.19**
Free shipping

Silicone Electric Facial Cleansing Brush Vibration Face Cleaner Skin Care Tool
New
**$13.60**
Free shipping

LUCE 180 Anti-Aging Ultra Sonic Technology Device & Facial Cleanser BNIB black
New
**$20.00**
+ $4.00 shipping
Seller with a 100% positive feedback

---

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.
Last updated on Feb 01, 2023 00:58:58 PST  View all revisions

eBay item number: **314313448808**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Main Purpose | Acne, Blackheads, Clogged Pores, Excessive Oil, Wrinkles |
| Skin Type | All Skin Types | Number of Pieces | One Unit |
| Power Source | Battery | Feature 1 | Dead Skin Removal |
| Feature 3 | Vibration Massage | Feature 2 | Facial Clean |
| Material | Plastic, Silicone | Item Type | Brush |
| Model Number | B-LMH210917 | Feature | Electric Facial Cleaning Brush |
| Brand | Unbranded | Type | Electric Facial Brush |
| Features | Hypoallergenic, Lightweight, Travel-Friendly, Waterproof, Wireless | | |

## Item description from the seller

**iebilif Facial Cleansing Brush Face Skin Care Tools Waterproof Silicone Electric Sonic Cleanser Facial Beauty Massager**

**Specification:**

Item Name: Electric Face Cleansing

Material: ABS+silicone

Weight: 90g

Size: 8*6*4cm

**Battery Power:** AAA Battery (Due to logistics restrictions, batteries are not included.)

**Feature:**

Deep cleanse the dirt on the face, balance the facial oil secretion, relax the skin and replenish water to shrink the pores and make the skin refreshed and comfortable.

**How To Use**

Multiple verifications, daily blistering facial cleanser 1-2 grams or so, drip 4-6 drops of water, press the mode button for about 5-6 seconds to automatically bubble.

**Tips**

The skin is more fragile when it is allergic peeling. It's recommended that the skin care method at this time be as simple as possible, it's recommended to use it 1-2 times a week, if there is wound or suppurative acne, please stop using this product to avoid worsening wound infection.

**Package List**

1* Face Cleansing Brush



# IPX5  Waterproof design

No fear of liquid immersion, more convenient to use



# 7500 times/min vibration cleaning

## Deep stubborn dirt, all shake out



## Thoroughly cleanse the skin, make the skin more delicate and smooth



**1800+** 1800+ high-density bristles

**30%** 32% increase in bristles

**26%** 26% increase in bristle softness

# Sensitive skin  1 type of bristles

The fine bristles are arranged neatly and are designed for sensitive skin, which is not easy to cause redness and tingling discomfort



# Normal skin   2 types of bristles

Thick bristles deeply clean the T-zone and difficult-to-clean areas, while the fine bristles gently clean the dry U-zone





# Combination skin  2 types of bristles

The thick bristles on the top clean the T-zone and difficult-to-clean areas that are prone to oilTwo types of bristles at the lower end gently clean the dry U area





Day and night                                          Day and night

**dual gear**

Massage during
the day to release
a good mood

**dual gear**

Lift at night to relax
the tiredness of the
day

# Thoroughly clean make skin supple

Thoroughly clean, gentle and no residue









**Before clean**

Dirt is not only attached to the surface skin Still hidden inside the pores

**Ordinary cleansing**

Difficult to clean deep clogged pores

**Gentle cleansing**

Thermal conductivity system can better open pores, dredge and clean thoroughly





# Multifunctional assembly
## Gentle vibration, no skin damage



Vertical Acoustic Pulse Technology

Bigger brush head, longer and softer bristles

IPX5 life waterproof



With essence, the micro current conduction is gentle and easy to absorb

7500 vibrations per minute



Food grade silicone

| Before use, the pores are enlarged and there are many blackheads | After use, the pores shrink and the skin becomes delicate |

### 5mm brush head

With a large area of silicone brush, blackheads, pores and skin can be cleaned, effectively solving skin problems

### Massage mode

Low-frequency vibration massage, rejuvenate skin elasticity, and solve the problem of skin fatigue

### Sonic vibration

The transdermal sonic vibration can strongly clean the stains under the skin cortex, which is efficient and safe without hurting the skin

