# EXHIBIT 1
# (Part 10 of 11)



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes





NYXBERRYT

**Mini Electric Facial Cleansing Brush Waterproof Silicone Sonic Face Brush Handheld Cleaning Device Rechargeable Pore Cleaner, Rose Red**

**$19.98**

Price when purchased online ⓘ

Buy now | Add to cart

Actual Color: Rose Red

Rose Red
$19.98

Free shipping, **arrives by Tue, Mar 21** to
More options

Sold and shipped by kunminghuireng Co. ltd
★★★★★ 1 seller review
View seller information

Free 30-day returns  Details

♡ Add to list          🎁 Add to registry

**Check out these related products**





**Protect your purchase**
Get the best value on product protection including fast repairs or replacements.

Add Walmart Protection Plan by Allstate  Details

○ 2-Year plan - $2.00
○ 3-Year plan - $3.00
● I don't need protection at this time



| Options | Options | + Add | Options |
|---|---|---|---|

$23.77 | $24.99 | $27.34 | $25.99

Peryerana 360°Rotating Electric Facial Cleansing Brus... | DTOWER 360°Rotating Electric Facial Cleansing Brus... | Electric Facial Cleansing Brush Automatic Spin Face... | Morease 4 IN 1 Facial Cleansing Brush Sonic Vibration Mini Face...

3+ day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping



Sponsored
$19.94
True Glow by Conair Battery Operated Facial Cleansing...
★★★★☆ 164
3+ day shipping

**About this item**

Product details

Features:

3 Intensity Levels: 3 intensity adjustment, comfortable mode for facial massage, and facial cleaning mode for intensive and thorough face cleaning.

3 Zones Brush Bristles: The front side with gentle and fine brush bristle for soft cleaning, back side with thick bristle for intensive cleaning, side bristle for nose wings cleaning.

Package Included:

1 x Facial Cleaner

1 x USB Cable

Mini Electric Facial Cleansing Brush Waterproof Silicone Sonic Face Brush Handheld Cleaning Device Rechargeable Pore Cleaner, Rose Red

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer



Specifications

**Brand**
NYXBERRYT

**Manufacturer Part Number**
NYX220625-BPH-B11

**Assembled Product Weight**
0.1 lb

**Manufacturer**
NYXBERRYT

**Assembled Product Dimensions (L x W x H)**
0.10 x 0.10 x 0.10 Inches

Warnings                                              ^

⚠ WARNING - California Proposition 65
None

💬 Report incorrect product information

**Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.   Learn more



## Products you may also like                          Sponsored

**$19.94**
True Glow by Conair Battery Operated Facial Cleansing Brus...
⭐⭐⭐⭐½ 164
3+ day shipping

**$30.99**
Fancii Cora 3 Waterproof Facial Spin Cleansing Brush with ...
3+ day shipping

Best seller
**$13.12**
True Glow by Conair Facial Cleansing Brush Battery operated, 3...
⭐⭐⭐⭐½ 179
Pickup   Delivery
1-day shipping

**$15.99**
4 Pack Face Scrubber,WUSI Soft Silicone Facial...
2-day shipping

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

## More items to explore                              Sponsored

**$29.96**
FreeBreath Facial Cleansing Brush, IPX7 Waterproof Face...
⭐⭐⭐⭐½ 11
2-day shipping

**$24.99**
Facial Cleansing Brush, Electric Face Brush Scrubber Rechargeab...
⭐⭐⭐⭐½ 9
2-day shipping

**$19.99**
Facial Cleansing Brush,Electric Face Exfoliator Brush,IPX-7...
3+ day shipping

**$29.98**
FreeBreath Facial Cleansing Brush, IPX7 Waterproof Face...
⭐⭐⭐⭐ 6
2-day shipping

**$15.99**
4 Pack Face Scrubber,WUSI Soft Silicone Facial...
2-day shipping

**$14.99**
4 Pack Face Scrubber,WUSI Soft Silicone Facial...
2-day shipping

**Recently viewed items**

Based on your most recent browse history

 

| | | | | | |
|---|---|---|---|---|---|
| Options | + Add | + Add | + Add | + Add | Options |
| | | | | | +4 options |
| **$19.99** | **$26.99** | **$16.93** | **$16.93** | **$19.90** | **$20.99** |
| Portable Mini Face Brushes for Cleansing & Exfoliating,Silicone... | Sonic Facial Cleansing Brush - Soft Silicone Water-Proof Face... | Sonic Facial Cleansing Brush Electric Silicone Face Scrubber for... | Sonic Facial Cleansing Brush Electric Silicone Face Scrubber for... | Varasa Beauty Sonic Facial Massager Brush USB Charging Facial... | Soft Silicone Cleansing Brush - Gentle Sonic Cleansing Brush -... |
| 2-day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping |

## Related pages

| | | |
|---|---|---|
| Tao Facial Brush | Facial Brushes for Acne | Cleansing Brushes |
| Facial Cleansing Brushes | Luna Mini Cleansing Brush | Face Cleansing Brushes |
| Skin Care Tools | Skincare Tools | Conair Beauty Tools |
| Holiday Beauty Tech & Tools | Beauty Tools & Tech | Self-Care & Pampering |

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments   Store Directory   Careers   Our Company   Sell on Walmart.com   Help   COVID-19 Vaccine Scheduler   Product Recalls   Accessibility   Tax Exempt Program
Get the Walmart App   Sign-up for Email   Safety Data Sheet   Terms of Use   Privacy & Security   CA Privacy Rights   California Supply Chain Act   Your Privacy Choices
Request My Personal Information   #IYWYK

© 2023 Walmart. All Rights Reserved.

| 2-day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping |
|---|---|---|---|---|---|

## Related pages

| | | |
|---|---|---|
| Tao Facial Brush | Facial Brushes for Acne | Cleansing Brushes |
| Facial Cleansing Brushes | Luna Mini Cleansing Brush | Face Cleansing Brushes |
| Skin Care Tools | Skincare Tools | Conair Beauty Tools |
| Holiday Beauty Tech & Tools | Beauty Tools & Tech | Self-Care & Pampering |

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments   Store Directory   Careers   Our Company   Sell on Walmart.com   Help   COVID-19 Vaccine Scheduler   Product Recalls   Accessibility   Tax Exempt Program
Get the Walmart App   Sign-up for Email   Safety Data Sheet   Terms of Use   Privacy & Security   CA Privacy Rights   California Supply Chain Act   Your Privacy Choices
Request My Personal Information   #IYWYK

© 2023 Walmart. All Rights Reserved.



Checkout



**Subtotal** (1 item)      $19.98
Shipping      Free
**Estimated taxes**      $1.40

**Estimated total**      **$21.38**

Have a promo code? ⌄



**1. Free shipping, arrives by Tue, Mar 21** ✓

_____ Miami, FL 33133     Edit

**Delivery instructions**     Add

Add gate codes or other useful information.

**Items details**     Hide details
**Arrives by Tue, Mar 21** (1 item)

Sold and shipped by kunminghuireng Co. ltd

Mini Electric Facial Cleansing Brush Waterproof Silicone Sonic Face    Qty 1    $19.98
Brush Handheld Cleaning Device Rechargeable Pore Cleaner, Ros...
Actual Color: Rose Red



**2. Payment method** ⊖

**Pay with card**

[VISA] [DISCOVER] [mastercard] [AMERICAN EXPRESS] [Gift Card] [EBT] [OTC Network]

Learn more about payment methods we accept.

* Required field

🗋 Card number *

**Continue**

**Other ways to pay** ⌃

Pay with PayPal         Pay in monthly installments with Affirm
☑ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

[ PayPal ]     [ affirm ]



📱 **3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits) *
_____    ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

© 2023 Walmart. All Rights Reserved.    Give feedback    CA Privacy Rights    Your Privacy Choices    Request My Personal Information    California Supply Chains Act

DOE Number: 340

Marketplace: Walmart

Seller Name: LonRon Co.Ltd



Assembled Product Dimensions (L x W x H)

5.11 x 1.18 x 5.11 inches

---

Warnings ∧

⚠ **WARNING - California Proposition 65**

None

💬 Report incorrect product information

## Top picks to explore



**Reduced price**

**Now $7.59** ~~$9.24~~

10 Pcs Silicone Face Cleanser and Body Scrubber Set,...

★★★★☆ 9

3+ day shipping

**From $8.58**

MIARHB Facial Cleansing Brush Waterproof Vibrating...

3+ day shipping

**Clearance**

**$7.85** ~~$9.23~~

Manual Silicone Face Brush for Facial Scrubber Pads for...

3+ day shipping

**$5.74** ~~$6.46~~

NICEXMAS 5 Pcs 1 Bag Multipurpose Silicone Facial Brushes...

3+ day shipping

## Check out these related products



**From $20.97**

Facial Cleansing Brush Waterproof Electric Silicone Face Brush...

+2 options

3+ day shipping

**$16.56**

FTJfrsbc Silicone Face Cleansing Brush 5 Mode Electric Facial...

3+ day shipping

**$7.64** +$5.99 shipping

Cleansing Instrument LnJYlGJ Silicone Facial Cleaning Brush Skin...

3+ day shipping

**$11.75** ~~$14.69~~

+$3.99 shipping

Yrtoes Sonic Facial Cleansing Brush Made With Ultra Hygienic...

3+ day shipping

---

💳 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

## Products you may also like

Sponsored



**Best seller**

**$12.99**

Face Wipes, Retinol Facial Cleansing and Gentle Make Up...

★★★★★ 2

2-day shipping

**Now $29.99** ~~$33.99~~

BEAKEY Skin Scrubber with 2 Silicone Covers, Stainless Steel Facial...

★★★★★ 4

3+ day shipping

**$33.99**

PoeticEHome Soft Dry Wipes 600CT - Cotton Face Tissue,...

★★★★★ 2

2-day shipping

**Best seller**

**$24.99**

Facial Cleansing Brush, Electric Face Brush Scrubber...

★★★★☆ 10

2-day shipping

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

**Write a review**

This item doesn't have any reviews yet.

## Popular items in this category
Best selling items that customers love

     

| | | | | | |
|---|---|---|---|---|---|
| Best seller | In 100+ people's carts | Best seller | | Best seller | |
| **$7.98** | **$13.12** | **$24.99** Sponsored | **$29.98** | **From $7.56** | **$7.65** |
| Clio Facial Cleansing System, Pink, Water Resistant, Facial... | True Glow by Conair Facial Cleansing Brush Battery Operated, 3... | Facial Cleansing Brush, Electric Face Brush Scrubber Rechargeab... | Jessica Simpson Rechargeable Sonic Facial Brush, 2 Brush... | 3 Pack Silicone Face Scrubbers Exfoliator Brush-Facial Cleansin... | 5 in 1 Multifunction Electric Electronic Beauty Deep Clean... |
| ★★★★☆ 114 | ★★★★☆ 181 | ★★★★☆ 10 | ★★★★★ 75 | ★★★☆☆ 10 | ★★★★☆ 67 |
| Pickup  Delivery | Pickup  Delivery | 2-day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping |
| 1-day shipping | 3+ day shipping | | | | |

## More items to explore
Sponsored

     

| | | | | | |
|---|---|---|---|---|---|
| **$15.00** | **Now $29.99** ~~$33.99~~ | **$29.96** | **$29.98** | **$21.97** | **$19.94** |
| Pursonic 2 In 1 Multipurpose Facial Cleansing Brush,... | BEAKEY Skin Scrubber with 2 Silicone Covers, Stainless Steel Facial... | FreeBreath Facial Cleansing Brush, IPX7 Waterproof Face... | FreeBreath Facial Cleansing Brush, IPX7 Waterproof Face... | Surlong Blackhead Remover Vacuum Extractor,Electric Fac... | True Glow by Conair Battery Operated Facial Cleansing Brus... |
| | ★★★★★ 4 | ★★★★☆ 11 | ★★★★☆ 6 | ★★★★★ 3 | ★★★★☆ 164 |
| 3+ day shipping | 3+ day shipping | 2-day shipping | 2-day shipping | 2-day shipping | 3+ day shipping |

## Recently viewed items
Based on your most recent browse history

     

## More items to explore
Sponsored

| | | | | | |
|---|---|---|---|---|---|
| **$15.00** | **Now $29.99** ~~$33.99~~ | **$29.96** | **$29.98** | **$21.97** | **$19.94** |
| Pursonic 2 In 1 Multipurpose Facial... | BEAKEY Skin Scrubber with 2 Silicone Covers,... | FreeBreath Facial Cleansing Brush, IPX7... | FreeBreath Facial Cleansing Brush, IPX7... | Surlong Blackhead Remover Vacuum... | True Glow by Conair Battery Operated... |

Cleansing Brush,... | Stainless Steel Facial... | Waterproof Face... | ...terproof Face... | Extractor,Electric Fac... | Facial Cleansing Brus...

3+ day shipping | ★★★★★ 4 | ★★★★☆ 11 | ★★★★☆ 6 | ★★★★★ 3 | ★★★★☆ 164

3+ day shipping | 2-day shipping | 2-day shipping | 2-day shipping | 3+ day shipping

Skin Care Tools | Skincare Tools | Conair Beauty Tools

Holiday Beauty Tech & Tools | Beauty Tools & Tech | Self-Care & Pampering

---

💬 **Notice unusual marketplace activity?** Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

**Give feedback**

All Departments    Store Directory    Careers    Our Company    Sell on Walmart.com    Help    COVID-19 Vaccine Scheduler    Product Recalls    Accessibility    Tax Exempt Program
Get the Walmart App    Sign-up for Email    Safety Data Sheet    Terms of Use    Privacy & Security    CA Privacy Rights    California Supply Chain Act    ☑ Your Privacy Choices
Request My Personal Information    #IYWYK

© 2023 Walmart. All Rights Reserved.

3+ day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping

## Related pages

Tao Facial Brush | Facial Brushes for Acne | Cleansing Brushes

Facial Cleansing Brushes | Luna Mini Cleansing Brush | Face Cleansing Brushes

Skin Care Tools | Skincare Tools | Conair Beauty Tools

Holiday Beauty Tech & Tools | Beauty Tools & Tech | Self-Care & Pampering

---

💬 **Notice unusual marketplace activity?** Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

**Give feedback**

All Departments    Store Directory    Careers    Our Company    Sell on Walmart.com    Help    COVID-19 Vaccine Scheduler    Product Recalls    Accessibility    Tax Exempt Program
Get the Walmart App    Sign-up for Email    Safety Data Sheet    Terms of Use    Privacy & Security    CA Privacy Rights    California Supply Chain Act    ☑ Your Privacy Choices
Request My Personal Information    #IYWYK

© 2023 Walmart. All Rights Reserved.

Walmart · Departments · Services

Search everything at Walmart online and in store

Reorder My Items · Account · $0.00

‹ Back to item

## LonRon Co.Ltd

★★★½☆  See all 10 reviews
3.5 stars out of 5

**60%**  Overall Positive Rating

⌂ Business Name: longyanliangrongshangmaoyouxiangongsi
✉ Contact seller
☎ (+86) 18675586412
⌖ fujianshenglongyanshixinluoquxichengliedaodenggaoxilu666haoshangpingjujizhaoluozhi1307
  LONGYAN, Fujian 364000, China

About seller

### More items from this seller

     

| + Add | + Add | + Add | + Add | + Add | + Add |
|---|---|---|---|---|---|
| $16.26 | $12.69 $14.19 | $9.99 | $11.87 | $12.06 | $13.99 |
| 35 Pack Handmade Doll Clothes... | 50cm Compost Soil Thermometer... | DIY Praise God Cross Stitch Kits 14CT... | Dial Adjustable Glasses Variable Focu... | Luokeji Vintage Women PU Shoulder Bag... | FLOF Watch Charger for Michael Kors... |
| ★★★★½ | | ★★★★☆ 2 | ★☆☆☆☆ 2 | ★★☆☆☆ 1 | |

›

### Seller reviews

## 3.5 out of 5

★★★½☆ (10 reviews)

| | | |
|---|---|---|
| 5 stars | ████████ | 5 |
| 4 stars | ██ | 1 |
| 3 stars | ██ | 1 |
| 2 stars | | 0 |
| 1 star | ████ | 3 |

**10 reviews**   Sort by | Most Relevant ▾



★★★☆☆   02/16/2023
Clothes came wrinkled and some were even broken and some of the shoes were even bent almost like they didn't care when they packaged them
Tammy

★☆☆☆☆   02/08/2023
Wasn't worth buying. It doesn't seem to stick to anything.
Peggy

★★★★★   07/19/2023
Good service. Great price with quick shipping.Exceeded our expectations.
Ellaina

★☆☆☆☆   03/29/2023
Alondra

★☆☆☆☆   03/21/2023
Deb

★★★★★   03/16/2023
Darnella

★★★★☆   02/08/2023
NikkiB

★★★★★   01/20/2023
Ariyah

★★★★★   01/19/2023
Joyce

★★★★★   01/03/2023
Dane

### About seller

ⓘ
This seller may also engage in manufacturing, importing or reselling consumer products.

Our store is committed to providing you excellent customer service, speedy delivery, and quality products. We pride ourselves on offering one of the largest selections of products available, great customer feedback, and one of the most friendly customer service teams. For any Intellectual Property claims.

We'd love to hear what you think!

Give feedback

All Departments   Store Directory   Careers   Our Company   Sell on Walmart.com   Help   COVID-19 Vaccine Scheduler   Product Recalls   Accessibility   Tax Exempt Program
Get the Walmart App   Sign-up for Email   Safety Data Sheet   Terms of Use   Privacy & Security   CA Privacy Rights   California Supply Chain Act   Your Privacy Choices
Request My Personal Information   #IfYWYK

© 2023 Walmart. All Rights Reserved.

Checkout



**1. Free shipping, arrives by Thu, Apr 27** ✓

██████████ Miami, FL 33133          Edit

**Delivery instructions**          Add

Add gate codes or other useful information.

**Items details**          Hide details
Arrives by Thu, Apr 27  (1 item)

Sold and shipped by LonRon Co.Ltd

Ltesdtraw Men Silicone Face Cleansing Brush 5 Mode Electric Facial     Qty 1     **$14.38**
Cleanser (Black)
Size: One size, Actual Color: Black



Subtotal (1 item)                    $14.38
Shipping                             Free
**Estimated taxes**                  $1.01
**Estimated total**                  **$15.39**

Have a promo code?                    ⌄



**2. Payment method**

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

**Continue**

**Other ways to pay**                 ⌃

Pay with PayPal                      Pay in monthly installments with Affirm
☑ Remember my PayPal account details  Items in your cart are not eligible for Affirm.

PayPal                               affirm



**3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *
██████████         ☑ I want to receive text updates about the status of my order.

Messages and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By
continuing, you agree to our Mobile Alert Terms.

© 2023 Walmart. All Rights Reserved.          Give feedback     CA Privacy Rights     Your Privacy Choices     Request My Personal Information     California Supply Chains Act

DOE Number: 341

Marketplace: Walmart

Seller Name: LotusHaze

Walmart  ::: Departments  :: Services    Search everything at Walmart online and in store    Reorder My Items    Account    $0.00

How do you want your items?    Doral Supercenter    Deals   Easter   Grocery & essentials   Home   Tech   Fashion   Auto   Walmart+

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes



Roll over image to zoom in



Heopbird

**Soft Silicone Cleansing Brush - Gentle Sonic Cleansing Brush - Waterproof Cleansing Brush Rechargeable Electric Cleansing Brush with Soft and Comfortable Bristles**

**$20.99**

Price when purchased online

Buy now    Add to cart

Actual Color: Yellow

Red $20.99    Yellow $20.99

More options

Sold and shipped by LotusHaze
★☆☆☆☆ 1 seller review
View seller information

Free 30-day returns  Details

Add to list    Add to registry

## About this item

### Product details

1. Soft silicone bristles containing the active ingredient of bamboo charcoal. It brings stronger cleaning effect and stronger antibacterial ability than ordinary high-density brushes, and has the super adsorption capacity of bamboo charcoal.
2. Abundant fine bristles, suitable for general facial cleaning, high-density bristles on the top, precise cleaning of hard-to-reach areas, massage function on the wavy area on the back, special negative ion sensing function of the metal coating on the bottom to promote nutrition when applying serum or mask Absorbed area.
3. High frequency vibration. For different skin sensitivities, it has a smart memory function - automatically remembers the frequency of your last use. Unique noise reduction design. In addition, compared to rotation, vibration is less damaging to the skin while promoting better skin movement.
4. Real IPX7 full body waterproof, no cutout, safer to use and easier to clean.
5. Small and portable. Palm-sized, easy to carry in a tote, gym or travel bag. The perfect gift for your wife, girlfriend, sister or female friend at a reasonable price, especially when it is well packaged.

- Soft silicone bristles containing the active ingredient of bamboo charcoal. It brings stronger cleaning effect and stronger antibacterial ability than ordinary high-density brushes, and has the super adsorption capacity of bamboo charcoal.
  2. Abundant fine bristles, suitable for general facial cleaning, high-density bristles on the top, precise cleaning of hard-to-reach areas, massage function on the wavy area on the back, special negative ion sensing function of the metal coating on the bottom to promote nutrition when applying serum or mask Absorbed area.
  3. High frequency vibration. For different skin sensitivities, it has a smart memory function - automatically remembers the frequency of your last use. Unique noise reduction design. In addition, compared to rotation, vibration is less damaging to the skin while promoting better skin movement.
  4. Real IPX7 full body waterproof, no cutout, safer to use and easier to clean.
  5. Small and portable. Palm-sized, easy to carry in a tote, gym or travel bag. The perfect gift for your wife, girlfriend, sister or female friend at a reasonable price, especially when it is well packaged.
- 1.DURABLE & LONG-LASTING MATERIAL – Made of soft and durable PE material, this upgraded version clear garment bags for storage are washable, lightweight, breathable and built to last. Dustproof and water-resistant plastic garment bags protect your delicate clothes against dampness, dust, pet hair, and keep them fresh and wrinkle free!
- 2.TRANSPARENT DESIGN – The clear design of small garment bags for hanging clothes eliminates the guess work of trying to figure out what's inside! It perfect for storing small shirt, faux fur coat, T-shirts, winter sweater, short jacket, uniforms, winter coat, pure silk clothes etc.
- 3.EXCELLENT COST EFFICIENCY – You will receive 6 pcs of peva garment bags. These suit bags for closet storage are washable and thus you can easily clean them and reuse them for a long period of time.
- 4.Suitable for most Clothes - Suitable for short tops such as children's clothes and T-shirt. Suitable for short tops such as suits, jackets, sweaters, etc. Suitable for medium tops, such as men's windbreaker, ladies' skirts, etc. Suitable for length-to-ankle clothes such as dresses, gowns, tuxedos, dance costumes, etc.

