# EXHIBIT 1
# (Part 11 of 11)

Seller with a 100% positive feedback · 20% off·1 with coupon · Seller with a 100% positive feedback · Top Rated Plus 14 watchers · Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all ⟩

Feedback on our suggestions







Facial Cleansing Brush Silicone Sonic Waterproof Rechargeable Massager Electric
New
**$102.88**
+ $78.61 shipping

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
🏆 Top Rated Plus
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
$24.95 20% off
Free shipping

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$9.00**
Free shipping

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$13.97**
Free shipping
🏆 Top Rated Plus
14 watchers

---

| About this item | Shipping, returns, and payments |                    | Report this item |

Seller assumes all responsibility for this listing.

eBay item number: 314313448808

Last updated on Jul 06, 2023 20:58:19 PDT    View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Main Purpose | Acne, Blackheads, Clogged Pores, Excessive Oil, Wrinkles |
| Skin Type | All Skin Types | Number of Pieces | One Unit |
| Power Source | Battery | Feature 1 | Dead Skin Removal |
| Feature 3 | Vibration Massage | Feature 2 | Facial Clean |
| Material | Plastic, Silicone | Item Type | Brush |
| Model Number | B-LMH210917 | Feature | Electric Facial Cleaning Brush |
| Brand | Unbranded | Type | Electric Facial Brush |
| Features | Hypoallergenic, Lightweight, Travel-Friendly, Waterproof, Wireless | | |

## Item description from the seller

**iebilif Facial Cleansing Brush Face Skin Care Tools Waterproof Silicone Electric Sonic Cleanser Facial Beauty Massager**

**Specification:**

Item Name: Electric Face Cleansing

Material: ABS+silicone

Weight: 90g

Size: 8*6*4cm

**Battery Power:** AAA Battery (Due to logistics restrictions, batteries are not included.)

**Feature:**

Deep cleanse the dirt on the face, balance the facial oil secretion, relax the skin and replenish water to shrink the pores and make the skin refreshed and comfortable.

**How To Use**

Multiple verifications, daily blistering facial cleanser 1-2 grams or so, drip 4-6 drops of water, press the mode button for about 5-6 seconds to automatically bubble.

**Tips**

The skin is more fragile when it is allergic peeling. It's recommended that the skin care method at this time be as simple as possible, it's recommended to use it 1-2 times a week, if there is wound or suppurative acne, please stop using this product to avoid worsening wound infection.

**Package List**

1* Face Cleansing Brush



# IPX5  Waterproof design

No fear of liquid immersion, more convenient to use





# 7500 times/min vibration cleaning

## Deep stubborn dirt, all shake out



## Thoroughly cleanse the skin, make the skin more delicate and smooth



1800+ high-density bristles

32% increase in bristles

26% increase in bristle softness

# Sensitive skin  1 type of bristles

The fine bristles are arranged neatly and are designed for sensitive skin, which is not easy to cause redness and tingling discomfort



# Normal skin   2 types of bristles

Thick bristles deeply clean the T-zone and difficult-to-clean areas, while the fine bristles gently clean the dry U-zone



# Combination skin  2 types of bristles

The thick bristles on the top clean the T-zone and difficult-to-clean areas that are prone to oilTwo types of bristles at the lower end gently clean the dry U area





**Day and night dual gear**

Massage during the day to release a good mood

**Day and night dual gear**

Lift at night to relax the tiredness of the day

# Thoroughly clean make skin supple

Thoroughly clean, gentle and no residue









### Before clean

Dirt is not only attached
to the surface skin Still
hidden inside the pores

### Ordinary cleansing

Difficult to clean deep
clogged pores

### Gentle cleansing

Thermal conductivity
system can better open
pores, dredge and clean
thoroughly





# Multifunctional assembly

Gentle vibration, no skin damage

Vertical Acoustic Pulse Technology

IPX5 life waterproof

Bigger brush head, longer and softer bristles

With essence, the micro current conduction is gentle and easy to absorb

7500

7500 vibrations per minute

Food grade silicone



Before use, the pores are enlarged and there are many blackheads

After use, the pores shrink and the skin becomes delicate

## 5mm brush head

With a large area of silicone brush, blackheads, pores and skin can be cleaned, effectively solving skin problems

## Massage mode

Low-frequency vibration massage, rejuvenate skin elasticity, and solve the problem of skin fatigue



**Sonic vibration**

The transdermal sonic vibration can strongly clean the stains under the skin cortex, which is efficient and safe without hurting the skin

# Wash your face,
# have you really washed it?



**Large pores**

Air dust,
makeup residue

**Blackhead, shut up**

Excessive cleaning,
imbalance of water and oil,

**Acne**

Sensitive and
fragile skin

## HOW TO INSTALL THE BATTERY

1     2     3















Step 1:Apply facial cleanser

After removing makeup, wet the face,
foam the facial cleanser and apply it on the face,
or apply the facial cleanser directly to the cleanser



Step 2: for cleaning

Turn on the cleansing device to a that
each use lasts no more than 2 minutes



Step 3: Perform a massage

Follow the contours of the face and pat



Part 4: Daily Care

After cleansing, start the daily

lightly with a brush. The suggested sequence is: chin-cheeks-forehead-around eyes

Apply cream serum, and finally-care steps



## Zongtian

92.3% Positive Feedback
144 Items sold

📅 Joined Oct 2022

Visit store
Contact
♡ Save seller

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.8 |
| Communication | 4.5 |

### Popular categories from this store   See all

Collectibles   Pet Supplies   Crafts
Health & Beauty   Business & Industrial
Consumer Electronics   Musical Instruments & Gear
eBay Motors   Sporting Goods

### Seller feedback (29)

● b***b (1815) • Past month
great game
Drunk Desires Couples Drinking Game Flirty Party Home Party Card Game For Couple (#314271976997)

● u***d (443) • Past 6 months
Awesome product, thanks!
3 PCS Tactical Molle Buckle Hanging Belt Key Hook Webbing Strap Carabiner Clip (#314241459491)

○ a***a (11) • Past 6 months
inexpensive and solid
Gold Penis Ring For Men Cock Rings Metal Delay Ejaculation Erection Aid Sex Toy (#314356556423)

See all feedback

## You may also like

Feedback on our suggestions



5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
$6.55
Free shipping
2960 sold



Face Scrubber,2 Pack Soft Silicone Scrubber Facial Cleansing Pad Face Exfoliator
New
$4.50
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$13.98
20% off 3+ with coupon



Facial Cleansing Brush Electric Massage Brush Silicone Rechargeable Waterproof
New
$7.84
Free shipping
Seller with a 100% positive feedback



Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
$6.99
Free shipping
Seller with a 99.7% positive feedback












Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New (Other)
$9.50
Free shipping
Seller with a 100% positive feedback

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.89
Free shipping
25 sold

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$9.02
$9.49 5% off
Free shipping

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$13.97
Free shipping
🏆 Top Rated Plus
14 watchers

3D Sonic Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body
New
$11.99
Free shipping
221 sold







Sponsored
HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
$19.98
Free shipping
🏆 Top Rated Plus
Seller with a 100% positive feedback

Sponsored
Electric Facial Cleansing Brush Silicone Face Scrubber Vibrating Massager USA
New
$30.99
Free shipping
Seller with a 100% positive feedback

Sponsored
Olay Regenerist Shea Butter + Peptide 24 Face Moisturizer Fragrance-Free -1.7oz
New
$14.99
$29.99 50% off
Free shipping
🏆 Top Rated Plus

Sponsored
Olay Regenerist Hyaluronic + Peptide 24 Fragrance-Free Face Moisturizer - SPF
New
$14.99
$29.99 50% off
Free shipping
🏆 Top Rated Plus

Sponsored
OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
$32.99
Free shipping
Seller with a 99.2% positive feedback







Sponsored
Electric Face Cleansing Brush Facial Skin Scrubber For Exfoliating & Cleanser
New
$11.69
$12.99 10% off
Free shipping
20 sold

Sponsored
Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$19.96
$24.95 20% off
Free shipping

Sponsored
Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback

Sponsored
NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing
New
$10.99
Free shipping
Seller with a 100% positive feedback

Sponsored
Sharper Image Powerboost Deep Tissue Massager
New
$45.99
$99.99 54% off
Free shipping
🏆 Top Rated Plus







Sponsored
Electric Face Cleansing Brush Facial Skin Scrubber For Exfoliating & Cleanser
New

Sponsored
Facial Massager Brush Silicone Face Cleansing Electric Scrubber Skin Cleaner AU
New

Sponsored
2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New

Sponsored
Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New

Sponsored
Face Brush Silicone Scrubber Cleansing Facial Exfoliator Soft Scrub Pack Bath

| $13.10 | $13.81 | $9.99 | $8.98 | $8.54 |
|---|---|---|---|---|
| ~~$13.79~~ 5% off | ~~$15.01~~ 8% off | Free shipping | ~~$9.98~~ 10% off | Free shipping |
| Free shipping | Free shipping | 🏆 Top Rated Plus | Free shipping | Last one |
| 69 sold | 12% off 2+ with coupon | 26 sold | 🏆 Top Rated Plus | |
| | | | | |

Back to home page                                                                                                    Return to top

More to explore：   Clinique Electric Facial Brush Facial Cleansing Devices ，  Facial Cleansing Brushes ，  Olay Electric Facial Brush Facial Cleansing Devices ，
Unbranded Electric Facial Brush Facial Cleansing Devices ，  Avon Electric Facial Brush Facial Cleansing Devices ，  Panasonic Facial Massager Facial Cleansing Devices ，
Unbranded Facial Massager Facial Cleansing Devices ，  Mary Kay Electric Facial Brush Facial Cleansing Devices ，  Normal Skin Electric Facial Brush Facial Cleansing Devices ，
Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices  and AdChoice ⓘ



**Checkout**

How do you like our checkout? Give us feedback

## Pay with

● VISA ▇▇▇▇▇▇

○ Add new card
   VISA ▇▇ ▇▇ ▇▇

○ PayPal

○ PayPal CREDIT
   Special financing available.
   Apply now. See terms

○ GPay Google Pay

## Ship to

▇▇▇▇▇▇▇▇

Miami, FL 33131-2124
United States

▇▇▇▇▇▇

## Review item and shipping

Seller: zongtian  |  Message to seller



Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
Color: 1
**$10.56**
Quantity 1

**Delivery**
Est. delivery: Oct 3 – Oct 17
SpeedPAK Standard
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:                    Apply

## Donate to charity (optional) ⓘ

### Alzheimer's Association

Support the Alzheimer's Association, the leading voluntary health organization in Alzheimer's care, support and research. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| | |
|---|---|
| Subtotal (1 item) | $10.56 |
| Shipping | Free |
| Tax* | $0.74 |
| **Order total** | **$11.30** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

ebay MONEY BACK GUARANTEE
See details



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



Hi Jessie! ∨   Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ∨   My eBay ∨      🔔   🛒

Shop by category ∨   🔍 Search for anything    All Categories ∨    **Search**    Advanced

## Thanks for shopping with us!

When your order is done processing, we'll email info to █████████

You should get your order by Oct 17.

### Order total: $11.30

**Shipping to:**

████████████  Miami, FL 33131-2124, United States

Order number: 08-10560-01110


Silicone Face Cleansing Brush Electric Facial Cleanser Was...
You should get it by Oct 17.

See order details

Ad

**ShopSmarter**  Claim $10 Cash Back and Start Saving Today.  Click Here

## Related sponsored items



"...We've actually refinanced the house two additional

- PAUL B., U.S. AIR FORCE VETERAN; U.S. ARMY VETERAN

Ad



## To Much Dust In Your House?

#1 Best Way to Get Rid of Dust In Your Home

Clarifion

Open >



6 Pcs Face Scrubber Silicone Facial Cleansing Brush Massager
New
**$7.51**
Free shipping



4pcs deep cleansing facial scrubber face massager pore brush Face Cleanser
New
**$8.69**
Free shipping



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ $5.85 shipping
🏆 Top Rated Plus
Seller with a 100% positive feedback



Facial Massager Brush Silicone Face Cleansing Electric Scrubber Skin...
New
**$13.81**
$15.01 8% off
Free shipping



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
**$13.97**
Free shipping
🏆 Top Rated Plus



1pc Double Head Face Cleansing Brush Silicone Facial Cleanser Wash Brus...
New
**$4.95**
$9.51 48% off
Free shipping

12% off 2+ with coupon
14 watchers
Almost gone



Facial Body Cleansing
Brush 3-in-1 Waterproof
Electric Face Exfoliating...

New

$17.93

Free shipping

12 watchers



Facial Body Cleansing
Brush 3-in-1 Waterproof
Electric Face Exfoliating...

New

$21.69

Free shipping

Top Rated Plus
Seller with a 99% positive
feedback



2 Pack Face Washing
Machine Electric Soft
Silicone Facial Brush...

New

$9.99

Free shipping

Top Rated Plus

26 sold



Super Face Washing
Machine Electric Soft
Silicone Facial Brush...

New

$8.98

$9.98 10% off

Free shipping

Top Rated Plus



6 pcs Silicone Face
Cleanser Massager Facial
Cleansing Brush Pad...

New

$7.51

Free shipping



6 Pcs Silicone Facial
Cleansing Brush Face
Scrubber Washing Device

New

$6.26

Free shipping



Set 2 Cleansing Brush
Facial Cosmetic Electric
Face Scrubber

New

$8.32

Free shipping



6 pcs Silicone Face
Cleanser Massager Facial
Cleansing Brush Pad...

New

$6.53

Free shipping



6 Pcs Cleansing Brush Face
Massager Silicone Facial
Cleaner

New

$6.00

Free shipping



6 Pcs Face Scrubber
Silicone Facial Cleansing



6 pcs Silicone Face
Cleanser Massager Facial



6 pcs Silicone Face
Cleanser Massager Facial

Brush Massage
New

$5.82

Free shipping

Cleansing Brush Pad...
New

$6.21

Free shipping

Cleansing Brush Pad...
New

$7.15

Free shipping



Silicone Facial Cleansing
Device with Brush
Massager Adjustable...
New

**$16.14**

~~$16.99~~ 5% off
Free shipping
🏆 Top Rated Plus





Facial Electric Cleansing
Brush with 5 Brush Heads
deep Cleansing Spin Brush
New

**$11.99**

Free shipping
Buy 1, get 1 5% off

6 Pcs Facial Brush Silicone
Cleansing Face Massager
Cleaner
New

**$6.26**

Free shipping
Seller with a 99.1% positive
feedback



Face Brush Silicone
Scrubber Cleansing Facial
Exfoliator Soft Scrub Pack...
New

**$8.54**

Free shipping
Last one



Super Face Washing
Machine Electric Soft
Silicone Facial Brush...
New

**$17.59**

Free shipping





Silicone Face Cleansing
Brush Electric Facial
Washing Cleanser...
New

**$4.96**

Free shipping



2-in-1 Manual Facial
Cleansing Brush Silicone
Facial Scrubber Dual Face...
New

**$7.13**

~~$7.59~~ 6% off
Free shipping





Super Face Washing
Machine Electric Soft
Silicone Facial Brush...
New

**$15.19**

~~$15.99~~ 5% off
Free shipping



5 in 1 Electric Face Facial
Cleaner Brushes Deep
Cleansing Spa Massager...
New

**$8.99**

Free shipping
🏆 Top Rated Plus
58 sold







Silicone Face Cleansing
Brush Electric Facial
Washing Cleanser...
New
**$4.94**
Free shipping

Silicone Face Cleansing
Brush Electric Facial
Washing Cleanser...
New
**$4.96**
Free shipping

5-in-1 Electric Facial
Cleansing Brush
Waterproof Face Spin Bru...
New
**$12.99**
Free shipping
🏆 Top Rated Plus
74 sold

## Sponsored items based on your recent views





Silicone Face Cleansing
Brush Electric Facial
Cleanser Washing...
New
**$10.56**
Free shipping

Facial Cleansing Brush
Silicone Sonic Waterproof
Rechargeable Massager...
New
**$102.88**
+ $78.61 shipping

HLAIE Silicone Electric
Face Cleansing BRUSH
Sonic Facial Skin Cleane...
New
**$19.98**
Free shipping
🏆 Top Rated Plus
Seller with a 100%
positive feedback

Sili...
Bru...
Cle...
New
~~$17...~~
Free...

