UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-23631-Civ-Scola

FOREO INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## [PROPOSED] FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

THIS MATTER comes before the Court on Plaintiff's Motion for Entry of Final Default Judgment (the "Motion"). The Court granted the Motion in a separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court hereby **ENTERS THIS SEPARATE FINAL JUDGMENT**.

Accordingly, it is **ORDERED and ADJUDGED** that **Final Default Judgment is hereby entered** in favor of Plaintiff, FOREO INC. ("Plaintiff"), and against Defendants, Individuals, Partnerships, or Unincorporated Associations identified on Schedule "A" hereto (collectively, the "Defendants") as follows:

(1)    Permanent Injunctive Relief:

Defendants and their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

    a.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell unauthorized and unlicensed products which

utilize the technology of and inventions claimed in, and/or embody the design of Plaintiff's patents identified in Paragraph 1 of the Complaint (the "Foreo Patents") (Dkt. 1);

  b. From making, using, selling, importing and/or offering to sell products that utilize U.S. Utility Patent Nos. US 9,889,065 B2, US 10,349,788 B1, US 11,633,073 B2, and US 9,578,956 B2 (collectively, the "Utility Patents");

  c. From making, using, selling, importing and/or offering to sell products that embody U.S. Design Patent Nos. US D698,455 S, US D716,961 S, US D734,481 S, S D774,772 S, US D771,952 S, US D882,104 S, US D882,810 S, US D773,064 S, US D760,912 S, US D799,711 S, and US D776,438 S (collectively, the "Design Patents");

  d. From:

    i. passing off, inducing, or enabling others to sell or pass off any product as a genuine Foreo product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's Foreo Patents;

    ii. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    iii. further infringing Plaintiff's Foreo Patents and damaging Plaintiff's goodwill;

    iv. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of,

      in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which embody or infringe Plaintiff's Foreo Patents or any reproductions or colorable imitations thereof;

  v. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Internet Stores, or any other domain name or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell counterfeit Foreo products;

  vi. operating and/or hosting websites at the Internet Stores or any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product infringing Plaintiff's Foreo Patents or any reproductions or colorable imitations thereof that is not a genuine Foreo Product or not authorized by Plaintiff to be sold in connection with Plaintiff's Foreo Patents; and

  vii. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2) Additional Equitable Relief:

  a. Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Internet based e-commerce stores operating under the seller identification

3

names identified on Schedule "A" hereto (the "Seller IDs"), including but not limited to Hong Kong Limited, which operates the AliExpress.com platform, Amazon, DHgate, eBay, Etsy, Walmart.com, and ContextLogic, Inc., which operates the Wish platform, shall permanently remove any and all listings and associated images of goods infringing the Foreo Patents via the e-commerce stores operating under the Seller IDs, and any other listings and images of goods infringing the Foreo Patents associated with the same sellers or linked to any other alias seller identification names or e-commerce stores being used and/or controlled by Defendants to promote, offer for sale and/or sell goods infringing the Foreo Patents; and

      b.      Upon Plaintiff's request, any Internet marketplace website operator and/or administrator who is in possession, custody, or control of Defendants' goods infringing the Foreo Patents, including but not limited to Hong Kong Limited, which operates the AliExpress.com platform, Amazon, DHgate, eBay, Etsy, Walmart.com, and ContextLogic, Inc., which operates the Wish platform, shall permanently cease fulfillment of and sequester those goods, and surrender the same to Plaintiff.

(3)    Pursuant to 35 U.S.C. §§ 289, 284, Plaintiff is awarded lost profits or statutory damages of $250 from the infringement of the Foreo Patents in the amounts reflected in the Schedule A attached hereto.

(4)    All funds currently restrained or held on account for all Defendants by all financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms, including but not limited to, Alibaba.com, AliExpress.com, Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd. and Alipay.com Co., Ltd. (collectively, "Alipay"), Amazon.com, Worldpay US, Inc. ("Worldpay"), Dunhuang Group, which operates the DHgate.com and DHPay.com

platforms, eBay.com, Etsy.com, SIA Joom, which operates the Joom.com platform ("Joom"), Walmart.com, Wish, PayPal, Inc. ("PayPal"), Payoneer, PingPong, LianLian, OFX, and their related companies and affiliates, are to be immediately (within 5 business days) transferred by the previously referred to financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms and by Defendant, to Plaintiff and/or Plaintiff's counsel in partial satisfaction of the monetary judgment entered herein against each Defendant. All financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms, including but not limited to Alibaba, AliExpress, Alipay, DHgate, Joom, Wish, Wishpay, Amazon, Amazon Pay, eBay, Etsy, Walmart, PayPal, Payoneer, PingPong, LianLian, OFX, and/or their related companies and affiliates, shall provide to Plaintiff at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) total funds released per Defendant to Plaintiff.

