United States District Court
Southern District of Florida

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. __23-23631__ -CV- __Scola__
(Judge's Last Name/Magistrate's Last Name)

Foreo Inc., Plantiff

(Full Name of Plaintiff/s) ,

Plaintiff (s)

vs.

Jessica Fields, J Fields Co

(Full Name of Defendant/s),

Defendant(s).
_____/

FILED BY __MC__ D.C.

FEB 16 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## RESPONSE/ANSWER

I, _Jessica Fields, [plaintiff or defendant], in the above styled cause, I am writing this letter to provide more information and request to be removed from this lawsuit. On Tuesday, December 12th I sought legal advice on how to proceed in this matter. I was told to respond to the lawyer with facts about the items sold in my store, specifically that they have been removed from my website and are no longer available for purchase. On Wednesday, December 13th, I contacted Plantiff's lawyers with attached email. Unfortunately, I was unaware this information also needed to be filed with the court to be included in the case docket. I received another notice from the Plaintiff's lawyers specifically naming me, which led me to call the court because I was under the impression a mistake was made. I am asking now that this letter be filed with the court dockets and for me to be removed from this lawsuit. Thank you for your time and consideration.

February 12, 2024
_____
Dated: Month, day, year

Respectfully submitted,
_____
Name of Filer   Jessica Fields

_____
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

United States District Court
Southern District of Florida

Firm Name *(if applicable)*

Street Address   6107 Belcrest St Houston, Texas 77033

City, State, Zip Code

Telephone: 346-217-9159
Facsimile:

Boies Schiller Flexner LLP/ Pro Se Litigant

Attorneys for Plaintiff/Defendant *[Party name(s)] (if applicable)*

### Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

___email___ [specify method of service] on   February 12, 2024   [date]

on all counsel or parties of record on the Service List below.

_____
Signature of Filer

### SERVICE LIST

| | |
|---|---|
| Nicole Fundora | Rossana Baeza |
| Party or Attorney Name | Party or Attorney Name |
| nfundora@bsflip.com | rbaeza@bsfllp.com |
| Attorney E-mail Address *(if applicable)* | Attorney E-mail Address *(if applicable)* |
| Boies Schiller Flexner LLP | Boies Schiller Flexner LLP |
| Firm Name *(if applicable)* | Firm Name *(if applicable)* |
| 100 SE 2nd St Suite 2800 | 100 SE 2nd St Suite 2800 |
| Street Address | Street Address |
| Miami, Fl 33131 | Miami, Fl 33131 |
| City, State, Zip Code | City, State, Zip Code |
| Telephone: 305-539-8400 | Telephone: 305-539-8400 |
| Facsimile: | Facsimile: |
| Attorneys for Plaintiff/Defendant [Party's Name(s)] (if applicable) | Attorneys for Plaintiff/Defendant [Party's Name(s)] (if applicable) |

**Jessica Fields** <jessica@jfieldsco.com>  
to Nicole, Rossana, Katie, Jason, Genesis, Adrianna

Dec 13, 2023, 8:5- AM

Good Morning,

My name is Jessica Fields, and I received this notice.

I have removed this referenced item from my online store and made it no longer available to my clients. I have placed the remaining items in storage so they will not be inadvertently sold. I received these items from a Spa Coach in 2020 and have sold only two units since then.

Best Regards,

Jessica Fields

...

Sincerely,

Jessica Fields

J Fields Co & Spa  
www.jfieldsco.com

**From:**
Jessica Fields
6107 Belorest St
Houston, Texas 77033

**To:**
District Court Southern Florida
400 North Miami Avenue
8th Floor
Miami, Florida 33128

Electronic Return Receipt Requested

U.S. POSTAGE PAID
FCM LETTER
HOUSTON, TX 77004
FEB 13, 2024
$7.40
R2304M112494-18

CERTIFIED MAIL
9589 0710 5270 1031 0225 6459