United States District Court  
Southern District of Florida

General Civil Case Filing Requirements

# Attachment A – Sample Document

(1" from top of page, and centered, begin title of Court)

**UNITED STATES DISTRICT COURT**  
**SOUTHERN DISTRICT OF FLORIDA**

FILED BY____MC____D.C.

FEB 20 2024

ANGELA E. NOBLE  
CLERK U.S. DIST. CT.  
S. D. OF FLA. - MIAMI

Case No. __23__-CV-__23631__  
(Judge's Last Name/Magistrate's Last Name)

FOREO INC
_____

**(Full Name of Plaintiff/s)**,

    Plaintiff(s)

vs. The Individuals, Corporations, Limited Liability Companies, Partnerships, and unincorporated Associations identified on Schedule A  
**(Full Name of Defendant/s)**,

    Defendant(s).  
THEEZAY (SELLER NAME) /

## TITLE OF DOCUMENT

I, _____ [plaintiff or defendant], in the above styled cause, _____

PLEASE SEE NEXT PAGE
_____

02  03  2024  
Dated: Month, day, year

Respectfully submitted,  
VANESSA ROARK  
Name of Filer

Attorney Bar Number *(if applicable)*

Attorney E-mail Address *(if applicable)*

Case No.23-CV-23631
FOREO INC. v. THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**TITLE OF DOCUMENT**

I, Theezay Vanessa Abano, the defendant in the above-styled cause, hereby respond to the allegations as follows:

I am uncertain why I am listed as a defendant in this matter. I want to clarify that I did not directly or indirectly import, develop, design, manufacture, or sell any products in the United States. Furthermore, I do not conduct significant business in Florida. I would like to emphasize that I am not engaged in selling counterfeit Foreo products, nor do I conduct any business activities in the United States.

The product in question was listed on eBay.com.au, an Australian platform, solely for the purpose of selling personal items. My eBay AU shop has already been permanently closed in accordance with eBay's notification about discontinuing the listing. It is essential to note that the brush was not generating sales.

My use of eBay was in line with its intended purpose – a platform for individuals to sell personal items, not for conducting business or violating Foreo patents. It was a means to earn some extra cash, not a livelihood.

I find it outrageous to be accused of conducting significant business in Florida, especially since my personal brush was not even sold. I have no intention of selling products in the United States, as shipping from Australia is impractical, and I was not even aware that eBay operates in the United States.

I want to make it clear that the brush I listed was distinct from Foreo in both style and design. I did not sell or advertise it as a genuine Foreo product, and I do not even own a Foreo product myself. My initial purchase of the brush was intended as an extra gift for my overseas family. Due to my prolonged stay abroad, I decided to sell it on eBay Australia, hoping to find a buyer. Unfortunately, the item did not sell. Additionally, I want to highlight that I do not reside in China.

Unlike some companies that use eBay for business purposes, my sole intention was to sell personal items. I have no fully interactive commercial websites or online marketplaces, as I have shut down my eBay AU store.

I want to reiterate that I have no intention of engaging in illegal infringing activities, and I am not associated with the significant online sales mentioned in the complaint. The plaintiff's allegations seem to target large companies involved in such activities, and I request that this action be directed towards them rather than involving me inappropriately.

In light of the above, I kindly request to be excluded from these proceedings. I believe it would not be just or right for me to be a part of this legal action. Thank you for your attention to this matter.

Sincerely,

Theezay Vanessa Abano
Privatelv@icloud.com
PO Box 1854 North Ryde Australia

**Add a feature**
You can purchase optional features at any Post Office, including:
- Extra Cover - recommended when sending valuable goods and documents

**Double check**
Please make sure:
- The Customs Declaration form is completed, signed by the...

**Post & Track**
You can post your parcel at any Post Office:
- Take this item to the counter at any Post Office and pay for the postage

**EMS INTERNATIONAL** — CN23

Lodge this item over the counter at any postal outlet.

Category of item: ☒ Document ☐ Gift ☐ Commercial Sample ☐ Merchandise ☐ Returned Goods ☐ Other

Full Description of Goods: DOCUMENTS — Qty 1 — Net Weight 0.02 — Value (AUD $) 0.01 — HS Tariff 491199

TOTAL Value $0.01

In Case of Non-Delivery: Return By Most Economical Route

**From (Sender)**
Name: VANESSA ABANO
Telephone: 0423357762
Email: private_v@icloud.com
Address: PO BOX 1854, NORTH RYDE NSW 2113, AUSTRALIA

**To (Receiver)**
Name: UNITED STATES DISTRICT CT MIAMI DIVISION
Company Name: SOUTHERN DISTRICT OF FLORIDA
Address: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, 400 N MIAMI AVENUE 8TH FLOOR, MIAMI FLORIDA 33128, UNITED STATES

Barcode: EJ 320 966 541 AU

Signature of Sender — Date: 7/16/24

Packages without this declaration completed will not be delivered.

Notwithstanding our limitation of liability, you may have additional rights under applicable laws, including the Australian Consumer Law.

**Terms and Conditions**
Please see auspost.com.au/sending or ask at a Post Office for Terms and Conditions, and information on our services, including sending goods, compensation and Extra Cover. Check the International Post Guide for details and limitations for international sending.