UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILED BY_____D.C.

FEB 21 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO.: 1:23-cv-23631-RNS

FOREO INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

## ANSWER

I/We, Chad McNally "Sunken_Treasure", answer the Complaint or Petition for Patent Infringement, as follows:

1. Paragraph One is admitted / denied / without knowledge

COMMENTS: The product in question was purchased legally for personal use and then sold as a one-off item when I decided against it and chose a different style. The company I purchased from was legitimate and I had no knowledge of any potential copyright infringement claims against their products prior to purchasing or selling. The product was pulled prior to being sold and there were no similar items purchased or sold that fall under the plaintiffs' claims

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed by Chad Perry McNally to Wilkie D. Ferguson, Jr. United States Courthouse at 400 North Miami Avenue Room 12-3 Miami, Florida 33128 on November 11, 2024.

_____

Signature

Address: 250 Arbor Glen Drive, Apt 304 East Lansing MI 48823

Phone: 517-712-0454

CHAD MCNALLY
250 ARBOR GLEN DR.
APT. 304
EAST LANSING, MI
48823

REC'D BY
FEB 21 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA
D.C.

WILKIE D. FERGUSON, JR
UNITED STATES COURTHOUSE
400 NORTH MIAMI AVENUE
CLERKS OFFICE
INTAKE DIVISION
8TH FLOOR
MIAMI, FLORIDA 33128