(1" from top of page, and centered, begin title of Court)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 23-23631 -CV- Scola
(Judge's Last Name/Magistrate's Last Name)

Foreo Inc.

_____

_____
(Full Name of Plaintiff/s),

Plaintiff(s)

FILED BY _SAS_ C.C.
FEB 21 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

vs.

Curbsiderandom (ebay account)
Holli Lawler
Doe No. 198
(Full Name of Defendant/s),

Defendant(s).
_____/

### TITLE OF DOCUMENT

I, Holli Lawler _____ [plaintiff or defendant], in the above styled cause, refer to documents enclosed titled Answer To complaint And Motion to Vacate Default Judgment.

A copy was also sent to Rossana Baeza and Brittany Zoll the plantiff's attorneys. via email.

02/12/2024
Dated: Month, day, year

Respectfully submitted,

Holli Lawler
Name of Filer

_____
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

12609 Davan Dr.
Street Address

Silver Spring, MD 20904
City, State, Zip Code

Telephone: 301-343-3598

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

_____ [specify method of service] on _____ [date]

on all counsel or parties of record on the Service List below.

Holli Lawler
Signature of Filer

## SERVICE LIST

Rossana Baeza
Party or Attorney Name

rbaeza@bsfllp.com
Attorney E-mail Address *(if applicable)*

Boies Schiller Flexner
Firm Name *(if applicable)*

100 SE Second Street Suite 2800
Street Address

Miami, FL 33131
City, State, Zip Code

Telephone: 305 357 8451
305 539 8400

Facsimile: _____

Plantiff
Attorneys for (Plaintiff)/Defendant
*[Party's Name(s)] (if applicable)*

Brittany Zoll
Party or Attorney Name

bzoll@bsfllp.com
Attorney E-mail Address *(if applicable)*

Boies Schiller Flexner
Firm Name *(if applicable)*

100 SE Second Street Suite 2800
Street Address

Miami, FL 33131
City, State, Zip Code

Telephone: 305 357 8478
305 539 8400

Facsimile: _____

Plantiff
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 23-23632-Civ-Scola

FOREO INC.,
  Plaintiff,
v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,
  Defendants.

## ANSWER TO COMPLAINT AND MOTION TO VACATE DEFAULT JUDGMENT

COMES NOW HOLLI LAWLER (Doe No. 198), and requests that this court set aside and vacate the default judgment entered against her in the a above-styled action and answers the Plaintiff's complaint as follows:

1.

Defendant was not provided with proper notice of these proceedings or timely notice of the entry of the default judgement against her.

2.

Defendant denies that she is an appropriate Defendant in this matter.

3.

Defendant denies each and every allegation of Plaintiff's Complaint.

## FIRST DEFENSE

4.

Defendant was not properly served with process. The manner of serving the Defendant with the summons and complaint was insufficient.

## SECOND DEFENSE

5.

Plaintiff's complaint fails to state a claim for which relief can be granted.

## THIRD DEFENSE

6.

Plaintiff is not entitled to judgment, damages, attorney's fees, court costs, or any other relief.

## FOURTH DEFENSE

7.

The venue where the court is located is improper for this case.

## FIFTH DEFENSE

8.

Court does not have personal jurisdiction over the Defendant.

## SIXTH DEFENSE

9.

Defendant reserves the right to file an amended complaint and or amended motion upon retaining an attorney and/or upon conclusion of discovery.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 23-23632-Civ-Scola

| | |
|---|---|
| FOREO INC., | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS, AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED ON | ) |
| SCHEDULE A, | ) |
|     Defendants. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and exact copy of the foregoing document by delivering the same via email to:

Rossana Baeza

100 SE Second Street Suite 2800

Miami, FL 33131

305 357 8451/ 305 539 8400

rbaeza@bsfllp.com


Brittany Zoll

100 SE Second Street Suite 2800

Miami, FL 33131

305 357 8478/ 305 539 8400

bzoll@bsfllp.com

This 12th day of February, 2024.

_____
Holli Lawler
Defendant, Pro Se

Hal L. Lawler
12609 Dajan Bt
Silver Spring, MD 20904

The Clerk of United
Southern District
400 North Miami Av
Miami, FL 33128

REC'D BY
FEB 21 2024