# Wash your face,
# have you really washed it?



| Large pores | Blackhead, shut up | Acne |

| Air dust, makeup residue | Excessive cleaning, imbalance of water and oil, | Sensitive and fragile skin |
| --- | --- | --- |

# HOW TO INSTALL THE BATTERY

  

  

  



**Step 1:Apply facial cleanser**

After removing makeup, wet the face, foam the facial cleanser and apply it on the face, or apply the facial cleanser directly to the cleanser



**Step 2: for cleaning**

Turn on the cleansing device to a that each use lasts no more than 2 minutes



Step 3: Perform a massage

Follow the contours of the face and pat lightly with a brush. The suggested sequence is: chin-cheeks-forehead-around eyes



Part 4: Daily Care

After cleansing, start the daily skin care steps



**Zongtian**

90.9% Positive Feedback
127 Items sold

Seller's other items

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.7 |
| Communication | 4.4 |

### Popular categories from this store   See all

Collectibles    Pet Supplies    Crafts    Health & Beauty

Business & Industrial    Consumer Electronics

Musical Instruments & Gear    eBay Motors    Sporting Goods

### Seller feedback (24)

➕ 3***f (218) •  Past month

Exactly what I wanted

Outdoor Camping Titanium Toothpick Holder Fruit Fork Keychain Survival Tool (#314302098585)

➕ n***y (1041) •  Past month

Nice warm neck warmer, fast shipping, thank you

Winter Scarf Men Neck Warmer Tube Fleece Balaclava Ski Motorcycles Hiking Mask (#314272014843)

➖ m***o (258) •  Past month

Wrong color , not answering

3 PCS Tactical Molle Buckle Hanging Belt Key Hook Webbing Strap Carabiner Clip (#314241459491)

See all feedback

### Influenced by recent sponsored views


Electric Silicone Facial Cleansing


Silicone Electric Facial Cleansing


Electric Facial Deep Cleansing


Sonic Facial Cleansing Brush

Leuxe Facial Cleansing Brush

Si

Brush Face Exfoliator Cleanser Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Brush Vibration Face Cleaner Skin Care Tool J
New
**$12.91**
~~$13.59~~ 5% off
Free shipping

Brush Exfoliator Waterproof Face Scrubber Massag
New
**$20.89**
~~$28.96~~ 28% off
Free shipping
Top Rated Plus

Silicone Face Scrubber, Waterproof Vibrating Face
New
**$14.60**
**Last one**

Waterproof Rechargeable Face Scrubber Brush
New
**$19.99**
Top Rated Plus
Seller with a 99.8% positive feedback

---

### Related sponsored items

    

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
~~$12.99~~ 46% off
Free shipping
51 sold

5in1 Electric Face Facial Cleaner Brushes Deeply Cleansing Massager Scrubber
New
**$6.99**
~~$12.99~~ 46% off
Free shipping
57 sold

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.12**
~~$7.49~~ 5% off
Free shipping
5 watchers

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
65 sold

---

### Explore related sponsored items

    

Electric Silicone Facial Cleansing Brush Face Exfoliator Cleanser Rechargeable
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$8.98**
~~$9.98~~ 10% off
Free shipping
Top Rated Plus

2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New
**$9.99**
Free shipping
Top Rated Plus
Seller with a 99.5% positive feedback

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
**$6.99**
~~$12.99~~ 46% off
Free shipping
51 sold

Silicone Electric Facial Cleansing Brush Face Exfoliator Rechargeable 5 Modes
New
**$24.99**
Free shipping
Seller with a 100% positive feedback

---

### People who viewed this item also viewed

    

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
65 sold

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.4% positive feedback

Electric Deep Cleaner Massager Silicone Facial Cleansing Brush Face Skin Care
New
**$7.99**
Free shipping

Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
**$7.29**
Free shipping

---

### Find more sponsored items

Feedback on our suggestions

       


Silicone Face Cleansing Brush
Electric Facial Cleanser Washing
Massager Scrubber
New
$7.59
Free shipping

Silicone Face Cleansing Brush
Electric Facial Cleanser Washing
Massager Scrubber
New
$6.99
Free shipping
65 sold