We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Heopbird

**Manufacturer Part Number**
CPB-DE-LYY247-3

**Manufacturer**
Heopbird

### Protect your purchase

Get the best value on product protection including fast repairs or replacements.

Add Walmart Protection Plan by Allstate  Details

○ 2-Year plan - $3.00

○ 3-Year plan - $3.50

● I don't need protection at this time

Sponsored



**$44.95**
MyboClean Daily Eyelid Cleansing Brush for Sensitive...

3+ day shipping

💬 Report incorrect product information

**Check out these related products**



| | | | |
|---|---|---|---|
| Options | Options | Options | + Add |
| +4 options | +2 options | +2 options | |
| $20.99 | $22.14 | $56.99 | $8.99 |
| Soft Silicone Cleansing Brush - Gentle Sonic Cleansing Brush -... | Facial Cleansing Brush Waterproof Electric Silicone Face Brush... | Facial Cleansing Brush,Rechargeable Electric Face Brush... | Waterproof Facial Cleansing Brush Face Wash Brush Gentle... |
| 3+ day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping |

**Popular items in this category**
Bestselling items that customers love





| Best seller | Best seller | Best seller | |
|---|---|---|---|
| + Add | + Add | + Add | + Add |
| $7.98 | $13.12 | Now $5.66 $7.75 | $29.98 |
| Clio Facial Cleansing System, Pink, Water Resistant, Facial... | True Glow by Conair Facial Cleansing Brush Battery operated, 3... | 3 Pack Silicone Face Scrubbers Exfoliator Brush-Facial Cleansin... | Jessica Simpson Rechargeable Sonic Facial Brush, 2 Brush... |
| ★★★★☆ 112 | ★★★★★ 179 | ★★★☆☆ 10 | ★★★★★ 75 |
| Pickup  Delivery | Pickup  Delivery | 3+ day shipping | Pickup  Delivery |
| 1-day shipping | 1-day shipping | | 3+ day shipping |

💳 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

**Products you may also like** Sponsored



| | | | |
|---|---|---|---|
| + Add | + Add | + Add | + Add |
| $44.95 | $30.99 | $19.94 | $23.62 |
| MyboClean Daily Eyelid Cleansing Brush for Sensitive Skin... | Fancii Cora 3 Waterproof Facial Spin Cleansing Brush with ... | True Glow by Conair Battery Operated Facial Cleansing Brus... | Facial Cleansing Brush for Exfoliating Waterproof: IPX7 3-i... |
| 3+ day shipping | 3+ day shipping | ★★★★☆ 164 | ★★★★☆ 4 |
| | | 3+ day shipping | 3+ day shipping |

**Customer reviews & ratings**

☆☆☆☆☆ (0 reviews)

This item doesn't have any reviews yet.

## More items to explore

Sponsored



$19.99
Facial Cleansing Brush,Electric Face Exfoliator Brush,IPX-7...
3+ day shipping

$13.12
True Glow by Conair Facial Cleansing Brush Battery operated, 3...
★★★★★ 179
Pickup  Delivery
1-day shipping

$23.62
Facial Cleansing Brush for Exfoliating Waterproof: IPX7 3-in...
★★★★★ 4
3+ day shipping

$24.99
Facial Cleansing Brush, Electric Face Brush Scrubber Rechargeab...
★★★★★ 9
2-day shipping

$19.99
EZBASICS Sonic Facial Cleansing Brush made with Soft Silicone,...
★★★★★ 2
2-day shipping

$29.96
FreeBreath Facial Cleansing Brush, IPX7 Waterproof Face...
★★★★★ 11
2-day shipping

## Recently viewed items
Based on your most recent browse history

$15.99
JFYIG Motorcycle Racing Goggles Motocross MX MTB...
3+ day shipping

$34.50
Products100% Brisker Dual-layer Cold Weather Insulated...
+4 options
3+ day shipping

$52.09
100% Strata 2 Sand Motocross & Mountain Bike Goggles - MX an...
3+ day shipping

$19.99
Portable Mini Face Brushes for Cleansing & Exfoliating,Silicone...
Sponsored
2-day shipping

$188.88
Love Yoga Mat - Free Yoga Bag, Patented Alignment System,...
3+ day shipping

$19.90
Varasa Beauty Sonic Facial Massager Brush USB Charging Facial...
3+ day shipping

## Related pages

Tao Facial Brush

1-day shipping

Facial Brushes for Acne

Cleansing Brushes

Recently viewed items

💬 Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

[ Give feedback ]

All Departments    Store Directory    Careers    Our Company    Sell on Walmart.com    Help    COVID-19 Vaccine Scheduler    Product Recalls    Accessibility    Tax Exempt Program
Get the Walmart App    Sign-up for Email    Safety Data Sheet    Terms of Use    Privacy & Security    CA Privacy Rights    California Supply Chain Act    Your Privacy Choices
Request My Personal Information    #IYWYK

© 2023 Walmart. All Rights Reserved.

3+ day shipping    3+ day shipping    3+ day shipping    2-day shipping    3+ day shipping    3+ day shipping

**Related pages**

| | | |
|---|---|---|
| Tao Facial Brush | Facial Brushes for Acne | Cleansing Brushes |
| Facial Cleansing Brushes | Luna Mini Cleansing Brush | Face Cleansing Brushes |
| Skin Care Tools | Skincare Tools | Conair Beauty Tools |
| Holiday Beauty Tech & Tools | Beauty Tools & Tech | Self-Care & Pampering |

💬 **Notice unusual marketplace activity?** Report
**Report suspected stolen goods to California Attorney General:** Organized Retail Theft Webform

We'd love to hear what you think!

[ Give feedback ]

All Departments   Store Directory   Careers   Our Company   Sell on Walmart.com   Help   COVID-19 Vaccine Scheduler   Product Recalls   Accessibility   Tax Exempt Program
Get the Walmart App   Sign-up for Email   Safety Data Sheet   Terms of Use   Privacy & Security   CA Privacy Rights   California Supply Chain Act   Your Privacy Choices
Request My Personal Information   #IYWYK

© 2023 Walmart. All Rights Reserved.

Checkout



**1. Free shipping, arrives by Tue, Mar 28** ✓

████████ Miami, FL 33133                    Edit

**Delivery instructions**                    Add

Add gate codes or other useful information.

**Items details**                            Hide details
Arrives by Tue, Mar 28  (1 item)

Sold and shipped by LotusHaze

Soft Silicone Cleansing Brush - Gentle Sonic Cleansing Brush -    Qty 1    $20.99
Waterproof Cleansing Brush Rechargeable Electric Cleansing Brus...
Actual Color: Yellow



Subtotal (1 item)                            $20.99
Shipping                                     Free
**Estimated taxes**                          $1.47
**Estimated total**                          $22.46

Have a promo code?                           ⌄



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

**Continue**

**Other ways to pay** ⌃

Pay with PayPal                              Pay in monthly installments with Affirm
☑ Remember my PayPal account details         Items in your cart are not eligible for Affirm.

[ PayPal ]                                   [ affirm ]



**3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*
████████                ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.

© 2023 Walmart. All Rights Reserved.

Give feedback   CA Privacy Rights   Your Privacy Choices   Request My Personal Information   California Supply Chains Act

DOE Number: 345

Marketplace: Walmart

Seller Name: Sevenstore



Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes

Temu

**Sonic Facial Cleansing Brush - Soft Silicone Water-Proof Face Scrubber Exfoliator Brush For Deep Cleansing Gentle Exfoliating And Massaging**

**$26.99**

Price when purchased online ⓘ

Buy now | Add to cart

Size: NoSize

NoSize
$26.99

Actual Color: Light Pink

Light Pink

Free shipping, **arrives by Mon, Mar 20** to
_____ h Avenue
More options

Sold and shipped by **Sevenstore**
★☆☆☆☆ 1 seller review
View seller information

Free 30-day returns Details

Add to list | Add to registry

**Protect your purchase**
Get the best value on product protection including fast repairs or replacements.

Add Walmart Protection Plan by Allstate Details

○ 2-Year plan - $3.00
○ 3-Year plan - $3.50
● I don't need protection at this time



**Popular items in this category**
Bestselling items that customers love

Best seller | Best seller | Best seller

**$7.98**
Cilo Facial Cleansing System, Pink, Water Resistant, Facial...
★★★★☆ 112
Pickup | Delivery
1-day shipping

**$13.12**
True Glow by Conair Facial Cleansing Brush Battery operated, 3...
★★★★☆ 179
Pickup | Delivery
1-day shipping

**Now $5.66** $7.75
3 Pack Silicone Face Scrubbers Exfoliator Brush-Facial Cleansin...
★★★☆☆ 10
3+ day shipping

**$24.99**
Facial Cleansing Brush, Electric Face Brush Scrubber...
★★★★☆ 9
2-day shipping

Sponsored
**$44.95**
MyboClean Daily Eyelid

**About this item**

**Product details**

Item id: BH01721Copy

Product Attributes: Alcohol Free

Sonic Facial Cleansing Brush - Soft Silicone Water-Proof Face Scrubber Exfoliator Brush For Deep Cleansing Gentle Exfoliating And Massaging

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications**

**Brand**

Temu

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more



**Products you may also like**                                                    Sponsored

**Best seller**

+ Add        + Add        + Add        + Add

$30.99       $19.94       $34.99       $13.12
Fancii Cora 3   True Glow by Conair   Genovie MD Skin   True Glow by Conair
Waterproof Facial   Battery Operated   Scrubber + Pore   Facial Cleansing Brush
Spin   Facial Cleansing Brus...   Cleanse, Face Spatula...   Battery operated, 3...
Cleansing Brush with ...   ★★★★★ 164              ★★★★★ 179
3+ day shipping   3+ day shipping   3+ day shipping   Pickup   Delivery
                                                      1-day shipping

**Customer reviews & ratings**

☆☆☆☆☆ (0 reviews)

**Write a review**

This item doesn't have any reviews yet.

**More items to explore**                                                         Sponsored

+ Add        + Add        + Add        + Add        + Add        + Add

$34.99       $22.99       $24.99       $24.99       $19.99       $29.98
Genovie MD Skin   PoeticEHome Soft Dry   Facial Cleansing Brush,   SLF Facial Cleansing   Facial Cleansing   FreeBreath Facial
Scrubber + Pore   Wipe 300ct Cotton   Electric Face Brush   Massager,   Brush,Electric Face   Cleansing Brush, IPX7
Cleanse, Face Spatula...   Tissue Face Cloths...   Scrubber Rechargeab...   Rechargeable Face an...   Exfoliator Brush,IPX-7...   Waterproof Face...
3+ day shipping   ★★★★★ 1   ★★★★★ 9   3+ day shipping   3+ day shipping   ★★★★☆ 6
                2-day shipping   2-day shipping                              2-day shipping

**Recently viewed items**
Based on your most recent browse history

Options      Options      + Add        + Add        + Add        Options

$16.39       $19.99       $16.93       $16.93       $19.90       $20.99
Sonic Facial Cleansing   Portable Mini Face   Sonic Facial Cleansing   Sonic Facial Cleansing   Varasa Beauty Sonic   Soft Silicone Cleansing
Brush, Waterproof   Brushes for Cleansing   Brush Electric Silicone   Brush Electric Silicone   Facial Massager Brush   Brush - Gentle Sonic
Silicone Face Brush fo...   & Exfoliating,Silicone...   Face Scrubber for...   Face Scrubber for...   USB Charging Facial...   Cleansing Brush -...
                                                                  +4 options

## Related pages

| | | |
|---|---|---|
| Tao Facial Brush | Facial Brushes for Acne | Cleansing Brushes |
| Facial Cleansing Brushes | Luna Mini Cleansing Brush | Face Cleansing Brushes |
| Skin Care Tools | Skincare Tools | Conair Beauty Tools |
| Holiday Beauty Tech & Tools | Beauty Tools & Tech | Self-Care & Pampering |

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments   Store Directory   Careers   Our Company   Sell on Walmart.com   Help   COVID-19 Vaccine Scheduler   Product Recalls   Accessibility   Tax Exempt Program
Get the Walmart App   Sign-up for Email   Safety Data Sheet   Terms of Use   Privacy & Security   CA Privacy Rights   California Supply Chain Act   Your Privacy Choices
Request My Personal Information   #IYWYK

© 2023 Walmart. All Rights Reserved.

3+ day shipping     2-day shipping     3+ day shipping     3+ day shipping     3+ day shipping     3+ day shipping

## Related pages

| | | |
|---|---|---|
| Tao Facial Brush | Facial Brushes for Acne | Cleansing Brushes |
| Facial Cleansing Brushes | Luna Mini Cleansing Brush | Face Cleansing Brushes |
| Skin Care Tools | Skincare Tools | Conair Beauty Tools |
| Holiday Beauty Tech & Tools | Beauty Tools & Tech | Self-Care & Pampering |

Notice unusual marketplace activity? Report
Report suspected stolen goods to California Attorney General: Organized Retail Theft Webform

We'd love to hear what you think!

Give feedback

All Departments   Store Directory   Careers   Our Company   Sell on Walmart.com   Help   COVID-19 Vaccine Scheduler   Product Recalls   Accessibility   Tax Exempt Program
Get the Walmart App   Sign-up for Email   Safety Data Sheet   Terms of Use   Privacy & Security   CA Privacy Rights   California Supply Chain Act   Your Privacy Choices
Request My Personal Information   #IYWYK

© 2023 Walmart. All Rights Reserved.



Back to item

## Sevenstore

★☆☆☆☆    See all 1 review
1 stars out of 5

**0%**    Overall Positive Rating

🏠 Business Name: Ganzhou Feiyuan Zhandi Trading Co., Ltd.

✉ Contact seller

📞 (+86) 18061176141

📍 No. 300, 3rd Floor; No. 33, Shuanglong Avenue, Meilin Town, Ganxian District, Ganzhou City, Jiangxi Province
Ganzhou, Jiangxi 341000, China

About seller

### More items from this seller

| | | | | | |
|---|---|---|---|---|---|
| + Add | + Add | + Add | + Add | + Add | + Add |
| $57.49 | $23.48 | $50.99 | $64.48 | $37.99 | $31.98 |
| Baseus H1 ANC Bluetooth 5.2 Headsets... | 360 Anti-fall Protective Case Military-grade... | NUBWO G06 Wireless Gaming Headset For PS... | Beloader Pro For PS5 Game Adapter USB... | Ladles Casual Automatic Mechanical... | Brand New Oulm Quartz Watches Men's Military... |

### Seller reviews

**1** out of **5**

★☆☆☆☆ (1 review)

| 5 stars | | 0 |
|---|---|---|
| 4 stars | | 0 |
| 3 stars | | 0 |
| 2 stars | | 0 |
| 1 star | | 1 |

1 review    Sort by | Most Relevant ▾

★☆☆☆☆      02/21/2023

it was garbage i order a steel phone case and it came in and was thin flimsy plastic it sucked

Stacy

### About seller

ⓘ
This seller may also engage in manufacturing, importing or reselling consumer products.

SevenstoreSevenstoreSevenstoreSevenstore

---

We'd love to hear what you think!

Give feedback

All Departments   Store Directory   Careers   Our Company   Sell on Walmart.com   Help   COVID-19 Vaccine Scheduler   Product Recalls   Accessibility   Tax Exempt Program
Get the Walmart App   Sign-up for Email   Safety Data Sheet   Terms of Use   Privacy & Security   CA Privacy Rights   California Supply Chain Act   Your Privacy Choices
Request My Personal Information   #IfYWYK

© 2023 Walmart. All Rights Reserved.

Checkout



**Subtotal** (1 item) $26.99
Shipping **Free**
**Estimated taxes** $1.89

**Estimated total** $28.88

Have a promo code?



**1. Free shipping, arrives by Mon, Mar 20** ✓

▮▮▮▮▮▮▮▮ Miami, FL 33133 Edit

Delivery instructions Add

Add gate codes or other useful information.

Items details Hide details
**Arrives by Mon, Mar 20** (1 item)

Sold and shipped by Sevenstore

Sonic Facial Cleansing Brush - Soft Silicone Water-Proof Face Qty 1 $26.99
Scrubber Exfoliator Brush For Deep Cleansing Gentle Exfoliating...
Size: NoSize, Actual Color: Light Pink



**2. Payment method** ⊖

**Pay with card**

[VISA] [DISCOVER] [mastercard] [AMERICAN EXPRESS] [Gift Card] [EBT] [OTC Network]

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Other ways to pay** ^

Pay with PayPal | Pay in monthly installments with Affirm
☑ Remember my PayPal account details | Items in your cart are not eligible for Affirm.
**PayPal** | affirm



**3. Mobile contact** ✓

We'll contact you in case anything comes up with your order.

* Required field

Phone number (10 digits) *
▮▮▮▮▮▮▮ ☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.

© 2023 Walmart. All Rights Reserved.    Give feedback    CA Privacy Rights    Your Privacy Choices    Request My Personal Information    California Supply Chains Act

DOE Number: 351

Marketplace: Walmart

Seller Name: VASYL Flagship store



Walmart+ Ship free, no order min* As often as you need.                    Sponsored

Beauty / Skin Care / Face Cleansers / Facial Cleansing Brushes

VASYL

## Silicone Facial Cleaning Brush Skin Care Wash Cleansing Device Beauty Facial

**Now $10.39** $11.79 ⓘ

Price when purchased online ⓘ

Buy now | Add to cart

Actual Color: Pink

$10.39

More options

Sold and shipped by **VASYL Flagship store**
★★☆☆☆ 5 seller reviews
View seller information

Free 30-day returns Details

Add to list    Add to registry



Roll over image to zoom in



Sponsored
$24.99
SLF Facial Cleansing Massager, Rechargeable Face and Skin...
★★★★★ 9
3+ day shipping

## About this item

### Product details ⌄

**Silicone Facial Cleaning Brush Skin Care Wash Cleansing Device Beauty Facial**
About the Product:
1.Super hygienic and resist bacteria build-up to keep skin fresh and clean.
2.Designed to provide a professional standard of skincare.
3.Helping to clear and clarify for a more luminous complexion.
4.Adjustable intensities allow you to customise your cleansing experience.
5.Suitable for all skin types.
Feature:
Charging time: 120 minutes
Vibration frequency: 6000rpm
Power supply: DC 3.7V
Product size: 130*90*40MM
Product Included:
1 x Facial Cleansing Device 1 x USB Cable
Notes:
1.Due to the difference between different monitors,the picture may not reflect the actual color of the item. We guarantee the style is the same as shown in the pictures.
2.Due to the manual measurement and different measurement methods, please allow 1-3cm deviation.Thanks!

- Best price, Easy transaction, Excellent buying experience
- Low carbon, Environmental protection, No pollution and durable
- A great and economical way to clean or decorate your room
- Manual measurement, please allow 0 ~ 2cm error, thank you
- Due to the differences between different monitors, the picture may not reflect the actual color of the item. We guarantee the same style as shown in the picture

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌄

**Brand**
VASYL

**Assembled Product Weight**
0.49 lb

**Manufacturer**
VASYL

**Assembled Product Dimensions (L x W x H)**
5.12 x 3.94 x 1.57 Inches

---

Warnings ∧

⚠ **WARNING - California Proposition 65**
None

---

💬 Report incorrect product information

### Check out these related products



**$9.79** +$1.99 shipping
Silicone Facial Cleaning Brush Skin Care Wash Cleansing...
3+ day shipping

**$14.19** +$1.99 shipping
Silicone Facial Cleaning Brush Skin Care Wash Cleansing...
3+ day shipping

**$14.19** +$1.99 shipping
Silicone Facial Cleaning Brush Skin Care Wash Cleansing...
3+ day shipping

**$8.79** +$1.99 shipping
Silicone Facial Cleaning Brush Skin Care Wash Cleansing...
3+ day shipping

### Popular items in this category
Best selling items that customers love



**$7.98**
Clio Facial Cleansing System, Pink, Water Resistant, Facial...
★★★★☆ 126
1-day shipping

**$13.12**
True Glow by Conair Facial Cleansing Brush Battery Operated, 3...
★★★★★ 204
Pickup   Delivery
1-day shipping

Sponsored
**$19.94**
True Glow by Conair Battery Operated Facial Cleansing Brus...
★★★★★ 166
1-day shipping

**Now $30.00**  $38.94
Spa Sciences NOVA Sonic Cleaning Brush, Antimicrobial Brush...
★★★★★ 2109
3+ day shipping

---

💳 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.   Learn more

### Products you may also like

Sponsored





**$24.99**

SLF Facial Cleansing Massager, Rechargeable Face a...

★★★★★ 9

3+ day shipping

**$8.97** 6.0 ¢/ml

Fortify Foaming Facial Cleanser w/ Hyaluronic Acid &...

★★★★★ 4

3+ day shipping

**$9.97** $2.95/fl oz

Lumin Men's Skincare Charcoal Face Wash, Deep Cleaning Facial...

★★★★★ 22

3+ day shipping

**$17.99**

Facial Cleansing Brush Face Scrubber: Electric Exfoliating...

★★★★★ 258

2-day shipping

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

## Customer questions

**Have Questions?** Get the answers you need          Ask a question

See all questions



**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.          Learn more.

Walmart+    **Ship free, no order min***
Free shipping as often as you need on any order size.
Learn more

Sponsored

## More items to explore

Sponsored



**$24.99**

SLF Facial Cleansing Massager, Rechargeable Face an...

★★★★★ 9

3+ day shipping

**$8.97** 6.0 ¢/ml

Fortify Foaming Facial Cleanser w/ Hyaluronic Acid & Aloe, 5.07 fl oz

★★★★★ 4

3+ day shipping

**$8.27** $1.52/oz

Fortify Germ-Fighting Cleansing Face Wipes w/ Hyaluronic Acid, 3...