## Recently viewed items





HLAIE Silicone Electric
Face Cleansing BRUSH
Sonic Facial Skin Cleane...
New
**$19.98**
Free shipping
🏆 Top Rated Plus
Seller with a 100%
positive feedback

Silicone Electric Face
Cleansing Brush Ultra
Sonic Facial Skin Cleane...
New
**$19.96**
~~$24.95~~ 20% off
Free shipping

Silicone Facial Cleansing
Brush Electric Sonic
Vibration Deep Pore Ski...
New
**$9.00**
Free shipping

Mo...
Cle...
Ski...
New
$5...
Fre...
Sell...
pos...

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice




ebay

Daily Deals   Brand Outlet   Help & Contact

Shop by category ∨

Search for anything | All Categories ∨ | Search | Advanced

Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

$ Have one to sell? Sell now

## silicone electric facial cleansing brush for acne and pores

Condition: New

Price: US $13.00

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

Pickup: Free local pickup from Anaheim, California, United States. See details

Shipping: US $8.55 Standard Shipping. See details
Located in: Anaheim, California, United States

Delivery: Estimated between Thu, Sep 21 and Mon, Sep 25 to 33131 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  Mastercard  American Express  Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

### Seller information
stylemebri (202)
100% positive feedback

♡ Save seller
Contact seller
See other items

---

## Similar sponsored items    See all ›

Feedback on our suggestions



NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing
New
$10.99
Free shipping
Seller with a 100% positive feedback



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$13.97
Free shipping
🏆 Top Rated Plus
14 watchers



Heimish All Clean Balm 120ml Cleansing Blam

New
$0.10
1 bid
+ $5.70 shipping
Seller with a 100% positive feedback

3 Pack Silicone Face Scrubber Exfoliating Brush Manual Handheld Facial Cleansing
New
$4.68
$5.85 20% off
Free shipping
5 watchers



Silicone Facial Cleansing Brush Massage Electric Rechargeable Face Cleaner Pink
New
$10.95
Free shipping
Seller you bought from

Ha... Bru... Cle... Ne... Fre... 6 w...

---

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions



HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US



Facial Cleansing Brush, 3-In-I Electric Silicone Face Scrubber, Vibrating Massag

New
$19.98

Free shipping
◆ Top Rated Plus
Seller with a 100% positive feedback

$9.01

Free shipping

New
$13.97

Free shipping
◆ Top Rated Plus
14 watchers

New
$27.08

Free shipping
Last one

| About this item | Shipping, returns, and payments | Report this item |
| --- | --- | --- |

Seller assumes all responsibility for this listing.

Last updated on Oct 22, 2020 22:27:22 PDT  View all revisions

eBay item number: 324200780036

### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Type | Electric Facial Brush |
| --- | --- | --- | --- |

### Item description from the seller

silicone electric facial cleansing brush. Condition is New. Shipped with USPS Priority Mail. Come with charger. It's light pink. New in box. Comes with instructions.

---

**stylemebri**

100% Positive Feedback
69 Items sold

Seller's other items
Contact
♡ Save seller

📅 Joined Feb 2017

#### Seller feedback (14)

➕ t***m (1221) • More than a year ago

excellent seller fast shipping as described thank you so much!! 5*****

3 pack sequin face mask (#324678525019)

⊙ l***t (2635) • More than a year ago

didn't mail it out

Black Mask 1 Pack (#324479921773)

➕ n***i (444) • More than a year ago

QUICK SHIPMENT

christmas dog mask large (#324677396049)

See all feedback

### You may also like

Feedback on our suggestions

    





 

ebay


Clean The Toilet With 1 Flush
buysplashcleaner.com





## Thanks for shopping with us!

You should get your order by **Sep 25**.

**Order total: $23.06**

Shipping to: ███████ Miami, FL 33131-2124, United States

Order number: 24-10562-32640

 silicone electric facial cleansing brush for acne and pores
You should get it by Sep 25.

See order details

Ad
 Unlock 3 Months Free on SiriusXM. Listen now

## Related sponsored items



Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...
New
$17.93
Free shipping
12 watchers



Facial Electric Cleansing Brush with 5 Brush Heads deep Cleansing Spin Brush
New
$11.99
Free shipping
Buy 1, get 1 5% off



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone...
New
$10.95
Free shipping
6 watchers



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
$13.97
Free shipping
⚡ Top Rated Plus
14 watchers



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush...
New
$9.99
Free shipping
⚡ Top Rated Plus
26 sold



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin...
New
$7.99
Free shipping
13 watchers





Silicone Electric Face
Cleansing Brush Ultra Sonic
Facial Skin Cleaner...
New
$18.95
Free shipping
**Last one**

3-Pack Deep Pore & Acne
Brush Facial Brush Head for
Clarisonic Mia 1, 2, 3
New
$27.95
Free shipping
Seller with a 100% positive
feedback

Facial Body Cleansing
Brush 3-in-1 Waterproof
Electric Face Exfoliating...
New
$17.93
Free shipping
◈ Top Rated Plus
Seller with a 99.4% positive
feedback



Facial Body Cleansing
Brush 3-in-1 Waterproof
Electric Face Exfoliating...
New
$21.69
Free shipping



Silicone Facial Cleansing
Device with Brush
Massager Adjustable...
New
$16.14
$16.99 5% off
Free shipping
◈ Top Rated Plus



Facial Massager Brush
Silicone Face Cleansing
Electric Scrubber Skin...
New
$13.81
$15.01 8% off
Free shipping
**12% off 2+ with coupon**



1pc Double Head Face
Cleansing Brush Silicone
Facial Cleanser Wash Brus...
New
$4.95
$9.51 48% off
Free shipping
**Almost gone**



5-in-1 Electric Facial
Cleansing Brush
Waterproof Face Spin Bru...
New
$12.99
Free shipping
◈ Top Rated Plus
**74 sold**



Electric Silicone Facial
Cleansing Brush Face Skin
Care Deep Cleaner...
New
$8.35
Free shipping
Seller with a 99.3% positive
feedback



Facial Cleansing Brush 2-in-
1 Face Brush Silicone Facial
Scrubber Manual Dual
New
$7.69
Free shipping
Seller with a 100% positive
feedback



Facial Cleanser Brightening
Shrink Pores Cleansing
Acne Oil Control Face...
New
$9.28
Free shipping
◈ Top Rated Plus



Pack Of 2 Pulsaderm
SONIC WASHCLOTH 2
speed Silicone Face Brus...
New
$13.00
Free shipping
Seller with a 99.2% positive
feedback



Silicone Facial Cleansing
Brush Electric Sonic
Vibration Deep Pore Skin...
New
$8.54



Facial Cleansing Brush 2-in-
1 Face Brush Silicone Facial
Scrubber Manual Dual
New
$7.99



Super Face Washing
Machine Electric Soft
Silicone Facial Brush...
New
$17.59

$8.99 5% off
Free shipping
Seller you bought from






2PACK Silicone Face
Scrubber Brush Handheld
Facial Cleansing Brush for...
New
$13.99
Free shipping
Seller with a 99.2% positive
feedback

Silicone Face Cleansing
Brush Electric Facial
Cleanser Washing...
New
$16.62
$17.49 5% off
Free shipping

Facial Deep Cleansing
Exfoliating Acne w/ 2
Brushes Battery Powered...
New
$8.99
Free shipping
47 sold




2-in-1 Manual Facial
Cleansing Brush Silicone
Facial Scrubber Dual Face...
New
$7.13
$7.59 6% off
Free shipping

Electric Facial Cleansing
Brush Face Cleaner Sonic
Vibration Deep Pore...
New
$18.37
$19.97 8% off
Free shipping

3 Packs Deep Cleansing
Brush Silicone Face
Exfoliating Octopus Facial...
New
$7.19
$7.99 10% off
Free shipping
Seller with a 99.1% positive
feedback





Silicone Face Cleansing
Brush Electric Facial
Cleanser Washing...
New
$10.56
Free shipping

FOREO LUNA mini 2 Facial
Brush Storage Case, EVA
Shock Absorption Carrying...
New
$9.99
Free shipping
Seller with a 99.6% positive
feedback

5 in 1 Electric Facial
Cleansing Brush Face
Scrubber Tool Deep Clea...
New
$5.88
Free shipping
Top Rated Plus
Seller with a 99.5% positive
feedback

## Sponsored items based on your recent views





HLAIE Silicone Electric
Face Cleansing BRUSH
Sonic Facial Skin Cleane...
New

Handheld Electric Facial
Cleansing Brush Tool
Waterproof Silicone...
New

Electric Facial Cleansing
Brush Set Face Body
Exfoliating Silicone...
New

fac
rec
New

$19.98

Free shipping

⬦ Top Rated Plus
Seller with a 100%
positive feedback

$10.95

Free shipping
6 watchers

$13.97

Free shipping
⬦ Top Rated Plus
14 watchers

$18

+ $

## Sponsored items from this seller



Conair Towel Warmer and
Drying Rack

Pre-owned

$50.00

+ $95.60 shipping
Seller with a 100%
positive feedback



Burt's Bees Detoxifying
Clay Facial Mask
Charcoal Acai Oil 0.57 o...

New

$4.00

+ $5.25 shipping
Seller with a 100%
positive feedback

## Recently viewed items




HLAIE Silicone Electric
Face Cleansing BRUSH
Sonic Facial Skin Cleane...

New

$19.98

Free shipping
⬦ Top Rated Plus
Seller with a 100%
positive feedback



USB Recharge
Waterproof Vibrating
Silicone Face Cleansing...

New (Other)

$12.99

+ $5.10 shipping
Last one



Silicone Facial Cleansing
Brush Electric Sonic
Vibration Deep Pore Ski...

New

$9.01

Free shipping

Mo
Cle
Ski

Ne

$5

Fre
Sel
po

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay

Shop by category ⌄

🔍 Search for anything                    All Categories ⌄    **Search**   Advanced

‹ Back to home page | Listed in category: Health & Beauty › Skin Care › Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

💲 Have one to sell?  **Sell now**

### Silicone Facial Cleansing Brush Massage Electric Rechargeable Face Cleaner Pink

USA SELLER: Ships from Atlanta within one business day!

Condition: New

Bulk savings:
| Buy 1 $10.95/ea | Buy 2 $9.31/ea |

2 or more for $9.31/ea

Quantity: 1    More than 10 available / 4 sold

Price: US $10.95/ea

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

⚡ This one's trending. 41 have already sold.

↩ Breathe easy. Returns accepted.

Shipping: Free Standard Shipping. See details
Located in: Atlanta, Georgia, United States

Delivery: Estimated between Thu, Sep 21 and Sat, Sep 23 to 33133 ⓘ

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller Information**
dapperica (833)
100% positive feedback

♡ Save seller
Contact seller
See other items

---

### Similar sponsored items     See all ›

Feedback on our suggestions



Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Fashion
New
$10.73
Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$13.98
Free shipping
20% off 3+ with coupon



NEW Kate Somerville + Retinol Vitamin C Facial Skin Moisturizer 1.7 fl oz, NIB
New
$16.00
3 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



Silicone Facial Cleansing Sonic Brush Portable Waterproof Rechargeable
New
$15.99
+ $5.85 shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback

### Sponsored items inspired by your views     See all ›

Feedback on our suggestions













Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
$27.08
Free shipping
Last one

Electric Facial Cleansing Brush Silicone Vibration Massager Blackhead Remover
New
$35.99
Free shipping
Seller with a 100% positive feedback

Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager
New
$48.99
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$8.30
$9.22 10% off
+ $5.65 shipping
◈ Top Rated Plus

Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
$14.99
+ $5.99 shipping

---

**About this item**    Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 173872277776

Last updated on Sep 15, 2023 06:28:12 PDT   View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand | Dapperica |
| Type | Facial Massager | Power Source | Electric |
| Material | Silicone | Features | Rechargeable |
| UPC | Does not apply | | |

## Item description from the seller

Silicone Facial Cleansing Brush from Dapperica

This brush is a complete facial cleansing experience. Treat your face to a spa-like experience with thousands of massaging silicone bristles that will cleanse your face of dirt, reduce pore size, eliminate fine lines, and exfoliate your skin in as little as two minutes per day.

✓SPA-LIKE EXPERIENCE - Turn on the device and the 3,000 bristles begin to massage your face while exfoliating your skin. The brush features 13 speed settings which can deliver up to 6,000 gentle pulsations per minute.

✓COMPLETE CLEANSE - The combination of the pulsations and bristles provide a cleansing experience that cannot be found anywhere else. The tiny bristles on the front of the device clean the delicate areas of your face, while the coarse bristles on the back provide a deep clean when needed. The brush features FDA-grade silicone material that is gentle on your skin, while tough on dirt.

✓CLEARER SKIN - Kiss acne and wrinkles goodbye. This brush reduces pore size and eliminates fine lines to help you achieve brighter, more youthful looking skin in as little as 14 days.

✓CONVENIENCE - The brush fits in the palm of your hand. The waterproof brush charges in one hour and will last for more than a month of use before needing to be recharged. We recommend using the brush for two minutes daily for best results. Trust us, this will be the best two minute investment you can make!

Ships within one business day of purchase

---



**dapperica**

100% Positive Feedback
1.5K items sold

📅 Joined Mar 2012

Seller's other items

Contact

♡ Save seller



## Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 5.0 |
| Reasonable shipping cost | ▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬ | 5.0 |
| Communication | ▬▬▬▬ | 5.0 |

**Seller feedback** (374)

This item (2)    All items (374)

➕ i***i (607) • Past year
Great seller with gas shipping! Thank you!

➕ i***i (1020) • Past year
AAAAA*****Great Ebayer !👍

See all feedback

You may also like

Feedback on our suggestions











Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

$6.99

Free shipping

Seller with a 99.7% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner

New

$0.89

0 bids

+ $5.70 shipping

Seller with a 100% positive feedback

Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable

New

$6.64

+ $3.99 shipping

◆ Top Rated Plus

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

$13.98

Free shipping

20% off 3+ with coupon

Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Fashion

New

$10.73

Free shipping











ebay Checkout

How do you like our checkout? Give us feedback



**Pay with**

○ VISA ████████

○ Add new card
VISA ⬜ AMEX DISC

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

████████
Miami, FL 33131-2124
United States
████████

**Review item and shipping**

Seller: dapperica | Message to seller

Silicone Facial Cleansing Brush Massage Electric Rechargeable Face Cleaner Pink
$10.95

Quantity
1

Delivery
Est. delivery: Sep 21 – Sep 23
USPS First Class
Free

**Gift cards, coupons, eBay Bucks**

Enter code:            Apply

**Donate to charity (optional)** ⓘ

Alzheimer's Association

Support the Alzheimer's Association, the leading voluntary health organization in Alzheimer's care, support and research. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

**Subtotal (1 item)**    $10.95
Shipping                 Free
Tax*                     $0.77

**Order total**          $11.72

By placing your order, you agree to eBay's User Agreement and Privacy Notice

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

ebay MONEY BACK GUARANTEE
See details

?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



ebay   Shop by category ∨   🔍 Search for anything   | All Categories ∨ |   **Search**   Advanced

Daily Deals   Brand Outlet   Help & Contact        Sell   Watchlist ∨   My eBay ∨   🔔   🛒

## Thanks for shopping with us!

When your order is done processing, we'll email info to ▇▇▇▇▇

You should get your order by **Sep 23**.