(5)     Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(6)     The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk.

(7)     The Court retains jurisdiction to enforce this Final Default Judgment and Permanent Injunction.

This is a Default Judgment SO ORDERED in Miami, Florida, this ___ day of February, 2024.

                                                    **HONORABLE ROBERT N. SCOLA, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

**Schedule A**

| Doe No. | Seller Name | Defendant Online Marketplace | Damages |
|---|---|---|---|
| 72 | Forever Beauty House Store | https://www.aliexpress.com/store/1102528230?spm=a2g0o.detail.1000007.1.5a435c91tP3s1Q | $250 |
| 73 | Fuarscs Beauty Official Store | https://www.aliexpress.com/store/1101757963?spm=a2g0o.detail.1000007.1.296f1919KSSb4k | $250 |
| 74 | Hchenyu Store | https://www.aliexpress.com/store/1101404035?spm=a2g0o.detail.1000007.1.3cf568a9TM46OZ | $250 |
| 75 | Lola Beauty | https://www.aliexpress.com/store/1102069167?spm=a2g0o.detail.1000007.1.71d11985Ep3uyz | $250 |
| 77 | Shiner Store | https://www.aliexpress.com/store/1101686245?spm=a2g0o.detail.100005.1.312e1ccaIyY9yN | $250 |
| 78 | Shopping Factory Store | https://www.aliexpress.com/store/1101454209?spm=a2g0o.detail.1000007.1.5ebae2e4eZmKDI | $250 |
| 79 | Amazing China Products | https://www.amazon.com/sp?seller=A31YXGZGD4XJV8 | $148,420.49 |
| 80 | ITME Store | https://www.amazon.com/sp?seller=A1KJVY3I65ROCH | $2,199.33 |
| 81 | Lucky-minfan | https://www.amazon.com/sp?seller=A1A56KX7ZTY8KK | $250 |
| 82 | suiningaitufuzhuangdian | https://www.amazon.com/sp?seller=A34T264I7VJIOD | $250 |
| 83 | XingZhouHe | https://www.amazon.com/sp?seller=a102of9f9s428u | $250 |
| 84 | Zhou Daweidedian | https://www.amazon.com/sp?seller=AMBXWQQ2JEV58 | $250 |
| 85 | aawqq | https://www.dhgate.com/store/about-us/21815099.html | $250 |
| 86 | adrs7 | https://www.dhgate.com/store/about-us/21829351.html | $250 |
| 87 | basop6 | https://www.dhgate.com/store/about-us/21829274.html | $250 |
| 88 | beatrix2 | https://www.dhgate.com/store/about-us/21829915.html | $250 |
| 89 | bevjhb | https://www.dhgate.com/store/about-us/21826825.html | $250 |

| Doe No. | Seller Name | Defendant Online Marketplace | Damages |
|---|---|---|---|
| 90 | bfrda | https://www.dhgate.com/store/about-us/21815060.html | $250 |
| 91 | bgeed | https://www.dhgate.com/store/about-us/21815149.html | $250 |
| 92 | bgrft | https://www.dhgate.com/store/about-us/21815141.html | $250 |
| 93 | bttr88 | https://www.dhgate.com/store/about-us/21829273.html | $501.47 |
| 94 | buirnce | https://www.dhgate.com/store/about-us/21829951.html | $250 |
| 95 | bvbcuw | https://www.dhgate.com/store/about-us/21826938.html | $250 |
| 96 | bvvfcf | https://www.dhgate.com/store/about-us/21815100.html | $250 |
| 97 | bxhtqb | https://www.dhgate.com/store/about-us/21826900.html | $250 |
| 98 | ccfft | https://www.dhgate.com/store/about-us/21815063.html | $250 |
| 99 | cffzz | https://www.dhgate.com/store/about-us/21815124.html | $250 |
| 100 | cfghy | https://www.dhgate.com/store/about-us/21815031.html | $250 |
| 101 | cfgtre | https://www.dhgate.com/store/about-us/21815061.html | $250 |
| 102 | cftde | https://www.dhgate.com/store/about-us/21815088.html | $250 |
| 103 | cftgff | https://www.dhgate.com/store/about-us/21815050.html | $250 |
| 104 | cggmk | https://www.dhgate.com/store/about-us/21815138.html | $250 |
| 105 | ctufqi | https://www.dhgate.com/store/about-us/21826854.html | $250 |
| 106 | davkpj | https://www.dhgate.com/store/about-us/21826833.html | $432.62 |
| 107 | ddyzvy | https://www.dhgate.com/store/about-us/21826856.html | $250 |
| 108 | dffrft | https://www.dhgate.com/store/about-us/21815096.html | $250 |
| 109 | diana11 | https://www.dhgate.com/store/about-us/21829821.html | $250 |
| 110 | diejck | https://www.dhgate.com/store/about-us/21829284.html | $250 |