Electric Face Cleansing Brush Ultra
Sonic Facial Skin Silicone Cleaner
Massager
New
$7.12
$7.49 5% off
Free shipping
5 watchers

5in1 Electric Face Facial Cleaner
Brushes Deeply Cleansing Massager
Scrubber
New
$6.99
$12.99 46% off
Free shipping
57 sold


Electric Face Cleansing Brush Ultra
Sonic Facial Skin Silicone Cleaner
Massager
New
$7.29
Free shipping


Electric Facial Deep Cleansing Brush
Exfoliator Waterproof Face Scrubber
Massage
New
$20.89
$28.96 28% off
Free shipping
Top Rated Plus


Electric Silicone Facial Cleansing
Brush Face Skin Care Deep Cleaner
Massager
New
$6.99
Free shipping
Seller with a 99.4% positive feedback


Facial Cleansing Brush Face Scrubber and Cleanser
New
$25.99
Free shipping
Last one


Electric Face Cleansing Brush Ultra
Sonic Facial Skin Silicone Cleaner
Massager
New
$7.55
Free shipping


Electric Face Facial Cleaner Brushe
Deep Cleansing Spa Massager
Scrubber w/3Mode
New
$9.08
$9.66 6% off
Free shipping
26% off 6 with coupon


Electric Face Cleansing Brush Ultra
Sonic Facial Skin Cleaner Massager
Silicone
New
$7.85
Free shipping


Electric Face Cleansing Brush Ultra
Sonic Facial Skin Cleaner Massager
Silicone
New
$7.50
$7.89 5% off
Free shipping


Silicone Face Cleansing Brush
Electric Facial Cleanser Skin
Massage US
New
$7.59
Free shipping


Facial Cleansing Brush Face
Scrubber: Electric Exfoliating Spin
Cleanser Device
New
$31.52
Free shipping
Seller with a 100% positive feedback


Cleansing Brush Face Scrubber
Electric Face Spin Cleanser Brushes
with 7 Brush
New
$18.57
Free shipping


Facial Cleansing Brush Face
Massager Electric: with Soft
Silicone, Waterproof
New
$19.99
Free shipping
Buy 1, get 1 5% off


Silicone Electric Face Cleansing
Massager Facial Washing Brush
Scrubber Cleanser
New
$12.34
$12.99 5% off
Free shipping


Facial Cleansing Brush 3-In-1 Electric
Silicone Face Scrubber Vibrating
Massag
New
$22.05
Free shipping
Seller with a 100% positive feedback


Facial Cleansing Brush Face
Scrubber: CLSEVXY Electric Face
Spin Cleanser Bru...
New
$15.66
Free shipping
Seller with a 100% positive feedback


Electric Face Silicone Cleanser
Brush Scrubber Waterproof
Cleansing Exfoliating
New
$22.68
Free shipping


Silicone Face Scrubber for Men
Facial Cleansing Brush Silicone Face
Wash Brus...
New
$14.60
Free shipping

MEGAN Facial Cleansing Brush,USB
Rechargeble Electric Silicone Face
Scrubber,...
New
$25.37
Free shipping


Silicone Face Scrubber For Men
Facial Cleansing Brush Silicone Face
Wash Brush
New
$12.72
Free shipping


Silicone Face Scrubber for Men
Facial Cleansing Brush Silicone Face
Wash Brus...
New
$14.60
Free shipping

Facial Cleansing Brush, 3-In-1
Electric Silicone Face Scrubber,
Vibrating Mas...
New
$26.89
Free shipping

More to explore :   Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Unbranded Electric Facial Brush Facial Cleansing Devices,
Vitagoods Electric Facial Brush Facial Cleansing Devices,   Panasonic Facial Massager Facial Cleansing Devices,   FOREO Facial Massager Facial Cleansing Devices,
Unbranded Facial Massager Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Facial Massager Facial Cleansing Devices

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

# Zongtian

**90.9%** Positive feedback **127** Items sold **7** Followers

Contact Save Seller

silicone face cleansing brush electric facial cleanser washing massa( sc

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

1 result for **silicone face clean...** Save this search

Shipping to: 90014

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

Brand New

**$10.56**

Buy It Now

Free shipping

from China

zongtian (18) 90.9%

Tell us what you think

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

Available inventory

$0 $1500+

$ Min to $ Max

**Condition**

New (3)