★★★★★ 1

3+ day shipping

**$79.99**

Nisk Wireless Led Facial Skin Care Therapy Mask - 7...

★★★★★ 1

2-day shipping

**$9.97** $2.95/fl oz

Lumin Men's Skincare Charcoal Face Wash, Deep Cleaning Facial...

★★★★★ 22

3+ day shipping

**$155.00**

7 Color LED Machine for Face Light Therapy for Skin Care Facial...

3+ day shipping

## Recently viewed items

Based on your most recent browse history



   

**Walmart** ☰ Departments   ⊘ Services   Search everything at Walmart online and in store   🔍   Reorder My Items   Account   🛒 0 $0.00

‹ Back to Item

## VASYL Flagship store

★★☆☆☆
2 stars out of 5

See all 5 reviews

20%   Overall Positive Rating

⌂ Business Name:
   Putiandashengtaokejiyouxiangongsi

✉ Contact seller

☎ (209) 247-1966

📍 Chengxiangqufenghuangshanjiedao
   shenglinanjie1388hao
   putian, FJ 351100, CN

About seller

### More items from this seller

     

+ Add | + Add | + Add | + Add | + Add | + Add

**$10.35** ~~$16.34~~ | **$3.29** | **$14.19** | **$4.69** ~~$9.59~~ | **$3.59** ~~$4.19~~ | **$24.39** ~~$27.39~~

Summer Tier Tray Decor Summer Decor Summer... | Simulation of Artificial Flowers Flower Arrangin... | Foldable Folding Indoor and Outdoor... | Wedding Showgirl Dance Elegant Large Feather... | Teacher Appreciation Bookmark Metal... | 12V 6W Bicycle Motorized Bike Friction...

★★★★★ 1 | | ★☆☆☆☆ 3 | | |

## Seller reviews

# 2 out of 5

★★☆☆☆ (5 reviews)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 1 |
| 3 stars | 1 |
| 2 stars | 0 |
| 1 star | 3 |

**5 reviews**   Sort by | Most Relevant ▾

★★★★☆                                    04/28/2023

They need to put the correct color picture by where it says color is as seen. Or when you order ask them about wat picture are they referring to when they say color as seen.

Betsyrose

★☆☆☆☆                                    05/17/2023

LINDA

★☆☆☆☆                                    05/17/2023

Carole

★★★☆☆                                    05/16/2023

Barb

★☆☆☆☆                                    04/26/2023

Georgina

## About seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

We are committed to providing quality service and bringing better shopping experience to our customers.

We'd love to hear what you think!

Give feedback

All Departments   Store Directory   Careers   Our Company   Sell on Walmart.com   Help   COVID-19 Vaccine Scheduler   Product Recalls   Accessibility   Tax Exempt Program
Get the Walmart App   Sign-up for Email   Safety Data Sheet   Terms of Use   Privacy & Security   CA Privacy Rights   California Supply Chain Act   Your Privacy Choices
Notice at Collection   Request My Personal Information   #IYWYK

© 2023 Walmart. All Rights Reserved.

← Checkout



**1. Shipping, arrives by Thu, Jul 20** ✓

████████  Miami, FL 33138                                    Edit

**Delivery instructions**                                     Add

Add gate codes or other useful information.

**Items details**                                            Hide details
Arrives by Thu, Jul 20  (1 item)

Sold and shipped by VASYL Flagship store
$1.99 Freight shipping

Silicone Facial Cleaning Brush Skin Care Wash Cleansing Device     **$10.39**
Beauty Facial                                                      $11.79
Actual Color: Pink

$1.40 from savings

Remove        −   1   +

| | |
|---|---|
| Subtotal (1 item) | $11.79 |
| Savings | -$1.40 |
| | $10.39 |
| Seller shipping | $1.99 |
| Estimated taxes | $0.87 |
| **Estimated total** | **$13.25** |

Have a promo code?     ⌄



**2. Payment method**  ⊖

**Pay with card**



Learn more about payment methods we accept.

* Required field

| 💳 Card number * |
|---|

**Continue**

**Other ways to pay**                                         ⌃

Pay with PayPal                           Pay in monthly installments with Affirm
☑ Remember my PayPal account details      Items in your cart are not eligible for Affirm.

**PayPal**                                **affirm**



Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

📱 **3. Mobile contact**  ✓

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits) *

████████████

☑ **I want to receive text updates about the status of my order.**

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our **Mobile Alert Terms**.

© 2023 Walmart. All Rights Reserved.

Give feedback    CA Privacy Rights    ☑✗ Your Privacy Choices    Request My Personal Information    California Supply Chains Act

DOE Number: 354

Marketplace: Wish

Seller Name: Cao ruixin

wish



What do you want to find?   Search

Popular   Express   Blitz Buy   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Health and Beauty   More

Health and Beauty › Beauty and Cosmetics › Skin Care › Skin Care Tools

**Overview**   Related



**Deep Cleaning Silicone Facial Cleanser Electric Facial Cleanser Electric Facial Cleanser Cleans The Skin Deep Cleansing Massage Brush**

**$7.97**

4 interest-free payments of $1.99 with afterpay⇗ or Klarna. Learn more

Color:

Blue ⌄

**Add to cart**

♡ Add to Wishlist

**Flat rate shipping**

Spend $10 more to qualify ———————————— $10
Ship all eligible items for **$2.99**

Estimated delivery: Apr 30–May 8

**Standard shipping**   $2.99
**Flat rate eligible**
Apr 30–May 8

Items are sold and shipped by Cao ruixin

**Description**                                      Show Less

Features:
Increase brushing head, cover facial skin in large area, clean in many directions, eliminate acne more thoroughly.
High frequency vibration silence effect, for your more comfortable use, we carry out humanized design.
Strengthen massage brush and fine contacts to make contacts closer to skin, softer and less harmful to skin.
Fuselage waterproof design, no longer need to worry about falling into the water, imagine cleansing fun, comfortable and enjoy its good.
USB Charging is Convenient, Fast, Persistent and Easy.
Description:
Deep cleanliness without dead corner, brighten skin, tighten and soothe.
Specifications:
Color: rose red,azure,
Size: 80*80*35mm
Vibration frequency: 6000 RPM
Charging mode: USB charging
Waterproof: Yes
Power supply: 200 Mah
Packaget included:
1x Charging Waterproof Beauty Instrument
Notice:
1.All the pictures in our store are 100% taken from the original products. Because of light in different environments, different display screens, and other reasons, probably there will be a little chromatic aberration between picture and product.
2.Due to the manual measurement and different measurement methods, please allow1-3mm deviation.Thanks!

**Reference Price by Seller**                        Show Less

A reference price is provided by the seller of the item (caoruixin). Percentage off and savings amounts are based on the seller's reference price. Sellers are not required to provide a reference price, but if they do, it should be (a) the Manufacturer's Suggested Retail Price (MSRP) or similar List Price of the product; or (b) the price at which the item has been recently offered for sale and for a reasonable period of time.
The reference price can give you an indication of the value of the product butsome stores may sell the item for less than the reference price.

If you feel a reference price is inaccurate or misleading please report it with the URL for the listing to report-abuse@wish.com

**Sold By**                                          View store

   Cao ruixin



## 30 Day Return & Refund



**Shop with Confidence!**                                    Learn More

We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

**Report this listing for inaccurate information**            ⚑ Report



Contact, Policies & More ⌃



wish

 What do you want to find?   Search

⭐ Popular   🏷️ Express   🏷️ Blitz Buy   🕐 Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Health and Beauty   More

## Cao ruixin
94% positive | 18 ratings | Seller since 2020
★★★★½ 4.5


$5 28
Flat rate eligible


$2 21
Flat rate eligible


$17 29
Flat rate eligible


$49 36
Flat rate eligible


$6 68
Flat rate eligible


$14 72
Flat rate eligible


$5 53
Flat rate eligible


$58 87
Flat rate eligible


$3 32
Flat rate eligible


$16 03
Flat rate eligible


$4 33
Flat rate eligible


$4 23
Flat rate eligible


$4 23
Flat rate eligible


$4 07
Flat rate eligible


$4 07
Flat rate eligible


$14 62
Flat rate eligible


$7 80
Flat rate eligible


$4 58
Flat rate eligible


$6 49
Flat rate eligible


$5 49
Flat rate eligible







$12 75
Flat rate eligible


$24 39
Flat rate eligible


$6 12
Flat rate eligible


$2 83
Flat rate eligible


$5 94
Flat rate eligible


$4 23
Flat rate eligible


$4 98
Flat rate eligible


$5 11


$7 97
Flat rate eligible


$7 12
Flat rate eligible


$5 28
Flat rate eligible


$12 23
Flat rate eligible


$8 10
Flat rate eligible


$3 17
Flat rate eligible


$3 87
Flat rate eligible


$3 89
Flat rate eligible


$7 03
Flat rate eligible


$15 61
Flat rate eligible


$4 55
Flat rate eligible


$7 62
Flat rate eligible


$8 52
Flat rate eligible


$4 42
Flat rate eligible


$8 36
Flat rate eligible


$18
Flat rate eligible











$2 95
Flat rate eligible

$8 53
Flat rate eligible

$8 15
Flat rate eligible

$7 07
Flat rate eligible









$5 40
Flat rate eligible

$22 71
Flat rate eligible

$8 28
Flat rate eligible

$5
Flat rate eligible



$8 52
Flat rate eligible

$2 83
Flat rate eligible

$5 08
Flat rate eligible

$8 43
Flat rate eligible

# AMAZON
## PURCHASE EVIDENCE





Brush,... Face Cleanser Bamboo Charcoal...
$17⁵⁹ ($17.58/Count)

Strength Antimicrobial, 5.5 Oz
$9⁹⁹ ($1.74/Ounce)

Silicone, Waterproof Sonic...
$24⁹⁹ ($24.99/Count)

## Customers who bought this item also bought






**EZBASICS Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof Sonic Vibrating Face...**
★★★★½ 11,192
$24.99 ($24.99/Count)
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**24 Pack Travel Pouches for Toiletries, Flat Travel Bottles, TSA Approved Travel Containers for Toiletries Leak Proof...**
★★★★½ 164
$7.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**Compatible with Apple Watch SE Series 8 Series 7 6 5 4 3 2 1 Strap 45mm 44mm 42mm...**
★★★★½ 230
Amazon's Choice in Smartwatch Bands
$15.84
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager, IPX7...**
★★★★½ 2,262
Amazon's Choice in Powered Facial Cleansing Brushes & Devices
$16.98 ($16.98/Count)
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

## Product Description




YUNCHI is specialized in Personal Care and Beauty Tools. We are committed to providing customers with safe, quality, innovative and premium products. We listen to customers and value every constructive feedback to improve our products and services.



### Cleansing Your Face with the Latest Innovative Technologies

*YUNCHI-Y3*

Tired of using a regular bristle cleanser and still having problems with your face skin?

Here is a new generation of facial cleanser with many unique features: Bamboo charcoal ingredients, negative ions coating, wireless inductive charging, 12000/min high frequency vibration...

All built in this tiny compact device to help exfoliating, deeply cleansing, massaging your facial skin.

So, why not try it out?

- Deep Cleansing
- Skin Exfoliating
- Facial Massage
- Promoting nutrient absorbtion



**What You Get**

If you have any question about our products, feel free to let us know before you leave a review or feedback, we will reply within 1 day and try our best to solve your problems until you're fully satisfied.

- 1 * Silicone Cleansing Brush
- 1 * Inductive Charging Base
- 1 * USB Charging Cable
- 1 * User Manual

### Super Adsorption Ability of Bamboo Charcoal Ingredients

Soft silicone bristles added with bamboo charcoal ingredients, easy to clean the dirt deep in the pores with the super adsorption ability of bamboo charcoal. While regular bristle brushes can only clean the surface.















**Whole Body Waterproof**
- IPx7 whole body waterproof
- Intact appearance without cutouts
- Safe to use even when shower

**3 Different Uses**
- Soft fine bristles for general clean
- Thick bristles for precision clean
- Wavy massage area on the back

**Tiny & Portable**
- Tiny enough to fit a handbag
- Cordless design to use anywhere
- 30 days long lasting battery for travels

## Product details

**Product Dimensions** : 4.33 x 4.33 x 2.36 inches; 7.37 Ounces
**Item model number** : JMY3
**Batteries** : 1 Lithium Polymer batteries required. (included)
**Date First Available** : February 27, 2019
**Manufacturer** : YUNCHI
**ASIN** : B07P9XSGB9
**Best Sellers Rank:** #31,690 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
  #24 in Powered Facial Cleansing Brushes & Devices
**Customer Reviews:**
4.3 ★★★★½ ∨    2,882 ratings

### Inspiration from this brand



YUNCHI  **For A Healthier Life.**    + Follow
Visit the Store on Amazon








Extra wide full leg cast cover - ideal for large, thick thighs! Shower wit...

Sonic Electric Toothbrush for Adults & Kids with 10 Brush Heads & Trav...

😊Comfortable watertight seal 👍 Protect Your Cast with Our Foot C...

😊No More Worries! 😊 Enjoy a Refreshing Bath with Extra Wide B...

😊 Easily stretchable watertight sealing, Keep dressing dry for a wo...

Bright YUNCI

### Compare with similar items






**This item** Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging Travel Size Massager for Skin Exfoliation, Deep Cleansing, Anti Aging - Red

Sonic Facial Cleansing Brush Soft Silicone Face Scrubber Exfoliating Brush Face Cleanser Brush for Women - Anti-Aging Deep Face Cleansing, Exfoliating, and Massage System Face Scrubber for Her

Sonic Facial Cleansing Brush, Electric Silicone Face Brush and Massager, Waterproof Silicone Face Scrubber for Deep Cleansing, Exfoliating, Rechargeable, for Girls Gifts

Sonic Face Brush, Sonic Facial Cleansing Brush, Silicone Face Exfoliator Brush Cleanser with Heated Massage and Light Design for Gentle Exfoliating|Massaging|Skin Clean

Add to Cart | Add to Cart | Add to Cart | Add to Cart

| | | | | |
|---|---|---|---|---|
| **Customer Rating** | ★★★★½ (2882) | ★★★★½ (107) | ★★★★½ (578) | ★★★★ (399) |
| **Price** | $17⁵⁸ | $16⁹⁹ | $15⁹⁹ | $26⁹⁹ |
| **Shipping** | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping. Details |
| **Sold By** | Amazing China Products | GREATEE | Benss | TiangTech |
| **Are batteries included?** | Yes | Yes | Yes | Yes |
| **Lithium Battery Voltage** | 3.70 volts | — | — | 3.7 volts |
| **Number of Items** | 1 | 1 | 1 | 1 |

## Videos for this product

  

---

## Important information

### Legal Disclaimer

<p><b>NOTE:</b></p> <p>Please contact Amazon Customer Service Team (www.amazon.com/contact-us) within 30 days, or our Customer Service Email (yunchi-service@outlook.com) for replacement/refund or help if you have the following situations:</p> <p>1. Received a defective/used product, e.g: unable to work, unable to charge, etc.</p> <p>2. Damaged packages.</p> <p>3. Missing accessories, e.g: no USB cord.</p> <p>4. Product malfunction caused by internal failure within a year, e.g: wouldn't turn on, battery wouldn't hold a charge, etc.</p>

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

To report an issue with this product, click here.

---

## Related products with free delivery on eligible orders

Page 1 of 58

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

       

| More Life Clarity 3-in-1 Advanced Face Cleansing Brush \| Hot and Cold Compress \| Re... | Sonic Facial Cleansing Brush Soft Silicone Face Scrubber with 5 Vibrations, IPX7 Wa... | Facial Cleansing Brush, Upgraded NãgraCoola CLIE 2 Silicone Face Scrubber, Recharge... | Liberex Egg Facial Cleansing Brush - Sonic Vibration with 3 Intensity Levels for De... | Sud Scrub® Antimicrobial Silicone Face Scrubber, 2 Pack, Gentle Face Exfoliator... | UMICKOO Facial Cleansing Brush, Electric Silicone Sonic Face Scrubber with LCD Scre... | Hiija Face Scrubber Silicone Sonic Facial Cleansing Brush for Men & Women,Face Exfo... |
|---|---|---|---|---|---|---|
| ★★★★½ 18 | ★★★★½ 16 | #1 New Release<br>★★★★½ 198 | ★★★★½ 55 | ★★★★½ 76 | ★★★★½ 158 | |
| $34.99 ($34.99/Count) | $19.99 ($19.99/Count) | $29.99 ($29.99/Count) | $38.99 ($38.99/Count) | $39.99 ($20.00/Count) | $34.99 ($34.99/Count) | $18.99 ($18.99/Count) |
| prime | prime | prime | prime | prime | prime | prime |
| | Save 5% with coupon | Save 20% with coupon | | | | Save 20% with coupon |



FreeBreath Facial Cleansing Brush, IPX7 Waterproof Face Scrubber with 3 Speed Modes, Face Brushes fo...

★★★★½ 1,242

$24.59 prime

Sponsored ⓘ

---

## Brands in this category on Amazon

Sponsored ⓘ

  

FOREO SWEDEN

NÃGRACOOLA   + Follow

+ Follow

---

## Looking for specific info?

🔍 Search in reviews, Q&A...

---

**Customer reviews**            **Reviews with images**            See all photos ›

★★★★½ 4.3 out of 5
2,882 global ratings

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 14% |
| 3 star | | 8% |
| 2 star | | 4% |
| 1 star | | 7% |

∨ How customer reviews and ratings work

### By feature
| | | |
|---|---|---|
| Softness | ★★★★½ | 4.4 |
| Easy to clean | ★★★★½ | 4.4 |
| For traveling | ★★★★½ | 4.3 |

∨ See more

### Review this product
Share your thoughts with other customers

Write a customer review

TUNBOT

TUNBOT Blackhead Remover - Facial Pore...   Shop now ›
$23.99 √prime

Sponsored ⓘ

### Read reviews that mention

stopped working | battery life | waste of money | cleansing brush

long time | easy to clean | fully charged | everyday | couple of months

easy to use | highly recommend | wash my face | facial cleanser

Top reviews ∨

### Top reviews from the United States

Translate all reviews to English

**Amazon Customer**
★★★★★ Great for your skin
Reviewed in the United States on August 27, 2023
Color: Red   Verified Purchase
I love this product. It is fantastic and necessary part of my skin routine. I have bought this device for over 4 people and everyone loves it

Helpful | Report

**Gloria G.**
★★★★☆ It's amazingly good
Reviewed in the United States on July 9, 2023
Color: Pink   Verified Purchase
I gave this to a friend and she loves it. I got my Clarisonic about 20 years ago and it still works beautifully. I gave my daughter and she also loves it. I'm 87 and look much younger as I have very few facial wrinkles. Thank you Clarisonic!!
One person found this helpful

Helpful | Report

**CAIR**
★★★★★ Excellent
Reviewed in the United States on August 27, 2023
Color: Green   Verified Purchase
I love the results when using this product in my facial cleansing, after removing my makeup it is excellent.

Helpful | Report

**Miguel Colmenares**
★★★★☆ Económico
Reviewed in the United States on July 22, 2023
Color: Pink   Verified Purchase
Para el precio es un buen producto

Helpful | Report

Translate review to English

**Preety Kaur**
★★★★☆ Great, but a few cons.
Reviewed in the United States on July 1, 2023
Color: Pink   Verified Purchase
When I got this product, as soon as I opened the box there was a weird smell that lingered onto the cleaner for 4-5 days (even after I rinsed it with a little soap).
2 people found this helpful

Helpful | Report

**Shari Levy**
★★★★☆ Sonic skin cleanser
Reviewed in the United States on July 21, 2023
Color: Red   Verified Purchase
Easy to use, does a good job.

Helpful | Report

**danielle carosi**

Reviewed in the United States on March 1
Color: Red | Verified Purchase

I've only used it a couple of times, I also haven't had to charge it yet, so cannot comment on how good the charger is. It works well enough for the price. I dislike that there is no timer on it. The instructions say to use it for one minute, but there is no automatic shut off after one minute it just keeps going. I usually wear my Apple Watch in the shower, so just set a timer on that but it would be really nice to have the timer built into the cleansing device. I had a different cleansing brush that would make a louder vibrating sound when it was time to move to a different area of your face. I really appreciated that so you could be confident you were cleansing all areas equally. this device does not have that feature either.

5 people found this helpful

Helpful | Report

 DQcycle

★★★☆☆ Poor Durability
Reviewed in the United States on July 14, 2023
Color: Pink | Verified Purchase

I bought one of these in September 2022 it lasted until April 2023 when it just died not sure why. Then bought another in April and it just did the same thing last week in July 2023, just died. No amount of charging works even though the light blinks when charging. Won't be buying another one. I also bought one in October for a gift for my daughter and she says hers died in June. So the shelf life on these is not very good. I get the price but 1 a year ok not 3 or 4. It did work well and I liked the product except it's durability,

2 people found this helpful

Helpful | Report

See more reviews ›

## Top reviews from other countries

 Mother of Jedis

★★★★☆ Easy to use
Reviewed in Australia on August 31, 2021
Color: Green | Verified Purchase

Easy to use, skin appears and feels clearer. Can use in shower. So far so good but time will tell if it helps clear stubborn congested pores.

Report

 knifeandfork

★★☆☆☆ stopped working after a few weeks
Reviewed in Australia on December 12, 2021
Color: Green | Verified Purchase

This product was excellent when I first started using it.

Easy to use and made my skin look clean and nourished.....

Then it stopped working. Left it for a few weeks then tried again but it still would not work..Would not recharge.

Don't waste your money on this product.