Azibo
DIY Landlords:
**Collect rent online... for free.**
Get started

### Order total: $11.72

Shipping to:
▇▇▇▇▇ Miami, FL 33131-2124, United States

Order number: 02-10560-53349

 Silicone Facial Cleansing Brush Massage Electric Recharge...
You should get it by Sep 23.

See order details

Ad
**SiriusXM**   Stream 3 months free on the App. Subscribe now



Ad

**Handyman Connection**

We Will Make Your Home What You Have Always Wanted It To Be.

Handyman Connection

Get Quote ›

## Related sponsored items







2 Pack Face Washing Machine Electric Soft Silicone Facial Brush...
New
$9.99
Free shipping
📍 Top Rated Plus
26 sold

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner...
New
$18.95
Free shipping
Last one

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
$13.97
Free shipping
📍 Top Rated Plus
14 watchers







Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...
New
$17.93
Free shipping
12 watchers

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
$6.00
+ $5.85 shipping
📍 Top Rated Plus
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner...
New
$8.35
Free shipping
Seller with a 99.1% positive feedback







Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone...
New
$10.95
Free shipping
6 watchers

Facial Cleansing Brush, Waterproof Hanging Silicone Face...
New
$10.73
Free shipping

Facial Cleansing Brush, Waterproof Hanging Silicone Face...
New
$10.88
Free shipping



Facial Massager Brush Silicone Face Cleansing Electric Scrubber Skin...
New
$13.81
$15.01 8% off
Free shipping
12% off 2+ with coupon



6 Pcs Cleansing Brush Face Massager Silicone Facial Cleaner
New
$6.00
Free shipping



6 Pcs Face Massager Silicone Facial Cleansing Brush Cleaner
New
$6.27
Free shipping



Silicone Facial Cleansing Device with Brush Massager Adjustable...
New
$16.14
$16.99 5% off
Free shipping
Top Rated Plus



6 Pcs Facial Brush Silicone Cleansing Face Massager Cleaner
New
$6.26
Free shipping
Seller with a 99.1% positive feedback



Silicone Facial Cleansing Brush Handheld Facial Skin Cleaner Massager Brush
New
$8.99
$9.99 10% off
Free shipping



Facial Cleansing Brush 2-in-1 Face Brush Silicone Facial Scrubber Manual Dual
New
$7.69
Free shipping
Seller with a 100% positive feedback



Beauty 360 Facial Cleansing Power Brush Dual Speed 2 Brush Head...
New
$9.99
Free shipping
32 sold



5-in-1 Electric Facial Cleansing Brush Waterproof Face Spin Bru...
New
$12.99
Free shipping
Top Rated Plus
74 sold



3 Packs Deep Cleansing Brush Silicone Face Exfoliating Octopus Facial...
New
$7.19



Facial Cleansing Brush, Waterproof Hanging Silicone Face...
New
$12.25



Facial Cleansing Brush 2-in-1 Face Brush Silicone Facial Scrubber Manual Dual
New
$7.99

$7.99 10% off
Free shipping
Seller with a 99.1% positive feedback

$13.32 8% off
Free shipping

Free shipping
Seller with a 99.6% positive feedback



4 in 1 Electric Facial Cleansing Brush Blackhead Cleaner Face Skin Care...
New
$8.59
Free shipping
16 watchers



Silicone Face Cleansing Brush Facial Cleaner Cleaning Tool US Massag...
New
$9.96
Free shipping



Facial Cleansing Silicone Brush Face Skin Blackhead Pore Cleaner Massager...
New
$6.56
Free shipping



Electric Facial Deep Cleansing Brush Exfoliator Waterproof Face Scrubbe...
New
$15.48
$16.29 5% off
Free shipping
Seller with a 100% positive feedback



2x Facial Cleansing Brush Face Massager Skin Deep Clean Waterproof...
New
$9.49
+ $4.69 shipping
◆ Top Rated Plus
30 sold



Men Facial Cleaning Scrubber Silicone Miniature Face Massage Clean Dee...
New (Other)
$3.32
Free shipping



Facial Cleansing Brush Electric Face Brush Scrubber Face Rechargeable...
New
$35.99
Free shipping



Electric Facial Cleansing Brush Face Cleaner Clean Skin Care Waterproof...
New
$24.99
Free shipping



Rechargeable Cleansing Instrument Electric Face Washing Instrument Pore...
New
$13.51
$15.01 10% off
Free shipping
16% off 2+ with coupon

## Sponsored items based on your recent views



Silicone Facial Cleansing Brush Massage Electric Rechargeable Face...
New



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Ski...
New



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New

Free shipping
41 sold

$8.99 5% off
Free shipping

Free shipping
🏆 Top Rated Plus
14 watchers

+ $
🏆
Sel
pos

## Recently viewed items







Silicone Facial Cleansing
Brush Electric Sonic
Vibration Deep Pore Ski...
New
**$8.54**
$8.99 5% off
Free shipping

Silicone Electric Facial
Cleansing Brush Sonic
Face Cleaning Spa...
New
**$24.99**
+ $5.65 shipping
Seller with a 100%
positive feedback

Sonic Facial Cleansing
Brush Massager: 3-in-1
Rechargeable Electric...
New
**$26.99**
Free shipping
Seller with a 100%
positive feedback



ebay

Shop by category

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay

Search for anything | All Categories | Search | Advanced

Back to homepage | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist







### Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber

Condition: **New**

Color: - Select -

Quantity: 1    Last One / 1 sold

Price: **US $10.56**

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Additional service available

☐ 3-year protection plan from Allstate - $1.99

Shipping: Free SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Yiwu, China

Delivery: ⬩ Estimated between Tue, Oct 3 and Tue, Oct 17 to 33131
This item has an extended handling time and a delivery estimate **greater than 11 business days.** Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
zongtian (22)
92.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

$ Have one to sell?  Sell now

### Similar sponsored items    See all >

Feedback on our suggestions



NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing
New
**$10.99**
Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Messager
New
**$13.98**
Free shipping



Michael Todd Beauty Boogie Nights Soniclear Petite Antimicrobial Skin Cleansing
New
**$34.99**
0 bids

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$13.97**
Free shipping



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ $5.85 shipping

Seller with a 100% positive feedback

20% off 3+ with coupon

Seller with a 100% positive feedback

Top Rated Plus
14 watchers

Top Rated Plus
Seller with a 100% positive feedback

## Sponsored items inspired by your views        See all >

Feedback on our suggestions







Facial Cleansing Brush Silicone Sonic Waterproof Rechargeable Massager Electric
New
**$102.88**
+ $78.61 shipping

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
⬦ Top Rated Plus
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
~~$24.95~~ 20% off
Free shipping

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$9.00**
Free shipping

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$13.97**
Free shipping
⬦ Top Rated Plus
14 watchers

---

**About this item** | Shipping, returns, and payments                                   Report this item

Seller assumes all responsibility for this listing.                    eBay item number:  314313448808

Last updated on Jul 06, 2023 20:58:19 PDT   View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Main Purpose | Acne, Blackheads, Clogged Pores, Excessive Oil, Wrinkles |
| Skin Type | All Skin Types | Number of Pieces | One Unit |
| Power Source | Battery | Feature 1 | Dead Skin Removal |
| Feature 3 | Vibration Massage | Feature 2 | Facial Clean |
| Material | Plastic, Silicone | Item Type | Brush |
| Model Number | B-LMH210917 | Feature | Electric Facial Cleaning Brush |
| Brand | Unbranded | Type | Electric Facial Brush |
| Features | Hypoallergenic, Lightweight, Travel-Friendly, Waterproof, Wireless | | |

## Item description from the seller

**iebilif Facial Cleansing Brush Face Skin Care Tools Waterproof Silicone Electric Sonic Cleanser Facial Beauty Massager**

**Specification:**

Item Name: Electric Face Cleansing

Material: ABS+silicone

Weight: 90g

Size: 8*6*4cm

**Battery Power:** AAA Battery (Due to logistics restrictions, batteries are not included.)

**Feature:**

Deep cleanse the dirt on the face, balance the facial oil secretion, relax the skin and replenish water to shrink the pores and make the skin refreshed and comfortable.

**How To Use**

Multiple verifications, daily blistering facial cleanser 1-2 grams or so, drip 4-6 drops of water, press the mode button for about 5-6 seconds to automatically bubble.

**Tips**

The skin is more fragile when it is allergic peeling. It's recommended that the skin care method at this time be as simple as possible, it's recommended to use it 1-2 times a week, if there is wound or suppurative acne, please stop using this product to avoid worsening wound infection.

**Package List**

1* Face Cleansing Brush



# IPX5  Waterproof design

No fear of liquid immersion, more convenient to use





# 7500 times/min vibration cleaning

Deep stubborn dirt, all shake out



## Thoroughly cleanse the skin, make the skin more delicate and smooth



**1800+** 1800+ high-density bristles

**30%** 32% increase in bristles

**26%** 26% increase in bristle softness

# Sensitive skin  1 type of bristles

The fine bristles are arranged neatly and are designed for sensitive skin, which is not easy to cause redness and tingling discomfort



# Normal skin   2 types of bristles

Thick bristles deeply clean the T-zone and difficult-to-clean areas, while the fine bristles gently clean the dry U-zone



# Combination skin  2 types of bristles

The thick bristles on the top clean the T-zone and difficult-to-clean areas that are prone to oilTwo types of bristles at the lower end gently clean the dry U area





### Day and night dual gear

Massage during the day to release a good mood

### Day and night dual gear

Lift at night to relax the tiredness of the day

## Thoroughly clean make skin supple

Thoroughly clean, gentle and no residue









**Before clean**

Dirt is not only attached to the surface skin Still hidden inside the pores

**Ordinary cleansing**

Difficult to clean deep clogged pores

**Gentle cleansing**

Thermal conductivity system can better open pores, dredge and clean thoroughly



# Multifunctional assembly

## Gentle vibration, no skin damage



Vertical Acoustic
Pulse Technology

IPX5 life waterproof

Bigger brush head,
longer and softer
bristles

With essence, the micro
current conduction is
gentle and easy to absorb

7500

7500 vibrations
per minute

Food grade silicone



Before use, the pores are enlarged and there are many blackheads

After use, the pores shrink and the skin becomes delicate

5mm brush head

With a large area of silicone brush,
blackheads, pores and skin can be
cleaned, effectively solving skin problems

Massage mode

Low-frequency vibration massage,
rejuvenate skin elasticity, and solve
the problem of skin fatigue



**Sonic vibration**

The transdermal sonic vibration can strongly clean the stains under the skin cortex, which is efficient and safe without hurting the skin

# Wash your face, have you really washed it?



**Large pores**

Air dust, makeup residue

**Blackhead, shut up**

Excessive cleaning, imbalance of water and oil,

**Acne**

Sensitive and fragile skin

## HOW TO INSTALL THE BATTERY















Step 1:Apply facial cleanser

After removing makeup, wet the face, foam the facial cleanser and apply it on the face, or apply the facial cleanser directly to the cleanser



Step 2: for cleaning

Turn on the cleansing device to a that each use lasts no more than 2 minutes



Step 3: Perform a massage

Follow the contours of the face and pat



Part 4: Daily Care

After cleansing, start the daily

lightly with a brush. The suggested sequence is: chin-cheeks-forehead-around eyes



### Zongtian

92.3% Positive Feedback
144 Items sold

📅 Joined Oct 2022

**Visit store**

Contact

♡ Save seller

#### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.8 |
| Communication | 4.5 |

#### Popular categories from this store    See all

Collectibles    Pet Supplies    Crafts

Health & Beauty    Business & Industrial

Consumer Electronics    Musical Instruments & Gear

eBay Motors    Sporting Goods

#### Seller feedback (29)

🟢 b***b (1815) • Past month

great game

Drunk Desires Couples Drinking Game Flirty Party Home Party Card Game For Couple (#314271976997)

🟢 u***d (443) • Past 6 months

Awesome product, thanks!

3 PCS Tactical Molle Buckle Hanging Belt Key Hook Webbing Strap Carabiner Clip (#314241459491)

⚫ a***a (11) • Past 6 months

inexpensive and solid

Gold Penis Ring For Men Cock Rings Metal Delay Ejaculation Erection Aid Sex Toy (#314356556423)

See all feedback

### You may also like

Feedback on our suggestions







5-1 Multifunction Electronic Facial Cleansing Face Massage Brush Skin Care Spa
New
**$6.55**
Free shipping
2960 sold

Face Scrubber,2 Pack Soft Silicone Scrubber Facial Cleansing Pad Face Exfoliator
New
**$4.50**
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$13.98**
Free shipping
20% off 3+ with coupon

Facial Cleansing Brush Electric Massage Brush Silicone Rechargeable Waterproof
New
**$7.84**
Free shipping
Seller with a 100% positive feedback

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
**$6.99**
Free shipping
Seller with a 99.7% positive feedback







   

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New (Other)
$9.50
Free shipping
Seller with a 100% positive feedback

5 in 1 Deep Clean Face Skin Electric Facial Cleaner Care Brush Massager Scrubber
New
$6.89
Free shipping
25 sold

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
New
$9.02
$9.49 5% off
Free shipping

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$13.97
Free shipping
🏆 Top Rated Plus
14 watchers

3D Sonic Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body
New
$11.99
Free shipping
221 sold

    

Sponsored
HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
$19.98
Free shipping
🏆 Top Rated Plus
Seller with a 100% positive feedback

Sponsored
Electric Facial Cleansing Brush Silicone Face Scrubber Vibrating Massager USA
New
$30.99
Free shipping
Seller with a 100% positive feedback

Sponsored
Olay Regenerist Shea Butter + Peptide 24 Face Moisturizer Fragrance-Free -1.7oz
New
$14.99
$29.99 50% off
Free shipping
🏆 Top Rated Plus

Sponsored
Olay Regenerist Hyaluronic + Peptide 24 Fragrance-Free Face Moisturizer - SPF
New
$14.99
$29.99 50% off
Free shipping
🏆 Top Rated Plus

Sponsored
OVAL Sonic Facial Cleansing Brush Silicone Face Massager Waterproof Rechargeable
New
$32.99
Free shipping
Seller with a 99.2% positive feedback

    

Sponsored
Electric Face Cleansing Brush Facial Skin Scrubber For Exfoliating & Cleanser
New
$11.69
$12.99 10% off
Free shipping
20 sold

Sponsored
Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$19.96
$24.95 20% off
Free shipping

Sponsored
Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback

Sponsored
NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing
New
$10.99
Free shipping
Seller with a 100% positive feedback

Sponsored
Sharper Image Powerboost Deep Tissue Massager
New
$45.99
$99.99 54% off
Free shipping
🏆 Top Rated Plus

    

Sponsored
Electric Face Cleansing Brush Facial Skin Scrubber For Exfoliating & Cleanser
New

Sponsored
Facial Massager Brush Silicone Face Cleansing Electric Scrubber Skin Cleaner AU
New

Sponsored
2 Pack Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New

Sponsored
Super Face Washing Machine Electric Soft Silicone Facial Brush Cleanser Massage
New

Sponsored
Face Brush Silicone Scrubber Cleansing Facial Exfoliator Soft Scrub Pack Bath

| $13.10 | $13.81 | $9.99 | $8.98 | $8.54 |
|---|---|---|---|---|
| ~~$13.79~~ 5% off | ~~$15.01~~ 8% off | Free shipping | ~~$9.98~~ 10% off | Free shipping |
| Free shipping | Free shipping | 🏆 Top Rated Plus | Free shipping | **Last one** |
| **69 sold** | **12% off 2+ with coupon** | **26 sold** | 🏆 Top Rated Plus | |

---

More to explore : Clinique Electric Facial Brush Facial Cleansing Devices, Facial Cleansing Brushes, Olay Electric Facial Brush Facial Cleansing Devices, Unbranded Electric Facial Brush Facial Cleansing Devices, Avon Electric Facial Brush Facial Cleansing Devices, Panasonic Facial Massager Facial Cleansing Devices, Unbranded Facial Massager Facial Cleansing Devices, Mary Kay Electric Facial Brush Facial Cleansing Devices, Normal Skin Electric Facial Brush Facial Cleansing Devices, Clarisonic All Skin Types Electric Facial Brush Facial Cleansing Devices

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice 



ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ VISA ▮▮▮▮

○ Add new card
VISA ▮▮ ▮▮ ▮▮

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ GPay Google Pay

**Ship to**

▮▮▮▮▮▮
Miami, FL 33131-2124
United States
▮▮▮▮▮▮

**Review item and shipping**

Seller: zongtian   |   Message to seller

Silicone Face Cleansing Brush Electric Facial Cleanser Washing Massager Scrubber
Color: 1
$10.56
Quantity 1

Delivery
Est. delivery: Oct 3 – Oct 17
SpeedPAK Standard
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:              [ Apply ]

**Donate to charity (optional)** ⓘ

Alzheimer's Association

Support the Alzheimer's Association, the leading voluntary health organization in Alzheimer's care, support and research. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $10.56 |
| Shipping | Free |
| Tax* | $0.74 |
| **Order total** | **$11.30** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

ebay MONEY BACK GUARANTEE
See details



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



Hi Jessie! ∨   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ∨   My eBay ∨   🔔   🛒

Shop by category ∨   🔍 Search for anything   All Categories ∨   **Search**   Advanced



"...We've actually refinanced the house two additional

· PAUL B., U.S. AIR FORCE VETERAN; U.S. ARMY VETERAN

# Thanks for shopping with us!

When your order is done processing, we'll email info to ██████████████

You should get your order by Oct 17.