| Doe No. | Seller Name | Defendant Online Marketplace | Damages |
|---|---|---|---|
| 111 | dina51 | https://www.dhgate.com/store/about-us/21816152.html | $250 |
| 112 | djife32 | https://www.dhgate.com/store/about-us/21816126.html | $250 |
| 113 | dldl123123 | https://www.dhgate.com/store/about-us/21815014.html | $250 |
| 114 | dslf44 | https://www.dhgate.com/store/about-us/21816154.html | $250 |
| 115 | ecmuyn | https://www.dhgate.com/store/about-us/21826861.html | $250 |
| 116 | edmki | https://www.dhgate.com/store/about-us/21815178.html | $250 |
| 117 | eloif69 | https://www.dhgate.com/store/about-us/21816110.html | $250 |
| 118 | emnru230 | https://www.dhgate.com/store/about-us/21816095.html | $250 |
| 119 | erinog | https://www.dhgate.com/store/about-us/21829919.html | $503.69 |
| 120 | eurj18 | https://www.dhgate.com/store/about-us/21816184.html | $250 |
| 121 | fasr87 | https://www.dhgate.com/store/about-us/21814681.html | $250 |
| 122 | femf95f | https://www.dhgate.com/store/about-us/21816216.html | $250 |
| 123 | fitzgerald2 | https://www.dhgate.com/store/about-us/21842200.html | $250 |
| 124 | fmmaoe2 | https://www.dhgate.com/store/about-us/21816127.html | $250 |
| 125 | foigj55 | https://www.dhgate.com/store/about-us/21816116.html | $250 |
| 126 | fploikk | https://www.dhgate.com/store/about-us/21815093.html | $250 |
| 127 | fswnn33 | https://www.dhgate.com/store/about-us/21816115.html | $250 |
| 128 | fuvlkb | https://www.dhgate.com/store/about-us/21826927.html | $250 |
| 129 | hftfcn | https://www.dhgate.com/store/about-us/21826857.html | $250 |
| 130 | hgwdf625 | https://www.dhgate.com/store/about-us/21816218.html | $250 |
| 131 | hover8 | https://www.dhgate.com/store/about-us/21814728.html | $250 |

| Doe No. | Seller Name | Defendant Online Marketplace | Damages |
| --- | --- | --- | --- |
| 132 | jade86 | https://www.dhgate.com/store/about-us/14388207.html | $250 |
| 133 | jguyhxz10 | https://www.dhgate.com/store/about-us/21830040.html | $250 |
| 134 | jlyx | https://www.dhgate.com/store/about-us/21817842.html | $250 |
| 135 | kiki2 | https://www.dhgate.com/store/about-us/21814670.html | $250 |
| 136 | kun6 | https://www.dhgate.com/store/about-us/21814726.html | $250 |
| 137 | ldsf26 | https://www.dhgate.com/store/about-us/21816210.html | $250 |
| 138 | liliooo | https://www.dhgate.com/store/about-us/21815122.html | $250 |
| 139 | lsclot | https://www.dhgate.com/store/about-us/21829214.html | $250 |
| 140 | mark776 | https://www.dhgate.com/store/about-us/21814686.html | $250 |
| 141 | meyanbeautymachine2 | https://www.dhgate.com/store/about-us/21582550.html | $2,011.46 |
| 142 | ngyhe | https://www.dhgate.com/store/about-us/21815177.html | $250 |
| 143 | Ofunuobeautymachine | https://www.dhgate.com/store/about-us/21801566.html | $3,114.24 |
| 144 | okif0fe | https://www.dhgate.com/store/about-us/21816175.html | $250 |
| 145 | oklkuz | https://www.dhgate.com/store/about-us/21826923.html | $250 |
| 146 | perpv94 | https://www.dhgate.com/store/about-us/21816109.html | $250 |
| 147 | ploik | https://www.dhgate.com/store/about-us/21815155.html | $250 |
| 148 | plpaa | https://www.dhgate.com/store/about-us/21815030.html | $250 |
| 149 | pvbwcc | https://www.dhgate.com/store/about-us/21826944.html | $250 |
| 150 | quak11 | https://www.dhgate.com/store/about-us/21814691.html | $250 |
| 151 | quanbai66 | https://www.dhgate.com/store/about-us/21829195.html | $250 |
| 152 | ruiqi06 | https://www.dhgate.com/store/about-us/21083942.html | $250 |