See all

**Buying Format**

All Listings (3)

Accepts Offers

Auction

Buy It Now (3)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 90014

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 90014

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

More filters...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

**Pay with**

○ Add new card
  [VISA] [Mastercard] [American Express] [Discover]

● **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ [G Pay] Google Pay

**Ship to**

████
Palm Beach, FL 33480
United States
████

Change

**Review item and shipping**

Seller: zongtian   |   Message to seller



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
Color: 1
**$10.56**
Quantity 1

**Delivery**
Est. delivery: Apr 27 – May 10
SpeedPAK Standard
Free

**Gift cards, coupons, eBay Bucks**

[ Enter code: ]   [ Apply ]

**Donate to charity (optional)** ⓘ

Nova Ukraine

Donate to Nova Ukraine to help fund group, individual & family therapy for families with kids who have experience severe trauma & loss due to the War. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   [ None ▼ ]

---

Subtotal (1 item)                   $10.56
Shipping                              Free
Tax*                                 $0.74

**Order total**                    **$11.30**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ **Pay with PayPal** ]

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

[ Help ]

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ











[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

Have one to sell? Sell now

## Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

Condition: New

Color: 1

Quantity: 1 Last One / 1 sold

Price: **$10.56**

Buy It Now

Add to cart

Add to Watchlist

Additional service available

3-year protection plan from Allstate - $1.99

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Yiwu, China

Delivery: Estimated between Mon, May 8 and Mon, May 22
This item has an extended handling time and a delivery estimate **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal G Pay VISA AM EX DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
zongtian (19 ★)
91.3% positive feedback

Save seller
Contact seller
Visit store
See other items

**Shop related items**
115K items sold
lovelydeals2012
In eBay Stores
Sponsored
Visit store

Similar sponsored items See all >

Feedback on our suggestions

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$7.59**
Free shipping

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
**$6.99**
Free shipping
70 sold

Cetaphil daily facial cleanser 16 oz & Cetaphil Moisturizing Cream 03oz Bundle
New
**$28.50**
0 bids
+ $10.40 shipping

5in1 Electric Face Facial Cleaner Brushes Deeply Cleansing Massager Scrubber
New
**$6.99**
~~$12.99~~ 46% off
Free shipping
59 sold

Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
**$10.95**
Free shipping
41 sold

Ul
Cl
Cl
Ne
$
$1
Fr
9

Sponsored items inspired by your views See all >

Feedback on our suggestions

Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager
New
**$13.19**
Free shipping

Ultrasonic Silicone Electric Facial
Cleansing Brush Sonic Face
Cleanser Massager
New
**$12.93**
~~$13.61~~ 5% off
Free shipping
**9 watchers**

Silicone Facial Cleansing Brush
Massage Electric Rechargeable
Exfoliate Clean
New
**$10.95**
Free shipping
**41 sold**

---

| About this item | Shipping, returns & payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on Feb 01, 2023 00:58:58 PST  View all revisions

eBay item number: **314313448808**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Main Purpose | Acne, Blackheads, Clogged Pores, Excessive Oil, Wrinkles |
| Skin Type | All Skin Types | Number of Pieces | One Unit |
| Power Source | Battery | Feature 1 | Dead Skin Removal |
| Feature 3 | Vibration Massage | Feature 2 | Facial Clean |
| Material | Plastic, Silicone | Item Type | Brush |
| Model Number | B-LMH210917 | Feature | Electric Facial Cleaning Brush |
| Brand | Unbranded | Type | Electric Facial Brush |
| Features | Hypoallergenic, Lightweight, Travel-Friendly, Waterproof, Wireless | | |

## Item description from the seller

**iebilif Facial Cleansing Brush Face Skin Care Tools Waterproof Silicone Electric Sonic Cleanser Facial Beauty Massager**

**Specification:**

Item Name: Electric Face Cleansing

Material: ABS+silicone

Weight: 90g

Size: 8*6*4cm

**Battery Power:** AAA Battery (Due to logistics restrictions, batteries are not included.)

**Feature:**

Deep cleanse the dirt on the face, balance the facial oil secretion, relax the skin and replenish water to shrink the pores and make the skin refreshed and comfortable.