2 people found this helpful

Report

 Shia

★★★★★ Perfect
Reviewed in Australia on March 18, 2021
Color: Green | Verified Purchase

I have been using this for a while now and would definitely recommend

One person found this helpful

Report

 kobid timsina

★★★★★ She says it works wonder !
Reviewed in Australia on May 11, 2020
Color: Pink | Verified Purchase

I always find her charming, so at least I can say it is not causing any harm :)

Report

See more reviews ›

**Similar items in new arrivals**

Page 1 of 3

       



2 Pcs Silicone Face
Scrubber for Men, Face
Scrubber Exfoliator Face
Beard Brush Christmas...

★★★★★ 21

**Amazon's Choice** in
Manual Facial Cleansing
Brushes

$14.99 ($5.00/Count)

Get it as soon as **Tuesday,
Sep 26**

FREE Shipping on orders over
$25 shipped by Amazon

Sonic Facial Cleansing
Brush Soft Silicone Face
Scrubber with 5
Vibrations, IPX7
Waterproof Portable...

★★★★☆ 17

$19.99 ($19.99/Count)

Get it as soon as **Tuesday,
Sep 26**

FREE Shipping on orders over
$25 shipped by Amazon

PARADREAM Blackhead
Remover Mask, Charcoal
Face Mask for Black
Head Remover,...

★★★★☆ 110

**25% off** Deal

$12.74 ($4.51/Ounce)

List: $16.99

Get it as soon as **Tuesday,
Sep 26**

FREE Shipping on orders over
$25 shipped by Amazon

Amazon Basics Deep
Cleansing Exfoliating
Scrub, 5 Ounces, 2-Pack

★★★★☆ 15

$9.89 ($0.99/Ounce)

Get it as soon as **Tuesday,
Sep 26**

FREE Shipping on orders over
$25 shipped by Amazon

COSLUS Facial Cleansing
Brush Face Scrubber:
7in1 JBK-D Electric
Exfoliating Spin Cleanser
Device Waterproof Deep
Cleaning Exfoliation...

$19.99 ($19.99/Count)

Get it as soon as **Tuesday,
Sep 26**

FREE Shipping on orders over
$25 shipped by Amazon

The Creme Shop Bear
Essential Facial
Cleansing and Firming
Massager with
Adjustable Intensity
Levels, USB Charging,...

$25.00 ($25.00/Count)

Get it Sep 22 - 25

FREE Shipping

2pcs Facial Brush
Silicone, Facial Cleansing
Brush Manual Skin
Silicone Exfoliating
Brush Handheld Face
Scrubber Reusable Facial
Cleansing Brush for...

$7.99 ($4.00/Count)



Facial Cleansing Brush Silicone Face Scrubber: COSLUS IPX7 Waterproof...

**23% off** Deal

$22.99 $29.99 ✓prime

Sponsored ⓘ

**Disclaimer:** While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.



amazon

All | Search Amazon

EN

Returns & Orders

0 Cart

All | Off to College | Customer Support | Works with Alexa | Back to School | Medical Care & Pharmacy | Buy Again | Coupons | Household, Health & Baby Care | Handmade | **Prime Big Deal Days October 10-11**

✓ **Order placed, thanks!**
Confirmation will be sent to your email.

**Shipping to** ████████████ MIAMI, FL, 33131-2124, United States

**Thursday, Sept. 21**
Estimated delivery

Go to your orders ›

Do you purchase for work? Access business-only pricing, quantity discounts and flexible shipping with a **FREE** Amazon Business account.

Create a free Amazon Business account ›

Before you go: get a $50 Amazon Gift Card instantly upon approval for Amazon Visa. Instant decision within 15 seconds and no annual fee. Learn more

## More items to explore
Page 1 of 4



**Devolamn Toddler Toys, Wooden Toys, Montessori Toys for 3 4 5, 35 in 1 Wooden Montessori Screwdrive...**
★★★★☆ 156
$21.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**Maze Puzzle Games for Kids Ages 4-8, Cool Spaceship Maze Toy Gear Control with Two Steel Marbles, Challenges...**
★★★★☆ 23
$13.95
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**Coplus 8WD Gesture Sensing Stunt Rc Cars, 2.4Ghz Rechargeable Racing Drift Hand...**
★★★★☆ 79
20% off Deal
$39.98
Typical: $49.97
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**12 Pieces Maze Ball 3D Maze Puzzle Brain Teasers Games,Mini...**
★★★★☆ 17
Save 36%
$11.25
Typical: $17.55
Lowest price in 30 days
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**6 in 1 STEM Projects for Kids Ages 8-12, STEM Kits, 3D Wooden Puzzles, STEM Toys Building Kits, Educational Science...**
★★★★☆ 23
$23.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**CLAX® Multi Use Functional Collapsible Car...**
★★★★★ 31
$279.00 ✓prime
Save $15 with coupon
Sponsored

**Collections Etc Beaded 3-Tier Silver Tone Swirl Server - Appetizers, Snacks, Desserts...**
★★★★☆ 1,683
$30.48
Sponsored

## Inspired by your browsing history
Page 1 of 4



**Suffocation Prevention Emergency Rescue Tools, Asphyxiation Rescue Device Suitable for Children and Adults T...**
★★★★★ 3
$34.99 ($34.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**Removal Devices, Effective Infant and Adult Device Home Kit, Family First Aid Kit, Remove Obstructed...**
★★★☆☆ 11
$22.99 ($22.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**DumFur Asphyxiation Rescue Device, Portable Home Assist Device Set Reusable Home Travel Kit Including Device for Adults and Children Two Different Size 3pcs Green**
$17.99-$27.99

**hwojjha Asphyxiation Rescue Device for Adults and Children, Professional Suffocation Rescue Device, Suction Resistance Device,...**
★★★★☆ 4
$15.99 ($15.99/Count)
FREE Shipping on orders over $25 shipped by Amazon

**QULSE Breathing Trainer Choking Emergency Rescue Mask (Yellow 1pcs)**
★★★★☆ 44
$15.98 ($15.98/Count)

## Related to items you've viewed
Page 1 of 4



**12.5 Inches Sturdy Transparent and Dustproof Cake Glass Cover with Bamboo Tray, Cheese Board, Covered...**
★★★★☆ 21
Amazon's Choice in Cake Stands
$49.00
FREE Shipping

**Nvanvmm 3 Pieces Cake Stands Set Round Cupcake Stands Set Iron Wedding Brithday Party Celebration Dessert Display Plates Silver,...**
★★★☆☆ 17
1 offer from $82.76

**Cakebon Wedding Cake Stand (Silver - 16 inches - Round) - Gorgeous Cake Display Centrepiece for Wedding Cakes,...**
★★★★☆ 1,377
$37.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**YestBuy 4 Tier Acrylic Cupcake Stand with Base, Premium Cupcake Holder, Acrylic Cupcak...**
★★★★☆ 7,158
Amazon's Choice in Cupcake Stands
$26.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**Tiered Cake Stand 5 Pc. Set with 3-Tier, 2-Tier, and Round Displays, Pedestal Dessert Stands, and Square Serving Tr...**
★★★★☆ 64
$44.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

## Customers who bought these items also bought



24 Pack Travel Pouches for Toiletries, Flat Travel Bottles, TSA Approved Travel Containers for Toiletries Leak Proof…
★★★★☆ 164
$7.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon



Compatible with Apple Watch SE Series 8 Series 7 6 5 4 3 2 1 Strap 45mm 44mm 42mm…
★★★★☆ 230
**Amazon's Choice** in Smartwatch Bands
$15.84
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

Continue shopping

## More to discover

Page 1 of 3



6 in 1 STEM Projects for Kids Ages 8-12, STEM Kits, 3D Wooden Puzzles, STEM Toys Building Kits, Educational Science…
★★★★☆ 23
$23.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon



Maze Puzzle Games for Kids Ages 4-8, Cool Spaceship Maze Toy Gear Control with Two Steel Marbles, Challenges…
★★★★☆ 23
$13.95
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon



Round Wooden Labyrinth Game - Marble Maze for Education and Fun, Toddler Activity Board, Brain Teaser Puzzle Logic Game wit…
★★★★☆ 70
$24.99



Jishi Light Up Gyro Wheel 3-Pack Glow Retro Magic Rail Twirler Toys, Kids Magnetic Yoyo Sensory Fidget Toys C…
★★★★☆ 388
$14.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon



Brain Teasers Game for Kids 8-12, Maze Puzzle Toys for Preschool, Educational 3D Mind…
★★★★☆ 6
$12.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon



SmartGames Criss Cross Cube 3D Puzzle Game - Brainteaser for Ages 8 - Adult
★★★★★ 6
$14.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon



## Recommended based on your purchase

Page 1 of 3

Sponsored



Hanskin Real Complexion Hyaluron Skin Essence - Hyaluronic Acid, Moisturizing, Glowing,
★★★★☆ 778
$25.00 ✓prime



More Life Clarity 3-in-1 Advanced Face Cleansing Brush | Hot and Cold Compress | Rechargeable Electric Silicone Face
★★★★☆ 18
$34.99 ✓prime



UMICKOO Facial Cleansing Brush,Rechargeable Face Scrubber with LCD Screen,IPX7 Waterproof
★★★★☆ 4,967
$45.99 ✓prime



AMPLE:N Peptide Shot Serum - Anti-Aging Face Serum with Peptide Threads to Minimize Wrinkles and Improve
★★★★☆ 692
$15.99 ✓prime



Tree To Tub Anti Aging Retinol, Vitamin C, Hyaluronic Acid Serum for Face & Wrinkles - Hydrating Facial Serum
★★★★☆ 579
$24.74 ✓prime



Vanity Fresh Facial Cleansing Brush, Light Weight Silicon Vibrating Face Scrubber for Women, Rechargeable
★★★★☆ 18
$10.99 ✓prime



Paula's Choice CLINICAL 20% Niacinamide Vitamin B3 Concentrated Serum, Anti-Aging Face Treatment for
★★★★☆ 1,234
$52.00 ✓prime

## Your Browsing History   View or edit your browsing history

Page 1 of 5
















Back to top

Get to Know Us        Make Money with Us        Amazon Payment Products        Let Us Help You



| Care instructions | Wash with Warm Water |
| --- | --- |

Would you like to **tell us about a lower price?** ⌄

## Important information

To report an issue with this product, click here.



UTILYZE
Superior Cleansing. Your Face Deserves It.

**UTILYZE Radiant Pro - Smart Sonic Facial Cleansing Brush & Face Massage Device, Rechargeable &…**
⭐⭐⭐⭐½ 480
$99.00 ✓prime
Save 15% with coupon

Sponsored ⓘ

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
| --- | --- | --- |
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review



UTILYZE
Superior Cleansing. Your Face Deserves It.

**UTILYZE Radiant Pro - Smart Sonic Facial…**
⭐⭐⭐⭐½ 480
$99.00 ✓prime
Save 15% with coupon

Sponsored ⓘ

UTILYZE
Superior Cleansing. Your Face Deserves It.
$99.00 ✓prime
Save 15% with coupon

Sponsored ⓘ







amazon | All | Search Amazon | EN | Account & Lists | Returns & Orders | Cart

All | Off to College | Customer Support | Works with Alexa | Back to School | Medical Care & Pharmacy | Buy Again | Coupons | Household, Health & Baby Care | Handmade | Prime Big Deal Days October 10-11

**Order placed, thanks!**
Confirmation will be sent to your email.

Shipping to

Oct. 10 - Oct. 31
Estimated delivery

Go to your orders ›

Do you purchase for work? Access business-only pricing, quantity discounts and flexible shipping in a **FREE** Amazon business account.

Create a free Amazon business account ›

**Get 3% back** on Amazon.com purchases
Plus, get a **$50 Amazon Gift Card** instantly upon approval
Learn more

### More items to explore
Page 1 of 4


**32 Pcs Magnetic Fidget Sphere with Storage Bag – 20 Hexagons and 12 Pentagons Multicolor – Satisfying Magnet Des...**
★★★★☆ 20
$29.95
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon


**Round Wooden Labyrinth Game - Marble Maze for Education and Fun, Toddler Activity Board, Brain Teaser Puzzle Logic Game wit...**
★★★★☆ 70
$24.99


**Coplus 8WD Gesture Sensing Stunt Rc Cars, 2.4Ghz Rechargeable Racing Drift Hand...**
★★★★☆ 79
**20% off Deal**
$39.98
Typical: $49.97
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon


**Jishi Light Up Gyro Wheel 3-Pack Glow Retro Magic Rail Twirler Toys, Kids Magnetic Yoyo Sensory Fidget Toys C...**
★★★★☆ 388
$14.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon


**STEM Building Toys for Kids 3 4 5 6 7 8+ Year Old 167PCS Birthday Gifts Educational STEM Building Kit for Boys ...**
★★★★☆ 48
$26.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon




**Collections Et: Beaded 3-Tier Silver Tone Swivel Server - Appetizers, Snacks, Desserts...**
★★★★☆ 1,683
$30.48
Sponsored


**GOORIN BROS.**
**Goorin Bros. The Farm Original Core Unisex Adjustable Snapback Trucker Hat, Navy...**
★★★★☆ 35
$40.00 prime
Sponsored

### Inspired by your browsing history
Page 1 of 4


**Suffocation Prevention Emergency Rescue Tools, Asphyxiation Rescue Device Suitable for Children and Adults T...**
★★★★★ 3
$34.99 ($34.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon


**Removal Devices, Effective Infant and Adult Device Home Kit, Family First Aid Kit, Remove Obstructed...**
★★★★☆ 11
$22.99 ($22.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon


**EZBASICS Sonic Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof Sonic Vibrating Face Brush for Deep...**
★★★★☆ 11,192
$24.99-$31.99


**Facial Cleansing Brush, 3-in-1 Electric Soft Silicone Waterproof Face Scrubber, USB Rechargeable IPX7...**
★★★★☆ 17
$13.99 ($13.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon


**DumFurc Asphyxiation Rescue Device , Portable Home Assist Device Set Reusable Home Travel Kit Including Device for Adults and Children Two Different Size 5pcs Green**
$17.99-$27.99

### Top picks for you
Page 1 of 2


**Facial Cleansing Brush, Silicone Electric Heating Massager for Face Skin Care Cleaner Deep Cleaning Gentle Exfoliating,Waterproof...**
1 offer from $42.18
Based on your recent views


**Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Exfoliation, Beauty Skin Care...**
1 offer from $39.00
Based on your recent views


**Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo...**
★★★★☆ 17,158 ($17.58/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon
Based on your recent views


**Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Exfoliation, Beauty Skin Care...**
1 offer from $39.00
Based on your recent views


**2 in 1 Facial Cleansing Brush, Electric Silicone Face Deep Pores Beauty Instrument with Hot Compress for Exfoliating, Rechargeable Skin Car...**
1 offer from $39.00
Based on your recent views

Related to items you've viewed

Page 1 of 4 ⋮

    

| | | | | |
|---|---|---|---|---|
| 12.5 Inches Sturdy Transparent and Dustproof Cake Glass Cover with Bamboo Tray, Cheese Board, Covered... | Nvanvmm 3 Pieces Cake Stands Set Round Cupcake Stands Set Iron Wedding Brithday Party Celebration Dessert Display Plates Silver,... | Cakebon Wedding Cake Stand (Silver - 16 inches - Round) - Gorgeous Cake Display Centrepiece for Wedding Cakes,... | YestBuy 4 Tier Acrylic Cupcake Stand with Base, Premium Cupcake Holder, Acrylic Cupcak... | Tiered Cake Stand 5 Pc. Set with 3-Tier, 2-Tier, and Round Displays, Pedestal Dessert Stands, and Square Serving Tr... |
| ★★★★☆ 21 | ★★★☆☆ 12 | ★★★★☆ 1,577 | ★★★★☆ 7,158 | ★★★★☆ 64 |
| Amazon's Choice in Cake Stands | 1 offer from $82.76 | $37.99 | Amazon's Choice in Cupcake Stands | $44.99 |
| $49.00 | | Get it as soon as **Tuesday, Sep 26** | $26.99 | Get it as soon as **Tuesday, Sep 26** |
| FREE Shipping | | FREE Shipping on orders over $25 shipped by Amazon | Get it as soon as **Tuesday, Sep 26** | FREE Shipping on orders over $25 shipped by Amazon |
| | | | FREE Shipping on orders over $25 shipped by Amazon | |

Continue shopping



Back to top

| Get it as soon as **Tuesday, Sep 26** | Get it as soon as **Tuesday, Sep 26** | Get it as soon as **Tuesday, Sep 26** | Get it as soon as **Tuesday, Sep 26** | Get it as soon as **Tuesday, Sep 26** | Get it as soon as **Tuesday, Sep 26** |
|---|---|---|---|---|---|
| FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon |

## Recommended based on your shopping trends

Sponsored ⓘ

Page 1 of 3

      

| | | | | | | |
|---|---|---|---|---|---|---|
| LifeVac - Choking Rescue Device Home Kit for Adult and Children First Aid Kit, Portable Choking Rescue Device, First Aid | LifeVac - Choking Rescue Device Home Kit for Adult and Children, Portable First Aid Choking Device, Home | LifeVac Blue Travel Kit - Choking Rescue Device, Portable Suction First Aid Kit for Kids and Adults, Airway Suction | TUOYR Infrared & Red Light Therapy Warp: Devices for Pain Relief Wearable Knee Elbow Pads Home Use FDA | LifeVac EMS Kit - Only for Professionals - Portable Suction Rescue Device First Aid Kit for Kids and Adults, Portable | LifeVac Choking Rescue Device Replacement Masks for EMS, Home, and Travel Choking Rescue Device Kit - 1 | LifeVac Pink Travel Kit - Choking Rescue Device, Portable Suction Rescue Device First Aid Kit for Kids and Adults, Portable |
| ★★★★★ 181 | ★★★★★ 156 | ★★★★★ 205 | ★★★★☆ 33 | ★★★★★ 28 | ★★★★★ 10 | ★★★★☆ 75 |
| $139.99 ✓prime | $139.90 ✓prime | $79.99 ✓prime | $129.99 ✓prime | $75.99 ✓prime | $21.99 ✓prime | $79.99 ✓prime |

## Your Browsing History    View or edit your browsing history

Page 1 of 5

           

Back to top

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You







Collections Etc Beaded 3-Tier Silver Tone Swivel Server - Appetizers, Snacks, Desserts Clear

★★★★☆ 1,683

$30⁴⁸

Sponsored ⓘ

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★★ 5 out of 5

2 global ratings

| 5 star | ▬▬▬▬ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

❯ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



UMICKOO Facial Spin Brush,Rechargeable IPX7 Waterproof Face Scrubber with 5 Brus...

★★★★☆ 6,766

$24⁹⁹ ✓prime

Sponsored ⓘ

Top reviews ▾

### Top review from the United States

 Jason Mann

★★★★★ Gentle

Reviewed in the United States on June 18, 2020

I absolutely love it! I have been using it daily morning and night. It has been leaving my skin so soft without irritating it. Hygienic, affordable, and very effective cleanser brush.

Helpful | Report

See more reviews ›

## Customers also viewed these products

Page 1 of 6 ⋮

      

EZBASICS Sonic Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof Sonic Vibrating Face Brush for Deep...

★★★★☆ 11,192

$24.99-$31.99

Face Scrubber, NâgraCoola CLIE Facial Cleansing Brush, Waterproof and Rechargeable Face Scrub Brush for Men & Wom...

★★★★☆ 9,280

$39.99

Facial Cleansing Brush Face Scrubber: COSLUS 7in1 JBK-D Electric Exfoliating Spin Cleanser Device Waterproof De...

★★★★☆ 7,768

#1 Best Seller in Powered Facial Cleansing Brushes & Devices

$14.99-$15.99

Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager, IPX7...

★★★★☆ 2,262

Amazon's Choice in Powered Facial Cleansing Brushes & Devices

$16.98 ($16.98/Count)

Get it as soon as Tuesday, Sep 26

FREE Shipping on orders over $25 shipped by Amazon

Facial Cleansing Brush Face Scrubber: CLSEVXY Electric Face Spin Cleanser Brushes with 7 Brush Heads for Deep Cleansing, Gentle...

★★★★☆ 1,603

$9.99

Silicone Face Scrubber, SIWIEY IPX7 Waterproof Sonic Facial Cleansing Brush, USB Rechargeable Sonic Massage Face...

★★★★★ 165

$16.98 ($16.98/Count)

Get it as soon as Tuesday, Sep 26

FREE Shipping on orders over $25 shipped by Amazon

Brush,Rechargeable Face Scrubber with LCD Screen,IPX7 Waterproof 3 in 1 Blackhead...

★★★★☆ 4,967

$34.99-$54.99



Nutricost Acetyl L-Carnitine 500mg, 180 ...

$17.06 $18.95 ✓prime

Save 10% more with Subscribe & Save

Sponsored ⓘ

**Disclaimer:** While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a

product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## You might also like








12 Pieces Maze Ball 3D Maze Puzzle Brain Teasers Games,Mini…
★★★★☆ 17
Save 36%
$11.25
Typical: $17.55
Lowest price in 30 days
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

STEM Building Toys for Kids 3 4 5 6 7 8+ Year Old 167PCS Birthday Gifts Educational STEM Building Kit for Boys…
★★★★☆ 48
$26.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

Coplus 8WD Gesture Sensing Stunt Rc Cars, 2.4Ghz Rechargeable Racing Drift Hand…
★★★★☆ 79
20% off Deal
$39.98
Typical: $49.97
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

Skillmatics United States Map Puzzle - 75 Pieces, Educational Toy for Learning 250+ Facts About The States of…
★★★★★ 52
$24.97
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

SmartGames Criss Cross Cube 3D Puzzle Game - Brainteaser with 80 Challenges for Ages 8 - Adult
★★★★★ 6
$14.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

Maze Puzzle Games for Kids Ages 4-8, Cool Spaceship Maze Toy Gear Control with Two Steel Marbles, Challenges…
★★★☆☆ 23
$13.95
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

## Popular products based on this item













Facial Cleansing Brush Electric Facial Exfoliating Massage Brush with 3 Cleanser Heads and 2 Speeds Adjustable for Deep Cleaning,…
★★★★☆ 1,556
$19.98 -$19.99

Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager, IPX7 Waterproof, USB…
★★★★☆ 2,262
Amazon's Choice in Powered Facial Cleansing Brushes & Devices
$16.98

QuickBeauty Mini Sonic Facial Cleansing Brush, Facial Massager. Facial Scrubber Waterproof 3 in 1 for Deep Cleaning, Exfoliating and…
★★★★★ 2
$7.99 -$9.99

Faiyi Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, IPX7 Waterproof Face Massager, USB…
★★★★☆ 31
$15.16 ($15.16/Ounce)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

Facial Cleansing Brush Rechargeable IP67 Waterproof with 2 Brush Heads, Face Sonic & Rotation Deep Wash…
★★★★☆ 63
$19.99 ($19.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon
Only 14 left in stock - orde…

Faiyi Silicone Face Scrubber, 3-in-1 Electric Facial Cleansing Brush, IPX7 Waterproof Facial Massager, USB…
★★★★☆ 6
$15.16 ($15.16/Ounce)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

## Your Browsing History  View or edit your browsing history

Page 1 of 5






The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price.