## Order total: $11.30

### Shipping to:

████████████  Miami, FL 33131-2124, United States

Order number: 08-10560-01110



Silicone Face Cleansing Brush Electric Facial Cleanser Was...
You should get it by Oct 17.

See order details

Ad

ShopSmarter   Claim $10 Cash Back and Start Saving Today.   Click Here



## To Much Dust In Your House?

#1 Best Way to Get Rid of Dust In Your Home

Clarifion

Open ›

## Related sponsored items







6 Pcs Face Scrubber Silicone Facial Cleansing Brush Massager
New
**$7.51**
Free shipping

4pcs deep cleansing facial scrubber face massager pore brush Face Cleanser
New
**$8.69**
Free shipping

Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ $5.85 shipping
🏆 Top Rated Plus
Seller with a 100% positive feedback







Facial Massager Brush Silicone Face Cleansing Electric Scrubber Skin...
New
**$13.81**
~~$15.01~~ 8% off
Free shipping

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
**$13.97**
Free shipping
🏆 Top Rated Plus

1pc Double Head Face Cleansing Brush Silicone Facial Cleanser Wash Brus...
New
**$4.95**
~~$9.51~~ 48% off
Free shipping

12% off 2+ with coupon

14 watchers

Almost gone







Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...

New

$17.93

Free shipping

**12 watchers**

Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...

New

$21.69

Free shipping

Top Rated Plus

Seller with a 99% positive feedback

2 Pack Face Washing Machine Electric Soft Silicone Facial Brush...

New

$9.99

Free shipping

Top Rated Plus

**26 sold**







Super Face Washing Machine Electric Soft Silicone Facial Brush...

New

$8.98

$9.98 10% off

Free shipping

Top Rated Plus

6 pcs Silicone Face Cleanser Massager Facial Cleansing Brush Pad...

New

$7.51

Free shipping

6 Pcs Silicone Facial Cleansing Brush Face Scrubber Washing Device

New

$6.26

Free shipping







Set 2 Cleansing Brush Facial Cosmetic Electric Face Scrubber

New

$8.32

Free shipping

6 pcs Silicone Face Cleanser Massager Facial Cleansing Brush Pad...

New

$6.53

Free shipping

6 Pcs Cleansing Brush Face Massager Silicone Facial Cleaner

New

$6.00

Free shipping







6 Pcs Face Scrubber Silicone Facial Cleansing

6 pcs Silicone Face Cleanser Massager Facial

6 pcs Silicone Face Cleanser Massager Facial

Brush Massage
New
$5.82
Free shipping

Cleansing Brush Pad...
New
$6.21
Free shipping

Cleansing Brush Pad...
New
$7.15
Free shipping







Silicone Facial Cleansing Device with Brush Massager Adjustable...
New
$16.14
$16.99 5% off
Free shipping
🏆 Top Rated Plus

Facial Electric Cleansing Brush with 5 Brush Heads deep Cleansing Spin Brush
New
$11.99
Free shipping
Buy 1, get 1 5% off

6 Pcs Facial Brush Silicone Cleansing Face Massager Cleaner
New
$6.26
Free shipping
Seller with a 99.1% positive feedback







Face Brush Silicone Scrubber Cleansing Facial Exfoliator Soft Scrub Pack...
New
$8.54
Free shipping
Last one

Super Face Washing Machine Electric Soft Silicone Facial Brush...
New
$17.59
Free shipping

Silicone Face Cleansing Brush Electric Facial Washing Cleanser...
New
$4.96
Free shipping







2-in-1 Manual Facial Cleansing Brush Silicone Facial Scrubber Dual Face...
New
$7.13
$7.59 6% off
Free shipping

Super Face Washing Machine Electric Soft Silicone Facial Brush...
New
$15.19
$15.99 5% off
Free shipping

5 in 1 Electric Face Facial Cleaner Brushes Deep Cleansing Spa Massager...
New
$8.99
Free shipping
🏆 Top Rated Plus
58 sold







Silicone Face Cleansing Brush Electric Facial Washing Cleanser...
New
**$4.94**
Free shipping

Silicone Face Cleansing Brush Electric Facial Washing Cleanser...
New
**$4.96**
Free shipping

5-in-1 Electric Facial Cleansing Brush Waterproof Face Spin Bru...
New
**$12.99**
Free shipping
Top Rated Plus
**74 sold**

## Sponsored items based on your recent views







Silicone Face Cleansing Brush Electric Facial Cleanser Washing...
New
**$10.56**
Free shipping

Facial Cleansing Brush Silicone Sonic Waterproof Rechargeable Massager...
New
**$102.88**
+ $78.61 shipping

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleane...
New
**$19.98**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

Sili...
Bru...
Cle...
New
**$1(**
~~$17~~
Fre

## Recently viewed items







HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleane...
New
**$19.98**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleane...
New
**$19.96**
~~$24.95~~ 20% off
Free shipping

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Ski...
New
**$9.00**
Free shipping

Mo...
Cle...
Ski...
New
**$5**
Fre
Sel
po:

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



 ebay

Shop by category

Search for anything | All Categories | Search

Advanced

Daily Deals   Brand Outlet   Help & Contact   Sell   Watchlist   My eBay

Back to homepage | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

$ Have one to sell? | Sell now

## Mini Silicone Electric Face Cleansing Brush Facial Skin Cleaner Massager Tool

Condition: New

Price: **US $15.00**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to watchlist

### Additional service available

☐ 3-year protection plan from Allstate - $1.99

Shipping: Free Standard Shipping. See details
Located in: Las Vegas, Nevada, United States

Delivery: Estimated between Fri, Sep 22 and Tue, Sep 26 to 33131 ⓘ

Returns: Seller does not accept returns. See details

Payments:   VISA  AMEX DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
tandzik9 (104)
100% positive feedback

♡ Save seller
Contact seller
See other items

---

## Similar sponsored items   See all >

Feedback on our suggestions



Silicone Facial Cleansing Brush Massage Electric Rechargeable Face Cleaner Pink
New
**$10.95**
Free shipping
Seller you bought from



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$13.98**
Free shipping
20% off 3+ with coupon



NEW Kate Somerville + Retinol Vitamin C Facial Skin Moisturizer 1.7 fl oz. NIB
New
**$16.00**
3 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



5in1 Electric Facia Cleansing Brush Powered Face Skin Scrubbers Facial Care Tool
New
**$6.99**
Free shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
**$19.98**
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views     See all ❯

Feedback on our suggestions







HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager
New
**$19.98**
Free shipping
🏆 Top Rated Plus
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
**$19.96**
~~$24.95~~ 20% off
Free shipping

6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Recharging
New
**$13.50**
Free shipping
7 watchers

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
**$9.00**
Free shipping

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
**$13.97**
Free shipping
🏆 Top Rated Plus
14 watchers

---

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 264731975661

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand | Jiari |
| Size Type | Travel Size | Skin Type | All Skin Types |
| Type | Other | Gender | Unisex |
| MPN | 3YS5EE6LT5EZ2BG6 | | |

### Item description from the seller

Mini Silicone Electric Face Cleansing Brush Facial Skin Cleaner Massager Tool.

Condition is New, no box never used. USB charger included.

Shipped with USPS First Class Package.

---



**tandzik9**

100% Positive Feedback
48 Items sold

Seller's other items
Contact
♡ Save seller

📅 Joined Jan 2008

### Seller feedback (19)

➕ t***a (218) • Past month

Super happy thank you so much

Voluspa Winter Wonder 4pc, Holiday Mini Pedistal Candles Gift Set (#266126137978)

➕ b***b (655) • Past 6 months

A+

Hayward Navigator Pool Vac suction HSC2025CCHBR (#266244667567)

➕ h***e (317) • Past 6 months

Exactly what I want and quick shipping.

EvoNation Women's USA Made Sheer Graduated Compression Socks Medium Nude (#264728054868)

See all feedback

## You may also like

Feedback on our suggestions







Silicone Facial Cleansing Brush Massage Electric Rechargeable Face Cleaner Pink
New
$10.95
Free shipping
Seller you bought from

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$13.98
Free shipping
20% off 3+ with coupon

Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable
New
$6.64
+ $3.99 shipping
🏆 Top Rated Plus

Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager
New
$6.99
Free shipping
Seller with a 99.7% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New (Other)
$9.50
Free shipping
Seller with a 100% positive feedback









**Pay with**

○ VISA ███████████

Add new card
VISA ●● ●● DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

███████████
Miami, FL 33131-2124
United States
███████████

**Review item and shipping**

Seller: tandzik9 | Message to seller

Mini Silicone Electric Face Cleansing Brush Facial Skin Cleaner
Massager Tool
**$15.00**
Quantity 1

**Delivery**
Est. delivery: Sep 22 – Sep 26
USPS First Class
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code: | Apply

**Donate to charity (optional)** ⓘ

Alzheimer's Association

Support the Alzheimer's Association, the leading voluntary health organization in Alzheimer's care, support and research. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount | None ▾



ebay Checkout

How do you like our checkout? Give us feedback

| Subtotal (1 item) | $15.00 |
| Shipping | Free |
| Tax* | $1.05 |

**Order total** | **$16.05**

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

ebay MONEY BACK GUARANTEE
See details



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Daily Deals   Brand Outlet   Help & Contact                                         Sell   Watchlist ⌄   My eBay ⌄

# ebay

Shop by category ⌄   | 🔍 Search for anything | All Categories ⌄ |   **Search**   Advanced

**Thanks for shopping with us!**

When your order is done processing, we'll email info to ▮▮▮▮▮▮

You should get your order by Sep 26.

---

**Order total: $16.05**

Shipping to:

▮▮▮▮▮▮ Miami, FL 33131-2124, United States

Order number: 01-10563-94805

 Mini Silicone Electric Face Cleansing Brush Facial Skin Clea...
You should get it by Sep 26.

See order details

---

Ad

**ShopSmarter**   Claim $10 Cash Back and Start Saving Today.  Click Here


On Today's Online Purchase.
**$25**
**CASH BACK**
CONTINUE →
for trying SmartyPlus


I RECOMMENDED THIS APP TO MY DAD AND HE LOVES IT
» TAKE A TEST «

## Related sponsored items



Facial Massager Brush Silicone Face Cleansing Electric Scrubber Skin...
New
**$13.81**
~~$15.91~~ 8% off
Free shipping
12% off 2+ with coupon



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner...
New
**$18.95**
Free shipping
Last one



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
**$13.97**
Free shipping
🏆 Top Rated Plus
14 watchers



Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...
New
**$17.93**
Free shipping
12 watchers



Silicone Facial Cleansing Device with Brush Massager Adjustable...
New
**$16.14**
~~$16.99~~ 5% off
Free shipping



Silicone Electric Face Cleansing Brush Facial Cleaner Cleaning Massag...
New
**$13.48**
~~$16.24~~ 17% off
Free shipping

Top Rated Plus





Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner...

New

**$8.35**

Free shipping
Seller with a 99.1% positive feedback

4 in 1 Electric Facial Cleansing Brush Blackhead Cleaner Face Skin Care...

New

**$28.15**

~~$29.63~~ 5% off
Free shipping

5 IN 1 Face Cleansing Brush Electric Skin Care Massager Facial Cleanser...

New

**$10.58**

~~$17.63~~ 40% off
+ $2.50 shipping







Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager

New

**$6.00**

+ $5.85 shipping
Top Rated Plus
Seller with a 100% positive feedback

6 Pcs Cleansing Brush Face Massager Silicone Facial Cleaner

New

**$6.00**

Free shipping

Silicone Facial Cleansing Brush Handheld Facial Skin Cleaner Massager Brush

New

**$8.99**

~~$9.99~~ 10% off
Free shipping







6 Pcs Face Massager Silicone Facial Cleansing Brush Cleaner

New

**$6.27**

Free shipping

Facial Electric Cleansing Brush with 5 Brush Heads deep Cleansing Spin Brush

New

**$11.99**

Free shipping
**Buy 1, get 1 5% off**

6 Pcs Face Scrubber Silicone Facial Cleansing Brush Massager

New

**$7.51**

Free shipping







6 pcs Silicone Face

6 pcs Silicone Face

2x Facial Cleansing Brush

Cleansing Brush Pad...
New

**$6.53**

Free shipping

Cleansing Brush Pad...
New

**$6.21**

Free shipping

Clean...proof...
New

**$9.49**

+ $4.69 shipping

🏆 Top Rated Plus

30 sold







6 Pcs Facial Brush Silicone
Cleansing Face Massager
Cleaner
New

**$6.26**

Free shipping

Seller with a 99.1% positive
feedback

Electric Silicone Facial
Cleansing Brush Face Skin
Cleaning Massager Clean...
New

**$15.19**

~~$15.99~~ 5% off

Free shipping

6 pcs Silicone Face
Cleanser Massager Facial
Cleansing Brush Pad...
New

**$7.15**

Free shipping







4 in Electric Facial
Cleansing Brush Skin Care
Waterproof Face Massage...
New

**$15.35**

Free shipping

25 watchers

4 in 1 Electric Facial
Cleansing Brush Blackhead
Cleaner Face Skin Care...
New

**$8.59**

Free shipping

16 watchers

5 in 1 Deep Clean Face Skin
Electric Facial Cleaner Care
Brush Massager Scrubber
New

**$7.99**

Free shipping







5-in-1 Electric Facial
Cleansing Brush
Waterproof Face Spin Bru...
New

**$12.99**

Free shipping

🏆 Top Rated Plus

74 sold

10 Speed Silicone Facial
Skin Cleansing Brush Face
Massager Vibration Deep...
New

**$19.73**

~~$39.46~~ 50% off

Free shipping

Silicone Face Cleansing
Brush Electric Facial
Cleanser Washing...
New

**$16.62**

~~$17.49~~ 5% off

Free shipping







Electric Facial Cleansing
Brush Face Cleaner Clean
Skin Care Waterproof...
New

**$24.99**

Free shipping

1pc Double Head Face
Cleansing Brush Silicone
Facial Cleanser Wash Brus...
New

**$4.95**

~~$9.51~~ 48% off
Free shipping
**Almost gone**

Facial Cleansing Silicone
Brush Face Skin Blackhead
Pore Cleaner Massager...
New

**$6.56**

Free shipping

## Sponsored items based on your recent views



HLAIE Silicone Electric
Face Cleansing BRUSH
Sonic Facial Skin Cleane...
New

**$19.98**

Free shipping
🏆 Top Rated Plus
Seller with a 100%
positive feedback



Silicone Electric Face
Cleansing Brush Ultra
Sonic Facial Skin Cleane...
New

**$19.96**

~~$24.95~~ 20% off
Free shipping



Silicone Electric Face
Cleansing Brush Facial
Cleaner Cleaning...
New

**$13.48**

~~$16.24~~ 17% off
Free shipping

Sili
Bru
Cle
New

$16

Fre

## Sponsored items from this seller



RENPHO Rechargable Air
compression Leg/Calf
massager MSRP $70
New (Other)

**$45.00**

+ $22.45 shipping
Seller with a 100%
positive feedback



Mexitop Ear Cleaner, New
Turbofan Structure for
Complete Ear Cleaning,...
New

**$20.00**

Free shipping
Seller with a 100%
positive feedback

## Recently viewed items










HLAIE Silicone Electric
Face Cleansing BRUSH
Sonic Facial Skin Cleane...
New
**$19.98**
Free shipping
🏆 Top Rated Plus
Seller with a 100%
positive feedback

Silicone Electric Face
Cleansing Brush Ultra
Sonic Facial Skin Cleane...
New
**$19.96**
~~$24.95~~ 20% off
Free shipping

Silicone Facial Cleansing
Brush Electric Sonic
Vibration Deep Pore Ski...
New
**$9.00**
Free shipping

Mo...
Cle...
Ski...
New
$5...
Fre...
Sel...
pos...