| Doe No. | Seller Name | Defendant Online Marketplace | Damages |
|---|---|---|---|
| 153 | sbisnc | https://www.dhgate.com/store/about-us/21826904.html | $250 |
| 154 | slf51gs | https://www.dhgate.com/store/about-us/21816207.html | $250 |
| 155 | smyy9 | https://www.dhgate.com/store/about-us/21769411.html | $250 |
| 156 | szzas | https://www.dhgate.com/store/about-us/21815098.html | $250 |
| 157 | takelovehome | https://www.dhgate.com/store/about-us/19924572.html | $250 |
| 158 | vmxixhs300 | https://www.dhgate.com/store/about-us/21830055.html | $250 |
| 159 | wedswty68 | https://www.dhgate.com/store/about-us/21815219.html | $250 |
| 160 | wedswty998 | https://www.dhgate.com/store/about-us/21815240.html | $250 |
| 162 | xovke | https://www.dhgate.com/store/about-us/21829288.html | $250 |
| 163 | xxlb | https://www.dhgate.com/store/about-us/21829329.html | $250 |
| 164 | yao07 | https://www.dhgate.com/store/about-us/21755154.html | $250 |
| 165 | you07 | https://www.dhgate.com/store/about-us/21751596.html | $250 |
| 166 | youe | https://www.dhgate.com/store/about-us/21815047.html | $250 |
| 167 | zaneo | https://www.dhgate.com/store/about-us/21829935.html | $250 |
| 168 | zhucai33 | https://www.dhgate.com/store/about-us/21829229.html | $250 |
| 170 | 12pegleg | https://www.ebay.com/usr/12pegleg?_trksid=p2047675.m3561.l2559 | $250 |
| 171 | 2016dani86 | https://www.ebay.com/usr/2016dani86 | $250 |
| 175 | alpha_toner | https://www.ebay.com/usr/alpha_toner | $250 |
| 177 | alv-ala-x6hs5bo | https://www.ebay.com/usr/alv-ala-x6hs5bo?_trksid=p2047675.m3561.l2559 | $250 |
| 178 | anything_here | https://www.ebay.com/usr/anything_here | $250 |
| 180 | armor_of_god | https://www.ebay.com/usr/armor_of_god | $250 |
| 182 | aseel75 | https://www.ebay.com/usr/aseel75?_trksid=p2047675.m3561.l2559 | $250 |
| 185 | bestowal | https://www.ebay.com/usr/bestowal?_trksid=p2047675.m3561.l2559 | $250 |