**How To Use**

Multiple verifications, daily blistering facial cleanser 1-2 grams or so, drip 4-6 drops of water, press the mode button for about 5-6 seconds to automatically bubble.

**Tips**

The skin is more fragile when it is allergic peeling. It's recommended that the skin care method at this time be as simple as possible, it's recommended to use it 1-2 times a week, if there is wound or suppurative acne, please stop using this product to avoid worsening wound infection.

**Package List**

1* Face Cleansing Brush





# IPX5  Waterproof design

No fear of liquid immersion, more convenient to use



# 7500 times/min vibration cleaning

## Deep stubborn dirt, all shake out



## Thoroughly cleanse the skin, make the skin more delicate and smooth



1800+ high-density bristles

32% increase in bristles

26% increase in bristle softness

# Sensitive skin  1 type of bristles

The fine bristles are arranged neatly and are designed for sensitive skin, which is not easy to cause redness and tingling discomfort



# Normal skin   2 types of bristles

Thick bristles deeply clean the T-zone and difficult-to-clean areas, while the fine bristles gently clean the dry U-zone



# Combination skin  2 types of bristles

The thick bristles on the top clean the T-zone and difficult-to-clean areas that are prone to oilTwo types of bristles at the lower end gently clean the dry U area





Day and night                                              Day and night

**dual gear**

Massage during
the day to release
a good mood

**dual gear**

Lift at night to relax
the tiredness of the
day

# Thoroughly clean make skin supple

## Thoroughly clean, gentle and no residue





**Before clean**

Dirt is not only attached to the surface skin Still hidden inside the pores



**Ordinary cleansing**

Difficult to clean deep clogged pores



**Gentle cleansing**

Thermal conductivity system can better open pores, dredge and clean thoroughly





# Multifunctional assembly
## Gentle vibration, no skin damage



Vertical Acoustic Pulse Technology



Bigger brush head, longer and softer bristles



IPX5 life waterproof



With essence, the micro current conduction is gentle and easy to absorb

7500 vibrations per minute



Food grade silicone

Before use, the pores are enlarged and there are many blackheads

After use the pores shrink and the skin becomes delicate

## 5mm brush head

With a large area of silicone brush, blackheads, pores and skin can be cleaned, effectively solving skin problems

## Massage mode

Low-frequency vibration massage, rejuvenate skin elasticity, and solve the problem of skin fatigue

## Sonic vibration

The transdermal sonic vibration can strongly clean the stains under the skin cortex, which is efficient and safe without hurting the skin

# Wash your face, have you really washed it?



Large pores    Blackhead, shut up    Acne

| Air dust, makeup residue | Excessive cleaning, imbalance of water and oil, | Sensitive and fragile skin |

# HOW TO INSTALL THE BATTERY













Step 1:Apply facial cleanser

After removing makeup, wet the face, foam the facial cleanser and apply it on the face, or apply the facial cleanser directly to the cleanser



Step 2: for cleaning

Turn on the cleansing device to a that each use lasts no more than 2 minutes





Step 3: Perform a massage

Part 4: Daily Care

Follow the contours of the face and pat lightly with a brush. The suggested sequence is: chin-cheeks-forehead-around eyes

After cleansing, start the daily skin care steps



**Zongtian**

91.3% Positive Feedback
128 items sold

Visit store

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.7 |
| Communication | 4.4 |

### Popular categories from this store   See all

Collectibles   Pet Supplies   Crafts   Health & Beauty

Business & Industrial   Consumer Electronics

Musical Instruments & Gear   eBay Motors   Sporting Goods

### Seller feedback (25)

➕ c***r (3838) • Past month

thank you

Tactical Rifle ButtStock Sling Gun Strap Rope Adapter Hunting Accessories (#314292397993)

➕ 3***f (218) • Past month

Exactly what I wanted

Outdoor Camping Titanium Toothpick Holder Fruit Fork Keychain Survival Tool (#314302098585)

➕ n***y (1041) • Past month

Nice warm neck warmer, fast shipping, thank you

Winter Scarf Men Neck Warmer Tube Fleece Balaclava Ski Motorcycles Hiking Mask (#314272014843)