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Frequently repurchased in Drugstore

Page 1 of 3









Bloom Nutrition Super...
★★★☆☆ 5
**#1 Best Seller** in Multi-Enzyme Nutritional Supplements
$39.99 ($6.89/Ounce)
Get it as soon as Tuesday, Sep 26
FREE shipping on orders over $25 shipped by Amazon
Add to Cart

Pampers Aqua Pure...
★★★★☆ 47,460
**Amazon's Choice** in Diaper Wipes & Refills
$34.37 ($5.11/100 Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon
Add to Cart

Pampers Sensitive Wat...
★★★★☆ 216,970
$34.97 ($3.47/100 Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon
Add to Cart

Clorox ToiletWand...
★★★★☆ 111,989
$20.69 ($20.69/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon
Add to Cart

MZOO Sleep Eye Mask...
★★★★☆ 86,854
**#1 Best Seller** in Sleep Masks
$21.99 ($21.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon
Add to Cart

Stardrops - The Pink...
★★★★☆ 190,385
**#1 Best Seller** in All-Purpose Household Cleaners
$4.99 ($0.28/Ounce)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon
Add to Cart



Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|

$25 shipped by Amazon | $25 shipped by Amazon | $25 shipped by Amazon | $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon

## Items you may enjoy

Page 1 of 3









Fence Hanging Chicken Feeder for Duck, Piglets, Goat Feeder Poultry Feeding Container for...
**Amazon's Choice** in Wild Bird Feeders
★★★★☆ 20
$39.99 ($10.00/Count)
Get it as soon as Wednesday, Sep 20

Belinova Large Metal Chicken Coops for 6/10 Chickens, Chicken Pen Walk-in, Duck House ,...
★★★★☆ 181
**Save 6%**
$149.99 ($149.99/Count)
Typical: $159.99
Lowest price in 30 days
FREE Shipping

DenForste 4 Pack Washable Nesting Pads Chicken Nesting Boxes Chicken Bedding for Chicken Coop, 15 x 12...
★★★★☆ 1,033
$16.99 ($16.99/Count)
Get it as soon as Wednesday, Sep 20
FREE Shipping on orders over $25 shipped by Amazon

Kinchoix Chicken Nesting Boxes, 8 Compartment Metal Poultry Nest Box...
★★★★☆ 56
**Save 6%**
$159.99 ($159.99/Count)
Typical: $169.99
Lowest price in 30 days
Get it as soon as Wednesday, Sep 20

Automatic Chicken Coop Door, Chicken Coop Door Opener with Timer Control and Manual Open/Close, Multi-...
★★★★☆ 11
$39.99 ($39.99/Count)
Get it as soon as Wednesday, Sep 20

Oziyrnka 6Pcs Poultry Chicken Nesting Pads 12"*12"*1.57"* 1Pcs...
★★★★☆ 35
**Save 13%**
$19.98 ($19.98/Foot)
Typical: $22.98
Lowest price in 30 days
Get it as soon as Wednesday, Sep 20
FREE Shipping on orders over $25 shipped by Amazon

## Your Browsing History   View or edit your browsing history

Page 1 of 5



















**Order placed, thanks!**
Confirmation will be sent to your email.

Shipping to ▓▓▓▓▓▓ MIAMI, FL, 33131-2124, United States

Nov. 3 - Nov. 27
Estimated delivery

Go to your orders ›

Do you purchase for work? Access business-only pricing, quantity discounts and flexible shipping with a **FREE** Amazon business account.

Create a free Amazon Business account ›



**Get a $50 Amazon Gift Card** instantly upon approval for Amazon Visa. No annual fee.   Learn more

### More items to explore
Page 1 of 4







STEM Building Toys for Kids 3 4 5 6 7 8+ Year Old 167PCS Birthday Gifts Educational STEM Building Kit for Boys...
★★★★☆ 48
$26.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

Jishi Light Up Gyro Wheel 3-Pack Glow Retro Magic Rail Twirler Toys, Kids Magnetic Yoyo Sensory Fidget Toys C...
★★★★☆ 388
$14.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

Skillmatics United States Map Puzzle - 75 Pieces, Educational Toy for Learning 250+ Facts About The States of...
★★★★☆ 32
$24.97
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

32 Pcs Magnetic Fidget Sphere with Storage Bag – 20 Hexagons and 12 Pentagons Multicolor – Satisfying Magnet Des...
★★★★☆ 20
$29.95
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

STEM Science Robotics Kit 6 Set Electronic Science Experiments Projects Activities for Kids DIY Engineering...
★★★★★ 17
$24.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon



Collections Etc. Beaded 3-Tier Silver Tone Swivel Server - Appetizers, Snacks, Desserts...
★★★★☆ 1,683
$30.48
Sponsored

GOORIN BROS.
Goorin Bros. Trucker Hat Men - Mesh Baseball SnapBack Cap - The Farm
★★★★☆ 29,567
$40.00  ✓prime
Sponsored

### Inspired by your browsing history
Page 1 of 4








Suffocation Prevention Emergency Rescue Tools, Asphyxiation Rescue Device Suitable for Children and Adults T...
★★★★★ 3
$34.99 ($34.99/Count)
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

Removal Devices, Effective Infant and Adult Device Home Kit, Family First Aid Kit, Remove Obstructed...
★★★★☆ 11
$22.99 ($22.99/Count)
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

EZBASICS Sonic Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof Sonic Vibrating Face Brush for Deep...
★★★★☆ 11,192
$24.99-$31.99

DumFenc Asphyxiation Rescue Device, Portable Home Assist Device Set Reusable Home Travel Kit Including Device for Adults and Children Two Different Size 3pcs Green
$17.99-$27.99

hwojha Asphyxiation Rescue Device for Adults and Children, Professional Suffocation Rescue Device, Suction Resistance Device,...
★★★★☆ 4
$15.99 ($15.99/Count)
FREE Shipping on orders over $25 shipped by Amazon

### Related to items you've viewed
Page 1 of 4







12.5 Inches Sturdy Transparent and Dustproof Cake Glass Cover with Bamboo Tray, Cheese Board, Covered...
★★★★☆ 21
Amazon's Choice in Cake Stands
$49.00
FREE Shipping

Nvanwmm 3 Pieces Cake Stands Set Round Cupcake Stands Set Iron Wedding Birthday Party Celebration Dessert Display Plates Silver,...
★★★☆☆ 11
1 offer from $82.76

Cakebon Wedding Cake Stand (Silver - 16 inches - Round) - Gorgeous Cake Display Centrepiece for Wedding Cakes,...
★★★★☆ 1,377
$37.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

YestBuy 4 Tier Acrylic Cupcake Stand with Base, Premium Cupcake Holder, Acrylic Cupcak...
★★★★☆ 7,118
Amazon's Choice in Cupcake Stands
$26.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

Tiered Cake Stand 5 Pc. Set with 3-Tier, 2-Tier, and Round Displays, Pedestal Dessert Stands, and Square Serving Tr...
★★★★☆ 64
$44.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**Top picks for you**



SCIONE 36pack Sports
Ball Party Favors for Kids
4-8-8-12 Fidget Spinner
Soccer Balls Baseball...
⭐⭐⭐⭐ 133
$13.99
Get it as soon as **Tuesday,
Sep 26**
FREE Shipping on orders over
$25 shipped by Amazon
Based on your recent views



46 Pack 24 Links Wacky
Tracks Snap and Click
Fidget Toys,Fidget Snake
Toy for Party...
⭐⭐⭐⭐ 196
$16.47 ($0.36/Count)
Get it as soon as **Tuesday,
Sep 26**
FREE Shipping on orders over
$25 shipped by Amazon
Based on your recent views

Continue shopping



Back to top

Sep 26                          Sep 26                          Sep 26                          Sep 26                          Sep 26                          Sep 26
FREE Shipping on orders over    FREE Shipping on orders over    FREE Shipping on orders over    FREE Shipping on orders over    FREE Shipping on orders over    FREE Shipping on orders over
$25 shipped by Amazon           $25 shipped by Amazon           $25 shipped by Amazon           $25 shipped by Amazon           $25 shipped by Amazon           $25 shipped by Amazon

## Recommended based on your shopping trends

Sponsored ⓘ                                                                                                                                    Page 1 of 3

          

LifeVac - Choking Rescue      LifeVac - Choking Rescue      LifeVac Blue Travel Kit -     TUOYR Infrared & Red         LifeVac EMS Kit - Only        LifeVac Choking Rescue        LifeVac Pink Travel Kit -
Device Home Kit for           Device Home Kit for           Choking Rescue Device,        Light Therapy Warp:           for Professionals –           Device Replacement            Choking Rescue Device,
Adult and Children First      Adult and Children,           Portable Suction First        Devices for Pain Relief       Portable Suction Rescue       Masks for EMS, Home,          Portable Suction Rescue
Aid Kit, Portable Choking     Portable First Aid            Aid Kit for Kids and          Wearable Knee Elbow           Device First Aid Kit for      and Travel Choking            Device First Aid Kit for
Rescue Device, First Aid      Choking Device, Home          Adults, Airway Suction        Pads Home Use FDA             Kids and Adults, Portable     Rescue Device Kit - 1         Kids and Adults, Portable
⭐⭐⭐⭐⭐ 181                    ⭐⭐⭐⭐⭐ 156                    ⭐⭐⭐⭐ 205                      ⭐⭐⭐⭐ 33                       ⭐⭐⭐⭐⭐ 28                     ⭐⭐⭐⭐⭐ 10                     ⭐⭐⭐⭐ 75
$139.99 ✓prime               $139.90 ✓prime               $79.99 ✓prime               $129.99 ✓prime               $75.99 ✓prime               $21.99 ✓prime               $79.99 ✓prime

## Your Browsing History  View or edit your browsing history                                                                                   Page 1 of 5

 

Back to top

## Checkout (3 items)



| 1 | **Shipping address** | | Change |
|---|---|---|---|

████████ ████████████
MIAMI, FL 33131-2124
Add delivery instructions

| 2 | **Payment method** | | Change |
|---|---|---|---|

**VISA** ████████████

Billing address: ████████████

∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

| 3 | **Offers** | | Change |
|---|---|---|---|

| 4 | **Review items and shipping** | | |
|---|---|---|---|

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.



**A 30-day FREE trial of Amazon Prime has been added to your order. Your order has been upgraded to fast, FREE shipping.**

After your free trial, Prime is just $14.99/month. Cancel anytime.

**Your Prime membership will begin when you place your order**

Items shipped from Amazon.com

 **Amazon Prime (30-Day Free Trial)**
$0.00
Remove
Sold by: Amazon.com Services LLC
🎁 Gift options not available.

Your Prime membership will be applied to ████████████

---

 **Get a $50 Amazon Gift Card instantly** upon approval for Amazon Visa.   [ Learn more ]

**Shipping address:** ████████████, MIAMI, FL, 33131-2124 United States Change

**Delivery: Sept. 26, 2023** If you order in the next 4 hours and 46 minutes (Details)

Items shipped from Amazon.com

 **Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging Travel Size Massager for Skin Exfoliation, Deep Cleansing, Anti Aging - Red**
$17.58 & FREE Returns
[ Qty: 1 ]
Sold by: Amazing China Products
[ Add a gift receipt ]

**Choose your Prime delivery option:**
◉ **Tuesday, Sept. 26**
  FREE Prime Delivery

---

[ Place Your Order and Pay ]

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

By placing your order, you agree to Terms and Conditions , and authorize us to charge your default payment method or any other payment method on file. **Your Amazon Prime membership continues until cancelled. If you do not wish to continue for $14.99/month plus any applicable taxes after your first month, you may cancel anytime by visiting Your Account.** For customers in Hawaii, Puerto Rico, and Alaska please visit the Amazon Prime Shipping Benefits page to check various shipping options.

### Order Summary

| | |
|---|---|
| Items (3): | $56.67 |
| Shipping & handling: | $6.99 |
| Total before tax: | $63.66 |
| Estimated tax to be collected:* | $3.97 |
| **Order total:** | **$67.63** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

and see other gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

 **Get a $50 Amazon Gift Card instantly** upon approval for Amazon Visa.

Learn more

**Shipping address:** ███████████████████, MIAMI, FL, 33131-2124 United States Change

**Estimated delivery: Nov. 15, 2023 - Dec. 14, 2023**
Items shipped from Lucky-minfan

 **Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Exfoliation, Beauty Skin Care Massager, USB Charging**
**$39.09**

Qty: 1

Sold by: Lucky-minfan

🎁 Gift options not available.

**Choose a delivery option:**

◉ **Wednesday, Nov. 15 – Thursday, Dec. 14**
$6.99 - Standard Shipping

**Order total: $67.63**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

By placing your order, you agree to Terms and Conditions , and authorize us to charge your default payment method or any other payment method on file. **Your Amazon Prime membership continues until cancelled. If you do not wish to continue for $14.99/month plus any applicable taxes after your first month, you can cancel anytime by visiting Your Account.** For customers in Hawaii, Puerto Rico, and Alaska please visit the Amazon Prime Shipping Benefits page to check various shipping options.

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to The Amazon Prime terms next to the order button at the top of this checkout page, including Amazon Prime's auto-renewal terms.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.









24 Pack Travel Pouches for Toiletries, Flat Travel Bottles, TSA Approved Travel Containers for Toiletries Leak Proof...
164

$7.99

FREE Delivery

Compatible with Apple Watch SE Series 8 Series 7 6 5 4 3 2 1 Strap 45mm 44mm 42mm...
234

Amazon's Choice in

Smartwatch Bands

$15.84

FREE Delivery

## Buy it again in Apparel



Figpal Unisex Animal Mesh Trucker Hat Snapback Square Patch Baseball Caps

$16.99

Get it Oct 4 - 18

FREE Shipping

Purchased Aug 2023



Heritage Pride Animal Hat Embroidered Patch Mesh Back Farm Trucker Hat Baseball Cap
9

$27.99

Get it Sep 27 - 29

FREE Shipping

Purchased Aug 2023



Animal Baseball Cap Patch Embroidered Women Trucker Hat Men Plain Mesh Adjustable...
265

$13.89

FREE Delivery

Purchased Jul 2023

## Customers also bought these digital items



Prey for the Devil

Jacqueline Byers
6,727

$5.99

Lo bueno de tener un mal día: Cómo cuidar de nuestras emociones para estar mejor (No Ficción...
› Anabel Gonzalez
832

Kindle Edition

$5.99

Llamas Gemelas: Encontrando A Tu Amante Definitivo (Spanish Edition)

Jeff Ayan
156

Kindle Edition

$9.99

Rediseño Men Éxito : Guía pr cambiar tu rea tiempo récord

Sergio Villamiza
1

Kindle Edition

$6.99

Continue shopping

Back to top

Get to Know Us

Careers

Make Money with Us

Sell more with Amazon

Amazon Payment Products

Amazon Visa

Let Us Help You

Your Account

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Conve

...ders

...g Rates &

...Prime

...&
...ments

...Your
...and Devices

...alls and
...Safety Alerts

English

United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobo Publishi Made Ea | | Amazon Business Everything For Your Business |

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon
Services
Scalable
Comput
Services

Box Office
Mojo
Find Movie
Box Office
Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon
Unlimited
Photo Storage
Free With
Prime

Direct
Video
Distribution
Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates





Brush,  Face Cleanser Bamboo Charcoal...

$17⁵⁰ ($17.58/Count)

Strength Antimicrobial, 5.5 Oz 

$9⁹⁹ ($1.74/Ounce)

Silicone, Waterproof Sonic 

$24⁹⁹ ($24.99/Count)

## Customers who bought this item also bought

⋮



**EZBASICS Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof Sonic Vibrating Face...**
★★★★½ 11,192
$24.99 ($24.99/Count)
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**24 Pack Travel Pouches for Toiletries, Flat Travel Bottles, TSA Approved Travel Containers for Toiletries Leak Proof...**
★★★★½ 164
$7.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**Compatible with Apple Watch SE Series 8 Series 7 6 5 4 3 2 1 Strap 45mm 44mm 42mm...**
★★★★½ 230
Amazon's Choice in Smartwatch Bands
$15.84
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager, IPX7...**
★★★★½ 2,262
Amazon's Choice in Powered Facial Cleansing Brushes & Devices
$16.98 ($16.98/Count)
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

## Product Description

 

YUNCHI is specialized in Personal Care and Beauty Tools. We are committed to providing customers with safe, quality, innovative and premium products. We listen to customers and value every constructive feedback to improve our products and services.



### Cleansing Your Face with the Latest Innovative Technologies

*YUNCHI-Y3*

Tired of using a regular bristle cleanser and still having problems with your face skin?

Here is a new generation of facial cleanser with many unique features: Bamboo charcoal ingredients, negative ions coating, wireless inductive charging, 12000/min high frequency vibration...

All built in this tiny compact device to help exfoliating, deeply cleansing, massaging your facial skin.

So, why not try it out?

- Deep Cleansing
- Skin Exfoliating
- Facial Massage
- Promoting nutrient absorbtion



**What You Get**

If you have any question about our products, feel free to let us know before you leave a review or feedback, we will reply within 1 day and try our best to solve your problems until you're fully satisfied.

- 1 * Silicone Cleansing Brush
- 1 * Inductive Charging Base
- 1 * USB Charging Cable
- 1 * User Manual

### Super Adsorption Ability of Bamboo Charcoal Ingredients

Soft silicone bristles added with bamboo charcoal ingredients, easy to clean the dirt deep in the pores with the super adsorption ability of bamboo charcoal. While regular bristle brushes can only clean the surface.





   

  



**Whole Body Waterproof**
- IPx7 whole body waterproof
- Intact appearance without cutouts
- Safe to use even when shower

**3 Different Uses**
- Soft fine bristles for general clean
- Thick bristles for precision clean
- Wavy massage area on the back

**Tiny & Portable**
- Tiny enough to fit a handbag
- Cordless design to use anywhere
- 30 days long lasting battery for travels

## Product details

**Product Dimensions :** 4.33 x 4.33 x 2.36 inches; 7.37 Ounces
**Item model number :** JMY3
**Batteries :** 1 Lithium Polymer batteries required. (included)
**Date First Available :** February 27, 2019
**Manufacturer :** YUNCHI
**ASIN :** B07P9XSGB9
**Best Sellers Rank:** #31,690 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
    #24 in Powered Facial Cleansing Brushes & Devices
**Customer Reviews:**
4.3 ★★★★½ ∨   2,882 ratings

### Inspiration from this brand

YUNCHI **For A Healthier Life.**
Visit the Store on Amazon   + Follow










Extra wide full leg cast cover - ideal for large, thick thighs! Shower wit...

Sonic Electric Toothbrush for Adults & Kids with 10 Brush Heads & Trav...

😊Comfortable watertight seal 👍 Protect Your Cast with Our Foot C...

🙌No More Worries! 😊 Enjoy a Refreshing Bath with Extra Wide B...

😊 Easily stretchable watertight sealing, Keep dressing dry for a wo...

Bright YUNCH

### Compare with similar items






**This item** Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo Charcoal Wireless Charging Travel Size Massager for Skin Exfoliation, Deep Cleansing, Anti Aging - Red

Add to Cart

Sonic Facial Cleansing Brush Soft Silicone Face Scrubber Exfoliating Brush Face Cleanser Brush for Women - Anti-Aging Deep Face Cleansing, Exfoliating, and Massage System Face Scrubber for Her

Add to Cart

Sonic Facial Cleansing Brush, Electric Silicone Face Brush and Massager, Waterproof Silicone Face Scrubber for Deep Cleansing, Exfoliating, Rechargeable, for Girls Gifts

Add to Cart

Sonic Face Brush, Sonic Facial Cleansing Brush, Silicone Face Exfoliator Brush Cleanser with Heated Massage and Light Design for Gentle Exfoliating|Massaging|Skin Clean

Add to Cart

| | This item | | | |
|---|---|---|---|---|
| Customer Rating | ★★★★½ (2882) | ★★★★½ (107) | ★★★★½ (578) | ★★★★☆ (399) |
| Price | $17⁵⁸ | $16⁹⁹ | $15⁹⁹ | $26⁹⁹ |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping. Details |
| Sold By | Amazing China Products | GREATEE | Benss | TiangTech |
| Are batteries included? | Yes | Yes | Yes | Yes |
| Lithium Battery Voltage | 3.70 volts | — | — | 3.7 volts |
| Number of Items | 1 | 1 | 1 | 1 |

## Videos for this product


Powerful vibration
Shambrenae Banks
0:22


Customer Review: waste money
Dung
0:24


Y3 Silicone Facial Cleansing Brush
Amazing China Products
0:55

---

## Important information

### Legal Disclaimer

<p><b>NOTE:</p></b> <p>Please contact Amazon Customer Service Team (www.amazon.com/contact-us) within 30 days, or our Customer Service Email (yunchi-service@outlook.com) for replacement/refund or help if you have the following situations:</p> <p>1. Received a defective/used product, e.g: unable to work, unable to charge, etc.</p> <p>2. Damaged packages.</p> <p>3. Missing accessories, e.g: no USB cord.</p> <p>4. Product malfunction caused by internal failure within a year, e.g: wouldn't turn on, battery wouldn't hold a charge, etc.</p>

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

To report an issue with this product, click here.