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



ebay

Shop by category

Search for anything   All Categories   Search   Advanced

Back to homepage | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

BUY 1, GET 1 AT 5% OFF (add 2 to cart)   See all eligible items and terms

**6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Recharging**

Condition: New

Quantity: 1   5 available / 5 sold

Price: US $13.50   **Buy It Now**

**Add to cart**

Best Offer:   **Make offer**

**♡ Add to watchlist**

Additional service available

☐ 3-year protection plan from Allstate - $1.99

↩ Breathe easy. Returns accepted.

⚡ People are checking this out. 7 have added this to their watchlist.

Shipping: Free Standard Shipping. See details
Located in: Rowland Heights, California, United States

Delivery: Estimated between Fri, Sep 22 and Mon, Sep 25 to 33130 ⓘ

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
mastertoner (12742)
97.8% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

**Similar sponsored items**   See all ›

Feedback on our suggestions



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$13.97
Free shipping
⚑ Top Rated Plus
14 watchers



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$13.98
Free shipping
20% off 3+ with coupon



Michael Todd Beauty Boogie Nights Soniclear Petite Antimicrobial Skin Cleansing
New
$34.99
0 bids
+ $5.99 shipping
Seller with a 100% positive feedback



NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing
New
$10.99
Free shipping
Seller with a 100% positive feedback



3D Sonic Facial Cleansing Brush Skin Rechargable Waterproof Electric Face Body
New
$11.99
Free shipping
221 sold

**Sponsored items inspired by your views**   See all ›

Feedback on our suggestions







Silicone Facial Cleansing Brush Electric
Sonic Vibration Deep Pore Skin
Cleaner
New
$9.00
Free shipping

HLAIE Silicone Electric Face Cleansing
BRUSH Sonic Facial Skin Cleaner
Massager
New
$19.98
Free shipping
♥ Top Rated Plus
Seller with a 100% positive feedback

Electric Facial Cleansing Brush Set
Face Body Exfoliating Silicone
Waterproof US
New
$13.97
Free shipping
♥ Top Rated Plus
14 watchers

---

**About this item** | Shipping, returns, and payments                    Report this item

Seller assumes all responsibility for this listing.                    eBay item number: 133437196266

Last updated on Jul 24, 2023 22:01:53 PDT   View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand | YUNCHI |
| MPN | Y2 | Model | Y2 |
| Type | Electric Facial Brush | Skin Type | All Skin Types |
| Gender | Unisex | Size Type | Travel Size |
| Features | 6000 rpm Frequency, 8 levels adjustment, Food Grade Material | Features 2 | USB charging, IPX7 Waterproof, Tiny, Portable |
| Size | 4oz. | Waterproof Grade | IPX7 |
| Frequency | 6000 rpm | Adjustment Levels | 8 |
| Color | Pink | UPC | Does not apply |

## Item description from the seller



normal spinning brushes. Combined thick and thin bristles for deep and precise clean. A great face beauty tool and also can be used as a facial massager.

3. 1 Hour Charging for 30 Days Use. Less than 1 hour fast charging for 30 days use ( 2 minutes a time, twice a day ). Convenient USB charging with your power adapter, laptop or power bank, etc. IPX7 Waterproof Grade. Safe to use even when shower. Tiny & Portable. Small enough to fit into your handbag, perfect grip and portable for travels.

4. 30 Days Warranty & Fast Service. About the size of your palm, easy to take along in the handbags, gym bags or travel bags. A perfect gift for your wife, girlfriend, sister or female friends, especially when it's elaborately packaged. Any questions are answered within 1 day, 30 days guarantee, 100% refund for quality problems, why no try?

**Description:**

Daily facial cleaning

Deep cleansing and makeup removal

Help with blackhead removal

Help with pore shrinking

Help with skin exfoliating

Promote nutrient absorption of cleanser / essence, help control oil secretion and inhibit acne generation

3 times better cleansing effect than hand wash.

Less harmful to the skin than spinning brushes.

Suitable for all skin types & sensitivities.

**Specifications:**

Product Dimensions: 14.3 x 9.5 x 4.7 cm
Item Weight: 110 Grams
Heads Material: Silicone
Wireless Charging: NO
Adjustment Levels: 8
Frequency: 6000 rpm

**What's In the Box:**

1 X Facial Cleansing Brush Device
1 X USB Charging Cable
1 X User Manual

You may also like

 
10 PK 125 Black
Toner Cartridge for
USD 81.90


226FT Micro Drip
Irrigation Kit
USD 59.85


Inflatable Foldable
Floating Bed Float
USD 26.50


1 Pack CF226A 26A
Toner Cartridge for
USD 17.34


Shower Curtain
AFRICAN Lady
USD 15.99


Mens Classy Style
Wood Buff Retro
USD 13.99


10PK LC3011 Black
Ink Cartridge for
USD 52.93


Progress Lighting
Home Pendant Light
USD 55.80

4PK CC364A 64A
Laser Toner
USD 84.35


1PK E40 E-40 Black
Toner Cartridge For
USD 31.69


Sable Women
Pendant Floating
USD 21.99


2 Pack for HP
662XL Black Ink
USD 26.49


HP65XL


TN760


CE285A


CC364X


CRG-046



|3 Fan Speeds

TAOTRONICS 2-Pack 16" Wall M...
USD 62.74

sport gym Wireless Headphones...
USD 31.44

CE285A
2-Pack/Pk CE285A 85A 285A Ton...
USD 15.63

RAVPower Camera Battery Char...
USD 29.99

Power Your Sony NP-FZ100
RAVPower Battery Dual USB Ch...
USD 26.99

Help & Info
Payment Policy
Shipping Policy
Return Policy
FAQ
About Us



| Black Ink Cartridges | Swimming Pool | IC Chip High-Yield | Toner Cartridge Pa... | 2GC364X 64X Toner | Toner For Canon |
|---|---|---|---|---|---|
| USD 23.58 | USD 49.99 | USD 56.77 | USD 44.71 | USD 237.69 | USD 23.80 |

| Homech Rechargeable | 8PK TN227 Blk CMY Toner Cartridge with | RAVPower 2x 1260mAh Camera | Skipping Jump Rope Boxing Weighted | 30-200A Amp Manual Reset | 1000 Pieces African Beasts Nature |
|---|---|---|---|---|---|
| USD 23.49 | USD 97.94 | USD 14.75 | USD 9.59 | USD 20.79 | USD 13.49 |

| Payment | Shipping | Returns | Contact Us |
|---|---|---|---|

Accept Only Paypal

All right reserved.

SoldEazy



## mastertoner

97.8% Positive Feedback
59K Items sold

Visit store
Contact
♡ Save seller

📅 Joined Jul 2017

### Detailed seller ratings
Average for the last 12 months

| Accurate description | 4.9 |
|---|---|
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Popular categories from this store   See all

HP   CANON   SAMSUNG   DELL   BROTHER

phone accessories   Other

### Seller feedback (13,481)

➕ c***a (180) • Past month

Muy rápido buen servicio

1/2-28 to 3/4-16 Automotive Threaded Oil Filter Adapter Black Steel Knurled US (#133364313706)

➕ _***. (26) • Past month

So Cute. Just what I wanted Thanks 😊

4 PCS Metal Bugs Ladybugs Wall Ground Fence Garden Outdoor Art Decor ladybug (#134065639467)

➕ J***i (995) • Past month

Fast shipping.....item as described.

Office CLOTHING PRICE LABEL TAGGING TAG TAGGER GUN WITH 1500 2" BARBS 6 Needle (#134092920654)

See all feedback

---

🔋 **BUY 1, GET 1 AT 5% OFF** (add 2 to cart)*ⓘ   See all eligible items →

Buy 1, get 1 at 5% off
Discount will be applied when you add promotional items from mastertoner to your cart

All promotional offers from mastertoner



➕
See all

Face Facial Cleansing Egg Brush 3D
Sonic Vibrating Waterproof With 4
Modes IPX6

US $26.99

You can change quantities in your cart.

## You may also like

Feedback on our suggestions



Sonic Facial Cleansing Brush Silicone
Face Scrubber, Waterproof Vibrating
Face C
New
$10.79
Free shipping
**Last one**



Silicone Facial Cleansing Sonic Brush
Portable Waterproof Rechargeable
New
$15.99
+ $5.85 shipping
Seller with a 100% positive feedback



NAXMI Sonic Facial Cleansing Brush
Waterproof Face Scrubber for Deep
Cleansing
New
$10.99
Free shipping
Seller with a 100% positive feedback



5-1 Multifunction Electronic Facial
Cleansing Face Massage Brush Skin
Care Spa
New
$6.55
Free shipping
**2960 sold**



Facial Cleansing Brush, Waterproof
Hanging Silicone Face Rechargeable
Fashion
New
$10.73
Free shipping













How do you like our checkout? Give us feedback

**Pay with**

○ VISA ████

○ Add new card
  VISA ● AMEX ●

○ PayPal

○ PayPal CREDIT
  Special financing available.
  Apply now. See terms

○ GPay Google Pay

**Ship to**

████████

Miami, FL 33131-2124
United States

████████

**Review item and shipping**

Seller: mastertoner   Message to seller

6000rpm Silicone Waterproof Electric Sonic Facial Cleansing Brush USB Recharging
**$13.50**

Quantity
1

Delivery
Est. delivery: Sep 22 – Sep 25
USPS First Class
**Free**

**Gift cards, coupons, eBay Bucks**

[ Enter code: ]   [ Apply ]

**Donate to charity (optional)** ⓘ

Alzheimer's Association

Support the Alzheimer's Association, the leading voluntary health organization in Alzheimer's care, support and research. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   [ None ]

| Subtotal (1 item) | $13.50 |
| Shipping | Free |
| Tax* | $0.95 |
| **Order total** | **$14.45** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

ebay MONEY BACK GUARANTEE
See details



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ⬛⬜ and AdChoice ⓘ



Shop by category ∨ | Search for anything | All Categories ∨ | Search    Advanced

Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ∨   My eBay ∨

## Thanks for shopping with us!

When your order is done processing, we'll email info to

You should get your order by Sep 25.

### Order total: $14.45

**Shipping to:**

Miami, FL 33131-2124, United States

Order number: 05-10562-28668

6000rpm Silicone Waterproof Electric Sonic Facial Cleansi...
You should get it by Sep 25.

See order details

Ad
Shop$marter   Claim $10 Cash Back and Start Saving Today. Click Here


Ad
This Smart Device Will Let You To Get Internet Connection Wherever You Are
Ryoko    Open ›


I RECOMMENDED THIS APP TO MY DAD AND HE LOVES IT
TAKE A TEST

## Related sponsored items



Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...
New
**$17.93**
Free shipping
12 watchers



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
**$13.97**
Free shipping
🏆 Top Rated Plus
14 watchers



Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager
New
**$6.00**
+ $5.85 shipping
🏆 Top Rated Plus
Seller with a 100% positive feedback



3D Sonic Facial Cleansing Brush Skin Rechargeable Waterproof Electric Face...
New
**$11.99**



Brush Massager Sonic Facial Cleansing Brush Waterproof Silicone Mini...
New
**$6.56**



Pack Of 2 Pulsaderm SONIC WASHCLOTH 2 speed Silicone Face Brus...
New
**$13.00**

Free shipping

221 sold

Seller with 99.2% positive feedback



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner...

New

**$18.95**

Free shipping

Last one



Facial Cleansing Brush, Waterproof Hanging Silicone Face...

New

**$10.73**

Free shipping



Facial Cleansing Brush, Waterproof Hanging Silicone Face...

New

~~$13.32~~ 8% off

Free shipping



Facial Massager Brush Silicone Face Cleansing Electric Scrubber Skin...

New

**$13.81**

~~$15.01~~ 8% off

Free shipping

12% off 2+ with coupon



Facial Cleansing Brush, Waterproof Hanging Silicone Face...

New

**$10.88**

Free shipping



Pure Original Sonic Facial and Body Cleansing, Exfoliating & Massaging...

New

**$12.99**

Free shipping

🏆 Top Rated Plus

132 sold



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin...

New

**$7.99**

Free shipping

13 watchers



5-in-1 Electric Facial Cleansing Brush Waterproof Face Spin Bru...

New

**$12.99**

Free shipping

🏆 Top Rated Plus

74 sold



PleasingCare Silicone Sonic Facial Cleansing Brush, Rechargeable...