| Doe No. | Seller Name | Defendant Online Marketplace | Damages |
|---|---|---|---|
| 186 | BETA BOX | https://www.ebay.com/usr/beta-box?_trksid=p2047675.m3561.l2559 | $250 |
| 193 | breble66 | https://www.ebay.com/usr/breble66?_trksid=p2047675.m3561.l2559 | $250 |
| 200 | dapperica | https://www.ebay.com/usr/dapperica | $250 |
| 201 | darknessseagull25 | https://www.ebay.com/usr/darknessseagull25 | $250 |
| 202 | dawdigiacom0 | https://www.ebay.com/usr/dawdigiacom0?_trksid=p2047675.m3561.l2559 | $250 |
| 204 | dealwithzeal | https://www.ebay.com/usr/dealwithzeal?_trksid=p2047675.m3561.l2559 | $250 |
| 210 | ecffl | https://www.ebay.com/usr/ecffl?_trksid=p2047675.m3561.l2559 | $250 |
| 213 | finelivingcollections | https://www.ebay.com/usr/finelivingcollections?_trksid=p2047675.m3561.l2559 | $250 |
| 214 | fnilleks | https://www.ebay.com/usr/fnilleks | $250 |
| 218 | gamertechz | https://www.ebay.com/usr/gamertechz | $250 |
| 220 | gogetter8719 | https://www.ebay.com/usr/gogetter8719?_trksid=p2047675.m3561.l2559 | $250 |
| 224 | gufl8006 | https://www.ebay.com/usr/gufl8006 | $250 |
| 225 | healthiswealth-tyler | https://www.ebay.com/usr/healthiswealth-tyler?_trksid=p2047675.m3561.l2559 | $250 |
| 226 | homematecollection | https://www.ebay.com/usr/homematecollection | $250 |
| 231 | jass2965 | https://www.ebay.com/usr/jass2965?_trksid=p2047675.m3561.l2559 | $250 |
| 235 | jg-trading | https://www.ebay.com/usr/jg-trading?_trksid=p2047675.m3561.l2559 | $250 |
| 236 | jiche96 | https://www.ebay.com/usr/jiche96 | $250 |
| 239 | jobob-treasures | https://www.ebay.com/usr/jobob-treasures?_trksid=p2047675.m3561.l2559 | $250 |
| 241 | kinseibeauty4 | https://www.ebay.com/usr/kinseibeauty4?_trksid=p2047675.m3561.l2559 | $250 |
| 243 | lcmj2018au | https://www.ebay.com/usr/lcmj2018au | $250 |
| 245 | leon_gill | https://www.ebay.com/usr/leon_gill?_trksid=p2047675.m3561.l2559 | $250 |
| 246 | linsh0p | https://www.ebay.com/usr/linsh0p?_trksid=p2047675.m3561.l2559 | $250 |
| 248 | lowcost-10 | https://www.ebay.com/usr/lowcost-10 | $250 |
| 249 | luckylemonmarket | https://www.ebay.com/usr/luckylemonmarket | $250 |

| Doe No. | Seller Name | Defendant Online Marketplace | Damages |
|---|---|---|---|
| 250 | luxury.china | https://www.ebay.com/usr/luxury.china | $250 |
| 251 | mastertoner | https://www.ebay.com/usr/mastertoner | $250 |
| 252 | maxam78 | https://www.ebay.com/usr/maxam78 | $250 |
| 253 | mbz-24*de | https://www.ebay.com/usr/mbz-24*de | $250 |
| 254 | mbz-24de | https://www.ebay.com/usr/mbz-24*de?_trksid=p2047675.m3561.l2559 | $250 |
| 255 | mcenterprises_llc | https://www.ebay.com/usr/mcenterprises_llc?_trksid=p2047675.m3561.l2559 | $250 |
| 256 | Mg fashion love | https://www.ebay.com/usr/mgfashionlove?_trksid=p2047675.m3561.l2559 | $250 |
| 257 | mhstore77 | https://www.ebay.com/usr/mhstore77 | $250 |
| 258 | migasol | https://www.ebay.com/usr/migasol?_trksid=p2047675.m3561.l2559 | $250 |
| 260 | nadalghait0 | https://www.ebay.com/usr/nadalghait0?_trksid=p2047675.m3561.l2559 | $250 |
| 262 | nare8196 | https://www.ebay.com/usr/nare8196 | $250 |
| 263 | nycunitedgoods | https://www.ebay.com/usr/nycunitedgoods?_trksid=p2047675.m3561.l2559 | $250 |
| 269 | positiveshopnr1 | https://www.ebay.com/usr/positiveshopnr1?_trksid=p2047675.m3561.l2559 | $250 |
| 270 | ramireariadn-0 | https://www.ebay.com/usr/ramireariadn-0?_trksid=p2047675.m3561.l2559 | $250 |
| 273 | rumaxtrade | https://www.ebay.com/usr/rumaxtrade | $250 |
| 274 | shmcg-7339 | https://www.ebay.com/usr/shmcg-7339?_trksid=p2047675.m3561.l2559 | $250 |
| 276 | shopcom2000 | https://www.ebay.com/usr/shopcom2000?_trksid=p2047675.m3561.l2559 | $250 |
| 279 | solyansoutlet | https://www.ebay.com/usr/solyansoutlet | $250 |
| 280 | star61172 | https://www.ebay.com/usr/star61172 | $250 |
| 281 | steffanief13 | https://www.ebay.com/usr/steffanief13?_trksid=p2047675.m3561.l2559 | $250 |
| 283 | stylemebri | https://www.ebay.com/usr/stylemebri | $250 |
| 285 | sunlin1120 | https://www.ebay.com/usr/wisithuru_product?_trksid=p2047675.m3561.l2559 | $250 |
| 287 | tandzik9 | https://www.ebay.com/usr/tandzik9 | $250 |
| 288 | tdbsmarketplace | https://www.ebay.com/usr/tdbsmarketplace?_trksid=p2047675.m3561.l2559 | $250 |