See all feedback

### Influenced by recent sponsored views









Ultrasonic Silicone Electric Facial   Silicone Face Cleansing Brush   Silicone Face Cleansing Brush   Silicone Face Cleansing Brush   Electric Face Cleansing Brush Ultra

Cleansing Brush Sonic Face
Cleanser Massager
New
$13.19
Free shipping

Electric Facial Cleanser Washing
Massager Scrubber
New
$7.59
Free shipping

Electric Facial Cleanser Washing
Massager Scrubber
New
$6.99
Free shipping
70 sold

Electric Facial Cleanser Washing
Massager Scrubber
New
$9.49
Free shipping

Sonic Facial Skin Silicone Cleaner
Massager
New
$7.49
Free shipping

## Explore related sponsored items

    

5 in 1 Deep Clean Face Skin Electric
Facial Cleaner Care Brush
Massager Scrubber
New
$6.99
$12.99 46% off
Free shipping
55 sold

Super Face Washing Machine
Electric Soft Silicone Facial Brush
Cleanser Massage
New
$8.98
$9.98 10% off
Free shipping
Top Rated Plus

Silicone Electric Face Cleansing
Brush Ultra Sonic Facial Skin
Cleaner Messager
New
$15.69
Free shipping
33 sold

4 Pack Soft Silicone Face Scrubber
Cleanser Massager Facial
Cleansing Skin Brush
New
$14.49
Free shipping

Ultrasonic Electric Silicone Facial
Cleansing Brush Sonic Face
Massager, Pink
New
$19.99
Free shipping
Seller with a 100% positive feedback

## Related sponsored items

    

5 in 1 Deep Clean Face Skin Electric
Facial Cleaner Care Brush
Massager Scrubber
New
$6.99
$12.99 46% off
Free shipping
55 sold

Silicone Face Cleansing Brush
Electric Facial Cleanser Washing
Massager Scrubber
New
$6.99
Free shipping
70 sold

Silicone Face Cleansing Brush
Electric Facial Cleanser Washing
Massager Scrubber
New
$7.59
Free shipping

5in1 Electric Face Facial Cleaner
Brushes Deeply Cleansing
Massager Scrubber
New
$6.99
$12.99 46% off
Free shipping
59 sold

Ultrasonic Electric Silicone Facial
Cleansing Brush Sonic Face
Massager, Pink
New
$19.99
Free shipping
Seller with a 100% positive feedback

## People who viewed this item also viewed

    

Silicone Face Cleansing Brush
Electric Facial Cleanser Washing
Massager Scrubber
New
$6.99
Free shipping
70 sold

Silicone Face Cleansing Brush
Electric Facial Cleanser Washing
Massager Scrubber
New
$7.59
Free shipping

Silicone Face Cleansing Brush
Electric Facial Cleanser Washing
Massager Scrubber
New
$9.49
Free shipping

Electric Silicone Facial Cleansing
Brush Face Skin Care Deep Cleaner
Massager
New
$6.99
Free shipping
Seller with a 99.4% positive feedback

Electric Deep Cleaner Massager
Silicone Facial Cleansing Brush
Face Skin Care
New
$7.99
Free shipping

## Find more sponsored items

Feedback on our suggestions

      



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$7.59
Free shipping



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$6.99
Free shipping
70 sold



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$9.49
Free shipping



5in1 Electric Face Facial Cleaner Brushes Deeply Cleansing Massager Scrubber
New
$6.99 $12.99 46% off
Free shipping
59 sold



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$9.49
Free shipping



Electric Face Facial Cleaner Brushe Deep Cleansing Spa Massager Scrubber w/3Mode
New
$9.08 $9.66 6% off
Free shipping
26% off 6+ with coupon



Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubber Massage
New
$20.89 $28.96 28% off
Free shipping
Top Rated Plus



Electric Silicone Facial Brush Cleansing Skin Massager Face Brush Vibration
New
$19.99
Free shipping
Seller with a 100% positive feedback



Facial Cleansing Brush Silicone Electric Face Scrubber and Cleanser
New
$25.99
Free shipping
Last one



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.29
Free shipping



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
$6.99
Free shipping
Seller with a 99.4% positive feedback



Electric Face Cleansing Brush Ultra Sonic Facial Skin Silicone Cleaner Massager
New
$7.55
Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
$7.89
Free shipping



Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager Silicone
New
$7.85
Free shipping



Silicone Face Cleansing Brush Electric Facial Cleanser Skin Massage US
New
$7.59
Free shipping



Facial Cleansing Brush Face Massager Electric with Soft Silicone, Waterproof
New
$19.99
Free shipping
Buy 1, get 1 5% off



Facial Cleansing Brush Face Scrubber: Electric Exfoliating Spin Cleanser Device
New
$20.37
Free shipping



Silicone Face Scrubber for Men Facial Cleansing Brush Silicone Face Wash Brus...
New
$14.60
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Massager Facial Washing Brush Scrubber Cleanser
New
$12.34 $12.99 5% off
Free shipping



Facial Cleansing Brush Face Scrubber: Electric Exfoliating Spin Cleanser Device
New
$31.52
Free shipping
Seller with a 100% positive feedback



Cleansing Brush Face Scrubber Electric Face Spin Cleanser Brushes with 7 Brush
New
$18.57
Free shipping



INNERNEED Super Soft Silicone Face Cleanser and Massager Brush Manual Facial ...
New
$11.52
Free shipping



Facial Cleansing Brush Face Scrubber: CLSEVXY Electric Face Spin Cleanser Bru...
New
$16.14
Free shipping



Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
$24.74
Free shipping



Silicone Face Scrubber for Men Facial Cleansing Brush Silicone Face Wash Brus...
New
$14.60
Free shipping

Seller with a 100% positive feedback          Seller with a 100% positive feedback          **Last one**          Seller with a 100% positive feedback

Back to home page                                                                                                                                          Return to top

More to explore :   Clinique Electric Facial Brush Facial Cleansing Devices,   Olay Electric Facial Brush Facial Cleansing Devices,   Facial Cleansing Brushes,   Unbranded Electric Facial Brush Facial Cleansing Devices,
Vitagoods Electric Facial Brush Facial Cleansing Devices,   Panasonic Facial Massager Facial Cleansing Devices,   FOREO Facial Massager Facial Cleansing Devices,
Unbranded Facial Massager Facial Cleansing Devices,   Mary Kay Electric Facial Brush Facial Cleansing Devices,   Sensitive Skin Facial Massager Facial Cleansing Devices

About eBay        Announcements        Community        Security Center        Seller Center        Policies        Affiliates        Help & Contact        Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

**ebay** Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart

## Pay with

○ Add new card
VISA  Mastercard  AMEX  Discover

● **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

### Ship to

[REDACTED]
Palm Beach, FL 33480
United States
[REDACTED]
Change

### Review item and shipping

Seller: zongtian      Message to seller



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
Color: 1
**$10.56**
Quantity 1

**Delivery**
Est. delivery: May 8 – May 22
SpeedPAK Standard
**Free**

### Gift cards, coupons, eBay Bucks

[ Enter code: ]     Apply

### Donate to charity (optional) ⓘ

Comic Relief Red Nose Day

Help Red Nose Day provide children facing poverty resources needed to grow up healthy, safe, educated & empowered so they can focus on being kids. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    [ None ▾ ]

---

Subtotal (1 item)          $10.56
Shipping                     Free
Tax*                        $0.74

**Order total          $11.30**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain states. Learn more

**Pay with *PayPal***

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

Help

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



[redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

# Zongtian

**91.3%** Positive feedback **128** Items sold **8** Followers

Contact Save Seller

**Category**

**All**

Health & Beauty

Facial Cleansing Devices

**Price**

Available inventory

$0 $1500+

$ Min to $ Max

**Condition**

New (3)

See all

**Buying Format**

All Listings (3)

Accepts Offers

Auction

Buy It Now (3)

**Item Location**

Default

Within

Radius 25 mi of

Zip code 10025

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free Local Pickup

Within

Radius 25 mi of

Zip code 10025

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

More filters...

silicone face cleansing brush electric facial cleanser washing massa( ✕ ;c

All Listings Accepts Offers Auction Buy It Now Condition Shipping Local Best Match

1 result for **silicone face clean...** Save this search Shipping to: 10025

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

Brand New

**$10.56**

Buy It Now

Free shipping

from China

zongtian (19) 91.3%

Tell us what you think

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