---

## Related products with free delivery on eligible orders

Page 1 of 58

Sponsored ⓘ | Try Prime for unlimited fast, free shipping










| More Life Clarity 3-in-1 Advanced Face Cleansing Brush \| Hot and Cold Compress \| Re... | Sonic Facial Cleansing Brush Soft Silicone Face Scrubber with 5 Vibrations, IPX7 Wa... | Facial Cleansing Brush, Upgraded NägraCoola CLIE 2 Silicone Face Scrubber, Recharge... | Liberex Egg Facial Cleansing Brush - Sonic Vibration with 3 Intensity Levels for De... | Sud Scrub® Antimicrobial Silicone Face Scrubber, 2 Pack, Gentle Face Exfoliator... | UMICKOO Facial Cleansing Brush, Electric Silicone Sonic Face Scrubber with LCD Scre... | Hiija Face Scrubber Silicone Sonic Facial Cleansing Brush for Men & Women,Face Exfo... |
|---|---|---|---|---|---|---|
| ★★★★½ 18 | ★★★★½ 16 | #1 New Release ★★★★½ 198 | ★★★★½ 55 | ★★★★½ 76 | ★★★★½ 158 | ★★★★½ |
| $34.99 ($34.99/Count) | $19.99 ($19.99/Count) | $29.99 ($29.99/Count) | $38.99 ($38.99/Count) | $39.99 ($20.00/Count) | $34.99 ($34.99/Count) | $18.99 ($18.99/Count) |
| ✓prime | ✓prime Save 5% with coupon | ✓prime Save 20% with coupon | ✓prime | ✓prime | ✓prime | ✓prime Save 20% with coupon |

---



FreeBreath Facial Cleansing Brush, IPX7 Waterproof Face Scrubber with 3 Speed Modes, Face Brushes fo...
★★★★½ 1,242
$24.59 ✓prime

Sponsored ⓘ

---

## Brands in this category on Amazon

Sponsored ⓘ


FOREO SWEDEN


NÄGRACOOLA          + Follow


+ Follow

---

## Looking for specific info?

🔍 Search in reviews, Q&A...

---

## Customer reviews          Reviews with images          See all photos ›

⭐⭐⭐⭐½ 4.3 out of 5

2,882 global ratings

| | |
|---|---|
| 5 star | 67% |
| 4 star | 14% |
| 3 star | 8% |
| 2 star | 4% |
| 1 star | 7% |

⌄ How customer reviews and ratings work

**By feature**

| | | |
|---|---|---|
| Softness | ⭐⭐⭐⭐½ | 4.4 |
| Easy to clean | ⭐⭐⭐⭐½ | 4.4 |
| For traveling | ⭐⭐⭐⭐½ | 4.3 |

⌄ See more

**Review this product**

Share your thoughts with other customers

Write a customer review

TUNBOT

TUNBOT Blackhead Remover - Facial Pore...   Shop now ›

$23.99 √prime

Sponsored ⓘ

## Read reviews that mention

stopped working    battery life    waste of money    cleansing brush

long time    easy to clean    fully charged    everyday    couple of months

easy to use    highly recommend    wash my face    facial cleanser

Top reviews ⌄

## Top reviews from the United States

Translate all reviews to English

**Amazon Customer**
⭐⭐⭐⭐⭐ Great for your skin
Reviewed in the United States on August 27, 2023
Color: Red    Verified Purchase
I love this product. It is fantastic and necessary part of my skin routine. I have bought this device for over 4 people and everyone loves it

Helpful | Report

**Gloria G.**
⭐⭐⭐⭐☆ It's amazingly good
Reviewed in the United States on July 9, 2023
Color: Pink    Verified Purchase
I gave this to a friend and she loves it. I got my Clarisonic about 20 years ago and it still works beautifully. I gave my daughter and she also loves it. I'm 87 and look much younger as I have very few facial wrinkles. Thank you Clarisonic!!!

One person found this helpful

Helpful | Report

**CAIR**
⭐⭐⭐⭐⭐ Excellent
Reviewed in the United States on August 27, 2023
Color: Green    Verified Purchase
I love the results when using this product in my facial cleansing, after removing my makeup it is excellent.



Helpful | Report

**Miguel Colmenares**
⭐⭐⭐⭐☆ Económico
Reviewed in the United States on July 22, 2023
Color: Pink    Verified Purchase
Para el precio es un buen producto

Helpful | Report

Translate review to English

**Preety Kaur**
⭐⭐⭐⭐☆ Great, but a few cons.
Reviewed in the United States on July 1, 2023
Color: Pink    Verified Purchase
When I got this product, as soon as I opened the box there was a weird smell that lingered onto the cleaner for 4-5 days (even after I rinsed it with a little soap)

2 people found this helpful

Helpful | Report

**Shari Levy**
⭐⭐⭐⭐☆ Sonic skin cleanser
Reviewed in the United States on July 21, 2023
Color: Red    Verified Purchase
Easy to use, does a good job.

Helpful | Report

**danielle carosi**

No timer
Reviewed in the United States on March 1, 2023
Color: Red | Verified Purchase

I've only used it a couple of times, I also haven't had to charge it yet, so cannot comment on how good the charger is. It works well enough for the price. I dislike that there is no timer on it. The instructions say to use it for one minute, but there is no automatic shut off after one minute it just keeps going. I usually wear my Apple Watch in the shower, so just set a timer on that but it would be really nice to have the timer built into the cleansing device. I had a different cleansing brush that would make a louder vibrating sound when it was time to move to a different area of your face. I really appreciated that so you could be confident you were cleansing all areas equally. this device does not have that feature either.

5 people found this helpful

Helpful | Report

 DQcycle

★★★☆☆ Poor Durability
Reviewed in the United States on July 14, 2023
Color: Pink | Verified Purchase

I bought one of these in September 2022 it lasted until April 2023 when it just died not sure why. Then bought another in April and it just did the same thing last week in July 2023, just died. No amount of charging works even though the light blinks when charging. Won't be buying another one. I also bought one in October for a gift for my daughter and she says hers died in June. So the shelf life on these is not very good. I get the price but 1 a year ok not 3 or 4. It did work well and I liked the product except it's durability.

2 people found this helpful

Helpful | Report

See more reviews ›

## Top reviews from other countries

 Mother of Jedis

★★★★☆ Easy to use
Reviewed in Australia on August 31, 2021
Color: Green | Verified Purchase

Easy to use, skin appears and feels clearer. Can use in shower. So far so good but time will tell if it helps clear stubborn congested pores.

Report

 knifeandfork

★★☆☆☆ stopped working after a few weeks
Reviewed in Australia on December 12, 2021
Color: Green | Verified Purchase

This product was excellent when I first started using it.

Easy to use and made my skin look clean and nourished.....

Then it stopped working. Left it for a few weeks then tried again but it still would not work..Would not recharge.

Don't waste your money on this product.

2 people found this helpful

Report

 Shia

★★★★★ Perfect
Reviewed in Australia on March 18, 2021
Color: Green | Verified Purchase

I have been using this for a while now and would definitely recommend

One person found this helpful

Report

kobid timsina

★★★★★ She says it works wonder !
Reviewed in Australia on May 11, 2020
Color: Pink | Verified Purchase

I always find her charming, so at least I can say it is not causing any harm :)

Report

See more reviews ›

**Similar items in new arrivals**

Page 1 of 3

       



2 Pcs Silicone Face
Scrubber for Men, Face
Scrubber Exfoliator Face
Beard Brush Christmas...

Amazon's Choice in
Manual Facial Cleansing
Brushes

$14.99 ($5.00/Count)

Get it as soon as **Tuesday,
Sep 26**

FREE Shipping on orders over
$25 shipped by Amazon

Sonic Facial Cleansing
Brush Soft Silicone Face
Scrubber with 5
Vibrations, IPX7
Waterproof Portable...

★★★★☆ 17

$19.99 ($19.99/Count)

Get it as soon as **Tuesday,
Sep 26**

FREE Shipping on orders over
$25 shipped by Amazon

PARADREAM Blackhead
Remover Mask, Charcoal
Face Mask for Black
Head Remover,...

★★★★☆ 110

**25% off** Deal

$12.74 ($4.51/Ounce)

List: $16.99

Get it as soon as **Tuesday,
Sep 26**

FREE Shipping on orders over
$25 shipped by Amazon

Amazon Basics Deep
Cleansing Exfoliating
Scrub, 5 Ounces, 2-Pack

★★★★☆ 15

$9.89 ($0.99/Ounce)

Get it as soon as **Tuesday,
Sep 26**

FREE Shipping on orders over
$25 shipped by Amazon

COSLUS Facial Cleansing
Brush Face Scrubber:
7in1 JBK-D Electric
Exfoliating Spin Cleanser
Device Waterproof Deep
Cleaning Exfoliation...

$19.99 ($19.99/Count)

Get it as soon as **Tuesday,
Sep 26**

FREE Shipping on orders over
$25 shipped by Amazon

The Creme Shop Bear
Essential Facial
Cleansing and Firming
Massager with
Adjustable Intensity
Levels, USB Charging,...

$25.00 ($25.00/Count)

Get it Sep 22 - 25

FREE Shipping

2pcs Facial Brush
Silicone, Facial Cleansing
Brush Manual Skin
Silicone Exfoliating
Brush Handheld Face
Scrubber Reusable Facial
Cleansing Brush for...

$7.99 ($4.00/Count)

Facial Cleansing Brush Silicone Face Scrubber: COSLUS IPX7 Waterproof...

**23% off** Deal

$22.99 $29.99 ✓prime

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.



*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

amazon | All ⌄ | Search Amazon | 🔍 | 🇺🇸 EN ⌄ | Returns & Orders | 🛒 Cart

☰ All | Off to College | Customer Support | Works with Alexa | Back to School | Medical Care & Pharmacy ⌄ | Buy Again | Coupons | Household, Health & Baby Care | Handmade | **Prime Big Deal Days October 10-11**

✓ **Order placed, thanks!**
Confirmation will be sent to your email.

**Shipping to** ▮▮▮▮▮▮ MIAMI, FL, 33131-2124, United States

**Thursday, Sept. 21**
Estimated delivery

Go to your orders ›

Do you purchase for work? Access business-only pricing, quantity discounts and flexible shipping with a **FREE** Amazon Business account.

Create a free Amazon business account ›

💳 **Before you go: get a $50 Amazon Gift Card instantly** upon approval for Amazon Visa. Instant decision within 15 seconds and no annual fee.    Learn more

## More items to explore
Page 1 of 4

**Devolamn Toddler Toys, Wooden Toys, Montessori Toys for 3 4 5, 35 in 1 Wooden Montessori Screwdrive...**
★★★★☆ 156
$21.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**Maze Puzzle Games for Kids Ages 4-8, Cool Spaceship Maze Toy Gear Control with Two Steel Marbles, Challenges...**
★★★☆☆ 23
$13.95
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**Copius 8WD Gesture Sensing Stunt Rc Cars, 2.4Ghz Rechargeable Racing Drift Hand...**
★★★★☆ 79
20% off Deal
$39.98
Typical: $49.97
Lowest price in 30 days
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**12 Pieces Maze Ball 3D Maze Puzzle Brain Teasers Games,Mini...**
★★★★☆ 17
Save 36%
$11.25
Typical: $17.55
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**6 in 1 STEM Projects for Kids Ages 8-12, STEM Kits, 50 Wooden Puzzles, STEM Toys Building Kits, Educational Science...**
★★★★☆ 23
$23.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**CLAX® Multi Use Functional Collapsible Car...**
★★★★★ 31
$279.00 ✓prime
Save $15 with coupon
Sponsored ⓘ

**Collections Etc Beaded 3-Tier Silver Tone Swirl Server - Appetizers, Snacks, Desserts...**
★★★★☆ 1,683
$30.48
Sponsored ⓘ

## Inspired by your browsing history
Page 1 of 4



**Suffocation Prevention Emergency Rescue Tools, Asphyxiation Rescue Device Suitable for Children and Adults T...**
★★★★★ 3
$34.99 ($34.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon



**Removal Devices, Effective Infant and Adult Device Home Kit, Family First Aid Kit, Remove Obstructed...**
★★★☆☆ 11
$22.99 ($22.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon



**DumFur: Asphyxiation Rescue Device, Portable Home Assist Device Set Reusable Home Travel Kit Including Device for Adults and Children Two Different Size 5pcs Green**
$17.99 - $27.99



**hwojjha Asphyxiation Rescue Device for Adults and Children, Professional Suffocation Rescue Device, Suction Resistance Device,...**
★★★★☆ 4
$15.99 ($15.99/Count)
FREE Shipping on orders over $25 shipped by Amazon



**QULSE Breathing Trainer Choking Emergency Rescue Mask (Yellow 1pcs)**
★★★★☆ 44
$15.98 ($15.98/Count)

## Related to items you've viewed
Page 1 of 4

**12.5 Inches Sturdy Transparent and Dustproof Cake Glass Cover with Bamboo Tray, Cheese Board, Covered...**
★★★★☆ 21
Amazon's Choice in Cake Stands
$49.00
FREE Shipping

**Nvanvmm 3 Pieces Cake Stands Set Round Cupcake Stands Set Iron Wedding Brithday Party Celebration Dessert Display Plates Silver,...**
★★★☆☆ 17
1 offer from $82.76

**Cakebon Wedding Cake Stand (Silver - 16 inches - Round) - Gorgeous Cake Display Centrepiece for Wedding Cakes,...**
★★★★★ 1,377
$37.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**YestBuy 4 Tier Acrylic Cupcake Stand with Base, Premium Cupcake Holder, Acrylic Cupcak...**
★★★★☆ 7,158
Amazon's Choice in Cupcake Stands
$26.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over

**Tiered Cake Stand 5 Pc. Set with 3-Tier, 2-Tier, and Round Displays, Pedestal Dessert Stands, and Square Serving Tr...**
★★★★☆ 64
$44.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

## Customers who bought these items also bought

⋮



24 Pack Travel Pouches for Toiletries, Flat Travel Bottles, TSA Approved Travel Containers for Toiletries Leak Proof...
★★★★☆ 164
$7.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon



Compatible with Apple Watch SE Series 8 Series 7 6 5 4 3 2 1 Strap 45mm 44mm 42mm...
★★★★☆ 230
Amazon's Choice in Smartwatch Bands
$15.84
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

Continue shopping

## More to discover

Page 1 of 3

‹



6 in 1 STEM Projects for Kids Ages 8-12, STEM Kits, 3D Wooden Puzzles, STEM Toys Building Kits, Educational Science...
★★★★☆ 23
$23.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon



Maze Puzzle Games for Kids Ages 4-8, Cool Spaceship Maze Toy Gear Control with Two Steel Marbles, Challenges...
★★★★☆ 23
$13.95
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon



Round Wooden Labyrinth Game - Marble Maze for Education and Fun, Toddler Activity Board, Brain Teaser Puzzle Logic Game wit...
★★★★☆ 70
$24.99



Jishi Light Up Gyro Wheel 3-Pack Glow Retro Magic Rail Twirler Toys, Kids Magnetic Yoyo Sensory Fidget Toys C...
★★★★☆ 388
$14.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon



Brain Teasers Game for Kids 8-12, Maze Puzzle Toys for Preschool, Educational 3D Mind...
★★★★☆ 6
$12.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon



SmartGames Criss Cross Cube 3D Puzzle Game - Brainteaser for Ages 8 - Adult
★★★★★ 6
$14.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon





›

## Recommended based on your purchase

Page 1 of 3

Sponsored ⓘ

‹



Hanskin Real Complexion Hyaluron Skin Essence - Hyaluronic Acid, Moisturizing, Glowing,...
★★★★☆ 778
$25.00 ✓prime



More Life Clarity 3-in-1 Advanced Face Cleansing Brush | Hot and Cold Compress | Rechargeable Electric Silicone Face
★★★★☆ 18
$34.99 ✓prime



UMICKOO Facial Cleansing Brush,Rechargeable Face Scrubber with LCD Screen,IPX7 Waterproof
★★★★☆ 4,967
$45.99 ✓prime



AMPLE:N Peptide Shot Serum - Anti-Aging Face Serum with Peptide Threads to Minimize Wrinkles and Improve
★★★★☆ 692
$15.99 ✓prime



Tree To Tub Anti Aging Retinol, Vitamin C, Hyaluronic Acid Serum for Face & Wrinkles - Hydrating Facial Serum
★★★★☆ 579
$24.74 ✓prime



Vanity Fresh Facial Cleansing Brush, Light Weight Silicon Vibrating Face Scrubber for Women, Rechargeable
★★★★☆ 18
$10.99 ✓prime



Paula's Choice CLINICAL 20% Niacinamide Vitamin B3 Concentrated Serum, Anti-Aging Treatment for
★★★★☆ 1,234
$52.00 ✓prime

›

## Your Browsing History   View or edit your browsing history

Page 1 of 5

‹
















›

Back to top

Get to Know Us        Make Money with Us        Amazon Payment Products        Let Us Help You



| Care instructions | Wash with Warm Water |
| --- | --- |

Would you like to **tell us about a lower price?** ⌄

## Important information

To report an issue with this product, click here.



UTILYZE
Superior Cleansing. Your Face Deserves It.

**UTILYZE Radiant Pro - Smart Sonic Facial Cleansing Brush & Face Massage Device, Rechargeable &…**
★★★★½ 480
$99.00 ✓prime
Save 15% with coupon

Sponsored ⓘ

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
| --- | --- | --- |
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

No customer reviews



UTILYZE
Superior Cleansing.
Your Face Deserves It.

**UTILYZE Radiant Pro - Smart Sonic Facial...**
★★★★½ 480
$99.00 ✓prime
Save 15% with coupon

Sponsored ⓘ

UTILYZE
Superior Cleansing. Your Face Deserves It.
$99.00 ✓prime
Save 15% with coupon

Sponsored ⓘ

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English

United States



*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



**amazon** | All ⌄ | Search Amazon | 🔍 | 🇺🇸 EN ⌄ | Account & Lists ⌄ | Returns & Orders | 🛒 0 Cart

☰ All | Off to College | Customer Support | Works with Alexa | Back to School | Medical Care & Pharmacy ⌄ | Buy Again | Coupons | Household, Health & Baby Care | Handmade | **Prime Big Deal Days October 10-11**

---

✅ **Order placed, thanks!**
Confirmation will be sent to your email.

**Shipping to** ▬▬▬▬▬▬▬▬▬▬▬▬▬

**Oct. 10 - Oct. 31**
Estimated delivery

Go to your orders ›

Do you purchase for work? Access business-only pricing, quantity discounts and flexible shipping with a **FREE** Amazon business account.

Create a free Amazon Business account ›

---

**Get 3% back** on Amazon.com purchases
Plus, get a **$50 Amazon Gift Card** instantly upon approval

Learn more

---

### More items to explore
Page 1 of 4  ⋮

    

**32 Pcs Magnetic Fidget Sphere with Storage Bag – 20 Hexagons and 12 Pentagons Multicolor – Satisfying Magnet Des...**
★★★★☆ 20
$29.95
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**Round Wooden Labyrinth Game - Marble Maze for Education and Fun, Toddler Activity Board, Brain Teaser Puzzle Logic Game wit...**
★★★★☆ 70
$24.99

**Coplus BWD Gesture Sensing Stunt Rc Cars, 2.4Ghz Rechargeable Racing Drift Hand...**
★★★★☆ 79
**20% off Deal**
$39.98
Typical: $49.97
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**Jishi Light Up Gyro Wheel 3-Pack Glow Retro Magic Rail Twirler Toys, Kids Magnetic Yoyo Sensory Fidget Toys C...**
★★★★☆ 388
$14.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**STEM Building Toys for Kids 3 4 5 6 7 8+ Year Old 167PCS Birthday Gifts Educational STEM Building Kit for Boys ...**
★★★★☆ 48
$26.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon


**Collections Et: Beaded 3-Tier Silver Tone Swivel Server - Appetizers, Snacks, Desserts...**
★★★★☆ 1,683
$30.48
*Sponsored*


**GOORIN BROS.**
**Goorin Bros. The Farm Original Core Unisex Adjustable Snapback Trucker Hat, Navy...**
★★★★☆ 35
$40.00 ✓prime
*Sponsored*

---

### Inspired by your browsing history
Page 1 of 4  ⋮

    

**Suffocation Prevention Emergency Rescue Tools, Asphyxiation Rescue Device Suitable for Children and Adults T...**
★★★★★ 3
$34.99 ($34.99/Count)
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**Removal Devices, Effective Infant and Adult Device Home Kit, Family First Aid Kit, Remove Obstructed...**
★★★☆☆ 11
$22.99 ($22.99/Count)
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**EZBASICS Sonic Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof Sonic Vibrating Face Brush for Deep...**
★★★★☆ 11,192
$24.99-$31.99

**Facial Cleansing Brush, 3-in-1 Electric Soft Silicone Waterproof Face Scrubber, USB Rechargeable IPX7...**
★★★★☆ 17
$13.99 ($13.99/Count)
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**DurrFurc Asphyxiation Rescue Device , Portable Home Assist Device Set Reusable Home Travel Kit Including Device for Adults and Children Two Different Size 3pcs Green**
$17.99-$27.99

---

### Top picks for you
Page 1 of 2  ⋮

    

**Facial Cleansing Brush, Silicone Electric Heating Massager for Face Skin Care Cleaner Deep Cleaning Gentle Exfoliating...**
1 offer from $42.18
Based on your recent views

**Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Exfoliation, Beauty Skin Care ...**
1 offer from $39.09
Based on your recent views

**Sonic Facial Cleansing Brush, Soft Silicone Waterproof Face Cleanser Bamboo...**
★★★★☆ 2,882
$17.58 ($17.58/Count)
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon
Based on your recent views

**Facial Cleansing Brush, Vibration Electric Silicone Deep Cleans Pores and Blackheads Gentle Exfoliation, Beauty Skin Care...**
1 offer from $39.00
Based on your recent views

**2 in 1 Facial Cleansing Brush, Electric Silicone Face Deep Pores Beauty Instrument with Hot Compress for Exfoliating, Rechargeable Skin Car...**
1 offer from $39.09
Based on your recent views