New (Other)

**$25.40**

Free shipping

Seller with a 99.1% positive feedback



Electric Face Heating



Beauty 360 Facial



Silicone Electric Face

Cleansing Brush Massaging
Removing Blackhead...
New

**$11.49**

Free shipping

Cleansing Power Brush
Dual Speed 2 Brush Head...
New

**$9.99**

Free shipping
**32 sold**

Cleansing Brush Facial
Cleaner Cleaning Massag...
New

**$13.48**

~~$16.24~~ 17% off
Free shipping







True Glow Sonic Facial
Brush Kit By Conair NEW

New (Other)

**$24.89**

Free shipping
Seller with a 100% positive
feedback

Plum Beauty Facial
Cleansing Brush
Rechargeable Compact...
New

**$14.99**

Free shipping
Seller with a 99.4% positive
feedback

Foreo Luna Mini 2 T-Sonic
Facial Cleansing Device |
Midnight Black
New (Other)

**$29.92**

Free shipping
🏆 Top Rated Plus
Seller with a 100% positive
feedback







Facial Body Cleansing
Brush 3-in-1 Waterproof
Electric Face Exfoliating...
New

**$17.93**

Free shipping
🏆 Top Rated Plus
Seller with a 99.4% positive
feedback

Shaving compatible with
Machine for Men Hair Facial
Cleansing Brush,...
New

**$10.47**

~~$11.63~~ 10% off
Free shipping

Facial Cleansing Brush
Waterproof Face Spin
Cleaning with 5 Heads...
New

**$16.22**

~~$17.07~~ 5% off
Free shipping
**Last one**







Silicone Face Cleansing
Brush Electric Facial
Cleanser Washing...
New

**$16.62**

~~$17.49~~ 5% off
Free shipping

Facial Cleansing Brush
[Newest 2021] Waterproof
Sonic Face Spin Brush...
New

**$24.99**

Free shipping
🏆 Top Rated Plus
Seller with a 99.3% positive
feedback

Electric Silicone Facial
Cleansing Brush Face Skin
Cleaning Massager Clean...
New

**$15.19**

~~$15.99~~ 5% off
Free shipping










Electric Facial Cleansing Brush Face Cleaner Sonic Vibration Deep Pore...
New
**$18.37**
$19.97 8% off
Free shipping

Electric Facial Cleansing Brush 3 Levels Rechargeable Improve Sk...
New
**$21.50**
Free shipping

Electric Facial Cleansing Brush Face Cleaner Clean Skin Care Waterproof...
New
**$24.99**
Free shipping

## Sponsored items based on your recent views





6000rpm Silicone Waterproof Electric Facial Cleansing Brush...
New
**$13.50**
Free shipping
7 watchers

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Ski...
New
**$9.00**
Free shipping

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleane...
New
**$19.98**
Free shipping
🏆 Top Rated Plus Seller with a 100% positive feedback

Pur... and...
Exf...
Ne...
**$12...**
Fre...
🏆
132...

## Sponsored items from this seller





Face Facial Cleansing Egg Brush 3D Sonic Vibrating Waterproof With 4 Mod...
New
**$26.99**
Free shipping
13 watchers

Homech Facial Hair Removal Women USB Rechargeable Electric...
New
**$12.95**
Free shipping
94 sold

Blackhead Remover Pore Vacuum Facial Cleaner Electric Acne Comedon...
New
**$14.39**
$15.99 10% off
Free shipping
11 watchers

Wo...
Re...
Eye...
Ne...
**$11...**
$12...
Fre...
7 w...

## Recently viewed items










Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Ski...

New

**$9.00**

Free shipping

Moyan Silicone Electric Cleansing Brush Facial Skin Cleaner Cleaning...

New

**$55.00**

Free shipping
Seller with a 100% positive feedback

HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleane...

New

**$19.98**

Free shipping
🏆 Top Rated Plus
Seller with a 100% positive feedback

US
Wa
Sili

Ne

**$12**

+ $
Las




Daily Deals | Brand Outlet | Help & Contact    Sell | Watchlist ∨ | My eBay ∨

ebay | Shop by category ∨ | Search for anything | All Categories ∨ | Search | Advanced

< Back to home page | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist







Hover to zoom

$ Have one to sell? **Sell now**

## silicone electric facial cleansing brush for acne and pores

Condition: New

Price: **US $13.00**

**Buy It Now**

**Add to cart**

Best Offer: **Make offer**

♡ Add to watchlist

**Additional service available**

☐ 3-year protection plan from Allstate - $1.99

Pickup: Free local pickup from Anaheim, California, United States. See details

Shipping: US $8.55 Standard Shipping. See details
Located in: Anaheim, California, United States

Delivery: Estimated between Thu, Sep 21 and Mon, Sep 25 to 33101 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal | GPay | VISA | Mastercard | AMEX | DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
stylemebri (209)
100% positive feedback

♡ Save seller
Contact seller
See other items

---

## Similar sponsored items    See all >

Feedback on our suggestions







| NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubber for Deep Cleansing | Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US | Heimish All Clean Balm 120ml Cleansing Blam | 3 Pack Silicone Face Scrubber Exfoliating Brush Manual Handheld Facial Cleansing | Silicone Facial Cleansing Brush Massage Electric Rechargeable Face Cleaner Pink | Ha... Bru... Cle... Ne... |
| New | New | New | New | New | |
| $10.99 | $13.97 | $0.10 | $4.68 | $10.95 | $10... |
| Free shipping | Free shipping | 1 bid | $5.85 20% off | Free shipping | Fre... |
| Seller with a 100% positive feedback | 🏅 Top Rated Plus | + $5.70 shipping | Free shipping | Seller you bought from | 6 w... |
| | 14 watchers | Seller with a 100% positive feedback | 5 watchers | | |

---

## Sponsored items inspired by your views    See all >

Feedback on our suggestions






HLAIE Silicone Electric Face Cleansing BRUSH Sonic Facial Skin Cleaner Massager

Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US

Facial Cleansing Brush, 3-in-l Electric Silicone Face Scrubber, Vibrating Massag

New                          New                          New                          New
$19.98                       $9.01                        $13.97                       $27.08
Free shipping                Free shipping                Free shipping                Free shipping
◆ Top Rated Plus                                          ◆ Top Rated Plus             Last one
Seller with a 100% positive feedback                      14 watchers

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.                                    eBay item number: 324200780036

Last updated on Oct 22, 2020 22:27:22 PDT   View all revisions

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Type | Electric Facial Brush |
|---|---|---|---|

## Item description from the seller

silicone electric facial cleansing brush. Condition is New. Shipped with USPS Priority Mail. Come with charger. It's light pink. New in box. Comes with instructions.

### stylemebri
100% Positive Feedback
69 Items sold

📅 Joined Feb 2017

Seller's other items

Contact

♡ Save seller

## Seller feedback (14)

⊕ t***m (1221) • More than a year ago

excellent seller fast shipping as described thank you so much!! 5*****

3 pack sequin face mask (#324678525019)

◐ l***t (2635) • More than a year ago

didn't mail it out

Black Mask 1 Pack (#324479921773)

⊕ n***l (444) • More than a year ago

QUICK SHIPMENT

christmas dog mask large (#324677396049)

See all feedback

## You may also like

Feedback on our suggestions

    



**ebay** Checkout

How do you like our checkout? Give us feedback



**Pay with**

○ VISA

○ Add new card
  VISA MasterCard AMEX Discover

○ PayPal

○ PayPal CREDIT
  Special financing available.
  Apply now. See terms

○ G Pay Google Pay

**Ship to**

Miami, FL 33131-2124
United States

**Review item and shipping**

Seller: stylemebri    Message to seller

silicone electric facial cleansing brush for acne and pores
**$13.00**
Quantity 1

● **Delivery**
  Est. delivery: Sep 21 – Sep 25
  USPS First Class
  $8.55

○ **Pickup**
  Contact seller after checkout to arrange pickup

**Gift cards, coupons, eBay Bucks**

Enter code:            Apply

**Donate to charity (optional)** ⓘ

Alzheimer's Association

Support the Alzheimer's Association, the leading voluntary health organization in Alzheimer's care, support and research. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| Subtotal (1 item) | $13.00 |
| Shipping | $8.55 |
| Tax* | $1.51 |

**Order total    $23.06**

By placing your order, you agree to eBay's User Agreement and Privacy Notice

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

ebay MONEY BACK GUARANTEE
See details

? 

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

 

Shop by category ∨    Search for anything    All Categories ∨    **Search**    Advanced



## Thanks for shopping with us!

You should get your order by **Sep 25**.

**Order total: $23.06**

Shipping to: ▮▮▮▮▮▮ Miami, FL 33131-2124, United States

Order number: 24-10562-32640

 silicone electric facial cleansing brush for acne and pores
You should get it by Sep 25.

See order details

Ad
sxm   Unlock 3 Months Free on SiriusXM.   Listen now





## Related sponsored items



Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...
New
$17.93
Free shipping
12 watchers



Facial Electric Cleansing Brush with 5 Brush Heads deep Cleansing Spin Brush
New
$11.99
Free shipping
Buy 1, get 15% off



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone...
New
$10.95
Free shipping
6 watchers



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...
New
$13.97
Free shipping
14 watchers



2 Pack Face Washing Machine Electric Soft Silicone Facial Brush...
New
$9.99
Free shipping
Top Rated Plus
26 sold



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin...
New
$7.99
Free shipping
13 watchers







Silicone Electric Face
Cleansing Brush Ultra Sonic
Facial Skin Cleaner...
New
**$18.95**
Free shipping
**Last one**

3-Pack Deep Pore & Xoni
Brush Facial Brush Head for
Clarisonic Mia 1, 2, 3
New
**$27.95**
Free shipping
Seller with a 100% positive
feedback

Facial Body Cleansing
Brush 3-in-1 Waterproof
Electric Face Exfoliating...
New
**$17.93**
♦ Top Rated Plus
Seller with a 99.4% positive
feedback



Facial Body Cleansing
Brush 3-in-1 Waterproof
Electric Face Exfoliating...
New
**$21.69**
Free shipping



Silicone Facial Cleansing
Device with Brush
Massager Adjustable...
New
**$16.14**
$16.99 5% off
Free shipping
♦ Top Rated Plus



Facial Massager Brush
Silicone Face Cleansing
Electric Scrubber Skin...
New
**$13.81**
$15.01 8% off
Free shipping
**12% off 2+ with coupon**



1pc Double Head Face
Cleansing Brush Silicone
Facial Cleanser Wash Brus...
New
**$4.95**
$9.51 48% off
Free shipping
**Almost gone**



5-in-1 Electric Facial
Cleansing Brush
Waterproof Face Spin Bru...
New
**$12.99**
Free shipping
♦ Top Rated Plus
**74 sold**



Electric Silicone Facial
Cleansing Brush Face Skin
Care Deep Cleaner...
New
**$8.35**
Free shipping
Seller with a 99.3% positive
feedback



Facial Cleansing Brush 2-in-
1 Face Brush Silicone Facial
Scrubber Manual Dual
New
**$7.69**
Free shipping
Seller with a 100% positive
feedback



Facial Cleanser Brightening
Shrink Pores Cleansing
Acne Oil Control Face...
New
**$9.28**
Free shipping
♦ Top Rated Plus



Pack Of 2 Pulsaderm
SONIC WASHCLOTH 2
speed Silicone Face Brus...
New
**$13.00**
Free shipping
Seller with a 99.2% positive
feedback



Silicone Facial Cleansing
Brush Electric Sonic
Vibration Deep Pore Skin...
New
**$8.54**



Facial Cleansing Brush 2-in-
1 Face Brush Silicone Facial
Scrubber Manual Dual
New
**$7.99**



Super Face Washing
Machine Electric Soft
Silicone Facial Brush...
New
**$17.59**

$8.99 5% off
Free shipping
Seller you bought from



2PACK Silicone Face
Scrubber Brush Handheld
Facial Cleansing Brush for...
New
$13.99
Free shipping
Seller with a 99.2% positive
feedback

Free shipping
Seller with a 99.6% positive
feedback



Silicone Face Cleansing
Brush Electric Facial
Cleanser Washing...
New
$16.62
$17.49 5% off
Free shipping

Free shipping



Facial Deep Cleansing
Exfoliating Acne w/ 2
Brushes Battery Powered...
New
$8.99
Free shipping
47 sold



2-in-1 Manual Facial
Cleansing Brush Silicone
Facial Scrubber Dual Face...
New
$7.13
$7.59 6% off
Free shipping



Electric Facial Cleansing
Brush Face Cleaner Sonic
Vibration Deep Pore...
New
$18.37
$19.97 8% off
Free shipping



3 Packs Deep Cleansing
Brush Silicone Face
Exfoliating Octopus Facial...
New
$7.19
$7.99 10% off
Free shipping
Seller with a 99.1% positive
feedback



Silicone Face Cleansing
Brush Electric Facial
Cleanser Washing...
New
$10.56
Free shipping



FOREO LUNA mini 2 Facial
Brush Storage Case, EVA
Shock Absorption Carrying...
New
$9.99
Free shipping
Seller with a 99.6% positive
feedback



5 in 1 Electric Facial
Cleansing Brush Face
Scrubber Tool Deep Clea...
New
$5.88
Free shipping
🏆 Top Rated Plus
Seller with a 99.5% positive
feedback

## Sponsored items based on your recent views



HLAIE Silicone Electric
Face Cleansing BRUSH
Sonic Facial Skin Cleane...
New



Handheld Electric Facial
Cleansing Brush Tool
Waterproof Silicone...
New



Electric Facial Cleansing
Brush Set Face Body
Exfoliating Silicone...
New

fac
rec

New

$19.98                $10.95                $13.97                $18

Free shipping         Free shipping         Free shipping         + $
❤ Top Rated Plus      6 watchers            ❤ Top Rated Plus
Seller with a 100%                          14 watchers
positive feedback

## Sponsored items from this seller





Conair Towel Warmer and          Burt's Bees Detoxifying
Drying Rack                      Clay Facial Mask
                                 Charcoal Acai Oil 0.57 o...
Pre-owned                        New

$50.00                           $4.00

+ $95.60 shipping                + $5.25 shipping
Seller with a 100%               Seller with a 100%
positive feedback                positive feedback

## Recently viewed items








HLAIE Silicone Electric     USB Recharge              Silicone Facial Cleansing    Mo
Face Cleansing BRUSH        Waterproof Vibrating      Brush Electric Sonic         Cle
Sonic Facial Skin Cleane... Silicone Face Cleansing...Vibration Deep Pore Ski...   Ski
New                         New (Other)               New                          Ne

$19.98                      $12.99                    $9.01                        $5

Free shipping               + $5.10 shipping          Free shipping                Fre
❤ Top Rated Plus            Last one                                               Sel
Seller with a 100%                                                                 po
positive feedback

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice





ebay

Shop by category

Search for anything | All Categories | Search | Advanced

Daily Deals  Brand Outlet  Help & Contact | Sell  Watchlist  My eBay

Back to homepage | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist



Hover to zoom

$ Have one to sell? | Sell now

## Silicone Waterproof Electric Facial Cleansing Brush USB Rechargeable Pink

Condition: New other (see details)

Price: US $12.95

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Additional service available

☐ 2-year protection plan from Allstate - $2.99

Shipping: Free Standard Shipping. See details
Located in: Eufaula, Oklahoma, United States

Delivery: Estimated between Thu, Sep 21 and Mon, Sep 25 to 3313 ⓘ

Returns: Seller does not accept returns. See details

Payments: PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER

*PayPal* CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

### Seller information
eufaulagin (149)
99.4% positive feedback

♡ Save seller
Contact seller
See other items

---

## Similar sponsored items    See all >



Silicone Facial Cleansing Brush Massage Electric Rechargeable Face Cleaner Pink
New
$10.95
Free shipping
Seller you bought from



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$13.97
Free shipping
Top Rated Plus
14 watchers



NEW Kate Somerville + Retinol Vitamin C Facial Skin Moisturizer 1.7 fl oz, NIB
New
$16.00
3 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback



Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone Cleansing New
New
$10.95
Free shipping
6 watchers



3 Pack Silicone Face Scrubber Exfoliating Brush Manual Handheld Facial Cleansing
New
$4.68
$5.85 20% off
Free shipping
5 watchers

2 i
Cl
US
Ne

---

## Sponsored items inspired by your views    See all >



Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Skin Cleaner
New
$9.01
Free shipping



Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone Waterproof US
New
$13.97
Free shipping
Top Rated Plus
14 watchers



Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
$27.08
Free shipping
Last one



Electric Facial Cleansing Brush Silicone Vibration Massager Blackhead Remover
New
$35.99
Free shipping
Seller with a 100% positive feedback



Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager
New
$48.99
Free shipping
Seller with a 100% positive feedback



Feedback on our suggestions

| About this item | Shipping, returns, and payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 234656476308

## Item specifics

| Condition | New other (see details): A new, unused item with absolutely no signs of wear. The item may be ... Read more | Skin Type | All Skin Types |
|---|---|---|---|
| Power Source | USB | Size | 4oz. |
| Color | Pink | Material | Silicone |
| Gender | Unisex | Number of Speeds | 3 |
| Brand | iSmooth | Size Type | Travel Size |
| Type | Electric Facial Brush | Model | iS |
| Features 2 | USB charging, IPX7 Waterproof, Tiny, Portable, | Features | Waterproof, Rechargeable, Multi Modes |
| UPC | 6923463500884 | | |

## Item description from the seller

Silicone Waterproof Electric Facial Cleansing Brush USB Rechargeable Pink.