| Doe No. | Seller Name | Defendant Online Marketplace | Damages |
|---|---|---|---|
| 289 | teresbenedic5 | https://www.ebay.com/usr/teresbenedic5?_trksid=p2047675.m3561.l2559 | $250 |
| 295 | useeisell | https://www.ebay.com/usr/useeisell?_trksid=p2047675.m3561.l2559 | $250 |
| 297 | vmotorv | https://www.ebay.com/usr/vmotorv?_trksid=p2047675.m3561.l2559 | $250 |
| 301 | watchbandspot | https://www.ebay.com/usr/watchbandspot | $250 |
| 304 | wenfindsmore | https://www.ebay.com/usr/wenfindsmore | $250 |
| 305 | wisithuru_product | https://www.ebay.com/usr/wisithuru_product | $250 |
| 308 | yolandlor-0 | https://www.ebay.com/usr/yolandlor-0?_trksid=p2047675.m3561.l2559 | $250 |
| 309 | yyi89578 | https://www.ebay.com/usr/yyi89578?_trksid=p2047675.m3561.l2559 | $250 |
| 310 | zongtian | https://www.ebay.com/usr/zongtian | $250 |
| 315 | Lucky Lemon Market | https://www.etsy.com/shop/LuckyLemonMarket?ref=l2-about-shopname | $250 |
| 316 | PaintByNumberUK | https://www.etsy.com/shop/PaintByNumberUK?ref=l2-about-shopname | $250 |
| 317 | SkinAngelLLC | https://www.etsy.com/shop/SkinAngelLLC?ref=l2-about-shopname | $250 |
| 318 | Acme Approved | https://www.walmart.com/seller/2572?itemId=1976500705&pageName=item | $250 |
| 319 | AIIYME Store | https://www.walmart.com/seller/101115669?itemId=823755547&pageName=item | $250 |
| 322 | Beautiful & Bold Aesthetics LLC | https://www.walmart.com/seller/101099899?itemId=758755217&pageName=item&returnUrl=%2Fip%2FDeep-Cleaning-Silicone-Facial-Cleansing-Brush-Electric-Massage-Brush%2F758755217%3Ffrom%3D%252Fsearch | $250 |
| 324 | BOTE LLC | https://www.walmart.com/seller/101242499?itemId=1646377688&pageName=item | $250 |
| 335 | Jones N Panda Corp | https://www.walmart.com/reviews/seller/101048089 | $250 |
| 337 | Kikuu | https://www.walmart.com/seller/101260845?itemId=2084886749&pageName=item | $250 |
| 338 | kunminghuireng Co. ltd | https://www.walmart.com/seller/101269102?itemId=413762092&pageName=item | $250 |

| Doe No. | Seller Name | Defendant Online Marketplace | Damages |
|---|---|---|---|
| 340 | LonRon Co.Ltd | https://www.walmart.com/seller/101273026?itemId=1512145364&pageName=item | $250 |
| 341 | LotusHaze | https://www.walmart.com/seller/101212924?itemId=1733247367&pageName=item | $250 |
| 345 | Sevenstore | https://www.walmart.com/seller/101257607?itemId=2735431672&pageName=item | $250 |
| 351 | VASYL Flagship store | https://www.walmart.com/seller/101213681?itemId=3386997016&pageName=item&returnUrl=%2Fip%2FSilicone-Facial-Cleaning-Brush-Skin-Care-Wash-Cleansing-Device-Beauty-Facial%2F3386997016%3Ffrom%3D%252Fsearch | $250 |
| 354 | Cao ruixin | https://www.wish.com/merchant/5f28b9ebb8547a004d3cc80f | $250 |