Related to items you've viewed

Page 1 of 4 

    

| 12.5 Inches Sturdy Transparent and Dustproof Cake Glass Cover with Bamboo Tray, Cheese Board, Covered... | Nvanvmm 3 Pieces Cake Stands Set Round Cupcake Stands Set Iron Wedding Brithday Party Celebration Dessert Display Plates Silver,... | Cakebon Wedding Cake Stand (Silver - 16 inches - Round) - Gorgeous Cake Display Centrepiece for Wedding Cakes,... | YestBuy 4 Tier Acrylic Cupcake Stand with Base, Premium Cupcake Holder, Acrylic Cupcak... | Tiered Cake Stand 5 Pc. Set with 3-Tier, 2-Tier, and Round Displays, Pedestal Dessert Stands, and Square Serving Tr... |
|---|---|---|---|---|
| ★★★★☆ 21 | ★★★☆☆ 12 | ★★★★☆ 1,577 | ★★★★☆ 7,158 | ★★★★☆ 64 |
| Amazon's Choice in Cake Stands | 1 offer from $82.76 | $37.99 | Amazon's Choice in Cupcake Stands | $44.99 |
| $49.00 | | Get it as soon as Tuesday, Sep 26 | $26.99 | Get it as soon as Tuesday, Sep 26 |
| FREE Shipping | | FREE Shipping on orders over $25 shipped by Amazon | Get it as soon as Tuesday, Sep 26 | FREE Shipping on orders over $25 shipped by Amazon |
| | | | FREE Shipping on orders over $25 shipped by Amazon | |

Continue shopping



Back to top

| Get it as soon as **Tuesday,** Sep 26 | Get it as soon as **Tuesday,** Sep 26 | Get it as soon as **Tuesday,** Sep 26 | Get it as soon as **Tuesday,** Sep 26 | Get it as soon as **Tuesday,** Sep 26 | Get it as soon as **Tuesday,** Sep 26 |
|---|---|---|---|---|---|
| FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon |

## Recommended based on your shopping trends

Sponsored ⓘ

Page 1 of 3

      

| LifeVac - Choking Rescue Device Home Kit for Adult and Children First Aid Kit, Portable Choking Rescue Device, First Aid | LifeVac - Choking Rescue Device Home Kit for Adult and Children, Portable First Aid Choking Device, Home | LifeVac Blue Travel Kit - Choking Rescue Device, Portable Suction First Aid Kit for Kids and Adults, Airway Suction | TUOYR Infrared & Red Light Therapy Warp: Devices for Pain Relief Wearable Knee Elbow Pads Home Use FDA | LifeVac EMS Kit - Only for Professionals - Portable Suction Rescue Device First Aid Kit for Kids and Adults, Portable | LifeVac Choking Rescue Device Replacement Masks for EMS, Home, and Travel Choking Rescue Device Kit - 1 | LifeVac Pink Travel Kit - Choking Rescue Device, Portable Suction Rescue Device First Aid Kit for Kids and Adults, Portable |
|---|---|---|---|---|---|---|
| ★★★★★ 181 | ★★★★★ 156 | ★★★★★ 205 | ★★★★☆ 33 | ★★★★★ 28 | ★★★★★ 10 | ★★★★☆ 75 |
| $139.99 ✓prime | $139.90 ✓prime | $79.99 ✓prime | $129.99 ✓prime | $75.99 ✓prime | $21.99 ✓prime | $79.99 ✓prime |

## Your Browsing History   View or edit your browsing history

Page 1 of 5

           

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|







Collections Etc Beaded 3-Tier Silver Tone Swivel
Server - Appetizers, Snacks, Desserts, Clear
★★★★☆ 1,683
$30.48

Sponsored ⓘ

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★★ 5 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | ▇▇▇▇ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



UMICKOO Facial Spin Brush,Rechargeable
IPX7 Waterproof Face Scrubber with 5 Brus...
★★★★☆ 6,766
$24.99 ✓prime

Sponsored ⓘ


Top reviews ▾

### Top review from the United States

👤 Jason Mann

★★★★★ Gentle
Reviewed in the United States on June 18, 2020
I absolutely love it! I have been using it daily morning and night. It has been leaving my skin so soft without
irritating it. Hygienic, affordable, and very effective cleanser brush.

Helpful | Report

See more reviews ›

## Customers also viewed these products

Page 1 of 6 ⋮



EZBASICS Sonic Facial
Cleansing Brush Made
with Ultra Hygienic Soft
Silicone, Waterproof
Sonic Vibrating Face
Brush for Deep...
★★★★☆ 11,192
$24.99-$31.99



Face Scrubber,
NägraCoola CLIE Facial
Cleansing Brush,
Waterproof and
Rechargeable Face Scrub
Brush for Men & Wom...
★★★★☆ 9,280
$39.99



Facial Cleansing Brush
Face Scrubber: COSLUS
7in1 JBK-D Electric
Exfoliating Spin Cleanser
★★★★☆ 7,768
#1 Best Seller in Powered
Facial Cleansing Brushes &
Devices
$14.99-$15.99

Facial Cleansing Brush,
3-in-1 Electric Silicone
Face Scrubber, Vibrating
Massager, IPX7...
★★★★☆ 2,262
Amazon's Choice in
Powered Facial Cleansing
Brushes & Devices
$16.98 ($16.98/Count)
Get it as soon as Tuesday,
Sep 26
FREE Shipping on orders over
$25 shipped by Amazon



Facial Cleansing Brush
Face Scrubber: CLSEVXY
Electric Face Spin
Cleanser Brushes with 7
Brush Heads for Deep
Cleansing, Gentle...
★★★★☆ 1,603
$9.99



Silicone Face Scrubber,
SIWIEY IPX7 Waterproof
Sonic Facial Cleansing
Brush, USB Rechargeable
Sonic Massage Face...
★★★★☆ 165
$16.98 ($16.98/Count)
Get it as soon as Tuesday,
Sep 26
FREE Shipping on orders over
$25 shipped by Amazon



...Cleansing
Brush,Rechargeable Face
Scrubber with LCD
Screen,IPX7 Waterproof
3 in 1 Blackhead...
★★★★☆ 4,967
$34.99-$54.99

‹  ›



Nutricost Acetyl L-Carnitine 500mg, 180 ...
$17.06 $18.95 ✓prime
Save 10% more with Subscribe & Save

Sponsored ⓘ

Disclaimer: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different
information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a

product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## You might also like

     

**12 Pieces Maze Ball 3D Maze Puzzle Brain Teasers Games,Mini…**
★★★★☆ 17
Save 36%
$11.25
Typical: $17.55
Lowest price in 30 days
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**STEM Building Toys for Kids 3 4 5 6 7 8+ Year Old 167PCS Birthday Gifts Educational STEM Building Kit for Boys…**
★★★★☆ 48
$26.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**Coplus 8WD Gesture Sensing Stunt Rc Cars, 2.4Ghz Rechargeable Racing Drift Hand…**
20% off  Deal
★★★★☆ 79
$39.98
Typical: $49.97
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**Skillmatics United States Map Puzzle - 75 Pieces, Educational Toy for Learning 250+ Facts About The States of…**
★★★★★ 52
$24.97
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**SmartGames Criss Cross Cube 3D Puzzle Game - Brainteaser with 80 Challenges for Ages 8 - Adult**
★★★★★ 6
$14.99
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**Maze Puzzle Games for Kids Ages 4-8, Cool Spaceship Maze Toy Gear Control with Two Steel Marbles, Challenges…**
★★★☆☆ 23
$13.95
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

## Popular products based on this item

            

**Facial Cleansing Brush Electric Facial Exfoliating Massage Brush with 3 Cleanser Heads and 2 Speeds Adjustable for Deep Cleaning,…**
★★★★☆ 1,556
$19.98 - $19.99

**Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, Vibrating Massager, IPX7 Waterproof, USB…**
★★★★☆ 2,262
Amazon's Choice in Powered Facial Cleansing Brushes & Devices
$16.98

**QuickBeauty Mini Sonic Facial Cleansing Brush, Facial Massager. Facial Scrubber Waterproof 3 in 1 for Deep Cleaning, Exfoliating and…**
★★★★★ 2
$7.99 - $9.99

**Faiyi Facial Cleansing Brush, 3-in-1 Electric Silicone Face Scrubber, IPX7 Waterproof Face Massager, USB…**
★★★★☆ 31
$15.16 ($15.16/Ounce)
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

**Facial Cleansing Brush Rechargeable IP67 Waterproof with 2 Brush Heads, Face Sonic & Rotation Deep Wash…**
★★★★☆ 63
$19.99 ($19.99/Count)
Get it as soon as **Tuesday, Sep 26**
Only 14 left in stock - orde…

**Faiyi Silicone Face Scrubber, 3-in-1 Electric Facial Cleansing Brush, IPX7 Waterproof Facial Massager, USB…**
★★★★☆ 6
$15.16 ($15.16/Ounce)
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $25 shipped by Amazon

## Your Browsing History    View or edit your browsing history

Page 1 of 5



The price and...

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Frequently repurchased in Drugstore


Bloom Nutrition Super...
★★★☆☆ 5
#1 Best Seller in Multi-Enzyme Nutritional Supplements
$39.99 ($6.89/Ounce)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon
Add to Cart


Pampers Aqua Pure...
★★★★☆ 47,460
Amazon's Choice in Diaper Wipes & Refills
$34.37 ($5.11/100 Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon
Add to Cart


Pampers Sensitive Wat...
★★★★☆ 216,970
$34.97 ($3.47/100 Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon
Add to Cart


Clorox ToiletWand...
★★★★☆ 111,989
$20.69 ($20.69/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon
Add to Cart


MZOO Sleep Eye Mask...
★★★★☆ 86,854
#1 Best Seller in Sleep Masks
$21.99 ($21.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon
Add to Cart


Stardrops - The Pink...
★★★★☆ 190,385
#1 Best Seller in All-Purpose Household Cleaners
$4.99 ($0.28/Ounce)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon
Add to Cart



Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|

$25 shipped by Amazon   $25 shipped by Amazon   $25 shipped by Amazon   $25 shipped by Amazon   FREE Shipping on orders over $25 shipped by Amazon   FREE Shipping on orders over $25 shipped by Amazon

## Items you may enjoy


Fence Hanging Chicken Feeder for Duck, Piglets, Goat Feeder Poultry Feeding Container for...
Amazon's Choice in Wild Bird Feeders
★★★★☆ 20
$39.99 ($10.00/Count)
Get it as soon as Wednesday, Sep 20


Belinova Large Metal Chicken Coops for 6/10 Chickens, Chicken Pen Walk-in, Duck House ,...
★★★★☆ 181
Save 6%
$149.99 ($149.99/Count)
Typical: $159.99
Lowest price in 30 days
FREE Shipping


DenForste 4 Pack Washable Nesting Pads Chicken Nesting Boxes Chicken Bedding for Chicken Coop, 15 x 12...
★★★★☆ 1,033
$16.99 ($16.99/Count)
Get it as soon as Wednesday, Sep 20
FREE Shipping on orders over $25 shipped by Amazon


Kinchoix Chicken Nesting Boxes, 8 Compartment Metal Poultry Nest Box...
★★★★☆ 56
Save 6%
$159.99 ($159.99/Count)
Typical: $169.99
Lowest price in 30 days
Get it as soon as Wednesday, Sep 20


Automatic Chicken Coop Door, Chicken Coop Door Opener with Timer Control and Manual Open/Close, Multi-...
★★★★☆ 11
$39.99 ($39.99/Count)
Get it as soon as Wednesday, Sep 20


Oziyrnka 6Pcs Poultry Chicken Nesting Pads 12"*12"*1.57"* 1Pcs...
★★★★☆ 35
Save 13%
$19.98 ($19.98/Foot)
Typical: $22.98
Lowest price in 30 days
Get it as soon as Wednesday, Sep 20
FREE Shipping on orders over $25 shipped by Amazon

## Your Browsing History    View or edit your browsing history

             





**Order placed, thanks!**

Confirmation will be sent to your email.

Shipping to █████████ MIAMI, FL, 33131-2124, United States

Nov. 3 - Nov. 27
Estimated delivery



Go to your orders ›

Do you purchase for work? Access business-only pricing, quantity discounts and flexible shipping with a **FREE** Amazon business account.

Create a free Amazon Business account ›

**Get a $50 Amazon Gift Card** instantly upon approval for Amazon Visa.
No annual fee

Learn more

## More items to explore

Page 1 of 4

    

STEM Building Toys for Kids 3 4 5 6 7 8+ Year Old 167PCS Birthday Gifts Educational STEM Building Kit for Boys...
★★★★☆ 48
$26.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

Jishi Light Up Gyro Wheel 3-Pack Glow Retro Magic Rail Twirler Toys, Kids Magnetic Yoyo Sensory Fidget Toys C...
★★★★☆ 388
$14.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

Skillmatics United States Map Puzzle - 75 Pieces, Educational Toy for Learning 250+ Facts About The States of...
★★★★☆ 32
$24.97
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

32 Pcs Magnetic Fidget Sphere with Storage Bag – 20 Hexagons and 12 Pentagons Multicolor – Satisfying Magnet Des...
★★★★☆ 20
$29.95
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

STEM Science Robotics Kit 6 Set Electronic Science Experiments Projects Activities for Kids DIY Engineering...
★★★★★ 17
$24.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon


**Collections Et: Beaded 3-Tier Silver Tone Swivel Server - Appetizers, Snacks, Desserts...**
★★★★☆ 1,683
$30.48
Sponsored ⓘ

Goorin Bros. Trucker Hat Men - Mesh Baseball SnapBack Cap - The Farm
★★★★☆ 29,567
$40.00 ✓prime
Sponsored ⓘ

## Inspired by your browsing history

Page 1 of 4

    

Suffocation Prevention Emergency Rescue Tools, Asphyxiation Rescue Device Suitable for Children and Adults T...
★★★★★ 3
$34.99 ($34.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

Removal Devices, Effective Infant and Adult Device Home Kit, Family First Aid Kit, Remove Obstructed...
★★★★☆ 11
$22.99 ($22.99/Count)
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

EZBASICS Sonic Facial Cleansing Brush Made with Ultra Hygienic Soft Silicone, Waterproof Sonic Vibrating Face Brush for Deep...
★★★★☆ 11,192
$24.99-$31.99

DumFore Asphyxiation Rescue Device, Portable Home Assist Device Set Reusable Home Travel Kit Including Device for Adults and Children Two Different Size 3pcs Green
$17.99-$27.99

hwojha Asphyxiation Rescue Device for Adults and Children, Professional Suffocation Rescue Device, Suction Resistance Device,...
★★★★☆ 4
$15.99 ($15.99/Count)
FREE Shipping on orders over $25 shipped by Amazon



## Related to items you've viewed

Page 1 of 4

    

12.5 Inches Sturdy Transparent and Dustproof Cake Glass Cover with Bamboo Tray, Cheese Board, Covered...
★★★★☆ 21
**Amazon's Choice** in Cake Stands
$49.00
FREE Shipping

Nvanvmm 3 Pieces Cake Stands Set Round Cupcake Stands Set Iron Wedding Birthday Party Celebration Dessert Display Plates Silver,...
★★★★☆ 11
1 offer from $82.76

Cakebon Wedding Cake Stand (Silver - 16 inches - Round) - Gorgeous Cake Display Centrepiece for Wedding Cakes,...
★★★★☆ 1,377
$37.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

YestBuy 4 Tier Acrylic Cupcake Stand with Base, Premium Cupcake Holder, Acrylic Cupcak...
★★★★☆ 7,118
**Amazon's Choice** in Cupcake Stands
$26.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

Tiered Cake Stand 5 Pc. Set with 3-Tier, 2-Tier, and Round Displays, Pedestal Dessert Stands, and Square Serving Tr...
★★★★☆ 64
$44.99
Get it as soon as Tuesday, Sep 26
FREE Shipping on orders over $25 shipped by Amazon

**Top picks for you**



SCIONE 36pack Sports
Ball Party Favors for Kids
4-8-8-12 Fidget Spinner
Soccer Balls Baseball...
★★★★½ 133
$13.99
Get it as soon as **Tuesday,
Sep 26**
FREE Shipping on orders over
$25 shipped by Amazon
Based on your recent views



46 Pack 24 Links Wacky
Tracks Snap and Click
Fidget Toys,Fidget Snake
Toy for Party...
★★★★½ 196
$16.47 ($0.36/Count)
Get it as soon as **Tuesday,
Sep 26**
FREE Shipping on orders over
$25 shipped by Amazon
Based on your recent views

Continue shopping



Back to top

Sep 26                    Sep 26                    Sep 26                    Sep 26                    Sep 26                    Sep 26
FREE Shipping on orders over   FREE Shipping on orders over   FREE Shipping on orders over   FREE Shipping on orders over   FREE Shipping on orders over   FREE Shipping on orders over
$25 shipped by Amazon      $25 shipped by Amazon      $25 shipped by Amazon      $25 shipped by Amazon      $25 shipped by Amazon      $25 shipped by Amazon

## Recommended based on your shopping trends

Sponsored ⓘ

Page 1 of 3

      

LifeVac - Choking Rescue
Device Home Kit for
Adult and Children First
Aid Kit, Portable Choking
Rescue Device, First Aid
★★★★★ 181
$139.99 ✓prime

LifeVac - Choking Rescue
Device Home Kit for
Adult and Children,
Portable First Aid
Choking Device, Home
★★★★★ 156
$139.90 ✓prime

LifeVac Blue Travel Kit -
Choking Rescue Device,
Portable Suction First
Aid Kit for Kids and
Adults, Airway Suction
★★★★½ 205
$79.99 ✓prime

TUOYR Infrared & Red
Light Therapy Warp:
Devices for Pain Relief
Wearable Knee Elbow
Pads Home Use FDA
★★★★☆ 33
$129.99 ✓prime

LifeVac EMS Kit - Only
for Professionals -
Portable Suction Rescue
Device First Aid Kit for
Kids and Adults, Portable
★★★★★ 28
$75.99 ✓prime

LifeVac Choking Rescue
Device Replacement
Masks for EMS, Home,
and Travel Choking
Rescue Device Kit - 1
★★★★★ 10
$21.99 ✓prime

LifeVac Pink Travel Kit -
Choking Rescue Device,
Portable Suction Rescue
Device First Aid Kit for
Kids and Adults, Portable
★★★★½ 75
$79.99 ✓prime

## Your Browsing History   View or edit your browsing history

Page 1 of 5

    

Back to top

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You

# EBAY
## PURCHASE EVIDENCE

Deals    Brand Outlet    Help & Contact
Sell    Watchlist    My eBay

ebay

Shop by category

Search for anything | All Categories | Search    Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🛒 BUY 1, GET 1 AT **5%** OFF (add 2 to cart)  See all eligible items and terms ›



### 6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Recharging

Condition:    **New**

Quantity:    1    5 available / 5 sold

Price:    **US $13.50**

Buy It Now

Add to cart

Best Offer:    Make offer

Add to watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

↩ Breathe easy. Returns accepted.

⚡ People are checking this out. 7 have added this to their watchlist.

Shipping:    Free Standard Shipping. See details
Located in: Rowland Heights, California, United States

Delivery:    Estimated between Fri, Sep 22 and Mon, Sep 25 to 33130 ⓘ

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  ⬤⬤  AMEX  DISCOVER

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

S  eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
masterton! (12742)
97.8% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

## Similar sponsored items    See all ›

Feedback on our suggestions



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$13.97
Free shipping
♀ Top Rated Plus
14 watchers



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$13.98
Free shipping
20% off 3+ with coupon



Michael Todd Beauty Boogie Nights Soniclear Petite Antimicrobial Skin Cleansing
New
$34.99
0 bids
+ $5.99 shipping
Seller with a 100% positive feedback

NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing
New
$10.99
Free shipping
Seller with a 100% positive feedback

3D Sonic Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body
New
$11.99
Free shipping
221 sold

---

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions







Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
$9.00
Free shipping

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
$19.98
Free shipping
♡ Top Rated Plus
Seller with a 100% positive feedback

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$13.97
Free shipping
♡ Top Rated Plus
14 watchers

---

**About this item**      Shipping, returns, and payments                                                                    Report this item

Seller assumes all responsibility for this listing.                                                     eBay item number: 133437196266

Last updated on Jul 24, 2023 22:01:53 PDT   View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand | YUNCHI |
| MPN | Y2 | Model | Y2 |
| Type | Electric Facial Brush | Skin Type | All Skin Types |
| Gender | Unisex | Size Type | Travel Size |
| Features | 6000 rpm Frequency, 8 levels adjustment, Food Grade Material | Features 2 | USB charging, IPX7 Waterproof, Tiny, Portable |
| Size | 4oz. | Waterproof Grade | IPX7 |
| Frequency | 6000 rpm | Adjustment Levels | 8 |
| Color | Pink | UPC | Does not apply |

## Item description from the seller



normal spinning brushes. Combined thick and thin bristles for general and precise clean. A great face beauty tool and also can be used as a facial massager.

3. 1 Hour Charging for 30 Days Use. Less than 1 hour fast charging for 30 days use ( 2 minutes a time, twice a day ). Convenient USB charging with your power adapter, laptop or power bank, etc. IPX7 Waterproof Grade. Safe to use even when shower. Tiny & Portable. Small enough to fit into your handbag, perfect grip and portable for travels.

4. 30 Days Warranty & Fast Service. About the size of your palm, easy to take along in the handbags, gym bags or travel bags. A perfect gift for your wife, girlfriend, sister or female friends, especially when it's elaborately packaged. Any questions are answered within 1 day, 30 days guarantee, 100% refund for quality problems, why no try?

**Description:**

Daily facial cleaning

Deep cleansing and makeup removal

Help with blackhead removal

Help with pore shrinking

Help with skin exfoliating

Promote nutrient absorption of cleanser / essence, help control oil secretion and inhibit acne generation

3 times better cleansing effect than hand wash.

Less harmful to the skin than spinning brushes.

Suitable for all skin types & sensitivities.