Multiple Speeds

Silicone

Box has been opened to check item. It is in perfect condition.

---

**eufaulagirl**

99.4% Positive Feedback
3.5K Items sold

Seller's other items

Contact

♡ Save seller

📅 Joined Jul 2014

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

### Seller feedback (1,452)

➕ c***e (1655) • Past month
**It is a good deal with reasonable price 👍 A+++++**
Lavazza Expert Espresso Decaf 36 Capsules Exp 2024 (#235075949474)

➕ h***k (354) • Past month
**Item as described, A+++**
3M Filtrete Healthy Living 10x20x1 Air Filter MPR 1500 MERV 12, 6-Pack (#334896865549)

➕ e***o • Past 6 months
**Excellent!**
ZeroDerm Advanced Therapy Moisturizing Conditioner 1 Gallon 128 FL Oz, (#334946184375)

See all feedback

---

## You may also like

Feedback on our suggestions

     



Silicone Facial Cleansing Brush
Massage Electric Rechargeable Face
Cleaner Pink

New

$10.95

Free shipping
Seller you bought from



Electric Facial Cleansing Brush Set Face
Body Exfoliating Silicone Waterproof US

New

$13.97

Free shipping
🏆 Top Rated Plus
14 watchers



Handheld Electric Facial Cleansing
Brush Tool Waterproof Silicone
Cleansing New

New

$10.95

Free shipping
6 watchers



Silicone Facial Cleansing Sonic Brush
Portable Waterproof Rechargeable

New

$15.99

+ $5.85 shipping
Seller with a 100% positive feedback



Face Facial Cleansing Brush Spa Skin
Care Massage Silicone Electric
Rechargeable

New

$6.64

+ $3.99 shipping
🏆 Top Rated Plus

















Hi Jessie! ▾   Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ▾   My eBay ▾   🔔 🛒

Shop by category ▾   | 🔍 Search for anything | All Categories ▾ | **Search** |   Advanced

## Thanks for shopping with us!

When your order is done processing, we'll email info to ▆▆▆▆▆

You should get your order by **Sep 25.**

Azibo
DIY Landlords:
Collect rent online... for free.
Get started

### Order total: $13.86

Shipping to:

▆▆▆▆▆ Miami, FL 33131-2124, United States

Order number: 15-10552-85290



Silicone Waterproof Electric Facial Cleansing Brush USB Re...
You should get it by Sep 25.

See order details

Ad

SiriusXM  Stream 3 months free on the App. Subscribe now

28-DAY WORKOUT CHALLENGE
FOR SENIORS




### Related sponsored items

  

| | | |
|---|---|---|
| Facial Cleansing Brush, Waterproof Hanging Silicone Face... | Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating... | Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone... |
| New | New | New |
| $12.25 | $17.93 | $10.95 |
| $13.32 8% off | Free shipping | Free shipping |
| Free shipping | 12 watchers | 6 watchers |

  

| | | |
|---|---|---|
| Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone... | Facial Cleansing Brush, Waterproof Hanging Silicone Face... | NAXMI Sonic Facial Cleansing Brush Waterproof Face Scrubbe... |
| New | New | New |
| $13.97 | $10.88 | $10.99 |
| Free shipping | Free shipping | Free shipping |
| ❤ Top Rated Plus | | Seller with a 100% positive feedback |
| 14 watchers | | |

  

Silicone Electric Face
Cleansing Brush Ultra Sonic
Facial Skin Cleaner...
New

$18.95

Free shipping
**Last one**

2 Pack Face Washing
Machine Electric Soft
Silicone Facial Brush...
New

$9.99

Free shipping
Top Rated Plus
26 sold

Super Face Washing
Machine Electric Soft
Silicone Facial Brush...
New

$8.98

$9.98 10% off
Free shipping
Top Rated Plus







Facial Cleansing Brush,
Waterproof Hanging
Silicone Face...
New

$10.73

Free shipping

Silicone Facial Cleansing
Device with Brush
Massager Adjustable...
New

$16.14

$16.99 5% off
Free shipping
Top Rated Plus

Silicone Facial Cleansing
Sonic Brush Portable
Waterproof Rechargeable
New

$15.99

+ $5.85 shipping
Seller with a 100% positive
feedback







5-in-1 Electric Facial
Cleansing Brush
Waterproof Face Spin Bru...
New

$12.99

Free shipping
Top Rated Plus
74 sold

Facial Cleansing Brush
Waterproof Electric Face
Scrubber Pore Exfoliating...
New

$13.26

Free shipping

1pc Double Head Face
Cleansing Brush Silicone
Facial Cleanser Wash Brus...
New

$4.95

$9.51 48% off
Free shipping
Almost gone







Facial Massager Brush
Silicone Face Cleansing
Electric Scrubber Skin...
New

$13.81

$15.01 8% off
Free shipping
**12% off 2+ with coupon**

Facial Cleansing Brush
Waterproof Face Spin
Cleaning with 5 Heads...
New

$16.22

$17.07 5% off
Free shipping
**Last one**

Electric Facial Deep
Cleansing Brush Exfoliator
Waterproof Face Scrubbe...
New

$15.48

$16.29 5% off
Free shipping
Seller with a 100% positive
feedback







PleasingCare Silicone
Sonic Facial Cleansing
Brush. Rechargeable...

Electric Face Heating
Cleansing Brush Massaging
Removing Blackhead...

Facial Cleansing Brush 2-in-
1 Face Brush Silicone Facial
Scrubber Manual Dual

New (Other)
$25.40
Free shipping
Seller with a 99.1% positive feedback

New
$11.51
Free shipping

New
$7.69
Free shipping
Seller with a 100% positive feedback







Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating...
New
$17.93
Free shipping
Top Rated Plus
Seller with a 99.4% positive feedback

2x Facial Cleansing Brush Face Massager Skin Deep Clean Waterproof...
New
$9.49
+ $4.69 shipping
Top Rated Plus
30 sold

IPX7 Waterproof Electric Soft Silicone Clean Facial Cleansing Brush for Deep...
New
$15.93
Free shipping







Facial Cleansing Brush Electric Face Brush Scrubber Rechargeable...
New
$35.99
Free shipping

Electric Facial Cleansing Brush 3 Levels Rechargeable Improve Sk...
New
$21.52
Free shipping

Silicone Face Cleansing Brush Electric Facial Cleanser Washing...
New
$16.62
$17.49 5% off
Free shipping







Facial Cleansing Brush 2-in-1 Face Brush Silicone Facial Scrubber Manual Dual
New
$7.99
Free shipping
Seller with a 99.6% positive feedback

Shaving compatible with Machine for Men Hair Facial Cleansing Brush,...
New
$10.47
$11.63 10% off
Free shipping

Electric Silicone Facial Cleansing Brush Face Skin Cleaning Massager Clean...
New
$15.19
$15.99 5% off
Free shipping

### Sponsored items based on your recent views







Silicone Facial Cleansing Brush Electric Sonic Vibration Deep Pore Ski...

Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone...

Handheld Electric Facial Cleansing Brush Tool Waterproof Silicone...

Sili...
Bru...
Cle...

New
$9.01

Free shipping

New
$13.97

Free shipping
🏆 Top Rated Plus
**14 watchers**

New
$10.95

Free shipping
**6 watchers**

New
$1(
$17
Fre

## Recently viewed items







Silicone Facial Cleansing
Brush Electric Sonic
Vibration Deep Pore Ski...
New
$9.01

Free shipping

Moyan Silicone Electric
Cleansing Brush Facial
Skin Cleaner Cleaning...
New
$55.00

Free shipping
Seller with a 100%
positive feedback

USB Recharge
Waterproof Vibrating
Silicone Face Cleansing...
New (Other)
$12.99

+ $5.10 shipping
**Last one**

Sili
Bru
Vib
New
$8.
$8.
Fre



ebay

Shop by category

Search for anything     All Categories     Search     Advanced

Back to homepage | Listed in category: Health & Beauty > Skin Care > Facial Cleansing Devices

Share | Add to Watchlist

🔴 SAVE UP TO **15%** WHEN YOU BUY MORE



Hover to zoom

$ Have one to sell? **Sell now**

## Silicone Facial Cleansing Brush Massage Electric Rechargeable Face Cleaner Pink

USA SELLER: Ships from Atlanta within one business day!

Condition: New

Bulk savings:
| Buy 1 $10.95/ea | Buy 2 $9.31/ea |

2 or more for $9.31/ea

Quantity: 1    More than 10 available / 41 sold

Price: US $10.95/ea

**Buy It Now**

**Add to cart**

♡ Add to watchlist

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller Information**
dapperlos (83)
100% positive feedback

♡ Save seller
Contact seller
See other items

Additional service available

☐ 3-year protection plan from Allstate - $1.99

⚡ This one's trending. 41 have already sold.

↩ Breathe easy. Returns accepted.

Shipping: Free Standard Shipping. See details
Located in: Atlanta, Georgia, United States

Delivery: Estimated between Thu, Sep 21 and Sat, Sep 23 to 33133 ⓘ

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  [Mastercard]  [AMEX]  [Discover]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

## Similar sponsored items    See all ›

Feedback on our suggestions



Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Fashion
New
$10.73
Free shipping



Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$13.98
Free shipping
20% off 3+ with coupon



NEW Kate Somerville + Retinol Vitamin C Facial Skin Moisturizer 1.7 fl oz, NIB
New
$16.00
3 bids
+ $1.95 shipping
Seller with a 99.4% positive feedback

Silicone Facial Cleansing Sonic Brush Portable Waterproof Rechargeable
New
$15.99
+ $5.85 shipping
Seller with a 100% positive feedback



Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner Heated Massager
New
$19.98
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions
















Facial Cleansing Brush, 3-In-1 Electric Silicone Face Scrubber, Vibrating Massag
New
$27.08
Free shipping
Last one

Electric Facial Cleansing Brush Silicone Vibration Massager Blackhead Remover
New
$35.99
Free shipping
Seller with a 100% positive feedback

Ultrasonic Facial Cleansing Brush Silicone Electric Sonic Face Skin Massager
New
$48.99
Free shipping
Seller with a 100% positive feedback

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager
New
$8.30
$9.22 10% off
+ $5.65 shipping
◇ Top Rated Plus

Silicone Facial Cleansing Brush Massage Electric Rechargeable Exfoliate Clean
New
$14.99
+ $5.99 shipping

---

**About this item** | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Sep 15, 2023 06:28:12 PDT  View all revisions

eBay item number: 173872277776

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand | Dapperica |
| Type | Facial Massager | Power Source | Electric |
| Material | Silicone | Features | Rechargeable |
| UPC | Does not apply | | |

## Item description from the seller

Silicone Facial Cleansing Brush from Dapperica

This brush is a complete facial cleansing experience. Treat your face to a spa-like experience with thousands of massaging silicone bristles that will cleanse your face of dirt, reduce pore size, eliminate fine lines, and exfoliate your skin in as little as two minutes per day.

✓SPA-LIKE EXPERIENCE - Turn on the device and the 3,000 bristles begin to massage your face while exfoliating your skin. The brush features 13 speed settings which can deliver up to 6,000 gentle pulsations per minute.

✓COMPLETE CLEANSE - The combination of the pulsations and bristles provide a cleansing experience that cannot be found anywhere else. The tiny bristles on the front of the device clean the delicate areas of your face, while the coarse bristles on the back provide a deep clean when needed. The brush features FDA-grade silicone material that is gentle on your skin, while tough on dirt.

✓CLEARER SKIN - Kiss acne and wrinkles goodbye. This brush reduces pore size and eliminates fine lines to help you achieve brighter, more youthful looking skin in as little as 14 days.

✓CONVENIENCE - The brush fits in the palm of your hand. The waterproof brush charges in one hour and will last for more than a month of use before needing to be recharged. We recommend using the brush for two minutes daily for best results. Trust us, this will be the best two minute investment you can make!

Ships within one business day of purchase

---



### dapperica
100% Positive Feedback
1.5K items sold

📅 Joined Mar 2012

Seller's other items

Contact

♡ Save seller

## Detailed seller ratings
Average for the last 12 months

| Accurate description | ━━━━━ | 5.0 |
|---|---|---|
| Reasonable shipping cost | ━━━━━ | 5.0 |
| Shipping speed | ━━━━━ | 5.0 |
| Communication | ━━━━━ | 5.0 |

## Seller feedback (374)

This item (2) | All items (374)

➕ i***i (607) • Past year
Great seller with gas shipping! Thank you!

➕ i***i (1020) • Past year
AAAAA*****Great Ebayer ❗👍

See all feedback

**You may also like**

Feedback on our suggestions











Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner Massager

New

$6.99

Free shipping

Seller with a 99.7% positive feedback

Silicone Electric Face Cleansing Brush Sonic Facial Skin Cleaner

New

$0.89

0 bids

+ $5.70 shipping

Seller with a 100% positive feedback

Face Facial Cleansing Brush Spa Skin Care Massage Silicone Electric Rechargeable

New

$6.64

+ $3.99 shipping

Top Rated Plus

Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner Massager

New

$13.98

Free shipping

20% off 3+ with coupon

Facial Cleansing Brush, Waterproof Hanging Silicone Face Rechargeable Fashion

New

$10.73

Free shipping













Checkout

How do you like our checkout? Give us feedback

**Pay with**

VISA ████████

Add new card
VISA 💳 💳 💳

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

---

**Ship to**

████████

Miami, FL 33131-2124
United States

████████

---

**Review item and shipping**

Seller: dapperica   |   Message to seller

Silicone Facial Cleansing Brush Massage Electric Rechargeable Face Cleaner Pink
**$10.95**

Quantity
1

Delivery
Est. delivery: Sep 21 – Sep 23
USPS First Class
Free

---

**Gift cards, coupons, eBay Bucks**

Enter code:            Apply

---

**Donate to charity (optional)** ⓘ

Alzheimer's Association

Support the Alzheimer's Association, the leading voluntary health organization in Alzheimer's care, support and research. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

| | |
|---|---|
| Subtotal (1 item) | $10.95 |
| Shipping | Free |
| Tax* | $0.77 |
| **Order total** | **$11.72** |

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

ebay MONEY BACK GUARANTEE
See details

---



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



ebay    Shop by category

Search for anything    All Categories    Search    Advanced


Azibo
DIY Landlords:
Collect rent online...
for free.
Get started

# Thanks for shopping with us!

When your order is done processing, we'll email info to

You should get your order by **Sep 23.**

## Order total: $11.72

### Shipping to:

Miami, FL 33131-2124, United States

Order number: 02-10560-53349

 Silicone Facial Cleansing Brush Massage Electric Recharge...
You should get it by Sep 23.