**Specifications:**

Product Dimensions: 14.3 x 9.5 x 4.7 cm
Item Weight: 110 Grams
Heads Material: Silicone
Wireless Charging: NO
Adjustment Levels: 8
Frequency: 6000 rpm

**What's In the Box:**

1 X Facial Cleansing Brush Device
1 X USB Charging Cable
1 X User Manual

You may also like




10 PK 125 Black Toner Cartridge for
USD 81.90


226FT Micro Drip Irrigation Kit
USD 59.85


Inflatable Foldable Floating Bed Float
USD 26.50


1 Pack CF226A 26A Toner Cartridge for
USD 17.34


Shower Curtain AFRICAN Lady
USD 15.99


Mens Classy Style Wood Buff Retro
USD 13.99



10PK LC3011 Black Ink Cartridge for
USD 52.93


Progress Lighting Home Pendant Light
USD 55.80


4PK CC364A 64A Laser Toner
USD 84.35



1PK E40 E-40 Black Toner Cartridge For
USD 31.69

Sable Women Pendant Floating
USD 21.99



2 Pack for HP 662XL Black Ink
USD 26.49














TAOTRONICS 2-Pack 16" Wall M...
USD 62.74

sport gym Wireless Headphones...
USD 31.44

2-Pack/Pk CE285A 85A 285A Ton...
USD 15.63

RAVPower Camera Battery Char...
USD 29.99

RAVPower Battery Dual USB Ch...
USD 26.99

Help & Info

Payment Policy
Shipping Policy
Return Policy
FAQ
About Us



| Black Ink Cartridges | Swimming Pool | IC Chip High-Yield | Toner Cartridge For | 2GC364X 64X Toner | Toner For Canon |
|---|---|---|---|---|---|
| USD 23.58 | USD 49.99 | USD 56.77 | USD 44.71 | USD 237.69 | USD 23.80 |

| Homech Rechargeable | 8PK TN227 Blk CMY Toner Cartridge with | RAVPower 2x 1260mAh Camera | Skipping Jump Rope Boxing Weighted | 30-200A Amp Manual Reset | 1000 Pieces African Beasts Nature |
|---|---|---|---|---|---|
| USD 23.49 | USD 97.94 | USD 14.75 | USD 9.59 | USD 20.79 | USD 13.49 |

| Payment | Shipping | Returns | Contact Us |
|---|---|---|---|

Accept Only Paypal

All right reserved.



## mastertoner

97.8% Positive Feedback
59K items sold

[Visit store]
[Contact]
[♡ Save seller]

📅 Joined Jul 2017

### Detailed seller ratings
Average for the last 12 months

| Accurate description | 4.9 |
|---|---|
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Popular categories from this store    See all

HP  CANON  SAMSUNG  DELL  BROTHER
phone accessories  Other

### Seller feedback (13,481)

➕ c***a (180) • Past month
Muy rápido buen servicio
1/2-28 to 3/4-16 Automotive Threaded Oil Filter Adapter Black Steel Knurled US (#133364313706)

➕ .***. (26) • Past month
So Cute. Just what I wanted Thanks 😊
4 PCS Metal Bugs Ladybugs Wall Ground Fence Garden Outdoor Art Decor ladybug (#134065639467)

➕ 3***s (995) • Past month
Fast shipping.....item as described.
Office CLOTHING PRICE LABEL TAGGING TAG TAGGER GUN WITH 1500 2" BARBS 6 Needle (#134092920654)

[See all feedback]

🔋 **BUY 1, GET 1 AT 5% OFF** (add 2 to cart)* ⓘ   See all eligible items →
Buy 1, get 1 at 5% off
Discount will be applied when you add promotional items from mastertoner to your cart

All promotional offers from mastertoner




See all

Face Facial Cleansing Egg Brush 3D Sonic Vibrating Waterproof With 4 Modes IPX6

US $26.99

You can change quantities in your cart.

## You may also like

Feedback on our suggestions



Sonic Facial Cleansing Brush Silicone Face Scrubber, Waterproof Vibrating Face C

New

$10.79

Free shipping
Last one



Silicone Facial Cleansing Sonic Brush Portable Waterproof Rechargeable

New

$15.99

+ $5.85 shipping
Seller with a 100% positive feedback



NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing

New

$10.99

Free shipping
Seller with a 100% positive feedback



5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa

New

$6.55

Free shipping
2960 sold



Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Fashion

New

$10.73

Free shipping











ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

● VISA ▮▮▮▮

○ Add new card
VISA ▮▮ ▮▮ ▮▮

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ GPay Google Pay

**Ship to**

▮▮▮▮▮▮
Miami, FL 33131-2124
United States
▮▮▮▮▮▮

**Review item and shipping**

Seller: mastertoner    Message to seller



6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB
Recharging
**$13.50**

Quantity
1

Delivery
Est. delivery: Sep 22 – Sep 25
USPS First Class
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:    [Apply]

**Donate to charity (optional)** ⓘ

Alzheimer's Association

Support the Alzheimer's Association, the leading voluntary health organization in Alzheimer's
care, support and research. PayPal Giving Fund (PPGF) receives your donation and grants
100% to a charity no later than 30 days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax deductible. PPGF may be unable to
grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer
accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $13.50 |
| Shipping | Free |
| Tax* | $0.95 |
| **Order total** | **$14.45** |

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

🔒 **Confirm and pay**

ebay MONEY BACK GUARANTEE
See details



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



Shop by category ∨ | Search for anything | All Categories ∨ | **Search** | Advanced

Sell | Watchlist ∨ | My eBay ∨ | 🔔 | 🛒



Ad
This Smart Device Will Let You To Get Internet Connection Wherever You Are
Ryoko                    Open >

# Thanks for shopping with us!

When your order is done processing, we'll email info to ▓▓▓▓▓▓

You should get your order by Sep 25.

**Order total: $14.45**

**Shipping to:**
▓▓▓▓▓▓   Miami, FL 33131-2124, United States

Order number: 05-10562-28668

6000rpm Silicone Waterproof Electric Sonic Facial Cleansi...
You should get it by Sep 25.

See order details

Ad
**Shop$marter**  Claim $10 Cash Back and Start Saving Today. Click Here



## Related sponsored items



Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...
New
$17.93
Free shipping
12 watchers



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
$13.97
Free shipping
🏆 Top Rated Plus
14 watchers



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ $5.85 shipping
🏆 Top Rated Plus
Seller with a 100% positive feedback



3D Sonic Facial Cleansing Brush Skin Rechargeable Waterproof Electric Face...
New
$11.99



Brush Massager Sonic Facial Cleansing Brush Waterproof Silicone Mini...
New
$6.56



Pack Of 2 Pulsaderm SONIC WASHCLOTH 2 speed Silicone Face Brus...
New
$13.00

221 sold

Free shipping

Seller with a 99.2% positive feedback



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner...

New

**$18.95**

Free shipping

Last one



Facial Cleansing Brush, Waterproof Hanging Silicone Face...

New

**$10.73**

Free shipping



Facial Cleansing Brush, Waterproof Hanging Silicone Face...

New

~~$13.32~~ 8% off

Free shipping



Facial Massager Brush Silicone Face Cleansing Electric Scrubber Skin...

New

**$13.81**

~~$15.01~~ 8% off

Free shipping

12% off 2+ with coupon



Facial Cleansing Brush, Waterproof Hanging Silicone Face...

New

**$10.88**

Free shipping



Pure Original Sonic Facial and Body Cleansing, Exfoliating & Massaging...

New

**$12.99**

Free shipping

🏆 Top Rated Plus

132 sold



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin...

New

**$7.99**

Free shipping

13 watchers



5-in-1 Electric Facial Cleansing Brush Waterproof Face Spin Bru...

New

**$12.99**

Free shipping

🏆 Top Rated Plus

74 sold



PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable...

New (Other)

**$25.40**

Free shipping

Seller with a 99.1% positive feedback



Electric Face Heating

Beauty 360 Facial



Silicone Electric Face

Cleansing Brush Massaging
Removing Blackhead...
New

**$11.49**

Free shipping

Cleansing Power Brush
Dual Speed 2 Brush Head...
New

**$9.99**

Free shipping
**32 sold**

Cleansing Brush Facial
Cleaner Cleaning Massag...
New

**$13.48**

~~$16.24~~ 17% off
Free shipping







True Glow Sonic Facial
Brush Kit By Conair NEW

New (Other)

**$24.89**

Free shipping
Seller with a 100% positive
feedback

Plum Beauty Facial
Cleansing Brush
Rechargeable Compact...
New

**$14.99**

Free shipping
Seller with a 99.4% positive
feedback

Foreo Luna Mini 2 T-Sonic
Facial Cleansing Device |
Midnight Black
New (Other)

**$29.92**

Free shipping
🏆 Top Rated Plus
Seller with a 100% positive
feedback







Facial Body Cleansing
Brush 3-in-1 Waterproof
Electric Face Exfoliating...
New

**$17.93**

Free shipping
🏆 Top Rated Plus
Seller with a 99.4% positive
feedback

Shaving compatible with
Machine for Men Hair Facial
Cleansing Brush,...
New

**$10.47**

~~$11.63~~ 10% off
Free shipping

Facial Cleansing Brush
Waterproof Face Spin
Cleaning with 5 Heads...
New

**$16.22**

~~$17.07~~ 5% off
Free shipping
**Last one**







Silicone Face Cleansing
Brush Electric Facial
Cleanser Washing...
New

**$16.62**

~~$17.49~~ 5% off
Free shipping

Facial Cleansing Brush
[Newest 2021] Waterproof
Sonic Face Spin Brush...
New

**$24.99**

Free shipping
🏆 Top Rated Plus
Seller with a 99.3% positive
feedback

Electric Silicone Facial
Cleansing Brush Face Skin
Cleaning Massager Clean...
New

**$15.19**

~~$15.99~~ 5% off
Free shipping







  

Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore...
New
**$18.37**
~~$19.97~~ 8% off
Free shipping

Electric Facial Cleansing Brush 3 Levels Rechargeable Improve Sk...
New
**$21.50**
Free shipping

Electric Facial Cleansing Brush Face Cleaner Clean Skin Care Waterproof...
New
**$24.99**
Free shipping

## Sponsored items based on your recent views

  

6000rpm Silicone Waterproof Electric Facial Cleansing Brush...
New
**$13.50**
Free shipping
7 watchers

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Ski...
New
**$9.00**
Free shipping

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleane...
New
**$19.98**
Free shipping
🏆 Top Rated Plus Seller with a 100% positive feedback

Pur
and
Exf
Ne
**$12**
Fre
🏆
132

## Sponsored items from this seller

  

Face Facial Cleansing Egg Brush 3D Sonic Vibrating Waterproof With 4 Mod...
New
**$26.99**
Free shipping
13 watchers

Homech Facial Hair Removal Women USB Rechargeable Electric...
New
**$12.95**
Free shipping
94 sold

Blackhead Remover Pore Vacuum Facial Cleaner Electric Acne Comedon...
New
**$14.39**
~~$15.99~~ 10% off
Free shipping
11 watchers

Wo
Rec
Eye
Ne
**$11**
~~$12~~
Fre
7 w

## Recently viewed items

 







Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Ski...

New

**$9.00**

Free shipping

Moyan Silicone Electric Cleansing Brush Facial Skin Cleaner Cleaning...

New

**$55.00**

Free shipping
Seller with a 100% positive feedback

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleane...

New

**$19.98**

Free shipping
🏆 Top Rated Plus
Seller with a 100% positive feedback

USI...
Wa...
Sili...

New

**$12...**

+ $...
Las...










Hover to zoom

$ Have one to sell?   Sell now

### Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

| | |
|---|---|
| Condition: | New |
| Price: | US $9.00 |
| Best Offer: | |

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
wenfindsmore (157)
96.8% positive feedback

♡ Save seller
Contact seller
See other items

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

Shipping:   US $6.40 Standard Shipping. See details
Located in: Houston, Texas, United States

Delivery:   Estimated between Mon, Sep 25 and Fri, Sep 29 to 33133 ⓘ

Returns:   Seller does not accept returns. See details

Payments:   [PayPal] [G Pay] [VISA] [mastercard] [AMEX] [DISCOVER]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

## Similar sponsored items   See all >

Feedback on our suggestions









Foreo Luna Mini 2 T-Sonic Facial Cleansing Device | Mint
New (Other)
$29.92
Free shipping
♥ Top Rated Plus
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$13.98
Free shipping
20% off 3+ with coupon

Mary Kay Clearproof Deep Cleansing Charcoal Mask 4 oz. Full Size NIB
New
$9.00
0 bids
+ $5.65 shipping
Seller with a 100% positive feedback

Foreo Luna Mini 2 T-Sonic Facial Cleansing Device | Fuchsia
New (Other)
$29.92
Free shipping
♥ Top Rated Plus
Seller with a 100% positive feedback

NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing
New
$10.99
Free shipping
Seller with a 100% positive feedback

---

## Sponsored items inspired by your views   See all >

Feedback on our suggestions











Electric Facial Cleansing Brush Silicone Vibration Massager Blackhead Remover
New
$35.99

Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager
New
$48.99

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$8.30

Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
$14.99

3D Fidget Cube Focus Stress Reliever Anti-anxiety Adults Kids Toy Green & White
New
$8.37



Free shipping
Seller with a 100% positive feedback

Free shipping
Seller with a 100% positive feedback

Save 10% off
+ $5.65 shipping
🏆 Top Rated Plus

+ $5.99 shipping

+ $13.52 shipping
Seller with a 99.4% positive feedback

+ $



| About this item | Shipping, returns, and payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.
Last updated on Jan 24, 2022 12:07:36 PST  View all revisions

eBay item number: 304304636313

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Non-Domestic Product | No |
| Main Purpose | Acne, Blackheads, Clogged Pores, Excessive Oil, Wrinkles | Skin Type | All Skin Types |
| Power Source | Electric | Size | 76.2*80.5mm |
| Custom Bundle | No | Material | Silicone |
| MPN | Does not apply | Applicable Regions | Face |
| Modified Item | No | Brand | Essentialp skincare |
| Size Type | Travel Size | Type | Facial Massager |
| Battery Life | 2 Months | Manufacturer Warranty | 3 months |
| Model | Electric Face Cleansing Brush | Features | Rechargeable, Lightweight, Waterproof, Hypoallergenic, Travel-Friendly |

## Item description from the seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager.



### wenfindsmore

96.8% Positive Feedback
323 Items sold

📅 Joined Nov 2020

Seller's other items

Contact

♡ Save seller

#### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬▬ | 4.9 |
| Reasonable shipping cost | ▬▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬▬ | 4.9 |
| Communication | ▬▬▬▬▬ | 4.9 |

#### Seller feedback (106)

⊕ 8***i (25) · Past month
**Fast and a good price**
NEW Heroes For Hire Complete Collection, Graphic Novel Abnett Lanning Marvel (#305060169443)

⊖ ***** · Past month
--

⊕ e***m (474) · Past month
**Seller responded quick. Fast shipping.**
CHI Dry Conditioner Brad new (#304936699341)

See all feedback

## You may also like

Feedback on our suggestions





















Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New (Other)

**$9.50**

Free shipping

Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner

New

**$0.89**

0 bids

+ $5.70 shipping

Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$13.98**

Free shipping

**20% off 3+ with coupon**

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

**$8.30**

$9.22 10% off

+ $5.65 shipping

Top Rated Plus

Jawline Exerciser Mouth Exercise Fitness Ball Neck Face Jaw Trainer Toning

New

**$6.99**

Free shipping

**225 sold**



**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ VISA ▓▓▓▓▓

○ Add new card
VISA ● ⚫ ⬛

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

▓▓▓▓▓

Miami, FL 33131-2124
United States
▓▓▓▓▓

**Review item and shipping**

Seller: wenfindsmore | Message to seller

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
**$9.00**
Quantity 1

**Delivery**
Est. delivery: Sep 25 – Sep 29
USPS First Class
$6.40

**Gift cards, coupons, eBay Bucks**

Enter code:          [ Apply ]

**Donate to charity (optional)** ⓘ

Alzheimer's Association

Support the Alzheimer's Association, the leading voluntary health organization in Alzheimer's care, support and research. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| Subtotal (1 item) | $9.00 |
|---|---|
| Shipping | $6.40 |
| Tax* | $1.08 |
| **Order total** | **$16.48** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices, and AdChoice



Shop by category · Search for anything · All Categories · **Search** · Advanced



## Thanks for shopping with us!

When your order is done processing, we'll email info to

You should get your order by **Sep 29.**

**Order total: $16.48**

**Shipping to:**

 Miami, FL 33131-2124, United States

Order number: 10-10555-63206

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Ski...
You should get it by Sep 29.

See order details

Ad

SiriusXM Stream 3 months free on the App. Subscribe now



## Related sponsored items







Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner...
New
$18.95
Free shipping
Last one

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ $5.55 shipping
Top Rated Plus
Seller with a 100% positive feedback

Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...
New
$17.93
Free shipping
12 watchers







Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
$13.97
Free shipping
Top Rated Plus
14 watchers

Facial Massager Brush Silicone Face Cleansing Electric Scrubber Skin...
New
$13.81
$15.01 8% off
Free shipping
12% off 2+ with coupon

Brush Massager Sonic Facial Cleansing Brush Waterproof Silicone Mini...
New
$6.56
Free shipping







NAXMI Sonic Facial
Cleansing Brush
Waterproof Face Scrubbe...
New
$10.99
Free shipping
Seller with a 100% positive
feedback

Electric Facial Cleansing
Brush Face Body Exfoliator
Waterproof Massage 7...
New
$13.88
Free shipping

4 in 1 Electric Facial
Cleansing Brush Blackhead
Cleaner Face Skin Care...
New
$28.15
$29.63 5% off
Free shipping







Silicone Facial Cleansing
Device with Brush
Massager Adjustable...
New
$16.14
$16.99 5% off
Free shipping
🏆 Top Rated Plus

Pack Of 2 Pulsaderm
SONIC WASHCLOTH 2
speed Silicone Face Brus...
New
$13.00
Free shipping
Seller with a 99.2% positive
feedback

Electric Facial Cleansing
Brush Face Cleaner Sonic
Vibration Deep Pore...
New
$18.37
$19.97 8% off
Free shipping







6 Pcs Cleansing Brush Face
Massager Silicone Facial
Cleaner
New
$6.00
Free shipping

Electric Silicone Facial
Cleansing Brush Face Skin
Care Deep Cleaner...
New
$8.35
Free shipping
Seller with a 99.1% positive
feedback

Silicone Facial Cleansing
Brush Handheld Facial Skin
Cleaner Massager Brush
New
$8.99
$9.99 10% off
Free shipping







Silicone Facial Cleansing
Sonic Brush Portable
Waterproof Rechargeable
New
$15.99
+ $5.85 shipping
Seller with a 100% positive
feedback

Silicone Facial Cleansing
Brush Electric Sonic
Vibration Deep Pore Skin...
New
$7.99
Free shipping
13 watchers

Handheld Electric Facial
Cleansing Brush Tool
Waterproof Silicone...
New
$10.95
Free shipping
6 watchers







Pure Original Sonic Facial
and Body Cleansing,
Exfoliating & Massaging...

5-in-1 Electric Facial
Cleansing Brush
Waterproof Face Spin Bru...

Electric Silicone Facial
Cleansing Brush Face Skin
Cleaning Massager Clean...

$12.99

Free shipping
Top Rated Plus
132 sold

$12.99

New

$15.99 5% off
Free shipping

Free shipping
Top Rated Plus
74 sold



2x Facial Cleansing Brush
Face Massager Skin Deep
Clean Waterproof...
New
$9.49
+ $4.69 shipping
Top Rated Plus
30 sold



4 in 1 Electric Facial
Cleansing Brush Blackhead
Cleaner Face Skin Care...
New
$8.59
Free shipping
16 watchers



Electric Face Heating
Cleansing Brush Massaging
Removing Blackhead...
$11.51
Free shipping



Facial Cleansing Brush 2-in-
1 Face Brush Silicone Facial
Scrubber Manual Dual
New
$7.69
Free shipping
Seller with a 100% positive
feedback



10 Speed Silicone Facial
Skin Cleansing Brush Face
Massager Vibration Deep...
New
$19.73
$39.46 50% off
Free shipping



Silicone Face Cleansing
Brush Electric Facial
Cleanser Washing...
New
$16.62
$17.49 5% off
Free shipping



1pc Double Head Face
Cleansing Brush Silicone
Facial Cleanser Wash Brus...
New
$4.95
$9.51 48% off
Free shipping
Almost gone



Facial Cleansing Silicone
Brush Face Skin Blackhead
Pore Cleaner Massager...
New
$6.56
Free shipping



Electric Facial Cleansing
Brush Face Cleaner Clean
Skin Care Waterproof...
New
$24.99
Free shipping

## Sponsored items based on your recent views



Silicone Electric Face
Cleansing Brush Ultra
Sonic Facial Skin Cleane...
New



Electric Facial Cleansing
Brush Silicone Vibration
Massager Blackhead...
New



Ultrasonic Facial
Cleansing Brush Silicone
Electric Sonic Face Skin...
New

$9.00
+ $6.40 shipping

$35.99
Free shipping
Seller with a 100%
positive feedback

$48.99
Free shipping
Seller with a 100%
positive feedback

$8.
$9.
+ $

## Recently viewed items



Silicone Electric Facial
Cleansing Brush Sonic
Face Cleaning Spa...

New

$24.99

+ $5.65 shipping
Seller with a 100%
positive feedback



Sonic Facial Cleansing
Brush Massager: 3-in-1
Rechargeable Electric...

New

$26.99

Free shipping
Seller with a 100%
positive feedback



Stress Relief Fidget Cube

New

$6.19

+ $13.95 shipping
Seller with a 100%
positive feedback

FID
AN
BIA

Ne

$8.

+ $
Sel
pos



ebay

Shop by category

Search for anything | All Categories | Search

Advanced

Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist | My eBay

Back to homepage | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist





## Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

Condition: **New**

Color: - Select -

Quantity: 1     **Last One** / 1 sold

Price: **US $10.56**

**Buy It Now**

**Add to cart**

♡ **Add to watchlist**

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

### Seller information

zongtian (22)
92.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Yiwu, China

Delivery: 🚚 Estimated between **Tue, Oct 3** and **Tue, Oct 17 to 33131** ⓘ
This item has an extended handling time and a delivery estimate **greater than 11 business days**. Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal | G Pay | VISA | Mastercard | AMEX | DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell?  Sell now

## Similar sponsored items     See all >











Feedback on our suggestions

NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing
New
**$10.99**
Free shipping

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$13.98**
Free shipping

Michael Todd Beauty Boogie Nights Soniclear Petite Antimicrobial Skin Cleansing
New
**$34.99**
0 bids

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$13.97**
Free shipping

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ $5.85 shipping