See order details

Ad    **SiriusXM** Stream 3 months free on the App. Subscribe now


Handyman Connection
We Will Make Your Home
What You Have Always
Wanted It To Be.
Handyman Connection
Get Quote >

## Related sponsored items

  

| | | |
|---|---|---|
| 2 Pack Face Washing Machine Electric Soft Silicone Facial Brush... | Silicone Electric Face Cleansing Brush Ultra Sonic Facial Skin Cleaner... | Electric Facial Cleansing Brush Set Face Body Exfoliating Silicone... |
| New | New | New |
| $9.99 | $18.95 | $13.97 |
| Free shipping | Free shipping | Free shipping |
| Top Rated Plus | Last one | Top Rated Plus |
| 26 sold | | 14 watchers |

  

| | | |
|---|---|---|
| Facial Body Cleansing Brush 3-in-1 Waterproof Electric Face Exfoliating... | Facial Cleansing Brush, Sonic Silicone Scrubber, Face Vibrating Massager | Electric Silicone Facial Cleansing Brush Face Skin Care Deep Cleaner... |
| New | New | New |
| $17.93 | $6.00 | $8.35 |
| Free shipping | + $5.65 shipping | Free shipping |
| 12 watchers | Top Rated Plus | Seller with a 99.1% positive feedback |
| | Seller with a 100% positive feedback | |

  

Handheld Electric Facial
Cleansing Brush Tool
Waterproof Silicone...
New
$10.95
Free shipping
6 watchers

Facial Cleansing Brush,
Waterproof Hanging
Silicone Face...
New
$10.73
Free shipping

Facial Cleansing Brush,
Waterproof Hanging
Silicone Face...
New
$10.88
Free shipping



Facial Massager Brush
Silicone Face Cleansing
Electric Scrubber Skin...
New
$13.81
$15.01 8% off
Free shipping
12% off 2+ with coupon



6 Pcs Cleansing Brush Face
Massager Silicone Facial
Cleaner
New
$6.00
Free shipping



6 Pcs Face Massager
Silicone Facial Cleansing
Brush Cleaner
New
$6.27
Free shipping



Silicone Facial Cleansing
Device with Brush
Massager Adjustable...
New
$16.14
$16.99 5% off
Free shipping
Top Rated Plus



6 Pcs Facial Brush Silicone
Cleansing Face Massager
Cleaner
New
$6.26
Free shipping
Seller with a 99.1% positive
feedback



Silicone Facial Cleansing
Brush Handheld Facial Skin
Cleaner Massager Brush
New
$8.99
$9.99 10% off
Free shipping



Facial Cleansing Brush 2-in-
1 Face Brush Silicone Facial
Scrubber Manual Dual
New
$7.69
Free shipping
Seller with a 100% positive
feedback



Beauty 360 Facial
Cleansing Power Brush
Dual Speed 2 Brush Head...
New
$9.99
Free shipping
32 sold



5-in-1 Electric Facial
Cleansing Brush
Waterproof Face Spin Bru...
New
$12.99
Free shipping
Top Rated Plus
74 sold



3 Packs Deep Cleansing
Brush Silicone Face
Exfoliating Octopus Facial...
New
$7.19



Facial Cleansing Brush,
Waterproof Hanging
Silicone Face...
New
$12.25



Facial Cleansing Brush 2-in-
1 Face Brush Silicone Facial
Scrubber Manual Dual
New
$7.99

$7.99 10% off
Free shipping
Seller with a 99.1% positive
feedback

$13.32 8% off
Free shipping
Seller with a 99.6% positive
feedback







4 in 1 Electric Facial
Cleansing Brush Blackhead
Cleaner Face Skin Care...
New
$8.59

Free shipping
16 watchers

Silicone Face Cleansing
Brush Facial Cleaner
Cleaning Tool US Massag...
New
$9.96

Free shipping

Facial Cleansing Silicone
Brush Face Skin Blackhead
Pore Cleaner Massager...
New
$6.56

Free shipping







Electric Facial Deep
Cleansing Brush Exfoliator
Waterproof Face Scrubbe...
New
$15.48

$16.29 5% off
Free shipping
Seller with a 100% positive
feedback

2x Facial Cleansing Brush
Face Massager Skin Deep
Clean Waterproof...
New
$9.49

+ $4.69 shipping
Top Rated Plus
30 sold

Men Facial Cleaning
Scrubber Silicone Miniature
Face Massage Clean Dee...
New (Other)
$3.32

Free shipping







Facial Cleansing Brush
Electric Face Brush
Scrubber Rechargeable...
New
$35.99

Free shipping

Electric Facial Cleansing
Brush Face Cleaner Clean
Skin Care Waterproof...
New
$24.99

Free shipping

Rechargeable Cleansing
Instrument Electric Face
Washing Instrument Pore...
New
$13.51

$15.01 10% off
Free shipping
16% off 2+ with coupon

## Sponsored items based on your recent views







Silicone Facial Cleansing
Brush Massage Electric
Rechargeable Face...
New

Silicone Facial Cleansing
Brush Electric Sonic
Vibration Deep Pore Ski...
New

Electric Facial Cleansing
Brush Set Face Body
Exfoliating Silicone...
New

Fac
Sc
Fac
Ne

Free shipping
41 sold

$8.99 5% off
Free shipping

Free shipping
🏆 Top Rated Plus
14 watchers

+ $
🏆
Sel
pos

## Recently viewed items







Silicone Facial Cleansing
Brush Electric Sonic
Vibration Deep Pore Ski...
New
$8.54
$8.99 5% off
Free shipping

Silicone Electric Facial
Cleansing Brush Sonic
Face Cleaning Spa...
New
$24.99
+ $5.65 shipping
Seller with a 100%
positive feedback

Sonic Facial Cleansing
Brush Massager: 3-in-1
Rechargeable Electric...
New
$26.99
Free shipping
Seller with a 100%
positive feedback

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



# WALMART
## PURCHASE EVIDENCE

**Cart** (14 items)

 Pickup and delivery options ⌄

**Shipping, arrives Mon, Sep 25–Mon, Oct 23**         See options

$12.00 shipping

**14 items**                                                                    ⌃

Arrives by Mon, Sep 25                                                     1 item



Sold and shipped by Beautiful & Bold Aesthetics LLC

Deep Cleaning Silicone Facial Cleansing Brush Electric          $19.00
Massage Brush

↩ Free 30-day returns

            Remove      Save for later      1

Sold and shipped by The Skin Shop

Ultrasonic Silicone Massage Cleansing          $35.00
Brush

↩ Free 90-day returns
Only 2 left

🛡 Add Walmart Protection Plan by Allstate
View details
(Only one option can be selected at a time.)
☐ 2-Year plan - $4.00
☐ 3-Year plan - $5.00

            Remove      Save for later      1

Arrives by Tue, Oct 3                                                     2 items

**Continue to checkout**

Items in your cart are selling fast! Check          ✕
out soon before they're sold out.

Subtotal (14 items)                              $318.56

Savings                                          -$77.00

                                                 $241.56

Seller shipping                                    $12.00

Taxes                       Calculated at checkout

Estimated total                                  $253.56

$23/mo with affirm
Learn how

Walmart+   **Become a member to get free same-day**          ✕
           **delivery, gas discounts & more!**
☐ Try Walmart+ free for 30 days!

**Earn 5% cash back** on Walmart.com          ✕
See if you're pre-approved with no
credit risk. Learn how

Add Walmart Protection Plan by Allstate
ⓘ
View details
(Only one option can be selected at a time.)
☐ 2-Year plan - $2.00
☐ 3-Year plan - $3.00

Remove        Save for later        1



Arrives by Wed, Oct 4                                    1 item

Arrives by Thu, Oct 5                                    4 items

Sold and shipped by AIIYME Store

Silicone Face Cleanser Brush Portable Face Cleaning        $15.49
Massager Exfoliating Blackhead Electric Facial Washing...
Actual Color: Pink
◉ Free 30-day returns

Add Walmart Protection Plan by Allstate
ⓘ
View details
(Only one option can be selected at a time.)
☐ 2-Year plan - $2.00
☐ 3-Year plan - $3.00

Remove        Save for later        1



**Arrives by Sat, Oct 7**                                                    1 item



**Shipping, arrives between Mon, Sep 25—Mon, Oct 23**

▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮, Miami, FL 33131                    Edit

**Delivery instructions (optional)**                    Add

Add access codes or other necessary information.

**Items details**                    View details

One-time purchase (13 items)

---

**Place order for $242.90**

By placing this order, you agree to our <u>Privacy Policy</u> and <u>Terms of Use</u>

| | |
|---|---|
| **Subtotal** (13 items) | ~~$292.01~~ |
| Savings | **-$77.00** |
| | $215.01 |
| Seller shipping | $12.00 |
| **Estimated taxes** | $15.89 |

☐ Give $0.10 to The National Fish and Wildlife ⓘ
Foundation to support your local co
Round up your total to the nearest dollar to donate

**Donate a whole dollar to The National Fish and** ⓘ
**Wildlife Foundation**

[ $1.00 ] [ $2.00 ]

**Estimated total**                    $242.90

Have a promo code?    ⌄

---



💳 **Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

▮▮▮▮▮▮▮▮                    $242.90

+ Add new payment                    [ Edit payment ]

or pay **$20/mo** with affirm                    Apply now

---



Walmart+ Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
<u>Try Walmart+ free for 30 days</u>

---



📱 **Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)***

[ ▮▮▮▮▮▮ ]

☐ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our **Mobile Alert Terms**.

 Halloween's a scream

Sponsored

✓

Thanks for your order!

## You saved $77.00

Walmart+ | Join today

**Members can save $1,300/year with free shipping and delivery\***

Try Walmart+ Free

We'll email details to ▮▮▮▮▮▮
Order #200011418652738 | $242.90

sparkgood  **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out.  Select a local charity ⓘ

**Shipping, arrives between Mon, Sep 25—Mon, Oct 23**

▮▮▮▮▮▮, Miami, FL 33131

**Arrives by Mon, Sep 25**
One-time purchase (1 item)

**Arrives by Tue, Sep 26**
One-time purchase (1 item)

**Arrives by Mon, Oct 2**
One-time purchase (2 items)

**Arrives by Tue, Oct 3**
One-time purchase (2 items)

**Arrives by Wed, Oct 4**



Continue Shopping

**Arrives by Thu, Oct 5**
One-time purchase (4 items)



**Arrives by Sat, Oct 7**
One-time purchase (1 item)



**Arrives by Mon, Oct 23**
One-time purchase (1 item)

**Get order updates anytime with the app**
Scan the QR code or search "Walmart app" in your App Store to download.



**Make it easier to sign in**
Verify number





| | |
|---|---|
| Total order savings | $77.00 |

     

Add   Add   Add   Add   Add   Add

**$12.80** ~~$16.00~~  **$11.63** $1.11/fl oz  **$18.47**  **$8.44**  **$9.00** 8.3 ¢/ea  **$1.97** ~~$5.97~~/fl oz

Daily Concepts Daily Facial Roller  Dove Exfoliating Body Polish Scrub Oatmeal &...  Blackhead Remover Vacuum,Upgraded Facial Pore...  Finishing Touch Flawless Facial Massage Ice Roller  Hanhoo On The Go Hydrocolloid Acne Patch Roll, All Ski...  Freeman Natural Skincare Clearing Charcoal & Tomat...

⭐ 10   ⭐ 1385   ⭐ 1602   ⭐ 6   ⭐ 63   ⭐ 54

2 days   2 days   2 days       2 days

 **Earn 5% cash back on Walmart.com**  See if you're pre approved with no credit risk  Learn how

**ONE**  Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more

Continue Shopping

  Departments   Services   Search everything at Walmart online and in store   Reorder My Items   Sign In Account   $39.64

## Cart (3 items)

Pickup and delivery options ⌄



**Shipping, arrives Thu, Sep 28–Tue, Oct 10**
91770
$1.99 shipping

**3 items** ⌃

Arrives by Thu, Sep 28                                              1 item

Arrives by Tue, Oct 10                                              1 item

Sold and shipped by BOTE LLC
$1.99 Freight shipping

Facial Cleansing Brush USB Rechargeable Rotation And         $10.79
Sonic Vibrating
Actual Color: Green
⟲ Free 60-day returns
Remove    Save for later    −  1  +

**Continue to checkout**

For the best shopping experience, sign in

Subtotal (3 items)                          $37.65
Seller shipping                              $1.99
Taxes                          Calculated at checkout

Estimated total                             $39.64

Walmart+  **Become a member to get free same-day delivery, gas discounts & more!**
☐ New members get a free 30-day trial

**Earn 5% cash back** on Walmart.com   ✕
See if you're pre-approved with no
credit risk. Learn how

© 2023 Walmart. All Rights Reserved.    Give feedback    CA Privacy Rights    Your Privacy Choices    Notice at Collection    Request My Personal Information    California Supply Chains Act

Review Order





Shipping, arrives between Thu, Sep 28—Tue, Oct 10

Miami, FL 33131                                      Edit

**Delivery instructions (optional)**                 Add

Add access codes or other necessary information.

**Items details**                                    View details

3 items

**Place order for $42.41**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (3 items)                               $37.65
Seller shipping                                      $1.99
**Estimated taxes**                                  $2.77

☐ Give $0.59 to The National Fish and Wildlife  ⓘ
Foundation to support your local co
Round up your total to the nearest dollar to donate

Donate a whole dollar to The National Fish and  ⓘ
Wildlife Foundation

[ $1.00 ]  [ $2.00 ]

**Estimated total**                                  $42.41

Have a promo code?                                   ⌄



🗀  **Payment method**

💳  **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

$42.41

+ Add new payment        [ Edit payment ]



Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days



📱  **Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.

© 2023 Walmart. All Rights Reserved.    Give feedback    CA Privacy Rights    Your Privacy Choices    Notice at Collection    Request My Personal Information    California Supply Chains Act



Order confirmed

## Thanks for your order!

We'll email details to ▮▮▮▮▮▮▮▮▮▮
Order #20001245163146 | $42.41

sparkgood **Small acts lead to big impact in your community**
Round up to the nearest whole dollar the next time you check out. Select a local charity ⓘ

### Shipping, arrives between Thu, Sep 28—Tue, Oct 10

▮▮▮▮▮ Miami, FL 33131

Arrives by Tue, Oct 10
1 item



### Get order updates anytime with the app
Scan the QR code or search "Walmart app" in your App Store to download.

Make it easier to sign in                    Verify number

### Weekly deals
Up to 65% off                                                        View all



$10.99 $12.99          $12.96          $15.49 $19.99          $782.99 $1,565.98          $699.99 $1,199.99          $399.00 $494.60
MOSHU V Neck          JWD Summer          FOLUNSI Women's          Vivi 26" 4.0 Fat Tire          Segmart Mobility          PowerSmart 21-

      

Womens T-Shirts
Basic Tops for...
★★★★★ 598

Ruffle Short-Sleeve
Knit Tunic Tops...
★★★★★ 1274

2 days

Plus Size Summer
Tops Short Sleeve...
★★★★★ 1516

2 days

Electric Bike for
Adults, 500W...
★★★★★ 1140

Scooter for Seniors,
20"W Armrest,...
★★★★★ 243

Inch Self-Propelled
170cc 3-in-1 Gas...
★★★☆☆ 312

**Popular Items at Walmart**



+Add

$6.88  $18.37
$1.38/oz
So Fresh So Clean
Powerful Peel Off
Black Mask, 5 oz
★★★☆☆ 147

+Add

$9.00
Mei Apothecary
Mini Jade Facial
Roller Beauty Tool...
★★★★★ 27

+Add

$9.00  8.3 ¢/ea
Hanhoo On The Go
Hydrocolloid Acne
Patch Roll, All Ski...
★★★★☆ 62

+Add

$3.00
Patchology
FlashPatch
Rejuvenating Eye...
★★★★★ 326

+Add

$69.99
skn by conair Pore
Purifier Advanced
Microdermabrasio...
★★★★★ 265

2 days

+Add

$18.47
Blackhead Remover
Vacuum,Upgraded
Facial Pore...
★★★★★ 1512

2 days



Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn how

Flavor that fuels the NFL
Soup that eats like a meal*.

Shop now

Sponsored

ONE Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more

Continue Shopping